UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC.               :    08-13555
                                            :
       Debtor.                              :
                                            :
-----------------------------------------------------------------x

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)
AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, Lehman Brothers Holdings Inc. ("Lehman") respectfully represents as follows:

1. Lehman is a publicly traded company whose shares are traded on the New York Stock Exchange. No corporation or entity directly or indirectly owns 10% or more of the issued and outstanding Common Stock of Lehman.

2. Upon information and belief, Lehman owns 10% or more of the stock of the following companies: Imperial Sugar Company; Navigator Gas; LPATH Inc.; Derma Services, Inc.; Flagstone Reinsurance Holdings Ltd.; GLG Partners, Inc.; Ronco Corporation; Pacific Energy Partners LP; Blount International, Inc.; Pemstar Inc.; and Transmontaigne Inc.

3. Upon information and belief, Lehman directly or indirectly owns an interest in various limited partnerships including, but not necessarily limited to, the following: Lehman Brothers Private Fund Management LP; Lehman Brothers Private

Fund Advisers LP; LB-NL Holdings L.P.; NL Funding, L.P.; Lehman Brothers Holdings Scottish LP; Lehman Brothers Scottish Holdings 2 LP; Lehman Brothers Scottish Holdings 3 LP; Eagle Energy Partners I L.P.; Leveraged Loan Trading Holdings Partners; 1180 Raymond; 1211 6th Avenue LB Syndication Partner, LP; 1745 Broadway LB Syndication Partner LP; A 425 Park Avenue LB Syndication Partner, L.P.; A LB Atlantic Area Portfolio Partner LP; A LB Crescent City LP; A LB DC Area Portfolio Partner LP; A LB Deerwood Property LP; A LB Eastview Center LP; A LB Greensbrook Manor LP; A LB Quail Valley LP; A LB Ravenwood Apartments LP; A LB/L – Lakeside Capital Partners; A Orlando Centre LB Syndication Partner LP; A Sheraton LW-LP; A UK Distribution Holdings, L.P.; and 1000 Islands Mall LP.

Dated: September 15, 2008
       New York, New York

                                            /s/ Harvey R. Miller
                                            Harvey R. Miller, Esq.
                                            Richard P. Krasnow, Esq.
                                            Lori R. Fife, Esq.
                                            Shai Y. Waisman, Esq.
                                            Jacqueline Marcus, Esq.
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Debtor
                                            and Debtor in Possession