Andrea Sheehan
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX  75205
(214) 521-8000
(214) 521-1738 FACSIMILE

ATTORNEY FOR CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| **LEHMAN BROTHERS HOLDINGS, INC.** | § | **Case No. 08-13555-JMP-11** |
| | § | |
| | § | |
| Debtor (s). | § | **CHAPTER 11** |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT
c/o Andrea Sheehan, Esq.
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FACSIMILE

Please take further notice that pursuant to §1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS, PAGE 1

and objections thereto, notices of any orders, pleadings, motions, applications, complaints,

demands, hearings, requests or petitions, disclosure statements, answering or reply papers,

memoranda and briefs in support of any of the foregoing and any other document brought before

this Court with respect to these proceedings, whether formal or informal, whether written or oral,

and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
(214) 521-8000
(214) 521-1738 FACSIMILE


By:   /s/ Andrea Sheehan
      Andrea Sheehan
      State Bar No. 24002935

Attorney for CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and

Request for Service of Papers was served upon the parties listed below at the designated

addresses, via electronic mail or first class U.S. mail this 15th day of September, 2008.


/s/ Andrea Sheehan
ANDREA SHEEHAN

Harvey r. miller                          United States Trustee
Weil, Gotshal & Manges, LLP               33 Whitehall Street
767 Fifth Avenue                          21st Floor
New York, NY 10153                        New York, NY 10004