Kelley Drye & Warren LLP
James S. Carr, Esq. (JC 1603)
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax:  212-808-7897

Attorneys For BP Corporation North America Inc.,
BP Energy Company, BP Canada Energy Company,
and IGI Resources, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | |
| | ) | |
| | ) | Case No.08-13555 (JMP) |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of between BP Corporation North America Inc., BP Energy Company, BP Canada Energy Company, and IGI Resources, Inc. (collectively, "BP"), a creditor, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses and further request that they be added to the Master Service List:

> James S. Carr, Esq.
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York  10178
> Tel:  212-808-7800
> Fax:  212-808-7897
> E-mail:  KDWBankruptcyDepartment@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive BP's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which BP is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
September 15, 2008

        KELLEY DRYE & WARREN LLP

        By: */s/ James S. Carr*
           James S. Carr (JC 1603)

        101 Park Avenue
        New York, New York 10178
        Tel: (212) 808-7800
        Fax: (212) 808-7897

        Attorneys For BP Corporation North America Inc.,
        BP Energy Company, BP Canada Energy Company,
        and IGI Resources, Inc.