UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Lehman Brothers Holdings, Inc., | ) | Case No. 08-13555 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Frank F. McGinn, hereby certify that on September 15, 2008, the Notice of Appearance and Request for Service of Papers was electronically filed. I further certify that true and correct copies have been served on September 15, 2008 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service.

Dated:  September 15, 2008          /s/ Frank F. McGinn
                                    Frank F. McGinn