UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC.,

Debtor.

Chapter 11

Case No. 08-13555-JMP

### NOTICE OF APPEARANCE OF CREDIT SUISSE AND
### REQUEST FOR SERVICE OF PAPERS

Cravath Swaine & Moore LLP ("Cravath") hereby enters its appearance under Bankruptcy Rule 9010(b), on behalf of Credit Suisse, in the above-captioned bankruptcy case. Cravath requests that all notices given or required to be given in this action and all papers served or required to be served in this case or in any proceeding arising in or related to this case be given to and served upon the following persons:

> Richard Levin, Esquire
> Robert H. Trust, Esquire
> Cravath, Swaine & Moore LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, NY 10019
> Telephone: (212) 474-1978
> Facsimile: (212) 474-3700
> E-mails: RLevin@cravath.com
> RTrust@cravath.com

As authorized by Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether

[[NYCORP:3096921v1:4400D:09/15/08--10:32 a]]

transmitted or conveyed by mail, hand delivery, telephone, email, facsimile or otherwise, that affects or seeks to affect in any way the Debtor or the property of the Debtor or any of the rights or interests held or asserted by Credit Suisse with respect to the Debtor or property of the Debtor.

This Request under Bankruptcy Rule 2002 is not and may not be deemed or construed to be a waiver of any of Credit Suisse's substantive or procedural rights, including any right (a) to require that where any adversary proceeding is initiated against Credit Suisse in this or any related case or where any proceeding is initiated by complaint against Credit Suisse under applicable non-bankruptcy law, service be made on Credit Suisse in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (b) to have any final order in a non-core matter entered only after de novo review by the United States District Court; (c) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (d) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action, defense, setoff or recoupment to which Credit Suisse is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Credit Suisse expressly reserves.

Dated: New York, NY
       September 15, 2008

CRAVATH, SWAINE & MOORE LLP

*/s/ Richard Levin*

Richard Levin
Robert H. Trust
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1978
Facsimile: (212) 474-3700

Attorneys for Credit Suisse

[[NYCORP:3096921v1:4400D:09/15/08--10:32 a]]