UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEWYORK (Manhattan)

| | | |
|---|---|---|
| In Re: | ) | Case No08-13555-JMP |
| | ) | |
| LEHMANN BROTHERS HOLDINGS, INC | ) | |
| | ) | |
| Debtor | ) | Chapter 7 |

ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND
DOCUMENTS

Notice is hereby given that the Arapahoe County Attorney's Office and Assistant County Attorney, George Rosenberg, hereby enters their appearance as attorneys of record for the Arapahoe County Treasurer.

The Arapahoe County Treasurer also requests that all notices, pleadings, and other documents filed in this proceeding be mailed to:

George Rosenberg
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80166

And via e-mail/file to grosenberg@co.arapahoe.co.us and rjohnson2@co.arapahoe.co.us

Respectfully submitted this 15th day of September, 2008.

KATHRYN SCHROEDER
ARAPAHOE COUNTY ATTORNEY

By: /s/ George Rosenberg
_____
Assistant County Attorney
Arapahoe County
5334 S. Prince Street
Littleton, CO  80166
(303) 795.4639