**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | § | CASE NO. | 08-13555-11 |
| LEHMAN BROTHERS HOLDING, INC. | § | | |
| DEBTOR(S), | § | CHAPTER | 11 |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**Dallas County**                                   **Tarrant County**

secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions

notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed

disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments

filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b)

and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET  SUITE 1600
DALLAS, TX 75201
Telephone:    (214)880-0089
Facsimile:    (469)221-5002
Email:        dallas.bankruptcy@publicans.com

By:*/s/ Elizabeth Weller*
     Elizabeth Weller              State Bar No.        00785514

Certificate of Service

I do hereby certify that a true and correct copy of the above and foregoing has been this date served electronically or

mailed to the parties listed below.

HARVEY R. MILLER                        NEW YORK (S). TRUSTEE
WEIL, GOTSHAL & MANGES, LLP             33 WHITEHALL STREET
767 FIFTH AVENUEW                       21ST. FLOOR
NEW YORK, NY 10153                      NEW YORK, NY 10004

Dated this   15th day of  September, 2008.          */s/ Elizabeth Weller*
                                                    Elizabeth Weller