**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.** : 08-13555
:
Debtor. :
:
------------------------------------------------------------------x

**AMENDED CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)**
**AND LOCAL RULE OF BANKRUPTCY PROCEDURE 1007-3**

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, Lehman Brothers Holdings Inc. ("Lehman") respectfully represents as follows:

1. Lehman is a publicly traded company whose shares are traded on the New York Stock Exchange. No corporation or entity directly or indirectly owns 10% or more of the issued and outstanding Common Stock of Lehman.

2. Upon information and belief, Lehman owns 10% or more of the stock of the following companies: Imperial Sugar Company; Navigator Gas; LPATH Inc.; Derma Services, Inc.; Flagstone Reinsurance Holdings Ltd.; GLG Partners, Inc.; Ronco Corporation; Pacific Energy Partners LP; Blount International, Inc.; Pemstar Inc.; and Transmontaigne Inc.

3. Upon information and belief, Lehman directly or indirectly owns an interest in various limited partnerships including, but not necessarily limited to, the following: Lehman Brothers Private Fund Management LP; Lehman Brothers Private

NY2:\1915283\08\151%B08!.DOC\73683.1043

Fund Advisers LP; LB-NL Holdings L.P.; NL Funding, L.P.; Lehman Brothers Holdings Scottish LP; Lehman Brothers Scottish Holdings 2 LP; Lehman Brothers Scottish Holdings 3 LP; Eagle Energy Partners I L.P.; Leveraged Loan Trading Holdings Partners; 1180 Raymond; 1211 6th Avenue LB Syndication Partner, LP; 1745 Broadway LB Syndication Partner LP; 425 Park Avenue LB Syndication Partner, L.P.; LB Atlantic Area Portfolio Partner LP; LB Crescent City LP; LB DC Area Portfolio Partner LP; LB Deerwood Property LP; LB Eastview Center LP; LB Greensbrook Manor LP; LB Quail Valley LP; LB Ravenwood Apartments LP; LB/L – Lakeside Capital Partners; Orlando Centre LB Syndication Partner LP; Sheraton LW-LP; UK Distribution Holdings, L.P.; and 1000 Islands Mall LP.

Dated: September 15, 2008
       New York, New York

    /s/ Shai Y. Waisman
    Harvey R. Miller, Esq.
    Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtor
    and Debtor in Possession