

**U.S. Department of Justice**

Office of the United States Trustee

*Region 2/Southern District of New York*

_____
33 Whitehall Street, Suite 2100          Phone: 212-510-0500
New York, NY 10004                        Fax:   212-668-2255


September 15, 2008


To the largest unsecured creditors of:

**Lehman Brothers Holdings, Inc.
Case No. 08-13555 (JMP)**

You have been listed as one of the largest unsecured creditors in the chapter 11 bankruptcy case of Lehman Brothers Holdings, Inc. (the "Debtor"). Please be advised that the Office of the United States Trustee for Region 2 (the "United States Trustee") will hold an organizational meeting for unsecured creditors in the above-referenced bankruptcy case on **Tuesday, September 16, 2008, at 6:00 p.m. (New York Time)** at the following location:

**The Helmsley Park Lane Hotel
36 Central Park South
New York, New York 10019
Tel: 212-371-4000**

The sole purpose of the meeting is to form an official committee or committees of unsecured creditors in this case. Although this is not a meeting of creditors held under section 341 of the Bankruptcy Code, a representative of the Debtor will attend to provide information regarding the status of the case. If you do not wish to serve on an official committee, your presence at the meeting is not required.

If you wish to be considered for membership on any official committee that is appointed, please complete the enclosed "Creditors Committee Acceptance Form," which must be received by the Office of the United States Trustee **no later than 4:00 p.m. (New York Time), on Tuesday, September 16, 2008 by Fax to (212) 668-2255.**

**In the event you are appointed to an official committee of creditors, the United States Trustee may require periodic certifications of your claims while the bankruptcy case is pending. Creditors wishing to serve as fiduciaries on any official committee are advised that they may not purchase, sell or otherwise trade in or transfer claims against the Debtor while they are committee members. By submitting the enclosed form and accepting**

**membership on an official committee of creditors, you agree to this prohibition. The United States Trustee reserves the right to take appropriate action, including removing a creditor from any committee, if the information provided in the Creditors' Committee Acceptance Form is inaccurate, if the foregoing prohibition is violated, or for any other reason the United States Trustee believes is proper in the exercise of her discretion. You are hereby notified that the United States Trustee may share this information with the Securities and Exchange Commission if she deems it appropriate.**

    Very truly yours,

    DIANA G. ADAMS
    UNITED STATES TRUSTEE

    */s/ Andrew D. Velez-Rivera*
    Andrew D. Velez-Rivera
    Paul K. Schwartzberg
    Brian S. Masumoto
    Trial Attorneys
    (212) 510-0500
    (212) 668-2255 (Fax)

Enclosure