STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York  10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Chester B. Salomon
Constantine D. Pourakis
Email: cs@stevenslee.com
　　　　cp@stevenslee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

　　　　PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of 1301 Properties Owner, L.L.C. ("1301 Properties"), a creditor and party-in-interest, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

　　　　　　　　STEVENS & LEE, P.C.
　　　　　　　　485 Madison Avenue, 20th Floor
　　　　　　　　New York, New York  10022
　　　　　　　　Attn:  Chester B. Salomon, Esq.
　　　　　　　　　　　Constantine D. Pourakis, Esq.
　　　　　　　　Telephone: 212-319-8500
　　　　　　　　Facsimile: 212-319-8505
　　　　　　　　Email: cs@stevenslee.com
　　　　　　　　　　　cp@stevenslee.com

1

SL1 866245v1/099999.00891

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive 1301 Properties': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which 1301 Properties is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
       September 16, 2008

                                      STEVENS & LEE, P.C.

                                      By: /s/Chester B. Salomon
                                          Chester B. Salomon (CS-2319)
                                          485 Madison Avenue, 20th Floor
                                          New York, New York  10022
                                          Telephone: 212-319-8500
                                          Facsimile:  212-319-8505
                                          Email:  cs@stevenslee.com
                                                      cp@stevenslee.com

                                    Attorneys for 1301 Properties Owner, L.L.C.