CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
Howard R. Hawkins Jr., Esq.
Mark C. Ellenberg, Esq.

Attorneys for Morgan Stanley & Co. Incorporated
and affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
**In re:**                                                   :   Chapter 11
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,**                           :   Case No. 08-13555 (JMP)
                                                             :
                            **Debtor.**                      :
                                                             :
-------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE
### PRO HAC VICE

Howard R. Hawkins Jr. (the "Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Cadwalader Wickersham & Taft LLP ("Cadwalader"), hereby moves this Court to enter an order permitting Mark C. Ellenberg to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case.  In support thereof, the Movant respectfully represents as follows:

USActive 13984778.2

Mr. Ellenberg is a partner with Cadwalader, a member in good standing of the Bar of the District of Columbia, and is admitted to practice in the United States District Court for the District of Columbia.  Mr. Ellenberg agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice* in this Chapter 11 case.  Mr. Ellenberg's address is: Cadwalader Wickersham & Taft LLP, 1201 F. Street, N.W. Suite 1100, Washington, DC 20004.  Mr. Ellenberg's e-mail address is mark.ellenberg@cwt.com and his telephone number is (202) 862-2200.

WHEREFORE, the Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated:   New York, New York
         September 16, 2008

        CADWALADER, WICKERSHAM & TAFT LLP

        /s/ Howard R. Hawkins Jr.
        Howard R. Hawkins Jr., Esq.
        One World Financial Center
        New York, New York  10281
        Telephone:  (212) 504-6000
        Facsimile:  (212) 504-6666

        - and -

        Mark C. Ellenberg, Esq.
        1201 F Street N.W., Suite 1100
        Washington, DC  20004
        Telephone:  (202) 862-2200
        Facsimile:  (202) 862-2400

        Attorneys for Morgan Stanley & Co. Incorporated and affiliates