**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
|  |  |
| In re: | : | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | Case No. 08-13555 (JMP) |
| **Debtor.** | : |  |
-------------------------------------------------------------------------x

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Howard R. Hawkins Jr., Esq. for admission to practice *pro hac vice* of Mark C. Ellenberg, Esq. of Cadwalader Wickersham & Taft LLP; due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is

ORDERED THAT Mark C. Ellenberg, Esq. is permitted to practice *pro hac vice* in connection with the above captioned bankruptcy case.

Dated:    New York, New York
             September ____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE