GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Interactive Data Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          :     Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC.,                 :     Case No. 08-13555 (JMP)
                                                :
                          Debtors               :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned appear as attorneys for and on behalf of **Interactive Data Corporation** and requests that they be placed on the service list, and, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, demand that all orders, pleadings, notices, motions, and all other documents and papers filed in connection with this case, be served upon the undersigned at the office address set forth below.

Dated:  September 16, 2008

/s/ Douglas B. Rosner
James F. Wallack, Esq. (JW-4078)
Douglas B. Rosner, Esq. (DR-5690)
Gregory O. Kaden, Esq. (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Interactive Data Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
In re:                                         :      Chapter 11
                                               :
LEHMAN BROTHERS HOLDINGS, INC.,                :      Case No. 08-13555 (JMP)
                                               :
                        Debtors                :
-------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Douglas B. Rosner, hereby certify that on this 16th day of September, 2008, I caused to be served a copy of the *Notice of Appearance and Demand for Service of Papers* on the parties set forth on the attached Service List via electronic service.

       /s/ Douglas B. Rosner
       Douglas B. Rosner, Esq. (DR-5690)
       GOULSTON & STORRS, P.C.
       400 Atlantic Avenue
       Boston, MA  02110-3333
       Tel:  (617) 482-1776
       Fax:  (617) 574-4112

Service List

| Harvey R. Miller, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>**Counsel to the Debtor** | United States Trustee Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
|---|---|

1859725