UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------
In re Lehman Brothers Holdings Inc.,

                                            Chapter 11
                                            Case No. 08-13555-jmp

                        Debtor.
----------------------------------------

## NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

Please take notice that Collins Building Services, Inc. hereby appears by its counsel,

SHENWICK & ASSOCIATES, and requests pursuant to Bankruptcy Rules 2001(a), 2002 and

9007 and Bankruptcy Code Sections 102(1), 303(g), 342 and 1109(b), that all notices given or

required to be given in this case and all papers served or required to be served in this case, be

given to and served upon the undersigned at the following office address, telephone number and

e-mail address:

                  By Mail or Messenger:

                      Shenwick & Associates
                      James H. Shenwick, Esq.
                      655 Third Avenue, 20th Floor
                      New York, New York 10017
                      (212) 541-6224
                      Fax (646) 218-4600
                      E-mail: jhs7@att.net

PLEASE TAKE FURTHER NOTICE, that pursuant to Bankruptcy Code Section

1109(b), the foregoing demand includes not only the notices and papers referred to in the Rules

specified above, but also includes, without limitation, all orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, messenger, overnight delivery

service, telephone, telegram, telecopier or otherwise which may affect or seek to affect in any

way any of Collins Building Services, Inc.'s rights or interests with respect to the Debtor or

property or proceeds thereof in which the Debtor may claim an interest.

Dated:  New York, New York
            September 16, 2008

Shenwick & Associates

By: /s/ James H. Shenwick
        James H. Shenwick
        655 Third Avenue, 20th Floor
        New York, New York 10017

2