IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re | ) | Chapter 11 |
|---|---|---|
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC. | ) | Case No. 08-13555 |
| | ) | |
| | ) | NOTICE OF APPEARANCE AND |
| Debtor. | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | |

TO:   Lehman Brothers Holdings Inc., Debtor, and Weil, Gotshal & Manges LLP and Harvey R. Miller, its attorneys; and

TO:   United States Trustee; and

TO:   Clerk of the Court

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b) Lane Powell PC and Charles R. Ekberg hereby enter their appearance on behalf of Fred Hutchinson Cancer Research Center, a creditor of Debtor.

PLEASE TAKE FURTHER NOTICE that Fred Hutchinson Cancer Research Center hereby requests that copies of any pleadings and notices hereafter filed in the above-referenced case, except proofs of claim, be served upon:

> Charles R. Ekberg
> Lane Powell PC
> 1420 Fifth Avenue, Suite 4100
> Seattle, WA 98101-2338
> Telephone: (206) 223-7012
> Facsimile: (206) 289-1544
> E-mail: ekbergc@lanepowell.com

in addition to any other address listed for Fred Hutchinson Cancer Research Center.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive the rights of Fred Hutchinson Cancer Research Center (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (ii) to trial by jury in any proceeding so triable herein or in any other case, controversy, or proceeding related hereto, (iii) to have the

000000.0000/1588361.1

reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Fred Hutchinson Cancer Research Center expressly reserves.

DATED: September 16, 2008

LANE POWELL PC

By /s/ Charles R. Ekberg
   Charles R. Ekberg, WSBA No. 00342
   Attorneys for Fred Hutchinson Cancer
   Research Center