WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                :     Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**   :     08-13555 (JMP)
:
Debtor.                                   :
:
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON FIRST DAY MOTIONS**

  **PLEASE TAKE NOTICE** that a hearing with respect to the Debtor's First Day Motions was scheduled for September 16, 2008 at 4:00 p.m. (Prevailing Eastern Time) before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004 (the "Hearing").

  **PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned **to September 16, 2008 at 5:00 p.m. (Prevailing Eastern Time) before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004** and such hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

NY2:\1907902\02\14W5@02!.DOC\76023.0003

Dated: September 16, 2008
      New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession