DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Timothy Q. Karcher, Esq.

Attorneys for The Bank of New York Mellon

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
::
**In re**          :   **Chapter 11 Case No.**
::
**LEHMAN BROTHERS HOLDINGS INC.,**  :   **08-13555 (JMP)**
::
**Debtor.**       :
::
---------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case on behalf of The Bank of New York Mellon, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

NY3 3010930.3

> Martin J. Bienenstock, Esq.
> Judy G.Z Liu, Esq.
> Timothy Q. Karcher, Esq.
> DEWEY & LEBOEUF LLP
> 1301 Avenue of the Americas
> New York, NY 10019
> Telephone: 212.259.8000
> Facsimile: 212.259.6333
> Emails: mbienenstock@dl.com
> jliu@dl.com
> tkarcher@dl.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the foregoing demand includes not only the notice and papers referred to in the aforementioned Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any right or interest of the debtor in the above-captioned case.

This appearance and demand for notice and service of papers is not and may not be deemed or construed to be a waiver of any of The Bank of New York Mellon's substantive or procedural rights, including, but not limited to, any right (i) to require that where any adversary proceeding is initiated against The Bank of New York Mellon in this or any related case, or where any proceeding is initiated by complaint against The Bank of New York Mellon, the Bankruptcy Rules, the Federal Rules of Civil Procedure, and non-bankruptcy law, as applicable, shall apply, such that service upon undersigned counsel is insufficient for any such proceeding; (ii) to have any final order in a non-core matter entered only after *de novo* review by the United States District Court; (iii) to trial

2

by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (iv) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action, defense, setoff or recoupment to which The Bank of New York Mellon is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments The Bank of New York Mellon expressly reserves.

Dated: New York, NY
       September 16, 2008

DEWEY & LEBOEUF LLP

  /s/ Judy G.Z. Liu
Martin J. Bienenstock
Judy G.Z. Liu
Timothy Q. Karcher
1301 Avenue of the Americas
New York, NY 10019
Telephone:  212.259.8000
Facsimile:  212.259.6333

Attorneys for The Bank of New York Mellon

3