**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10016
Telephone: (212) 351-4000
Facsimile: (212) 949-7606
Michael A. Rosenthal, Esq.
Janet M. Weiss, Esq. (JW-5460)

ATTORNEYS FOR LEHMAN BROTHERS PRIVATE EQUITY FUNDS
*(listed on attached Exhibit A hereto)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | Case No. 08-13555 (JMP) |
| **Debtor.** | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the Lehman Brothers Private Equity Funds listed on Exhibit A attached hereto (collectively, the "Lehman Brothers Private Equity Funds"), hereby enter their appearance by and through their counsel, GIBSON, DUNN & CRUTCHER LLP, pursuant to § 1109(b) of title 11 of the United States bankruptcy Code (the "Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given to and served upon, and that Gibson Dunn & Crutcher LLP be added to the mailing matrix on file with the Clerk of the Bankruptcy Court, as follows:

| | |
|---|---|
| Michael Rosenthal, Esq. | Janet M. Weiss, Esq. |
| mrosenthal@gibsondunn.com | jweiss@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | Gibson, Dunn & Crutcher LLP |
| 200 Park Avenue | 200 Park Avenue |
| New York, New York 10166-0193 | New York, New York 10166-0193 |
| Tel. (212) 351-4000 | Tel. (212) 351-4000 |
| Fax. (212) 351-6258 | Fax. (212) 351-5234 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any rights or interests of the Debtor.

        Respectfully submitted,

        /s/ Janet M. Weiss
        Michael A. Rosenthal
        Texas State Bar No. 17281490
        Janet M. Weiss (JW-5460)
        GIBSON, DUNN & CRUTCHER, LLP
        200 Park Avenue
        New York, New York 10166
        Tel: (212) 351-4000
        Fax: (212) 351-4035

        ATTORNEYS FOR THE LEHMAN BROTHERS PRIVATE EQUITY FUNDS LISTED ON EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| Leman Brothers Merchant Banking Partners | Leman Brothers Merchant Banking Partners II |
| Leman Brothers Merchant Banking Partners III | Leman Brothers Merchant Banking Partners III Delaware AIVs |
| Leman Brothers Merchant Banking Partners IV | Leman Brothers Merchant Banking Partners IV Delaware AIVs |
| Lehman Brothers Venture Capital Group (pre-fund, 1996-1998, aka VC Fund I) | LB VC Partners LP (VC Fund II) |
| Lehman Brothers Venture Partners | Lehman Brothers VC Partners 2002 LP (VC Fund III) |
| Lehman Brothers Venture Partners 2003-C (VC Fund IV) | Lehman Brothers Venture Partners 2003-P (VC Fund IV) |
| Lehman Brothers Venture Partners V-P | Lehman Brothers Venture Partners V |
| Lehman Brothers CDO Opportunity Partners 2004 Lehman Brothers CDO Mezzanine Fund 2005-I Unit Trust | Lehman Brothers CDO Opportunity Partners II |
| Lehman Brothers Loan Opportunity Fund | Lehman Brothers Secondary Opportunities Fund |
| Lehman Co-Investment Partners | Lehman Brothers Secondary Opportunities Fund II |
| Lehman Brothers MLP Opportunity Fund | Lehman Brothers Real Estate Partners |
| Lehman Brothers Real Estate Partners II | Lehman Brothers Real Estate Partners III |
| Lehman Brothers Real Estate Mezzanine Partners | Lehman Brothers Real Estate Mezzanine Partners II |
| Lehman Brothers Merchant Banking Partners IV (Europe) (Feeder Fund) | Lehman Brothers Merchant Banking Partners IV (Europe) |
| Lehman Brothers Private Equity Partners, Ltd. | Lehman Brothers European Mezzanine Partners 2003 |
| Lehman Brothers European Mezzanine Partners II | Lehman Brothers Distressed Structured Credit Fund |

| | |
|---|---|
| Lehman Brothers Merchant Banking Partners (offshore and Japan) | LB Offshore Investment Partners II LP |
| Lehman Brothers Merchant Banking Partners IV Offshore AIV (A) LP | LB Merchant Banking Partners III Cayman AIV LP |
| LB Co-Investment Partners Cayman AIV I LP | Lehman Brothers Loan Opportunity Fund Cayman LP |
| LB Secondary OPP Offshore Fund LP | LP Secondary OPP Offshore Fund II LP |
| Lehman Brothers Offshore Real Estate Partners | Lehman Brothers Real Estate Partners II |
| Lehman Brothers Offshore Real Estate Mezzanine Partners | Lehman Brothers Offshore Real Estate Partners III |
| Lehman Brothers Offshore Real Estate Partners III (Europe) SCA, SICAR | Lehman Brothers Cayman GP, Ltd. |
| Lehman Brothers Cayman Partners, Ltd. | LB Offshore GP Holdings (PE) Ltd. |
| LB Offshore Partners (PE) Ltd. | |

100519011_1.DOC

## CERTIFICATE OF SERVICE

I, Jennifer M. Contreras, hereby certify that on September 16, 2008, I caused a copy of the annexed Notice of Appearance and Request for Service of Papers to be served by postage-paid United States First Class Mail upon a) Harvey R. Miller, Esq. Weil, Gotshal & Manges, LLP, 767 Fifth Avenue New York, New York 10153, and b) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004.

/s/ Jennifer M. Contreras
Jennifer M. Contreras

100519011_1.DOC