COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
212-841-1000
Michael B. Hopkins, Esq.
Dianne F. Coffino, Esq.
Amanda Raboy, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :  Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                                 :
                                                               :  Case No. 08-13555 (JMP)
                                                               :
                               Debtor.                         :
                                                               :
---------------------------------------------------------------x

PLEASE TAKE NOTICE that WILMINGTON TRUST COMPANY ("Wilmington Trust"), by its counsel, Covington & Burling LLP, appears in the above-entitled bankruptcy case in its capacity as Indenture Trustee under the Indenture dated as of September 1, 1987, as amended, and demands, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given to and served upon:

>   Covington & Burling LLP
>   The New York Times Building
>   620 Eighth Avenue
>   New York, New York 10018
>
>   Attention:  Michael B. Hopkins
>   Telecopy:  212-841-1010
>   E-mail:  mhopkins@cov.com
>
>   Attention:  Dianne F. Coffino
>   Telecopy:  212-841-1010
>   E-mail:  dcoffino@cov.com

        Attention:  Amanda Raboy
        Telecopy:  212-841-1010
        E-mail:  araboy@cov.com

        Wilmington Trust Company
        520 Madison Avenue, 33rd Floor
        New York, New York 10022
        Attention:  James J. McGinley
        Telecopy:  212 415-0513
        E-mail:  jmcginley@wilmingtontrust.com

        Wilmington Trust FSB
        8400 Normandale Lake Blvd., Suite 925
        Bloomington, Minnesota 55437
        Attention:  Julie J. Becker
        Telecopy:  952.921.2175
        E-mail:  Jbecker@wilmingtontrust.com

        This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or otherwise.

        PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Wilmington Trust's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington Trust is or may be

entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
September 16, 2008

                                COVINGTON & BURLING LLP

                                By:   /s/ Amanda Raboy
                                      Amanda Raboy (AR 0412)

                                The New York Times Building
                                620 Eighth Avenue
                                New York, New York  10018
                                (212) 841-1000

                                Attorneys for Wilmington Trust Company,
                                as Indenture Trustee