**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | : : : : : | Case No. 08-13555- JMP |
| Debtor, |  |  |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Galleon Buccaneer's Offshore, Ltd., by its counsel, Reed Smith, LLP, appears in the above-entitled bankruptcy case and demands, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given to and served upon:

> Reed Smith LLP
> 599 Lexington Avenue
> New York, New York 10022
> Attention: Paul A Rachmuth, Esq.
> Telecopy: 212-521-5400
> Telecopy: 212-521-5450

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopier, electronic file transfer, telegraph, telex or otherwise.

- 2 -

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Galleon Buccaneer's Offshore, Ltd. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
September 16, 2008

**Reed Smith LLP**

By: *Michael J. Venditto*
    Michael J. Venditto

599 Lexington Avenue
New York, New York 10022By:
Email:  mvenditto@reedsmith.com

*Counsel for Galleon Buccaneer's Offshore, Ltd.*