SHEPPARD MULLIN RICHTER & HAMPTON, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York  10112
Telephone:  (212) 332-3800
Facsimile:  (212) 332-3888
Carren Shulman, Esq.
Russell Reid, Esq.

*Attorneys for The Bank of New York Mellon*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

## NOTICE OF APPEARANCE AND

## REQUEST FOR NOTICE AND PAPERS

PLEASE TAKE NOTICE that The Bank of New York Mellon and all of its

affiliates hereby enter their appearance by and through their counsel, Sheppard, Mullin, Richter

& Hampton, LLP, pursuant to section 1109 of title 11 of the United States Code (the

"Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be

served in this case be given and served upon:

Carren Shulman, Esq.
Russell Reid, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile:  (212) 332-3888
cshulman@sheppardmullin.com
rreid@sheppardmullin.com

This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

Neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of The Bank of New York Mellon or any of its affiliates (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Respectfully submitted,

Dated:  New York, New York          By:      /s/ Carren Shulman
    September 16, 2008     Carren Shulman, Esq.
                Russell Reid, Esq.
                SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                30 Rockefeller Plaza, 24th Floor
                New York, New York  10112
                Telephone:  (212) 332-3800
                Facsimile:   (212) 332-3888

                Attorneys for The Bank of New York Mellon and
                all of its affiliates