# CERTIFICATE OF SERVICE

I, *Edward J. LoBello*, hereby certify that on September 16, 2008, I caused a copy the following document to be served upon the individuals listed on the attached service list in the method indicated.

- **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

                               */s/ Edward J. LoBello*
                               Edward J. LoBello

# SERVICE LIST

All Via First Class Mail

Harvey R. Miller, Esquire
Shai Waisman, Esquire
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY  10153

Andrew D. Velez-Rivera, Esquire
Paul K. Scwartzberg, Esquire
Brian S. Masumoto, Esquire
**Office of the United States Trustee**
Region 2/Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Harvey A. Strickon, Esquire
**Paul, Hastings, Janofsky & Walker LLP**
75 East 55th Street
New York, NY  10022-3205

Andrea Sheehan, Esquire
**Law Offices of Robert E. Luna, P.C.**
4411 N. Central Expressway
Dallas, TX  75205

James S. Carr, Esquire
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, NY  110178

Frank F. McGinn, Esquire
**Bartlett Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, MA  02110

Richard Levin, Esquire
Robert H. Trust, Esquire
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Kathryn Schroeder, Esquire
**Arapahoe County**
5334 S. Prince Street
Littleton, CO  80166

Elizabeth Weller, Esquire
**Linebarger Goggan Blair & Sampson, LLP**
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Harold S. Novikoff, Esquire
Richard G. Mason, Esquire
Joshua A. Feltman, Esquire
**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street
New York, NY  10019-60150

Deryck A. Palmer, Esquire
John J. Rapisardi, Esquire
George A. Davis, Esquire
Gary D. Ticoll, Esquire
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY  10281

Frederick D. Hyman, Esquire
Amit Trehan, Esquire
**Mayer Brown LLP**
1675 Broadway
New York, NY  10019

Brian Trust, Esquire
Jeffrey G. Tougas, Esquire
Amit Trehan, Esquire
**Mayer Brown LLP**
1675 Broadway
New York, NY 10019

Chester B. Salomon, Esquire
Constantine D. Pourakis, Esquire
**Stevens & Lee, P.C.**
485 Madison Avenue, 20th Floor
New York, NY 10022

Howard R. Hawkins, Jr., Esquire
Ellen M. Halstead, Esquire
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281

James F. Wallack, Esquire
Douglas B. Rosner, Esquire
Gregory O. Kaden, Esquire
**Goulston & Storrs, P.C**
400 Atlantic Avenue
Boston, MA 02110-1776

James H. Shenwick, Esquire
**Shenwick & Associates**
655 Third Avenue, 20th Floor
New York, NY 10017

Charles R. Ekberg, Esquire
**Lane Powell PC**
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Timothy Q. Karcher, Esquire
**Dewey & LeBoeuf LLP**
1301 Avenue of the Americas
New York, NY 10019

900200.00001/21722040v.1