*Platzer, Swergold, Karlin, Levine,*
*  Goldberg & Jaslow, LLP*
*Attorneys for 250 East Borrower, LLC*
*1065 Avenue of the Americas, 18th Floor*
*New York, New York 10018*
*(212) 593-3000*
*Sydney G. Platzer (SGP/2895)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS INC.,

                              Debtor.

-------------------------------------------------------x

Chapter 11

Case No.: 08-13555 (JMP)

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE**, that the undersigned hereby enters this Notice of

Appearance as counsel for 250 EAST BORROWER, LLC, and demands, pursuant to Federal

Rules of Bankruptcy Procedure 2002 and 9010(b), that all notices given or required to be given

in this bankruptcy case and all papers served or required to be served in this case be given to and

served upon:

      Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
      Counsel for 250 East Borrower, LLC
      1065 Avenue of the Americas, 18th Floor
      New York, New York 10018
      Attn: Sydney G. Platzer, Esq.
      Telephone: 212-593-3000
      Facsimile: 212-593-0353
      splatzer@platzerlaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the

notices and papers referred to in the Rules specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint, demand,

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, electronic mail or

otherwise: (1) which affect or seek to affect in any way the rights or interests of 250 EAST

BORROWER, LLC, with respect to (a) the Debtor's bankruptcy estate; (b) property or proceeds

thereof in which the Debtor's bankruptcy estate may claim an interest; or (2) which require or

seek to require any act, delivery of any property, payment or other conduct by the Debtor's

bankruptcy estate.

Dated: September 16, 2008

> **Platzer, Swergold, Karlin, Levine,**
> **Goldberg & Jaslow, LLP**
> *Attorneys for 250 East Borrower, LLC*
>
> By: /s/ Sydney G. Platzer
> Sydney G. Platzer (SGP/2895)
> 1065 Avenue of the Americas, 18th Fl
> New York, New York 10018
> (212) 593-3000
> splatzer@platzerlaw.com