Ira L. Herman
Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001 Telephone
(212) 751-3113 Facsimile

Rhett G. Campbell
**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 3300
Houston, TX  77002-4499
(713) 653-8660 Telephone
(832) 397-8260 Facsimile

**Attorneys for Direct Energy Business, LLC**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** | § | |
| | § | **Case No. 08-13555 (JMP)** |
| Debtor. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Thompson & Knight LLP ("T&K") appears on behalf of

Direct Energy Businesses, LLC pursuant to Section 1109(b) of Title 11 of the United States

Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the

"Bankruptcy Rules") and hereby submits this notice of appearance and request notice of all

hearings and conferences and demand for service of all papers herein, including all papers and

notices pursuant to Rules 2002, 3017, and 9007 of the Bankruptcy Rules.  All notices given or

required to be given in this case shall be served upon:

Ira L. Herman
Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
Telephone:  (212) 751-3001
Facsimile:  (212) 751-3113
ira.herman@tklaw.com
demetra.liggins@tklaw.com

Rhett G. Campbell
**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 3300
Houston, TX  77002-4499
Telephone:  (713) 653-8660
Facsimile:  (832) 397-8260
Rhett.Campbell@tklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, but, without limitation, the schedules, statements of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the Bankruptcy Court,  Clerk or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by

jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**DATED:**     New York, New York
September 16, 2008.

Respectfully submitted,

By:     */s/ Ira L. Herman*

**THOMPSON & KNIGHT LLP**
Ira L. Herman
Demetra L. Liggins
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001 Telephone
(212) 751-3113 Facsimile

**THOMPSON & KNIGHT LLP**
Rhett G. Campbell
333 Clay Street, Suite 3300
Houston, TX 77002-4499
(713) 653-8660 Telephone
(832) 397-8260 Facsimile

**ATTORNEYS FOR DIRECT ENERGY
BUSINESS, LLC**