**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC.                 :    08-13555 (JMP)
                                              :
        Debtor.                               :
                                              :
                                              :
-------------------------------------------------------------------x
```

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY
CODE AND LOCAL BANKRUPTCY RULE 1007-2(d) EXTENDING THE TIME
TO COMPLY WITH REQUIREMENTS OF LOCAL BANKRUPTCY RULE
1007-2(a) AND 1007-2(b)**

Upon the motion, dated September 15, 2008 (the "Motion"), of Lehman Brothers Holdings Inc., as debtor and debtor in possession (the "Debtor" and, together with its non-debtor affiliates, "Lehman"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007-2(d) of Local Bankruptcy Rules for the Southern District of New York, effective August 4, 2008 (the "Local Rules"), the Debtor is seeking a waiver of the requirement to supply the information set forth in Local Rule 1007-2(a)(5)-(12) and (b); all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee for

the Southern District of New York, (ii) those creditors holding the thirty (30) largest unsecured claims against the Debtor's estate, (iii) the Securities and Exchange Commission, (iv) the Internal Revenue Service, and (v) the United States Attorney for the Southern District of New York, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications (the "Local Rules"), the record of the Hearing, and all of the proceedings before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is hereby granted; and it is further

ORDERED that pursuant to Rule 1007-2(d) of Local Rules the Debtor's obligation to supply the information set forth in Local Rule 1007-2(a)(5)-(12) and (b) is extended for a period of 45 days from September 16, 2008 (to and including October 31, 2008), subject to the Debtor's right to request a waiver of such obligation or further extension of the time to comply therewith.

Dated: September 16, 2008
      New York, New York

                                    *s/ James M. Peck*
                                  UNITED STATES BANKRUPTCY JUDGE