SHEPPARD MULLIN RICHTER & HAMPTON, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York  10112
Telephone:  (212) 332-3800
Facsimile:   (212) 332-3888
Carren Shulman, Esq.
Russell Reid, Esq.
Malani J. Cademartori, Esq.

Attorneys for The Bank of New York Mellon

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE
## <u>PRO HAC VICE</u>

   Malani J. Cademartori (the "Movant"), a member in good standing of the Bar of the State of New York, an attorney duly admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Sheppard, Mullin, Richter & Hampton LLP ("SMRH"), hereby moves this Court to enter an order permitting Kyle J. Mathews to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case.  In support thereof, the Movant respectfully represents as follows:

   Mr. Mathews is an associate with SMRH, a member in good standing of the Bar of the State of California, and is admitted to practice in the United States District Court for the Central District of California.  Mr. Mathews agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice* in this Chapter 11 case.  Mr. Mathews' address is:

Sheppard, Mullin, Richter & Hampton, LLP, 333 South Hope Street, 48th Floor, Los Angeles, California 90071. Mr. Mathews' e-mail address is kmathews@sheppardmullin.com and his telephone number is (213) 620-1780.

WHEREFORE, the Movant respectfully requests entry of the Proposed Order attached hereto granting the relief requested herein and such other and further relief as may be just and proper.

Respectfully submitted,

Dated: New York, New York  By:  */s/ Malani J. Cademartori*
       September 16, 2008
                                   Carren Shulman, Esq.
                                   Russell Reid, Esq.
                                   Malani J. Cademartori, Esq.
                                   SHEPPARD MULLIN RICHTER & HAMPTON, LLP
                                   30 Rockefeller Plaza, 24th Floor
                                   New York, New York  10112
                                   Telephone:  (212) 332-3800
                                   Facsimile:   (212) 332-3888

                                   Attorneys for The Bank of New York Mellon and
                                   all of its affiliates