UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Malani J. Cademartori for admission to practice *pro hac vice* of Kyle J. Mathews, Esq. of Sheppard, Mullin, Richter & Hampton, LLP; due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is

ORDERED THAT Kyle J. Mathews, Esq. is permitted to practice *pro hac vice* in connection with the above captioned bankruptcy case.

Dated:  New York, New York
        September ___, 2008

_____
UNITED STATES BANKRUPTCY JUDGE