**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                      :
In re                                                 :      **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.**                     :      **08-13555 (JMP)**
                                                      :
                          **Debtor.**                 :
                                                      :
-------------------------------------------------------------------x

## ORDER PURSUANT TO BANKRUPTCY RULES 1007(c) AND 2002(d) (i) EXTENDING THE TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF CURRENT INCOME AND EXPENDITURES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENTS OF FINANCIAL AFFAIRS AND (ii)  WAIVING OF THE REQUIREMENTS TO FILE THE EQUITY LIST AND PROVIDE NOTICE TO EQUITY SECURITY HOLDERS

Upon the motion, dated September 15, 2008 (the "Motion"), of Lehman

Brothers Holdings Inc. as debtor and debtor in possession (the "Debtor" and, together

with its non-debtor affiliates, "Lehman"), pursuant to Rules 1007 and 2002(d) of the

Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules") (i) for an extension of

the time within which the Debtor shall file its (a) schedules of assets and liabilities, (b)

schedules of executory contracts and unexpired leases, and (c) statements of financial

affairs, (collectively, the "Schedules"); and (ii) a waiver of the requirements to file a list

of equity security holders (the "Equity List") and provide notice of the commencement of

this chapter 11 case (the "Notice of Commencement") to equity security holders, all as

more fully described in the Motion; and the Court having jurisdiction to consider the

Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334

and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of

New York and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.);

and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee for the Southern District of New York, (ii) those creditors holding the thirty (30) largest unsecured claims against the Debtor's estate, (iii) the Securities and Exchange Commission, (iv) the Internal Revenue Service, and (v) the United States Attorney for the Southern District of New York, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications (the "Local Rules"), dated September 15, 2008, the record of the Hearing, and all of the proceedings before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate and creditor, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is hereby granted; and it is further

ORDERED that pursuant to Bankruptcy Rule 1007(a)(4) the time by which the Debtor shall file its Schedules is extended an additional 45 days (for a total of 60 days), through and including November 14, 2008, without prejudice to the Debtor's right to seek further extensions upon a showing of cause therefor; and it is further

ORDERED that the requirement under Bankruptcy Rule 1007(a)(3) to file the Equity List is waived; and it is further

ORDERED that the requirement under Bankruptcy Rule 2002(d) to

provide the Notice of Commencement to all equity security holders is waived.


Dated:  September 16, 2008
        New York, New York


            _s/ James M. Peck_____
            UNITED STATES BANKRUPTCY JUDGE