UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,              Case No. 08-13555 (JMP)

                Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF KYLE J. MATHEWS

UPON the motion of Malani J. Cademartori dated September 16, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Kyle J. Mathews is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        September 16, 2008

                                              *s/ James M. Peck*
                                             UNITED STATES BANKRUPTCY JUDGE