WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | **08-13555 (JMP)** |
| Debtor. | : | |

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LB 745 LLC,** | : | **08-13600 (JMP)** |
| Debtor. | : | |

**NOTICE OF HEARING**

Notice is hereby given that a hearing will be held on **September 17, 2008, at 11:00 a.m. (New York Time)**, or as soon thereafter as counsel can be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, at which the Court will consider the

following motions, which have been or will be filed electronically on the Court's Electronic Case Filing System and, as such, which may be examined and inspected by interested parties on the Court's website (http://www.nysb.uscourts.gov):

1. Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases;

2. Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code for an Order Directing that Certain Orders in the Chapter 11 Case of Lehman Brothers Holdings Inc. be Made Applicable to LB 745 LLC;

3. Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Seeking Authority to Implement Certain Notice and Case Management Procedures;

4. Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets; and

5. Debtor's Motion for Order: (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code, and (iii) Scheduling Final Hearing.

Please be advised that this Notice may be supplemented or amended by additional Notices, which will be filed electronically on the Court's Electronic Case Filing System.

No written objection to the foregoing motions are required to be filed prior to the hearing. Any objections may be interposed at the hearing.

Dated: September 17, 2008
      New York, New York

/s/ Richard P. Krasnow
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtor
and Debtor in Possession