WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.     :    08-13555 (JMP)
                                          :
         Debtors.                         :    (Jointly Administered)
                                          :
------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS**
<u>**SCHEDULED FOR HEARING ON SEPTEMBER 17, 2008 AT 11:00 A.M.**</u>[1]

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, Courtroom 601, One Bowling Green, New York, NY 10004-1408

1. Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases **[Docket No. 56]**

    Status: A proposed order will be submitted to the court

---

[1] Any party who wishes to appear telephonically at the September 17, 2008 hearing must contact Christopher Stauble at (212) 735-4935.

2. Notice of Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code Directing that Certain Orders in the Chapter 11 Case of Lehman Brothers Holdings Inc. be Made Applicable to LB 745 LLC **[Docket No. 57]**

   Status: A proposed order will be submitted to the court

3. Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Seeking Authority to Implement Certain Notice and Case Management Procedures **[Docket No. 46]**

   Status: A proposed order will be submitted to the court

4. Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 60]**

   Status: A proposed order will be submitted to the court

5. Debtor's Motion for Order: (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code, and (iii) Scheduling Final Hearing **[Docket No. 59]**

   Status: A proposed order will be submitted to the court

Dated: September 17, 2008
New York, New York

/s/ Richard P. Krasnow
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

2

NY2:\1916466\01\152R601!.DOC\73683.1043