UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
                                    :
In re:   Lehman Brothers Holdings Inc..    :        Case No.: 08-13555 (JMP)
                                    :
                                    :        (Chapter 11)
                                    :
                     Debtor.        :
----------------------------------------------------X

## APPOINTMENT OF COMMITTEE OF
## <u>UNSECURED CREDITORS</u>

Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtor being among the largest unsecured claimants who are willing to serve are appointed to the committee of unsecured creditors:

1.       Wilmington Trust Company, as
          Indenture Trustee
          520 Madison Avenue, 33rd Floor
          New York, New York   10022
          Attn: James J. McGiniey, Managing Debtor
          Phone Number (212) 415-0522
          Fax Number (212) 415-0513

2.       The Bank of NY Mellon
          101 Barclay - 8 W.
          New York, New York   10286
          Attn: Gerard Facendola, Vice President Corporate Trust
          Phone Number (212) 815-5373

3.       Shinsei Bank, Limited
          1-8, Uchisaiwaicho 2- Chome
          Chiyoda - Ku, Tokyo
          100-8501
          Japan
          Attn: Edward P. Gilbert
          Phone Number 81-3-5510-6614
          Fax Number 81-3-4560-2846

4.      Mizuho Corporate Bank, Ltd. as Agent
        1251 Avenue of the Americas
        New York, New York   10020-1104
        Attn: Noel P. Purcell, Senior Vice President
        Phone Number (212) 282-3486
        Fax Number (212) 282-4490


5.      The Royal Bank of Scotland, PLC
        101 Park Avenue, 6th Floor
        New York, New York   10178
        Attn: Alan Ferguson/Michael Fabiano
        Phone Number (212) 401-3552 or (212) 401-3663


6.      Metlife
        10 Park Avenue, P.O. Box 1902
        Morristown, New Jersey 07962-1902
        Attn: David Yu, Director
        Phone Number (973) 355-4581
        Fax Number (973) 355-4230

7.      RR Donnelley & Sons
        3075 Highland Parkway
        Downers Grove, Il.  60515
        Attn: Daniel Pevonka, Senior Manger Legal Accounts
        Phone Number (630) 322-6931
        Fax Number (630) 322-6052



Dated:  September 17, 2008


                        DIANA G. ADAMS
                        UNITED STATES TRUSTEE


                By:     /s/ Andrew D. Velez-Rivera
                        Andrew D. Velez-Rivera
                        Trial Attorney
                        33 Whitehall Street, 21st Floor
                        New York, New York  10004
                        Tel. No. (212) 510-0500