STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York  10022
Telephone: 212-319-8500
Facsimile: 212-319-8505
Chester B. Salomon
Constantine D. Pourakis
Email: cs@stevenslee.com
         cp@stevenslee.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

**<u>AMENDED NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of 1301 Properties Owner, LP, c/o Paramount Group, Inc. ("1301 Properties"), a creditor and party-in-interest, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York  10022
Attn:  Chester B. Salomon, Esq.
         Constantine D. Pourakis, Esq.
Telephone: 212-319-8500
Facsimile: 212-319-8505
Email: cs@stevenslee.com
         cp@stevenslee.com

PLEASE TAKE FURTHER NOTICE that the undersigned previously filed a Notice of Appearance on behalf of 1301 Properties Owner LLC, and that such notice of appearance should be disregarded and Debtor's records revised to reflect same.

SL1 866658v1/099999.00891

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Amended Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive 1301 Properties': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which 1301 Properties is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
September 17, 2008

                    STEVENS & LEE, P.C.

                    By: /s/Chester B. Salomon
                        Chester B. Salomon
                        485 Madison Avenue, 20th Floor
                        New York, New York  10022
                        Telephone:  212-319-8500
                        Facsimile:   212-319-8505
                        Email:  cs@stevenslee.com
                                cp@stevenslee.com

                  Attorneys for 1301 Properties Owner, LP
                  c/o Paramount Group, Inc.