WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,**                               :    **08-13555 (JMP)**
                                                                 :
        Debtor.                                                  :
                                                                 :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
**In re**                                                        :    **Chapter 11 Case No.**
                                                                 :
**LB 745 LLC,**                                                  :    **08-13600 (JMP)**
                                                                 :
        Debtor.                                                  :
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING**

       **PLEASE TAKE NOTICE** that a hearing in the above-referenced chapter 11 cases with respect to the Debtors' First Day Motions was scheduled for September 17, 2008 at 11:00 a.m. (Prevailing Eastern Time) before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004 (the "Hearing").

       **PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned **to September 17, 2008 at 4:00 p.m. (Prevailing Eastern Time) before the Honorable James M.**

08-13555-mg    Doc 65    Filed 09/17/08    Entered 09/17/08 10:41:48    Main Document
                                  Pg 2 of 2

**Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004** and such hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: September 17, 2008
      New York, New York

           /s/ Shai Y. Waisman
           Harvey R. Miller, Esq.
           Richard P. Krasnow, Esq.
           Lori R. Fife, Esq.
           Shai Y. Waisman, Esq.
           Jacqueline Marcus, Esq.
           WEIL, GOTSHAL & MANGES LLP
           767 Fifth Avenue
           New York, New York 10153
           Telephone: (212) 310-8000
           Facsimile: (212) 310-8007

           Attorneys for Debtors
           and Debtors in Possession