UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
BANKRUPTCY COURT
2008 SEP 16 P 4: 17
S.D. OF N.Y.

In re:                                                    : Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS INC.    : Case No. 08-13555 (JMP)
                                                          :
                        Debtor.                           :

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Bradford M. Berry, a member in good standing of the bar in the District of Columbia, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Commodity Futures Trading Commission, an agency of the United States and an interested party in the above-referenced case.

Mailing address: Office of General Counsel, Commodity Futures Trading Commission, 1155 21st Street, NW, Washington, DC 20581; Email address: bberry@cftc.gov; telephone number (202) 418-5127.

I understand that the $25 filing fee is waived for U.S. government attorneys; if not, I agree to pay the fee upon approval by the Court admitting me to practice *pro hac vice*.

Dated: September 16, 2008
Washington, DC

## ORDER

**ORDERED,**
that Bradford M. Berry, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York.

Dated: September __, 2008

_____
James M. Peck
United States Bankruptcy Judge