

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. | Case No. 08-13555 (JMP) |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, R. Stephen Painter Jr., a member in good standing of the bar in the State of Illinois, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Commodity Futures Trading Commission, an agency of the United States and an interested party in the above-referenced case.

Mailing address: Division of Enforcement, Commodity Futures Trading Commission, 140 Broadway, New York, NY 10005; Email address: spainter@cftc.gov; telephone number (646) 746-9815.

I understand that the $25 filing fee is waived for U.S. government attorneys; if not, I agree to pay the fee upon approval by the Court admitting me to practice *pro hac vice*.

Dated: September 16, 2008
Washington, DC

*/s/ R. Stephen Painter*

## ORDER

**ORDERED,**
that R. Stephen Painter Jr., Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York.

Dated: September __, 2008

James M. Peck
United States Bankruptcy Judge