DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.

Attorneys for Customer Asset Protection Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
:
In re                                                   :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,**   :    **08-13555 (JMP)**
:
Debtor.                              :
:
------------------------------------------------------- x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned case on behalf of Customer Asset Protection Company, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

>P. Bruce Wright, Esq.
>Elizabeth Page Smith, Esq.
>DEWEY & LEBOEUF LLP
>1301 Avenue of the Americas
>New York, NY 10019
>Telephone:  212.259.8000
>Facsimile:  212.259.6333
>Emails:  pwright@dl.com
>esmith@dl.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), the foregoing demand includes not only the notice and papers referred to in the aforementioned Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any right or interest of the debtor in the above-captioned case.

This appearance and demand for notice and service of papers is not and may not be deemed or construed to be a waiver of any of Customer Asset Protection Company's substantive or procedural rights, including, but not limited to, any right (i) to require that where any adversary proceeding is initiated against Customer Asset Protection Company in this or any related case, or where any proceeding is initiated by complaint against Customer Asset Protection Company, the Bankruptcy Rules, the Federal Rules of Civil Procedure, and non-bankruptcy law, as applicable, shall apply, such that service upon undersigned counsel is insufficient for any such proceeding; (ii) to have any final order in a non-core matter entered only after *de novo* review by the United

2

States District Court; (iii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (iv) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action, defense, setoff or recoupment to which Customer Asset Protection Company is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Customer Asset Protection Company expressly reserves.

Dated: New York, NY  
       September 17, 2008

DEWEY & LEBOEUF LLP

 /s/ P. Bruce Wright  
P. Bruce Wright  
Elizabeth Page Smith  
1301 Avenue of the Americas  
New York, NY 10019  
Telephone:  212.259.8000  
Facsimile:  212.259.6333

Attorneys for Customer Asset Protection Company