GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Interactive Data Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                :    Chapter 11
                                                      :
LEHMAN BROTHERS HOLDINGS, INC.,    :    Case No. 08-13555 (JMP)
                                                      :
                          Debtor                :
---------------------------------------------------------------x

## MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR <u>ADMISSION TO PRACTICE PRO HAC VICE</u>

     I, Douglas B. Rosner, a member in good standing of the bar of the Commonwealth of Massachusetts, request admission, *pro hac vice*, before the Honorable James M. Peck in the above captioned chapter 11 case. My address is Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333; email address is drosner@goulstonstorrs.com; and telephone number is (617) 482-1776.

     I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: New York, New York
       September 17, 2008            Respectfully submitted,

                                                /s/ Douglas B. Rosner
                                           Douglas B. Rosner (DR-5690)
                                           GOULSTON & STORRS, P.C.
                                           400 Atlantic Avenue
                                           Boston, Massachusetts 02110-3333
                                           Tel:   (617) 482-1776
                                           drosner@goulstonstorrs.com

-2-

## ORDER

ORDERED, that Douglas B. Rosner, Esq. is admitted to practice, *pro hac vice*, in the above-captioned Chapter 11 Case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
September __, 2008

_____
United States Bankruptcy Judge

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Interactive Data Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :     Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS, INC.,                                :     Case No. 08-13555 (JMP)
                                                               :
                             Debtors                           :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Douglas B. Rosner, hereby certify that on this 17th day of September, 2008, I caused to be served a copy of the ***Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission to Practice Pro Hac Vice*** on the parties set forth on the attached Service List via ECF or first-class mail, as indicated.

/s/ Douglas B. Rosner
Douglas B. Rosner, Esq. (DR-5690)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Service List

| Harvey R. Miller, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>**Counsel to the Debtor**<br>**(via ECF)** | United States Trustee Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(via first class mail) |
|---|---|

1860465