GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Interactive Data Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                          :         Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC.,                 :         Case No. 08-13555 (JMP)
                                                :
                           Debtor               :
-------------------------------------------------------------x

## MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR <u>ADMISSION TO PRACTICE PRO HAC VICE</u>

I, Gregory O. Kaden, a member in good standing of the bar of the Commonwealth of Massachusetts, request admission, *pro hac vice*, before the Honorable James M. Peck in the above captioned chapter 11 case.  My address is Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333; email address is gkaden@goulstonstorrs.com; and telephone number is (617) 482-1776.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  New York, New York
         September 17, 2008            Respectfully submitted,

                                        /s/ Gregory O. Kaden
                                       Gregory O. Kaden (GK-9610)
                                       GOULSTON & STORRS, P.C.
                                       400 Atlantic Avenue
                                       Boston, Massachusetts  02110-3333
                                       Tel:    (617) 482-1776
                                       **gkaden@goulstonstorrs.com**

-2-

## ORDER

ORDERED, that Gregory O. Kaden, Esq. is admitted to practice, *pro hac vice*, in the above-captioned Chapter 11 Case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       September __, 2008

_____
United States Bankruptcy Judge

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to Interactive Data Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
In re:                                                                        :          Chapter 11
                                                                                    :
LEHMAN BROTHERS HOLDINGS, INC.,         :          Case No. 08-13555 (JMP)
                                                                                    :
                                        Debtors                    :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Gregory O. Kaden, hereby certify that on this 17th day of September, 2008, I caused to be served a copy of the *Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission to Practice Pro Hac Vice* on the parties set forth on the attached Service List via ECF or first-class mail, as indicated.

/s/ Gregory O. Kaden
Gregory O. Kaden, Esq. (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Tel: (617) 482-1776
Fax: (617) 574-4112

Service List

| Harvey R. Miller, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>**Counsel to the Debtor**<br>**(via ECF)** | United States Trustee Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(via first class mail) |
|---|---|

1860477