Peter A. Zisser, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3357
Facsimile: (212) 385-9010

Attorneys for Monument Realty LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC.,           Chapter 11

                                         Case No. 08-13555 (JMP)
                    Debtor.
-----------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that Monument Realty LLC, a party-in-interest in the above referenced case, hereby enter its appearance by and through its counsel, Holland & Knight LLP, pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case be given and served upon:

|  |  |
|---|---|
|  | (Electronic Service Only) |
| Peter A. Zisser, Esq. | Richard E. Lear, Esq. |
| Holland & Knight LLP | Holland & Knight LLP |
| 195 Broadway | 2099 Pennsylvania Avenue, N.W., Suite 100 |
| New York, NY 10007-3189 | Washington, DC 20006 |
| Telephone: (212) 513-3200 | Telephone: (202) 955-3000 |
| Facsimile: (212) 385-9010 | Facsimile: (202) 955-5564 |
| Email: peter.zisser@hklaw.com | Email: richard.lear@hklaw.com |

PLEASE TAKE FURTHER NOTICE that this request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, and 9007, including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:  September 17, 2008
       New York, New York

                                        HOLLAND & KNIGHT LLP

                                        By: /s/Peter A. Zisser_____
                                            Peter A. Zisser, Esq.
                                            195 Broadway
                                        New York, New York 10007
                                        Telephone:  (212) 513-3200
                                        Facsimile:   (212) 385-9010
                                        Email: peter.zisser@hklaw.com

                                        -and-

Richard E. Lear, Esq.
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006
Telephone: (202) 955-3000
Facsimile: (202) 955-5564
Email: richard.lear@hklaw.com

Attorneys for Monument Realty LLC

# **CERTIFICATE OF SERVICE**

      I, Wilfred Lancaster, do hereby certify under penalty of perjury, that on this 17th day of September, 2008, caused a copy of the foregoing *Notice of Appearance*, to be served by first-class U.S. Mail upon the party listed below:

Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Richard P. Krasnow, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Brian Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

                                                                                      /s/Wilfred Lancaster
                                                                                       Wilfred Lancaster

Sworn to before me this
17th day of September 2008.

/s/Peter A. Zisser
    Notary Public

Notary Public, State of New York
Qualified in NY County
No. 4997100
Commission expires 7/2/2010

#5610827v1