CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
Israel Dahan

Attorneys for FXCM Holdings, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
**In re:**                                                              :   Chapter 11
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,**                                      :   Case No. 08-13555 (JMP)
                                                                        :
                                            **Debtor.**                 :
                                                                        :
------------------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE**
**PRO HAC VICE**

Israel Dahan, Esq. (the "Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Cadwalader Wickersham & Taft LLP ("Cadwalader"), hereby moves this Court to enter an order permitting Mark C. Ellenberg to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case.  In support thereof, the Movant respectfully represents as follows:

Mr. Ellenberg is a partner with Cadwalader, a member in good standing of the Bar of the District of Columbia, and is admitted to practice in the United States District Court for the

USActive 14006434.1

District of Columbia.  Mr. Ellenberg agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice* in this Chapter 11 case.  Mr. Ellenberg's address is: Cadwalader Wickersham & Taft LLP, 1201 F. Street, N.W. Suite 1100, Washington, DC 20004.  Mr. Ellenberg's e-mail address is mark.ellenberg@cwt.com and his telephone number is (202) 862-2200.

WHEREFORE, the Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated:   New York, New York
         September 17, 2008

                CADWALADER, WICKERSHAM & TAFT LLP

                */s/ Israel Dahan*
                Israel Dahan
                One World Financial Center
                New York, New York  10281
                Telephone:  (212) 504-6000
                Facsimile:  (212) 504-6666

                Attorneys for FXCM Holdings, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------x | Chapter 11 |
| **In re:** : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** : | Case No. 08-13555 (JMP) |
| : |  |
| **Debtor.** : |  |
| : |  |
| ------------------------------------------------------------x |  |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Israel Dahan, Esq. for admission to practice *pro hac vice* of Mark C. Ellenberg, Esq. of Cadwalader Wickersham & Taft LLP; due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is

ORDERED THAT Mark C. Ellenberg, Esq. is permitted to practice *pro hac vice* in connection with the above captioned bankruptcy case.

Dated:   New York, New York
         September ____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

USActive 14006434.1