UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
                                             :
In re                                        :
                                             :      Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,               :
                                             :      Case No.  08-13555 (JMP)
                 Debtor.                      :
                                             :
                                             :
-------------------------------------------------------------------X
```

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Federal Reserve Bank of New York

hereby appears in the above-captioned cases pursuant to Rule 9010(b) of the Federal

Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as a party-in-interest in the

above-captioned case, and, pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010

and sections 102(1), 342, and 1109(b) of chapter 11, title 11 of the United States Code

(the "Bankruptcy Code"), requests that all notices given or required to be given in this

case and all papers served or required to be served in this case be given to and served

upon the undersigned at the following office address and facsimile number, with a copy

to the following e-mail address:

Shari D. Leventhal
Assistant General Counsel and Senior Vice President
Federal Reserve Bank of New York
33 Liberty Street
New York, New York 10045-0001
Tel. No.:  (212) 720-5018
Fax No.:  (212) 720-8709
E-Mail Address:  shari.leventhal@ny.frb.org

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b)

of the Bankruptcy Code, the foregoing request includes not only the notices and papers

referred to in the Bankruptcy Rules specified above, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or

demand, whether formal or informal, whether written or oral, and whether transmitted or

conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or

otherwise, which affect the above-captioned debtor or property of the debtor.

Dated:  New York, New York
        September 17, 2008

        FEDERAL RESERVE BANK OF NEW YORK

        Shari D. Leventhal (sl-2280)
        33 Liberty Street
        New York, NY 10045-0001
        (212) 720-5018
        shari.leventhal@ny.frb.org

        Attorney for the Federal Reserve
        Bank of New York