UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., et al. | ) | Case No. 08-13555 (JMP) |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Willkie Farr & Gallagher LLP, on behalf of AIG Financial Products Corporation and AIG Global Investment Corporation ("**AIG**"), and under, *inter alia*, Rules 2002, 7005 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

>Willkie Farr & Gallagher LLP
>787 Seventh Avenue
>New York, NY 10019-6099
>Telephone: (212) 728-8000
>Facsimile: (212) 728-8111
>
>Attention: Marc Abrams, Esq.
>     Shelley Chapman, Esq.
>     Benito Romano, Esq.
>
>E-mail: mabrams@willkie.com
>    schapman@willkie.com
>    bromano@willkie.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or

4471458.1

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service,

hand delivery, telephone, facsimile transmission, or otherwise.

Dated:   New York, New York
         September 17, 2008

                                  Respectfully submitted,

                                  **WILLKIE FARR & GALLAGHER LLP**

                                  By:  /s/ Marc Abrams
                                      Marc Abrams, Esq.
                                      Shelley Chapman, Esq.
                                      Benito Romano, Esq.
                                      787 Seventh Avenue
                                      New York, New York 10019
                                      Telephone: (212) 728-8000

                                  Counsel for AIG Financial Products Corporation
                                  and AIG Global Investment Corporation