UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., ) | Case No.: 08-13555 (JMP) |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY NORMANDY HILL CAPITAL, L.P.

Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Normandy Hill Capital, L.P. ("Normandy Hill") requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Normandy Hill at the office, address and telephone number set forth below, and that Normandy Hill be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Normandy Hill Capital, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022
Attn: Matthew A. Cantor, Esq.
(212) 616-2100 (Phone)
(212) 616-2101 (Fax)
Email: info2@normandyhill.com

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of

reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtors, or property of such debtor.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, NY
September 16, 2008

By: /s/ Matthew A. Cantor
Matthew A. Cantor, Esq. (MC-7727)

NORMANDY HILL CAPITAL, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022
(212) 616-2100 (Phone)
(212) 616-2101 (Fax)