**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                     :     Chapter 11 Case No.
                                                          :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,              :     Case No. 08-13555 (JMP)
                                                          :
        Debtors.                                          :     (Jointly Administered)
                                                          :
------------------------------------------------------------------------x     Ref. Docket No. 46, 56, 57, 58, 59,
                                                                              60, 61

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 17, 2008, I caused to be served the following:

    a) "Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Seeking Authority to Implement Certain Notice and Case Management Procedures", dated September 16, 2008 [docket # 46],

    b) "Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases", dated September 17, 2008 [docket #56],

    c) "Notice of Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code Directing that Certain Orders in the Chapter 11 Case of Lehman Brothers Holdings Inc. be Made Applicable to LB 745 LLC", dated September 17, 2008 [docket #57],

    d) "Notice of Hearing", dated September 17, 2008 [docket #58],

    e) "Debtor's Motion for Order: (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code, and (iii) Scheduling Final Hearing", dated September 17, 2008 [docket #59],

f) "Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets", dated September 17, 2008 [docket #60],

g) "Notice of Agenda of Matters Scheduled for Hearing on September 17, 2008 At 11:00 A.M.", dated September 17, 2008 [docket #61],

by causing true and correct copies to be:

a) delivered by email to those parties listed on the attached Exhibit "A", and

b) delivered by facsimile to those parties listed on the attached Exhibit "B".

/s/ Herb Baer
Herb Baer

Sworn to before me this
17th day of September, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

2

# EXHIBIT "A"

Email Address

| | |
|---|---|
| araboy@cov.com | kiplok@hugheshubbard.com |
| atrehan@mayerbrown.com | kobak@hugheshubbard.com |
| bambacha@sec.gov | krubin@ozcap.com |
| bankoftaiwan@botnya.com | lgranfield@cgsh.com |
| bill.hughes@us.standardchartered.com | lschweitzer@cgsh.com |
| brehenyb@sec.gov | mbienenstock@dl.com |
| btrust@mayerbrown.com | mhopkins@cov.com;dcoffino@cov.com |
| chris.omahoney@bnymellon.com | Michael.Halevi@anz.com |
| cohena@sec.gov | Michael.mauerstein@citi.com |
| cp@stevenslee.com | mrosenthal@gibsondunn.com |
| cs@stevenslee.com | mtuck@lloydstsb-usa.com |
| cshulman@sheppardmullin.com | murai24234@nissay.co.jp |
| dallas.bankruptcy@pulicans.com | newyork@sec.gov |
| Danna.Drori@usdoj.gov | noriyuki_tsumura@chuomitui.jp |
| demetra.liggins@tklaw.com | panosn@sec.gov |
| dennis.graham@kbc.be | paul.deutch@troutmansanders.com |
| deryck.palmer@cwt.com | prachmuth@reedsmith.com |
| drosner@goulstonstorrs.com | ranjit.mather@bnymellon.com |
| ekbergc@lanepowell.com | raymond.morison@bnymellon.com |
| ellen.halstead@cwt.com | rdicanto@nabny.com |
| elobello@blankrome.com | rgmason@wlrk.com |
| ffm@bostonbusinesslaw.com | rhett.campbell@tklaw.com |
| frank.sodano@americas.bnpparibas.com | rjohnson2@co.arapahoe.co.us |
| gado01@handelsbanken.se | RLevin@cravath.com |
| gary.ticoll@cwt.com | robert.bailey@bnymellon.com |
| gauchb@sec.gov | rolfnagel.dahl@dnbnor.no |
| george.davis@cwt.com | rreid@sheppardmullin.com |
| george_neofitidis@scotiacapital.com | RTrust@cravath.com |
| giddens@hugheshubbard.com | rwasserman@cftc.gov |
| grosenberg@co.arapahoe.co.us | sharbeck@sipc.org |
| harveystrickon@paulhastings.com | sheehan@txschoollaw.com |
| hollace.cohen@troutmansanders.com | shuji.yamada@e-scb.co.jp |
| howard.hawkins@cwt.com | sophia.jing@fubonny.com |
| hsnovikoff@wlrk.com | splatzer@platzerlaw.com |
| i82240@firstbank.com.tw | ssmall@us.mufg.jp |
| ira.herman@tklaw.com | tarbit@cftc.gov |
| jacobsonn@sec.gov | tetsuhiro.toomata@shinseibank.com |
| jafeltman@wlrk.co | timothy.white@mizuhocbus.com |
| Jbecker@wilmingtontrust.com | tkarcher@dl.com |
| jbromley@cgsh.com | wafaa.m.orfy@citigroup.com |
| jhs7@att.net | whitej@sec.gov |
| jliu@dl.com | wsmith@bocusa.com |
| jmcginley@wilmingtontrust.com | yasuhiko_imai@smbcgroup.com |
| john.rapisardi@cwt.com | |
| jtougas@mayerbrown.com | |
| jwallack@goulstonstorrs.com | |
| jwang@sipc.org | |
| jweiss@gibsondunn.com | |
| k4.nomura@aozorabank.co.jp | |
| KDWBankruptcyDepartment@kelleydrye.com | |

**EXHIBIT "B"**

| name | fax |
|---|---|
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| HUA NAN COMMERCIAL BANK LTD | 886-2-2331-6741 |