**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                           :     Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,  :     Case No. 08-13555 (JMP)
                                                                :
        Debtors.                                           :     (Jointly Administered)
                                                                :
---------------------------------------------------------------x     Ref. Docket No. 65

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

      BRIDGET GALLERIE, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On September 17, 2008, I caused to be served the "Notice of Adjournment of Hearing," dated September 17, 2008 [Docket No. 65], by causing true and correct copies to be:

    a)    delivered by email to those parties listed on the attached Exhibit "A", and

    b)    delivered by facsimile to those parties listed on the attached Exhibit "B".

                                        /s/ Bridget Gallerie
                                        Bridget Gallerie

Sworn to before me this
17th day of September, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# EXHIBIT "A"

**Email Address**
araboy@cov.com
atrehan@mayerbrown.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bill.hughes@us.standardchartered.com
brehenyb@sec.gov
btrust@mayerbrown.com
chris.omahoney@bnymellon.com
cohena@sec.gov
cp@stevenslee.com
cs@stevenslee.com
cshulman@sheppardmullin.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
drosner@goulstonstorrs.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
ffm@bostonbusinesslaw.com
frank.sodano@americas.bnpparibas.com
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
grosenberg@co.arapahoe.co.us
harveystrickon@paulhastings.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hsnovikoff@wlrk.com
Malcolm@firstbankny.com
ira.herman@tklaw.com
jacobsonn@sec.gov
jafeltman@wlrk.co
Jbecker@wilmingtontrust.com
jbromley@cgsh.com
jhs7@att.net
jliu@dl.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
k4.nomura@aozorabank.co.jp
KDWBankruptcyDepartment@kelleydrye.com
kiplok@hugheshubbard.com
kobak@hugheshubbard.com
krubin@ozcap.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
mbienenstock@dl.com
mhopkins@cov.com;dcoffino@cov.com
Michael.Halevi@anz.com
Michael.mauerstein@citi.com
mrosenthal@gibsondunn.com
mtuck@lloydstsb-usa.com
murai24234@nissay.co.jp
newyork@sec.gov
noriyuki_tsumura@chuomitui.jp
panosn@sec.gov
paul.deutch@troutmansanders.com
prachmuth@reedsmith.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdicanto@nabny.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
robert.bailey@bnymellon.com
rolfnagel.dahl@dnbnor.no
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
sharbeck@sipc.org
sheehan@txschoollaw.com
shuji.yamada@e-scb.co.jp
sophia.jing@fubonny.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
tarbit@cftc.gov
tetsuhiro.toomata@shinseibank.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
wafaa.m.orfy@citigroup.com
whitej@sec.gov
wsmith@bocusa.com
yasuhiko_imai@smbcgroup.com
macl01@handelsbanken.se
edpe01@handelsbanken.se
nbruce@lloydstsb-usa.com
jmathis@lloydstsb-usa.com

# EXHIBIT "B"

| Name | Fax Number |
| --- | --- |
| Internal Revenue Service | 215-516-2015 |
| Office Of The Us Trustee, Andrew D Velez-Rivera | 212-668-2255 |
| HUA NAN COMMERCIAL BANK LTD | 866-2-2331-6741 |