Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: (206) 624-3600
Fax: (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

UNITED STATES BANKRUPTCY COURT
SOUTHERN THE DISTRICT OF NEW YORK
(MANHATTAN)

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDING INC.,<br>et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Joint Administration) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE* FOR JOSEPH E. SHICKICH, JR.

I, Joseph E. Shickich, Jr., a member in good standing of the bars in the states of Washington and Wyoming, and of the bars in the U.S. District Courts for the Western District of Washington and Eastern District of Washington, request admission, **pro hac vice**, before the Honorable James M. Peck, to represent Microsoft Corporation and Microsoft Licensing, GP, parties-in-interest in the above-referenced case. My office and email addresses, and my telephone and fax numbers are:

> Joseph E. Shickich, Jr.
> Riddell Williams P.S.
> 1001 4th Ave Ste 4500
> Seattle WA 98154-1192
> Telephone: (206) 624-3600
> Facsimile: (206) 389-1708
> jshickich@riddellwilliams.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:   September 17, 2008
         Seattle, Washington

_____
Joseph E. Shickich, Jr. (JS-5229)

**ORDERED,**

That Joseph E. Shickich, Jr., Esq., is admitted to practice ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2008
       New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE