**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
::
**In re**                              :        **Chapter 11 Case No.**
::
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (JMP)**
::
Debtors.                           :        **(Jointly Administered)**
::
::
------------------------------------------------------------------x

**ORDER DIRECTING THAT CERTAIN ORDERS
ENTERED IN THE CHAPTER 11 CASE LEHMAN
BROTHERS HOLDINGS INC. BE MADE APPLICABLE TO
LB 745 LLC**

Upon the motion, dated September 17, 2008 (the "Motion"), jointly filed by Lehman Brothers Holdings Inc. ("Lehman Holdings") and LB 745 LLC ("LB 745," and together with Lehman Holdings, the "Debtors"), seeking entry of an order, pursuant to section 105(a) of the Bankruptcy Code, directing that certain orders entered in the chapter 11 case of the Debtor be made applicable to LB 745, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been provided as described in the Motion; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; the

Court finds and determines, after due deliberation, that the relief sought in the Motion is in the best interests of the Debtors, their estates, and all parties in interest therein; notice of the Motion was due and proper and no further notice is necessary; and the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and therefore, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the following orders in Lehman Holding's chapter 11 case are hereby made applicable to LB 745, effective as of entry of this order, as if LB 745 were a debtor referred to in said orders:

(1) Order Enforcing the Protections of Section 362 of the Bankruptcy Code [Doc. No. 48]

(2) Order Extending the Time to Comply with the Requirements of Local Bankruptcy Rule 1007-2(a) and 1007-2(b) [Doc. No. 49]

(3) Order i) Authorizing the Employment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtor and (ii) Appointing Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Doc. No. 50]

(4) Order (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 [Doc. No. 52]

(5) Order Waiving of the Requirement to File a List of Creditors and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case. [Doc. No. 53];

and it is further

ORDERED that the following proposed order in Lehman Holding's chapter 11 case, once entered by the Court, is hereby made applicable to LB 745 chapter 11 case as if LB 745 were a Debtor referred to in said order:

- Order Implementing Certain Notice and Case Management Procedures.

Dated: September 17, 2008
       New York, New York

                                      *s/ James M. Peck*
                                UNITED STATES BANKRUPTCY JUDGE

3