Dennis F. Dunne
Luc A. Despins
Wilbur  F. Foster, Jr.
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
601 South Figueroa  Street, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP AS PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL.

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-

captioned cases as proposed counsel for the Official Committee of Unsecured Creditors

of Lehman Brothers Holdings Inc., et al., and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules

of Bankruptcy Procedure 2002, 3017(a), 9007, 9010, requests that copies of all notices and

pleadings in these cases be given to and served upon the following:

> Dennis F. Dunne
> Luc A. Despins
> Wilbur F. Foster, Jr.
>
> MILBANK, TWEED, HADLEY & McCLOY LLP
> 1 Chase Manhattan Plaza
> New York, New York 10005
> Telephone: (212) 530-5000
> Facsimile: (212) 530-5219
>
> Email: ddunne@milbank.com
> ldespins@milbank.com
> wfoster@milbank.com
>
> -and-
>
> Paul Aronzon
> Gregory A. Bray
> MILBANK, TWEED, HADLEY & McCLOY LLP
> 601 South Figueroa Street, 30th Floor
> Los Angeles, CA 90017
> Telephone: (213) 892-4000
> Facsimile: (213) 629-5063
>
> Email: paronzon@milbank.com
> gbray@milbank.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in

interest (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:      New York, New York
              September 17, 2008

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Dennis F. Dunne
Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.