**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                              )
In re:                                        )   Chapter 11
                                              )
LEHMAN BROTHERS HOLDINGS INC., et al.,        )   Case No. 08-13555 (JMP)
                                              )
              Debtors.                        )   (Jointly Administered)
                                              )
-------------------------------------------------------------x
```

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that McGuireWoods LLP hereby enters its appearance in the above-captioned bankruptcy cases on behalf of The Toronto-Dominion Bank, and that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and section 1109 of Title 11 of the United States Code, McGuireWoods LLP hereby requests that all notices given or required to be given, and all papers served or required to be served in these cases, be delivered to and served upon the following:

>    Patrick L. Hayden
>    McGUIREWOODS LLP
>    1345 Avenue of the Americas
>    Seventh Floor
>    New York, NY 10105
>    Telephone:  (212) 548-2100
>    Facsimile:  (212) 548-2150
>    Email:  phayden@mcguirewoods.com
>    -and-
>    Dion W. Hayes
>    McGUIREWOODS LLP
>    One James Center
>    901 East Cary Street
>    Richmond, VA 23219
>    Telephone: (804) 775-1000
>    Facsimile: (804) 775-1061
>    Email: dhayes@mcguirewoods.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only those notices and papers referred to in Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that the foregoing request constitutes a request for service only, and does not constitute, and shall not be deemed to constitute, a waiver of any substantive right of The Toronto-Dominion Bank, the consent to the jurisdiction of the Bankruptcy Court, or the waiver of the right to a jury trial.

Dated:  September 18, 2008               Respectfully submitted,

                                         McGUIREWOODS LLP

                                          /s/  Dion W. Hayes
                                         Patrick L. Hayden
                                         1345 Avenue of the Americas
                                         Seventh Floor
                                         New York, NY 10105
                                         Telephone:  (212) 548-2100
                                         Facsimile:  (212) 548-2150
                                         -and-
                                         Dion W. Hayes
                                         One James Center
                                         901 East Cary Street
                                         Richmond, VA 23219
                                         Telephone: (804) 775-1000
                                         Facsimile: (804) 775-1061

                                         Attorneys for The Toronto-Dominion Bank