McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Occidental Energy Marketing, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re<br><br>Lehman Brothers Holdings, Inc.,<br><br>     Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Occidental Energy Marketing, Inc. ("Occidental"), a

creditor in the above-captioned bankruptcy proceeding, by and through its attorneys, McCarter &

English, LLP, hereby enters its appearance in this proceeding pursuant to Rules 9010 and 2002

of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code.  It is

respectfully requested that all further notices given or required to be given in these proceedings

and copies of all papers served in these proceedings be given to and served upon the

undersigned, attorneys for Occidental, at the offices, postal addresses, e-mail addresses telephone

numbers and facsimile numbers set forth below:

ME1 7719664v.1

Eduardo J. Glas, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4096
(973) 622-4444
(973) 624-7070  facsimile
eglas@mccarter.com

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street
Wilmington, DE  19801
(302) 984-6300
(302) 984-6399 facsimile
kmayer@mccarter.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. §1109(b) and Rule

2002 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes not only the

notices and papers referred to in the Rules specified above, but additionally includes, without

limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or

request, whether formal or informal, whether transmitted or conveyed by mail, delivery,

telephone, facsimile transmission or otherwise.

McCARTER & ENGLISH, LLP
Attorneys for Occidental Energy Marketing, Inc.

By:     /s/Eduardo J. Glas
        Eduardo J. Glas (EG7027)
        Gateway Four
        100 Mulberry Street
        Newark, NJ  07102
        (973) 622-4444
        (973) 624-7070 facsimile

Dated:  September 18, 2008

-2-

ME1 7719664v.1