McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Occidental Energy Marketing, Inc.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re<br><br>Lehman Brothers Holdings, Inc.,<br><br>　　　　　　　Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11 |

**CERTIFICATE OF SERVICE**

I, Eduardo J. Glas, hereby certify that on September 18, 2008, I caused a true and correct copy of the foregoing **Notice of Appearance and Request for Service of Papers** to be served upon the following service list via First Class Mail.

　　　　　　　　　　　　　　　　McCARTER & ENGLISH, LLP
　　　　　　　　　　　　　　　　Attorneys for Occidental Energy Marketing, Inc.

　　　　　　　　　　　　　　　　By:　　/s/Eduardo J. Glas
　　　　　　　　　　　　　　　　　　　　Eduardo J. Glas (EG7027)
　　　　　　　　　　　　　　　　　　　　Gateway Four
　　　　　　　　　　　　　　　　　　　　100 Mulberry Street
　　　　　　　　　　　　　　　　　　　　Newark, NJ 07102
　　　　　　　　　　　　　　　　　　　　(973) 622-4444
　　　　　　　　　　　　　　　　　　　　(973) 624-7070 facsimile

Dated: September 18, 2008

-3-

ME1 7719664v.1