## SERVICE LIST

Harvey R. Miller, Esq.  
Shai Waisman, Esq.  
Weil, Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY 10153  

Andrew D. Velez-Rivera, Esq.  
Paul K. Schwartzberg, Esq.  
Brian S. Masumoto, Esq.  
Office of the U.S. Trustee  
Region 2/Southern Dist. of New York  
33 Whitehall Street, Suite 2100  
New York, NY 10004  

Harvey A. Strickon, Esq.  
Paul, Hastings, Janofsky & Walker, LLP  
75 East 55th Street  
New York, NY 10022-3205  

Andrea Sheehan, Esq.  
Law Offices of Robert E. Luna, P.C.  
4411 N. Central Expressway  
Dallas, TX 75205  

James S. Carr, Esq.  
Kelley, Drye & Warren, LLP  
101 Park Avenue  
New York, NY 10178  

Frank F. McGinn, Esq.  
Bartlett Hackett Feinberg, P.C.  
155 Federal Street, 9th Floor  
Boston, MA 02110  

Richard Levin, Esq.  
Robert H. Trust, Esq.  
Cravath, Swaine & Moore, LLP  
Worldwide Plaza  
825 Eighth Avenue  
New York, NY 10019  

Kathryn Schroeder, Esq.  
Arapahoe County  
5334 S. Prince Street  
Littleton, CO 80166  

Elizabeth Weller, Esq.  
Linebarger, Goggan, Blair & Sampson, LLP  
2323 Bryan Street, Suite 1600  
Dallas, TX 75201  

Harold S. Novikoff, Esq.  
Richard G. Mason, Esq.  
Joshua A. Feltman, Esq.  
Wachtell, Lipton, Rosen & Katz  
51 West 52nd Street  
New York, NY 10019  

Deryck A. Palmer, Esq.  
John J. Rapisardi, Esq.  
George A. Davis, Esq.  
Gary D. Ticoll, Esq.  
Cadwalader, Wickersham & Taft, LLP  
One World Financial Center  
New York, NY 10281  

Frederick D. Hyman, Esq.  
Amit Trehan, Esq.  
Mayer Brown, LLP  
1675 Broadway  
New York, NY 10019

| | |
|---|---|
| Brian Trust, Esq.<br>Jeffrey G. Tougas, Esq.<br>Amit Trehan, Esq.<br>Mayer Brown, LLP<br>1675 Broadway<br>New York, NY  10019 | Hollace T. Cohen, Esq.<br>Paul H. Deutch, Esq.<br>Troutman Sanders, LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY  10174 |
| Chester B. Salomon, Esq.<br>Constantine D. Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY  10022 | Michael Rosenthal, Esq.<br>Janet M. Weiss, Esq.<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY  10166-0193 |
| Howard R. Hawkins, Jr., Esq.<br>Ellen M. Halstead, Esq.<br>Cadwalader, Wickersham & Taft, LLP<br>One World Financial Center<br>New York, NY  10281 | Michael B. Hopkins, Esq.<br>Dianne F. Coffino, Esq.<br>Amanda Raboy, Esq.<br>Covington & Burling, LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY  10018 |
| James F. Wallack, Esq.<br>Douglas B. Rosner, Esq.<br>Gregory O. Kaden, Esq.<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110-1776 | Wilmington Trust Company<br>Attn:  James J. McGinley<br>520 Madison Avenue, 33rd Floor<br>New York, NY  10022 |
| James H. Shenwick, Esq.<br>Shenwick & Associates<br>655 Third Avenue, 20th Floor<br>New York, NY  10017 | Wilmington Trust FSB<br>Attn:  Julie J. Becker<br>8400 Normandale lake Blvd., Ste 925<br>Bloomington, MN  55437 |
| Charles R. Ekberg, Esq.<br>Lane Powell, PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA  98101-2338 | Paul A. Rachmuth, Esq.<br>Michael J. Venditto, Esq.<br>Reed Smith, LLP<br>599 Lexington Avenue<br>New York, NY  10022 |
| Martin J. Bienenstock, Esq.<br>Judy G. Z. Liu, Esq.<br>Timothy Q. Karcher, Esq.<br>Dewey & LeBoeuf, LLP<br>1301 Avenue of the Americas<br>New York, NY  10019 | Carren Shulman, Esq.<br>Russell Reid, Esq.<br>Sheppard, Mullin, Richter & Hampton, LLP<br>30 Rockefeller Plaza, 24th Floor<br>New York, NY  10112 |

ME1 7719664v.1

Edward J. LoBello, Esq.
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Sydney G. Platzer, Esq.
Plazer, Swegold, Karlin, Levine, Goldberg
& Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

Ira L. Herman, Esq.
Demetra L. Liggins, Esq.
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3915

Rhett G. Campbell, Esq.
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019

Peter A. Zisser, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189

Richard E. Lear, Esq.
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006

Mark A. Speiser, Esq.
Sherry J. Millman, Esq.
Stroock & Stroock & Lavan, LLP
179 Maiden Lane
New York, NY 10038

Kay Standridge Kress, Esq.
Deborah Kovsky-Apap, Esq.
Pepper Hamilton, LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

Audrey D. Wisotsky, Esq.
Pepper Hamilton, LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276

Israel Dahan, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281

ME1 7719664v.1

ME1\6142266.1