MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530
(516) 592-5772
Thomas R. Slome (TS-0957)
tslome@msek.com

Attorneys For Dresdner Kleinwort Group Holdings LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of Meyer, Suozzi, English & Klein, P.C. hereby appears in the above-captioned Chapter 11 case as counsel to Dresdner Kleinwort Group Holdings LLC, a creditor of the above-captioned debtors.

PLEASE TAKE FURTHER NOTICE that Meyer, Suozzi, English & Klein, P.C. hereby enters its appearance, and requests, pursuant to Sections 102(1), 342 and 1109(b) of Title 11, United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon:

Thomas R. Slome, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Ph: (516) 597-5772
Fx: (516) 741-6706
email: tslome@msek.com

- and -

J. Fred Berg, Jr., Esq.
Russin, Vecchi, Berg & Bernstein LLP
380 Lexington Avenue, Suite 1518
New York, NY 10168
Ph: (212) 490-6644
Fx: (212) 202-4930
email: fred.berg@rvblaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, any notice, application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telegraph, telecopy, telex, electronically or otherwise filed with regard to the referenced case and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization or liquidation.

PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn by the District Court in any matter

subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated: Garden City, New York
      September 18, 2008         MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

                              By:  /s/ Thomas R. Slome
                                   Thomas R. Slome, Esq. (TS-0957)

                                   990 Stewart Avenue, Suite 300
                                   PO Box 9194
                                   Garden City, New York 11530
                                   (516) 592-5772

                                   Attorneys For Dresdner Kleinwort Group Holdings LLC

**682842**