UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                          Case No. 08-13555-jmp

                Debtors.                          (Jointly Administered)
--------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

      I, **Laurie Gomez**, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Meryer, Suozzi, English & Klein, P.C.

      On the 18th day of September, 2008, I served true copies of the **Notice of Appearance and Request for Service of Papers** by first class mail postage prepaid upon the persons listed on attached service list.

                                    /s/ Laurie Gomez
                                    Laurie Gomez

Sworn to before me this
18th day of September, 2008

/s/ Kathleen L. Giddens
Notary Public, State of New York
No. 01G16170171
Qualified in Nassau County
Commission Expires July 2, 2011

Service List

Harvey R. Miller, Esq.
Jacqueline Marcus , Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

U.S. Trustee
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Audrey D. Wisotsky, Esq.
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276

Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Carren Shulman, Esq.
Russell Reid, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112

CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT
c/o Andrea Sheehan, Esq.
4411 N. Central Expressway
Dallas, Texas 75205

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expwy.
Dallas, Texas 75205

Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Citigroup Inc.
Collins Building Services, Inc.
Court Square Place
24-01 44th Road
Long Island City, NY 11101

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Attention: Amanda Raboy

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Attention: Michael B. Hopkins

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Attention: Dianne F. Coffino

Credit Suisse
11 Madison Avenue
New York, NY 10010

Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112

Deryck A. Palmer, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Edward J. LoBello, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

EHMD, LLC
c/o Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, MO 64112

Federal Reserve Bank of New York
Frank F. McGrinn
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Frederick D. Hyman, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Gary D. Ticoll, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

General Electric Capital Corporation
c/o Paul, Hastings, Janofsky & Walker LLP
Attn: Harvey A. Strickon
75 East 55th Street
New York, NY 10022-3205

George A. Davis, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

George Rosenberg
Arapahoe County Attorney?s Office
5334 S. Prince Street
Littleton, CO 80166

Harold S. Novikoff, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Howard R. Hawkins, Jr. Esq.
Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

ING BANK, FSB
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
100 Renaissance Center, Suite 3600
Detroit, MI 48243-7926

Interactive Data Corporation
c/o Douglas B. Rosner, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Ira L. Herman
Demetra L. Liggins
THOMPSON & KNIGHT LLP
919 Third Avenue, 39th Floor
New York, New York 10022-3915

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Israel Dahan, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

James F. Wallack, Esq.
Douglas B. Rosner, Esq.
Gregory O. Kaden, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Janet M. Weiss, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192

Joshua A. Feltman, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

Luc A. Despins
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005

Mark A. Speiser
Sherry J. Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

Martin J. Bienenstock, Esq.
Judy G.Z Liu, Esq.
Timothy Q. Karcher, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

Michael Rosenthal, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

Microsoft Corporation
Microsoft Licensing, GP
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154

Monument Realty LLC
Normandy Hill Capital, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022
Attn: Matthew A. Cantor, Esq.

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Attention: Harvey A. Strickon (HS5210)

PEPPER HAMILTON LLP
Kay Standridge Kress
Deborah Kovsky-Apap
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

Peter A. Zisser, Esq.
Holland & Knight LLP
195 Broadway
New York, NY 10007-3189

Platzer, Swergold, Karlin,
Levine, Goldberg & Jaslow, LLP
Counsel for East 46th Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Attn: Sydney G. Platzer, Esq.

Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Attention: Paul A Rachmuth, Esq.

Rhett G. Campbell
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Richard G. Mason, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Richard Levin, Esquire
Robert H. Trust, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Shari D. Leventhal
Assistant General Counsel
and Senior Vice President
Federal Reserve Bank of New York
33 Liberty Street
New York, New York 10045-0001

Shenwick & Associates
James H. Shenwick, Esq.
655 Third Avenue, 20th Floor
New York, New York 10017

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Attn: Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.

The Bank of New York Mellon
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Attn: Hollace T. Cohen, Esq.
Attn: Paul H. Deuthch, Esq.

Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Wilbur F. Foster, Jr.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attn: Benito Romano, Esq.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attn: Mark Abrams, Esq.

Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, New York 10022
Attention: James J. McGinley

Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, New York, 10022

Wilmington Trust FSB
8400 Normandale Lake Blvd.
Suite 925
Bloomington, Minnesota 55437
Attention: Julie J. Becker

682840