UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | : | Chapter 11 |
|---|---|---|
| In re: | : | Case Nos. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | : | (Jointly Administered) |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

    I, Eduardo J. Glas, hereby certify that on September 18, 2008, I caused a true and correct copy of the foregoing **Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets [D.I. # 60]** to be served upon the parties in the following service list as indicated.

    /s/ Eduardo J. Glas
    Eduardo J. Glas, Esquire (# EG7027)
    McCARTER & ENGLISH, LLP
    245 Park Avenue
    27th Floor
    New York, New York 10167
    (212) 609-6800 - Telephone
    (212) 609-6921 - Facsimile
    eglas@mccarter.com

Dated: September 18, 2008

ME1 7722946v.1