LATHAM & WATKINS LLP
Keith A. Simon
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Facsimile: (212) 751-4864
Email: keith.simon@lw.com

and

David S. Heller
J. Douglas Bacon
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-7700
Facsimile: (312) 993-9767
Email: david.heller@lw.com
         douglas.bacon@lw.com

COUNSEL TO FANNIE MAE

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                   :    Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                  :
                                                         :    Case No. 08-13555 (JMP)
                                    Debtors.             :
                                                         :    Jointly Administered
                                                         :
                                                         :
---------------------------------------------------------------

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Fannie Mae, by and through its undersigned counsel, hereby appears in the above-captioned case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code requests that any and all notices

CH\1054511.1

given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon counsel of record at:

> Keith A. Simon
> Latham & Watkins LLP
> 885 Third Avenue
> New York, New York 10022
> Tel:  (212) 906-1200
> Fax:  (212) 751-4864
> Email: keith.simon@lw.com

> and

> David S. Heller
> J. Douglas Bacon
> Latham & Watkins LLP
> Sears Tower, Suite 5800
> 233 South Wacker Drive
> Chicago, Illinois  60606
> Tel: (312) 876-7700
> Facsimile: (312) 993-9767
> Email: david.heller@lw.com
>         douglas.bacon@lw.com

PLEASE TAKE FURTHER NOTICE THAT the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

CH\1054511.1

Dated: September 18, 2008
     New York, New York

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Keith A. Simon
Keith A. Simon
885 Third Avenue, Suite 1000
New York, New York 10022
Telephone: (212) 906-1200
Fax: (212) 751-4864
Email: keith.simon@lw.com

- 3 -