Maureen Cronin, Esq.
My Chi To, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                   :
In re:                                :
                                 :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,   :
                                 :    Case No. 08-13555 (JMP)
                     Debtor.    :
                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Debevoise & Plimpton LLP, on behalf of Rock-Forty-Ninth LLC, Rockefeller Center Management Corporation, Rockefeller Group Development Corporation and Rockefeller Center North, Inc., appears in the above-captioned case.  The undersigned respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-captioned case be given and served upon:

        Maureen Cronin
        My Chi To
        Debevoise & Plimpton LLP
        919 Third Avenue
        New York, New York  10022
        Telephone: (212) 909-6000
        Fax: (212) 909-6836
        Email:  mcto@debevoise.com
                macronin@debevoise.com

22818323v1

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules cited above, but also without limitation to all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise that affects or seeks to affect or may potentially affect in any way the Debtor or its estate or creditors thereof, or any property or proceeds in which the Debtor or the estate may claim an interest.

Dated: New York, New York
       September 18, 2008

DEBEVOISE & PLIMPTON LLP

By: /s/ Maureen Cronin
    Maureen Cronin
    My Chi To

919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000
Fax:  (212) 909-6836

22818323v1