**CHADBOURNE & PARKE LLP**
Howard Seife (HS-7995)
David M. LeMay (DL-9093)
Andrew Rosenblatt (AR-9904)
30 Rockefeller Plaza
New York, New York 10012
Telephone: (212) 408-5100
Facsimile: (212) 541-5369

Attorneys for GLG Partners LP and its funds

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------
In re:                                                          :      Chapter11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*     :      08-13555 (JMP)
                                                                :
                    Debtors.                               :      (Jointly Administered)
---------------------------------------------------------------------

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE

**PLEASE TAKE NOTICE** GLG Partners LP and its funds ("GLG"), as Agent, a creditor and party in interest herein, "), hereby appears in these chapter 11 cases by their counsel, Chadbourne & Parke LLP ("Chadbourne & Park0e, and demands, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned counsel, at the address set forth below:

NY3 - 474893.01

Howard Seife, Esq.
David LeMay Esq.
Andrew Rosenblatt, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
Telephone No.: (212) 408-5100
Facsimile No.: (212) 541-5369

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, or plan of reorganization transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of GLG to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) GLG's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) GLG's rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) GLG's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other  rights, claims, actions,

defenses, set-offs, or recoupments to which GLG is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments GLG expressly reserve.

Dated: New York, New York
September 18, 2008

        **CHADBOURNE & PARKE LLP**
        Counsel to GLG Partners LP and its funds

        By: /s/ Howard Seife
           Howard Seife (HS-7995)
           David M. LeMay (DL-9093)
           Andrew Rosenblatt (AR-9904)

        30 Rockefeller Plaza
        New York, New York 10112
        (212) 408-5100