UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :
                                                               :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC.,                                 :
                                                               :    Case No. 08-13555 (JMP)
                                                               :
                    Debtor.                                    :
                                                               :
---------------------------------------------------------------x

Amanda Raboy certifies:

     1.    I am not a party to the action, am over 18 years of age, am employed by Covington & Burling LLP, and reside in New York, New York.

     2.    On September 18, 2008, I caused to be served true and correct copies of the Notice of Entry of Appearance of Wilmington Trust Company upon the parties listed on the attached service list by first class mail.

.

                                                                /s/ Amanda Raboy
                                                                  Amanda Raboy

## SERVICE LIST
All Via First Class Mail

Harvey R. Miller, Esquire
Shai Waisman, Esquire
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue New York, NY 10153

Andrew D. Velez-Rivera, Esquire
Paul K. Scwartzberg, Esquire
Brian S. Masumoto, Esquire
**Office of the United States Trustee**
Region 2/Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Harvey A. Strickon, Esquire
**Paul, Hastings, Janofsky & Walker LLP**
75 East 55th Street
New York, NY 10022-3205

Andrea Sheehan, Esquire
**Law Offices of Robert E. Luna, P.C.**
4411 N. Central Expressway
Dallas, TX 75205

James S. Carr, Esquire Kelley
**Drye & Warren LLP**
101 Park Avenue
New York, NY 110178

Frank F. McGinn, Esquire
**Bartlett Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, MA 02110

Kathryn Schroeder, Esquire
**Arapahoe County**
5334 S. Prince Street
Littleton, CO 80166

Elizabeth Weller, Esquire
**Linebarger Goggan Blair & Sampson, LLP**
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Harold S. Novikoff, Esquire
Richard G. Mason, Esquire
Joshua A. Feltman, Esquire
**Wachtell, Lipton, Rosen & Katz**
51 West 52nd Street
New York, NY 10019-60150

Deryck A. Palmer, Esquire
John J. Rapisardi, Esquire
George A. Davis, Esquire
Gary D. Ticoll, Esquire
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281

Frederick D. Hyman, Esquire
Amit Trehan, Esquire
**Mayer Brown LLP**
1675 Broadway
New York, NY 10019

Brian Trust, Esquire
Jeffrey G. Tougas, Esquire
Amit Trehan, Esquire
**Mayer Brown LLP**
1675 Broadway New York, NY 10019

Richard Levin, Esquire
Robert H. Trust, Esquire
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Howard R. Hawkins, Jr., Esquire
Ellen M. Halstead, Esquire
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, NY 10281

James H. Shenwick, Esquire
**Shenwick & Associates**
655 Third Avenue, 20th Floor
New York, NY 10017

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Timothy Q. Karcher, Esquire
**Dewey & LeBoeuf LLP**
1301 Avenue of the Americas
New York, NY 10019

Hollace T. Cohen
Paul H. Deutch
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

Michael Rosenthal
Janet Weiss
**Gibson Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193

Chester B. Salomon, Esquire
Constantine D. Pourakis, Esquire
**Stevens & Lee, P.C.**
485 Madison Avenue, 20th Floor
New York, NY 10022

James F. Wallack, Esquire
Douglas B. Rosner, Esquire
Gregory O. Kaden, Esquire
**Goulston & Storrs, P.C**
400 Atlantic Avenue
Boston, MA 02110-1776

Charles R. Ekberg, Esquire
**Lane Powell PC**
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

George Rosenberg
**Arapahoe County Attorney's Office**
5334 S. Prince Street
Littleton, CO 80166