**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, New York  10019-6092
Telephone (212) 259-8000
Facsimile:  (212) 259-6333
Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
William C. Heuer, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. ) | Case Nos. 08-13555 (JMP) |
| ) | 08-13600 (JMP) |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that the firm listed below hereby appears as counsel for The Royal Bank of Scotland plc and subsidiaries ("RBS"), creditors and parties-in-interest and, under Section 1109(b) of title 11, United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002 and 9010 (the "Bankruptcy Rules"), requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on:

> Martin J. Bienenstock, Esq.
> Irena M. Goldstein, Esq.
> William C. Heuer, Esq.
> Dewey & LeBoeuf LLP
> 1301 Avenue of the Americas
> New York, NY  10019-6092
> (212) 259-8000 (Tel)
> (212) 259-6333 (Fax)
> mbienenstock@dl.com
> igoldstein@dl.com
> wheuer@dl.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including RBS with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the Notice Parties.

**PLEASE TAKE FURTHER NOTICE** that RBS intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of RBS to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (2) the right of RBS to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of RBS to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which RBS is or may be entitled under

2

agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments of RBS expressly hereby preserve and assert in these cases.

Dated: September 18, 2008

        DEWEY & LEBOEUF LLP

        By: /s/Martin J. Bienenstock
        Martin J. Bienenstock
        Irena M. Goldstein
        William C. Heuer
        1301 Avenue of the Americas
        New York, New York 10019-6092
        Telephone: 212 259-8000
        Facsimile: 212-259-6333

        *Attorneys for The Royal Bank of Scotland plc*