WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                      :
**In re**                                             :          **Chapter 11 Case No.**
                                                      :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.* :          **08-13555 (JMP)**
                                                      :
            **Debtors.**                              :          **(Jointly Administered)**
                                                      :
-------------------------------------------------------------x

## <u>NOTICE OF HEARING</u>

Notice is hereby given that a hearing will be held on **September 19, 2008, at 4:00**

**p.m. (New York Time)**, or as soon thereafter as counsel can be heard, before the Honorable

James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy

Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling

Green, New York, New York 10004, at which the Court will consider the following motion,

which have been or will be filed electronically on the Court's Electronic Case Filing System and,

as such, which may be examined and inspected by interested parties on the Court's website

(http://www.nysb.uscourts.gov):

Motion of Debtors for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming
Status of Citibank Clearing Advances

Please be advised that this Notice may be supplemented or amended by additional Notices, which will be filed electronically on the Court's Electronic Case Filing System.

No written objections to the foregoing motion are required to be filed prior to the hearing.  Any objections may be interposed at the hearing.

Dated: September 18, 2008
     New York, New York

/s/ Richard P. Krasnow
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession