Jeffrey S. Sabin
Ronald J. Silverman
Steven Wilamowsky
399 Park Avenue
New York, NY 10022-4689
Tel:  212-705-7000
Fax:  212-752-5378

-and-

P. Sabin Willett
One Federal Street
Boston, MA 02110-1726
Tel: 617-951-8000
Fax: 617-951-8736

Counsel to Harbinger Capital Partners
Special Situations Fund L.P. and Harbert
Distressed Investor Master Fund Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                       :    Case No. 08-13555 (JMP)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Harbinger Capital Partners Special Situations Fund L.P. and Harbert Distressed Investor Master Fund Ltd., parties in interest in the above-captioned cases (the "Appearing Parties"), hereby appear by their counsel, Bingham McCutchen LLP, and request, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be

A/72657368.2

served in these cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| BINGHAM McCUTCHEN LLP<br>Jeffrey S. Sabin<br>Ronald J. Silverman<br>Steven Wilamowsky<br>399 Park Avenue<br>New York, NY 10022-4689<br>Tel: 212-705-7000<br>Fax: 212-752-5378<br>Emails:  jeffrey.sabin@bingham.com<br>            ronald.silverman@bingham.com<br>            steven.wilamowsky@bingham.com | BINGHAM McCUTCHEN LLP<br>P. Sabin Willett<br>One Federal Street<br>Boston, MA 02110-1726<br>Tel:  617-951-8000<br>Fax:  617-951-8736<br>Email: sabin.willet@bingham.com |

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Parties to jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of:  (i) the Appearing Parties' right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Parties' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Parties' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Parties are or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Parties expressly reserve.

Dated: New York, New York
September 18, 2008

        Respectfully submitted,

        BINGHAM McCUTCHEN LLP

        By: /s/Ronald J. Silverman
            Jeffrey S. Sabin
            Ronald J. Silverman
            Steven Wilamowsky
            399 Park Avenue
            New York, NY 10022-4689
            Tel: 212-705-7000
            Fax: 212-752-5378

            -and-

            P. Sabin Willett
            One Federal Street
            Boston, MA 02110-1726
            Tel: 617-951-8000
            Fax: 617-951-8736

        Counsel to Harbinger Capital Partners Special
        Situations Fund L.P. and Harbert Distressed
        Investor Master Fund Ltd.