**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10016
Telephone: (212) 351-4000
Facsimile: (212) 949-7606
Michael A. Rosenthal, Esq.
Janet M. Weiss, Esq. (JW-5460)

ATTORNEYS FOR LEHMAN BROTHERS PRIVATE EQUITY FUNDS
*(listed on attached Exhibit A hereto)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | Case No. 08-13555 (JMP) |
| **Debtor.** | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Michael A. Rosenthal, a member in good standing of the Bar of the State of Texas and the bar of the United States District Court for the Northern, Eastern and Southern Districts of Texas and the Northern District of Illinois, request admission *pro hac vice*, before the Honorable James M. Peck, to represent the Lehman Brothers Private Equity Funds listed on attached Exhibit A hereto in the above captioned case. Mailing address: 200 Park Avenue, New York, New York 10166; Email address: mrosenthal@gibsondunn.com; telephone number: (212) 351-3969.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: New York, New York
September 18, 2008

        GIBSON, DUNN & CRUTCHER LLP

        /s/ Michael A. Rosenthal
        Michael A. Rosenthal
        200 Park Avenue
        New York, New York  10166
        Tel:  (212) 351-4000
        Fax:  (212) 351-4035

        ATTORNEYS FOR THE LEHMAN BROTHERS PRIVATE
        EQUITY FUNDS LISTED ON EXHIBIT A

## **ORDER**

**ORDERED,**

that Michael A. Rosenthal, Esq., is admitted to practice, *pro hac vice*, in the above captioned case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  New York, New York
        _____, 2008

        THE HONORABLE JAMES M. PECK
        UNITED STATES BANKRUPTCY JUDGE

100521334_2.DOC

# EXHIBIT A

# LEHMAN BROTHERS PRIVATE EQUITY FUNDS

| | |
|---|---|
| Lehman Brothers Merchant Banking Partners | Lehman Brothers Merchant Banking Partners II |
| Lehman Brothers Merchant Banking Partners III | Lehman Brothers Merchant Banking Partners III Delaware AIVs |
| Lehman Brothers Merchant Banking Partners IV | Lehman Brothers Merchant Banking Partners IV Delaware AIVs |
| Lehman Brothers Venture Capital Group (pre-fund, 1996-1998, aka VC Fund I) | LB VC Partners LP (VC Fund II) |
| Lehman Brothers Venture Partners | Lehman Brothers VC Partners 2002 LP (VC Fund III) |
| Lehman Brothers Venture Partners 2003-C (VC Fund IV) | Lehman Brothers Venture Partners 2003-P (VC Fund IV) |
| Lehman Brothers Venture Partners V-P | Lehman Brothers Venture Partners V |
| Lehman Brothers CDO Opportunity Partners 2004 Lehman Brothers CDO Mezzanine Fund 2005-I Unit Trust | Lehman Brothers CDO Opportunity Partners II |
| Lehman Brothers Loan Opportunity Fund | Lehman Brothers Secondary Opportunities Fund |
| Lehman Co-Investment Partners | Lehman Brothers Secondary Opportunities Fund II |
| Lehman Brothers MLP Opportunity Fund | Lehman Brothers Real Estate Partners |
| Lehman Brothers Real Estate Partners II | Lehman Brothers Real Estate Partners III |
| Lehman Brothers Real Estate Mezzanine Partners | Lehman Brothers Real Estate Mezzanine Partners II |
| Lehman Brothers Merchant Banking Partners IV (Europe) (Feeder Fund) | Lehman Brothers Merchant Banking Partners IV (Europe) |
| Lehman Brothers Private Equity Partners, Ltd. | Lehman Brothers European Mezzanine Partners 2003 |
| Lehman Brothers European Mezzanine Partners II | Lehman Brothers Distressed Structured Credit Fund |

| | |
|---|---|
| Lehman Brothers Merchant Banking Partners (offshore and Japan) | LB Offshore Investment Partners II LP |
| Lehman Brothers Merchant Banking Partners IV Offshore AIV (A) LP | LB Merchant Banking Partners III Cayman AIV LP |
| LB Co-Investment Partners Cayman AIV I LP | Lehman Brothers Loan Opportunity Fund Cayman LP |
| LB Secondary OPP Offshore Fund LP | LP Secondary OPP Offshore Fund II LP |
| Lehman Brothers Offshore Real Estate Partners | Lehman Brothers Real Estate Partners II |
| Lehman Brothers Offshore Real Estate Mezzanine Partners | Lehman Brothers Offshore Real Estate Partners III |
| Lehman Brothers Offshore Real Estate Partners III (Europe) SCA, SICAR | Lehman Brothers Cayman GP, Ltd. |
| Lehman Brothers Cayman Partners, Ltd. | LB Offshore GP Holdings (PE) Ltd. |
| LB Offshore Partners (PE) Ltd. | |

## CERTIFICATE OF SERVICE

    I, Jennifer M. Contreras, hereby certify that on September 18, 2008, I caused a copy of the annexed Motion for Admission to Practice Pro Hac Vice to be served by postage-paid United States First Class Mail upon a) Harvey R. Miller, Esq. Weil, Gotshal & Manges, LLP, 767 Fifth Avenue New York, New York 10153, and b) Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004.

    /s/ Jennifer M. Contreras
    Jennifer M. Contreras