David W. Elrod (Texas State Bar No. 06591900)
ELROD, PLLC
500 N. Akard Street
Suite 3000
Dallas, Texas 75201
(214) 855-5188 Telephone
(214) 855-5183 Facsimile
Attorney for TransCanada PipeLines
Limited and affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : | Case Nos. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | : | (Jointly Administered) |
| Debtor. | : |  |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, David W. Elrod, a member in good standing of the bar in the State of Texas, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent TransCanada PipeLines Limited, party-in-interest, in the above-referenced case.

My address is: Elrod, PLLC, 500 N. Akard St., Suite 3000, Dallas, Texas 75201; e-mail address is: delrod@elrodtrial.com; telephone number is: (214) 855-5188; and facsimile number is: (214) 855-5183.

I agree to pay the fee upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: September 18, 2008          Respectfully submitted,

    /s/ David W. Elrod
David W. Elrod
Texas State Bar No. 06591900
**ELROD, PLLC**
500 N. Akard Street, Suite 3000
Dallas, Texas 75201
Telephone:  214-855-5188
Facsimile:  214-855-5183

**ATTORNEYS FOR TRANSCANADA PIPELINES LIMITED**