David W. Elrod (Texas State Bar No. 06591900)
ELROD, PLLC
500 N. Akard Street
Suite 3000
Dallas, Texas  75201
(214) 855-5188 Telephone
(214) 855-5183 Facsimile
Attorney for TransCanada PipeLines
Limited and affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In re: | : | Case Nos. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS | : | (Jointly Administered) |
| INC., et. al., | : | |
| | : | |
| | : | |
| Debtor. | : | |

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

IT IS HEREBY ORDERED that, David W. Elrod, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
        New York, New York                    _____
                                             UNITED STATES BANKRUPTCY JUDGE