Katharine L. Mayer, Esquire
McCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300 - Telephone
(302) 984-6399 - Facsimile
Attorneys for Occidental Energy Marketing, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In re: | : | Case Nos. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS | : | (Jointly Administered) |
| INC., et. al., | : | |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Katharine L. Mayer, a member in good standing of the bar in the State of Delaware and

the bar of the U.S. District Court for the District of Delaware, request admission *pro hac vice*

before the Honorable James M. Peck, to represent Occidental Energy Marketing, Inc. in the

above referenced case.

Mailing address:      McCarter & English, LLP
                      Renaissance Centre
                      405 N. King Street, 8th Floor
                      Wilmington, DE  19801
Email address:        kmayer@mccarter.com
Telephone number:     (302) 984-6300

ME1 7722807v.1

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated:  September 19, 2008
        Wilmington, Delaware

/s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar No. 3758)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300 - Telephone
(302) 984-6399 - Facsimile
kmayer@mccarter.com

-and-

/s/ Eduardo J. Glas
Eduardo J. Glas, Esquire (# EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
eglas@mccarter.com

Attorneys for Occidental Energy
Marketing, Inc.

---

## ORDER

**ORDERED**,
that Katharine L. Mayer, Esq., is admitted to practice ***pro hac vice*** in the above referenced case,
in the United States Bankruptcy Court, Southern District of New York, provided that the filing
fee has been paid.

Dated:  September ____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE


2

ME1 7722807v.1