IN RE LEHMAN BROTHERS HOLDINGS, INC.

Exhibit A – Unpaid Pre-Petition Balances On Verizon Accounts

| Account No. | Balance Due |
|---|---|
| 000635534307 | 10,544.00 |
| 000191607525 | 7,338.90 |
| 000885653298 | 3,398.98 |
| JP0000002190 | 349.06 |
| 000832983982 | 21,151.93 |
| 000649056609 | 8,558.20 |
| 000601736277 | (2,116.99) |
| 000899171195 | (317.79) |
| 000770680960 | 4,909.11 |
| JL0000008856 | (68.64) |
| 212M504254037 | 622,521.17 |
| 212M552169063 | 83,281.69 |
| 212M501371515 | 20,512.55 |
| 212M560326521 | 17,425.64 |
| 212M562689307 | 14,292.37 |
| 212M550285957 | 25,916.17 |
| 212M500750031 | 231.41 |
| 212M565753757 | 192.36 |
| 7325620588077 | 256.74 |
| 7325620134647 | 1,002.61 |
| 000865349841 | 122.53 |
| 000973512928 | 2,640.90 |
| 3026546591006 | 0.00 |
| 3026546179025 | 25.45 |
| 3026547626574 | 182.20 |
| 3024218200485 | 1,386.00 |
| 201M553882319 | 397.82 |
| 212M503137857 | 65.21 |
| 212M571575823 | 3,512.20 |
| 201V072871156 | 3,808.75 |
| 0625151799 | 265.44 |
| 9733771241955 | 5.19 |
| 9733793543892 | (2,588.63) |
| 000996211664 | 58.99 |
| 201M113157758 | 6,038.40 |
| 000959993115 | 5,056.35 |
| 4124717528671 | 0.00 |
| 3021897842530 | 115.99 |
| 201M555295645 | 66.30 |
| 2155611803245 | 98.01 |
| 2015365520241 | 1,489.38 |
| 000763562087 | 84.06 |
| 3026580372513 | 0.00 |
| 9734432199773 | 2,681.84 |
| 7324650368038 | 411.60 |
| 2155680139482 | 283.46 |

2463148v1

| Account | Amount |
|---|---:|
| 201M555384509 | 956.32 |
| 4122611873506 | 0.00 |
| 7329818249589 | (1,497.88) |
| 201V631104030 | 0.00 |
| 212M504304915 | 4,151.06 |
| 000858241435 | 1,848.24 |
| 3026546179479 | 0.00 |
| 201V072911098 | (49.87) |
| 2015362188604 | 12,913.90 |
| 212M150127064 | 649.76 |
| 4124717740373 | 0.00 |
| 212M500197504 | 528.66 |
| 2158309656595 | 0.00 |
| 2155640320159 | 0.00 |
| 201M520391665 | 137.96 |
| 000648637427 | 139.62 |
| 2013955029922 | 2,866.98 |
| 3026543550406 | 1,310.48 |
| 201V620014999 | 53,058.81 |
| 2013955028891 | 16,484.79 |
| 3023286460957 | 0.00 |
| 3026612558289 | 0.00 |
| 2015362346710 | 15,556.74 |
| 201M520410559 | (76.76) |
| 718M560108769 | (390.08) |
| 212M500795272 | (816.31) |
| 212M551422215 | (597.52) |
| 212M552187115 | (1,472.96) |
| 212M501464312 | (3,426.78) |
| 212M503131067 | (84,839.69) |
| 212M500021927 | (150,762.19) |
| 9784525129064 | 162.10 |
| 6178151671671 | 22,645.65 |
| 212S890010564 | 122,094.67 |
| 2036225012060 | 310.27 |
| 2124590466405 | 3,733.36 |
| 2129970262527 | 236.27 |
| 2123204029683 | 83.78 |
| 2124800631026 | 768.60 |
| 2122472419612 | 368.62 |
| 2122453042195 | 228.94 |
| 2122453746196 | 228.94 |
| 2036296133822 | 243.40 |
| 2122230306160 | 4,331.50 |
| 2125287000242 | 1,985.30 |
| 212S895555319 | (1,009.49) |
| 2129846135340 | 1,798.44 |
| 212R282844995 | (1,044.79) |
| 6468348000045 | 11,193.80 |
| 2125267000358 | 42,662.28 |

| | |
|---|---:|
| 2129064370567 | 14,829.26 |
| 2126725239341 | 1,798.44 |
| 2124254487156 | (1,175.42) |
| 2123206000046 | 17,195.68 |
| 212S891170112 | (139.43) |
| 212Q441957442 | 862.43 |
| 2127351880161 | 3,035.24 |
| 212X002026726 | 39,169.41 |
| 2126452362775 | (1,484.46) |
| 2128671474569 | (2,042.68) |
| 2128671476570 | (1,996.79) |
| 2123384120159 | 4,291.64 |
| 2126427480969 | 127.99 |
| 2124902993763 | (1,197.23) |
| 2122487817452 | 45.12 |
| 2125149298611 | 234.78 |
| 8454632849490 | 64.05 |
| 212R428087417 | 3,638.88 |
| 2124254515159 | (1,208.45) |
| 2122739810163 | 1,312.40 |
| 2126815600031 | 4,275.69 |
| 2123200090811 | 454.64 |
| Y1742983 | 574,293.92 |
| 86338572 | 39,683.19 |
| Y2180170 | 62,944.00 |
| Y2451266 | (27,147.38) |
| 1309480 | 2,665.00 |
| X259150198494 | 1,507.21 |
| X230000000195 | 2,114.97 |
| Y1777467 | 61,092.62 |
| Y2227406 | 5,139.69 |
| 1EW18019 | 24.12 |
| 2DE16635 | (24.40) |
| 1EW01736 | 14.70 |
| 2DE50448 | 12.84 |
| 1EW01735 | 14.70 |
| 1EW17662 | 196.36 |
| 86336760 | 7,520.39 |
| 47250066 | 5,990.35 |
| Y2279223 | 10,813.61 |
| Y1751646 | 84.11 |
| Y1751648 | 975.42 |
| Y1751649 | 40.28 |
| Y2279225 | 211,546.68 |
| Y1726749 | 2,967.64 |
| Y1742985 | 32.50 |
| Y2451265 | 100,758.74 |
| Y1712529 | 31,356.86 |
| Y1717069 | 2,486.49 |
| Y1721022 | 64.30 |

2463148v1

| | | |
|---|---|---:|
| Y1726967 | | 39.58 |
| Y1742923 | | 90.13 |
| Y2176308 | | 7,167.62 |
| Y2279221 | | 9,153.49 |
| X340010000170 | | 105,556.25 |
| X259150208816 | | 957.98 |
| X340000169490 | | 959.47 |
| 00042721363 | | 4,442.89 |
| Y2296312 | | (4,594.76) |
| Y2328637 | | (7,885.27) |
| Y1916906 | | 24.95 |
| 1-20VR8X | | 6,064.46 |
| | **TOTAL** | **2,244,518.72** |