UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
======================================X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,         Case No. 08-13555(JMP)

                                    Debtors.
======================================X

## CERTIFICATE OF SERVICE

    I, John E. Jureller, Jr., hereby certify that on September 18, 2008, I caused a true and correct copy of the Objection of Overstock.Com, Inc., and Certain Current or Former Shareholders Thereof, and Certain Current or Former Shareholders of Novastar Financial, Inc. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts relating to the Purchased Assets to be served upon all parties on the attached service list, by electronic transmission or facsimile.

Dated: September 19, 2008

                                     By: */s/ John E. Jureller, Jr.*
                                          John E. Jureller, Jr.

## SERVICE LIST

VIA ELECTRONIC MAIL:

Harvey R. Miller, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax : (212) 310-8007
harvey.miller@weil.com
jacqueline.marcus@weil.com
shai.waisman@weil.com

Harvey A. Strickon, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022-3205
Fax: (212) 230-7689
harveystrickon@paulhastings.com

James S. Carr, Esq.
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 808-7897
KDWBankruptcyDepartment@kelleydrye.com

Richard Levin, Esq.
Robert H. Trust, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Fax: (212) 474-3700
RLevin@cravath.com
RTrust@cravath.com

George Rosenberg, Esq.
Assistant County Attorney
Arapahoe County
5334 S. Prince Street
Littleton, CO 80166
grosenberg@co.arapahoe.co.us
rjohnson2@co.arapahoe.co.us

Elizabeth Weller, Esq.
Linebarger, Goggan, Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Fax: (469) 221-5002
Dallas.bankruptcy@publicans.com

Harold S. Novikoff, Esq.
Richard G. Mason, Esq.
Joshua A. Feltman, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Fax: (212) 403-2000
hsnovikoff@wlrk.com
rgmason@wlrk.com
jafeltman@wlrk.com

Deryck A. Palmer, Esq.
John J. Rapisardi, Esq.
George A. Davis, Esq.
Gary D. Ticoll, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Fax: (212) 504-6666
Deryck.palmer@cwt.com
John.rapisardi@cwt.com
George.davis@cwt.com
Gary.ticoll@cwt.com

Frederick D. Hyman, Esq.
Amit Trehan, Esq.
Mayer Brown, LLP
1675 Broadway
New York, NY 10019
Fax: (212) 262-1910
fhyman@mayerbrown.com
atrehan@mayerbrown.com

Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Mayer Brown, LLP
1675 Broadway
New York, NY 10019
Fax: (212) 262-1910
btrust@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Fax: 212-319-8505
cs@stevenslee.com
cp@stevenslee.com

Howard R. Hawkins, Jr., Esq.
Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Fax: (212) 504-6666
Howard.hawkins@cwt.com
Ellen.halstead@cwt.com

James H. Shenwick, Esq.
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017
Fax: (646) 218-4600
jhs7@att.net

Charles R. Ekberg, Esq.
Lane Powell, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Fax: (206) 223-7012
ekbergc@lanepowell.com

Martin J. Bienenstock, Esq.
Judy G. Z. Liu, Esq.
Timothy Q. Karcher, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019
Fax: (212) 259-6333
mbienenstock@dl.com
jliu@dl.com
tkarcher@dl.com

Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.
Troutman Sanders, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Fax: (212) 704-6288
Hollace.cohen@troutmansanders.com
Paul.deutch@troutmansanders.com

Michael Rosenthal, Esq.
Janet M. Weiss, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193
Fax: (212) 351-6258
Fax: (212) 351-5234
mrosenthal@gibsondunn.com
jweiss@gibsondunn.com

Michael B. Hopkins, Esq.
Dianne F. Coffino, Esq.
Amanda Raboy, Esq.
Covington & Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Fax: (212) 841-1010
mhopkins@cov.com
dcoffino@cov.com
araboy@cov.com

Wilmington Trust Company
Attn: James J. McGinley
520 Madison Avenue, 33rd Floor
New York, NY 10022
Fax: (212) 415-0513
jmcginley@wilmingtontrust.com

Wilmington Trust FSB
Attn: Julie J. Becker
8400 Normandale lake Blvd., Ste 925
Bloomington, MN 55437
Fax: (952) 921-2175
jbecker@wilmingtontrust.com

Paul A. Rachmuth, Esq.
Michael J. Venditto, Esq.
Reed Smith, LLP
599 Lexington Avenue
New York, NY 10022
Fax: (212) 521-5450
mvenditto@reedsmith.com

Carren Shulman, Esq.
Russell Reid, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
Fax: (212) 332-3888
cshulman@sheppardmullin.com
rreid@sheppardmullin.com

Edward J. LoBello, Esq.
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Fax: (917) 332-3728
elobello@blankrome.com

Sydney G. Platzer, Esq.
Plazer, Swegold, Karlin, Levine, Goldberg
& Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
Fax: (212) 593-0353
splatzer@platzerlaw.com
Ira L. Herman, Esq.

Demetra L. Liggins, Esq.
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3915
Fax: (212) 751-3113
Ira.herman@tklaw.com
Demetra.liggins@tklaw.com

Rhett G. Campbell, Esq.
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499
Fax: (832) 397-8260
Rhett.campbell@tklaw.com

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019
Fax: (212) 259-6333
pwright@dl.com
esmith@dl.com

Peter A. Zisser, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189
Fax: (212) 385-9010
Peter.zisser@hklaw.com

Richard E. Lear, Esq.
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
Fax: (202) 955-5564

Richard.lear@hklaw.com

Mark A. Speiser, Esq.
Sherry J. Millman, Esq.
Stroock & Stroock & Lavan, LLP
179 Maiden Lane
New York, NY 10038
Fax: (212) 806-6006
mspeiser@stroock.com
smillman@stroock.com

Kay Standridge Kress, Esq.
Deborah Kovsky-Apap, Esq.
Pepper Hamilton, LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Fax: (313) 259-7926
kressk@pepperlaw.com
kovskyd@pepperlaw.com

Audrey D. Wisotsky, Esq.
Pepper Hamilton, LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Fax: (609) 452-1147
wisotka@pepperlaw.com

Israel Dahan, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Fax: (212) 504-6666
Israel.dahan@cwt.com

Securities and Exchange Commission
New York Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022
newyork@sec.gov

Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045
general.info@ny.frb.org

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 530-5219
ddunne@milbank.com
ldespins@milbank.com
wfoster@milbank.com

Paul Aronzon, Esq.
Gregory A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Fax: (213) 629-5063
paronzon@milbank.com
gbray@milbank.com

VIA FACSIMILE:

Thomas Roberts, Esq.
Michael Lubowitz, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax: (212) 310-8007

John Finley, Esq.
Andrew Keller, Esq.
Simpson, Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Fax: (212) 455-2502

Barclays Capital, Inc.
Attn: Johnathan Hughes, Esq.
200 Park Avenue
New York, NY 10166
Fax: (212) 412-7519

Victor I. Lewkow, Esq.
David Leinwand, Esq.
Duane McLaughlin, Esq.
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Mitchell S. Eitel, Esq.
Jay Clayton, Esq.
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
Fax: (212) 558-3580

U.S. Department of Justice
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

Michael J. Garcia, Esq., U.S. Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Fax: (212)637-2685
Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215
Fax: (202) 371-6728

Office of the U.S. Trustee
Region 2/Southern Dist. of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205
Fax: (214) 521-1738

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Fax: (617) 422-0383

Lehman Brothers Holdings, Inc.
Attn: Steven Berkenfeld, Esq.
745 Seventh Avenue
New York, NY
Fax: (646) 758-4226

James F. Wallack, Esq.
Douglas B. Rosner, Esq.
Gregory O. Kaden, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-1776
Fax: (617) 574-4112