**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC. *et al*,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

AFFIDAVIT OF SERVICE

STATE OF NEW YORK:
                                    : SS
COUNTY OF NEW YORK:

DOREEN CUSUMANO being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281.

2. On the 18th day of September 2008, I caused to be served a true and correct copy of the:

- Statement Of Citigroup Inc. In Support Of Motion Of Debtors For Order, Pursuant To Section 105 Of The Bankruptcy Code, Confirming Status Of Citibank Clearing Advances [Docket No. 110]

to be delivered by Regular Mail to those parties listed on the annexed Exhibit A, to be delivered by Electronic Mail to those parties listed on the annexed Exhibit B and by

Facsimile to those parties listed on the annexed Exhibit C.

*/s/ Doreen Cusumano*
DOREEN CUSUMANO

Sworn to before me this
19th day Of September 2008

*/s/ Jill Kaylor*
Notary Public

Jill M. Kaylor
Notary Public, State of New York
No. 01KA5040839
Qualified in Queens County
Commission Expires March 20, 2011

# EXHIBIT A

| | |
|---|---|
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD<br>MELBOURNE OFFICE<br>LEVEL 6, 100 QUEEN STREET<br>VICTORIA MELBOURNE,   VIC 3000<br>AUSTRALIA | TAIPEI FUBON BANK, HEAD OFFICE<br>NO. 36, SEC 3, NAKING, EAST RD<br>TAIPEI<br>TAIWAN |
| MIZUHO CORPORATE BANK LTD<br>GLOBAL SYNDICATED FINANCE DIVISION<br>1-3-3, MARUNOUCHI<br>CHIYODA-KU<br>TOKYO,   100-8210<br>JAPAN | CITIBANK NA HONG KONG BRANCH<br>FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC<br>44/F CITIBANK TOWER, 3 GARDEN RD<br>CENTRAL HONG KONG,<br>HONG KONG |
| UFJ BANK LIMITED<br>2-7-1, MARUNOUCHI<br>CHIYODA-KU<br>TOKYO,   100-8388<br>JAPAN | THE BANK OF NOVA SCOTIA<br>SINGAPORE BRANCH<br>1 RAFFLES QUAY #20-01<br>ONE RAFFLES QUAY NORTH TOWER<br>048583<br>SINGAPORE |
| SUMITOMO MITSUBISHI BANKING CORP<br>13-6 NIHOBASHI-KODENMA-CHO<br>CHUO-KU<br>TOKYO,   103-0001<br>JAPAN | MIZUHO CORPORATE BANK LTD<br>GLOBAL SYNDICATED FINANCE DIVISION<br>1-3-3, MARUNOUCHI<br>CHIYODA-KU<br>TOKYO,   100-8210<br>JAPAN |

-4-

SHINKIN CENTRAL BANK
8-1, KYOBASHI 3-CHOME
CHUO-KU
TOKYO,   104-0031
JAPAN

THE BANK OF NOVA SCOTIA
SINGAPORE BRANCH
1 RAFFLES QUAY #20-01
ONE RAFFLES QUAY NORTH TOWER
048583
SINGAPORE

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD SECTION 1
TAIPEI
TAIWAN
886-2-2331-6741

ANZ BANKING GROUP LTD
18TH FLOOR KYOBO GUILDING
1 CHONGRO 1 KU
CHONGRO KA
SEOUL,  KOREA

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

**EXHIBIT B**

'harveystrickon@paulhastings.com'; 'sheehan@txschoollaw.com'; 'KDWBankruptcyDepartment@kelleydrye.com'; 'ffm@bostonbusinesslaw.com'; 'RLevin@cravath.com'; 'RTrust@cravath.com'; 'grosenberg@co.arapahoe.co.us'; 'rjohnson2@co.arapahoe.co.us'; 'dallas.bankruptcy@pulicans.com'; 'hsnovikoff@wlrk.com'; 'rgmason@wlrk.com'; 'jafeltman@wlrk.com'; Palmer, Deryck; Rapisardi, John; Davis, George; Ticoll, Gary; 'fhyman@mayerbrown.com'; 'atrehan@mayerbrown.com'; 'btrust@mayerbrown.com'; 'jtougas@mayerbrown.com'; 'atrehan@mayerbrown.com'; 'btrust@mayerbrown.com'; 'jtougas@mayerbrown.com'; 'atrehan@mayerbrown.com'; 'cs@stevenslee.com'; 'cp@stevenslee.com'; Hawkins, Howard; Halstead, Ellen; 'jwallack@goulstonstorrs.com'; 'jhs7@att.net'; 'ekbergc@lanepowell.com'; 'prachmuth@reedsmith.com'; 'cshulman@sheppardmullin.com'; 'rreid@sheppardmullin.com'; 'mbienenstock@dl.com'; 'jliu@dl.com'; 'tkarcher@dl.com'; 'elobello@blankrome.com'; 'hollace.cohen@troutmansanders.com'; 'paul.deutch@troutmansanders.com'; 'mhopkins@cov.com'; 'dcoffino@cov.com'; 'araboy@cov.com'; 'jmcginley@wilmingtontrust.com'; 'Jbecker@wilmingtontrust.com'; 'mrosenthal@gibsondunn.com'; 'jweiss@gibsondunn.com'; 'splatzer@platzerlaw.com'; 'ira.herman@tklaw.com'; 'demetra.liggins@tklaw.com'; 'rhett.campbell@tklaw.com'; 'wafaa.m.orfy@citigroup.com'; 'raymond.morison@bnymellon.com'; 'chris.omahoney@bnymellon.com'; 'k4.nomura@aozorabank.co.jp'; 'timothy.white@mizuhocbus.com'; 'Michael.mauerstein@citi.com'; 'frank.sodano@americas.bnpparibas.com'; 'tetsuhiro.toomata@shinseibank.com'; 'ssmall@us.mufg.jp'; 'yasuhiko_imai@smbcgroup.com'; 'gado01@handelsbanken.se'; 'dennis.graham@kbc.be'; 'timothy.white@mizuhocbus.com'; 'shuji.yamada@e-scb.co.jp'; 'george_neofitidis@scotiacapital.com'; 'noriyuki_tsumura@chuomitui.jp'; 'mtuck@lloydstsb-usa.com'; 'wsmith@bocusa.com'; 'murai24234@nissay.co.jp'; 'Michael.Halevi@anz.com'; 'bill.hughes@us.standardchartered.com'; 'i82240@firstbank.com.tw'; 'bankoftaiwan@botnya.com'; 'rolfnagel.dahl@dnbnor.no'; 'michael.halevi@anz.com'; 'michael.halevi@anz.com'; 'rdicanto@nabny.com'; 'sophia.jing@fubonny.com'; 'Danna.Drori@usdoj.gov'; 'newyork@sec.gov'; 'lschweitzer@cgsh.com'; 'lgranfield@cgsh.com'; 'jbromley@cgsh.com'; 'sharbeck@sipc.org'; 'jwang@sipc.org'; 'bambacha@sec.gov'; 'jacobsonn@sec.gov'; 'whitej@sec.gov'; 'cohena@sec.gov'; 'brehenyb@sec.gov'; 'panosn@sec.gov'; 'tarbit@cftc.gov'; 'rwasserman@cftc.gov'; 'giddens@hugheshubbard.com'; 'kiplok@hugheshubbard.com'; 'kobak@hugheshubbard.com'; 'krubin@ozcap.com'; 'drosner@goulstonstorrs.com'; 'gauchb@sec.gov'; 'ranjit.mather@bnymellon.com'; 'robert.bailey@bnymellon.com'; 'cs@stevenslee.com'; 'cp@stevenslee.com'; 'pwright@dl.com'; 'esmith@dl.com'; 'peter.zisser@hklaw.com'; 'richard.lear@hklaw.com'; 'mspeiser@stroock.com'; 'smillman@stroock.com'; 'kressk@pepperlaw.com'; 'kovskyd@pepperlaw.com'; 'wisotska@pepperlaw.com'; 'mabrams@willkie.com'; 'schapman@willkie.com'; 'bromano@willkie.com'; 'dflanigan@polsinelli.com'; 'ddunne@milbank.com'; 'ldespins@milbank.com'; 'wfoster@milbank.com'; 'paronzon@milbank.com'; 'gbray@milbank.com'; 'phayden@mcguirewoods.com'; 'dhayes@mcguirewoods.com'; 'mjedelman@vedderprice.com'; 'Roberts@PursuitPartners.com'; 'keith.simon@lw.com'; 'david.heller@lw.com'; 'douglas.bacon@lw.com'; 'mcto@debevoise.com';

'macronin@debevoise.com'; 'mcto@debevoise.com'; 'macronin@debevoise.com'; 'nbruce@lloydstsb-usa.com'; 'jmathis@lloydstsb-usa.com'; 'macl01@handelsbanken.se'; 'edpe01@handelsbanken.se'; 'eglas@mccarter.com'; 'kmayer@mccarter.com'; 'shari.leventhal@ny.frb.org'; 'info2@normandyhill.com'; 'jshickich@riddellwilliams.com'; 'arosenblatt@chadbourne.com'; 'dlemay@chadbourne.com'; 'hseife@chadbourne.com'; 'mbienenstock@dl.com'; 'igoldstein@dl.com'; 'wheuer@dl.com'

## EXHIBIT C

Internal Revenue Service
215-516-2015

Office Of The US Trustee
Andrew D Velez-Rivera
212-668-2255