**LAW OFFICES OF DAVID C. MCGRAIL**

676A Ninth Avenue # 211

New York, New York 10036

Tel. (646) 290-6496

Fax. (646) 224-8377

Attorney Appearing: David C. McGrail (DM-3904)


      - and -


**BARTLETT HACKETT FEINBERG P.C.**

Frank F. McGinn (Massachusetts BBO No. 564729)

155 Federal Street

Boston, MA 02110

Tel. (617) 422-0200

Fax (617) 422-0383


**Co-counsel for Iron Mountain Information Management, Inc.**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | ) | |
| | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

-------------------------------------------------------------x


### IRON MOUNTAIN INFORMATION MANAGEMENT, INC.'S RESERVATION OF RIGHTS AND LIMITED OBJECTION TO ASSUMPTION AND ASSIGNMENT OF CONTRACTS AND PROPOSED CURE AMOUNTS

Iron Mountain Information Management, Inc. ("Iron Mountain"), by and through

undersigned counsel, respectfully submits its reservation of rights and limited objection

(the "Limited Objection") to the Debtors'[1] proposed assumption and assignment to the

Purchaser of unspecified Iron Mountain contracts (the "Proposed Barclays Contracts") as

follows:

---

[1] Capitalized terms used herein but not defined shall have the meaning ascribed to such terms in the Sale Order dated September 17, 2008 and the Agreement appended thereto as Exhibit 2.

1.      According to Iron Mountain's books and records, and as summarized on Exhibit A hereto, Iron Mountain is a party to various contracts (the "Lehman Contracts") with various Lehman entities.  Based on its preliminary review, Iron Mountain believes that the cure amount associated with the Lehman Contracts is $1,466,938.68, plus continuing costs, fees and expenses.

2.      The Debtors assert that the cure amount associated with the Proposed Barclays Contracts is $552,161.24.

3.      The Debtors have not specified which of the Lehman Contracts are intended to constitute the Proposed Barclays Contracts.

4.      Consequently, Iron Mountain lacks sufficient information to determine whether the proposed cure amount of $552,161.24 is correct.

5.      Accordingly, although Iron Mountain may ultimately consent to the assumption and assignment of the Proposed Barclays Contracts, Iron Mountain is filing this Limited Objection to preserve its right to require that the proposed assumption and assignment of any of the Lehman Contracts complies with Section 365 of the Bankruptcy Code or is otherwise acceptable to Iron Mountain.

6.      Iron Mountain reserves the right to supplement this Limited Objection.

**WHEREFORE**, Iron Mountain respectfully: (i) objects to the proposed assumption and assignment of any of the Lehman Contracts in connection with the sale contemplated by the Sale Motion and Purchase Agreement to the extent that such assumption and assignment does not satisfy the requirements of Section 365 of the Bankruptcy Code; (ii) expressly reserves its rights under Section 365 of the Bankruptcy

Code and under any other pertinent provisions of the Bankruptcy Code and the

Bankruptcy Rules; (iii) expressly reserves its warehouseman's lien and other rights

under the Uniform Commercial Code; and (iv) requests that this Court grant such other

relief as is just and proper.

Dated: September 19, 2008            Respectfully submitted,

                                    **LAW OFFICES OF DAVID C. MCGRAIL**


                          By:       s/  David C. McGrail
                                    David C. McGrail (DM-3904)
                                    676A Ninth Avenue # 211
                                    New York, New York 10036
                                    Tel. (646) 290-6496
                                    Fax. (646) 224-8377

                                            - and -

                                    **BARTLETT HACKETT FEINBERG P.C.**
                                    Frank F. McGinn (Mass. BBO # 564729)
                                    155 Federal Street, 9th Floor
                                    Boston, MA 02110
                                    Tel. (617) 422-0200
                                    Fax  (617) 896-6275

                                    Co-Counsel for
                                    **IRON MOUNTAIN
                                    INFORMATION MANAGEMENT, INC.**

## **EXHIBIT A**