Robert M. Hirsh
George P. Angelich
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for The Vanguard Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------- x

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that The Vanguard Group, Inc. ("Vanguard") by and through its counsel, Arent Fox LLP, hereby appears in the above-captioned case pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests that copies of all notices, papers and pleadings filed, given, served or required to be served in the above-captioned case be given and served upon the persons listed below at the following address, telephone and facsimile numbers, and email addresses:

> Robert M. Hirsh
> George P. Angelich
> ARENT FOX LLP
> 1675 Broadway
> New York, New York 10019
> Telephone: (212) 484-3900
> Facsimile: (212) 484-3990
> hirsh.robert@arentfox.com
> angelich.george@arentfox.com

NYC/401632.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, disclosure statement, plan or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, courier, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein and or related cases or proceedings.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Demand for Service of Papers is neither intended nor is it a consent to jurisdiction of the Bankruptcy Court. Neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of Vanguard: (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) or any other rights, claims, actions, setoffs, or recoupments to which Vanguard is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Vanguard expressly reserves.

Dated:   New York, New York
         September 19, 2008

          Respectfully submitted,

          ARENT FOX LLP

          Counsel for The Vanguard Group, Inc.

          By:   */s/ Robert M. Hirsh*
                Robert M. Hirsh
                George P. Angelich
                1675 Broadway
                New York, NY 10019
                (212) 484-3900