UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., | 08-13555 (JPM) |
| *et al.* | |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------x

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

## Affidavit of Service

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

On September 19, 2008 I served a copy of Reservation of Rights and Limited Objection of Henegan Construction Co., Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets causing true and correct copies of the same to be sent by facsimile to the persons on the attached list.

/s/ Mary Charles-Kennedy
Mary Charles-Kennedy

Sworn to before me this
19th day of September, 2008

/s/ Julie D. Dyas
Notary Public
Julie D. Dyas
Notary Public, State of New York
No. 02DY6136173
Qualified in New York County
Commission Expires October 31, 2009

{00069301.1 \ SSP100}00069301.DOCX

# Exhibit A

| Contact | Facsimile Number |
|---|---|
| Harvey Miller, Esq.<br>Richard Krasnow, Esq.<br>Lori Fife, Esq.<br>Shai Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>    Weil, Gotshal & Manges LLP (Counsel to the Debtors and Debtors-in-Possession) | (212) 310-8007 |
| Dennis F. Dunne, Esq.<br>Luc A. Despins, Esq.<br>Wilbur F. Foster, Jr., Esq.<br>    Milbank, Tweed, Hadley & McCloy LLP<br>    (Proposed Counsel to the Official Committee of Unsecured Creditors) | (212) 530-5219 |
| Paul Aronzon<br>Gregory A. Bray<br>Milbank, Tweed, Hadley & McCloy LLP<br>    (Proposed Counsel to the Official Committee of Unsecured Creditors) | (213) 629-5063 |
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>    Office of the U.S. Trustee | (212) 668-2255 |