UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| RUSTY HAYNES, | : | Case No. 11-23212 (RDD) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

RUSTY HAYNES,

    Plaintiff,                             Adv. No. 13-08370 (RDD)
    v.

CHASE BANK U.S.A., N.A.

    Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 2090-1, Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps") hereby moves to withdraw the appearance of Albert L. Hogan III. Alan P. Schoenfeld and Noah Levine of Wilmer Cutler Pickering Hale and Dorr LLP will continue to assist with representing Defendant.

Dated: May 17, 2018                         Respectfully submitted,

                                            /s/ *Albert L. Hogan III*
                                            _____
                                            Albert L. Hogan III
                                            SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP
                                            155 North Wacker Drive, Suite 2700
                                            Chicago, Illinois 60606
                                            Tel: (312) 407-0785
                                            Fax: (312) 407-8572
                                            al.hogan@skadden.com

                                            *Attorney for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

This the 17th day of May, 2018.

/s/ *Albert L. Hogan III*

Albert L. Hogan III
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: (312) 407-0785
Fax: (312) 407-8572
al.hogan@skadden.com

*Attorney for Defendant*