| | |
|---|---|
| KLEINBERG, KAPLAN, WOLFF & COHEN, P.C.<br>551 Fifth Avenue, 18th Floor<br>New York, New York 10176<br>(212) 968-6000<br>Matthew J. Gold | **Hearing Date: September 19, 2008**<br>**Hearing Time: 4:00 p.m.** |

Counsel for Elliott Associates, L.P., Elliott International, L.P.,
and The Liverpool Limited Partnership

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re
Lehman Brothers Holdings Inc., *et al*.,   Bankruptcy Case No. 08-13555 (JMP)
                                            Chapter 11
                                            (Joint Administration)

                       Debtors.
-----------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, **MATTHEW J. GOLD**, state, under penalty of perjury:

1. I am not a party to the action, and am over 18 years of age.

2. On September 19, 2008, I caused to be served a true copy of the Limited Objection of Elliott Entities to Motion to Approve Sale by email or fax, as indicated, addressed to the addresses indicated on the attached Service List:

                                         /s/ Matthew J. Gold
                                         Matthew J. Gold

Dated:  September 19, 2008

MGOLD\137508.1 - 9/19/08

## SERVICE LIST

**VIA ELECTRONIC MAIL:**

Harvey R. Miller, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax : (212) 310-8007
harvey.miller@weil.com
jacqueline.marcus@weil.com
shai.waisman@weil.com

Harvey A. Strickon, Esq.
Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022-3205
Fax: (212) 230-7689
harveystrickon@paulhastings.com

James S. Carr, Esq.
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
Fax: (212) 808-7897
KDWBankruptcyDepartment@kelleydrye.com

Richard Levin, Esq.
Robert H. Trust, Esq.
Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Fax: (212) 474-3700
RLevin@cravath.com
RTrust@cravath.com

George Rosenberg, Esq.
Assistant County Attorney
Arapahoe County
5334 S. Prince Street
Littleton, CO 80166
grosenberg@co.arapahoe.co.us
rjohnson2@co.arapahoe.co.us

Elizabeth Weller, Esq.
Linebarger, Goggan, Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Fax: (469) 221-5002
Dallas.bankruptcy@publicans.com

Harold S. Novikoff, Esq.
Richard G. Mason, Esq.
Joshua A. Feltman, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Fax: (212) 403-2000
hsnovikoff@wlrk.com
rgmason@wlrk.com
jafeltman@wlrk.com

Deryck A. Palmer, Esq.
John J. Rapisardi, Esq.
George A. Davis, Esq.
Gary D. Ticoll, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Fax: (212) 504-6666
Deryck.palmer@cwt.com
John.rapisardi@cwt.com
George.davis@cwt.com
Gary.ticoll@cwt.com

Frederick D. Hyman, Esq.
Amit Trehan, Esq.
Mayer Brown, LLP
1675 Broadway
New York, NY 10019
Fax: (212) 262-1910
fhyman@mayerbrown.com

Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Mayer Brown, LLP
1675 Broadway
New York, NY 10019
Fax: (212) 262-1910
btrust@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Fax: 212-319-8505
cs@stevenslee.com
cp@stevenslee.com

Howard R. Hawkins, Jr., Esq.
Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Fax: (212) 504-6666
Howard.hawkins@cwt.com
Ellen.halstead@cwt.com

James H. Shenwick, Esq.
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017
Fax: (646) 218-4600
jhs7@att.net

Charles R. Ekberg, Esq.
Lane Powell, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Fax: (206) 223-7012
ekbergc@lanepowell.com

Martin J. Bienenstock, Esq.
Judy G. Z. Liu, Esq.
Timothy Q. Karcher, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019
Fax: (212) 259-6333
mbienenstock@dl.com
jliu@dl.com
tkarcher@dl.com

Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.
Troutman Sanders, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Fax: (212) 704-6288
Hollace.cohen@troutmansanders.com
Paul.deutch@troutmansanders.com

Michael Rosenthal, Esq.
Janet M. Weiss, Esq.
Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193
Fax: (212) 351-6258
Fax: (212) 351-5234
mrosenthal@gibsondunn.com
jweiss@gibsondunn.com

Michael B. Hopkins, Esq.
Dianne F. Coffino, Esq.
Amanda Raboy, Esq.
Covington & Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Fax: (212) 841-1010
mhopkins@cov.com
dcoffino@cov.com
araboy@cov.com

2

Wilmington Trust Company
Attn: James J. McGinley
520 Madison Avenue, 33rd Floor
New York, NY 10022
Fax: (212) 415-0513
jmcginley@wilmingtontrust.com

Wilmington Trust FSB
Attn: Julie J. Becker
8400 Normandale lake Blvd., Ste 925
Bloomington, MN 55437
Fax: (952) 921-2175
jbecker@wilmingtontrust.com

Paul A. Rachmuth, Esq.
Michael J. Venditto, Esq.
Reed Smith, LLP
599 Lexington Avenue
New York, NY 10022
Fax: (212) 521-5450
mvenditto@reedsmith.com

Carren Shulman, Esq.
Russell Reid, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
Fax: (212) 332-3888
cshulman@sheppardmullin.com
rreid@sheppardmullin.com

Edward J. LoBello, Esq.
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Fax: (917) 332-3728
elobello@blankrome.com

Sydney G. Platzer, Esq.
Plazer, Swegold, Karlin, Levine, Goldberg
& Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
Fax: (212) 593-0353
splatzer@platzerlaw.com

Ira L. Herman, Esq.
Demetra L. Liggins, Esq.
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3915
Fax: (212) 751-3113
Ira.herman@tklaw.com
Demetra.liggins@tklaw.com

Rhett G. Campbell, Esq.
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499
Fax: (832) 397-8260
Rhett.campbell@tklaw.com

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019
Fax: (212) 259-6333
pwright@dl.com
esmith@dl.com

Peter A. Zisser, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189
Fax: (212) 385-9010
Peter.zisser@hklaw.com

3

Richard E. Lear, Esq.
Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
Fax: (202) 955-5564
Richard.lear@hklaw.com

Mark A. Speiser, Esq.
Sherry J. Millman, Esq.
Stroock & Stroock & Lavan, LLP
179 Maiden Lane
New York, NY 10038
Fax: (212) 806-6006
mspeiser@stroock.com
smillman@stroock.com

Kay Standridge Kress, Esq.
Deborah Kovsky-Apap, Esq.
Pepper Hamilton, LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Fax: (313) 259-7926
kressk@pepperlaw.com
kovskyd@pepperlaw.com

Audrey D. Wisotsky, Esq.
Pepper Hamilton, LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Fax: (609) 452-1147
wisotka@pepperlaw.com

Israel Dahan, Esq.
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Fax: (212) 504-6666
Israel.dahan@cwt.com

Maureen Cronin
My Chi To
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
macronin@debevoise.com

Bingham McCutchen LLP
Jeffrey S. Sabin, Esq.
Ronald J. Silverman, Esq.
Steven Wilamowsky
399 Park Avenue
New York, New York 10022-4689
Telephone: 212-705-7000
Fax:: 212- 752-5378
Jeffrey.Sabin @bingham.com
Ronald.silverman@bingham.com
Steven.wilamowsky@bingham.com

Bingham McCutchen, LLP
P. Sabin Willet
One Federal Street
Boston, MA 02110-1726
Telephone: 617-951-8000
Fax: 617-951-8736
Sabin.willet@bingham.com

Securities and Exchange Commission
New York Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022
newyork@sec.gov

Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045
general.info@ny.frb.org

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax: (212) 530-5219
ddunne@milbank.com
ldespins@milbank.com
wfoster@milbank.com

Paul Aronzon, Esq.
Gregory A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

4

Fax: (213) 629-5063
paronzon@milbank.com
gbray@milbank.com

My Chi To
Maureen Cronin
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836
Email: mcto@debevoise.com
macronin@debevoise.com

Keith A. Simon
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: keith.simon@lw.com
and
David S. Heller
J. Douglas Bacon
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-7700
Facsimile: (312) 993-9767
Email: david.heller@lw.com
douglas.bacon@lw.com

Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attention: Michael J. Edelman, Esq.
Telephone: (212) 407-7700
Facsimile: (212) 407-7799
E-mail: mjedelman@vedderprice.com
and
Pursuit Partners
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902
Attention: Lisa Roberts
Telephone: (203) 276-3700
Facsimile: (203) 961-0039
E-mail: Roberts@PursuitPartners.com

Thomas R. Slome, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Ph: (516) 597-5772
Fx: (516) 741-6706
email: tslome@msek.com
- and -
J. Fred Berg, Jr., Esq.
Russin, Vecchi, Berg & Bernstein LLP
380 Lexington Avenue, Suite 1518
New York, NY 10168
Ph: (212) 490-6644
Fx: (212) 202-4930
email: fred.berg@rvblaw.com

Eduardo J. Glas, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096
(973) 622-4444
(973) 624-7070 facsimile
eglas@mccarter.com
Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 facsimile
kmayer@mccarter.com

Patrick L. Hayden
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150
Email: phayden@mcguirewoods.com
-and-
Dion W. Hayes
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1000

5

MGOLD\137509.2 - 9/19/08

Facsimile: (804) 775-1061
Email: dhayes@mcguirewoods.com

6

**VIA FACSIMILE**:

Thomas Roberts, Esq.
Michael Lubowitz, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax: (212) 310-8007

John Finley, Esq.
Andrew Keller, Esq.
Simpson, Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Fax: (212) 455-2502

Barclays Capital, Inc.
Attn: Johnathan Hughes, Esq.
200 Park Avenue
New York, NY 10166
Fax: (212) 412-7519

Victor I. Lewkow, Esq.
David Leinwand, Esq.
Duane McLaughlin, Esq.
Cleary Gottleib Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Mitchell S. Eitel, Esq.
Jay Clayton, Esq.
Sullivan & Cromwell, LLP
125 Broad Street
New York, NY 10004
Fax: (212) 558-3580

U.S. Department of Justice
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

David W. Elrod, Esq.
Elrod, PLLC
500 N. Akard Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-855-5188
Fax: 214-855-5183

Antonia Golianopoulos, Esq.
Mayer Brown LLP
1675 Broadway
New York, New York 10019
Telephone: 212-506-2500
Fax: 212-262-1910

Thomas S. Kiriakos, Esq.
Melissa A. Mickey, Esq.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-782-0600
Fax: 312-701-7711

Howard Seife, Esq.
David LeMay, Esq.
Andrew Rosenblatt, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: 212-408-5100
Fax: 212-541-5369

Michael J. Garcia, Esq., U.S. Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007
Fax: (212)637-2685

Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215
Fax: (202) 371-6728

Office of the U.S. Trustee
Region 2/Southern Dist. of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205
Fax: (214) 521-1738

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.

7

155 Federal Street, 9th Floor
Boston, MA 02110
Fax: (617) 422-0383

Lehman Brothers Holdings, Inc.
Attn: Steven Berkenfeld, Esq.
745 Seventh Avenue
New York, NY
Fax: (646) 758-4226

James F. Wallack, Esq.
Douglas B. Rosner, Esq.
Gregory O. Kaden, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-1776
Fax: (617) 574-4112