KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

*Attorneys for 4Kids Entertainment, Inc.;*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et. al*., | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**AND TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of 4Kids Entertainment, Inc. ("4Kids"), pursuant to the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code.  It is respectfully requested that all further notices given or required to be given and all papers served in these cases be delivered and served upon the undersigned at the following addresses and further request that they be added to the Master Service List:

>Michael S. Kim
>KOBRE & KIM LLP
>800 Third Avenue
>New York, New York 10022
>Tel: (212) 488-1200
>Fax: (212) 488-1220

E-Mail Address: Michael.kim@kobrekim.com

Robert W. Henoch
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
E-Mail Address: robert.henoch@kobrekim.com

Andrew C. Lourie
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
E-Mail Address andrew.lourie@kobrekim.com

Steven W. Perlstein
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
E-Mail Address: steven.perlstein@kobrekim.com

Ian N. Levy
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
E-Mail Address: ian.levy@kobrekim.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

| | |
|---|---|
| Dated: September 19, 2008<br>New York, New York | Respectfully submitted,<br><br>KOBRE & KIM LLP<br><br>By: /s/ Michael S. Kim<br><br>Michael S. Kim (MK-0308)<br>Robert W. Henoch (RH-3814)<br>Steven W. Perlstein (SP-7841)<br>Ian N. Levy (IL-1572)<br><br>800 Third Avenue<br>New York, New York 10022<br>Tel: (212) 488-1200<br>Fax: (212) 488-1220<br><br>Andrew C. Lourie (AL-0630)<br><br>1919 M Street, N.W.<br>Washington, D.C. 20036<br>Tel: (202) 664-1900<br>Fax: (202) 664-1920<br><br>*Attorneys for 4Kids Entertainment, Inc.* |