**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
:
:
:
In re: : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS, INC., *et. al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
:
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Benjamin D. Leyland, hereby certify that on September 19, 2008, on behalf of Northgate Minerals Corporation, I caused a true and correct copy of the Notice of Appearance and Request for Service of Papers and To Be Added to Master Service List to be served upon the parties in the following service list as indicated.

Benjamin D. Leyland
Analyst
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

Dated: September 19, 2008

Service List

**Via Electronic Mail:**

Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Shai Waisman, Esq.
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153
Fax : (212) 310-8007
harvey.miller@weil.com
jacqueline.marcus@weil.com
shai.waisman@weil.com

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
**Mayer Brown LLP**
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
Fax: 212-262-1910
btrust@mayerbrown.com
fhyman@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com

Jeffrey S. Sabin, Esq.
Ronald J. Silverman, Esq.
Steven Wilamowsky, Esq.
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
steven.wilamowsky@bingham.com

P. Sabin Willett, Esq.
**BINGHAM McCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel: 617-951-8000
Fax: 617-951-8736
sabin.willet@bingham.com
.

Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
William C. Heuer, Esq.
**Dewey & LeBoeuf LLP**
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000
Fax: (212) 259-6333 (Fax)
mbienenstock@dl.com
igoldstein@dl.com
wheuer@dl.com

Maureen Cronin, Esq.
My Chi To, Esq.
**Debevoise & Plimpton LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mcto@debevoise.com
macronin@debevoise.com

Keith A. Simon, Esq.
**Latham & Watkins LLP**
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
keith.simon@lw.com

David S. Heller, Esq.
J. Douglas Bacon, Esq.
**Latham & Watkins LLP**
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
david.heller@lw.com
douglas.bacon@lw.com

Michael J. Edelman, Esq.
**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, New York 10019
Tel: (212) 407-7700
Fax: (212) 407-7799
mjedelman@vedderprice.com

Service List

Lisa Roberts
**Pursuit Partners**
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902
Tel: (203) 276-3700
Fax: (203) 961-0039
E-mail: Roberts@PursuitPartners.com

Thomas R. Slome, Esq.
**Meyer, Suozzi, English & Klein, P.C.**
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Ph: (516) 597-5772
Fx: (516) 741-6706
tslome@msek.com

J. Fred Berg, Jr., Esq.
**Russin, Vecchi, Berg & Bernstein LLP**
380 Lexington Avenue, Suite 1518
New York, NY 10168
Ph: (212) 490-6644
Fax: (212) 202-4930
fred.berg@rvblaw.com

Eduardo J. Glas, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096
Tel: (973) 622-4444
Fax: (973) 624-7070
eglas@mccarter.com

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 North King Street
Wilmington, DE 19801
Tel: (302) 984-6300
Fax: (302) 984-6399
kmayer@mccarter.com

Patrick L. Hayden, Esq.
**McGUIREWOODS LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Tel: (212) 548-2100
Fax: (212) 548-2150
phayden@mcguirewoods.com

Dion W. Hayes, Esq.
**McGUIREWOODS LLP**
One James Center
901 East Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
dhayes@mcguirewoods.com

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000
Fax: (212) 530-5219
ddunne@milbank.com
ldespins@milbank.com
wfoster@milbank.com

Paul Aronzon, Esq.
Gregory A. Bray, Esq.
**MILBANK, TWEED, HADLEY & McCLOY LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Tel: (213) 892-4000
Fax: (213) 629-5063
paronzon@milbank.com
gbray@milbank.com

Joseph E. Shickich, Jr., Esq.
**Riddell Williams P.S.**
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192
Tel: (206) 624-3600
Fax: (206) 389-1708
jschickich@riddellwilliams.com

Daniel J. Flanigan, Esq.
**Polsinelli Shalton Flanigan Suelthaus PC**
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112
dflanigan@polsinelli.com

Service List

Matthew A. Cantor, Esq.
**Normandy Hill Capital, L.P.**
150 East 52nd Street, 10th Floor
New York, NY 10022
Phone: (212) 616-2100
Fax: (212) 616-2101
Info2@normandyhill.com

Shelley Chapman, Esq.
Benito Romano, Esq.
Marc Abrams, Esq.
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
mabrams@willkie.com
schapman@willkie.com
bromano@willkie.com

Shari D. Leventhal, Esq.
Assistant General Counsel and Senior Vice President
**Federal Reserve Bank of New York**
33 Liberty Street
New York, New York 10045-0001
Tel: (212) 720-5018
Fax: (212) 720-8709
shari.leventhal@ny.frb.org

Israel Dahan, Esq.
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
Israel.Dahan@cwt.com

Kay Standridge Kress, Esq.
Deborah Kovsky-Apap, Esq.
**PEPPER HAMILTON LLP**
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Tel: 313.259.7110
Fax: 313.259.7926
kressk@pepperlaw.com
kovskyd@pepperlaw.com

Audrey D. Wisotsky, Esq.
**PEPPER HAMILTON LLP**
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
Tel: 609.452.0808
Fax: 609.452.1147
wisotska@pepperlaw.com

Mark A. Speiser, Esq.
Sherry J. Millman, Esq.
**Stroock & Stroock & Lavan LLP**
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
mspeiser@stroock.com
smillman@stroock.com

Peter A. Zisser, Esq.
**Holland & Knight LLP**
195 Broadway
New York, NY 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010
peter.zisser@hklaw.com

Richard E. Lear, Esq.
**Holland & Knight LLP**
2099 Pennsylvania Ave. NW, Suite 100
Washington, DC 20006
Tel: (202) 955-3000
Fax: (202) 955-5564
Richard.lear@hklaw.com

Gregory O. Kaden, Esq.
Douglas B. Rosner, Esq.
**GOULSTON & STORRS, P.C.**
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Tel: (617) 482-1776
gkaden@goulstonstorrs.com
drosner@goulstonstorrs.com

Service List

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
pwright@dl.com
esmith@dl.com

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
**STEVENS & LEE, P.C.**
485 Madison Avenue, 20th Floor
New York, New York 10022
Tel: 212-319-8500
Fax: 212-319-8505
cs@stevenslee.com
cp@stevenslee.com

Ira L. Herman, Esq.
Demetra L. Liggins, Esq.
**Thompson & Knight LLP**
919 Third Avenue, 39th Floor
New York, NY 10022-3915
Tel: (212) 751-3001
Fax: (212) 751-3113
Ira.herman@tklaw.com
Demetra.liggins@tklaw.com

Rhett G. Campbell, Esq.
**Thompson & Knight LLP**
333 Clay Street, Suite 3300
Houston, TX 7702-4499
Tel: (713) 653-8660
Fax: (832) 397-8260
Rhett.campbell@tklaw.com

Sydney G. Platzer, Esq.
**Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP**
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Tel: 212-593-3000
Fax: 212-593-0353
splatzer@platzerlaw.com

Michael A. Rosenthal, Esq.
Janet M. Weiss, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
jweiss@gibsondunn.com
mrosenthal@gibsondunn.com

Edward J. LoBello, Esq.
**Blank Rome LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel.: (212) 885-5364
Fax: (917) 332-3728
elobello@blankrome.com

Carren Shulman, Esq.
Russell Reid, Esq.
**Sheppard, Mullin, Richter & Hampton, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 332-3800
Fax: (212) 332-3888
cshulman@sheppardmullin.com
rreid@sheppardmullin.com

Michael B. Hopkins, Esq.
Dianne F. Coffino, Esq.
Amanda Raboy, Esq.
**Covington & Burling LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telecopy: 212-841-1010
mhopkins@cov.com
dcoffino@cov.com
araboy@cov.com

Service List

Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.
**Troutman Sanders LLP**
The Chrysler Building
405 Lexington Ave
New York, NY 10174
Tel: (212) 704-6000
Fax: (212) 704-6288
Hollace.cohen@troutmansanders.com
Paul.deutch@troutmansanders.com

Martin J. Bienenstock, Esq.
Judy G.Z Liu, Esq.
Timothy Q. Karcher, Esq.
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Tel: 212.259.8000
Fax: 212.259.6333
mbienenstock@dl.com
jliu@dl.com
tkarcher@dl.com

Charles R. Ekberg, Esq.
**Lane Powell PC**
1420 Fifth Ave, Suite 4100
Seattle, WA 98101-2338
Tel: (206) 223-7012
Fax: (206) 289-1544
ekbergc@lanepowell.com

Elizabeth Weller, Esq.
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Tel: (214)880-0089
Fax: (469)221-5002
dallas.bankruptcy@publicans.com

George Rosenberg, Esq.
Assistant County Attorney
**Arapahoe County Attorney's Office**
5334 S. Prince Street
Littleton, CO 80166 to
grosenberg@co.arapahoe.co.us
rjohnson2@co.arapahoe.co.us

Richard Levin, Esq.
Robert H. Trust, Esq.
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1978
Fax: (212) 474-3700
RLevin@cravath.com
RTrust@cravath.com

Frank F. McGinn, Esq.
**Bartlett Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, MA 02110
Tel (617) 422-0200
Fax (617) 422-0383
ffm@bostonbusinesslaw.com

James S. Carr, Esq.
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897
KDWBankruptcyDepartment@kelleydrye.com

Harvey A. Strickon, Esq.
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
75 East 55th Street
New York, NY 10022-3205
Tel: (212) 318-6380
Fax: (212) 230-7689
harveystrickon@paulhastings.com

James J. McGinley
**Wilmington Trust Company**
520 Madison Avenue, 33rd Floor
New York, NY 10022
Fax: (212) 415-0513
jmcginley@wilmingtontrust.com

Julie J. Becker
**Wilmington Trust FSB**
8400 Normandale lake Blvd., Ste 925
Bloomington, MN 55437
Fax: (952) 921-2175
jbecker@wilmingtontrust.com

Service List

**Via Facsimile:**

Deryck A. Palmer, Esq.
John J. Rapisardi, Esq.
George A. Davis, Esq.
Howard R. Hawkins Jr., Esq.
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Mark C. Ellenberg, Esq.
**CADWALADER, WICKERSHAM & TAFT LLP**
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

Howard Seife, Esq.
David LeMay Esq.
Andrew Rosenblatt, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-5100
Fax: (212) 541-5369

Carren Shulman, Esq.
Russell Reid, Esq.
Malani J. Cademartori, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

Paul A Rachmuth, Esq.
Andrea Sheehan, Esq.
**Reed Smith LLP**
599 Lexington Avenue
New York, New York 10022
Telecopy: 212-521-5400
Telecopy: 212-521-5450

Andrew Sheehan, Esq.
**LAW OFFICES OF ROBERT E. LUNA, P.C.**
4411 N. Central Expressway
Dallas, Texas 75205
Tel: (214) 521-8000
Fax: (214) 521-1738

John Finley, Esq.
Andrew Keller, Esq.
**Simpson, Thacher & Bartlett, LLP**
425 Lexington Avenue
New York, NY 10017
Fax: (212) 455-2502

Johnathan Hughes, Esq.
**Barclays Capital, Inc**.
200 Park Avenue
New York, NY 10166
Fax: (212) 412-7519

Victor I. Lewkow, Esq.
David Leinwand, Esq.
Duane McLaughlin, Esq.
**Cleary Gottleib Steen & Hamilton, LLP**
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Mitchell S. Eitel, Esq.
Jay Clayton, Esq.
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004
Fax: (212) 558-3580

David W. Elrod
**ELROD, PLLC**
500 N. Akard Street, Suite 3000
Dallas, Texas 75201
Tel: 214-855-5188
Fax: 214-855-5183

Service List

**Government Agencies – Via Hard Copy:**

**U.S. Department of Justice**
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

Michael J. Garcia, Esq., U.S. Attorney
**Southern District of New York**
One St. Andrews Plaza
New York, NY 10007
Fax: (212)637-2685

**Securities Investor Protection Corporation**
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215
Fax: (202) 371-6728

**Office of the U.S. Trustee**
Region 2/Southern Dist. of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

**Internal Revenue Service**
290 Broadway
New York, NY 10007

Mark Schonfeld, Regional Director
**Securities and Exchange Commission**
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
newyork@sec.gov

**Federal Reserve Bank of New York**
33 Liberty Street
New York, NY 10045
general.info@ny.frb.org