KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

*Attorneys for ABM Industries, Inc.;*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

——————————————————————— x
                                                            :
                                                            :
                                                            :
In re:                                                      :     Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS, INC., *et. al.*,                  :     08-13555 (JMP)
                                                            :
                    Debtors.                                :     (Jointly Administered)
                                                            :
                                                            :
                                                            :
——————————————————————— x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**
**AND TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned

cases on behalf of ABM Industries, Inc. ("ABM"), pursuant to the Federal Rules of

Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code.  It is respectfully

requested that all further notices given or required to be given and all papers served in

these cases be delivered and served upon the undersigned at the following addresses and

further request that they be added to the Master Service List:

Michael S. Kim
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

E-Mail Address: Michael.kim@kobrekim.com

Robert W. Henoch
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
E-Mail Address: robert.henoch@kobrekim.com

Andrew C. Lourie
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
E-Mail Address andrew.lourie@kobrekim.com

Steven W. Perlstein
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
E-Mail Address: steven.perlstein@kobrekim.com

Ian N. Levy
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220
E-Mail Address: ian.levy@kobrekim.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred

to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all

orders, applications, motions, petitions, pleadings, requests, complaints or demands,

whether formal or informal, written or oral, transmitted or conveyed by mail delivery,

telephone, facsimile or otherwise, in these cases.

Dated: September 19, 2008
     New York, New York

Respectfully submitted,

KOBRE & KIM LLP


By: _/s/ Michael S. Kim _

Michael S. Kim (MK-0308)
Robert W. Henoch (RH-3814)
Steven W. Perlstein (SP-7841)
Ian N. Levy (IL-1572)

800 Third Avenue
New York, New York 10022
Tel: (212) 488-1200
Fax: (212) 488-1220

Andrew C. Lourie (AL-0630)

1919 M Street, N.W.
Washington, D.C. 20036
Tel: (202) 664-1900
Fax: (202) 664-1920

*Attorneys for ABM Industries, Inc.*