BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
New York, NY 10019
Telephone:  (212) 575-7900
Facsimile:  (212) 764-5060
Vincent J. Roldan
vroldan@ballonstoll.com

*Attorneys for Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                      Chapter 11

    YOSI SAMRA INC.                            Case No.:  17-12493

                     Debtor
-------------------------------------------------------X

## AFFIDAVIT IN SUPPORT OF DEBTOR'S
## MOTION TO REJECT REAL PROPERTY LEASE EFFECTIVE APRIL 30, 2018

STATE OF ~~NEW YORK~~ *New Jersey*   )
                  *Bergen* )      ss.:
COUNTY OF ~~NEW YORK~~   )

    I, Larry Reines, being duly sworn, deposes and says:

    1.     I am the President of Yosi Samra, Inc. (the "Debtor").  I am familiar with the facts and circumstances as recited herein.  I write in support of the Debtor's motion (the "Motion") to reject a real property lease (the "Lease") effective April 30, 2018.

    2.     On May 18, 2017, the Debtor entered into the Lease with Space 530, as landlord, for the use of commercial space at 530 Seventh Avenue.  The rent is $6,600 per month, and the term expires on June 30, 2018.

    3.     The Debtor vacated this space on April 30, 2018.

    4.     That date, the Debtor moved into less expensive space at 50 Railroad Ave., Closter NJ 07624

1

5.    The rent is only $1,600 per month, a savings to the estate of $5,000 per month.

6.    I believe rejection of the Lease is an exercise of the Debtors' sound business

judgment.

_____
Larry Reines

Notary Public
Sworn to before me this
1st day of May, 2018

JAMES JISOO KIM
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES AUGUST 22, 2021