UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

In re:                                              Chapter 11
                                                    Case No. 17-12493
YOSI SAMRA, INC.

                *Debtor.*

                                      **AFFIDAVIT OF SERVICE**

------------------------------------------------------x

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

       TAMAR ZABAKHIDZE, being duly sworn, deposes and says, that deponent is not a party to the action, is over 21 years of age and resides in Brooklyn, New York.

       On the 1st day of May, 2018, I served the within **NOTICE OF MOTION TO REJECT REAL PROPERTY LEASE EFFECTIVE APRIL 30, 2018** upon:

       See enclosed service list,

the addresses designated by said parties for that purpose, by depositing a true copy of same enclosed in prepaid, properly addressed wrappers in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                         _____
                                                           TAMAR ZABAKHIDZE

SWORN to before me this 1st
day of May, 2018

_____
Notary Public

**OMAR S. BRUNSON**
Notary Public, State of New York
No. 01BR6213086
Qualified in Queens County
Commission Expires November 2, 2021

## SERVICE LIST

Office of the United States Trustee Southern District of New York,
U.S. Federal Office Building,
201 Varick Street, Room 1006,
New York, NY 10014
Attn:, Susan Arbeit Esq.

Brandswami LLC
P.O. BOX 1323
Passaic, NJ 07055
Attn: Susheil Joshi

Jacob Samra
28 Surrey Road
Great Neck, New York 11010

Sallyport Commercial Finance LLC
14100 Southwest Freeway Suite 210
Sugarland, Texas 77478
Attn:Nick Hart

Seko Warehouse
33300 Dowe Avenue
Union City, CA 94587
Attn: Cynthia Wright

Michael Norton, Esq.
Norton & Associates
8 West 40th Street, 12th Fl.
New York, NY 10018

Avery Samet, Esq.
Noam Besdin, Esq.
Storch Amini PC
140 East 45th Street
New York, NY 10017

Jeffrey R. Gleit, Esq.
Allison Weiss, Esq.
Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

Michelle Butera
Collective Showroom
860 S. Los Angeles St # 306
Los Angeles, CA 90014

Savitt Partners LLC
530 Seventh Avenue, Suite 401
New York, NY 10018

Space 530
530 Seventh Avenue Suite 410
Attn Jackie Schletter
New York, NY 10019

BALLON STOLL BADER & NADLER, P.C.
729 Seventh Avenue
New York, NY 10019
Telephone: (212) 575-7900
Facsimile: (212) 764-5060
Vincent J. Roldan
vroldan@ballonstoll.com

*Attorneys for Debtor*

Hearing date: **May 22, 2018**
Hearing time: **10:00 AM**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

    YOSI SAMRA, INC.

                      Debtor.
-------------------------------------------------------X

Chapter 11

Case No.: 17-12493

## NOTICE OF MOTION TO REJECT
## REAL PROPERTY LEASE EFFECTIVE APRIL 30, 2018

**PLEASE TAKE NOTICE** that, on May 22, 2018 at 10:00 (the "Hearing"), Yosi Samra, Inc. (the "Debtor"), by and through its attorneys, Ballon Stoll Bader & Nadler, P.C., shall argue before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, Room 623, New York, New York 10004, in support of its motion ("Motion") for entry of an Order (the "Order"), authorizing the Debtor to reject an unexpired lease of real property effective as of April 30, 2018.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections ("Objections") to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov/) and (b) by all other parties in interest, on a CD-ROM, in text-searchable portable document format

(PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and served on (i) counsel for the Debtor, Ballon Stoll Bader & Nadler P.C., 729 Seventh Avenue 17th Floor, New York, NY 10019 (Attn: Vincent J. Roldan, Esq.) and (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014 (Attn:, Susan Arbeit Esq.), so as to be received no later than May 15, 2018 (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, the Debtor may, on or after the Objection Deadline, submit to the Bankruptcy Court an appropriate order or orders substantially in the form of the proposed order attached to the Motion, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion can be obtained from the online docket at http://www.nysb.uscourts.gov/, or by contacting the undersigned.

Dated: New York, New York
May 1, 2018

Respectfully submitted,

BALLON STOLL BADER & NADLER, P.C.

By:_____/s/ Vincent J. Roldan_____
Vincent J. Roldan
*Attorneys for Debtor*
729 Seventh Avenue – 17th Floor
New York, NY 10019
212.575-7900
Fax 212.764-5060
www.ballonstoll.com