SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-8606
Christopher R. Belmonte (CB-2163)
Timothy T. Brock (TB-4718)
Pamela A. Bosswick (PB-5307)

Attorneys for Moody's Investors Service

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                              :
**In re:**                                    :       **Chapter 11**
                                              :
**LEHMAN BROTHERS HOLDINGS, INC.,**           :       **Case No. 08-13555 (JMP)**
                                              :
                        **Debtor.**            :
                                              :
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for Moody's Investors Service ("Moody's"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following office, post office address, email address, fax and telephone number:

747297_1

        Christopher R. Belmonte, Esq.
        Timothy T. Brock, Esq.
        Pamela A. Bosswick, Esq.
        Satterlee Stephens Burke & Burke LLP
        230 Park Avenue
        New York, New York 10169
        Tel:   (212) 818-9200
        Fax:   (212) 818-9606
        Email:  cbelmonte@ssbb.com
                   tbrock@ssbb.com
                   pbosswick@ssbb.com

       PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

       PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Moody's requests that its counsel, Satterlee Stephens Burke & Burke LLP, be provided with copies of any disclosure statements and plans of reorganization.

       This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of Moody's to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from

747297_1

hearing any matter subject to such abstention, (iv) have the District Court withdraw the reference in any matters subject to such withdrawal, or (v) any other rights, claims, set-offs, or recoupments to which it may be entitled, which rights it expressly reserves.

Dated: New York, New York
September 16, 2008

        SATTERLEE STEPHENS BURKE
        & BURKE LLP
        Attorneys for Moody's Investors Service

By: _____
        Christopher R. Belmonte (CB – 2163)
        Timothy T. Brock (TB-4718)
        Pamela A. Bosswick (PB-5307)
230 Park Avenue
New York, New York 10169
(212) 818-9200

3

747297_1

## SERVICE LIST

Lehman Brothers Holdings, Inc.
745 Seventh Avenue
New York, New York 10019
Debtor

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attorneys for Debtor

Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
Attorneys for Debtor

Andrew Velez Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

747297_1