SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-8606
Christopher R. Belmonte (CB-2163)
Timothy T. Brock (TB-4718)
Pamela A. Bosswick (PB-5307)

Attorneys for Moody's Investors Service

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC.,                                  :    Case No. 08-13555 (JMP)
                                                                 :
                    Debtor.                                      :
                                                                 :
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE BY REGULAR MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      The undersigned, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and reside at 609 W. 196th Street, New York, New York 10040.

    2.    That on September 16, 2008, deponent served a true copy of the annexed NOTICE OF APPEARANCE, dated September 16, 2008, upon:

Lehman Brothers Holdings, Inc.
745 Seventh Avenue
New York, New York 10019

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

747323_1

Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

Andrew Velez Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004

at the address(es) designated by said attorney(s) or by said parties for that purpose by depositing a true copy of same, enclosed in a post-paid properly addressed sealed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Desire I. Collado

Sworn to before me this
16th day of September, 2008.

_____
Notary Public

MICHELLE MASINO
Notary Public, State of New York
No. 01MA4780501
Qualified in Kings County
Commission Expires 7/31/2009

747323_1