UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, P. Sabin Willett, a member in good standing of the bar in the Commonwealth of Massachusetts, request admission, ***pro hac vice,*** before the Honorable James M. Peck, to represent Harbinger Capital Partners Special Situations Fund, L.P., Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.), UBS Financial Services, Inc., UBS International Inc., and UBS Financial Services Incorporated of Puerto Rico in the above referenced cases.

My address is Bingham McCutchen LLP, One Federal Street, Boston Massachusetts 02110-1726.

My email address is sabin.willett@bingham.com

My telephone number is (617) 951-8775.

I agree to pay the fee of $25 upon entry of an order admitting me to practice ***pro hac vice***.

Dated: Boston, Massachusetts
September 19, 2008

BINGHAM McCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110-1726


By:  /s/P. Sabin Willett
       P. Sabin Willett

A/72657608.2