**LAW OFFICES OF DAVID C. MCGRAIL**
676A Ninth Avenue # 211
New York, New York 10036
Tel. (646) 290-6496
Fax. (646) 224-8377
Attorney Appearing: David C. McGrail (DM-3904)


- and -

**BARTLETT HACKETT FEINBERG P.C.**
Frank F. McGinn (Massachusetts BBO No. 564729)
155 Federal Street
Boston, MA 02110
Tel. (617) 422-0200
Fax (617) 422-0383

**Co-counsel for Iron Mountain Information Management, Inc.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------------x
In re                                                      )
                                                           )   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., et al.,   )   Case No. 08-13555 (JMP)
                                                           )
           Debtors.                                  )   (Jointly Administered)
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of Iron Mountain Information Management, Inc.'s Reservation of Rights and Limited Objection to Assumption and Assignment of Contracts and Proposed Cure Amounts was served by email on September 19, 2008 on the parties on the service list attached hereto.

Dated:  September 19, 2008

                                        s/ David C. McGrail
                                        David C. McGrail

Harvey Miller, Esq.
Jacqueline Marcus, Esq.
Shai Weisman, Esq.
Weil Gotshal & Manges LLP
767 5th Avenue
New York, New York  10153

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

Paul Aronzon, Esq.
Gregory A. Bray, Esq.
Wilbur F. Foster, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Vincent I. Lewkow, Esq.
David Leinwand, Esq.
Duane McLaughlin, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006