## CERTIFICATE OF SERVICE

      I, HOWARD D. RESSLER, hereby certify that on September 19, 2008, the Limited Objection of DCI Umbrella Fund PLC, an Umbrella Fund with Segregated Liability Sub-Funds, on Behalf of Diversified Credit Investments Fund One to Debtors' Motion to (a) Schedule A Sale Hearing; (b) Establish Sales Procedures; (c) Approve a Break-Up Fee; and (d) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets was electronically filed. I further certify that true and correct copies have been served on September 19, 2008 by first class mail, postage prepaid, to any of the parties listed on the resulting Notice of Electronic Filing not noted as having received electronic service.

Dated: New York, New York
      September 19, 2008

                                                /s/  Howard D. Ressler
                                                Howard D. Ressler