# EXHIBIT A

*DIVERSIFIED CREDIT INVESTMENTS, LLC acting as agent on behalf of*
*GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD*

September 17, 2008

**HAND DELIVERY IN PERSON**

**Lehman Brothers Special Financing Inc.**
**c/o Lehman Brothers Inc.**
**Corporate Advisory Division**
**Transaction Management Group**
**745 Seventh Avenue**
**New York, NY 10019**
**United States**

Attention: Documentation Manager

Re:     Return of Posted Collateral and Interest Amount

To Whom It May Concern:

Reference is made to the 1992 ISDA Master Agreement dated as of 24 October 2007, including the Schedule, the Credit Support Annex, and each Confirmation thereto, entered into between you and us (as amended to date, the "ISDA Master") between Diversified Credit Investments, LLC acting as agent on behalf of Government of Singapore Investment Corporation PTE Ltd ("GIC") and Lehman Brothers Special Financing Inc. ("LBSF"). Terms used but not defined herein are used as defined in the ISDA Master.  Reference is further made to that certain letter dated as of September 15, 2008 from the undersigned to you whereby the undersigned designated September 15, 2008 as the Early Termination Date with respect to all Transactions between you and us, pursuant to Section 6(a) of the ISDA Master.

Pursuant to Section 8(b)(iii) of the Credit Support Annex, the undersigned hereby demands that you immediately Transfer all Posted Collateral and the Interest Amount held by you under the Credit Support Annex, together with interest determined in accordance with Paragraph 11(a) of the Credit Support Annex from the Early Termination Date to the date of Transfer, to the following account:

**DTC:  636 (Northern Trust Company), Attn Derivatives Margin**
**Cash:  ABA 021000021, a/c 066143543, LBSF Attn Derivatives Margin**

A list of all Posted Collateral and the Interest Amount held by you is set forth to Annex A attached hereto.

Lehman Brothers Special Financing Inc.
September 17, 2008
Page 2


Please note that we reserve all rights and remedies available to us under the ISDA Master, other agreements, and at law or in equity.

Please contact Julien Dargent at (415) 321-7439 if you have any questions. Your prompt attention to this matter is appreciated.

Very truly yours,

**Diversified Credit Investments, LLC acting as agent on behalf of Government of Singapore Investment Corporation PTE Ltd**


By: _____

Name:  Richard Donick
Title:  Principal
        Diversified Credit Investments, LLC

Annex A

**GIC Lehman Summary**
**Acct# 101207DIV5**

Bonds at LBSF

| | | Position | Market Value* |
|---|---|---|---|
| 895953AD9 | YUMI BRANDS INC | 9,000,000 | 10,027,451.00 |
| 460146CB7 | INTERNATIONAL PAPER CO | 10,000,000 | 10,477,573.00 |
| 12626PAJ2 | CRH AMER INC | 5,000,000 | 5,137,036.00 |
| 337738AF5 | FISERV INC | 17,000,000 | 17,385,534.00 |
| 50075NAU8 | KRAFT FOODS INC | 17,000,000 | 16,991,563.00 |
| 12626PAJ2 | CRH AMER INC | 5,000,000 | 5,137,036.00 |
| | | 63,000,000 | 65,156,193.00 |

Cash at LBSF            22,580,000.00

Total Market Value of
pledged                 $87,736,193.00

\* Market values are provided only for information purpose and subject to change.