## **Exhibit A**

IntraLinks Contracts with Lehman[3]

| Contract | Date | Lehman Counterparty |
|---|---|---|
| 110347 (Project Green) | June 2, 2008 | Holdings |
| 117454 (Project Friend) | July 29, 2008 | Holdings |
| 112115 (Project Maple Leaf) | June 16, 2008 | Holdings |
| 111633 (Project Force) | June 12, 2008 | Holdings |
| 106260 (Project Seabiscuit) | April 25, 2008 | Holdings |
| 116821 (Project Hercules) | July 22, 2008 | Lehman Brothers Inc. |
| 0103378 (Transactional) | April 1, 2008 | Lehman Brothers Inc. |
| 0103190 (Fund Raising) | April 22, 2008 | Lehman Brothers Inc. |
| 115661 (Project Iron Man) | July 16, 2008 | Lehman Brothers Inc. |
| 0106578 (Transactional) | May 1, 2008 | Lehman Brothers, Hong Kong |
| 0098394 (Transactional) | March 1, 2008 | LB-Real Estate Loans |
| 0108303 (Transactional) | May 8, 2008 | Lehman Global Real Estate Group |

---

[1]    IntraLinks reserves the rights to supplement and/or amend this list after further investigation.