WOLFF & SAMSON PC
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NEW JERSEY 07052
973-325-1500
Attorneys for Mack-Cali Realty LP

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: | : |
|  | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | : |
|  | : Case No. 08-13555 (JMP) |
| Debtor. | : |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Mack-Cali Realty LP ("Mack-Cali"), by its attorneys,

Wolff & Samson PC, hereby requests, pursuant to Section 1109(b) of the Bankruptcy Code and

Rules 2002, 9007, and 9010 of the Bankruptcy Rules, that all notices given or required to be

given in this case, and all papers, pleadings, motions and applications served or required to be

served in this case, be given to and served upon:

| | |
|---|---|
| **DAVID N. RAVIN, ESQ.** | **ROBERT E. NIES, ESQ.** |
| Wolff & Samson PC | Wolff & Samson PC |
| The Offices At Crystal Lake | The Offices At Crystal Lake |
| One Boland Drive | One Boland Drive |
| West Orange, NJ  07052 | West Orange, NJ  07052 |
| Telephone: (973) 530-2034 | Telephone: (973) 530-2012 |
| Facsimile:  (973) 530-2234 | Facsimile: (973) 530-2212 |
| E-mail: Dravin@wolffsamson.com | E-mail: Rnies@wolffsamson.com |

1149278.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders, and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way any rights or interests of Mack-Cali with respect to the debtor or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to or waiver of Mack-Cali's rights, including without limitation, with respect to any objection that may be made to the subject matter jurisdiction of this Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Mack-Cali to the jurisdiction of the Court and it is without prejudice to Mack-Cali's rights, remedies and claims against other entities.  All rights, remedies, and claims are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

**WOLFF & SAMSON PC**
Attorneys for Mack-Cali Realty LP

By:    /s/ Robert E. Nies
        Robert E. Nies

Dated: September 19, 2008

1149278.1

2