UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Rheba Rutkowski, a member in good standing of the bar in the Commonwealth of Massachusetts, request admission, ***pro hac vice,*** before the Honorable James M. Peck, to represent Harbinger Capital Partners Special Situations Fund, L.P. and Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.) in the above referenced cases.

My address is Bingham McCutchen LLP, One Federal Street, Boston Massachusetts 02110-1726.

My email address is rheba.rutkowski@bingham.com.

My telephone number is (617) 951-8606.

I agree to pay the fee of $25 upon entry of an order admitting me to practice ***pro hac vice***.

Dated: Boston, Massachusetts
September 19, 2008

                                                      BINGHAM McCUTCHEN, LLP
                                                      150 Federal Street
                                                      Boston, Massachusetts 02110

                                                      By: /s/Rheba Rutkowski
                                                           Rheba Rutkowski

A/72657662.2