# EXHIBIT A

900 Third Avenue    T +1 646 268 9900
3rd Floor    F +1 646 268 9996
New York NY 10022    www.fxall.com



Lehman Brothers Inc.

STATEMENT

Date    9/18/2008

Customer No.    00016

| Invoice # | Invoice Date | Balance | Current | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | >90 Days Past Due |
|---|---|---|---|---|---|---|---|
| 1049634 | 1/31/2008 | 16,602.00 | 0.00 | 0.00 | 0.00 | | 16,602.00 |
| 1054080 | 7/31/2008 | 10,598.39 | 0.00 | 10,598.39 | 0.00 | | |
| 1054718 | 8/31/2008 | 167,261.24 | 167,261.24 | 0.00 | 0.00 | | |
| | Total USD | 194,461.63 | 167,261.24 | 10,598.39 | 0.00 | 0.00 | 16,602.00 |

FX Alliance LLC
900 Third Ave, 3rd Floor
New York, NY 10022
USA

T: 646-268-9957
F: 646-268-9996
E: billing@fxall.com

Lehman Brothers Inc.
-
101 Hudson Street
31st Floor
Jersey City, NJ 07032
USA



| Invoice | 1054080 |
|---|---|
| Date | 31-Jul-2008 |
| Page | 1 of 1 |

| Customer No. | Payment Terms | |
|---|---|---|
| 00016 | net 30 | Please reference invoice number when making payment |

| Quantity | Billed | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| 6.00 | 6.00 | Mth Circuit Prov. 1024K | $1,600.00 | $9,600.00 |
| 6.00 | 6.00 | Mth Circuit Prov. 256K | 1,328.00 | 7,968.00 |
| 1.00 | 1.00 | Circuit Provisioning setup | 500.00 | 500.00 |
| -2.23 | 0.00 | Mth Circuit Prov. 1536K | 0.00 | (3,583.61) |
| -3.35 | 0.00 | Mth Circuit Prov. 512K | 0.00 | (3,886.00) |

Please Remit USD Payment to:
Electronic funds transfer:
FX Alliance, LLC
Account # 001-83025-2
HSBC BANK NY USA
ABA: 021001088
SWIFT CODE: MRMDUS33

OR

TAX ID: 13-4125144

Check:
FX Alliance, LLC
900 Third Avenue, 3rd Floor
New York, NY 10022
ATTN: Scott Haley

| Subtotal | $ 10,598.39 |
|---|---|
| Sales Tax | $ - |
| Total USD | $ 10,598.39 |

| **InvDescription** | **Address** |
|---|---|
| | 85 10TH AVE, 7TH FL, TELECOM RM, NY NY USA |
| Setup Fee | 85 10TH AVE, 7TH FL, TELECOM RM, NY NY USA |
| 1536k Circuit | 101 HUDSON ST, JERSEY CITY, NJ, USA |
| 512k Circuit | 101 HUDSON ST, JERSEY CITY, NJ, USA |
| 1024k Circuit | 101 HUDSON ST, JERSEY CITY, NJ, USA |

FX Alliance LLC
900 Third Ave, 3rd Floor
New York, NY 10022
USA

T: 646-268-9957
F: 646-268-9996
E: billing@fxall.com



Lehman Brothers Inc.
-
101 Hudson Street
31st Floor
Jersey City, NJ 07032
USA

| Invoice | 1049634 |
|---|---|
| Date | 31-Jan-2008 |
| Page | 1 of 1 |

| Customer No. | Payment Terms | |
|---|---|---|
| 00016 | net 30 | Please reference invoice number when making payment |

| Quantity | Billed | Description | Unit Price | Ext Price |
|---|---|---|---|---|
| | | For January --> June 2008 Circuit Provisioning | | |
| 6.00 | 6.00 | Mth Circuit Prov. 512K | $1,160.00 | $6,960.00 |
| 6.00 | 6.00 | Mth Circuit Prov. 1536K | 1,607.00 | 9,642.00 |

Please Remit USD Payment to:
Electronic funds transfer:
FX Alliance, LLC
Account # 001-83025-2
HSBC BANK NY USA
ABA: 021001088
SWIFT CODE: MRMDUS33

OR

TAX ID: 13-4125144

Check:
FX Alliance, LLC
900 Third Avenue, 3rd Floor
New York, NY 10022
ATTN: Scott Haley

| | |
|---|---|
| Subtotal | $ 16,602.00 |
| Sales Tax | $ - |
| Total USD | $ 16,602.00 |

| InvDescription | Address |
| --- | --- |
| 1536k Circuit | 101 HUDSON ST,JERSEY CITY,NJ,USA |
| 512k Circuit | 101 HUDSON ST,JERSEY CITY,NJ,USA |

**FX Alliance LLC**
900 Third Ave, 3rd Floor
New York, NY 10022
USA

T: 646-266-9957
F: 646-268-9996
E: billing@fxall.com



**Lehman Brothers Inc.**
-
101 Hudson Street 31st Floor
Jersey City, NJ 07032
USA

| Invoice | 1054718 |
|---|---|
| Date | 31-Aug-2008 |
| Page | 1 of 1 |

| Customer No. | Payment Terms | |
|---|---|---|
| 00016 | net 30 | Please reference invoice number when making payment |

| Quantity | Billed | Description | Avg Unit Price | Ext Price |
|---|---|---|---|---|
| | | For August 2008 | | |
| 42.00 | 39.00 | User Ids | $334.62 | $13,050.00 |
| | | **Transaction Fees** | | |
| 3,115.65 | 3,115.65 | Spot executions | 9.99 | 31,140.71 |
| 2,967.26 | 2,967.26 | Swap executions under 1 month | 0.87 | 2,573.11 |
| 8,032.91 | 8,032.91 | Forward executions under 1 month | 9.13 | 73,355.40 |
| 2,682.26 | 2,682.26 | Swap executions over 1 month | 3.28 | 8,786.60 |
| 1,479.26 | 1,479.26 | Forward executions over 1 month | 11.54 | 17,073.28 |
| 1,160.31 | 1,160.31 | Swap execution of 1 day | 0.46 | 535.19 |
| 19,437.65 | 19,437.65 | | | 133,464.29 |
| 1.00 | 1.00 | Monthly minimum transaction fee-SC | 2,458.00 | 2,458.00 |
| 2,542.00 | 2,542.00 | Settlement Center Matches/Events | 1.00 | 2,542.00 |
| 1.00 | 1.00 | Late Fees | 1,299.28 | 1,299.28 |
| | | **Misc Fees** | | |
| 1,203.73 | 1,203.73 | QuickFill | 10.15 | 12,216.97 |
| 446.14 | 446.14 | Accelor Transactions Fees - Taker | 5.00 | 2,230.70 |
| 1,649.87 | 1,649.87 | | | 14,447.67 |

Please Remit USD Payment to:
Electronic funds transfer:
FX Alliance, LLC
Account # 001-83025-2
HSBC BANK NY USA
ABA: 021001088
SWIFT CODE: MRMDUS33

TAX ID: 13-4125144
Check:
FX Alliance, LLC
900 Third Avenue, 3rd Floor
New York, NY 10022
ATTN: Account Receivable

OR

| Subtotal | $ 167,261.24 |
|---|---|
| Sales Tax | $ - |
| Total USD | $ 167,261.24 |

## USER LISTING:

| BASE | 19 | | | |
|---|---|---|---|---|
| jonathan@LEHN | liam.hudson@LEHN | skidell@LEHN | mark@LEHN | jwilliams@LEHN |
| paul@LEHN | trotti@LEHN | ying@LEHN | acceloradmin@LEHN | joyce@LEHN |
| smccarthy@LEHN | brnok@LEHN | aheng@LEHN | gsacco@LEHN | markb@LEHN |
| smok@LEHN | test@LEHN | rfleschler@LEHN | mcarleton@LEHN | |

| TC | 23 | | | |
|---|---|---|---|---|
| einfante@LEHN | jmannino@LEHN | ptrotti@LEHN | ptrotti@TC@LEHN | einfante@TC@LEHN |
| iburgess@TC@LEHN | jmannino@TC@LEHN | whassan@TC@LEHN | sabajoli@TC@LEHN | mpelster@LEHN |
| jplo@TC@LEHN | rhea.thomas@TC@LEHN | cvail@TC@LEHN | jwainstein@TC@LEHN | fkelly@TC@LEHN |
| felcabal@TC@LEHN | mmacleod@TC@LEHN | magda@TC@LEHN | jennifer@TC@LEHN | kweber@TC@LEHN |
| kashi@TC@LEHN | amann@LEHN | mamann@TC@LEHN | | |

**Mapped Customers**