## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing OBJECTION OF FX

ALLIANCE, LLC AND ITS AFFILIATES AND SUBSIDIARIES TO DEBTORS' CURE

NOTICE by First Class Mail, and by e-mail as and where indicated, addressed as follows:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
E-Mail: harvey.miller@weil.com
E-Mail: jacqueline.marcus@weil.com
E-Mail: shai.waisman@weil.com

Brian Shoichi Masumoto, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

This 19th day of September, 2008.

/s/ Marc E. Richards_____
Marc E. Richards

900200.00001/6670524v.1