PATTERSON BELKNAP WEBB & TYLER LLP          **Hearing Date: September 19, 2008 at 4:00 p.m.**
1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000
(212) 336-2222 (fax)
David W. Dykhouse
Daniel A. Lowenthal
Brian P. Guiney

Attorneys for Training the Street, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                      :
                                                            :        Chapter 11
LEHMAN  BROTHERS HOLDINGS INC.,             :
                                                            :        Case No. 08-13555 (JMP)
                          Debtor.              :
-------------------------------------------------------------x

## RESERVATION OF RIGHTS AND LIMITED OBJECTION OF TRAINING THE STREET, INC. TO DEBTORS' MOTION TO APPROVE THE SALE OF THE PURCHASED ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO THE PURCHASED ASSETS

Training the Street, Inc. ("TTSI"), by and through its undersigned counsel,

respectfully submits this limited objection (the "Limited Objection") to the proposed assumption

and assignment by Lehman Brothers Holdings Inc. ("LBHI," and, together with its affiliated

debtor and debtor in possession, the "Debtors") of one or more contracts with TTSI to a third

party purchaser of certain of the Debtors' assets.  TTSI respectfully states as follows:

        1.        On September 17, 2008, the Debtors filed a motion with the Bankruptcy

Court (the "Sale Motion") seeking authority to cell certain of the Debtors' designated assets to a

third party.  In connection with the Sale Motion, the Debtors have sought authority to assume

and assign certain contracts to a proposed third-party purchaser.  On September 19, 2008, TTSI

received notice of the Sale Motion (the "Sale Notice"), which notice directed counter-parties to

contracts with the Debtors to consult an Internet website in order to determine: (a) whether the

Debtors proposed to assume and assign such contracts to the proposed third-party purchaser, and

(b) what cure amounts, if any, the Debtors proposed to pay in connection with such assumption

and assignment.

2.    Upon receipt of the Sale Notice, TTSI consulted the website referenced

therein, and determined that the Debtors propose to assume and assign at least one contract

between TTSI and the Debtors.  TTSI believes, but cannot be certain because the Debtors have

not identified the contract by name, that the contract listed on the website is the "Master

Consulting Services Agreement" between TTSI and LBHI (the "Subject Contract").  The

Debtors' proposed cure payment in connection with the Subject Contract is $0.00.

3.    The Sale Notice directs any party that opposes the assumption and

assignment of any contract either to file an objection prior to the commencement of the hearing

to consider the Sale Motion or to appear and raise such objection at the hearing.  TTSI does not

object to the sale proposed in the Sale Motion.  But in light of the unprecedented speed with

which the transactions contemplated by the Sale Motion are being implemented, TTSI has not

had sufficient time to review its books and records to determine whether the cure amount

proposed to be paid by the Debtors is sufficient.  A preliminary review TTSI's books and records

reveals a payment default of not less than $182,767.12 that must be cured in order for the

contract to be assumed and assigned.  Nor has TTSI had sufficient time to analyze the Subject

Contract to determine whether it is an executory contract, or if it is assignable pursuant to the

provisions of the Bankruptcy Code and applicable non-bankruptcy law.

4.    Accordingly, though TTSI may accede to the assumption and assignment

of the Subject Contract to the proposed purchaser, TTSI is filing this Limited Objection in order

to reserve all rights with respect to the Subject Contract, including, but not limited to, requiring

that the Debtor: (a) cure any defaults under the Subject Contract, and (b) comply with all other

applicable provisions of section 365 of the Bankruptcy Code.  TTSI further reserves the right to

argue that the Subject Contract is not an executory contract or is not otherwise capable of being

assumed and/or assigned.  TTSI also reserves the right to supplement this Limited Objection.

        WHEREFORE, TTSI requests that the Court: (a) deny the Sale Motion or grant

the relief requested therein only on terms consistent with this Limited Objection; and (b) award

TTSI such other or further relief as is just and proper.

Dated: New York, New York
      September 19, 2008

Respectfully submitted,

PATTERSON BELKNAP WEBB &
TYLER LLP


By:    __/s/Daniel A. Lowenthal_____
       David W. Dykhouse
       Daniel A. Lowenthal
       Brian P. Guiney

1133 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000
(212) 336-2222 (fax)

Attorneys for Training the Street, Inc.

2524905v.1