# WESTERMAN BALL EDERER MILLER & SHARFSTEIN, LLP

170 OLD COUNTRY ROAD
SUITE 400
MINEOLA, NEW YORK 11501
Telephone: 516.622.9200
Facsimile: 516.622.9212

September 19, 2008

**VIA E-MAIL AND FEDERAL EXPRESS**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey R. Miller, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

EPIQ (via e-mail @ lehman@epiqsystems.com)

**RE:    CorrectNet, Inc. - Agreement with Lehman Brothers Holdings Inc. identified on p. 18 of http://chapter11.epiqsystems.com/lehman (the "CorrectNet Agreement")**

Ladies and Gentlemen:

We represent CorrectNet, Inc. ("**CorrectNet**"). We understand that the Sale Motion is being heard today. The purpose of this letter is to clarify that the amount to be paid by Lehman or its assignee under the CorrectNet Agreement for services to be provided by CorrectNet for the months of Oct - Dec 2008 under the CorrectNet Agreement is $104,904.00, see copy of invoice dated 8/11/08 attached. CorrectNet objects to any assignment and assumption of the CorrectNet Agreement which does not provide for the payment by the assignee of the attached invoice for the future services to be provided by CorrectNet thereunder.

Very truly yours,

Alan C. Ederer

/encl.

cc:    Mr. Glenn Reed (via e-mail)
       CorrectNet, Inc.

# CORRECTNET

200 Motor Parkway, Hauppauge, NY  11788
Phone: (631) 434-3333 Fax: (631) 434-9749

Joseph Sclafani
Lehman Brothers
605 3rd Avenue
20th floor
New York, NY  10158

| Invoice Number | 14052 |
|---|---|
| Invoice Date | 08/11/2008 |
| Terms | DUE ON RECEIPT |

| Description | Period Covered | Fee |
|---|---|---|
| Professional Service Fee for Dedicated Resources per Work Order # 5 | October 2008 through December 2008 | 104,904.00 |

Payment Information:

Please make checks payable to:

CorrectNet, Inc.

Wiring Instructions:
Silicon Valley Bank SJ
Routing & Transit Number: 121140399
For credit of: CorrectNet, Inc.
Credit Account Number: 3300433856

| Sales Tax | 0.00 |
|---|---|
| **Total** | **$104,904.00** |