# EXHIBIT A

# EXHIBIT A

| | | |
|---|---|---|
| Lauren Attard/NY/US/KSFHH | To | jacqueline.marcus@weil.com |
| 09/18/2008 03:02 PM | cc | Madlyn Primoff/NY/US/KSFHH@KSFHHNotes; Scott Talmadge/NY/US/KSFHH@KSFHHNotes; shai.waisman@weil.com; lori.fife@weil.com |
| Phone: (212) 836-7431 | bcc | |
| | Subject | Lehman Brothers Holdings Inc. - Request re Sale Hearing |

Jacqueline -

We represent several creditors in the Lehman Brothers Holdings Inc. bankruptcy cases. In connection with the sale hearing scheduled for tomorrow, we request that you furnish us with the following information by close of business today:

1. Identify those Subsidiaries that have assets being sold in connection with the proposed sale to Barclays;
2. For each Subsidiary that has assets being sold, identify which assets of that Subsidiary are being sold;
3. The purchase price to be paid for the assets on an asset by asset basis, Subsidiary by Subsidiary basis; and
4. Schedule 12.3 to the Asset Purchase Agreement.

Thank you.

**Lauren Attard | Kaye Scholer LLP**

Direct Dial: 212.836.7431 | Facsimile: 212.836.6651
425 Park Avenue | New York, New York 10022

Email: lattard@kayescholer.com