Vincent A. D'Agostino
Eric H. Horn
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: (973) 597-2500
Fax: (973) 597-2400

-and-

1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Counsel to Avaya Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
*In re*:                                                                : Chapter 11
                                                                        :
**Lehman Brothers Holdings Inc.,** *et al.*,     :
                                                                        : Case No. 08- 13555 (JMP)
                                                                        :
**Debtors.**                                                            : (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

1. I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to Avaya Inc. in the above captioned matter.

2. I certify that on Sept. 19, 2008, I served the following document upon the parties indicated on the attached service list, in the manner listed therein:

   *a.    Objection of Avaya Inc. to the Debtors' Notice of
          Assumption and Assignment of, and Amounts Necessary to
          Cure Defaults Under Contracts and Leases to be Assumed
          and Assigned to Successful Purchaser*

12459/1184
09/19/2008 9862475.1

-2-

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Sept. 19, 2008              /s/ Elizabeth Lawler
                                   Elizabeth Lawler


Sworn to before me this
19th day of September, 2008

/s/ Mary Knodel
Notary Public
State of New Jersey
My commission expires 8/29/2013

## SERVICE LIST

*Via Email and Facsimile*

Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007
Email: harvey.miller@weil.com;
richard.krasnow@weil.com;
lori.fife@weil.com;
shai.waisman@weil.com;
jacqueline.marcus@weil.com