**DORSEY & WHITNEY LLP**
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Eric Lopez Schnabel (ES 5553)

and

**DORSEY & WHITNEY LLP**
Christopher T. Lenhart
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 752-7313
Facsimile: (952) 516-5631

Attorneys for Globalcom Services, Inc.,
f/k/a Yipes Enterprise Service, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
In re:                                          :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    Case No. 08-13555 (JMP)
                                                :
          Debtors.                              :    (Jointly Administered)
                                                :
------------------------------------------------------------ x

## CERTIFICATE OF SERVICE

I, Robert W. Mallard, certify that on the 19th of September, 2008, *Reliance Globalcom Services, Inc.'s Objection to the Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts to be Assumed and Assigned to Successful Purchaser* was served upon the attached service list in the manner indicated.

Dated: September 19, 2008
      Wilmington, Delaware

                                          /s/Robert W. Mallard
                                          **Robert W. Mallard, Esq.**
                                          DORSEY & WHITNEY LLP
                                          250 Park Avenue
                                          New York, New York 10177

4821-5739-7763\1  9/19/2008 2:48 PM

Service List

**Via Electronic Mail:**

Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Shai Waisman, Esq.
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153
Fax : (212) 310-8007
harvey.miller@weil.com
jacqueline.marcus@weil.com
shai.waisman@weil.com

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
**Mayer Brown LLP**
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
Fax: 212-262-1910
btrust@mayerbrown.com
fhyman@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com

Jeffrey S. Sabin, Esq.
Ronald J. Silverman, Esq.
Steven Wilamowsky, Esq.
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
steven.wilamowsky@bingham.com

P. Sabin Willett, Esq.
**BINGHAM McCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel: 617-951-8000
Fax: 617-951-8736
sabin.willet@bingham.com
.

Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
William C. Heuer, Esq.
**Dewey & LeBoeuf LLP**
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000
Fax: (212) 259-6333 (Fax)
mbienenstock@dl.com
igoldstein@dl.com
wheuer@dl.com

Maureen Cronin, Esq.
My Chi To, Esq.
**Debevoise & Plimpton LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mcto@debevoise.com
macronin@debevoise.com

Keith A. Simon, Esq.
**Latham & Watkins LLP**
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
keith.simon@lw.com

David S. Heller, Esq.
J. Douglas Bacon, Esq.
**Latham & Watkins LLP**
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
david.heller@lw.com
douglas.bacon@lw.com

Michael J. Edelman, Esq.
**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, New York 10019
Tel: (212) 407-7700
Fax: (212) 407-7799
mjedelman@vedderprice.com

Service List

Lisa Roberts
**Pursuit Partners**
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902
Tel: (203) 276-3700
Fax: (203) 961-0039
E-mail: Roberts@PursuitPartners.com

Thomas R. Slome, Esq.
**Meyer, Suozzi, English & Klein, P.C.**
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Ph: (516) 597-5772
Fx: (516) 741-6706
tslome@msek.com

J. Fred Berg, Jr., Esq.
**Russin, Vecchi, Berg & Bernstein LLP**
380 Lexington Avenue, Suite 1518
New York, NY 10168
Ph: (212) 490-6644
Fax: (212) 202-4930
fred.berg@rvblaw.com

Eduardo J. Glas, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096
Tel: (973) 622-4444
Fax: (973) 624-7070
eglas@mccarter.com

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 North King Street
Wilmington, DE 19801
Tel: (302) 984-6300
Fax: (302) 984-6399
kmayer@mccarter.com

Patrick L. Hayden, Esq.
**McGUIREWOODS LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Tel: (212) 548-2100
Fax: (212) 548-2150
phayden@mcguirewoods.com

Dion W. Hayes, Esq.
**McGUIREWOODS LLP**
One James Center
901 East Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
dhayes@mcguirewoods.com

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000
Fax: (212) 530-5219
ddunne@milbank.com
ldespins@milbank.com
wfoster@milbank.com

Paul Aronzon, Esq.
Gregory A. Bray, Esq.
**MILBANK, TWEED, HADLEY & McCLOY LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Tel: (213) 892-4000
Fax: (213) 629-5063
paronzon@milbank.com
gbray@milbank.com

Joseph E. Shickich, Jr., Esq.
**Riddell Williams P.S.**
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192
Tel: (206) 624-3600
Fax: (206) 389-1708
jschickich@riddellwilliams.com

Daniel J. Flanigan, Esq.
**Polsinelli Shalton Flanigan Suelthaus PC**
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112
dflanigan@polsinelli.com

Service List

| | |
|---|---|
| Matthew A. Cantor, Esq.<br>**Normandy Hill Capital, L.P.**<br>150 East 52nd Street, 10th Floor<br>New York, NY 10022<br>Phone: (212) 616-2100<br>Fax: (212) 616-2101<br>Info2@normandyhill.com | Audrey D. Wisotsky, Esq.<br>**PEPPER HAMILTON LLP**<br>Suite 400<br>301 Carnegie Center<br>Princeton, New Jersey 08543-5276<br>Tel: 609.452.0808<br>Fax: 609.452.1147<br>wisotska@pepperlaw.com |
| Shelley Chapman, Esq.<br>Benito Romano, Esq.<br>Marc Abrams, Esq.<br>**Willkie Farr & Gallagher LLP**<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: (212) 728-8000<br>Fax: (212) 728-8111<br>mabrams@willkie.com<br>schapman@willkie.com<br>bromano@willkie.com | Mark A. Speiser, Esq.<br>Sherry J. Millman, Esq.<br>**Stroock & Stroock & Lavan LLP**<br>180 Maiden Lane<br>New York, New York 10038<br>Tel: (212) 806-5400<br>Fax: (212) 806-6006<br>mspeiser@stroock.com<br>smillman@stroock.com |
| Shari D. Leventhal, Esq.<br>Assistant General Counsel and Senior Vice President<br>**Federal Reserve Bank of New York**<br>33 Liberty Street<br>New York, New York 10045-0001<br>Tel: (212) 720-5018<br>Fax: (212) 720-8709<br>shari.leventhal@ny.frb.org | Peter A. Zisser, Esq.<br>**Holland & Knight LLP**<br>195 Broadway<br>New York, NY 10007-3189<br>Tel: (212) 513-3200<br>Fax: (212) 385-9010<br>peter.zisser@hklaw.com |
| Israel Dahan, Esq.<br>**Cadwalader, Wickersham & Taft LLP**<br>One World Financial Center<br>New York, New York 10281<br>Tel: (212) 504-6000<br>Fax: (212) 504-6666<br>Israel.Dahan@cwt.com | Richard E. Lear, Esq.<br>**Holland & Knight LLP**<br>2099 Pennsylvania Ave. NW, Suite 100<br>Washington, DC 20006<br>Tel: (202) 955-3000<br>Fax: (202) 955-5564<br>Richard.lear@hklaw.com |
| Kay Standridge Kress, Esq.<br>Deborah Kovsky-Apap, Esq.<br>**PEPPER HAMILTON LLP**<br>100 Renaissance Center, Suite 3600<br>Detroit, MI 48243-1157<br>Tel: 313.259.7110<br>Fax: 313.259.7926<br>kressk@pepperlaw.com<br>kovskyd@pepperlaw.com | Gregory O. Kaden, Esq.<br>Douglas B. Rosner, Esq.<br>**GOULSTON & STORRS, P.C.**<br>400 Atlantic Avenue<br>Boston, Massachusetts 02110-3333<br>Tel: (617) 482-1776<br>gkaden@goulstonstorrs.com<br>drosner@goulstonstorrs.com |

Service List

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
pwright@dl.com
esmith@dl.com

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
**STEVENS & LEE, P.C.**
485 Madison Avenue, 20th Floor
New York, New York 10022
Tel: 212-319-8500
Fax: 212-319-8505
cs@stevenslee.com
cp@stevenslee.com

Ira L. Herman, Esq.
Demetra L. Liggins, Esq.
**Thompson & Knight LLP**
919 Third Avenue, 39th Floor
New York, NY 10022-3915
Tel: (212) 751-3001
Fax: (212) 751-3113
Ira.herman@tklaw.com
Demetra.liggins@tklaw.com

Rhett G. Campbell, Esq.
**Thompson & Knight LLP**
333 Clay Street, Suite 3300
Houston, TX 7702-4499
Tel: (713) 653-8660
Fax: (832) 397-8260
Rhett.campbell@tklaw.com

Sydney G. Platzer, Esq.
**Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP**
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Tel: 212-593-3000
Fax: 212-593-0353
splatzer@platzerlaw.com

Michael A. Rosenthal, Esq.
Janet M. Weiss, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
jweiss@gibsondunn.com
mrosenthal@gibsondunn.com

Edward J. LoBello, Esq.
**Blank Rome LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel.: (212) 885-5364
Fax: (917) 332-3728
elobello@blankrome.com

Carren Shulman, Esq.
Russell Reid, Esq.
**Sheppard, Mullin, Richter & Hampton, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 332-3800
Fax: (212) 332-3888
cshulman@sheppardmullin.com
rreid@sheppardmullin.com

Michael B. Hopkins, Esq.
Dianne F. Coffino, Esq.
Amanda Raboy, Esq.
**Covington & Burling LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telecopy: 212-841-1010
mhopkins@cov.com
dcoffino@cov.com
araboy@cov.com

Service List

| | |
|---|---|
| Hollace T. Cohen, Esq.<br>Paul H. Deutch, Esq.<br>**Troutman Sanders LLP**<br>The Chrysler Building<br>405 Lexington Ave<br>New York, NY 10174<br>Tel: (212) 704-6000<br>Fax: (212) 704-6288<br>Hollace.cohen@troutmansanders.com<br>Paul.deutch@troutmansanders.com | Richard Levin, Esq.<br>Robert H. Trust, Esq.<br>**Cravath, Swaine & Moore LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: (212) 474-1978<br>Fax: (212) 474-3700<br>RLevin@cravath.com<br>RTrust@cravath.com |
| Martin J. Bienenstock, Esq.<br>Judy G.Z Liu, Esq.<br>Timothy Q. Karcher, Esq.<br>**DEWEY & LEBOEUF LLP**<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212.259.8000<br>Fax: 212.259.6333<br>mbienenstock@dl.com<br>jliu@dl.com<br>tkarcher@dl.com | Frank F. McGinn, Esq.<br>**Bartlett Hackett Feinberg P.C.**<br>155 Federal Street, 9th Floor<br>Boston, MA 02110<br>Tel (617) 422-0200<br>Fax (617) 422-0383<br>ffm@bostonbusinesslaw.com |
| Charles R. Ekberg, Esq.<br>**Lane Powell PC**<br>1420 Fifth Ave, Suite 4100<br>Seattle, WA 98101-2338<br>Tel: (206) 223-7012<br>Fax: (206) 289-1544<br>ekbergc@lanepowell.com | James S. Carr, Esq.<br>**Kelley Drye & Warren LLP**<br>101 Park Avenue<br>New York, New York 10178<br>Tel: 212-808-7800<br>Fax: 212-808-7897<br>KDWBankruptcyDepartment@kelleydrye.com |
| Elizabeth Weller, Esq.<br>**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201<br>Tel: (214)880-0089<br>Fax: (469)221-5002<br>dallas.bankruptcy@publicans.com | Harvey A. Strickon, Esq.<br>**PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>75 East 55th Street<br>New York, NY 10022-3205<br>Tel: (212) 318-6380<br>Fax: (212) 230-7689<br>harveystrickon@paulhastings.com |
| George Rosenberg, Esq.<br>Assistant County Attorney<br>**Arapahoe County Attorney's Office**<br>5334 S. Prince Street<br>Littleton, CO 80166 to<br>grosenberg@co.arapahoe.co.us<br>rjohnson2@co.arapahoe.co.us | James J. McGinley<br>**Wilmington Trust Company**<br>520 Madison Avenue, 33rd Floor<br>New York, NY 10022<br>Fax: (212) 415-0513<br>jmcginley@wilmingtontrust.com |
| | Julie J. Becker<br>**Wilmington Trust FSB**<br>8400 Normandale lake Blvd., Ste 925<br>Bloomington, MN 55437<br>Fax: (952) 921-2175<br>jbecker@wilmingtontrust.com |

Service List

**Via Facsimile:**

Deryck A. Palmer, Esq.
John J. Rapisardi, Esq.
George A. Davis, Esq.
Howard R. Hawkins Jr., Esq.
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Mark C. Ellenberg, Esq.
**CADWALADER, WICKERSHAM & TAFT LLP**
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

Howard Seife, Esq.
David LeMay Esq.
Andrew Rosenblatt, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-5100
Fax: (212) 541-5369

Carren Shulman, Esq.
Russell Reid, Esq.
Malani J. Cademartori, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

Paul A Rachmuth, Esq.
Andrea Sheehan, Esq.
**Reed Smith LLP**
599 Lexington Avenue
New York, New York 10022
Telecopy: 212-521-5400
Telecopy: 212-521-5450

Andrew Sheehan, Esq.
**LAW OFFICES OF ROBERT E. LUNA, P.C.**
4411 N. Central Expressway
Dallas, Texas 75205
Tel: (214) 521-8000
Fax: (214) 521-1738

John Finley, Esq.
Andrew Keller, Esq.
**Simpson, Thacher & Bartlett, LLP**
425 Lexington Avenue
New York, NY 10017
Fax: (212) 455-2502

Johnathan Hughes, Esq.
**Barclays Capital, Inc**.
200 Park Avenue
New York, NY 10166
Fax: (212) 412-7519

Victor I. Lewkow, Esq.
David Leinwand, Esq.
Duane McLaughlin, Esq.
**Cleary Gottleib Steen & Hamilton, LLP**
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Mitchell S. Eitel, Esq.
Jay Clayton, Esq.
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004
Fax: (212) 558-3580

David W. Elrod
**ELROD, PLLC**
500 N. Akard Street, Suite 3000
Dallas, Texas 75201
Tel: 214-855-5188
Fax: 214-855-5183

Service List

**Government Agencies – Via Hard Copy:**

**U.S. Department of Justice**
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

Michael J. Garcia, Esq., U.S. Attorney
**Southern District of New York**
One St. Andrews Plaza
New York, NY 10007
Fax: (212)637-2685

**Securities Investor Protection Corporation**
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215
Fax: (202) 371-6728

**Office of the U.S. Trustee**
Region 2/Southern Dist. of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

**Internal Revenue Service**
290 Broadway
New York, NY 10007

Mark Schonfeld, Regional Director
**Securities and Exchange Commission**
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
newyork@sec.gov

**Federal Reserve Bank of New York**
33 Liberty Street
New York, NY 10045
general.info@ny.frb.org