Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: (206) 624-3600
Fax: (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDING INC., <br> et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> (Joint Administration) <br><br> Related to Docket Nos. 60, 107 |

**CONDITIONAL OBJECTION AND RESERVATION OF
RIGHTS BY MICROSOFT RE ASSUMPTION, ASSIGNMENT AND CURE**

COMES NOW Microsoft Corporation and its wholly subsidiary, Microsoft Licensing, GP (collectively, "Microsoft"), and make this conditional objection and reservation of rights:

1.      Pursuant to the Sale Motion, the Debtors propose to sell certain assets of its wholly owned subsidiary, Lehman Brothers, Inc., to the Purchaser, Barclays Capital, Inc.

2.      The Debtors also propose to assume and assign to the Purchaser and cure certain executory contracts with Microsoft listed on Debtors' website with Epiq Systems, a copy of which is attached hereto as Exhibit A.

3.      Microsoft conditionally objects and reserves its right with regard to the contracts listed and the cure amount. The contracts are not listed with specificity and it

4827-9440-7683.01
20363.00446

1

will take Microsoft some time to determine the particular contracts that Debtors wish to assume and assign. Microsoft will also need to determine whether the cure amount stated is correct.

4. Further, Microsoft's consent is required. The contracts to be assumed appear to include licenses that Debtors have of Microsoft software and products. These licenses are licenses of copyrighted materials and, therefore, may not be assumed or assigned without Microsoft's consent. In re Catapult Entertainment, 165 F.3d 747 (9th Cir. 1999) (since federal patent law excused non-debtor licensor from rendering performance, debtor could not assume or assign the non-exclusive patent license without the non-debtor's licensor's consent). The analysis of the court in In re Catapult holds true for non-exclusive copyright licenses. See In re Access Beyond Technologies, Inc., 237 B.R. 32, 48 49 (Bankr. D. Del. 1999) (citing In re West Elec., Inc., 852 F.2d 79 (3d Cir. 1988)); In re Patient Educ. Media, 210 B.R. 237, 243 (Bankr. S.D.N.Y. 1997) (holding that debtor could not assume and assign nonexclusive license without copyright owner's consent).

WHEREFORE, Microsoft conditionally objects and reserves its rights.

Dated: September 19, 2008

RIDDELL WILLIAMS P.S.

By: _____
Joseph E. Shickich, Jr. (JS 5229)
Washington State Bar No. 8751
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: (206) 624-3600
Fax: (206) 389-1708
jshickich@riddellwilliams.com
Attorneys for Microsoft Corporation and
Microsoft Licensing, GP

4827-9440-7683.01
20363.00446

2

# EXHIBIT A

The contracts highlighted in yellow below are being assumed by Purchaser pursuant to the Asset Purchase Agreement. Cure amounts are listed on Exhibit A by vendor.

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| Access Data Corp. | | Access Data Corp. | Two Chatham Center, 24th Fl, Pittsburgh, PA 15219 | LBHI |
| Dimension Data | | Dimension Data | 110 Parkway Dr. South, Hauppauge, NY 11788 | LBI |
| Platform Computing, Inc. | | Platform Computing, Inc. Attn: General Counsel | 3760 14th Avenue, Markham Ontario L3R 3T7 | LBI |
| Red Hat, Inc. | Master Agreement | Red Hat, Inc. Attn: General Counsel | 1801 Varsity Drive, Raleigh, NC 27606 | |
| @STAKE, INC | Trial | Ray Soutani, Royal Hansen, Emily Sebert | 2 Wall Street, New York, NY 10005 | |
| 1010 DATA, INC | Master Agreement | N/A | 85 Broadway, Suite 1010, New York, NY 10006 | |
| 2 TRACK GLOBAL | Amendment / Addendum / Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | |
| 2 TRACK GLOBAL | Amendment / Addendum / Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | |
| 2 TRACK GLOBAL | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | |
| 2 TRACK GLOBAL | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | |
| 2 TRACK GLOBAL | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | |
| 2 TRACK GLOBAL | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | |
| 2 TRACK GLOBAL | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | |
| 2 TRACK GLOBAL | Amendment / Addendum / Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | |
| 451.COM | | Alan Elworthy | N/A | |
| 4CONNECTIONS, LLC | Master Agreement | President and James Martini, Chief Financial Officer | 4 Gatehall Drive, 2nd Floor, Parsippany, NJ 07054 | |
| 4CONNECTIONS, LLC | Amendment / Addendum / Schedule | President and James Martini, Chief Financial Officer | 4 Gatehall Drive, 2nd Floor, Parsippany, NJ 07054 | |
| 4CONNECTIONS, LLC | Side Letter | President and James Martini, Chief Financial Officer | 4 Gatehall Drive, 2nd Floor, Parsippany, NJ 07054 | |
| ABOVENET COMMUNICATIONS INC | Master Agreement | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Supplement | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Vice President - Legal Affairs, Vice President - Marketing | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Transaction Schedule | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Vice President - Legal Affairs, Vice President - Marketing | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Vice President - Legal Affairs, Vice President - Marketing | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Transaction Schedule | Senior Vice President - General Counsel | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule | Vice President - Legal Affairs, Vice President - Marketing | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | Amendment / Addendum / Schedule TBD | Vice President - Legal Affairs, Vice President - Marketing | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |
| ABOVENET COMMUNICATIONS INC | | N/A | 360 Hamilton Avenue, White Plains, NY 10601 | Lehman Brothers Holdings, Inc |

ASSUME

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| MESSAGEGATE, INC. | Other | N/A | N/A | N/A |
| META GROUP INC | Amendment / Addendum / Schedule | N/A | N/A | LBI |
| | | | 208 Harbor Drive, PO Box 120061, Stamford, CT 06912 | |
| META GROUP, INC. | Master Agreement | not listed | 949 Sherwood Avenue, Suite 200, Los Altos, Ca 94022 | LBI |
| METREOS CORPORATION | Master Agreement | not listed | not listed | LBI |
| METREOS CORPORATION | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| METROMEDIA FIBER NETWORK SVCS | Amendment / Addendum / Schedule | Legal Affairs | Metromedia Fiber Network Services, Inc., White Plains, NY 10601 | LBI |
| METROMEDIA FIBER NETWORK SVCS | Transaction Schedule | not listed | not listed | LBI |
| MGE UPS SYSTEMS INDIA PRIVATE LIMITED | Standalone Agreement | no attachment | no attachment | unknown |
| Micro Strategies Inc. | Trial | not listed | not listed | LBHI |
| Microbank Software Inc | Amendment / Addendum / Schedule | not listed | not listed | LBHI |
| MICROBANK SOFTWARE INC. | Side Letter | N/A | N/A | Lehman Brothers |
| | | | Microsoft Licensing GP, Dept. 551, Volume Licensing, 6100 Neil Road, suite 210, Reno, Nevada, 89511-1137 with copy to Microsoft Corporation, law and Corporate Affairs, Volume Licensing Group, One Microsoft Way, Redmond, Wa, 98052 | LBI |
| MICROSOFT CORPORATION | Transaction Schedule | not listed | Microsoft Licensing GP, Dept. 551, Volume Licensing, 6100 Neil Road, suite 210, Reno, Nevada, 89511-1137 with copy to Microsoft Corporation, law and Corporate Affairs, Volume Licensing Group, One Microsoft Way, Redmond, Wa, 98052 | LBHI |
| MICROSOFT CORPORATION | Master Agreement | not listed | Microsoft Licensing GP, Dept. 551, Volume Licensing, 6100 Neil Road, suite 210, Reno, Nevada, 89511-1137 with copy to Microsoft Corporation, law and Corporate Affairs, Volume Licensing Group, One Microsoft Way, Redmond, Wa, 98052 | LBHI |
| MICROSOFT CORPORATION | Amendment / Addendum / Schedule | not listed | not listed | LBHI |
| MICROSOFT CORPORATION | Amendment / Addendum / Schedule | not listed | not listed | LBHI |
| MICROSOFT CORPORATION | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MICROSOFT CORPORATION | Amendment / Addendum / Schedule | Kelly Murray | 3 City Place Drive, Suite 1100, St. Louis, MO 63141 | LBI |
| MICROSOFT CORPORATION | Amendment / Addendum / Schedule | Brad Ciambotti | BD50 Microsoft Way, Ap2-1239, Charlotte, NC 28273 | LBI |
| MICROSOFT CORPORATION | Maintenance Renewal Quote | not listed | not listed | LBI |
| Microsoft Corporation | | Attn: MS Support Network Sales/RWG-3 Microsoft Corporation One Microsoft Way Redmond, WA 98052 | | LBI |
| Microsoft Corporation | | Microsoft Corporation One Microsoft Way Redmond, WA 98052 | | |
| MICROSOFT CORPORATION | Amendment / Addendum / Schedule | N/A | N/A | N/A |
| MICROSOFT CORPORATION | Amendment / Addendum / Schedule | N/A | N/A | N/A |
| MICROSOFT CORPORATION | Other | no attachment | no attachment | no attachment |
| MICROSOFT CORPORATION | Professional and Consulting | no attachment | no attachment | unknown |

ASSUME

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| Microsoft Licensing GP | | Microsoft Licensing GP w/ copy to Microsoft Corporation Law and Corporate Affairs Volume Licensing Group | Vendor Contact Address Dept 551, Volume Licensing 6100 Neil Rd, Suite 210 Reno, Nevada 89511-1137 w/copy to: One Microsoft Way Redmond, WA 98052 | LBHI |
| MIGHTER INC | Master Agreement | not listed | 325 West 38th Street, New York, NY 10018 | LBI |
| MILLIMAN, INC. | Master Agreement | Melinda Wilson | 150 Field Drive, Suite 180, Lake Forest, Il 60045 | Lehman Brothers |
| MILLIMAN, INC. | Master Agreement | Melinda Wilson | 150 Field Drive, Suite 180, Lake Forest, Il 60045 | Lehman Brothers |
| MIRROR IMAGE | Trial | not listed | Two Highwood Drive, Tewksbury, Ma 01876 | LBHI |
| MISYS INTERNATIONAL | Amendment / Addendum / Schedule | not listed | no attachment | no attachment |
| MISYS IQ LLC | Amendment / Addendum / Schedule | not listed | not listed | LBHI |
| MISYS IQ LLC | Amendment / Addendum / Schedule | not listed | 1180 Avenue of Americas 4th floor, New York, NY 10019 and copy to Misys PLC, Burleigh House, Chapel Oak, Salford Priors, Evesham, Worchestershire, England WR11 8SP attn: Company Secretary | LBHI |
| MISYS IQ LLC | Master Agreement | General Commericial OperationsHead | 1180 Avenue of Americas 4th floor, New York, NY 10019 and copy to Misys PLC, Burleigh House, Chapel Oak, Salford Priors, Evesham, Worchestershire, England WR11 8SP attn: Company Secretary | LBHI |
| MISYS IQ LLC | Amendment / Addendum / Schedule | General Commerical OperationsHead | not listed | LBHI |
| MISYS IQ LLC | TBD | not listed | not listed | LBHI |
| MISYS IQ LLC | Maintenance Renewal Quote | not listed | no attachment | no attachment |
| MOBILE ACCESS NETWORKS | Maintenance Renewal Quote | no attachment | N/A | N/A |
| Mobile Reach International, Inc. | | Mobile Reach International, Inc. | 8000 Regency Parkway Suite 660 Cary, NC 27511 | LBI |
| MOBILE REACH TECHNOLOGIES INC | Master Agreement | not listed | 8000 Regency Parkway, Suite 660, Cary, NC 27511 | LBI |
| MOBIUS MANAGEMENT SYSTEMS INC | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOBIUS MANAGEMENT SYSTEMS INC | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOBIUS MANAGEMENT SYSTEMS INC | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOBIUS MANAGEMENT SYSTEMS INC | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOBIUS MANAGEMENT SYSTEMS INC | Master Agreement | not listed | not listed | LBI |
| MONSTER INC | Amendment / Addendum / Schedule | not listed | 5 Clock Tower, Maynard, Ma. 01754 | LBHI |
| MOODY'S | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOODY'S | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOODY'S | Termination Letter | see comments | not listed | LBI |
| MOODY'S ANALYTICS (EX.MOODY'S INVESTORS) | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOODY'S ANALYTICS INC | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOODY'S ECONOMY.COM, INC. | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOODY'S ECONOMY.COM, INC. | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOODY'S ECONOMY.COM, INC. | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOODY'S ECONOMY.COM, INC. | Amendment / Addendum / Schedule | not listed | not listed | LBI |
| MOODY'S ECONOMY.COM, INC. | Amendment / Addendum / Schedule | not listed | not listed | Lehman Brothers |

**NOT ASSUME**

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| MOODY'S INVESTOR SERVICES | Amendment / Addendum / Schedule | Noah Berliner | 7 World Trade Center/250 Greenwich Street NYC, NY 10007 | Unknown |
| MOODYS INVESTORS SERVICE | Amendment / Addendum / Schedule | Noah Berliner | 7 World Trade Center/250 Greenwich Street NYC, NY 10007 | Unknown |
| MORGAN STANLEY CAPITAL INTERNATIONAL | Other | | N/A | N/A |
| MORGAN STANLEY CAPITAL INTERNATIONAL | Amendment / Addendum / Schedule | | N/A | N/A |
| MORGAN STANLEY CAPITAL INTERNATIONAL | Master Agreement | | N/A | Unknown |
| MORNINGSTAR INC | Amendment / Addendum / Schedule | | N/A | N/A |
| MORNINGSTAR INC | Master Agreement | | N/A | N/A |
| MORNINGSTAR INC | Amendment / Addendum / Schedule | | N/A | N/A |
| MORNINGSTAR INC | Amendment / Addendum / Schedule | | N/A | N/A |
| MORSE GROUP LIMITED | Master Agreement | | MORSE GROUP LIMITED, 19 Beford Square London WC1B 3HH | N/A |
| MORSE GROUP LIMITED | TBD | | MORSE GROUP LIMITED, 19 Beford Square London WC1B 3HH | N/A |
| MORTGAGEFLEX SYSTEMS, INC. | Amendment / Addendum / Schedule | Bill Dahlenberg | MortgageFlex Systems Inc. 10151 Deerwood Park Blvd Bldg 400 Suite 350 Jacksonvill, Florida 32256 | N/A |
| MSCI | Amendment / Addendum / Schedule | MSCI Finance Department | MSCI Inc. 88 Pine Street, NYC, NY 10005 | N/A |
| MSCI | Master Agreement | MSCI Finance Department | MSCI Inc. 88 Pine Street, NYC, NY 10005 | N/A |
| MSCI | Amendment / Addendum / Schedule | MSCI Finance Department | MSCI Inc. 88 Pine Street, NYC, NY 10005 | N/A |
| MSCI | Amendment / Addendum / Schedule | MSCI Finance Department | MSCI Inc. 88 Pine Street, NYC, NY 10005 | N/A |
| MSLI,GP | Amendment / Addendum / Schedule | Platforms Business Department | One Microsoft Way, Redmond, WA 98052-6399 | Unknown |

CURE

| Vendor Name+ | Cure amounts |
|---|---|
| MICROSOFT CORPORATION | $0.00 |
| Microsoft Licensing GP | $22,580,526.60 |
| Middlefield Park | $0.00 |
| Millenneum de Investimentos Imobiliarios LTDA | $0.00 |
| MISYS INTERNATIONAL | $0.00 |
| MISYS IQ LLC | $0.00 |
| MJH Wacker LLC | $0.00 |
| MOBILE ACCESS NETWORKS | $0.00 |
| MOBIUS MANAGEMENT SYSTEMS INC | $0.00 |
| MOODY'S | $1,775,663.90 |
| MOODY'S ANALYTICS (EX.MOODY'S INVESTORS | $0.00 |
| MOODYS ANALYTICS INC | $305,442.00 |
| MOODY'S ECONOMY.COM, INC. | $0.00 |
| MOODY'S INVESTOR SERVICE | $0.00 |
| MOODY'S INVESTOR SERVICES | $38,000.00 |
| MORGAN STANLEY CAPITAL INTERNATIONAL | $0.00 |
| MORNINGSTAR INC | $30,625.00 |
| MORTGAGEFLEX SYSTEMS, INC. | $0.00 |
| MSCI | $0.00 |
| MSTD INC | $0.00 |
| Muller Data Corporation | $0.00 |
| MUREX NORTH AMERICA INC. | $29,261.25 |
| NANSCO | $70,000.00 |
| NASD NASDAQ, INC | $0.00 |
| NASDAQ | $0.00 |
| NASDAQ STOCK MARKET INC. | $0.00 |
| NASTEL TECHNOLOGIES INC. | $52,428.14 |
| National Stock Exchange Inc. | $0.00 |
| Netezza | $0.00 |
| NETEZZA CORPORATION | $0.00 |
| Netqos* | $23,419.82 |
| NETSCOUT SYSTEMS INC | $436,580.80 |
| NETWORK APPLIANCE INC. | $0.00 |
| NETWORK GENERAL | $0.00 |
| NEW MEDIA TECHNOLOGIES INC | $0.00 |
| NEW YORK STOCK EXCHANGE INC | $44,510.73 |
| Nexa Technologies-Tick Data | $0.00 |
| NiCE GmbH | $0.00 |
| NIHON BT | $0.00 |
| NIHON LIBA TEC | $0.00 |
| NIKKEI NEWSPAPER MARKETING | $0.00 |
| NIKKEI SHIMBUN EUROPE LTD. | $28,501.65 |
| NORTHROP GRUNMAN | $0.00 |
| NPD GROUP INC | $4,253.89 |