# EXHIBIT A

# HANOVER MOVING & STORAGE CO., INC.

## ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 09/19/08*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEHMAN | LEHMAN BROTHERS | | | CONTACT: | | PHONE: 212-320-6333 | | EXT: | | CR LMT: .00 | |
| 04/28/08 | 0085366 - IN | 05/12/08 | | .00 | 2,291.94 | | | | | 2,291.94 | 130 |
| 05/01/08 | 0085381 - IN | 05/15/08 | | .00 | 2,291.94 | | | | | 2,291.94 | 127 |
| 05/15/08 | 0166834 - IN | 05/29/08 | | .00 | 116.86 | | | | | 116.86 | 113 |
| 07/20/08 | 0168940 - IN | 08/03/08 | | .00 | 272.04 | | | | 272.04 | | 47 |
| 07/20/08 | 0168942 - IN | 08/03/08 | | .00 | 175.30 | | | | 175.30 | | 47 |
| 07/20/08 | 0168944 - IN | 08/03/08 | | .00 | 175.30 | | | | 175.30 | | 47 |
| 07/20/08 | 0168946 - IN | 08/03/08 | | .00 | 350.59 | | | | 350.59 | | 47 |
| 07/20/08 | 0168947 - IN | 08/03/08 | | .00 | 292.16 | | | | 292.16 | | 47 |
| 07/20/08 | 0168949 - IN | 08/03/08 | | .00 | 175.30 | | | | 175.30 | | 47 |
| 07/20/08 | 0168950 - IN | 08/03/08 | | .00 | 350.59 | | | | 350.59 | | 47 |
| 07/20/08 | 0168951 - IN | 08/03/08 | | .00 | 116.86 | | | | 116.86 | | 47 |
| 07/20/08 | 0168953 - IN | 08/03/08 | | .00 | 116.86 | | | | 116.86 | | 47 |
| 07/20/08 | 0168955 - IN | 08/03/08 | | .00 | 501.94 | | | | 501.94 | | 47 |
| 07/20/08 | 0168956 - IN | 08/03/08 | | .00 | 292.16 | | | | 292.16 | | 47 |
| 07/20/08 | 0168958 - IN | 08/03/08 | | .00 | 340.05 | | | | 340.05 | | 47 |
| 07/20/08 | 0168959 - IN | 08/03/08 | | .00 | 233.73 | | | | 233.73 | | 47 |
| 07/24/08 | 0169047 - IN | 08/07/08 | | .00 | 36,765.63 | | 36,765.63 | | | | 43 |
| 07/25/08 | 0168970 - IN | 08/08/08 | | .00 | 1,318.07 | | 1,318.07 | | | | 42 |
| 07/25/08 | 0168973 - IN | 08/08/08 | | .00 | 659.04 | | 659.04 | | | | 42 |
| 07/25/08 | 0168975 - IN | 08/08/08 | | .00 | 164.76 | | 164.76 | | | | 42 |
| 07/25/08 | 0168976 - IN | 08/08/08 | | .00 | 329.52 | | 329.52 | | | | 42 |
| 07/25/08 | 0168978 - IN | 08/08/08 | | .00 | 467.46 | | 467.46 | | | | 42 |
| 07/25/08 | 0168979 - IN | 08/08/08 | | .00 | 20.59 | | 20.59 | | | | 42 |
| 07/25/08 | 0168981 - IN | 08/08/08 | | .00 | 116.86 | | 116.86 | | | | 42 |
| 07/25/08 | 0168982 - IN | 08/08/08 | | .00 | 82.38 | | 82.38 | | | | 42 |
| 07/25/08 | 0168983 - IN | 08/08/08 | | .00 | 233.73 | | 233.73 | | | | 42 |
| 07/25/08 | 0168984 - IN | 08/08/08 | | .00 | 233.73 | | 233.73 | | | | 42 |
| 07/25/08 | 0168985 - IN | 08/08/08 | | .00 | 467.46 | | 467.46 | | | | 42 |
| 07/25/08 | 0168987 - IN | 08/08/08 | | .00 | 467.46 | | 467.46 | | | | 42 |
| 07/25/08 | 0168988 - IN | 08/08/08 | | .00 | 82.38 | | 82.38 | | | | 42 |
| 07/25/08 | 0168989 - IN | 08/08/08 | | .00 | 467.46 | | 467.46 | | | | 42 |
| 07/25/08 | 0168990 - IN | 08/08/08 | | .00 | 41.19 | | 41.19 | | | | 42 |
| 07/25/08 | 0168991 - IN | 08/08/08 | | .00 | 20.59 | | 20.59 | | | | 42 |
| 07/26/08 | 0169139 - IN | 08/09/08 | | .00 | 233.73 | | 233.73 | | | | 41 |
| 07/26/08 | 0169140 - IN | 08/09/08 | | .00 | 152.31 | | 152.31 | | | | 41 |
| 07/26/08 | 0169141 - IN | 08/09/08 | | .00 | 329.52 | | 329.52 | | | | 41 |
| 07/26/08 | 0169142 - IN | 08/09/08 | | .00 | 233.73 | | 233.73 | | | | 41 |
| 07/26/08 | 0169143 - IN | 08/09/08 | | .00 | 329.52 | | 329.52 | | | | 41 |
| 07/26/08 | 0169144 - IN | 08/09/08 | | .00 | 10.30 | | 10.30 | | | | 41 |
| 07/26/08 | 0169145 - IN | 08/09/08 | | .00 | 175.30 | | 175.30 | | | | 41 |
| 07/26/08 | 0169147 - IN | 08/09/08 | | .00 | 1,103.50 | | 1,103.50 | | | | 41 |
| 07/27/08 | 0169152 - IN | 08/10/08 | | .00 | 233.73 | | 233.73 | | | | 40 |
| 07/27/08 | 0169153 - IN | 08/10/08 | | .00 | 233.73 | | 233.73 | | | | 40 |
| 07/27/08 | 0169154 - IN | 08/10/08 | | .00 | 570.91 | | 570.91 | | | | 40 |
| 07/27/08 | 0169155 - IN | 08/10/08 | | .00 | 350.59 | | 350.59 | | | | 40 |
| 07/27/08 | 0169157 - IN | 08/10/08 | | .00 | 61.78 | | 61.78 | | | | 40 |
| 07/27/08 | 0169160 - IN | 08/10/08 | | .00 | 584.32 | | 584.32 | | | | 40 |
| 07/27/08 | 0169161 - IN | 08/10/08 | | .00 | 233.73 | | 233.73 | | | | 40 |
| 07/27/08 | 0169162 - IN | 08/10/08 | | .00 | 292.16 | | 292.16 | | | | 40 |
| 07/27/08 | 0169163 - IN | 08/10/08 | | .00 | 350.59 | | 350.59 | | | | 40 |
| 07/27/08 | 0169164 - IN | 08/10/08 | | .00 | 233.73 | | 233.73 | | | | 40 |
| 07/27/08 | 0169165 - IN | 08/10/08 | | .00 | 233.73 | | 233.73 | | | | 40 |
| 07/27/08 | 0169166 - IN | 08/10/08 | | .00 | 233.73 | | 233.73 | | | | 40 |
| 07/27/08 | 0169167 - IN | 08/10/08 | | .00 | 233.73 | | 233.73 | | | | 40 |
| 07/27/08 | 0169168 - IN | 08/10/08 | | .00 | 408.07 | | 408.07 | | | | 40 |
| 07/27/08 | 0169169 - IN | 08/10/08 | | .00 | 164.76 | | 164.76 | | | | 40 |
| 07/27/08 | 0169170 - IN | 08/10/08 | | .00 | 175.30 | | 175.30 | | | | 40 |
| 07/27/08 | 0169171 - IN | 08/10/08 | | .00 | 10.30 | | 10.30 | | | | 40 |
| 07/27/08 | 0169173 - IN | 08/10/08 | | .00 | 61.78 | | 61.78 | | | | 40 |
| 07/27/08 | 0169174 - IN | 08/10/08 | | .00 | 10.30 | | 10.30 | | | | 40 |
| 07/27/08 | 0169175 - IN | 08/10/08 | | .00 | 164.76 | | 164.76 | | | | 40 |
| 07/27/08 | 0169176 - IN | 08/10/08 | | .00 | 41.19 | | 41.19 | | | | 40 |
| 07/27/08 | 0169177 - IN | 08/10/08 | | .00 | 861.18 | | 861.18 | | | | 40 |
| 07/28/08 | 0169193 - IN | 08/11/08 | | .00 | 61.78 | | 61.78 | | | | 39 |
| 07/28/08 | 0169194 - IN | 08/11/08 | | .00 | 292.16 | | 292.16 | | | | 39 |
| 07/28/08 | 0169195 - IN | 08/11/08 | | .00 | 233.73 | | 233.73 | | | | 39 |
| 07/28/08 | 0169196 - IN | 08/11/08 | | .00 | 61.78 | | 61.78 | | | | 39 |
| 07/28/08 | 0169197 - IN | 08/11/08 | | .00 | 61.78 | | 61.78 | | | | 39 |
| 07/28/08 | 0169198 - IN | 08/11/08 | | .00 | 605.39 | | 605.39 | | | | 39 |
| 07/28/08 | 0169199 - IN | 08/11/08 | | .00 | 61.78 | | 61.78 | | | | 39 |
| 07/28/08 | 0169200 - IN | 08/11/08 | | .00 | 233.73 | | 233.73 | | | | 39 |
| 07/28/08 | 0169201 - IN | 08/11/08 | | .00 | 1,528.81 | | 1,528.81 | | | | 39 |
| 07/29/08 | 0169215 - IN | 08/12/08 | | .00 | 175.30 | | 175.30 | | | | 38 |

HANOVER MOVING & STORAGE CO., INC.

ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 09/19/08*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/29/08 | 0169216 - IN | 08/12/08 | | .00 | 233.73 | | 233.73 | | | | 38 |
| 07/29/08 | 0169217 - IN | 08/12/08 | | .00 | 233.73 | | 233.73 | | | | 38 |
| 07/29/08 | 0169218 - IN | 08/12/08 | | .00 | 350.59 | | 350.59 | | | | 38 |
| 07/29/08 | 0169219 - IN | 08/12/08 | | .00 | 175.30 | | 175.30 | | | | 38 |
| 07/29/08 | 0169220 - IN | 08/12/08 | | .00 | 41.19 | | 41.19 | | | | 38 |
| 07/29/08 | 0169221 - IN | 08/12/08 | | .00 | 20.59 | | 20.59 | | | | 38 |
| 07/29/08 | 0169222 - IN | 08/12/08 | | .00 | 233.73 | | 233.73 | | | | 38 |
| 07/29/08 | 0169224 - IN | 08/12/08 | | .00 | 61.78 | | 61.78 | | | | 38 |
| 07/29/08 | 0169225 - IN | 08/12/08 | | .00 | 233.73 | | 233.73 | | | | 38 |
| 07/29/08 | 0169226 - IN | 08/12/08 | | .00 | 233.73 | | 233.73 | | | | 38 |
| 07/29/08 | 0169227 - IN | 08/12/08 | | .00 | 350.59 | | 350.59 | | | | 38 |
| 07/29/08 | 0169228 - IN | 08/12/08 | | .00 | 175.30 | | 175.30 | | | | 38 |
| 07/29/08 | 0169229 - IN | 08/12/08 | | .00 | 175.30 | | 175.30 | | | | 38 |
| 07/29/08 | 0169230 - IN | 08/12/08 | | .00 | 175.30 | | 175.30 | | | | 38 |
| 07/29/08 | 0169235 - IN | 08/12/08 | | .00 | 175.30 | | 175.30 | | | | 38 |
| 07/29/08 | 0169236 - IN | 08/12/08 | | .00 | 260.55 | | 260.55 | | | | 38 |
| 07/29/08 | 0169237 - IN | 08/12/08 | | .00 | 233.73 | | 233.73 | | | | 38 |
| 07/29/08 | 0169238 - IN | 08/12/08 | | .00 | 41.19 | | 41.19 | | | | 38 |
| 07/29/08 | 0169239 - IN | 08/12/08 | | .00 | 350.59 | | 350.59 | | | | 38 |
| 07/29/08 | 0169240 - IN | 08/12/08 | | .00 | 292.16 | | 292.16 | | | | 38 |
| 07/29/08, | 0169243 - IN | 08/12/08 | | .00 | 4,258.82 | | 4,258.82 | | | | 38 |
| 07/29/08 | 0169244 - IN | 08/12/08 | | .00 | 1,415.78 | | 1,415.78 | | | | 38 |
| 07/30/08 | 0169077 - IN | 08/13/08 | | .00 | 6,180.85 | | 6,180.85 | | | | 37 |
| 08/01/08 | 0085486 - IN | 08/15/08 | | .00 | 3,780.00 | | 3,780.00 | | | | 35 |
| 08/07/08 | 0169305 - IN | 08/21/08 | | .00 | 659.04 | | 659.04 | | | | 29 |
| 08/07/08 | 0169306 - IN | 08/21/08 | | .00 | 82.38 | | 82.38 | | | | 29 |
| 08/07/08 | 0169307 - IN | 08/21/08 | | .00 | 760.57 | | 760.57 | | | | 29 |
| 08/07/08 | 0169308 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169309 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169310 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169311 - IN | 08/21/08 | | .00 | 467.46 | | 467.46 | | | | 29 |
| 08/07/08 | 0169312 - IN | 08/21/08 | | .00 | 164.76 | | 164.76 | | | | 29 |
| 08/07/08 | 0169313 - IN | 08/21/08 | | .00 | 10.30 | | 10.30 | | | | 29 |
| 08/07/08 | 0169314 - IN | 08/21/08 | | .00 | 175.30 | | 175.30 | | | | 29 |
| 08/07/08 | 0169315 - IN | 08/21/08 | | .00 | 82.38 | | 82.38 | | | | 29 |
| 08/07/08 | 0169316 - IN | 08/21/08 | | .00 | 560.37 | | 560.37 | | | | 29 |
| 08/07/08 | 0169317 - IN | 08/21/08 | | .00 | 116.86 | | 116.86 | | | | 29 |
| 08/07/08 | 0169318 - IN | 08/21/08 | | .00 | 304.61 | | 304.61 | | | | 29 |
| 08/07/08 | 0169319 - IN | 08/21/08 | | .00 | 175.30 | | 175.30 | | | | 29 |
| 08/07/08 | 0169320 - IN | 08/21/08 | | .00 | 826.67 | | 826.67 | | | | 29 |
| 08/07/08 | 0169321 - IN | 08/21/08 | | .00 | 826.67 | | 826.67 | | | | 29 |
| 08/07/08 | 0169322 - IN | 08/21/08 | | .00 | 292.16 | | 292.16 | | | | 29 |
| 08/07/08 | 0169323 - IN | 08/21/08 | | .00 | 350.59 | | 350.59 | | | | 29 |
| 08/07/08 | 0169324 - IN | 08/21/08 | | .00 | 826.67 | | 826.67 | | | | 29 |
| 08/07/08 | 0169325 - IN | 08/21/08 | | .00 | 292.16 | | 292.16 | | | | 29 |
| 08/07/08 | 0169326 - IN | 08/21/08 | | .00 | 164.76 | | 164.76 | | | | 29 |
| 08/07/08 | 0169327 - IN | 08/21/08 | | .00 | 82.38 | | 82.38 | | | | 29 |
| 08/07/08 | 0169328 - IN | 08/21/08 | | .00 | 164.76 | | 164.76 | | | | 29 |
| 08/07/08 | 0169329 - IN | 08/21/08 | | .00 | 164.76 | | 164.76 | | | | 29 |
| 08/07/08 | 0169330 - IN | 08/21/08 | | .00 | 164.76 | | 164.76 | | | | 29 |
| 08/07/08 | 0169332 - IN | 08/21/08 | | .00 | 41.19 | | 41.19 | | | | 29 |
| 08/07/08 | 0169335 - IN | 08/21/08 | | .00 | 61.78 | | 61.78 | | | | 29 |
| 08/07/08 | 0169336 - IN | 08/21/08 | | .00 | 82.38 | | 82.38 | | | | 29 |
| 08/07/08 | 0169338 - IN | 08/21/08 | | .00 | 292.16 | | 292.16 | | | | 29 |
| 08/07/08 | 0169339 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169341 - IN | 08/21/08 | | .00 | 329.52 | | 329.52 | | | | 29 |
| 08/07/08 | 0169342 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169343 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169344 - IN | 08/21/08 | | .00 | 316.11 | | 316.11 | | | | 29 |
| 08/07/08 | 0169345 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169347 - IN | 08/21/08 | | .00 | 175.30 | | 175.30 | | | | 29 |
| 08/07/08 | 0169348 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169350 - IN | 08/21/08 | | .00 | 164.76 | | 164.76 | | | | 29 |
| 08/07/08 | 0169351 - IN | 08/21/08 | | .00 | 116.81 | | 116.81 | | | | 29 |
| 08/07/08 | 0169353 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169355 - IN | 08/21/08 | | .00 | 116.86 | | 116.86 | | | | 29 |
| 08/07/08 | 0169356 - IN | 08/21/08 | | .00 | 233.73 | | 233.73 | | | | 29 |
| 08/07/08 | 0169357 - IN | 08/21/08 | | .00 | 116.86 | | 116.86 | | | | 29 |
| 08/07/08 | 0169358 - IN | 08/21/08 | | .00 | 116.86 | | 116.86 | | | | 29 |
| 08/07/08 | 0169361 - IN | 08/21/08 | | .00 | 82.38 | | 82.38 | | | | 29 |
| 08/07/08 | 0169364 - IN | 08/21/08 | | .00 | 701.18 | | 701.18 | | | | 29 |
| 08/07/08 | 0169365 - IN | 08/21/08 | | .00 | 175.30 | | 175.30 | | | | 29 |
| 08/07/08 | 0169372 - IN | 08/21/08 | | .00 | 82.38 | | 82.38 | | | | 29 |
| 08/07/08 | 0169373 - IN | 08/21/08 | | .00 | 116.86 | | 116.86 | | | | 29 |

**HANOVER MOVING & STORAGE CO., INC.**

ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 09/19/08*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/07/08 | 0169375 - IN | 08/21/08 | | .00 | 116.86 | | 116.86 | | | | 29 |
| 08/07/08 | 0169376 - IN | 08/21/08 | | .00 | 175.30 | | 175.30 | | | | 29 |
| 08/07/08 | 0169377 - IN | 08/21/08 | | .00 | 175.30 | | 175.30 | | | | 29 |
| 08/07/08 | 0169378 - IN | 08/21/08 | | .00 | 212.65 | | 212.65 | | | | 29 |
| 08/07/08 | 0169379 - IN | 08/21/08 | | .00 | 1,750.08 | | 1,750.08 | | | | 29 |
| 08/10/08 | 0169423 - IN | 08/24/08 | | .00 | 20,954.06 | | 20,954.06 | | | | 26 |
| 08/11/08 | 0169483 - IN | 08/25/08 | | .00 | 32,871.30 | | 32,871.30 | | | | 25 |
| 08/11/08 | 0169488 - IN | 08/25/08 | | .00 | 7,495.57 | | 7,495.57 | | | | 25 |
| 08/11/08 | 0169490 - IN | 08/25/08 | | .00 | 2,504.91 | | 2,504.91 | | | | 25 |
| 08/11/08 | 0169491 - IN | 08/25/08 | | .00 | 621.68 | | 621.68 | | | | 25 |
| 08/11/08 | 0169492 - IN | 08/25/08 | | .00 | 227.02 | | 227.02 | | | | 25 |
| 08/11/08 | 0169493 - IN | 08/25/08 | | .00 | 116.86 | | 116.86 | | | | 25 |
| 08/11/08 | 0169494 - IN | 08/25/08 | | .00 | 116.86 | | 116.86 | | | | 25 |
| 08/11/08 | 0169495 - IN | 08/25/08 | | .00 | 116.86 | | 116.86 | | | | 25 |
| 08/11/08 | 0169496 - IN | 08/25/08 | | .00 | 116.86 | | 116.86 | | | | 25 |
| 08/12/08 | 0169532 - IN | 08/26/08 | | .00 | 7,769.53 | | 7,769.53 | | | | 24 |
| 08/12/08 | 0169533 - IN | 08/26/08 | | .00 | 316.11 | | 316.11 | | | | 24 |
| 08/12/08 | 0169535 - IN | 08/26/08 | | .00 | 529.72 | | 529.72 | | | | 24 |
| 08/12/08 | 0169536 - IN | 08/26/08 | | .00 | 164.76 | | 164.76 | | | | 24 |
| 08/12/08 | 0169537 - IN | 08/26/08 | | .00 | 82.38 | | 82.38 | | | | 24 |
| 08/12/08 | 0169538 - IN | 08/26/08 | | .00 | 41.19 | | 41.19 | | | | 24 |
| 08/12/08 | 0169539 - IN | 08/26/08 | | .00 | 20.59 | | 20.59 | | | | 24 |
| 08/12/08 | 0169540 - IN | 08/26/08 | | .00 | 123.57 | | 123.57 | | | | 24 |
| 08/12/08 | 0169542 - IN | 08/26/08 | | .00 | 247.14 | | 247.14 | | | | 24 |
| 08/12/08 | 0169543 - IN | 08/26/08 | | .00 | 164.76 | | 164.76 | | | | 24 |
| 08/12/08 | 0169544 - IN | 08/26/08 | | .00 | 10.30 | | 10.30 | | | | 24 |
| 08/12/08 | 0169545 - IN | 08/26/08 | | .00 | 164.76 | | 164.76 | | | | 24 |
| 08/12/08 | 0169546 - IN | 08/26/08 | | .00 | 302.70 | | 302.70 | | | | 24 |
| 08/12/08 | 0169547 - IN | 08/26/08 | | .00 | 302.70 | | 302.70 | | | | 24 |
| 08/12/08 | 0169548 - IN | 08/26/08 | | .00 | 164.76 | | 164.76 | | | | 24 |
| 08/12/08 | 0169549 - IN | 08/26/08 | | .00 | 175.30 | | 175.30 | | | | 24 |
| 08/12/08 | 0169550 - IN | 08/26/08 | | .00 | 387.95 | | 387.95 | | | | 24 |
| 08/12/08 | 0169551 - IN | 08/26/08 | | .00 | 645.62 | | 645.62 | | | | 24 |
| 08/12/08 | 0169552 - IN | 08/26/08 | | .00 | 175.30 | | 175.30 | | | | 24 |
| 08/12/08 | 0169553 - IN | 08/26/08 | | .00 | 233.73 | | 233.73 | | | | 24 |
| 08/12/08 | 0169554 - IN | 08/26/08 | | .00 | 116.86 | | 116.86 | | | | 24 |
| 08/12/08 | 0169555 - IN | 08/26/08 | | .00 | 329.52 | | 329.52 | | | | 24 |
| 08/12/08 | 0169556 - IN | 08/26/08 | | .00 | 233.73 | | 233.73 | | | | 24 |
| 08/12/08 | 0169566 - IN | 08/26/08 | | .00 | 227.02 | | 227.02 | | | | 24 |
| 08/12/08 | 0169568 - IN | 08/26/08 | | .00 | 1,078.60 | | 1,078.60 | | | | 24 |
| 08/12/08 | 0169569 - IN | 08/26/08 | | .00 | 408.07 | | 408.07 | | | | 24 |
| 08/12/08 | 0169570 - IN | 08/26/08 | | .00 | 116.86 | | 116.86 | | | | 24 |
| 08/12/08 | 0169572 - IN | 08/26/08 | | .00 | 116.86 | | 116.86 | | | | 24 |
| 08/12/08 | 0169573 - IN | 08/26/08 | | .00 | 116.86 | | 116.86 | | | | 24 |
| 08/12/08 | 0169575 - IN | 08/26/08 | | .00 | 231.33 | | 231.33 | | | | 24 |
| 08/12/08 | 0169576 - IN | 08/26/08 | | .00 | 116.86 | | 116.86 | | | | 24 |
| 08/12/08 | 0169577 - IN | 08/26/08 | | .00 | 116.86 | | 116.86 | | | | 24 |
| 08/12/08 | 0169578 - IN | 08/26/08 | | .00 | 175.30 | | 175.30 | | | | 24 |
| 08/12/08 | 0169579 - IN | 08/26/08 | | .00 | 175.30 | | 175.30 | | | | 24 |
| 08/12/08 | 0169580 - IN | 08/26/08 | | .00 | 116.86 | | 116.86 | | | | 24 |
| 08/12/08 | 0169581 - IN | 08/26/08 | | .00 | 116.86 | | 116.86 | | | | 24 |
| 08/12/08 | 0169582 - IN | 08/26/08 | | .00 | 175.30 | | 175.30 | | | | 24 |
| 08/12/08 | 0169583 - IN | 08/26/08 | | .00 | 175.30 | | 175.30 | | | | 24 |
| 08/12/08 | 0169584 - IN | 08/26/08 | | .00 | 350.59 | | 350.59 | | | | 24 |
| 08/12/08 | 0169590 - IN | 08/26/08 | | .00 | 61.78 | | 61.78 | | | | 24 |
| 08/12/08 | 0169591 - IN | 08/26/08 | | .00 | 61.78 | | 61.78 | | | | 24 |
| 08/12/08 | 0169592 - IN | 08/26/08 | | .00 | 164.76 | | 164.76 | | | | 24 |
| 08/12/08 | 0169593 - IN | 08/26/08 | | .00 | 61.78 | | 61.78 | | | | 24 |
| 08/12/08 | 0169594 - IN | 08/26/08 | | .00 | 233.73 | | 233.73 | | | | 24 |
| 08/12/08 | 0169595 - IN | 08/26/08 | | .00 | 233.73 | | 233.73 | | | | 24 |
| 08/12/08 | 0169596 - IN | 08/26/08 | | .00 | 233.73 | | 233.73 | | | | 24 |
| 08/12/08 | 0169597 - IN | 08/26/08 | | .00 | 233.73 | | 233.73 | | | | 24 |
| 08/12/08 | 0169598 - IN | 08/26/08 | | .00 | 233.73 | | 233.73 | | | | 24 |
| 08/12/08 | 0169599 - IN | 08/26/08 | | .00 | 233.73 | | 233.73 | | | | 24 |
| 08/12/08 | 0169600 - IN | 08/26/08 | | .00 | 41.19 | | 41.19 | | | | 24 |
| 08/12/08 | 0169601 - IN | 08/26/08 | | .00 | 41.19 | | 41.19 | | | | 24 |
| 08/12/08 | 0169602 - IN | 08/26/08 | | .00 | 20.59 | | 20.59 | | | | 24 |
| 08/13/08 | 0169624 - IN | 08/27/08 | | .00 | 350.59 | | 350.59 | | | | 23 |
| 08/13/08 | 0169625 - IN | 08/27/08 | | .00 | 5,095.07 | | 5,095.07 | | | | 23 |
| 08/13/08 | 0169626 - IN | 08/27/08 | | .00 | 3,709.95 | | 3,709.95 | | | | 23 |
| 08/13/08 | 0169627 - IN | 08/27/08 | | .00 | 116.86 | | 116.86 | | | | 23 |
| 08/13/08 | 0169628 - IN | 08/27/08 | | .00 | 116.86 | | 116.86 | | | | 23 |
| 08/13/08 | 0169629 - IN | 08/27/08 | | .00 | 116.86 | | 116.86 | | | | 23 |
| 08/13/08 | 0169630 - IN | 08/27/08 | | .00 | 3,195.55 | | 3,195.55 | | | | 23 |

HANOVER MOVING & STORAGE CO., INC.

ACCOUNTS RECEIVABLE AGED INVOICE REPORT

ALL OPEN INVOICES - AGED AS OF: 09/19/08

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/08 | 0169631 - IN | 08/27/08 | | .00 | 116.86 | | 116.86 | | | | 23 |
| 08/13/08 | 0169632 - IN | 08/27/08 | | .00 | 175.30 | | 175.30 | | | | 23 |
| 08/13/08 | 0169633 - IN | 08/27/08 | | .00 | 737.58 | | 737.58 | | | | 23 |
| 08/13/08 | 0169634 - IN | 08/27/08 | | .00 | 116.86 | | 116.86 | | | | 23 |
| 08/13/08 | 0169635 - IN | 08/27/08 | | .00 | 175.30 | | 175.30 | | | | 23 |
| 08/13/08 | 0169636 - IN | 08/27/08 | | .00 | 175.30 | | 175.30 | | | | 23 |
| 08/13/08 | 0169637 - IN | 08/27/08 | | .00 | 340.05 | | 340.05 | | | | 23 |
| 08/13/08 | 0169638 - IN | 08/27/08 | | .00 | 544.09 | | 544.09 | | | | 23 |
| 08/13/08 | 0169639 - IN | 08/27/08 | | .00 | 747.16 | | 747.16 | | | | 23 |
| 08/14/08 | 0169675 - IN | 08/28/08 | | .00 | 659.04 | | 659.04 | | | | 22 |
| 08/14/08 | 0169676 - IN | 08/28/08 | | .00 | 20.59 | | 20.59 | | | | 22 |
| 08/14/08 | 0169677 - IN | 08/28/08 | | .00 | 116.86 | | 116.86 | | | | 22 |
| 08/14/08 | 0169678 - IN | 08/28/08 | | .00 | 116.86 | | 116.86 | | | | 22 |
| 08/14/08 | 0169679 - IN | 08/28/08 | | .00 | 1,096.80 | | 1,096.80 | | | | 22 |
| 08/14/08 | 0169680 - IN | 08/28/08 | | .00 | 116.86 | | 116.86 | | | | 22 |
| 08/14/08 | 0169681 - IN | 08/28/08 | | .00 | 164.76 | | 164.76 | | | | 22 |
| 08/14/08 | 0169682 - IN | 08/28/08 | | .00 | 164.76 | | 164.76 | | | | 22 |
| 08/14/08 | 0169683 - IN | 08/28/08 | | .00 | 175.30 | | 175.30 | | | | 22 |
| 08/14/08 | 0169685 - IN | 08/28/08 | | .00 | 329.52 | | 329.52 | | | | 22 |
| 08/14/08 | 0169686 - IN | 08/28/08 | | .00 | 1,119.79 | | 1,119.79 | | | | 22 |
| 08/14/08 | 0169687 - IN | 08/28/08 | | .00 | 10.30 | | 10.30 | | | | 22 |
| 08/14/08 | 0169688 - IN | 08/28/08 | | .00 | 659.04 | | 659.04 | | | | 22 |
| 08/14/08 | 0169689 - IN | 08/28/08 | | .00 | 233.73 | | 233.73 | | | | 22 |
| 08/14/08 | 0169690 - IN | 08/28/08 | | .00 | 1,182.05 | | 1,182.05 | | | | 22 |
| 08/14/08 | 0169691 - IN | 08/28/08 | | .00 | 20.59 | | 20.59 | | | | 22 |
| 08/14/08 | 0169692 - IN | 08/28/08 | | .00 | 233.73 | | 233.73 | | | | 22 |
| 08/14/08 | 0169693 - IN | 08/28/08 | | .00 | 585.28 | | 585.28 | | | | 22 |
| 08/14/08 | 0169694 - IN | 08/28/08 | | .00 | 233.73 | | 233.73 | | | | 22 |
| 08/14/08 | 0169695 - IN | 08/28/08 | | .00 | 271.09 | | 271.09 | | | | 22 |
| 08/14/08 | 0169696 - IN | 08/28/08 | | .00 | 350.59 | | 350.59 | | | | 22 |
| 08/14/08 | 0169697 - IN | 08/28/08 | | .00 | 292.16 | | 292.16 | | | | 22 |
| 08/14/08 | 0169698 - IN | 08/28/08 | | .00 | 233.73 | | 233.73 | | | | 22 |
| 08/14/08 | 0169699 - IN | 08/28/08 | | .00 | 1,540.30 | | 1,540.30 | | | | 22 |
| 08/14/08 | 0169701 - IN | 08/28/08 | | .00 | 175.30 | | 175.30 | | | | 22 |
| 08/15/08 | 0169757 - IN | 08/29/08 | | .00 | 529.72 | | 529.72 | | | | 21 |
| 08/15/08 | 0169759 - IN | 08/29/08 | | .00 | 375.50 | | 375.50 | | | | 21 |
| 08/15/08 | 0169760 - IN | 08/29/08 | | .00 | 373.58 | | 373.58 | | | | 21 |
| 08/15/08 | 0169761 - IN | 08/29/08 | | .00 | 151.35 | | 151.35 | | | | 21 |
| 08/15/08 | 0169762 - IN | 08/29/08 | | .00 | 151.35 | | 151.35 | | | | 21 |
| 08/15/08 | 0169763 - IN | 08/29/08 | | .00 | 233.73 | | 233.73 | | | | 21 |
| 08/15/08 | 0169764 - IN | 08/29/08 | | .00 | 272.04 | | 272.04 | | | | 21 |
| 08/15/08 | 0169766 - IN | 08/29/08 | | .00 | 400.40 | | 400.40 | | | | 21 |
| 08/15/08 | 0169767 - IN | 08/29/08 | | .00 | 467.46 | | 467.46 | | | | 21 |
| 08/15/08 | 0169768 - IN | 08/29/08 | | .00 | 467.46 | | 467.46 | | | | 21 |
| 08/15/08 | 0169769 - IN | 08/29/08 | | .00 | 292.16 | | 292.16 | | | | 21 |
| 08/15/08 | 0169770 - IN | 08/29/08 | | .00 | 350.59 | | 350.59 | | | | 21 |
| 08/15/08 | 0169771 - IN | 08/29/08 | | .00 | 329.52 | | 329.52 | | | | 21 |
| 08/15/08 | 0169772 - IN | 08/29/08 | | .00 | 82.38 | | 82.38 | | | | 21 |
| 08/15/08 | 0169773 - IN | 08/29/08 | | .00 | 10.30 | | 10.30 | | | | 21 |
| 08/15/08 | 0169774 - IN | 08/29/08 | | .00 | 123.57 | | 123.57 | | | | 21 |
| 08/15/08 | 0169775 - IN | 08/29/08 | | .00 | 20.59 | | 20.59 | | | | 21 |
| 08/15/08 | 0169776 - IN | 08/29/08 | | .00 | 61.78 | | 61.78 | | | | 21 |
| 08/15/08 | 0169777 - IN | 08/29/08 | | .00 | 61.78 | | 61.78 | | | | 21 |
| 08/15/08 | 0169778 - IN | 08/29/08 | | .00 | 1,272.09 | | 1,272.09 | | | | 21 |
| 08/15/08 | 0169780 - IN | 08/29/08 | | .00 | 175.30 | | 175.30 | | | | 21 |
| 08/15/08 | 0169781 - IN | 08/29/08 | | .00 | 175.30 | | 175.30 | | | | 21 |
| 08/15/08 | 0169782 - IN | 08/29/08 | | .00 | 233.73 | | 233.73 | | | | 21 |
| 08/15/08 | 0169783 - IN | 08/29/08 | | .00 | 233.73 | | 233.73 | | | | 21 |
| 08/15/08 | 0169793 - IN | 08/29/08 | | .00 | 233.73 | | 233.73 | | | | 21 |
| 08/15/08 | 0169797 - IN | 08/29/08 | | .00 | 467.46 | | 467.46 | | | | 21 |
| 08/15/08 | 0169798 - IN | 08/29/08 | | .00 | 175.30 | | 175.30 | | | | 21 |
| 08/15/08 | 0169799 - IN | 08/29/08 | | .00 | 479.91 | | 479.91 | | | | 21 |
| 08/15/08 | 0169800 - IN | 08/29/08 | | .00 | 233.73 | | 233.73 | | | | 21 |
| 08/15/08 | 0169801 - IN | 08/29/08 | | .00 | 175.30 | | 175.30 | | | | 21 |
| 08/16/08 | 0169713 - IN | 08/30/08 | | .00 | 2,030.75 | | 2,030.75 | | | | 20 |
| 08/16/08 | 0169715 - IN | 08/30/08 | | .00 | 988.54 | | 988.54 | | | | 20 |
| 08/16/08 | 0169716 - IN | 08/30/08 | | .00 | 116.86 | | 116.86 | | | | 20 |
| 08/16/08 | 0169717 - IN | 08/30/08 | | .00 | 1,551.80 | | 1,551.80 | | | | 20 |
| 08/16/08 | 0169718 - IN | 08/30/08 | | .00 | 116.86 | | 116.86 | | | | 20 |
| 08/16/08 | 0169719 - IN | 08/30/08 | | .00 | 116.86 | | 116.86 | | | | 20 |
| 08/16/08 | 0169720 - IN | 08/30/08 | | .00 | 175.30 | | 175.30 | | | | 20 |
| 08/16/08 | 0169721 - IN | 08/30/08 | | .00 | 948.32 | | 948.32 | | | | 20 |
| 08/16/08 | 0169722 - IN | 08/30/08 | | .00 | 350.59 | | 350.59 | | | | 20 |
| 08/16/08 | 0169723 - IN | 08/30/08 | | .00 | 175.30 | | 175.30 | | | | 20 |

# HANOVER MOVING & STORAGE CO., INC.

## ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 09/19/08*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/16/08 | 0169724 - IN | 08/30/08 | | .00 | 116.86 | | 116.86 | | | | 20 |
| 08/16/08 | 0169725 - IN | 08/30/08 | | .00 | 175.30 | | 175.30 | | | | 20 |
| 08/16/08 | 0169726 - IN | 08/30/08 | | .00 | 158.05 | | 158.05 | | | | 20 |
| 08/16/08 | 0169727 - IN | 08/30/08 | | .00 | 292.16 | | 292.16 | | | | 20 |
| 08/16/08 | 0169728 - IN | 08/30/08 | | .00 | 292.16 | | 292.16 | | | | 20 |
| 08/16/08 | 0169729 - IN | 08/30/08 | | .00 | 158.05 | | 158.05 | | | | 20 |
| 08/16/08 | 0169730 - IN | 08/30/08 | | .00 | 988.55 | | 988.55 | | | | 20 |
| 08/16/08 | 0169731 - IN | 08/30/08 | | .00 | 101.82 | | 101.82 | | | | 20 |
| 08/16/08 | 0169732 - IN | 08/30/08 | | .00 | 41.19 | | 41.19 | | | | 20 |
| 08/16/08 | 0169733 - IN | 08/30/08 | | .00 | 10.30 | | 10.30 | | | | 20 |
| 08/20/08 | 0169870 - IN | 09/03/08 | | .00 | 292.16 | | 292.16 | | | | 16 |
| 08/20/08 | 0169871 - IN | 09/03/08 | | .00 | 467.46 | | 467.46 | | | | 16 |
| 08/20/08 | 0169872 - IN | 09/03/08 | | .00 | 101.54 | | 101.54 | | | | 16 |
| 08/20/08 | 0169873 - IN | 09/03/08 | | .00 | 164.76 | | 164.76 | | | | 16 |
| 08/20/08 | 0169874 - IN | 09/03/08 | | .00 | 233.73 | | 233.73 | | | | 16 |
| 08/20/08 | 0169875 - IN | 09/03/08 | | .00 | 175.30 | | 175.30 | | | | 16 |
| 08/20/08 | 0169876 - IN | 09/03/08 | | .00 | 175.30 | | 175.30 | | | | 16 |
| 08/20/08 | 0169877 - IN | 09/03/08 | | .00 | 233.73 | | 233.73 | | | | 16 |
| 08/20/08 | 0169878 - IN | 09/03/08 | | .00 | 233.73 | | 233.73 | | | | 16 |
| 08/20/08 | 0169879 - IN | 09/03/08 | | .00 | 175.30 | | 175.30 | | | | 16 |
| 08/20/08 | 0169880 - IN | 09/03/08 | | .00 | 913.84 | | 913.84 | | | | 16 |
| 08/20/08 | 0169881 - IN | 09/03/08 | | .00 | 27,215.85 | | 27,215.85 | | | | 16 |
| 08/21/08 | 0169857 - IN | 09/04/08 | | .00 | 61.78 | 61.78 | | | | | 15 |
| 08/21/08 | 0169858 - IN | 09/04/08 | | .00 | 61.78 | 61.78 | | | | | 15 |
| 08/21/08 | 0169859 - IN | 09/04/08 | | .00 | 233.73 | 233.73 | | | | | 15 |
| 08/21/08 | 0169860 - IN | 09/04/08 | | .00 | 175.30 | 175.30 | | | | | 15 |
| 08/21/08 | 0169861 - IN | 09/04/08 | | .00 | 1,938.31 | 1,938.31 | | | | | 15 |
| 08/21/08 | 0169862 - IN | 09/04/08 | | .00 | 233.73 | 233.73 | | | | | 15 |
| 08/21/08 | 0169863 - IN | 09/04/08 | | .00 | 175.30 | 175.30 | | | | | 15 |
| 08/21/08 | 0169864 - IN | 09/04/08 | | .00 | 747.16 | 747.16 | | | | | 15 |
| 08/21/08 | 0169865 - IN | 09/04/08 | | .00 | 467.46 | 467.46 | | | | | 15 |
| 08/21/08 | 0169866 - IN | 09/04/08 | | .00 | 233.73 | 233.73 | | | | | 15 |
| 08/22/08 | 0169937 - IN | 09/05/08 | | .00 | 350.59 | 350.59 | | | | | 14 |
| 08/22/08 | 0169938 - IN | 09/05/08 | | .00 | 233.73 | 233.73 | | | | | 14 |
| 08/22/08 | 0169939 - IN | 09/05/08 | | .00 | 175.30 | 175.30 | | | | | 14 |
| 08/22/08 | 0169940 - IN | 09/05/08 | | .00 | 233.73 | 233.73 | | | | | 14 |
| 08/22/08 | 0169941 - IN | 09/05/08 | | .00 | 329.89 | 329.89 | | | | | 14 |
| 08/22/08 | 0169947 - IN | 09/05/08 | | .00 | 329.52 | 329.52 | | | | | 14 |
| 08/22/08 | 0169948 - IN | 09/05/08 | | .00 | 329.52 | 329.52 | | | | | 14 |
| 08/22/08 | 0169949 - IN | 09/05/08 | | .00 | 233.73 | 233.73 | | | | | 14 |
| 08/22/08 | 0169950 - IN | 09/05/08 | | .00 | 329.52 | 329.52 | | | | | 14 |
| 08/22/08 | 0169951 - IN | 09/05/08 | | .00 | 329.52 | 329.52 | | | | | 14 |
| 08/22/08 | 0169952 - IN | 09/05/08 | | .00 | 4,260.74 | 4,260.74 | | | | | 14 |
| 08/23/08 | 0169988 - IN | 09/06/08 | | .00 | 164.76 | 164.76 | | | | | 13 |
| 08/23/08 | 0169989 - IN | 09/06/08 | | .00 | 467.46 | 467.46 | | | | | 13 |
| 08/23/08 | 0169990 - IN | 09/06/08 | | .00 | 911.92 | 911.92 | | | | | 13 |
| 08/23/08 | 0169991 - IN | 09/06/08 | | .00 | 247.14 | 247.14 | | | | | 13 |
| 08/23/08 | 0169992 - IN | 09/06/08 | | .00 | 329.52 | 329.52 | | | | | 13 |
| 08/23/08 | 0169993 - IN | 09/06/08 | | .00 | 467.46 | 467.46 | | | | | 13 |
| 08/23/08 | 0169994 - IN | 09/06/08 | | .00 | 456.43 | 456.43 | | | | | 13 |
| 08/23/08 | 0169995 - IN | 09/06/08 | | .00 | 233.73 | 233.73 | | | | | 13 |
| 08/23/08 | 0169996 - IN | 09/06/08 | | .00 | 233.73 | 233.73 | | | | | 13 |
| 08/23/08 | 0169997 - IN | 09/06/08 | | .00 | 233.73 | 233.73 | | | | | 13 |
| 08/23/08 | 0169998 - IN | 09/06/08 | | .00 | 233.73 | 233.73 | | | | | 13 |
| 08/24/08 | 0170041 - IN | 09/07/08 | | .00 | 233.73 | 233.73 | | | | | 12 |
| 08/24/08 | 0170043 - IN | 09/07/08 | | .00 | 233.73 | 233.73 | | | | | 12 |
| 08/24/08 | 0170045 - IN | 09/07/08 | | .00 | 233.73 | 233.73 | | | | | 12 |
| 08/24/08 | 0170046 - IN | 09/07/08 | | .00 | 350.59 | 350.59 | | | | | 12 |
| 08/24/08 | 0170047 - IN | 09/07/08 | | .00 | 233.73 | 233.73 | | | | | 12 |
| 08/24/08 | 0170048 - IN | 09/07/08 | | .00 | 233.73 | 233.73 | | | | | 12 |
| 08/24/08 | 0170050 - IN | 09/07/08 | | .00 | 233.73 | 233.73 | | | | | 12 |
| 08/24/08 | 0170052 - IN | 09/07/08 | | .00 | 467.46 | 467.46 | | | | | 12 |
| 08/24/08 | 0170053 - IN | 09/07/08 | | .00 | 233.73 | 233.73 | | | | | 12 |
| 08/24/08 | 0170054 - IN | 09/07/08 | | .00 | 10.30 | 10.30 | | | | | 12 |
| 08/24/08 | 0170055 - IN | 09/07/08 | | .00 | 10.30 | 10.30 | | | | | 12 |
| 08/24/08 | 0170056 - IN | 09/07/08 | | .00 | 10.30 | 10.30 | | | | | 12 |
| 08/25/08 | 0170090 - IN | 09/08/08 | | .00 | 61.78 | 61.78 | | | | | 11 |
| 08/25/08 | 0170091 - IN | 09/08/08 | | .00 | 467.46 | 467.46 | | | | | 11 |
| 08/25/08 | 0170092 - IN | 09/08/08 | | .00 | 277.39 | 277.39 | | | | | 11 |
| 08/25/08 | 0170093 - IN | 09/08/08 | | .00 | 1,397.58 | 1,397.58 | | | | | 11 |
| 08/25/08 | 0170094 - IN | 09/08/08 | | .00 | 373.58 | 373.58 | | | | | 11 |
| 08/25/08 | 0170095 - IN | 09/08/08 | | .00 | 517.27 | 517.27 | | | | | 11 |
| 08/25/08 | 0170096 - IN | 09/08/08 | | .00 | 233.73 | 233.73 | | | | | 11 |
| 08/25/08 | 0170097 - IN | 09/08/08 | | .00 | 175.30 | 175.30 | | | | | 11 |

**HANOVER MOVING & STORAGE CO., INC.**

ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 09/19/08*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/25/08 | 0170098 - IN | 09/08/08 | | .00 | 254.32 | 254.32 | | | | | 11 |
| 08/25/08 | 0170099 - IN | 09/08/08 | | .00 | 175.30 | 175.30 | | | | | 11 |
| 08/25/08 | 0170100 - IN | 09/08/08 | | .00 | 175.30 | 175.30 | | | | | 11 |
| 08/26/08 | 0170145 - IN | 09/09/08 | | .00 | 47,989.35 | 47,989.35 | | | | | 10 |
| 08/26/08 | 0170155 - IN | 09/09/08 | | .00 | 175.30 | 175.30 | | | | | 10 |
| 08/26/08 | 0170156 - IN | 09/09/08 | | .00 | 20.59 | 20.59 | | | | | 10 |
| 08/26/08 | 0170157 - IN | 09/09/08 | | .00 | 170.51 | 170.51 | | | | | 10 |
| 08/26/08 | 0170158 - IN | 09/09/08 | | .00 | 233.73 | 233.73 | | | | | 10 |
| 08/26/08 | 0170159 - IN | 09/09/08 | | .00 | 292.16 | 292.16 | | | | | 10 |
| 08/26/08 | 0170160 - IN | 09/09/08 | | .00 | 350.59 | 350.59 | | | | | 10 |
| 08/26/08 | 0170161 - IN | 09/09/08 | | .00 | 123.57 | 123.57 | | | | | 10 |
| 08/26/08 | 0170162 - IN | 09/09/08 | | .00 | 10.30 | 10.30 | | | | | 10 |
| 08/26/08 | 0170163 - IN | 09/09/08 | | .00 | 61.78 | 61.78 | | | | | 10 |
| 08/27/08 | 0170177 - IN | 09/10/08 | | .00 | 386.99 | 386.99 | | | | | 9 |
| 08/27/08 | 0170178 - IN | 09/10/08 | | .00 | 272.04 | 272.04 | | | | | 9 |
| 08/27/08 | 0170179 - IN | 09/10/08 | | .00 | 45.50 | 45.50 | | | | | 9 |
| 08/27/08 | 0170180 - IN | 09/10/08 | | .00 | 952.15 | 952.15 | | | | | 9 |
| 08/27/08 | 0170181 - IN | 09/10/08 | | .00 | 175.30 | 175.30 | | | | | 9 |
| 08/27/08 | 0170182 - IN | 09/10/08 | | .00 | 164.76 | 164.76 | | | | | 9 |
| 08/27/08 | 0170183 - IN | 09/10/08 | | .00 | 911.92 | 911.92 | | | | | 9 |
| 08/27/08 | 0170184 - IN | 09/10/08 | | .00 | 292.16 | 292.16 | | | | | 9 |
| 08/27/08 | 0170185 - IN | 09/10/08 | | .00 | 329.52 | 329.52 | | | | | 9 |
| 08/27/08 | 0170186 - IN | 09/10/08 | | .00 | 116.86 | 116.86 | | | | | 9 |
| 08/28/08 | 0170224 - IN | 09/11/08 | | .00 | 659.04 | 659.04 | | | | | 8 |
| 08/28/08 | 0170225 - IN | 09/11/08 | | .00 | 3,791.37 | 3,791.37 | | | | | 8 |
| 08/28/08 | 0170226 - IN | 09/11/08 | | .00 | 164.76 | 164.76 | | | | | 8 |
| 08/28/08 | 0170228 - IN | 09/11/08 | | .00 | 808.47 | 808.47 | | | | | 8 |
| 08/28/08 | 0170229 - IN | 09/11/08 | | .00 | 164.76 | 164.76 | | | | | 8 |
| 08/28/08 | 0170230 - IN | 09/11/08 | | .00 | 102.97 | 102.97 | | | | | 8 |
| 08/28/08 | 0170231 - IN | 09/11/08 | | .00 | 82.38 | 82.38 | | | | | 8 |
| 08/28/08 | 0170232 - IN | 09/11/08 | | .00 | 10.30 | 10.30 | | | | | 8 |
| 08/28/08 | 0170233 - IN | 09/11/08 | | .00 | 366.88 | 366.88 | | | | | 8 |
| 08/28/08 | 0170234 - IN | 09/11/08 | | .00 | 10.30 | 10.30 | | | | | 8 |
| 08/28/08 | 0170235 - IN | 09/11/08 | | .00 | 176.25 | 176.25 | | | | | 8 |
| 08/29/08 | 0170269 - IN | 09/12/08 | | .00 | 61.78 | 61.78 | | | | | 7 |
| 08/29/08 | 0170270 - IN | 09/12/08 | | .00 | 116.86 | 116.86 | | | | | 7 |
| 08/29/08 | 0170271 - IN | 09/12/08 | | .00 | 233.73 | 233.73 | | | | | 7 |
| 08/29/08 | 0170272 - IN | 09/12/08 | | .00 | 116.86 | 116.86 | | | | | 7 |
| 08/29/08 | 0170273 - IN | 09/12/08 | | .00 | 233.73 | 233.73 | | | | | 7 |
| 08/29/08 | 0170274 - IN | 09/12/08 | | .00 | 350.59 | 350.59 | | | | | 7 |
| 08/29/08 | 0170275 - IN | 09/12/08 | | .00 | 41.19 | 41.19 | | | | | 7 |
| 08/29/08 | 0170276 - IN | 09/12/08 | | .00 | 377.41 | 377.41 | | | | | 7 |
| 08/29/08 | 0170277 - IN | 09/12/08 | | .00 | 369.75 | 369.75 | | | | | 7 |
| 08/29/08 | 0170278 - IN | 09/12/08 | | .00 | 233.73 | 233.73 | | | | | 7 |
| 08/29/08 | 0170279 - IN | 09/12/08 | | .00 | 116.86 | 116.86 | | | | | 7 |
| 08/29/08 | 0170280 - IN | 09/12/08 | | .00 | 292.16 | 292.16 | | | | | 7 |
| 08/30/08 | 0170290 - IN | 09/13/08 | | .00 | 10.30 | 10.30 | | | | | 6 |
| 08/30/08 | 0170291 - IN | 09/13/08 | | .00 | 350.59 | 350.59 | | | | | 6 |
| 08/30/08 | 0170292 - IN | 09/13/08 | | .00 | 199.24 | 199.24 | | | | | 6 |
| 08/30/08 | 0170293 - IN | 09/13/08 | | .00 | 164.76 | 164.76 | | | | | 6 |
| 08/30/08 | 0170294 - IN | 09/13/08 | | .00 | 653.29 | 653.29 | | | | | 6 |
| 08/30/08 | 0170295 - IN | 09/13/08 | | .00 | 20.59 | 20.59 | | | | | 6 |
| 08/30/08 | 0170296 - IN | 09/13/08 | | .00 | 82.38 | 82.38 | | | | | 6 |
| 08/30/08 | 0170297 - IN | 09/13/08 | | .00 | 10.30 | 10.30 | | | | | 6 |
| 08/30/08 | 0170298 - IN | 09/13/08 | | .00 | 350.59 | 350.59 | | | | | 6 |
| 08/30/08 | 0170299 - IN | 09/13/08 | | .00 | 292.16 | 292.16 | | | | | 6 |
| 08/30/08 | 0170300 - IN | 09/13/08 | | .00 | 20.59 | 20.59 | | | | | 6 |
| 08/31/08 | 0170352 - IN | 09/14/08 | | .00 | 247.14 | 247.14 | | | | | 5 |
| 08/31/08 | 0170353 - IN | 09/14/08 | | .00 | 233.73 | 233.73 | | | | | 5 |
| 08/31/08 | 0170354 - IN | 09/14/08 | | .00 | 373.58 | 373.58 | | | | | 5 |
| 08/31/08 | 0170355 - IN | 09/14/08 | | .00 | 1,264.43 | 1,264.43 | | | | | 5 |
| 08/31/08 | 0170356 - IN | 09/14/08 | | .00 | 116.86 | 116.86 | | | | | 5 |
| 08/31/08 | 0170358 - IN | 09/14/08 | | .00 | 116.86 | 116.86 | | | | | 5 |
| 08/31/08 | 0170359 - IN | 09/14/08 | | .00 | 233.73 | 233.73 | | | | | 5 |
| 08/31/08 | 0170361 - IN | 09/14/08 | | .00 | 350.59 | 350.59 | | | | | 5 |
| 08/31/08 | 0170362 - IN | 09/14/08 | | .00 | 292.16 | 292.16 | | | | | 5 |
| 08/31/08 | 0170363 - IN | 09/14/08 | | .00 | 292.16 | 292.16 | | | | | 5 |
| 08/31/08 | 0170365 - IN | 09/14/08 | | .00 | 116.86 | 116.86 | | | | | 5 |
| 08/31/08 | 0170366 - IN | 09/14/08 | | .00 | 233.73 | 233.73 | | | | | 5 |
| 08/31/08 | 0170367 - IN | 09/14/08 | | .00 | 116.86 | 116.86 | | | | | 5 |
| 08/31/08 | 0170368 - IN | 09/14/08 | | .00 | 61.78 | 61.78 | | | | | 5 |
| 08/31/08 | 0170369 - IN | 09/14/08 | | .00 | 175.30 | 175.30 | | | | | 5 |
| 08/31/08 | 0170370 - IN | 09/14/08 | | .00 | 233.73 | 233.73 | | | | | 5 |
| 08/31/08 | 0170371 - IN | 09/14/08 | | .00 | 175.30 | 175.30 | | | | | 5 |

# HANOVER MOVING & STORAGE CO., INC.

ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 09/19/08*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/03/08 | 0085510 - IN | 09/17/08 | | .00 | 3,780.00 | 3,780.00 | | | | | 2 |
| 09/04/08 | 0170171 - IN | 09/18/08 | | .00 | 41.19 | 41.19 | | | | | 1 |
| 09/06/08 | 0170385 - IN | 09/20/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/06/08 | 0170386 - IN | 09/20/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/06/08 | 0170387 - IN | 09/20/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/06/08 | 0170388 - IN | 09/20/08 | | .00 | 952.15 | 952.15 | | | | | |
| 09/06/08 | 0170389 - IN | 09/20/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/06/08 | 0170390 - IN | 09/20/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/06/08 | 0170391 - IN | 09/20/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/06/08 | 0170392 - IN | 09/20/08 | | .00 | 292.16 | 292.16 | | | | | |
| 09/06/08 | 0170393 - IN | 09/20/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/06/08 | 0170394 - IN | 09/20/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/06/08 | 0170395 - IN | 09/20/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/06/08 | 0170396 - IN | 09/20/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/06/08 | 0170397 - IN | 09/20/08 | | .00 | 272.04 | 272.04 | | | | | |
| 09/06/08 | 0170398 - IN | 09/20/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/06/08 | 0170399 - IN | 09/20/08 | | .00 | 302.70 | 302.70 | | | | | |
| 09/06/08 | 0170400 - IN | 09/20/08 | | .00 | 302.70 | 302.70 | | | | | |
| 09/06/08 | 0170401 - IN | 09/20/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/06/08 | 0170402 - IN | 09/20/08 | | .00 | 3,141.91 | 3,141.91 | | | | | |
| 09/06/08 | 0170403 - IN | 09/20/08 | | .00 | 350.59 | 350.59 | | | | | |
| 09/06/08 | 0170404 - IN | 09/20/08 | | .00 | 82.38 | 82.38 | | | | | |
| 09/06/08 | 0170405 - IN | 09/20/08 | | .00 | 292.16 | 292.16 | | | | | |
| 09/06/08 | 0170406 - IN | 09/20/08 | | .00 | 911.92 | 911.92 | | | | | |
| 09/06/08 | 0170407 - IN | 09/20/08 | | .00 | 292.16 | 292.16 | | | | | |
| 09/06/08 | 0170409 - IN | 09/20/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/06/08 | 0170410 - IN | 09/20/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/07/08 | 0170445 - IN | 09/21/08 | | .00 | 1,593.95 | 1,593.95 | | | | | |
| 09/07/08 | 0170446 - IN | 09/21/08 | | .00 | 61.78 | 61.78 | | | | | |
| 09/07/08 | 0170447 - IN | 09/21/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/07/08 | 0170448 - IN | 09/21/08 | | .00 | 467.46 | 467.46 | | | | | |
| 09/07/08 | 0170449 - IN | 09/21/08 | | .00 | 455.96 | 455.96 | | | | | |
| 09/07/08 | 0170450 - IN | 09/21/08 | | .00 | 61.78 | 61.78 | | | | | |
| 09/07/08 | 0170451 - IN | 09/21/08 | | .00 | 82.38 | 82.38 | | | | | |
| 09/07/08 | 0170452 - IN | 09/21/08 | | .00 | 82.38 | 82.38 | | | | | |
| 09/07/08 | 0170453 - IN | 09/21/08 | | .00 | 41.19 | 41.19 | | | | | |
| 09/07/08 | 0170454 - IN | 09/21/08 | | .00 | 20.59 | 20.59 | | | | | |
| 09/07/08 | 0170455 - IN | 09/21/08 | | .00 | 10.30 | 10.30 | | | | | |
| 09/07/08 | 0170456 - IN | 09/21/08 | | .00 | 320.90 | 320.90 | | | | | |
| 09/07/08 | 0170457 - IN | 09/21/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/07/08 | 0170458 - IN | 09/21/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/07/08 | 0170459 - IN | 09/21/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/07/08 | 0170460 - IN | 09/21/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/07/08 | 0170461 - IN | 09/21/08 | | .00 | 263.42 | 263.42 | | | | | |
| 09/07/08 | 0170462 - IN | 09/21/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/07/08 | 0170463 - IN | 09/21/08 | | .00 | 272.04 | 272.04 | | | | | |
| 09/07/08 | 0170464 - IN | 09/21/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/07/08 | 0170465 - IN | 09/21/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/15/08 | 0170499 - IN | 09/29/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/15/08 | 0170500 - IN | 09/29/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/15/08 | 0170501 - IN | 09/29/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/15/08 | 0170502 - IN | 09/29/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/15/08 | 0170503 - IN | 09/29/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/15/08 | 0170504 - IN | 09/29/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/15/08 | 0170505 - IN | 09/29/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/15/08 | 0170506 - IN | 09/29/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/15/08 | 0170507 - IN | 09/29/08 | | .00 | 511.52 | 511.52 | | | | | |
| 09/15/08 | 0170508 - IN | 09/29/08 | | .00 | 747.16 | 747.16 | | | | | |
| 09/15/08 | 0170509 - IN | 09/29/08 | | .00 | 1,187.80 | 1,187.80 | | | | | |
| 09/16/08 | 0170524 - IN | 09/30/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/16/08 | 0170525 - IN | 09/30/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/16/08 | 0170526 - IN | 09/30/08 | | .00 | 61.78 | 61.78 | | | | | |
| 09/16/08 | 0170527 - IN | 09/30/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/16/08 | 0170528 - IN | 09/30/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/16/08 | 0170529 - IN | 09/30/08 | | .00 | 784.52 | 784.52 | | | | | |
| 09/16/08 | 0170530 - IN | 09/30/08 | | .00 | 350.59 | 350.59 | | | | | |
| 09/16/08 | 0170531 - IN | 09/30/08 | | .00 | 292.16 | 292.16 | | | | | |
| 09/16/08 | 0170532 - IN | 09/30/08 | | .00 | 292.16 | 292.16 | | | | | |
| 09/16/08 | 0170533 - IN | 09/30/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/16/08 | 0170535 - IN | 09/30/08 | | .00 | 10.30 | 10.30 | | | | | |
| 09/16/08 | 0170536 - IN | 09/30/08 | | .00 | 10.30 | 10.30 | | | | | |
| 09/16/08 | 0170537 - IN | 09/30/08 | | .00 | 61.78 | 61.78 | | | | | |
| 09/16/08 | 0170538 - IN | 09/30/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/16/08 | 0170540 - IN | 09/30/08 | | .00 | 116.86 | 116.86 | | | | | |

## HANOVER MOVING & STORAGE CO., INC.

ACCOUNTS RECEIVABLE AGED INVOICE REPORT

*ALL OPEN INVOICES - AGED AS OF: 09/19/08*

| CUSTOMER/ INV DATE | INVOICE NO | INVOICE DUE DATE | DISCOUNT DUE DATE | DISCOUNT AMOUNT | BALANCE | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120 DAYS | DAYS DELQ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/16/08 | 0170541 - IN | 09/30/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/16/08 | 0170543 - IN | 09/30/08 | | .00 | 102.97 | 102.97 | | | | | |
| 09/17/08 | 0170551 - IN | 10/01/08 | | .00 | 3,458.98 | 3,458.98 | | | | | |
| 09/17/08 | 0170552 - IN | 10/01/08 | | .00 | 1,482.83 | 1,482.83 | | | | | |
| 09/17/08 | 0170553 - IN | 10/01/08 | | .00 | 271.09 | 271.09 | | | | | |
| 09/17/08 | 0170554 - IN | 10/01/08 | | .00 | 739.02 | 739.02 | | | | | |
| 09/17/08 | 0170555 - IN | 10/01/08 | | .00 | 560.37 | 560.37 | | | | | |
| 09/17/08 | 0170556 - IN | 10/01/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/17/08 | 0170557 - IN | 10/01/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/17/08 | 0170558 - IN | 10/01/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/17/08 | 0170559 - IN | 10/01/08 | | .00 | 443.51 | 443.51 | | | | | |
| 09/17/08 | 0170561 - IN | 10/01/08 | | .00 | 3,831.60 | 3,831.60 | | | | | |
| 09/17/08 | 0170562 - IN | 10/01/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/17/08 | 0170563 - IN | 10/01/08 | | .00 | 205.95 | 205.95 | | | | | |
| 09/17/08 | 0170564 - IN | 10/01/08 | | .00 | 573.78 | 573.78 | | | | | |
| 09/17/08 | 0170565 - IN | 10/01/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/17/08 | 0170566 - IN | 10/01/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/17/08 | 0170567 - IN | 10/01/08 | | .00 | 469.37 | 469.37 | | | | | |
| 09/17/08 | 0170568 - IN | 10/01/08 | | .00 | 532.59 | 532.59 | | | | | |
| 09/17/08 | 0170570 - IN | 10/01/08 | | .00 | 443.51 | 443.51 | | | | | |
| 09/17/08 | 0170575 - IN | 10/01/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/17/08 | 0170577 - IN | 10/01/08 | | .00 | 329.52 | 329.52 | | | | | |
| 09/17/08 | 0170579 - IN | 10/01/08 | | .00 | 13,859.37 | 13,859.37 | | | | | |
| 09/18/08 | 0170591 - IN | 10/02/08 | | .00 | 1,344.89 | 1,344.89 | | | | | |
| 09/18/08 | 0170592 - IN | 10/02/08 | | .00 | 329.52 | 329.52 | | | | | |
| 09/18/08 | 0170593 - IN | 10/02/08 | | .00 | 10.30 | 10.30 | | | | | |
| 09/18/08 | 0170595 - IN | 10/02/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/18/08 | 0170596 - IN | 10/02/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/18/08 | 0170597 - IN | 10/02/08 | | .00 | 271.09 | 271.09 | | | | | |
| 09/18/08 | 0170598 - IN | 10/02/08 | | .00 | 292.16 | 292.16 | | | | | |
| 09/18/08 | 0170599 - IN | 10/02/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/18/08 | 0170600 - IN | 10/02/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/18/08 | 0170601 - IN | 10/02/08 | | .00 | 116.86 | 116.86 | | | | | |
| 09/18/08 | 0170602 - IN | 10/02/08 | | .00 | 233.73 | 233.73 | | | | | |
| 09/18/08 | 0170603 - IN | 10/02/08 | | .00 | 175.30 | 175.30 | | | | | |
| 09/18/08 | 0170604 - IN | 10/02/08 | | .00 | 227.02 | 227.02 | | | | | |
| 09/18/08 | 0170605 - IN | 10/02/08 | | .00 | 186.05 | 186.05 | | | | | |
| | CUSTOMER LEHMAN TOTALS: | | | .00 | 403,887.95 | 149,624.96 | 246,169.37 | 3,392.88 | .00 | 4,700.74 | |
| LEHMEDP | LEHMAN BROTHERS/JOANNE SMITH | | | CONTACT: | | | PHONE: (201)499-9553 | EXT: | CR LMT: | | .00 |
| 03/21/06 | 0136473 - IN | 04/04/06 | | .00 | 877.00 | | | | | 877.00 | 899 |
| 03/21/06 | 0136474 - IN | 04/04/06 | | .00 | 877.00 | | | | | 877.00 | 899 |
| 08/04/08 | 0169150 - IN | 08/18/08 | | .00 | 3,769.92 | | 3,769.92 | | | | 32 |
| 08/11/08 | 0169419 - IN | 08/25/08 | | .00 | 3,780.48 | | 3,780.48 | | | | 25 |
| 08/19/08 | 0169684 - IN | 09/02/08 | | .00 | 4,148.73 | | 4,148.73 | | | | 17 |
| 08/26/08 | 0169869 - IN | 09/09/08 | | .00 | 4,313.34 | 4,313.34 | | | | | 10 |
| 08/29/08 | 0170282 - IN | 09/12/08 | | .00 | 4,199.88 | 4,199.88 | | | | | 7 |
| 09/08/08 | 0170301 - IN | 09/22/08 | | .00 | 3,273.60 | 3,273.60 | | | | | |
| | CUSTOMER LEHMEDP TOTALS: | | | .00 | 25,239.95 | 11,786.82 | 11,699.13 | .00 | .00 | 1,754.00 | |
| LEHMLOV | LEHMAN BROTHERS | | | CONTACT: | | | PHONE: (212)320-7426 | EXT: | CR LMT: | | .00 |
| 07/01/08 | 07010A - PP | 07/01/08 | | .00 | 864.03- | | | 864.03- | | | |
| 08/05/08 | 08010A - PP | 08/05/08 | | .00 | 864.03- | | 864.03- | | | | |
| 09/03/08 | 0085491 - IN | 09/13/08 | | .00 | 10,968.38 | 10,968.38 | | | | | 6 |
| 09/03/08 | 0085492 - IN | 09/13/08 | | .00 | 1,471.25 | 1,471.25 | | | | | 6 |
| | CUSTOMER LEHMLOV TOTALS: | | | .00 | 10,711.57 | 12,439.63 | 864.03- | 864.03- | .00 | .00 | |
| | REPORT TOTALS: | | | .00 | 439,839.47 | 173,851.41 | 257,004.47 | 2,528.85 | .00 | 6,454.74 | |
| | NUMBER OF CUSTOMERS: | 3 | | | | | | | | | |