| BusMgr | PAPROJNUMBER | CUSTNMBR | CUSTNAME | DOCNUMBR | STATUS | DAYSA | DOCDATE | DUEDATE | TRXSORCE | ortrxamt |
|---|---|---|---|---|---|---|---|---|---|---|
| Von Weihe | multiple projects | LEHMAN00001 | Lehman Brothers | LEH019A | OVER 90 | 194 | 3/5/2008 | 4/4/2008 | PABL00000100 | $85,750.00 ✓✓ |
| Von Weihe | multiple projects | LEHMAN00001 | Lehman Brothers | TSG000000000000905 | OVER 60 | 68 | 7/9/2008 | 8/8/2008 | PABL00000129 | $9,715.37 ✓ |
| Von Weihe | multiple projects | LEHMAN00001 | Lehman Brothers | TSG000000000001036 | OVER 30 | 39 | 8/7/2008 | 9/6/2008 | PABL00000153 | $36,000.00 ✓✓ |
| Von Weihe | multiple projects | LEHMAN00001 | Lehman Brothers | TSG000000000001089 | OVER 30 | 38 | 8/8/2008 | 9/7/2008 | PABL00000153 | $6,137.59 ✓✓ |
| Von Weihe | multiple projects | LEHMAN00001 | Lehman Brothers | LEH020MTN | CURRENT | | 8/26/2008 | 10/7/2008 | | $134,385.00 |
| Von Weihe | multiple projects | LEHMAN00002 | Lehman Brothers | LEH1196 | CURRENT | | | 10/7/2008 | | $16,000.00 ✓ |
| Von Weihe | multiple projects | LEHMAN00003 | Lehman Brothers | LEH1197 | CURRENT | | | 10/7/2008 | | $2,407.40 ✓ |
| Von Weihe | multiple projects | LEHMAN00004 | Lehman Brothers | LEH1196 | | | | | | $500.00 |
| | | | | | | | | | | **$290,895.36** |
| Von Weihe | multiple projects | LEHMAN00001 | Lehman Brothers | LEHMTN08 | OVER 90 | 130 | 5/8/2008 | 6/7/2008 | PABL00000098 | $91,035.00 |

--> THIS INVOICE WAS SUPERCEDED BY LEH020MTN



EXHIBIT A
tabbies.

**Invoice Number:**           LEH019A
**Invoice Date:**             3/5/2008
**Federal Taxpayer ID:**      68-0406451

**Bill To:**
Mr. Brad Brown
Lehman Brothers
1301 Avenue of Americas
New York, NY 10019

**Payment Information:**

| **Mail your check to:** | **ACH Payment:** | **Wire Payment:** |
| --- | --- | --- |
| The Structure Group | JP Morgan, Columbus OH | Mellon Bank, Pittsburgh PA |
| PO Box 676236 | Acct Name: The Structure Group | ABA# 043000261 |
| Dallas, TX 75267-6236 | ABA# 044000804 | Credit to Merrill Lynch Acct # 101-1730 |
|  | Acct# 041107517980 | Further Credit to: 857-07F79 The Structure Group |
|  |  | Ref: Company name and invoice number(s) |

| Customer Contract/PO | Payment Terms | Invoice Period |
| --- | --- | --- |
|  | Net 45 days | 2/1/08 - 2/29/08 |

**Project Code/Name:**           Eagle Integration

| Date | Description | Total |
| --- | --- | --- |
| 2/1/08 - 2/29/08 | Consulting Service Fees | $ 85,750.00 |
|  | Subtotal | $ 85,750.00 |

Sales Tax                                g

**Total Invoice Amount**          $85,750.00

| Complete Project/Service Code Description | Time Date | Employee Name | Hours | Hourly Rate in Filter Currency | Item Amount in Filter Currency |
|---|---|---|---|---|---|
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/1/2008 | Blackwell, Jeff | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/2/2008 | Blackwell, Jeff | 2 | 200 | 400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/3/2008 | Blackwell, Jeff | 2 | 200 | 400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/4/2008 | Blackwell, Jeff | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/5/2008 | Blackwell, Jeff | 11 | 200 | 2200 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/6/2008 | Blackwell, Jeff | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/7/2008 | Blackwell, Jeff | 8 | 200 | 1600 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/8/2008 | Blackwell, Jeff | 8 | 200 | 1600 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/9/2008 | Blackwell, Jeff | 1 | 200 | 200 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/10/2008 | Blackwell, Jeff | 1 | 200 | 200 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/11/2008 | Blackwell, Jeff | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/12/2008 | Blackwell, Jeff | 13 | 200 | 2600 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/13/2008 | Blackwell, Jeff | 12 | 200 | 2400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/14/2008 | Blackwell, Jeff | 7 | 200 | 1400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/15/2008 | Blackwell, Jeff | 7 | 200 | 1400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/16/2008 | Blackwell, Jeff | 4 | 200 | 800 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/18/2008 | Blackwell, Jeff | 2 | 200 | 400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/19/2008 | Blackwell, Jeff | 11 | 200 | 2200 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/20/2008 | Blackwell, Jeff | 12 | 200 | 2400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/21/2008 | Blackwell, Jeff | 6 | 200 | 1200 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/22/2008 | Blackwell, Jeff | 6 | 200 | 1200 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/23/2008 | Blackwell, Jeff | 2 | 200 | 400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/25/2008 | Blackwell, Jeff | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/26/2008 | Blackwell, Jeff | 12 | 200 | 2400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/27/2008 | Blackwell, Jeff | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/28/2008 | Blackwell, Jeff | 8 | 200 | 1600 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/29/2008 | Blackwell, Jeff | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/21/2008 | Blackwell, Jeff | 2 | 200 | 400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/4/2008 | Smith, Matthew | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/5/2008 | Smith, Matthew | 12 | 200 | 2400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/6/2008 | Smith, Matthew | 12 | 200 | 2400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/7/2008 | Smith, Matthew | 6 | 200 | 1200 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/8/2008 | Smith, Matthew | 4 | 200 | 800 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/11/2008 | Smith, Matthew | 8 | 200 | 1600 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/12/2008 | Smith, Matthew | 14 | 200 | 2800 |

| Complete Project/Service Code Description | Time Date | Employee Name | Hours | Hourly Rate In Filter Currency | Item Amount In Filter Currency |
|---|---|---|---|---|---|
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/13/2008 | Smith, Matthew | 12 | 200 | 2400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/14/2008 | Smith, Matthew | 6 | 200 | 1200 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/15/2008 | Smith, Matthew | 3 | 200 | 600 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/18/2008 | Smith, Matthew | 8 | 200 | 1600 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/19/2008 | Smith, Matthew | 10 | 200 | 2000 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/20/2008 | Smith, Matthew | 14 | 200 | 2800 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/21/2008 | Smith, Matthew | 8 | 200 | 1600 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/22/2008 | Smith, Matthew | 4 | 200 | 800 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/25/2008 | Smith, Matthew | 14 | 200 | 2800 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/26/2008 | Smith, Matthew | 14 | 200 | 2800 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/27/2008 | Smith, Matthew | 12 | 200 | 2400 |
| LEHC0108001 - Eagle Integration (Day 2 Integration) | 2/28/2008 | Smith, Matthew | 12 | 200 | 2400 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/1/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/2/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/4/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/5/2008 | Hungerland, Thomas | 2 | 125 | 250 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/6/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/7/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/9/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/11/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/12/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/13/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/14/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/15/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/16/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/18/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/19/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/20/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/21/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/22/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/23/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/25/2008 | Hungerland, Thomas | 10 | 125 | 1250 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/26/2008 | Hungerland, Thomas | 8 | 125 | 1000 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket) | 2/27/2008 | Hungerland, Thomas | 1 | 125 | 125 |

| Complete Project/Service Code Description | Time Date | Employee Name | Hours | Hourly Rate In Filter Currency | Item Amount In Filter Currency |
|---|---|---|---|---|---|
| LEHC0110006 - ISO Markets Requirements and Design (nMarket § | 2/27/2008 | Hungerland, Thomas | 10 | 125 | 1250 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket § | 2/28/2008 | Hungerland, Thomas | 2 | 125 | 250 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket § | 2/28/2008 | Hungerland, Thomas | 5 | 125 | 625 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket § | 2/29/2008 | Hungerland, Thomas | 1 | 125 | 125 |
| LEHC0110006 - ISO Markets Requirements and Design (nMarket § | 2/29/2008 | Hungerland, Thomas | 4 | 125 | 500 |
| | | | | | 85,750 |



**Structure™**
REPUTATION BUILT ON RESULTS

| | |
|---|---|
| **Invoice Number:** | TSG0000000000905 |
| **Invoice Date:** | 7/9/2008 |
| **Federal Taxpayer ID:** | 68-0406451 |

**Payment Terms :**
Net 30
**Contract PO:**

**Bill To :**
Lehman Brothers
745 7th Avenue
New York, NY 10019

| Payment Information: | ACH Movement: | | Wire Payment: | |
|---|---|---|---|---|
| **Mail your check to:** | JP Morgan | | Mellon Bank | |
| The Structure Group | Columbus Ohio | | Pittsburgh PA | |
| 2000 West Sam Houston Parkway South | Acct Name: | The Structure Group | Credit to Merrill Lynch Acct# 101-1730 | |
| Houston TX 77042 | ABA# | 044000804 | ABA# | 043000261 |
| | Acct# | 041107517980 | Further Credit to: 857-07F79 The Structure Group | |
| | | | Ref: Company name and invoice number(s) | |

**Lehman Brothers**

**Project Code/Name:**   LEHC01008-0001 -Eagle Intergration Day 2

**Expenses**

| Date | Consultant | Total |
|---|---|---|
| June-2008 | Matthew Smith | $7,332.83 |
| June-2008 | Jeff Blackwell | $2,382.54 |
| | **Total Expenses :** | $9,715.37 |
| | **Sales Tax:** | $0.00 |
| | **Invoice Total:** | $9,715.37 |

| Billing Detail: Billing Expense For Managers | | |
|---|---|---|
| Generated on 7/9/2008 7:15:21 PM CT | | |
| **Invoice Number:** TSG00000000000905 | | |
| **Client Name:** Lehman Brothers | | |
| **Project/Service Code:** LEHC01008-0001 -Eagle Intergration Day 2 | | |
| **Contract PO:** | | |
| Expense Type | Time/Date | Total Cost |
| **Jeff Blackwell** | | |
| LODGING BILL | JUN-2-2008 (MON) | $345.56 |
| MEALS BILL | JUN-2-2008 (MON) | $24.57 |
| MISC BILL | JUN-2-2008 (MON) | $493.00 |
| PARKING BILL | JUN-2-2008 (MON) | $45.00 |
| CAB/CAR BILL | JUN-3-2008 (TUE) | $41.28 |
| MEALS BILL | JUN-3-2008 (TUE) | $15.34 |
| MEALS BILL | JUN-4-2008 (WED) | $13.45 |
| TOLLS BILL | JUN-4-2008 (WED) | $1.50 |
| CAB/CAR BILL | JUN-5-2008 (THU) | $289.22 |
| PARKING BILL | JUN-5-2008 (THU) | $88.00 |
| TOLLS BILL | JUN-5-2008 (THU) | $1.50 |
| LODGING BILL | JUN-7-2008 (SAT) | $415.49 |
| CAB/CAR BILL | JUN-9-2008 (MON) | $83.00 |
| CAB/CAR BILL | JUN-10-2008 (TUE) | $99.00 |
| MEALS BILL | JUN-10-2008 (TUE) | $43.98 |
| CAB/CAR BILL | JUN-11-2008 (WED) | $120.00 |
| MEALS BILL | JUN-11-2008 (WED) | $41.32 |
| CAB/CAR BILL | JUN-12-2008 (THU) | $127.00 |
| MEALS BILL | JUN-12-2008 (THU) | $6.33 |
| PARKING BILL | JUN-12-2008 (THU) | $88.00 |
| **Totals For Jeff Blackwell** | | **$2,382.54** |
| **Matthew Smith** | | |
| LODGING BILL | JUN-8-2008 (SUN) | $765.44 |
| MEALS BILL | JUN-8-2008 (SUN) | $139.16 |
| MILEAGE BILL | JUN-8-2008 (SUN) | $20.20 |
| MISC BILL | JUN-8-2008 (SUN) | $45.44 |
| PARKING BILL | JUN-8-2008 (SUN) | $65.00 |
| TOLLS BILL | JUN-9-2008 (MON) | $82.50 |
| AIRFARE BILL | JUN-10-2008 (TUE) | $555.50 |
| AIRFARE BILL | JUN-15-2008 (SUN) | $505.50 |
| CAB/CAR BILL | JUN-15-2008 (SUN) | $681.34 |
| MEALS BILL | JUN-15-2008 (SUN) | $141.32 |

**Billing Detail: Billing Expense For Managers**
Generated on 7/9/2008 7:15:21 PM CT

**Invoice Number:** TSG00000000000905
**Client Name:** Lehman Brothers
**Project/Service Code:** LEHC01008-0001 -Eagle Intergration Day 2
**Contract PO:**

| Expense Type | Time/Date | Total Cost |
|---|---|---|
| **Matthew Smith** | | |
| MILEAGE BILL | JUN-15-2008 (SUN) | $20.20 |
| MISC BILL | JUN-15-2008 (SUN) | $31.69 |
| PARKING BILL | JUN-15-2008 (SUN) | $52.00 |
| LODGING BILL | JUN-17-2008 (TUE) | $1,247.95 |
| AIRFARE BILL | JUN-23-2008 (MON) | $505.50 |
| CAB/CAR BILL | JUN-23-2008 (MON) | $666.26 |
| LODGING BILL | JUN-23-2008 (MON) | $590.19 |
| MEALS BILL | JUN-23-2008 (MON) | $291.72 |
| MISC BILL | JUN-23-2008 (MON) | $76.02 |
| PARKING BILL | JUN-23-2008 (MON) | $104.00 |
| AIRFARE BILL | JUN-30-2008 (MON) | $645.50 |
| MILEAGE BILL | JUN-30-2008 (MON) | $40.40 |
| TOLLS BILL | JUN-30-2008 (MON) | $60.00 |
| **Totals For Matthew Smith** | | **$7,332.83** |
| **Totals For LEHC01008-0001** | | **$9,715.37** |



**Structure**™
REPUTATION BUILT ON RESULTS

| | |
|---|---|
| **Invoice Number:** | TSG0000000001036 |
| **Invoice Date:** | 8/7/2008 |
| **Federal Taxpayer ID:** | 68-0406451 |

**Payment Terms :**
Net 30

**Contract PO:**

**Bill To :**
Lehman Brothers
745 7th Avenue
New York, NY 10019

| Payment Information: | ACH Movement: | | Wire Payment: | |
|---|---|---|---|---|
| Mail your check to: | JP Morgan | | Mellon Bank | |
| The Structure Group | Columbus Ohio | | Pittsburgh PA | |
| 800 West Sam Houston Parkway North | Acct Name: | The Structure Group | Credit to Merrill Lynch Acct# 101-1730 | |
| Houston TX 77024 | ABA# | 044000804 | ABA# | 043000261 |
| | Acct# | 041107517980 | Further Credit to: 857-07F79 The Structure Group | |
| | | | Ref: Company name and invoice number(s) | |

**Lehman Brothers**

**Project Code/Name:**   LEHC01008-0001 -Eagle Intergration Day 2

**Consulting Services**

| Month | Consultant | Hours | Rate | Total |
|---|---|---|---|---|
| July-2008 | Matthew Smith | 180.00 | $200.00 | $36,000.00 |
| | | | **Total Consulting Services :** | **$36,000.00** |

| | |
|---|---|
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$36,000.00** |

**Billing Detail: Billing Time For Managers**

Generated on 8/14/2008 6:02:31 PM CT

**Invoice Number:** TSG0000000001036

**Client Name:** Lehman Brothers

**Project/Service Code:** LEHC01008-0001 -Eagle Intergration Day 2

**Contract PO:**

| Time/Date | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Matthew Smith** | | | |
| JUL-1-2008 (TUE) | 12.00 | $200.00 | $2,400.00 |
| JUL-2-2008 (WED) | 12.00 | $200.00 | $2,400.00 |
| JUL-3-2008 (THU) | 4.00 | $200.00 | $800.00 |
| JUL-7-2008 (MON) | 12.00 | $200.00 | $2,400.00 |
| JUL-8-2008 (TUE) | 12.00 | $200.00 | $2,400.00 |
| JUL-9-2008 (WED) | 12.00 | $200.00 | $2,400.00 |
| JUL-10-2008 (THU) | 4.00 | $200.00 | $800.00 |
| JUL-11-2008 (FRI) | 8.00 | $200.00 | $1,600.00 |
| JUL-14-2008 (MON) | 12.00 | $200.00 | $2,400.00 |
| JUL-15-2008 (TUE) | 12.00 | $200.00 | $2,400.00 |
| JUL-16-2008 (WED) | 12.00 | $200.00 | $2,400.00 |
| JUL-17-2008 (THU) | 8.00 | $200.00 | $1,600.00 |
| JUL-18-2008 (FRI) | 8.00 | $200.00 | $1,600.00 |
| JUL-21-2008 (MON) | 12.00 | $200.00 | $2,400.00 |
| JUL-22-2008 (TUE) | 12.00 | $200.00 | $2,400.00 |
| JUL-23-2008 (WED) | 12.00 | $200.00 | $2,400.00 |
| JUL-24-2008 (THU) | 8.00 | $200.00 | $1,600.00 |
| JUL-25-2008 (FRI) | 8.00 | $200.00 | $1,600.00 |
| **Totals For Matthew Smith** | **180.00** | | **$36,000.00** |
| **Totals For LEHC01008-0001** | **180.00** | | **$36,000.00** |



**Structure**™
REPUTATION BUILT ON RESULTS

| | |
|---|---|
| **Invoice Number:** | TSG0000000001089 |
| **Invoice Date:** | 8/8/2008 |
| **Federal Taxpayer ID:** | 68-0406451 |

**Payment Terms :**
Net 30
**Contract PO:**

**Bill To :**
Lehman Brothers
745 7th Avenue
New York, NY 10019

| Payment Information: | ACH Movement: | | Wire Payment: | |
|---|---|---|---|---|
| **Mail your check to:** | JP Morgan | | Mellon Bank | |
| The Structure Group | Columbus Ohio | | Pittsburgh PA | |
| 800 West Sam Houston Parkway North | Acct Name: | The Structure Group | Credit to Merrill Lynch Acct# | 101-1730 |
| Houston TX 77024 | ABA# | 044000804 | ABA# | 043000261 |
| | Acct# | 041107517980 | Further Credit to: 857-07F79 The Structure Group | |
| | | | Ref:  Company name and invoice number(s) | |

**Lehman Brothers**

**Project Code/Name:**    LEHC01008-0001 -Eagle Intergration Day 2

**Expenses**

| Date | Consultant | Total |
|---|---|---|
| July-2008 | Matthew Smith | $6,137.59 |
| | **Total Expenses :** | **$6,137.59** |
| | Sales Tax: | $0.00 |
| | **Invoice Total:** | **$6,137.59** |

**Billing Detail: Billing Expense For Managers**

Generated on 8/14/2008 6:03:05 PM CT

**Invoice Number:** TSG00000000001089
**Client Name:** Lehman Brothers
**Project/Service Code:** LEHC01008-0001 -Eagle Intergration Day 2
**Contract PO:**

| Expense Type | Time/Date | Total Cost |
|---|---|---|
| **Matthew Smith** | | |
| AIRFARE BILL | JUL-14-2008 (MON) | $1,761.50 |
| CAB/CAR BILL | JUL-14-2008 (MON) | $536.65 |
| LODGING BILL | JUL-14-2008 (MON) | $1,025.91 |
| MEALS BILL | JUL-14-2008 (MON) | $312.93 |
| PARKING BILL | JUL-14-2008 (MON) | $103.00 |
| TOLLS BILL | JUL-14-2008 (MON) | $9.50 |
| MEALS BILL | JUL-15-2008 (TUE) | $65.00 |
| MILEAGE BILL | JUL-15-2008 (TUE) | $46.80 |
| MISC BILL | JUL-15-2008 (TUE) | $38.75 |
| CAB/CAR BILL | JUL-26-2008 (SAT) | $633.09 |
| LODGING BILL | JUL-26-2008 (SAT) | $1,146.24 |
| MEALS BILL | JUL-26-2008 (SAT) | $261.92 |
| MILEAGE BILL | JUL-26-2008 (SAT) | $46.80 |
| PARKING BILL | JUL-26-2008 (SAT) | $104.00 |
| TOLLS BILL | JUL-26-2008 (SAT) | $26.00 |
| MISC BILL | JUL-31-2008 (THU) | $19.50 |
| **Totals For Matthew Smith** | | **$6,137.59** |
| **Totals For LEHC01008-0001** | | **$6,137.59** |

**⊠ Structure®**
REPUTATION BUILT ON RESULTS

2000 West Sam Houston Parkway South
Suite 1600
Houston, TX 77042
Voice: 713.243.7160
Fax: 713.243.7199

| | |
|---|---|
| **Invoice Number:** | LEH020MTN |
| **Invoice Date:** | 8/26/2008 |
| **Federal Taxpayer ID:** | 68-0406451 |

**Bill To:**
Mr. Brad Brown
Lehman Brothers
1301 Avenue of Americas
New York, NY 10019

**Payment Information:**

| Mail your check to: | ACH Payment: | Wire Payment: |
|---|---|---|
| The Structure Group | JP Morgan, Columbus OH | Mellon Bank, Pittsburgh PA |
| PO Box 676236 | Acct Name: The Structure Group | ABA# 043000261 |
| Dallas, TX 75267-6236 | ABA# 044000804 | Credit to Merrill Lynch Acct # 101-1730 |
| | Acct# 041107517980 | Further Credit to: 857-07F79 The Structure Group |
| | | Ref: Company name and invoice number(s) |

| Customer Contract/PO | Payment Terms | Invoice Period |
|---|---|---|
| | Net 30 days | various (annual terms) |

**Project Code/Name:**           nMarket Annual Maintenance Renewal

| Date | Description | | Total |
|---|---|---|---|
| 05/01/08-04/30/09 | nMarket CA Base Maintenance | $ | 10,000.00 |
| | nMarket CA Extended Maintenance | $ | 10,000.00 |
| | nMarket MW Base Maintenance | $ | 10,000.00 |
| | nMarket MW Extended Maintenance | $ | 10,000.00 |
| | nMarket PJM Base Maintenance | $ | 12,000.00 |
| | nMarket PJM Extended Maintenance | $ | 12,000.00 |
| | nMarket TX Base Maintenance | $ | 10,000.00 |
| | nMarket TX Extended Maintenance | $ | 10,000.00 |
| 08/01/08-07/31/09 | nMarket NE Base Maintenance | $ | 10,000.00 |
| | nMarket NE Extended Maintenance | $ | 10,000.00 |
| | nMarket NY Base Maintenance | $ | 10,000.00 |
| | nMarket NY Extended Maitenance | $ | 10,000.00 |
| | **Subtotal** | $ | 124,000.00 |
| | **NY Sales Tax** | $ | 10,385.00 |
| | **Total Invoice Amount** | $ | 134,385.00 |

www.thestructuregroup.com



# Structure™
## REPUTATION BUILT ON RESULTS

| | |
|---|---|
| **Invoice Number:** | TSG0000000001196 |
| **Invoice Date:** | 9/5/2008 |
| **Federal Taxpayer ID:** | 68-0406451 |

**Payment Terms :**
Net 30

**Contract PO:**

**Bill To :**

Lehman Brothers
745 7th Avenue
New York, NY 10019

| Payment Information: | ACH Movement: | | Wire Payment: | |
|---|---|---|---|---|
| Mail your check to: | JP Morgan | | Mellon Bank | |
| The Structure Group | Columbus Ohio | | Pittsburgh PA | |
| P.O. Box 676236 | Acct Name: | The Structure Group | Credit to Merrill Lynch Acct# 101-1730 | |
| Dallas TX 75267-6236 | ABA# | 044000804 | ABA# | 043000261 |
| | Acct# | 041107517980 | Further Credit to: 857-07F79 The Structure Group | |
| | | | Ref: Company name and invoice number(s) | |

### Lehman Brothers

**Project Code/Name:** LEHC01008-0001 -Eagle Intergration Day 2

**Consulting Services**

| Month | Consultant | Hours | Rate | Total |
|---|---|---|---|---|
| August-2008 | Matthew Smith | 80.00 | $200.00 | $16,000.00 |
| | | | **Total Consulting Services :** | **$16,000.00** |

| | |
|---|---|
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$16,000.00** |

**Billing Detail: Billing Time For Managers**
Generated on 9/9/2008 12:53:10 PM CT

**Invoice Number: TSG0000000001196**
**Client Name: Lehman Brothers**
**Project/Service Code: LEHC01008-0001 -Eagle Intergration Day 2**
**Contract PO:**

| Time/Date | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Matthew Smith** | | | |
| AUG-1-2008 (FRI) | 8.00 | $200.00 | $1,600.00 |
| AUG-4-2008 (MON) | 8.00 | $200.00 | $1,600.00 |
| AUG-5-2008 (TUE) | 8.00 | $200.00 | $1,600.00 |
| AUG-6-2008 (WED) | 8.00 | $200.00 | $1,600.00 |
| AUG-7-2008 (THU) | 8.00 | $200.00 | $1,600.00 |
| AUG-8-2008 (FRI) | 8.00 | $200.00 | $1,600.00 |
| AUG-11-2008 (MON) | 8.00 | $200.00 | $1,600.00 |
| AUG-12-2008 (TUE) | 8.00 | $200.00 | $1,600.00 |
| AUG-13-2008 (WED) | 8.00 | $200.00 | $1,600.00 |
| AUG-14-2008 (THU) | 8.00 | $200.00 | $1,600.00 |
| **Totals For Matthew Smith** | **80.00** | | **$16,000.00** |
| **Totals For LEHC01008-0001** | **80.00** | | **$16,000.00** |



**Structure**™
REPUTATION BUILT ON RESULTS

| | |
|---|---|
| Invoice Number: | TSG0000000001197 |
| Invoice Date: | 9/5/2008 |
| Federal Taxpayer ID: | 68-0406451 |

**Payment Terms :**
Net 30
**Contract PO:**

**Bill To :**
Lehman Brothers
745 7th Avenue
New York, NY 10019

| Payment Information: | ACH Movement: | | Wire Payment: | |
|---|---|---|---|---|
| Mail your check to: | JP Morgan | | Mellon Bank | |
| The Structure Group | Columbus Ohio | | Pittsburgh PA | |
| P.O. Box 676236 | Acct Name: | The Structure Group | Credit to Merrill Lynch Acct# | 101-1730 |
| Dallas TX 75267-6236 | ABA# | 044000804 | ABA# | 043000261 |
| | Acct# | 041107517980 | Further Credit to: 857-07F79 The Structure Group | |
| | | | Ref: Company name and invoice number(s) | |

Lehman Brothers

**Project Code/Name:**   LEHC01008-0001 -Eagle Intergration Day 2

**Expenses**

| Date | Consultant | Total |
|---|---|---|
| August-2008 | Matthew Smith | $2,407.40 |
| | Total Expenses : | $2,407.40 |
| | Sales Tax: | $0.00 |
| | **Invoice Total:** | **$2,407.40** |

**Billing Detail: Billing Expense For Managers**
Generated on 9/9/2008 12:53:10 PM CT

**Invoice Number:** TSG0000000001197
**Client Name:** Lehman Brothers
**Project/Service Code:** LEHC01008-0001 -Eagle Intergration Day 2
**Contract PO:**

| Expense Type | Time/Date | Total Cost |
|---|---|---:|
| Matthew Smith | | |
| CAB/CAR BILL | AUG-10-2008 (SUN) | $359.63 |
| LODGING BILL | AUG-10-2008 (SUN) | $550.44 |
| MEALS BILL | AUG-10-2008 (SUN) | $185.91 |
| MILEAGE BILL | AUG-10-2008 (SUN) | $23.40 |
| PARKING BILL | AUG-10-2008 (SUN) | $52.00 |
| CAB/CAR BILL | AUG-15-2008 (FRI) | $369.33 |
| LODGING BILL | AUG-15-2008 (FRI) | $573.12 |
| MEALS BILL | AUG-15-2008 (FRI) | $198.67 |
| MILEAGE BILL | AUG-15-2008 (FRI) | $23.40 |
| PARKING BILL | AUG-15-2008 (FRI) | $52.00 |
| TOLLS BILL | AUG-31-2008 (SUN) | $19.50 |
| **Totals For Matthew Smith** | | **$2,407.40** |
| **Totals For LEHC01008-0001** | | **$2,407.40** |


**REPUTATION BUILT ON RESULTS**

| | |
|---|---|
| **Invoice Number:** | TSG0000000001198 |
| **Invoice Date:** | 9/5/2008 |
| **Federal Taxpayer ID:** | 68-0406451 |
| **Payment Terms :** | |
| Net 30 | |
| **Contract PO:** | |

**Bill To :**

Lehman Brothers
745 7th Avenue
New York, NY 10019

| **Payment Information:** | **ACH Movement:** | | **Wire Payment:** | |
|---|---|---|---|---|
| **Mail your check to:** | JP Morgan | | Mellon Bank | |
| The Structure Group | Columbus Ohio | | Pittsburgh PA | |
| P.O. Box 676236 | Acct Name: | The Structure Group | Credit to Merrill Lynch Acct# 101-1730 | |
| Dallas TX 75267-6236 | ABA# | 044000804 | ABA# | 043000261 |
| | Acct# | 041107517980 | Further Credit to: 857-07F79 The Structure Group | |
| | | | Ref: Company name and invoice number(s) | |

### Lehman Brothers

**Project Code/Name:** LEHG01010-0006 -ISO Markets Requirment/Design

**Consulting Services**

| Month | Consultant | Hours | Rate | Total |
|---|---|---|---|---|
| August-2008 | Thomas Hungerland | 4.00 | $125.00 | $500.00 |
| | | | **Total Consulting Services :** | **$500.00** |
| | | | Sales Tax: | $0.00 |
| | | | **Invoice Total:** | **$500.00** |

**Billing Detail: Billing Time For Managers**
Generated on 9/9/2008 12:53:10 PM CT

**Invoice Number: TSG0000000001198**
**Client Name: Lehman Brothers**
**Project/Service Code: LEHG01010-0006 -ISO Markets Requirment/Design**
**Contract PO:**

| Time/Date | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Thomas Hungerland** | | | |
| AUG-18-2008 (MON) | 1.00 | $125.00 | $125.00 |
| AUG-21-2008 (THU) | 1.00 | $125.00 | $125.00 |
| AUG-27-2008 (WED) | 1.00 | $125.00 | $125.00 |
| AUG-29-2008 (FRI) | 1.00 | $125.00 | $125.00 |
| **Totals For Thomas Hungerland** | **4.00** | | **$500.00** |
| **Totals For LEHG01010-0006** | **4.00** | | **$500.00** |