DRAFT SUBJECT TO MATERIAL CHANGE

(Amounts in US$)

| Contract Name | Lehman Counterparty | Date of Contract | INVOICE NUMBER | Invoice Date | Invoice Amt | Current | 1-30 | 31-60 | 61-90 | 91-120 | 121-365 | Total Outstanding* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| General Terms and Conditions | Lehman Brothers Holdings, Inc. | 21-Dec-05 | | | | | | | | | | $ - |
| Professional Services Supplement | Lehman Brothers Holdings, Inc. | 21-Dec-05 | | | | | | | | | | $ - |
| Professional Services Supplement Addendum #1 | Lehman Brothers Holdings, Inc. | 20-Jul-06 | | | | | | | | | | $ - |
| | | | 80544 | 8-Aug-08 | $ 12,060 | | $ 12,060 | | | | | $ 12,060 |
| | | | 80553 | 8-Aug-08 | $ 12,960 | | $ 12,960 | | | | | $ 12,960 |
| | | | 84237 | 10-Sep-08 | $ 18,000 | $ 18,000 | | | | | | $ 18,000 |
| Transaction Schedule # 3 | Lehman Brothers Inc. | 1-Dec-07 | 84238 | 10-Sep-08 | $ 16,750 | $ 16,750 | | | | | | $ 16,750 |
| | | | 80557 | 8-Aug-08 | $ 33,760 | | $ 33,760 | | | | | $ 33,760 |
| Transaction Schedule # - 30 | Lehman Brothers Inc. | 12-Nov-07 | 84230 | 10-Sep-08 | $ 35,340 | $ 35,340 | | | | | | $ 35,340 |
| Transaction Schedule # - 19 | Lehman Brothers Inc. | | 70368 | 5-Mar-08 | $ 24,480 | | | | | | $ 24,480 | $ 24,480 |
| | | 1-Dec-07 | 71208 | 2-Apr-08 | $ 18,000 | | | | | | $ 18,000 | $ 18,000 |
| | | | 80535 | 8-Aug-08 | $ 81,102 | | $ 81,102 | | | | | $ 81,102 |
| Transaction Schedule # - 8 | Lehman Brothers Inc. | 1-Dec-07 | 83271 | 9-Sep-08 | $ 81,102 | $ 81,102 | | | | | | $ 81,102 |
| | | | 80679 | 12-Aug-08 | $ 99,876 | | $ 99,876 | | | | | $ 99,876 |
| | | | 80681 | 12-Aug-08 | $ 46,053 | | $ 46,053 | | | | | $ 46,053 |
| | | | 83295 | 9-Sep-08 | $ 46,053 | $ 46,053 | | | | | | $ 46,053 |
| Transaction Schedule # - 7 | Lehman Brothers Inc. | 1-Dec-07 | 83317 | 9-Sep-08 | $ 99,876 | $ 99,876 | | | | | | $ 99,876 |
| | | | 80537 | 8-Aug-08 | $ 10,395 | | $ 10,395 | | | | | $ 10,395 |
| Transaction Schedule # - 9 | Lehman Brothers Inc. | 1-Dec-07 | 83319 | 9-Sep-08 | $ 10,395 | $ 10,395 | | | | | | $ 10,395 |
| | | | 73061 | 30-Apr-08 | $ 20,349 | | | | | $ 20,349 | | $ 20,349 |
| | | | 80538 | 8-Aug-08 | $ 20,349 | | $ 20,349 | | | | | $ 20,349 |
| Transaction Schedule # - 12 | Lehman Brothers Inc. | 1-Dec-07 | 84227 | 10-Sep-08 | $ 20,349 | $ 20,349 | | | | | | $ 20,349 |
| | | | 80539 | 8-Aug-08 | $ 50,000 | | $ 50,000 | | | | | $ 50,000 |
| Transaction Schedule # - 28 | Lehman Brothers Inc. | 12-Nov-07 | 84229 | 10-Sep-08 | $ 50,000 | $ 50,000 | | | | | | $ 50,000 |
| Transaction Schedule # - 35 | Lehman Brothers Inc. | 02-April-208 | 77588 | 10-Jun-08 | $ 100,480 | | | | $ 100,480 | | | $ 100,480 |
| | | | 77589 | 10-Jun-08 | $ 4,740 | | | | $ 4,740 | | | $ 4,740 |
| | | | 78171 | 3-Jul-08 | $ 4,977 | | | $ 4,977 | | | | $ 4,977 |
| | | | 80558 | 8-Aug-08 | $ 4,098 | | $ 4,098 | | | | | $ 4,098 |
| Transaction Schedule # - 36 | Lehman Brothers Inc. | 21-Mar-08 | 84241 | 10-Sep-08 | $ 4,200 | $ 4,200 | | | | | | $ 4,200 |
| | | | 77596 | 10-Jun-08 | $ 19,000 | | | | $ 19,000 | | | $ 19,000 |
| | | | 77915 | 2-Jul-08 | $ 15,960 | | | $ 15,960 | | | | $ 15,960 |
| | | | 80630 | 11-Aug-08 | $ 14,440 | | $ 14,440 | | | | | $ 14,440 |
| Transaction Schedule # - 40 | Lehman Brothers Inc. | 21-Apr-08 | 84232 | 10-Sep-08 | $ 19,000 | $ 19,000 | | | | | | $ 19,000 |
| | | | 80564 | 8-Aug-08 | $ 7,962 | | $ 7,962 | | | | | $ 7,962 |
| Transaction Schedule # - 38 | Lehman Brothers Inc. | 4-Apr-08 | 84233 | 10-Sep-08 | $ 11,622 | $ 11,622 | | | | | | $ 11,622 |
| | | | 80540 | 8-Aug-08 | $ 87,480 | | $ 87,480 | | | | | $ 87,480 |
| | | | 84228 | 10-Sep-08 | $ 87,480 | $ 87,480 | | | | | | $ 87,480 |
| Transaction Schedule # - 32 | Lehman Brothers Inc. | 17-Dec-08 | 68668 | 11-Feb-08 | $ 2,370 | | | | | | $ 2,370 | $ 2,370 |
| | | | 80639 | 12-Aug-08 | $ 20,160 | | $ 20,160 | | | | | $ 20,160 |
| Transaction Schedule # - 39 | Lehman Brothers Inc. | 7-Apr-08 | 84240 | 10-Sep-08 | $ 18,000 | $ 18,000 | | | | | | $ 18,000 |
| | | | 80647 | 12-Aug-08 | $ 56,160 | | $ 56,160 | | | | | $ 56,160 |
| Transaction Schedule # - 43 | Lehman Brothers Inc. | 12-Jun-08 | 83322 | 9-Sep-08 | $ 56,160 | $ 56,160 | | | | | | $ 56,160 |
| Transaction Schedule # - 27 | Lehman Brothers Inc. | 12-Nov-07 | 80555 | 8-Aug-08 | $ 6,400 | $ 6,400 | | | | | | $ 6,400 |
| | | TOTAL | | | | $ 1,347,938 | $ 574,327 | $ 563,255 | $ 20,937 | $ 124,220 | $ 20,349 | $ 45,610 | $ 1,347,938 |

*Unbilled amounts for services rendered through Sep 12th, 2008 are shown below and are not included in the Total Amounts Outstanding in the above table.
The unbilled amounts are increasing as work continues to be performed on an ongoing basis.

| Transaction Schedule # | Sept'08 |
|---|---|
| Transaction Schedule # - 8 | $ 40,551.00 |
| Transaction Schedule # - 7 | $ 23,026.50 |
| Transaction Schedule # - 7 | $ 49,938.00 |
| Transaction Schedule # - 9 | $ 5,197.50 |
| Transaction Schedule # - 12 | $ 10,174.50 |
| Transaction Schedule # - 28 | $ 25,000.00 |
| Transaction Schedule # - 32 | $ 43,740.00 |
| Transaction Schedule # - 43 | $ 28,080.00 |
| Transaction Schedule # 3 | $ 6,030.00 |
| Transaction Schedule # 3 | $ 6,480.00 |
| Transaction Schedule # - 30 | $ 13,680.00 |
| Transaction Schedule # - 36 | $ 1,890.00 |
| Transaction Schedule # - 40 | $ 6,840.00 |
| Transaction Schedule # - 38 | $ 4,455.00 |
| Transaction Schedule # - 39 | $ 6,480.00 |
| Transaction Schedule # - 47 | $ 7,776.00 |
| TOTAL | $ 279,338.50 |