UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                                      Case No.: 08-13555-jmp
                                                                                            Chapter   11
Lehman Brothers Holdings, Inc.         Debtor.
-----------------------------------------------------------------x

                                        Plaintiff                   Adversary Proceeding
                                                                    No.: _____
                       v.

                                        Defendant
-----------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, L. Matt Wilson_____, a member in good standing of the bar in the State of
Georgia_____ and, if applicable, the bar of the U.S. District Court for the Northern____
District of Georgia_____, request admission, *pro hac vice*, before the Honorable
James M. Peck_____, to represent Greg Georgas_____, a
_____ in the above referenced ☐ case ☐ adversary proceeding
Mailing address: 950 East Paces Ferry Road, Suite 3250 Atlanta, GA 30326_____;
E-mail address: matt@willaw.com_____; telephone number ( 404 ) 364-2240_____.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: September 19_____
2008_____, New York


---

**ORDER**

**ORDERED,**
that _____, Esq., is admitted to practice, *pro hac vice*, in the above
referenced ☐ case ☐ adversary proceeding, in the United States Bankruptcy
Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York            /s/_____
                                 UNITED STATES BANKRUPTCY JUDGE


Untitled (140).max