Luma Al-Shibib (LA-4179)
Reed Smith LLP
599 Lexington Avenue, 30th Floor
New York, New York 10022
(212) 521-5400
lalshibib@reedsmith.com

*Attorneys for GE Capital Information Technology Solutions,*
*d/b/a IKON Financial Services*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re:**                                                        :   **Chapter 11**
                                                                  :
**LEHMAN BROTHERS HOLDINGS, INC.,**                               :   **Case No. 08-13555 (JMP)**
                                                                  :
**Debtor.**                                                       :
                                                                  :
                                                                  :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Luma Al-Shibib, Esquire, hereby certify that, on the 19th day of September, 2008 I

caused true and correct copy of the **OBJECTION OF GE CAPITAL INFORMATION**

**TECHNOLOGY SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES TO**

**DEBTORS' MOTION TO (A) SCHEDULE A SALE HEARING; (B) ESTABLISH SALES**

**PROCEDURES; (C) APPROVE A BREAK-UP FEE; AND (D) APPROVE THE SALE OF**

**THE PURCHASED ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF**

**CONTRACTS RELATING TO THE PURCHASED ASSETS** to be served upon the

addressees on the attached service list in the manner indicated:

By:  /s/ Luma Al-Shibib
     Luma Al-Shibib (LA-4179)

## SERVICE LIST

| VIA FIRST CLASS MAIL & E-MAIL | VIA FIRST CLASS MAIL & E-MAIL |
|---|---|
| Havey R. Miller, Esquire<br>Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>E-mail:  harvey.miller@weil.com<br>　　　richard.krasnow@weil.com<br>　　　lori.fife@weil.com<br>　　　shai.waisman@weil.com<br>　　　jacqueline.marcus@weil.com | Brian Shoichi Masumoto, Esquire<br>The Office of the Untied States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>E-mail:  brian.masumoto@usdoj.gov |
| VIA FIRST CLASS MAIL & E-MAIL | VIA FIRST CLASS MAIL & E-MAIL |
| Dennis F. Dunne, Esquire<br>Luc A. Despins, Esquire<br>Wilbur F. Foster, Jr., Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  100005<br>E-mail:  DDunne@milbank.com<br>　　　LDespins@milbank.com<br>　　　WFoster@milbank.com | Paul Aronson, Esquire<br>Gregory A. Bray, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>601 South Figueroa Street<br>30th Floor<br>Los Angeles, CA  90017<br>E-mail:  AAronsol@milbank.com<br>　　　GBray@milbank.com |

WILLIB-60786.1-JCFALGOW