L. Matt Wilson
GA Bar No: 768801
**THE WILSON LAW FIRM, PC**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326
Telephone:   (404)364-2240
Facsimile:   (404)266-7459


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC. | ) | Case No. 08-13555-jmp |
| | ) | |
| Debtor. | ) | **Chapter 11** |
| | ) | |
| | ) | |

## MOTION FOR APPOINTMENT OF EQUITY COMMITTEE

**COMES NOW, Greg Georgas,** an equity-security holder of the above-named debtor, and represents to this court that the appointment of an additional committee of equity-security holders is necessary to assure adequate representation of equity-security holders, in that _____

_____, and requests that the court order the appointment of an additional committee of equity-security holders by the United States Trustee pursuant to 11 U.S.C. § 1102 (a).

This  19th  day of September, 2008.

THE WILSON LAW FIRM, P.C.

 /s/ L. Matt Wilson
L. Matt Wilson
Georgia Bar No. 768801
(*Pro Hac Vice* Application Pending)

**THE WILSON LAW FIRM, P.C.**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326
Telephone:     (404)364-2240
Facsimile:      (404)266-7459

Z:\WP\830\01\Motion for Appointment of Equity Committee.wpd

**Marc Abrams**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
(212) 728-8111 (fax)
maosbny@willkie.com

**George Angelich**
Arent Fox LLP
1675 Broadway
New York, NY 10019
(212) 457-5423
(212) 484-3990 (fax)
angelich.george@arentfox.com

**Walter Benzija**
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022
(212) 765-9100
(212) 765-0964 (fax)
wbenzija@halperinlaw.net

**Bradford M. Berry**
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
(202) 418-5127
bberry@cftc.gov

**Martin J. Bienenstock**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
212-259-8530
212-259-6333 (fax)
martin.bienenstock@dl.com

**Matthew Allen Cantor**
Normandy Hill Capital L.P.
150 East 52nd Street
10th Floor
New York, NY 10022
(212) 616 2113
212-616-2101 (fax)
mcantor@normandyhill.com

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7955
(212) 808-7897 (fax)
jcarr@kelleydrye.com

**Maureen A. Cronin**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
(212) 909-6292
(212) 909-6836 (fax)
macronin@debevoise.com

**Israel Dahan**
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281
(212) 504-6000
(212) 504-6666 (fax)
israel.dahan@cwt.com

**George A. Davis**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212)504-6000
(212)504-6666 (fax)
george.davis@cwt.com

**Paul H. Deutch**
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-6137 (fax)
paul.deutch@troutmansanders.com

**Michael James Edelman**
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019
(212) 407-7700
(212) 407-7799 (fax)
mjedelman@vedderprice.com

**Charles R. Ekberg**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
(206) 223-7012
(206) 613-4255 (fax)
ekbergc@lanepowell.com

**David Elrod**
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201
(214) 855-5188
(214) 855-5183 (fax)
delrod@elrodtrial.com

**Daniel J. Flanigan**
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street
Suite 1000
Kansas City, MO 64112
(816) 753-1000
(816) 753-1536 (fax)
dflanigan@polsinelli.com

**Eduardo J. Glas**
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 624-7070 (fax)
eglas@mccarter.com

**Matthew J. Gold**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
18th Floor
New York, NY 10176
(212) 880-9827
(212) 986-8866 (fax)
mgold@kkwc.com

**Antonia Golianopoulos**
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820
(212) 506-2500
(212) 262-1910 (fax)
agolianopoulos@mayerbrownrowe.com

**Howard R. Hawkins, Jr.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6000
(212) 504-6666 (fax)
howard.hawkins@cwt.com

**Dion W. Hayes**
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
(804) 775-1144
(804) 698-2078 (fax)
dhayes@mcguirewoods.com

**Ira L. Herman**
Thompson & Knight, LLP
919 Third Avenue, 39th Floor

New York, NY 10022
(212) 751-3045
(214) 999-9139 (fax)
ira.herman@tklaw.com
*Assigned: 09/16/2008* representing **Direct Energy Business, LLC**
*(Unknown)* **John E. Jureller, Jr.**
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017
(212) 972-3000
(212) 972-2245 (fax)
jjureller@klestadt.com
*Assigned: 09/18/2008* representing **Overstock.com, Inc.**
*(Creditor)* **Shareholders of Novastar Financial, Inc.**
*(Creditor)* **Gregory O. Kaden**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
617-482-1776
617-574-4112 (fax)
gkaden@goulstonstorrs.com
*Assigned: 09/17/2008* representing **Interactive Data Corporation**
*(Creditor)* **Deborah Kovsky-Apap**
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
(313) 393-7331
(313) 731-1572 (fax)
kovskyd@pepperlaw.com
*Assigned: 09/17/2008* representing **ING BANK, FSB**
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap
100 Renaissance Center
Suite 3600
Detroit, MI 48243
usa
313.259.7110
313.259.7926 (fax)
kovskyd@pepperlaw.com
*(Interested Party)* **Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100

Atlanta, GA 30363-1031
(404) 873-8120
(404) 873-8121 (fax)
bkrfilings@agg.com
*Assigned: 09/19/2008* representing **Verizon Communications Inc.**
*(Creditor)* **David M. LeMay**
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5112
(212) 541-5369 (fax)
dlemay@chadbourne.com
*Assigned: 09/19/2008* representing **Amber Capital Investment Management**
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
United States
212-408-5100
212-541-5369 (fax)
dlemay@chadbourne.com
*(Creditor)* **Shari D. Leventhal**
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045
(212) 720-5018
(212) 720-8709 (fax)
shari.leventhal@ny.frb.org
*Assigned: 09/17/2008* representing **Federal Reserve Bank of New York**
33 Liberty Street
New York, NY 10045
212-720-5018
212-720-8709 (fax)
shari.leventhal@ny.frb.org
*(Creditor)* **Richard B. Levin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (fax)
rlevin@cravath.com
*Assigned: 09/15/2008* representing **Credit Suisse**
11 Madison Avenue
New York, NY 10100
*(Creditor)* **Judy G.Z. Liu**

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8512
(212) 259-6333 (fax)
judy.liu@dl.com
*Assigned: 09/16/2008* representing **The Bank of New York Mellon**
*(Creditor)* **Edward Joseph LoBello**
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5364
(212) 885-5002 (fax)
elobello@blankrome.com
*Assigned: 09/16/2008* representing **Thomson Reuters Corporation**
*(Creditor)* **Thomson Reuters PLC**
*(Creditor)* **Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (fax)
jacqueline.marcus@weil.com
*Assigned: 09/17/2008* representing **Lehman Brothers Holdings Inc.**
745 Seventh Avenue
New York, NY 10019
*(Debtor)* **Frank McGinn**
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
(617) 422-0200
(617) 422-0383 (fax)
ffm@bostonbusinesslaw.com
*Assigned: 09/15/2008* representing **Iron Mountain Information Management, Inc.**
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
617-422-0200
617-422-0383 (fax)
ffm@bostonbusinesslaw.com
*(Creditor)* **David C. McGrail**
Law Offices of David C. McGrail
676A Ninth Avenue

#211
New York, NY 10036
(646) 290-6496
(646) 224-8377 (fax)
dmcgrail@davidmcgraillaw.com
*Assigned: 09/19/2008* representing **Iron Mountain Information Management, Inc.**
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
617-422-0200
617-422-0383 (fax)
ffm@bostonbusinesslaw.com
*(Creditor)* **Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (fax)
harvey.miller@weil.com
*Assigned: 09/15/2008* representing **Lehman Brothers Holdings Inc.**
745 Seventh Avenue
New York, NY 10019
*(Debtor)* **Harold S. Novikoff**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1000
(212) 403-2000 (fax)
hsnovikoff@wlrk.com
*Assigned: 09/15/2008* representing **JPMORGAN CHASE BANK, N.A.**
270 Park Avenue
NY, NY 10017
(212)270-6000
*(Unknown)* **R. Stephen Painter, Jr.**
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005
(646) 746-9815
(646) 746-9940 (fax)
spainter@cftc.gov
*Assigned: 09/17/2008*
*LEAD ATTORNEY* representing **Commodity Futures Trading Commission**
*(Unknown)* **Sydney G. Platzer**
Platzer, Swergold, Karlin, Levine,

Goldberg & Jaslow, LLP
1065 Avenue of the Americas
18th Floor
New York, NY 10018
(212) 593-3000
(212) 593-0353 (fax)
splatzer@platzerlaw.com
*Assigned: 09/16/2008* representing **250 East Borrower, LLC**
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018
*(Creditor)* **East 46th Borrower, LLC**
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018
*(Creditor)* **Hale Avenue Borrower, LLC**
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018
*(Creditor)* **Amanda Raboy**
Covington & Burling LLP
620 Eigth Avenue
New York, NY 10018
(212) 841-1000
(212) 841-1010 (fax)
araboy@cov.com
*Assigned: 09/16/2008* representing **Wilmington Trust Company, as Indenture Trustee**
520 Madison Avenue
33rd Floor
New York, NY 10022
212-415-0513 (fax)
*(Creditor)* **John J. Rapisardi**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212)504-6000
(212)504-6666 (fax)
john.rapisardi@cwt.com
*Assigned: 09/18/2008* representing **Citigroup Inc. and all of its affiliates, including Citibank, N.A.**
*(Creditor)* **George Rosenberg**
Arapahoe County Attorney's Office

5334 S. Prince Street
Littleton, CO 80166
(303) 738-7846
grosenberg@co.arapahoe.co.us
*Assigned: 09/15/2008* representing **Arapahoe County Treasurer**
5334 S. Prince Street
Littleton, CO 80166
*(Creditor)* **Douglas B. Rosner**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
(617) 574-6595 (fax)
drosner@goulstonstorrs.com
*Assigned: 09/16/2008* representing **Interactive Data Corporation**
*(Creditor)* **Chester B. Salomon**
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500
(212) 319-8505 (fax)
cs@stevenslee.com
*Assigned: 09/16/2008* representing **1301 Properties Owner, L.L.C.**
*(Creditor) Assigned: 09/17/2008* representing **1301 Properties Owner, LP c/o Paramount Group, Inc.**
*(Creditor)* **Howard Seife**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212)408-5361
(212) 541-5369 (fax)
hseife@chadbourne.com
*Assigned: 09/18/2008* representing **GLG Partners LP**
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
United States
212-408-5100
212-541-5369 (fax)
hseife@chadbourne.com
*(Creditor)* **Andrea Sheehan**
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

(214) 521-8000
(214) 521-1738 (fax)
sheehan@txschoollaw.com
*Assigned: 09/15/2008* representing **Carrollton-Farmers Branch ISD**
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205
214-521-8000
214-521-1738 (fax)
sheehan@txschoollaw.com
*(Creditor)* **James H. Shenwick**
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017
212-541-6224
646-218-4600 (fax)
jhs7@att.net
*Assigned: 09/16/2008* representing **Collins Building Services**
Court Square Place
24-00001 44th Road
Long Island City, NY 11101
*(Creditor)* **Joseph E. Shickich, Jr.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
(206) 624-3600
(206) 389-1708 (fax)
jshickich@riddellwilliams.com
*Assigned: 09/17/2008* representing **Microsoft Corporation and Microsoft Licensing, GP**
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1192
(206) 624-3600
(206) 91-00708 (fax)
jshickich@riddellwilliams.com
*(Creditor)* **Ronald J. Silverman**
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7868
(212) 752-5378 (fax)
ronald.silverman@bingham.com

*Assigned: 09/18/2008* representing **Harbinger Capital Partners Special Situations Fund L.P. and Harbert Distressed Investor Master Fund Ltd.**
c/o Bingham McCutchen
399 Park Avenue
New York, NY 10022
212-705-7000
212-752-5378 (fax)
*(Interested Party) Assigned: 09/19/2008* representing **Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)**
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
212-705-7000
212-752-5378 (fax)
*(Interested Party)* **Harbinger Capital Partners Special Situations Fund L.P.**
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
212-705-7000
212-752-5378 (fax)
*(Interested Party)* **Keith A. Simon**
Latham & Watkins, LLP
885 Third Avenue
New York, NY 60606
(212) 906-1200
(212) 751-4864 (fax)
keith.simon@lw.com
*Assigned: 09/18/2008* representing **Fannie Mae**
*(Unknown)* **Thomas R. Slome**
Meyer. Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530
516-741-6565
516-741-6706 (fax)
lgomez@msek.com
*Assigned: 09/18/2008* representing **Dresdner Kleinwort Group Holdings LLC**
*(Creditor)* **Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019
(212) 424-8580
(212) 649-0918 (fax)
esmith@llgm.com
*Assigned: 09/17/2008* representing **Customer Asset Protection Company**

*(Creditor)* **Mark A. Speiser**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
212-806-6006 (fax)
mspeiser@stroock.com
*Assigned: 09/17/2008* representing **Mizuho Corporate Bank, Ltd.**

*(Creditor)* **Malani Sternstein**
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112
(212) 332-3800
(212) 332-3888 (fax)
msternstein@sheppardmullin.com
*Assigned: 09/16/2008* representing **Bank of New York Mellon**

*(Unknown)* **Harvey A. Strickon**
Paul,Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000
(212) 230-7689 (fax)
harveystrickon@paulhastings.com
*Assigned: 09/15/2008* representing **General Electric Capital Corporation**

*(Unknown)* **Scott Talmadge**
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
(212) 836-7039
(212) 837-7157 (fax)
stalmadge@kayescholer.com
*Assigned: 09/19/2008* representing **Wells Fargo & Co.**
*(Creditor)* **Wells Fargo, N.A.**

*(Creditor)* **My Chi To**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
(212) 909-7425
(212) 909-6836 (fax)
mcto@debevoise.com
*Assigned: 09/18/2008* representing **Rock-Forty-Ninth LLC**
*(Interested Party)* **Rockefeller Center Management Corporation**
*(Interested Party)* **Rockefeller Center North, Inc.**
*(Interested Party)* **Rockefeller Group Development Corporation**

*(Interested Party)* **Amit K. Trehan**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2198
(212) 262-1910 (fax)
atrehan@mayerbrown.com
*Assigned: 09/15/2008* representing **Canadian Imperial Bank of Commerce, CIBC World Markets Corp., and CIBC World Markets Inc.**
*(Creditor)* **SOCIETE GENERALE**
*(Creditor)* **Sumitomo Mitsui Banking Corporation, SMBC Capital Markets, Inc., and Sumitomo Mitsui Banking Corporation Brussels Branch**
*(Creditor) Assigned: 09/18/2008* representing **Washington Mutual Bank and Washington Mutual, Inc.**
*(Creditor)* **Michael J. Venditto**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
(212) 205-6081
212-521-5450 (fax)
mvenditto@reedsmith.com
*Assigned: 09/16/2008* representing **Galleon Buccaneer?s Offshore, Ltd**
*(Unknown)* **Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
(212) 310-8007 (fax)
shai.waisman@weil.com
*Assigned: 09/15/2008* representing **Lehman Brothers Holdings Inc.**
745 Seventh Avenue
New York, NY 10019
*(Debtor)* **Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691
(214) 880-0089
(469) 221-5003 (fax)
dallas.bankruptcy@publicans.com
*Assigned: 09/15/2008* representing **Dallas County**
c/o Linebarger Goggan Blair & Sampson
Elizabeth Weller
2323 Bryan Street
Suite 1600

Dallas, TX 75201
214-880-0089
469-221-5002 (fax)
dallas.bankruptcy@publicans.com
*(Creditor)* **Tarrant County**
c/o Linebarger Goggan Blair & Sampson
Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201
214-880-0089
469-221-5002 (fax)
dallas.bankruptcy@publicans.com
*(Creditor)* **Erin Zavalkoff**
Vedder Price
1633 Broadway
47th Floor
New York, NY 10019
(212) 407-6921
(212) 407-7799 (fax)
ezavalkoff-babej@vedderprice.com
*Assigned: 09/18/2008* representing **Pursuit Capital Partners Master (Cayman) Ltd.**
333 Ludlow Street North Tower
4th Floor
Stamford, CT 06902
Ezavalkiff-babej@vedderprice.com
*(Creditor)* **Peter Alan Zisser**
Holland & Knight, LLP
195 Broadway
New York, NY 10007
(212) 513-3200
(212) 385-9010 (fax)
peter.zisser@hklaw.com
*Assigned: 09/17/2008* representing **Monument Realty LLC**
*(Creditor)*

1.