CLOSED, ECF

# U.S. District Court
# United States District Court for the Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:08-cv-08119-GEL
# Internal Use Only

Securities Investor Protection Corporation v. Lehman Brothers Inc.
Assigned to: Judge Gerard E. Lynch
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 09/19/2008
Date Terminated: 09/19/2008
Jury Demand: None
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Securities Investor Protection Corporation**     represented by **Kenneth J. Caputo**
Securities Investor Protection Corporation
805 Fifteenth Street, N.W.
Washington, DC 20005-2207
(202) 371-8300
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lehman Brothers Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2008 | 1 | COMPLAINT against Lehman Brothers Inc. (Filing Fee $ 350.00, Receipt Number 663671)Document filed by Securities Investor Protection Corporation.(laq) (laq). (Entered: 09/19/2008) |
| 09/19/2008 |   | SUMMONS ISSUED as to Lehman Brothers Inc. (laq) (Entered: 09/19/2008) |
| 09/19/2008 |   | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 09/19/2008) |
| 09/19/2008 |   | Case Designated ECF. (laq) (Entered: 09/19/2008) |
| 09/19/2008 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Securities Investor Protection Corporation.(laq) (laq). (laq). (Entered: 09/19/2008) |
| 09/19/2008 | 3 | ORDER COMMENCING LIQUIDATION: that the customers of the |

|  |  |  |
|---|---|---|
|  |  | defendant Lehman Brothers, Inc. are in need of the protection afforded by the Securities Investor Protection Act of 1970, as amended. Pursuant to 15 U.S.C. 78eee(b)(3), James W. Giddens is appointed Trustee for the liquidation of the business of LBI with all the duties and powers of a trustee as prescribed in SIPA, and the law firm of Hughes Hubbard & Reed LLP is appointed counsel for the Trustee. The Trustee shall file a fidelity bond satisfactory to the Court in the amount of $100,000.00. All persons and entities are notified that, subject to the other provisions of 11 U.S.C. 362, the automatic stay provisions of 11 U.S.C. 362(a) operate as a stay of: paragraphs A-H as set forth in this Order. All persons and entities are stayed, enjoined and restrained from directly or indirectly removing, transferring, setting off, receiving, changing, selling, pledging, assigning or otherwise disposing of, withdrawing or interfering with any assets or property owned, controlled or in the possession of LBI, including but not limited to the books and records of LBI, and customers' securities and credit balances, except for the purpose of effecting possession and control of said property by the Trustee and as further set forth in this Order. The SIPA Trustee is authorized to operate the business of LBI to: (a) conduct business in the ordinary course until 6:00pm on 9/19/08, including without limitation, the purchase and sales of securities, commodities futures and option transactions, and obtaining credit and incurring debt in relation thereto; (b) complete settlements of pending transactions, and to take other necessary and appropriate actions to implement the foregoing, in such accounts until 6:00 pm on 9/23/08; and (c) take other action as necessary and appropriate for the orderly transfer of customer accounts and related property. The Clerk of the Court is directed to immediately open the docket in this proceeding and that this Order be entered on the docket immediately. The Clerk of the Court is directed to produce seventy-five (75) certified copies of this Order, at the regular cost, immediately upon the Order's entry onto the docket. Pursuant to 78eee(b)(4), this liquidation proceeding is removed to the U.S. Bankruptcy Court for the S.D.N.Y., and shall be transmitted electronically to by the Clerk of Court immediately upon entry on the docket. The Trustee is authorized to take immediate possession of the property of LBI, wherever located, including but not limited to the books and records of LBI and to open accounts and obtain a safe deposit box at a bank or banks to be chosen by the Trustee, and the Trustee may designate such of his representatives who shall be authorized to have access to such property. (Signed by Judge Gerard E. Lynch on 9/19/08) (tro) (Entered: 09/19/2008) |
| 09/19/2008 |  | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court - Southern District of New York. Sent original file along with documents numbered 1-3, certified copy of docket entries and transfer order.. (tro) (Entered: 09/19/2008) |