JUDGE LYNCH

JOSEPHINE WANG
General Counsel
KENNETH J. CAPUTO
Senior Associate General Counsel for Litigation
SECURITIES INVESTOR PROTECTION
 CORPORATION
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005-2207
Telephone: (202) 371-8300

08 CV 8119

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

v.

LEHMAN BROTHERS INC.

    Defendant.

Civil Action No.

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Securities Investor Protection Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: September 19, 2008

                                                              Kenneth J. Caputo
                                                              Attorney Bar Code:   KC 4284

60394638_2.DOC