WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                               :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :   08-13555 (JMP)
:
Debtors.                                  :   (Jointly Administered)
:
------------------------------------------------------------x

### NOTICE OF AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON SEPTEMBER 19, 2008 AT 4:00 P.M.[1]

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, Courtroom 601, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTERS:**

1.  Debtors' Motion for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Citibank Clearing Advances **[Docket No. 109]**

    Responses Received:

    A.  Statement Of Citigroup Inc. In Support Of Motion Of Debtors For Order, Pursuant To Section 105 Of The Bankruptcy Code, Confirming Status Of Citibank Clearing Advances **[Docket No. 110]**

---

[1] Any party who wishes to appear telephonically at the September 19, 2008 hearing must contact Christopher Stauble at (212) 735-4935.

II. **CONTESTED MATTERS:**

1. Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 60]**

    Additional Documents:

    A. Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser **[Docket No. 107]**

    Response Deadline:  September 19, 2008 at 4:00 p.m. (Responses received to date)

    Responses Received and Filed with Court:

    A. Occidental Energy Marketing, Inc.'s Objection to Motion of Debtors to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 98]**

    B. Objection / Limited Objection and Reservation of Rights of SP4 190 S. LaSalle, L.P. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 103]**

    C. Objection of Overstock.com, Inc., And Certain Current or Former Shareholders Thereof, And Certain Current or Former Shareholders of Novastar Financial, Inc., To Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up Fee; and (D) Approve The Sale of the Purchased Assets and The Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 114]**

    D. TransCanada Pipelines Limited's Objection to Motion of Debtors to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 116]**

    E. Objection of Verizon Communications Inc. to Motion of Debtors to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 118]**

2

F.  Iron Mountain Information Management, Inc.'s Reservation of Rights and Limited Objection to Assumption and Assignment of Contracts and Proposed Cure Amounts **[Docket No. 122]**

G.  Objection of BATS Holdings, Inc. to Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Related to the Purchased Assets **[Docket No. 124]**

H.  Reservation of Rights and Limited Objection of Henegan Construction Co., Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 126]**

J.  Limited Objection of Elliott Entities to Motion to Approve Sale **[Docket No. 130]**

K.  Limited Objection Of The Harbinger Funds To Debtors' Motion To Approve The Sale Of The Purchased Assets And The Assumption And Assignment Of Contracts Relating To The Purchased Assets **[Docket No. 131]**

L.  Objection Of Amber Capital Investment Management To The Debtors' Motion To Approve The Sale Of The Purchased Assets And The Assumption And Assignment Of Contracts Relating To The Purchased Assets **[Docket No. 132]**

M.  Objection of Essex Equity Holdings USA, LLC., M. Brian Maher, & Basil Maher to Motion **[Docket No. 136]**

N.  Objection of 4Kids Entertainment to Motion **[Docket No. 140]**

O.  Protective Response of 125 High Street, L.P. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 142]**

P.  Limited Objection to Proposed Cure Amount and Response of Structure Tone Inc. to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Othr Interests and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases **[Docket No. 145]**

Q.  Objection of Northgate Minerals Corporation to Motion **[Docket No. 146]**

R.  Objection of DCI Umbrella Fund PLC, an Umbrella Fund with Segregated Liability Sub-Funds, on Behalf of Diversified Credit Investment Fund One to Debtor's Motion **[Docket No. 157]**

T.  AT&T Companies' Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 158]**

U.  Objection to Motion by Diversified Credit Investments LLC as agent for the Government of Singapore Investment Corporation PTE, Ltd.  **[Docket No. 159]**

V.  Limited Objection and Reservation of Rights of IntraLinks, Inc. to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 160]**

W.  Objection to Motion Limited Objection and Reservation of Rights of Ad Hoc Committee of Bondholders **[Docket No. 161]**

X.  Fannie Mae's Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 162]**

Y.  Objection of Avaya Inc. To Debtors' Notice Of Assumption And Assignment Of, And Amounts Necessary To Cure Defaults Under Contracts And Leases To Be Assumed And Assigned To Successful Purchaser **[Docket No. 163]**

Z.  Limited Objection of Bloomberg L.P. and Bloomberg Finance L.P. to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets  **[Docket No. 164]**

AA.  Response of Royal Bank of Scotland plc and ABN AMRO NV to Debtors' Motion dated September 17, 2008 for Sale Approval **[Docket No. 165]**

BB.  Reservation of Rights and Limited Objection of Hilliard Farber & Co., Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 168]**

CC.  Protective Response of Interactive Data Corporation to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 169]**

DD.  Objection of FX Alliance, LLC and it's Affiliates and Subsidiaries to Debtors' Cure Notice **[Docket No. 170]**

4

EE. Limited Objection and Reservation of Rights of 1301 Properties Owner, LP to Debtors' Motion to Sell Assets and Notice of Assumption and Assignment of, and Amounts Neccessary to Cure Defaults Under, Contracts and Leases to Be Assumed and Assigned to Successful Purchaser **[Docket No. 171]**

FF. Reservation of Rights and Limited Objection of Training the Street, Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets **[Docket No. 172]**

Responses Received by Debtors via Email:

A. Email received from Pursuit Capital Partners Master (Cayman) Ltd. and Pursuit Opportunity Fund I Master Ltd.

B. Email received from Monarch Realty LLC

C. Email received from Sandy Mayerson, at sandy.mayerson@hklaw.com, of Holland & Knight on behalf of Lehman Executives.

D. Email received from Gregory A. Blue on behalf of a Group of Employees of LBI

E. Email received from Dresdner Kleinwort Group Holdings LLC

F. Email received from Martin J. Bienenstock of Dewey & LeBoeuf LLP on behalf of Royal Bank of Scotland

G. Email received from Howard D. Ressler, Esq. on behalf of Diversified Credit Investments, Inc. and DCI Asset Management Ireland Limited

H. Email received from David A. Rozensweig on behalf of AT&T Corp.

5

08-13555-mg    Doc 205    Filed 09/19/08    Entered 09/19/08 15:47:08    Main Document
                                                            Pg 6 of 6

<u>Status</u>: A proposed order will be submitted to the court

Dated: September 19, 2008
      New York, New York

                              <u>/s/ Jacqueline Marcus</u>
                              Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

6