# **Exhibit A**

**Lehman US ICAP Receivables Figures 15/09/08**

| LEHMAN Entity | ICAP Entity | Proposed Lehman Cure Amount | ICAP Claimed Amount |
|---|---|---|---|
| LEHMAN BROTHERS INC | ICAP CAPITAL MARKETS | | $312,904.70 |
| | ICAP SECURITIES | | $179,656.74 |
| | ICAP CORPORATES | | $75,495.30 |
| | WRIGHTSON | | $8,119.81 |
| | FIRST BROKERS | | $171,076.50 |
| | ICAP ELECTRONIC BROKING | | $13,291.09 |
| | GOVPX | | $757.50 |
| **TOTAL LEHMAN BROTHERS INC.** | | | **$761,301.64** |
| LEHMAN BROTHERS HOLDING | ICAP CAPITAL MARKETS | | $17,195.85 |
| **TOTAL LEHMAN BROTHERS HOLDING** | | | **$17,195.85** |
| **GRAND TOTAL ICAP US** | | | **$778,497.49** |

| LEHMAN Entity | ICAP Entity | Proposed Lehman Cure Amount | ICAP Claimed Amount |
|---|---|---|---|
| LEHMAN BROTHERS COMMERCIAL CORP | ICAP CAPITAL MARKETS | | $377,684.33 |
| **TOTAL LEHMAN BROTHERS COMMERCIAL CORP** | | | **$377,684.33** |
| LEHMAN BROTHERS INTERNATIONAL | ICAP CORPORATES | | $44,862.00 |
| | EBS | | $38,858.13 |
| **TOTAL LEHMAN BROTHERS INTERNATIONAL** | | | **$83,720.13** |
| LEHMAN BROTHERS SPECIAL FINANCING INC | ICAP CAPITAL MARKETS | | $676,436.50 |
| | ICAP CORPORATES | | $663,202.73 |
| **TOTAL LEHMAN BROTHERS SPECIAL FINANCING** | | | **$1,339,639.23** |
| LEHMAN BROTHERS COMMODITY SERVICES INC | ICAP ENERGY NA | | $212,917.00 |
| | ICAP UNITED | | $16,506.00 |
| **TOTAL LEHMAN BROTHERS COMMODITY SERVICES INC** | | | **$229,423.00** |
| **GRAND TOTAL ICAP US** | | | **$2,030,466.69** |

# Exhibit B

| LEHMAN Entity | ICAP Entity | Proposed Lehman Cure Amount | ICAP Claimed Amount |
|---|---|---|---|
| **Lehman UK ICAP Receivables Figures 15/09/08** | | | |
| LEHMAN BROTHERS INC | EBS | | £2,477.02 |
| | Harlow London Limited | | £5,943.27 |
| | ICAP Energy Limited | | £25,165.93 |
| | ICAP Europe Limited | | £99,014.92 |
| | ICAP Securities Limited | | £688,974.81 |
| | IMS | | £6,938.35 |
| **TOTAL UK** | | | **£828,514.30** |
| **Lehman ICAP Asia Receivables Figures 15/09/08** | | | |
| Lehman Brothers Inc | Singapore AP | | £56,511.00 |
| | Korea | | £34,801.00 |
| | Reset | | £42,574.00 |
| | EBS Japan | | £4,242.00 |
| **TOTAL ASIA** | | | **£138,128.00** |
| **Lehman Global Link Receivables Figures 15/09/08** | | | |
| LEHMAN BROTHERS INC | US - Linkbrokers Derivatives Corporation | | £111,982.80 |
| **TOTAL** | | | **£111,982.80** |
| **GRAND TOTAL ICAP EUROPE LEHMAN BROTHERS INC** | | | **£1,078,625.10** |
| **Lehman UK ICAP Receivables Figures 15/09/08** | | | |
| LEHMAN BROTHERS HOLDING | ICAP Europe Limited | | £365.83 |
| **TOTAL** | | | **£365.83** |
| **ID TOTAL ICAP EUROPE LEHMAN BROTHERS HOLDINGS** | | | **£365.83** |
| **GRAND TOTAL ICAP EUROPE** | | | **£1,078,990.93** |

| LEHMAN Entity | ICAP Entity | Proposed Lehman Cure Amount | ICAP Claimed Amount |
|---|---|---|---|
| **Lehman UK ICAP Receivables Figures 15/09/08** | | | |
| LEHMAN BROTHERS COMMERCIAL CORP | ICAP Energy Limited | | £12,324.05 |
| **TOTAL** | | | **$12,324.05** |
| LEHMAN BROTHERS SPECIAL FINANCING INC | ICAP Energy Limited | | £132.52 |
| | ICAP Securities Limited | | £17,400.77 |
| **TOTAL** | | | **£17,533.29** |
| LEHMAN BROTHERS COMMODITY SERVICES INC | ICAP Energy Limited | | £19,373.96 |
| **TOTAL** | | | **£19,373.96** |
| **TOTAL ICAP UK** | | | **£49,231.30** |
| **Lehman ICAP Asia Receivables Figures 15/09/08** | | | |
| Lehman Brothers International | Reset | | £17,148.00 |
| **TOTAL** | | | **£17,148.00** |
| LEHMAN BROTHERS SPECIAL FINANCING INC | Australia | | £204,328.00 |
| | Total Unbilled GBP | | £19,743.00 |
| | Singapore AP | | £22,852.00 |
| | Total Unbilled GBP | | £25,506.00 |
| | Reset | | £139,958.00 |
| **TOTAL** | | | **£412,387.00** |
| **TOTAL ICAP ASIA** | | | **£429,535.00** |

# Exhibit C

| b/l | issue | cusip | qty | contract value |
|---|---|---|---|---|
| b | allison trans 11% | 019736aa5 | $ 1,725,000.00 | $ 1,621,500.00 |
| b | allison trans 11% | 019736aa5 | $ 289,000.00 | $ 271,660.00 |
| b | ambac 9 3/8% | 023139aa6 | $ 300,000.00 | $ 297,000.00 |
| b | ames true 10% | 031042ab0 | $ 3,000,000.00 | $ 1,770,000.00 |
| b | banco bmg | 05949rac7 | $ 265,000.00 | $ 265,000.00 |
| b | calpine 8.75% | 13199act6 | $ 1,000,000.00 | $ - |
| b | calpine 7.875% | 13199acu3 | $ 400,000.00 | $ - |
| b | colonial bk 8% | 195554ck4 | $ 200,000.00 | $ 206,000.00 |
| b | colonial bk 8% | 195554ck4 | $ 20,000.00 | $ 20,600.00 |
| b | dole 8.75% | 256605ad8 | $ 41,000.00 | $ 39,360.00 |
| b | jpmorgan | 46623ehj1 | $ 1,400,000.00 | $ 1,372,000.00 |
| b | kbw | 482423100 | $ 62,200.00 | $ 1,741,600.00 |
| b | ply gen 9% | 729416ag2 | $ 619,000.00 | $ 346,640.00 |
| b | rescap 7.186 | 76113ban9 | $ 1,840,000.00 | $ 1,012,000.00 |
| b | tekniplez 8.75% | 87910pah3 | $ 280,000.00 | $ 215,600.00 |
| l | adv micro 7.75% | 007903aj6 | $ 600,000.00 | $ 456,000.00 |
| l | adv micro 7.75% | 007903aj7 | $ 1,808,000.00 | $ 1,374,080.00 |
| l | adv micro 7.75% | 007903aj8 | $ 2,000,000.00 | $ 1,520,000.00 |
| l | brookstone 12% | 114535ab3 | $ 1,250,000.00 | $ 1,125,000.00 |
| l | currency shares | 23130c108 | $ 20,500.00 | $ 3,013,500.00 |
| l | greektown 10.75% | 392484aa9 | $ 94,000.00 | $ 73,320.00 |
| l | ldk adr | 50183l107 | $ 43,900.00 | $ 1,975,500.00 |
| l | masonite corp 11% | 575379ae2 | $ 450,000.00 | $ 144,000.00 |
| l | neiman marcus 10 3/8 | 640204ah6 | $ 845,000.00 | $ 861,900.00 |
| | total borrows | | $ 11,441,200.00 | $ 9,178,960.00 |
| | total loans | | $ 7,111,400.00 | $ 10,543,300.00 |

| market val | (exp)/protection |
|---:|---:|
| $ 1,583,550.00 | $ (37,950.00) |
| $ 265,302.00 | $ (6,358.00) |
| $ 290,640.00 | $ (6,360.00) |
| $ 1,718,331.00 | $ (51,669.00) |
| $ 259,700.00 | $ (5,300.00) |
| $ 15,555.00 | $ 15,555.00 |
| $ - | $ - |
| $ 200,837.60 | $ (5,162.40) |
| $ 20,083.76 | $ (516.24) |
| $ 38,562.75 | $ (797.25) |
| $ 1,342,880.00 | $ (29,120.00) |
| $ 2,332,500.00 | $ 590,900.00 |
| $ 339,521.50 | $ (7,118.50) |
| $ 979,570.00 | $ (32,430.00) |
| $ 211,438.64 | $ (4,161.36) |
| $ 443,824.80 | $ 12,175.20 |
| $ 1,337,392.06 | $ 36,687.94 |
| $ 1,479,416.00 | $ 40,584.00 |
| $ 1,101,666.25 | $ 23,333.75 |
| $ 2,937,855.00 | $ 75,645.00 |
| $ 71,181.50 | $ 2,138.50 |
| $ 1,920,186.00 | $ 55,314.00 |
| $ 140,424.75 | $ 3,575.25 |
| $ 844,476.94 | $ 17,423.06 |
| | |
| $ 9,598,472.25 | $ 419,512.25 |
| $ 10,276,423.30 | $ 266,876.70 |

# Exhibit D

## LEHMAN EUROCLEAR E)

### Fail to Receive (CSEC)/(FUT)

| trade date | settle date | issue | isin | quantity | price |
|---|---|---|---|---|---|
| 09/11/08 | 09/16/08 | BODEN 12 | ARARGE034678 | 4,000,000 | 37.84 |
| 09/11/08 | 09/16/08 | COLOM 37 | US195325BK01 | 2,000,000 | 108.25 |
| 09/11/08 | 09/16/08 | BRAZ 17 | US105756BM14 | 3,000,000 | 100.99 |
| 09/12/08 | 09/17/08 | ARG PAR $ | US040114GK09 | 2,000,000 | 31.35 |
| 09/12/08 | 09/17/08 | BRAZ 22 | US105756BL31 | 5,000,000 | 60.89 |
| 09/12/08 | 09/17/08 | PHILIP 32 | US718286BD89 | 3,000,000 | 96.85 |
| 09/12/08 | 09/17/08 | TAQA 5.62-12 | XS0328391429 | 5,085,000 | 98.08 |
|  |  |  |  | **24,085,000** |  |

### Fail to Deliver (USEC)(OTH)(UNMATCHED)

| trade date | settle date | issue | isin | quantity | price |
|---|---|---|---|---|---|
| 09/11/08 | 09/16/08 | BRAZ-40 | US105756AP53 | 2,000,000 | 130.61 |
| 09/08/08 | 09/11/08 | ARG PAR $ | US040114GK09 | 1,000,000 | 31.96 |
| 09/10/08 | 09/15/08 | ARG-DISC -33 | US040114GL81 | 2,000,000 | 69.75 |
| 09/10/08 | 09/15/08 | ARGBON- 15 | ARARGE03F144 | 2,000,000 | 64.00 |
| 09/11/08 | 09/16/08 | BRA- 37 | US105756BK57 | 5,000,000 | 108.76 |
| 09/11/08 | 09/16/08 | BRAZ-17 | US105756BM14 | 2,000,000 | 101.71 |
|  |  |  |  | **14,000,000** |  |

KPOSURE

| mrkt price | covered price | net money | desk | status | SD 9-22-08 New Buy $ |
|---|---|---|---|---|---|
| 35.5000 | 33.4000 | $1,513,600.00 EMKN | | CSEC | $1,336,000.00 |
| 102.0000 | 100.0000 | $2,237,930.56 EMKN | | CSEC | $2,001,638.89 |
| 96.0000 | 95.7500 | $3,059,200.00 EMKN | | CSEC | $2,905,000.00 |
| 28.2500 | 28.0000 | $639,339.44 EMKN | | CSEC | $572,708.89 |
| 60.6000 | 56.6259 | $3,044,690.00 EMKN | | CSEC | $2,831,295.00 |
| 95.2500 | 94.5000 | $2,938,287.50 LDBB | | CSEC | $2,870,593.75 |
| 97.2196 | | $5,100,091.15 FBEM | | FUT | $ 5,113,498.60 |
| | | | | | sub total |
| 125.3000 | 123.2500 | $2,629,922.22 EMKN | | OTH | $2,486,388.89 |
| 28.2500 | 28.0000 | $325,548.06 EMKN | | UNMATCHED | $286,354.44 |
| 59.7500 | 57.6000 | $1,725,306.04 EMKN | | USEC | $1,431,299.97 |
| 57.0000 | 55.2500 | $1,280,000.00 EMKN | | OTH | $1,105,000.00 |
| 101.2500 | 100.4000 | $5,493,416.67 EMKN | | USEC | $5,081,354.17 |
| 96.0000 | 95.7500 | $2,053,866.68 EMKN | | USEC | $1,936,666.67 |
| | | | | | sub total |
| | | | | | Net Exposure |

| Diff |
|---|
| $177,600.00 |
| $236,291.67 |
| $154,200.00 |
| $66,630.55 |
| $213,395.00 |
| $67,693.75 |
| ($13,407.45) |
| |
| $902,403.52 |
| |
| ($143,533.33) |
| ($39,193.62) |
| ($294,006.07) |
| ($175,000.00) |
| ($412,062.50) |
| ($117,200.01) |
| ($1,180,995.53) |
| ($278,592.01) |