# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Limited Objection and Reservation of Rights of ICAP to Debtors' Motion to (a) Schedule a Sale Hearing: (b) Establish Sales Procedures; (c) Approve a Break-Up Fee; and (d) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts relating to Purchased assets was served by First Class Mail, and by electronic mails as and where indicated, addressed as follows:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
E-Mail: harvey.miller@weil.com
E-Mail: jacqueline.marcus@weil.com
E-Mail: shai.waisman@weil.com

Office of the US Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Shoichi Masumoto, Esq.

Dennis F. Dunne, Esq.
Luc A. Despin, Esq.
Wilbur F. Foster Jr., Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
E-Mail: DDunne@milbank.com
E-Mail: LDespins@milbank.com
E-Mail: WFoster@milbank.com

       Paul Aronson, Esq.
       Gregory A. Bray, Esq.
       Milbank Tweed Hadley & McCloy LLP
       601 South Figueroa Street, 30th Floor
       Los Angels, Ca 90017
       E-Mail: GBray@milbank.com

This 19th day of September, 2008.

                                          /s/Michael Blumenthal
                                          Michael Blumenthal