Luma Al-Shibib (LA-4179)
Reed Smith LLP
599 Lexington Avenue, 30th Floor
New York, New York 10022
(212) 521-5400
lalshibib@reedsmith.com

*Attorneys for IKON Office Solutions, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | **Case No. 08-13555 (JMP)** |
| Debtor. | |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Luma Al-Shibib, Esquire, hereby certify that, on the 19th day of September, 2008 I caused true and correct copy of the **OBJECTION OF IKON OFFICE SOLUTIONS, INC. TO DEBTORS' MOTION TO (A) SCHEDULE A SALE HEARING; (B) ESTABLISH SALES PROCEDURES; (C) APPROVE A BREAK-UP FEE; AND (D) APPROVE THE SALE OF THE PURCHASED ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO THE PURCHASED ASSETS** to be served upon the addressees on the attached service list in the manner indicated:

By: /s/ Luma Al-Shibib
Luma Al-Shibib (LA-4179)

## SERVICE LIST

| **VIA FIRST CLASS MAIL & E-MAIL**<br>Harvey R. Miller, Esquire<br>Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>E-mail:  harvey.miller@weil.com<br>          richard.krasnow@weil.com<br>          lori.fife@weil.com<br>          shai.waisman@weil.com<br>          jacqueline.marcus@weil.com | **VIA FIRST CLASS MAIL & E-MAIL**<br>Brian Shoichi Masumoto, Esquire<br>The Office of the Untied States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>E-mail:  brian.masumoto@usdoj.gov |
|---|---|
| **VIA FIRST CLASS MAIL & E-MAIL**<br>Dennis F. Dunne, Esquire<br>Luc A. Despins, Esquire<br>Wilbur F. Foster, Jr., Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  100005<br>E-mail:  DDunne@milbank.com<br>          LDespins@milbank.com<br>          WFoster@milbank.com | **VIA FIRST CLASS MAIL & E-MAIL**<br>Paul Aronson, Esquire<br>Gregory A. Bray, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>601 South Figueroa Street<br>30th Floor<br>Los Angeles, CA  90017<br>E-mail:  AAronsol@milbank.com<br>          GBray@milbank.com |