L. Matt Wilson
GA Bar No: 768801
**THE WILSON LAW FIRM, PC**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326
Email: matt@willaw.com
Telephone:    (404)364-2240
Facsimile:    (404)266-7459

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC. | ) | Case No. 08-13555-jmp |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

**OBJECTION TO SALE MOTION**

Comes now Greg Georgas and Mark Grock, shareholders of the Debtor, by and through their undersigned counsel, who file this their OBJECTION TO SALE MOTION, as follows:

1.

The Asset Purchase Agreement ("Purchase Agreement") was dated on September 16, 2008, a day when the public markets were under tremendous turmoil with so-called "naked short sellers" specifically targeting the Debtor's stock, causing widespread public market "panic" which evidently lead to panic among the Debtor's Senior Management and its Board of Directors.

2.

The Assets subject to the Purchase Agreement are very well-established, valuable operating assets, including the Debtor's core business divisions which have consistently been operated profitably for many years. The price for these core business divisions is only $250,000,000, with additional amounts being paid for certain real estate, and with a price adjustment at the end of the first year that can not exceed an additional $750,000,000. These amounts are not fair and adequate in consideration of the net income which has historically been produced, and may reasonably be expected to be produced in the future, by the subject Assets.

3.

The Debtor's September 10, 2008 Press Release announced Preliminary Third Quarter, 2008, financial results, further indicated that absent Gross Mark-to-Market Adjustments of $5.3 Billion on Residential Mortgage-Related Positions, the Debtor would have reported $1.4 Billion in Net Income. A substantial portion of this Net Income would be have been attributed to the Assets subject to the Purchase Agreement.

4.

The Federal Reserve and U.S. Treasury and various members of the US Congress have announced an intention to create a bailout designed to stem further losses in the Residential Mortgage-Related Markets. There is every indication that the Debtor could and will be able to participate in this bailout fund, thereby providing further protections from losses related to Residential Mortgage-Related Investments, such that the Debtor's best course of action may be to petition this Court to dismiss its Bankruptcy.

5.

The Debtor's September 10, 2008 Press Release announced Preliminary Third Quarter, 2008, financial results, further indicated that the Debtor had "Estimated Liquidity Pool of $42 Billion."

6.

The Debtor's September 10, 2008 Press Release announced Preliminary Third Quarter, 2008, financial results, indicating that "Total Shareholder's Equity of $28.4 Billion, Up from $26.3 Billion." There has been no examination, explanation, or analysis as to the impact of the proposed Asset Sale on this very significant positive Shareholder's Equity, which can not be adequately protected by Creditors acting in their own interests.

7.

More importantly, the market conditions in the real world have substantially improved, because of various events of government intervention, such as the SEC's barring of "naked short" selling; the Federal Reserve's extension of loans to AIG Insurance Company, and the Federal Reserve's extension of approximately $200 Billion into the banking system, all of which provide for changed market conditions, such that the Debtor's Senior Management, and its Board of Directors, and this Honorable Court, should not proceed with any undue haste to approve the subject Asset Sale.

8.

Therefore, at this time, contrary to Paragraph B of this Court's September 17, 2008 Order, the Purchase Agreement does not appear to be in the best interest of the Debtor, and certainly not in the best interests of the Debtor's shareholders. At best, there is no evidence to support this conclusion, or the evidence in regard to this conclusion would have potentially changed, such that the Court should reconsider this issue, and require that the Debtor and its Creditors to satisfy the Court with record evidence in this regard. The hand-wringing of panicked executives should not be accepted as evidence of best interests.

9.

Similarly, at this time, contrary to Paragraph D of this Court's September 17, 2008 Order, there no longer appears to be any threat of immediate or irreparable harm if the approval of the Sale is postponed to permit a more through, appropriate, and in-debt consideration of the sale and/or a public market auction of these assets, in a more calm manner free from panic.

10.

Similarly, at this time, contrary to Paragraph E of this Court's September 17, 2008 Order, the Purchased Assets no longer appear to be wasting, and the exigent circumstances have waned, such that it appears appropriate for the approval to be addressed in a more thoughtful and deliberate manner.

For all of these reasons, the undersigned, on behalf of shareholders Greg Georgas and Mark Grock, hereby objects to the said sale, and particularly to the consideration of the sale on an emergency, expedite, or panicked basis.

Respectfully submitted, this 19th day of September, 2008.

THE WILSON LAW FIRM, P.C.

 /s/ L. Matt Wilson
L. Matt Wilson
Georgia Bar No. 768801
(*Pro Hac Vice* Pending)

**THE WILSON LAW FIRM, P.C.**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326
Telephone:    (404)364-2240
Facsimile:    (404)266-7459

Z:\WP\830\01\Objection to Sale.pld.wpd

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the persons listed below via electronic mail on this 14th day of April, 2008.

                                            /s/ L. Matt Wilson

Marc Abrams
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
(212) 728-8111 (fax)
maosbny@willkie.com

**George Angelich**
Arent Fox LLP
1675 Broadway
New York, NY 10019
(212) 457-5423
(212) 484-3990 (fax)
angelich.george@arentfox.com

**Walter Benzija**
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022
(212) 765-9100
(212) 765-0964 (fax)
wbenzija@halperinlaw.net

**Bradford M. Berry**
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
(202) 418-5127
bberry@cftc.gov

**Martin J. Bienenstock**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
212-259-8530
212-259-6333 (fax)
martin.bienenstock@dl.com

**Matthew Allen Cantor**
Normandy Hill Capital L.P.
150 East 52nd Street
10th Floor
New York, NY 10022
(212) 616 2113
212-616-2101 (fax)
mcantor@normandyhill.com

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7955
(212) 808-7897 (fax)
jcarr@kelleydrye.com

**Maureen A. Cronin**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
(212) 909-6292
(212) 909-6836 (fax)
macronin@debevoise.com

**Israel Dahan**
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281
(212) 504-6000
(212) 504-6666 (fax)
israel.dahan@cwt.com

**George A. Davis**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212)504-6000
(212)504-6666 (fax)
george.davis@cwt.com

**Paul H. Deutch**
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-6137 (fax)
paul.deutch@troutmansanders.com

**Michael James Edelman**
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019
(212) 407-7700
(212) 407-7799 (fax)
mjedelman@vedderprice.com

**Charles R. Ekberg**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
(206) 223-7012
(206) 613-4255 (fax)
ekbergc@lanepowell.com

**David Elrod**
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201
(214) 855-5188
(214) 855-5183 (fax)
delrod@elrodtrial.com

**Daniel J. Flanigan**
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street
Suite 1000
Kansas City, MO 64112
(816) 753-1000
(816) 753-1536 (fax)


**Eduardo J. Glas**
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 624-7070 (fax)
eglas@mccarter.com


**Matthew J. Gold**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
18th Floor
New York, NY 10176
(212) 880-9827
(212) 986-8866 (fax)
mgold@kkwc.com


**Antonia Golianopoulos**
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820
(212) 506-2500
(212) 262-1910 (fax)
agolianopoulos@mayerbrownrowe.com


**Howard R. Hawkins, Jr.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6000
(212) 504-6666 (fax)
howard.hawkins@cwt.com

**Dion W. Hayes**
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
(804) 775-1144
(804) 698-2078 (fax)
dhayes@mcguirewoods.com

**Ira L. Herman**
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022
(212) 751-3045
(214) 999-9139 (fax)
ira.herman@tklaw.com

**John E. Jureller, Jr.**
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017
(212) 972-3000
(212) 972-2245 (fax)
jjureller@klestadt.com

**Gregory O. Kaden**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
617-482-1776
617-574-4112 (fax)
gkaden@goulstonstorrs.com

**Deborah Kovsky-Apap**
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
(313) 393-7331
(313) 731-1572 (fax)
kovskyd@pepperlaw.com

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031
(404) 873-8120
(404) 873-8121 (fax)
bkrfilings@agg.com

**David M. LeMay**
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5112
(212) 541-5369 (fax)
dlemay@chadbourne.com

**Shari D. Leventhal**
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045
(212) 720-5018
(212) 720-8709 (fax)
shari.leventhal@ny.frb.org

**Richard B. Levin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (fax)
rlevin@cravath.com

**Judy G.Z. Liu**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8512
(212) 259-6333 (fax)
judy.liu@dl.com

**Edward Joseph LoBello**
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5364
(212) 885-5002 (fax)
elobello@blankrome.com

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (fax)
jacqueline.marcus@weil.com

**Frank McGinn**
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
(617) 422-0200
(617) 422-0383 (fax)
ffm@bostonbusinesslaw.com

**David C. McGrail**
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036
(646) 290-6496
(646) 224-8377 (fax)
dmcgrail@davidmcgraillaw.com

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (fax)
harvey.miller@weil.com

**Harold S. Novikoff**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1000
(212) 403-2000 (fax)
hsnovikoff@wlrk.com

**R. Stephen Painter, Jr.**
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005
(646) 746-9815
(646) 746-9940 (fax)
spainter@cftc.gov

**Sydney G. Platzer**
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas
18th Floor
New York, NY 10018
(212) 593-3000
(212) 593-0353 (fax)
splatzer@platzerlaw.com

**Amanda Raboy**
Covington & Burling LLP
620 Eigth Avenue
New York, NY 10018
(212) 841-1000
(212) 841-1010 (fax)
araboy@cov.com

**John J. Rapisardi**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212)504-6000
(212)504-6666 (fax)
john.rapisardi@cwt.com

**George Rosenberg**
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80166
(303) 738-7846
grosenberg@co.arapahoe.co.us

**Douglas B. Rosner**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
(617) 574-6595 (fax)
drosner@goulstonstorrs.com

**Chester B. Salomon**
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500
(212) 319-8505 (fax)

**Howard Seife**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212)408-5361
(212) 541-5369 (fax)
hseife@chadbourne.com

**Andrea Sheehan**
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(214) 521-8000
(214) 521-1738 (fax)
sheehan@txschoollaw.com

**James H. Shenwick**
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017
212-541-6224
646-218-4600 (fax)
jhs7@att.net

**Joseph E. Shickich, Jr.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
(206) 624-3600
(206) 389-1708 (fax)
jshickich@riddellwilliams.com

**Ronald J. Silverman**
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7868
(212) 752-5378 (fax)
ronald.silverman@bingham.com

**Keith A. Simon**
Latham & Watkins, LLP
885 Third Avenue
New York, NY 60606
(212) 906-1200
(212) 751-4864 (fax)
keith.simon@lw.com

**Thomas R. Slome**
Meyer. Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530
516-741-6565
516-741-6706 (fax)
lgomez@msek.com

**Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019
(212) 424-8580
(212) 649-0918 (fax)
esmith@llgm.com

**Mark A. Speiser**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
212-806-6006 (fax)
mspeiser@stroock.com

**Malani Sternstein**
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112
(212) 332-3800
(212) 332-3888 (fax)
msternstein@sheppardmullin.com

**Harvey A. Strickon**
Paul,Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000
(212) 230-7689 (fax)
harveystrickon@paulhastings.com

**Scott Talmadge**
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
(212) 836-7039
(212) 837-7157 (fax)
stalmadge@kayescholer.com

**My Chi To**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
(212) 909-7425
(212) 909-6836 (fax)
mcto@debevoise.com

**Amit K. Trehan**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2198
(212) 262-1910 (fax)
atrehan@mayerbrown.com

**Michael J. Venditto**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
(212) 205-6081
212-521-5450 (fax)
mvenditto@reedsmith.com

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
(212) 310-8007 (fax)
shai.waisman@weil.com

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691
(214) 880-0089
(469) 221-5003 (fax)
dallas.bankruptcy@publicans.com

**Erin Zavalkoff**
Vedder Price
1633 Broadway
47th Floor
New York, NY 10019
(212) 407-6921
(212) 407-7799 (fax)
ezavalkoff-babej@vedderprice.com

**Peter Alan Zisser**
Holland & Knight, LLP
195 Broadway
New York, NY 10007
(212) 513-3200
(212) 385-9010 (fax)
peter.zisser@hklaw.com