**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                                                  :        Chapter 11
                                                                             :
LEHMAN BROTHERS HOLDINGS INC.,    :        Case No. 08-13555 (JMP)
                                                                             :
        Debtor.                                                     :
                                                                             :
---------------------------------------------------------x

## OBJECTION OF HST LESSEE SNYT LLC AS LESSEE OF SHERATON NEW YORK HOTEL & TOWERS TO PROPOSED CURE AMOUNTS

HST Lessee SNYT LLC ("HST"), as lessee of Sheraton New York Hotel & Towers, hereby objects to the proposed cure amount set forth in the schedule of cure amounts filed by the Debtor as follows:

1.      HST is a party to an executory contract with Lehman Brothers ("Lehman") pursuant to a Letter of Agreement, effective as of October 31, 2006.

2.      Pursuant to a Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser, Lehman has scheduled HST as being owed $544,291.00 (the "Proposed Cure Amounts"). This is incorrect. Pursuant to an Invoice dated September 15, 2008, the amounts owed to HST aggregate $626,314.69. A copy of the September 15, 2008 Invoice is annexed hereto as Exhibit "A".

**WHEREFORE**, HST respectfully submits that the Proposed Cure Amount for its executory contract be modified as provided herein, and for such further relief as the Court deems proper.

Dated: September 19, 2009
      New York, New York

                              Respectfully submitted,

                              OTTERBOURG, STEINDLER, HOUSTON &
                              ROSEN, P.C.

                              /s/David M. Posner
                              David M. Posner
                              230 Park Avenue
                              New York, New York 10169
                              Telephone: (212) 661-9100
                              Facsimile: (212) 682-6104

                              Attorneys for HST Lessee SNYT Lessee

# EXHIBIT A



**Sheraton New York
Hotel & Towers
Sheraton Manhattan**

811 Seventh Avenue
New York, NY 10019
T. 212-841-6427  F. 212-489-3713

# INVOICE

To: Lehman Brothers
Attn: Mr. Jennifer Kelly
1271 Avenue of the Americas
New York, NY 10020

DATE: September 15, 2008
Page 1

| SALESPERSON | ACCOUNT NUMBER | DATE OF EVENT/STAY | GROUP CODE | INVOICE SENT VIA | ACCOUNTING COORDINATOR |
|---|---|---|---|---|---|
| Joyce Rose | 272291 | 8/31-9/6, 2008' | LMH31A | Airborn/Fax | Edison Nunez |

| DATE | FUNCTION | EVENT ORDER# REFERENCE# | AMOUNT |
|---|---|---|---|
| | **Bill #1** | | |
| | F&B - AV - ELEC - SYSTEMS | 272291 | $ 523,213.13 |
| | **Bill #2** | | |
| | RMTX PER ROOMING LIST | 272292 | $ 3,552.67 |
| | **Bill #3** | | |
| | RMTX FOR 1:1 MEETING ROOMS AND STORAGE | 272293 | $ 199,548.89 |
| | | SUBTOTAL | $ 726,314.69 |
| | | DEPOSIT | $ (100,000.00) |
| | | PAYMENT | $ - |
| | | TOTAL DUE | $ 626,314.69 |

Make all checks payable to:  Sheraton New York Hotel
Attn: Edison Nunez
811 Seventh Avenue
Accounting/4th Floor
New York, NY 10019