WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York  10019-6099
(212) 728-8000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., et al., | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFIED STATEMENT OF**
**WILLKIE FARR & GALLAGHER LLP PURSUANT TO BANKRUPTCY RULE 2019**

Marc Abrams, Esq. on behalf of Willkie Farr & Gallagher LLP ("WF&G"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and LB 745, LLC (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. WF&G is counsel to the Entities in the above-captioned cases. The address for WF&G for purposes of this statement is 787 Seventh Avenue, New York, NY 10019.

2. The mailing address for each of the Entities is listed on Exhibit A hereto.

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

4. The following are the facts and circumstances in connection with WF&G's employment in these cases.  WF&G represented each of the Entities prior to the

4471553.3

- 2 -

Debtors' chapter 11 cases. Each of the Entities separately requested that WF&G represent them in connection with the Debtors' chapter 11 cases.

    5.  Upon information and belief, WF&G does not possess any claims against or interests in the Debtors.[1] WF&G is still investigating whether it possesses any claims against any affiliates of the Debtors.

---

[1] Members and associates of WF&G, in their individual capacities, may hold claims and/or equity interests in the Debtors.

4471553.3

Dated: New York, New York
September 19, 2008

                    **WILLKIE FARR & GALLAGHER LLP**


By: /s/ Marc Abrams
    Marc Abrams, Esq.
    Shelley C. Chapman, Esq.

787 Seventh Avenue
New York, New York 10019
(212) 728-8000

# **EXHIBIT A**

# LIST OF CLIENTS ADVISED

AIG Financial Products Corp.
70 Pine Street, 10th Floor
New York, NY  10270
(212) 770-7876

AIG Global Investment Corp.
70 Pine Street, 10th Floor
New York, NY  10270
(212) 770-7876

Bloomberg L.P., Bloomberg Finance LP and their Affiliates
731 Lexington Avenue
New York, NY  10022
(212) 318-2000

IntraLinks, Inc.
150 East 42nd Street
8th Floor
New York, NY 10017
(212) 543-7735

Jarden Corporation and its Affiliates
555 Theodore Fremd Avenue
Rye, NY  10580
(914) 967-9400