**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| GARDEN OF EDEN | ) | |
| ENTERPRISES, INC. | ) | |
| D/B/A GARDEN OF EDEN, *et al.* | ) | Case No. 16-12488 (JLG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

---

### ORDER AUTHORIZING THE SERVICE OF AND DIRECTING THE DEBTORS' COMPLIANCE WITH THE COMMITTEE'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS OF THE DEBTORS PURSUANT TO BANKRUPTCY RULE 2004

The Statutory Committee of Unsecured Creditors (the "Committee"), having filed an application (the "Application") [Docket No. 219] pursuant to Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule") 2004, for an order authorizing the service of and directing the Debtors' compliance with that certain First Request for the Production of Documents of the Debtors, in the form attached to the Application as Exhibit "A" (the "Document Requests"), in accordance with Bankruptcy Rule 2004; and it appearing that due and sufficient notice of the Application having been given and no further notice need be given; **and no objections to the Application having been interposed; and[JLG]** after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Application be, and hereby is, granted to the extent set forth herein.

2.      The Committee is hereby authorized to immediately serve the Document Requests on the Debtors.

3.      Within thirty (30) days of service of the Document Requests on the Debtors (subject to extension by agreement of the parties or order of this Court), the Debtors shall

produce to the Committee, in care of their counsel, all documents responsive to the Document

Requests, subject to the definitions and instructions contained therein.

4.      This Court shall retain jurisdiction to resolve any issues with respect to the relief

provided by this Order.

Dated: New York, New York

March 2, 2018                          /s/ *James L. Garrity, Jr.*

HONORABLE JAMES L. GARRITY JR.
UNITED STATES BANKRUPTCY JUDGE