UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:  : Chapter 11

LEHMAN BROTHERS HOLDING INC., : Case No. 08-13555 (JMP)
*et al.*,  : Jointly Administered

                Debtors. : Re: Dkt. No. 60

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                    ) ss.:
COUNTY OF NEW YORK   )

     **NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel for the Official Committee of Unsecured Creditors in the above-captioned Chapter 11 proceedings, and that on the 14th day of August, 2008, she caused a copy of the following document to be served as indicated upon the parties listed on the attached service list:

- *Cure Amount Objection And Reservation Of Rights Of Thomson Reuters Plc And Thomson Reuters Corporation With Respect To Debtors' Motion To (A) Schedule A Sale Hearing; (B) Establish Sales Procedures; (C) Approve A Break-Up Fee; And (D) Approve The Sale Of The Purchased Assets And The Assumption And Assignment Of Contracts Relating To The Purchased Assets*

                                                       Nora E. Morales

Sworn to and subscribed before
me this 19th day of September 2008

_____
Notary Public

RUBY HYDE
Notary Public, State of New York
No. 01HY6040493
Qualified in Bronx County
Commission Expires April 24, 201_

900200.00001/6670653v.1

## SERVICE LIST

| CONTACT | FACSIMILE AND/OR ELECTRONIC MAIL |
|---|---|
| Harvey Miller, Esq.<br>Richard Krasnow, Esq.<br>Lori, Fife, Esq.<br>Shai Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 | E-Mail: harvey.miller@weil.com<br>E-Mail: jacqueline.marcus@weil.com<br>E-Mail: shai.waisman@weil.com<br>E-Mail: lori.fife@weil.com |
| Dennis F. Dunne, Esq.<br>Luc A. Despins, Esq.<br>Wilbur F. Foster, Jr., Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | E-Mail: ldespins@milbank.com<br>E-Mail: ddunne@milbank.com<br>E-Mail: wfoster@milbank.com |
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Office of the U.S. Trustee | Facsimile: (212) 668-2255 |

900200.00001/6670653v.1