Robert N. H. Christmas, Esq.
Joseph M. Gitto, Esq.
Lesley M. Varghese, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, New York  10022
Telephone: (212) 940-3000
Direct:  (212) 940-3103
Facsimile: (212) 940-3111
E-Mail:  rchristmas@nixonpeabody.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————
                                              )
In re:                                        )          Chapter 11
                                              )          Case No.:  08-13555 (jmp)
        Lehman Brothers Holdings Inc.,        )
                                              )          Hon. James M. Peck
                Debtor                        )
——————————————————————————)

### LIMITED OBJECTION TO ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE DEFAULTS UNDER CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER

Intuition Publishing, Inc. ("Intuition"), by and through their counsel, Nixon Peabody,

LLP respectfully submits its limited objection and reservation of rights (the "Objection")

concerning Lehman Brothers Holdings Inc.'s (the "Debtor") Notice for the Assumption and

Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to Be

Assumed and Assigned to Successful Purchaser (the "Assumption Notice") by Lehman Brothers

Inc. ("LBI").

Having reviewed the Assumption Notice, Intuition can not determine from the LBI's

descriptions therein, which of its contracts are being assumed.  Intuition reserves the right to

supplement its Objection upon further investigation or receipt of more precise information from

LBI.  In addition, Intuition otherwise reserves all rights and remedies with respect to all of its

contracts with LBI or the Debtor.


DATED:        New York, New York
              September 19, 2008

                          Nixon Peabody LLP


                          By: _/s/ Joseph Gitto_____
                              Robert N. H. Christmas, Esq.
                              Joseph M. Gitto, Esq.
                              Lesley M. Varghese, Esq.
                              Nixon Peabody LLP
                              437 Madison Avenue
                              New York, New York  10022
                              Telephone: (212) 940-3000
                              Direct:  (212) 940-3134
                              Facsimile: (212) 940-3111

11157218.1