## Net Receivables - Lehman

|  | Brokerage | PFOF | Total |
|---|---|---|---|
| June* | 312,509.00 |  | 312,509.00 |
| July | 275,360.10 |  | 275,360.10 |
| August | 256,419.15 | 603,015.00 | 859,434.15 |
| September** | 157,957.00 | 350,711.40 | 508,668.40 |
| Total | 1,002,245.25 | 953,726.40 | 1,955,971.65 |

* payment of $287,059 was received September 16, 2008
** September not yet invoiced

LiquidPoint LLC
Schedule of Aged Receivables
9/17/2008

| Status | O |
| --- | --- |
| Type | (All) |
| AR account | (All) |

Sum of Total open

| Aging Bucket | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Account | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | 151-180 | 180+ | Grand Total |
| Lehman Brothers | 256,419.15 | 275,360.10 | 312,509.00 | | | | | 844,288.25 |

**LiquidPoint**
**BNY ConvergEx Group**

Tax ID: 36-4271259
311 South Wacker Dr
Suite 4700
Chicago, IL 60606

*P. O. No.*

*MONTH*
*June 08*
*BKGEFEE JUN08*

## BILL TO:
Lehman Brothers Inc.

## TERMS
Due on Receipt

| OrderType | Contracts | Execution Rate | CMTA Fee | Exchange Fee | Brokerage $Amount |
|---|---|---|---|---|---|
| Direct Order | 200,000 | 0.15 | -- | -- | $30,000.00 |
| Direct Order | 300,000 | 0.125 | -- | -- | $37,500.00 |
| Direct Order | 2,684,581 | 0.10 | -- | -- | $268,458.10 |
| Managed Order | 1,047 | 0.35 | -- | -- | $366.45 |
| Futures Order | 2,827 | 0.35 | -- | -- | $989.45 |
| Total: | 3,188,455 | | $0.00 | $0.00 | $337,314.00 |

| | |
|---|---|
| Total Brokerage $Amount: | $337,314.00 |
| + Exchange Fees: | $0.00 |
| + CMTA Fees: | $0.00 |
| June ERROR (OOO): | ($24,805.00) |
| Grand Total: | $312,509.00 |

May ERROR (EUO):    $25,450.00

No Credit to Lehman - Error Absorbed in LiquidPoint Error Account

Please remit to: LiquidPoint LLC, 311 S. Wacker Drive, Suite 4700, Chicago, Illinois 60606
Tel: (312)780-1539



LiquidPoint
ConvergEx Group

Tax ID: 36-4271259
311 South Wacker Dr
Suite 4700
Chicago, IL  60606

**P. O. No.**

**MONTH**
July 08
BKGEFEE JUL08

**BILL TO:**
Lehman Brothers Inc.

**TERMS**
Due on Receipt

| OrderType | Contracts | Execution Rate | CMTA Fee | Exchange Fee | Brokerage $Amount |
|---|---|---|---|---|---|
| Direct Order | 200,000 | 0.15 | -- | -- | $30,000.00 |
| Direct Order | 300,000 | 0.125 | -- | -- | $37,500.00 |
| Direct Order | 2,500,000 | 0.10 | -- | -- | $250,000.00 |
| Direct Order | 628,767 | 0.05 | -- | $0.00 | $31,438.35 |
| Managed Order | 1,941 | 0.35 | -- | -- | $679.35 |
| Futures Order | 4 | 0.35 | -- | -- | $1.40 |
| Total: | 3,630,712 | | $0.00 | $0.00 | $349,619.10 |

| | |
|---|---|
| Total Brokerage $Amount: | $349,619.10 |
| + Exchange Fees: | $0.00 |
| + CMTA Fees: | $0.00 |
| NASDAQ Market Data Passthrough Fee - (138 Logins x $20/Month) | $2,760.00 |
| July Technology Error: | ($9,097.98) |
| Grand Total: | $343,281.12 |

Please remit to: LiquidPoint LLC, 311 S. Wacker Drive, Suite 4700, Chicago, Illinois 60606
Tel: (312)780-1539

LiquidPoint

ConvergEx Group

Tax ID: 36-4271259
311 South Wacker Dr
Suite 4700
Chicago, IL  60606

*P. O. No.*

*MONTH*
*August 08*
*BKGEFEE AUG08*

## BILL TO:
*Lehman Brothers Inc.*

## TERMS
*Due on Receipt*

| OrderType | Contracts | Execution Rate | CMTA Fee | Exchange Fee | Brokerage $Amount |
|---|---|---|---|---|---|
| Direct Order | 200,000 | 0.15 | -- | -- | $30,000.00 |
| Direct Order | 300,000 | 0.125 | -- | -- | $37,500.00 |
| Direct Order | 1,859,691 | 0.10 | -- | -- | $185,969.10 |
| Managed Order | 543 | 0.35 | -- | -- | $190.05 |
| Futures Order | 0 | 0.35 | -- | -- | $0.00 |
| **Total:** | **2,360,234** | | **$0.00** | **$0.00** | **$253,659.15** |

| | |
|---|---|
| Total Brokerage $Amount: | $253,659.15 |
| + Exchange Fees: | $0.00 |
| + CMTA Fees: | $0.00 |
| NASDAQ Market Data Passthrough Fee – (138 Logins x $20/Month) | $2,760.00 |
| **Grand Total:** | **$256,419.15** |

*Please remit to: LiquidPoint LLC, 311 S. Wacker Drive, Suite 4700, Chicago, Illinois 60606*
*Tel: (312)780-1539*