# EXHIBIT "A"



# INVOICE

# Remittance Slip

| Customer ID | Customer PO # | Invoice Number | Invoice Date | Invoice Total | Payment Terms |
|---|---|---|---|---|---|
| LEH0041 | | 075264 | 9/9/2008 | $82,746.67 | NET 30 |

QUESTIONS?

If you have questions about your account, or to notify AboveNet of an address or name change, please contact us toll-free at 1-888-921-9425.

Please send all written correspondence (other than payments) to:
AboveNet Communications, Inc.
360 Hamilton Avenue
White Plains, NY 10601
Attn: Billing Department

AboveNet is proud to be your service provider. Thank you for your business!

Visit us on the web at http://www.above.net

**PAYMENT INFORMATION:**

CHECKS: Please make your check payable to:
**AboveNet Communications, Inc.**
Please detach and return this remittance slip with your payment.

ELECTRONIC TRANSFERS:
Bank:        Wachovia N.A.
Account:     2000029949878
ABA #:       031201467
SWIFT #:     PNBPUS33

**Customer ID:**    LEH0041
**Customer Name:**  Lehman Brothers

**Invoice Number:** 075264
**Invoice Date:**   9/9/2008
**Invoice Total:**  $82,746.67

Amount enclosed:

**Remit to:**    AboveNet Communications Inc.
PO Box 785876
Philadelphia, PA 19178-5876

Address Changes:

Lehman Brothers

PO Box 3129
Newtown, CT 06470



## LINE ITEM DETAIL

Page 2 of 3

| Customer ID<br>LEH0041 | Customer Name<br>Lehman Brothers | Customer PO # | Invoice Number<br>075264 | Invoice Date<br>9/9/2008 | Service Period<br>09/03/08 - 10/31/08 | Burst BW Period<br>- |
|---|---|---|---|---|---|---|
| **Line** | **Service** | **Order #** | **Order Term** | **Service Locations** | **Quantity** / **Unit Price** | **Extended Price** |
| 1 | Dark Fiber Point-to-Point MRC<br>Billing Period: 09/03/08-09/30/08 | ABV07-043456-00 Amended PO#28<br>0041-S33-0001-0002<br>0041-S34-0001-0002 | 9/3/2008 - 9/2/2013 | 40 Corporate Pl S, Piscataway, NJ 08854<br>27 Commerce Dr, Cranford, NJ 07016 | 1.00 / $37,333.33 | $37,333.33 |
|  |  |  |  | NJ Sales Tax |  | $2,613.34 |
| 2 | Dark Fiber Point-to-Point MRC<br>Billing Period: October 2008 | ABV07-043456-00 Amended PO#28<br>0041-S33-0001-0002<br>0041-S34-0001-0002 | 9/3/2008 - 9/2/2013 | 40 Corporate Pl S, Piscataway, NJ 08854<br>27 Commerce Dr, Cranford, NJ 07016 | 1.00 / $40,000.00 | $40,000.00 |
|  |  |  |  | NJ Sales Tax |  | $2,800.00 |

**Subtotal Services**     $77,333.33
**Subtotal Taxes & Fees**     $5,413.34

**Total**     $82,746.67



## Tax and Fee Summary

Page 3 of 3

| Customer ID | Customer Name | Customer PO # | Invoice Number | Invoice Date | Service Period | Burst BW Period |
|---|---|---|---|---|---|---|
| LEH0041 | Lehman Brothers | | 075264 | 9/9/2008 | 09/03/08 - 10/31/08 | - |

**TAXES & FEES**

| | Taxable Amount | Tax Amount |
|---|---|---|
| NJ Sales Tax | $77,333.33 | $5,413.34 |
| **TOTAL TAXES & FEES** | | **$5,413.34** |



# INVOICE

# Remittance Slip

| Customer ID | Customer PO # | Invoice Number | Invoice Date | Invoice Total | Payment Terms |
|---|---|---|---|---|---|
| LEH0041 | | 075265 | 9/9/2008 | $41,373.33 | NET 30 |

QUESTIONS?

If you have questions about your account, or to notify AboveNet of an address or name change, please contact us toll-free at 1-888-921-9425.

Please send all written correspondence (other than payments) to:
  AboveNet Communications, Inc.
  360 Hamilton Avenue
  White Plains, NY 10601
  Attn: Billing Department

AboveNet is proud to be your service provider. Thank you for your business!

Visit us on the web at http://www.above.net

**PAYMENT INFORMATION:**

CHECKS: Please make your check payable to:
**AboveNet Communications, Inc.**
Please detach and return this remittance slip with your payment.

ELECTRONIC TRANSFERS:
  Bank:       Wachovia N.A.
  Account:    2000029949878
  ABA #:      031201467
  SWIFT #:    PNBPUS33

**Customer ID:**     LEH0041
**Customer Name:**   Lehman Brothers

**Invoice Number:**  075265
**Invoice Date:**    9/9/2008
**Invoice Total:**   $41,373.33

Amount enclosed: _____

**Remit to:**   AboveNet Communications Inc.
                PO Box 785876
                Philadelphia, PA 19178-5876

Address Changes:

_____
_____
_____

Lehman Brothers

PO Box 3129
Newtown, CT 06470



## LINE Item Detail

Page 2 of 3

| Customer ID<br>LEH0041 | Customer Name<br>Lehman Brothers | | Customer PO # | Invoice Number<br>075265 | Invoice Date<br>9/9/2008 | Service Period<br>09/03/08 - 10/31/08 | Burst BW Period<br>- |
|---|---|---|---|---|---|---|---|
| Line | Service | Order # | Order Term | Service Locations | | Quantity | Unit Price | Extended Price |
| 1 | Dark Fiber Point-to-Point MRC<br>Billing Period: 09/03/08-09/30/08 | ABV07-043714-00-001-00 Amended<br>0041-S35-0001-0002<br>PO #29 | 9/3/2008 -<br>9/2/2013 | 40 Corporate Pl S, Piscataway, NJ 08854<br>70 Hudson St, Jersey City, NJ 07302 | | 1.00 | $18,666.67 | $18,666.67 |
| | | | | NJ Sales Tax | | | | $1,306.66 |
| 2 | Dark Fiber Point-to-Point MRC<br>Billing Period: October 2008 | ABV07-043714-00-001-00 Amended<br>0041-S35-0001-0002<br>PO #29 | 9/3/2008 -<br>9/2/2013 | 40 Corporate Pl S, Piscataway, NJ 08854<br>70 Hudson St, Jersey City, NJ 07302 | | 1.00 | $20,000.00 | $20,000.00 |
| | | | | NJ Sales Tax | | | | $1,400.00 |

**Subtotal Services** $38,666.67
**Subtotal Taxes & Fees** $2,706.66

**Total** $41,373.33



## Tax and Fee Summary

Page 3 of 3

| Customer ID | Customer Name | Customer PO # | Invoice Number | Invoice Date | Service Period | Burst BW Period |
|---|---|---|---|---|---|---|
| LEH0041 | Lehman Brothers | | 075265 | 9/9/2008 | 09/03/08 - 10/31/08 | - |

**TAXES & FEES**

|  | **Taxable Amount** | **Tax Amount** |
|---|---|---|
| NJ Sales Tax | $38,666.67 | $2,706.66 |
| **TOTAL TAXES & FEES** | | **$2,706.66** |