L. Matt Wilson
GA Bar No: 768801
**THE WILSON LAW FIRM, PC**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326
Telephone:    (404)364-2240
Facsimile:    (404)266-7459

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEHMAN BROTHERS HOLDINGS, INC. | ) | Case No. 08-13555-jmp |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of Greg Georgas and Mark Grock ("Shareholders"), equity shareholders and parties-in-interest, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b0 of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

> THE WILSON LAW FIRM, P.C.
> Suite 3250 Atlanta Plaza
> 950 East Paces Ferry Road
> Atlanta, GA 30326
> Attn: L. Matt Wilson, Esq.
> Telephone: 404-364-2240
> Facsimile: 404-266-7459
> Email: efile@willaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, writ6ten or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Shareholders': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Shareholders are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

This  19th  day of September, 2008.

                                                      THE WILSON LAW FIRM, P.C.

                                                      /s/ L. Matt Wilson
                                                      L. Matt Wilson
                                                      Georgia Bar No. 768801
                                                      (*Pro Hac Vice* Pending)

**THE WILSON LAW FIRM, P.C.**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326
Telephone:    (404)364-2240
Facsimile:      (404)266-7459
Z:\WP\830\01\Notice of Appearance.wpd

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served upon the persons listed below via electronic mail on this 19th day of September, 2008.

                                                                            /s/ L. Matt Wilson

Marc Abrams
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
(212) 728-8111 (fax)
maosbny@willkie.com

**George Angelich**
Arent Fox LLP
1675 Broadway
New York, NY 10019
(212) 457-5423
(212) 484-3990 (fax)
angelich.george@arentfox.com

**Walter Benzija**
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022
(212) 765-9100
(212) 765-0964 (fax)
wbenzija@halperinlaw.net

**Bradford M. Berry**
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581
(202) 418-5127
bberry@cftc.gov

**Martin J. Bienenstock**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
212-259-8530
212-259-6333 (fax)
martin.bienenstock@dl.com

**Matthew Allen Cantor**
Normandy Hill Capital L.P.
150 East 52nd Street
10th Floor
New York, NY 10022
(212) 616 2113
212-616-2101 (fax)
mcantor@normandyhill.com

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7955
(212) 808-7897 (fax)
jcarr@kelleydrye.com

**Maureen A. Cronin**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
(212) 909-6292
(212) 909-6836 (fax)
macronin@debevoise.com

**Israel Dahan**
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281
(212) 504-6000
(212) 504-6666 (fax)
israel.dahan@cwt.com

**George A. Davis**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212)504-6000
(212)504-6666 (fax)
george.davis@cwt.com

**Paul H. Deutch**
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-6137 (fax)
paul.deutch@troutmansanders.com

**Michael James Edelman**
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019
(212) 407-7700
(212) 407-7799 (fax)
mjedelman@vedderprice.com

**Charles R. Ekberg**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
(206) 223-7012
(206) 613-4255 (fax)
ekbergc@lanepowell.com

**David Elrod**
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201
(214) 855-5188
(214) 855-5183 (fax)
delrod@elrodtrial.com

**Daniel J. Flanigan**
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street
Suite 1000
Kansas City, MO 64112
(816) 753-1000
(816) 753-1536 (fax)

**Eduardo J. Glas**
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 624-7070 (fax)
eglas@mccarter.com

**Matthew J. Gold**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
18th Floor
New York, NY 10176
(212) 880-9827
(212) 986-8866 (fax)
mgold@kkwc.com

**Antonia Golianopoulos**
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820
(212) 506-2500
(212) 262-1910 (fax)
agolianopoulos@mayerbrownrowe.com

**Howard R. Hawkins, Jr.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6000
(212) 504-6666 (fax)
howard.hawkins@cwt.com

**Dion W. Hayes**
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
(804) 775-1144
(804) 698-2078 (fax)
dhayes@mcguirewoods.com

**Ira L. Herman**
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022
(212) 751-3045
(214) 999-9139 (fax)
ira.herman@tklaw.com

**John E. Jureller, Jr.**
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017
(212) 972-3000
(212) 972-2245 (fax)
jjureller@klestadt.com

**Gregory O. Kaden**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
617-482-1776
617-574-4112 (fax)
gkaden@goulstonstorrs.com

**Deborah Kovsky-Apap**
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
(313) 393-7331
(313) 731-1572 (fax)
kovskyd@pepperlaw.com

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031
(404) 873-8120
(404) 873-8121 (fax)
bkrfilings@agg.com

**David M. LeMay**
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5112
(212) 541-5369 (fax)
dlemay@chadbourne.com

**Shari D. Leventhal**
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045
(212) 720-5018
(212) 720-8709 (fax)
shari.leventhal@ny.frb.org

**Richard B. Levin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (fax)
rlevin@cravath.com

**Judy G.Z. Liu**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8512
(212) 259-6333 (fax)
judy.liu@dl.com

**Edward Joseph LoBello**
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5364
(212) 885-5002 (fax)
elobello@blankrome.com

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (fax)
jacqueline.marcus@weil.com

**Frank McGinn**
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
(617) 422-0200
(617) 422-0383 (fax)
ffm@bostonbusinesslaw.com

**David C. McGrail**
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036
(646) 290-6496
(646) 224-8377 (fax)
dmcgrail@davidmcgraillaw.com

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (fax)
harvey.miller@weil.com

**Harold S. Novikoff**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1000
(212) 403-2000 (fax)
hsnovikoff@wlrk.com

**R. Stephen Painter, Jr.**
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005
(646) 746-9815
(646) 746-9940 (fax)
spainter@cftc.gov

**Sydney G. Platzer**
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas
18th Floor
New York, NY 10018
(212) 593-3000
(212) 593-0353 (fax)
splatzer@platzerlaw.com

**Amanda Raboy**
Covington & Burling LLP
620 Eigth Avenue
New York, NY 10018
(212) 841-1000
(212) 841-1010 (fax)
araboy@cov.com

**John J. Rapisardi**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212)504-6000
(212)504-6666 (fax)
john.rapisardi@cwt.com

**George Rosenberg**
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80166
(303) 738-7846
grosenberg@co.arapahoe.co.us

**Douglas B. Rosner**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
(617) 574-6595 (fax)
drosner@goulstonstorrs.com

**Chester B. Salomon**
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500
(212) 319-8505 (fax)

**Howard Seife**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212)408-5361
(212) 541-5369 (fax)
hseife@chadbourne.com

**Andrea Sheehan**
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(214) 521-8000
(214) 521-1738 (fax)
sheehan@txschoollaw.com

**James H. Shenwick**
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017
212-541-6224
646-218-4600 (fax)
jhs7@att.net

**Joseph E. Shickich, Jr.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
(206) 624-3600
(206) 389-1708 (fax)
jshickich@riddellwilliams.com

**Ronald J. Silverman**
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7868
(212) 752-5378 (fax)
ronald.silverman@bingham.com

**Keith A. Simon**
Latham & Watkins, LLP
885 Third Avenue
New York, NY 60606
(212) 906-1200
(212) 751-4864 (fax)
keith.simon@lw.com

**Thomas R. Slome**
Meyer. Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530
516-741-6565
516-741-6706 (fax)
lgomez@msek.com

**Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019
(212) 424-8580
(212) 649-0918 (fax)
esmith@llgm.com

**Mark A. Speiser**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
212-806-6006 (fax)
mspeiser@stroock.com

**Malani Sternstein**
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112
(212) 332-3800
(212) 332-3888 (fax)
msternstein@sheppardmullin.com

**Harvey A. Strickon**
Paul,Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000
(212) 230-7689 (fax)
harveystrickon@paulhastings.com

**Scott Talmadge**
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
(212) 836-7039
(212) 837-7157 (fax)
stalmadge@kayescholer.com

**My Chi To**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
(212) 909-7425
(212) 909-6836 (fax)
mcto@debevoise.com

**Amit K. Trehan**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2198
(212) 262-1910 (fax)
atrehan@mayerbrown.com

**Michael J. Venditto**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
(212) 205-6081
212-521-5450 (fax)
mvenditto@reedsmith.com

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
(212) 310-8007 (fax)
shai.waisman@weil.com

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691
(214) 880-0089
(469) 221-5003 (fax)
dallas.bankruptcy@publicans.com

**Erin Zavalkoff**
Vedder Price
1633 Broadway
47th Floor
New York, NY 10019
(212) 407-6921
(212) 407-7799 (fax)
ezavalkoff-babej@vedderprice.com

**Peter Alan Zisser**
Holland & Knight, LLP
195 Broadway
New York, NY 10007
(212) 513-3200
(212) 385-9010 (fax)
peter.zisser@hklaw.com