UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u> | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Alison R. Ambeault, being duly sworn, deposes and says:

(I)   That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)  That on September 19, 2008 she caused the following to be served: *Limited Objection of Bloomberg L.P. and Bloomberg Finance L.P. to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets* [Docket No. 164] via electronic mail to the entities listed on the annexed Exhibit "A" and by facsimile to the party listed on the annexed Exhibit "B".

*/s/ Alison R. Ambeault*
Alison R. Ambeault

Sworn to before me this

19th day of September 2008

*/s/ Adam Scavone*
Notary Public

ADAM SCAVONE
Notary Public, State of New York
No. 01SC6184035
Qualified in New York County
Commission Expires March 24, 2012

# EXHIBIT A

araboy@cov.com
arosenblatt@chadbourne.com
atrehan@mayerbrown.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bill.hughes@us.standardchartered.com
brehenyb@sec.gov
bromano@willkie.com
btrust@mayerbrown.com
chris.omahoney@bnymellon.com
cohena@sec.gov
cp@stevenslee.com
cs@stevenslee.com
cshulman@sheppardmullin.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
david.heller@lw.com
dcoffino@cov.com
ddunne@milbank.com
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dflanigan@polsinelli.com
dhayes@mcguirewoods.com
dlemay@chadbourne.com
douglas.bacon@lw.com
drosner@goulstonstorrs.com
eglass@mccarter.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
esmith@dl.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
frank.sodano@americas.bnpparibas.com
fred.berg@rvblaw.com
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
georgeneofitidis@scotiacapital.com
giddens@hugheshubbard.com
grosenberg@co.arapahoe.co.us
harveystrickon@paulhastings.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com

hsnovikoff@wlrk.com
igoldstein@dl.com
info2@normandyhill.com
ira.herman@tklaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
Jbecker@wilmingtontrust.com
jbromley@cgsh.com
jeffery.sabin@bingham.com
jhs7@att.net
jliu@dl.com
jmathis@lloydstsbusa.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jshickich@riddellwilliams.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
k4.nomura@aozorabank.co.jp
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
kiplok@hugheshubbard.com
kmayer@mccarter.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krubin@ozcap.com
ldestins@milbank.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
mabrams@willkie.com
macronin@debevoise.com
Malcolm@firstbankny.com
mbienenstock@dl.com
mcto@debevoise.com
mhopkins@cov.com
michael.halevi@anz.com
Michael.mauerstein@citi.com
michael.tan@fubon.com
mjedelman@vedderprice.com
mrosenthal@gibsondunn.com
ms.wu@fubonny.com
mspeiser@stroock.com
mtuck@lloydstsbusa.com
murai24234@nissay.co.jp
nbruce@lloydstsbusa.com

4475770.1

newyork@sec.gov
noriyukitsumura@chuomitui.jp
panosn@sec.gov
paronzon@milbank.com
paul.deutch@troutmansanders.com
peter.zisser@hklaw.com
phayden@mcguirewoods.com
prachmuth@reedsmith.com
pwright@dl.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdicanto@nabny.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
robert.bailey@bnymellon.com
roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
sabin.willet@bingham.com

schapman@willkie.com
sharbeck@sipc.org
shari.leventhal@ny.frf.org
sheehan@txschoollaw.com
shuji.yamada@escb.co.jp
smillman@stroock.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steven.wilamowsky.com
tarbit@cftc.gov
tetsuhiro.toomata@shinseibank.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
tslome@msek.com
wfoster@milbank.com
wheuer@dl.com
whitej@sec.gov
wisotska@pepperlaw.com
wsmith@bocusa.com
yasuhikoimai@smbcgroup.com
lori.fife@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com
garrett.fail@weil.com

4475770.1

## EXHIBIT B

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Fax: (212) 668-2255
Attn: Brian Shoichi Masumoto, Esq.