KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022-6030
Telephone: (212) 536-3900
Jeffrey N. Rich
Kristen S. Elliot

Attorneys for Structure Tone Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :    Chapter 11 Case No.
In re                                                        :
                                                             :    08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*                      :
                                                             :    (Jointly Administered)
                            Debtors.                         :
                                                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

Nathanael F. Meyers, being duly sworn, deposes and says:

1.  I am an employee of the firm of K&L Gates LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2.  On September 19, 2008 I caused a copy of the **Limited Objection to Proposed Cure Amount and Response of Structure Tone Inc. to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases** to be served by electronic mail

NY-637473 v1

transmission to the people and at the e-mails as set forth on the attached Service List.

_____
Nathanael F. Meyers

Sworn to before me this
19th day of September, 2008

_____
Notary Public, State of New York

ELAINE FERA
Notary Public, State of New York
No. 0?? ???16
Qualified in Westchester County
Commission Expires August 25, 20_10_

- 2 -

## Service List

Harvey R. Miller
Weil, Gotshal & Manges LLP
harvey.miller@weil.com

Shai Y. Waisman
Weil, Gotshal & Manges LLP
shai.waisman@weil.com

Richard P. Krasnow
Weil, Gotshal & Manges LLP
richard.krasnow@weil.com

Lori R. Fife
Weil, Gqtshal & Manges LLP
lori.fife@weil.com

Jacqueline Marcus
jacqueline.marcus@weil.com

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
Ddunne@milbank.com

Luc A. Despins
Milbank, Tweed, Hadley & McCloy LLP
ldespins@milbank.com

Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
wfoster@milbank.com

Paul Aronzon
Milbank, Tweed, Hadley & McCloy LLP
paronzon@milbank.com

Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
gbray@milbank.com

Victor I. Lewkow
Cleary Gottlieb Steen & Hamilton LLP
vlewkow@cgsh.com

- 4 -

David Leinwand
Cleary Gottlieb Steen & Hamilton LLP
dleinwand@cgsh.com

Duane McLaughlin
Cleary Gottlieb Steen & Hamilton LLP
dmclaughlin@cgsh.com