UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 107, 108, 109 |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK )

ROBERT SARACENI, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 18, 2008, I caused to be served the following:

   a) "Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser", dated September 18, 2008 [docket # 107],

   b) "Notice of Hearing", dated September 18, 2008 [docket #108],

   c) "Motion of Debtors for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Citibank Clearing Advances", dated September 18, 2008 [docket #109]

by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A", and

   b) delivered by facsimile to those parties listed on the attached Exhibit "B".

*Robert Saraceni*
Robert Saraceni

Sworn to before me this
18th day of September, 2008

_____
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

T:\Clients\LBH\Affidavits\Citibank Motion_Contract Assumption Ntc_Aff_9-18-08.DOC

# EXHIBIT A

08-13555-mg    Doc 239    Filed 09/19/08    Entered 09/19/08 16:44:37    Main Document
Pg 2 of 7

**Email Address**
araboy@cov.com
atrehan@mayerbrown.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bill.hughes@us.standardchartered.com
brehenyb@sec.gov
bromano@willkie.com
btrust@mayerbrown.com
chris.omahoney@bnymellon.com
cohena@sec.gov
cp@stevenslee.com
cs@stevenslee.com
cshulman@sheppardmullin.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
david.heller@lw.com
ddunne@milbank.com
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dflanigan@polsinelli.com
dhayes@mcguirewoods.com
douglas.bacon@lw.com
drosner@goulstonstorrs.com
edpe01@handelsbanken.se
eglas@mccarter.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
esmith@dl.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
frank.sodano@americas.bnpparibas.com
fred.berg@rvblaw.com
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
grosenberg@co.arapahoe.co.us
harveystrickon@paulhastings.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hsnovikoff@wlrk.com
igoldstein@dl.com
info2@normandyhill.com
ira.herman@tklaw.com
Israel.Dahan@cwt.com
jacobsonn@sec.gov

**Email Address**
jafeltman@wlrk.com
Jbecker@wilmingtontrust.com
jbromley@cgsh.com
jeffrey.sabin@bingham.com
jhs7@att.net
jliu@dl.com
jmathis@lloydstsb-usa.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jshickich@riddellwilliams.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
k4.nomura@aozorabank.co.jp
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
kiplok@hugheshubbard.com
kmayer@mccarter.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krubin@ozcap.com
ldespins@milbank.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
mabrams@willkie.com
macl01@handelsbanken.se
macronin@debevoise.com
Malcolm@firstbankny.com
mbienenstock@dl.com
mcto@debevoise.com
mhopkins@cov.com;dcoffino@cov.com
Michael.Halevi@anz.com
Michael.mauerstein@citi.com
mjedelman@vedderprice.com
mrosenthal@gibsondunn.com
mspeiser@stroock.com
mtuck@lloydstsb-usa.com
murai24234@nissay.co.jp
nbruce@lloydstsb-usa.com
newyork@sec.gov
noriyuki_tsumura@chuomitui.jp
panosn@sec.gov
paronzon@milbank.com
paul.deutch@troutmansanders.com
peter.zisser@hklaw.com
phayden@mcguirewoods.com
prachmuth@reedsmith.com
pwright@dl.com
ranjit.mather@bnymellon.com

**Email Address**
raymond.morison@bnymellon.com
rdicanto@nabny.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
robert.bailey@bnymellon.com
Roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
sabin.willett@bingham.com
schapman@willkie.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shuji.yamada@e-scb.co.jp
smillman@stroock.com
sophia.jing@fubonny.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steven.wilamowsky@bingham.com
tarbit@cftc.gov
tetsuhiro.toomata@shinseibank.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
tslome@msek.com
wfoster@milbank.com
wheuer@dl.com
whitej@sec.gov
wisotska@pepperlaw.com
wsmith@bocusa.com
yasuhiko_imai@smbcgroup.com

# EXHIBIT B

| NAME | Fax Number |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | 202-418-5521 |
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| CHADBOURNE, HOWARD SEIFE DAVID LEMAY | 212-541-5369 |
| HUA NAN COMMERCIAL BANK LTD | 866-2-2331-6741 |