UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., | 08-13555 (JPM) |
| *et al.* | |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

STATE OF NEW YORK       )
                       )    ss.:
COUNTY OF NEW YORK   )

### Affidavit of Service

Julie D. Dyas, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On September 19, 2008 I served a copy of (a) Reservation of Rights and Objection of Dun & Bradstreet to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets and (b) Reservation of Rights and Objection of EMC Corporation and its Subsidiaries and Affiliates to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, causing true and correct copies of the same to be sent by e-mail to the persons on the attached list.

/s/ Julie D. Dyas
Julie D. Dyas

Sworn to before me this
19th day of September, 2008

/s/ Walter Benzija
Notary Public
Walter Benzija
Notary Public, State of New York
No. 02BE5080658
Qualified in New York County
Commission Expires June 16, 2011

**Exhibit A**

| Contact | E-mail |
|---|---|
| Harvey Miller, Esq. | harvey.miller@weil.com |
| Richard Krasnow, Esq.<br>    Weil, Gotshal & Manges LLP (Proposed Counsel to the Debtors and Debtors-in-Possession) | richard.krasnow@weil.com |
| Luc Despins, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>    (Proposed Counsel to the Official Committee of Unsecured Creditors) | LDespins@milbank.com |
| Brian S. Masumoto, Esq.<br>    Office of the U.S. Trustee | Brian.Masumoto@usdoj.gov |