**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

In re                                          :        **Chapter 11 Case No.**

                                               :

**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,   :        **Case No. 08-13555 (JMP)**

                                               :

              **Debtors.**                     :        **(Jointly Administered)**

                                               :

------------------------------------------------------------------------x    **Ref. Docket No. 86, 87, 88, 89**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )

                           )  ss.:

COUNTY OF NEW YORK         )

REGINA AMPORFRO, being duly sworn, deposes and says:

1.       I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.       On September 17, 2008,  I caused to be served the following:

a)  "Order Pursuant to Rule 1015(B) of the Federal Rules of Bankruptcy Procedure Directing Joint Administration of Chapter 11 Cases," dated September 17, 2008, [docket # 86; "Joint Administration Order"],

b)  "Order Directing that Certain Orders Entered in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC," dated September 17, 2008, [docket # 87; "LB 745 LLC Order"],

c)  "Order (I) Approving the Break-Up Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date In Connection With The Sale of Certain of the Debtors' Assets," dated September 17, 2008, [docket # 88; "Sale Order"], and

d)  "Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 And 364 of Bankruptcy Code, (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code, and (III) Scheduling Final Hearing," dated September 17, 2008, [docket # 89; "Interim DIP Order"],

by causing true and correct copies to be delivered as follows:

a)    Joint Administration Order, LB 745 LLC Order, Sale Order and Interim DIP Order  to be delivered by email to those parties listed on the attached Exhibit "A",

b)    Joint Administration Order, LB 745 LLC Order, Sale Order, and Interim DIP Order, to be delivered by facsimile to those parties listed on the attached Exhibit "B".

Regina Amporfro

Sworn to before me this
19th day of September, 2008

Notary Public

**STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6156011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010**

# EXHIBIT A

**Email Address**
araboy@cov.com
atrehan@mayerbrown.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bill.hughes@us.standardchartered.com
brehenyb@sec.gov
bromano@willkie.com
btrust@mayerbrown.com
chris.omahoney@bnymellon.com
cohena@sec.gov
cp@stevenslee.com
cs@stevenslee.com
cshulman@sheppardmullin.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dflanigan@polsinelli.com
drosner@goulstonstorrs.com
edpe01@handelsbanken.se
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
esmith@dl.com
ffm@bostonbusinesslaw.com
frank.sodano@americas.bnpparibas.com
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
grosenberg@co.arapahoe.co.us
harveystrickon@paulhastings.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hsnovikoff@wlrk.com
info2@normandyhill.com
ira.herman@tklaw.com
Israel.Dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.co
Jbecker@wilmingtontrust.com
jbromley@cgsh.com
jhs7@att.net
jliu@dl.com
jmathis@lloydstsb-usa.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jshickich@riddellwilliams.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
k4.nomura@aozorabank.co.jp

KDWBankruptcyDepartment@kelleydrye.com
kiplok@hugheshubbard.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krubin@ozcap.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
mabrams@willkie.com
macl01@handelsbanken.se
Malcolm@firstbankny.com
mbienenstock@dl.com
mhopkins@cov.com;dcoffino@cov.com
Michael.Halevi@anz.com
Michael.mauerstein@citi.com
mrosenthal@gibsondunn.com
mspeiser@stroock.com
mtuck@lloydstsb-usa.com
murai24234@nissay.co.jp
nbruce@lloydstsb-usa.com
newyork@sec.gov
noriyuki_tsumura@chuomitui.jp
panosn@sec.gov
paul.deutch@troutmansanders.com
peter.zisser@hklaw.com
prachmuth@reedsmith.com
pwright@dl.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdicanto@nabny.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
robert.bailey@bnymellon.com
rolfnagel.dahl@dnbnor.no
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
schapman@willkie.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheehan@txschoollaw.com
shuji.yamada@e-scb.co.jp
smillman@stroock.com
sophia.jing@fubonny.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
tarbit@cftc.gov
tetsuhiro.toomata@shinseibank.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
whitej@sec.gov
wisotska@pepperlaw.com
wsmith@bocusa.com
yasuhiko_imai@smbcgroup.com

**EXHIBIT B**

| Name | Fax Number |
|------|------------|
| Internal Revenue Service | 215-516-2015 |
| Office Of The Us Trustee, Andrew D Velez-Rivera | 212-668-2255 |
| HUA NAN COMMERCIAL BANK LTD | 866-2-2331-6741 |