UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
In re: : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al., : 08-13555 (JMP)
:
    Debtors. : (Jointly Administered)
:
---------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Thomas M. Gaa, a member in good standing of the bar in the State of California, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Cisco Systems, Inc. and Cisco Systems Capital Corporation, Creditors and Parties In Interest in the above-referenced case.

    My mailing address is:    BIALSON, BERGEN & SCHWAB
                                               2600 El Camino Real, Suite 300
                                               Palo Alto, CA 94306

    My telephone number is:  (650) 857-9500

    My e-mail address is:     tgaa@bbslaw.com

    I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: September 19, 2008
         Palo Alto, California                    /s/ Thomas M. Gaa
                                                                    _____

                                                        Thomas M. Gaa, Esq. (TG1041)
                                                       2600 El Camino Real, Suite 300
                                                       Palo Alto, California  94306
                                                       Telephone: (650) 857-9500
                                                       Facsimile: (650) 494-2738
                                                       Email: tgaa@bbslaw.com

                                                       Attorneys for Creditor and Party In Interest
                                                       Cisco Systems, Inc. and
                                                       Cisco System Capital Corporation

**ORDER**

**ORDERED**, that Thomas M. Gaa, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
         New York, New York

                                                       _____
                                                       UNITED STATES BANKRUPTCY JUDGE