UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :  Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :  08-13555 (JMP)
                                                                 :
         Debtors.                                                :  (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

      I, Patrick M. Costello, a member in good standing of the bar in the State of California, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Sun Microsystems, Inc., Creditor and Party In Interest in the above-referenced case.

      My mailing address is:    BIALSON, BERGEN & SCHWAB
                                                    2600 El Camino Real, Suite 300
                                                    Palo Alto, CA 94306

      My telephone number is:  (650) 857-9500

      My e-mail address is:     pcostello@bbslaw.com

      I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: September 19, 2008
         Palo Alto, California                     /s/ Patrick M. Costello
                                                            _____

                                                             Patrick M. Costello, Esq.
                                                              2600 El Camino Real, Suite 300
                                                              Palo Alto, California  94306
                                                              Telephone: (650) 857-9500
                                                              Facsimile: (650) 494-2738
                                                              Email: pcostello@bbslaw.com

                                                              Attorneys for Creditor and Party In Interest
                                                              Sun Microsystems, Inc.

## ORDER

**ORDERED**,
that Patrick M. Costello, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
        New York, New York

                                                                             _____
                                                                             UNITED STATES BANKRUPTCY JUDGE