UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                  :

In re:                                          :        Chapter 11
                                                  :

LEHMAN BROTHERS HOLDINGS    :        Case No 08-13555 (JMP)
Inc., *et al.*,                                    :
                                                  :        Jointly Administered

          Debtors.                  :
------------------------------------------------------X

## **MOTION FOR ADMISSION TO PRACTICE,** ***Pro Hac Vice***

      I, Kevin M. Lippman, a member in good standing of the bar in the State of Texas, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the Ad Hoc Committee of Bondholders in the above-referenced bankruptcy case. My mailing address is Munsch Hardt Kopf & Harr, P.C., 3800 Lincoln Plaza, 500 North Akard Street, Dallas, Texas 75201-6659; telephone number is (214) 855-7500; and my e-mail address: klippman@munsch.com.

      The filing fee of $25 has been submitted with this motion for *pro hac vice* admission.

Dated: September 19, 2008
        Dallas, Texas

                                                  MUNSCH HARDT KOPF & HARR, P.C.
                                                  3800 Lincoln Plaza
                                                  500 North Akard Street
                                                  Dallas, Texas 75201-6659
                                                  Telephone: (214) 855-7500
                                                  Facsimile: (214) 978-4335
                                                  E-mail: klippman@munsch.com

                                                  /s/ Kevin M. Lippman
                                                  Kevin M. Lippman
                                                  Texas Bar No. 00784479

                                                  ATTORNEYS FOR THE AD HOC
                                                  COMMITTEE OF BONDHOLDERS

# CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing motion to be served by U.S. first class mail, postage prepaid, to the parties listed below on the 19th day of September, 2008.

Harvey R. Miller
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, New York 10153

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

                                                 /s/ Kevin M. Lippman
                                                 Kevin M. Lippman

MHDocs 1671980_1 980392.2