UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                    :
In re:                                              :      Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS                            :      Case No 08-13555 (JMP)
Inc., *et al.*,                                     :
                                                    :      Jointly Administered
              Debtors.                              :
-------------------------------------------------------X

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Russell L. Munsch, a member in good standing of the bar in the State of Texas, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the Ad Hoc Committee of Bondholders in the above-referenced bankruptcy case. My mailing address is Munsch Hardt Kopf & Harr, P.C., One American Center, 600 Congress Avenue, Suite 2900, Austin, Texas 78701-3057; telephone number is (512) 391-6100; and my e-mail address is rmunsch@munsch.com.

The filing fee of $25 has been submitted with this motion for *pro hac vice* admission.

Dated: September 19, 2008
        Dallas, Texas

                                             MUNSCH HARDT KOPF & HARR, P.C.
                                             One American Center
                                             600 Congress Avenue, Suite 2900
                                             Austin, Texas 78701-3057
                                             Telephone: (512) 391-6100
                                             Facsimile: (512) 391-6149
                                             E-mail: rmunsch@munsch.com

                                             /s/ Russell L. Munsch
                                             Russell L. Munsch
                                             Texas Bar No. 14671500

                                             ATTORNEYS FOR THE AD HOC
                                             COMMITTEE OF BONDHOLDERS

1

# CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing motion to be served by U.S. first class mail, postage prepaid, to the parties listed below on the 19th day of September, 2008.

Harvey R. Miller
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, New York 10153

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

                                                  /s/ Kevin M. Lippman
                                                  Kevin M. Lippman