Hearing Date: September 19, 2008 at 4:00 p.m.
Objection Deadline: September 19, 2008 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC., et al.,             :    Case No. 08-13555 (JMP)
                        Debtors.                    :    (Jointly Administered)
                                                    :
                                                    :
———————————————————————— x

**OBJECTION BY MUREX NORTH AMERICA INC. TO DEBTORS' CURE NOTICE**

Murex North America Inc. ("Murex") hereby submits this Objection ("Objection") to the Cure Notice (the "Cure Notice") posted online by the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") at 1:07 a.m. on September 19, 2008, respecting certain executory contracts with Murex. In support of this Objection, Murex respectfully submits to the Court as follows:[1]

1. Murex is currently party to a certain Software License Agreement dated June 6, 1994 and certain related amendments (together, the "License") with Lehman Brothers, Inc. ("LBI"), under which Murex licenses certain software programs to LBI for use in financial risk management and trading activities and further provides related services in support thereof.

2. In the Cure Notice posted online on September 19, 2008, the Debtors appear to indicate that the License is among the Closing Date Contracts to be assumed and assigned to the Purchaser effective on the Closing Date.

3. Murex does not object to the assignment of the License to the Purchaser. Murex,

---

[1] Capitalized terms that are not otherwise defined in this Objection shall have the meanings ascribed to them in the Court's Order (I) Approving The Break-Up Fee And Expense Reimbursement, (II) Certain Matters Relating To Competing Bids, If Any, (III) Approving The Form And Manner Of Sale Notices and (IV) Setting The Sale Hearing Date In Connection With The Sale Of Certain Of The Debtors' Assets (the "Procedures Order") entered on September 17, 2008.

however, does object to the ambiguity with which the Debtors have identified the License to be assumed, and to the Cure Amount asserted by the Debtors in the Cure Notice in the amount of $29,261.25.

4. Simply put, the License needs to be identified with more specificity, so that Murex, the Debtors and the Purchaser have a clear and consistent understanding of which contracts are being assumed and assigned in this instance.

5. Moreover, and although the Sale Motion is being heard on exceptionally short notice and Murex's internal inquiry concerning amounts due under the License is only preliminary at this point, Murex currently believes, based on an initial review of its books and records, that LBI is obligated to pay not less than $92,967.48 (the "<u>Corrected Murex Cure Amount</u>")[2] in order to cure existing payment defaults under the License. (Exhibit A attached hereto contains copies of unpaid invoices related to the License.)

6. Accordingly, pursuant to paragraph 12(c) of the Procedures Order, Murex objects to the Cure Notice, requests that the Court require the Debtors to identify with greater particularity the executory contract(s) with Murex to be included in the Closing Date Contracts, and requests that the Court require the Debtors and the Purchaser, jointly and severally, as a condition to assumption and assignment of the License to the Purchaser under section 365(b)(1) of the Bankruptcy Code, to pay Murex the Corrected Murex Cure Amount in full, as set forth herein. In the alternative, Murex requests that the Court schedule a hearing at a later date to address identification of the specific Murex contracts to be assumed and assigned to the Purchaser, and to adjudicate any remaining dispute between Murex and the Debtors and/or the Purchaser as to the Cure Amounts, and find that the Debtors and the Purchaser shall be jointly and severally liable for payment of such cure amount upon a final determination thereof by this Court.

---

[2] Murex reserves it right to amend the Corrected Murex Cure Amount after further investigation of the extent of, and amounts due and unpaid under, the License.

WHEREFORE, Murex respectfully requests that the Court (a) enter an order requiring the Debtors to specifically identify the License to be included in the Closing Date Contracts, and directing payment in full of the Corrected Murex Cure Amount to Murex on the Closing Date as a condition to the Debtors' assumption and assignment of the License to the Purchaser, or in the alternative schedule a hearing at a later date to address identification of the Murex contracts to be assumed and assigned to the Purchaser, and to adjudicate any remaining dispute between Murex and the Debtors and/or the Purchaser as to the Cure Amounts, and find that the Debtors and the Purchaser shall be jointly and severally liable for payment of such cure amount upon a final determination thereof by this Court; and (b) grant Murex such other and further relief as this Court may deem just and proper.

Dated: New York, New York
September 19, 2008

Respectfully submitted,

MUREX NORTH AMERICA INC.

/s/ Santo Manna
Santo Manna

MUREX NORTH AMERICA INC.
810 7th Avenue, 14th Floor
New York, New York 10019

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing OBJECTION OF MUREX NORTH AMERICA INC. TO DEBTORS' CURE NOTICE by First Class Mail, and by e-mail as and where indicated, addressed as follows:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
E-Mail:   harvey.miller@weil.com
E-Mail:   jacqueline.marcus@weil.com
E-Mail:   shai.waisman@weil.com

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Brian Shoichi Masumoto, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Paul Aronson, Esq.
Gregory A. Bray, Esq.
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa Street
30th Floor
Los Angeles, CA 90017

This 19th day of September, 2008.

/s/ Santo Manna
Santo Manna

**EXHIBIT A**

09/19/08

**Murex North America Inc.**
**Open Invoices**
**As of September 19, 2008**

| Type | Date | Num | Memo | Open Balance |
|---|---|---|---|---|
| **Lehman Brothers** | | | | |
| **Lehman FX** | | | | |
| Invoice | 9/29/2006 | 950 | (2) Additional Users | 29,261.25 |
| Invoice | 2/6/2007 | 1078 | Training Lehman Tokyo | 2,025.00 |
| Invoice | 3/30/2007 | 1204 | Expense Lehman London | 1,326.23 |
| Invoice | 3/31/2008 | 1731 | Services Feb-March 08 | 4,000.00 |
| Total Lehman FX | | | | 36,612.48 |
| **Lehman London** | | | | |
| Invoice | 6/30/2008 | 1797 | Additional (3) Users | 48,768.75 |
| Invoice | 6/30/2008 | 1799 | Additional (2) Users | 7,586.25 |
| Total Lehman London | | | | 56,355.00 |
| Total Lehman Brothers | | | | 92,967.48 |
| **TOTAL** | | | | **92,967.48** |

# MUREX

MUREX NORTH AMERICA
810 SEVENTH AVENUE
14TH FLOOR
NEW YORK NY 10019

TEL (1) 212 381 4300
FAX (1) 212 381 4310
WWW.MUREX.COM

Our Reference :   02000-000950
Date :   September/29/2006
Page :   1 of 1

**Lehman Brothers Inc.**
Mr. Eric Tellefsen
1301 Avenue of the Americas
5th Floor
New York NY 10019
United States

Customer Account Nbr :   CUS100079-6
Contract Nbr :   CNT100159

License fee for two (2) Additional Named Users as per Amendment Letter No. 22, dated September 27, 2006.

For billing questions, please contact us by e-mail at : sales-admin-us@murex.com

| Line | Product / Services | Start Date | End Date | Unit Price | Quantity | Price due |
|---|---|---|---|---|---|---|
| 1 | License    Additional Named Users | | | | | 54,000.00 |
| | (2) Category 1 | | | | | |

Subtotal:   54,000.00
Subtotal Taxes (8.375 %)   4,522.50
**TOTAL AMOUNT DUE :   USD**   **58,522.50**

(pd)  29,261.25  6/23/08

Payment on receipt of invoice
By bank transfer to the account number :   021000021   904794059

JP Morgan Chase
1251 Avenue of the Americas
New york NY 10020
United States



# MUREX

MUREX NORTH AMERICA

810 SEVENTH AVENUE

14TH FLOOR

NEW YORK  NY  10019

TEL (1) 212 381 4300

FAX (1) 212 381 4310

WWW.MUREX.COM

| | |
|---|---|
| Our Reference : | 02000-001078 |
| Date : | February/06/2007 |
| Page : | 1 of 1 |

Lehman Brothers Inc.
Mr. Dovid Friedman
1301 Avenue of the Americas
5th Floor
New York NY 10019
United States

Customer Account Nbr :  CUS100079-6
Contract Nbr :  CNT100159

Trainings provided by Murex Consultants for Lehman Brothers Tokyo, at the request of and approved by Mr. Liu Ying.

For billing questions, please contact us by e-mail at : sales-admin-us@murex.com

| Line | Product / Services | | Start Date | End Date | Unit Price | Quantity | Price due |
|---|---|---|---|---|---|---|---|
| 1 | Training | Murex Training | Sep/30/06 | Sep/30/06 | 1,800.00 | 0.75 | 1,350.00 |
| | | Training held at Murex Tokyo office, provided by Stephane Ducher and Ikuko Nakano | | | | | |
| 2 | Training | Murex Training | Oct/14/06 | Oct/14/06 | 1,800.00 | 0.38 | 675.00 |
| | | Training held at Lehman Tokyo office, provided by Satoshi Tsujimoto | | | | | |

Subtotal:  2,025.00
0.00
TOTAL AMOUNT DUE :  USD  2,025.00

Payment on receipt of invoice
By bank transfer to the account number :   021000021    904794059

JP Morgan Chase
1251 Avenue of the Americas
New york NY 10020
United States

# MUREX

MUREX NORTH AMERICA
810 SEVENTH AVENUE
14TH FLOOR
NEW YORK NY 10019

TEL (1) 212 381 4300
FAX (1) 212 381 4310
WWW.MUREX.COM

Our Reference :    02000-001204
Date :    March/30/2007
Page :    1 of 1

**Lehman Brothers Inc.**
Mr. Paul Altomonte
1301 Avenue of the Americas
5th Floor
New York NY 10019
United States

Customer Account Nbr :    CUS100079-6
Contract Nbr :    CNT100159

Expenses incurred by Paul Billaut at Lehman London, February 20, 2007. Support services not billable.

For billing questions, please contact us by e-mail at : sales-admin-us@murex.com

| Line | Product / Services | Start Date | End Date | Unit Price | Quantity | Price due |
|---|---|---|---|---|---|---|
| 1 | Expenses    Paul Billaut | Feb/20/07 | Feb/20/07 | | | 1,326.23 |
| | Airfare 1,195.31, Taxi 120.06, Meal 10.86 | | | | | |

Subtotal:    1,326.23
0.00
TOTAL AMOUNT DUE :    USD    1,326.23

Payment on receipt of invoice
By bank transfer to the account number :    021000021    904794059

JP Morgan Chase
1251 Avenue of the Americas
New york NY 10020
United States



# MUREX

MUREX NORTH AMERICA
810 SEVENTH AVENUE
14TH FLOOR
NEW YORK NY 10019

TEL (1) 212 381 4300
FAX (1) 212 381 4310
WWW.MUREX.COM

Our Reference : 02000-001731
Date : March/31/2008
Page : 1 of 1

Lehman Brothers Inc.
Accounts Payable
1301 Avenue of the Americas
6th Floor
New York NY 10019
United States

Customer Account Nbr : CUS100079-6
Contract Nbr : CNT100159

Professional Services provided by Murex Consultants during February-March 2008.

For billing questions, please contact us by e-mail at : sales-admin-us@murex.com

| Line | Product / Services | | Start Date | End Date | Unit Price | Quantity | Price due |
|---|---|---|---|---|---|---|---|
| 1 | Assistance | Professional Services | Feb/1/08 | Mar/31/08 | 2,000.00 | 2.00 | 4,000.00 |

Project : 002298 LEHMAN BROTHERS-ANNUAL-FXO

Subtotal: 4,000.00
0.00
TOTAL AMOUNT DUE : USD 4,000.00

Payment on receipt of invoice
By bank transfer to the account number :    021000021    904794059

JP Morgan Chase
1251 Avenue of the Americas
New york NY 10020
United States



# MUREX

MUREX NORTH AMERICA
810 SEVENTH AVENUE
14TH FLOOR
NEW YORK NY 10019

TEL (1) 212 381 4300
FAX (1) 212 381 4310
WWW.MUREX.COM

Our Reference : 02000-001797
Date : June/30/2008
Page : 1 of 1

**Lehman Brothers Limited**
Accounts Payable
25 Bank Street
London E14 5LE
United Kingdom

Customer Account Nbr : CUS100079-7
Contract Nbr : CNT100159

License fee for (1) CAT 5 and (2) CAT 2 Users as per Amendment Letter No. 31, dated June 27, 2008.
Corresponding PO #'s referenced below.

For billing questions, please contact us by e-mail at : sales-admin-us@murex.com

| Line | Product / Services | | Start Date | End Date | Unit Price | Quantity | Price due |
|---|---|---|---|---|---|---|---|
| 1 | License | (2) CAT 2 Users | | | | | 42,000.00 |
|   |         | Reference PO# LBGBR-0000020879 | | | | | |
| 2 | License | (1) CAT 5 User | | | | | 3,000.00 |
|   |         | Reference PO# LBGBR-0000017700 | | | | | |

Subtotal: 45,000.00
Subtotal Taxes (8.375 %) 3,768.75
**TOTAL AMOUNT DUE :** USD 48,768.75

Payment on receipt of invoice
By bank transfer to the account number :    021000021    904794059
JP Morgan Chase
1251 Avenue of the Americas
New york NY 10020
United States



# MUREX

|  |  |
|---|---|
| Our Reference : | 02000-001799 |
| Date : | June/30/2008 |
| Page : | 1 of 1 |

MUREX NORTH AMERICA
810 SEVENTH AVENUE
14TH FLOOR
NEW YORK  NY  10019

TEL (1) 212 381 4300
FAX (1) 212 381 4310
WWW.MUREX.COM

**Lehman Brothers Limited**
Accounts Payable
25 Bank Street
London  E14 5LE
United Kingdom

Customer Account Nbr :   CUS100079-7
Contract Nbr :            CNT100159

Maintenance fee for (2) CAT 2 Users as per Amendment Letter No. 31, dated June 27, 2008.
Reference PO# LBGBR-0000020879.

For billing questions, please contact us by e-mail at : sales-admin-us@murex.com

| Product / Services | | | Start Date | End Date | Price due |
|---|---|---|---|---|---|
| 000526 | Maintenance | MX Generation 2000 FX | Jun/11/08 | Dec/31/08 | 7,000.00 |
|  |  |  |  | Subtotal: | 7,000.00 |
|  |  |  |  | Subtotal Taxes (8.375 %) | 586.25 |
|  |  |  | **TOTAL AMOUNT DUE :**  USD | | **7,586.25** |

Payment on receipt of invoice
By bank transfer to the account number :      021000021    904794059

JP Morgan Chase
1251 Avenue of the Americas
New york NY 10020
United States

