AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Daniel H. Golden (DG-5624)
Michael S. Stamer (MS-4900)
Abid Qureshi (AQ-4882)

Attorneys for the Informal
LBHI Bondholder Group

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
In re:                                                          :          **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :   **Case No. 08-13555 (JMP)**
                                                                :
                                               **Debtors.**   :          **(Jointly Administered)**
-----------------------------------------------------------------x

STATE OF NEW YORK          )

            DAGMARA KRASA-BERSTELL

        1.        Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022.

        2.        On September 19, 2008, I caused true and correct copies of the Objection of the Informal LBHI Bondholder Group to the Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, to be served via first class mail, postage prepaid, on the parties listed on the annexed Service List A.

                                                    _____/s/ Dagmara Krasa-Berstell_____
                                                          Dagmara Krasa-Berstell

Sworn to before me this
16st of  September, 2008

_/s/ Roselynne D. Mizner_____
Roselynne D. Mizner
Notary Public, State of New York
No. 01M15003432
Qualified in New York County
Commission Expires March 7, 2011

## Service List A

Barclays Capital Inc.
Attn: Jonathan Hughes, Esq.
200 Park Avenue
New York, NY 10166

Cleary Gottlieb Steeb & Hamilton LLP
Attn: Victor I. Lewkow
David Leinwand
Duane McLaghlin
One Liberty Plaza
New York, NY 10006

Sullivan & Cromwell LLP
Attn: Mitchell S. Eitel
Jay Clayton
125 Broad Street
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

The Office of the United States Trustee
Attn: Brian Schoichi Masumoto, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

Wilmington Trust Company
Attn: James J. McGinley
520 Madison Avenue
33rd Floor
New York, NY 10022

The Bank of NY Mellon
Attn: Gerard Facendola
101 Barclay- 8W
New York, NY 10286

Mizuho Corporate Bank, Ltd. As Agent
Attn: Noel P. Pucell
1251 Avenue of the Americas
New York, NY 10020-1104

The Royal Bank of Scotland, PC
Attn: Alan Ferguson/ Michael Fabiano
101 Park Avenue
6th Floor
New York, NY 10178

RR Donnelley & Sons
Attn: Daniel Pevonka
3075 Highland Parkway
Downers Grove, Il. 60515