UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | Chapter11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Helen M. Lamb, being duly sworn, deposes and says:

1. That I am not a party to this action, am over 18 years of age and employed by the firm of Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112.

2. That on September 19, 2008 I caused a true and correct copy of the following document to be served on those parties listed on the attached service list by the manner indicated:

> *Objection of GLG Partners LP to the Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets*

                                                                */s/ Helen M. Lamb*
                                                                 Helen M. Lamb

Sworn to before me this
19th day of September 2008

*/s/ David M. Bava*
David M. Bava
Notary Public, State of New York
No. 01-6175197
Qualified in New York County
Commission Expires Oct. 9, 2011

# SERVICE LIST

*By Electronic Mail*

harvey.miller@weil.com
jacqueline.marcus@weil.com
shai.waisman@weil.com
harveystrickon@paulhastings.com
KDWBankruptcyDepartment@kelleydrye.com
RLevin@cravath.com
RTrust@cravath.com
grosenberg@co.arapahoe.co.us
rjohnson2@co.arapahoe.co.us
Dallas.bankruptcy@publicans.com
hsnovikoff@wlrk.com
rgmason@wlrk.com
jafeltman@wlrk.com
Deryck.palmer@cwt.com
John.rapisardi@cwt.com
George.davis@cwt.com
Gary.ticoll@cwt.com
fhyman@mayerbrown.com
atrehan@mayerbrown.com
btrust@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com
cs@stevenslee.com
cp@stevenslee.com
Howard.hawkins@cwt.com
Ellen.halstead@cwt.com
jhs7@att.net
ekbergc@lanepowell.com
mbienenstock@dl.com
jliu@dl.com
tkarcher@dl.com
Hollace.cohen@troutmansanders.com

Paul.deutch@troutmansanders.com
mrosenthal@gibsondunn.com
jweiss@gibsondunn.com
mhopkins@cov.com
dcoffino@cov.com
araboy@cov.com
jmcginley@wilmingtontrust.com
jbecker@wilmingtontrust.com
mvenditto@reedsmith.com
cshulman@sheppardmullin.com
rreid@sheppardmullin.com
elobello@blankrome.com
splatzer@platzerlaw.com
Ira.herman@tklaw.com
Demetra.liggins@tklaw.com
Rhett.campbell@tklaw.com
pwright@dl.com
esmith@dl.com
Peter.zisser@hklaw.com
Richard.lear@hklaw.com
mspeiser@stroock.com
smillman@stroock.com
kressk@pepperlaw.com
kovskyd@pepperlaw.com
wisotka@pepperlaw.com
Israel.dahan@cwt.com
newyork@sec.gov
general.info@ny.frb.org
ddunne@milbank.com
ldespins@milbank.com
wfoster@milbank.com
paronzon@milbank.com
gbray@milbank.com

*By Telefax*

Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004
Telefax:  (212) 668-2255