Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1192
Phone: (206) 624-3600
Fax: (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDING INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Joint Administration) |
| | Related to Docket Nos. 60, 107 |

**PROOF OF SERVICE**

Callie Bishop, declares:

1.  I am an employee of Riddell Williams P.S. I am a citizen of the United States, over the age of 18, and competent to make this Declaration.

2.  On September 19, 2008, I cased to be served, via the Court's ECF System, a copy of the following pleadings, on all parties listed to receive notice electronically in this case.

    - Conditional Objection and Reservation of Rights By Microsoft Re Assumption, Assignment and Cure [Docket No. 182}; and

    - Proof of Service.

3.  On September 19, 2008, I caused to be served, via facsimile and electronic mail, a copy of the Conditional Objection and Proof of Service on the parties listed below:

| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>email: harve.miller@weil.com<br>email: Jacquelin.marcus@weil.com | Brian S. Masumoto, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Fax: 212-668-2255 |
|---|---|
| Dennis F. Dunne, Esq.<br>Luc A. Despins, Esq.<br>Wilbur F. Foster, Jr., Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan plaza<br>New York, New York 10005<br>email: DDunne@milbank.com<br>email: LDespins@milbank.com<br>email: WFoster@milbank.com | |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 19th day of September, 2008

_Callie Bishop_
Callie Bishop

4839-3873-1779.01
20363.00446