**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman (SR 4906)
Jerold L. Bregman (JB 0784)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                      :
                                                            :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :
                                                            :   Case No. 08-13555(JMP)
                                          Debtors.          :
                                                            :   Jointly Administered
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

    Stefanie K. Beyer, being duly sworn, deposes and says:

    1. I am not a party to this action, am over 18 years of age, and reside in New York, New York.

    2. On September 19, 2008, I served true and correct copies of *NYSE's Reservation of Rights and Limited Objection to Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser* [Docket No. 225] via electronic mail to the entities listed on the annexed Exhibit A and by facsimile to the party listed on the annexed Exhibit B.

/s/ Stefanie K. Beyer
Stefanie K. Beyer

Sworn to before me this
19th day of September 2008

_____
Notary Public

*JAMES V. DREW*
*Notary Public, State of New York*
*No. 02-DR6079092*
*Qualified in Queens County*
*Commission Expires August 12, 2010*

5017887

## EXHIBIT A

| | |
|---|---|
| araboy@cov.com | hsnovikoff@wlrk.com |
| arosenblatt@chadbourne.com | igoldstein@dl.com |
| atrehan@mayerbrown.com | info2@normandyhill.com |
| bambacha@sec.gov | ira.herman@tklaw.com |
| bankoftaiwan@botnya.com | israel.dahan@cwt.com |
| bill.hughes@us.standardchartered.com | jacobsonn@sec.gov |
| brehenyb@sec.gov | jacqueline.marcus@weil.com |
| bromano@willkie.com | jafeltman@wlrk.com |
| btrust@mayerbrown.com | jbecker@wilmingtontrust.com |
| chris.omahoney@bnyme1lon.com | jbromley@cgsh.com |
| cohena@sec.gov | jeffrey.sabin@bingham.com |
| cp@stevenslee.com | jhs7@att.net |
| cs@stevenslee.com | jliu@dl.com |
| cshulman@sheppardmullin.com | jmathis@lloydstsbusa.com |
| dallas.bankruptcy@pulicans.com | jmcginley@wilmingtontrust.com |
| Danna.Drori@usdoj.gov | john.rapisardi@cwt.com |
| david.heller@lw.com | jshickich@riddellwilliams.com |
| dcoffino@cov.com | jtougas@mayerbrown.com |
| ddunne@milbank.com | jwallack@goulstonstorrs.com |
| demetra.liggins@tklaw.com | jwang@sipc.org |
| dennis.graham@kbc.be | jweiss@gibsondunn.com |
| deryck.palmer@cwt.com | k4.nomura@aozorabank.co.jp |
| dflanigan@polsinelli.com | KDWBankruptcyDepartment@kelleydrye.com |
| dhayes@mcguirewoods.com | keith.simon@lw.com |
| dlemay@chadbourne.com | kiplok@hugheshubbard.com |
| douglas.bacon@lw.com | kmayer@mccarter.com |
| drosner@goulstonstorrs.com | kobak@hugheshubbard.com |
| eglas@mccarter.com | kovskyd@pepperlaw.com |
| ekbergc@lanepowell.com | krubin@ozcap.com |
| ellen.halstead@cwt.com | ldespins@milbank.com |
| elobello@blankrome.com | lgranfield@cgsh.com |
| esmith@dl.com | lori.fife@weil.com |
| ffm@bostonbusinesslaw.com | lschweitzer@cgsh.com |
| fhyman@mayerbrown.com | mabrams@willkie.com |
| frank.sodano@americas.bnpparibas.com | macronin@debevoise.com |
| fred.berg@rvblaw.com | malcolm@firstbankny.com |
| gado01@handelsbanken.se | mbienenstock@dl.com |
| garrett.fail@weil.com | mcto@debevoise.com |
| gary.ticoll@cwt.com | mhopkins@cov.com |
| gauchb@sec.gov | michael.halevi@anz.com |
| gbray@milbank.com | michael.mauerstein@citi.com |
| george.davis@cwt.com | michael.tan@fubon.com |
| george_neofitidis@scotiacapital.com | mjedelman@vedderprice.com |
| giddens@hugheshubbard.com | mrosenthal@gibsondunn.com |
| grosenberg@co.arapahoe.co.us | ms.wu@fubonny.com |
| harvey.miller@weil.com | mspeiser@stroock.com |
| harveystrickon@paulhastings.com | mtuck@lloydstsbusa.com |
| hollace.cohen@troutmansanders.com | murai24234@nissay.co.jp |
| howard.hawkins@cwt.com | nbruce@lloydstsbusa.com |
| hseife@chadbourne.com | |

5017887

newyork@sec.gov
noriyukitsumura@chuomitui.jp
panosn@sec.gov
paronzon@milbank.com
paul.deutch@troutmansanders.com
peter.zisser@hklaw.com
phayden@mcguirewoods.com
prachmuth@reedsmith.com
pwright@dl.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdicanto@nabny.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
rjohnson2@co.arapahoe.co.us
rlevin@cravath.com
robert.bailey@bnymellon.com
roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
rtrust@cravath.com
rwasserman@cftc.gov
sabin.willett@bingham.com

schapman@willkie.com
shai.waisman@weil.com
sharbeck@sipc.org
shar.leventhal@ny.frf.org
sheehan@txschoollaw.com
shuji.yamada@escb.co.jp
smillman@stroock.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steven.wilamowsky@bingham.com
tarbit@cftc.gov
tetsuhiro.toomata@shinseibank.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
tslome@msek.com
wfoster@milbank.com
wheuer@dl.com
whitej@sec.gov
wisotska@pepperlaw.com
wsmith@bocusa.com
yasuhiko_imai@smbcgroup.com

# EXHIBIT B

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Fax: (212) 668-2255
Attn: Brian Shoichi Masumoto, Esq.

5017887