Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510
(203) 562-8588
(866) 849-2040 Facsimile
Charles J. Filardi, Jr. (CF3262)

Attorney for Federal Express Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No.: 08-13555 (JMP) |
| | : | Jointly Administered |
| Debtors. | : | |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICES AND
DEMAND FOR SERVICE OF PAPERS**

Pursuant to 11 U.S.C. 1109(b) and Rules 2002, 9007, 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure that a true, complete and accurate copy of each and every notice required to be given in this case, as well as all copies of pleadings and other papers filed in the above matter, be directed to counsel for FEDERAL EXPRESS CORPORATION at the following address**:**

> Charles J. Filardi, Jr.
> Filardi Law Offices LLC
> 65 Trumbull Street
> Second Floor
> New Haven, CT 06510
> (203) 562-8588
> E-mail: charles@filardi-law.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way, the

rights or interests of **FEDERAL EXPRESS CORPORATION** with respect to the above-captioned debtor, the bankruptcy estate, or any related entity, or property or proceeds in which the debtor or its trustee may claim an interest.

Dated: September 21, 2008         FEDERAL EXPRESS CORPORATION

By:    */s/ Charles J. Filardi, Jr.*
      Charles J. Filardi, Jr. (CF3262)
      Filardi Law Offices LLC
      65 Trumbull Street, Second Floor
      New Haven, CT  06510
      (203) 562-8588
      E-mail: charles@filardi-law.com