Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510
(203) 562-8588
(866) 849-2040 Facsimile
Charles J. Filardi, Jr. (CF3262)

Attorney for Federal Express Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No.: 08-13555 (JMP) |
| | : | Jointly Administered |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the Notice of Appearance and Request for Notices filed electronically with this Court on this 21st day of September, 2008, has been served electronically to those parties participating in the Court's ECF system.

By:   */s/ Charles J. Filardi, Jr.*
Charles J. Filardi, Jr. (CF3262)
Filardi Law Offices LLC
65 Trumbull Street, Second Floor
New Haven, CT  06510
(203) 562-8588
E-mail: charles@filardi-law.com