**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

CERTIFICATE OF SERVICE

I hereby certify that in September 19, 2008 I served a copy of the foregoing Limited Objection And Reservation Of Rights To Debtors' Motion to Approve the Sale of Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets by email and facsimile, where indicated, on the following parties:

| | |
|---|---|
| Weil Gothsal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>email: harvey.miller@weil.com<br>email: Jacqueline.marcus@weil.com<br>email: shai.waisman@weil.com | Brian S. Masumoto, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Fax: 212 668-2255 |
| Dennis F. Dunne, Esq.<br>Luc A. Despins, Esq.<br>Wilbur F. Foster, Jr., Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>email: ddunne@milbank.com<br>email: ldespins@milbank.com<br>email: wfoster@milbank.com | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>email: vlewkow@cgsh.com<br>email: dleinwand@cgsh.com<br>email: dmclaughlin@cgsh.com |

                                              **/s/ Alan E. Marder**
                                                 Alan E. Marder

683238