KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC, et al., | ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

I, Robert Rotman hereby certify that I am over the age of eighteen years, that I am not a party to this action. I also certify that I am an employee of Kaye Scholer LLP, Counsel to Wells Fargo Bank, N.A. and Wells Fargo & Co., and that on the 19th day of September 2008, I caused, via first class mail, true and correct copies of: (i) *Notice of Appearance and Demand for Service of Notices and Documents*; and (ii) *Limited Objection of Wells Fargo Bank, N.A. and Wells Fargo & Co. to the Motion of the Debtors for an Order Approving the Sale of Certain Assets to Barclays Capital Inc.* to be served on the annexed service list.

Dated: New York, New York
      September 19, 2008

                                                                              Robert Rotman
                                                                              */s/ Robert Rotman*

Sworn to before me this
22nd day of September.
  /s/Gurnel Jean-Louis
 Notary Public
 **GURNEL JEAN-LOUIS**
 **Notary Public, State of New York**
 **No. 01JE6016979**
 **Qualified in Queens County**
 **Commission Expires Nov. 30, 2010**

| | |
|---|---|
| Harvey R. Miller, Esquire<br>Shai Waisman, Esquire<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Andrew D. Velez-Rivera, Esquire<br>Paul K. Scwartzberg, Esquire<br>Brian S. Masumoto, Esquire<br>Office of the United States Trustee<br>Region 2/Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |
| Harvey A. Strickon, Esquire<br>Paul, Hastings, Janofsky & Walker LLP<br>75 East 55th Street<br>New York, NY  10022-3205 | Andrea Sheehan, Esquire<br>Law Offices of Robert E. Luna, P.C.<br>4411 N. Central Expressway<br>Dallas, TX  75205 |
| James S. Carr, Esquire Kelley<br>Drye & Warren LLP<br>101 Park Avenue<br>New York, NY  10178 | Frank F. McGinn, Esquire<br>Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor<br>Boston, MA  02110 |
| Kathryn Schroeder, Esquire<br>Arapahoe County<br>5334 S. Prince Street<br>Littleton, CO  80166 | Elizabeth Weller, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX  75201 |
| Harold S. Novikoff, Esquire<br>Richard G. Mason, Esquire<br>Joshua A. Feltman, Esquire<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY  10019-60150 | Deryck A. Palmer, Esquire<br>John J. Rapisardi, Esquire<br>George A. Davis, Esquire<br>Gary D. Ticoll, Esquire<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY  10281 |

Frederick D. Hyman, Esquire
Amit Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Brian Trust, Esquire
Jeffrey G. Tougas, Esquire
Amit Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Richard Levin, Esquire
Robert H. Trust, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Howard R. Hawkins, Jr., Esquire
Ellen M. Halstead, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

James H. Shenwick, Esquire
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY  10017

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Timothy Q. Karcher, Esquire
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019

Hollace T. Cohen
Paul H. Deutch
Troutman Sanders LLP
405 Lexington Avenue
New York, NY  10174

Michael Rosenthal
Janet Weiss
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193

Chester B. Salomon, Esquire
Constantine D. Pourakis, Esquire
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022

James F. Wallack, Esquire
Douglas B. Rosner, Esquire
Gregory O. Kaden, Esquire
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-1776

| | |
|---|---|
| Charles R. Ekberg, Esquire | George Rosenberg |
| Lane Powell PC | Arapahoe County Attorney's Office |
| 1420 Fifth Avenue, Suite 4100 | 5334 S. Prince Street |
| Seattle, WA  98101-2338 | Littleton, CO  80166 |