**SALVATORE LAMONICA, ESQ.**
Chapter 7 Trustee
3305 Jerusalem Avenue, Suite 201
Wantagh, NY 11793
(516) 826-6500 - Telephone
(516) 826-0222 - Facsimile

May 15, 2018

**VIA ELECTRONIC FILING**
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

      Re:    **JVJ Pharmacy Inc.**
                **Chapter 7**
                **Case No. 16-10508-SMB**

Dear Sir/Madam:

Please be advised that I am the Trustee in the above referenced bankruptcy case.

This case is now an asset case, which may permit me to make a distribution to creditors of the estate. Therefore, it is now necessary for a notice to be sent to the creditors pursuant to Bankruptcy Rule 3002(c)(5) and 2002(f)(3) advising them of the need to file a Proof of Claim in order for them to participate in any eventual distribution.

Thank you for your courtesies.

                                    Respectfully Submitted,

                                    *s/ Salvatore LaMonica*
                                    Salvatore LaMonica

Sl/dm