# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 05/15/2018 |
| Case: 16−10508−smb | Form ID: pdn | Total: 89 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr            Salvatore LaMonica, Esq.
6913986       Charles DeMarco
6913988       Heathnow Solutions, Inc.

                                                                                                  TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust           United States Trustee         USTPRegion02.NYECF@USDOJ.GOV
aty           Avrum J. Rosen                ajrlaw@aol.com
aty           Holly R. Holecek              hrh@lhmlawfirm.com
aty           Jordan C. Pilevsky            jp@lhmlawfirm.com
aty           Jordan David Weiss            jw@lhmlawfirm.com
aty           Susan D. Golden               susan.golden@usdoj.gov

                                                                                                  TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db            JVJ Pharmacy Inc.       74 University Place        New York, NY 10003
smg           New York State Tax Commission       Bankruptcy/Special Procedures Section       P.O. Box 5300       Albany, NY 12205−0300
smg           United States Attorney's Office       Southern District of New York       Attention: Tax & Bankruptcy Unit       86 Chambers Street, Third Floor       New York, NY 10007
smg           N.Y. State Unemployment Insurance Fund       P.O. Box 551       Albany, NY 12201−0551
smg           New York City Dept. Of Finance       345 Adams Street, 3rd Floor       Attn: Legal Affairs − Devora Cohn       Brooklyn, NY 11201−3719
6904059       ACCREDO       1640 CENTURY CENTER PARKWAY       MEMPHIS, TN 38134
6904060       ADELSO FERNANDEZ       C/O VALLI KANE & VAGNINI LLP       600 OLD COUNTRY RD, STE 519       GARDEN CITY, NY 11530
6904061       ALEXANDRA MARIE BELLO       C/O VALLI KANE & VAGNINI LLP       600 OLD COUNTRY RD, STE 519       GARDEN CITY, NY 11530
6904062       ALLY FINANCIAL       PO BOX 380902       MINNEAPOLIS, MN 55438
6904063       AMERICAN EXPRESS       PO BOX 53852       PHOENIX, AZ 85072−3852
6904064       AMERISOURCE BERGEN       5100 JAINDL BLVD       BETHLEHEM, PA 18017−9434
6904065       AMERISOURCE BERGEN DRUG CO       1300 MORRIS DRIVE       WAYNE, PA 19087
6904066       AMERISOURCE BERGEN DRUG CO       1300 MORRIS DRIVE       WAYNE, PA 19087
6904067       ANGELO MANIELLO       C/O VALLI KANE & VAGNINI LLP       600 OLD COUNTRY RD, STE 519       GARDEN CITY, NY 11530
6922867       Ally Bank       PO Box 130424       Roseville MN 55113−0004
6971516       AmerisourceBergen Drug Corporation       Carol Ann Slocum, Esquire       Klehr Harrison Harvey Branzburg, LLP       457 Haddonfield Road, Suite 510       Cherry Hill, NJ 08002
6904068       BETH PUGLIESE       C/O MURRAY & DIBELLA LLP       475 PARK AVE SOUTH, 6TH FLR       NEW YORK, NY 10016
6904069       BIORIDGE       100 CAMPUS DRIVE       FLORHAM PARK, NJ 07932
6904070       BOIRON       6 CAMPUS BLVD       NEWTOWN SQUARE, PA 19073
6923689       BioRidge Pharma, LLC       c/o Ron L. Woodman, Esquire       Friedman Schuman, P.C.       101 Greenwood Avenue, Fifth Floor       Jenkintown, PA 19046
6904071       CHARLES DEMARCO       VALLI KANE & VAGNINI LLP       600 OLD COUNTRY ROAD, SUITE519       GARDEN CITY, NY 11530
6904072       CHARLES SOLANA & SONS       80 MODULAR AVENUE       COMMACK, NY 11725
6904073       CREATIVE PRODUCT SOURCE, INC.       2686 KIRBY WHITTEN ROAD       SUITE 110       MEMPHIS, TN 38133
6904074       DELUXE DELIVERY       64 WEST 48TH STREET
6922475       DEPARTMENT OF THE TREASURY       INTERNAL REVENUE SERVICE       POST OFFICE BOX 7346       PHILADELPHIA, PA 19101−7346
6904075       DESTINATION PRINT       3115 FOOTHILL BLVD       M−319       LA CRESCENTA, CA 91214
6904076       DR. COMFORT       10300 N ENTERPRISE DR       THIENSVILLE, WI 53092
6904077       FAGRON       2400 PILOT KNOB ROAD       SAINT PAUL, MN 55120
6904078       FEDEX       942 SOUTH SHADDY GROVE ROAD       MEMPHIS, TN 38120
6961026       FedEx TechConnect, Inc.       as Assignee of FedEx Express/       Ground/Freight/Office       3965 Airways Blvd, Module G, 3rd Fl       Memphis, TN 38116−5017
6904079       GERMFREE       4 SUNSHINE BLVD       ORMOND BEACH, FL 32174
6904080       GOOD CARE PHARMACY INC       C/O VALLI KANE & VAGNINI LLP       600 OLD COUNTRY RD, STE 519       GARDEN CITY, NY 11530
6912044       Goetz Fitzpatrick LLP       Attn: Gary M. Kushner, Esq.       One Penn Plaza       31st Floor       New York, New York 10119
6972144       H.D. Smith Wholesale Drug Company, Inc.       c/o Goetz Fitzpatrick LLP       Attn: Gary M. Kushner, Esq.       1 Penn Plaza, 31st Floor       New York, NY 10119
6904081       HEALTHNOEW SOLUTIONS INC       C/O VALLI KANE & VAGNINI LLP       600 OLD COUNTRY RD SUITE 519       GARDEN CITY, NY 11530

| ID | Name | Address |
|---|---|---|
| 6971893 | Healthnow Solutions, Inc | C/O Robert J. Valli, Jr.    600 Old Country Road, Suite 519    Garden City, NY 11530 |
| 6904082 | JAMES ZAMBRI | 2020 WINDING BROOK WAY    SCOTCH PLAINS, NJ 07076 |
| 6904083 | LAKELAND CAPITAL WEST | PO BOX 8152    WACO, TX 76714 |
| 6904084 | LAKELAND CAPITAL WEST | PO BOX 8152    WACO, TX 76714 |
| 6904085 | LAKELAND CAPITAL WEST | PO BOX 8152    WACO, TX 76714 |
| 6904086 | LAKELAND CAPITAL WEST | PO BOX 8152    WACO, TX 76714 |
| 7173792 | LAW OFFICE OF IRA R. ABEL | Attorneys for EZ Rx Club, lnc.    305 Broadway    14th Floor    New York, New York 10007 |
| 7176120 | LAW OFFICE OF IRA R. ABEL | Attorneys for for Janaki Ram Ajjarapu    305 Broadway    14th Floor    New York, New York 10007 |
| 7172946 | LAW OFFICE OF IRA R. ABEL | Local Counsel for EZ Rx Club, lnc.    305 Broadway    14th Floor    New York, New York 10007 |
| 6904087 | LEVILUBARSKY FEIGENBAUM & WEIS | 655 THIRD AVENUE, 27TH FLOOR    NEW YORK, NY 10017 |
| 6904088 | LEWIN & BAGLIO LLP | 1100 SHAMES DRIVE, SUITE 100    WESTBURY, NY 11590 |
| 6904089 | LEWIN & BAGLIO LLP | 1100 SHAMES DRIVE, SUITE 100    WESTBURY, NY 11590 |
| 6966155 | Lakeland West Capital XXIII, LLC | c/o Steven B. Feigenbaum, Esq.    655 Thid Avenue, 27th Floor    New York, NY 10017 |
| 7176059 | Law Office Of Ira R. Abel | Local Counsel for Janaki Ram Ajjarapu    305 Broadway    14th Floor    New York, New York 10007 |
| 6905892 | LeClairRyan, A Professional Corporation | Attorneys for PNC Bank, N.A.    Attn: Ilan Markus, Esq.    545 Long Wharf Drive, 9th Floor    New Haven, Connecticut 06511 |
| 6905891 | LeClairRyan, A Professional Corporation | Attorneys for PNC Bank, N.A.    Attn: Todd M. Galante, Esq.    One Riverfront Plaza    1037 Raymond Boulevard, 16th Floor    Newark, NJ 07102 |
| 6910937 | Levi Lubarsky Feigenbaum & Weiss LLP | Attorneys for Lakeland West Capital, LLC    Attn: Steven B. Feigenbaum, Esq.    655 Third Avenue, 27th Floor    New York, New York 10017 |
| 6904090 | MATULANE DIRECT | 12601 COLLECTIONS CENTER DR    CHICAGO, IL 60693 |
| 6904091 | MEDISCA INC | PO BOX 2592    PLATTSBURGH, NY 12901 |
| 6904092 | MICAHEL GRACE | C/O MURRAY & DI BELLA LLP    475 PARK AVE SOUT, 6TH FLR    NEW YORK, NY 10016–9000 |
| 6904093 | NMG REALTY CO | 7615 ELLIOT AVE    MIDDLE VILLAGE, NY 11379 |
| 6904094 | NMG REALTY CO. | 7615 ELLIOT AVENUE    MIDDLE VILLAGE, NY 11379–1339 |
| 6904095 | NUCARE | 622 W KATELLA AVE    ORANGE, CA 92867 |
| 6961025 | NYC Department of Finance | Tax, Audit and Enforcement Division    Attn: Bankruptcy Unit    345 Adams Street, 10th Floor    Brooklyn, NY 11201 |
| 6915080 | NYS Department of Labor | Unemployment Insurance Division    Gov. W. Averell Harriman    State Office Building Campus    Building 12, Rm 256    Albany, NY 12240 |
| 6912683 | NYS Department of Taxation & Finance | Office of Counsel    15 MetroTech Center    Brooklyn, NY 11201 |
| 6907894 | New York State Department of Taxation & Finance | Bankruptcy Section    P O Box 5300    Albany New York 12205–0300 |
| 7016509 | New York State Worker's Compensation Board | 328 State Street    Attn: Judgment Unit    Schenectady, NY 12308 |
| 6904096 | PARATA INC | PO BOX 638203    CINCINNATI, OH 45263–8203 |
| 6904097 | PNC BANK, NA | TWO TOWER CENTER    EAST BRUNSWICK, NJ 08816 |
| 6904098 | PNC BANK, NA | TWO TOWER CENTER    EAST BRUNSWICK, NJ 08816 |
| 6905797 | PNC Bank, National Association | 101 South Fifth Street    Louisville, KY 40202 |
| 6905798 | PNC Bank, National Association | 101 South Fifth Street    Louisville, KY 40202 |
| 7292635 | RABINOWITZ, LUBETKIN & TULLY, LLC | Attorneys for Ocean Breeze    Associates, LLC    293 Eisenhower Parkway, Suite 100    Livingston, New Jersey 07039 |
| 6904099 | RBS SOLUTIONS INC | 628 E 11TH STREET, UNIT 2A    NEW YORK, NY 10009 |
| 6904100 | RICK SIRIANNI | C/O ABRAMS FENSTERMAN ET AL    1111 MARCUS AVENUE, SUITE 107    NEW HYDE PARK, NY 11042 |
| 6904101 | RIGHT TRACK PHARMACY INC. | C/O VALLI KANE & VAGNINI LLP    600 OLD COUNTRY ROAD, STE 519    GARDEN CITY, NY 11530 |
| 6904102 | RINDA COGNA | C/O VALLI KANE & VAGNINI LLP    600 OLD COUNTRY RD, STE 519    GARDEN CITY, NY 11530 |
| 6904103 | SHERMAN PHARMACY 2 INC | C/O VALLI KANE & VAGNINI LLP    600 OLD COUNTRY RD, STE 519    GARDEN CITY, NY 11530 |
| 6904104 | SMITH MEDICAL PARTNERS | 950 LIVELY BLVD    WOOD DALE, IL 60191 |
| 6972145 | Smith Medical Partners LLC | c/o Goetz Fitzpatrick LLP    Attn: Gary M. Kushner, Esq.    1 Penn Plaza, 31st Floor    New York, NY 10119 |
| 6914076 | Valli Kane & Vagnini LLP | Attn: Robert J. Valli, Jr., Esq.    600 Old Country Road–Suite 519    Garden City, New York 11530 |
| 6904105 | WARSHAW BERNSTEIN LLP | 555 FIFTH AVE    NEW YORK, NY 10017 |
| 6904106 | WINDSTREAM INC | PO BOX 3177    CEDAR RAPIDS, IA 52406–3177 |
| 6904107 | YESSICA FIGUERO | C/O VALLI KANE & VAGNINI LLP    600 OLD COUNTRY RD, STE 519    GARDEN CITY, NY 11530 |

TOTAL: 80