UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re                                           Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                  Case No.: 08-13555 (JMP)

                Debtor.
---------------------------------------------------------X

FILED
U.S. BANKRUPTCY COURT
2008 SEP 19  P 2: 49
S.D. OF N.Y.

### NOTICE OF OBJECTION BY ICAS TO NOTICE OF ASSUMPTION, ASSIGNMENT AND AMOUNTS TO CURE DATED SEPTEMBER 18, 2008

PLEASE TAKE NOTICE that Interface Cable Assemblies and Services Corp. a/k/a ICAS, 42-19 23rd Ave., Astoria, NY 11105, by its' counsel, THOMAS PIETRANTONIO, P.C., hereby objects to the September 18, 2008 Notice of Assumption, Assignment and Amounts to Cure issued by counsel for Debtor and Debtor in Possession, insofar that it fails to list the correct cure amount as to the within objecting vendor;

PLEASE TAKE FURTHER NOTICE that appended hereto is evidence of the appropriate cure amount as to the objecting vendor in the form of aged receivables reports totaling an amount due of $437,252.05.

Dated: September 19, 2008
       Port Washington, NY

THOMAS PIETRANTONIO, P.C.
Attorney for Objecting Vendor

*Thomas Pietrantonio*
Thomas Pietrantonio, Esq.
334 Main Street
Port Washington, NY 11050
(T) 516-944-6169
(F) 516-684-9824

1

To:

WEIL, GOTSHAL et al.
Attorneys for Debtor and
Debtor in Possession
767 Fifth Ave.
New York, NY 10153
(T) 212-310-8000
(F) 212-310-8007

## Interface Cable Assemblies Services
### Aged Receivables
### As of Sep 30, 2008

| Customer | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | P.O. No. | Date |
|---|---|---|---|---|---|---|---|---|
| Aurora Loan Service | 138191R | | | | 4,472.25 | 4,472.25 | TSR 971712 | 7/26/07 |
| Aurora Loan Service | 138783 | | | | 6,711.00 | 6,711.00 | TSR 987643 | 12/27/07 |
| Aurora Loan Service | 138784 | | | | 1,970.00 | 1,970.00 | TSR 994702 | 12/27/07 |
| Aurora Loan Service | 138785 | | | | 3,838.18 | 3,838.18 | TSR 994704 | 12/27/07 |
| Aurora Loan Service | 139026 | | | | 904.40 | 904.40 | PO#59016 | 2/25/08 |
| Aurora Loan Service | 139641 | | | | | 10,762.37 | PO#59016 | 8/20/08 |
| Aurora Loan Service | 139644 | | | | | 2,603.63 | PO 67436 | 8/22/08 |
| **Aurora Loan Service** | | **13,366.00** | | | **17,895.83** | **31,261.83** | | |
| Lehman Brothers | 136106 | | | 8,580.00 | | 8,580.00 | TSR 884115 | 3/7/06 |
| Lehman Brothers | 139646 | 33,547.62 | | | | 33,547.62 | TSR 1032365 | 8/25/08 |
| Lehman Brothers | 139742 | 69,937.45 | | | | 69,937.45 | TSR 1043168 | 9/15/08 |
| Lehman Brothers | 139743 | 962.00 | | | | 962.00 | TSR 1043168 | 9/15/08 |
| Lehman Brothers | 139744 | 1,775.17 | | | | 1,775.17 | TSR 1043168 | 9/15/08 |
| **Lehman Brothers** | | **106,222.24** | | **8,580.00** | | **114,802.24** | | |
| Lehman Brothers | 137191 | | | | 4,855.00 | 4,855.00 | TSR906503/PO2447 | 11/17/06 |
| Lehman Brothers | 137720 | | | | 800.00 | 800.00 | TSR932057/PO3275 | 4/11/07 |
| Lehman Brothers | 137738 | | | | 1,800.00 | 1,800.00 | TSR933783/PO3187 | 14/12/07 |
| Lehman Brothers | 137682 | | | | 1,354.69 | 1,354.69 | TSR 957434 | 1/3/08 |
| Lehman Brothers | 137737 | | | | 1,677.65 | 1,677.65 | TSR 936561 | 1/3/08 |
| Lehman Brothers | 137943 | | | | 4,040.22 | 4,040.22 | TSR 957450 | 1/3/08 |
| Lehman Brothers | 137956 | | | | 2,059.13 | 2,059.13 | TSR 958768 | 1/3/08 |
| Lehman Brothers | 137973 | | | | 1,625.63 | 1,625.63 | TSR 963402 | 1/3/08 |
| Lehman Brothers | 138319 | | | | 3,728.10 | 3,728.10 | TSR 978621 | 1/3/08 |
| Lehman Brothers | 139315 | | | | 24,969.60 | 24,969.60 | TSR 1025782 | 5/14/08 |
| Lehman Brothers | 139213A | | | | 25.13 | 25.13 | Tax Amount | 5/22/08 |
| Lehman Brothers | 138797TAXBALANCE | | 1,768.12 | | | 1,768.12 | TSR1001398 | 7/22/08 |
| Lehman Brothers | 138614TAXBALANCE | | 1,144.36 | | | 1,144.36 | TSR1001743 | 7/22/08 |
| Lehman Brothers | 138760TAXBALANCE | | 117.25 | | | 117.25 | TSR1001732 | 7/22/08 |
| Lehman Brothers | 139685 | 20,347.41 | | | | 20,347.41 | PO TSR 1040: | 9/2/08 |
| Lehman Brothers | 139686 | 12,338.49 | | | | 12,338.49 | PO 73059/TSR 1040: | 9/2/08 |

## Interface Cable Assemblies Services
### Aged Receivables
### As of Sep 30, 2008

| Customer | Invoice # | Amount | | | Total | Reference |
|---|---|---:|---:|---:|---:|---|
| Lehman Brothers | 139687 | 41,095.80 | | | 41,095.80 | PO 73057/TSR 1040:9/2/08 |
| Lehman Brothers | 139688 | 1,598.53 | | | 1,598.53 | PO 72717/TSR 1040:9/2/08 |
| Lehman Brothers | 139689 | 541.88 | | | 541.88 | PO 72716/TSR 1040:9/2/08 |
| Lehman Brothers | 139690 | 1,734.00 | | | 1,734.00 | PO 72715/TSR 1040:9/2/08 |
| Lehman Brothers | 139691 | 1,506.41 | | | 1,506.41 | PO 71734    9/3/08 |
| Lehman Brothers | 139702 | 8,557.69 | | | 8,557.69 | PO 73146/TSR 1040:9/8/08 |
| Lehman Brothers | 139735 | 2,184.84 | | | 2,184.84 | TSR: 1042552    9/15/08 |
| Lehman Brothers | 139736 | 2,991.15 | | | 2,991.15 | TSR 1042560    9/15/08 |
| Lehman Brothers | 139737 | 2,275.88 | | | 2,275.88 | TSR 1042567    9/15/08 |
| Lehman Brothers | 139738 | 36,974.90 | | | 36,974.90 | PO 73056/TSR10406 9/15/08 |
| Lehman Brothers | 139739 | 1,517.25 | | | 1,517.25 | TSR 1042760    9/15/08 |
| Lehman Brothers | 139740 | 1,734.00 | | | 1,734.00 | TSR: 1042765    9/15/08 |
| Lehman Brothers | 139741 | 4,551.75 | | | 4,551.75 | TSR 1042766    9/15/08 |
| Lehman Brothers | 139745 | 16,016.89 | | | 16,016.89 | PO 73147    9/16/08 |
| Lehman Brothers | 139751 | 17,382.81 | | | 17,382.81 | TSR 1043004    9/16/08 |
| Lehman Brothers | 139752 | 40,026.46 | | | 40,026.46 | TSR 1043001    9/16/08 |
| Lehman Brothers | 139753 | 15,904.03 | | | 15,904.03 | TSR 1042999    9/17/08 |
| Lehman Brothers | 139754 | 9,667.05 | | | 9,667.05 | TSR 1042997    9/17/08 |
| Lehman Brothers | 139755 | 2,275.88 | | | 2,275.88 | TSR 1042567    9/17/08 |
| **Lehman Brothers** | | **241,223.10** | **3,029.73** | **46,935.15** | **291,187.98** | |
| | | 347,445.34 | 3,029.73 | 55,515.15 | 437,252.05 | |