UNITED STATES
BANKRUPTCY COURT
SDNY

(Pg 1)

In re: Lehman Brothers,
                    Debtor

Case #
08-13555
JMP
Ch 11

— Notice of Motion —

SIR/MADAM:

Please TAKE notice that The undersigned William Kuntz III who appears Pro Se will move at a time and place set by the court for an order LIFTING or MODIFYING the Automatic Stay in This Case

Respectfully

William Kuntz III
5 Federal St  PO Box 1801
Nantucket Island, Mass 02554-1801
508-775-5225

on Amtrack  Sept 18, 2008



**CROWNE PLAZA®**

HOTELS & RESORTS

Pg 2

UNITED STATES
BANKRUPCY COURT
SDNY                          Case #

In re: Lehman Brothers
              Debtor

        Motion for Relief from Stay

Now Comes William Kuntzitch appearing Prose

and respectfully moves the Court for relief

1) Pray that the Court excuse This Motion in

handwriting, but it is Depun on Amtrac Train #9

which left Boston @ 6⁰⁵ Am on Sept 18, 2008

2) about 14 years ago, movant purchased

on the open market certain obligations of the



# CROWNE PLAZA®

## HOTELS & RESORTS



Grand Union Capital Corp a Delaware Corporation (Ex 1)

3) In 1995 Grand Union Company filed Bankruptcy in Delaware Bankruptcy Court.

4) Shortly there after Grand Union Capital and Grand Union Treasury also entered Ch 11 Protection.

5) AFTER Considerable Conflict, a settlement was reached between the NOTE HOLDER of Grand Union Capital & Grand Union Company

6) Putnam Investments of Boston was Included in the Selling Parties. (Ex 2)



**CROWNE PLAZA**®

H O T E L S & R E S O R T S

P9 4

7) AS part of the settlement a CASH

Escrow was established of Abbot $3.25 million

Dollars

8) Mount rejected said settlement and

It was stated on the record before Hon Judge

Peter J Walsh, that Mount Declined +

rejected said settlement and that all his

right were preserved and the Indenture

was not cancelled as to his obligation issued

by Grand Union Capital and Guaranteed by

Grand Union Holdings.

STATE and LODGE STREETS · ALBANY, NEW YORK 12207
(518) 462-6611 · FAX (518) 462-8192



9) Subsequently Grand Union Company

again filed Bankruptcy in Newark, NJ

twice.

10) Prior to that time, Grand Union Holding

and Grand Union Capital's CH11 Cases were

Dismissed without any plan being Confirmed

and They were Disolved in Delaware

11) Despite Assets he/lewd to be in excess of

$12 million no Distribution was made to Noteholding

Creditor either Directly or thru the Indenture

Trustee - Marine Midland Bank or First Trust, NA



**CROWNE PLAZA®**

HOTELS & RESORTS

pg 6

12) Some where and some time in the late
1990's or early 2000's

the Debtor Lehman Brothers and or Lehman

Brothers Commercial Paper Became creditors up

the twice reorganized Grand Union

13) Upon Information and belief and

as stated in open court before Judge Linfield

had in had benef/lof my order known or

noticed, the Debtor Lehman applied the

Brance of the Escraw now believed to exceed

$5,000,000 to its loan to the prejudice of

Mound Superior rights to these funds.



(pg 7)

14) From time to time, and prior to the

commencement of this case and as recently as

May 2008, Movant communicated with the

Hotel star (Ex 3) no response or remittance

was forthcoming.

15) In August, 2008, Movant began to take

steps in NY State Supreme Court, Westchester

Court to obtain his First Judgment against

Grand Union Capital & Grand Union Holding

(Ex 4 & Ex 5)

16) Events however unfolded so fast

with the Debtor Lehman that this case was



Commenced prior to obtaining a judgement
and taking those steps to ensure
the escrow Funds held by the Debtor in
a Constructive Trust etc.

17) It is unclear to Movant the Exact
Whereabouts of these funds, they may in FACT
Be in an subsidiary of the Debtor not in
Bankruptcy. Further it may be that AT this time
that these funds should be remitted to
the State of New York, office of the Comptroller
Unclaimed Funds Unit, 110 STATE St, Albany, NY 12207
under NY Law as Process.



CROWNE PLAZA
HOTELS & RESORTS

PG 9

18) Needless to say, Mount has closely watched & followed the sudden & unhappy demise of the Debtor. Mount had at one time been a stockholder of Lehman but sold his stock years ago when the potential conflict became apparent.

19) On Sept 15, 2008 after learning that this case was imminent Mount attempted to contact the Boston & New York office of the Debtor by phone. Mount also contacted C & S Wholesalers who purchased the assets of Grand Union in Newark Bankruptcy Court



P910

on the 3rd Chll on the 17th of Sept/2008

on the 17th C&S Declined & rejected

Mounts request for Information. (Ex 6 7 & 8)

Mount also CONTACTED NY STATE & the

Court Deputy as to DATES on the calendar they

WHEREAS they were not (until yesterday)

AVAILABLE on the Court's Electronic Service.

18) on the 16th of Sept 2008 Mount

telefaxed a request to Deb'as Counsel which

proposed a stipulation Ex 9 As of today, Mount

is unaware of any reply and as

events are unfolding so very FAST



**CROWNE PLAZA®**

HOTELS & RESORTS

pg 11

Mount Sert he should come of New York RG

to court to fire this & so forth.

Wherefore Mount respectfully prays that

the court grant liberal relief to Mount

to proceed both in obtaining information, in

that he may need to file a claim and or

proceed in other courts to obtain his judgment

& not worry about those funds being dissipated

Respectfully

William Kunz III
5 Federal St   POBx 1801
Nantucket Island, Mass 02554-1801
508 775-5225



# State of Delaware
## The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

Citizen Services | Business Services | Visitor Info.

State Directory | Help | Search Delaware |

**Department of State: Division of Corporations**

| | |
|---|---|
| **HOME** | Frequently Asked Questions   View Search Results |
| About Agency | |
| Secretary's Letter | |
| Newsroom | **Entity Details** |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | THIS IS NOT A STATEMENT OF GOOD STANDING |

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

| | | | |
|---|---|---|---|
| File Number: | 2297487 | Incorporation Date / Formation Date: | 05/13/1992 (mm/dd/yyyy) |
| Entity Name: | GRAND UNION CAPITAL CORPORATION | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE STREET | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information   [Submit]

[Back to Entity Search]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# SEC EDGAR Filing Information

# Form SC 13G -- Statement of acquisition of beneficial ownership by individuals

Documents: **1**

SEC Accession No.
**0000766524-95-000294**
Filing date: **1995-11-07**
Accepted: **1995-11-07 00:00:00**

**SROs:**
NYSE

## Table of submitted documents:

| Seq | Type | Document | Size | Description |
|-----|------|----------|------|-------------|
| 1 | SC 13G | | 22002 | 5% MONTHLY HOLDINGS REPORT |
| | | 0000766524-95-000294.txt | 23912 | **Complete submission text file** |

## Filer Information:

**GRAND UNION CO /DE/** (Subject) (**0000316236**)
IRS No.: **251518276** | State of Incorp.: **DE** | Fiscal Year End: **0325**
Type: **SC 13G** | Act: **34** | File No.: **005-44467** | Film No.: **95587741**
SIC: **5411** Retail-Grocery Stores

Assistant Director 2

**Business Address**
201 WILLOWBROOK BLVD
WAYNE NJ 07470-0966
2018906000

**Mailing Address**
201 WILLOWBROOK BLVD
WAYNE NJ 07470

**PUTNAM INVESTMENTS INC** (Filed by) (**0000766524**)
IRS No.: **042539558** | State of Incorp.: **DE** | Fiscal Year End: **1231**
SIC: **0000**

**Business Address**
ONE P O BOX SQUARE
BOSTON MA 02109

**Mailing Address**

UNITED STATES
POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm                FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2150 0002 1041 7378
Detailed Results:

- **Delivered, May 08, 2008, 8:04 am, NEW YORK, NY 10019**
- Arrival at Unit, May 08, 2008, 6:36 am, NEW YORK, NY 10019
- Acceptance, May 02, 2008, 4:20 pm, NANTUCKET, MA 02554

( < Back )                         ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

Site Map
Contact Us
Forms
Gov't Services
Jobs
Privacy Policy
Terms of Use
National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.
No FEAR Act EEO Data
FOIA

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

NEW YORK NY 10019

| | |
|---|---|
| Postage | $ $0.80 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.45 |

Postmark Here
05/02/2008

NANTUCKET MA 02554

Sent To
Street, Apt No.
or PO Box No. 791 7th Av, M - /2017
City, State, ZIP+4

7006 2150 0002 1041 7378

7006 2150 0002 1041 7378



**grand union capital corp and grand union holdings**                    Monday, August 11, 2008 10:25 AM

From:  "william kuntz" <kuntzwm1@yahoo.com>

To:  kuntzwm1@yahoo.com

Capital has outstanding $343,000,000 principal amount at maturity of Senior Zero Coupon Notes due July 15, 2004.  The original issue discount of $226,855,000 is being amortized recognizing a yield to maturity of 15.71% per annum.  The carrying value represents the principal at maturity less the unamortized discount.  On July 15, 1999, cash interest will begin accruing and is payable semi-annually on January 15 and July 15 at a rate of 15.00% on the unpaid principal amount.  The Senior Zero Coupon Notes were issued with detachable warrants to purchase common stock of Holdings.

Capital has outstanding $745,000,000 principal amount at maturity of Senior Subordinated Zero Coupon Notes, due January 15, 2007.  The original issue discount of $678,802,000 is being amortized recognizing a yield to maturity of 17.41% per annum.  The carrying value represents the principal at maturity less the unamortized discount. The Senior Subordinated Zero Coupon Notes were issued with detachable warrants to purchase common stock of Holdings.

Sept 1

Cohen

Warren    617. 880.1193

Butler    212-526. 8381

888 880 3980

$46

First Union
C & S

Sept 15, 08

- 3pm -

- Kathleen -

Declined
Sept 17, 5:12

Mike Newbows

C + S   603 354-7000

Busm    518    473-1657

Linda    212-668-2870- 36 43

— Drown, Ess  —  Bx 10337 - 12201 —
Sept 10 c.    5337

ny dmtz

8x3

212-310-8007

WGa M - NYC

Sept 16, 08
10 AM

re: Lehman / Lehman Commercial Paper

CASH ESCROW From GRAND UNION

Relief from Automatic Stay

Sir / Madam:

Prior to having to make a motion, I request a stipulation allowing me to proceed in OBTAINING INFORMATION on This Account / Fund.

As you may be aware The ORIGINAL ESCROW WAS ESTABLISHED in 1995 in Delaware in the First Grand Union Ch 11.

AS ATTACHED, I had
Written you client months ago
and never got a reply
I WAS STARTING in WESTCHESTER
County NY (AS ATTACHED) And
events have over taken me.
Please ADVISE ASAP

William Kuntz III

5 Federal St    POBx 1801

NANTUCKET ISLAND, MASS
02554-1801

NANTUCKET BANK
A DIVISION OF SOVEREIGN BANK
NANTUCKET, MASSACHUSETTS 02554

271905

*******$210 DOLLARS AND 00 CENTS**

WESTCHESTER COUNTY CLERK
WHITE PLAINS  NEW YORK

August 07, 2008

*****$210.00

⑆271905⑆ ⑈211370134⑈  88 9500006⑈

TREASURER'S CHECK

CLERK'S
INITIALS

Application for INDEX NUMBER pursuant to
CPLR §8018

Westchester County Clerk

FEE: $210.00

Spaces Below to be Typed or Printed by Applicant

...........COURTS: WESTCHESTER COUNTY

TITLE OF ACTION OR PROCEEDING

William Kuntz, III

V.

GRAND UNION CAPITAL CORPORATION

GRAND UNION HOLDINGS CORPORATION

TO BE SUPPLIED BY APPLICANT

☐ THIRD PARTY
☐ ACTION

TYPE OF ACTION - RECORDS RETENTION

☐ FORECLOSURE          ☐ CERTIORARI
☐ MATRIMONIAL          ☐ CONTRACT
☐ GUARDIANSHIP         ☐ TORT
☐ NAME CHANGE          ☐ OTHER

Name and Address of ........ Plaintiff

India St - P O Box 1801, Nantucket Island, Ma 02554-1801

Name and Address of ........ Defendant

411 Theodore Fremd Ave
Rye, NY 10580-1410

DO NOT DETACH

THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE STREET
WILMINGTON    County: NEW CASTLE
Postal Code: 19801

Name of Payer

COURT: WESTCHESTER COUNTY

TITLE

RECEIPT
Fee $210.00



UNITED STATES
POSTAL SERVICE.

Home | Help | Sign In

Track & Confirm

FAQs

Track & Confirm

Search Results

Label/Receipt Number: 7006 2150 0002 1041 7378
Detailed Results:
• Delivered, May 08, 2008, 8:04 am, NEW YORK, NY 10019
• Arrival at Unit, May 08, 2008, 6:36 am, NEW YORK, NY 10019
• Acceptance, May 02, 2008, 4:20 pm, NANTUCKET, MA 02554

( < Back )     ( Return to USPS.com Home > )

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email. ( Go > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

Page 1 of 1

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ $0.80 |
| Certified Fee | $2.65 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $3.45 | 05/02/2008 |

7006 2150 0002 1041 7378

7006 2150 0002 1041 7378

Map
Ser....
....es
....ervices
....
....Policy
....s
....onse
....ms Premier Accounts

....GTD 1999-2007 USPS. All Rights Reserved.
EAR Act EEO Data

trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do

UNITED STATE
Bankruptcy Court    SDNY

In re Lehman Brothers
Debtor

Case 08 13511
JMP
Ch 11

PROOF OD SERVICE
of MOTION
by William Kuntz



