UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | |
|---|---|---|
| | ) | Case No. 08-13555 (JMP) |
| **Lehman Brothers Holding, Inc.,** *et al.*, | ) | |
| | ) | Chapter 11 |
| **Debtor.** | ) | (Jointly Administered) |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Devon J. Eggert, a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Accenture LLP in the above referenced case.

Mailing address:  Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Illinois 60606-6677;

E-mail address:  deggert@freebornpeters.com;

Telephone number  (312 ) 360-6000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: September 22, 2008

_____/s/ Devon J. Eggert_____

## ORDER

**ORDERED,**

that Devon J. Eggert, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York    /s/_____
UNITED STATES BANKRUPTCY JUDGE