David W. Dykhouse
Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Hilliard Farber & Co., Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

   CHRISTINA I. BELANGER, being duly sworn, deposes and says:

   1.   I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

   2    On September 19, 2008, I electronically filed the following document:

   -   *Reservation of Rights and Limited Objection of Hilliard Farber & Co., Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets*

2561164v.1

with the Clerk of the Court using the CM/ECF system, which caused notification of such filing to be sent to the parties at the e-mail addresses listed on the attached service list.

    3.    On September 19, 2008, I served the above document upon the following via e-mail directed to them at the e-mail addresses listed:

    Harvey R. Miller
    Jacqueline Marcus
    Shai Waisman
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY 10153
    (212) 310-8000
    Fax : (212) 310-8007
    Email: harvey.miller@weil.com
    Email: jacqueline.marcus@weil.com
    Email: shai.waisman@weil.com

    Dennis F. Dunne
    Luc A. Despins
    Wilbur F. Foster, Jr.
    MILBANK, TWEED, HADLEY & McCLOY LLP
    1 Chase Manhattan Plaza
    New York, New York 10005
    Telephone: (212) 530-5000
    Facsimile: (212) 530-5219
    Email: ddunne@milbank.com
    Email: ldespins@milbank.com
    Email: wfoster@milbank.com

    4.    On September 19, 2008, I served the above document upon the following via fax directed to them at the fax number listed below:

2561164v.1

United States Trustee's Office
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. (212) 510-0500
Fax. (212) 668-2255

_____
CHRISTINA I. BELANGER

Sworn to before me this
22nd day of September, 2008

_____
Notary Public

MATTHEW M. FINNEGAN
Notary Public, State of New York
No. 01FI5080222
Qualified in New York County
Commission Expires June 16, 2011

2561164v.1

## Service List

Marc Abrams maosbny@willkie.com, mabrams@willkie.com

George Angelich angelich.george@arentfox.com, angelich.george@arentfox.com

Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com

Walter Benzija wbenzija@halperinlaw.net

Martin J. Bienenstock martin.bienenstock@dl.com,

tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Matthew Allen Cantor info2@normandyhill.com

James S. Carr KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman maosbny@willkie.com, schapman@willkie.com

Maureen A. Cronin macronin@debevoise.com,
hsokolow@debevoise.com;dakazlow@debevoise.com;dabritte@debevoise.com;hzhang@debevoise.com;dalexander@-ecf@debevoise.com

Israel Dahan allison.dipasqua@cwt.com

Paul H. Deutch paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;alisa.aczel@troutmansanders.com;brett.goodman@troutmansanders.com

Michael James Edelman mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Charles R. Ekberg ekbergc@lanepowell.com, jagows@lanepowell.com;Docketing-Seattle@lanepowell.com

David Elrod delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Matthew Allen Feldman maosbny@willkie.com, mfeldman@willkie.com

Daniel J. Flanigan tbackus@polsinelli.com;banders@polsinelli.com

Eduardo J. Glas eglas@mccarter.com

Matthew J. Gold mgold@kkwc.com, mattgoldesq@optonline.net

Antonia Golianopoulos agolianopoulos@mayerbrownrowe.com,

Howard R. Hawkins howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Ira L. Herman ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden gkaden@goulstonstorrs.com

Deborah Kovsky-Apap kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Darryl S. Laddin bkrfilings@agg.com

David M. LeMay dlemay@chadbourne.com

Shari D. Leventhal shari.leventhal@ny.frb.org

Richard B. Levin rlevin@cravath.com, managing_attorneys_office@cravath.com

Judy G.Z. Liu judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Daniel A. Lowenthal dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Jacqueline Marcus jacqueline.marcus@weil.com

Frank McGinn ffm@bostonbusinesslaw.com

David C. McGrail dmcgrail@davidmcgraillaw.com

Harvey R. Miller harvey.miller@weil.com, garrett.fail@weil.com

Robert E. Nies rnies@wolffsamson.com

Harold S. Novikoff hsnovikoff@wlrk.com

R. Stephen Painter spainter@cftc.gov

Steven W. Perlstein steven.perlstein@kobrekim.com

Sydney G. Platzer splatzer@platzerlaw.com

2561164v.1

Amanda Raboy araboy@cov.com

John J. Rapisardi john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.

Howard D. Ressler hressler@diamondmccarthy.com

Jeffrey N. Rich jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards mrichards@blankrome.com

George Rosenberg grosenberg@co.arapahoe.co.us

David A. Rosenzweig DRosenzweig@Fulbright.com

Douglas B. Rosner drosner@goulstonstorrs.com

Chester B. Salomon cs@stevenslee.com

Howard Seife arosenblatt@chadbourne.com;jporter@chadbourne.com

Andrea Sheehan sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich jshickich@riddellwilliams.com

Keith A. Simon keith.simon@lw.com, chefiling@lw.com;elizabeth.arnold2@lw.com

Thomas R. Slome lgomez@msek.com

Elizabeth Page Smith esmith@llgm.com

Mark A. Speiser mspeiser@stroock.com, insolvency2@stroock.com;docketing@stroock.com

Malani Sternstein msternstein@sheppardmullin.com

Harvey A. Strickon harveystrickon@paulhastings.com,
frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

My Chi To mcto@debevoise.com, mao-ecf@debevoise.com

Amit K. Trehan atrehan@mayerbrown.com, atrehan@mayerbrown.com

Raymond J. Urbanik rurbanik@munsch.com

2561164v.1

Michael J. Venditto mvenditto@reedsmith.com

Shai Waisman shai.waisman@weil.com,
rbelanger@sidley.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com

Elizabeth Weller dallas.bankruptcy@publicans.com

Erin Zavalkoff ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

Peter Alan Zisser peter.zisser@hklaw.com,
jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

2561164v.1