David W. Dykhouse
Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Training the Street, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

CHRISTINA I. BELANGER, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On September 19, 2008, I electronically filed the following document:

- *Reservation of Rights and Limited Objection of Training the Street, Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets*

2560893v.1

with the Clerk of the Court using the CM/ECF system, which caused notification of such filing to be sent to the parties at the e-mail addresses listed on the attached service list.

3. On September 19, 2008, I served the above document upon the following via e-mail directed to them at the e-mail addresses listed:

>Harvey R. Miller
>Jacqueline Marcus
>Shai Waisman
>Weil, Gotshal & Manges, LLP
>767 Fifth Avenue
>New York, NY 10153
>(212) 310-8000
>Fax : (212) 310-8007
>Email: harvey.miller@weil.com
>Email: jacqueline.marcus@weil.com
>Email: shai.waisman@weil.com

>Dennis F. Dunne
>Luc A. Despins
>Wilbur F. Foster, Jr.
>MILBANK, TWEED, HADLEY & McCLOY LLP
>1 Chase Manhattan Plaza
>New York, New York 10005
>Telephone: (212) 530-5000
>Facsimile: (212) 530-5219
>Email: ddunne@milbank.com
>Email: ldespins@milbank.com
>Email: wfoster@milbank.com

4. On September 19, 2008, I served the above document upon the following via fax directed to them at the fax number listed below:

United States Trustee's Office
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. (212) 510-0500
Fax. (212) 668-2255

_____
CHRISTINA I. BELANGER

Sworn to before me this
22nd day of September, 2008

_____
Notary Public

MATTHEW M. FINNEGAN
Notary Public, State of New York
No. 01FI5080222
Qualified in New York County
Commission Expires June 16, 2011

2560893v.1

## Service List

Marc Abrams maosbny@willkie.com, mabrams@willkie.com

George Angelich angelich.george@arentfox.com, angelich.george@arentfox.com

Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com

Walter Benzija wbenzija@halperinlaw.net

Martin J. Bienenstock martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Matthew Allen Cantor info2@normandyhill.com

James S. Carr KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman maosbny@willkie.com, schapman@willkie.com

Maureen A. Cronin macronin@debevoise.com,
hsokolow@debevoise.com;dakazlow@debevoise.com;dabritte@debevoise.com;hzhang@debevoise.com;dalexander@-ecf@debevoise.com

Israel Dahan allison.dipasqua@cwt.com

Paul H. Deutch paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;alisa.aczel@troutmansanders.com;brett.goodman@troutmansanders.com

Michael James Edelman mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Charles R. Ekberg ekbergc@lanepowell.com, jagows@lanepowell.com;Docketing-Seattle@lanepowell.com

David Elrod delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Matthew Allen Feldman maosbny@willkie.com, mfeldman@willkie.com

Daniel J. Flanigan tbackus@polsinelli.com;banders@polsinelli.com

Eduardo J. Glas eglas@mccarter.com

Matthew J. Gold mgold@kkwc.com, mattgoldesq@optonline.net

2560893v.1

Antonia Golianopoulos agolianopoulos@mayerbrownrowe.com,

Howard R. Hawkins howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Ira L. Herman ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden gkaden@goulstonstorrs.com

Deborah Kovsky-Apap kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Darryl S. Laddin bkrfilings@agg.com

David M. LeMay dlemay@chadbourne.com

Shari D. Leventhal shari.leventhal@ny.frb.org

Richard B. Levin rlevin@cravath.com, managing_attorneys_office@cravath.com

Judy G.Z. Liu judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Daniel A. Lowenthal dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Jacqueline Marcus jacqueline.marcus@weil.com

Frank McGinn ffm@bostonbusinesslaw.com

David C. McGrail dmcgrail@davidmcgraillaw.com

Harvey R. Miller harvey.miller@weil.com, garrett.fail@weil.com

Robert E. Nies rnies@wolffsamson.com

Harold S. Novikoff hsnovikoff@wlrk.com

R. Stephen Painter spainter@cftc.gov

Steven W. Perlstein steven.perlstein@kobrekim.com

Sydney G. Platzer splatzer@platzerlaw.com

2560893v.1

Amanda Raboy araboy@cov.com

John J. Rapisardi john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.

Howard D. Ressler hressler@diamondmccarthy.com

Jeffrey N. Rich jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards mrichards@blankrome.com

George Rosenberg grosenberg@co.arapahoe.co.us

David A. Rosenzweig DRosenzweig@Fulbright.com

Douglas B. Rosner drosner@goulstonstorrs.com

Chester B. Salomon cs@stevenslee.com

Howard Seife arosenblatt@chadbourne.com;jporter@chadbourne.com

Andrea Sheehan sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich jshickich@riddellwilliams.com

Keith A. Simon keith.simon@lw.com, chefiling@lw.com;elizabeth.arnold2@lw.com

Thomas R. Slome lgomez@msek.com

Elizabeth Page Smith esmith@llgm.com

Mark A. Speiser mspeiser@stroock.com, insolvency2@stroock.com;docketing@stroock.com

Malani Sternstein msternstein@sheppardmullin.com

Harvey A. Strickon harveystrickon@paulhastings.com,
frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

My Chi To mcto@debevoise.com, mao-ecf@debevoise.com

Amit K. Trehan atrehan@mayerbrown.com, atrehan@mayerbrown.com

Raymond J. Urbanik rurbanik@munsch.com

2560893v.1

Michael J. Venditto mvenditto@reedsmith.com

Shai Waisman shai.waisman@weil.com,
rbelanger@sidley.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com

Elizabeth Weller dallas.bankruptcy@publicans.com

Erin Zavalkoff ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

Peter Alan Zisser peter.zisser@hklaw.com,
jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com