UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :    Case No. 08-13555 (JMP)
                                                              :
                  Debtor                                 :
-----------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the Office of Thrift Supervision ("OTS"), a bureau of the United States Department of the Treasury, hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as a party in interest. Pursuant to Bankruptcy Rules 2002, 3017(a), 9007, and 9010 and as well as pursuant to 11 U.S.C. §§ 102(1), 342, and 1109(b), OTS requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address and fax number, with a copy to the following email address:

| | |
|---|---|
| Martin Jefferson Davis | Dirk S. Roberts |
| Senior Trial Attorney | SDNY Bar No. DR 8331 |
| Office of Thrift Supervision | Deputy Chief Counsel, Litigation |
| Northeast Region | Office of Thrift Supervision |
| Harborside Financial Center Plaza Five | 1700 G Street, N.W. |
| Jersey City, New Jersey 07311 | Washington, D.C. 20552 |
| (201) 413-5875 voice | (202) 906-7631 voice |
| (201) 413-5863 fax | (202) 906-6353 fax |
| martin.davis@ots.treas.gov | dirk.roberts@ots.treas.gov |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand,

whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax transmission, email or otherwise, which affect the above-captioned debtor or property of the debtor.

Washington, D.C.
September 22, 2008

OFFICE OF THRIFT SUPERVISION

/s/_____
Dirk S. Roberts
SDNY Bar No. DR 8331
Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G Street, N.W.
Washington, D.C. 20552
(202) 906-7631 voice
(202) 906-6353 fax
dirk.roberts@ots.treas.gov

Martin Jefferson Davis
Senior Trial Attorney
Office of Thrift Supervision
Northeast Region
Harborside Financial Center Plaza Five
Jersey City, New Jersey 07311
(201) 413-5875 voice
(201) 413-5863 fax
martin.davis@ots.treas.gov

Attorneys for the Office of
Thrift Supervision