Eduardo J. Glas, Esquire (# EG7027)
McCARTER & ENGLISH, LLP
245 Park Avenue
27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile
Attorneys for LandAmerica Financial Group, Inc. and MSTD, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
| In re: | : | Case Nos. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et. al., | : | (Jointly Administered) |
| Debtor. | : |  |

**NOTICE OF APPEARANCE AND**
<u>**REQUEST FOR SERVICE OF PAPERS**</u>

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for LandAmerica Financial Group, Inc. and MSTD, Inc. under section 1109(b) of the Bankruptcy Code, 11 U.S.C. §1109(b), and pursuant to Bankruptcy Rules 2002 and 9010, the undersigned request that an entry be made on the Clerk's Matrix in this case, and that all notices given or required to be given and all papers served or required to be served, in this case, be given to and served on:

> **William F. Taylor, Jr., Esquire**
> McCarter & English, LLP
> Renaissance Centre, 8th Floor
> 405 North King Street
> Wilmington, DE  19801
> (302) 984-6300
> (302) 984-6399 (fax)
> wtaylor@mccarter.com

ME1 7729007v.1

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise  that, among other things (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the Debtors, (b) property of the debtors' estates, or proceeds thereof, in which any of the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors may seek to use; or (2) require or seek to require any act, delivery of any property, payment or other conduct by the undersigned.

September 22, 2008            /s/ Eduardo J. Glas
                              Eduardo J. Glas, Esquire (# EG7027)
                              McCARTER & ENGLISH, LLP
                              245 Park Avenue, 27th Floor
                              New York, New York  10167
                              (212) 609-6800 - Telephone

                              *Attorneys for LandAmerica Financial Group, Inc
                              and MSTD, Inc.*

ME1 7729007v.1

# CERTIFICATE OF SERVICE

I, William F. Taylor Jr., Esquire, certify that I am not less than 18 years of age, and that service of this Notice of Appearance and Request for Service of Papers was made on September 22, 2008, upon the following counsel of record via United States First-Class Mail:

Harvey R. Miller, Esq.
Weil Gotshal
767 Fifth Avenue
New York, NY 10153
Tel: 212-310-8500
Fax: 212-312-8007

Under penalty of perjury, I declare that the foregoing is true and correct.

**McCARTER & ENGLISH, LLP**

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
(302) 984-6300
(302) 984-6399 (fax)
wtaylor@mccarter.com
*Attorney for LandAmerica Financial Group, Inc.
and MSTD, Inc.*