Aaron L. Hammer, Esq.*
Devon J. Eggert, Esq.*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6571

Attorneys for Accenture LLP

* *Pro hac vice* application pending

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | Case No. 08-13555 (JMP) |
| **Lehman Brothers Holding, Inc.,** *et al.*, | ) | |
| | ) | **Chapter 11** |
| **Debtor.** | ) | **(Jointly Administered)** |
| | ) | |

**NOTICE OF APPEARANCE AND
<u>REQUEST FOR SERVICE OF DOCUMENTS</u>**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*") and section 1109(b) of title of 11 of the United States Code (the "*Bankruptcy Code*"), Aaron L. Hammer and Devon J. Eggert[1] of the law firm of Freeborn & Peters LLP hereby enter appearances as counsel for Accenture LLP ("*Accenture*") in the above-captioned chapter 11 cases (the "*Bankruptcy Case*").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001 and 9010, and sections 342 and 1109(b) of the Bankruptcy Code, Accenture hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in any adversary proceeding, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this Bankruptcy Case:

---

[1] Messrs. Hammer and Eggert currently have motions to appear *pro hac vice* pending in this matter.

Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Illinois 60606-6677
Telephone: (312) 360-6000
Facsimile: (312) 360-6520
ahammer@freebornpeters.com
deggert@freeborpeters.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telegraph, telex, facsimile transmission, electronic mail, or otherwise that: (i) affect or seek to affect in any way any rights or interests of any unsecured creditor or party-in-interest in this Bankruptcy Case, with respect to, without limitation, Lehman Brothers Holdings Inc. and LB 745 LLC (the "*Debtors*"); (ii) property of the Debtors' estates or proceeds thereof, in which the Debtors may claim an interest; or (iii) property or proceeds thereof, in the possession, custody, or control of others, that the Debtors may seek to use, or require or seek to require any act, delivery of any property, payment, or other conduct by unsecured creditors of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that Accenture intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (i) the right of Accenture to have final orders and non-core matters entered only after *de novo* review by a District Court Judge; (ii) the right of Accenture to trial by jury in any proceedings so triable in this Bankruptcy Case or any case, controversy, or proceeding related to this Bankruptcy Case; (iii) the right of Accenture to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Accenture is or may be entitled.

Dated: Chicago, Illinois
September 22, 2008

**FREEBORN & PETERS LLP**

/s/ Aaron L. Hammer
Aaron L. Hammer, Esq.*
Devon J. Eggert, Esq.*
311 South Wacker Dr., Ste. 3000
Chicago, IL 60606-6677
Telephone: (312) 360-6000
Facsimile: (312) 360-6572

Counsel for Accenture LLP

**Pro hac vice* application pending

2

Aaron L. Hammer, Esq.*
Devon J. Eggert, Esq.*
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 360-6000
Facsimile: (312) 360-6571

Attorneys for Accenture LLP

* *Pro hac vice* application pending

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) Case No. 08-13555 (JMP) |
| **Lehman Brothers Holding, Inc.,** *et al.*, | ) |
| | ) **Chapter 11** |
| **Debtor.** | ) **(Jointly Administered)** |
| | ) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on September 22, 2008, I served this *Notice of Appearance and Request for Service of Documents* upon parties registered to receive notice through the court's ECF system and to other parties by first-class mail postage pre-paid as noted.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Devon J. Eggert


**Electronic Mail Notice List**

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
Luma Al-Shibib    lalshibib@reedsmith.com
George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com
Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
Walter Benzija    wbenzija@halperinlaw.net
Martin J. Bienenstock    martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com
Michael V. Blumenthal    mblumenthal@crowell.com
Martin G. Bunin    marty.bunin@alston.com
Matthew Allen Cantor    info2@normandyhill.com
James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com
Patrick M. Costello    pcostello@bbslaw.com

Maureen A. Cronin    macronin@debevoise.com,
hsokolow@debevoise.com;dakazlow@debevoise.com;dabritte@debevoise.com;hzhang@debevoise.com;dalexander@debevoise.com;mcto@debevoise.com;mao-ecf@debevoise.com
Leo T. Crowley    leo.crowley@pillsburylaw.com
Israel Dahan    allison.dipasqua@cwt.com
Paul H. Deutch    paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com
Thomas Alan Draghi    tdraghi@westermanllp.com
Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
Daniel Eggermann    deggermann@kramerlevin.com
Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com;Docketing-Seattle@lanepowell.com
David Elrod    delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com
Michael R. Enright    menright@rc.com
Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com
Matthew Allen Feldman    maosbny@willkie.com, mfeldman@willkie.com
Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com
Daniel J. Flanigan    tbackus@polsinelli.com;banders@polsinelli.com
Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com
Martin N. Flics    martin.flics@linklaters.com
Shawn Randall Fox    sfox@mcguirewoods.com
David M. Friedman    ffigueroa@kasowitz.com
Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com
Joseph M. Gitto    jgitto@nixonpeabody.com
Eduardo J. Glas    eglas@mccarter.com
Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net
Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com,
agolianopoulos@mayerbrownrowe.com
Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com
Alan D. Halperin    ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com
Ira L. Herman    ira.herman@tklaw.com,
orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com
Eric H. Horn    ehorn@lowenstein.com, elawler@lowenstein.com
John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
Gregory O. Kaden    gkaden@goulstonstorrs.com
Richard S. Kanowitz    rkanowitz@cooley.com
Christopher K. Kiplok    kiplok@hugheshubbard.com
Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com
Darryl S. Laddin    bkrfilings@agg.com
David M. LeMay    dlemay@chadbourne.com
Shari D. Leventhal    shari.leventhal@ny.frb.org
Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com
Richard Levy    rlevy@pryorcashman.com
Demetra Liggins    demetra.liggins@tklaw.com, nancy.miller@tklaw.com
Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello    elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com
Eric Lopez Schnabel    schnabel.eric@dorsey.com
Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
Jacqueline Marcus    jacqueline.marcus@weil.com
Jeffrey S. Margolin    margolin@hugheshubbard.com
Frank McGinn    ffm@bostonbusinesslaw.com
David C. McGrail    dmcgrail@davidmcgraillaw.com
Richard M. Meth    msteen@daypitney.com
Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
Robert E. Nies    rnies@wolffsamson.com
Harold S. Novikoff    hsnovikoff@wlrk.com
Kalman Ochs    ochska@ffhsj.com
R. Stephen Painter    spainter@cftc.gov
Steven W. Perlstein    steven.perlstein@kobrekim.com
Sydney G. Platzer    splatzer@platzerlaw.com
Amanda Raboy    araboy@cov.com
John J. Rapisardi    john.rapisardi@cwt.com, zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com;sohyoung.choo@cwt.com
Steven J. Reisman    sreisman@curtis.com, jbarucha@curtis.com;webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;jthomison@curtis.com;tbarnes@curtis.com
Howard D. Ressler    hressler@diamondmccarthy.com
Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com
Marc E. Richards    mrichards@blankrome.com
George Rosenberg    grosenberg@co.arapahoe.co.us
David A. Rosenzweig    DRosenzweig@Fulbright.com
David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com
Douglas B. Rosner    drosner@goulstonstorrs.com
Chester B. Salomon    cs@stevenslee.com
Carey D. Schreiber    cschreiber@winston.com
Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com
Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com; ashee1@yahoo.com; garza@txschoollaw.com
Joseph E. Shickich    jshickich@riddellwilliams.com
Paul H. Silverman    PSilverman@mclaughlinstern.com
Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;elizabeth.arnold2@lw.com
Thomas R. Slome    lgomez@msek.com
Elizabeth Page Smith    esmith@llgm.com
Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com;docketing@stroock.com
Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
Malani Sternstein    msternstein@sheppardmullin.com
Harvey A. Strickon    harveystrickon@paulhastings.com, frankdagostino@paulhastings.com; lawrencemehringer@paulhastings.com
My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com
Amit K. Trehan    atrehan@mayerbrown.com,
Raymond J. Urbanik    rurbanik@munsch.com
Michael J. Venditto    mvenditto@reedsmith.com

3

Jon C. Vigano   jvigano@schiffhardin.com, dgordon@schiffhardin.com
Shai Waisman   shai.waisman@weil.com, rbelanger@sidley.com; philip.weintraub@weil.com; rachel.albanese@weil.com; jae.kim@weil.com; ilusion.rodriguez@weil.com; sherri.toub@weil.com; camisha.simmons@weil.com; victoria.vron@weil.com; julio.gurdian@weil.com; matthew.curro@weil.com; michele.meises@weil.com;
Rochelle R. Weisburg   rochellew@shiboleth.com
Elizabeth Weller   dallas.bankruptcy@publicans.com
L. Matt Wilson   efile@willaw.com
Erin Zavalkoff   ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com
Peter Alan Zisser   peter.zisser@hklaw.com, jim.rollins@hklaw.com; richard.lear@hklaw.com; chip.lancaster@hklaw.com

**Manual Notice List**

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Kenneth J. Caputo
805 Fifteenth Street, NW
Washington, DC 20005-2207

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Christopher Combest
Quarles & Brady
500 W. Madison Street, Suite 3700
Chicago, IL 60661

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Jil Mazer-Marino
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

4

| | |
|---|---|
| James H. Shenwick<br>Shenwick & Associates<br>655 Third Avenue, 20th Floor<br>New York, NY 10017 | Ronald J. Silverman<br>Bingham McCutchen, LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| Scott Talmadge<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 | |