WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
: 
Debtors. : **(Jointly Administered)**
: 
: 
---------------------------------------------------------------x


**NOTICE OF FILING OF PURCHASE AGREEMENT APPROVED BY
ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES
OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND
APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF
LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT
OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES [DOCKET # 258]**

      **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC (together with LBHI, the "Debtors") filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on September 15, 2008, and September 16, 2008, respectively.

      **PLEASE TAKE FURTHER NOTICE** that on September 20, 2008, the Court entered an Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order") [docket # 258].

**PLEASE TAKE FURTHER NOTICE** that the Sale Order approved the sale (the "Sale") to Barclays Capital Inc. (the "Purchaser") of certain assets of the Debtors and LBHI's wholly-owned subsidiary Lehman Brothers Inc. ("LBI").

**PLEASE TAKE FURTHER NOTICE** that the Sale was consummated on September 22, 2008.

**PLEASE TAKE FURTHER NOTICE** that the following documents related to the Sale are attached here:
- Exhibit A: Asset Purchase Agreement, dated September 16, 2008
- Exhibit B: First Amendment to the Asset Purchase Agreement, dated September 19, 2008
- Exhibit C: Executed Clarification Letter Agreement , dated September 20, 2008.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Sale Order and the Purchase Agreement, as well as further information relating to the Debtors' chapter 11 cases and the Sale, may be found at http://chapter11.epiqsystems.com/lehman. Questions may be directed to counsel to the above-captioned Debtors.

Dated: September 22, 2008
New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession