ARMSTRONG TEASDALE LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri, 63102-2740
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
Steven N. Cousins, Esq. (Mo. Bar #30788)
Susan K. Ehlers, Esq. (Mo. Bar #49855)

Attorneys for Ameren Corporation and its subsidiaries

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :
**In re:**                                    :    Case No. 08-13555 (JMP)
                                              :    **Chapter 11**
**LEHMAN BROTHERS HOLDING, INC., et al.,**    :
                                              :
                      **Debtors.**            :
---------------------------------------------------------------x    Jointly Administered


**NOTICE OF ENTRY OF APPEARANCE**
**AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE AND BE ADVISED that the undersigned hereby appears as counsel for Ameren Corporation and its subsidiaries, Union Electric Company d/b/a AmerenUE, Central Illinois Public Service Company d/b/a AmerenCIPS, Ameren Energy Generating Company, CILCORP, Inc., Central Illinois Light Company d/b/a AmerenCILCO, Illinois Power Company d/b/a AmerenIP, AmerenEnergy Resources Generating Company, Ameren Energy Marketing Company and Ameren Energy Fuels and Services Company ("**Ameren**").  Pursuant to Rules 9007, 9010 and 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned respectfully requests that all notices hereafter given or required to be given and all papers served or requested to be served in this case, be given and be served upon:

Steven N. Cousins, Esq.
Susan K. Ehlers, Esq.
Armstrong Teasdale LLP

One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740
Telephone:  (314) 621-5070
Fax:  (314) 621-5065
scousins@armstrongteasdale.com
sehlers@armstrongteasdale.com

      PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 22, 2008

Respectfully submitted,

ARMSTRONG TEASDALE LLP

By: /s/ *Steven N. Cousins*
    Steven N. Cousins MO#30788 EDMO#2885
    Susan K. Ehlers MO#49855 EDMO#102097
    One Metropolitan Square, Suite 2600
    St. Louis, Missouri 63102-2740
    (314) 621-5070
    (314) 621-5065 (facsimile)
    scousins@armstrongteasdale.com
    sehlers@armstrongteadale.com

ATTORNEYS FOR AMEREN
CORPORATION AND ITS SUBSIDIARIES.