ARMSTRONG TEASDALE LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
Steven N. Cousins
Susan K. Ehlers

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                :
In re:                                          :    Case No. 08-13555 (JMP)
                                                :    Chapter 11
**LEHMAN BROTHERS HOLDING, INC., et al.,**      :
                                                :
                        **Debtors.**            :
----------------------------------------------------------------x    **Jointly Administered**

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

1. I, Steven N. Cousins, a member in good standing of the bar in the State of Missouri and the United States District Court for the Eastern District of Missouri, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Ameren Corporation and its subsidiaries, Union Electric Company d/b/a AmerenUE, Central Illinois Public Service Company d/b/a AmerenCIPS, Ameren Energy Generating Company, CILCORP, Inc., Central Illinois Light Company d/b/a AmerenCILCO, Illinois Power Company d/b/a AmerenIP, AmerenEnergy Resources Generating Company, Ameren Energy Marketing Company and Ameren Energy Fuels and Services Company ("**Ameren**"), a creditor in the above referenced case.

2. My mailing address is: Armstrong Teasdale LLP, One Metropolitan Square, Suite 2600, St. Louis, Missouri 63102-2740. My e-mail address is scousins@armstrongteasdale.com. My telephone number is (314) 621-5070.

3.       The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

| | |
|---|---|
| Dated:  September 22, 2008<br>             St. Louis, Missouri | Respectfully submitted,<br><br>ARMSTRONG TEASDALE LLP<br><br>By:   /s/ Steven N. Cousins<br>Steven N. Cousins<br>Susan K. Ehlers<br>One Metropolitan Square, Suite 2600<br>St. Louis, Missouri 63102-2740<br>(314) 621-5070<br>(314) 621-5065 (facsimile)<br>scousins@armstrongteasdale.com<br>sehlers@armstrongteasdale.com |

**ORDER**

**ORDERED,**
that Steven N. Cousins, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  _____

_____, New York          /s/ _____
                                                    UNITED STATES BANKRUPTCY JUDGE

2