ARMSTRONG TEASDALE LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740
Telephone: (314) 621-5070
Facsimile: (314) 621-5065
Steven N. Cousins
Susan K. Ehlers

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                        :
In re:                                  :    Case No. 08-13555 (JMP)
                                        :    Chapter 11
LEHMAN BROTHERS HOLDING, INC., et al.,  :
                                        :
                            Debtors.    :
---------------------------------------------------------------x    Jointly Administered


### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

1. I, Susan K. Ehlers, a member in good standing of the bar in the State of Missouri and the United States District Court for the Eastern District of Missouri, Western District of Missouri, Southern District of Illinois, and Central District of Illinois, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Ameren Corporation and its subsidiaries, Union Electric Company d/b/a AmerenUE, Central Illinois Public Service Company d/b/a AmerenCIPS, Ameren Energy Generating Company, CILCORP, Inc., Central Illinois Light Company d/b/a AmerenCILCO, Illinois Power Company d/b/a AmerenIP, AmerenEnergy Resources Generating Company, Ameren Energy Marketing Company and Ameren Energy Fuels and Services Company ("**Ameren**"), a creditor in the above referenced case.

2. My mailing address is: Armstrong Teasdale LLP, One Metropolitan Square, Suite 2600, St. Louis, Missouri 63102-2740. My e-mail address is sehlers@armstrongteasdale.com. My telephone number is (314) 621-5070.

3. The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  September 22, 2008             Respectfully submitted,
       St. Louis, Missouri

                               ARMSTRONG TEASDALE LLP

                               /s/ Susan K. Ehlers
                               Steven N. Cousins
                               Susan K. Ehlers
                               One Metropolitan Square, Suite 2600
                               St. Louis, Missouri 63102-2740
                               (314) 621-5070
                               (314) 621-5065 (facsimile)
                               scousins@armstrongteasdale.com
                               sehlers@armstrongteasdale.com

**ORDER**

**ORDERED,**
that Susan K. Ehlers, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  _____

_____, New York                /s/ _____
                                           UNITED STATES BANKRUPTCY JUDGE