Robert M. Hirsh
George P. Angelich
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for The Vanguard Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                         :   Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                      :   08-13555 (JMP)
                                                              :
                                  Debtors.                    :   (Jointly Administered)
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  s.s.:
COUNTY OF NEW YORK     )

     ISHMAEL TAYLOR-KAMARA, being duly sworn, deposes and says:

     1.    Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

     2.    On September 22, 2008, I served the *Notice of Appearance and Demand for Service of Papers [Docket No. 127]* upon each of the parties on the annexed service list by depositing true and correct copies thereof, enclosed in postage paid, properly addressed envelope, bearing the return business address of the undersigned, in an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

                                                    */s/ Ishmael Taylor-Kamara*
                                                    Ishmael Taylor-Kamara

Sworn to before me this
22nd day of September 2008

*/s/ Andrea Klein*
Notary Public, State of New York
No. 01KL5085025
Qualified in Rockland County
Commission Expires 09/15/2009

NYC/401907.Version

## SERVICE LIST

Harvey R. Miller, Esq.
Shai Y. Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera, Esq.
Paul K. Schwartzberg, Esq.
Brian S. Masumoto, Esq.
Office of the Unites States Trustee
Region 2/Southern District. of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Harvey A. Strickon, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna P.C.
4411 N. Central Expressway
Dallas, TX 75205

James S. Carr, Esq.
Kelley, Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

Richard Levin, Esq.
Robert H. Trust, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

George Rosenberg, Esq.
Arapahoe County
5334 S. Prince Street
Littleton, CO 80166

Elizabeth Weller, Esq.
Linebarger, Goggan, Blair & Sampson LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Harold S. Novikoff, Esq.
Richard G. Mason, Esq.
Joshua A. Feltman, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Deryck A. Palmer, Esq.
John J. Rapisardi, Esq.
George A. Davis, Esq.
Gary D. Ticoll, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Frederick D. Hyman, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Howard R. Hawkins, Jr., Esq.
Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

James F. Wallack, Esq.
Douglas B. Rosner, Esq.
Gregory O. Kaden, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-1776

James H. Shenwick, Esq.
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017

Charles R. Ekberg, Esq.
Lane Powell, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Martin J. Bienenstock, Esq.
Judy G. Z. Liu, Esq.
Timothy Q. Karcher, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Michael Rosenthal, Esq.
Janet M. Weiss, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Michael B. Hopkins, Esq.
Dianne F. Coffino Esq.
Amanda Raboy, Esq.
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Wilmington Trust Company
Attn: James J. McGinley
520 Madison Avenue, 33rd Floor
New York, NY 10022

Wilmington Trust Company FSB
Attn: Julie J. Becker
8400 Normandale Lake Blvd., Ste 925
Bloomington, MN 55437

Paul A. Rachmuth, Esq.
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Carren Shulman, Esq.
Russell Reid, Esq.
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112

Edward J. LoBello, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Sydney G. Platzer, Esq.
Plafzer, Swergold, Karlin, Levine, Goldberg
& Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

Ira L. Herman, Esq.
Demetra L. Liggins, Esq.
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3915

Rhett G. Campbell, Esq.  
Mitchell E. Ayer, Esq.  
Thompson & Knight LLP  
333 Clay Street, Suite 3300  
Houston, TX 77002-4499  

P. Bruce Wright, Esq.  
Elizabeth Page Smith, Esq.  
Dewey & LeBoeuf LLP  
1301 Avenue of the Americas  
New York, NY 10019  

Peter A. Zisser, Esq.  
Holland & Knight LLP  
195 Broadway  
New York, NY 10007-3189  

Richard E. Lear, Esq.  
Holland & Knight LLP  
2099 Pennsylvania Avenue, N.W., Suite 100  
Washington, DC 20006  

Mark A. Speiser, Esq.  
Sherry J. Millman, Esq.  
Stroock & Stroock & Lavan LLP  
179 Maiden Lane  
New York, NY 10038  

Kay Standridge Kress, Esq.  
Deborah Kovsky-Apap, Esq.  
Pepper Hamilton LLP  
100 Renaissance Center, Suite 3600  
Detroit, MI 48243-1157  

Audrey D. Wisotsky, Esq.  
Pepper Hamilton LLP  
301 Carnegie Center, Suite 400  
Princeton, NJ 08543-5276  

Israel Dahan, Esq.  
Cadwalader, Wickersham & Taft LLP  
One World Financial Center  
New York, NY 10281  

Daniel J. Flanigan, Esq.  
Polsinelli Shalton Flanigan Suelthaus PC  
700 W. 47th Street, Suite 1200  
Kansas City, MO 64112  

Joseph E. Shickich, Jr., Esq.  
Riddell Williams P.S.  
1001 4th Ave., Ste. 4500  
Seattle, WA 98154-1192  

Dennis F. Dunne, Esq.  
Luc A. Despins, Esq.  
Wilbur F. Foster, Esq.  
Milbank, Tweed, Hadley & McCloy LLP  
1 Chase Manhattan Plaza  
New York, NY 10005  

Paul Aronzon, Esq.  
Gregory A. Bray, Esq.  
Milbank, Tweed, Hadley & McCloy LLP  
601 South Figuerora Street, 30th Floor  
Los Angeles, CA 90017  

Patrick L. Hayden, Esq.  
McGuireWoods LLP  
1345 Avenue of the America, 7th Floor  
New York, NY 10105  

Dion W. Hayes, Esq.  
McGuireWoods LLP  
One James Center  
901 East Cary Street  
Richmond, VA 23219  

Eduardo J. Glas, Esq.  
McCarter & English, LLP  
Four Gateway Center  
100 Mulberry Street  
Newark, NJ 07102-4096  

Katherine L. Mayer, Esq.  
William F. Taylor, Esq.  
McCarter & English LLP  
Renaissance Centre  
405 North King Street  
Wilmington, DE 19801  

NYC/401907.Version — 3 —

Thomas R. Slome, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530

J. Fred Berg, Jr. Esq.
Russin, Vecchi, Berg & Bernstein LLP
380 Lexington Avenue, Suite 1518
New York, NY 10168

Michael J. Edelman, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Lisa Roberts
Pursuit Partners
333 Ludlow Street, North Tower, 4th Floor
Stamford, CT 06902

Keith A. Simon, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

David S. Heller, Esq.
J. Douglas Bacon, Esq.
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Walker Drive
Chicago, IL 60606

Maureen Cronin, Esq.
My Chi To, Esq.
Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022

Howard Seife, Esq.
David M. LeMay, Esq.
Andrew Rosenblatt, Esq.
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
William C. Heuer, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Jeffery S. Sabin, Esq.
Ronald J. Silverman, Esq.
Steven Wilamowsky, Esq.
Bingham McCuthen LLP
399 Park Avenue
New York, NY 10022-4689

P. Sabin Willett, Esq.
Bingham McCuthen LLP
One Federal Street
Boston, MA 02110-1726

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019

James E. Bird, Esq.
Polsinelli Shalton Flanigan Suelthaus P.C.
700 W. 47th Street, Suite 1000
Kansas City, MO 64112

Christopher A. Ward, Esq.
Polsinelli Shalton Flanigan Suelthaus P.C.
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Madlyn Gleich Primoff, Esq.
Scott D. Talmadge, Esq.
Lauren Attard, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

NYC/401907.Version    - 4 -

Walter Benzija, Esq.
Julie D. Dyas, Esq.
Halpern Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Shari D. Leventhal, Esq.
Assistant General Counsel and Senior Vice President
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045-0001

Antonia Golianopoulos, Esq.
Mayer Brown LLLP
1675 Broadway
New York, NY 10019

Michael S. Kim, Esq.
Robert W. Henoch, Esq.
Steven W. Perlstein, Esq.
Andrew C. Lourie, Esq.
Ian N. Levy, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

David N. Ravin, Esq.
Robert E. Nies, Esq.
Wolff & Samson PC
The Offices At Crystal Lake
One Boland Drive
West Orange, NJ 07052

Robert M. Fleischer, Esq.
Mark R. Jacobs, Esq.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

Normandy Hill Capital, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022
Attn: Matthew A. Cantor, Esq.

Marc Abrams, Esq.
Shelley Chapman, Esq.
Benito Romano, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

Thomas S. Kiriakos, Esq.
Melissa A. Mickey, Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

Christopher R. Belmonte, Esq.
Timothy T. Brock, Esq.
Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

L. Matt Wilson, Esq.
The Wilson Law Firm, PC
950 East Paces Ferry Road
Suite 3250-Atlanta Plaza
Atlanta, GA 30326

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510

NYC/401907.Version    - 5 -

- 6 -

Martin Jefferson Davis, Esq.
Senior Trial Attorney
Office of Thrift Supervision
Northeast Region
Harborside Financial Center Plaza Five
Jersey City, NJ 07311

Dirk S. Roberts, Esq.
Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G Street, N.W.
Washington, DC 20522

Aaron L. Hammer, Esq.
Devon J. Eggert, Esq.
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, IL  60606-6677

Steven N. Cousins, Esq.
Susan K. Ehlers, Esq.
Armstrong & Teasdale LLP
One Metropolitan Square, Suite 2600
St Louis, MO  63102-2740