**SALANS**
620 Fifth Avenue
New York, New York 10020
Claude Montgomery, Esq.
Lee P. Whidden, Esq.
*Attorneys for Svenska Handelsbanken AB (publ)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re | : |
| | : |
| | : Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : |
| | : 08-13555 (JMP) |
| Debtors. | : |
| | : (Jointly Administered) |

------------------------------------------------------------x

### NOTICE OF APPEARANCE OF SVENSKA HANDELSBANKEN AB (PUBL) AND REQUEST FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that Svenska Handelsbanken AB (publ) ("SHB"), as creditor and/or party in interest herein, by and through its attorneys, Salans, hereby enters its appearance pursuant to Sections 342 and 1109(b) of title 11 of the United State Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby requests, pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code, copies of all notices or pleadings given or required to be given and all papers served or required to be served in this case and in all proceedings arising under or related thereto, to be served upon the following:

Claude Montgomery, Esq.
Salans
620 Fifth Avenue
New York, New York 10020
Telephone: (212) 632-5500
Telecopier: (212) 632-5555
e-mail: cmontgomery@salans.com

NewYork 1210520.1

Lee Whidden, Esq.
Salans
620 Fifth Avenue
New York, New York 10020
Telephone: (212) 632-5500
Telecopier: (212) 632-5555
e-mail: lwhidden@salans.com

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right of SHB (1) to challenge the jurisdiction of the Bankruptcy Court or to have final orders in non-core matters entered only after _de novo_ review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice; (4) an election of remedy; (5) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (6) to any other rights, claims, actions, defenses, setoffs, or recoupments to which SHB is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, and additionally includes, without limitation, notices of any application, complaint, demand, petition, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, electronically by telegraph, telex, telephone or otherwise.

Dated: New York, New York
September 22, 2008

SALANS

By: /s/Claude Montgomery
Claude Montgomery, Esq.
Lee P. Whidden, Esq.

620 Fifth Avenue
New York, New York  10020
(212) 632-5500
 *Attorneys for Svenska Handelsbanken AB (publ)*

3

## CERTIFICATE OF SERVICE

I, Nina Khalatova, hereby certify that on September 22, 2008, I caused a true copy of the notice of appearance of <u>Svenska Handelsbanken AB (publ) and Request for Service of Papers and Reservation of Rights</u> to be served by first class mail, postage prepaid, upon Harvey R. Miller, at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

Nina Khalatova
Nina Khalatova
