Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtor, | ) Jointly Administered |
| | ) |

# VERIFIED STATEMENT OF
# SATTERLEE STEPHENS BURKE & BURKE LLP
# PURSUANT TO BANKRUPTCY RULE 2019

Christopher R. Belmonte, Esq., on behalf of Satterlee Stephens Burke & Burke LLP ("SSBB"), as attorneys for the entities listed in Exhibit A attached hereto (collectively, the "Entities"), in connection with the above-referenced chapter 11 cases of Lehman Brothers Holdings, Inc. and LB 745 LLC (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

    1.    SSBB is counsel to the Entities in the above-captioned cases. The address of SSBB for purposes of this statement is 230 Park Avenue, New York, NY 10169.

    2.    The mailing address for each of the Entities is listed on Exhibit A attached hereto.

747879_1

3.  Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law, or equity pursuant to their relationship with the Debtors.

4.  The following are the facts and circumstances in connection with SSBB's employment in the above-captioned cases: (a) SSBB represented each of the Entities prior to the Debtors' above-captioned chapter 11 cases; and (b) each of the Entities separately requested that SSBB represent them in connection with the Debtors' above-captioned chapter 11 cases.

5.  Upon information and belief, SSBB does not possess any claims against or interests in the Debtors.[1]

Dated: New York, New York
September 22, 2008

                        SATTERLEE STEPHENS BURKE &
                        BURKE LLP

                        By: _____
                            Christopher R. Belmonte (CB-2163)
                            Pamela A. Bosswick (PB-5307)
                            Abigail Snow (AS-2960)
230 Park Avenue
New York, New York 10169
(212) 818-9200

---

[1] Members and associates of SSBB, in their individual capacities, may hold claims and/or equity interests in the Debtors.

747879_1

## LIST OF CLIENTS ADVISED

Moody's Corporation
7 World Trade Center at 250 Greenwich Street
New York, NY 10007

International Business Machines Corporation
North Castle Drive
NC-109
Armonk, New York 10504

747879_1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtor, | ) Jointly Administered |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

  NANCY L. KOURLAND being duly sworn, deposes and says:

  1.  I am not a party to this action, am over 18 years of age and am employed by Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169.

  2.  That on September 22, 2008, deponent served a true copy of the annexed Verified Statement of Satterlee Stephens Burke & Burke LLP Pursuant to Bankruptcy Rule 2019 upon:

to be delivered by Regular Mail to those parties listed on the annexed Exhibit A, to be delivered by Electronic Mail to those parties listed on the annexed Exhibit B.

_____
Nancy L. Kourland

Sworn to before me this
22nd day of September, 2008.

_____
Notary Public

HELEN KELLY
Notary Public, State of New York
No. 5005276
Qualified in Suffolk County
Commission Expires December 7, 2010

748013_1

# EXHIBIT A

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

Dion W. Hayes
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219-4030

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Kenneth J. Caputo
805 Fifteenth Street, NW
Washington, DC 20005-2207

Epiq Banruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

748013_1

**EXHBIIT B**

Marc Abrams     maosbny@willkie.com, mabrams@willkie.com

Luma Al-Shibib     lalshibib@reedsmith.com

George Angelich     angelich.george@arentfox.com, angelich.george@arentfox.com

Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com

Walter Benzija     wbenzija@halperinlaw.net

Martin J. Bienenstock     martin.bienenstock@dl.com, etkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Michael V. Blumenthal     mblumenthal@crowell.com

Martin G. Bunin     marty.bunin@alston.com

Matthew Allen Cantor     info2@normandyhill.com

James S. Carr     KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman     maosbny@willkie.com, schapman@willkie.com

Maureen A. Cronin macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com; dab ritte@debevoise.com;hzha n g@debevoise.com;dalexan der@debevoise.com;mcto@debevoise.com; emao-ecf@debevoise.com

Leo T. Crowley     leo.crowley@pillsburylaw.com

Israel Dahan     allison.dipasqua@cwt.com

Paul H. Deutch     paul.deutch@troutmansanders.com,

harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Thomas Alan Draghi     tdraghi@westermanllp.com

Michael James Edelman     mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Eggermann     deggermann@kramerlevin.com

Charles R. Ekberg     ekbergc@lanepowell.com,

jagows@lanepowell.com;Docketing-Seattle@lanepowell.com

748013_1

David Elrod     delrod@elrodtrial.com,

snassar@elrodtrial.com; jmoore@elrodtrial.com

Michael R. Enright     menright@rc.com

Robert Michael Farquhar     mfarquhar@winstead.com

Matthew Allen Feldman     maosbny@willkie.com, mfeldman@willkie.com

Daniel J. Flanigan     tbackus@polsinelli.com;banders@polsinelli.com

Shawn Randall Fox     sfox@mcguirewoods.com

Eduardo J. Glas     eglas@mccarter.com

Matthew J. Gold     mgold@kkwc.com, mattgoldesq@optonline.net

Antonia Golianopoulos     agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Alan D. Halperin     ahalperin@halperinlaw.net,

cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net; spark@halperinlaw.net

Howard R. Hawkins     howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Ira L. Herman   ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden     gkaden@goulstonstorrs.com

Christopher K. Kiplok     kiplok@hugheshubbard.com

Deborah Kovsky-Apap     kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Darryl S. Laddin     bkrfilings@agg.com

David M. LeMay     dlemay@chadbourne.com

Shari D. Leventhal     shari.leventhal@ny.frb.org

Richard B. Levin     rlevin@cravath.com, managing_attorneys_office@cravath.com

Richard Levy     rlevy@pryorcashman.com

748013_1

| | |
|---|---|
| Judy G.Z. Liu | judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com |
| Edward Joseph LoBello | elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com |
| Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Daniel A. Lowenthal | dalowenthal@pbwt.com, mcobankruptcy@pbwt.com |
| Jacqueline Marcus | jacqueline.marcus@weil.com |
| Jeffrey S. Margolin | margolin@hugheshubbard.com |
| Frank McGinn | ffm@bostonbusinesslaw.com |
| David C. McGrail | dmcgrail@davidmcgraillaw.com |
| Richard M. Meth | msteen@daypitney.com |
| Harvey R. Miller | harvey.miller@weil.com, garrett.fail@weil.com |
| Robert E. Nies | rnies@wolffsamson.com |
| Harold S. Novikoff | hsnovikoff@wlrk.com |
| Kalman Ochs | ochska@ffhsj.com |
| R. Stephen Painter | spainter@cftc.gov |
| Steven W. Perlstein | steven.perlstein@kobrekim.com |
| Sydney G. Platzer | splatzer@platzerlaw.com |
| Amanda Raboy | araboy@cov.com |
| John J. Rapisardi | john.rapisardi@cwt.com, |

zachary.smith@cwt.com; megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.greenberg@cwt.com; betty.comerro@cwt.com;sohyoung.choo@cwt.com

| | |
|---|---|
| Howard D. Ressler | hressler@diamondmccarthy.com |
| Jeffrey N. Rich | jeff.rich@klgates.com, nathanael.meyers@klgates.com |
| Marc E. Richards | mrichards@blankrome.com |
| George Rosenberg | grosenberg@co.arapahoe.co.us |

748013_1

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

Douglas B. Rosner    drosner@goulstonstorrs.com

Chester B. Salomon    cs@stevenslee.com

Carey D. Schreiber    cschreiber@winston.com

Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;asheel@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Keith A. Simon    keith.simon@lw.com,

chefiling@lw.com;elizabeth.arnold2@lw.com

Thomas R. Siome    lgomez@msek.com

Elizabeth Page Smith    esmith@llgm.com

Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com;docketing@stroock.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Stern stein    msternstein@sheppardmullin.com

Harvey A. Strickon    harveystrickon@paulhastings.com,

frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com

Raymond J. Urbanik    rurbanik@munsch.com

Michael J. Venditto    mvenditto@reedsmith.com

Shai Waisman    shaLwaisman@weil.com,

rbelanger@sidley.com; philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;i1usion.rodriguez@weil.com;sherrLtoub @weil.com;camisha.simmons

748013_1

@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com; matthew.curro@weil.com; michele.meises@weil.com;

| | |
|---|---|
| Rochelle R. Weisburg | rochellew@shiboleth.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| L. Matt Wilson | efile@willaw.com |
| Erin Zavalkoff | ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com |
| Peter Alan Zisser | peter.zisser@hklaw.com, |

jim.rollins@hklaw.com;richard.lear@hklaw.com; chip.lancaster@hklaw.com

748013_1

Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York 10169
(212) 818-9200

Attorneys for International Business Machines
Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtor, | ) Jointly Administered |
| | ) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that, the undersigned hereby appears as counsel for International Business Machines Corporation ("IBM"), a party in interest herein under 11 U.S.C. § 1109(b), in the above-captioned case. Such counsel hereby enters its appearance, pursuant to 11 U.S.C. § 1109(b) and Federal Rule of Bankruptcy Procedure 9010, and, pursuant to 11 U.S.C. §§ 102(1) and 342, and Federal Rules of Bankruptcy Procedure 2002 and 9007, requests that copies of all notices given or required to be given in this case, and all papers served or required to be served in this case, be delivered to and served upon the undersigned at the following office, post office address, email address, fax and telephone number:

747877_1

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Abigail Snow, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169
Tel:    (212) 818-9200
Fax:    (212) 818-9606
Email:  cbelmonte@ssbb.com
        pbosswick@ssbb.com
        asnow@ssbb.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, all other notices, papers, reports, orders, notices, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), IBM requests that its counsel, Satterlee Stephens Burke & Burke LLP, be provided with copies of any disclosure statements and plans of reorganization.

This Notice of Appearance and Request for Notice and Documents shall not be deemed or construed to be a waiver of the rights of IBM to (i) have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) have the District Court or the Bankruptcy Court abstain from hearing any

2

747877_1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtor, | ) Jointly Administered |
| | ) |

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

The undersigned, being duly sworn, deposes and says:

3. I am not a party to this action, am over 18 years of age and am employed by Satterlee Stephens Burke & Burke LLP, 230 Park Avenue, New York, New York 10169.

4. That on September 22, 2008, deponent served a true copy of the annexed Notice of Appearance and Request for Notice and Documents upon:

to be delivered by Regular Mail to those parties listed on the annexed Exhibit A, to be delivered by Electronic Mail to those parties listed on the annexed Exhibit B.

_____
Nancy L. Kourland

Sworn to before me this
22nd day of September, 2008.

_____
Notary Public

HELEN KELLY
Notary Public, State of New York
No. 5005276
Qualified in Suffolk County
Commission Expires December 7, 2010

748013_1

# EXHIBIT A

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

Dion W. Hayes
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219-4030

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Kenneth J. Caputo
805 Fifteenth Street, NW
Washington, DC 20005-2207

Epiq Banruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

748013_1

## **EXHBIIT B**

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

Luma Al-Shibib    lalshibib@reedsmith.com

George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Walter Benzija    wbenzija@halperinlaw.net

Martin J. Bienenstock    martin.bienenstock@dl.com, etkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Michael V. Blumenthal    mblumenthal@crowell.com

Martin G. Bunin    marty.bunin@alston.com

Matthew Allen Cantor    info2@normandyhill.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com

Maureen A. Cronin macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com; dab ritte@debevoise.com;hzha n g@debevoise.com;dalexan der@debevoise.com;mcto@debevoise.com; emao-ecf@debevoise.com

Leo T. Crowley    leo.crowley@pillsburylaw.com

Israel Dahan    allison.dipasqua@cwt.com

Paul H. Deutch    paul.deutch@troutmansanders.com,

harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Thomas Alan Draghi    tdraghi@westermanllp.com

Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Eggermann    deggermann@kramerlevin.com

Charles R. Ekberg    ekbergc@lanepowell.com,

jagows@lanepowell.com;Docketing-Seattle@lanepowell.com

748013_1

David Elrod    delrod@elrodtrial.com,

snassar@elrodtrial.com; jmoore@elrodtrial.com

Michael R. Enright    menright@rc.com

Robert Michael Farquhar    mfarquhar@winstead.com

Matthew Allen Feldman    maosbny@willkie.com, mfeldman@willkie.com

Daniel J. Flanigan    tbackus@polsinelli.com;banders@polsinelli.com

Shawn Randall Fox    sfox@mcguirewoods.com

Eduardo J. Glas    eglas@mccarter.com

Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net

Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Alan D. Halperin    ahalperin@halperinlaw.net,

cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net; spark@halperinlaw.net

Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden    gkaden@goulstonstorrs.com

Christopher K. Kiplok    kiplok@hugheshubbard.com

Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Darryl S. Laddin    bkrfilings@agg.com

David M. LeMay    dlemay@chadbourne.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com

Richard Levy    rlevy@pryorcashman.com

748013_1

| | |
|---|---|
| Judy G.Z. Liu | judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com |
| Edward Joseph LoBello | elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com |
| Eric Lopez Schnabel | schnabel.eric@dorsey.com |
| Daniel A. Lowenthal | dalowenthal@pbwt.com, mcobankruptcy@pbwt.com |
| Jacqueline Marcus | jacqueline.marcus@weil.com |
| Jeffrey S. Margolin | margolin@hugheshubbard.com |
| Frank McGinn | ffm@bostonbusinesslaw.com |
| David C. McGrail | dmcgrail@davidmcgraillaw.com |
| Richard M. Meth | msteen@daypitney.com |
| Harvey R. Miller | harvey.miller@weil.com, garrett.fail@weil.com |
| Robert E. Nies | rnies@wolffsamson.com |
| Harold S. Novikoff | hsnovikoff@wlrk.com |
| Kalman Ochs | ochska@ffhsj.com |
| R. Stephen Painter | spainter@cftc.gov |
| Steven W. Perlstein | steven.perlstein@kobrekim.com |
| Sydney G. Platzer | splatzer@platzerlaw.com |
| Amanda Raboy | araboy@cov.com |
| John J. Rapisardi | john.rapisardi@cwt.com, |

zachary.smith@cwt.com; megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.greenberg@cwt.com; betty .comerro@cwt.com;sohyoung.choo@cwt.com

| | |
|---|---|
| Howard D. Ressler | hressler@diamondmccarthy.com |
| Jeffrey N. Rich | jeff.rich@klgates.com, nathanael.meyers@klgates.com |
| Marc E. Richards | mrichards@blankrome.com |
| George Rosenberg | grosenberg@co.arapahoe.co.us |

748013_1

David A. Rosenzweig     DRosenzweig@Fulbright.com

David S. Rosner        ffigueroa@kasowitz.com;dfliman@kasowitz.com

Douglas B. Rosner      drosner@goulstonstorrs.com

Chester B. Salomon     cs@stevenslee.com

Carey D. Schreiber     cschreiber@winston.com

Howard Seife   arosenblatt@chadbourne.com;jporter@chadbourne.com

Andrea Sheehan     sheehan@txschoollaw.com, coston@txschoollaw.com;asheel@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich     jshickich@riddellwilliams.com

Keith A. Simon        keith.simon@lw.com,

chefiling@lw.com;elizabeth.arnold2@lw.com

Thomas R. Siome       lgomez@msek.com

Elizabeth Page Smith   esmith@llgm.com

Mark A. Speiser       mspeiser@stroock.com, insolvency2@stroock.com;docketing@stroock.com

Bonnie Steingart      steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Stern stein    msternstein@sheppardmullin.com

Harvey A. Strickon    harveystrickon@paulhastings.com,

frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Amit K. Trehan       atrehan@mayerbrown.com, atrehan@mayerbrown.com

Raymond J. Urbanik    rurbanik@munsch.com

Michael J. Venditto  mvenditto@reedsmith.com

Shai Waisman         shaLwaisman@weil.com,

rbelanger@sidley.com; philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com;sherrLtoub @weil.com;camisha.simmons

748013_1

@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com; matthew.curro@weil.com; michele.meises@weil.com;

| | |
|---|---|
| Rochelle R. Weisburg | rochellew@shiboleth.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| L. Matt Wilson | efile@willaw.com |
| Erin Zavalkoff | ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com |
| Peter Alan Zisser | peter.zisser@hklaw.com, |

jim.rollins@hklaw.com;richard.lear@hklaw.com; chip.lancaster@hklaw.com

748013_1