UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., <u>et al.</u> | ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that Willkie Farr & Gallagher LLP, on behalf of Green Tree Servicing LLC, and under, *inter alia*, Rules 2002, 7005 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "**<u>Bankruptcy Code</u>**"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile:  (212) 728-8111 | Green Tree Servicing LLC<br>345 St. Peter Street<br>1100 Landmark Towers<br>Saint Paul, MN 55102-1639<br>Facsimile: (651) 293-5746 |
| Attention:    Marc Abrams, Esq.<br>                     Shelley C. Chapman, Esq.<br><br>E-mail:       mabrams@willkie.com<br>                     schapman@willkie.com | Attention:    Brian Corey, General Counsel<br><br>Email:        brian_corey@gtservicing.com |

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or

4477950.2

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise.

Dated:    New York, New York
          September 22, 2008

        Respectfully submitted,

        **WILLKIE FARR & GALLAGHER LLP**

        By: /s/ Marc Abrams
           Marc Abrams, Esq.
           Shelley C. Chapman, Esq.

        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 728-8000

        Counsel for Green Tree Servicing LLC