L. Matt Wilson
GA Bar No: 768801
**THE WILSON LAW FIRM, PC**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326
Telephone:    (404)364-2240
Facsimile:    (404)266-7459


## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS, INC.** | ) | **Case No. 08-13555-jmp** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |
| | ) | |
| _____ | ) | |


### AMENDED MOTION FOR APPOINTMENT OF EQUITY COMMITTEE

**COMES NOW, Greg Georgas,** an equity-security holder of the above-named debtor, by and

though his undersigned attorney, who hereby moves this Honorable Court for the appointment of an

Official Committee of Equity-Security Holders, to be comprised of individuals and institutions

which own common or preferred stock (but who do not also own any debt of the debtor or claims

against the debtor), which the undersigned represents  is reasonable and necessary in order to assure

adequate representation of equity-security holders and the orderly and proper administration of the

estate, for the following reasons:

-1-

1.

The Debtor's September 10, 2008 Press Release announced "Preliminary Third Quarter, 2008, Financial Results" which reported that "Total Shareholder's Equity of $28.4 Billion, Up from $26.3 Billion." The existence of $28.4 Billion of Shareholder's Equity justifies the appointment of an Official Committee of Equity Holders.

2.

The Debtor's September 10, 2008 Press Release further reported that, absent Gross Mark-to-Market Adjustments of $5.3 Billion on Residential Mortgage-Related Positions, the Debtor would have reported $1.4 Billion in Net Income. The Federal Reserve and U.S. Treasury, with the support of the current administration and Congress, have announced an intention to create a $700 Billion bailout fund designed to prevent further losses in the Residential Mortgage-Related Markets. The Debtor should be able to participate in this new bailout, thereby providing further indications that the Debtor should be able to return to future profitable operations, thereby servicing all of its debt, thereby clearly leaving value for an equity recovery.

3.

The Debtor's September 10, 2008 Press Release announced Preliminary Third Quarter, 2008, financial results, further indicated that the Debtor had an "Estimated Liquidity Pool of $42 Billion." At the September 19 hearing, the Debtor indicated that it had little remaining cash. This is a matter which warrants the type of investigation best conducted by an Official Committee of Equity Security Holders.

4.

At the September 19 hearing, the Debtor indicated that there is no indication of any fraud, accounting irregularities, or book-keeping problems with the Debtor or any of its business entities. Therefore, because the Debtor is a financial services company, with reported Shareholder's Equity of $28.4 Billion, the appointment of an Official Commitee of Equity Security Holders is warranted. An Official Creditors Committee can not be expected to protect shareholder's equity.

For all of these reasons, and more to be developed at a hearing of this Motion should the Court find that necessary, the undersigned respectfully requests that the Court order the appointment of an additional Offical Committee of Equity-Security Holders by the United States Trustee pursuant to 11 U.S.C. § 1102 (a).

This 22ND day of September, 2008.

Respectfully submitted,

THE WILSON LAW FIRM, P.C.

/s/ L. Matt Wilson
Georgia Bar No. 768801
Admission Pro Hac Vice Pending

Z:\WP\830\01\Amended MotionForEquityCommittee.wpd

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been

served upon the persons listed below via electronic mail on this 22nd day of September, 2008.


                                                     __/s/ L. Matt Wilson_____

**Sent by electronic mail:**

**Marc Abrams**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000
(212) 728-8111 (fax)
maosbny@willkie.com

**George Angelich**
Arent Fox LLP
1675 Broadway
New York, NY 10019
(212) 457-5423
(212) 484-3990 (fax)
angelich.george@arentfox.com

**Walter Benzija**
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022
(212) 765-9100
(212) 765-0964 (fax)
wbenzija@halperinlaw.net

**Bradford M. Berry**
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

(202) 418-5127
bberry@cftc.gov

**Martin J. Bienenstock**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
212-259-8530
212-259-6333 (fax)
martin.bienenstock@dl.com

**Matthew Allen Cantor**
Normandy Hill Capital L.P.
150 East 52nd Street
10th Floor
New York, NY 10022
(212) 616 2113
212-616-2101 (fax)
mcantor@normandyhill.com

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
(212) 808-7955
(212) 808-7897 (fax)
jcarr@kelleydrye.com

**Maureen A. Cronin**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
(212) 909-6292
(212) 909-6836 (fax)
macronin@debevoise.com

**Israel Dahan**
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281
(212) 504-6000
(212) 504-6666 (fax)
israel.dahan@cwt.com

**George A. Davis**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212)504-6000
(212)504-6666 (fax)
george.davis@cwt.com

**Paul H. Deutch**
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
(212) 704-6137 (fax)
paul.deutch@troutmansanders.com

**Michael James Edelman**
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019
(212) 407-7700
(212) 407-7799 (fax)
mjedelman@vedderprice.com

**Charles R. Ekberg**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338
(206) 223-7012
(206) 613-4255 (fax)
ekbergc@lanepowell.com

**David Elrod**
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201
(214) 855-5188
(214) 855-5183 (fax)
delrod@elrodtrial.com

**Daniel J. Flanigan**
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street
Suite 1000
Kansas City, MO 64112
(816) 753-1000
(816) 753-1536 (fax)
dflanigan@polsinelli.com

**Eduardo J. Glas**
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444
(973) 624-7070 (fax)
eglas@mccarter.com

**Matthew J. Gold**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
18th Floor
New York, NY 10176
(212) 880-9827
(212) 986-8866 (fax)
mgold@kkwc.com

**Antonia Golianopoulos**
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820
(212) 506-2500
(212) 262-1910 (fax)
agolianopoulos@mayerbrownrowe.com

**Howard R. Hawkins, Jr.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212) 504-6000
(212) 504-6666 (fax)
howard.hawkins@cwt.com

**Dion W. Hayes**
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030
(804) 775-1144
(804) 698-2078 (fax)
dhayes@mcguirewoods.com

**Ira L. Herman**
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022
(212) 751-3045
(214) 999-9139 (fax)
ira.herman@tklaw.com

**John E. Jureller, Jr.**
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017
(212) 972-3000
(212) 972-2245 (fax)
jjureller@klestadt.com

**Gregory O. Kaden**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
617-482-1776
617-574-4112 (fax)
gkaden@goulstonstorrs.com

**Deborah Kovsky-Apap**
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157
(313) 393-7331
(313) 731-1572 (fax)
kovskyd@pepperlaw.com

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031
(404) 873-8120
(404) 873-8121 (fax)
bkrfilings@agg.com

**David M. LeMay**
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
(212) 408-5112
(212) 541-5369 (fax)
dlemay@chadbourne.com

**Shari D. Leventhal**
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045
(212) 720-5018
(212) 720-8709 (fax)
shari.leventhal@ny.frb.org

**Richard B. Levin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (fax)
rlevin@cravath.com

**Judy G.Z. Liu**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8512
(212) 259-6333 (fax)
judy.liu@dl.com

**Edward Joseph LoBello**
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
(212) 885-5364
(212) 885-5002 (fax)
elobello@blankrome.com

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (fax)
jacqueline.marcus@weil.com

**Frank McGinn**
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110
(617) 422-0200
(617) 422-0383 (fax)
ffm@bostonbusinesslaw.com

Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
617-422-0200
617-422-0383 (fax)
ffm@bostonbusinesslaw.com

**David C. McGrail**
Law Offices of David C. McGrail
676A Ninth Avenue #211
New York, NY 10036
(646) 290-6496
(646) 224-8377 (fax)
dmcgrail@davidmcgraillaw.com

**Frank F. McGinn, Esq.**
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
617-422-0200
617-422-0383 (fax)
ffm@bostonbusinesslaw.com

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
(212) 310-8007 (fax)
harvey.miller@weil.com

**Harold S. Novikoff**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212) 403-1000
(212) 403-2000 (fax)
hsnovikoff@wlrk.com

**R. Stephen Painter, Jr.**
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005
(646) 746-9815
(646) 746-9940 (fax)
spainter@cftc.gov

**Sydney G. Platzer**
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas
18th Floor
New York, NY 10018
(212) 593-3000
(212) 593-0353 (fax)
splatzer@platzerlaw.com

**Amanda Raboy**
Covington & Burling LLP
620 Eigth Avenue
New York, NY 10018
(212) 841-1000
(212) 841-1010 (fax)
araboy@cov.com

**John J. Rapisardi**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281
(212)504-6000
(212)504-6666 (fax)
john.rapisardi@cwt.com

**George Rosenberg**
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80166
(303) 738-7846
grosenberg@co.arapahoe.co.us

**Douglas B. Rosner**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
(617) 574-6595 (fax)
drosner@goulstonstorrs.com

**Chester B. Salomon**
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500
(212) 319-8505 (fax)
cs@stevenslee.com

**Howard Seife**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112
(212)408-5361
(212) 541-5369 (fax)
hseife@chadbourne.com

**Andrea Sheehan**
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205
(214) 521-8000
(214) 521-1738 (fax)
sheehan@txschoollaw.com

**Andrea Sheehan**
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205
214-521-8000
214-521-1738 (fax)
sheehan@txschoollaw.com

**James H. Shenwick**
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017
212-541-6224
646-218-4600 (fax)
jhs7@att.net

-13-

**Joseph E. Shickich, Jr.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065
(206) 624-3600
(206) 389-1708 (fax)
jshickich@riddellwilliams.com

**Ronald J. Silverman**
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
(212) 705-7868
(212) 752-5378 (fax)
ronald.silverman@bingham.com

**Keith A. Simon**
Latham & Watkins, LLP
885 Third Avenue
New York, NY 60606
(212) 906-1200
(212) 751-4864 (fax)
keith.simon@lw.com

**Thomas R. Slome**
Meyer. Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530
516-741-6565
516-741-6706 (fax)
lgomez@msek.com

**Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019
(212) 424-8580
(212) 649-0918 (fax)
esmith@llgm.com

**Mark A. Speiser**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
212-806-6006 (fax)
mspeiser@stroock.com

**Malani Sternstein**
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112
(212) 332-3800
(212) 332-3888 (fax)
msternstein@sheppardmullin.com

**Harvey A. Strickon**
Paul,Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205
(212) 318-6000
(212) 230-7689 (fax)
harveystrickon@paulhastings.com

**Scott Talmadge**
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022
(212) 836-7039
(212) 837-7157 (fax)
stalmadge@kayescholer.com

**My Chi To**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022
(212) 909-7425
(212) 909-6836 (fax)
mcto@debevoise.com

**Amit K. Trehan**
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2198
(212) 262-1910 (fax)
atrehan@mayerbrown.com

**Michael J. Venditto**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
(212) 205-6081
212-521-5450 (fax)
mvenditto@reedsmith.com

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
(212) 310-8007 (fax)
shai.waisman@weil.com

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691
(214) 880-0089
(469) 221-5003 (fax)
dallas.bankruptcy@publicans.com

**Erin Zavalkoff**
Vedder Price
1633 Broadway
47th Floor
New York, NY 10019
(212) 407-6921
(212) 407-7799 (fax)
ezavalkoff-babej@vedderprice.com

**Peter Alan Zisser**
Holland & Knight, LLP
195 Broadway
New York, NY 10007
(212) 513-3200
(212) 385-9010 (fax)
peter.zisser@hklaw.com

**Sent by facsimile:**

**Brian S. Masumoto, Esq.**
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
(212) 668-2255