## CERTIFICATE OF SERVICE

I, David Gerard, hereby certify that:

1. I am not a party to this action, am over 18 years of age and reside at Brooklyn, NY.

2. That on September 22, 2008, I caused a true and correct copy of MOODY'S CORPORATION'S STATEMENT AND LIMITED OBJECTION TO DEBTORS' MOTION TO (A) SCHEDULE A SALE HEARING; (B) ESTABLISH SALES PROCEDURES; (C) APPROVE A BREAK-UP FEE; AND (D) APPROVE THE SALE OF THE PURCHASED ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO THE PURCHASED ASSETS to be served upon the addressees below by the manner indicated below:

| | |
|---|---|
| VIA FIRST CLASS MAIL & E-MAIL<br>Harvey R Miller, Esquire<br>Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>E-mail: harvey.miller@weil.com<br>richard.krasnow@weil.com<br>lori.fife@weil.com<br>shai.waisman@weil.com<br>jacqueline.rnarcus@weil.com | VIA FIRST CLASS MAIL & E-MAIL<br>Brian Shoichi Masumoto, Esquire<br>The Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>E-mail: brian.masumoto@usdoj.gov |
| VIA FIRST CLASS MAIL & E-MAIL<br>Dennis F. Dunne, Esquire<br>Luc A. Despins, Esquire<br>Wilbur F. Foster, Jr., Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>E-mail: DDunne@milbank.com<br>LDespins@milbank.com<br>WFoster@milbank.com | VIA FIRST CLASS MAIL & E-MAIL<br>Paul Aronson, Esquire<br>Gregory A. Bray, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>601 South Figueroa Street<br>30th Floor<br>Los Angeles, CA 90017<br>E-mail: AAronson@milbank.com<br>GBray@milbank.com |

Dated: September 22, 2008

David Gerard

748050_1