UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
In re:                                                            :         Chapter 11
:
LEHMAN BROTHERS HOLDINGS          :         Case No 08-13555 (JMP)
Inc., *et al.*,                                              :
:         Jointly Administered
            Debtors.                                    :
--------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that the undersigned and the law firm of Munsch Hardt Kopf & Harr, P.C. appear as counsel for the Ad Hoc Committee of Bondholders (the "<u>Ad Hoc Committee</u>") and, pursuant to §1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010, Federal Rules of Bankruptcy Procedure, request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the undersigned at the following address:

| | |
|---|---|
| Russell L. Munsch | Kevin M. Lippman |
| Munsch Hardt Kopf & Harr, P.C. | Munsch Hardt Kopf & Harr, P.C. |
| One American Center | 3800 Lincoln Plaza |
| 600 Congress Avenue, Suite 2900 | 500 North Akard Street |
| Austin, TX 78701-3057 | Dallas, TX 75201-6659 |
| Telephone: (512) 391-6100 | Telephone: (214) 855-7500 |
| Fax: (512) 391-6149 | Fax: (214) 978-4335 |
| E-mail: rmunsch@munsch.com | E-mail: klippman@munsch.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned additionally requests that the Debtors and their counsel, all court-appointed committees and their counsel, the United States Trustee, the Clerk of the Court, and all parties filing a notice of appearance herein place the foregoing parties' names and addresses on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy cases.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to these bankruptcy cases, and shall not constitute a waiver of the Ad Hoc Committee's: (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Ad Hoc Committee expressly reserves.

Respectfully submitted on this 22nd day of September, 2008.

        MUNSCH HARDT KOPF & HARR, P.C.
        3800 Lincoln Plaza
        500 North Akard Street
        Dallas, Texas 75201-6659
        Telephone: (214) 855-7500
        Facsimile: (214) 855-7584

        By: /s/ Kevin M. Lippman
        Russell L. Munsch (*pro hac vice* application filed)
        Kevin M. Lippman (*pro hac vice* application filed)
        Raymond J. Urbanik (admitted)[1]
        NY Bar RU 1842
        TX Bar 20414050

        ATTORNEYS FOR AD HOC COMMITTEE
        OF BONDHOLDERS

---

[1] Licensed to practice and admitted to the State of New York and Southern District of New York.

# CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of September, 2008, a true and correct copy of the foregoing Notice of Appearance was served electronically through the Court's ECF System on parties requesting electronic service and by U.S. first class mail, postage prepaid, on the parties shown below.

| | |
|---|---|
| Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY  10019 | United States Trustee<br>33 Whitehall Street<br>21st Street<br>New York, NY  10004 |
| Harvey R. Miller<br>Weil, Gotshal & Manages, LP<br>767 Fifth Avenue<br>New York, NY  10153 | Jacqueline Marcus<br>Weil, Gotshal & Manages, LP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Shai Waisman<br>Weil, Gotshal & Manages, LP<br>767 Fifth Avenue<br>New York, NY  10153 | Dennis F. Dunne<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Paul Arozon<br>Milbank, Tweed, Hadley & McCloy<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Gregory A. Bray<br>Milbank, Tweed, Hadley & McCloy<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Internal Revenue Service<br>Attention:  Bankruptcy Department<br>120 Church Street, 3rd Floor<br>New York, NY  10008 |
| Security and Exchange Commission<br>Attention:  Bankruptcy Department<br>7 World Trade Center, 13th Floor<br>New York, NY  10007 | United States Attorney<br>One St. Andrew's Plaza<br>New York, NY  10007 |

                                                                                        /s/ Kevin M. Lippman<br>
                                                                                         Kevin M. Lippman