**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Case No. 08-13555 (JMP)<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Somerset Properties SPE, LLC hereby appears in this case by its counsel:

> Rabinowitz, Lubetkin & Tully, L.L.C.
> 293 Eisenhower Parkway, Suite 100
> Livingston, NJ 07039
> Attention: Jonathan I. Rabinowitz
> (973) 597-9100 phone
> (973) 597-9119 fax
> jrabinowitz@rltlawfirm.com

**REQUEST IS HEREBY MADE** pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given in this case, and all papers, pleadings, motions or applications served or required to be served in this case or any adversary proceeding filed in connection therewith, shall be directed to and served upon the above-referenced counsel.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers filed in the proceeding specified above, but also includes without limitation orders and notices of any application, motion, pleading, request, suggestion, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted and conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the rights or interests of Somerset Properties SPE, LLC with respect to the Debtor, or the property or proceeds in which the Debtor may claim an interest.

> RABINOWITZ, LUBETKIN & TULLY, L.L.C.
> Attorneys for Somerset Properties SPE, LLC
>
> By: _____
>     JONATHAN I. RABINOWITZ

Dated: Livingston, New Jersey
       September 23, 2008

293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039
(973) 597-9100 – Tel.
(973) 597-9119 – Fax
jrabinowitz@rltlawfirm.com

F:\Client_Files\N-Z\Wilk\NoticeAppearance.doc

2