UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| | § | CASE NO. 08-13555-11 |
| LEHMAN BROTHERS HOLDING, INC., | § § § | |
| DEBTOR | § § § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of **McLennan County** secured creditor(s) in the above-referenced proceeding. The undersigned hereby requests notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any additional documents or instruments filed in the above-referenced proceeding and any other matter in which notice is required pursuant to 11 U.S.C § 1109(b), Bankruptcy Rule 2002(a) and (b), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned at the address set forth below.

1

        Respectfully Submitted,

        LINEBARGER GOGGAN
        BLAIR & SAMPSON, LLP
        1949 South I.H. 35 (78741)
        P.O. Box 17428
        Austin, Texas 78760
        (512) 447-6675 (Telephone)
        (512) 443-5114 (Facsimile)

        By: */s/Diane W. Sanders*
            DIANE W. SANDERS
            State Bar No. 16415500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice Of Appearance And Request For Service Of Notices And Pleadings has been served on the parties listed below on this 19th day of September 2008.

| | |
|---|---|
| Harvey R. Miller<br>767 Fifth Avenue<br>New York, NY 10153<br>**ATTORNEY FOR DEBTOR** | New York (S) Trustee<br>33 Whitehall Street<br>21[st.] Floor<br>New York, NY 10004<br>**TRUSTEE** |

        */s/ Diane W. Sanders*
        DIANE W. SANDERS

2

{debtor attorney address}

**RE:    See Attachment**

{trustee address}

**RE:    See Attachment**

4