UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | ) Case no. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY MAYER BROWN LLP ON BEHALF OF (I) NATIONAL BANK OF CANADA INC.; (II) NATIONAL BANK OF CANADA FINANCIAL INC.; AND (III) NATIONAL BANK FINANCIAL INC.**

PLEASE TAKE NOTICE that Mayer Brown LLP ("Mayer Brown") hereby appears as attorneys for (I) National Bank of Canada Inc.; (II) National Bank of Canada Financial Inc.; and (III) National Bank Financial Inc. (collectively, "National Bank of Canada"), in the above-captioned chapter 11 case. Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Mayer Brown requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon Mayer Brown at the office, address and telephone number set forth below, and that Mayer Brown be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
Fax: 212-262-1910
e-mail: btrust@mayerbrown.com
e-mail: fhyman@mayerbrown.com
e-mail: jtougas@mayerbrown.com
e-mail: atrehan@mayerbrown.com

17534468

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtors, property of such debtors, or National Bank of Canada.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  New York, New York
        September 23, 2008

By: s/Brian Trust
Brian Trust (BT-0347)
Frederick D. Hyman (FH-7832)
Jeffrey G. Tougas (JT-5533)
Amit Trehan (AT-4677)

MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
fax: 212-262-1910

*Counsel To National Bank of Canada Inc., National Bank of Canada Financial Inc., and National Bank Financial Inc.*

17534468                                            2