**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman (SR 4906)
Jerold L. Bregman (JB 0784)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :
                                                            :    Case No. 08-13555(JMP)
                              Debtors.                      :
                                                            :    Jointly Administered
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK       )

Stefanie K. Beyer, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in New York, New York.

2. On September 23, 2008, I served true and correct copies of *NYSE's Reservation of Rights and Limited Objection to Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser* [Docket No. 225] by hand to the entities listed on the annexed Exhibit A.

                                                                    Stefanie K. Beyer

Sworn to before me this
23rd day of September 2008

Notary Public

JAMES V. DREW
Notary Public, State of New York
No. 02-DR6079092
Qualified in Queens County
Commission Expires August 12, 2010

5017887

## EXHIBIT A

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife and Shai Y. Waisman

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffery S. Margolin

Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield and Lisa M. Schweitzer

5017887