UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                            :
                                                                 : Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                         :
                                                                 : 08-13555 (JMP)
             Debtor                                              :
---------------------------------------------------------------- x Jointly Administered

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

1. I, Michael J. Roeschenthaler, a member in good standing of the bar in the State of Pennsylvania and the United States Court for the Western District of Pennsylvania, request for admission, *pro hac vice*, before the Honorable James M. Peck, to represent CNX Gas Company, LLC and Access Data Corp., creditors in the above-referenced case.

2. My mailing address is: McGuireWoods LLP, 625 Liberty Avenue, 23rd Floor, Pittsburgh, PA 15222. My telephone number is (412) 667-7905 and my e-mail address is mroeschenthaler@mcguirewoods.com.

3. The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: September 23, 2008                    Respectfully Submitted,

                                             McGUIREWOODS LLP

                                             /s/ Michael J. Roeschenthaler
                                             Michael J. Roeschenthaler, Esq.
                                             625 Liberty Avenue, 23rd Floor
                                             Pittsburgh, PA 15222
                                             Telephone: 412-667-7905
                                             Facsimile: 412-402-4193
                                             mroeschenthaler@mcguirewoods.com

## ORDER

**ORDERED,**

    that, Michael J. Roeschenthaler, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.


Dated: _____

_____, New York        /s/ _____
                                                UNITED STATES BANKRUPTCY JUDGE

\6584358.1