**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
(212) 309-6000
Howard S. Beltzer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,              :
                                                    :   Case No. 08-13555 (JMP)
                    Debtors.                        :
                                                    :   (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for BNP Paribas and affiliates, creditors and parties in interest herein, and pursuant to, inter alia, Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), requests that all notices given or required in this case, and all documents and other papers served in this case, be given to and served upon:

>   Howard S. Beltzer, Esq.
>   MORGAN, LEWIS & BOCKIUS LLP
>   101 Park Avenue
>   New York, New York 10178
>   Phone:      (212) 309-6000
>   Telecopy:   (212) 309-6001
>   Email:      hbeltzer@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or

DB1/62122019.1

oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a district judge, (2) to trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which BNP Paribas and affiliates are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
September 23, 2008

                              **MORGAN, LEWIS & BOCKIUS LLP**

                              By:/s/ Howard S. Beltzer
                                   Howard S. Beltzer

                              101 Park Avenue
                              New York, NY 10178
                              (212) 309-6000