BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin
Ronald J. Silverman
Steven Wilamowsky
399 Park Avenue
New York, NY 10022-4689
Tel:  212-705-7000
Fax:  212-752-5378

-and-

P. Sabin Willett
One Federal Street
Boston, MA 02110-1726
Tel:  617-951-8000
Fax:  617-951-8736

Counsel to Harbinger Capital Partners Special Situations
Fund L.P., Harbinger Capital Partners Master Fund I, Ltd.
(f/k/a Harbert Distressed Investment Master Fund Ltd.),
UBS Financial Services Inc., UBS International Inc.,
and UBS Financial Services Incorporated of Puerto Rico

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF BINGHAM McCUTCHEN LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Bingham McCutchen LLP ("Bingham") makes the following disclosure in connection with the chapter 11 cases (the "Cases") of Lehman Brothers Holdings, Inc., LB 745, LLC and PAMI Statler Arms LLC (the "Debtors"):

1.       Bingham represents the entities listed on Exhibit A hereto (the "Entities") who may hold claims against and/or interests in the Debtors arising out of applicable agreements, law,

or equity pursuant to their respective relationships with the Debtors:

2. Bingham represented each of the Entities prior to the Debtors' Cases. Each of the Entities separately requested that Bingham represent them in connection with the Cases.

3. Upon information and belief, Bingham does not currently possess and has not possessed in the past any claims against or interests in any Debtor.

Dated: New York, New York
September 23, 2008

                BINGHAM McCUTCHEN LLP

                By: /s/Ronald J. Silverman
                    Jeffrey S. Sabin
                    Ronald J. Silverman
                    Steven Wilamowsky
                    399 Park Avenue
                    New York, NY 10022-4689
                    Tel: 212-705-7000
                    Fax: 212-752-5378

                    -and-

                    P. Sabin Willett
                    One Federal Street
                    Boston, MA 02110-1726
                    Tel: 617-951-8000
                    Fax: 617-951-8736

A/72658183.2

## Exhibit A

Harbinger Capital Partners Special Situations Fund L.P.
555 Madison Avenue, 16th Floor
New York, NY 10022

Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)
555 Madison Avenue, 16th Floor
New York, NY 10022

UBS Financial Services Inc.
1285 Avenue of the Americas
New York, NY 10019

UBS International Inc.
1285 Avenue of the Americas
New York, NY 10019

UBS Financial Services Incorporated of Puerto Rico
1285 Avenue of the Americas
New York, NY 10019