UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
In re                                                              :
                                                                   :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDING INC., *et al*.                             :    08-13555 (JMP)
                                                                   :
                Debtors.                                           :    (Jointly Administered)
                                                                   :
-----------------------------------------------------------------------x

## VERIFIED STATEMENT OF MAYER BROWN LLP
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Mayer Brown LLP ("Mayer Brown") submits this verified statement ("Verified Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in the above-captioned Chapter 11 case of Lehman Brothers Holding Inc. (the "Debtor") and respectfully states as follows:

1.  Mayer Brown represents, as of the date of this pleading, the following creditors ("Creditors") in the above-captioned Chapter 11 case:

    A.  Canadian Imperial Bank of Commerce
        CIBC World Markets Corp.
        CIBC World Markets Inc.
        425 Lexington Avenue
        New York, NY 10017

    B.  National Bank of Canada Inc.
        National Bank of Canada Financial Inc.
        National Bank Financial Inc.
        1155 Metcalfe, 19e étage
        Montréal, Québec H3B 5G2

    C.  SP4 190 S. LaSalle, L.P.
        c/o CB Richard Ellis Investors
        515 S. Flower Street
        Suite 3100
        Los Angeles, CA 90071

17533350.3

  D. Société Générale
    1221 Avenue of Americas
    New York, NY 10020

  E. Sumitomo Mitsui Banking Corp.
    SMBC Capital Markets Inc.
    Sumitomo Mitsui Banking Corporation Brussels Branch
    277 Park Avenue
    New York, NY 10172

  F. Washington Mutual Bank
    Washington Mutual, Inc.
    1301 Second Avenue, WMC 3501
    Seattle, WA 98101

2. The nature and amount of the claims of the foregoing Creditors are as follows:

  A. The claims of Canadian Imperial Bank of Commerce and certain of its affiliates, including CIBC World Markets Corp. and CIBC World Markets Inc. (collectively, "**CIBC**"), arise by virtue of CIBC's contractual, statutory and/or common law rights with or against the Debtor, and/or by operation of law. The amounts of the claims held by CIBC have not yet been determined.

  B. The claims of National Bank of Canada Inc. and certain of its affiliates, including National Bank of Canada Financial Inc. and National Bank Financial Inc. (collectively, "**NBCF**"), arise by virtue of NBCF's contractual, statutory and/or common law rights with or against the Debtor, and/or by operation of law. The amounts of the claims held by NBCF have not yet been determined.

  C. The claims of SP4 190 S. LaSalle, L.P. ("**SP4**") arise by virtue of SP4's contractual, statutory and/or common law rights with or against the Debtor, and/or by operation of law. The amounts of the claims held by SP4 have not yet been determined.

  D. The claims of Société Générale ("**SG**") arise by virtue of SG's contractual, statutory and/or common law rights with or against the Debtor, and/or by operation of law. The amounts of the claims held by SG have not yet been determined.

  E. The claims of Sumitomo Mitsui Banking Corp. and certain of its affiliates, including SMBC Capital Markets, Inc. and Sumitomo Mitsui Banking Corporation Brussels Branch (collectively, "**SMBC**"), arise by virtue of SMBC's contractual, statutory and/or common law rights with or against the Debtor, and/or by operation of law. The amounts of the claims held by SMBC have not yet been determined.

17533350.3

      F.     The claims of Washington Mutual Bank and certain of its affiliates, including Washington Mutual, Inc. (collectively, "**WAMU**"), arise by virtue of WAMU's contractual, statutory and/or common law rights with or against the Debtor, and/or by operation of law. The amounts of the claims held by WAMU have not yet been determined.

3.     The pertinent facts and circumstances in connection with the employment of Mayer Brown are as follows:

      A.     Mayer Brown was employed to represent CIBC in this case on or about September 15, 2008, and holds no ownership interests in the claims of CIBC that are described above.

      B.     Mayer Brown was employed to represent NBCF in this case on or about September 15, 2008, and holds no ownership interests in the claims of NBCF that are described above.

      C.     Mayer Brown was employed to represent SP4 in this case on or about September 15, 2008, and holds no ownership interests in the claims of SP4 that are described above.

      D.     Mayer Brown was employed to represent SG in this case on or about September 15, 2008, and holds no ownership interests in the claims of SG that are described above.

      E.     Mayer Brown was employed to represent SMBC in this case on or about September 15, 2008, and holds no ownership interests in the claims of SMBC that are described above.

      F.     Mayer Brown was employed to represent WAMU in this case on or about September 15, 2008, and holds no ownership interests in the claims of WAMU that are described above.

4.     Mayer Brown reserves the right to supplement this Verified Statement in accordance with Rule 2019.

[*continued on next page*]

17533350.3

5. The undersigned declares under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: New York, New York
September 23, 2008

Respectfully submitted,

MAYER BROWN LLP

By: s/Brian Trust
Brian Trust (BT-0347)
Frederick D. Hyman (FH-7832)
Jeffrey G. Tougas (JT-5533)
Amit T. Trehan (AT-4677)
1675 Broadway
New York, New York 10019
(212) 506-2500

17533350.3