James E. Spiotto, Esq. (JS-1898, *pro hac vice application pending*)
Ann E. Acker, Esq. (AA-2574, *pro hac vice application pending*)
Franklin H. Top, III, Esq. (FT-0199, *pro hac vice application pending*)
James Heiser, Esq. (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000

Attorneys for U.S. Bank National Association,
Bank of Montreal, and
National Australia Bank Limited

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | Case No. 08-13555 (JMP) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**MOTION FOR ADMISSION OF ANN E. ACKER TO PRACTICE,** *Pro Hac Vice*

James Heiser, Esq. (the "*Movant*"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and an attorney in the law firm of Chapman and Cutler LLP, hereby moves this Court to enter an order permitting Ann E. Acker, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above-captioned case. In support thereof, the Movant respectfully represents as follows:

1.  Chapman and Cutler LLP is counsel to U.S. Bank National Association, Bank of Montreal, and National Australia Bank Limited in these chapter 11 cases. Ms. Acker is a partner in the law firm of Chapman and Cutler LLP, 111 West Monroe Street, Chicago, Illinois 60603. Ms. Acker's email address is acker@chapman.com and her telephone number is (312) 845-3710.

2.  Ms. Acker is a member in good standing of the Bar of the highest court of the State of Illinois. She is also admitted to practice before the United States District Court for the

Northern District of Illinois, the United States Court of Appeals for the Seventh Circuit and the United States Supreme Court.

3. Ms. Acker agrees to pay the fee of $25.00 upon entry of an order admitting her to practice *pro hac vice* in this Chapter 11 case.

WHEREFORE, it is requested that this Court enter an order admitting Ann E. Acker *pro hac vice* to appear before this Court in the above-captioned chapter 11 cases and such other and further relief as may be just and proper.

Dated: September 23, 2008
      Chicago, Illinois

      Respectfully submitted,

**CHAPMAN AND CUTLER LLP**

By      /s/ James Heiser
James Heiser (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3877
Fax: (312) 516-1477
heiser@chapman.com