## CERTIFICATE OF SERVICE

      I hereby certify that on the 23rd day of September 2008, a true and correct copy of the foregoing Motion for Admission of Ann E. Acker to Practice, *Pro Hac Vice*, was served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>    Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY  10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jackqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>    Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY  10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004 |
| Bradford M. Berry<br>Office of General Counsel Commodity<br>Futures Trading Commission<br>1155 21st Street, NW<br>Washington, DC  20581 | Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, IL  20581 |
| Christopher Combest<br>Quarles & Brady<br>500 W. Madison Street<br>Suite 3700<br>Chicago, IL  60661 | Dion W. Hayes<br>McGuire Woods LLP<br>901 East Cary Street<br>Richmond, VA  23219-4030 |

Document7

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Kenneth J. Caputo
805 Fifteenth Street, NW
Washington DC  20005-2207

George A. Davis
Cadwalader,Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY  11530

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY  10022

Paul Arozon
Milbank, Tweed, Hadley & McCloy
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017

Internal Revenue Service
Attention:  Bankruptcy Department
120 Church Street, 3rd Floor
New York, NY  10008

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY  10022-4689

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY  10017

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  0068

James Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY  10017

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY  10019

Security and Exchange Commission
Attention:  Bankruptcy Department
7 World Trade Center, 13th Floor
New York, NY  10007

United States Attorney
One St. Andrew's Plaza
New York, NY  10007

/s/ James M. Heiser
_____
James M. Heiser