**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., ) | Case No. 08-13555 (JMP) |
| *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors ) | |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

James E. Spiotto, a member in good standing of the Bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, having requested admission, *pro hac vice,* to represent U.S. Bank National Association, Bank of Montreal, and National Australia Bank Limited in the above-referenced case, it is

ORDERED THAT, James E. Spiotto, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York.

Dated: _____, New York

/s/ _____
UNITED STATES BANKRUPTCY JUDGE

Document6