**CERTIFICATE OF SERVICE**

       I hereby certify that on the 23rd day of September 2008, a true and correct copy of the foregoing Motion for Admission of James E. Spiotto to Practice, *Pro Hac Vice,* was served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>    Southern District of New York<br>Courtroom 601<br>One Bowling Green<br>New York, NY 10004 | Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jackqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>    Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY 10006 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |
| Bradford M. Berry<br>Office of General Counsel Commodity<br>Futures Trading Commission<br>1155 21st Street, NW<br>Washington, DC 20581 | Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, IL 20581 |
| Christopher Combest<br>Quarles & Brady<br>500 W. Madison Street<br>Suite 3700<br>Chicago, IL 60661 | Dion W. Hayes<br>McGuire Woods LLP<br>901 East Cary Street<br>Richmond, VA 23219-4030 |

Document7

James Kobak  
Hughes Hubbard & Reed LLP  
One Battery Park Plaza  
New York, NY  10004

Kenneth J.  Caputo  
805 Fifteenth Street, NW  
Washington DC  20005-2207

George A. Davis  
Cadwalader,Wickersham & Taft LLP  
One World Financial Center  
New York, NY  10281

Alan E. Marder  
Meyer, Suozzi,  English & Klein, P.C.  
990 Stewart Avenue, Suite 300  
PO Box 9194  
Garden City, NY  11530

Scott Talmadge  
Kaye Scholer, LLP  
425 Park Avenue  
New York, NY  10022

Paul Arozon  
Milbank, Tweed, Hadley & McCloy  
601 S. Figueroa Street, 30th Floor  
Los Angeles, CA  90017

Internal Revenue Service  
Attention:  Bankruptcy Department  
120 Church Street, 3rd Floor  
New York, NY  10008

Ronald J. Silverman  
Bingham McCutchen, LLP  
399 Park Avenue  
New York, NY  10022-4689

Epiq Bankruptcy Solutions, LLC  
Claims Agent  
(f/k/a Bankruptcy Services LLC)  
757 Third Avenue, 3rd Floor  
New York, NY  10017

Eric H. Horn  
Lowenstein Sandler PC  
65 Livingston Avenue  
Roseland, NJ  0068

James Shenwick  
Shenwick & Associates  
655 Third Avenue  
20th Floor  
New York, NY  10017

Lehman Brothers Holdings Inc.  
745 Seventh Avenue  
New York, NY  10019

Security and Exchange Commission  
Attention:  Bankruptcy Department  
7 World Trade Center, 13th Floor  
New York, NY  10007

United States Attorney  
One St. Andrew's Plaza  
New York, NY  10007

/s/ James M. Heiser  
_____  
James M. Heiser