James E. Spiotto, Esq. (JS-1898, *pro hac vice application pending*)
Ann E. Acker, Esq. (AA-2574, *pro hac vice application pending*)
Franklin H. Top, III, Esq. (FT-0199, *pro hac vice application pending*)
James Heiser, Esq. (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000

Attorneys for U.S. Bank National Association,
Bank of Montreal, and
National Australia Bank Limited

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | Case No. 08-13555 (JMP) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**MOTION FOR ADMISSION OF FRANKLIN H. TOP, III TO PRACTICE, *Pro Hac Vice***

James Heiser, Esq. (the "*Movant*"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and an attorney in the law firm of Chapman and Cutler LLP, hereby moves this Court to enter an order permitting Franklin H. Top, III, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above-captioned case. In support thereof, the Movant respectfully represents as follows:

1. Chapman and Cutler LLP is counsel to U.S. Bank National Association, Bank of Montreal, and National Australia Bank Limited in these chapter 11 cases. Mr. Top is a partner in the law firm of Chapman and Cutler LLP, 111 West Monroe Street, Chicago, Illinois 60603. Mr. Top's email address is top@chapman.com and his telephone number is (312) 845-3824.

2. Mr. Top is a member in good standing of the Bar of the highest court of the State of Illinois. He is also admitted to practice before the United States District Court for the Northern District of Illinois and the United States Court of Appeals for the Seventh Circuit.

3. Mr. Top agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice* in this Chapter 11 case.

WHEREFORE, it is requested that this Court enter an order admitting Franklin H. Top, III *pro hac vice* to appear before this Court in the above-captioned chapter 11 cases and such other and further relief as may be just and proper.

Dated: September 23, 2008
      Chicago, Illinois

Respectfully submitted,

CHAPMAN AND CUTLER LLP

By_____/s/ James Heiser_____
James Heiser (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3877
Fax: (312) 516-1477
heiser@chapman.com