James E. Spiotto, Esq. (JS-1898, *pro hac vice application pending*)
Ann E. Acker, Esq. (AA-2574, *pro hac vice application pending*)
Franklin H. Top, III, Esq. (FT-0199, *pro hac vice application pending*)
James Heiser, Esq. (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000

Attorneys for U.S. Bank National Association

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | Case No. 08-13555 (JMP) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS
ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned cases as counsel for U.S. Bank National Association and pursuant to 11 U.S.C. §§342 and 1109(b), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that copies of all notices, applications, motions, petitions, pleadings, orders, filings and all other mailings and documents in this case from and after this date be given to and served upon the following:

James E. Spiotto (spiotto@chapman.com)
Ann E. Acker (acker@chapman.com)
Franklin H. Top, III (top@chapman.com)
James Heiser (heiser@chapman.com)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603
(312) 845-3000
(312) 701-2361 (fax)

Document21

Neither this Notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over U.S. Bank National Association or to waive: (i) any right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which U.S. Bank National Association may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: September 23, 2008

                                            Respectfully submitted,
                                            **U.S. BANK NATIONAL ASSOCIATION**

                                            By_____/s/ Ann E. Acker_____
                                                        One of its Attorneys

James E. Spiotto, Esq. (JS-1898, *pro hac vice application pending*)
Ann E. Acker, Esq. (AA-2574, *pro hac vice application pending*)
Franklin H. Top, III, Esq. (FT-0199, *pro hac vice application pending*)
James Heiser, Esq. (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603
Telephone: (312) 845-3000
Fax: (312) 701-2361