James E. Spiotto, Esq. (JS-1898, *pro hac vice application pending*)
Ann E. Acker, Esq. (AA-2574, *pro hac vice application pending*)
Franklin H. Top, III, Esq. (FT-0199, *pro hac vice application pending*)
James Heiser, Esq. (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

**VERIFIED RULE 2019 STATEMENT**
**OF CHAPMAN AND CUTLER LLP**

NOW COMES Chapman and Cutler LLP (*"Chapman"*) and hereby makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Chapman represents the following creditors in connection with the above-referenced bankruptcy case:

    a.    U.S. Bank National Association
           60 Livingston Avenue
           Mailcode EP-MN-WS3D
           St. Paul, MN 55107

    b.    National Australia Bank Limited
           245 Park Avenue
           Floor 28
           New York, NY 10167

Document17

   c.  Bank of Montreal
     111 West Monroe Street
     Floor 12 West
     Chicago, IL 60603

  2. The following are the facts and circumstances in connection with Chapman's employment in these cases. Chapman represented each of the creditors prior to the Debtors' Chapter 11 cases. Each of the creditors separately requested that Chapman represent them in connection with the Debtors' Chapter 11 cases. Chapman is counsel to these creditors in the above-captioned cases. The address of Chapman for purposes of this statement 111 West Monroe Street, Chicago, IL 60603-4080.

  3. Each of the above creditors may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

  4. Chapman does not own, nor has it ever owned, any claim whatsoever against the Debtors, nor does it hold any equity security interest in the Debtors.

  5. This statement is filed strictly to comply with the requirements of Federal Rule of Bankruptcy Procedure 2019, and nothing contained herein is with prejudice to any right, remedy, or claim of the represented creditors. All such rights, remedies, and claims are expressly preserved.

  6. Chapman reserves the right to supplement or amend this statement at any time in the future.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

I, Ann Acker, after due inquiry declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the Verified Rule 2019 Statement of Chapman and Cutler LLP are true and correct to the best of my knowledge, information, and belief.

Dated:  September 23, 2008.

CHAPMAN AND CUTLER LLP


By___/s/ Ann Acker_____
Ann Acker

James E. Spiotto, Esq. (JS-1898, *pro hac vice application pending*)
Ann E. Acker, Esq. (AA-2574, *pro hac vice application pending*)
Franklin H. Top, III, Esq. (FT-0199, *pro hac vice application pending*)
James Heiser, Esq. (JH-3660)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL 60603
Telephone: (312) 845-3000