GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
(414) 287-9352

Timothy F. Nixon (TN-2644)

*Attorneys for Marshall Funds, Inc. and
Marshall & Ilsley Trust Company, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.*, | : | Lead Case No. 08-13555 (JMP) |
| Debtors. | : | Joint Administration |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Marshall Funds, Inc. and Marshall & Ilsley Trust Company, N.A., parties in interest in the above-captioned case, by and through their counsel, Godfrey & Kahn, S.C., hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and that such parties in interest request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be delivered to and served upon the party identified below at the following address:

>Timothy F. Nixon, Esq.
>GODFREY & KAHN, S.C.
>780 North Water Street
>Milwaukee, WI 53202
>Telephone: (414) 287-9352
>FAX: (414) 273-5198
>E-mail: tnixon@gklaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Dated: September 23, 2008.

**GODFREY & KAHN, S.C.**

By:   /s/ *Timothy F. Nixon*
Timothy F. Nixon (TN-2644)

*Attorneys for Marshall Funds, Inc. and*
*Marshall & Ilsley Trust Company, N.A.*

Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202
Telephone: (414) 287-9352
FAX: (414) 273-5198
E-mail: tnixon@gklaw.com

3209770_1