Luma Al-Shibib (LA-4179)
Reed Smith LLP
599 Lexington Avenue, 30th Floor
New York, New York 10022
(212) 521-5400
lalshibib@reedsmith.com

*Attorneys for GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
**In re :**                                                  :    **Chapter 11**
                                                             :
**LEHMAN BROTHERS HOLDINGS, INC.,**                          :    **Case No. 08-13555 (JMP)**
                                                             :
**Debtor.**                                                  :
                                                             :
                                                             :
-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

I, Luma Al-Shibib, Esquire, hereby certify that, on the 24th day of September, 2008 I caused true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC., D/B/A IKON FINANCIAL SERVICES PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)** to be served upon the addressees on the attached service list in the manner indicated:

                                        By:  /s/ Luma Al-Shibib
                                             Luma Al-Shibib (LA-4179)

## SERVICE LIST

| **VIA FIRST CLASS MAIL**<br>Havey R. Miller, Esquire<br>Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | **VIA FIRST CLASS MAIL**<br>Brian Shoichi Masumoto, Esquire<br>The Office of the Untied States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Dennis F. Dunne, Esquire<br>Luc A. Despins, Esquire<br>Wilbur F. Foster, Jr., Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  100005 | **VIA FIRST CLASS MAIL**<br>Paul Aronson, Esquire<br>Gregory A. Bray, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>601 South Figueroa Street<br>30th Floor<br>Los Angeles, CA  90017 |