WINSTON & STRAWN LLP
Carey D. Schreiber (CS 3896)
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

and

Daniel J. McGuire
Myja K. Kjaer
35 West Wacker Drive
Chicago, Illinois  60601
Telephone No.: (312) 558-5600
Facsimile No.: (312) 558-5700

Counsel for Capgemini Financial Services USA, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | §  **Chapter 11** |
| | § |
| **LEHMAN BROTHERS HOLDING, INC, et al.** | §  **Case No. 08-13555 (JMP)** |
| | § |
| Debtors. | §  **(Jointly Administered)** |

**NOTICE OF APPEARANCE,**
**REQUEST FOR SERVICE OF PAPERS**
**AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that Winston & Strawn LLP hereby appears in this proceeding as counsel on behalf of Capgemini Financial Services USA, Inc. in the above-referenced proceedings (hereafter, "Capgemini"), and requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in this proceeding or in any related adversary proceedings be served on the individuals at the addresses set forth below:

>Carey D. Schreiber (CS 3896)
>WINSTON & STRAWN LLP
>200 Park Avenue
>New York, New York 10166-4193
>Telephone: (212) 294-6700
>Facsimile: (212) 294-4700
>cschreiber@winston.com
>
>Daniel J. McGuire
>Myja K. Kjaer
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, Illinois 60601
>Telephone No.: (312) 558-5600
>Facsimile No.: (312) 558-5700
>dmcguire@winston.com
>mkjaer@winston.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of Capgemini, parties in interest, the Debtors or the property of the Debtors and their estates.

**PLEASE TAKE FURTHER NOTICE** that Capgemini intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) Capgemini's right to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge, (b) Capgemini's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) Capgemini's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims or actions, to which Capgemini is or may be entitled

under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Capgemini expressly reserves.

Dated:   New York, New York
         September 23 , 2008

WINSTON & STRAWN LLP

By:/s/ Carey D. Schreiber
     Carey D. Schreiber (CS 3896)
200 Park Avenue
New York, NY 10166
Telephone No.: (212) 294-6700
Facsimile No.: (212) 294-4700

and

Daniel J. McGuire
Myja K. Kjaer
35 West Wacker Drive
Chicago, IL  60601
Telephone No.: (312) 558-5600
Facsimile No.: (312) 558-5700

Attorneys for Capgemini Financial Services USA, Inc.