UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC.                                   :   Case No. 08-13555 (JMP)
                                                                :
        Debtor.                                                 :
                                                                :
------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for The Bank of Tokyo-Mitsubishi UFJ, Ltd., in the above case and requests as provided in 11 U.S.C. §1109(b) and the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007, and 9010(b) that all notices given or required to be given in the above captioned case, and all papers served or required to be served, be given to and served upon:

>   The Bank of Tokyo-Mitsubishi UFJ, Ltd.
>   1251 Avenue of the Americas
>   New York, NY 10020-1104
>   Attention:   Monique L. Morreale, Esq.
>   Tel:(212) 782-4838
>   Fax: (212) 782-6420
>   Email: mmorreale@us.mufg.jp

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request, complaints or demands, whether formal or informal, whether written or oral,

1114042.1

whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, E-Mail, Internet, or otherwise filed or made with regard to the above-captioned case, which affects or seeks to affect in any way any rights or interests of any party in interest in this case.

Dated: New York, New York
       September 24, 2008

                            **THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.**

                         By:   <u>/s/ Monique L. Morreale, Esq.</u>

                               Monique L. Morreale Esq.
                               1251 Avenue of the Americas
                               New York, NY  10020-1104
                               Tel:(212) 782-4838
                               Fax: (212) 782-6420
                               Email: mmorreale@us.mufg.jp