UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re:                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                     Case No. 08-13555 (JMP)

                              Debtor.

---------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF R. STEPHEN PAINTER JR.


      UPON the motion of R. Stephen Painter Jr. dated September 16, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that R. Stephen Painter Jr. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  New York, New York
          September 24, 2008

                        *s/ James M. Peck*
                        UNITED STATES BANKRUPTCY JUDGE