MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Alan Marder (AM-0114)
Jil Mazer-Marino (JM-6470)
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194
Telephone: 516.741.6565
Facsimile: 516.741.6706

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
Michael S. Greger (CA 156525)
James A. Timko (CA 220140)
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321
Telephone: (949) 553-1313
Facsimile: (949) 553-8354
Email: mgreger@allenmatkins.com
        jtimko@allenmatkins.com

Attorneys for Creditors
Constellation Place, LLC, SunGard Expert Solutions LLC, SunGard Asset Management Systems LLC, SunGard Availability Services LP, SunGard Business Integration (UK) Ltd., SunGard Institutional Brokerage Inc., SunGard Investment Systems LLC f/k/a SunGard Investment Systems Inc., SunGard Securities Finance LLC, Automated Securities Clearance LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

1.  I, Michael S. Greger, a member in good standing of the bar in the state of California and the United States Bankruptcy and District Courts for the Central, Northern, Southern and Eastern Districts of California, request admission, *pro hac vice*, before this Court, to represent Constellation Place, LLC ("Constellation"), and SunGard Expert Solutions LLC, SunGard Asset Management Systems LLC, SunGard Availability Services LP, SunGard Business Integration (UK) Ltd., SunGard Institutional Brokerage Inc., SunGard Investment Systems LLC f/k/a SunGard Investment Systems Inc., SunGard Securities Finance LLC, Automated Securities

855788.01/OC

Clearance LLC, successor in interest to Automated Securities Clearance Ltd. dba SunGard Trading Systems, and any and all affiliates of the above listed entities (hereinafter collectively referred to as "SunGard") in the above-referenced jointly-administered chapter 11 case and any and all adversary proceedings and contested matters in which Constellation and/or SunGard are or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York.

    2.    My address is: Michael S. Greger, 1900 Main Street, Fifth Floor, Irvine, California 92614-7321.

    3.    My telephone number is (949) 553-1313.

    4.    My email address is mgreger@allenmatkins.com.

    5.    I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  September 23, 2008

By: /s/ Michael S. Greger
MICHAEL S. GREGER
Allen Matkins Leck Gamble Mallory
& Natsis LLP
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321
Telephone: 949.553.1313
Facsimile: 949.553.8354

-and-

Alan Marder (AM-0114)
Jil Mazer-Marino (JM-6470)
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York, 11530-9194
Telephone: 516.741.6565
Facsimile: 516.741.6706

Attorneys for Creditors Constellation Place, LLC, SunGard Expert Solutions LLC, SunGard Asset Management Systems LLC, SunGard Availability Services LP, SunGard Business Integration (UK) Ltd., SunGard Institutional Brokerage Inc., SunGard Investment Systems LLC f/k/a SunGard Investment Systems Inc., SunGard Securities Finance LLC, and Automated Securities Clearance LLC

683790