**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

      Michael S. Greger, Esq., having represented that he is a member in good standing of the bar in the state of California and the United States Bankruptcy and District Courts for the Central, Northern, Southern and Eastern Districts of California, having requested admission, *pro hac vice*, to represent Constellation Place, LLC ("Constellation") and SunGard Expert Solutions LLC, SunGard Asset Management Systems LLC, SunGard Availability Services LP, SunGard Business Integration (UK) Ltd., SunGard Institutional Brokerage Inc., SunGard Investment Systems LLC f/k/a SunGard Investment Systems Inc., SunGard Securities Finance LLC, Automated Securities Clearance LLC, successor in interest to Automated Securities Clearance Ltd. dba SunGard Trading Systems, and any and all affiliates of the above listed entities (hereinafter collectively referred to as "SunGard") in the above-referenced jointly-administered chapter 11 case and any and all adversary proceedings and contested matters in which Constellation and/or SunGard are or may become a party, it is hereby

855793.01/OC

**ORDERED,** that Michael S. Greger, Esq. is admitted to practice, *pro hac vice* in the above-referenced jointly administered chapter 11 case and any and all adversary proceedings and contested matters in which Constellation and/or SunGard are or may become a party, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE