UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                                Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., et al.,                08-13555 (JMP)

                          Debtors.                 (Jointly Administered)
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I hereby certify that in September 24, 2008 I served a copy of the foregoing Motion for Admission to Practice Pro Hac Vice by email and facsimile, where indicated, on the following parties:

| | |
|---|---|
| Weil Gothsal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>email: harvey.miller@weil.com<br>email: Jacqueline.marcus@weil.com<br>email: shai.waisman@weil.com | Brian S. Masumoto, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Fax: 212-668-2255 |
| Dennis F. Dunne, Esq.<br>Luc A. Despins, Esq.<br>Wilbur F. Foster, Jr., Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>email: ddunne@milbank.com<br>email: ldespins@milbank.com<br>email: wfoster@milbank.com | Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>email: vlewkow@cgsh.com<br>email: dleinwand@cgsh.com<br>email: dmclaughlin@cgsh.com |

                                        /s/ Jil Mazer-Marino
                                        Jil Mazer-Marino

**683830**