REED SMITH LLP
Luma Al-Shibib, Esq. (LA-4179)
599 Lexington Avenue, 30th Floor
New York, New York 10022
(212) 521-5400
lalshibib@reedsmith.com

and

Kurt F. Gwynne, Esq.
J. Cory Falgowski, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
kgwynne@reedsmith.com
jfalgowski@reedsmith.com

*Attorneys for Qwest Corporation and
Qwest Communications Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

| | |
|---|---|
| **In re :** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | **Case No. 08-13555 (JMP)** |
| Debtor. | |

----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES OF QWEST
CORPORATION AND QWEST COMMUNICATIONS CORPORATION
PURSUANT TO 11 U.S.C. § 1109(B) AND FED. R. BANKR. P. 2002 AND 9010**

Pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002(g) and 9010(b), the undersigned counsel enter an appearance for Qwest Corporation and Qwest Communications Corporation ("Qwest"), and request that Qwest be added to the official mailing matrix and service lists in these cases and that copies of all pleadings, motions, notices and other papers,

filed or served, in these cases or any proceeding therein, be served upon the undersigned at the following addresses or facsimile numbers:

| | |
|---|---|
| Kurt F. Gwynne, Esq.<br>J. Cory Falgowski, Esq.<br>REED SMITH LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br>E-mail: kgwynne@reedsmith.com<br>        jfalgowski@reedsmith.com | Luma Al-Shibib, Esq. (LA-4179)<br>Reed Smith LLP<br>599 Lexington Avenue, 30th Floor<br>New York, New York 10022<br>Telephone: (212) 521-5400<br>Facsimile: (212) 521-5450<br>E-mail: lalshibib@reedsmith.com |

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Qwest's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Qwest is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

NYLIB-8047805.1-LSALSHIB 9/24/08 11:35 AM

Dated: September 24, 2008          REED SMITH LLP
      New York, New York

By: /s/ Luma Al-Shibib
    Luma Al-Shibib, Esq. (LA-4179)
    599 Lexington Avenue, 30th Floor
    New York, New York 10022
    Telephone: (212) 521-5400
    Facsimile: (212) 521-5450
    E-mail: lalshibib@reedsmith.com

and

Kurt F. Gwynne, Esq.
J. Cory Falgowski, Esq.
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: kgwynne@reedsmith.com
       jfalgowski@reedsmith.com

*Counsel for Qwest Corporation and
Qwest Communications Corporation*

NYLIB-8047805.1-LSALSHIB 9/24/08 11:35 AM