Luma Al-Shibib (LA-4179)
Reed Smith LLP
599 Lexington Avenue, 30th Floor
New York, New York 10022
(212) 521-5400
lalshibib@reedsmith.com

*Attorneys for Qwest Corporation and
Qwest Communications Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Luma Al-Shibib, Esquire, hereby certify that, on the 24th day of September, 2008 I caused true and correct copy of the **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES OF QWEST CORPORATION AND QWEST COMMUNICATIONS CORPORATION PURSUANT TO FED.R.BANKR.P. 2002 AND 9010 AND DEL.BANKR.L.R. 2002-1(d)** to be served upon the addressees on the attached service list in the manner indicated:

By: /s/ Luma Al-Shibib
     Luma Al-Shibib (LA-4179)

## SERVICE LIST

| **VIA FIRST CLASS MAIL**<br>Havey R. Miller, Esquire<br>Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | **VIA FIRST CLASS MAIL**<br>Brian Shoichi Masumoto, Esquire<br>The Office of the Untied States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Dennis F. Dunne, Esquire<br>Luc A. Despins, Esquire<br>Wilbur F. Foster, Jr., Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  100005 | **VIA FIRST CLASS MAIL**<br>Paul Aronson, Esquire<br>Gregory A. Bray, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>601 South Figueroa Street<br>30th Floor<br>Los Angeles, CA  90017 |