UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:   Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,   Case No. 08-13555 (JMP)

Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DOUGLAS B. ROSNER

UPON the motion of Douglas B. Rosner dated September 17, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Douglas B. Rosner is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:   New York, New York
         September 24, 2008

                              *s/ James M. Peck*
                              UNITED STATES BANKRUPTCY JUDGE