UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,            Case No. 08-13555 (JMP)

                          Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOSEPH E. SHICKICH, JR.

UPON the motion of Jospeh E. Shickich, Jr. dated September 17, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Joseph E. Shickich, Jr. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         September 24, 2008

                                                *s/ James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE