UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                        Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                Case No. 08-13555 (JMP)

                        Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID W. ELROD

UPON the motion of David W. Elrod dated September 18, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David W. Elrod is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
         September 24, 2008

                                          *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE