AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                    :
In re:                                              :     Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.* :     Case No. 08-13555 (JMP)
                                                    :
                              Debtors.              :     (Jointly Administered)
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP hereby appears in the above-captioned cases as counsel to an informal noteholder group (the "Informal Noteholder Group"), and enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests pursuant to Rules 2002(i), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") that copies of all notices given or required to be given, and all papers served or required to be served in these cases, be given to and served upon the following:

                Michael S. Stamer
                Philip C. Dublin
                Meredith A. Lahaie

8064153

>AKIN GUMP STRAUSS HAUER & FELD LLP
>590 Madison Avenue
>New York, New York 10022-2524
>(212) 872-1000 (Telephone)
>(212) 872-1002 (Facsimile)
>mstamer@akingump.com
>pdublin@akingump.com
>mlahaie@akingump.com

**PLEASE TAKE FURTHER NOTICE**, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted, conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise, which affect or seem to affect the Debtors, or the Debtors' estates.

This Notice of Appearance and Request for Service of All Pleadings and Documents shall not be deemed or construed to be a waiver of the right of the Informal Noteholder Group (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Informal Noteholder

8064153

Group is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Informal Noteholder Group expressly reserves.

Dated:  New York, New York
        September 24, 2008

                      AKIN GUMP STRAUSS HAUER & FELD LLP

                By:   /s/ Michael S. Stamer
                      Michael S. Stamer (MS-4900)
                      Philip C. Dublin (PD-4919)
                      Meredith A. Lahaie (ML-1008)
                      Akin Gump Strauss Hauer & Feld LLP
                      590 Madison Avenue
                      New York, New York 10022-2524
                      (212) 872-1000 (Telephone)
                      (212) 872-1002 (Facsimile)
                      mstamer@akingump.com
                      pdublin@akingump.com
                      mlahaie@akingump.com

                      *Counsel for the Informal Noteholder Group*