UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,  Case No. 08-13555 (JMP)

                Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF P. SABIN WILLETT

UPON the motion of P. Sabin Willett dated September 19, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that P. Sabin Willett is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
         September 24, 2008

                                             *s/ James M. Peck*
                                             UNITED STATES BANKRUPTCY JUDGE