UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

In Re:                            :

                                : Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,  :

                                : Case No. 08-13555 (JMP)

      Debtor                   :

                                :

                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Federal Home Loan Mortgage Corporation ("Freddie Mac"), a creditor of the above-named debtors and party in interest in the captioned Chapter 11 case, hereby appears in the captioned Chapter 11 case by its undersigned counsel and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned Chapter 11 case, and all papers served or required to be served in connection therewith, be given and served upon:

Karen E. Wagner (KW-3451)
Abraham Gesser (AG-7531)
James I. McClammy (JM-5592)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Telephone (212) 450-4000
Facsimile (212) 450-3800
Emails:    karen.wager@dpw.com
             avi.gesser@dpw.com
             james.mcclammy@dpw.com

08-13555-mg   Doc 340   Filed 09/24/08   Entered 09/24/08 15:19:10   Main Document
Pg 2 of 3

– and –

George Kielman
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive – MS202
McLean, Virgina 22102
Telephone (703) 903-2640
Facsimile (703)-903-4160
Email:      george_kielman@freddiemac.com


PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the within Chapter 11 cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Freddie Mac.  Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Freddie Mac's substantive or procedural rights, including without limitation:  (i) Freddie Mac's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Freddie Mac's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Freddie Mac's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs and recoupments Freddie Mac expressly reserves.

Dated:   New York, New York
         September 24, 2008

DAVIS POLK & WARDWELL

By:   /s/ James I. McClammy
      James I. McClammy

450 Lexington Avenue
New York, New York  10017
Tel:  (212) 450-4000
Fax:  (212) 450-380

          – and –

George Kielman
Associate General Counsel for Litigation
Federal Home Loan Mortgage
Corporation
8200 Jones Branch Drive – MS202
McLean, Virgina 22102
Telephone (703) 903-2640
Facsimile (703)-903-4160

(Application for Admission Pro Hac Vice
Forthcoming)

Attorneys for Federal Home Loan
Mortgage Corporation