Hearing Date: October 16, 2008 at 10:00 a.m. (prevailing Eastern time)
Objection Date: October 13, 2008 at 10:00 a.m. (prevailing Eastern time)

L. Matt Wilson
GA Bar No: 768801
**THE WILSON LAW FIRM, PC**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326
Telephone:    (404)364-2240
Facsimile:     (404)266-7459
Email: matt@willaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS, INC.,** | ) | |
|    et al. | ) | Case No. 08-13555-jmp |
| | ) | |
|    **Debtors.** | ) | **Chapter 11** |
| | ) | |
| | ) | **(Jointly Administered)** |

## NOTICE OF HEARING ON AMENDED MOTION
## FOR APPOINTMENT OF EQUITY COMMITTEE

PLEASE TAKE NOTICE THAT on the Hearing on Amended Motion for Appointment of Equity Committee before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, will be held on **October 16, 2008 at 10:00 a.m.** (prevailing Eastern time), or as soon thereafter as counsel may be heard. This Notice of Hearing relates back to an Amended Motion for Appointment of Equity Committee, filed on September 22, 2008, and appearing on the docket as Document Number 293.

PLEASE TAKE FURTHER NOTICE that any objection or response to the Motions must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M - 242 (General Order —242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order —242, upon (I) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases; (v) the attorneys for any other official committee(s) appointed in these chapter cases; (vi) Cleary Gottlieb LLP, One Liberty Plaza, New York, NY 10006, (Attn: Lindsee P. Granfield, Esq. And Lisa Schweitzer, Esq.) and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn: Robinson B. Lacy, Esq. And Hydee R. Feldstein, Esq.), attorneys for the Debtors' postpetition

lenders; (vii) any person or entity entitled to receive notice of the Motion in these cases, and (viii) the Undersigned, so as to be received no later than October 13, 2008 at 10:00 a..m. (Prevailing Eastern time).

PLEASE TAKE FURTHER NOTICE that the relief requested may be granted without a hearing if no Objection is timely filed and served in accordance with these procedures.

PLEASE TAKE FURTHER NOTICE that any response of the Debtor to any such objection shall be filed with the Bankruptcy Court and served on the objecting party and the foregoing notice list so as to be received no later than October 15, 2008 at 10:00 a.m.(prevailing Eastern time).

This 24th day of September, 2008.

Respectfully submitted,

**THE WILSON LAW FIRM, P.C.**

/s/ L. Matt Wilson
Georgia Bar No. 768801
Admission Pro Hac Vice Pending
Email: matt@willaw.com

Z:\WP\830\01\Notice of Hearing, without COS - October 16, 2008.wpd