UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    :    Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.    :    Case No 08-13555 (JMP)
                                                                              :
                                                                              :    Jointly Administered
                    Debtors.                                         :
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         )    ss.:
COUNTY OF NEW YORK    )

      Melissa Tirado, being duly sworn, hereby deposes and says:

      1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016

      2.    On September 19, 2008, I caused a true and correct copy of a **LIMITED OBJECTION AND RESERVATION OF RIGHTS OF MAIN STREET NATURAL GAS, INC. TO DEBTORS' MOTION TO (A) SCHEDULE A SALE HEARING; (B) ESTABLISH SALES PROCEDURES; (C) APPROVE A BREAK-UP FEE; AND (D) APPROVE THE SALE OF THE PURCHASE ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO THE PURCHASED ASSETS** served upon the following parties via email, facsimile and regular mail in a sealed envelope, with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York upon the parties on the attached service list:

Sworn to before me this
24th day of September, 2008

   /s/ Kim Fitzgerald                                               /s/ Melissa Tirado
     Notary Public                                              Melissa Tirado
Kim Fitzgerald
Notary Public, State of New York
No. 01F1609313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 9, 2009

LEGAL02/30963856v1

## SERVICE LIST

### *VIA EMAIL!*

Brian Trust, Esq.
Frederick D. Hyman, Esq. Jeffrey G.
Tougas, Esq. Amit K. Trehan, Esq.
**Mayer Brown LLP**
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
Fax: 212-262-1910
btrust@mayerbrown.com
fhyman@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com

P. Sabin Willett, Esq.
**BINGHAM McCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel: 617-951-8000
Fax: 617-951-8736
sabin.willet@bingham.com

Maureen Cronin, Esq.
My Chi To, Esq.
**Debevoise & Plimpton LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mcto@debevoise.com
macronin@debevoise.com

David S. Heller, Esq.
J. Douglas Bacon, Esq.
**Latham & Watkins LLP**
Sears Tower, Suite 5800 233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
david.heller@lw.com
douglas.bacon@lw.com

Jeffrey S. Sabin, Esq.
Ronald J. Silverman, Esq.
Steven Wilamowsky, Esq.
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
steven.wilamowsky@bingham.com

Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
William C. Heuer, Esq.
**Dewey & LeBoeuf LLP**
1301 Avenue of the Americas
New York, NY 100 19-6092
Tel: (212) 259-8000
Fax: (212) 259-6333
mbienenstock@dl.com
igoldstein@dl.com
wheuer@dl.com

Keith A. Simon, Esq.
**Latham & Watkins LLP**
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
keith.simon@lw.com

Michael J. Edelman, Esq.
**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, New York 10019
Tel: (212) 407-7700
Fax: (212) 407-7799
mjedelman@vedderprice.com

LEGAL02/30963856v1

Lisa Roberts
**Pursuit Partners**
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902
Tel: (203) 276-3700
Fax: (203) 961-0039
E-mail: Roberts@PursuitPartners.com

Fred Berg, Jr., Esq.
**Russin, Vecchi, Berg & Bernstein LLP**
380 Lexington Avenue, Suite 1518
New York, NY 10168
Ph: (212) 490-6644
Fax: (212) 202-4930
fred.berg@rvblaw.com

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 North King Street
Wilmington, DE 19801
Tel: (302) 984-6300
Fax: (302) 984-6399
kmayer@mccarter.com

Dion W. Hayes, Esq. **McGUIRE WOODS LLP**
One James Center
901 East Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
dhayes@mcguirewoods.com

Shelley Chapman, Esq.
Benito Romano, Esq.
Marc Abrams, Esq.
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 100 19-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
mabrams@willkie.com
schapman@willkie.com
bromano@willkie.com

Thomas R. Slome, Esq.
**Meyer, Suozzi, English & Klein, P.C.**
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Ph: (516) 597-5772
Fax: (516) 741-6706
tslome@msek.com

Eduardo J. Glas, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street Newark, NJ 07102-4096
Tel: (973) 622-4444
Fax: (973) 624-7070
eglas@mccarter.com

Patrick L. Hayden, Esq.
**McGUIRE WOODS LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Tel: (212) 548-2100
Fax: (212) 548-2150
phayden@mcguirewoods.com

Matthew A. Cantor, Esq.
**Normandy Hill Capital, L.P**
150 East 52nd Street, 10th Floor
New York, NY 10022
Phone: (212) 616-2100
Fax: (212) 616-2101
Info2@normandyhill.com

Shari D. Leventhal, Esq.
Assistant General Counsel and Senior Vice President
**Federal Reserve Bank of New York**
33 Liberty Street
New York, New York 10045-000 1
Tel: (212) 720-5018
Fax: (212) 720-8709
shari.leventhal@ny.frb.org

Israel Dahan, Esq.
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
Israel.Dahan@cwt.com


Audrey D. Wisotsky, Esq.
**PEPPER HA1'ILTON LLP**
301 Carnegie Center Suite 400
Princeton, New Jersey 08543-5276
Tel: 609.452.0808
Fax: 609.452.1147
wisotska@pepperlaw.com


Peter A. Zisser, Esq.
**Holland & Knight LLP**
195 Broadway
New York, NY 10007-3 189
Tel: (212) 513-320
Fax: (212) 385-9010
peter.zisser@hklaw.com

Gregory O. Kaden, Esq.
Douglas B. Rosner, Esq.
**GOULSTON & STORRS, P.C.**
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Tel: (617) 482-1776
gkaden@goulstonstorrs.com
drosner@goulstonstorrs.com

Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. **STEVENS & LEE, P.C.**
485 Madison Avenue, 20th Floor
New York, New York 10022
Tel: 212-319-8500
Fax: 212-319-8505
cs@stevenslee.com

Kay Standridge Kress, Esq.
Deborah Kovsky-Apap, Esq.
**PEPPER HA1'ILTON LLP**
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Tel: 313.259.7110
Fax: 313.259.7926
kressk@pepperlaw.com
kovskyd@pepperlaw.com

Mark A. Speiser, Esq.
Sherry J. Millman, Esq.
**Stroock & Stroock & Lavan LLP**
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
mspeiser@stroock.com
smillman@stroock.com

Richard E. Lear, Esq.
**Holland & Knight LLP**
2099 Pennsylvania Ave. NW, Suite 100
Washington, DC 20006
Tel: (202) 955-3000
Fax: (202) 955-5564
Richard.lear@hklaw.com

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.259.8000
Fax: 212.259.6333
pwright@dl.com
esmith@dl.com

Ira L. Herman, Esq.
Demetra L. Liggins, Esq.
**Thompson & Knight LLP**
919 Third Avenue, 39th Floor
New York, NY 10022-39 15
Tel: (212) 751-3001
Fax: (212) 751-3113
Ira.herman@tklaw.com
Demetra.liggins@tklaw.com

LEGAL02/30963856v1

| | |
|---|---|
| Rhett G. Campbell, Esq.<br>**Thompson & Knight LLP**<br>333 Clay Street, Suite 3300<br>Houston, TX 7702-4499<br>Tel: (713) 653-8660<br>Fax: (832) 397-8260<br>Rhett.campbell@tklaw.com | Sydney G. Platzer, Esq.<br>**Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP**<br>1065 Avenue of the Americas, 18th Floor<br>New York, New York 10018<br>Tel: 212-593-3000<br>Fax: 212-593-0353<br>splatzer@platzerlaw.com |
| Michael A. Rosenthal, Esq.<br>Janet M. Weiss, Esq.<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, New York 10166<br>Tel: (212) 351-4000<br>Fax: (212) 351-4035<br>jweiss@gibsondunn.com<br>mrosenthal@gibsondunn.com | Edward J. LoBello, Esq.<br>**Blank Rome LLP**  The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Tel.: (212) 885-5364<br>Fax: (917) 332-3728<br>elobello@blankrome.com |
| Carren Shulman, Esq.<br>Russell Reid, Esq.<br>**Sheppard, Mullin, Richter & Hampton, LLP**<br>30 Rockefeller Plaza, 24th Floor<br>New York, New York 10112<br>Tel: (212) 332-3800<br>Fax: (212) 332-3888<br>cshulman@sheppardmullin.com<br>rreid@sheppardmullin.com | Michael B. Hopkins, Esq.<br>Dianne F. Coffino, Esq.<br>Amanda Raboy, Esq.<br>**Covington & Burling LLP**<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telecopy: 212-841-1010<br>mhopkins@cov.com<br>dcoffino@cov.com<br>araboy@cov.com |
| Hollace T. Cohen, Esq.<br>Paul H. Deutch, Esq.<br>**Troutman Sanders LLP**<br>The Chrysler Building<br>405 Lexington Ave<br>New York, NY 10174<br>Tel: (212) 704-6000<br>Fax: (212) 704-6288<br>Hollace.cohen@troutmansanders.com<br>Paul.deutch@troutmansanders.com | Martin J. Bienenstock, Esq.<br>Judy G.Z Liu, Esq.<br>Timothy Q. Karcher, Esq.<br>**DEWEY & LEBOEUF LLP**<br>1301 Avenue of the Americas<br>New York, NY 10019<br>Tel: 212.259.8000<br>Fax: 212.259.6333<br>mbienenstock@dl.com<br>jliu@dl.com<br>tkarcher@dl.com |
| Charles R. Ekberg, Esq.<br>**Lane Powell PC**<br>1420 Fifth Ave, Suite 4100<br>Seattle, WA 98101-2338<br>Tel: (206) 223-7012<br>Fax: (206) 289-1544<br>ekbergc@lanepowell.com | Elizabeth Weller, Esq.<br>**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201<br>Tel: (214)880-0089<br>Fax: (469)221-5002<br>dallas.bankruptcy@publicans.com |

LEGAL02/30963856v1

George Rosenberg, Esq.
Assistant County Attorney
**Arapahoe County Attorney's Office**
5334 S. Prince Street
Littleton, CO 80166 to
grosenberg@co.arapahoe.co.us
rjohnson2@co.arapahoe.co.us

Richard Levin, Esq. Robert H. Trust, Esq.
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue New York, NY 10019
Tel: (212) 474-1978
Fax: (212) 474-3700
RLevin@cravath.com
RTrust@cravath.com

Frank F. McGinn, Esq.
**Bartlett Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, MA 02110
Tel (617) 422-0200
Fax (617) 422-0383
ffm@bostonbusinesslaw.com

James S. Carr, Esq.
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, New York 10178
Tel 212-808-7800
Fax: 212-808-7897
KDWBankruptcyDepartment@kelleydrye.com

Harvey A. Strickon, Esq.
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
75 East 55th Street
New York, NY 10022-3205
Tel: (212) 318-6380
Fax: (212) 230-7689
harveystrickon@paulhastings.com
Julie J. Becker
**Wilmington Trust FSB**
8400 Normandale lake Blvd., Ste 925 Bloomington, MN 55437
Fax: (952) 921-2175
jbecker@wilmingtontrust.com

James J. McGinley
**Wilmington Trust Company**
520 Madison Avenue, 33rd Floor
New York, NY 10022
Fax: (212) 415-0513
jmcginley@wilmingtontrust.com

## *VIA FACSIMILE*

Deryck A. Palmer, Esq.
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Mark C. Ellenberg, Esq.
**CADWALADER, WICKERSHAM & TAFT LLP**
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

Howard Seife, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-5100
Fax: (212) 541-5369

Carren Shulman, Esq.
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800

Paul A Rachmuth, Esq.
**Reed Smith LLP**
599 Lexington Avenue
New York, New York 10022
Telecopy: 212-521-5400
Telecopy: 212-521-5450

John Finley, Esq.
**Simpson, Thacher & Bartlett, LLP**
425 Lexington Avenue
New York, NY 10017
Fax: (212) 455-2502

Victor I. Lewkow, Esq.
**Cleary Gottleib Steen & Hamilton, LLP**
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999
David W. Elrod
**ELROD, PLLC**
500 N. Akard Street, Suite 3000
Dallas, Texas 75201
Tel: 214-855-5188
Fax: 214-855-5183

Andrew Sheehan, Esq.
**LAW OFFICES OF ROBERT E. LUNA, P.C.**
4411 N. Central Expressway
Dallas, Texas 75205
Tel: (214) 521-8000
Fax: (214) 521-1738

Johnathan Hughes, Esq.
**Barclays Capital, Inc.**
200 Park Avenue
New York, NY 10166
Fax: (212) 412-7519

Mitchell S. Eitel, Esq.
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004
Fax: (212) 558-35

## *VIA REGULAR MAIL*

**U.S. Department of Justice**
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

Michael J. Garcia, Esq., U.S. Attorney
**Southern District of New York**
One St. Andrews Plaza
New York, NY 10007
Fax: (212)637-2685

**Securities Investor Protection Corporation**
805 15th Street, N.W. Suite 800 Washington, D.C. 20005-2215
Fax: (202) 371-6728

**Internal Revenue Service**
290 Broadway
New York, NY 10007

- 8 -

*VIA EMAIL AND REGULAR MAIL*

Mark Schonfeld, Regional Director
**Securities and Exchange Commission**
New York Regional Office
3 World Financial Center, Suite
400 New York, NY 10281-1022

**Federal Reserve Bank of New York**
33 Liberty Street
New York, NY 10045