CUMMINGS & LOCKWOOD LLC
John F. Carberry, Esq. (JC-6702)
Six Landmark Square
Stamford, CT 06901
Telephone: (203) 351-4280
jcarberry@cl-law.com

*Attorneys for 8 Sound Shore Associates LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS, INC. et al., ) | Case No. 08-13555(JMP) |
| ) | |
| Debtors. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that 8 Sound Shore Associates LLC, as a party in interest in the above-captioned case, hereby appears by its counsel John F. Carberry, Esq. of Cummings & Lockwood LLC and requests that all notices given or required to be given in connection with the above-captioned Chapter 11 case, and all papers served or required to be served in connection with the above-captioned Chapter 11 case, be given to and served upon:

> John F. Carberry, Esq.
> Cummings & Lockwood LLC
> Six Landmark Square
> Stamford, CT 06901
> (203) 327-1700 (Phone)
> (203) 708-3933 (Fax)
> jcarberry@cl-law.com

-2-

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any paper filed in the above-captioned Chapter 11 case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States mail, expedited delivery services, telephone, telex telecopy, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive 8 Sound Shore Associates LLC's (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments which 8 Sound Shore Associates LLC is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

-3-

Dated: September 25, 2008
      Stamford, Connecticut

                      JOHN F. CARBERRY, ESQ.
                      CUMMINGS & LOCKWOOD LLC
                      Attorneys for 8 Sound Shore Associates LLC


By /S/ JOHN F. CARBERRY
    JOHN F. CARBERRY
    Fed. Bar. No. JC-6702
    CUMMINGS & LOCKWOOD LLC
    Six Landmark Square
    Stamford, CT  06901
    Tel:  (203) 327-1700
    Facsimile:  (203) 708-3933
    Email: jcarberry@cl-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2008, a true and correct copy of the foregoing Notice of Appearance and Request for Notices was served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, first class, postage prepaid, on the parties shown below.

Honorable James M. Peck
United States Bankruptcy Court for the
Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jackqueline Marcus, Esq.
Harvey P. Miller, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Luc A. Despins, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Lindsee P. Grandfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 20581

Christopher Combest, Esq.
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

Dion W. Hayes, Esq.
McGuire Woods, LLP
901 Easy Cary Street
Richmond, VA 23219-4030

| | |
|---|---|
| James Kobak, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Ronald J. Silverman, Esq.<br>Bingham McCutchen, LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| Kenneth J. Caputo<br>805 Fifteenth Street, NW<br>Washington, DC 20005-2207 | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| George A. Davis, Esq.<br>Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Eric H. Horn, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| Alan E. Marder, Esq.<br>Meyer, Suozzi, English & Klein, PC<br>999 Stewart Avenue, Suite 300<br>PO Box 9194<br>Garden City, NY 11530 | James H. Shenwick, Esq.<br>Shenwick & Associates<br>655 Third Avenue<br>20th Floor<br>New York, NY 10017 |
| Scott Talmadge, Esq.<br>Kaye Scholer, LLP<br>425 Park Avenue<br>New York, NY 10022 | Lehman Brothers Holdings, Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| Paul Arozon, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>601 S. Figueroa Street, 30th Floor<br>Los Angeles, CA 90017 | Security and Exchange Commission<br>Attention: Bankruptcy Department<br>7 World Trade Center, 13th Floor<br>New York, NY 10007 |
| Internal Revenue Service<br>Attention: Bankruptcy Department<br>120 Church Street, 3rd Floor<br>New York, NY 10008 | United States Attorney<br>One St. Andrew's Plaza<br>New York, NY 10007 |

By /S/ JOHN F. CARBERRY

2474748_1.doc 9/24/2008