UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                                        :     Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                       :     Case No. 08-13555 (JMP)
                                                              :
                    Debtors.                                  :     (Jointly Administered)
                                                              :
------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND
DEMAND FOR NOTICES AND PAPERS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DARRYL S. LADDIN and FRANK N. WHITE of the firm of ARNALL GOLDEN GREGORY LLP, whose office address and telephone number appear herein below, do hereby enter an appearance as counsel for Verizon Communications Inc.[1] (collectively, "Verizon") in the above-styled Chapter 11 case.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Verizon requests copies of all notices and pleadings given or filed in this case be given and served upon the undersigned at the following address and telephone number:

**Darryl S. Laddin**
**Frank N. White**
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
Telephone: (404) 873-8120
Fax:  (404) 873-8121

---

[1] The wholly-owned subsidiaries of Verizon Communications Inc. include, without limitation, Verizon Services Corp., Verizon Network Integration Corp., Verizon Business Global LLC, Verizon Business Network Services Inc., Verizon Select Services Inc., MCI Communications Services, Inc. f/k/a MCI WorldCom Communications, Inc. and the operating telephone company subsidiaries of Verizon Communications Inc.

Emails: dladdin@agg.com
frank.white@agg.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This 25th day of September, 2008.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

/s/  Darryl S. Laddin
Darryl S. Laddin (GA Bar No. 460793)
Frank N. White (GA Bar No. 753377)
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8120
Attorneys for Verizon

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Notice of Appearance and Demand for Notices and Papers by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

> Harvey R. Miller
> Jacqueline Marcus
> Shai Waisman
> Weil, Gotshal & Manges, LLP
> 767 Fifth Avenue
> New York, NY 10153
>
> United States Trustee
> 33 Whitehall Street
> 21st Floor
> New York, NY 10004
>
> Dennis F. Dunne
> Luc A. Despins
> Wilbur F. Foster, Jr.
> MILBANK, TWEED, HADLEY & MCCLOY LLP
> 1 Chase Manhattan Place
> New York, NY 10005
>
> Paul Aronzon
> Gregory A. Bray
> MILBANK, TWEED HADLEY & MCCLOY LLP
> 601 South Figueroa Street, 30th Floor
> Los Angeles, CA 90017

This 25th day of September, 2008.

/s/ Darryl S. Laddin
Darryl S. Laddin

2465967v1