**DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140
(212) 248-3141 fax
 -and-
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
(973) 360-9831 fax
Robert K. Malone, Esq.
Douglas J. McGill, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | (Hon. James M. Peck) |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.,** | Chapter 11 |
| Debtors. | Case Nos. 08-13555 (JMP)<br>08-13600 (JMP)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Drinker Biddle & Reath LLP ("Drinker Biddle"), hereby appears as counsel for Allianz Global Investors AG and its subsidiaries ("Allianz"), creditors and parties-in-interest in the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 2002 and 9010 (the "Bankruptcy Rules") it is hereby requested that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the following:

DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 360-1100
(973) 360-9831 (Fax)
Robert K. Malone, Esq.
robert.malone@dbr.com
(973) 549-7080
Douglas J. McGill, Esq.
douglas.mcgill@dbr.com
(973) 549-7082

      **PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party-in-interest in this case, including Allianz with respect to (a) the Debtors (b) property of the Debtors' estate, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of others that any of the Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by any of the Notice Parties.

      **PLEASE TAKE FURTHER NOTICE** that Allianz intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) the right of Allianz to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (2) the

right of Allianz to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of Allianz to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Allianz is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, or recoupments Allianz expressly hereby expressly reserves.

Dated: September 25, 2008
      Florham Park, NJ

                **DRINKER BIDDLE & REATH LLP**
                Attorneys for Allianz Global Investors AG

                By:/s/Robert K. Malone
                    Robert K. Malone
                    Douglas J. McGill
                    500 Campus Drive
                    Florham Park, New Jersey 07932-1047
                    (973) 360-1100
                    (973) 360-9831 fax
                      -and-
                    140 Broadway, 39th Floor
                    New York, New York 10005-1116
                    (212) 248-3140
                    (212) 248-3141 fax

## CERTIFICATION OF MAILING

I hereby certify that on September 25, 2008, a true and correct copy of the foregoing Notice of Appearance was served electronically through the Court's ECF System on parties requesting electronic service and by first class mail postage pre-paid to the following persons at the following addresses:

Kathleen Farrell-Willoughby, Clerk
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

Hon. Diana G. Adams
United States Trustee, Region Two
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn:  Tracy Hope Davis, AUST
       Brian Shoichi Masumoto, Esq.

Harvey R. Miller, Esq.
Richard P. Krusnow, Esq.
Lori R. Fife, Esq.
Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153

Paul Arozon, Esq.
Gregoy A. Bray, Esq.
Milbank, Tweed, Hadley & McCloy
601 South Figueroa Street, 30th Floor
Los Angeles, California  90017

Luc A. Despins, Esq.
Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York  10005

4

Hon. Michael B. Mukasey
Attorney General –
United States of America
Civil Division
United States Department of Justice
1100 L Street, N.W.
P.O. Box 875 – Ben Franklin Station
Washington, D.C. 20530-001
Attn: Bankruptcy Filings

Hon. Michael J. Garcia
United States Attorney, SDNY
Silvio J. Mollo Bldg.
Civil Division
One St. Andrew's Plaza
New York, New York 10007
Attn: Bankruptcy Filings

District Director
Internal Revenue Service
120 Church Street, 3rd Floor
New York, New York 10008
Attn: Bankruptcy Department

Securities & Exchange Commission
Northeast Regional Office
Division of Enforcement
3 World Financial Center
New York, New York 10281
Attn: Alistaire Bambach, Esq.
         Asst. Regional Director

Hon. Christopher Cox
Securities & Exchange Commission
450 Fifth Street, N.W.
(Stop 8-8)
Washington, DC 20549

Hon. Andrew M. Cuomo
Attorney General – State of New York
Civil Division
120 Broadway
New York, New York 10271-0332
Attn: Bankruptcy Filings

James W. Giddens, Esq.
Lehman Bros. Inc. SIPC Trustee
Hughes Hubbard and Reed
One Battery Park Plaza
New York, N.Y. 10004-1482

      /s/Diane Meaney
      Diane Meaney

Dated: September 25, 2008
      Florham Park, New Jersey

FP01/ 3215614.1