NIXON PEABODY, LLP
Christopher M. Desiderio
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda Darwin
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., <u>et al.</u>, ) | |
| ) | Case No. 08-13555 |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE
9010(b) COMBINED WITH REQUEST FOR ALL COPIES
PURSUANT TO BANKRUPTCY RULE 2002(a), (b) AND
<u>PLEADINGS PURSUANT TO BANKRUPTCY RULE 3018(a)</u>**

NOW COMES NIXON PEABODY LLP, located at 437 Madison Avenue, New York, New York, 10022 and 100 Summer Street, Boston, Massachusetts 02110, who respectfully requests that this Honorable Court take notice that they act as counsel for Deutsche Bank Trust Company Americas, as Trustee for various trusts, and Deutsche Bank National Trust Company, as Trustee and Indenture Trustee of various trusts, as applicable.

Nixon Peabody LLP hereby requests pursuant to Bankruptcy Rule 9010, all papers served or required to be served in this case and in any cases consolidated herewith, be given and served upon:

11161629.1

Amanda Darwin
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin @nixonpeabody.com

and

Christopher M. Desiderio
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
cdesiderio@nixonpeabody.com

  This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of title 11, United States Code, or in Rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

  Neither this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings"

pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: New York, New York
       September __, 2008

    Respectfully Submitted

    By: */s/ Christopher M. Desiderio*
       Christopher M. Desiderio
       NIXON PEABODY LLP
       437 Madison Avenue
       New York, NY 10022
       Telephone: (212) 940-3000
       Facsimile: (212) 940-3111

       and

       Amanda D. Darwin
       NIXON PEABODY LLP
       100 Summer Street
       Boston, MA 02110
       Telephone: (617) 345-1000

                                    Pg 4 of 4

TO:

The Chambers of the Honorable James M. Peck
One Bowling Green
NewYork, New York 10004, Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
(Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.)

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006
(Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.)

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.)

08-13555-mg    Doc 350    Filed 09/25/08    Entered 09/25/08 14:19:11    Main Document
Pg 4 of 4

TO:

The Chambers of the Honorable James M. Peck
One Bowling Green
NewYork, New York 10004, Courtroom 601

Weil Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
(Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.)

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
(Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
(Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.)

Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006
(Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.)

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
(Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.)