```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
In re

Lehman Brothers Holdings Inc.,              Case # 08-13555-jmp
                                            Hon. Judge James M. Peck
                              Debtor.
--------------------------------------X
```

**NOTICE OF APPEARANCE AND**
**REQUEST FOR ALL DOCUMENTS**

PLEASE TAKE NOTICE that ANDREW M. CUOMO, Attorney General of the State of New York, appears in the above-captioned case on behalf of The Department of Taxation and Finance of the State of New York.

PLEASE TAKE FURTHER NOTICE that demand is hereby made for a copy of all papers, documents and pleadings in this case to be served upon the undersigned at the address indicated below.

Dated: New York, New York
       **September 25, 2008**

```
                              Yours, etc.,

                              ANDREW M. CUOMO
                              Attorney General of the
                              State of New York
                              Attorney for The New York State
                              Department of Taxation and Finance
                              By:

                               /s/ Neal S. Mann
                               NEAL S. MANN (NM-0617)
                              Assistant Attorney General
                              120 Broadway - 24th Floor
                              New York, New York 10271
                              (212) 416-8666
                              Email:neal.mann@oag.state.ny.us

TO    Jacqueline Marcus, Esq.
      Weil Gotshal & Manges, LLP
      767 5th Avenue
      New York, NY 10153

      United States Trustee
      33 Whitehall Street
      21st Floor
      New York, NY 10004
```

**CERTIFICATE OF SERVICE**

Dominique Jones certifies under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

She is a Legal Assistant in the office of ANDREW M. CUOMO, Attorney General of the State of New York, Attorney for the New York State Department of Taxation and Finance herein. **On September 25, 2008,** she served the annexed Notice of Appearance upon the following parties:

>Jacqueline Marcus, Esq.
>Weil Gotshal & Manges, LLP
>767 5th Avenue
>New York, NY 10153
>
>United States Trustee
>33 Whitehall Street
>21st Floor
>New York, NY 10004

Attorneys in the within entitled proceeding by depositing a true and correct copy thereof, properly enclosed in a post-paid wrapper, in the post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, New York 10271 directed to said attorneys at the addresses designated by them for that purpose.

Dated:  New York, New York
        **September 25, 2008**

                                    /s/
                                    Dominique Jones