**VINSON & ELKINS LLP**
Attorneys for Shinsei Bank, Limited
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:   212-237-0184
Fax:   212-237-0100
Dov Kleiner (BK 4600)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

   **PLEASE TAKE NOTICE** that **SHINSEI BANK, LIMITED** ("Shinsei"), a creditor of the above-named debtors and party in interest in the captioned Chapter 11 case, hereby appears in the above-captioned Chapter 11 case by its undersigned counsel and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned Chapter 11 case, and all papers served or required to be served in connection therewith, be given and served upon:

   Dov Kleiner, Esq. (BK 4600)
   Vinson & Elkins LLP
   666 Fifth Avenue, 26th Floor
   New York, New York 10103
   Telephone: (212) 237-0184
   Facsimile: (212) 237-0100
   Email: dkleiner@velaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Sections of the Bankruptcy Code referred to above, but also without limitation, any and all notices in respect of and any application schedule, statement of financial affairs, operating report, plan of reorganization, disclosure statement, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the within Chapter 11 cases whether such notice, filing or submission is formal or informal, written or oral, and whether transmitted by hand delivery, United Stated Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the bankruptcy Court over Shinsei. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Shinsei's substantive or procedural rights, including without limitations: (i) Shinsei's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Shinsei's right to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Shinsei's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs, or recoupments to which Shinsei is or may be entitled under any agreements, in law

or in equity, which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | | |
|---|---|---|
| Dated: | New York, New York<br>September 25, 2008 | VINSON & ELKINS LLP<br><br>_____<br>Dov Kleiner, Esq. (BK 4600)<br><br>Attorneys for Shinsei Bank, Limited<br><br>666 Fifth Avenue, 26th Floor<br>New York, New York 10103<br>Telephone: (212) 237-0184<br>Facsimile: (212) 237-0100<br>dkleiner@velaw.com |

3

NewYork 249491v.1