**Hearing July 18, 2018 10:00am (ET)**

| | |
|---|---|
| **WALTERS RENWICK RICHARDS SKEENS & VAUGHAN, P.C.**<br>R. Frederick Walters, Esq.<br>Karen W. Renwick, Esq.<br>David M. Skeens, Esq.<br>Michael B. Sichter, Esq.<br>1100 Main, Suite 2500<br>Kansas City, Missouri 64105<br>(816) 421-6620 (Telephone)<br>(816) 421-4747 (Facsimile)<br>*Co-Lead Counsel for the Kessler Class*<br>*Counsel for the Mitchell Class* | **PERKINS COIE, LLP**<br>Selena J. Linde, Esq.<br>Vivek Chopra, Esq.<br>Alexis Danneman, Esq.<br>700 13th St. NW, Suite 600<br>Washington, DC 20005<br>Telephone (202) 654-6200<br>Facsimile (202) 654-9952<br>*Counsel for ResCap Liquidating Trust* |
| **CARLSON LYNCH SWEET & KILPELA, LLP**<br>R. Bruce Carlson, Esq.<br>Edwin J. Kilpela, Jr., Esq.<br>115 Federal Street, Suite 210<br>Pittsburgh, Pennsylvania 15212<br>(412) 322-9243 (Telephone)<br>(412) 231-0246 (Facsimile)<br>*Co-Lead Counsel for the Kessler Class* | **POLSINELLI**<br>Daniel J. Flanigan, Esq.<br>Jason A. Nagi, Esq.<br>900 Third Avenue, 21st Floor<br>New York, New York 10022<br>(212) 684-0199 (Telephone)<br>(212) 759-8290 (Facsimile)<br>*Counsel for Kessler and Mitchell Classes* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>RESIDENTIAL CAPITAL, LLC, *et al.*,<br><br>Debtors. | Case No. 12-12020<br><br>Chapter 11<br><br>Jointly Administered |
| ROWENA DRENNEN, FLORA GASKIN, ROGER TURNER, CHRISTIE TURNER, JOHN PICARD AND REBECCA PICARD, individually and as the representatives of the *KESSLER* SETTLEMENT CLASS,<br><br>STEVEN AND RUTH MITCHELL, individually and as the representatives of the *MITCHELL* | Adv. Case No. 15-01025-shl |

SETTLEMENT CLASS,

And

RESCAP LIQUIDATING TRUST,

                Plaintiffs,

vs.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,

                Defendants.

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. The Honorable Sean H. Lane, United States Bankruptcy Judge, has scheduled a Hearing for Wednesday, July 18, 2018 at 10:00 a.m. (ET) to hear arguments on the Partial Motions for Summary Judgment concerning the application of fee exclusions (Policy Exclusions C.9 and C.10).

2. All Parties arguing or presenting evidence are requested to appear in person.

3. Any Party wishing to listen in to the Hearing via CourtCall with a listen only line, are subject to compliance with the CourtCall procedures attached hereto as Exhibit 1.

4. Reservations for telephonic participation with a listen only line must be made in sufficient time to participate in the Hearing by calling CourtCall at (888) 882-6878 pursuant to the CourtCall procedures attached hereto.

5. Counsel should be on the telephone by no later than 9:45 a.m. (Prevailing Eastern Time) so that the Hearing may commence promptly at 10:00 a.m. (Prevailing Eastern Time).

Dated: May 17, 2018

By: _R. Frederick Walters_
**WALTERS RENWICK RICHARDS SKEENS & VAUGHAN, P.C.**
R. Frederick Walters, Esq.
Karen W. Renwick, Esq.
David M. Skeens, Esq.
Michael B. Sichter, Esq.
1100 Main, Suite 2500
Kansas City, Missouri 64105
(816) 421-6620 (Telephone)
(816) 421-4747 (Facsimile)
fwalters@wrrsvlaw.com
krenwick@wrrsvlaw.com
dskeens@wrrsvlaw.com
msichter@wrrsvlaw.com
*Co-Lead Counsel for the Kessler Class*
*Counsel for the Mitchell Class*

By: _R. Bruce Carlson_
**CARLSON LYNCH SWEET & KILPELA, LLP**
R. Bruce Carlson, Esq.
Edwin J. Kilpela, Jr., Esq.
115 Federal Street, Suite 210
(412) 322-9243 (Telephone)
(412) 231-0246 (Facsimile)
Pittsburgh, Pennsylvania 15212
bcarlson@carlsonlynch.com
ekilpela@carlsonlynch.com
*Co-Lead Counsel for the Kessler Class*

By: _Selena J. Linde_
**PERKINS COIE, LLP**
Selena J. Linde, Esq.
Vivek Chopra, Esq.
Alexis Danneman, Esq.
700 13th St. NW, Suite 600
Washington, DC 20005
(202) 654-6200 (Telephone)
(202) 654-9952 (Facsimile)
SLinde@perkinscoie.com
VChopra@perkinscoie.com
ADanneman@perkinscoie.com
*Counsel for the ResCap Liquidating Trust*

By: _Daniel J. Flanigan_
**POLSINELLI**
Daniel J. Flanigan, Esq.
Jason A. Nagi, Esq.
900 Third Avenue, 21st Floor
New York, New York 10022
(212) 684-0199 (Telephone)
(212) 684-0197 (Facsimile)
dflanigan@polsinelli.com
jnagi@polsinelli.com
*Counsel for Kessler and Mitchell Classes*

# **EXHIBIT 1**



# CourtCall®
## Telephonic Court Appearances
Court Conference is a division of CourtCall

6383 Arizona Circle
Los Angeles, CA 90045
Telephone: (888) 882-6878
Facsimile: (888) 883-2946
Tax ID: 95-4568415

www.CourtCall.com

# How to Use CourtCall

## Scheduling Your Telephonic Appearance

**Registering and logging in online:** You can schedule, continue and cancel your CourtCall Appearances online at www.courtcall.com. Available online services also include financial and firm administration tools and online account management. Note that some scheduling restrictions may apply in certain Courts.

*CourtCall online services are free and easy to use and available 24 hours a day. There is no membership or obligation to use the service once registered. Ask a representative for details or visit our website at www.courtcall.com.

**Contacting us:** You may also call us to place your order using the toll-free number listed above. The following information will be required when requesting a CourtCall Appearance: Name of party appearing and contact information, Court location, Judge/department, appearance date/time, case name, case number, nature of proceeding and party being represented.

**Making payment:** We accept Visa, Mastercard, American Express and Discover credit cards, CourtCall Debit Accounts* and business checks [personal checks are not accepted]. Once confirmed, you will receive a written confirmation of your CourtCall Telephonic Appearance.

*A CourtCall Debit Account is an easy way to track payments for CourtCall services, this pre-paid account can be managed 24 hours a day from our website. Ask a representative for details or look for the FAQ tab on our website at www.courtcall.com.

**Serving your notice:** Once you have received a copy of the CourtCall Request Form/Service copy; serve it as you would any other document. [Do not serve the confirmation as the dialing instructions are for your use only and are subject to change without notice.] **DO NOT FILE** the Request Form/Service Copy or Confirmation with the Court.

> *Upon receipt of your documents: Carefully review the details and instructions set out in your Request Form and Confirmation for accuracy and immediately call us if corrections are required. Without a written confirmation you are not on the CourtCall calendar. Do not wait until the appearance is about to begin as it may be too late to make corrections or changes and you may miss your hearing.*

*For information and questions about CourtCall Telephonic Appearances, call CourtCall, not the Court as these are general requirements and may vary.

**IF YOU DO NOT RECEIVE CONFIRMATION WITHIN 1 HOUR OF PLACING YOUR ORDER AND MAKING PAYMENT, CALL (888) 882-6878 FOR ASSISTANCE.**

## Making Your Telephonic Appearance

1. **Review your confirmation** upon receipt and before your hearing for accuracy and additional procedures as specific instructions are provided within your confirmation.

2. Unless your confirmation instructs otherwise, **you must call the toll free number on your confirmation** at least 5 minutes before your scheduled hearing time. In most instances cellular and pay phones are prohibited when making the call as they may compromise the quality of the conference for ALL participants. Read the '**Mandatory Instructions For Making a CourtCall Appearance**' located on your Confirmation prior to making the call.

3. **If prompted, dial your Access Code*;** you will be advised whether you are joining the call in progress or if you are the first to call or you may be placed on "music-on-hold." Otherwise, if your CourtCall Confirmation does not list an access code with your assigned teleconference number, the check-in will be conducted by a teleconference specialist who will conduct the conference in accordance with the Court's instructions. The rules regarding cell phones and use of handsets apply to access code and operator-assisted calls.

* Access Code Calls: If you are the first person on the call be patient, even if you experience silence or are placed on "music-on-hold," as the Clerk will join the call in due course. As others join you may hear a mild "beep-beep" indicating that others are on the line. Until your case is called, refrain from speaking other than with the Clerk.

4. **After check-in wait until your case is called.** Use your speakerphone while waiting only if you are able to mute the microphone to eliminate ambient noise. You must use the handset when speaking with the Court. Identify yourself each time you speak and conduct yourself as you would if you were in the Courtroom.

5. **If the Court does not join the call within 15 minutes** after your scheduled hearing time, have a staff member call CourtCall on our toll-free Help Line at (888) 882-6878 and we will be happy to assist you. Do not leave the conference line or place the conference line on hold.

6. **If Court has commenced, DO NOT INTERRUPT.** You will have an opportunity to speak. If the call is in progress and you hear voices, wait until an opportunity to speak arises without interrupting others. The Clerk may be performing a check-in and will get to you.

7. **Once your matter is concluded,** disconnect from the line. If your hearing is canceled or continued you must notify us, prior to the time of your hearing to have your fee apply to the continued hearing date or to be eligible for a refund. Matters continued at the time of the hearing require a new fee and confirmation for the new appearance date.