UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : |
| LEHMAN BROTHERS HOLDINGS INC., | : Chapter 11 |
| Debtor | : Case No. 08-13555 (JMP) |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that **TISHMAN SPEYER PROPERTIES, L.P.** ("Tishman"), a creditor of the above-named debtors and party in interest in the captioned Chapter 11 case, hereby appears in the captioned Chapter 11 case by its undersigned counsel and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned Chapter 11 case, and all papers served or required to be served in connection therewith, be given and served upon:

    Amy Wolf, Esq. (AW-6646)
    Wachtell, Lipton, Rosen & Katz
    51 West 52nd Street
    New York, NY 10019-6150
    Telephone: (212) 403-1245
    Telecopier: (212) 403-2245
    Email: arwolf@wlrk.com

    Michael Benner, Esq.
    Ann Menard, Esq.
    Bradley Turk, Esq.
    Ned Bannon
    Tishman Speyer Properties, L.P.
    45 Rockefeller Plaza
    New York, NY 10111
    Telephone (212) 715-0300

        Telecopier (212) 319-1745
        Emails:  amenard@tishmanspeyer.com
                mbenner@tishmanspeyer.com
                bturk@tishmanspeyer.com
                nbannon@tishmanspeyer.com

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the within Chapter 11 cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

      This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Tishman.  Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Tishman's substantive or procedural rights, including without limitation: (i) Tishman's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Tishman's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Tishman's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs or recoupments to which Tishman is or may be entitled under any agreement, in law or in equity, which rights, claims, actions, defenses, set-offs and recoupments Tishman expressly reserves.

Dated: New York, New York                                WACHTELL, LIPTON, ROSEN & KATZ
       September 25, 2008

                                                             /s Amy Wolf
                                                             Amy Wolf, Esq.

- 3 -

Attorneys for Tishman Speyer
Properties, L.P.

51 West 52nd Street
New York, NY 10019-6150
Telephone: (212) 403-1245
Telecopier: (212) 403-2245
Email: arwolf@wlrk.com