WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                    :
**In re**                           :        **Chapter 11 Case No.**
                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        **08-13555 (JMP)**
                                    :
                    **Debtors.**    :        **(Jointly Administered)**
                                    :
                                    :
-------------------------------------------------------------------x

**NOTICE OF FILING OF SCHEDULE OF LARGEST**
**SECURED CLAIMS PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2(a)**

    **PLEASE TAKE NOTICE** that, on September 25, 2008, Lehman Brothers Holdings
Inc. and its affiliated debtors in the above-referenced chapter 11 cases filed the attached schedule
showing the holders of the largest secured claims as required by Local Bankruptcy Rule 1007-2(a).

Dated: September 25, 2008
New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
In re                                :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*  :        **08-13555 (JMP)**
:
Debtors.               :        **(Jointly Administered)**
:
-------------------------------------------------------------------x

## SCHEDULE OF LARGEST SECURED CLAIMS
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2(a)

| Creditor | Contact | Mailing Address & Phone Number | Amount of Claim[1] |
|---|---|---|---|
| JPMorgan Chase | Mark G. Doctoroff Executive Director ACB/Financial Institutions | JPMorgan Chase Investment Bank 383 Madison Avenue 35th Floor New York, NY 10179<br><br>P: (212) 622-1878 F: (917) 464-6265 | $23,000,000,000 (estimated) |
| Fenway | Shawn Kodes | Hudson Castle Group Inc. 810 Seventh Avenue 11th Floor New York, NY 10019<br><br>P: (646) 624-2658 F: (646) 624-2659 | $3,000,000,000 |

---

[1]      The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.

| Creditor | Contact | Mailing Address & Phone Number | Amount of Claim[1] |
|---|---|---|---|
| Swedbank | Michael Ferrara VP, Chief Dealer<br><br>Jan Andersson, VP, Senior Client Executive | Swedbank<br>One Penn Plaza<br>15th Floor<br>New York, NY 101199<br><br>Swedbank<br>Regeringsgatan 13<br>SE-10534<br>Stockholm, Sweden | $1,350,000,000 |
| State Street | Deena Ethridge | State Street Global Advisors<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br><br>P: 617-664-3097<br>deena_ethridge@ssga.com | $1,000,000,000 |
| MetLife | Kevin Budd<br><br>Ron Nirenberg | MetLife<br>Investments 10 Park Avenue PO Box 1902 Morristown, NJ 07962<br><br>P: (973) 355-4985<br>kbudd@metlife.com<br><br>P: (973) 355-4718<br>rnirenberg@metlife.com | $878,400,000 |
| SMBC | Mariko Doi Stewart Russell Bohner | Sumitomo Mitsui Banking Corporation<br>277 Park Avenue<br>New York, NY 10172<br><br>Russell_Bohner@smbcgroup.com<br>P: 212-224-4127<br>F: 212-224-4384 | $870,300,000[2] |
| Danske Bank | Anders Iversen Senior Manager | Danske Bank<br>75 King William Street<br>London, United Kingdom<br>EC4N7DT | $800,000,000 |

---

[2]  Currency converted from Japanese Yen to U.S. Dollars using foreign exchange rate of 0.009460 as of September 16, 2008.