**SHEAK & KORZUN, P.C.**
**1 Washington Crossing Road**
**Pennington, New Jersey 08534**
**(609) 737-6885**
**E-mail: sheakkorzun@comcast.net**
**Attorneys for Vollers Excavating & Construction, Inc.**

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | **In Proceedings Under Chapter 11** |
| | : | **of the Bankruptcy Code** |
| **LEHMAN BROTHERS HOLDINGS, INC.** | : | |
| **Et als.,** | : | **Case No. 08-13555 (JMP)** |
| **Debtors** | : | **Jointly administered** |
| | : | |

### NOTICE OF APPEARANCE AND
### <u>DEMAND FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109 of the Bankruptcy Code and

Rule 9010 of the Federal Rules of Bankruptcy Procedure, Sheak & Korzun, P.C. hereby appears in

the above-captioned case on behalf of **Vollers Excavating & Construction, Inc**., and requests that

notices of all matters therein be transmitted to or served upon counsel at the address set forth below.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. Sec. 1109(b), the foregoing

demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified

above, but also includes, without limitation, notices of any application, motion, petition, pleading,

request, complaint or demand, whether formal or informal, whether written or oral and whether

transferred or conveyed by mail, delivery, telephone, telegraph, FAX, electronic communication (i.e.,

e-mail) or otherwise, which affect or seek to affect in any way the Debtors or their respective

property and/or the property of the Estate.

Dated: Sept.  24, 2008         By:     */s/ Timothy J. Korzun TK-1121*
                                            Timothy J. Korzun, Esq.