**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
*In re*:                                                                : Chapter 11
                                                                        :
**Lehman Brothers Holdings Inc.,** *et al.*,                            :
                                                                        : Case No. 08- 13555 (JMP)
                                                                        :
**Debtors.**                                                            : (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Vincent A. D'Agostino , a member in good standing of the bar in the state of New Jersey and, the bar of the U.S. District Court for the District of New Jersey, request admission, *pro hac vice,* before the Honorable James M. Peck, to represent Avaya Inc., a creditor in the above referenced bankruptcy cases.

My address is  Lowenstein Sandler, 65 Livingston Avenue, Roseland, NJ 07068; my e-mail address is  vdagostino@lowenstein.com ; my telephone no. is (973) 597-2594.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: September 26, 2008           /s/ Vincent A. D'Agostino
New York, New York

---

**ORDERED,**

That Vincent A. D'Agostino, Esq. is admitted to practice, *pro hac vice* in the above referenced adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____          _____
New York, New York                 UNITED STATES BANKRUPTCY JUDGE

12947/87
09/26/2008 9878681.1