WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York  10036-2787
(212) 819-8200
Gerard Uzzi (GU 2297)

Wachovia Financial Center
Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admission *Pro Hac Vice* Pending)

ATTORNEYS FOR
DNB NOR BANK ASA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
**In re**                                                     :    **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**              :    **08-13555 (JMP)**
                                                              :
         Debtors.                                             :    **Jointly Administered**
                                                              :
------------------------------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that DNB NOR BANK ASA ("DnB"), a party in interest, hereby appears by and through its attorneys and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and sections 102(1), 342 and 1009(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the "Bankruptcy Code"), that all notices given or required to be given and all papers served or required to be served in any one or more of these jointly administered cases be also given to and served on:

>Philip John Nichols
>WHITE & CASE LLP
>1155 Avenue of the Americas
>New York, New York 10036-2787
>Telephone: (212) 819-8200
>Facsimile: (212) 354-8113
>E-mail: pnichols@whitecase.com
>
>Thomas E. MacWright Jr.
>Aileen Venes
>WHITE & CASE LLP
>Wachovia Financial Center
>Suite 4900
>200 South Biscayne Boulevard
>Miami, Florida 33131
>Telephone: (305) 371-2700
>Facsimile: (305) 358-5744
>Email: tmacwright@whitecase.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion, petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (1) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these cases, including DnB; (2) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by DnB.

**PLEASE TAKE FURTHER NOTICE** that DnB does not, by filing this Notice of Appearance and Request for Service of Papers nor any subsequent appearance, pleading, claim

or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Notice of Appearance constitutes a waiver of any of its respective rights: (i) to have final orders in non-core matters entered only after <u>de novo</u> review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs or recoupments to which DnB is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments DnB expressly reserves.

Dated:  New York, New York
        September 26, 2008

                      WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200

By: _/s/ Gerard Uzzi____
Gerard Uzzi, Esq.

Wachovia Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admission *Pro Hac Vice* Pending)

ATTORNEYS FOR
DNB NOR BANK ASA