WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU 2297)

Wachovia Financial Center
Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700

ATTORNEYS FOR
DNB NOR BANK ASA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :   08-13555 (JMP)
                                                                 :
            Debtors.                                             :   Jointly Administered
                                                                 :
---------------------------------------------------------------- x

**MOTION FOR ADMISSION OF THOMAS E LAURIA TO PRACTICE, *PRO HAC VICE***

TO:    THE HONORABLE JAMES M. PECK
       UNITED STATES BANKRUPTCY JUDGE

I, Thomas E Lauria, a member in good standing of the Bars of the States of Florida and Texas, admitted to practice before the United States Circuit Courts of Appeal for the Fifth and Eleventh Circuits, as well as the United States District Courts for the Southern, Middle, and Northern Districts of Florida and the Northern and Southern Districts of Texas, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent DNB NOR BANK ASA, a party in interest in the above-captioned proceedings pursuant to chapter 11 of the Bankruptcy Code.

My address is White & Case LLP, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, Florida 33131; my e-mail address is tlauria@whitecase.com and my telephone number is (305) 371-2700.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  Miami, Florida
   September 26, 2008

/s/  Thomas E Lauria
Thomas E Lauria, Esq.
WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131-2352
Telephone: (305) 371-2700