UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---------------------------------------------------------------x

## ORDER OF ADMISSION OF THOMAS E LAURIA TO PRACTICE, *Pro Hac Vice*

Upon the motion, dated September __, 2008 (the "Motion") of Thomas E Lauria, a member in good standing of the Bars of the states of Florida and Texas, and who is admitted to practice before the United States Courts of Appeals for the Fifth and Eleventh Circuits, as well as the United States District Court for the Southern, Middle, and Northern Districts of Florida and the Northern and Southern Districts of Texas, for admission *pro hac vice* to represent DNB NOR BANK ASA, a party in interest in the above-captioned proceedings pursuant to chapter 11 of the Bankruptcy Code; it is hereby

**ORDERED**, that Thomas E Lauria, Esq., is admitted to practice, *pro hac vice*, in the above referenced chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
      New York, New York

                                                UNITED STATES BANKRUPTCY JUDGE