SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Robinson B. Lacy, Esq.

Attorneys for Barclays Capital, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Robinson B. Lacy ("Movant"), a member in good standing of the Bar of this Court and of the firm of Sullivan & Cromwell, hereby moves pursuant to Local Rule 2090-1(b) for an order admitting Hydee R. Feldstein *pro hac vice* in the above-referenced bankruptcy proceeding. In support of the Motion, the Movant respectfully represents:

1. Ms. Feldstein is a member of the firm of Sullivan & Cromwell LLP and a member in good standing of the Bar of the State of California (Bar No. 106866), the United States District Courts for the Central, Southern, Eastern, and Northern Districts of California, and the United States Courts of Appeal for the First and Ninth Circuits.

      2.      Ms. Feldstein's address is Sullivan & Cromwell LLP, 1888 Century Park East, Los Angeles, California 90067.  Her e-mail address is feldsteinh@sullcrom.com, and her telephone number is (310) 712-6600.

      3.      Ms. Feldstein agrees to pay the fee of $25.00 upon entry of an order admitting her to practice *pro hac vice* in this Chapter 11 case.

WHEREFORE, Movant respectfully requests entry of the attached Proposed Order granting the relief request herein and such other and further relief as may be just and proper.

Dated:  New York, New York
         September 26, 2008.

      /s/ Robinson B. Lacy_____
Robinson B. Lacy (RL 8282)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

ATTORNEYS FOR
BARCLAYS CAPITAL, INC.