UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### ORDER ADMITTING
### HYDEE FELDSTEIN *PRO HAC VICE*

Upon the motion of Robinson B. Lacy dated September 26, 2008, for admission of Hydee Feldstein *pro hac vice* in this bankruptcy proceeding, it is hereby

**ORDERED**, that Hydee Feldstein is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         September __, 2008.

_____
UNITED STATES BANRUPTCY JUDGE