MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky, Esq.
Lorenzo Marinuzzi, Esq.

NAGASHIMA OHNO & TSUNEMATSU
Kioicho Building 3-12, Kioicho
Chiyoda-ku, Tokyo 102-0094, Japan
Tel:+81-3-3511-6168
Fax:+81-3-5213-2268
Masaki Konishi, Esq.

Attorneys for The Chuo Mitsui Trust and Banking Co., Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN  DISTRICT OF NEW YORK**

--------------------------------------------------------x
                                                        :
In re:                                                  :
                                                        :
Lehman Brothers Holdings, Inc.        :        Chapter 11
                                                        :
      Debtor.                                       :        Case No. 08-13555  (JMP)
                                                        :
                                                        :
--------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Chapter 11 of Title 11,

United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), The Chuo Mitsui Trust and Banking Co., Ltd.

("CMTB"), a creditor and party-in-interest, by and through its undersigned counsel, hereby

appears in the above-captioned Chapter 11 cases of Lehman Brothers Holdings, Inc. (the

"Debtor"), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, and section 342 of

ny-834599

the Bankruptcy Code, that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the following:

| | |
|---|---|
| **MORRISON & FOERSTER LLP** | **(Electronic Service Only)**<br>**MORRISON & FOERSTER LLP** |
| 1290 Avenue of the Americas | 1290 Avenue of the Americas |
| New York, New York 10104 | New York, New York 10104 |
| Telephone: (212) 468-8000 | Telephone: (212) 468-8000 |
| Facsimile: (212) 468-7900 | Facsimile: (212) 468-7900 |
| Attn: Jordan A. Wishnew, Esq. | Attn: Lorenzo Marinuzzi, Esq. |
| E-mail: JWishnew@mofo.com | E-mail: LMarinuzzi@mofo.com |

-and-

| | |
|---|---|
| **(Electronic Service Only)**<br>**NAGASHIMA OHNO & TSUNEMATSU** | **(Electronic Service Only)**<br>**THE CHUO MITSUI TRUST AND BANKING CO., LTD.** |
| Kioicho Building 3-12, Kioicho | 33-1, Shiba 3-chome, |
| Chiyoda-ku, Tokyo 102-0094, Japan | Minato-ku, Tokyo 105-8574, Japan |
| Telephone: 81-3-3511-6168 | Telephone: 81-3-5445-3500 |
| Facsimile: 81-3-5213-2268 | Facsimile: 81-3-5232-8879 |
| Attn: Masaki Konishi, Esq. | Email: Akihiko_Yagyuu@chuomitsui.jp |
| E-mail: masaki_konishi@noandt.com | CMTB_LC11@chuomitsui.jp |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of CMTB with respect to the Debtor's estate, or any related entity(ies), or property or proceeds thereof in which the Debtor's estate may claim an interest.

ny-834599

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to CMTB's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit CMTB to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

Dated: New York, New York
September 26, 2008

/s/ Lorenzo Marinuzzi
Larren M. Nashelsky, Esq.
Lorenzo Marinuzzi, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Masaki Konishi, Esq.
NAGASHIMA OHNO & TSUNEMATSU
Kioicho Building 3-12, Kioicho
Chiyoda-ku, Tokyo 102-0094, Japan
Tel:+81-3-3511-6168
Fax:+81-3-5213-2268

Attorneys for The Chuo Mitsui Trust and Banking Co., Ltd.

ny-834599