FEDERAL HOME LOAN MORTGAGE CORPORATION
George Kielman
8200 Jones Branch Drive – MS 202
McLean, VA 22102
Telephone: 703.903.2640
Facsimile: 703.903.3992
Email: george.kielman@freddiemac.com

Attorney for Creditor
Federal Home Loan Mortgage Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
……………………………………………………………
                                                            )
In re                                                       )        Chapter 11
                                                            )
LEHMAN BROTHERS HOLDINGS INC.,                              )        Case No. 08-13555 (JMP)
                                                            )
*et al.,*                                                   )
                                                            )        (Jointly Administered)
                              Debtors.                      )
………………………………………………………….)

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

1.    I, George Kielman, a member in good standing of the bars of the District of Columbia, Pennsylvania, and Virginia (Corporate Counsel), and the United States District Court for the District of Columbia, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court for Appeals for the District of Columbia Circuit, and the United States Supreme Court, request admission to practice, *pro hac vice*, before this Court, to represent Federal Home Loan Mortgage Corporation ("Freddie Mac), a corporate instrumentality of the United States and a creditor of the above-named debtors and party in interest in the captioned jointly-administered Chapter 11 case, and any and all associated adversary proceedings and/or contested matters in which Freddie

Mac may be a party in interest or may become a party, pursuant to Rule 2090–1(b) of the Local Bankruptcy Rules for the Southern District of New York.

2. I am employed as Associate General Counsel for Freddie Mac. Immediately prior to my employment with Freddie Mac, I was a senior trial attorney for the United States Department of Justice. I have practiced before bankruptcy courts, federal district courts and courts of appeal across the United States for more than thirty years.

3. I have never been suspended or disbarred from any court. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. My address is: 8200 Jones Branch Drive – MS 202, McLean, VA 22102.

5. My telephone number is (703) 903-2640.

6. My e-mail address is george_kielman@freddiemac.com.

7. I agree to pay the fee of $25 upon entry of an order permitting me to practice *pro hac vice*.

Dated: September 26, 2008

By: /s/ George Kielman
GEORGE KIELMAN
Federal Home Loan Mortgage Corp.
8200 Jones Branch Drive – MS 202
McLean, VA 22102
Telephone: 703.903.2640
Facsimile: 703.903.3992

Attorney for Federal Home Loan
Mortgage Corporation