**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

…………………………………………………………

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., ) | Case No. 08-13555 (JMP) |
| *et al.*, ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

……………………………………………………)

## CERTIFICATE OF SERVICE

I hereby certify that in September 26, 2008 I served a copy of the foregoing Motion for Admission to Practice Pro Hac Vice by email and/or facsimile, where indicated, on the following parties:

Weil Gothsal & Manges LLP
767 Fifth Avenue
New York, NY 10153
email: harvey.miller@weil.com
email: jacqueline.marcus@weil.com
email: shai.waisman@weil.com

Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax: 212-668-2255

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
email: ddunne@milbank.com
email: ldespins@milbank.com
email: wfoster@milbank.com

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
email: vlewkow@cgsh.com
email: dleinwand@cgsh.com
email: dmclaughlin@cgsh.com

/s/ James I. McClammy
James I. McClammy