**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
...................................................................

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) ) ) | Case No. 08-13555 (JMP) |
|  | ) | (Jointly Administered) |
| Debtors. | ) | |

.....................................................................)

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

  George Kielman, Esq., having represented that he is a member in good standing of the bars of the District of Columbia, Pennsylvania, and Virginia (Corporate Counsel), and the United States District Court for the District of Columbia, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court for Appeals for the District of Columbia Circuit, and the United States Supreme Court, having requested admission, *pro hac vice*, to represent Federal Home Loan Mortgage Corporation ("Freddie Mac"), a corporate instrumentality of the United States and a creditor of the above-named debtors and party in interest in the captioned jointly-administered Chapter 11 case, and any and all associated adversary proceedings and contested matters in which Freddie Mac is or may become a party or party in interest, it is hereby

  **ORDERED**, that George Kielman, Esq., is admitted to practice, *pro hac vice*, in the above-referenced jointly administered Chapter 11 case, and any and all associated adversary proceedings and contested matters in which Freddie Mac is or may become a party or party in

interest, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____, 2008             _____
                                                            UNITED STATES BANKRUPTCY JUDGE