UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>Lehman Brothers Holdings Inc., et al.<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP and Sullivan & Cromwell LLP, on behalf of Barclays Capital, Inc., and under, *inter alia*, Rules 2002, 7005 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999 | Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 |
| Attention: Lindsee P. Granfield, Esq.<br>　　　　　　Lisa M. Schweitzer, Esq. | Attention: Robinson B. Lacy, Esq.<br>　　　　　　Hydee R, Feldstein, Esq. |
| E-mail:　lgranfield@cgsh.com<br>　　　　　lschweitzer@cgsh.com | E-mail:　lacyr@sullcrom.com<br>　　　　　feldsteinh@sullcrom.com |

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise.

Dated:   New York, New York
         September 26, 2008

        Respectfully submitted,

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: s/ Lisa M. Schweitzer
    Lindsee P. Granfield, Esq.
    Lisa M. Schweitzer, Esq.

    One Liberty Plaza
    New York, New York 10006
    Telephone: (212) 225-2000

**SULLIVAN & CROMWELL LLP**

By: s/ Robinson B. Lacy
    Robinson B. Lacy, Esq.
    Hydee R, Feldstein, Esq.

    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000

*Co- Counsel for Barclays Capital, Inc.*