MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Larren M. Nashelsky, Esq.
Lorenzo Marinuzzi, Esq.

Attorneys for Brookfield Properties One WFC Co. LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN  DISTRICT OF NEW YORK**

--------------------------------------------------------x
                                                        :
In re:                                                  :
                                                        :
Lehman Brothers Holdings, Inc.        :    Chapter 11
                                                        :
         Debtor.                                  :    Case No. 08-13555  (JMP)
                                                        :
                                                        :
--------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Brookfield Properties One WFC Co. LLC ("Brookfield"), a creditor and party-in-interest, by and through its undersigned counsel, hereby appears in the above-captioned Chapter 11 cases of Lehman Brothers Holdings, Inc. (the "Debtor"), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, and section 342 of the Bankruptcy Code, that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the following:

ny-834607

|  |  |
|---|---|
| **MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Attn: John A. Pintarelli, Esq.<br>E-mail: JPintarelli@mofo.com | **(Electronic Service Only)**<br>**MORRISON & FOERSTER LLP**<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Attn: Lorenzo Marinuzzi, Esq.<br>E-mail: LMarinuzzi@mofo.com |

-and-

Brookfield Properties One WFC Co. LLC
Attn: Monica Lawless
Vice President, Leasing Counsel
New York Region
Three World Financial Center
200 Vesey Street
New York, NY 10281-1021
Direct (212) 417-7018
Fax (212) 417-7195
Monica.Lawless@brookfieldproperties.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of Brookfield with respect to the Debtor's estate, or any related entity(ies), or property or proceeds thereof in which the Debtor's estate may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to Brookfield's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court

ny-834607

and shall not be deemed or construed to submit Brookfield to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

Dated: New York, New York
       September 26, 2008

/s/ Larren M. Nashelsky
Larren M. Nashelsky, Esq.
Lorenzo Marinuzzi, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for Brookfield Properties One WFC Co. LLC