Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                   :
In re:                                 :        Chapter 11 Case No.
                                    :
LEHMAN BROTHERS HOLDINGS INC., et al., :       08-13555 (JMP)
                                    :
                    Debtors.          :       (Jointly Administered)
                                    :
-------------------------------------------------------------- x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                             ) SS.:
COUNTY OF NEW YORK   )

          RENA K. CERON, being duly sworn, deposes and says:

          I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Proposed Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On the 19th of September, 2008, I caused a copy of the following document:

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
PAPERS OF MILBANK, TWEED, HADLEY & M[C]CLOY LLP AS
PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS
INC., et al.,

to be served upon the parties identified on Exhibit A attached hereto by United States
Postal Service for delivery by first class mail.


   /s/ Rena K. Ceron
RENA K. CERON


SWORN TO AND SUBSCRIBED before
me this 26th day of September, 2008


   /s/ Debra Esposito
Debra Esposito
Notary Public, State of New York
No. 01ES4504379
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 31, 2009

## Exhibit A

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Harvey R. Miller, Esq.
        Shai Waisman, Esq.

Office of the U.S. Trustee
Region 2/Southern Dist. of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn:  Andrew D. Velez-Rivera, Esq.
        Paul K. Schwartzberg, Esq.
        Brian S. Masumoto, Esq.

Paul, Hastings, Janofsky & Walker, LLP
75 East 55th Street
New York, NY 10022-3205
Attn: Harvey A. Strickon, Esq.

Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX 75205
Attn: Andrea Sheehan, Esq.

Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
Attn: James S. Carr, Esq.

Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Attn: Frank F. McGinn, Esq.

Cravath, Swaine & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin, Esq.
        Robert H. Trust, Esq.

Arapahoe County
5334 S. Prince Street
Littleton, CO 80166
Attn: Kathryn Schroeder, Esq.

Linebarger, Goggan, Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Attn: Elizabeth Weller, Esq.

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
Attn: Harold S. Novikoff, Esq.
        Richard G. Mason, Esq.
        Joshua A. Feltman, Esq.

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Attn: Deryck A. Palmer, Esq.
        John J. Rapisardi, Esq.
        George A. Davis, Esq.
        Gary D. Ticoll, Esq.

Mayer Brown, LLP
1675 Broadway
New York, NY 10019
Attn: Frederick D. Hyman, Esq.
        Amit Trehan, Esq.

Mayer Brown, LLP
1675 Broadway
New York, NY 10019
Attn: Brian Trust, Esq.
        Jeffrey G. Tougas, Esq.
        Amit Trehan, Esq.

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Attn: Chester B. Salomon, Esq.
        Constantine D. Pourakis, Esq.

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Attn: Howard R. Hawkins, Jr., Esq.
     Ellen M. Halstead, Esq.

Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-1776
Attn: James F. Wallack, Esq.
     Douglas B. Rosner, Esq.
     Gregory O. Kaden, Esq.

Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017
Attn: James H. Shenwick, Esq.

Lane Powell, PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Attn: Charles R. Ekberg, Esq.

Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019
Attn: Martin J. Bienenstock, Esq.
     Judy G. Z. Liu, Esq.
     Timothy Q. Karcher, Esq.

Troutman Sanders, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Attn: Hollace T. Cohen, Esq.
     Paul H. Deutch, Esq.

Gibson, Dunn & Crutcher, LLP
200 Park Avenue
New York, NY 10166-0193
Attn: Michael Rosenthal, Esq.
     Janet M. Weiss, Esq.

Covington & Burling, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Attn: Michael B. Hopkins, Esq.
         Dianne F. Coffino, Esq.
         Amanda Raboy, Esq.

Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, NY 10022
Attn: James J. McGinley

Wilmington Trust FSB
8400 Normandale lake Blvd., Ste 925
Bloomington, MN 55437
Attn: Julie J. Becker

Reed Smith, LLP
599 Lexington Avenue
New York, NY 10022
Attn: Paul A. Rachmuth, Esq.
         Michael J. Venditto, Esq.

Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, NY 10112
Attn: Carren Shulman, Esq.
         Russell Reid, Esq.

Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Attn: Edward J. LoBello, Esq.

Plazer, Swegold, Karlin, Levine, Goldberg
& Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018
Attn: Sydney G. Platzer, Esq.

Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3915
Attn: Ira L. Herman, Esq.
        Demetra L. Liggins, Esq.

Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499
Attn: Rhett G. Campbell, Esq.

Dewey & LeBoeuf, LLP
1301 Avenue of the Americas
New York, NY 10019
Attn: P. Bruce Wright, Esq.
        Elizabeth Page Smith, Esq.

Holland & Knight, LLP
195 Broadway
New York, NY 10007-3189
Attn: Peter A. Zisser, Esq.

Holland & Knight, LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
Attn: Richard E. Lear, Esq.

Stroock & Stroock & Lavan, LLP
179 Maiden Lane
New York, NY 10038
Attn: Mark A. Speiser, Esq.
        Sherry J. Millman, Esq.

Pepper Hamilton, LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Attn: Kay Standridge Kress, Esq.
        Deborah Kovsky-Apap, Esq.

Pepper Hamilton, LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276
Attn: Audrey D. Wisotsky, Esq.

Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
Attn: Israel Dahan, Esq.

Citibank, NA
399 Park Avenue
New York, NY 10043
Attn: Wafaa Orfy

The Bank of New York
One Canada Square
Canary Wharf, London E14
5AL
Attn: Raymond Morison

The Bank of New York
Mellon Corporation
101 Barclay Street
New York, NY 10286
Attn: Chris O'Mahoney

Aozora Bank, Ltd.
1-3-1 Kudan-Minami,
Chiyoda-ku, Tokyo, 102-8660
Attn: Koji Nomura
        Joint General Manager
        Financial Institutions Div.

Mizuho Corporate Bank, Ltd.
Corporate and Investment
Banking Department
1251 Avenue of the Americas, 32nd Floor
New York, NY 10020-1104
Attn: Timothy White
        Managing Director - Head of
        Originations

Citibank N.A.
388 Greenwich Street
New York, NY 10013
Attn : Michael Mauerstein
        Managing Director – Financial Institutions Group

BNP Paribas
787 7th Ave.
New York, NY 10019
Attn: Frank Sodano

Shinsei Bank Ltd.
1-8, Uchisaiwaicho 2-Chome
Chiyoda - Ku,
Tokyo 100-8501
Japan
Attn: Tetsuhiro Tomata
        General Manager - Financial Institutions
        Business Div. 2

Bank of Tokyo-Mitsubishi
UFJ Trust Company
1251 Avenue of the Americas
New York, New York 10020-1104
Attn: Stephen Small
        Vice President, Head of Financial Institutions

Sumitomo Mitsui Banking Corporation
277 Park Avenue
New York, NY 10172
Attn: Yas Imai
        Senior Vice President
        Head of Financial Institutions Group

Svenska Handelsbanken
153 E. 53rd St., 37th Floor
New York, NY 10022
Attn: Gail Doulgas

KBC Bank
125 W. 55th St.
New York, NY 10019
Attn: Denis Graham

Mizuho Corporate Bank Ltd.
Corporate and Investment
Banking Department
1251 Avenue of the Americas, 32nd Floor
New York, NY 10020-1104
Attn: Timothy White
        Managing Director - Head of  Originations

Shinkin Central Bank
3-7, Yaesu 1-chome, Chuo-Ku
Tokyo 104-0028, Japan
Attn:  Shuji Yamada
        Deputy General Manager
        Financial Institutions Dept.

The Bank of Nova Scotia
Singapore Branch
One Liberty Plaza
New York, New York 10006
Attn: George Neofitidis
        Director Financial Institutions Group

Chuo Mitsui Trust & Banking
3-33-1 Shiba, Minato-ku,
Tokyo, 105-0014
Attn: Noriyuki Tsumura

Lloyds Bank
1251 Avenue of the Americas, 39th Fl.
P.O. Box 4873
New York, NY 10163
Attn: Matthew Tuck

Hua Nan Commercial Bank, Ltd
38 Chung-King South Road
Section 1
Taipei, Taiwan

Bank of China, New York Branch
410 Madison Avenue
New York, NY 10017
Attn: William Warren Smith
        Chief Loan Officer, Deputy
        General Manager

Nippon Life Insurance Co.
1-6-6, Marunouchi, Chiyodaku,
Tokyo, 100-8288
Attn:  Takayuki Murai
        Deputy General Manager
        Corporate Finance Dept. #1

ANZ Banking Group
1177 Avenue of Americas
New York, NY 10036
Attn: Michael Halevi
        Director, Financial Institutions

Standard Chartered Bank
One Madison Avenue
New York, NY 10010 – 3603
Attn: Bill Hughes
        SVP-FIG

First Commercial Bank Co., Ltd.
New York Agency
750 3rd Avenue, 34th floor
New York, NY 10017
Attn: Jason C. Lee
        Deputy General Manager

Bank of Taiwan
New York Agency
100 Wall Street, 11th Floor
New York, NY 10005
Attn: Eunice S.J. Yeh
        Senior Vice President & General Manager

DnB NOR Bank ASA
Postal address: NO-0021
Oslo, Norway
Office: Stranden 21,
Aker Brygge
Attn: Rolf Nagel Dahl
        SVP International Financial Institutions

ANZ Banking Group
1177 Avenue of Americas
New York, NY 10036
Attn: Michael Halevi
        Director, Financial Institutions

Australia National Bank
1177 Avenue of Americas, 6th Floor
New York, NY 10036
Attn: Michael Halevi

National Australia Bank
245 Park Ave. 28th, Fl.
New York, NY 10167
Attn: Rosemarie O'Canto

Taipei Fubon Bank
New York Agency
100 Wall Street, 14th Floor
New York, NY 10005
Attn: Sophia J.H. Jing
      FVP & General Manager

Rock-Forty-Ninth LLC
c/o The Rockefeller Group
1221 Avenue of the Americas
New York, New York 10020
Attention: President
Attention: Secretary

Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205
Attn:   Harvey A. Strickon, Esq.

Law Offices Of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, Texas 75205
Attn:   Andrea Sheehan, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Attn:   James S. Carr, Esq.

Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Attn:   Frank F. McGinn, Esq.

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn:   Richard Levin, Esq.
      Robert H. Trust, Esq.

Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80166
Attn:   George Rosenberg, Esq.

Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street Suite 1600
Dallas, TX  75201
Attn:   Elizabeth Weller, Esq.

Wachtell, Libton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150
Attn:   Harold S. Novikoff, Esq.
        Richard G. Mason, Esq.
        Joshua A. Feltman, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   Deryck A. Palmer, Esq.
        John J. Rapisardi, Esq.
        George A. Davis, Esq.
        Gary D. Ticoll, Esq.

Mayer Brown LLP
1675 Broadway
New York, NY 10019
Attn:   Frederick D. Hyman, Esq.
        Amit Trehan, Esq.

Mayer Brown LLP
1675 Broadway
New York, NY 10019
Attn:   Brian Trust, Esq.
        Jeffrey G. Tougas, Esq.
        Amit Trehan, Esq.

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Attn:   Chester B. Salomon, Esq.
        Constantine D. Pourakis, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   Howard R. Hawkins, Jr. Esq.
         Ellen M. Halstead, Esq.

Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333
Attn:   James F. Wallack, Esq.
         Douglas B. Rosner, Esq.
         Gregory O. Kaden, Esq.

Shenwick & Associates
655 Third Avenue, 20th Floor
New York, New York 10017
Attn:   James H. Shenwick, Esq.

Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Attn:   Charles R. Ekberg, Esq.

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Attn:   Martin J. Bienenstock, Esq.
         Judy G.Z Liu, Esq.
         Timothy Q. Karcher, Esq.

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Attn:   Hollace T. Cohen, Esq.
         Paul H. Deutch, Esq.

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Attn:   Michael Rosenthal, Esq.

Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Attn:   Janet M. Weiss, Esq.

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Attn:   Michael B. Hopkins, Esq.
          Dianne F. Coffino, Esq.
          Amanda Raboy, Esq.

Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, New York 10022
Attn:   James J. McGinley, Esq.

Wilmington Trust FSB
8400 Normandale Lake Blvd., Suite 925
Bloomington, Minnesota 55437
Attn:   Julie J. Becker, Esq.

Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
Attn:   Paul A Rachmuth, Esq.

Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Attn:   Carren Shulman, Esq.
          Russell Reid, Esq.

Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Attn:   Edward J. LoBello, Esq.

Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Attn:   Sydney G. Platzer, Esq.

Thomas & Knight LLP
919 Third Avenue, 39th Floor
New York, New York 10022-3915
Attn:  Ira L. Herman
          Demetra L. Liggins

Thomas & Knight LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499
Attn:   Rhett G. Campbell

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Attn:   Chester B. Salomon, Esq.
          Constantine D. Pourakis, Esq.

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Attn:   P. Bruce Wright, Esq.
          Elizabeth Page Smith, Esq.

Holland & Knight LLP
195 Broadway
New York, NY 10007-3189
Attn:   Peter A. Zisser, Esq.

Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
Attn:   Richard E. Lear, Esq.

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Attn:   Mark A. Speiser, Esq.
          Sherry J. Millman, Esq.

PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Attn:   Kay Standridge Kress, Esq.
          Deborah Kovsky-Apap , Esq.

PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
Attn:   Audrey D. Wisotsky, Esq.

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Attn:   Israel Dahan, Esq.

Assistant General Counsel and Senior Vice President
Federal Reserve Bank of New York
33 Liberty Street
New York, New York 10045-0001
Attn:   Shari D. Leventhal, Esq.

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Attn:   Marc Abrams, Esq.
        Shelley Chapman, Esq.
        Benito Romano, Esq.

Normandy Hill Capital, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022
Attn:   Matthew A. Cantor, Esq.

Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112
Attn:   Daniel J. Flanigan, Esq.

Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192
Attn:  Joseph E. Shickich, Jr., Esq.

McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Attn:   Patrick L. Hayden, Esq.

McGUIREWOODS LLP
One James Center
901 East Cary Street
Attn:   Dion W. Hayes, Esq.

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096
Attn:   Eduardo J. Glas, Esq.

McCarter & English, LLP
Renaissance Centre
405 North King Street
Wilmington, DE 19801
Attn:   Katharine L. Mayer, Esq.

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Attn:   Thomas R. Slome, Esq.

Russin, Vecchi, Berg & Bernstein LLP
380 Lexington Avenue, Suite 1518
New York, NY 10168
Attn:   J. Fred Berg, Jr., Esq.

Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Attn:   Michael J. Edelman, Esq.

Pursuit Partners
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902
Attn:   Lisa Roberts, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn:   Keith A. Simon, Esq.

Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Attn:   David S. Heller, Esq.
        J. Douglas Bacon, Esq.

Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
Attn:   My Chi To, Esq.
        Maureen Cronin, Esq.

CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112
Attn:   Howard Seife, Esq.
        David LeMay Esq.
        Andrew Rosenblatt, Esq.

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Attn:   Martin J. Bienenstock, Esq.
        Irena M. Goldstein, Esq.
        William C. Heuer, Esq.

Internal Revenue Service
290 Broadway
New York, NY 10007
Attn: Notice of Appearance for Lehman Brothers Official Creditors' Committee

Hughes Hubbard
One Battery Park Plaza
New York, N.Y. 10004-1482
Attn:   James W. Giddens, Esq.
        James B. Kobak, Jr., Esq.
        Christopher K. Kiplok, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:   James L. Bromley
        Lindsee P. Granfield
        Lisa M. Schweitzer

Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Attn:   Frank F. McGinn

Bank of Taiwan
100 Wall Street
11th Floor
New York, NY 10005
Attn:   Notice of Appearance for Lehman Brothers Official Creditors' Committee

Office of the General Counsel
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581
Attn:   Terry Arbit
        Robert B. Wasserman

Securities Investor Protection Corporation
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215
Attn:   Josephine Wang
        Steve Harbeck

United States Attorney Office
86 Chambers Street
New York, NY  10007
Attn:   Danna Drori

Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Attn:   Brian V. Breheny
        Alexander F. Cohen
        Bonnie L. Gauch
        John W. White
        Nicholas P. Panos

Securities and Exchange Commission
NY Regional Office
3 World Financial Center
Room 437
New York, NY 10281-1022
Attn:   Neil Jacobson

Och-Ziff Capital Management Group
9 West 57th Street
New York, NY 10019
Attn:    Joel M. Frank
         Jeffrey C. Blockinger
         Julie E. Siegel
         Kenneth L. Rubin
         Andrew B. Hutchinson