IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re:                                          )    CHAPTER 11
                                                )
LEHMAN BROTHERS HOLDINGS INC.   )    CASE NO.    08-13555(JMP)
                        Debtor.                 )
---------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 26, 2008, a Notice of Appearance and Request for Service of Papers (the "Filing") was filed on behalf of WSG Development Company electronically via the Court's CM/ECF System. Electronic notice of said Filing was provided via the Court's CM/ECF System to all parties able to receive electronic notice, as indicated in the Notice of Electronic Filing. Such parties may access the Filing through the Court's CM/ECF System. The undersigned further certifies that copies of the Filing were served via first class mail, postage prepaid, on this 26th day of September, 2008, to those parties not able to receive electronic notice, as indicated on the Notice of Electronic Filing and on the attached service list.

Dated: New York, New York
       September 26, 2008

                                PRYOR CASHMAN LLP

                        By:    /s/ *Robert M. Fleischer*
                                Robert M. Fleischer (RF-9099)
                                Mark R. Jacobs (MJ-6248)
                                David C. Rose (DR-7876)
                                410 Park Avenue
                                New York, New York  10022
                                Tel:    (212) 326-0485
                                Fax:    (212) 798-6352
                                Email: rfleischer@pryorcashman.com
                                        mjacobs@pryorcashman.com
                                        drose@pryorcashman.com
                                Attorneys for WSG Development Company

**Service List:**

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Kenneth J. Caputo
805 Fifteenth Street, NW
Washington, DC 2005-2207

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

c/o Lehman Brothers Holdings Inc.
Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

Christopher Combest
Quarles & Brady
500 W. Madison Street, Suite 3700
Chicago, IL 60661

Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606-6677

Dion W. Hayes
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219-4030

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld
590 Madison Avenue
New York, NY 10022

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Neal S. Mann
New York State Atty. General's Office
120 Broadway, 24th Floor
New York, NY 10271

Milbank, Tweed, Hadley & McCloy
1 Chase Manhattan Plaza
New York, NY 10005

James H. Shenwick
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Scott Talmadge
Kaye Scholer, LLP
425 Park Avneue
New York, NY 10022

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004