CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Howard R. Hawkins, Jr., Esq.
Hanh V. Huynh, Esq.
Ellen M. Halstead, Esq.
*Special Counsel for Credit Suisse*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Howard R. Hawkins Jr. (the "Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Cadwalader Wickersham & Taft LLP ("Cadwalader"), hereby moves this Court to enter an order permitting Mark C. Ellenberg to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case. In support thereof, the Movant respectfully represents as follows:

Mr. Ellenberg is a partner with Cadwalader, a member in good standing of the Bar of the District of Columbia, and is admitted to practice in the United States District Court for the District of Columbia. Mr. Ellenberg agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice* in this Chapter 11 case. Mr. Ellenberg's address is:

Cadwalader Wickersham & Taft LLP, 1201 F. Street, N.W. Suite 1100, Washington, DC 20004.

Mr. Ellenberg's e-mail address is mark.ellenberg@cwt.com and his telephone number is (202) 862-2200.

WHEREFORE, the Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated:   New York, New York
         September 26, 2008

                                                 CADWALADER, WICKERSHAM & TAFT LLP

                                                 /s/ *Howard R. Hawkins, Jr.*
                                                 Howard R. Hawkins Jr., Esq.
                                                 One World Financial Center
                                                 New York, New York  10281
                                                 Telephone:  (212) 504-6000
                                                 Facsimile:  (212) 504-6666

                                                 - and -

                                                 Mark C. Ellenberg, Esq.
                                                 1201 F Street N.W., Suite 1100
                                                 Washington, DC  20004
                                                 Telephone:  (202) 862-2200
                                                 Facsimile:  (202) 862-2400

                                               *Special Counsel for Credit Suisse*