HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*pro hac vice* admission pending)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc. and*
*Gensler Architecture, Design & Planning, P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Manhattan)

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS

PLEASE TAKE NOTICE that Holme Roberts & Owen LLP through one of its attorneys, Bradford E. Dempsey, enters its appearance on behalf of

**M. Arthur Gensler Jr. & Associates, Inc.**
**and**
**Gensler Architecture, Design & Planning, P.C.**

(the "Creditor"), creditors and parties-in-interest herein. Pursuant to Rules 9010 and 2002(g), Fed. R. Bankr. P., the undersigned hereby and requests that copies of including, but not limited to, all notices, pleadings, motions, applications, responses, objections, complaints, all papers and notices filed in adversary proceedings in this case, financial reports, plans of reorganization, schedules, statements of affairs and other documents filed and/or served in this case be sent to or served upon:

Bradford E. Dempsey, Esq.
Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

#1361292 v1 den

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any rights including: (i) the Creditor's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the Creditor's right to a jury trial in any proceeding; (iii) the Creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention; or (iv) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Creditor is or may be entitled under any agreements, in law or in equity, all of which rights claims, actions, defenses, reclamations, setoffs, and recoupments these creditors expressly reserves. The Creditor does not, by this Entry of Appearance, Request for Notice and Reservation of Rights, submit to the jurisdiction of this Court, or any other Court, in this case.

Dated this 26th day of September, 2008.

By:           /s/ Bradford E. Dempsey
              Bradford E. Dempsey (#30160)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

Attorneys for *for M. Arthur Gensler Jr. & Associates, Inc. and Gensler Architecture, Design & Planning, P.C.*