HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*pro hac vice* admission pending)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc. and
Gensler Architecture, Design & Planning, P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Manhattan)

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

CERTIFICATE OF SERVICE

    I hereby certify that on September 26, 2008, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS** was placed in the United States Mail, postage pre-paid, addressed to the following:

Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Shai Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

#1361292 v1 den

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzon
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

/s/ Bradford E. Dempsey
Bradford E. Dempsey (CO #30160)
(*pro hac vice* admission pending)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

#1361292 v1 den