**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) SS:
COUNTY OF NEW YORK )

Yolanda Perez, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2. That on the 26th day of September, 2008, I caused to be served by First Class mail a true copy of the **Notice of Hearing and** *Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc., together with Schedule A and Exhibits 1 through 5* upon those parties listed on the attached Service List A.

3. That on the 26th day of September, 2008, I caused to be served by electronic transmission a true copy of the **Notice of Hearing and** *Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc., together with Schedule A and Exhibits 1 through 5* upon those parties listed on the attached Service List B.

/s/Yolanda Perez
Yolanda Perez

Sworn to before me this
26th day of September, 2008

/s/Patricia A. Wright
Notary Public, State of New York
No. 4901229
Qualified in New York County
Commission Expires on July 27, 2009

A/72666231.1

## Service List A

WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY  10153
Attn:  Richard P. Krasnow, Esq.
     Lori R. Fife, Esq.
     Shai Y. Waisman, Esq.
     Jacqueline Marcus, Esq.

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Attn:  Robinson B. Lacy, Esq.
     Hydee R. Feldstein, Esq.

THE OFFICE OF THE UNITED STATES TRUSTEE
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:  Andy Velez-Rivera
     Paul Schwartzberg
     Brian Masumoto
     Linda Rifkin
     Tracy Hope Davis

ARENT FOX LLP
1675 Broadway
New York, NY  10019
Attention:  Robert M. Hirsh
     George P. Angelich

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:  Dennis F. Dunne, Esq.
     Dennis O'Donnell, Esq.

ARMSTRONG TEASDALE LLP
One Metropolitan Square, Suite 2600
St. Louis, MO  63102-2740
Attention:  Steven N. Cousins, Esq.
     Susan K. Ehlers, Esq.

CLEARY GOTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006
Attn:  Lindsee P. Granfield, Esq.
     Lisa Schweiger, Esq.

BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Attention:  Frank F. McGinn

A/72666231.1

BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Attention:  Edward J. LoBello, Esq.

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Attention:  Michael B. Hopkins, Esq.
             Dianne F. Coffino, Esq.
             Amanda Raboy, Esq.

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Attention: Deryck A. Palmer, Esq.
           John J. Rapisardi, Esq.
           George A. Davis, Esq.
           Gary D. Ticoll, Esq.
           Howard R. Hawkins, Esq.
           Ellen M. Halstead, Esq.
           Israel Dahan, Esq.
           Hanh V. Huynh, Esq.

CRAVATH, SWAINE & MOORE LLLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Attention:  Richard Levin, Esq.
             Robert H. Trust, Esq.

CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10012
Attention:  Howard Seife
             David M. LeMay
             Andrew Rosenblatt

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
Attention:  My Chi To, Esq.
             Maureen Cronin, Esq.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL  60603
Attn:  James E. Spiotto
       Ann E. Acker
       Franklin H. Top, III
       James Heiser

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY  10019
Attention: Martin J. Bienenstock, Esq.
           Judy G.Z. Liu, Esq.
           Timothy Q. Karcher, Esq.
           P. Bruce Wright, Esq.
           Elizabeth Page Smith, Esq.
           Irena M. Goldstein, Esq.
           William C. Heuer, Esq.

-3-

| | |
|---|---|
| FEDERAL RESERVE BANK OF NEW YORK<br>33 Liberty Street<br>New York, NY 10045-001<br>Attention: Shari D. Leventhal | GODFREY & KAHN, S.C.<br>780 North Water Street<br>Milwaukee, WI 53202<br>Attn: Timothy F. Nixon, Esq. |
| FILARDI LAW OFFICES LLC<br>65 Trumbull Street<br>Second Floor<br>New Haven, CT 06510<br>Attention: Charles J. Filardi, Jr. | GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>Attention: James F. Wallack, Esq.<br>Douglas B. Rosner, Esq.<br>Gregory O. Kaden, Esq. |
| FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Attention: Aaron L. Hammer, Esq.<br>Devon J. Eggert, Esq. | GREEN TREE SERVICING LLC<br>345 St. Peter Street<br>1100 Landmark Towers<br>Saint Paul, MN 55102+1639<br>Attention: Brian Corey |
| GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10016<br>Attention: Michael A. Rosenthal, Esq.<br>Janet M. Weiss, Esq. | HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, NY 10022<br>Attention: Walter Benzija, Esq.<br>Julie D. Dyas, Esq. |

HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Attention: Peter A. Zisser, Esq.

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Attention: James S. Carr, Esq.

HOLLAND & KNIGHT
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006
Attention: Richard E. Lear, Esq.

KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Attention: Michael S. Kim
           Robert W. Henoch
           Andrew C. Lourie
           Steven W. Perlstein
           Ian N. Levy

KATHRYN SHROEDER
ARAPAHOE COUNTY ATTORNEY
Arapahoe County
5334 S. Prince Street
Littleton, CO 80166
Attention: George Rosenberg

LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338
Attention: Charles R. Ekberg

KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Attention: Madlyn Gleich Primoff
           Scott D. Talmadge

LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
Attention: Keith A. Simon

| | |
|---|---|
| LATHAM & WATKINS<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL  60606<br>Attention:  David S. Heller<br>             J. Douglas Bacon | LOWENSTEIN SANDLER PC<br>1251 Avenue of the Americas, 18th Floor<br>New York, NY  10020<br>Attention:  Ira M. Levee |
| LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 N. Central Expressway<br>Dallas, TX  75205<br>Attention:  Andrea Sheehan, Esq. | LOWENSTEIN SANDLER PC<br>65 Livingston Avenue<br>Roseland, New Jersey  07068<br>Attention:  Ira M. Levee<br>             Kenneth A. Rosen, Esq.<br>             Vincent A. D'Agostino, Esq.<br>             Eric H. Horn |
| LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX  75201<br>Attention:  John P. Dillman<br>             Elizabeth Weller | MAYER BROWN LLP<br>1675 Broadway<br>New York, NY  10019<br>Attention:  Frederick D. Hyman, Esq.<br>             Amit Trehan, Esq.<br>             Brian Trust, Esq.<br>             Jeffrey G. Tougas, Esq.<br>             Antonia Golianopoulos, Esq. |
| LINEBARGER GOGGAN<br>BLAIR & SAMPSON, LLP<br>1949 South I.H. 35<br>P.O. Box 17428<br>Austin, TX  78760<br>Attention:  Diane W. Sanders | MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606<br>Attention:  Thomas S. Kiriakos, Esq.<br>             Melissa A. Mickey, Esq. |

McCARTER & ENGLISH, LLP  
Renaissance Centre  
405 North King Street  
Wilmington, DE 19801  
Attention: Katharine L. Mayer, Esq.

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.  
990 Stewart Avenue, Suite 300  
P.O. Box 9194  
Garden City, NY 11530  
Attention: Thomas R. Slome

McCARTER & ENGLISH, LLP  
Four Gateway Center  
100 Mulberry Street  
P.O. Box 652  
Newark, NJ 07101-0652  
Attention: Eduardo J. Glas

MORGAN, LEWIS & BOCKIUS LLP  
101 Park Avenue  
New York, NY 10178  
Attention: Howard S. Beltzer, Esq.

McGUIRE WOODS LLP  
One James Center  
901 East Cary Street  
Richmond, VA 23219  
Attention: Dion W. Hayes

MUNSCH HARDT KOPF & HARR, P.C.  
One American Center  
600 Congress Avenue, Suite 2900  
Austin, TX 78701-3057  
Attention: Russell L. Munsch

McGUIRE WOODS LLP  
1345 Avenue of the Americas  
Seventh Floor  
New York, NY 10105  
Attention: Patrick L. Hayden

MUNSCH HARDT KOPF & HARR, P.C.  
3800 Lincoln Plaza  
500 North Akard Street  
Dallas, TX 75201-6659  
Attention: Kevin M. Lippman

A/72666231.1

NORMANDY HILL CAPITAL, L.P.
150 East 52nd Street, 10th Floor
New York, NY  10022
Attention:  Matthew A. Cantor, Esq.

PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MU  48243-1157
Attention:  Kay Standridge Kress
            Deborah Kovsky-Apap

OFFICE OF THRIFT SUPERVISION
1700 G Street, N.W.
Washington, DC  20552
Attention:  Dirk S. Roberts

PLATZER, SWERGOLD, KARLIN, LEVINE
GOLDBERG & JASLOW, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY  10018
Attention:  Sydney G. Platzer, Esq.

OFFICE OF THRIFT SUPERVISION
Harborside Financial Center Plaza Five
Jersey City, NJ  07311
Attention:  Martin Jefferson Davis

POLSINELLI SHALTON
FLANIGAN SUELTHAUS PC
7 Penn Plaza, Suite 600
New York, NY  10001
Attention:  Daniel J. Flanigan
            James E. Bird

PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY  10022-3205
Attention:  Harvey A. Strickon

POLSINELLI SHALTON
FLANIGAN SUELTHAUS PC
222 Delaware Avenue, Suite 1101
Wilmington, DE  19801
Attention:  Christopher A. Ward

A/72666231.1

-8-

| | |
|---|---|
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>700 W. 47th Street, Suite 1000<br>Kansas City, MO  64112<br>Attention:  Daniel J. Flanigan | REED SMITH LLP<br>1201 N. Market Street<br>Suite 1500<br>Wilmington, DE  19801<br>Attn:  Kurt F. Gwynne, Esq.<br>         J. Cory Falgowski, Esq. |
| PRYOR CASHMAN LLP<br>410 Park Avenue<br>New York, NY  10022<br>Attention:  Robert M. Fleischer<br>         Mark R. Jacobs<br>         David C. Rose | RIDDELL WILLIAMS P.S.<br>1001 - 4th Avenue, Suite 4500<br>Seattle, WA  98154-1192<br>Attention:  Joseph E. Shickich, Jr. |
| RABINOWITZ, LUBETKIN & TULLY, L.L.C<br>293 Eisenhower Parkway, Suite 100<br>Livingston, NJ<br>Attention:  Jonathan I. Rabinowitz | SATTERLEE STEPHENS BURKE & BURK<br>230 Park Avenue<br>New York, NY  10169<br>Attention:  Christopher R. Belmonte<br>         Timothy T. Brock<br>         Pamela A. Bosswick<br>         Abigail Snow |
| REED SMITH LLP<br>599 Lexington Avenue<br>New York, NY  10022<br>Attention:  Paul A. Rachmuth, Esq.<br>         Luma Al-Shibib, Esq. | SALANS<br>620 Fifth Avenue<br>New York, NY  10020<br>Attention:  Claude Montgomery, Esq.<br>         Lee P. Whidden, Esq. |

A/72666231.1

-9-

| | |
|---|---|
| SHENWICK & ASSOCIATES<br>655 Third Avenue, 20th Floor<br>New York, NY  10017<br>Attention:  James H. Shenwick, Esq. | The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>1251 Avenue of the Americas<br>New York, NY  10020-1104<br>Attn:  Monique L. Morreale, Esq. |
| SHEPPARD, MULLIN,<br>RICHTER & HAMPTON, LLP<br>30 Rockefeller Plaza, 24th Floor<br>New York, NY  10112<br>Attention:  Carren Shulman, Esq.<br>            Russel Reid, Esq. | THE WILSON LAW FIRM, P.C.<br>Atlanta Plaza, Suite 3250<br>950 East Paces Ferry Road<br>Atlanta, GA  30326<br>Attention:  L. Matt Wilson, Esq. |
| STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY  10022<br>Attention:  Chester B. Salomon, Esq.<br>            Constantine D. Pourakis, Esq. | THOMPSON & KNIGHT LLP<br>919 Third Avenue, 39th Floor<br>New York, NY  10022-3915<br>Attention:  Ira L. Herman<br>            Demetra L. Liggins |
| STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY  10038<br>Attention:  Mark A. Speiser<br>            Sherry J. Millman | THOMPSON & KNIGHT LLP<br>333 Clay Street, Suite 3300<br>Houston, TX  77002-4499<br>Attention:  Rhett G. Campbell |

A/72666231.1

| | |
|---|---|
| TROUTMAN SANDERS LLP<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Attention: Hollace T. Cohen, Esq.<br>              Paul H. Deutch, Esq. | WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166-4193<br>Attn: Carey D. Schreiber |
| VEDDER PRICE P.C.<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Attention: Michael J. Edelman<br>              Erin Zavalkoff-Babej | WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601<br>Attn: Daniel J. McGuire<br>         Myja K. Kjaer |
| WACHTELL, LIPTON, ROSEN & KATZ<br>51 West 52nd Street<br>New York, NY 10019-6150<br>Attention: Harold S. Novikoff, Esq.<br>              Richard G. Mason, Esq.<br>              Joshua A. Feltman, Esq.<br>              Amy Wolf, Esq. | WOLFF & SAMSON PC<br>The Offices At Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052<br>Attention: David N. Ravin, Esq.<br>              Robert E. Nies, Esq. |
| WILLKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Attention: Marc Abrams, Esq.<br>              Shelley Chapman, Esq.<br>              Benito Romano, Esq. | |

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY  10022-2524<br>Attn:  Michael S. Stamer<br>        Philip C. Dublin<br>        Meredith A. Lahaie | CUMMINGS & LOCKWOOD LLC<br>Six Landmark Square<br>Stamford, CT 06901<br>Attn: John F. Carberry |
| ANDREW M. CUOMO<br>Attorney General of the  State of NY<br>Attorney for The NY State Dept. of<br>  Taxation and Finance<br>120 Broadway - 24th Floor<br>New York, NY  10271<br>Attn:  Neal S. Mann<br>        Assistant Attorney General | DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn:  Karen E. Wagner<br>        Abraham Gesser<br>        James I. McClammy |
| ARNALL GOLDEN GREGORY LLP<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031<br>Attn:  Darryl S. Laddin<br>        Frank N. White | DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, NJ  07932-1047<br>Attn:  Robert K. Malone, Esq.<br>        Douglas J. McGill, Esq. |
| CADWALADER, WICKERSHAM & TAFT LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, DC  20004<br>Attn:  Mark C. Ellenberg | FEDERAL HOME LOAN MORTGAGE<br>  CORPORATION<br>8200 Jones Branch Drive – MS202<br>McLean, Virgina 22102<br>Attn:  George Kielman<br>        Associate General Counsel for Litigatio |

A/72666231.1

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
Attn: David M. Friedman, Esq.
David S. Rosner, Esq.
Andrew K. Glenn, Esq.

TISHMAN SPEYER PROPERTIES, L.P.
45 Rockefeller Plaza
New York, NY 10111
Attn: Michael Benner, Esq.
Ann Menard, Esq.
Bradley Turk, Esq.
Ned Bannon

NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022
Attn: Christopher M. Desiderio

VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103
Attn: Dov Kleiner, Esq.

NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110
Attn: Amanda Darwin

CONTRARIAN CAPITAL MANAGEMENT
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830
Attn: Ethan Schwartz

SHEAK KORZUN, P.C.
1 Washington Crossing Road
Pennington, NJ 08534
Attn: Timothy J. Korzun, Esq.

WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Attn: Philip John Nichols

A/72666231.1

-13-

| | |
|---|---|
| WHITE & CASE LLP<br>Wachovia Financial Center<br>Suite 4900<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Attn: Thomas E. MacWright Jr.<br>      Aileen Venes | MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Attn: John A. Pintarelli, Esq.<br>      Jordan A. Wishnew, Esq. |
| Brookfield Properties One WFC Co. LLC<br>Vice President, Leasing Counsel<br>New York Region<br>Three World Financial Center<br>200 Vesey Street<br>New York, NY 10281-1021<br>Attn: Monica Lawless | HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219<br>Attn: J.R. Smith<br>      Jason W. Harbour |

## SERVICE LIST B

LMarinuzzi@mofo.com; masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp;

A/72666231.1