HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc. and
Gensler Architecture, Design & Planning, P.C.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(Manhattan)

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Bradford E. Dempsey, a member in good standing of the bar of the State of Colorado and, the bar of the United States District Court for the District of Colorado, request admission, *pro hac vice*, before the Honorable James M. Peck in the above-referenced case.

Mailing address:  Holme Roberts & Owen LLP, 1700 Lincoln Street
Suite 4100, Denver, CO 80203
E-mail address:  brad.dempsey@hro.com; telephone number :(303) 861-7000.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: September 26, 2008                              /s/ Bradford E. Dempsey
Denver, Colorado

### ORDER

**ORDERED**,
that Bradford E. Dempsey, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2008          /s/_____
_____, New York                    United States Bankruptcy Judge