BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin
Ronald J. Silverman
Steven Wilamowsky
399 Park Avenue
New York, NY 10022-4689
Tel:  212-705-7000
Fax:  212-752-5378

-and-

P. Sabin Willett (*pro hac vice*)
Rheba Rutkowski (*pro hac vice*)
One Federal Street
Boston, MA 02110-1726
Tel: 617-951-8000
Fax:  617-951-8736

Counsel to Harbinger Capital Partners Special Situations
Fund L.P., Harbinger Capital Partners Master Fund I, Ltd.
(f/k/a Harbert Distressed Investment Master Fund Ltd.),
UBS Financial Services Inc., UBS International Inc.,
UBS Financial Services Incorporated of Puerto Rico
and Deutsche Bank Securities Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AMENDED VERIFIED STATEMENT OF BINGHAM McCUTCHEN LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Bingham McCutchen LLP ("Bingham") makes the following disclosure in connection with the chapter 11 cases (the "Cases") of Lehman Brothers Holdings, Inc., LB 745, LLC and PAMI Statler Arms LLC (the "Debtors"):

1.     Bingham represents the entities listed on Exhibit A hereto (the "Entities") who

A/72666276.1

may hold claims against and/or interests in the Debtors arising out of applicable agreements, law, or equity pursuant to their respective relationships with the Debtors:

2.  Bingham represented each of the Entities prior to the Debtors' Cases. Each of the Entities separately requested that Bingham represent them in connection with the Cases.

3.  Upon information and belief, Bingham does not currently possess and has not possessed in the past any claims against or interests in any Debtor.

Dated: New York, New York
September 26, 2008

              BINGHAM McCUTCHEN LLP

            By: /s/ Ronald J. Silverman
              Jeffrey S. Sabin
              Ronald J. Silverman
              Steven Wilamowsky
              399 Park Avenue
              New York, NY 10022-4689
              Tel: 212-705-7000
              Fax: 212-752-5378

              -and-

              P. Sabin Willett (*pro hac vice*)
              Rheba Rutkowski (*pro hac vice*)
              One Federal Street
              Boston, MA 02110-1726
              Tel: 617-951-8000
              Fax: 617-951-8736

# Exhibit A

Harbinger Capital Partners Special Situations Fund L.P.
555 Madison Avenue, 16th Floor
New York, NY 10022

Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)
555 Madison Avenue, 16th Floor
New York, NY 10022

UBS Financial Services Inc.
1285 Avenue of the Americas
New York, NY 10019

UBS International Inc.
1285 Avenue of the Americas
New York, NY 10019

UBS Financial Services Incorporated of Puerto Rico
1285 Avenue of the Americas
New York, NY 10019

Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005