# **EXHIBIT B**

## John Murray

**From:** Tim Hodgson
**Sent:** Monday, June 16, 2008 11:03 AM
**To:** John Murray
**Subject:** FW: TRADE DETAILS W/ LEHMAN/FBR GROUP

-----Original Message-----
From: TIMOTHY HODGSON, FRIEDMAN BILLINGS RA [mailto:thodgson2@bloomberg.net]
Sent: Tuesday, June 10, 2008 1:59 PM
To: Tim Hodgson
Subject: TRADE DETAILS W/ LEHMAN/FBR GROUP

--- Original Sender: WILLIAM LEICHT, LEHMAN BROTHERS, INC ---

TRADE DETAILS W/ LEHMAN/FBR GROUP

Leh Sells:  250mm PRLM LB-691 CF (L+85, 7cap off IO 6.5s)

          @ 99-29⅞ (87dm) for 6/30 settle


Leh agrees to finance the bond for 6 months at a spread of:
1ML-5bps
7% Haircut
monthly reset / interest clean-ups


------------------------------------------------------------------------
FBR may monitor and record all messages. This message is foryour information only and is
not a solicitation, recommendation or offer to buy or sell any security mentioned. Orders
and instructions are not binding until an agent of FBRC confirms receipt. Unless otherwise
indicated, the views expressed are the sender's and may differ from those of FBRC research
or others in the firm. This message may refer to a research publication. For research
reports and important disclosures, contact the sender. FBRC or it's affiliates may provide
advice or may from time to time acquire, hold or sell a position in the securities
mentioned therein.

1