# **EXHIBIT C**



**Via E-Mail, Telecopier, Fed Ex**

September 22, 2008

Lehman Brothers
745 Seventh Avenue, 19th Floor
New York, New York 10019
Attn: Robert Guglielmo
Fax: 212/526-7672

               Re:    Master Repurchase Agreement

Dear Ladies and Gentlemen:

Friedman, Billings, Ramsey Group, Inc. ("FBR") is a party to that certain Master Repurchase Agreement dated as of August 15, 2007 (the "Agreement") with Lehman Brothers, Inc. ("LBI") and Lehman Commercial Paper, Inc. Capitalized terms used herein shall have the meanings set forth in the Agreement. We have been informed that the Securities Investors Protection Corporation has commenced a proceeding against LBI which is now before the United States Bankruptcy Court for the Southern District of New York. As you know, under the Agreement, such an action constitutes an "Act of Insolvency" which, in turns, constitutes an immediate Event of Default under the Agreement. As the non-defaulting party under the Agreement, FBR has been deemed to have declared an Event of Default and the Repurchase Date for the pending Transaction shall be deemed to have occurred.

This notice is to inform you that FBR will be tendering the Repurchase Price tomorrow and demands that LBI immediately deliver to FBR all Purchased Securities.

We thank you for your cooperation. If you have any questions, please do not hesitate to contact the undersigned.

Best Regards,

*[signature]*

Brian J. Bowers
Chief Investment Officer

Friedman, Billings, Ramsey Group, Inc.
1001 Nineteenth Street North
Arlington, Virginia 22209
703.312.9500
www.fbr.com