# **<u>EXHIBIT E</u>**

**From:** Frelinghuysen, Anson [mailto:frelingh@hugheshubbard.com]
**Sent:** Tuesday, September 23, 2008 8:25 PM
**To:** Smith, J. R.; Kobak, James B.
**Subject:** RE: FBR CUSIP Number

J.R.,

Thank you for following-up on this matter. We are currently unable to respond to your individual request. Your account will be handled in the regular course of the SIPA liquidation.

Your client should take whatever actions with respect to the property and account it feels will best mitigate its damages.

Regards,

Anson