**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
(212) 209-4800
Daniel J. Saval (DS-2437)

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA  02111
(617) 856-8200
Todd A. Feinsmith (TF-1866)
Thomas H. Montgomery (TM-7183)

*Counsel to Altova, Inc. and Altova GmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
In re:                                                          :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :    Case No. 08-13555 (JMP)
                                                                :
                    Debtors.                              :
                                                                :
---------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Thomas H. Montgomery, a member in good standing of the bar in the Commonwealth of Massachusetts, request admission ***pro hac vice*** before the Honorable James M. Peck, to represent Altova, Inc. as described in the Objection of Altova, Inc. and Altova GmbH to Cure Amounts and Other Information Included on the Debtors' List of IT Closing Date Contracts in Accordance With the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, as filed with the Court on September 26, 2008 in the above-referenced case.  My office and email addresses, and my telephone and fax numbers are:

Thomas H. Montgomery, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8200 Telephone
(617) 856-8201 Facsimile
tmontgomery@brownrudnick.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice ***pro hac vice***.

Dated:  September 26, 2008
Boston, Massachusetts

      /s/ Thomas H. Montgomery, Esq.
      Thomas H. Montgomery

**ORDERED,**

That Thomas H. Montgomery, Esq., is admitted to practice ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court of New York, subject to payment of the filing fee.

Dated: _____
       New York, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE

#1600156