Hearing Date: October 2, 2008 at 3 p.m.
Objection Deadline: October 1, 2008 at 4 p.m.

James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### JOINDER IN DEBTORS' MOTION PURSUANT TO SECTIONS 105, 365 AND 554(a) OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OR REJECTION OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES OF PERSONAL AND NON-RESIDENTIAL REAL PROPERTY AND ABANDONMENT OF RELATED PERSONAL PROPERTY

James W. Giddens (the "Trustee"), as Trustee for the SIPA Liquidation of Lehman Brothers Inc. (Adversary Proceeding No. 08-1420 (JMP)), by his undersigned counsel, hereby joins in the motion, docket number 376, filed by Lehman Brothers Holdings Inc. *et al.*, seeking entry of an order, pursuant to sections 105, 365, and 554(a) of the Bankruptcy Code to establish procedures for the assumption and assignment or rejection of executory contracts and unexpired leases of personal and non-residential real property and abandonment of related personal property (the "Motion").

The Trustee supports the procedures proposed in the Motion, which are designed to provide rapid and efficient resolution of issues related to assumption and assignment of executory contracts and required cure amounts. The Trustee further believes that, to the extent practicable, procedures in the Chapter 11 cases and the SIPA liquidation proceeding relating to Lehman should be consistent, and will accordingly seek in the SIPA proceeding an order adopting and incorporating by reference the procedures adopted by the Court pursuant to the present Motion.

WHEREFORE, the Trustee (i) respectfully requests approval of the Motion and all relief contained therein; and (ii) such other and further relief that is just and proper.

Dated:   New York, New York
         September 26, 2008

HUGHES HUBBARD & REED LLP

By: _____
    James B. Kobak, Jr.
    David W. Wiltenburg
    Christopher K. Kiplok
    Jeffrey S. Margolin
    One Battery Park Plaza
    New York, New York 10004
    Telephone: (212) 837-6000
    Facsimile: (212) 422-4726
    Email: kobak@hugheshubbard.com

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

2

60403247_1.DOC