# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000070489 | Jul-28-2008 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Nuzzela, Danielle | 1 201 499 2721 | | USD |

**Vendor:** 0000054889
ALTOVA, INC.
900 CUMMINGS CENTER
SUITE 314-T
BEVERLY MA 01915

**Ship To:** 70HXXVSOFT
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt? N    Tax Exempt ID:                      Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | SE+M1-I500<br>XMLSPY ENTERPRISE EDITION PACK OF<br>500 - MAINTENANCE RENEWAL<br>000000000090009038 | ALTOVA | 1.00 PK | 81,750.00 | 81,750.00 | Aug-11-2008 |
| | | | Schedule Total | | 81,750.00 | |
| | | | Item Total | | 81,750.00 | |
| 2- 1 | SE+M1-I100<br>XMLSPY ENTERPRISE EDITION PACK OF<br>100-MAINTENANCE RENEWAL<br>000000000090009023 | ALTOVA | 1.00 PK | 19,075.00 | 19,075.00 | Aug-11-2008 |
| | | | Schedule Total | | 19,075.00 | |
| | | | Item Total | | 19,075.00 | |
| 3- 1 | SE+M1-I020<br>XMLSPY ENTERPRISE EDITION PACK OF<br>20-MAINTENANCE RENEWAL<br>000000000090009022 | ALTOVA | 2.00 PK | 4,522.50 | 9,045.00 | Aug-11-2008 |
| | | | Schedule Total | | 9,045.00 | |
| | | | Item Total | | 9,045.00 | |
| 4- 1 | SE+M1-I005<br>XMLSPY ENTERPRISE EDITION PACK OF<br>5 - MAINTENANCE RENEWAL<br>000000000090009016 | ALTOVA | 1.00 PK | 1,272.50 | 1,272.50 | Aug-11-2008 |
| | | | Schedule Total | | 1,272.50 | |
| | | | Item Total | | 1,272.50 | |
| | | | **Total PO Amount** | | **111,142.50** | |

PURCHASE ORDER TERMS AND CONDITIONS
ACCEPTANCE; TERM; TERMINATION -- These terms and conditions (the "T&Cs") constitute Customer's
acceptance of Supplier's offer (the "Offer," together with the T&Cs, the "Order") to sell and/or
license products and/or services, as applicable, to the Customer identified in this Order. Customer'
s acceptance of this Order is expressly subject to the terms and conditions contained herein, unless
otherwise expressly agreed to in a writing signed by Customer pursuant to the Section titled
"Miscellaneous" below. If ongoing services are to be provided pursuant to this Order, the term of
such services shall be one year unless otherwise specified in the T&Cs or in a writing signed by the
parties. Customer may renew services under the same T&Cs at any time by providing written notice to
Supplier for subsequent one-year terms unless Supplier provides notice of non-renewal to Customer no
later than sixty days prior to the end of the then-current term. If neither party gives notice of
renewal or non-renewal, upon the expiration of the term, this Order shall continue month-to-month
under these T&Cs.

FEES -- Invoices shall be sent to Customer's address set forth in this Order. Undisputed invoices

TERMS [handwritten, illegible]

Signature not required on emailed POs

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000070489 | Jul-28-2008 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | | Phone | Currency |
| Nuzzela, Danielle | | 1 201 499 2721 | USD |

**Vendor:** 0000054889
ALTOVA, INC.
900 CUMMINGS CENTER
SUITE 314-T
BEVERLY MA 01915

**Ship To:**   70HXXVSOFT
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Bill To:**   P.O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt? N    Tax Exempt ID:              Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

shall be payable within sixty (60) days of receipt. Supplier shall not invoice any products or services provided hereunder at a price higher than that shown on this Order, which price includes all applicable federal, state and local taxes. If the price is omitted on the Order, the price will be the lowest prevailing market price for such products or services. Customer shall not be responsible for any charges for delivery, installation, transportation or packaging. Supplier will not be entitled to reimbursement from Customer for any expenses it incurs in connection with fulfilling this Order.

DELIVERY AND ACCEPTANCE; RISK OF LOSS; CUSTOMER'S PROPERTY -- Title and risk of loss shall remain with Supplier until products purchased under this Order have been delivered to Customer at the location specified in the Order and have been accepted by Customer. If Supplier does not comply with Customer's delivery schedule, Customer may either approve a revised schedule or terminate the Order without liability. Upon delivery, Customer may inspect all products and services purchased hereunder to determine if they meet all applicable requirements, and are otherwise in good condition, suitable for their intended business use. IF, IN THE REASONABLE JUDGMENT OF CUSTOMER, THE PRODUCTS OR SERVICES ARE UNSATISFACTORY, CUSTOMER MAY REJECT SUCH PRODUCTS OR SERVICES. Customer shall return rejected products to Supplier at Supplier's expense. Except for Software licensed to Customer hereunder, all products and services provided to Customer under this Order shall be and remain the personal property of Customer. Any developed works or other intellectual property or materials created by Supplier under this Order shall be owned exclusively by Customer.

SOFTWARE -- This Section will apply to the extent that this Order includes Software (embedded or stand-alone). Unless otherwise specified in the T&Cs or in another applicable agreement between the parties, Supplier grants to Customer a worldwide, perpetual, royalty-free license to use, display and perform the Software identified in this Order in the ordinary course of Customer's business operations and for its own business purposes, including, but not limited to, processing its own information and that of its affiliates and clients as part of its business. Use includes use by or on behalf of Customer or Customer's affiliates, and use by third parties under contract to provide services to Customer or its affiliates, on any number of PCs and in any number of instances, subject to the restrictions set forth herein. If applicable, Use also includes the right of Customer to freely use and distribute, internally within Customer, among Customer's affiliates, and with Customer's clients, data produced by the Software, including data in any proprietary formats used by the Software. Customer may make a reasonable number of copies of the Software solely for backup, training, archiving, testing and disaster recovery. "Software" means the software programs listed in this Order and any upgrades, updates, enhancements, modifications, alterations, improvements, revisions, releases, and new versions. Customer may transfer the Software from one hardware platform or operating system to another (or both) for which the Software is or becomes generally available, at no additional charge. Customer will not modify, reverse assemble, or reverse compile any part of the Software, except as permitted by applicable law. Customer may make copies of and incorporate any documentation for the Software in other works prepared for Customer's business, so long as all intellectual property notices of Supplier are included as they appear on or in the documentation.

COMPLIANCE WITH LAWS -- In connection with the products provided and/or services performed hereunder, Supplier shall at Supplier's sole cost, comply with, and shall require all Suppliers, subcontractors and/or consultants retained by Supplier to comply with (i) all requirements of applicable laws, orders, rules and regulations of governmental authorities, and (ii) all policies, rules and regulations of Customer (including, without limitation, Customer's policies regarding security and testing for controlled substances) and of the building in which the products are provided and/or the services are to be performed. Supplier shall not file any mechanic's or materialman's lien or claim against Customer's property nor against the buildings in which the products are provided and/or the services are performed, nor shall Supplier suffer or permit any such lien to be filed by any of its subcontractors and/or consultants.

CONFIDENTIALITY -- Supplier shall preserve as confidential all information related to the business activities of Customer and its affiliates, clients, and entities with whom Customer does business that may be obtained by Supplier from any source (such information, together with the existence and

**Signature not required on emailed POs**

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000070489 | Jul-28-2008 | | 3 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Nuzzela, Danielle | 1 201 499 2721 | | USD |

**Vendor:** 0000054889
ALTOVA, INC.
900 CUMMINGS CENTER
SUITE 314-T
BEVERLY MA 01915

**Ship To:** 70HXXVSOFT
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

**Tax Exempt?** N  **Tax Exempt ID:**    **Replenishment Option:** Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

terms of this Order, constituting the "Confidential Information"). Supplier shall hold Confidential
Information in trust and confidence for Customer and shall not disclose Confidential Information to
any person, firm or enterprise, or use any Confidential Information for its own benefit or the
benefit of any other party, unless specifically authorized by Customer in writing, and to limit
access and disclosure of such Confidential Information to Supplier's personnel on a "need to know"
basis only. Confidential Information does not include any particular information that the Supplier
can demonstrate (i) is currently in the public domain, (ii) was previously known to Supplier free
from any obligation to keep it confidential, (iii) was or is publicly disclosed by or on behalf of
the Customer either prior to or subsequent to the receipt of such information by Supplier, (iv) is
independently developed by the Supplier without any access to or use of Confidential Information of
Customer, or (v) is rightfully obtained by Supplier from a third party lawfully in possession of the
Confidential Information and who is not bound by confidentiality obligations to Customer. Supplier
may disclose Confidential Information of Customer if required to do so under applicable law, rule or
order provided that Supplier, where reasonably practicable and to the extent legally permissible,
provides Customer with prior written notice of the required disclosure so that Customer may seek a
protective order or other appropriate remedy, and provided further that Supplier discloses no more
Confidential Information of the Customer than is reasonably necessary in order to respond to the
required disclosure. At any time at the request and option of the Customer and in the event of
termination or expiration of the Order (or any part thereof), Supplier agrees to promptly: (i)
return to Customer the Confidential Information; or (ii) destroy or permanently erase (on all forms
of recordation) the Confidential Information and, if requested by Customer, acknowledge in writing
that all such Confidential Information has been destroyed or permanently erased. In addition,
Supplier acknowledges and agrees that any disclosure of Confidential Information will in no way be
construed to be an assignment, transfer, or conveyance of title to or ownership rights in such
Confidential Information.

WARRANTY -- Supplier warrants that all products sold under this Order are free from defects in
material, workmanship and design, and that all services provided under this Order shall be performed
in a high-quality, professional and workmanlike manner by qualified personnel.

PUBLICITY -- Supplier will not use the name or marks of, refer to, or identify Customer (or any
related entity) in publicity releases, interviews, promotional or marketing materials, public
announcements, customer listings, testimonials or advertising without the prior written consent of
Customer in each such instance.

INSURANCE -- Supplier at its sole cost and expense, shall maintain with insurance companies having a
Best's rating of A or better, (i) comprehensive general liability insurance in an amount not less
than $2,000,000 and (ii) automobile liability insurance in an amount not less than $1,000,000 and
(iii) worker's compensation insurance as required by law. Such policies shall include an endorsement
naming the Customer and any other entities designated by the Customer as additional insureds and shall
include a waiver by the insurance carrier of any subrogation rights. Within ten (10) days after the
date hereof., Supplier shall deliver to Customer binders or certificates of insurance showing that
each policy of insurance which Supplier is required to maintain hereunder is in full force and effect
and that the premium therefore has been paid in full and providing that such policies may not be
canceled, supplemented, amended or modified before the expiration date thereof without issuing
company giving at least thirty (30) days prior written notice to Customer.

INDEMNIFICATION -- Supplier shall, at its own expense, indemnify, defend and hold harmless Customer,
Customer's parent, subsidiaries and affiliates and any additional indemnified parties that may be
designated by Customer, together with the respective partners, agents, officers, directors and
employees of all of the foregoing, from and against any loss, cost, expense, claim, injury or damage
(including, without limitation, reasonable attorneys' fees and expenses), whether incurred due to
third party claims or otherwise, arising or resulting from or caused by (i) any act or omission or
willful misconduct of Supplier or any consultant, engineer or other party retained by Supplier or any
of its or their partners, directors, officers, employees, agents or subcontractors; (ii) any breach
or default by Supplier in the performance of any of its obligations under this Order, or (iii) any

**Signature not required on emailed POs**

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000070489 | Jul-28-2008 | | 4 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | | Phone | Currency |
| Nuzzela,Danielle | | 1 201 499 2721 | USD |

**Vendor:** 0000054889
ALTOVA, INC.
900 CUMMINGS CENTER
SUITE 314-T
BEVERLY MA 01915

**Ship To:** 70HXXVSOFT
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

| Tax Exempt? N | Tax Exempt ID: | | Replenishment Option: Standard | | | |
|---|---|---|---|---|---|---|
| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |

claim that any product and/or services furnished by or on behalf of Supplier, or the use thereof by
Customer, constitutes an infringement, misappropriation or unlawful use or disclosure of any
intellectual property rights of a third party.

LIMITATION OF LIABILITY – IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR LOST
PROFITS OR LOST REVENUE, OR FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY OR
CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS ORDER; PROVIDED, HOWEVER, THAT THE
FOREGOING LIMITATION OF LIABILITY WILL NOT APPLY TO ANY OF THE FOLLOWING: (A) SUPPLIER'S
INDEMNIFICATION OBLIGATIONS HEREUNDER; (B) SUPPLIER'S BREACH OF ITS CONFIDENTIALITY OBLIGATIONS
UNDER THIS ORDER; OR (C) ANY UNLAWFUL OR WILLFUL MISCONDUCT BY SUPPLIER.

RECORD RETENTION AND INSPECTION -- During the term of this Order and for a period of at least three
(3) years after the date of the final payment under this Order, Supplier will maintain complete and
accurate accounting records in connection with products provided and Services performed under this
Order, in accordance with generally accepted accounting principles applied on a consistent basis, to
substantiate its charges hereunder. Such records will include, without limitation, payroll records,
attendance cards, time tracking sheets and job summaries. Supplier will provide Customer or its
designees access to such records for audit purposes during the term of this Order and for three (3)
years after the date of the final payment under this Order.

BREACH/REMEDIES – In the event of any breach of this Order by Supplier, Customer may (reserving
cumulatively all other remedies and rights under this Order, at law and in equity) terminate this
Order, in whole or in part, by giving Supplier thirty (30) days' prior written notice of termination
thereof; provided, however, that such termination will not be effective if Supplier has cured the
breach of which it has been notified prior to the expiration of such thirty (30) day notice period.
Additionally, Customer may terminate this Order for convenience by giving Supplier written notice
specifying the termination date. In such event, Customer will be obliged to pay Supplier at the
agreed upon rates for all products and services accepted by Customer up to the effective date of
termination, subject to a refund of any unearned, prepaid fees, but will not be liable for any other
termination-related charges.

MISCELLANEOUS -- Except to the extent the parties have entered into an agreement covering the
products and/or services provided hereunder (in which case such other agreement's terms shall apply),
(a) this Order constitutes the entire agreement between the Customer and the Supplier and voids all
prior agreements concerning the subject matter hereof; and (b) no modification, amendment, supplement
to, or waiver of this Order or any of its provisions shall be binding upon the parties unless made in
a writing duly signed by both parties, and specifically referencing these T&Cs, and stating that such
modification, amendment, or supplement is made to modify, amend or supplement these T&Cs. No
amendment or modification to these T&Cs may be executed via electronic signatures unless the parties
first agree in a writing that is not an electronic communication to be bound by electronic
signatures. Any purchase order printed on a form provided by Supplier may be used for convenience
only, but these T&Cs shall solely control the terms of this Order, and any such terms contained on
any form(s) received from Supplier shall be of no force and effect. Failure or delay on the part of
Customer to exercise any right hereunder shall not operate as a waiver thereof. Any services
performed by Supplier will be performed as an independent contractor, and Supplier will be solely
responsible for any applicable payroll or income taxes. This Order shall be governed under the laws
of the State of New York, excluding its conflicts of laws rules. If any term, provision or part of
these T&Cs is to any extent held invalid, void or unenforceable by a court of competent jurisdiction,
the remainder of these T&Cs will not be impaired or affected thereby, and each term, provision and
part will continue in full force and effect, and will be valid and enforceable to the fullest extent
permitted by law. Supplier may not assign this Order or delegate any of its responsibilities
hereunder without the prior written consent of the Customer, and any such purported assignment or
delegation shall be null and void. Customer may freely assign this order to any affiliate, or to any
entity acquiring all or substantially all of its assets or which is a successor by merger to
Customer, or to any party acquiring that portion of Customer's business to which the products and/or
services purchased or licensed under this Order pertain. Any provision of this Order that

**Signature not required on emailed Pos**

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000070489 | Jul-28-2008 | | 5 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Nuzzela,Danielle | 1 201 499 2721 | | USD |

**Vendor:** 0000054889
ALTOVA, INC.
900 CUMMINGS CENTER
SUITE 314-T
BEVERLY MA 01915

**Ship To:** 70HXXVSOFT
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt? N    Tax Exempt ID:           Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

contemplates performance or observance subsequent to termination or expiration of the Order (including confidentiality, limitation of liability, indemnification provisions and perpetual licenses) will survive termination or expiration of this Order and continue in full force and effect thereafter.

Signature not required on emailed POs