## PRODUCT LICENSE TRANSACTION SCHEDULE

**Manufacturer Name:** Altova GMBH

**Manufacturer Address:** Rudolfsplatz 13a/9 A-1010 Wien Austria / EU

**Supplier Name:** Altova Inc
**Supplier Address:** 900 Cummings Center, Suite 314-T, Beverly MA, 01915
**Supplier Jurisdiction of Incorporation:** Delaware
**Tax ID:** 04-3547372

**General Terms and Conditions No.:** CON000000019811
**General Terms and Conditions Effective Date:** July 25, 2007

**Product License Supplement No:** CON000000020332
**Product License Supplement Effective Date:** July 25, 2007
**Schedule No.:** PLTS-3  CON000000030471

**Order Date:** July 29, 2008

This Product License Transaction Schedule ("**Transaction Schedule**"), made effective as of the Order Date above, is issued pursuant to the above-referenced General Terms and Conditions and License Supplement between the Customer entity executing this Transaction Schedule, as set forth on the signature page below, and the Supplier identified above. This Transaction Schedule identifies the specific software Product(s) being licensed by Customer.

This Transaction Schedule, when executed by both undersigned parties, together with the above-referenced General Terms and Conditions, License Supplement and other documents attached hereto (each of which are incorporated by reference into this Transaction Schedule), constitutes the complete contractual agreement between the undersigned parties with respect to the Transaction described herein.

Documents, in addition to this Transaction Schedule and the above-referenced General Terms and Conditions and the License Supplement, that form this Transaction Schedule.

Annex 1: Product [Required]

Annex 2: Installation [Required]

Annex 3: Specifications [Required]

Annex 4: Acceptance Criteria and Procedures [Optional]

Annex 5: Maintenance Services [Optional]

Annex 6: Prices, Fees and Charges [Required]

Annex 7: Escrow Provisions [Optional]

Annex 8: Training [Optional]

**[Annex 9: Export Control [Required, when applicable]]**

Annex 10: Additional Agreed-Upon Provisions [Optional]



Capitalized terms used but not defined in this Transaction Schedule have the meanings given in the General Terms and Conditions or the License Supplement referenced above.

(The Next Page is the Signature Page)



## ANNEX 1: PRODUCT

Product Name:  Altova XMLSPY ENT EDITION SMP Co-Term Renewal Maintenance for license key codes G13UCLG-SWR4BI1-T2WL00G-DNEU9YG-4I7KPY1; TD4W23N-7PJW767-G6UIP6N-0J2939N-GW7HRYI

Product Description:  n/a

Scope of License (if different from Scope of License and right to Use provisions in License Supplement):
   See Supplement

Designated Users (if any, in accordance with Scope of License provisions in License Supplement):

ALTOVA

Source Code in Escrow:    Yes        **(No)**    (Bracket or Circle One)

## ANNEX 2: INSTALLATION

Installation Site: Lehman Brothers

Scheduled Delivery Date: upon execution

Customer Installed:        (YES  )        NO      (Bracket or Circle One)

If YES:  customer downloaded

## ANNEX 3: SPECIFICATIONS
   N/A

## ANNEX 4: ACCEPTANCE CRITERIA AND PROCEDURES
   N/A



## ANNEX 5:  MAINTENANCE SERVICES

### http://www.altova.com/support_package.html

Manufacturer offers multiple optional "Support & Maintenance Package(s)" ("SMP") for the version of software product edition that Customer has licensed, which Customer may elect to purchase in addition to the Product. The Support Period, hereinafter defined, covered by such SMP shall be delineated at such time as Customer elect to purchase a SMP. Customer's rights with respect to support and maintenance as well as Customer's upgrade eligibility depend on Customer's decision to purchase SMP and the level of SMP that Customer has purchased:

If Customer has not purchased SMP, Customer will receive the Software AS IS and will not receive any maintenance releases or updates. However, Manufacturer, at its option and in its sole discretion on a case by case basis, may decide to offer maintenance releases to Customer as a courtesy, but these maintenance releases will not include any new features in excess of the feature set at the time of Customer's purchase of the Product. In addition, Manufacturer will provide free technical support to Customer for thirty (30) days after the date of Customer's purchase (the "Support Period" for the purposes of this paragraph, and Manufacturer, in its sole discretion on a case by case basis, may also provide free courtesy technical support during Customer's thirty (30)-day evaluation period. Technical support is provided via a Web.

☒  web-based support form only, and there is no guaranteed response time.

If Customer has purchased SMP, then solely for the duration of its delineated Support Period, **Customer is eligible to receive the version** of the software edition that Customer has licensed and all maintenance releases and updates for that edition that are released during Customer's Support Period. For the duration of Customer's SMP's Support Period, Customer will also be eligible to receive upgrades to the comparable edition of the next version of the software that succeeds the software edition that Customer has licensed for applicable upgrades released during Customer's Support Period. The specific upgrade edition that Customer is eligible to receive based on Customer's Support Period is further detailed in the SMP that Customer has purchased. Software that is introduced as separate product is not included in SMP. Maintenance releases, updates and upgrades may or may not include additional features. In addition, Manufacturer will provide Priority Technical Support to Customer for the duration of the Support Period. Priority Technical Support is provided via a Web-based support form only and Manufacturer will make commercially reasonable efforts to respond via e-mail to all requests within forty-eight (48) hours during Manufacturer's business hours (MO-FR, 8am UTC – 10pm UTC, Austrian and US holidays excluded) and to make reasonable efforts to provide work-arounds to errors reported in the Software.  Manufacturer's support center and support resources are located on the Manufacturer's website at http://www.altova.com/support_center.html



During the Support Period Customer may also report any software problem or error to Manufacturer. If Manufacturer determines that a reported reproducible material error in the Software exists and significantly impairs the usability and utility of the software, Manufacturer agrees to use reasonable commercial efforts to correct or provide a usable work-around solution in an upcoming maintenance release or update, which is made available at certain times at Manufacturer's sole discretion. If Manufacturer, in its discretion, requests written verification of an error or malfunction discovered by Customer or requests supporting example files that exhibit the software problem, Customer shall promptly provide such verification or files, by email, telecopy, or overnight mail, setting forth in reasonable detail the respects in which the software fails to perform. Customer shall use reasonable efforts to cooperate in diagnosis or study of errors. Manufacturer may include error corrections in maintenance releases, updates, or new major releases of the software. Manufacturer is not obligated to fix errors that are immaterial. Immaterial errors are those that do not significantly impact use of the Software[1]. Whether or not Customer have purchased the Support & Maintenance Package, technical support only covers issues or questions resulting directly out of the operation of the Software and Manufacturer will not provide Customer with generic consultation, assistance, or advice under any circumstances.

Updating software may require the updating of software not covered by this agreement before installation. Updates of the operating system and application software not specifically covered by this agreement are Customer's responsibility and will not be provided by Manufacturer under this agreement. Manufacturer's obligations under this Section are contingent upon Customer's proper use of the software and Customer's compliance with the terms and conditions of this agreement at all times. Manufacturer shall be under no obligation to provide the above technical support if, in Manufacturer's opinion, the software has failed due to the following conditions: (i) damage caused by the relocation of the software to another location or CPU; (ii) alterations, modifications or attempts to change the software without Manufacturer's written approval; (iii) causes external to the software, such as natural disasters, the failure or fluctuation of electrical power, or computer equipment failure; (iv) Customer's failure to maintain the software at Manufacturer's specified release level; or (v) use of the software with other software without Manufacturer's prior written approval. It will be Customer's sole responsibility to: (i) comply with all Manufacturer-specified operating and troubleshooting procedures and then notify Manufacturer immediately of software malfunction and provide Manufacturer with complete information thereof; (ii) provide for the security of Customer's confidential information; (iii) establish and maintain backup systems and procedures necessary to reconstruct lost or altered files, data or programs.

---

[1] Immaterial errors include cosmetic impairments, user interface impairments or issues regarding functionality where a work-around can be provided



## ANNEX 6: PRICES, FEES AND CHARGES

Fee: USD **$111,142.50**

License cost: SMP Renewal/Co-term Cost for 645 Licenses

Amount:

Paid: In accordance with the General Terms and Conditions, and thereafter, if applicable:

Annually; Quarterly; Monthly ; **(Other ) Payable upon delivery of Product Key-code**

Maintenance Fee: (included within above amount).

SMP renewals for 12 or 24 months available upon expiration and for up to 90 days in advance of expiration

## ANNEX 7: ESCROW PROVISIONS

not applicable

## ANNEX 8: TRAINING

Free instructor-led online training available as set forth at http://www.altova.com/wbt_overview.html for the products listed

## ANNEX 9: EXPORT CONTROL

EAR 99

## ANNEX 10: ADDITIONAL AGREED-UPON PROVISIONS

N/A

The undersigned parties have caused this Transaction Schedule to be executed by their respective duly authorized representatives.

| Altova Inc (SUPPLIER) | Lehman Brothers Holdings Inc. (CUSTOMER) |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Name: Alexander Falk, CEO (Type, Print or Stamp) | Name: Janet Bradley (Type, Print or Stamp) |
| Title: | Title: Authorized Signatory |