**ALTOVA®**

900 Cummings Center
Suite 314-T
Beverly, MA 01915-6181
T (978) 816-1600
F (978) 816-1606
us-office@altova.com
www.altova.com

EIN 04-3547372

*POSTED*

**SOLD TO**

**Lehman Brothers Inc.**
Image Processing Systems
PO Box 2339
Secaucus NJ 07096
USA

| INVOICE NO. | APPLY TO | INV. DATE | CUST. NO. |
|---|---|---|---|
| 409604900 | LBUSA-0000070489 | 08/04/08 | C11455 |
| PAGE NO. 1 | **INVOICE** | | BO |

| DATE SHIPPED | PURCHASE ORDER NO. | SHIP VIA | | TERMS |
|---|---|---|---|---|
| 09/03/08 | LBUSA-0000070489 | A license key was sent via e-mail to the designated address today. No physical product will be shipped. | | Net 30 |
| BUYER | DATE REQUESTED | LOCATION | SALESPERSON | |
| Albert Rodriques | | | Cristina Belfiore | |

| ITEM NO. | Description | QTY ORDER | UNIT PRICE | EXTENSION |
|---|---|---|---|---|
| SE+M1-I500 V2008R2C1 | SMP renewal for Altova XMLSpy® Enterprise Edition | 1 | USD 81,750.00 | USD 81,750.00 |

Qty (1) of Package Size (500)

License key code toward renewal (500) users: G13UCLG-SWR4BI1-T2WL00G-DNEU9YG-4I7KPY1

| SE+M1-I100 8R2C1 | SMP renewal for Altova XMLSpy® Enterprise Edition | 1 | USD 19,075.00 | USD 19,075.00 |
|---|---|---|---|---|

Qty (1) of Package Size (100)

| SE+M1-I020 V2008R2C1 | SMP renewal for Altova XMLSpy® Enterprise Edition | 2 | USD 4,522.50 | USD 9,045.00 |
|---|---|---|---|---|

Qty (2) of Package Size (20)

| SE+M1-I005 V2008R2C1 | SMP renewal for Altova XMLSpy® Enterprise Edition | 1 | USD 1,272.50 | USD 1,272.50 |
|---|---|---|---|---|

Qty (1) of Package Size (5)

License key code toward renewal (145) users: TD4W23N-7PJW767-G6UIP6N-0J2939N-GW7HRYI

*a NEW license key code will be issued upon renewal purchase for:

XMLSPY 2008 Enterprise Edition, Installed user (645) w/ SMP until 07/27/2009

| SUBTOTAL | TAX | DISCOUNT | | |
|---|---|---|---|---|
| USD 111,142.50 | | | | USD 111,142.50 |

This purchase is expressly subject to the Altova, Inc. Terms and Conditions of Sale attached hereto
and/or available online at http://www.altova.com/legal/inc/TCs.pdf which are incorporated herein by reference.
Payment terms are from date of invoice.

**PLEASE REMIT THIS AMOUNT**