| | | | |
|---|---|---|---|
| Amount: | $111,142.50 | Sequence Number: | 1270045428 |
| Account: | [redacted]6983 | Capture Date: | 09/19/2008 |
| Bank Number: | 03110020 | Check Number: | 2087181 |

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT.

**LEHMAN BROTHERS**

Citibank (Delaware)
New Castle, DE 19720

LEHMAN BROTHERS INC.
ACCOUNTS PAYABLE
70 Hudson Street
Jersey City, NJ 07302-3988

62-20
311

Check Number
002087181

PAY ONLY $111142.50

Void After 180 Days

ONE HUNDRED ELEVEN THOUSAND ONE HUNDRED FORTY-TWO DOLLARS AND FIFTY CENTS *********

Pay to the order of

Void Over $111,142.50

Date 09/03/08

Amount *$111,142.50

ALTOVA, INC.
900 CUMMINGS CENTER
SUITE 314-T
BEVERLY, MA 01915

ENDORSEMENT CANCELLED

REFER TO MAKER
SEP 17 2008
CITIBANK 031100209
RETURN ITEM UNPAID

Authorized Signature

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑈002087181⑈ ⑆031100209⑆ [redacted]6983⑈ ⑈0011114250⑈

SECURE

E1572 RTN 7C NAL P01 09/19/08

1270045428

SEP 15

SEP 18

PROCESSED 09/16/08

PAID

ENT=5757 PK=02

BANK OF AMERICA, NA

09/18/2008

ALTOVA®
Altova, Inc. • 900 Cummings Center • Suite 314-T
Beverly, MA 01915-6181 • www.altova.com
FOR DEPOSIT ONLY





**LEHMAN BROTHERS**
ACCOUNTS PAYABLE
70 Hudson Street
Jersey City, NJ 07302-3988

| **LEHMAN BROTHERS**<br>ACCOUNTS PAYABLE | 70 Hudson Street<br>Jersey City, NJ 07302-3988 | | **Date**<br>09/03/08 | | **Check Number**<br>002087181<br>0000054889 |
|---|---|---|---|---|---|
| DATE | INVOICE / CREDIT MEMO NO. | DESCRIPTION | GROSS AMT. | DISCOUNT | NET AMOUNT |
| 080408 | 409604900 | 0000018665 | 1111425o | 00 | 1111425o |

C11455

**Received**

SEP 1 5 2008

●●●●●●●●●●●●●●●●●●●●●●

for items described above

74250