**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
(212) 209-4800
Daniel J. Saval (DS-2437)

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA  02111
(617) 856-8200
Todd A. Feinsmith (TF-1866)
Thomas H. Montgomery (TM-7183)

*Counsel to Altova, Inc. and Altova GmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
In re:                                                        :    Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :    Case No. 08-13555 (JMP)
                                                              :
                        Debtors.                              :
                                                              :
-------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                         ) ss.:
COUNTY OF NEW YORK  )

Christopher Michael Lau Kamg being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 26th day of September, 2008, I caused to be served a true copy of the following document: *Objection of Altova, Inc. And Altova Gmbh To Cure Amounts And Other Information Included On The Debtors' List of IT Closing Date Contracts In Accordance With The Order Under 11 U.S.C. Section 105 (A), 363, And 365 And Federal Rules of Bankruptcy Procedure*

8193249

*2002, 6004, And 6006 Authorizing And Approving (A) The Sale of Purchased Assets Free And Clear of Liens And Other Interests And (B) Assumption And Assignment of Executory Contracts And Unexpired Leases* on the parties listed below by hand delivery.

| Weil Gotshal & Manges LLP | Hughes Hubbard & Reed LLP |
|---|---|
| 767 Fifth Avenue | One Battery Park Plaza |
| New York, New York 10153 | New York, New York 10004 |
| Attn: Lori Fife | Attn: Jason S. Margolin |
| Shai Y. Waisman | |

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield
Lisa M. Schweitzer

    /s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
26th day of September, 2008.

 /s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011

2