Gabriel Del Virginia, Esq. (GDV-4951)
LAW OFFICES OF GABRIEL DEL VIRGINIA
*CO-Attorneys for The TAARP Group, LLP*
641 Lexington Avenue-21st Floor,
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-371-0460
gabriel.delvirginia@verizon.net

Richard J. Stahl, Esq.
STAHL ZELOE, P.C.
11350 Random Hills Road,
Suite 700
Fairfax, Virginia 22030
Telephone: 703-691-4940
Facsimile: 703-691-4942
r.stahl@stahlzelloe.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,

Debtors.

Chapter 11

Case No. 08-13555 (JMP)
(Jointly Administered)

--------------------------------------x

### NOTICE OF APPEARANCE
### AND REQUEST FOR NOTICES AND SERVICE OF PAPERS.

**PLEASE TAKE NOTICE** that the undersigned hereby appear as attorneys for The TAARP Group, LLP, a creditor and party in interest herein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 (b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby request that copies of all notices, pleadings and other documents in this case be served upon both:

2

LAW OFFICES OF GABRIEL DEL VIRGINIA
641 Lexington Avenue-21st Floor,
New York, New York 10022.
Attn.: Gabriel Del Virginia, Esq.
Telephone: 212-371-5478
Facsimile: 212-371-0460
email: *gabriel.delvirginia@verizon.net*

-and-

Richard J. Stahl, Esq.
STAHL ZELOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
Telephone: 703-691-4940
Facsimile: 703-691-4942
*r.stahl@stahlzelloe.com*

**PLEASE TAKE FURTHER NOTICE** that The TAARP Group, LLP, intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit: (a) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (b) its right to trial by a jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (d) any other rights, claims, or actions, to which it is or may be entitled under agreements in law or in equity; all of which, rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

3

Dated:   September 28, 2008
         New York, New York

                        **LAW OFFICES OF GABRIEL DEL VIRGINIA**

                        By:  */s/ Gabriel Del Virginia*
                        Gabriel Del Virginia
                        641 Lexington Avenue-21st Floor,
                        New York, New York 10022.
                        Telephone: 212-371-5478
                        Facsimile: 212-371-0460
                        [gabriel.delvirginia@verizon.net](mailto:gabriel.delvirginia@verizon.net)

                        Richard J. Stahl, Esq.
                        **STAHL ZELOE, P.C.**
                        11350 Random Hills Road, Suite 700
                        Fairfax, Virginia 22030
                        Telephone: 703-691-4940
                        Facsimile: 703-691-4942
                        [r.stahl@stahlzelloe.com](mailto:r.stahl@stahlzelloe.com)

                        *Co-Attorneys for The TAARP GROUP, LLP*