Hearing Date: October 16, 2008 at 10:00 a.m. (prevailing Eastern time)
Objection Date: September 25, 2008 at 4:00 p.m. (prevailing Eastern time)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
    Debtors.                                                       :    (Jointly Administered)
                                                                   :
                                                                   :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF FINAL HEARING (I) AUTHORIZING DEBTOR
TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTIONS
363 AND 364 OF THE BANKRUPTCY CODE, (II) GRANTING LIENS
AND SUPERPRIORITY CLAIMS TO POSTPETITION LENDERS
PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on September 17, 2008 the Court entered an interim order approving a motion, dated September 16, 2008 (the "Motion"), of Lehman Brothers Holdings Inc. (the "Debtor") (a) for entry of a final order authorizing the Debtor to (i) obtain postpetition financing, pursuant to sections 105, 362, 363, and 364 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 4001, and 9014 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") by entering into (x) a senior secured superpriority debtor in possession credit agreement (as the same may be amended, supplemented or otherwise modified from time to time, the "Postpetition Credit Agreement"),[1] among the Debtor, as borrower, the lenders from time to time parties thereto (collectively, the "Postpetition Lenders"), Barclays Bank PLC, as administrative agent (in such capacity, the "Postpetition Administrative Agent"), sole lead arranger, sole bookrunner, and sole syndication agent (in such capacities, the "Postpetition Lead Arranger and Syndication Agent," and together with the Postpetition Administrative Agent, the "Postpetition Agents"), (ii) grant Liens and superpriority claims to and on behalf of and for the benefit of the Postpetition Agents and the Postpetition Lenders in the Collateral (as hereinafter defined and as defined in the Postpetition Credit Agreement) in accordance with the Collateral Documents and this Interim Order and the Final Order to secure any and all of the Postpetition Obligations in accordance with the Collateral Documents and this Interim Order and the Final Order to secure any and all of the Postpetition Obligations (as hereinafter defined), and (iii) pending a final hearing on the Motion (the "Final Hearing"), (a) obtain emergency postpetition loans under the Postpetition Credit Agreement to and including the date on which the Final Order is entered and (b) in accordance with Bankruptcy Rule 4001(c)(2), requesting that this Court schedule the Final Hearing and approve notice with respect thereto;

---

[1] Unless otherwise defined herein, all capitalized terms used herein have the meanings ascribed to such terms in the Postpetition Credit Agreement.

       PLEASE TAKE FURTHER NOTICE that on September 23, 2008, the Debtor filed a notice that the Final Hearing on the Motion will be held on October 2, 2006 at 3:00 p.m. (prevailing Eastern time), or as soon thereafter as counsel may be heard.

       **PLEASE TAKE FURTHER NOTICE that the Final Hearing on the Motion has been adjourned and will now be held on October 16, 2006 at 10:00 a.m. (prevailing Eastern time), or as soon thereafter as counsel may be heard.**

Dated:  September 29, 2008
       New York, New York

       /s/ Shai Y. Waisman
       Harvey R. Miller, Esq.
       Richard P. Krasnow, Esq.
       Lori R. Fife, Esq.
       Shai Y. Waisman, Esq.
       Jacqueline Marcus, Esq.
       WEIL, GOTSHAL & MANGES LLP
       767 Fifth Avenue
       New York, New York 10153
       Telephone: (212) 310-8000
       Facsimile: (212) 310-8007

       Attorneys for Debtors
       and Debtors in Possession