Steven A. Ginther, Mo. Bar #43556
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
IN RE                                                          :
                                                               :
LEHMAN BROTHERS HOLDINGS, INC,    : Case No. 08-13555
                                                               : Chapter 11
                                                               :
              Debtor(s).                        :
---------------------------------------------------------------x

### ENTRY OF APPEARANCE AND REQUEST FOR
### PLEADINGS, NOTICES AND DOCUMENTS

Comes now the Missouri Department of Revenue and enters its appearance as a creditor of the captioned Debtor(s).  This creditor requests service of all pleadings, notices and documents for which a request is required by the Bankruptcy Code and Rules.

All pleadings, notices and documents should be served at the following address: <u>Missouri Department of Revenue, Bankruptcy Unit, Attn:  Steven A. Ginther, P.O. Box 475, Jefferson City, MO  65105-0475.</u>

**This pleading constitutes a written and specific request for the disclosure statement and plan.**

Jeremiah W. (Jay) Nixon, Attorney General
State of Missouri

**By: /s/ Steven A. Ginther**
Steven A. Ginther, Mo. Bar #43556
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO  65105-0475
(573) 751-5531   FAX (573) 751-7232
Attorney for Department of Revenue.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed, postage paid, on September 29, 2008 to:

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY  10019

**/s/ Steven A. Ginther**