UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,          Case No. 08-13555 (JMP)

                             Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF L. MATT WILSON

UPON the motion of L. Matt Wilson dated September 19, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that L. Matt Wilson is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         September 29, 2008

                                                   *s/ James M. Peck*
                                                UNITED STATES BANKRUPTCY JUDGE