UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,          Case No. 08-13555 (JMP)

                            Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF PATRICK M. COSTELLO

      UPON the motion of Patrick M. Costello dated September 19, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that Patrick M. Costello is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
          September 29, 2008

                                                *s/ James M. Peck*
                                                UNITED STATES BANKRUPTCY JUDGE