UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                            Case No. 08-13555 (JMP)

                        Debtor.
----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF COLIN B. ALBAUGH

UPON the motion of Colin B. Albaugh dated September 22, 2008, for admission *pro hac vice*

in this bankruptcy proceeding; it is hereby

**ORDERED**, that Colin B. Albaugh is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.


Dated:  New York, New York
        September 29, 2008

                                    _s/ James M. Peck_____
                                    UNITED STATES BANKRUPTCY JUDGE