UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                               Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                         Case No. 08-13555 (JMP)

                         Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF AARON L. HAMMER

UPON the motion of Aaron L. Hammer dated September 22, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Aaron L. Hammer is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
             September 29, 2008

                                                                  *s/ James M. Peck*
                                                                  UNITED STATES BANKRUPTCY JUDGE