UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                      Case No. 08-13555 (JMP)

                    Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DEVON J. EGGERT

UPON the motion of Devon J. Eggert dated September 22, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Devon J. Eggert is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       September 29, 2008

                                           s/ *James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE