UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF STEVEN N. COUSINS

UPON the motion of Steven N. Cousins dated September 22, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Steven N. Cousins is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
September 29, 2008

*s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE