Eric B. Fisher (EF 1209)
Robert Sidorsky (RS 2490)
BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
Tel.: (212) 374 5359
Fax.: (212) 818-0494
fishere@butzel.com
sidorsky@butzel.com

*Attorneys for Caixa Geral de Depósitos, S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re:                                   | **Chapter 11**                                            |
|------------------------------------------|-----------------------------------------------------------|
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | **Case No. 08-13555 (JMP)**                               |
| Debtors.                                 | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |

      PLEASE TAKE NOTICE that Caixa Geral de Depósitos, S.A. ("CGD"), an interested party in the above-referenced Chapter 11 proceedings, hereby appears pursuant to 11 U.S.C. § 1109(b), and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned proceedings be served upon the persons listed below at the following address:

      Eric B. Fisher, Esq.
      Robert Sidorsky, Esq.
      BUTZEL LONG, a professional corporation
      380 Madison Avenue, 22nd Floor
      New York, New York 10017
      Tel.: (212) 374 5359
      Fax.: (212) 818-0494
      fishere@butzel.com
      sidorsky@butzel.com

      PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail,

facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This appearance and demand for notice is neither intended as nor is it a consent of CGD to jurisdiction of the Bankruptcy Court; nor is it a waiver of: (i) CGD's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) CGD's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) CGD's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which CGD is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments CGD expressly reserves.

Dated: New York, New York
September 29, 2008

                                      BUTZEL LONG, a professional corporation

                                      By:  /s/ Eric B. Fisher
                                           Eric B. Fisher (EF 1209)
                                           Robert Sidorsky (RS 2490)
                                      380 Madison Avenue
                                      New York, New York 10017
                                      Tel.: (212) 374 5359
                                      Fax.: (212) 818-0494
                                      fishere@butzel.com
                                      sidorsky@butzel.com

                                      *Attorneys for Caixa Geral de Depósitos, S.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served this 29th day of September 2008 upon all parties of record through the Court's Electronic Case Filing system.

/s/ Eric B. Fisher
Eric B. Fisher (EF 1209)

3