UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                            Case No. 08-13555 (JMP)

                              Debtor.
-----------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ANN E. ACKER

UPON the motion of James Heiser dated September 23, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Ann E. Acker is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
         September 29, 2008

                                              *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE