UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                           Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                   Case No. 08-13555 (JMP)

                    Debtor.
------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF FRANKLIN H. TOP III

UPON the motion of James Heiser dated September 23, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Franklin H. Top III is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
        September 29, 2008

                                        *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE