Ira L. Herman
Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001 Telephone
(212) 751-3113 Facsimile

David M. Bennett
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533
(214) 969-1486 Telephone
(214) 880-3293 Facsimile

**Attorneys for Crossmark Investment Advisers, L. P., Crossmark Corporate Advisers, L.P., Crossmark Cornerstone Partners, L.P., Financial Analytics, L.P., Crossmark Investment Company, L.P., Crossmark Corporate Investors, L.P., and Crossmark Corporate Investors II, L.P.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** | § | |
| | § | **Case No. 08-13555 (JMP)** |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Thompson & Knight LLP ("T&K") appears on behalf of Crossroads Investment Advisers, L.P. f/k/a Crossroads Corporate Advisers, L.P., f/k/a Crossroads Cornerstone Partners, L.P., Financial Analytics, L.P. f/k/a Capital Analytics, L.P., Crossmark Investment Company, L.P. f/k/a Crossroads Investment Company, L.P., Crossmark Corporate Investors, L.P. f/k/a Crossroads Corporate Investors, L.P., and Crossmark Corporate Investors II, L.P. f/k/a Crossroads Corporate Investors II, L.P. pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and hereby submits this notice of appearance and request notice of all hearings and conferences herein and makes demand for service of all

papers herein, including all papers and notices pursuant to Rules 2002, 3017, and 9007 of the Bankruptcy Rules. All notices given or required to be given in this case shall be served upon:

> Ira L. Herman
> Demetra L. Liggins
> **THOMPSON & KNIGHT LLP**
> 919 Third Avenue, 39th Floor
> New York, New York 10022-3915
> Telephone: (212) 751-3001
> Facsimile: (212) 751-3113
> Ira.Herman@tklaw.com
> Demetra.Liggins@tklaw.com
>
> David M. Bennett
> **THOMPSON & KNIGHT LLP**
> 1722 Routh Street, Suite 1500
> Dallas, Texas 75201-2533
> (214) 969-1486 Telephone
> (214) 880-3293 Facsimile
> david.bennett@tklaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, but, without limitation, the schedules, statements of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the Bankruptcy clerk, Clerk, Court or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**DATED:** New York, New York
September 26, 2008.

Respectfully submitted,

By: ___/s/ Demetra L. Liggins___

**THOMPSON & KNIGHT LLP**
Ira L. Herman
Demetra L. Liggins
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001 Telephone
(212) 751-3113 Facsimile

**THOMPSON & KNIGHT LLP**
David M. Bennett
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533
(214) 969-1486 Telephone
(214) 880-3293 Facsimile