Hearing Date: October 16, 2008 at 10:00 a.m. (prevailing Eastern time)
Objection Date: October 13, 2008 at 10:00 a.m. (prevailing Eastern time)

**VINSON & ELKINS LLP**
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:   212-237-0184
Fax:  212-237-0100
Dov Kleiner, Esq. (BK 4600)

Attorneys for Shinsei Bank, Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDING INC.,** *et al.* | **Case No. 08-13555 (JMP)** |
| Debtor. | (Jointly Administered) |

**NOTICE OF HEARING ON MOTION OF SHINSEI BANK, LIMITED FOR THE ENTRY OF AN ORDER APPROVING SPECIFIED INFORMATION BLOCKING PROCEDURES AND PERMITTING TRADING OF CLAIMS AGAINST THE DEBTOR UPON ESTABLISHMENT OF A SCREENING WALL**

**PLEASE TAKE NOTICE** that the Hearing on Motion of Shinsei Bank, Limited for the Entry of an Order Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, will be held on October 16, 2008 at 10:00 a.m. (prevailing Eastern time), or as soon thereafter as counsel may be heard.  This Notice of Hearing relates back to a Motion of Shinsei Bank, Limited for the Entry of an Order Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon

Establishment of a Screening Wall, filed on September 25, 2008, and appearing on the docket as Document Number 355.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M - 242 (General Order —242 and the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and shall be served in accordance with General Order — 242, upon (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) the attorneys for any other Official Committee(s) appointed in these chapter cases; (vi) Cleary Gottlieb LLP,

One Liberty Plaza, New York, NY 10006, (Attn: Lindsee P. Granfield, Esq. and Lisa Schweitzer, Esq.) and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn: Robinson B. Lacy, Esq. And Hydee R. Feldstein, Esq.), attorneys for the Debtors' Postpetition Lenders; (vii) any person or entity entitled to receive notice of the Motion in these cases, and (viii) the Undersigned, so as to be received no later than October 13, 2008 at 10:00 a.m. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that the relief requested may be granted without a hearing if no Objection is timely filed and served in accordance with these procedures.

Dated:   New York, New York
         September 29, 2008

VINSON & ELKINS LLP

_____
Dov Kleiner, Esq. (BK 4600)

Attorneys for Shinsei Bank, Limited

666 Fifth Avenue, 26th Floor
New York, New York 10103
Telephone: (212) 237-0184
Facsimile: (212) 237-0100
dkleiner@velaw.com

3

NewYork 249777v.1