## CERTIFICATE OF SERVICE

  I hereby certify that on the __29th__ day of __September__, 2008, true and correct copies of the foregoing Notice of Hearing of Omnibus Hearing Dates Pursuant To Case Management Order were served by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

_____
Kilimanjiyas

**Honorable James M. Peck**
United States Bankruptcy Court for the
Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004

**Andy Velez-Rivera**
**Paul Schwartzberg**
**Brian Masumoto**
**Linda Riffkin**
**Tracy Hope Davis**
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

**Richard P. Krasnow**
**Lori Fife**
**Shai Y. Waisman**
**Jacqueline Marcus**
**Harvey Miller**
Weil Gotschal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**Dennis F. Dunne**
**Dennis O'Donnell**
**Evan Fleck**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

**Lindsee Granfield**
**Lisa Schweiger**
Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006

**Robinson B. Lacy**
**Hydee Feldstein**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

**Marc Abrams**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Ann E. Acker**
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080

**Luma Al-Shibib**
Reed Smith
599 Lexington Avenue
New York, NY 10022

**George Angelich**
Arent Fox LLP
1675 Broadway
New York, NY 10019

**Christopher Robert Belmonte**
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169-0079

**Howard S. Beltzer**
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

**Walter Benzija**
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

**Bradford M. Berry**
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

**Martin J. Bienenstock**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

**Michael V. Blumenthal**
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022

**Martin G. Bunin**
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

**Matthew Allen Cantor**
Normandy Hill Capital L.P.
150 East 52nd Street
10th Floor
New York, NY 10022

**James S. Carr**
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**Shelley C. Chapman**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Christopher Combest**
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

**Patrick M. Costello**
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

**Steven Cousins**
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102

**Leo T. Crowley**
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036

**Maureen A. Cronin**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

**Israel Dahan**
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281

**George A. Davis**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Paul H. Deutch**
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

7

**Thomas Alan Draghi**
Westerman Ball Ederer Miller & Sharfstein
170 Old Country Road
Suite 400
Mineola, NY 11501

**Michael James Edelman**
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019

**Daniel Eggermann**
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of Americas
New York, NY 10036

**Devon Eggert**
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

**Susan K. Ehlers**
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

**Charles R. Ekberg**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

**David Elrod**
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201

**Michael R. Enright**
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103
**Robert Michael Farquhar**

8

Winstead Sechrest & Minick, P.C.
1201 Elm Street
Suite 5400
Dallas, TX 75270

**Matthew Allen Feldman**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Charles J. Filardi, Jr.**
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven, CT 06510

**Daniel J. Flanigan**
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street
Suite 1000
Kansas City, MO 64112

**Robert M. Fleischer**
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

**Martin N. Flics**
Linklaters
1345 Avenue of the Americas
19th Floor
New York, NY 10105

**Shawn Randall Fox**
McGuireWoods LLP
1345 Avenue of the Americas
New York, NY 10128

**Mark Freedlander**
McGuire Woods, LLP
Dominion Tower
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222-3142

**David M. Friedman**
Kasowitz, Benson, Torres & Friedman, LLP

9

1633 Broadway
New York, NY 10019-6799

**Thomas M. Gaa**
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

**Joseph M. Gitto**
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

**Eduardo J. Glas**
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102

**Matthew J. Gold**
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
18th Floor
New York, NY 10176

**Antonia Golianopoulos**
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820

**Paul C. Gunther**
Salans
620 5th Avenue
New York, NY 10022

10

**Alan D. Halperin**
Halperin Battaglia Raicht LLP
555 Madison Avenue
9th Floor
New York, NY 10022

**Aaron Hammer**
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

**Howard R. Hawkins, Jr.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Dion W. Hayes**
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

**James M. Heiser**
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, IL 60603-4080

**Ira L. Herman**
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022

**Eric H. Horn**
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**John E. Jureller, Jr.**
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017

11

**Gregory O. Kaden**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

**Richard S. Kanowitz**
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798

**Deborah Kovsky-Apap**
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

**Darryl S. Laddin**
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

**David M. LeMay**
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

**Ira M. Levee**
Lowenstein Sandler, P.C.
65 Livingston Ave
Roseland, NJ 07068

**Shari D. Leventhal**
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045

**Richard B. Levin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

**Richard Levy, Jr.**
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

**Demetra Liggins**
Thompson & Knight LLP
333 Clay Street
Suite 3300
Houston, TX 77002

**Judy G.Z. Liu**
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

**Edward Joseph LoBello**
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

**Eric Lopez Schnabel**
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

**Daniel A. Lowenthal**
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

**Alan E. Marder**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

**Jil Mazer-Marino**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530

13

**Frank McGinn**
Bartlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

**David C. McGrail**
Law Offices of David C. McGrail
676A Ninth Avenue #211
New York, NY 10036

**Richard M. Meth**
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

**Claude D. Montgomery**
Salans
620 Fifth Avenue
6th Floor
New York, NY 10020

**Robert E. Nies**
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

**Timothy F. Nixon**
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202

**Harold S. Novikoff**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

**Kalman Ochs**
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

**R. Stephen Painter, Jr.**
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005

**Steven W. Perlstein**
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

**Thomas Pietrantonio**
334 Main Street
Port Washington, NY 11050

**Sydney G. Platzer**
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas
18th Floor
New York, NY 10018

**Jonathan I. Rabinowitz**
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039

**Amanda Raboy**
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

**John J. Rapisardi**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Steven J. Reisman**
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

**Howard D. Ressler**
Diamond McCarthy LLP
620 Eighth Avenue
39th Floor
New York, NY 10018

**Jeffrey N. Rich**
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

**Marc E. Richards**
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

**Dirk S. Roberts**
Office of Thrift Supervision
1700 G Street, NW
Washington, DC 20552

**George Rosenberg**
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80166

**Edward M. Rosensteel**
Rosensteel & Beckmann LLC
90 Park Avenue
17th Floor
New York, NY 10016

**David A. Rosenzweig**
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

**David S. Rosner**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10119-6022

**Douglas B. Rosner**
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110

**Chester B. Salomon**
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

**Diane W. Sanders**
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760

**Carey D. Schreiber**
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

**Howard Seife**
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

**Andrea Sheehan**
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

**James H. Shenwick**
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

**Joseph E. Shickich, Jr.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

**Paul H. Silverman**
McLaughlin & Stern
260 Madison Ave.
New York, NY 10016

**Ronald J. Silverman**
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

**Keith A. Simon**
Latham & Watkins, LLP
885 Third Avenue
New York, NY 60606

**Thomas R. Slome**
Meyer. Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

**Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019

**Mark A. Speiser**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

**Bonnie Steingart**
Fried, Frank Harris Shriver & Jacobson
One New York Plaza
New York, NY 10004

**Malani Sternstein**
Sheppard Mullin Richter & Hampton, LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

**Harvey A. Strickon**
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022-3205

**Scott Talmadge**
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

**My Chi To**
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

**Amit K. Trehan**
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**Raymond J. Urbanik**
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

**Michael J. Venditto**
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

**Jon C. Vigano**
Schiff Hardin LLP
6600 Sears Towers
Chicago, IL 60606

**Rochelle R. Weisburg**
Shiboleth, Yisraeli, Roberts & Zisman, L.L.P.
One Penn Plaza
Suite 2527
New York, NY 10019

**Elizabeth Weller**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691

**Erin Zavalkoff**
Vedder Price
1633 Broadway
47th Floor
New York, NY 10019

**Peter Alan Zisser**
Holland & Knight, LLP
195 Broadway
New York, NY 10007