Glenn E. Siegel
Donald M. Badaczewski
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
glenn.siegel@dechert.com
donald.badaczewski@dechert.com

-and-

Eliot Cohen
Russell Investments
909 A Street
Tacoma, Washington  98402-5120
Telephone:  (253) 439-2959
Facsimile:  (253) 439-3284
ecohen@russell.com

*Counsel for Russell Investment Group, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | |
| v. | Adversary No. 08-01420 (JMP) |
| LEHMAN BROTHERS, INC., | |
| Defendant. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Dechert LLP appears on behalf of Russell Investment Group, Inc. ("Russell"), a party-in-interest in the above-captioned cases, and hereby demands, pursuant Bankruptcy Code sections 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007, and 9010, that copies of all notices, pleadings, and other documents given or filed in the case be given and served upon:

> Glenn E. Siegel
> Donald M. Badaczewski
> Dechert LLP
> 1095 Avenue of the Americas
> New York, New York  10036
> Telephone:    (212) 698-3500
> Fax:          (212) 698-3599
> email:        glenn.siegel@dechert.com
>               donald.badaczewski@dechert.com
>
> Eliot Cohen
> Russell Investments
> 909 A Street
> Tacoma, Washington  98402-5120
> Telephone:    (253) 439-2959
> Fax:          (253) 439-3284
> email:        ecohen@russell.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code section 1109(b), the foregoing demand includes not only the notices and papers referred to above, but also includes, without limitation, the schedules, statements of financial affairs, operating reports, any plans of reorganization and disclosure statements, any notice (including any bar date notice), letter, application, motion (including any sale motion or motion for other request to distribute sale proceeds), petition, pleading, answer, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, or telex, or otherwise filed with regard to the above-captioned bankruptcy cases and any adversary proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that Russell intends that neither this notice nor any similar notice, pleading, claim, or adversary proceeding shall waive the right of Russell (a) to have final orders in non-core matters only after de novo review by a District Court; (b) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which Russell is or may be entitled under agreements, at law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of Russell.

DATED: September 29, 2008
New York, New York

/s/ Glenn E. Siegel
Glenn E. Siegel
Donald M. Badaczewski
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
glenn.siegel@dechert.com
donald.badaczewski@dechert.com

-and-

Eliot Cohen
Russell Investments
909 A Street
Tacoma, Washington 98402-5120
Telephone: (253) 439-2959
Facsimile: (253) 439-3284
ecohen@russell.com

*Counsel for*
*Russell Investment Group, Inc.*