BINGHAM McCUTCHEN LLP
Mark W. Deveno
One State Street
Hartford, CT 06103
Tel: 860.240.2700
Fax: 860.240.2800
mark.deveno@bingham.com

Counsel to Metropolitan Life Insurance Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :    Case No. 08-13555 (JMP)
                                                              :
                                         Debtors.    :    (Jointly Administered)
                                                              :
-------------------------------------------------------------x

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Metropolitan Life Insurance Company, a party in interest in the above-captioned cases (the "Appearing Party"), hereby appears by its counsel, Bingham McCutchen LLP, and requests, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all papers served or required to be served in these cases, be given to and served upon the undersigned attorney, at the address set forth below:

        BINGHAM McCUTCHEN LLP
        Mark W. Deveno
        One State Street
        Hartford, CT 06103
        Tel: 860.240.2700
        Fax: 860.240.2800
        mark.deveno@bingham.com

A/72666014.1

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of: (i) the Appearing Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserve.

Dated: New York, New York
September 29, 2008

           Respectfully submitted,

           BINGHAM McCUTCHEN LLP

           By: /s/Mark W. Deveno
              Mark W. Deveno
              One State Street
              Hartford, CT 06103
              Tel: 860.240.2700
              Fax: 860.240.2800

           Counsel to Metropolitan Life Insurance Company