Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271
Telephone: (212) 238-3000
Facsimile: (212) 238-3100
Email: ezujkowski@emmetmarvin.com
Edward P. Zujkowski, Esq.

Counsel for Australia and New Zealand
Banking Group Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- X
In re                                                                    :        Chapter 11
                                                                              :
                                                                              :
LEHMAN BROTHERS HOLDINGS INC.      :        Case No. 08-13555 (JMP)
                                                                              :
                                                                              :
                            Debtors.                              :
                                                                              :
                                                                              :
---------------------------------------------------------- X

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

TO:    ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED ("ANZ Bank") hereby appears by its counsel, Emmet, Marvin & Martin, LLP, in the above captioned chapter 11 case, pursuant to 11 U.S. C. § 1109(b) of Title 11 and the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings,

948793_1

motions, petitions, pleadings, requests, proposed disclosure statements and plans of reorganization and any other documents brought before the Court in this case.

All notices should be addressed as follows:

Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271
Attention:   Edward P. Zujkowski, Esq.
Telephone:  (212) 238-3000
Facsimile:   (212) 238-3100
Email:        ezujkowski@emmetmarvin.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceeding therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) ANZ Bank's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) ANZ Bank's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) ANZ Bank's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (iv) any objection by ANZ Bank to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to the notice; or (v) any other rights, claims, actions, defenses,

setoffs, or recoupments to which ANZ Bank is or may be entitled to under arguments, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

| | |
|---|---|
| Dated: New York, New York<br>September 29, 2008 | Emmet, Marvin & Martin, LLP<br><br>By:  /s/ Edward P. Zujkowski<br>Edward P. Zujkowski (EZ 3095)<br>120 Broadway<br>New York, New York 10271<br>Telephone:(212) 238-3000<br>Facsimile: (212) 238-3100<br>Email:  ezujkowski@emmetmarvin.com<br><br>Attorneys for Australia and New Zealand Banking Group Limited |