McCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| | : | |
| In re: | : | Case No. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., | : | |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |

### NOTICE OF OBJECTION BY CAPITAL MOVING & STORAGE CO. TO NOTICE OF ASSUMPTION, ASSIGNMENT AND AMOUNTS TO CURE DATED SEPTEMBER 18, 2008

PLEASE TAKE NOTICE that Capital Moving & Storage Co., Inc. ("Capital"), by its undersigned counsel, McCarter & English LLP, hereby objects to the September 18, 2008 Notice of Assumption, Assignment and Amounts to Cure (the "Assumption Notice") issued by counsel for the above-captioned debtor (the "Debtor") insofar as the Assumption Notice fails to list the correct cure amount as to Capital;

PLEASE TAKE FURTHER NOTICE that appended hereto is evidence of the appropriate cure amount as to Capital in the form of aged receivables reports totaling an amount due of $36,144.59.

ME1 7747128v.1

DATED: September 29, 2008
New York, New York

        Respectfully submitted,

        McCARTER & ENGLISH, LLP

        /s/ Eduardo J. Glas
        Eduardo J. Glas, Esq. (EG-7027)
        McCarter & English, LLP
        245 Park Avenue, 27th Floor
        New York, New York 10167
        (212) 609-6800 - Telephone
        (212) 609-6921 - Facsimile

9:05 AM
09/22/08

## Capital Moving & Storage Co., Inc.
## Open Invoices
### As of September 21, 2008

| Type | Date | Num | Due Date | Aging | Open Balance |
|------|------|-----|----------|-------|-------------|
| Lehman Brothers Inc | | | | | |
| Invoice | 8/19/2008 | 19176 | 8/19/2008 | 33 | 4,511.94 |
| Invoice | 8/20/2008 | 19177 | 8/20/2008 | 32 | 6,857.88 |
| Invoice | 8/20/2008 | 19181 | 8/20/2008 | 32 | 3,893.63 |
| Invoice | 8/20/2008 | 19182 | 8/20/2008 | 32 | 2,966.00 |
| Invoice | 8/27/2008 | 19261 | 8/27/2008 | 25 | 17,915.14 |
| Total Lehman Brothers Inc. | | | | | 36,144.59 |
| **TOTAL** | | | | | 36,144.69 |

Page 1



**CAPITAL**
MOVING & STORAGE
97 BERMA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 332-7510 • FAX (201) 332-7178

**INVOICE** 19261

JOB # 19144

DATE    : 08/27/08

PAGE    : 1

REF     :

TERMS   : N/30

ACCOUNT # 2498

LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | | TOTALS |
|---|---|---|---|
| 46481 | | | |
| | RE: SR# OS04028-S | | |
| | P&L #S282C399 PARK AVE NY STRATEGY/09 | | |
| | REQUESTED BY: CAPOBIANCO, BLAINE | | |
| | MOVE OF 39 EMPLOYEES FROM 399 PARK AVE. 15TH FL. | | |
| | TO 745 SEVENTH AVE., 21ST FL. NEW YORK. | | |
| | | | |
| | DELIVERY OF MATERIAL | | |
| | STRAIGHT TIME 1:00 PM TO 5:00 PM | | |
| 07/28/08 | 1 VAN 2 MEN 4.00 HRS @ 121.00/HR | $ | 484.00 |
| | | | |
| | MATERIAL SUPPLIED | | |
| 07/28/08 | 200 COMMERCIAL CARTON @ $2.50/1 | | 500.00 |
| | | | |
| 07/28/08 | 8.375% NYC SALES TAX ON DELIVERY & MATERIAL | | 82.41 |
| | | | |
| 46504 | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/29/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | | 368.00 |
| | | | |
| 46543 | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/30/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | | 368.00 |
| | | | |
| 46560 | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/31/08 | 2 SUPERVISORS 8.00 HRS @ 92.00/HR | | 736.00 |
| | | | |
| 46585 | | | |
| | CONTINUED ... | | |
| | DELIVERY OF EQUIPMENT & RELOCATION SERVICES | | |
| | OVERTIME 6:30 AM TO 8:00 AM | | |
| 08/01/08 | 1 VAN 3 MEN 2 SUPERVISORS 1.50 HRS @ 306.00/HR | | 459.00 |



**CAPITAL**
MOVING & STORAGE
97 BURMA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 332-7510 • FAX (201) 332-7178

**INVOICE** 19261

JOB # 19144

DATE      : 08/27/08

PAGE      : 2

REF       :

TERMS     : N/30

ACCOUNT # 2498

LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | TOTALS |
|---|---|---|
| | STRAIGHT TIME CONTINUED 8:00 AM TO 5:00 PM | |
| 08/01/08 | 1 VAN 7 MEN 2 SUPERVISORS 8.00 HRS @ 428.00/HR | 3,424.00 |
| | OVERTIME CONTINUED 4:30 PM TO 10:00 PM | |
| 08/01/08 | 2 VANS 14 MEN 5.50 HRS @ 812.00/HR | 4,466.00 |
| | 5:00 PM TO 10:00 PM | |
| 08/01/08 | 1 VAN 1 MAN 2 SUPERVISORS 5.00 HRS @ 200.00/HR | 1,000.00 |
| | 5:00 PM TO 8:30 PM | |
| 08/01/08 | 5 MEN 3.50 HRS @ 318.00/HR | 1,113.00 |
| | MATERIAL SUPPLIED | |
| 08/01/08 | 20 COMMERCIAL BINS @ $10.00/EACH | 200.00 |
| 08/01/08 | 50 COMPUTER BAGS @ $1.00/EACH | 50.00 |
| 08/01/08 | 2 ROLLS OF BUBBLE WRAP @ $70.00/EACH | 140.00 |
| 08/01/08 | 6 ROLLS OF PVC TAPE @ $3.00/EACH | 18.00 |
| 08/01/08 | 50 PINK SCREEN BUBBLE BAGS @ $3.00/EACH | 150.00 |
| 08/01/08 | 8.375% NYC SALES TAX ON MATERIAL | 46.73 |
| 46646 | | |
| | UNPACKING SERVICES | |
| | OVERTIME (SAT) 7:30 AM TO 1:30 PM | |
| 08/02/08 | 5 MEN 2 SUPERVISORS 6.00 HRS @ 377.00/HR | 2,262.00 |
| 46632 | | |
| | POST MOVE SERVICES | |
| | CONTINUED ... | |



**CAPITAL**
MOVING & STORAGE
97 BUDDA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 332-7510 • FAX (201) 332-7178

**INVOICE** 19261

JOB # 19144

DATE      : 08/27/08

PAGE      : 3

REF       :

TERMS     : N/30

ACCOUNT # 2498

LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | TOTALS |
|---|---|---|
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | |
| 08/04/08 | 1 VAN 3 MEN 1 SUPERVISOR 8.00 HRS @ 210.00/HR | 1,680.00 |
| 46645 | | |
| | POST MOVE SERVICES | |
| 08/05/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | 368.00 |
| | TOTAL AMOUNT DUE | $   17,915.14 |

LEHMAN BROTHERS.        7/24/2008 7:40 AM    PAGE    1/004    Fax Server

======= LEHMAN BROTHERS, INC. RELOCATION MANAGEMENT WORK ORDER =======

| SR#:0804028-S | Vendor:CAPITAL MOVING & SOTRAGE, INC. |

Begin Dates:1. 28-Jul-2008          End Dates:1. 1-Aug-2008 5:00 pm
2.                                          2.
3.                                          3.

| ORIGIN | DESTINATION |
|---|---|
| 399 Park Avenue<br>New York, NY 10022<br>Building:39P            Floor:15 | 745 Seventh Avenue<br><br>Building:74S            Floor:21 |

Contacts:

| | |
|---|---|
| 1.Name:  LISA BEESON<br>    Tel:  ( )  -<br>    Beep:  ( )  - | 1.Name:  DESK # 2117D01<br>    Tel:  ( )  -<br>    Beep:  ( )  - |
| 2.Name:  DAVID LAZARUS<br>    Tel:  ( )  -<br>    Beep:  ( )  - | Name:  DESK # 2117E02<br>    Tel:  ( )  -<br>    Beep:  ( )  - |

Job Description:
CAPITAL MOVERS PLEASE DELIVER TAGS AND BOXES TO THE FOLLOWING 39
PEOPLE ON THE ATTACHED FROM TO LIST AND RETURN ON FRIDAY 8/1 AT 5 PM TO
EXECUTE THE MOVES FOR THE 399-15-2 MOVE OUT MD'S AND SVPS GET PACK AND
UNPACKED

Requested By:CAPOBIANCO, BLAINE          Type of Work: MOVES
       @:(212)320-6176                        Project Manager: Lisa Dimoulas
Request Date:24-Jul-2008                       @:( )  -
    Amount:                                 Beeper:( )  -
    Project #:080450       # of people:39
Project Name:39P - CP0839PREC-399 Park Avenue - Opened By: KBOYLE
       P&L:5282( 399 PARK AVE NY STRATEGY/09

==== KBOYLE ================================== [ Date of Issue:  24-Jul-2008 @ 7:29 am

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| | | | |
|---|---|---|---|
| JOB #   19144 | **CAPITAL** **MOVING & STORAGE CO., INC.** (201) 332-7510 | B/L # | 46481 |
| Certificate No. 764570 | | Date | 07/28/08 |

SHIPPER   CAPITAL
97 BURMA ROAD
JERSEY CITY, N.J.

CONSIGNEE   LEHMAN BROTHERS, INC.
399 PARK AVENUE, 15TH FLOOR
NEW YORK, N.Y.
ATTN: LISA BEESON

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and described as shown herein, which said company (the said company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above, is it mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

| VALUATION | TIME RECORD | Loft Terminal | | AM PM | |
|---|---|---|---|---|---|
| UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER. | | On Job | 1100 | X | (Signature) |
| | | Time Finished | 430 5W | AM PM | X (Signature) |
| | | Returned Terminal | | AM PM | |

| | SERVICE | | DESCRIPTION | | CHARGES |
|---|---|---|---|---|---|
| THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ ___ 500 (To be completed by person signing below) | MOVING SERVICES | STRAIGHT TIME 1 VAN(S)  2 MEN  FOREMEN  SUP(S)  4  HR(S) OVERTIME VAN(S)  MEN  FOREMEN  SUP(S)  HR(S) DOUBLE TIME VAN(S)  MEN  FOREMEN  SUP(S)  HR(S) DELIVER 200 COMMERCIAL CARTONS SELTS TICKET | | |

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article" OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
(Shipper or Agent)

**SHIPPER'S COLLECTION INSTRUCTIONS**
Subject to Section 7 of our conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

**TERMS**
All advance or lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possessions of the property, unless otherwise indicated below by the carrier.

**RECEIPT OF DELIVERY**
Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM _____

Consignee
Per  X _____
By _____ S

OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| JOB # | 19144 | **CAPITAL** | | B/L # | 46504 |
|---|---|---|---|---|---|
| | | **MOVING & STORAGE CO., INC.** | | | |
| | | (201) 332-7510 | | Date | 07/29/08 |

Certificate No. 784579

| SHIPPER | LEHMAN BROTHERS, INC.<br>399 PARK AVENUE 15<br>NEW YORK N.Y.<br>ATTN: MARTY HESS | CONSIGNEE | LEHMAN BROTHERS, INC.<br>745 7TH AVENUE ,21ST FLOOR<br>NEW YORK,N.Y.<br>ATTN;LISA BEESON |
|---|---|---|---|

Received subject to the classifications and lawful rules and regulations in effect on the date of this Bill of Lading shipment described herein (contents and conditions of contents of packages (unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

| VALUATION | | TIME<br>RECORD | Left Terminal | 800 | AM | |
|---|---|---|---|---|---|---|
| UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF .30 CENTS PER POUND PER ARTICLE. THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER. | | | On Job | 830 | AM | _Hey_ (Signature) |
| | | | Time Finished | 430 | AM | _Hey_ (Signature) |
| THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ | | | Returned Terminal | 500 | PM | |

| | SERVICE | | DESCRIPTION | CHARGES |
|---|---|---|---|---|
| 30¢ (to be completed by person signing below) | MOVING SERVICES | STRAIGHT TIME<br>VAN(S)  MEN  FOREMEN  1 SUP(S)  HR(S)<br>OVERTIME<br>VAN(S)  MEN  FOREMEN  SUP(S)  HR(S)<br>DOUBLE TIME<br>VAN(S)  MEN  FOREMEN  SUP(S)  HR(S)<br>TAGGING SERVICES #0804028-8 | |

*NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

*Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS**
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Shipper or Agent)

**TERMS**
All advances of lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possession of the property, unless otherwise indicated below by the carrier.

**RECEIPT OF DELIVERY**

Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM

Consignee
Per _X_____
By _____

OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)



01

| JOB # | 19144 | **CAPITAL MOVING & STORAGE CO., INC.** (201) 332-7510 | B/L # | 46585 |
| Certificate No. 764579 | | | Date | 08/01/08 |

SHIPPER: LEHMAN BROTHERS, INC.
399 PARK AVENUE, 15
NEW YORK N.Y.
ATTN: MARTY HESS

CONSIGNEE: LEHMAN BROTHERS, INC.
745 7TH AVENUE, 21ST FLOOR
NEW YORK, N.Y.
ATTN: LISA BEESON

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and obtained as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated thereof, if mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

| VALUATION | TIME RECORD | | SERVICE | DESCRIPTION | CHARGES |
|---|---|---|---|---|---|

**VALUATION**

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A

VALUE NOT EXCEEDING $ _____
(to be completed by person signing below)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS**

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

X _____
(Shipper or Agent)

**TERMS**

All advance or lawful charges must be paid in cash, money order or certified check before carrier delivers or relinquishes possession of the property, unless otherwise indicated below by the carrier.

**TIME RECORD**

| | | |
|---|---|---|
| Loft Terminal | 6:30 | PM |
| On Job | 7:00 | PM X (Signature) |
| Time Finished | 9:30 | AM X (Signature) |
| Returned Terminal | 10:00 | PM |

**MOVING SERVICES**

OVERTIME
1 VAN(S)  3 MEN    FOREMAN  2 SUP(S)  1½ HR(S)
STRAIGHT TIME
1 VAN(S)  7 MEN    FOREMAN  2 SUP(S)  8 HR(S)
OVERTIME
3 VAN(S)  21 MEN   FOREMAN  2 SUP(S)  HR(S)
7:00 A.M. ON JOB DELIVERY OF EQUIPMENT
EQUIPMENT: 150 DOLLIES; 30 BINS; 2 RED RACKS; 50 ZIP LOCK COMPUTER BAGS; 2 ROLLS OF BUBBLE WRAP; 6 ROLLS OF 2" PVC TAPE; 2 BINS OF BLANKETS; 50 PINK BUBBLE COMPUTER SCREEN BAGS

[NO DINNER]

6-MEN FINISHED 8:00 PM

Packed 5-MD's AND 1-SUP AND OUTSIDE FILES

**RECEIPT OF DELIVERY**

Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM _____

Consignee
Per X _____

By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

JOB #    19144

## CAPITAL
## MOVING & STORAGE CO., INC.
(201) 332-7510

B/L #    46646

Certificate No. 784579

Date    08/02/08

SHIPPER    LEHMAN BROTHERS, INC.
745 7TH AVENUE
NEW YORK N.Y.
ATTN: MARTY HESS

CONSIGNEE    LEHMAN BROTHERS, INC.
745 7TH AVENUE, 21ST FLOOR
NEW YORK, N.Y.
ATTN: LISA BEESON

Received subject to the classifications and lawful rules, rates and regulations in effect on the date of the issue of this Bill of Lading shipment described herein contents and conditions or contents of packages unknown consigned and described as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under this contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted by himself and his assigns.

| VALUATION | | |
|---|---|---|
| UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF .30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER. | | |

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 30¢
(To be completed by person signing herein)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound "per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS**
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

**TERMS**
All advance of lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possessions of the property, unless otherwise indicated below by the carrier.

| TIME RECORD | | |
|---|---|---|
| Left Terminal | 730 | AM/PM |
| On Job | 800 | AM/PM    X  _(Signature)_ |
| Time Finished | 100 | AM/PM    X  _(Signature)_ |
| Returned Terminal | 130 | AM/PM |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| MOVING SERVICES | STRAIGHT TIME    VAN(S)    MEN    FOREMEN    SUP(S)    HR(S) | |
|  | OVERTIME    VAN(S)    5 MEN    FOREMEN    2 SUP(S)    6 HR(S) | |
|  | DOUBLE TIME    VAN(S)    MEN    FOREMEN    SUP(S)    HR(S) | |
|  | UNPACKED  5-MD's<br>1-SUP<br>AND OUTSIDE FILE BOXES | |

**RECEIPT OF DELIVERY**
Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM _____

Consignee
Per    X Martin Hess

By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

JOB #    19144

**CAPITAL**
**MOVING & STORAGE CO., INC.**
(201) 332-7510

B/L #    46622

Certificate No. 764579                                    Date    08/04/08

| | |
|---|---|
| SHIPPER | LEHMAN BROTHERS, INC.<br>745 7TH AVENUE<br>NEW YORK N.Y.<br>ATTN: MARTY HESS |
| CONSIGNEE | LEHMAN BROTHERS, INC.<br>745 7TH AVENUE ,21ST FLOOR<br>NEW YORK, N.Y.<br>ATTN: LISA BEESON |

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above, it is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

| VALUATION | TIME RECORD | | |
|---|---|---|---|
| UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF .30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER. | Loft Terminal | 800 | AM |
| | On Job | 830 | AM  X |
| | Time Finished | 430 | PM  X |
| | Returned Terminal | 500 | PM |

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 30 ¢
(To be completed by person signing below)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE, THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS.**
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

**TERMS**
All advance of lawful charges must be paid in cash, money order or certified check before carrier delivers or relinquishes possessions of the property, unless otherwise indicated below by the carrier.

| SERVICE | DESCRIPTION | | | | | CHARGES |
|---|---|---|---|---|---|---|
| MOVING SERVICES | **STRAIGHT TIME**<br>1 VAN(S)  3 MEN  FOREMEN  1 SUP(S)  8  HR(S) | | | | | |
| | **OVERTIME**<br>VAN(S)  MEN  FOREMEN  SUP(S)  HR(S) | | | | | |
| | **DOUBLE TIME**<br>VAN(S)  MEN  FOREMEN  SUP(S)  HR(S) | | | | | |
| | **POST MOVE SERVICES** | | | | | |

**RECEIPT OF DELIVERY**
Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM _____

Consignee
Per   X _____
_____  $ _____
By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| JOB # | 19144 | **CAPITAL MOVING & STORAGE CO., INC.** (201) 332-7510 | B/L # | 46645 |
|---|---|---|---|---|
| | | | Date | 08/05/08 |

Certificate No. 784579

| SHIPPER | LEHMAN BROTHERS, INC. 745 7TH AVENUE NEW YORK N.Y. ATTN: MARTY HESS | CONSIGNEE | LEHMAN BROTHERS, INC. 745 7TH AVENUE, 21ST FLOOR NEW YORK, N.Y. ATTN: LISA BEESON |
|---|---|---|---|

Received subject to the classifications and lawful rates and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under this contract agrees to transport to destination indicated above, it is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

| VALUATION | | TIME RECORD | Loft Terminal | 800 | PM | |
|---|---|---|---|---|---|---|
| UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER. | | | On Job | 830 | PM | X _(Signature)_ |
| | | | Time Finished | 430 | PM | X _(Signature)_ |
| THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 30¢ _(To be completed by person signing below)_ | | | Returned Terminal | 500 | AM | |

| | SERVICE | DESCRIPTION | CHARGES |
|---|---|---|---|
| | MOVING SERVICES | **STRAIGHT TIME** VAN(S) ___ MEN ___ FOREMEN 1 SUP(S) 8 HR(S) | |
| NOTICE, THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500. | | **OVERTIME** VAN(S) ___ MEN ___ FOREMEN ___ SUP(S) ___ HR(S) | |
| | | **DOUBLE TIME** VAN(S) ___ MEN ___ FOREMEN ___ SUP(S) ___ HR(S) | |

X _(signature)_
Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS**
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_(Shipper or Agent)_

**TERMS**
All advance or lawful charges must be paid in cash, money order, or certified check before carrier delivery of relinquishes possession of the property, unless otherwise indicated below by the carrier.

**RECEIPT OF DELIVERY**
Services shown herein were rendered and the property described above received in good condition except as herein noted.

Consignee _____
For _____  X _(signature)_  $ _____

RECEIVED FROM _____
By _____



**CAPITAL**
MOVING & STORAGE
97 BURMA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 332-7510 · FAX (201) 332-7178

INVOICE  19176

JOB # 19073

DATE    : 08/19/08

PAGE    : 1

REF     :

TERMS   : N/30

ACCOUNT # 2498

LEHMAN BROTHERS,INC.
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | | TOTALS |
|---|---|---|---|
| 46291 | | | |
| | RE: SR#:0803863-S | | |
| | P&L 528191271NYSTRATEGY/D99 | | |
| | REQUESTED BY: JENNY COTTINGHAM | | |
| | MOVE OF 25 EMPLOYEES AT 1271 6TH AVE. 46TH TO 46TH | | |
| | FLOOR. | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/18/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | $ | 368.00 |
| 46360 | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/21/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | | 368.00 |
| 46378 | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/22/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | | 368.00 |
| 46411 | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/23/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | | 368.00 |
| 46409 | | | |
| | DELIVERY OF EQUIPMENT & MOVING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| | CONTINUED ... | | |



**CAPITAL**
MOVING & STORAGE
97 BURMA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 332-7510 • FAX (201) 332-7178

**INVOICE** 19176

JOB # 19072

DATE    : 08/19/08

PAGE    : 2

REF     :

TERMS   : N/30

ACCOUNT # 2498

LEHMAN BROTHERS, INC.
3301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | TOTALS |
|----------|-------------|--------|
| 07/24/08 | 1 VAN 3 MEN 1 FOREMAN 8.00 HRS @ 208.00/HR | 1,664.00 |
|          | OVERTIME CONTINUED 5:00 PM TO 8:00 PM | |
| 07/24/08 | 1 VAN 3 MEN 1 SUPERVISOR 1 FOREMAN 3.00 HRS @ 254.00/ | 762.00 |
|          | MATERIAL SUPPLIED | |
| 07/24/08 | 10 COMMERCIAL BINS @ $10.00/EACH | 100.00 |
| 07/24/08 | 1 ROLL OF KOROLFLEX @ $70.00/EACH | 70.00 |
| 07/24/08 | 2 ROLLS OF BLUE TAPE @ $8.00/EACH | 16.00 |
| 07/24/08 | 2 ROLLS OF PLASTIC FL. PROTECTION @ $166.25/EACH | 332.50 |
| 07/24/08 | 4 LIBRARY BIN RENTAL @ $12.00/EACH | 48.00 |
| 07/24/08 | 8.375% NYC SALES TAX ON MATERIAL | 47.44 |
|          | TOTAL AMOUNT DUE | $    4,511.94 |

## LEHMAN BROTHERS, INC. RELOCATION MANAGEMENT WORK ORDER

| SR#:0803863-S | Vendor:CAPITAL MOVING & SOTRAGE, INC. |
|---|---|

Begin Dates:1.16-Jul-2008          End Dates:1. 24-Jul-2008 5:00 pm
              2.                               2.
              3.                               3.

| ORIGIN | DESTINATION |
|---|---|
| 1271 6th Ave.<br>New York, NY 10019<br>Building:12A                Floor:46 | 1271 6th Ave.<br>New York, NY 10019<br>Building:12A                Floor:46 |

Contacts:

| | |
|---|---|
| 1.Name:  JENNY COTTINGHAM<br>    Tel: ( ) -<br>    Beep: ( ) - | 1.Name:  JENNY COTTINGHAM<br>    Tel: ( ) -<br>    Beep: ( ) - |
| 2.Name:<br>    Tel: ( ) -<br>    Beep: ( ) - | Name:<br>    Tel: ( ) -<br>    Beep: ( ) - |

Job Description:

CAPITAL MOVERS PLEASE PROVIDE A PROJECT MANAGER TO HANDLE THE 25 PERSON RELOCATION WITHIN 1271-46th FLOOR. MOVE IS TO TAKE PLACE ON THURSDAY 7/24

Requested By:CAPOBIANCO, BLAINE            Type of Work: MOVES
       @:(212)320-6176            Project Manager: Jenny Cottingham
Request Date:15-Jul-2008                    @: (212)526-6757
    Amount:                              Beeper:( ) -
    Project #:080452        # of people:25
Project Name:12A  - CP0812AREC-1271 6th Avenue - :Opened By: MHESS
    P&L:52819 1271 NY STRATEGY/099

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| JOB # | 19072 | **CAPITAL**<br>**MOVING & STORAGE CO., INC.**<br>(201) 332-7510 | B/L # | 46291 |
|---|---|---|---|---|
| | | | Date | 07/16/08 |

Certificate No. 784579

| SHIPPER | LEHMAN BROTHERS, INC.<br>1271 6TH AVENUE, 46TH FLOOR<br>NEW YORK NY 10019<br>ATTN: MARTY HESS<br>(212) 320-6333 | CONSIGNEE | LEHMAN BROTHERS, INC.<br>1271 6TH AVENUE<br>NEW YORK, N.Y.<br>ATTN: MR MARTY HESS<br>(212) 320-6333 |
|---|---|---|---|

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

**VALUATION**

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 300
(To be completed by person signing below)

NOTICE! THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

_____
Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS**

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

**TERMS**

All advance or lawful charges must be paid in cash, money order or certified check before carrier delivers or relinquishes possessions of the property, unless otherwise indicated below by the carrier.

| TIME<br>RECORD | Left Terminal | 800 | AM PM |
|---|---|---|---|
| | On Job | 830 | AM PM |
| | Time Finished | 430 | AM PM |
| | Returned Terminal | 500 | AM PM |

(Signature)
(Signature)

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| MOVING<br>SERVICES | **STRAIGHT TIME**<br>  VAN(S)   MEN   FOREMEN   1 SUP(S)   8   HR(S)<br>**OVERTIME**<br>  VAN(S)   MEN   FOREMEN   SUP(S)   HR(S)<br>**DOUBLE TIME**<br>  AM(S)   MEN   FOREMEN   SUP(S)   HR(S)<br>8:30 A.M. ON JOB TAGGING | |

**RECEIPT OF DELIVERY**

Services shown herein were rendered and the property described above received in good condition except as herein noted.

Consignee _____
Par _____
RECEIVED FROM
By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| JOB # | 19072 | **CAPITAL MOVING & STORAGE CO., INC.** (201) 332-7510 | B/L # | 46360 |
|---|---|---|---|---|
| | | | Date | 07/21/08 |

Certificate No. 784579

| SHIPPER | LEHMAN BROTHERS, INC. 1271 6TH AVENUE, 46TH FLOOR NEW YORK NY 10019 ATTN: MARTY HESS (212) 320-6333 | CONSIGNEE | LEHMAN BROTHERS, INC. 1271 6TH AVENUE NEW YORK, N.Y. ATTN: MR MARTY HESS (212) 320-6333 |
|---|---|---|---|

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

## VALUATION

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 50 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 300
(To be completed by person signing below)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

### SHIPPER'S COLLECTION INSTRUCTIONS

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

### TERMS

All advance of lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possession of the property, unless otherwise indicated below by the carrier.

| TIME RECORD | Left Terminal | 800 | AM/PM |
|---|---|---|---|
| | On Job | 830 | AM/PM  X Hess (Signature) |
| | Time Finished | 430 | AM/PM  X Hess (Signature) |
| | Returned Terminal | 500 | AM/PM |

| SERVICE | DESCRIPTION | | CHARGES |
|---|---|---|---|
| MOVING SERVICES | STRAIGHT TIME VAN(S)  MEN  FOREMEN  1 SUP(S)  HR(S) | | |
| | OVERTIME VAN(S)  MEN  FOREMEN  SUP(S)  HR(S) | | |
| | DOUBLE TIME VAN(S)  MEN  FOREMEN  SUP(S)  HR(S) | | |
| | TAGGING SERVICES | | |

## RECEIPT OF DELIVERY

Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM _____

Consignee _____
Per  X _____
By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

JOB #   19072

# CAPITAL
## MOVING & STORAGE CO., INC.
(201) 332-7510

B/L #        46378

Date        07/22/08

Certificate No. 784579

| SHIPPER | CONSIGNEE |
|---|---|
| LEHMAN BROTHERS, INC.<br>1271 6TH AVENUE, 46TH FLOOR<br>NEW YORK NY 10019<br>ATTN: MARTY HESS<br>(212) 320-6333 | LEHMAN BROTHERS, INC.<br>1271 6TH AVENUE<br>NEW YORK, N.Y.<br>ATTN: MR MARTY HESS<br>(212) 320-6333 |

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

### VALUATION

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 36 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500. WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ _30¢_
(To be completed by person signing herein)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

### SHIPPER'S COLLECTION INSTRUCTIONS

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

### TERMS

All advance or lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possession of the property, unless otherwise indicated below by the carrier.

### TIME RECORD

| | | |
|---|---|---|
| Left Terminal | 8 00 | AM/PM |
| On Job | 8 30 | AM/PM  X |
| Time Finished | 4 30 | AM/PM  X (Signature) |
| Returned Terminal | 5 00 | AM/PM (Signature) |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| | STRAIGHT TIME | |
| | VAN(S)   MEN   FOREMEN   1 SUP(S)   HR(S) | |
| MOVING SERVICES | OVERTIME | |
| | VAN(S)   MEN   FOREMEN   SUP(S)   HR(S) | |
| | DOUBLE TIME | |
| | VAN(S)   MEN   FOREMEN   SUP(S)   HR(S) | |
| | TAGGING PROJECT FOR THURSDAY 7/24/08 | |

### RECEIPT OF DELIVERY

Services shown herein were rendered and the property described above received in good condition except as herein noted.

Consignee _____
Per   X _____

RECEIVED FROM _____   $ _____
By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| JOB #   19072 | **CAPITAL** | B/L #   46411 |
|---|---|---|
| | **MOVING & STORAGE CO., INC.** | |
| Certificate No. 784579 | (201) 332-7510 | Date   07/23/08 |

| SHIPPER | CONSIGNEE |
|---|---|
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS, INC. |
| 1271 6TH AVENUE, 46TH FLOOR | 1271 6TH AVENUE |
| NEW YORK NY 10019 | NEW YORK, N.Y. |
| ATTN: MARTY HESS | ATTN: MR MARTY HESS |
| (212) 320-6333 | (212) 320-6333 |

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under this contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

| VALUATION | TIME RECORD | | |
|---|---|---|---|
| UNLESS THE SHIPMENT EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $5500, WHICHEVER IS GREATER. | Left Terminal  800  AM/PM | | |
| | On Job  830  AM/PM | | (Signature) |
| THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 300 | Time Finished  430  AM/PM | | (Signature) |
| | Returned Terminal  500  AM/PM | | |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| (To be completed by person signing below) | STRAIGHT TIME | |
| | VAN(S) ___ MEN 1 FOREMEN ___ SUP(S) 8 HR(S) | |
| NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article," OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500. | OVERTIME | |
| MOVING SERVICES | VAN(S) ___ MEN ___ FOREMEN ___ SUP(S) ___ HR(S) | |
| | DOUBLE TIME | |
| | VAN(S) ___ MEN ___ FOREMEN ___ SUP(S) ___ HR(S) | |
| | TAGGING MOVE FOR THURSDAY | |

X _____
Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS**
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

**TERMS**
All advances of lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possessions of the property, unless otherwise indicated below by the carrier.

**RECEIPT OF DELIVERY**

Services shown herein were rendered and the property described above received in good condition except as herein noted.

Consignee Per X _____

RECEIVED FROM _____

By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| JOB # | 19072 | **CAPITAL**<br>**MOVING & STORAGE CO., INC.**<br>(201) 332-7510 | B/L # | 46409 |
|---|---|---|---|---|
| | | | Date | 07/24/08 |

Certificate No. 784579

| SHIPPER | LEHMAN BRTHERS,INC.<br>1271 6TH AVENUE, 46TH FLOOR<br>NEW YORK NY 10019<br>ATTN:MARTY HESS<br>(212) 320-6333 | CONSIGNEE | LEHMAN BROTHERS,INC.<br>1271 6TH AVENUE<br>NEW YORK,N.Y.<br>ATTN:MR MARTY HESS<br>(212) 320-6333 |
|---|---|---|---|

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

### VALUATION

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 30¢

(To be completed by person signing below)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

### SHIPPER'S COLLECTION INSTRUCTIONS

Subject to Section 7 of the conditions. If this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

### TERMS

All advance of lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possession of the property, unless otherwise indicated below by the carrier.

| TIME RECORD | | |
|---|---|---|
| Left Terminal | 800 | AM |
| On Job | 830 | AM X (Signature) |
| Time Finished | 730 | PM X (Signature) |
| Returned Terminal | 800 | PM |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| MOVING SERVICES | **STRAIGHT TIME**<br>1 VAN(S) 3 MEN 1 FOREMAN SUP(3) ✓ HR(S)<br>**OVERTIME**<br>1 VAN(S) 3 MEN 1 FOREMAN 1 SUP(S) 3 HR(S)<br>**DOUBLE TIME**<br>VAN(S) MEN FOREMAN SUP(S) HR(S)<br>8:30 A.M. ON JOB<br>DELIVER EQUIPMENT AND PROVIDE PRE-MOVE LABOR<br>EQUIPMENT:50 DOLLIES,10 BINS,1 ROLL OF COROFLEX,<br>2 ROLL OF BLUE TAPE,2 ROLLS OF PLASTIC FLOOR<br>PROTECTION,1 FLOOR APPLICATOR,4 LIBRARY CARRIERS.<br><br>*NO-DINNER* | |

### RECEIPT OF DELIVERY

Services shown herein were rendered and the property described above received in good condition except as herein noted.

_____

| | |
|---|---|
| | Consignee _____ |
| | Per X _Martin Hess_ |
| RECEIVED FROM _____ | By _____ |



**CAPITAL**
MOVING & STORAGE
57 BURMA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 332-7540 • FAX (201) 332-7178

**INVOICE** 19177

JOB # 19122

DATE    : 08/20/08

PAGE    : 1

REF     :

TERMS   : N/30

ACCOUNT # 2498

LEHMAN BROTHERS,INC.
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | | TOTALS |
|---|---|---|---|
| 46412 | | | |
| | RE: SR#:0803864-S | | |
| | P&L 528191271NY STRATEGY/099 | | |
| | REQUESTED BY: JENNY COTTINGHAM | | |
| | MOVE OF 18 EMPLOYESS FROM 745 SEVENTH AVE. | | |
| | 14TH FL. TO 1271 6TH AVE., 41ST FL., NYC | | |
| | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/23/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | $ | 368.00 |
| 46410 | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/24/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | | 368.00 |
| 46440 | | | |
| | MOVING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/25/08 | 1 VAN 4 MEN 1 SUPERVISOR 8.00 HRS @ 253.00/HR | | 2,024.00 |
| | | | |
| | OVERTIME CONTINUED 4:30 PM TO 10:00 PM | | |
| 07/25/08 | 1 VAN 4 MEN 5.50 HRS @ 247.00/HR | | 1,358.50 |
| | 5:00 PM TO 10:00 PM | | |
| 07/25/08 | 1 VAN 4 MEN 2 SUPERVISORS 5.00 HRS @ 359.00/HR | | 1,795.00 |
| | MATERIAL SUPPLIED | | |
| 07/25/08 | 10 COMMERCIAL BINS @ $10.00/EACH | | 100.00 |
| 07/25/08 | 8.375% NYC SALES TAX ON MATERIAL | | 8.38 |
| 46479 | | | |
| | CONTINUED ... | | |
| | POST MOVE | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/28/08 | 1 FOREMAN 8.00 HRS @ 44.00/HR | | 352.00 |



**CAPITAL**
MOVING & STORAGE
97 BERMA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 332-7510 • FAX (201) 332-7178

**INVOICE** 19177

JOB # 19122

DATE     : 08/20/08

PAGE     : 2

REF      :

TERMS    : N/30

ACCOUNT # 2498

LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | TOTALS |
|----------|-------------|--------|
| | 8:00 AM TO 12:00 NOON | |
| 07/29/08 | 1 VAN 2 MEN 4.00 HRS @ 121.00/HR | 484.00 |
| | **TOTAL AMOUNT DUE** | $    6,857.88 |

LEHMAN BROTHERS      7/15/2008 12:59 PM  PAGE  1/002    LEHMAN BROTHERS

LEHMAN BROTHERS, INC. RELOCATION MANAGEMENT WORK ORDER

SR#:0803864-S                Vendor:CAPITAL MOVING & SOTRAGE, INC.

Begin Dates:1. 16-Jul-2008              End Dates:1. 25-Jul-2008 5:00 pm
            2.                                    2.
            3.                                    3.

ORIGIN

745 Seventh Avenue

Building:74S                    Floor:14

Contacts:

1.Name:  JENNY COTTINGHAM
    Tel: ( ) -
    Beep: ( ) -

2.Name:
    Tel: ( ) -
    Beep: ( ) -

DESTINATION

1271 6th Ave.
New York, NY  10019
Building:12A                    Floor:41

1.Name:  JENNY COTTINGHAM
    Tel: ( ) -
    Beep: ( ) -

Name:
    Tel: ( ) -
    Beep: ( ) -

Job Description:
CAPITAL MOVING:PLEASE PROVIDE A PROJECT MANAGER TO WORK ON THE 38
PERSON RELOCATION FROM 745-14 TO 1271-41. MOVE IS TO TAKE PLACE ON FRIDAY
7/25 AT 5pm.

Requested By:CAPOBIANCO, BLAINE          Type of Work: MOVES
           @:(212)320-6176               Project Manager: Jenny Cottingham
Request Date:15-Jul-2008                      @: (212)526-6757
    Amount:                              Beeper:( ) -
    Project #:080452      # of people:38
Project Name:12A  - CP0812AREC-1271 6th Avenue - :Opened By: MHESS
       P&L: 52819 1271 NY STRATEGY/099

MHESS                                       [ Date of Issue:  15-Jul-2008 @ 12:58 pm]

OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

JOB #    19122

**CAPITAL**
**MOVING & STORAGE CO., INC.**
(201) 332-7510

B/L #    46412

Certificate No. 784579

Date    07/23/08

| SHIPPER | CONSIGNEE |
|---|---|
| LEHMAN BROTHERS, INC.<br>745 7TH AVENUE, 14TH FL<br>NEW YORK NY 10019<br>ATTN: MARTY HESS<br>(212) 320-6383 | LEHMAN BROTHERS, INC.<br>1271 6TH AVENUE, 41ST FLOOR<br>NEW YORK, N.Y.<br>ATTN: MARTY HESS<br>(212) 320-6333 |

Received subject to the classifications and lawful, rules and regulations in effect on the date of this BIll of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and delivered as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law whether printed or written, herein contained, including the condition on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

### VALUATION

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER ON $5500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A

VALUE NOT EXCEEDING $ 3000
(to be computed by person signing below)

NOTICE THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents" per pound" per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $5500.

X _____
Shipper or Agent

### SHIPPER'S COLLECTION INSTRUCTIONS

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

### TERMS

All advance of lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possession of the property unless otherwise indicated below by the carrier.

| | TIME RECORD | | | |
|---|---|---|---|---|
| | Left Terminal | 8:00 | PM | |
| | On Job | 8:30 | PM | X Hess (Signature) |
| | Time Finished | 4:30 | AM | X Hess (Signature) |
| | Returned Terminal | 5:00 | AM PM | |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| MOVING SERVICES | **STRAIGHT TIME**<br>VAN(S)    MEN    FOREMEN    1 SUP(S)    HR(S) | |
| | **OVERTIME**<br>VAN(S)    MEN    FOREMEN    SUP(S)    HR(S) | |
| | **DOUBLE TIME**<br>VAN(S)    MEN    FOREMEN    SUP(S)    HR(S) | |
| | PACKING MOVE FOR FRIDAY | |

### RECEIPT OF DELIVERY

Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM _____

Consignee
Per    X _____ Hess
By _____    $ _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| JOB # 19122 | **CAPITAL**<br>**MOVING & STORAGE CO., INC.**<br>(201) 332-7510 | B/L # 46410 |
|---|---|---|
| | | Date 07/24/08 |

Certificate No. 784579

| SHIPPER | CONSIGNEE |
|---|---|
| LEHMAN BROTHERS, INC.<br>745 7TH AVENUE, 14TH FL<br>NEW YORK NY 10019<br>ATTN: MARTY HESS<br>(212) 320-6333 | LEHMAN BROTHERS, INC.<br>1271 6TH AVENUE, 41ST FLOOR<br>NEW YORK, N.Y.<br>ATTN: MARTY HESS<br>(212) 320-6333 |

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to its usual place of delivery at said destination, if on its own line or route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

| VALUATION | | TIME RECORD | | | |
|---|---|---|---|---|---|
| | | Left Terminal | 500 | PM | X |
| UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER | | On Job | 830 | AM | (Signature) |
| | | Time Finished | 430 | PM | X |
| THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A | | Returned Terminal | 500 | PM | (Signature) |
| VALUE NOT EXCEEDING $ 500 | | | | | |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| MOVING SERVICES | STRAIGHT TIME<br>VAN(S) ___ MEN ___ FOREMEN 1 SUP(S) ___ HR(S) | |
| | OVERTIME<br>VAN(S) ___ MEN ___ FOREMEN ___ SUP(S) ___ HR(S) | |
| | DOUBLE TIME<br>VAN(S) ___ MEN ___ FOREMEN ___ SUP(S) ___ HR(S) | |
| | TAGGING MORE FOR 7/25/08 | |

(The balance to be completed by person signing below)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

(Shipper or Agent)

**SHIPPER'S COLLECTION INSTRUCTIONS.**
Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

(Shipper or Agent)

**TERMS**
All advance of lawful charges must be paid in cash, money order or certified check before carrier delivery or relinquishes possession of the property, unless otherwise indicated below by the carrier.

**RECEIPT OF DELIVERY**
Services shown herein were rendered and the property described above received in good condition except as herein noted.

| | Consignee | |
|---|---|---|
| RECEIVED FROM | Per X ___ | $ ___ |
| | By ___ | |

OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

JOB # 15182

## CAPITAL
## MOVING & STORAGE CO., INC.
(201) 332-7510

B/L # 45440

Date 07/25/08

Certificate No. 784579

SHIPPER
LEHMAN BROTHERS, INC.
745 7TH AVENUE,14TH FL
NEW YORK NY 10019
ATTN:MARTY HESS
(212) 320-6333

CONSIGNEE
LEHMAN BROTHERS, INC.
1271 6TH AVENUE,41ST FLOOR
NEW YORK, N.Y.
ATTN:MARTY HESS
(212) 320-6333

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (company and conditions of contents of packages unknown) consigned and classified as shown herein, which said company the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract agrees to transport to destination indicated above, it is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof which are hereby agreed to by shipper and accepted for himself and his assigns.

### VALUATION

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 60 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A

VALUE NOT EXCEEDING $ 3000
(To be executed by person signing below)

NOTICE:THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT OR THE WORDS "30 cents per pound per article" OTHERWISE, THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

### SHIPPER'S COLLECTION INSTRUCTIONS:
Subject in Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

### TERMS
All advance of lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possessions of the property, unless otherwise indicated below by the carrier.

### TIME RECORD

| | |
|---|---|
| Left Terminal | 800 |
| On Job | 830 |
| Time Finished | 930 |
| Returned Terminal | 1000 |

(Signature)
(Signature)

### SERVICE
### MOVING SERVICES

| DESCRIPTION | CHARGES |
|---|---|
| STRAIGHT TIME | |
| 1 VAN(S)  4 MEN  FOREMEN  1 SUP(S)  HR(S) | |
| OVERTIME | |
| 2 VAN(S)  8 MEN  FOREMEN  2 SUP(S)  HR(S) | |
| DOUBLE TIME | |
| VAN(S)  MEN  FOREMEN  SUP(S)  HR(S) | |
| 8:30 A.M. ON JOB WORK AS DIRECTED | |
| BALANCE OF CREW 5:09 P.M. | |
| 25 DOLLIES  10 BINS  1 BIN BLANKETS | |
| NO-DINNER | |

### RECEIPT OF DELIVERY
Services shown herein were rendered and the property described above received in good condition except as herein noted.

Consignee
Per X _____

RECEIVED FROM _____
By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| | | |
|---|---|---|
| JOB # 19122 | **CAPITAL**<br>**MOVING & STORAGE CO., INC.**<br>(201) 332-7510 | B/L # 46479 |
| | | Date 07/28/08 |

Certificate No. 784579

| | | |
|---|---|---|
| SHIPPER | LEHMAN BROTHERS, INC.<br>1271 6TH AVENUE, 41ST FLOOR<br>NEW YORK NY 10019<br>ATTN: MARTY HESS<br>(212) 320-6333 | CONSIGNEE LEHMAN BROTHERS, INC.<br>1271 6TH AVENUE, 41ST FLOOR<br>NEW YORK, NY.<br>ATTN: MARTY HESS<br>(212) 320-6333 |

Received subject to the classifications and tariffs, rules and regulations in effect on the date of this Bill of Lading. Shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated below, it is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

**VALUATION**

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 30¢
(To be completed by person signing below)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT OR THE WORDS "30 cents per pound per article". OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS**

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

**TERMS**

All advance or lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possessions of this property, unless otherwise indicated below by the carrier.

| TIME RECORD | | |
|---|---|---|
| Left Terminal | 800 | AM |
| On Job | 830 | _Hess_ (Signature) |
| Time Finished | 430 | _Hess_ (Signature) |
| Returned Terminal | 500 | PM |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| MOVING SERVICES | STRAIGHT TIME<br>1 VAN(S) 2 MEN FOREMEN SUP(S) 4 HR(S)<br>VAN(S) MEN FOREMEN SUP(S) 8 HR(S)<br>DOUBLE TIME<br>VAN(S) MEN FOREMEN SUP(S) HR(S)<br>POST MOVE ( JOB. #) | |

1-VAN } FIN 1200 pm
2-MEN

**RECEIPT OF DELIVERY**

Services shown herein were rendered and the property described above received in good condition except as herein noted.

| | |
|---|---|
| | Consignee<br>Per X _Martin Hess_ |
| RECEIVED FROM _____ | By _____ |



**CAPITAL**
MOVING & STORAGE
97 BURMA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 432-7510 • FAX (201) 332-7178

**INVOICE** 19181

| | |
|---|---|
| JOB # | 19130 |
| DATE | : 08/20/08 |
| PAGE | : 1 |
| PEF | : |
| TERMS | : N/30 |
| ACCOUNT # | 2498 |

LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | | TOTALS |
|---|---|---|---|
| 46379 | | | |
| | RE: SR #: 0803926-S | | |
| | P& L # 5282C399 PARK AVE. NY STRATEGY/09 | | |
| | REQUESTED BY: CHRIS WEBER | | |
| | MOVE OF 33 EMPLOYEES AT 745 SEVENTH AVE. 14TH FL. TO | | |
| | 14TH & 16TH FLOORS. | | |
| | | | |
| | DELIVERY OF MATERIAL | | |
| | STRAIGHT TIME 10:00 AM TO 1:00 PM | | |
| 07/20/08 | 1 VAN 2 MEN 3.00 HRS @ 121.00/HR | $ | 363.00 |
| | | | |
| | MATERIAL SUPPLIED | | |
| 07/22/08 | 200 COMMERCIAL CARTONS @ $2.50/EACH | | 500.00 |
| | | | |
| 07/22/08 | 8.375% NYC SALES TAX ON MATERIAL | | 41.88 |
| | | | |
| 46448 | | | |
| | TAGGING SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/25/08 | 1 SUPERVISOR 8.00 HRS @ 46.00/HR | | 368.00 |
| | | | |
| 46507 | | | |
| | OFFICE RELOCATION SERVICES | | |
| | STRAIGHT TIME 8:00 AM TO 5:00 PM | | |
| 07/29/08 | 1 VAN 3 MEN 1 SUPERVISOR 8.00 HRS @ 210.00/HR | | 1,680.00 |
| | | | |
| | OVERTIME CONTINUED 5:00 PM TO 8:00 PM | | |
| 07/29/08 | 2 SUPERVISORS 3.00 HRS @ 112.00/HR | | 336.00 |
| | 5:00 PM TO 7:00 PM | | |
| 07/29/08 | 1 VAN 3 MEN 2.00 HRS @ 194.00/HR | | 388.00 |
| | | | |
| | CONTINUED ... | | |



**CAPITAL**
MOVING & STORAGE
97 WHENA ROAD
JERSEY CITY, NEW JERSEY 07305
(201) 332-7510 * FAX (201) 332-7178

**INVOICE**  19181

JOB # 19130

DATE    : 08/20/08

PAGE    : 2

REF     :

TERMS   : N/30

ACCOUNT # 2498

LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019
MR MARTIN HESS

| B/L DATE | DESCRIPTION | TOTALS |
|----------|-------------|--------|
| | MATERIAL SUPPLIED | |
| 07/29/08 | 20 COMMERCIAL BINS @ $10.00/EACH | 200.00 |
| 07/29/08 | 8.375% NYC SALES TAX ON MATERIAL | 16.75 |
| | TOTAL AMOUNT DUE | $  3,893.63 |

LEHMAN BROTHERS, INC. RELOCATION MANAGEMENT WORK ORDER

| SR#:0803926-S | Vendor:CAPITAL MOVING & SOTRAGE, INC. |

Begin Dates:1. 23-Jul-2008            End Dates:1. 29-Jul-2008 5:00 pm
2.                                    2.
3.                                    3.

**ORIGIN**

745 Seventh Avenue

Building:74S          Floor:14

Contacts:

1.Name:  CHRIS WEBER
     Tel:  ( )  -
     Beep:  ( )  -

2.Name:
     Tel:  ( )  -
     Beep:  ( )  -

**DESTINATION**

745 Seventh Avenue

Building:74S          Floor: 14 , 16

1.Name:  CHRIS WEBER
     Tel:  ( )  -
     Beep:  ( )  -

Name:
     Tel:  ( )  -
     Beep:  ( )  -

Job Description:

CAPITAL MOVING PLEASE PROVIDE TAGS AND BOXES TO THE 33 PEOPLE ON THE
ATTACHED FROM TO LIST . RATURN ON TUESDAY 7/29 AT 5PM TO EXECUTE THE
MOVE WITHIN 745-14 & 16. 399 PARK SUBLET SEQUENCE 11-4

Requested By:CAPOBIANCO, BLAINE            Type of Work: MOVES
         @:(212)320-6176                   Project Manager: Lisa Dimoulas
Request Date:18-Jul-2008                         @:( )  -
         Amount:                           Beeper:( )  -
     Project #:080450        # of people:33
Project Name:39P - CP0639PREC-399 Park Avenue - Opened By: MHESS
         P&L:5282( 399 PARK AVE NY STRATEGY/09

MHESS                                    ( Date of Issue:  18-Jul-2008 @ 2:10 pm

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

JOB # ~~19182~~ 19130

**CAPITAL MOVING & STORAGE CO., INC.**
(201) 332-7510

B/L # 46379

Certificate No. 784579

Date 07/22/08

| SHIPPER | CONSIGNEE |
|---|---|
| LEHMAN BROTHERS, INC.<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019<br>ATTN: PHIL MUZZIO/MR HESS<br>(212) 320-6333 | LEHMAN BROTHERS, INC.<br>745 7TH AVENUE, 14TH FLOOR<br>NEW YORK, N.Y.<br>ATTN: MR HESS |

Received subject to the classifications and tariffs, rules and regulations in effect on the date of the issue of this Bill of Lading shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

### VALUATION

UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER.

THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $ 30¢
(to be completed by person signing below)

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT, OR THE WORDS "30 cents per pound per article." OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

X _____
Shipper or Agent

### SHIPPER'S COLLECTION INSTRUCTIONS

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Shipper or Agent)

### TERMS

All advance or lawful charges must be paid in cash, money order, or certified check before carrier delivery or relinquishes possession of the property, unless otherwise indicated below by the carrier.

| TIME RECORD | | | |
|---|---|---|---|
| Left Terminal | 10:00 | AM PM | |
| On Job | 10:30 | AM PM | X Hess (Signature) |
| Time Finished | 12:30 | AM PM | Hess (Signature) |
| Returned Terminal | 1:00 | AM PM | |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| MOVING SERVICES | STRAIGHT TIME<br>1 VAN(S)  2 MEN  FOREMEN  SUP(S) 3  HRS<br>OVERTIME<br>VAN(S)  MEN  FOREMEN  SUP(S)  HRS<br>DOUBLE TIME<br>VAN(S)  MEN  FOREMEN  SUP(S)  HRS<br>LOAD AT CAPITAL'S WAREHOUSE 200 COMMERCIAL CARTONS FOR DELIVERY TO 745 7TH AVENUE. BEFORE GOING TO 745 7TH AVENUE BEFORE TO 1301 6TH AVENUE AND SEE PHIL MUZZIO, HE HAS A SMALL PICKUP GOING FROM 1301 6TH AVENUE TO 745 7TH AVENUE | |

### RECEIPT OF DELIVERY

Services shown herein were rendered and the property described above received in good condition except as herein noted.

Consignee _____
Per X Martin Hess

RECEIVED FROM _____

By _____

OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| | | |
|---|---|---|
| JOB # 19130 | **CAPITAL** | B/L # 46448 |
| | **MOVING & STORAGE CO., INC.** | |
| Certificate No: 784579 | (201) 332-7510 | Date 07/25/08 |

SHIPPER LEHMAN BROTHERS, INC.
745 SEVENTH AVENUE, 14TH
NEW YORK NY 10019
ATTN:MARTY HESS
(212) 320-6333

CONSIGNEE LEHMAN BROTHERS, INC.
745 SEVENTH AVENUE, 14&16TH FLS
NEW YORK, N.Y.
ATTN:MARTY HESS
(212) 320-6333

Received subject to the classifications and tariffs, rules and regulations, in effect on the date of the issue of this Bill of Lading, shipment described herein (contents and conditions of contents of packages unknown) consigned and destined as shown herein, which said company (the word company being understood throughout the contract as covering any portion or completion in possession of the property under the contract) agrees to transport to destination indicated above. It is mutually agreed, that every service to be performed hereunder shall be subject to all conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by shipper and accepted for himself and his assigns.

| VALUATION | | TIME RECORD | | | |
|---|---|---|---|---|---|
| UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 30 CENTS PER POUND PER ARTICLE, THE CARRIERS MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $2500, WHICHEVER IS GREATER. | | Left Terminal | 800 | AM / PM | |
| | | On Job | 830 | AM / PM | X (Signature) |
| THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT TO A VALUE NOT EXCEEDING $____ (To be completed by person signing below) | | Time Finished | 430 | AM / PM | X (Signature) |
| | | Returned Terminal | 500 | AM / PM | |

| SERVICE | | DESCRIPTION | | | | | CHARGES |
|---|---|---|---|---|---|---|---|
| | | STRAIGHT TIME | | | | | |
| MOVING SERVICES | | VAN(S) MEN FOREMAN 1 SUP(S) | | | HR(S) | | |
| | | OVERTIME | | | | | |
| | | VAN(S) MEN FOREMAN SUP(S) | | | HR(S) | | |
| | | DOUBLE TIME | | | | | |
| | | VAN(S) MEN FOREMAN SUP(S) | | | HR(S) | | |
| | | TAGGING PROJECT 0803924 FOR 7/29/08 | | | | | |

NOTICE: THE SHIPPER SIGNING THIS CONTRACT MUST INSERT IN THE SPACE ABOVE, IN HIS OWN HANDWRITING, EITHER HIS DECLARATION OF THE ACTUAL VALUE OF THE SHIPMENT OR THE WORDS "30 cents per pound" per article. OTHERWISE THE SHIPMENT WILL BE DEEMED RELEASED TO A LUMP SUM VALUE OF $2500.

_____
Shipper or Agent

**SHIPPER'S COLLECTION INSTRUCTIONS**

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse to the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of transportation and all other lawful charges.

_____
(Shipper or Agent)

**TERMS**

All advance of lawful charges must be paid in cash, money order, or certified check before carrier delivers or relinquishes possession of the property, unless otherwise indicated below by the carrier.

**RECEIPT OF DELIVERY**

Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM

Consignee
Per X _____

By _____

**OFFICE, LOFT AND COMMERCIAL BILL OF LADING AND FREIGHT BILL**
(This form is for use when the applicable TARIFF provides
specific rates for Office, Loft and commercial moving on an HOURLY BASIS)

| JOB # 19130 | **CAPITAL MOVING & STORAGE CO., INC.** | B/L # 46507 |
|---|---|---|
| | (201) 332-7510 | |
| Certificate No. 784678 | | Date 07/29/08 |

SHIPPER LEHMAN BROTHERS, INC.
745 SEVENTH AVENUE, 14TH
NEW YORK NY 10019
ATTN: MARTY HESS
(212) 320-6333

CONSIGNEE LEHMAN BROTHERS, INC.
745 SEVENTH AVENUE, 14&16TH FLS
NEW YORK, N.Y.
ATTN: MARTY HESS
(212) 320-6333

| VALUATION | TIME RECORD | |
|---|---|---|
| UNLESS THE SHIPPER EXPRESSLY RELEASES THE SHIPMENT TO A VALUE OF 60 CENTS PER POUND PER ARTICLE, THE CARRIER'S MAXIMUM LIABILITY FOR LOSS AND DAMAGE SHALL BE EITHER THE LUMP SUM VALUE DECLARED BY THE SHIPPER OR $250.0, WHICHEVER IS GREATER. | Left Terminal | 800 |
| | On Job | 830  X  *(Signature)* |
| THE SHIPMENT WILL MOVE SUBJECT TO THE RULES AND CONDITIONS OF THE CARRIER'S TARIFF. SHIPPER HEREBY RELEASES THE ENTIRE SHIPMENT | Time Finished | 730 *(Signature)* |
| VALUE NOT EXCEEDING $ 30 | Returned Terminal | 800 |

| SERVICE | DESCRIPTION | CHARGES |
|---|---|---|
| MOVING SERVICES | STRAIGHT TIME  1 VAN(S)  3-MEN  FOREMEN  1-SUP(S)  8 HR(S)  OVERTIME  1 VAN(S)  3-MEN  FOREMEN  2-SUP(S)  HR(S)  DOUBLE TIME  VAN(S)  MEN  FOREMEN  SUP(S)  HR(S)  OFFICE RELOCATION SERVICES  EQUIPMENT: 50 DOLLIES; 20 BINS; 1 BIN OF BLANKETS  NO-DINNER  1-VAN  3-MEN } FINISHED 630 PM  2-SUP FINISHED 730 PM  14th TO 30th  14th TB 14th  14th TO 16th  16th TO 8th | |

**SHIPPER'S COLLECTION INSTRUCTIONS**

**TERMS**

**RECEIPT OF DELIVERY**
Services shown herein were rendered and the property described above received in good condition except as herein noted.

RECEIVED FROM _____

McCARTER & ENGLISH, LLP
245 Park Avenue, 27th Floor
New York, New York  10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| In re: | : | Case No. 08-13555 (JMP) |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., | : | (Jointly Administered) |
|  | : |  |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## CERTIFICATE OF SERVICE

I, Eduargo J. Glas, certify that on the 29th of September, 2008, Capital Moving & Storage Co., Inc.'s Objection to Notice of Assumption, Assignment and Amounts to Cure Dated September 18, 2008 was served upon the attached service list in the manner indicated.

Dated: September 29, 2008
New York, New York

McCARTER & ENGLISH, LLP

/s/ Eduardo J. Glas
Eduardo J. Glas, Esq. (EG-7027)
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, New York 10167
(212) 609-6800 - Telephone
(212) 609-6921 - Facsimile

ME1 7747128v.1

Service List

**Via Electronic Mail:**

Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Shai Waisman, Esq.
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153
Fax : (212) 310-8007
harvey.miller@weil.com
jacqueline.marcus@weil.com
shai.waisman@weil.com

Brian Trust, Esq.
Frederick D. Hyman, Esq.
Jeffrey G. Tougas, Esq.
Amit K. Trehan, Esq.
**Mayer Brown LLP**
1675 Broadway
New York, NY 10019
Ph: 212-506-2500
Fax: 212-262-1910
btrust@mayerbrown.com
fhyman@mayerbrown.com
jtougas@mayerbrown.com
atrehan@mayerbrown.com

Jeffrey S. Sabin, Esq.
Ronald J. Silverman, Esq.
Steven Wilamowsky, Esq.
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378
jeffrey.sabin@bingham.com
ronald.silverman@bingham.com
steven.wilamowsky@bingham.com

P. Sabin Willett, Esq.
**BINGHAM McCUTCHEN LLP**
One Federal Street
Boston, MA 02110-1726
Tel: 617-951-8000
Fax: 617-951-8736
sabin.willet@bingham.com

Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
William C. Heuer, Esq.
**Dewey & LeBoeuf LLP**
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: (212) 259-8000
Fax: (212) 259-6333 (Fax)
mbienenstock@dl.com
igoldstein@dl.com
wheuer@dl.com

Maureen Cronin, Esq.
My Chi To, Esq.
**Debevoise & Plimpton LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 909-6000
Fax: (212) 909-6836
mcto@debevoise.com
macronin@debevoise.com

Keith A. Simon, Esq.
**Latham & Watkins LLP**
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
keith.simon@lw.com

David S. Heller, Esq.
J. Douglas Bacon, Esq.
**Latham & Watkins LLP**
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
david.heller@lw.com
douglas.bacon@lw.com

Michael J. Edelman, Esq.
**Vedder Price P.C.**
1633 Broadway, 47th Floor
New York, New York 10019
Tel: (212) 407-7700
Fax: (212) 407-7799
mjedelman@vedderprice.com

Service List

Lisa Roberts
**Pursuit Partners**
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902
Tel: (203) 276-3700
Fax: (203) 961-0039
E-mail: Roberts@PursuitPartners.com

Thomas R. Slome, Esq.
**Meyer, Suozzi, English & Klein, P.C.**
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Ph: (516) 597-5772
Fx: (516) 741-6706
tslome@msek.com

J. Fred Berg, Jr., Esq.
**Russin, Vecchi, Berg & Bernstein LLP**
380 Lexington Avenue, Suite 1518
New York, NY 10168
Ph: (212) 490-6644
Fax: (212) 202-4930
fred.berg@rvblaw.com

Eduardo J. Glas, Esq.
**McCarter & English, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096
Tel: (973) 622-4444
Fax: (973) 624-7070
eglas@mccarter.com

Katharine L. Mayer, Esq.
**McCarter & English, LLP**
Renaissance Centre
405 North King Street
Wilmington, DE 19801
Tel: (302) 984-6300
Fax: (302) 984-6399
kmayer@mccarter.com

Patrick L. Hayden, Esq.
**McGUIREWOODS LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Tel: (212) 548-2100
Fax: (212) 548-2150
phayden@mcguirewoods.com

Dion W. Hayes, Esq.
**McGUIREWOODS LLP**
One James Center
901 East Cary Street
Richmond, VA 23219
Tel: (804) 775-1000
Fax: (804) 775-1061
dhayes@mcguirewoods.com

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
**MILBANK, TWEED, HADLEY &
McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Tel: (212) 530-5000
Fax: (212) 530-5219
ddunne@milbank.com
ldespins@milbank.com
wfoster@milbank.com

Paul Aronzon, Esq.
Gregory A. Bray, Esq.
**MILBANK, TWEED, HADLEY &
McCLOY LLP**
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Tel: (213) 892-4000
Fax: (213) 629-5063
paronzon@milbank.com
gbray@milbank.com

Joseph E. Shickich, Jr., Esq.
**Riddell Williams P.S.**
1001 4th Ave, Ste 4500
Seattle, WA 98154-1192
Tel: (206) 624-3600
Fax: (206) 389-1708
jschickich@riddellwilliams.com

Daniel J. Flanigan, Esq.
**Polsinelli Shalton Flanigan Suelthaus PC**
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112
dflanigan@polsinelli.com

Service List

Matthew A. Cantor, Esq.
**Normandy Hill Capital, L.P.**
150 East 52nd Street, 10th Floor
New York, NY 10022
Phone: (212) 616-2100
Fax: (212) 616-2101
Info2@normandyhill.com

Shelley Chapman, Esq.
Benito Romano, Esq.
Marc Abrams, Esq.
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
mabrams@willkie.com
schapman@willkie.com
bromano@willkie.com

Shari D. Leventhal, Esq.
Assistant General Counsel and Senior Vice
President
**Federal Reserve Bank of New York**
33 Liberty Street
New York, New York 10045-0001
Tel: (212) 720-5018
Fax: (212) 720-8709
shari.leventhal@ny.frb.org

Israel Dahan, Esq.
**Cadwalader, Wickersham & Taft LLP**
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666
Israel.Dahan@cwt.com

Kay Standridge Kress, Esq.
Deborah Kovsky-Apap, Esq.
**PEPPER HAMILTON LLP**
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157
Tel: 313.259.7110
Fax: 313.259.7926
kressk@pepperlaw.com
kovskyd@pepperlaw.com

Audrey D. Wisotsky, Esq.
**PEPPER HAMILTON LLP**
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
Tel: 609.452.0808
Fax: 609.452.1147
wisotska@pepperlaw.com

Mark A. Speiser, Esq.
Sherry J. Millman, Esq.
**Stroock & Stroock & Lavan LLP**
180 Maiden Lane
New York, New York 10038
Tel: (212) 806-5400
Fax: (212) 806-6006
mspeiser@stroock.com
smillman@stroock.com

Peter A. Zisser, Esq.
**Holland & Knight LLP**
195 Broadway
New York, NY 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010
peter.zisser@hklaw.com

Richard E. Lear, Esq.
**Holland & Knight LLP**
2099 Pennsylvania Ave. NW, Suite 100
Washington, DC 20006
Tel: (202) 955-3000
Fax: (202) 955-5564
Richard.lear@hklaw.com

Gregory O. Kaden, Esq.
Douglas B. Rosner, Esq.
**GOULSTON & STORRS, P.C.**
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Tel: (617) 482-1776
gkaden@goulstonstorrs.com
drosner@goulstonstorrs.com

Service List

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
pwright@dl.com
esmith@dl.com

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
**STEVENS & LEE, P.C.**
485 Madison Avenue, 20th Floor
New York, New York 10022
Tel: 212-319-8500
Fax: 212-319-8505
cs@stevenslee.com
cp@stevenslee.com

Ira L. Herman, Esq.
Demetra L. Liggins, Esq.
**Thompson & Knight LLP**
919 Third Avenue, 39th Floor
New York, NY 10022-3915
Tel: (212) 751-3001
Fax: (212) 751-3113
Ira.herman@tklaw.com
Demetra.liggins@tklaw.com

Rhett G. Campbell, Esq.
**Thompson & Knight LLP**
333 Clay Street, Suite 3300
Houston, TX 7702-4499
Tel: (713) 653-8660
Fax: (832) 397-8260
Rhett.campbell@tklaw.com

Sydney G. Platzer, Esq.
**Platzer, Swergold, Karlin, Levine,**
**Goldberg & Jaslow, LLP**
1065 Avenue of the Americas, 18th Floor
New York, New York 10018
Tel: 212-593-3000
Fax: 212-593-0353
splatzer@platzerlaw.com

Michael A. Rosenthal, Esq.
Janet M. Weiss, Esq.
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166
Tel: (212) 351-4000
Fax: (212) 351-4035
jweiss@gibsondunn.com
mrosenthal@gibsondunn.com

Edward J. LoBello, Esq.
**Blank Rome LLP**
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel.: (212) 885-5364
Fax: (917) 332-3728
elobello@blankrome.com

Carren Shulman, Esq.
Russell Reid, Esq.
**Sheppard, Mullin, Richter & Hampton,**
**LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Tel: (212) 332-3800
Fax: (212) 332-3888
cshulman@sheppardmullin.com
rreid@sheppardmullin.com

Michael B. Hopkins, Esq.
Dianne F. Coffino, Esq.
Amanda Raboy, Esq.
**Covington & Burling LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telecopy: 212-841-1010
mhopkins@cov.com
dcoffino@cov.com
araboy@cov.com

Service List

Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.
**Troutman Sanders LLP**
The Chrysler Building
405 Lexington Ave
New York, NY 10174
Tel: (212) 704-6000
Fax: (212) 704-6288
Hollace.cohen@troutmansanders.com
Paul.deutch@troutmansanders.com

Martin J. Bienenstock, Esq.
Judy G.Z Liu, Esq.
Timothy Q. Karcher, Esq.
**DEWEY & LEBOEUF LLP**
1301 Avenue of the Americas
New York, NY 10019
Tel: 212.259.8000
Fax: 212.259.6333
mbienenstock@dl.com
jliu@dl.com
tkarcher@dl.com

Charles R. Ekberg, Esq.
**Lane Powell PC**
1420 Fifth Ave, Suite 4100
Seattle, WA 98101-2338
Tel: (206) 223-7012
Fax: (206) 289-1544
ekbergc@lanepowell.com

Elizabeth Weller, Esq.
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Tel: (214)880-0089
Fax: (469)221-5002
dallas.bankruptcy@publicans.com

George Rosenberg, Esq.
Assistant County Attorney
**Arapahoe County Attorney's Office**
5334 S. Prince Street
Littleton, CO 80166 to
grosenberg@co.arapahoe.co.us
rjohnson2@co.arapahoe.co.us

Richard Levin, Esq.
Robert H. Trust, Esq.
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1978
Fax: (212) 474-3700
RLevin@cravath.com
RTrust@cravath.com

Frank F. McGinn, Esq.
**Bartlett Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, MA 02110
Tel (617) 422-0200
Fax (617) 422-0383
ffm@bostonbusinesslaw.com

James S. Carr, Esq.
**Kelley Drye & Warren LLP**
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897
KDWBankruptcyDepartment@kelleydrye.com

Harvey A. Strickon, Esq.
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
75 East 55th Street
New York, NY 10022-3205
Tel: (212) 318-6380
Fax: (212) 230-7689
harveystrickon@paulhastings.com

James J. McGinley
**Wilmington Trust Company**
520 Madison Avenue, 33rd Floor
New York, NY 10022
Fax: (212) 415-0513
jmcginley@wilmingtontrust.com

Julie J. Becker
**Wilmington Trust FSB**
8400 Normandale lake Blvd., Ste 925
Bloomington, MN 55437
Fax: (952) 921-2175
jbecker@wilmingtontrust.com

Service List

**Via Facsimile:**

Deryck A. Palmer, Esq.
John J. Rapisardi, Esq.
George A. Davis, Esq.
Howard R. Hawkins Jr., Esq.
**CADWALADER, WICKERSHAM &
TAFT LLP**
One World Financial Center
New York, New York 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

Mark C. Ellenberg, Esq.
**CADWALADER, WICKERSHAM &
TAFT LLP**
1201 F Street N.W., Suite 1100
Washington, DC 20004
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

Howard Seife, Esq.
David LeMay Esq.
Andrew Rosenblatt, Esq.
**CHADBOURNE & PARKE LLP**
30 Rockefeller Plaza
New York, New York 10112
Tel: (212) 408-5100
Fax: (212) 541-5369

Carren Shulman, Esq.
Russell Reid, Esq.
Malani J. Cademartori, Esq.
**SHEPPARD MULLIN RICHTER &
HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

Paul A Rachmuth, Esq.
Andrea Sheehan, Esq.
**Reed Smith LLP**
599 Lexington Avenue
New York, New York 10022
Telecopy: 212-521-5400
Telecopy: 212-521-5450

Andrew Sheehan, Esq.
**LAW OFFICES OF ROBERT E. LUNA,
P.C.**
4411 N. Central Expressway
Dallas, Texas 75205
Tel: (214) 521-8000
Fax: (214) 521-1738

John Finley, Esq.
Andrew Keller, Esq.
**Simpson, Thacher & Bartlett, LLP**
425 Lexington Avenue
New York, NY 10017
Fax: (212) 455-2502

Johnathan Hughes, Esq.
**Barclays Capital, Inc.**
200 Park Avenue
New York, NY 10166
Fax: (212) 412-7519

Victor I. Lewkow, Esq.
David Leinwand, Esq.
Duane McLaughlin, Esq.
**Cleary Gottlieb Steen & Hamilton, LLP**
One Liberty Plaza
New York, NY 10006
Fax: (212) 225-3999

Mitchell S. Eitel, Esq.
Jay Clayton, Esq.
**Sullivan & Cromwell, LLP**
125 Broad Street
New York, NY 10004
Fax: (212) 558-3580

David W. Elrod
**ELROD, PLLC**
500 N. Akard Street, Suite 3000
Dallas, Texas 75201
Tel: 214-855-5188
Fax: 214-855-5183

Service List

**Government Agencies – Via Hard Copy:**

**U.S. Department of Justice**
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

Michael J. Garcia, Esq., U.S. Attorney
**Southern District of New York**
One St. Andrews Plaza
New York, NY 10007
Fax: (212)637-2685

**Securities Investor Protection
Corporation**
805 15th Street, N.W. Suite 800
Washington, D.C. 20005-2215
Fax: (202) 371-6728

**Office of the U.S. Trustee**
Region 2/Southern Dist. of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax: (212) 668-2255

**Internal Revenue Service**
290 Broadway
New York, NY 10007

Mark Schonfeld, Regional Director
**Securities and Exchange Commission**
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022
newyork@sec.gov

**Federal Reserve Bank of New York**
33 Liberty Street
New York, NY 10045
general.info@ny.frb.org