My Chi To, Esq.
Maureen A. Cronin, Esq.
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022
Telephone:  (212) 909-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
In re:                                          :
                                                :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al. :
                                                :   Case No. 08-13555 (JMP)
                      Debtors.                  :   (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Debevoise & Plimpton LLP, on behalf of JFK International Air Terminal LLC, appears in the above-captioned cases.  The undersigned respectfully requests that all notices given or required to be given and all documents served or required to be served in the above-captioned case be given and served upon:

> My Chi To
> Maureen A. Cronin
> Debevoise & Plimpton LLP
> 919 Third Avenue
> New York, New York  10022
> Telephone: (212) 909-6000
> Fax: (212) 909-6836
> Email:  mcto@debevoise.com
>            macronin@debevoise.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers

22822256v1

referenced in the Bankruptcy Rules cited above, but also without limitation to all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise that affects or seeks to affect or may potentially affect in any way the Debtors or their estates or creditors thereof, or any property or proceeds in which the Debtors or the estates may claim an interest.

Dated: New York, New York
September 29, 2008

                                  DEBEVOISE & PLIMPTON LLP

                                  By: /s/ Maureen A. Cronin
                                      My Chi To
                                      Maureen A. Cronin

                                919 Third Avenue
                                New York, New York  10022
                                Telephone:  (212) 909-6000
                                Fax:  (212) 909-6836

22822256v1