FREDERICK B. POLAK, ESQ. (FP-3095)
POST, POLAK, GOODSELL, MacNEILL & STRAUCHLER, P.A.
575 Madison Avenue
New York, New York 10022
Telephone: (212) 486-1455
Facsimile:  (973) 994-1705
Attorneys for Duke Corporate Education, f/k/a Duke Corporate Education, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No.: 08-13555 (JMP) |
| | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. 1109(b) and Fed. R. Bankr. P. 9010(b), Duke Corporate Education, f/k/a Duke Corporate Education, Inc. ("Duke") hereby appears through its counsel, Post, Polak, Goodsell, MacNeill & Strauchler, P.A., and hereby requests pursuant to Bankruptcy Rules 2002(g), 3017 and 9007, and Section 1109(b) of Title 11, that an entry be made on the Clerk's matrix, if any, in this case, and that copies of all notices and pleading given or filed, in this case, be delivered to and served upon the person set forth below:

Frederick B. Polak, Esq.
**POST, POLAK, GOODSELL,
MACNEILL & STRAUCHLER, P.A.**
575 Madison Avenue
New York, New York 10022
Telephone: (212) 486-1455
Facsimile:  (973) 994-1705
Email: fbp@ppgms.com
lml@ppgms.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without

{00021923.1}

limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, and any statement of affairs, operating report, or schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any right or interest of any creditor or party in interest in this case, with respect to (a) the debtors, (b) property of the debtors' estates, or proceeds thereof, in which the debtors may claim an interest, or (c) property or proceeds thereof in possession, custody, or control of others that any of the debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit waives (1) the right to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (2) the right to trial by jury in any proceedings so triable in this case, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, including the right to contest the jurisdiction of the Bankruptcy Court over Duke, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: September 25, 2008
New York, New York

By: ___/s/ Frederick B. Polak___
Frederick B. Polak, Esq. (FP-3095)
**POST, POLAK, GOODSELL,**
**MacNEILL & STRAUCHLER, P.A.**
575 Madison Avenue
New York, New York 10022
Telephone: (212) 486-1455
Facsimile: (973) 994-1705
Email: fbp@ppgms.com
*Attorneys for Duke Corporate Education, f/k/a*
*Duke Corporate Education, Inc.*