FREDERICK B. POLAK, ESQ. (FP-3095)
POST, POLAK, GOODSELL, MacNEILL & STRAUCHLER, P.A.
575 Madison Avenue
New York, New York 10022
Telephone: (212) 486-1455
Facsimile: (973) 994-1705
Attorneys for Duke Corporate Education, f/k/a Duke Corporate Education, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No.: 08-13555 (JMP) |
| | (Jointly Administered) |

## CURE OBJECTION

Duke Corporate Education, f/k/a Duke Corporate Education, Inc. ("Duke"), by and through the undersigned counsel, submits this Cure Objection pursuant to the September 18, 2008 Order of this Court titled *"Order Under 11 U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interest and (b) Assumption and Assignment of Executory Contracts and Unexpired Leases",* and pursuant to the September 19, 2008 Order in Adversary Proceeding No. 08-1420 (JMP), captioned Securities Investor Protection Corporation v. Lehman Brothers Inc., titled *"Order Approving, and Incorporating by Reference for the Purposes of This Proceeding, An Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding."*

    1.    On or about June 18, 2008, Duke and Lehman Brothers, Inc. ("LBI") executed a Schedule for training services pursuant to a Master Agreement for Training Services dated February 1, 2004. (Exhibit A)

{00021849.1}

2. Pursuant to the Schedule, Duke is owed a total of $100,950.00, comprising four separate outstanding Invoices issued to LBI in August 2008: 1) Invoice No. 005991, dated August 14, 2008 in the amount of $6,950.00; 2) Invoice 005992, dated August 14, 2008 in the amount of $11,550.00; 3) Invoice 005994, dated August 14, 2008 in the amount of $35,750.00; and 4) Invoice 006063, dated August 17, 2008 in the amount of $46,700.00. (Exhibit B).

3. On or about September 15, 2008, LBI issued a check to Duke in the amount of $100,950.00, as and for payment of the above-referenced outstanding invoices. However, on or about September 17, 2008 that check was returned unpaid. (Exhibit C).

4. The Cure Amount identified on the list titled "List of Non-IT Closing Date Contracts (excluding Corporate Real Estate)" located at http://chapter11.epiqsystems.com/Lehman, as due and owing to Duke is $0.00. (Exhibit D). In light of the fact that LBI's check was returned unpaid, this amount is incorrect and should appropriately reflect that $100,950.00 remains due and owing from LBI to Duke.

5. Pursuant to the Court's directive titled *"Procedures for Resolving Cure Amounts for Closing Date Contracts"*, we will wait to hear from Barclays Capital, Inc. to schedule a time to meet and confer with regard to this Objection.

Dated: September 25, 2008  
New York, New York

By:   /s/ Frederick B. Polak  
     Frederick B. Polak, Esq. (FP - 3095)  
**POST, POLAK, GOODSELL,**  
**MacNEILL & STRAUCHLER, P.A.**  
575 Madison Avenue  
New York, New York 10022  
Telephone: (212) 486-1455  
Facsimile: (973) 994-1705  
Email: fbp@ppgms.com and lml@ppgms.com  
*Attorneys for Duke Corporate Education, f/k/a Duke Corporate Education, Inc.*