

| | |
|---|---|
| Invoice Number | 005991 |
| Invoice Date | August 14, 2008 |
| Project | LEH001-3595-04 |
| Bill Currency | USD |

**Remit Payment To:**
Duke Corporate Education
P.O. Box 601987
Charlotte, NC 28260-1987

Page    1 of 1

Alfonso Pacheco
Image Processing Systems
Lehman Brothers AP Dept
P. O. Box 2339
Secaucus, NJ 07094

Project Director:    Beth Campbell

---

Fees associated with Lehman VP Associate Sales July 22, 2008 London delivery

                                                                    Current
                                                                    Amount

**Professional Services**

Fee for billing                                                     6,950.00

                                                                    _____
        **Invoice Total**                                           $6,950.00
                                                                    ===========

Payment Terms : Due in 30 Days          Overdue balances will accrue interest at 1.5% per month

---

| **Bank Wire Instructions:** | **Notification:** |
|---|---|
| Routing: | For accurate and expeditious credit, please notify DUKE CORPORATE EDUCATION Accounting of pending wire transfers (including invoice number) at Fax: +1 (919) 287-2826 or email Accounting@dukece.com |
| Wachovia Bank  301 S. College St.  Charlotte, NC 28254 | |
| Duke Corporate Education Account # 2000008231840 | |
| Domestic Wire: ABA 053000219 | |
| Foreign Wire: Swift PNBPUS 33 | |
| ACH Transfer: ABA 053101626 | |

For questions about this invoice contact Accounting at +1 (919) 680-5000

| Lehman Fees - VP/Associate Sales - July 22, 2008 | | | | |
|---|---|---|---|---|
| Last Name or Company Name | First Name or Name assoc. with company | Days | Daily Rate | Daily Rate x Days |
| Delivery 4 - July 22 - LONDON | | | | |
| Rogers | Barry | 1 | $6,200 | $6,200.00 |
| TOTAL Delivery 4 | | | | $6,200.00 |
| CRM | | | | |
| TOTAL CRM - Delivery 4 - 0.5 days Beth | | | | $750.00 |
| | | | TOTAL AMOUNT DUE | $6,950.00 |



| | |
|---|---|
| Invoice Number | 005992 |
| Invoice Date | August 14, 2008 |
| Project | LEH001-3593-10 |
| Bill Currency | USD |
| Page | 1 of 1 |

**Remit Payment To:**
Duke Corporate Education
P.O. Box 601987
Charlotte, NC 28260-1987

Alfonso Pacheco
Image Processing Systems
Lehman Brothers AP Dept
P. O. Box 2339
Secaucus, NJ 07094

Project Director:   Beth Campbell

For Cancellation Fees associated with Lehman SVP Development

|  | Current Amount |
|---|---|
| **Professional Services** | |
| Fee for billing | 11,550.00 |
| **Invoice Total** | **$11,550.00** |

Payment Terms : Due in 30 Days          Overdue balances will accrue interest at 1.5% per month

| Bank Wire Instructions: | Notification: |
|---|---|
| Routing: | For accurate and expeditious credit, please notify DUKE CORPORATE EDUCATION Accounting of pending wire transfers (including invoice number) at Fax: +1 (919) 287-2826 or email Accounting@dukece.com |
| Wachovia Bank  301 S. College St.  Charlotte, NC 28254 | |
| Duke Corporate Education Account # 2000008231840 | |
| Domestic Wire: ABA 053000219 | |
| Foreign Wire: Swift PNBPUS 33 | |
| ACH Transfer: ABA 053101626 | |

For questions about this invoice contact Accounting at +1 (919) 680-5000

### Lehman Fees - SVP Development Program - August 2008 - Cancelled

| Last Name or Company Name | First Name or Name assoc. with company | Days | Rate | Client Invoice Amount |
|---|---|---|---|---|
| | | Delivery 2 - Aug | | |
| Rogers | Barry | 3.0 | $6,200.00 | $9,300.00 |
| Gerend | Pete | 4.0 | $5,000.00 | |
| | | Medical Rounds | | |
| Cohen | Devra | n/a | | |
| Dean | Maryellen | 1.0 | $3,100.00 | |
| Dean | Robert | 1.0 | $3,100.00 | |
| Abraham | Jacob | 1.0 | $3,100.00 | |
| Wiener | Charlie | 1.0 | $3,100.00 | |
| Scott | Stephanie | 1.0 | $1,500.00 | |
| Schiller | Holly | 1.0 | $1,500.00 | |
| Campbell | Beth | 1.0 | $1,500.00 | |
| Ivins | Amber | 1.0 | $1,500.00 | |
| | | CRM | | |
| CRM - TOTAL - Delivery 2 - Beth 1.5 days | | | | $2,250.00 |
| Delivery 2 TOTAL | | | | $9,300.00 |
| | | | Grand Total Amount Due | $11,550.00 |



|  |  |
|---|---|
| Invoice Number | 005994 |
| Invoice Date | August 14, 2008 |
| Project | LEH001-3592-04 |
| Bill Currency | USD |
| Page | 1 of 1 |

**Remit Payment To:**
Duke Corporate Education
P.O. Box 601987
Charlotte, NC 28260-1987

Alfonso Pacheco
Image Processing Systems
Lehman Brothers AP Dept
P. O. Box 2339
Secaucus, NJ 07094

Project Director:    Beth Campbell

For Cancellation Fees associated with Lehman VP Development for July 2008

|  | Current Amount |
|---|---|
| **Professional Services** |  |
| Fee for billing | 35,750.00 |
| **Invoice Total** | **$35,750.00** |

Payment Terms : Due in 30 Days       Overdue balances will accrue interest at 1.5% per month

---

**Bank Wire Instructions:**
Routing:
Wachovia Bank   301 S. College St.   Charlotte, NC 28254
Duke Corporate Education Account # 2000008231840
Domestic Wire: ABA 053000219
Foreign Wire: Swift PNBPUS 33
ACH Transfer: ABA 053101626

**Notification:**
For accurate and expeditious credit, please notify DUKE CORPORATE EDUCATION Accounting of pending wire transfers (including invoice number) at Fax: +1 (919) 287-2826 or email Accounting@dukece.com

For questions about this invoice contact Accounting at +1 (919) 680-5000

## Lehman Fees - VP Development Program - July 15 - 18 2008 - 50% fees

| Last Name or Company Name | First Name or Name assoc. with company | Days | Daily Rate | Daily Rate x Days |
|---|---|---|---|---|
| | | Delivery 1 - July 15 - 18 | | |
| Gerend | Pete | 4.0 | $5,000.00 | $0.00 |
| Kochalka | Jim | 4.0 | $7,700.00 | $15,400.00 |
| Lepre-Nolan | Marianne | 4.0 | $4,650.00 | $9,300.00 |
| Puzzíferri | Mike | 1.0 | $3,100.00 | $1,550.00 |
| Parker & Associates | Robert | 1.0 | | $6,000.00 |
| Jaffe | Susan | 1.0 | $4,000.00 | $2,000.00 |
| TOTAL Delivery - July | | | | $34,250.00 |
| | | CRM | | |
| TOTAL CRM - July - 1.5 Days Pete, 1 Day Beth | | | | $1,500.00 |
| | | | TOTAL AMOUNT DUE | $35,750.00 |

## Lehman Fees - VP Development Program - Sept 23 - 26 2008 - 0% fees

| Last Name or Company Name | First Name or Name assoc. with company | Days | Daily Rate | Daily Rate x Days |
|---|---|---|---|---|
| | | Delivery 1 - Sept 23 - 26 | | |
| Gerend | Pete | 4.0 | $5,000.00 | |
| Lyman | Kendall | 4.0 | $6,200.00 | |
| Kochalka | Jim | 4.0 | $7,700.00 | |
| Daly | Dan | 1.0 | $3,100.00 | |
| Parker & Associates | Robert | 1.0 | | |
| Jaffe | Susan | 1.0 | $4,000.00 | |
| TOTAL Delivery - September | | | | $0.00 |
| | | CRM | | |
| TOTAL CRM - September - 1.5 Days Pete, 1 Day Beth | | | | $0.00 |
| | | | TOTAL AMOUNT DUE | $0.00 |

| 2008 TOTAL AMOUNT DUE - VPD | $35,750.00 |
|---|---|



|  |  |
|---|---|
| Invoice Number | 006063 |
| Invoice Date | August 27, 2008 |
| Project | LEH001-3593-10 |
| Bill Currency | USD |

**Remit Payment To:**
Duke Corporate Education
P.O. Box 601987
Charlotte, NC 28260-1987

Page                    1 of 1

Alfonso Pacheco
Lehman Brothers
Image Processing Systems
PO Box 2339
Secaucus, NJ 07094

Project Director:    Beth Campbell

---

For fees associated with Lehman SVP Development 360 Coaching
Fall 2008    London    $21,700
Fall 2008    NY        $25,000

|  | Current Amount |
|---|---|
| **Professional Services** |  |
| Fee for billing | 46,700.00 |
| **Invoice Total** | **$46,700.00** |

Payment Terms : Due in 30 Days            Overdue balances will accrue interest at 1.5% per month

---

| Bank Wire Instructions: | Notification: |
|---|---|
| Routing: | For accurate and expeditious credit, please notify DUKE CORPORATE EDUCATION Accounting of pending wire transfers (including invoice number) at Fax: +1 (919) 287-2826 or email Accounting@dukece.com |
| Wachovia Bank  301 S. College St.  Charlotte, NC 28254 | |
| Duke Corporate Education Account # 2000008231840 | |
| Domestic Wire: ABA 053000219 | |
| Foreign Wire: Swift PNBPUS 33 | |
| ACH Transfer: ABA 053101626 | |

For questions about this invoice contact Accounting at +1 (919) 680-5000

## Lehman Fees - SVP Development Program - 360 Coaching (Del 3)

| Last Name or Company Name | First Name or Name assoc. with company | Days | Rate | Client Invoice Amount |
|---|---|---|---|---|
| | | London 360 Coaching | | |
| Rogers | Barry | 3.5 | $6,200.00 | $21,700.00 |
| | | New York 360 Coaching | | |
| Kochalka | Jim | 5.0 | $5,000.00 | $25,000.00 |
| | | CRM | | | 
| CRM - TOTAL - Delivery 3 - Pete-1.5 days, Beth-1.5-days | | | | $0.00 |
| Delivery 3 TOTAL | | | | $46,700.00 |
| | | | Grand Total Amount Due | $46,700.00 |