

0 11458930
0 162008
0 [illegible] ACE ASSURANCE OF ENDORSE GTD
[illegible] 01997-86-1-09-15-2008

*>031200730< 09/15/2008
0110017104 07142

▶031200730◀
WACHOVIA BANK [illegible] 12:27
PHILA, PA 09152008 [illegible]
1710407142

SEP 18 09

2047T
35PK

Do not endorse or write below this line.

RTN 3-4 430 [illegible]
09/18/2008 7798 26 19