| Vendor Name+ | Cure Total | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|
| IRON MOUNTAIN | $552,161.24 | | | | LBI |
| IRON MOUNTAIN | $0.00 | 1000 Campus Drive | | Collegeville, PA 19426 | LBI |
| GARTNER GROUP INC | $542,070.00 | 12600 Gateway Blvd | | Fort Myers, FL 33913 | LBI |
| PITNEY BOWES | $255,000.00 | 27 Waterview Drive | | Shelton, CT 06484 | LBI |
| PITNEY BOWES | $0.00 | One Elmcroft Road | | Stamford, CT 06926 | LBI |
| PITNEY BOWES | $0.00 | | | | LBI |
| PITNEY BOWES | $0.00 | 27 Waterview Drive | | Shelton, CT 06484 | LBI |
| PITNEY BOWES | $0.00 | | | | LBI |
| IBM CORPORATION | $8,995,892.82 | 117 South Belt Line Rd | | Coppell Texas 75019 | LBHI |
| SHERATON NEW YORK HOTEL | $544,291.00 | 811 7th Ave | | NY, NY 10019 | LBI |
| SHERATON NEW YORK HOTEL | $0.00 | 811 7th Ave | | NY, NY 10019 | LBI |
| SHERATON NEW YORK HOTEL | $0.00 | 811 7th Ave | | NY, NY 10019 | LBI |
| SHERATON NEW YORK HOTEL | $0.00 | 811 Seventh Avenue | | New York, NY 10019 | LBI |
| SHERATON NEW YORK HOTEL | $0.00 | 811 Seventh Avenue | | New York, NY 10019 | LBI |
| SIEGEL & GALE | $0.00 | 10 Rockerfeller Center | | NY, NY 10020 | LBI |
| AMERICAN EXPRESS TRAVEL RELATED | $18,000,000.00 | 20022 North 31st Avenue | PO Box 53800 | Phoenix, AZ 85027 | LBI |
| BANK OF NEW YORK | $635,503.13 | 3 Manhattanville Road | | Purchase, New York 10577 | LBHI |
| BANK OF NEW YORK | $0.00 | 3 Manhattanville Road | | Purchase, New York 10577 | LBI |
| BANK OF NEW YORK | $0.00 | 3 Manhattanville Road | | Purchase, New York 10577 | LBHI |
| LOWENSTEIN SANDLER PC | $9,358.56 | 65 Livingston Ave. | | Roseland, NJ 07068-1791 | LBHI |
| KEPNER TREGOE INC | $306.70 | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| KEPNER TREGOE INC | $0.00 | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| KEPNER TREGOE INC | $0.00 | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| IKON OFFICE SOLUTIONS INC. | $220,000.00 | 1738 Bass Road | | Macon, GA 31210 | LBHI |
| IKON OFFICE SOLUTIONS INC. | $0.00 | 1738 Bass Road | | Macon, GA 31210 | LBHI |
| IKON OFFICE SOLUTIONS INC. | $0.00 | 1738 Bass Road | | Macon, GA 31210 | LBHI |
| IKON OFFICE SOLUTIONS INC. | $0.00 | 1738 Bass Road | | Macon, GA 31210 | LBHI |
| AMERICAN MANAGEMENT ASSOC. | $11,270.00 | 1601 Broadway | | New York, NY 10019 | LBI |
| AMERICAN MANAGEMENT ASSOC. | $0.00 | 6 Winchester Drive | | East Brunswick, NJ 08816 | LBI |
| Mellon Bank NA | $0.00 | Three Mellon Bank Center | Room 3118 | Pittsburgh, PA 15259-0001 | LBHI |
| UNITED PARCEL SERVICE | $205,000.00 | 643 W 43rd Street | | New York, New York 10036 | LBI |
| UNITED PARCEL SERVICE | $0.00 | 643 W 43rd Street | | New York, New York 10036 | LBHI |
| OMGEO LLC | $23,139.31 | 22 Thomson Place | | Boston, MA 02210 | LBI |
| OMGEO LLC | $0.00 | 22 Thomson Place | | Boston, MA 02210 | LBI |
| OMGEO LLC | $0.00 | 22 Thomson Place | | Boston, MA 02210 | LBI |
| DUKE CORPORATE EDUCATION INC | $0.00 | | | | LBI |
| DUKE CORPORATE EDUCATION INC | $0.00 | | | | LBI |
| FEDERAL EXPRESS | $106,645.52 | 1000 FedEx Drive | | Coraopolis, PA 15108 | LBI |
| FEDERAL EXPRESS | $0.00 | 1000 FedEx Drive | | Coraopolis, PA 15108 | LBI |
| FEDERAL EXPRESS | $0.00 | 1000 FedEx Drive | | Coraopolis, PA 15108 | LBHI |
| LOCKE LORD BISSELL & LIDDELL LLP | $0.00 | 2200 Ross Ave. | Suite 2200 | Dallas, TX 75201-6776 | LBI |
| ADVANTAGE HUMAN RESOURCING | $115,709.67 | 405 Lexington Avenue | 32nd Floor | New York, NY 10174 | LBI |
| Goldman Sachs | $0.00 | 85 Broad Street | | New York, NY 10004 | LBI |
| MANDARIN ORIENTAL | $0.00 | | | | LBI |
| Blue Sky | $5,092.50 | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBHI |
| Blue Sky | $0.00 | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBHI |
| Blue Sky | $0.00 | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBHI |
| Blue Sky | $0.00 | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBHI |
| Blue Sky | $0.00 | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBHI |
| CHD MERIDIAN HEALTHCARE | $213,902.00 | 200 Broadway | | Garden City, NY 11040 | LBI |
| COFFEE DISTRIBUTING CORP | $176,900.00 | 8 Greenwich Office Park | | Greenwich, CT 06831 | LBI |
| GREENWICH ASSOCIATES | $597,860.00 | | | | LBI |
| ARIZONA BILTMORE | $51,528.57 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBHI |
| AUTOMATED SECURITIES CLEARANCE LTD. | $0.00 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBHI |
| AUTOMATED SECURITIES CLEARANCE LTD. | $0.00 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBHI |
| AUTOMATED SECURITIES CLEARANCE LTD. | $0.00 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBHI |
| AUTOMATED SECURITIES CLEARANCE LTD. | $0.00 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBHI |
| BERLITZ LANGUAGE CENTER | $0.00 | 400 Alexander Park | | Princeton, NJ 08540 | LBI |
| BOSTON RED SOX | $177,021.00 | 100 Legends Way, Suite 200 | | Boston MA 02114 | LBI |
| BOURSE DE MONTREAL INC | $4,719.27 | | | | LBHI |
| CORELOGIC | $0.00 | 10360 Old Pacerville Road | Suite 100 | Sacramento, CA 95827 | LBHI |
| CDR ASSESSMENT GROUP | $16,655.36 | 1644 S. Denver Tulsa | | Tulsa, OK 74119 | LBHI |
| CHICAGO WHITE SOX | $88,560.00 | 333 West 35th Street | | Chicago IL 60616 | LBI |
| CMS INNOVATIVE CONSULTANTS | $48,878.00 | | | | LBI |
| CMS INNOVATIVE CONSULTANTS | $0.00 | Eight Fletcher Place | | Melville NY 11747 | LBI |
| Corporate Graphics | $0.00 | | | | LBI |
| DATACERT, INC | $0.00 | | | | LBI |
| ECLERX | $561,340.33 | 29 Bank Street | | Fort Mumbai, India | LBHI |
| ECLERX | $0.00 | 29 Bank Street | | Fort Mumbai, India | LBHI |