OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022-1106
212.451.2300
Michael S. Fox (2612)
Fredrick J. Levy (0670)

*Counsel to VVA LLC*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., | |
| Debtor. | Case No 08-13555 (JMP) |

## OBJECTION TO CURE AMOUNT BY VVA LLC

PLEASE TAKE NOTICE that VVA LLC. ("VVA"), by its undersigned counsel, hereby

objects (the "Objection") to the Cure Amount filed by Lehman Brothers Holdings, Inc. (the

"Debtor") related to the *Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of*

*Bankruptcy Procedure 2002, 604 and 6006 Authorizing and Approving (A) the Sale of*

*Purchased Assets Free and Clear of Liens and other interests and (B) Assumption and*

*Assignment of Executory Contracts and Unexpired Leases* (the "Order"):

1.      The Debtor has stated that it is assuming its contract with VVA by listing VVA in

two schedules of such contracts (the "Schedules"), one for the Real Estate and one for the IT

contracts. Attached hereto as Exhibit "A" are copies of the relevant pages of the Schedules with

VVA highlighted.

590883-1

2.    On each of the Schedules, the Cure Amount for VVA is listed as "$0.00".

3.    According to VVA's books and records, the Debtor owes it a balance of $18,616.95 ("VVA's Cure Amount").

4.    VVA's Cure Amount is set forth on three (3) invoices described below (the "Invoices"). Attached hereto as Exhibit "B" are copies of the Invoices together with back-up documentation for the expenses charged on the Invoices.

| Invoice No. | Invoice Date | Invoice Amount |
|---|---|---|
| 2503-06 | 9/1/2007 | $15,132.70 |
| 2503-13 | 616/2008 | $150.00 |
| 1915-11 | 9/15/2008 | $3,334.25 |
| TOTAL | | $18,616.95 |

5.    VVA submits this Objection pursuant to Paragraph T of the Order and in the event that the Objection cannot be resolved , VVA reserves its right to seek judicial intervention to resolve the within dispute.

2

WHEREFORE, based upon the foregoing, VVA respectfully requests payment of its

Cure Amount of $18,616.95.


Dated: New York, New York
September 29, 2008

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**


By:    /s/ Fredrick J. Levy
       Fredrick J. Levy (FL 0670)
       Michael S. Fox (MF 2612)
       *Attorneys for Debtor*
       Park Avenue Tower
       65 East 55th Street
       New York, New York 10022
       212.451.2300

3

## EXHIBIT A

| Vendor Name↑ | Type II | Notification Address 1 | Notification City, State Zip | Lehman Entity | Total Cure Amount |
|---|---|---|---|---|---|
| SURF FIRE AND SECURITY, INC. | Master Agreement | 509 Park Wood Avenue | Toms River, NJ 08733 | LBI | $0.00 |
| T&V PROTECTION RESOURCES | Master Agreement | 42 Broadway | New York, NY 10004 | LBI | $0.00 |
| Teachers Insurance and Annuity Association of America, for the benefit of its separate Real Estate Account | Lease | Teachers Insurance and Annuity Association of America, for the benefit of its separate Real Estate Account | New York, NY 10017 | Townsend Analytics, Ltd. | $47,304.50 |
| TED MOUDIS ASSOCIATES | Master Agreement | Ted Moudis Associates | New York, NY 10017 | LBHI | $0.00 |
| TED MOUDIS ASSOCIATES | Master Agreement | Ted Moudis Associates | Chicago, IL 60605 | LBHI | $0.00 |
| TEMCO | | | | | $0.00 |
| TISHMAN SPEYER DEVELOPMENT, LLC | Standalone Agreement | Tishman Speyer Development, LLC | New York, NY 10111 | LBHI | $0.00 |
| TISHMAN SPEYER DEVELOPMENT, LLC | Standalone Agreement | Tishman Speyer Development, LLC | New York, NY 10111 | LBHI | $0.00 |
| TISHMAN SPEYER DEVELOPMENT, LLC | Standalone Agreement | Schulte Roth & Zabel LLP | New York, NY 10022 | LBHI | $0.00 |
| TISHMAN SPEYER DEVELOPMENT, LLC | Letter Agreement | Tishman Speyer Properties, L.P. | New York, NY 10111 | | $557,816.63 |
| UNALITE | | | | | $43,323.03 |
| UNITED FIRE PROTECTION CORPORATION | Master Agreement | 493 Lehigh Avenue | Union, NJ 07083 | LBI | $5,560.73 |
| VVA LLC | Master Agreement | VVA LLC | New York, NY 10016 | LBI | $0.00 |
| W.H. CHRISTIAN & SONS, INC. | Master Agreement | 22-28 Franklin Street | Brooklyn, NY 11222-8030 | LBI | $0.00 |
| W.H. CHRISTIAN & SONS, INC. | Master Agreement | 22-28 Franklin Street | Brooklyn, NY 11222-8030 | LBI | $6,611.50 |
| WDG Consulting, LLC | Standalone Agreement | WDG Consulting, LLC | Bridgewater, NJ 08807 | LBHI | $0.00 |
| WFGH, LLC | Sublease - 1301 (12th) | Wasserstein Perella Group Holdings, LLC c/o Director Kleinwort Wasserstein Services LLC | New York, NY 10019 | LBHI | $170,415.04 |

Real Estate

| Vendor Name+ | Cure amounts |
| --- | --- |
| VOICE PRINT INTERNATIONAL INC | $0.00 |
| VONTU, INC. | $0.00 |
| WA LC | $0.00 |
| W.H. CHRISTIAN & SONS, INC. | $0.00 |
| WALL STREET CONCEPTS INC. | $41,715.27 |
| WALL STREET ON DEMAND | $110,000.00 |
| WATCHFIRE, INC. | $0.00 |
| WDG Consulting, LLC | $0.00 |
| Weatherbank, Inc. | $0.00 |
| WeatherTAP Publishing Company | $0.00 |
| WebEx Communications, Inc. | $40,827.50 |
| WEBMESSENGER INC/DBA UNIVERSAL | $0.00 |
| WEBSENSE | $0.00 |
| WESTWATER CORPORATION | $85,167.00 |
| WHITTAKER & GARNIER LTD | $0.00 |
| Wiener Borse | $0.00 |
| WILY TECHNOLOGY | $0.00 |
| Wipro | $2,299,070.31 |
| WIPRO LTD | $0.00 |
| WIPRO TECHNOLOGY LIMITED | $0.00 |
| WIZCOM CORPORATION | $44,250.00 |
| WM COMPANY | $0.00 |
| WOLTERS KLUWER FINANCIAL SERVICES | $0.00 |
| WOMBAT CONSULTING INC | $0.00 |
| WOMBAT FINANCIAL SOFTWARE INC | $128,000.00 |
| WSI | $0.00 |
| xKoto Inc. | $0.00 |
| Xpolog | $0.00 |
| Yield Book | $0.00 |
| YIPES ENTERPRISE SERVICE, INC. | $0.00 |
| YWORKS GMBH | $0.00 |
| Zedak Corp | $0.00 |

**<u>EXHIBIT B</u>**



# Invoice

| Date | Invoice # |
|------|-----------|
| 9/1/2007 | 2503-06 |

| Bill To |
|---------|
| Lehman Brothers<br>Attn: Christopher Connolly<br>Corporate Real Estate<br>1301 Avenue of the Americas, 9th Floor<br>New York, NY 10019 |

| VVA PROJECT # | DUE DATE | WORK ORDER # | PROJECT MANAGER | PURCHASE ORDER NUMBER |
|---------------|----------|--------------|-----------------|----------------------|
| 2503 | 10/1/2007 | | | |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| Project Management Services for the month of August, 2007 for the 7th floor at Avenue of the Americas, NYC. | 15,000.00 |
| | |
| Reimbursable Expenses | |
| Car Service/Taxi | 83.75 |
| Messengers | 7.75 |
| 824 B&W Copies @ $.05 each | 41.20 |

| Remit To : VVA, LLC.<br>117 East 31st St., New York, NY 10016<br>Tel. #212-576-8400 | **Total** | $15,132.70 |

**Bill To**
06/05/07 Through 06/29/07

2503

Jul 10, 2007 04:31 PM
EXPENSES.QEX, June 2007

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|----------------|-------|--------|
| Goodwin Procter-1592 | | | | | | | |
| 06/05/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 06/05/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 06/05/07 | Taxi | Yellow Cab | | R | Cash | | 15.00 |
| 06/14/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 06/18/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 06/21/07 | Taxi | Yellow Cab | | R | Cash | | 15.00 |
| 06/21/07 | Taxi | Yellow Cab | | R | Cash | | 16.00 |
| 06/21/07 | Taxi | Yellow Cab | | R | Cash | | 30.00 |
| 06/26/07 | Taxi | Yellow Cab | | R | Cash | | 6.00 |
| Total Goodwin Procter-1592 | | | | | | | 121.00 |
| | | | | | | | |
| Kaplan 1678 | | | | | | | |
| 06/19/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 06/19/07 | Taxi | Yellow Cab | | R | Cash | | 16.00 |
| Total Kaplan 1678 | | | | | | | 26.00 |
| | | | | | | | |
| Lehman - Cafeteria | | | | | | | |
| 06/07/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 06/20/07 | Rail | Subway | | R | VISA | | 4.00 |
| 06/20/07 | Taxi | Yellow Cab | | R | Cash | | 11.00 |
| 06/22/07 | Taxi | Yellow Cab | | R | Cash | | 9.50 |
| 06/25/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 06/25/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 06/25/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 06/25/07 | Taxi | Yellow Cab | | R | Cash | | 10.50 |
| 06/26/07 | Taxi | Yellow Cab | | R | Cash | | 11.00 |
| 06/27/07 | Taxi | Yellow Cab | | R | Cash | | 9.50 |
| 06/27/07 | Taxi | Yellow Cab | | R | Cash | | 13.50 |
| 06/28/07 | Taxi | Yellow Cab | | R | Cash | | 13.00 |
| 06/29/07 | Taxi | Yellow Cab | | R | Cash | | 7.50 |
| 06/29/07 | Taxi | Yellow Cab | | R | Cash | | 13.00 |
| Total Lehman - Cafeteria | | | | | | | 140.50 |
| | | | | | | | |
| Lehman -2503 | | | | | | | |
| 06/25/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| Total Lehman -2503 | | | | | | | 10.00 |
| | | | | | | | |
| Total | | | | | | | 297.50 |



VVA

PROJECT MANAGERS
& CONSULTANTS

## EXPENSE RECEIPTS

NAME   BRIAN FERRIER
REPORT PERIOD   JUNE 2007
REIMBURSABLE PROJECT #   2503
PROJECT NAME LEHMAN - 7th FLOOR

```
I  O  NEW YORK
MED #            1B20
DATE: 06/25/2007
START TIME 10:59
END TIME   11:12
TRIP #         7758
RATE No.          1
MILES          1.49
FARE $         8.50

Contact TLC Dial
    3-1-1
```

Project
07/01/07 Through 07/30/07

Jul 31, 2007 02:09 PM
NEW1.QEX, LRV, Expenses, July 2007

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|---------------|-------|--------|

**Gregory et al #1597**

| 07/19/07 | Taxi | Yellow Cab | | R | Cash | | 15.50 |
| 07/19/07 | Taxi | Yellow Cab | | R | Cash | | 24.00 |
| Total Gregory et al #1597 | | | | | | | 39.50 |

**JAM #2508**

| 07/10/07 | Taxi | Yellow Cab | | R | Cash | | 12.00 |
| Total JAM #2508 | | | | | | | 12.00 |

**Lehman - 745 #1912**

| 07/19/07 | Taxi | Yellow Cab | | R | Cash | | 13.25 |
| Total Lehman - 745 #1912 | | | | | | | 13.25 |

**Lehman, 1301 #2503**

| 07/02/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 07/16/07 | Taxi | Yellow Cab | | R | Cash | | 6.75 |
| 07/23/07 | Taxi | Yellow Cab | | R | Cash | | 20.50 |
| 07/30/07 | Taxi | Yellow Cab | | R | Cash | | 18.50 |
| Total Lehman, 1301 #2503 | | | | | | | 54.75 |

**Lehman, Cafeteria #1913**

| 07/09/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| Total Lehman, Cafeteria #1913 | | | | | | | 10.00 |

**Marathon #1599**

| 07/02/07 | Taxi | Yellow Cab | | R | Cash | | 7.75 |
| 07/26/07 | Taxi | Yellow Cab | | R | Cash | | 9.50 |
| 07/26/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 07/30/07 | Taxi | Yellow Cab | | R | Cash | | 8.25 |
| Total Marathon #1599 | | | | | | | 35.50 |

**McKinsey Park Ave, Plaza #1555**

| 07/02/07 | Taxi | Yellow Cab | | R | Cash | | 6.25 |
| 07/02/07 | Taxi | Yellow Cab | | R | Cash | | 6.75 |
| 07/09/07 | Taxi | Yellow Cab | | R | Cash | | 6.75 |
| 07/11/07 | Taxi | Yellow Cab | | R | Cash | | 5.25 |
| 07/11/07 | Taxi | Yellow Cab | | R | Cash | | 6.75 |
| 07/25/07 | Taxi | Yellow Cab | | R | Cash | | 7.00 |
| 07/25/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| Total McKinsey Park Ave, Plaza #1555 | | | | | | | 48.75 |

**Other**

| 07/01/07 | Parking | 55th St Parking LL | | R | Cash | | 40.00 |
| 07/01/07 | Wash (Auto) | Aqua Car Wash | | R | Cash | | 27.17 |
| Total Other | | | | | | | 67.17 |

**Seyfarth Shaw #1583**

| 07/30/07 | Taxi | Yellow Cab | | R | Cash | | 6.75 |
| 07/30/07 | Taxi | Yellow Cab | | R | Cash | | 8.00 |
| Total Seyfarth Shaw #1583 | | | | | | | 14.75 |

**WBR**

| 07/19/07 | Taxi | Yellow Cab | | R | Cash | | 4.75 |
| 07/23/07 | Business Meals | Fraunces Tavern | | R | Cash | | 72.70 |
| 07/23/07 | Taxi | Yellow Cab | | R | Cash | | 15.50 |
| 07/25/07 | Taxi | Yellow Cab | | R | Cash | | 5.25 |
| 07/26/07 | Taxi | Yellow Cab | | R | Cash | | 10.75 |
| 07/30/07 | Business Meals | Cafe Guy & Gailar | | R | Cash | | 30.00 |
| Total WBR | | | | | | | 138.95 |

**WFBK**

| 07/17/07 | Taxi | Yellow Cab | | R | Cash | | 8.00 |
| 07/17/07 | Taxi | Yellow Cab | | R | Cash | | 8.50 |
| 07/24/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 07/24/07 | Taxi | Yellow Cab | | R | Cash | | 11.25 |
| Total WFBK | | | | | | | 37.75 |

07/31/07



**PROJECT MANAGERS & CONSULTANTS**

## EXPENSE RECEIPTS

NAME    **Lorenzo Vascotto**

REPORT PERIOD    **July 2007**

REIMBURSABLE PROJECT #  _2503_

PROJECT NAME _LEHMAN 1301, 7th Floor_

---

```
MED        .129
07/02/07 TR 0004
START  END MILES
14:39 14:51  1.5
FARE  $  7.70
EXTRA: $  0.00
TOTAL: $  7.70
      THANKS
TO CONTACT TLC
 DIAL 3-1-1
```

```
    I ♡ NEW YORK
   MED #      5N56
DATE: 07/23/2007
START TIME  13:35
END TIME    13:56
TRIP #     10750
RATE No.       1
MILES       6.33
FARE $     17.70

Contact TLC Dial
    3-1-1
```

```
   I ♡ NEW YORK
  MED #      4V19
DATE: 07/16/2007
START TIME  15:34
END TIME    15:43
TRIP #     12132
RATE No.       1
MILES       0.53
FARE $      5.70

Lehman 1301
Contact TLC Dial
    3-1-1
```

```
   I ♡ NEW YORK
  MED #      3F67
DATE: 07/30/2007
START TIME  14:44
END TIME    15:17
TRIP #      3872
RATE No.       1
MILES       1.41
FARE $     16.10

Contact TLC Dial
    3-1-1
```

**Bill To**
07/02/07 Through 07/31/07

Aug 02, 2007 12:20 PM
EXPENSES.QEX, July 2007

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|----------------|-------|--------|

**Goodwin Procter-1592**

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 07/05/07 | Taxi | Yellow Cab | | R | Cash | | 18.00 |
| 07/06/07 | Taxi | Yellow Cab | | R | Cash | | 6.50 |
| 07/10/07 | Taxi | Yellow Cab | | R | Cash | | 7.00 |
| 07/10/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 07/16/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 07/17/07 | Taxi | Yellow Cab | | R | Cash | | 12.00 |
| 07/18/07 | Taxi | Yellow Cab | | R | Cash | | 8.00 |
| 07/24/07 | Taxi | Yellow Cab | | R | Cash | | 7.50 |
| 07/31/07 | Taxi | Yellow Cab | | R | Cash | | 7.50 |
| 07/31/07 | Taxi | Yellow Cab | | R | Cash | | 8.00 |
| 07/31/07 | Taxi | Yellow Cab | | R | Cash | | 9.50 |
| Total Goodwin Procter-1592 | | | | | | | 103.00 |

**Lehman - Cafeteria**

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 07/05/07 | Taxi | Yellow Cab | | R | Cash | | 8.00 |
| 07/06/07 | Taxi | Yellow Cab | | R | Cash | | 9.50 |
| 07/09/07 | Taxi | Yellow Cab | | R | Cash | | 6.50 |
| 07/12/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 07/12/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| 07/13/07 | Taxi | Yellow Cab | | R | Cash | | 7.50 |
| 07/16/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 07/16/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 07/16/07 | Taxi | Yellow Cab | | R | Cash | | 12.50 |
| 07/18/07 | Taxi | Yellow Cab | | R | Cash | | 8.00 |
| 07/18/07 | Taxi | Yellow Cab | | R | Cash | | 11.50 |
| 07/23/07 | Taxi | Yellow Cab | | R | Cash | | 10.50 |
| 07/26/07 | Taxi | Yellow Cab | | R | Cash | | 5.50 |
| 07/26/07 | Taxi | Yellow Cab | | R | Cash | | 9.50 |
| 07/26/07 | Taxi | Yellow Cab | | R | Cash | | 11.50 |
| Total Lehman - Cafeteria | | | | | | | 137.50 |

**Lehman-7th Floor**

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 07/09/07 | Taxi | Yellow Cab | | R | Cash | | 9.00 |
| 07/16/07 | Taxi | Yellow Cab | | R | Cash | | 10.00 |
| Total Lehman-7th Floor | | | | | | | 19.00 |

**Newspaper**

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 07/02/07 | Taxi | Yellow Cab | | R | Cash | | 7.00 |
| 07/02/07 | Taxi | Yellow Cab | | R | Cash | | 7.00 |
| Total Newspaper | | | | | | | 14.00 |

| Total | | | | | | | 273.50 |



## EXPENSE RECEIPTS

NAME   BRIAN  FERRIER

REPORT PERIOD   JULY

REIMBURSABLE PROJECT #   2503

PROJECT NAME  LEHMAN - 7TH FLOOR

**PROJECT MANAGERS & CONSULTANTS**

NEW YORK
3001
07/09/2007
TIME 14:46
14:58
8.464
1
1.35
FARE 7.30

Contact TLC Dial

MEI     8
TXW  N
Date    7/16/07
14:38  TO  14:53
TRIP #   12276
DIST   1.44 mi
FARE   $ 8.90
TOTAL   $ 8.90
CONTACT TLC
DIAL 3-1-1

Account #: 95283  VVA LLC                                                      Invoice #: B60488

|  | | | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|---|---|
| Sub-Totals For This Group: | | | 5 | 38.75 | 0.00 | 38.75 |

REFERENCE: 2100

| Date Docket # Service | Booked By AD # | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|
| 7/13/2007 2218 MESSENGER | SANDY 903986 | VVA LLC 117 E 31 NEW YORK 10016 | PERKINS STAHLMAN 1106 NEW YORK 10003 | 7.75 0.00 | 7.75 |

|  | | | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|---|---|
| Sub-Totals For This Group: | | | 1 | 7.75 | 0.00 | 7.75 |

REFERENCE: 2102

| Date Docket # Service | Booked By AD # | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|
| 7/11/2007 4912 MESSENGER | SANDY 902712 | VVA LLC 117 E 31 NEW YORK 10016 | ARMER DISON KLINDEL 80 PINE STREET NEW YORK 10005 | 7.75 0.00 | 7.75 |

|  | | | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|---|---|
| Sub-Totals For This Group: | | | 1 | 7.75 | 0.00 | 7.75 |

REFERENCE: 2103

| Date Docket # Service | Booked By AD # | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|
| 7/10/2007 1405 MOTOR | SANDY 901323 | VVA LLC 117 E 31 NEW YORK 10016 | BRILL HOLDIAYS 77 ROOSEVELT BLVD JACKSON HEIGHTS 11372 | 24.50 0.00 | 24.50 |

|  | | | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|---|---|
| Sub-Totals For This Group: | | | 1 | 24.50 | 0.00 | 24.50 |

REFERENCE: 2104

| Date Docket # Service | Booked By AD # | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|
| 07/23/2007 5941 MESSENGER | SANDY 908338 | VVA LLC 117 E 31 NEW YORK 10016 | STRAUSE 4 GRAMMUS STREET NEW YORK 10019 | 7.75 0.00 | 7.75 |
| 07/23/2007 1901 MESSENGER | SANDY 908365 | VVA LLC 117 E 31 NEW YORK 10016 | ALLSTEEL 255 PARK AVENUE SOUTH NEW YORK 10003 | 7.75 0.00 | 7.75 |

|  | | | Dockets | Base | Surcharges | Total |
|---|---|---|---|---|---|---|
| Sub-Totals For This Group: | | | 2 | 15.50 | 0.00 | 15.50 |

REFERENCE: 2503

| Date Docket # Service | Booked By AD # | Pickup Address | Delivery Address | Base Surcharges | Total |
|---|---|---|---|---|---|
| 07/27/2007 3418 MESSENGER | ARLENE 911003 | VVA LLC 117 E 31 NEW YORK 10016 | LEHMAN BROTHERS 1301 6 NEW YORK 10009 | 7.75 0.00 | 7.75 |

(Report Ref: invoice06.frx)                                                                 Page 7

[ Counter per User ]

Data of Today:Aug. 21,2007 07:34 PM

| User Name | Name | Copier/Docu. Server | | | | | | | | Printer | | | | Facsimile | | Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Full Colour | | Black & White | | Single Colour | | Two-colour | | Colour | | Black & White | | Black & White | | Full Colour | | Others | |
| | | A3/DLT | Others | A3/DLT | Others | A3/DLT | Others | A3/DLT | Others | A3/DLT | Others | A3/DLT | Others | A3/DLT | Others | Pages | Result | Pages | Result |
| 1 | 2503 Lehman 1301 7th P2 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 819 | 0 | 0 | 0 | 0 | 824 | 828 |
| Others | | 0 | 0 | 0 | 57 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 34 | 0 | 0 | 91 | 91 |
| total sum | | 0 | 0 | 0 | 58 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 819 | 0 | 34 | 0 | 0 | 915 | 919 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/16/2008 | 2503-13 |

**Bill To**

Lehman Brothers
Attn: Christopher Connolly
Corporate Real Estate
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

| VVA PROJECT # | DUE DATE | WORK ORDER # | PROJECT MANAGER | PROJECT NUMBER |
|---|---|---|---|---|
| 2503 | 7/16/2008 | | | |

| SERVICED | ITEM | QUANTITY | RATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | Service | | | Project Management Services for the month of May, 2008 for the 1301 Chiller Commissioning Project. | |
| 5/1/2008 | Managing Director | 0.5 | 300.00 | | 150.00 |

Remit To : VVA, LLC.
117 East 31st St., New York, NY 10016
Tel. #212-576-8400

| **Total** | $150.00 |
|---|---|



# Invoice

| Date | Invoice # |
|---|---|
| 9/15/2008 | 1915-11 |

**Bill To**

Lehman Brothers
Attn: Blaine Capobianco
Corporate Real Estate
1301 Avenue of the Americas, 9th floor
New York, NY 10019

| VVA PROJECT # | DUE DATE | WORK ORDER # | PROJECT MANAGER | PROJECT NUMBER |
|---|---|---|---|---|
| 1915 | 10/15/2008 | | | |

| SERVICED | ITEM | QUANTITY | RATE | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| | Service | | | Project Management Services for the month of August, 2008 for the 4th floor at 399 Park Avenue, NYC. | |
| 8/1/2008 | Associate | 1 | 225.00 | | 225.00 |
| 8/5/2008 | Associate | 1 | 225.00 | | 225.00 |
| 8/6/2008 | Associate | 1 | 225.00 | | 225.00 |
| 8/6/2008 | Partner | 1 | 350.00 | | 350.00 |
| 8/7/2008 | Associate | 1 | 225.00 | | 225.00 |
| 8/12/2008 | Associate | 1 | 225.00 | | 225.00 |
| 8/12/2008 | Partner | 0.5 | 350.00 | | 175.00 |
| 8/14/2008 | Associate | 1.5 | 225.00 | | 337.50 |
| 8/19/2008 | Associate | 1 | 225.00 | | 225.00 |
| 8/19/2008 | Partner | 1 | 350.00 | | 350.00 |
| 8/21/2008 | Associate | 1 | 225.00 | | 225.00 |
| 8/25/2008 | Project Accountant | 0.5 | 100.00 | | 50.00 |
| 8/27/2008 | Associate | 1 | 225.00 | | 225.00 |
| 8/29/2008 | Project Accountant | 0.25 | 100.00 | | 25.00 |
| | Reimbursable | | | Reimbursable Expenses | |
| | Car/Taxi | | 172.00 | Car Service/Taxi | 172.00 |
| | Rail | | 10.00 | Rail | 10.00 |
| | Messengers | | 54.25 | Messengers | 54.25 |
| | Copies - B&W | 210 | 0.05 | B&W Copies @ $.05 each | 10.50 |

Remit To : VVA, LLC.
117 East 31st St., New York, NY 10016
Tel. #212-576-8400

| **Total** | **$3,334.25** |
|---|---|

## Bill To
06/26/08 Through 08/20/08

Aug 20, 2008 01:50 PM
EXPENSES.QEX, July/August 2008

| Date | Expense Type | Merchant | RNP | Miles | Amount |
|------|-------------|----------|-----|-------|--------|
| BNP - 2014 | | | | | |
| 07/28/08 | Taxi | Yellow Cab | R | | 8.00 |
| 07/31/08 | Taxi | Yellow Cab | R | | 6.50 |
| 07/31/08 | Taxi | Yellow Cab | R | | 7.00 |
| 07/31/08 | Taxi | Yellow Cab | R | | 7.50 |
| 08/04/08 | Rail | MetroCard | R | | 20.00 |
| 08/11/08 | Taxi | Yellow Cab | R | | 5.50 |
| 08/18/08 | Taxi | Yellow Cab | R | | 6.50 |
| 08/18/08 | Taxi | Yellow Cab | R | | 6.50 |
| Total BNP - 2014 | | | | | 65.50 |
| | | | | | |
| BNP/9th Floor - 2017 | | | | | |
| 06/30/08 | Taxi | Yellow Cab | R | | 7.50 |
| 07/28/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/04/08 | Taxi | Yellow Cab | R | | 5.00 |
| 08/11/08 | Taxi | Yellow Cab | R | | 9.00 |
| 08/11/08 | Taxi | Yellow Cab | R | | 9.00 |
| 08/18/08 | Taxi | Yellow Cab | R | | 6.00 |
| Total BNP/9th Floor - 2017 | | | | | 44.50 |
| | | | | | |
| Lehman/399 - 1915 | | | | | |
| 06/26/08 | Taxi | Yellow Cab | R | | 5.50 |
| 06/26/08 | Taxi | Yellow Cab | R | | 7.00 |
| 06/26/08 | Taxi | Yellow Cab | R | | 7.50 |
| 06/26/08 | Taxi | Yellow Cab | R | | 9.00 |
| 07/03/08 | Taxi | Yellow Cab | R | | 6.50 |
| 08/14/08 | Taxi | Yellow Cab | R | | 10.00 |
| 08/14/08 | Taxi | Yellow Cab | R | | 10.50 |
| Total Lehman/399 - 1915 | | | | | 56.00 |
| | | | | | |
| MLB Secaucus - 1697 | | | | | |
| 07/01/08 | Taxi | Yellow Cab | R | | 8.50 |
| 07/01/08 | Taxi | Yellow Cab | R | | 8.00 |
| 07/01/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/05/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/05/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/05/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/05/08 | Taxi | Yellow Cab | R | | 9.50 |
| 08/06/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/06/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/06/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/13/08 | Taxi | Yellow Cab | R | | 6.50 |
| 08/13/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/13/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/20/08 | Taxi | Yellow Cab | R | | 7.00 |
| 08/20/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/20/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/20/08 | Taxi | Yellow Cab | R | | 9.00 |
| Total MLB Secaucus - 1697 | | | | | 134.50 |
| | | | | | |
| Warwick/9th Floor - 2521 | | | | | |
| 07/01/08 | Taxi | Yellow Cab | R | | 6.50 |
| 07/01/08 | Taxi | Yellow Cab | R | | 8.00 |
| 07/01/08 | Taxi | Yellow Cab | R | | 8.50 |
| 07/01/08 | Taxi | Yellow Cab | R | | 10.00 |
| 07/29/08 | Taxi | Yellow Cab | R | | 7.50 |
| 07/29/08 | Taxi | Yellow Cab | R | | 9.50 |
| 08/05/08 | Taxi | Yellow Cab | R | | 9.50 |
| 08/06/08 | Taxi | Yellow Cab | R | | 6.50 |
| 08/06/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/12/08 | Taxi | Yellow Cab | R | | 5.50 |
| 08/12/08 | Taxi | Yellow Cab | R | | 9.50 |
| 08/12/08 | Taxi | Yellow Cab | R | | 10.00 |
| 08/19/08 | Taxi | Yellow Cab | R | | 6.00 |
| 08/19/08 | Taxi | Yellow Cab | R | | 6.50 |
| 08/19/08 | Taxi | Yellow Cab | R | | 8.00 |
| 08/19/08 | Taxi | Yellow Cab | R | | 9.50 |

08/20/08



**VVA**

PROJECT MANAGERS
& CONSULTANTS

## EXPENSE RECEIPTS

NAME _Laurie Fausto_
REPORT PERIOD _July/August 2008_
REIMBURSABLE PROJECT # _1915_
PROJECT NAME _Lehman 399_

---

Lehman - 399
I ♡ NEW YORK

MED #        2D25
DATE: 08/14/2008
START TIME 11:45
END TIME   11:58
TRIP #      3665
RATE No.       1
STAND. CITY RATE
MILES R1    1.40
FARE1 $     8.50
                10.-
Contact TLC Dial
      3-1-1

---

Lehman
MED#         9V23
08/14/08 TR 3490
START  END MILES
10:42 10:57  1.5
REGULAR FARE
RATE 1:$   9.30
SURCH: $   0.00
TOTAL: $   9.30
    THANKS      10.50
TO CONTACT TLC
DIAL 3-1-1

---

Lehman 399
I ♡ NEW YORK

MED #        6L54
DATE: 06/26/2008
START TIME 09:56
END TIME   10:08
TRIP #      6400
RATE No.       1
STAND. CITY RATE
MILES R1    1.09
FARE1 $   9.00 7.70

---

Lehman 399
I ♡ NEW YORK

MED #        5R39
DATE: 06/26/2008
START TIME 11:51
END TIME   11:58
TRIP #      6707
RATE No.       1
STAND. CITY RATE
MILES R1    1.12
FARE1 $     5.70
                7.00
Contact TLC Dial
      3-1-1

---

Lehman 399
I ♡ NEW YORK

MED #        3G86
DATE: 06/26/2008
START TIME 21:45
END TIME   21:48
TRIP #     10861
RATE No.       1
STAND. CITY RATE
MILES R1    0.70
FARE1 $     4.10
SURCHARGE   0.50
TOTAL $     4.60
                5.50
Contact TLC Dial
      3-1-1

---

Lehman 399
I ♡ NEW YORK

MED #        8F68
TRIP #      3288
ST. TIME 09:23AM
END TIME 09:31AM
DATE   JUN-26-08
DIST.        .60
FARE $      6.10
to Contact TLC
Dial 3-1-1     7.50

---

Lehman 399
I ♡ NEW YORK

MED #        4B40
DATE: 07/03/2008
START TIME 10:41
END TIME   10:46
TRIP #      8246
RATE No.       1
STAND. CITY RATE
MILES R1    1.15
FARE1 $     5.30
                6.10
Contact TLC Dial
      3-1-1

**Bill To**
07/19/08 Through 08/22/08

Aug 25, 2008 12:00 PM
NOVEMBER 2004.QEX, Aug 22 2008

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 07/22/08 | Subway | | | R | Cash | | 4.00 |
| 07/22/08 | Taxi | | | R | Cash | | 11.00 |
| 08/18/08 | Taxi | | | R | Cash | | 9.00 |
| 08/18/08 | Taxi | | | R | Cash | | 11.00 |
| 08/18/08 | Train | | | R | | | 3.00 |
| Total | | | | | | | 38.00 |
| **Lehman - 399 Park** | | | | | | | |
| 07/22/08 | Taxi | | | R | Cash | | 8.00 |
| 07/22/08 | Taxi | | | R | Cash | | 12.00 |
| 07/23/08 | Subway | | | R | Cash | | 2.00 |
| 07/23/08 | Taxi | | | R | Cash | | 11.00 |
| 07/24/08 | Taxi | | | R | Cash | | 6.00 |
| 07/24/08 | Taxi | | | R | Cash | | 7.00 |
| 08/06/08 | Subway | | | R | Cash | | 2.00 |
| 08/06/08 | Taxi | | | R | Cash | | 14.00 |
| Total Lehman - 399 Park | | | | | | | 62.00 |
| 07/21/08 | Mileage | | | R | Personal Car | 80 | 46.80 |
| 07/21/08 | Parking | Airport Parking | | R | American Express | | 30.00 |
| 07/21/08 | Tolls | | | R | Cash | | 8.00 |
| 08/08/08 | Mileage | | | R | Personal Car | 40 | 23.40 |
| 08/15/08 | Mileage | | | R | Personal Car | 40 | 23.40 |
| 08/22/08 | Mileage | | | R | Personal Car | 40 | 23.40 |
| Total | | | | | | | 155.00 |
| **Asset Management** | | | | | | | |
| 07/23/08 | Subway | | | R | Cash | | 4.00 |
| 08/05/08 | Subway | | | R | Cash | | 2.00 |
| 08/05/08 | Taxi | | | R | Cash | | 10.00 |
| 08/07/08 | Subway | | | R | Cash | | 2.00 |
| 08/07/08 | Taxi | | | R | Cash | | 8.00 |
| 08/12/08 | Subway | | | R | Cash | | 2.00 |
| 08/12/08 | Taxi | | | R | Cash | | 10.00 |
| 08/13/08 | Subway | | | R | Cash | | 2.00 |
| 08/13/08 | Taxi | | | R | Cash | | 8.00 |
| 08/19/08 | Subway | | | R | Cash | | 2.00 |
| 08/19/08 | Taxi | | | R | Cash | | 9.00 |
| 08/20/08 | Subway | | | R | Cash | | 8.00 |
| 08/20/08 | Taxi | | | R | Cash | | 11.00 |
| Total Asset Management | | | | | | | 78.00 |
| **Other** | | | | | | | |
| 07/19/08 | Gas | Shell | | R | American Express | | 65.42 |
| 07/28/08 | Gas | Shell | | R | American Express | | 58.88 |
| 07/29/08 | Gas | Shell | | R | American Express | | 73.69 |
| 08/03/08 | Gas | Shell | | R | American Express | | 76.87 |
| 08/11/08 | Gas | Shell | | R | American Express | | 68.00 |
| 08/14/08 | Parking | Airport Parking | | R | American Express | | 22.00 |
| 08/17/08 | Gas | Shell | | R | American Express | | 63.40 |
| Total Other | | | | | | | 428.26 |
| **Overhead** | | | | | | | |
| 07/21/08 | Taxi | | | R | Cash | | 11.00 |
| 08/04/08 | Golf | Golf Outing | | R | Cash | | 100.00 |
| 08/05/08 | Subway | | | R | Cash | | 2.00 |
| 08/05/08 | Taxi | | | R | Cash | | 8.00 |
| 08/13/08 | Subway | | | R | Cash | | 2.00 |
| 08/13/08 | Taxi | | | R | Cash | | 8.00 |
| 08/14/08 | Lunch | Diner | | R | Cash | | 37.60 |
| 08/14/08 | Taxi | | | R | Cash | | 11.00 |
| 08/19/08 | Taxi | | | R | Cash | | 8.00 |
| 08/22/08 | Golf | Golf Outing | | R | Cash | | 50.00 |
| Total Overhead | | | | | | | 237.60 |

*Handwritten notes:* Subwy 7⁰⁰  Taxi 58⁰⁰



**VVA**

PROJECT MANAGERS
& CONSULTANTS

## EXPENSE RECEIPTS

NAME__ **Bob O'Hea**

REPORT PERIOD__ 7/19/08 Through 8/22/08

REIMBURSABLE PROJECT #_____

PROJECT NAME __LEHMAN 399__

TOTAL THIS PAGE __$59.00__

---

$12⁰⁰

I ♡ NEW YORK

MED #        4850
DATE: 07/22/2008
START TIME 09:36
END TIME   09:56
TRIP #     5806
RATE No.       1
STAND. CITY RATE
MILES R1    1.92
FARE1 $    10.90

Contact TLC Dial
S-1-1

---

$12⁰⁰

I ♡ NEW YORK

MED #        1051
DATE: 07/22/2008
START TIME 11:38
END TIME   11:53
TRIP #     2212
RATE No.       1
STAND. CITY RATE
MILES R1    2.78
FARE1 $    13.10

Contact TLC Dial
S-1-1

---

I ♡ NEW YORK

MED #       2M86
DATE: 07/22/2008
START TIME 20:26
END TIME   20:31
TRIP #     1288
RATE No.       1
STAND. CITY RATE
MILES R1    1.52
FARE1 $     6.10
SURCHARGE   0.50
TOTAL $     6.60

$4⁰⁰

Contact TLC Dial

---

$7⁰⁰

I ♡ NEW YORK

MED #       6A49
DATE: 07/24/2008
START TIME 10:21
END TIME   10:28
TRIP #     2511
RATE No.       1
STAND. CITY RATE
MILES R1    1.16
FARE1 $     5.70

Contact TLC Dial

---

$6⁰⁰

I ♡ NEW YORK

MED #      SBV269
DATE: 07/24/2008
START TIME 11:48
END TIME   11:53
TRIP #     8888
RATE No.       1
STAND. CITY RATE
MILES R1    0.80
FARE1 $     4.90

Contact TLC Dial
S-1-1

---

$14⁰⁰

Mcvn
08/06/08 TR 9208
START  END MILES
08:44 09:05 2.8
Regular Fare
RATE 1:$  12.50
SURCH: $   0.00
TOTAL: $  12.50
THANKS
TO CONTACT TLC

**Bill To**
06/12/08 Through 07/17/08

*1915*

Jul 24, 2008 09:21 AM
NOVEMBER 2004.QEX, 7/18/08

| Date | Expense Type | Merchant | City | RNP | Payment Method | Miles | Amount |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 06/30/08 | Subway | | | R | Cash | | 2.00 |
| 06/30/08 | Taxi | | | R | Cash | | 8.00 |
| Total | | | | | | | 10.00 |

**Lehman - 399 Park**

| | | | | | | | |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 06/26/08 | Subway | | | R | Cash | | 2.00 |
| 06/26/08 | Taxi | | | R | Cash | | 8.00 |
| 06/30/08 | Subway | | | R | Cash | | 2.00 |
| 06/30/08 | Taxi | | | R | Cash | | 11.00 |
| 07/08/08 | Taxi | | | R | Cash | | 7.00 |
| 07/08/08 | Taxi | | | R | Cash | | 10.00 |
| 07/15/08 | Subway | | | R | Cash | | 2.00 |
| 07/15/08 | Taxi | | | R | Cash | | 7.00 |
| 07/17/08 | Taxi | | | R | Cash | | 7.00 |
| 07/17/08 | Taxi | | | R | Cash | | 8.00 |
| Total Lehman - 399 Park | | | | | | | 64.00 |

*Subway 116ᴼᴼ*
*Taxi 58ᴼᴼ*

| | | | | | | | |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 07/03/08 | Mileage | | | R | Personal Car | 80 | 46.80 |
| 07/03/08 | Tolls | | | R | Cash | | 8.00 |
| Total | | | | | | | 54.80 |

**UBP Asset Management**

| | | | | | | | |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 06/25/08 | Taxi | | | R | Cash | | 8.00 |
| 06/25/08 | Taxi | | | R | Cash | | 10.00 |
| 06/26/08 | Subway | | | R | Cash | | 2.00 |
| 07/01/08 | Subway | | | R | Cash | | 2.00 |
| 07/01/08 | Taxi | | | R | Cash | | 6.00 |
| 07/09/08 | Subway | | | R | Cash | | 4.00 |
| 07/16/08 | Subway | | | R | Cash | | 4.00 |
| Total UBP Asset Management | | | | | | | 36.00 |

**Other**

| | | | | | | | |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 06/12/08 | Parking | City Parking | | R | Cash | | 22.00 |
| 06/19/08 | Gas | Shell | | R | American Express | | 71.37 |
| 06/26/08 | Parking | City Parking | | R | Cash | | 22.00 |
| 06/28/08 | Car Paymet | | | R | Cash | | 573.30 |
| 06/28/08 | Gas | Shell | | R | American Express | | 78.62 |
| 07/01/08 | Parking | City Parking | | R | Cash | | 22.00 |
| 07/02/08 | Parking | City Parking | | R | Cash | | 20.00 |
| 07/04/08 | Gas | Shell | | R | American Express | | 73.27 |
| 07/16/08 | Parking | City Parking | | R | Cash | | 20.00 |
| 07/16/08 | Taxi | | | R | Cash | | 13.00 |
| Total Other | | | | | | | 915.56 |

**Expensed**

| | | | | | | | |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 06/23/08 | Golf | AHRC | | R | Cash | | 160.00 |
| 06/23/08 | Raffle Ticket | | | R | Cash | | 50.00 |
| 06/24/08 | Subway | | | R | Cash | | 2.00 |
| 06/24/08 | Taxi | | | R | Cash | | 17.00 |
| 06/25/08 | Subway | | | R | Cash | | 4.00 |
| 07/01/08 | Subway | | | R | Cash | | 4.00 |
| 07/02/08 | Cigars | Global Smoke Sho | | R | American Express | | 350.17 |
| 07/07/08 | Raffle Ticket | | | R | Cash | | 50.00 |
| 07/10/08 | Golf | Golf Outing | | R | Cash | | 70.00 |
| 07/15/08 | Taxi | | | R | Cash | | 6.00 |
| 07/15/08 | Taxi | | | R | Cash | | 11.00 |
| 07/16/08 | Subway | | | R | Cash | | 4.00 |
| Total Expensed | | | | | | | 728.17 |

**Consulting**

| | | | | | | | |
|------|-------------|----------|------|-----|----------------|-------|--------|
| 07/08/08 | Subway | | | R | Cash | | 2.00 |
| 07/08/08 | Taxi | | | R | Cash | | 8.00 |
| 07/15/08 | Subway | | | R | Cash | | 2.00 |
| 07/15/08 | Taxi | | | R | Cash | | 16.00 |
| Total Consulting | | | | | | | 28.00 |



## VVA
PROJECT MANAGERS
& CONSULTANTS

### EXPENSE RECEIPTS

NAME__ Bob O'Hea

REPORT PERIOD_ 6/21/08 Through 7/18/08

REIMBURSABLE PROJECT #_____

PROJECT NAME__ LEHMAN 399___

TOTAL THIS PAGE_____ $56.00___

---

$8.00

06/26/08 TR 8786
START  END MILES
10:29 10:39  1.1
Regular Fare
RATE 1:$    6.90
SURCH: $    0.00
TOTAL: $    6.90
THANKS
TO CONTACT TLC

---

$7.00

I ♥ NEW YORK
MED #         1B20
DATE: 07/15/2008
START TIME 15:28
END TIME   15:35
      212
RATE No.        1
STAND. CITY RATE
MILES R    0.96
FARE: $      5.70

Contact TLC Dial
3-1-1

---

$11.00

I ♥ NEW YORK
MED #         5F87
DATE: 06/30/2008
START TIME 07:55
END TIME   08:08
TRIP #      13600
RATE No.
MILES         2.80
FARE $       10.10

Contact TLC Dial
3-1-1

---

$10.00

I ♥ NEW YORK

MED #
DATE: 07/08/2008
START TIME
END TIME
RATE No.
STAND. CITY RATE
MILES
FARE

---

$7.00

MED #
DATE: 07/
START TIME 11:39
END TIME   11:
TRIP #
RATE No.
STAND. CITY RATE
MILES R
FARE: $      5.20

Contact TLC Dial

---

$7.00

MED #
DATE:
FARE    5.10

---

$7.00

MED#      6K5B
07/08/08 TR 610
START  END MILES
15:35 15:40  1.1
REGULAR FARE
RATE 1:$    5.30
SURCH: $    0.00
TOTAL: $    5.30
THANKS
TO CONTACT TLC

# CROWN DELIVERY & LOGISTICS



| Invoice No. | Period Ending | Amount Due | Pg. |
|---|---|---|---|
| 188254 | 08/17/2008 | 298.00 | 3 of 5 |

| | | | | | |
|---|---|---|---|---|---|
| 08/12/2008 | V V A LLC | | Base | 7.75 | 7.75 |
| 0803105838 | 117 EAST 31ST ST | | | | |
| | NEW YORK, NY 10016 | NEW YORK, NY 10036 | | | |
| MES | Caller: SANDY SNYDER | PCS: 1 | | | |
| | Signed: L conlan 1flmc | Wght: 1 Lbs | | | |
| | R2: | R1: 1687 | | | |

Total Charges for Ref. - 1687                                                7.75

| 08/14/2008 | V V A LLC | | Base | 7.75 | 7.75 |
|---|---|---|---|---|---|
| 0803163130 | 117 EAST 31ST ST | | | | |
| | NEW YORK, NY 10016 | | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10018 | | | |
| | Signed: H. Delacruz fl.m/c | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1694 | | | |

Total Charges for Ref. - 1694                                                7.75

| 08/08/2008 | V V A LLC | | Base | 7.75 | 7.75 |
|---|---|---|---|---|---|
| 0803052889 | 117 EAST 31ST ST | | | | |
| | NEW YORK, NY 10016 | NEW YORK, NY 10017 | | | |
| MES | Caller: ARLENE CAETA | PCS: 1 | | | |
| | Signed: A wade  11f1 | Wght: 1 Lbs | | | |
| | R2: | R1: 1696 | | | |

| 08/13/2008 | V V A LLC | | Base | 7.75 | 7.75 |
|---|---|---|---|---|---|
| 0803129937 | 117 EAST 31ST ST | | | | |
| | NEW YORK, NY 10016 | | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10010 | | | |
| | Signed: B lachapelle 503 | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1696 | | | |

| 08/14/2008 | V V A LLC | | Base | 7.75 | 7.75 |
|---|---|---|---|---|---|
| 0803152433 | 117 EAST 31ST ST | | | | |
| | NEW YORK, NY 10016 | | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10104 | | | |
| | Signed: CUEVAS=M/C | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1696 | | | |

Total Charges for Ref. - 1696                                                23.25

| 08/07/2008 | V V A LLC | LEHMAN BROTHERS | Base | 7.75 | 7.75 |
|---|---|---|---|---|---|
| 0803028741 | 117 EAST 31ST ST | 1301 AVENUE OF THE AMERICAS | | | |
| | NEW YORK, NY 10016 | 9TH FLOOR | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10019 | | | |
| | Signed: Cannon  mc | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1915 | | | |

| 08/07/2008 | V V A LLC | LEHMAN BROTHERS | Base | 7.75 | 7.75 |
|---|---|---|---|---|---|
| 0803039533 | 117 EAST 31ST ST | 1301 AVENUE OF THE AMERICAS | | | |
| | NEW YORK, NY 10016 | 9TH FLOOR | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10019 | | | |
| | Signed: Oyolo  mc | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1915 | | | |

Total Charges for Ref. - 1915                                                15.50

Continued



# CROWN DELIVERY & LOGISTICS

| Invoice No. | Period Ending | Amount Due | Pg. |
|---|---|---|---|
| 187961 | 08/03/2008 | 474.45 | 4 of 8 |

| | | | | | |
|---|---|---|---|---|---|
| 07/15/2008 | V V A LLC | ~~~~~~~~~~ | Base | 7.75 | 7.75 |
| 0802640596 | 117 EAST 31ST ST | ~~~~~~~~~~ | | | |
| | NEW YORK, NY 10016 | NEW YORK, NY 10020 | | | |
| MES | Caller: SANDY SNYDER | PCS: 1 | | | |
| | Signed: W nix 16 | Wght: 1 Lbs | | | |
| | R2: | R1: 1706 | | | |

Total Charges for Ref. - 1706                                         7.75

| | | | | | |
|---|---|---|---|---|---|
| 07/30/2008 | V V A LLC | ~~~~~~~~~~ PC Base | 7.75 | 7.75 |
| 0802887215 | 117 EAST 31ST ST | ~~~~~~~~~~ | | | |
| | NEW YORK, NY 10016 | NEW YORK, NY 10018 | | | |
| MES | Caller: SANDY SNYDER | PCS: 1 | | | |
| | Signed: S cabrera 9f | Wght: 1 Lbs | | | |
| | R2: | R1: 1713 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 07/30/2008 | V V A LLC | ~~~~~~~~~~ | Base | 7.75 | 7.75 |
| 0802887241 | 117 EAST 31ST ST | ~~~~~~~~~~ | | | |
| | NEW YORK, NY 10016 | NEW YORK, NY 10010 | | | |
| MES | Caller: SANDY SNYDER | PCS: 1 | | | |
| | Signed: M tosto 19flr | Wght: 1 Lbs | | | |
| | R2: | R1: 1713 | | | |

Total Charges for Ref. - 1713                                         15.50

| | | | | | |
|---|---|---|---|---|---|
| 07/31/2008 | V V A LLC | ~~~~~~~~~~ INC. | Base | 7.75 | 7.75 |
| 0802913879 | 117 EAST 31ST ST | ~~~~~~~~~~ | | | |
| | NEW YORK, NY 10016 | ~~~~~~~~~~ | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10017 | | | |
| | Signed: Clifford | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1719 | | | |

Total Charges for Ref. - 1719                                         7.75

| | | | | | |
|---|---|---|---|---|---|
| 07/15/2008 | V V A LLC | LEHMAN BROTHERS | Base | 7.75 | 7.75 |
| 0802647618 | 117 EAST 31ST ST | 1301 AVENUE OF THE AMERICAS | | | |
| | NEW YORK, NY 10016 | 9TH FLOOR | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10019 | | | |
| | Signed: H oyola | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1915 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 07/22/2008 | V V A LLC | LEHMAN BROTHERS | Base | 7.75 | 7.75 |
| 0802750898 | 117 EAST 31ST ST | 1301 AVENUE OF THE AMERICAS | | | |
| | NEW YORK, NY 10016 | 9TH FLOOR | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10019 | | | |
| | Signed: N garcia mc | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1915 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 07/31/2008 | V V A LLC | LEHMAN BROTHERS | Base | 7.75 | 7.75 |
| 0802919332 | 117 EAST 31ST ST | 1301 AVENUE OF THE AMERICAS | | | |
| | NEW YORK, NY 10016 | 9TH FLOOR | | | |
| MES | Caller: SANDY SNYDER | NEW YORK, NY 10019 | | | |
| | Signed: M castillo bsmtmlrm | PCS: 1 | | | |
| | R2: | Wght: 1 Lbs | | | |
| | | R1: 1915 | | | |

Total Charges for Ref. - 1915                                         23.25

Continued



August 25, 2008

Project # [1915]

[Lehman 399 4th Fl ]

Total Black & White Prints:  210

Total Color Prints:  0