OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022-1106
212.451.2300
Michael S. Fox (2612)
Fredrick J. Levy (0670)

*Counsel to VVA LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11 Case No.<br><br>Case No 08-13555 (JMP) |

### CERTIFICATE OF SERVICE

I, Suhailah S. Sallie, am not party to this action and am over the age of 18, and certify under penalty of perjury that on September 29, 2008, caused true copy of the Objection To Cure Amount By VVA LLC by First Class Mail Service.

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

/s/ Suhailah S. Sallie
Suhailah S. Sallie

590963-1