FREDERICK B. POLAK, ESQ. (FP- 3095)
POST, POLAK, GOODSELL, MacNEILL & STRAUCHLER, P.A.
575 Madison Avenue
New York, New York 10022
Telephone: (212) 486-1455
Facsimile: (973) 994-1705
Attorneys for Duke Corporate Education, f/k/a Duke Corporate Education, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No.: 08-13555 (JMP) |
| | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Frederick B. Polak, Esq., hereby certify that the Cure Objection with Exhibits, Notice of Appearance and this Certificate of Service were electronically filed on September 29, 2008, and, therefore, were serviced electronically on all parties participating in the electronic case filing system, and, further, that the following individuals were also served with the above noted documents via Federal Express on September 29, 2008:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attention: Lori R. Fife and Shai Y. Waisman
 *Attorneys for Lehman Brothers Holdings, Inc. and LB745 LLC*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attention: Jeffery S. Margolin
 *Attorneys for SIPC Trustee*

{00021934.1}

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attention: Lindsee P. Granfield and Lisa M. Schweitzer
    *Attorneys for Barclays Capital, Inc.*

Dated: September 25, 2008
New York, New York

By:   /s/ Frederick B. Polak
    Frederick B. Polak, Esq. (FP - 3095)
**POST, POLAK, GOODSELL,**
**MacNEILL & STRAUCHLER, P.A.**
575 Madison Avenue
New York, New York 10022
Telephone: (212) 486-1455
Facsimile: (973) 994-1705
Email: fbp@ppgms.com
*Attorneys for Duke Corporate Education, f/k/a*
*Duke Corporate Education, Inc.*