Edward S. Weisfelner, Esq. (EW 5581)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

William R. Baldiga
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)
                                                            :
                                        Debtors            :    (Jointly Administered)
                                                            :
------------------------------------------------------------x

# VERIFIED STATEMENT OF BROWN RUDNICK LLP
## PURSUANT TO FED. R. BANKR. P. 2019(a)

Brown Rudnick LLP ("Counsel") hereby submits this verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1. Counsel appears in these cases on behalf of the entities listed on Exhibit A hereto (the "Entities").

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

3. Each of the Entities separately requested that Counsel represent them in connection with the Debtors' chapter 11 cases.

4.  As of the date hereof, Counsel does not hold a claim against the Debtors.

5.  The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.  Counsel reserves the right to revise and supplement this statement.

Dated:  New York, New York
        September 29, 2008

**BROWN RUDNICK LLP**

By: /s/ Edward S. Weisfelner
Edward S. Weisfelner, Esq. (EW 5581)
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

William R. Baldiga
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
Telephone:  (617) 856-8200
Facsimile:  (617) 856-8201

# **EXHIBIT A**

1. Altova, Inc.
   900 Cummings Center, Suite 314-T
   Beverly, MA  01915-6181

2. Newport Global Advisors LP
   21 Waterway Avenue, Suite 150
   The Woodlands, TX  77380

3. Providence Equity Partners
   50 Kennedy Plaza, 18th Floor
   Providence, RI  02903

# 1600740