KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Daniel M. Eggermann

Attorneys for The NPD Group, Inc. and NPD Intelect, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | ) |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC. | ) Chapter 11 |
| | ) |
| | ) Case No. 08-13555 |
| Debtor. | ) |
| | ) |
| | ) |

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      :
                       :ss.:
COUNTY OF NEW YORK     :

  Michael Makinde, being duly sworn deposes and says:

  1. I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2. I served true and correct copies of the *Supplemental Objection of the NPD Group to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets*, which was filed electronically with the Bankruptcy Court on September 29, 2008, and by first-class mail to the parties on the annexed Exhibit A on September 29, 2008.

   /s/ Michael Makinde
   Michael Makinde

KL2 2575829.1

-2-

Sworn to before me this
29th day of September, 2008


/s/ James Park                              James Park
Notary Public                               Notary Public, State of New York
                                            No. 01PA6174518
                                            Qualified in New York County
                                            Commission Expires September 15, 2011

KL2 2575829.1

**Exhibit A**

| | |
|---|---|
| Lori R. Fife<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue, New York, NY 10153-0119 | Jeffery S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza NewYork, NY 10004 |
| Lindsee P. Granfield<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza, New York NY 10006 | Shai Y. Waisman<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue, New York, NY 10153-0119 |
| Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza, New York NY 10006 | |