AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re:                                                       :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.                        :   Case No. 08-13555 (JMP)
                                                             :
                                 Debtors.                    :   (Jointly Administered)
-------------------------------------------------------------x
```

### MOTION FOR ADMISSION OF SARAH LINK SCHULTZ *PRO HAC VICE*

I, Sarah Link Schultz a member in good standing of the bar of the State of Texas and admitted to practice before the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States District Court for the Western District of Texas, and the Texas Supreme Court, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Informal Noteholder Group in the above-referenced case.

My address is 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201; e-mail address is sschultz@akingump.com ; telephone number is (214) 969-4367.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: New York, New York
September 29, 2008

                AKIN GUMP STRAUSS HAUER & FELD LLP

By:   /s/    Sarah Link Schultz
       Sarah Link Schultz
       Akin Gump Strauss Hauer & Feld LLP
       1400 Pacific Avenue, Suite 4100
       (214) 969-4367 (Telephone)
       (214) 969-4343 (Facsimile)

*Counsel for the Informal Noteholder Group*

8066548

# EXHIBIT A

## **PROPOSED ORDER**

8066548

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re:**                                                     :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :    **Case No. 08-13555 (JMP)**
                                                               :
                                            **Debtors.**       :    **(Jointly Administered)**
---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED,**

that Sarah Link Schultz is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: September _____, 2008
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

8066548