Proposed Hearing Date: November 5, 2008 at 10:00 a.m.
Proposed Objection Deadline: October 31, 2008 at 4:00 p.m.

**PROSKAUER ROSE LLP**
Jeffrey W. Levitan (JL 6155)
Michael T. Mervis (MM 0306)
Karen D. Coombs (KC 3538)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036-8299
(212) 969-3000

*Attorneys for Markit Group Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | § § § § | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtors, | § | |
| SECURITIES INVESTOR PROTECTION CORPORATION | § § § | Adversary No. 08-01420 (JMP) |
| Creditor, | § § | |
| v. | § § | |
| LEHMAN BROTHERS, INC. | § § | |
| Defendant, | § § | |

NOTICE OF MOTION OF MARKIT GROUP LIMITED TO(1) CLARIFY SO MUCH OF THE SEPTEMBER 19, 2008 ORDER AUTHORIZING AND APPROVING THE SALE OF ASSETS AS RELATES TO THE ASSUMPTION AND ASSIGNMENT OF THE DATA SERVICES AGREEMENT BETWEEN LEHMAN BROTHERS, INC. AND MARK-IT PARTNERS LIMITED OR, (2) TO THE EXTENT NECESSARY, MODIFY

- 2 -

## SO MUCH OF THAT ORDER AS APPROVED THE ASSIGNMENT OF THAT AGREEMENT TO PURCHASER WITHOUT MARKIT'S CONSENT

**PLEASE TAKE NOTICE**, that on the date hereof, Markit Group Limited (formerly known as Mark-it Partners Limited) ("Markit") filed the annexed motion to (1) clarify so much of the September 19, 2008 Sale Order (as defined in the Motion) authorizing and approving the sale of assets as relates to the assumption and assignment of the data services agreement between Lehman Brothers, Inc. and Markit or, (2) to the extent necessary, modify so much of that Order as approved the assignment of that agreement to purchaser without Markit's consent (the "Motion").

**PLEASE TAKE FURTHER NOTICE,** that a hearing (the "Hearing") will be held in connection with the entry of an order granting the relief requested in the Motion and any further relief, on November 5, 2008, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court (the "Court"), Southern District of New York, Alexander Hamilton House, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE,** that objections to the Motion, if any, shall be made in writing, shall state with particularity the grounds therefor and shall be filed with the Court, with a courtesy copy delivered to the chambers of the Honorable James M. Peck, U.S.B.J., and served on counsel for Markit, Proskauer Rose LLP, 1585 Broadway, New York, NY 10036, Attn: Jeffrey W. Levitan, Esq., Michael T. Mervis, Esq., and Karen D. Coombs, Esq., so as to be received by all such parties no later than 4:00 p.m. (New York City time) on October 31, 2008.  Only those objections which have been timely filed and served may be considered by the Court at the Hearing.

- 3 -

**PLEASE TAKE FURTHER NOTICE**, that if you fail to respond in accordance with this Notice, the Court may grant the relief requested in the Motion without further notice.

| Dated: | September 29, 2008 | |
|---|---|---|
| | New York, New York | /s/Michael T. Mervis |
| | | Jeffrey W. Levitan (JL 6155)<br>Michael T. Mervis (MM 0306)<br>Karen D. Coombs (KC 3538)<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY  10036-8299<br>(212) 969-3000<br><br>*Attorneys for Markit Group Limited* |

6245/49337-001 Current/12150555v1