UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. et al., | § § § | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtors, | § § | |

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION | § § § | Adversary No. 08-01420 (JMP) |
| Creditor, | § § | |
| v. | § § | |
| LEHMAN BROTHERS, INC. | § § | |
| Defendant, | § § | |

## [PROPOSED] ORDER

This matter having been brought before the Court on the September 29, 2008 Motion Of Mark-it Partners Limited to (1) Clarify So Much of the September 19, 2008 Order Authorizing and Approving the Sale of Assets as Relates to the Assumption and Assignment of the Data Services Agreement Between Lehman Brothers, Inc. Debtors and Mark-it Partners Limited Or, (2) To the Extent Necessary, Modify So Much of that Order as Approved the Assignment of That Agreement to Purchaser Without Mark-it's Consent (the "Motion"), and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and the Court having considered the moving papers, any opposition thereto, and after due deliberation and sufficient cause appearing therefor,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is granted.

2. The September 19, 2008 Order Authorizing and Approving the Sale of Assets is modified such that the December 3, 2002 Founding Customer Data Services Agreement between Mark-it Partners Limited and Lehman Brothers, Inc., and the Addenda to that Agreement are excluded from the list of Closing Date Contracts to be assumed by Barclay's Capital, Inc.

Dated: _____ , 2008           _____
       New York, New York             THE HONORABLE JAMES M. PECK
                                      UNITED STATES BANKRUPTCY JUDGE