# EXHIBIT A

EXHIBIT A

### Bridges, L. Shannon

**From:** Rahman, Mizan (NY) [mizan@lehman.com]
**Sent:** Friday, September 12, 2008 8:04 AM
**To:** Roger May
**Cc:** Prime Newport
**Subject:** RE: Transfer to CSFB

Good morning Roger,

Any transfers initiated today will need to be T+2 settlement.

---

Regards
Mizan

---

From: Rahman, Mizan (NY)
Sent: Thursday, September 11, 2008 11:18 AM
To: Roger May
Cc: Prime Newport
Subject: Transfer to CSFB

Hi Roger,

I called but got your voice mail.

I need a Letter of Authorization (LOA), just like the ones you send to move money. You need to tells us the following:

A/C
Security
Price
Quantity
Trade Date
Settlement Date (should be T+2)
Destination PB (CSFB) – Settlement Instruction

I have been advised the transfer has to be versus payment.

---

Mizan Rahman
LEHMAN BROTHERS
Capital Markets Prime Services
745 Seventh Avenue : New York : NY10019
212 528 9004 : mizan@lehman.com

9/26/2008

**RE: Transfer to CSFB**                                                                                              Page 2 of 2

------------------------------------------------

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

---

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (I) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

9/26/2008