# EXHIBIT B

Newport Global Advisors
21 Waterway Avenue
Suite 190
The Woodlands, Texas 77380
713 559 7400 Office
713 559 7499 Fax

**NEWPORT GLOBAL ADVISORS**

| | |
|---|---|
| To: | Mizan Rahman |
| Company: | Lehman Brothers |
| Phone: | 212-528-9004 |
| Fax: | 646-758-5178 |

Date:      09/12/08

RE:        Newport Global Opportunity Fund a/c
           Account Number:

Dear Mizan:

**Please consider this as authorization to move the securities attached in the following spreadsheet as Exhibit 1.**

Any questions please contact Roger May at 713-559-7403. Thank you.

Funds Authorized By:

Newport Global Advisors
21 Waterway Avenue
Suite 150
The Woodlands, Texas 77380
713 559 7400 Office
713 559 7499 Fax

## NEWPORT GLOBAL ADVISORS

To:        Mizan Rahman
Company:   Lehman Brothers
Phone:     212-528-9004
Fax:       646-758-5178

Date:      09/12/08

RE:        Newport Global Credit a/c
           Account Number:

**Dear Mizan:**

**Please consider this as authorization to move the securities attached in the following
spreadsheet as Exhibit 1.**

Any questions please contact Roger May at 713-559-7403.  Thank you.

Funds Authorized By:

# REDACTED

To:         Mizan Rahman
Company:    Lehman Brothers
Phone:      212-528-9004
Fax:        646-758-5178

Date:       09/12/08

RE:         PEP Credit Investor L.P.
            Account Number:

            Providence TMT SPCL Situations
            Account Number:

Dear Mizan:

Please consider this as authorization to move the securities attached in the following
spreadsheet as Exhibit 1.

Any questions please contact Roger May at 713-559-7403.  Thank you.

Funds Authorized By:

PROVIDENCE        NEW YORK        LOS ANGELES        LONDON        HONG KONG        NEW DELHI