# EXHIBIT C

**Bridges, L. Shannon**

From: Rahman, Mizan (NY) [mizan@lehman.com]
Sent: Friday, September 12, 2008 5:26 PM
To: Gonnella, Lynne M.
Cc: Almon, Bridget; Santos, David; Woodworth, John; Roger May; Prime Newport; Roger May
Subject: Transfer to CSFB - 20080912

Everyone

please advised, transfers for accounts PEP Credit Investor LP and Providence TMT SPCL Situations has been booked out for settlement 09/16.

---

Regards
Mizan



Click here to report this email as spam.

------------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official

9/26/2008

confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. ------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

9/26/2008