## EXHIBIT D

**Elliot, Patrick**

From: Curtis, Rob [rcurtis@lehman.com]
Sent: 19 September 2008 17:36
To: Roger May
Cc: Pinnock, Matthew
Subject: RE: Newport Letter to Lehman/PWC Regarding PB accounts

Roger
your letter has been delivered to the Linklaters lawyers in the building
and Matthew and myself have personally explained the grave nature of
your concerns. They have promised to look at this as a priority
Apologies again and thanks for your patience
Rob

Robert Curtis
Hedge Fund Financing
Capital Markets Prime Services
+44 20 7103 3030

>This material is for information only and it should not be regarded as
an offer to sell or a solicitation of an offer to buy. It is based on
current public information that Lehman Brothers considers reliable, but
we accept no responsibility or liability for, the accuracy or
completeness of the information included herein, including any third
party information, and it should not be relied upon as such. Unless
stated otherwise, this material is not research for the purpose of FSA
rules or a research report under U.S. law. This material has been
prepared and issued by Lehman Brothers International (Europe),
authorised and regulated by the Financial Services Authority

-----Original Message-----
From: Roger May [mailto:rmay@ngalp.com]
Sent: Friday, September 19, 2008 4:58 PM
To: Curtis, Rob
Subject: Newport Letter to Lehman/PWC Regarding PB accounts

<<MX-2300N_20080919_111410.pdf>>
Rob,

Attached please find a letter outlining our request and the sense of
urgency surrounding any further delay in the transfer of assets to CS.
Thanks for your help.

Roger
------------------------------------------------

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you
are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or
copying of this message is strictly prohibited. This communication is for information purposes only and should not be
regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any
transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or
error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon
as such. All information is subject to change without notice.

23/09/2008