# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                             :

In re                                                  :       Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        Case No. 08-13555 (JMP)

                         Debtors.      :       (Jointly Administered)

------------------------------------------------------x

**[PROPOSED] ORDER ON MOTION OF NEWPORT GLOBAL OPPORTUNITIES FUND, NEWPORT GLOBAL CREDIT FUND (MASTER) L.P., PEP CREDIT INVESTOR L.P. AND PROVIDENCE TMT SPECIAL SITUATIONS FUND L.P. LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR <u>LEHMAN BROTHERS HOLDINGS INC. AND OTHER ENTITIES</u>**

Upon consideration of the Motion (the "<u>Motion</u>")[1] of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P (collectively, the "<u>Funds</u>") for the entry of an order, pursuant to section 105(a) of title 11 of the United States Code (as amended, the "<u>Bankruptcy Code</u>") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), authorizing and directing discovery in the form of: (i) a deposition of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") regarding the transfer of securities, cash, or other property held by or for Lehman Brothers International (Europe) ("<u>LBIE</u>"); (ii) document production concerning such transfers; and (iii) document and deposition discovery of any third parties that received a transfer from LBIE or the Debtors, or any person or entities on their behalf, of securities, cash, or other property in which either or both of PEP and Newport held an ownership or other interest; and the Court having jurisdiction over these matters in accordance with 28 U.S.C. §§ 157 and 1334; and

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

due and adequate notice of the Motion having been given under the circumstances; and after due deliberation and hearing thereon, and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is hereby allowed; and it is further

ORDERED, that the Debtors shall produce to the Funds the documents requested in Schedule A of the Motion on or before October 31, 2008; and it is further

ORDERED, that the Debtors shall make representative(s) most knowledgeable with regard to the topics listed in Schedule B of the Motion available for a deposition by the Funds on at least ten (10) days prior written notice made to the Debtors' counsel; and it is further

ORDERED, that the Funds are hereby authorized to request such other and additional discovery, including, without limitation, document requests, from the Debtors, SIPA Trustee and any other person or entity to the extent the Funds deem necessary, without further order of this Court, in connection with transfers from LBIE or Debtors, or any person or entities on their behalf, of securities, cash or other property in which either or both PEP and Newport held an ownership or other interest investigation; and it is further

ORDERED, that entry of this order is without prejudice to the Funds' right to request and/or to conduct any other discovery, pursuant to Rule 2004 or other applicable law, from any person or entity, including, without limitation, the Debtors.

Dated:  New York, New York
        October ___ 2008                    _____
                                            The Honorable James M. Peck
                                            United States Bankruptcy Judge

# 1600621 v1 - HARRISRL - 027898/0001