**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
:
In re: :
:
Lehman Brothers Holdings, Inc. : Chapter 11
:
    Debtor. : Case No. 08-13555 (JMP)
:
:
-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                                )    ss.:
County of New York  )

        Laura Guido, being duly sworn, deposes and says:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas,

New York, NY 10104.

        2.    On September 26, 2008, I caused to be served a true and correct copy of the

following document upon the parties listed on Exhibit A attached hereto by pre-paid first class U.S. mail:

- Notice of Appearance and Request for Service of All Pleadings and Documents [filed on behalf of Brookfield Properties One WFC Co. LLC].

                                                           /s/ Laura Guido
                                                           Laura Guido

Sworn to before me on this
<u>30th</u> day of September 2008

/s/ Melissa A. Hager
Notary Public

MELISSA A. HAGER
Notary Public, State of New York
No. 02HA5024023
Qualified in New York County
Commission Expires February 22, 2010

ny-836695

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn:   Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn:   Andrew D. Velez-Rivera, Esq.
        Paul K. Schwartzberg, Esq.
        Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey Miller, Esq.
        Shai Waisman, Esq.
        Jacqueline Marcus, Esq.

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn:   Herb Baer

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:   James B. Kobak, Jr.
        Christopher K. Kiplok
        Jeffrey S. Margolin

ny-836695