MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.

-and-

MORI HAMADA & MATSUMOTO
Marunouchi Kitaguchi Building,
1-6-5 Marunouchi, Chiyoda-ku
Tokyo 100-8222, Japan
Telephone: +81 3 6212 8303
Facsimile: +81 3 6212 8216
Ken Miura, Esq.

Attorneys for Nippon Life Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN  DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                        :
In re:                                                  :
                                                        :
Lehman Brothers Holdings, Inc.            :    Chapter 11
                                                        :
     Debtor.                                          :    Case No. 08-13555  (JMP)
                                                        :
                                                        :
-------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Chapter 11 of Title 11, United

States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), Nippon Life Insurance Company ("Nissay"), a creditor and

party-in-interest, by and through its undersigned counsel, hereby appears in the above-captioned

ny-836666

Chapter 11 cases of Lehman Brothers Holdings, Inc. (the "Debtor"), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, and section 342 of the Bankruptcy Code, that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the following:

| | (Electronic Service Only) |
|---|---|
| **MORRISON & FOERSTER LLP** | **MORRISON & FOERSTER LLP** |
| 1290 Avenue of the Americas | 1290 Avenue of the Americas |
| New York, New York 10104 | New York, New York 10104 |
| Telephone: (212) 468-8000 | Telephone: (212) 468-8000 |
| Facsimile: (212) 468-7900 | Facsimile: (212) 468-7900 |
| Attn: Lorenzo Marinuzzi, Esq. | Attn: Gary Lee, Esq. |
| E-mail: LMarinuzzi@mofo.com | E-mail: GLee@mofo.com |

-and-

| (Electronic Service Only) | (Electronic Service Only) |
|---|---|
| **MORRISON & FOERSTER LLP** | **MORI HAMADA & MATSUMOTO** |
| Shin-Marunouchi Building, 29th Floor | Marunouchi Kitaguchi Building, |
| 5-1, Marunouchi 1 -chome | 1-6-5 Marunouchi,Chiyoda-ku |
| Chiyoda-ku, Tokyo 100-6529, Japan | Tokyo 100-8222, Japan |
| Telephone: +81 3 3214 6522 | Telephone: +81 3 6212 8303 |
| Facsimile: +81 3 3214 6512 | Facsimile: +81 3 6212 8216 |
| Attn: Tsugumichi Watanabe, Esq. | Attn: Ken Miura, Esq. |
| Email: TWatanabe@mofo.com | Email: nissay_10259-0154@mhmjapan.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of Nissay with

respect to the Debtor's estate, or any related entity(ies), or property or proceeds thereof in which the Debtor's estate may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to Nissay's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit Nissay to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the right to make a motion seeking abstention or a motion for withdrawal of the case or a proceeding therein.

Dated: New York, New York
September 30, 2008

/s/ Gary S. Lee
Gary S. Lee, Esq.
Lorenzo Marinuzzi, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Ken Miura, Esq.
MORI HAMADA & MATSUMOTO
Marunouchi Kitaguchi Building,
1-6-5, Marunouchi, Chiyoda-ku
Tokyo 100-8222, Japan
Telephone: +81 3 6212 8303
Facsimile: +81 3 6212 8216

Attorneys for Nippon Life Insurance Company