IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE § | |
| § | CASE NO. 08-13555-JMP |
| LEHMAN BROTHERS HOLDINGS INC. § | |
| § | CHAPTER 11 |
| DEBTOR § | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Marvin E. Sprouse III, a member in good standing of the bar in the State of Texas, and the bar of the U.S. District Courts for the Western, Eastern, Northern and Southern Districts of Texas, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Level 3 Communications, LLC, a creditor and party-in-interest in the above referenced case.

Mailing address:    Jackson Walker L.L.P.
100 Congress Ave., Suite 1100
Austin, TX  78704

E-mail address:  msprouse@jw.com

Telephone number (512) 236-2088.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  September 30, 2008
Austin, Texas

                                                      Respectfully submitted,

                                                     **JACKSON WALKER L.L.P.**
                                                     100 Congress Avenue
                                                     Suite 1100
                                                     Austin, TX  78701
                                                     (512) 236-2000 - Telephone
                                                     (512) 236-2002 - Fax
                                                     Email:  msprouse@jw.com

                                                     By:  */s/Marvin E. Sprouse III*
                                                           Marvin E. Sprouse III
                                                           State Bar No. 24008067

                                                     **ATTORNEYS FOR LEVEL 3**
                                                     **COMMUNICATIONS, LLC**

5306552v.1