TIGHE PATTON ARMSTRONG TEASDALE, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
Telephone: 202.454.2800
Facsimile:  202.454.2805
Thomas Earl Patton, Esq.
Kermit A. Rosenberg, Esq.

Attorneys for Satyam Computer Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                              Chapter 11
**In re:**                                                    :

**LEHMAN BROTHERS HOLDINGS INC.,**    :    Case No. 08-13555 (JMP)

                                        **Debtor.**    :

                                                                :

-------------------------------------------------------------- x

**MOTION FOR ADMISSION TO PRACTICE**
**PRO HAC VICE**

Thomas Earl Patton, Esq. ("Movant"), a member in good standing of the Bar of the State of New York, an attorney duly admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Tighe Patton Armstrong Teasdale, PLLC ("TPAT"), hereby moves this Court to enter an order permitting Kermit A. Rosenberg, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case. In support hereof, Movant respectfully represents as follows:

Mr. Rosenberg is a member of TPAT, a member in good standing of the Bar of the District of Columbia, and is admitted to practice in the United States District Court for the District of Columbia. Mr. Rosenberg's address is: Tighe Patton Armstrong Teasdale, PLLC, 1747 Pennsylvania Avenue, N.W., Suite 300, Washington, D.C. 20006-4604. Mr. Rosenberg's e-mail address is krosenberg@tighepatton.com and his telephone number is 202.454.2800.

WHEEFORE, Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:     Washington, D.C.
           September 26, 2008

                              TIGHE PATTON ARMSTRONG TEASDALE, PLLC

                              /s/ Thomas Earl Patton
                              Thomas Earl Patton
                              Kermit A. Rosenberg
                              1747 Pennsylvania Avenue, N.W., Suite 300
                              Washington, D.C. 20006-4604
                              Telephone: 202.454.2800
                              Facsimile: 203.454.2805

                              Attorneys for Satyam Computer Services, Inc.