**PILLSBURY WINTHROP SHAW PITTMAN LLP**
David A. Crichlow, Esq. (DC 2116)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

Attorneys for Union Bank of California, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
———————————————————x
In re:                                        :
                                              :
**LEHMAN BROTHERS HOLDINGS,**                 :        Chapter 11
**INC., et al.,**                             :
                                              :        Case Nos. 08-13555 (JMP)
        **Debtors.**                          :
                                              :
                                              :
                                              :
———————————————————x

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

David A. Crichlow, (the "Movant"), a member of good standing of the Bar of the State of New York, an attorney duly admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Pillsbury Winthrop Shaw Pittman, LLP ("Pillsbury"), hereby moves this Court for an order allowing William B. Freeman to practice *Pro Hac Vice* before the United States Bankruptcy Court for the Southern District of New York in the instant proceedings. In support thereof, Movant respectfully states as follows:

Mr. Freeman is a partner with Pillsbury, a member in good standing of the Bar of the State of California, and is admitted to practice in the United States District Court for the Central District of California. Mr. Freeman agrees to pay the fee of $25.00 upon entry of an order allowing him to practice *Pro Hac Vice* in these Chapter 11 cases. Mr. Freeman's address is as follows:

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
William B. Freeman, Esq.
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5443
Telephone:  (213) 488-7100
Facsimile:  (213) 629-1033
E-mail:  bill.freeman@pillsburylaw.com


WHEREFORE, the Movant respectfully requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.


Dated: September 30, 2008
       New York, New York          **Pillsbury Winthrop Shaw Pittman LLP**

                                   By:   /s/ David A. Crichlow
                                         David A. Crichlow, Esq. (DC 2116)
                                         1540 Broadway
                                         New York, New York 10036-4039
                                         Phone: (212) 858-1000
                                         Fax: (212) 858-1500
                                         E-Mail:  david.crichlow@pillsburylaw.com

                                         Attorneys for Union Bank of California,
                                         N.A.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────x
In re:                                  :
                                        :
**LEHMAN BROTHERS HOLDINGS,**           :     **Chapter 11**
**INC., et al.,**                       :
                                        :     **Case Nos. 08-13555 (JMP)**
            **Debtors.**                :
                                        :
                                        :
                                        :
─────────────────────────────────x

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of David A. Crichlow, Esq., for admission to practice Pro Hac Vice of William B. Freeman, Esq., of Pillsbury Winthrop Shaw Pittman, LLP; due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is

ORDERED THAT William B. Freeman, Esq. is allowed to practice Pro Hac Vice in connection with the above captioned bankruptcy cases.

Dated: September ____, 2008
       New York, New York

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE

600682803v1