**PILLSBURY WINTHROP SHAW PITTMAN LLP**
David A. Crichlow, Esq. (DC 2116)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
William B. Freeman, Esq. (Cal. # 137276) *(Pro Hac Vice Admission Pending)*
Mark D. Houle, Esq. (Cal. # 194861) *(Pro Hac Vice Admission Pending)*
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5443
Telephone:  (213) 488-7100
Facsimile:  (213) 629-1033

Attorneys for Union Bank of California, N.A.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────x

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **LEHMAN BROTHERS HOLDINGS,** | : | Chapter 11 |
| **INC., et al.,** | : | |
| | : | Case Nos. 08-13555 (JMP) |
| **Debtors.** | : | |
| | : | |
| | : | |
| | : | |

───────────────────────────────x

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICE AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Pillsbury Winthrop Shaw Pittman, LLP, hereby appears as

attorneys for Union Bank of California, N.A., and pursuant to Rules 2002 and 9010 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title

11 of the United States Code (the "Bankruptcy Code"), the undersigned hereby requests that all

600682251v1

notices given or required to be given in these cases, and all documents served or required to be served in these cases, be given to and served upon the following:

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
David A. Crichlow, Esq. (DC 2116)
1540 Broadway
New York, New York 10036-4039
Phone: (212) 858-1000
Fax:  (212) 858-1500
E-mail:  david.crichlow@pillsburylaw.com


-and-


**PILLSBURY WINTHROP SHAW PITTMAN LLP**
William B. Freeman, Esq.
Mark D. Houle, Esq.
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5443
Telephone:  (213) 488-7100
Facsimile:  (213) 629-1033
E-mail:  bill.freeman@pillsburylaw.com
E-mail:  mark.houle@pillsburylaw.com


PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail, or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 30, 2008
New York, New York

Respectfully submitted,

**Pillsbury Winthrop Shaw Pittman LLP**

By:  /s/ David A. Crichlow
David A. Crichlow, Esq. (DC 2116)
1540 Broadway
New York, New York 10036-4039
Phone: (212) 858-1000
Fax: (212) 858-1500
E-Mail:  david.crichlow@pillsburylaw.com

-and-

William B. Freeman, Esq.
Mark D. Houle, Esq.
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5443
Telephone:  (213) 488-7100
Facsimile:  (213) 629-1033
E-mail:  bill.freeman@pillsburylaw.com
E-mail:  mark.houle@pillsburylaw.com

Attorneys for Union Bank of California, N.A.