UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                      Case No. 08-13555 (JMP)

                          Debtor.
-------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF VINCENT A. D'AGOSTINO

UPON the motion of Vincent A. D'Agostino dated September 26, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Vincent A. D'Agostino is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         September 30, 2008

                                           *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE