UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                   Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                           Case No. 08-13555 (JMP)

                          Debtor.

---------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF GEORGE KIELMAN

UPON the motion of George Kielman dated September 26, 2008, for admission *pro hac vice*

in this bankruptcy proceeding; it is hereby

**ORDERED**, that George Kielman is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.


Dated: New York, New York
       September 30, 2008

                                   _s/ James M. Peck_____
                                   UNITED STATES BANKRUPTCY JUDGE