UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,  Case No. 08-13555 (JMP)

                Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MARK C. ELLENBERG

UPON the motion of Howard R. Hawkins, Jr. dated September 26, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Mark C. Ellenberg is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
September 30, 2008

                                            *s/ James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE