**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Standard & Poor's

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------- x
In re                                    : Chapter 11
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.,    : Case No. 08-13555 (JMP)
                                         :
            Debtors.                     : (Jointly Administered)
---------------------------------------- x

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, an appearance is hereby entered, and request is hereby made by counsel for Standard & Poor's ("S&P"), a creditor in the above referenced case, in accordance with 11 U.S.C. § 1109(b) of Title 11, United States Code, 11 U.S.C. §§ 101-1330, and Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure ("Rule"), that all papers, pleadings, motions and applications served or required to be served in these cases, be given to and served upon:

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Attn:  David N. Crapo, Esq.
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
E-mail:  dcrapo@gibbonslaw.com

#1345589 v1
056420-64220

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of S&P with respect to the Debtors or any related entity, or property or proceeds thereof in which the Debtors may claim an interest.

PLEASE TAKE FURTHER NOTICE that, this appearance and request for notice is made without prejudice to S&P's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court or venue in this District and shall not be deemed or construed to submit S&P to the jurisdiction of the Court. All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the cases or a proceeding therein.

Dated: September 30, 2008
      Newark, New Jersey

BY:   /S/ DAVID N. CRAPO
       David N. Crapo