**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Standard & Poor's

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
In re                                        :    Chapter 11
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :    Case No. 08-13555 (JMP)
                                             :
              Debtors.                       :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## VERIFIED STATEMENT OF GIBBONS P.C.
## PURSUANT TO FED. R. BANKR. P. 2019(a)

      Gibbons P.C. ("Counsel") hereby submits this verified statement ("Verified Statement")

pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

      1.      Counsel appears in these cases on behalf of the entities listed on <u>Exhibit A</u> hereto

(the "Entities").

      2.      Each of the Entities may hold claims against and/or interests in the Debtors

arising out of applicable agreements, law or equity pursuant to their relationship with the

Debtors.

      3.      Each of the Entities separately requested that Counsel represent it in connection

with the Debtors' chapter 11 cases.

      4.      As of the date hereof, Counsel does not hold a claim against the Debtors.

5.     The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.  Counsel reserves the right to revise and supplement this statement.

Dated:  Newark, New Jersey
        September 30, 2008

**GIBBONS P.C.**

BY:   /S/ DAVID N. CRAPO
        David N. Crapo, Esq.
        One Gateway Center
        Newark, NJ 07102-5310
        Telephone: (973) 596-4500
        Facsimile: (973) 596-0545

## EXHIBIT A

1.     Standard & Poor's
       55 Water Street
       New York, NY 10041-0003

2.     Hewlitt Packard Financial Services Co.
       20 Mountain Avenue
       Murray Hill, NJ 07974

3.     DG3 Holdings, LLC
       100 Burma Road
       Jersey City, NJ 07035