UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                  Case No. 08-13555 (JMP)

                                  Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF THOMAS H. MONTGOMERY

UPON the motion of Thomas H. Montgomery dated September 26, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Thomas H. Montgomery is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         September 30, 2008

                                           *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE