UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                                   Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                       Case No. 08-13555 (JMP)

                       Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MARVIN E. SPROUSE, III

      UPON the motion of Marvin E. Sprouse, III dated September 30, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that Marvin E. Sprouse, III is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
           September 30, 2008

                                               *s/ James M. Peck*
                                             UNITED STATES BANKRUPTCY JUDGE