Susheel Kirpalani, Esq. (SK8926)
James C. Tecce, Esq. (JT5910)
Scott C. Shelley, Esq. (SS1013)
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100

*Proposed Special Counsel To The*
*Official Committee To The Unsecured Creditors Of*
*Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re:** :
: **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC.,** :
**ET AL.,** : **Case No. 08-13555 (JMP)**
:
: **(Jointly Administered)**
**Debtors.** :
:
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, AS PROPOSED SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.**

**PLEASE TAKE NOTICE** that undersigned hereby appears in the above-captioned cases as proposed Special Counsel to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017(a), 9007 and 9010, requests that copies of all notices and pleadings in these cases be given to and served upon the following:

       Susheel Kirpalani, Esq.
       James C. Tecce, Esq.

Scott C. Shelley, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
email: susheelkirpalani@quinnemanuel.com
email: jamestecce@quinnemanuel.com
email: scottshelley@quinnemanuel.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the provisions specified above, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any prior or later appearance, pleading, claim, or suit shall waive any right of the parties in interest (1) to have final orders in non-core matters entered only after de novo review by a United States District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or to any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
September 30, 2008

        QUINN EMANUEL URQUHART
        OLIVER AND HEDGES, LLP

        By: /s/ James C. Tecce
        Susheel Kirpalani, Esq. (SK8926)
        James C. Tecce, Esq. (JT5910)
        Scott C. Shelley, Esq. (SS1013)

        51 Madison Ave., 22nd Floor
        New York, N.Y. 10010
        Telephone: (212) 849-7000
        Telecopier: (212) 849-7100

        *Proposed Special Counsel to the Official*
        *Committee of Unsecured Creditors*