Hearing Date and Time: November 5, 2008 at 10:00 a.m.
Objection Deadline:  October 31, 2008 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
|   |   |
|---|---|
| In re | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

----------------------------------------------------------------x

### ORDER PURSUANT TO 11 U.S.C. § 362(d) AND
### FED. R. BANKR. P. 4001 GRANTING DNB NOR ASA RELIEF
### FROM THE AUTOMATIC STAY TO EFFECT SETOFF

Upon the motion, dated September 30, 2008, of DnB Nor Bank ASA ("DnB")[1] for entry of (I) an order pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 granting relief from the automatic stay to effect setoff or, in the alternative, (II) an order pursuant to 11 U.S.C. §§ 361 and 506(a) requiring the Debtors to provide adequate protection (the "Motion"), all as more fully set out in the Motion; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that a hearing with respect to the Motion was held before the Court on November 5, 2008 at which time the Court considered the Motion, the exhibits thereto, the papers filed in the above-captioned chapter 11 cases, the evidence adduced at such hearing, and the arguments advanced by counsel at the hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

    1.    The Motion is granted.

---

[1] All defined terms herein, unless otherwise defined, shall have the defined terms ascribed to them in the Motion.

2. The funds contained in the Account constitute cash collateral securing DnB's Secured Claim, and DnB has a validly perfected, first priority security interest in the Cash Collateral.

3. DnB has not received adequate protection of its security interest in the Cash Collateral.

4. LBHI does not have equity in the Cash Collateral.

5. The Cash Collateral is not necessary to an effective reorganization.

6. DnB is entitled to relief from the automatic stay in order to exercise its right to offset its claims against the funds contained in the Account.

Dated:  New York, New York
        November __, 2008

------------------------------------
UNITED STATES BANKRUPTCY JUDGE