Hearing Date and Time: November 5, 2008 at 10:00 a.m.
Objection Deadline: October 31, 2008 at 4:00 p.m.

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU 2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Thomas E Lauria (Admission *Pro Hac Vice* Pending)

ATTORNEYS FOR
DNB NOR BANK ASA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                            :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :    **08-13555 (JMP)**
                                                                 :
Debtors.                                                         :    **Jointly Administered**
                                                                 :
----------------------------------------------------------------x

### NOTICE OF HEARING

PLEASE TAKE NOTICE that DnB Nor Bank ASA, by its counsel White & Case LLP, has filed a *Motion Of DnB Nor Bank ASA For Entry of (I) An Order Pursuant to 11 U.S.C. § 362(d) and Fed. R. Bankr. P. 4001 Granting Relief From the Automatic Stay to Effect Setoff or, in the Alternative, (II) An Order Pursuant 11 U.S.C. §§ 361 and 506(a) Requiring the Debtors to Provide Adequate Protection* (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief requested in the Motion will be held on **November 5, 2008, at 10:00 a.m. (Eastern Time)**, or as

soon thereafter as counsel can be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, in Room 601 of the United States Bankruptcy Court for the Southern District of New York (the "Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Southern District of New York and the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, entered September 22, 2008 [docket no. 285]; (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) by all other parties in interest; (d) be submitted in hard copy form to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and (e) be served upon the following parties: (i) counsel for DnB Nor Bank ASA, White & Case LLP,  1155 Avenue of the Americas, New York, NY 11036-2787, Attention: Gerard Uzzi, Esq., and 200 South Biscayne Blvd., Suite 4900, Miami, Florida 33131, Attention: Thomas E. Lauria, Esq., (ii) counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq., (iii) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Dennis F. Dunne, Esq.,

Dennis O'Donnell, Esq. and Evan Fleck, Esq., (iv) counsel for Debtors' Postpetition Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq., and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attention: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq., and (v) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope Davis, in each case so as to be **received no later than 4:00 p.m. (Eastern Time) on October 31, 2008** (the "Objection Deadline).

PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice. Please be advised that this Notice may be supplemented or amended by additional Notices, which will be filed electronically on the Court's Electronic Case Filing System.

Dated: New York, New York
September 30, 2008

        WHITE & CASE LLP
        1155 Avenue of the Americas
        New York, NY 11036-2787
        (212) 819-8200

        By:  /s/ Gerard Uzzi

        Gerard Uzzi (GU 2297)

        Wachovia Financial Center
        200 South Biscayne Blvd., Suite 4900
        Miami, Florida 33131
        (305) 371-2700
        Thomas E Lauria (Admission *Pro Hac Vice* Pending)

        ATTORNEYS FOR
        DNB NOR BANK ASA