UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC.,                      :    Case No. 08-13555 (JMP)
                                                    :
        Debtor.                                     :
                                                    :
---------------------------------------------------------------x

## ENTRY OF APPEARANCE, REQUEST FOR NOTICES
## AND RESERVATION OF RIGHTS

      PURSUANT TO Fed. R. Bankr. P. 9010, PayReel, Inc. ("Creditor"), by their undersigned counsel, Bieging Shapiro & Burrus LLP hereby enters its appearance in this case and hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

      Duncan E. Barber
      Steven T. Mulligan
      Bieging Shapiro & Burrus LLP
      4582 South Ulster Street Parkway, Suite 1650
      Denver, Colorado  80237
      Telephone:  720/488-2002
      Fax:  720/488-7711
      E-mail dbarber@bsblawyers.com

      PLEASE TAKE FURTHER NOTICE that, pursuant to the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, motions, objections, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect, in any way, any rights or interest of Creditors.

      Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) Credior's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Creditor's rights to trial by a jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) Creditor's right to have a reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments these parties expressly reserve.

00082573

DATED this 30th day off September, 2008.

                              BIEGING SHAPIRO & BURRUS LLP

                              By:   /s/ Steven T. Mulligan
                                  Duncan E. Barber, #16768
                                  Steven T. Mulligan, #199101
                                  4582 South Ulster St. Parkway, Suite 1650
                                  Denver, CO  80237
                                  Telephone:  (720) 488-0220
                                  Fax:  (720) 488-7711
                                  E-mail dbarber@bsblawyers.com

00082573

# CERTIFICATE OF MAILING

  The undersigned hereby certifies that on September 30, 2008, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS** was placed in the United States mail, first-class, postage prepaid and addressed to the following:

Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y Waisman, Esq.
Weil Gotshal & Manages LLP
767 Fifth Avenue
New York, NY 10153

Lindsee P. Grandfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

                /s/ Mary Anne Lenzi

00082573