HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler Architecture, Design & Planning, P.C., and*
*Gensler and Associates/Architects, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. |  |

**NOTICE PURSUANT TO 11 U.S.C § 546(b)**
**OF INTENT TO ENFORCE MECHANIC'S LIENS**

Pursuant to 11 U.S.C. § 546(b), M. Arthur Gensler Jr. & Associates, Inc. ("Gensler"), Gensler Architecture, Design & Planning, P.C. ("GAD&P"), and Gensler and Associates/Architects, Inc. ("GAA") hereby give notice to the Debtors, the United States Trustee, and all other parties in interest, of their intent to enforce mechanic's liens for labor and materials performed and furnished and used in the improvement of the following properties, together with all applicable interest and attorneys' fees as may be permitted by contract, statue or other applicable law:

| Exhibit | Gensler Entity/ State of Mechanic's Lien Claim | ADDRESS AND/OR LEGAL DESCRIPTION | PROPERTY OWNER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| A | **GAD&P** **New York** | **399 Park Avenue, NY, NY** Block 1308, Lot 1101, County of New York, State of New York | BP 399 Park Avenue LLC and Boston Properties Limited Partners | Architectural Services and Reimbursable Expenses provided to Lehman Brothers, Inc. | $30,024.10 as of 9/22/08 |

#1362245 v1 den

| B | **GAD&P** **New York** | **745 Seventh Avenue, NY, NY** Block 1002, Lot 1, County of New York, State of New York. | LB 745 LLC and Rock-Forty-Ninth LLC | Architectural Services and Reimbursable Expenses provided to Lehman Brothers, Inc. | $31,881.22 as of 9/22/08 |
|---|---|---|---|---|---|
| C | **GAA** **New Jersey** | **40 Corporate Place South, Piscataway, NJ 08854** Block 497.1, Lot 9.04 and 10.01, Plate 43A, Township of Piscataway, County of Middlesex, State of NJ. | Corporate Park Associates (Owner) and Lehman Brothers Holdings, Inc. (Lessee) | Architectural Services and Reimbursable Expenses provided to Lehman Brothers-Americas. | $42,722.15 as of 9/22/08 |
| D | **Gensler** **California** | 10250 Constellation Boulevard, 24th Floor, Los Angeles, CA 90067 | JMB Realty Corporation Constellation Place, LLC | Architectural Services and Reimbursable Expenses provided to Lehman Brothers Holdings, Inc. | $122.413.71 as of 9/22/08 |
| E | **GAD&P** **Texas** | J.P. Morgan Chase Building 600 Travis St., Level 67 Houston, Texas 77002 Legal Description provided on **Exhibit E** | Texas Tower Limited | Architectural Services and Reimbursable Expenses provided to Lehman Brothers Holdings, Inc. and affiliates | $30,234.85 as of 9/22/08 |

      Pursuant to 11 U.S.C. § 546(b), to the extent not already perfected, Gensler, GAD&P, and GAA hereby give notice to perfect their interests in the properties described in Exhibits A, B, C, D, and E hereto, and all income, issues and profits of every nature derived therefrom, and further demand segregation and accounting or payment of the funds received from the property to the extent the Debtors are not already performing this function.

      Gensler, GAD&P, and GAA reserve their rights under the Bankruptcy Code and applicable state laws to amend the amount of their claims.

      Dated this 30th day of September, 2008.

                          By: /s/ Bradford E. Dempsey_____
                                  Bradford E. Dempsey (#30160)
                          HOLME ROBERTS & OWEN LLP
                          1700 Lincoln, Suite 4100
                          Denver, Colorado 80203
                          (303) 861-7000
                          Fax: (303) 866-0200
                          E-Mail: brad.dempsey@hro.com

                          *Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
                          *Gensler Architecture, Design & Planning, P.C., and*
                          *Gensler and Associates/Architects, Inc.*

#1362245 v1 den

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*pro hac vice* admission pending)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler Architecture, Design & Planning, P.C., and*
*Gensler and Associates/Architects, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2008, a true and correct copy of the foregoing **NOTICE PURSUANT TO 11 U.S.C § 546(b) OF INTENT TO ENFORCE MECHANIC'S LIENS** was served to all parties receiving notice through CM/ECF, and that copies were placed in the United States Mail, postage pre-paid, addressed to the following:

Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Shai Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

#1362245 v1 den

James W. Giddens, Trustee for the
SIPA Liquidation of Lehman Brothers
c/o Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Paul Aronzon
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017

BP 399 Park Avenue, LLC
Boston Properties, Inc.
599 Lexington Avenue
New York, New York 10022

Rock-Forty-Ninth, LLC
c/o The Rockefeller Group
1221 Avenue of the Americas
New York, New York 10020

Corporate Park Associates
10 Corporate Place South
Piscataway, NJ 08854

JMB Realty Corporation
900 North Michigan Avenue, Suite 1400
Chicago, IL 60611

Constellation Place, LLC
900 North Michigan Avenue, Suite 1400
Chicago, IL 60611

        By:  /s/Bradford E. Dempsey
        Bradford E. Dempsey (CO #30160)
        (admitted *pro hac vice*)
        HOLME ROBERTS & OWEN LLP
        1700 Lincoln, Suite 4100
        Denver, Colorado 80203
        (303) 861-7000
        Fax: (303) 866-0200
        E-Mail: brad.dempsey@hro.com