IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE :

Lehman Brothers Holdings, Inc.

| | | |
|---|---|---|
| | § | CASE NO. 08-13555-JMP |
| | § | (Chapter 11) |
| Debtor(s) | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, and Rules 2002 and 9010(b) of the Bankruptcy Rules, the undersigned counsel requests that all notices given or required to be given in this case and all other pleadings and notices of all matters of which notice is required or permitted to be given under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules with respect to the administration of this case be given to and served upon the following:

**City of Farmers Branch, Johnson County**
**Arlington ISD, Mansfield ISD, Burleson ISD**
**City of Burleson**
c/o Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX
email: arlbank@pbfcm.com

Please take further notice that pursuant to § 1109(b) of the United States Bankruptcy Code, if applicable, the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions,

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 1

applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P.**
Attorneys for Claimant(s)

By: /s/ Elizabeth Banda
ELIZABETH BANDA
State Bar No. 24012238
R. BRUCE MEDLEY
State Bar No. 13895835
P.O. Box 13430
Arlington, Texas 76094-0430
(817) 461-3344
(817) 860-6509 FAX

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, has been served upon the parties listed below, via U.S. first class mail, on this date: October 1, 2008.

/s/ Elizabeth Banda
ELIZABETH BANDA
R. BRUCE MEDLEY

| | |
|---|---|
| Harvey R. Miller, Esq. | United States Trustee |
| 767 Fifth Avenue | 33 Whitehall Street, 21st Floor |
| New York, New York  10153 | New York, New York  10004 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS -** 2