HEADSTRONG CONTRACTS CURE AMOUNTS

EXHIBIT 1

PART 1: Invoices due as of or prior to the Closing Date

| Contract Number | Project Name | Start Date | End Date | Amount | Invoice # | Invoice Date | 0-30 | 1-30 | 31-60 | 61-90 |
|---|---|---|---|---|---|---|---|---|---|---|
| PSTS 22-CON000000029869 | LB - EIS DQ Dashboard Jul08 | 1-Jul-08 | 31-Jul-08 | $35,500 | 200813050 | 31-Jul-08 | | | $35,500 | |
| PSTS 20-CON000000029814 | EIS Prod Services | 1-Jul-08 | 31-Jul-08 | $56,000 | 200813049 | 31-Jul-08 | | | $56,000 | |
| PSTS 13 - CON 000000028264 | Swaps Datamart | 14-Apr-08 | 10-Oct-08 | $100,000 | 200812467 | 27-Jun-08 | | | | $100,000 |
| 23-CON000000030238 | EIS Compl July | 1-Jul-08 | 31-Jul-08 | $22,950 | 200813281 | 12-Aug-08 | | $22,950 | | |
| PSTS-14-CON000000028297 | Forecast II | 21-May-08 | 30-Nov-08 | $56,000 | 200813282 | 12-Aug-08 | | $56,000 | | |
| PSTS 13 - CON 000000028264 | Swaps Datamart | 14-Apr-08 | 10-Oct-08 | $100,000 | 200813547 | 28-Aug-08 | | $100,000 | | |
| 27-CON000000030516 | EIS Compliance Aug | 1-Aug-08 | 31-Aug-08 | $22,950 | 200813542 | 28-Aug-08 | | $22,950 | | |
| 26 - CON000000030409 | EIS Dev Aug 2008 | 1-Aug-08 | 31-Aug-08 | $35,000 | 200813543 | 28-Aug-08 | | $35,000 | | |
| PSTS-14-CON000000030835 | EIS DQ Dashboard Aug 2008 | 1-Aug-08 | 31-Aug-08 | $35,500 | 200813544 | 28-Aug-08 | | $35,500 | | |
| PSTS-14-CON000000028297 | Forecast II | 21-May-08 | 30-Nov-08 | $56,000 | 200813546 | 28-Aug-08 | | $56,000 | | |
| 25-CON000000030407 | EIS Prod Svc's Aug08 | 1-Aug-08 | 31-Aug-08 | $56,000 | 200813545 | 29-Aug-08 | | $56,000 | | |
| 15 - CON000000028545 | EIS Compliance II | 24-Mar-08 | 30-May-08 | $70,000 | 200813844 | 15-Sep-08 | $70,000 | | | |
| TOTAL | | | | $645,900 | | | $70,000 | $384,400 | $91,500 | $100,000 |

PART 2: Invoices due after the Closing Date for work in process as of the Closing Date

| Contract Number | Project Name | Start Date | End Date | Signed SOW | Amount | Due date as per PEF |
|---|---|---|---|---|---|---|
| PSTS-14-CON000000028297 | Forecast II | 21-May-08 | 30-Nov-08 | Yes | $ 56,000 | 30-Sep-08 |
| PSTS 29-CON000000030833 | EIS Dev Sep 2008 | 1-Sep-08 | 30-Sep-08 | Yes | $ 17,500 | 30-Sep-08 |
| PSTS 32-CON000000030386 | EIS BA Sep 2008 | 1-Sep-08 | 30-Sep-08 | Yes | $ 17,500 | 30-Sep-08 |
| PSTS 31-CON000000030835 | EIS DQ Dashboard Sep 2008 | 1-Sep-08 | 30-Sep-08 | Yes | $ 35,500 | 30-Sep-08 |
| PSTS 30-CON000000030384 | EIS Prod Svc's Sep 2008 | 1-Sep-08 | 30-Sep-08 | Yes | $ 56,000 | 30-Sep-08 |
| PSTS 13 - CON 000000028264 | Swaps Datamart | 14-Apr-08 | 10-Oct-08 | Yes | $ 100,000 | 31-Oct-08 |
| PSTS 28-CON000000030832 | EIS Compliance Sep-Nov 2008 | 1-Sep-08 | 30-Nov-08 | Yes | $ 25,000 | 31-Oct-08 |
| PSTS 28-CON000000030832 | EIS Compliance Sep-Nov 2008 | 1-Sep-08 | 30-Nov-08 | Yes | $ 25,000 | 28-Nov-08 |
| PSTS-14-CON000000028297 | Forecast II | 21-May-08 | 30-Nov-08 | Yes | $ 56,000 | 30-Nov-08 |
| TOTAL | | | | | $ 388,500 | |