**Invoice**

**headstrong**
A GLOBAL CONSULTANCY

Invoice Number: 200813050                Invoice Date: Jul-31-2008

| Bill To: | Remit To: |
|---|---|
| Lehman Brothers<br><br>Attn: Albano, Kathleen<br>70 Hudson St<br><br>JERSEY CITY, NJ 07302 United States<br><br>Lock Box Details<br>Dept Ch 17475<br>Palatine, IL 60055-7475 | Headstrong Services LLC<br>FAIRFAX OFFICE<br>4035, Ridge Top Road, Suite 300, Fairfax, VA, 22030<br>United States<br><br>Wire Details:<br>Bank Name     : Silicon Valley Bank<br>ABA #         : 121140399 (ABA Code)<br>Account Name  : Headstrong Services LLC<br>Account No    : 3300472995<br>Branch Name   :<br>Bank Address  : |

Project Number: 1003882
Project Name   : LB - EIS DQ Dashboard Jul08
Terms          : 30 NET
Due date       : Aug-30-2008
Order Number   : 1003882

| Description | Amount (USD) |
|---|---:|
| At completion of the project | 35,500.00 |
| Invoice Total: | 35,500.00 |

Headstrong Services LLC

**Invoice**

# headstrong
A GLOBAL CONSULTANCY

Invoice Number:  200813049                                     Invoice Date:  Jul-31-2008

**Bill To:**

| |
|---|
| Lehman Brothers |
| Attn: Albano, Kathleen |
| 70 Hudson St |
| JERSEY CITY, NJ 07302 United States |

| |
|---|
| Lock Box Details |
| Dept Ch 17475 |
| Palatine, IL 60055-7475 |

**Remit To:**

| |
|---|
| Headstrong Services LLC |
| FAIRFAX OFFICE |
| 4035,Ridge Top Road, Suite 300, Fairfax,VA,22030 |
| United States |

| |
|---|
| Wire Details: |
| Bank Name       : Silicon Valley Bank |
| ABA #           : 121140399(ABA Code) |
| Account Name  : Headstrong Services LLC |
| Account No    : 3300472995 |
| Branch Name   : |
| Bank Address  : |

Project Number: 1003874
Project Name   : Lehman Brothe- EIS Prod Srvcs.
Terms          : 30 NET
Due date       : Aug-30-2008
Order Number   : 1003874

| Description | Amount (USD) |
|---|---:|
| At completion of the project | 56,000.00 |
| Invoice Total: | 56,000.00 |

Headstrong Services LLC

# Invoice

# headstrong
A GLOBAL CONSULTANCY

Invoice Number:  200812467                                   Invoice Date:  Jun-27-2008

**Bill To:**

| | |
|---|---|
| Lehman Brothers<br><br>Attn:  Calvin Chi,<br>101 Hudson<br><br>Jersey City, NJ 7302 United States | |
| **Lock Box Details**<br>Dept Ch 17475<br>Palatine, IL 60055-7475 | |

**Remit To:**

| |
|---|
| Headstrong Services LLC<br>FAIRFAX OFFICE<br>4035,Ridge Top Road, Suite 300, Fairfax,VA,22030<br>United States |
| Wire Details:<br>Bank Name    : Silicon Valley Bank<br>ABA #        : 121140399(ABA Code)<br>Account Name : Headstrong Services LLC<br>Account No   : 3300472995<br>Branch Name  :<br>Bank Address : |

Project Number:  1003337
Project Name   :  Lehman Brothers Swaps Datamart
Terms          :  30 NET
Due date       :  Jul-27-2008
Order Number   :  1003337

| Description | Amount (USD) |
|---|---:|
| Phase 1 Consultancy Charges | 100,000.00 |
| Invoice Total: | 100,000.00 |

Headstrong Services LLC

**Invoice**

**headstrong**
A GLOBAL CONSULTANCY

Invoice Number:  200813281                                  Invoice Date: Aug-12-2008

**Bill To:**

| |
|---|
| Lehman Brothers |
| Attn: Albano, Kathleen |
| 70 Hudson St |
| JERSEY CITY, NJ 07302 United States |
| Lock Box Details |
| Dept Ch 17475 |
| Palatine, IL 60055-7475 |

**Remit To:**

| |
|---|
| Headstrong Services LLC |
| FAIRFAX OFFICE |
| 4035, Ridge Top Road, Suite 300, Fairfax, VA, 22030 |
| United States |
| Wire Details: |
| Bank Name    : Silicon Valley Bank |
| ABA #        : 121140399 (ABA Code) |
| Account Name : Headstrong Services LLC |
| Account No   : 3300472995 |
| Branch Name  : |
| Bank Address : |

Project Number: 1003885
Project Name   : Lehman Brothe -EIS Compl July
Terms          : 30 NET
Due date       : Sep-11-2008
Order Number   : 1003885

| Description | Amount (USD) |
|---|---:|
| At completion of the project | 22,950.00 |
| Invoice Total: | 22,950.00 |

Headstrong Services LLC

**Invoice**

**headstrong**
A GLOBAL CONSULTANCY

Invoice Number:  200813282                                    Invoice Date:  Aug-12-2008

**Bill To:**

| |
|---|
| Lehman Brothers |
| Attn: Mond, Amar |
| 70 Hudson St |
| JERSEY CITY, NJ 07302 United States |

| |
|---|
| Lock Box Details |
| Dept Ch 17475 |
| Palatine, IL 60055-7475 |

**Remit To:**

| |
|---|
| Headstrong Services LLC |
| FAIRFAX OFFICE |
| 4035,Ridge Top Road, Suite 300, Fairfax,VA,22030 |
| United States |

| |
|---|
| Wire Details: |
| Bank Name    : Silicon Valley Bank |
| ABA #        : 121140399(ABA Code) |
| Account Name : Headstrong Services LLC |
| Account No   : 3300472995 |
| Branch Name  : |
| Bank Address : |

Project Number: 1003934
Project Name  : Lehman Brothers - Forecast II
Terms         : 30 NET
Due date      : Sep-11-2008
Order Number  : 1003934

| Description | Amount (USD) |
|---|---|
| BRD Draft | 56,000.00 |
| Invoice Total: | 56,000.00 |

Headstrong Services LLC

# Invoice

**headstrong**
A GLOBAL CONSULTANCY

Invoice Number:  200813547                              Invoice Date:  Aug-28-2008

**Bill To:**                                            **Remit To:**

| Lehman Brothers<br><br>Attn: Calvin Chi,<br>101 Hudson<br><br>Jersey City, NJ 7302 United States | Headstrong Services LLC<br>FAIRFAX OFFICE<br>4035,Ridge Top Road, Suite 300, Fairfax,VA,22030<br>United States |
|---|---|
| **Lock Box Details**<br>Dept Ch 17475<br>Palatine, IL 60055-7475 | Wire Details:<br>Bank Name    : Silicon Valley Bank<br>ABA #        : 121140399(ABA Code)<br>Account Name : Headstrong Services LLC<br>Account No   : 3300472995<br>Branch Name  :<br>Bank Address : |

Project Number: 1003337
Project Name   : Lehman Brothers Swaps Datamart
Terms          : 30 NET
Due date       : Sep-27-2008
Order Number   : 1003337

| Description | Amount (USD) |
|---|---:|
| Billing for Analysis Complete | 100,000.00 |
| Invoice Total: | 100,000.00 |

Headstrong Services LLC

# Invoice

**headstrong**
A GLOBAL CONSULTANCY

Invoice Number:  200813542               Invoice Date:  Aug-28-2008

**Bill To:**

Lehman Brothers

Attn: Albano, Kathleen

70 Hudson St

JERSEY CITY, NJ 07302 United States

Lock Box Details
Dept Ch 17475
Palatine, IL 60055-7475

**Remit To:**

Headstrong Services LLC
FAIRFAX OFFICE
4035, Ridge Top Road, Suite 300, Fairfax, VA, 22030
United States

Wire Details:
Bank Name    : Silicon Valley Bank
ABA #        : 121140399 (ABA Code)
Account Name : Headstrong Services LLC
Account No   : 3300472995
Branch Name  :
Bank Address :

Project Number: 1003928
Project Name  : Lehman - EIS Compl Aug 2008
Terms         : 30 NET
Due date      : Sep-27-2008
Order Number  : 1003928

| Description | Amount (USD) |
|---|---|
| At completion of the project | 22,950.00 |
| Invoice Total: | 22,950.00 |

Headstrong Services LLC

# Invoice

**headstrong**
A GLOBAL CONSULTANCY

Invoice Number:  200813543                          Invoice Date:  Aug-28-2008

**Bill To:**

Lehman Brothers

Attn: Albano, Kathleen
70 Hudson St

JERSEY CITY, NJ 07302 United States

Lock Box Details
Dept Ch 17475
Palatine, IL 60055-7475

**Remit To:**

Headstrong Services LLC
FAIRFAX OFFICE
4035,Ridge Top Road, Suite 300, Fairfax,VA,22030
United States

Wire Details:
Bank Name     : Silicon Valley Bank
ABA #         : 121140399(ABA Code)
Account Name  : Headstrong Services LLC
Account No    : 3300472995
Branch Name   :
Bank Address  :

Project Number: 1003929
Project Name  : Lehman  - EIS  Dev  Aug 2008
Terms         : 30 NET
Due date      : Sep-27-2008
Order Number  : 1003929

| Description | Amount (USD) |
|---|---|
| At completion of the project | 35,000.00 |
| Invoice Total: | 35,000.00 |

Headstrong Services LLC

# Invoice

# headstrong
A GLOBAL CONSULTANCY

Invoice Number:  200813544              Invoice Date:  Aug-28-2008

**Bill To:**

Lehman Brothers

Attn: Albano, Kathleen

70 Hudson St

JERSEY CITY, NJ 07302 United States

Lock Box Details
Dept Ch 17475
Palatine, IL 60055-7475

**Remit To:**

Headstrong Services LLC
FAIRFAX OFFICE
4035, Ridge Top Road, Suite 300, Fairfax, VA, 22030
United States

Wire Details:
Bank Name     : Silicon Valley Bank
ABA #         : 121140399 (ABA Code)
Account Name  : Headstrong Services LLC
Account No    : 3300472995
Branch Name   :
Bank Address  :

Project Number: 1003930
Project Name  : LB- EIS DQ Dashboard Aug 2008
Terms         : 30 NET
Due date      : Sep-27-2008
Order Number  : 1003930

| Description | Amount (USD) |
|---|---|
| Billing at the completion of the project | 35,500.00 |
| Invoice Total: | 35,500.00 |

Headstrong Services LLC

# Invoice

**headstrong**
A GLOBAL CONSULTANCY

Invoice Number : 200813546                                   Invoice Date :  **Aug-28-2008**

| Bill To : | Remit To : |
|---|---|
| **Lehman Brothers** | **Headstrong Services LLC** |
| Attn : Amar Mond | FAIRFAX OFFICE |
| Financial Dept, | 4035,Ridge Top Road, Suite 300, Fairfax,VA,22030 |
| 1301 6Th Avenue, 3Rd Floor | United States |
| New York, NY 10019 United States | |

| | Wire Details : | | |
|---|---|---|---|
| Lockbox Details | Bank Name | : | Silicon Valley Bank |
| | ABA # | : | 121140399 (ABA Code) |
| Dept Ch 17475 | Account Name | : | Headstrong Services LLC |
| Palatine, IL 60055-7475 | Account No | : | 3300472995 |

Project Number : 1003934
Project Name : Lehman Brothers - Forecast II
Terms : NET 30
Due Date : Oct-12-2008
Order Number  : 1003934

**Consultancy Charges**

                                                                                       **Amount (USD)**

Billing for BRD Baseline & SRS                                                          56,000.00

                                              **Invoice Total**          :            **56,000.00**

Headstrong Services LLC

# Invoice

# headstrong
A GLOBAL CONSULTANCY

Invoice Number:  200813545

Invoice Date:  Aug-28-2008

**Bill To:**

Lehman Brothers

Attn: Albano, Kathleen
70 Hudson St

JERSEY CITY, NJ 07302 United States

Lock Box Details
Dept Ch 17475
Palatine, IL 60055-7475

**Remit To:**

Headstrong Services LLC
FAIRFAX OFFICE
4035, Ridge Top Road, Suite 300, Fairfax, VA, 22030
United States

Wire Details:
Bank Name     : Silicon Valley Bank
ABA #         : 121140399 (ABA Code)
Account Name  : Headstrong Services LLC
Account No    : 3300472995
Branch Name   :
Bank Address  :

Project Number: 1003960
Project Name   : LB -  EIS Product Servcs Aug08
Terms          : 30 NET
Due date       : Sep-27-2008
Order Number   : 1003960

| Description | Amount (USD) |
|---|---|
| Billing for the completion of the project | 56,000.00 |
| Invoice Total: | 56,000.00 |

Headstrong Services LLC

# Invoice

**headstrong**
A GLOBAL CONSULTANCY

Invoice Number:  200813844                    Invoice Date:  Sep-15-2008

**Bill To:**

| **Remit To:** |
|---|

| Lehman Brothers<br><br>Attn: Azim, Nadir<br>70 Hudson St<br><br>JERSEY CITY, NJ 07302 United States | Headstrong Services LLC<br>FAIRFAX OFFICE<br>4035,Ridge Top Road, Suite 300, Fairfax,VA,22030<br>United States |
|---|---|
| **Lock Box Details**<br>Dept Ch 17475<br>Palatine, IL 60055-7475 | Wire Details:<br>Bank Name     : Silicon Valley Bank<br>ABA #         : 121140399(ABA Code)<br>Account Name  : Headstrong Services LLC<br>Account No    : 3300472995<br>Branch Name   :<br>Bank Address  : |

Project Number: 1003333
Project Name   : Lehman BrothersEISComplianceII
Terms          : 30 NET
Due date       : Oct-15-2008
Order Number   : 1003333

| Description | Amount (USD) |
|---|---:|
| Project Complete | 70,000.00 |
| Invoice Total: | 70,000.00 |

Headstrong Services LLC