STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816
Telephone: (202) 785-9100
Facsimile: (202) 785-9163
Darrell W. Clark (DC 3549)
*Pro Hac Vice*

Counsel to Exegy Incorporated

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                                                      :
In re:                                                                :    Chapter 11
                                                                      :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*,                             :    Case No. 08-13555 (JMP)
                                                                      :
    Debtors.                                         :    (Jointly Administered)
                                                                      :
----------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Darrell W. Clark, a member in good standing of the bar in the District of Columbia and the bar of the U.S. District Court for the District of Columbia, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Exegy Incorporated, a creditor in the above referenced case.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

| | |
|---|---|
| Mailing address: | Darrell W. Clark<br>Stinson Morrison Hecker LLP<br>1150 18th Street, N.W., Suite 800<br>Washington, D.C. 20036-3816 |
| Telephone: | 202-785-9100 |
| E-Mail address: | dclark@stinson.com |

Dated: October 1, 2008 /s/ Darrell W. Clark
Darrell W. Clark, (DC-3549) *Pro Hac Vice*
Stinson Morrison Hecker LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816
Tel: 202-785-9100
Fax: 202-785-9163
E-mail: dclark@stinson.com

**ORDER**

**ORDERED**,
that Darrell W. Clark, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York      /s/ _____
                          JAMES M. PECK
                          UNITED STATES BANKRUPTCY JUDGE