**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
: 
In re:                                                          :
:
Lehman Brothers Holdings, Inc.         :        Chapter 11
:
    Debtor.                                 :        Case No. 08-13555  (JMP)
:
:
-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                             )    ss.:
County of New York  )

        Laura Guido, being duly sworn, deposes and says:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas,

New York, NY  10104.

        2.    On September 30, 2008, I caused to be served a true and correct copy of the

following document upon the parties listed on Exhibit A attached hereto by pre-paid first class U.S. mail:

- Notice of Appearance and Request for Service of All Pleadings and Documents [filed on behalf of Nippon Life Insurance Company].

                                              /s/ Laura Guido
                                              Laura Guido

Sworn to before me on this
1st day of October 2008

/s/ Robin Riley
Notary Public

ROBIN RILEY
Notary Public, State of New York
No. 01RI6127004
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 23, 2009

ny-837151

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:    Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn:    Andrew D. Velez-Rivera, Esq.
         Paul K. Schwartzberg, Esq.
         Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Harvey Miller, Esq.
         Shai Waisman, Esq.
         Jacqueline Marcus, Esq.

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn:    Herb Baer

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:    James B. Kobak, Jr.
         Christopher K. Kiplok
         Jeffrey S. Margolin

ny-837151