STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816
Telephone: (202) 785-9100
Facsimile: (202) 785-9163
Darrell W. Clark, *Pro Hac Vice*

Counsel to Exegy Incorporated

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
: 
In re:                                                  :    Chapter 11
                                                        :
**LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*,           :    Case No. 08-13555 (JMP)
                                                        :
    Debtors.                                            :    (Jointly Administered)
                                                        :
----------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for Exegy Incorporated ("Exegy"), a creditor in interest herein, and pursuant to Rule 2002 of the Bankruptcy Rules and § 1109(b) of the Bankruptcy Code, demands that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

>   STINSON MORRISON HECKER LLP
>   1150 18th Street, NW
>   Suite 800
>   Washington, DC 20036
>   Tel: (202) 785-9100
>   Fax: (202) 785-9163
>   ATTENTION:  Darrell W. Clark, Esq.

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

DB03/806742.0001/8845243.1

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtor or the property of the Debtor.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Exegy's right to have final orders in non-core matters entered only after de novo review by a district court judge (ii) Exegy's right to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Exegy's right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Exegy is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 1, 2008		Respectfully submitted:

/s/ Darrell W. Clark
Darrell W. Clark, *Pro Hac Vice*
STINSON MORRISON HECKER LLP
1150 18th Street, NW
Suite 800
Washington, DC 20008
Tel: 202-785-9100
Fax: 202-785-9163
*Attorneys for Exegy Incorporated*