# EXHIBIT A

**EXEGY INCORPORATED - LEHMAN INVOICING PO# LBUSA/0000068007**
Invoice summary as of 10/1/08

**INV000001 - 8/26/08**
| | | |
|---|---:|---:|
| Ticker plant installation charge - Carteret (5/27/08) | $ 33,333.33 | |
| Monthly lease fees prorated - Carteret (8/26/08-8/31/08) | $ 5,806.45 | |
| Sales tax | $ 2,739.78 | |
| | | $ 41,879.57 |

**INV0000003 - 8/26/08**
| | | |
|---|---:|---:|
| Management line installation fee - Carteret | $ 1,000.00 | |
| Management line installation fee - Weehawken | $ 1,000.00 | |
| Monthly management line fee - Carteret (8/26/08-8/31/08) | $ 251.61 | |
| Monthly management line fee - Weehawken (8/27/08-8/31/08) | $ 209.68 | |
| Sales tax | $ 172.30 | |
| | | $ 2,633.59 |

**INV0000004 - 9/1/08**
| | | |
|---|---:|---:|
| Monthly lease fees - Carteret - September 2008 | $ 30,000.00 | |
| Monthly lease fees - Weehawken - September 2008 | $ 30,000.00 | |
| Sales tax | $ 4,200.00 | |
| | | $ 64,200.00 |

**INV0000005 - 9/1/08**
| | | |
|---|---:|---:|
| Monthly management line fee - Carteret - September 2008 | $ 1,300.00 | |
| Monthly management line fee - Weehawken - September 2008 | $ 1,300.00 | |
| Sales tax | $ 182.00 | |
| | | $ 2,782.00 |

**INV0000008 - 9/26/08**
| | | |
|---|---:|---:|
| Ticker plant installation charge - Weehawken (9/1/08) | $ 33,333.33 | |
| Sales tax | $ 2,333.33 | |
| | | $ 35,666.66 |

**INV0000009 - 10/01/08**
| | | |
|---|---:|---:|
| Monthly lease fees - Carteret - October 2008 | $ 30,000.00 | |
| Monthly lease fees - Weehawken - October 2008 | $ 30,000.00 | |
| Sales tax | $ 4,200.00 | |
| | | $ 64,200.00 |

**INV0000010 - 10/01/08**
| | | |
|---|---:|---:|
| Monthly management line fee - Carteret - October 2008 | $ 1,300.00 | |
| Monthly management line fee - Weehawken - October 2008 | $ 1,300.00 | |
| Sales tax | $ 182.00 | |
| | | $ 2,782.00 |

**TOTAL** $ 214,143.82

***HISTORICAL***

Exegy Inc.
349 Marshall Ave.
Suite 100
St. Louis MO  63119

| Invoice | INV0000001 |
|---|---|
| Date | 8/26/2008 |
| Page | 1 |

**Bill To:**
Lehman Brothers
745 Seventh Ave.
New York NY  10019

**Ship To:**
Lehman Brothers
745 Seventh Ave.
New York NY  10019

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| LBUSA/0000068007 | LB | | EXPEDITORS | Net Due | 8/26/2008 | 1 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | TICKER PLANT INSTALL | Ticker Plant Installation Charge - Carter | $16,666.67 | $50,000.00 | $33,333.33 |
| 1 | 1 | 0 | CARTERET LEASE | Carteret Lease 8/26/2008 - 8/31/2008 | $24,193.55 | $30,000.00 | $5,806.45 |

| | |
|---|---|
| Subtotal | $39,139.78 |
| Misc | $0.00 |
| Tax | $2,739.79 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $41,879.57 |

# eXegy

Exegy Inc.
349 Marshall Ave.
Suite 100
St. Louis MO  63119
(314) 218-3600 Ext. 0000

| Invoice | INV0000003 |
|---|---|
| Date | 8/26/2008 |
| Page | 1 |

**Bill To:**
Lehman Brothers
745 Seventh Ave.
New York NY  10019

**Ship To:**
Lehman Brothers
745 Seventh Ave.
New York NY  10019

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| LBUSA/0000060007 | LB | | EXPEDITORS | Net Due | 8/26/2008 | 3 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | MANAGEMENT LINE INS | Management Line Installation Fee Carteret | $0.00 | $1,000.00 | $1,000.00 |
| 1 | 1 | 0 | MANAGEMENT LINE INS | Management Line Installation Fee Weehawken | $0.00 | $1,000.00 | $1,000.00 |
| 1 | 1 | 0 | MANAGEMENT LINE FEE | Monthly Management Line Fee Carteret 8/28/08 - 8/31/08 | $1,048.39 | $1,300.00 | $251.61 |
| 1 | 1 | 0 | MANAGEMENT LINE FEE | Monthly Management Line Fee Weehawken 8/27 - 8/31 | $1,090.32 | $1,300.00 | $209.68 |

| | |
|---|---|
| Subtotal | $2,461.29 |
| Misc | $0.00 |
| Tax | $172.30 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $2,633.59 |



**Exegy Inc.**
349 Marshall Ave.
Suite 100
St. Louis MO   63119
(314) 218-3600 Ext. 0000

| Invoice | INV0000004 |
|---|---|
| Date | 9/1/2008 |
| Page | 1 |

**Bill To:**

Lehman Brothers
745 Seventh Ave.
New York NY   10019

**Ship To:**

Lehman Brothers
745 Seventh Ave.
New York NY   10019

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| LBUSA/0000068007 | LB | | EXPEDITORS | Net Due | 9/1/2008 | 4 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | CARTERET LEASE | Carteret Lease | $0.00 | $30,000.00 | $30,000.00 |
| 1 | 1 | 0 | WEEHAWKEN LEASE | Weehawken Lease | $0.00 | $30,000.00 | $30,000.00 |

| | |
|---|---|
| Subtotal | $60,000.00 |
| Misc | $0.00 |
| Tax | $4,200.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $64,200.00 |



**Exegy Inc.**
349 Marshall Ave.
Suite 100
St. Louis MO   63119
(314) 218-3600  Ext. 0000

| Invoice | INV0000005 |
|---|---|
| Date | 9/1/2008 |
| Page | 1 |

Bill To:

Lehman Brothers
745 Seventh Ave.
New York NY   10019

Ship To:

Lehman Brothers
745 Seventh Ave.
New York NY   10019

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| LBUSA/0000068007 | LB | | EXPEDITORS | Net Due | 9/1/2008 | 5 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 0 | MANAGEMENT LINE FEE | Monthly Management Line Fee Carteret and Weehawken | $0.00 | $1,300.00 | $2,600.00 |

| | |
|---|---|
| Subtotal | $2,600.00 |
| Misc | $0.00 |
| Tax | $182.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $2,782.00 |



**Exegy Inc.**
349 Marshall Ave.
Suite 100
St. Louis MO  63119
(314) 218-3600  Ext. 0000

| Invoice | INV0000008 |
|---|---|
| Date | 9/26/2008 |
| Page | 1 |

**Bill To:**

Lehman Brothers, Inc.
Image Processing Systems
PO Box 2339
Secaucus NJ   07094

**Ship To:**

Lehman Brothers, Inc.
300 Boulevard East
Weehawken NJ   07087

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
| LBUSA/0000068007 | LB | | EXPEDITORS | Net Due | 8/11/2008 | 10 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | TICKER PLANT INSTALL | Installation Charge - Weehawken | $16,666.67 | $50,000.00 | $33,333.33 |

| | |
|---|---|
| Subtotal | $33,333.33 |
| Misc | $0.00 |
| Tax | $2,333.34 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $35,666.67 |



**Exegy Inc.**
349 Marshall Ave.
Suite 100
St. Louis MO   63119
(314) 218-3600  Ext. 0000

| Invoice | INV0000009 |
|---|---|
| Date | 10/1/2008 |
| Page | 1 |

**Bill To:**

Lehman Brothers, Inc.
Image Processing Systems
PO Box 2339
Secaucus NJ   07094

**Ship To:**

Lehman Brothers, Inc.
Image Processing Systems
PO Box 2339
Secaucus NJ   07094

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
|  | LB |  | EXPEDITORS | Net Due | 10/1/2008 | 11 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | CARTERET LEASE | Carteret Lease - October, 2008 | $0.00 | $30,000.00 | $30,000.00 |
| 1 | 1 | 0 | WEEHAWKEN LEASE | Weehawken Lease - October, 2008 | $0.00 | $30,000.00 | $30,000.00 |

| | |
|---|---|
| Subtotal | $60,000.00 |
| Misc | $0.00 |
| Tax | $4,200.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $64,200.00 |



**Exegy Inc.**
349 Marshall Ave.
Suite 100
St. Louis MO   63119
(314) 218-3600  Ext. 0000

| Invoice | INV0000010 |
|---|---|
| Date | 10/1/2008 |
| Page | 1 |

**Bill To:**

Lehman Brothers, Inc.
Image Processing Systems
PO Box 2339
Secaucus NJ   07094

**Ship To:**

Lehman Brothers, Inc.
Image Processing Systems
PO Box 2339
Secaucus NJ   07094

| Purchase Order No. | Customer ID | Salesperson ID | Shipping Method | Payment Terms | Req Ship Date | Master No. |
|---|---|---|---|---|---|---|
|  | LB |  | EXPEDITORS | Net Due | 10/1/2008 | 12 |

| Ordered | Shipped | B/O | Item Number | Description | Discount | Unit Price | Ext. Price |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 0 | MANAGEMENT LINE FEE | Carteret - October, 2008 | $0.00 | $1,300.00 | $1,300.00 |
| 1 | 1 | 0 | MANAGEMENT LINE FEE | Weehawken - October, 2008 | $0.00 | $1,300.00 | $1,300.00 |

| | |
|---|---|
| Subtotal | $2,600.00 |
| Misc | $0.00 |
| Tax | $182.00 |
| Freight | $0.00 |
| Trade Discount | $0.00 |
| Total | $2,782.00 |