UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No.:08-13555 (JMP) |
| Debtor. | |

-------------------------------------------------------X

### AMENDED NOTICE OF OBJECTION BY ICAS TO NOTICE OF ASSUMPTION, ASSIGNMENT AND AMOUNTS TO CURE DATED SEPTEMBER 18, 2008

PLEASE TAKE NOTICE that Interface Cable Assemblies and Services Corp. a/k/a ICAS, 42-19 23rd Ave., Astoria, NY 11105, by its' counsel, THOMAS PIETRANTONIO, P.C., hereby serves and files its' amended objection to the September 18, 2008 Notice of Assumption, Assignment and Amounts to Cure issued by counsel for Debtor and Debtor in Possession, insofar that it fails to list the correct cure amount as to the within objecting vendor;

PLEASE TAKE FURTHER NOTICE that appended hereto is evidence of the appropriate cure amount as to the objecting vendor in the form of objectant's Proof of Claim and aged receivables reports totaling an amount due of $485,100.17.

| | |
|---|---|
| Dated: September 26, 2008 | THOMAS PIETRANTONIO, P.C. |
|       Port Washington, NY | Attorney for Objecting Vendor |
| | |
| | s/ Thomas Pietrantonio |
| | _____ |
| | Thomas Pietrantonio, Esq. |
| | 334 Main Street |
| | Port Washington, NY 11050 |
| | (T) 516-944-6169 |
| | (F) 516-684-9824 |

To:

WEIL, GOTSHAL et al.
Attorneys for Debtor and
Debtor in Possession
767 Fifth Ave.
New York, NY 10153
(T) 212-310-8000
(F) 212-310-8007

B 10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT    SDNY | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lehman Brothers Holding Inc. & LB 745 LLC | Case Number: 08-13555 (JMP) |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): Interface Cable Assemblies and Services Corp. | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: THOMAS PIETRANTONIO, P.C., Attorney for Claimant 334 Main Street, Port Washington, NY 11050 | Court Claim Number: _____ (If known) |
| Telephone number: 516-944-6169 | Filed on: _____ |
| Name and address where payment should be sent (if different from above): Interface Cable Assemblies and Services Corp. 42-19 23rd Avenue, Astoria, NY 11105 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: 718-278-1100 | ☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 485,100.17

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** ~~materials & labor~~ on installations identi-
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** ~~fied in~~ attached.

**3a. Debtor may have scheduled account as:** ICAS &/or ICAS Limited &/or ICAS Corp.
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff:   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
Describe:

Value of Property: $ _____   Annual Interest Rate ___ %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____   Basis for perfection: _____

Amount of Secured Claim: $ _____   Amount Unsecured: $ _____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority: $ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 9/23/08 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *[signature]* Matthew Bonfitto, Officer of the Claimant | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

ATTACHMENT to PROOF OF CLAIM of Interface Cable Assemblies and Services Corp.

Debtor: "Lehman Brothers Holding Inc." & "LB 745 LLC"

Case No.: 08-13555 (JMP)

The claim by Interface Cable Assemblies and Services Corp. arises out of contractual agreements with Debtors for labor and materials pertaining to installations at miscellaneous properties owned and/or operated by the said Debtors. These installations included, but were not limited to, telecommunication infrastructure floor build-outs, major floor build-outs including telecommunication wiring between main computer rooms, offices and/or trading floor locations, the build-out of computer rooms, and adding and/or moving low voltage or electrical cabling to accommodate new office locations.

A copy of the most current Aged Receivables in connection with work performed by and/or on behalf of Debtors by Claimant is attached as Exb. A. This document reflects an increase of the amount included by Claimant in its' Notice of Objection relating to amounts to cure dated September 19, 2008, a copy of which is appended as Exb. B. This amendment was required in part by the return of an unpaid check which had been issued to Claimant by Debtors in the amount of $38,271.03 (Exb. C), and in part by an identification of additional invoices unpaid as of the date of filing herein.

The locations relating to Claimant's installations and Debtors' contacts on those projects are listed below:

| Location | Entity | Contacts |
|---|---|---|
| 745 7th Ave., New York, NY | Lehman | Marc Senatore, Cecilia Butler and Jenny Cuttingham |
| 399 Park Ave. New York, NY | Lehman | Marc Senatore and Lisa Demoulis |
| 1301 6th Ave. New York, NY | Lehman | Marc Senatore and Brian Klowdawski |
| 1271 6th Ave. New York, NY | Lehman | Marc Senatore |
| 70 Hudson St., Jersey City, NJ | Lehman | Marc Senatore |
| 101 Hudson St., Jersey City, NJ | Lehman | Marc Senatore |
| Chicago, IL | Lehman | Marc Senatore and Cheryl Welbel |
| Los Angeles, CA | Lehman | Matt Behrens, Marc Senatore and Cheryl Welbel |
| St. Louis, MO | ALS (Aurora Loan Services) | Buddy Jerome |
| Indianapolis, IN | ALS | Buddy Jerome |
| Park Ridge, CO | ALS | Buddy Jerome |
| Littleton, CO | ALS | Buddy Jerome |

Additional installations were made at locations in Jersey City NJ, Cranford NJ and Weehawken, NJ where debtors rented space and services from other service providers. - Marc Senatore

**EXHIBIT A**

## Interface Cable Assemblies Services
### Aged Receivables
### As of Sep 30, 2008

| Customer | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | P.O. No | Date |
|---|---|---|---|---|---|---|---|---|
| Aurora Loan Service | 138191R | | | | 4,472.25 | 4,472.25 | TSR 971712 | 7/26/07 |
| Aurora Loan Service | 138783 | | | | 6,711.00 | 6,711.00 | TSR 987643 | 12/27/07 |
| Aurora Loan Service | 138784 | | | | 1,970.00 | 1,970.00 | TSR 994702 | 12/27/07 |
| Aurora Loan Service | 138785 | | | | 3,838.18 | 3,838.18 | TSR 994704 | 12/27/07 |
| Aurora Loan Service | 139026 | | | | 904.40 | 904.40 | PO#59016 | 2/25/08 |
| Aurora Loan Service | 139641 | 10,762.37 | | | | 10,762.37 | TSR 1031687 | 8/20/08 |
| Aurora Loan Service | 139644 | 2,603.63 | | | | 2,603.63 | PO 67436 | 8/22/08 |
| **Aurora Loan Service** | | **13,366.00** | | | **17,895.83** | **31,261.83** | | |
| Lehman Brothers | 136106 | | | | 8,580.00 | 8,580.00 | TSR 884115 | 3/7/06 |
| Lehman Brothers | 139646 | 33,547.62 | | | | 33,547.62 | TSR 1032365 | 8/25/08 |
| Lehman Brothers | 139742 | 69,937.45 | | | | 69,937.45 | TSR 1043168 | 9/15/08 |
| Lehman Brothers | 139743 | 962.00 | | | | 962.00 | TSR 1043168 | 9/15/08 |
| Lehman Brothers | 139744 | 1,775.17 | | | | 1,775.17 | TSR 1043168 | 9/15/08 |
| **Lehman Brothers** | | **106,222.24** | | | **8,580.00** | **114,802.24** | | |
| Lehman Brothers | 137191 | | | | 4,855.00 | 4,855.00 | TSR906503/PO2447{ | 11/17/06 |
| Lehman Brothers | 137720 | | | | 800.00 | 800.00 | TSR932057/PO3275- | 4/11/07 |
| Lehman Brothers | 137738 | | | | 1,800.00 | 1,800.00 | TSR933783/PO3187 | 4/12/07 |
| Lehman Brothers | 137682 | | | | 1,354.69 | 1,354.69 | TSR 957434 | 1/3/08 |
| Lehman Brothers | 137737 | | | | 1,677.65 | 1,677.65 | TSR 936561 | 1/3/08 |
| Lehman Brothers | 137943 | | | | 4,040.22 | 4,040.22 | TSR 957450 | 1/3/08 |
| Lehman Brothers | 137956 | | | | 2,059.13 | 2,059.13 | TSR 958768 | 1/3/08 |
| Lehman Brothers | 137973 | | | | 1,625.63 | 1,625.63 | TSR 963402 | 1/3/08 |
| Lehman Brothers | 138319 | | | | 3,728.10 | 3,728.10 | TSR 978621 | 1/3/08 |
| Lehman Brothers | 139315 | | | | 24,969.60 | 24,969.60 | TSR 1025782 | 5/14/08 |
| Lehman Brothers | 139213A | | | | 25.13 | 25.13 | Tax Amount | 5/22/08 |
| Lehman Brothers | 138797TAXBALANCE | | 1,768.12 | | | 1,768.12 | TSR1001398 | 7/22/08 |
| Lehman Brothers | 138614TAXBALANCE | | 1,144.36 | | | 1,144.36 | TSR1001743 | 7/22/08 |
| Lehman Brothers | 138760TAXBALANCE | | 117.25 | | | 117.25 | TSR1001732 | 7/22/08 |
| Lehman Brothers | 139587 | 1,192.13 | | | | 1,192.13 | TSR1035709/PO706; | 8/4/08 |
| Lehman Brothers | 139589 | 37,078.90 | | | | 37,078.90 | TSR1025665/PO654{ | 8/4/08 |

**Interface Cable Assemblies Services**
Aged Receivables
As of Sep 30, 2008

| Customer | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | P.O. No | Date |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers | 139685 | 20,347.41 | | | | 20,347.41 | PO 73058/TSR 10403 | 9/2/08 |
| Lehman Brothers | 139686 | 12,338.49 | | | | 12,338.49 | PO 73059/TSR 10403 | 9/2/08 |
| Lehman Brothers | 139687 | 41,095.80 | | | | 41,095.80 | PO 73057/TSR 10403 | 9/2/08 |
| Lehman Brothers | 139688 | 1,598.53 | | | | 1,598.53 | PO 72717/TSR 10403 | 9/2/08 |
| Lehman Brothers | 139689 | 541.88 | | | | 541.88 | PO 72716/TSR 10403 | 9/2/08 |
| Lehman Brothers | 139690 | 1,734.00 | | | | 1,734.00 | PO 72715/TSR 10403 | 9/2/08 |
| Lehman Brothers | 139691 | 1,506.41 | | | | 1,506.41 | PO 71734 | 9/3/08 |
| Lehman Brothers | 139702 | 8,557.69 | | | | 8,557.69 | PO 73146/TSR 10406 | 9/8/08 |
| Lehman Brothers | 139735 | 2,184.84 | | | | 2,184.84 | TSR: 1042552 | 9/15/08 |
| Lehman Brothers | 139736 | 2,991.15 | | | | 2,991.15 | TSR 1042560 | 9/15/08 |
| Lehman Brothers | 139737 | 2,275.88 | | | | 2,275.88 | TSR 1042567 | 9/15/08 |
| Lehman Brothers | 139738 | 36,974.90 | | | | 36,974.90 | PO 73056/TSR10406 | 9/15/08 |
| Lehman Brothers | 139739 | 1,517.25 | | | | 1,517.25 | TSR 1042760 | 9/15/08 |
| Lehman Brothers | 139740 | 1,734.00 | | | | 1,734.00 | TSR: 1042765 | 9/15/08 |
| Lehman Brothers | 139741 | 4,551.75 | | | | 4,551.75 | TSR 1042766 | 9/15/08 |
| Lehman Brothers | 139745 | 16,016.89 | | | | 16,016.89 | PO 73147/TSR10406 | 9/16/08 |
| Lehman Brothers | 139751 | 17,382.81 | | | | 17,382.81 | TSR 1043004 | 9/16/08 |
| Lehman Brothers | 139752 | 40,026.46 | | | | 40,026.46 | TSR 1043001 | 9/16/08 |
| Lehman Brothers | 139753 | 15,904.03 | | | | 15,904.03 | TSR 1042999 | 9/17/08 |
| Lehman Brothers | 139754 | 9,667.05 | | | | 9,667.05 | TSR 1042997 | 9/17/08 |
| Lehman Brothers | 139755 | 2,275.88 | | | | 2,275.88 | TSR 1042567 | 9/17/08 |
| Lehman Brothers | 139761 | 2,153.41 | | | | 2,153.41 | TSR 1043087 | 9/22/08 |
| Lehman Brothers | 139771-P | 1,950.75 | | | | 1,950.75 | TSR TBD | 9/22/08 |
| Lehman Brothers | 139773-P | 1,761.09 | | | | 1,761.09 | TSR TBD | 9/22/08 |
| Lehman Brothers | 139774-P | 3,711.84 | | | | 3,711.84 | TSR TBD | 9/22/08 |
| **Lehman Brothers** | | **289,071.22** | **3,029.73** | | **46,935.15** | **339,036.10** | | |
| | **Grand Total** | **408,659.46** | **3,029.73** | | **73,410.98** | **485,100.17** | | |

9/23/2008 at 8:58 AM

Page: 2

**EXHIBIT B**

09/19/2008  13:47    Received: 5166849824    Sep 19 2008 01:48pm THOMAS PIETRANTONIO    PAGE 01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,           Case No.: 08-13555 (JMP)

                        Debtor.
-------------------------------------------------------X

FILED
U.S. BANKRUPTCY COURT
2008 SEP 19 P 2:49
S.D. OF N.Y.

## NOTICE OF OBJECTION BY ICAS TO NOTICE OF ASSUMPTION, ASSIGNMENT AND AMOUNTS TO CURE DATED SEPTEMBER 18, 2008

PLEASE TAKE NOTICE that Interface Cable Assemblies and Services Corp. a/k/a ICAS, 42-19 23rd Ave., Astoria, NY 11105, by its' counsel, THOMAS PIETRANTONIO, P.C., hereby objects to the September 18, 2008 Notice of Assumption, Assignment and Amounts to Cure issued by counsel for Debtor and Debtor in Possession, insofar that it fails to list the correct cure amount as to the within objecting vendor;

PLEASE TAKE FURTHER NOTICE that appended hereto is evidence of the appropriate cure amount as to the objecting vendor in the form of aged receivables reports totaling an amount due of $437,252.05.

Dated: September 19, 2008
       Port Washington, NY

THOMAS PIETRANTONIO, P.C.
Attorney for Objecting Vendor

*Thomas Pietrantonio*
Thomas Pietrantonio, Esq.
334 Main Street
Port Washington, NY 11050
(T) 516-944-6169
(F) 516-684-9824

1

Received:                                Sep 19 2008 01:48pm
09/19/2008  13:47    5166849824           THOMAS PIETRANTONIO                    PAGE  02

To:

WEIL, GOTSHAL et al.
Attorneys for Debtor and
Debtor in Possession
767 Fifth Ave.
New York, NY 10153
(T) 212-310-8000
(F) 212-310-8007

08-13555-mg    Doc 479    Filed 10/01/08    Entered 10/01/08 14:21:14    Main Document
Pg 11 of 17

## Interface Cable Assemblies Services
Aged Receivables
As of Sep 30, 2008

| Customer | Invoice/CM # | 0 - 30 | 31 - 60 | 61 - 90 | Over 90 days | Amount Due | P.O. No | Date |
|---|---|---|---|---|---|---|---|---|
| Aurora Loan Service | 138191R | | | | 4,472.25 | 4,472.25 | TSR 971712 | 7/26/07 |
| Aurora Loan Service | 138783 | | | | 6,711.00 | 6,711.00 | TSR 987643 | 12/27/07 |
| Aurora Loan Service | 138784 | | | | 1,970.00 | 1,970.00 | TSR 994702 | 12/27/07 |
| Aurora Loan Service | 138785 | | | | 3,838.18 | 3,838.18 | TSR 994704 | 12/27/07 |
| Aurora Loan Service | 139026 | | | | 904.40 | 904.40 | PO#59016 | 2/25/08 |
| Aurora Loan Service | 139641 | 10,762.37 | | | | 10,762.37 | TSR 1031687 | 8/20/08 |
| Aurora Loan Service | 139644 | 2,603.63 | | | | 2,603.63 | PO 67436 | 8/22/08 |
| **Aurora Loan Service** | | **13,366.00** | | | **17,895.83** | **31,261.83** | | |
| Lehman Brothers | 136106 | | | | 8,580.00 | 8,580.00 | TSR 884115 | 3/7/06 |
| Lehman Brothers | 139646 | 33,547.62 | | | | 33,547.62 | TSR 1032365 | 8/25/08 |
| Lehman Brothers | 139742 | 69,937.45 | | | | 69,937.45 | TSR 1043168 | 9/15/08 |
| Lehman Brothers | 139743 | 962.00 | | | | 962.00 | TSR 1043168 | 9/15/08 |
| Lehman Brothers | 139744 | 1,775.17 | | | | 1,775.17 | TSR 1043168 | 9/15/08 |
| **Lehman Brothers** | | **106,222.24** | | | **8,580.00** | **114,802.24** | | |
| Lehman Brothers | 137191 | | | | 4,855.00 | 4,855.00 | TSR906503/PO2447( | 11/17/06 |
| Lehman Brothers | 137720 | | | | 800.00 | 800.00 | TSR932057/PO3275 | 4/11/07 |
| Lehman Brothers | 137738 | | | | 1,800.00 | 1,800.00 | TSR933783/PO3187 | 14/12/07 |
| Lehman Brothers | 137682 | | | | 1,354.69 | 1,354.69 | TSR 957434 | 1/3/08 |
| Lehman Brothers | 137737 | | | | 1,677.65 | 1,677.65 | TSR 936561 | 1/3/08 |
| Lehman Brothers | 137943 | | | | 4,040.22 | 4,040.22 | TSR 957450 | 1/3/08 |
| Lehman Brothers | 137956 | | | | 2,059.13 | 2,059.13 | TSR 958768 | 1/3/08 |
| Lehman Brothers | 137973 | | | | 1,625.63 | 1,625.63 | TSR 963402 | 1/3/08 |
| Lehman Brothers | 138319 | | | | 3,728.10 | 3,728.10 | TSR 978621 | 1/3/08 |
| Lehman Brothers | 139315 | | | | 24,969.60 | 24,969.60 | TSR 1025782 | 5/14/08 |
| Lehman Brothers | 139213A | | | | 25.13 | 25.13 | Tax Amount | 5/22/08 |
| Lehman Brothers | 138797TAXBALANCE | | 1,768.12 | | | 1,768.12 | TSR1001398 | 7/22/08 |
| Lehman Brothers | 138614TAXBALANCE | | 1,144.36 | | | 1,144.36 | TSR1001743 | 7/22/08 |
| Lehman Brothers | 138760TAXBALANCE | | 117.25 | | | 117.25 | TSR1001732 | 7/22/08 |
| Lehman Brothers | 139685 | 20,347.41 | | | | 20,347.41 | PO 73058/TSR 1040: | 9/2/08 |
| Lehman Brothers | 139686 | 12,338.49 | | | | 12,338.49 | PO 73059/TSR 1040: | 9/2/08 |

9/19/2008 at 1:45 PM

Page: 1

08-13555-mg  Doc 479  Filed 10/01/08  Entered 10/01/08 14:21:14  Main Document
Pg 12 of 17

## Interface Cable Assemblies Services
### Aged Receivables
### As of Sep 30, 2008

| Customer | Invoice | Amount | | | Detail |
|---|---|---|---|---|---|
| Lehman Brothers | 139687 | 41,095.80 | | | 41,095.80 PO 73057/TSR 1040: 9/2/08 |
| Lehman Brothers | 139688 | 1,598.53 | | | 1,598.53 PO 72717/TSR 1040: 9/2/08 |
| Lehman Brothers | 139689 | 541.88 | | | 541.88 PO 72716/TSR 1040: 9/2/08 |
| Lehman Brothers | 139690 | 1,734.00 | | | 1,734.00 PO 72715/TSR 1040: 9/2/08 |
| Lehman Brothers | 139691 | 1,506.41 | | | 1,506.41 PO 71734  9/3/08 |
| Lehman Brothers | 139702 | 8,557.69 | | | 8,557.69 PO 73146/TSR 1040( 9/8/08 |
| Lehman Brothers | 139735 | 2,184.84 | | | 2,184.84 TSR: 1042552  9/15/08 |
| Lehman Brothers | 139736 | 2,991.15 | | | 2,991.15 TSR 1042560  9/15/08 |
| Lehman Brothers | 139737 | 2,275.88 | | | 2,275.88 TSR 1042567  9/15/08 |
| Lehman Brothers | 139738 | 36,974.90 | | | 36,974.90 PO 73056/TSR10406 9/15/08 |
| Lehman Brothers | 139739 | 1,517.25 | | | 1,517.25 TSR 1042760  9/15/08 |
| Lehman Brothers | 139740 | 1,734.00 | | | 1,734.00 TSR: 1042765  9/15/08 |
| Lehman Brothers | 139741 | 4,551.75 | | | 4,551.75 TSR 1042766  9/15/08 |
| Lehman Brothers | 139745 | 16,016.89 | | | 16,016.89 PO 73147  9/16/08 |
| Lehman Brothers | 139751 | 17,382.81 | | | 17,382.81 TSR 1043004  9/16/08 |
| Lehman Brothers | 139752 | 40,026.46 | | | 40,026.46 TSR 1043001  9/16/08 |
| Lehman Brothers | 139753 | 15,904.03 | | | 15,904.03 TSR 1042999  9/17/08 |
| Lehman Brothers | 139754 | 9,667.05 | | | 9,667.05 TSR 1042997  9/17/08 |
| Lehman Brothers | 139755 | 2,275.88 | | | 2,275.88 TSR 1042567  9/17/08 |
| **Lehman Brothers** | | **241,223.10** | **3,029.73** | **46,935.15** | **291,187.98** |
| | | **347,445.34** | **3,029.73** | **55,515.15** | **437,252.05** |

9/19/2008 at 1:45 PM

Page: 2

**EXHIBIT C**

# LEHMAN BROTHERS

Citibank (Delaware)
New Castle, DE 19720

LEHMAN BROTHERS INC.
ACCOUNTS PAYABLE
70 Hudson Street
Jersey City, NJ 07302-3988

62-20 / 311

**Check Number**
002087147

Void After 180 Days

PAY ONLY $38,271.03

THIRTY-EIGHT THOUSAND TWO HUNDRED SEVENTY-ONE DOLLARS AND THREE CENTS
Void Over $38,271.03

Date SEP 09/03/08 2008

REFER TO MAKER
CITIBANK 031100209
RETURN ITEM UNPAID

Amount *$38,271.03

Pay to the order of
INTERFACE CABLE ASSEMBLIES & SERVICES
42-19 23RD AVENUE
LONG ISLAND CITY, NY 11105

Richard Fuld
Authorized Signature

⑈002087147⑈ ⑈031100209⑈ 3882698 3⑈    ⑈000 38271 03⑈

660696316 09152008 000000276517261 03 RSN 06

```
021000089      8216      >0210-0008<
B00017         CHARGE    CITIBANK
1844  560016516  091508  2012422627
PROCESSED - HIC        PAID
09/16/08   6000-002   0311-0020-9
```

3798624679

| DEBIT ADVICE 9181302 | BRANCH OR HEAD OFFICE DEPT 8533 | DATE 09/18/08 | CHECKED BY | APP BY |
|---|---|---|---|---|

## Citibank, N.A.

WE DEBIT YOUR ACCOUNT AS FOLLOWS

Deposited item was returned unpaid(refer to check). Please review your account to insure a sufficient balance. If overdrawn, holds may be placed on your other accounts until the overdraft is resolved. If you have any questions, please call CitiPhone Customer service at 1-800-627-3999 (Consumers) or 1-877-528-0990 (Business). Hearing or speech impaired clients may call our text telephone service at 1-800-945-0258 (TDD). Representatives are available to assist you 24 hours a day, 7 days a week.

| DEBIT 154 | ACCOUNT NO. 17180079 |
|---|---|

THE $10 SERVICE CHARGE PER DEPOSITED ITEM RETURNED HAS BEEN INCLUDED IN YOUR MONTHLY ACCOUNT ANALYSIS STATEMENT

INTERFACE CABLE ASSEMBLIES
42-19 23RD AVE
LONG ISLAND CITY, NY 11105-1510

38271.03

DEBIT THIS AMOUNT

$ 38,271.03

⑈09181302⑈    ⑆0210⑈0008⑆    000017180079⑈

| LEHMAN BROTHERS ACCOUNTS PAYABLE | | 70 Hudson Street Jersey City, NJ 07302-3988 | Date 09/03/08 | Check Number 002087147 0000003339 | |
|---|---|---|---|---|---|
| DATE | INVOICE / CREDIT MEMO NO. | DESCRIPTION | GROSS AMT. | DISCOUNT | NET AMOUNT |
| 080408 | 139587 | 0000018707 | 119213 | 00 | 119213 |
| 080408 | 139589 | 0000018634 | 3707890 | 00 | 3707890 |
| | | | 9/15/08 | | |
| The attached check is in payment for items described above | | TOTAL | 3827103 | 00 | 3827103 |