THOMAS PIETRANTONIO, P.C.
Attorneys for Creditor
Interface Cable Assemblies
and Services Corp.
334 Main Street
Port Washington, NY 11050
Thomas Pietrantonio, Esq. (0058)
T (516) 944-6169
F (516) 684-9824

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In re                                                                        Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                Case No.:08-13555 (JMP)

         Debtor.
-----------------------------------------------------X

## CERTIFICATE OF SERVICE

     THOMAS PIETRANTONIO, ESQ., counsel for Creditor INTERFACE CABLE

ASSEMBLIES AND SERVICES CORP., hereby certifies that on September 26, 2008 a true

copy of the undersigned's September 26, 2008 AMENDED NOTICE OF OBJECTION was

served by first class mail upon the attorneys/parties listed on the annexed list, said addresses

designated for that purpose, in an official depository under the exclusive care and custody of the

United States Postal Service within the State of New York.

SEE SERVICE LIST BELOW

                               s/Thomas Pietrantonio
                               _____
                               THOMAS PIETRANTONIO, P.C.
                               Attorneys for Defendant/Creditor
                               ISABEL DE ANGELO
                               334 Main Street
                               Port Washington, NY 11050
                               Thomas Pietrantonio, Esq. (0058)
                               T (516) 944-6169
                               F (516) 684-9824

1

## SERVICE LIST

WEIL, GOTSHAL et al.
Attorneys for Debtor and
Debtor in Possession
767 Fifth Ave.
New York, NY 10153