Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747
Tel: (212) 233-2910
Fax: (212) 766-2298
Daniel S. Braverman (DB 9423)
Peter Marchetti (PM 3044)
dbraverman@bravelaw.com

Attorneys for Direct Edge ECN LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**OBJECTION OF DIRECT EDGE ECN LLC TO PROPOSED CURE AMOUNT LISTED ON THE DEBTORS' LIST OF NON IT CLOSING DATE CONTRACTS IN ACCORDANCE WITH THE ORDER UNDER 11 U.S.C. §§ 105(A), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND <u>UNEXPIRED LEASES</u>**

Direct Edge ECN LLC ("Direct Edge"), by and through its undersigned counsel, hereby submits this objection ("Objection"), in accordance with the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 258] the ("Sale Order"), to the Cure

Amount listed on the List of Non-IT Closing Date Contracts (the "Contract Schedule"), which appears online at http://chapter11.epiqsystems.com/Lehman (the "Website").

**BACKGROUND**

1. Effective as of February 13, 2006, Lehman Brothers Inc. ("LBI") and Direct Edge entered into a Subscriber Application. Under the Subscriber Application, LBI and Direct Edge agreed to certain terms and conditions for services to be provided to LBI by Direct Edge. Those services, included, *inter alia*, the provision by Direct Edge to LBI of access to the Direct Edge Electronic Communications Network, which allows LBI to: (i) view, enter, negotiate and execute orders through Direct Edge in certain types of securities; and (ii) to transmit to either a national securities exchange or national securities association or the NASD Alternative Display Facility, orders entered into by LBI in certain securities. Furthermore, through the Terms and Conditions and the Subscriber Application, Direct Edge provided LBI with a limited license to use Direct Edge's technology. (The Terms and Conditions and the Subscriber Agreement are hereinafter collectively referred to as the "Direct Edge Contract").

2. On September 15, 2008 (the "Petition Date") Lehman Brothers Holdings, Inc. (the "Debtor") filed for bankruptcy protection with the United States Bankruptcy Court for the Southern District of New York pursuant to Chapter 11 of Title 11 of the Untied States Code. On September 19, 2008, an order was entered placing LBI into liquidation under the Securities Investor Protection Act. Furthermore, the Court, on September 19, 2008, entered an order that included LBI in the definition of Debtors for purposes of the Sale Order.

## **OBJECTION**

3. On the Website, the Debtors list the Direct Edge Contract as a contract that will be assumed by the Debtors and assigned to Barclays Capital, Inc. (the "Purchaser"). The cure amount for the Direct Edge Contract, however, is erroneously listed as $1,499.84. Instead, as evidenced by the invoices annexed hereto as Exhibit 1, the correct cure amount with respect to the Direct Edge Contract is $994,235.74.

4. Direct Edge hereby objects to the erroneously listed cure amount associated with the Direct Edge Contract on the Website and hereby seeks an order directing the Debtors and the Purchaser, jointly and severally, as a condition to assumption and assignment of the Direct Edge Contract under Section 365 of the Bankruptcy Code, to pay Direct Edge $994,235.74, which is the correct cure amount of the Direct Edge Contract.

5. Direct Edge expressly reserves its rights to amend or supplement this Objection, to introduce evidence supporting this Objection, and be heard, at a hearing with respect to this Objection, and to file additional and/or supplemental objections.

WHEREFORE, for the reasons stated in this Objection, Direct Edge objects to the proposed cure amount listed on the Debtors' List of Non-IT Closing Date Contracts, and requests that this Court enter an order conditioning the assumption and assignment of the Direct Edge Contract upon the prompt payment of $994,235.74 to Direct Edge by the Purchaser or the Debtors and grant Direct Edge such other and further relief as this Court may deem just and proper.

Dated: September 30, 2008
New York, NY

        Respectfully Submitted,

        Daniel S. Braverman (DB 9423)
        Peter Marchetti (PM 3044)
        Law Offices of Daniel S. Braverman
        225 Broadway, Suite 1901
        New York, NY 10007-3747
        Tel: (212) 233-2910
        Fax: (212) 766-2298
        dbraverman@bravelaw.com

# EXHIBIT 1



EDGX Transaction Charges
Invoice #: LEHM200809X
Account: LEHM
Invoice Date: 9/24/2008
Trade Dates: 9/1/2008 -
9/12/2008

Bill To: Lehman Brothers, Inc.
Attn: Ben Chrnelich
745 Seventh Avenue 2nd Floor
New York, NY 10019
USA

# Invoice

| Liquidity Flag | Your Effective Rate | Shares | Total |
|---|---|---|---|
| **$1 and over** | | | |
| A (Added to Nasdaq) | 0.0000 | 0 | $0.00 |
| B (Add Liquidity Tape B) | -0.0025 | 20,743 | ($51.86) |
| D (Removed from DOT) | 0.0008 | 680,730 | $544.58 |
| E (Internalized Trades) | 0.000140 | 67,620 | $9.47 |
| F (Added to DOT) | 0.0000 | 0 | $0.00 |
| I (Routed) | 0.0029 | 513,263 | $1,488.46 |
| L (Tape A Odd lot to Arca) | 0.0300 | 7,725 | $231.75 |
| N (Removed Liquidity) | 0.0026 | 34,129,492 | $88,736.68 |
| P (Routed to ARCA) | 0.0029 | 745,407 | $2,161.68 |
| Q (Tape A to Nasdaq) | 0.0029 | 2,160,264 | $6,264.77 |
| R (Re-routed by DOT) | 0.0030 | 402,278 | $1,206.83 |
| S (Directed ISO) | 0.0000 | 0 | $0.00 |
| V (Adding Liquidity Tape A) | -0.0025 | 0 | $0.00 |
| W (Removing Liquidity Tape A) | 0.0026 | 29,123,243 | $75,720.43 |
| X (Routed) | 0.0029 | 1,311,620 | $3,803.70 |
| Y (Added Liquidity) | -0.0025 | 870,180 | ($2,175.45) |
| Z (ROUZ order) | 0.0000 | 0 | $0.00 |
| O (Opening Cross) | 0.0000 | 0 | $0.00 |
| **Under $1** | | | |
| A (Added to Nasdaq) | 0 BP | 0 | $0.00 |
| B (Add Liquidity Tape B) | 0.0000 | 0 | $0.00 |
| D (Removed from DOT) | 8 BP | 700 | $0.47 |
| E (Internalized Trades) | 1 BP | 326 | $0.05 |
| F (Added to DOT) | 0 BP | 0 | $0.00 |
| I (Routed) | 0 BP | 25,137 | $52.92 |
| L (Tape A Odd lot to Arca) | 0.0000 | 0 | $0.00 |
| N (Removed Liquidity) | 20 BP | 1,563,404 | $1,587.84 |
| P (Routed to ARCA) | 29 BP | 1,650 | $4.18 |
| Q (Tape A to Nasdaq) | 29 BP | 243,135 | $527.73 |
| R (Re-routed by DOT) | 30 BP | 300,207 | $645.83 |
| S (Directed ISO) | 0.0033 | 0 | $0.00 |
| V (Adding Liquidity Tape A) | 0 BP | 0 | $0.00 |
| W (Removing Liquidity Tape A) | 20 BP | 4,954,729 | $7,748.16 |
| X (Routed) | 29 BP | 207,213 | $337.48 |
| Y (Added Liquidity) | 0 BP | 133,360 | $0.00 |
| Z (ROUZ order) | 0.0010 | 0 | $0.00 |
| O (Opening Cross) | 0.0005 | 0 | $0.00 |
| **OTCBB** | | | |
| Adding over $1 | 0.0000 | 0 | $0.00 |
| Customer match over $1 | 0.0000 | 0 | $0.00 |
| Adding under $1 | 0.0000 | 0 | $0.00 |
| Customer match under $1 | 0.0000 | 0 | $0.00 |
| **Subtotal** | | | **$188,845.70** |

| Type | Cost | Qty | Total |
|---|---|---|---|
| Ports | 0.00 | 0 | $0.00 |
| Market Data | 0.00 | 0 | $0.00 |

**Total**                                                 **$188,845.70**

To pay by Wire/EFT: ABA# 021000018 Bank of New York, Account of Direct Edge ECN,
Account #: 630-2697602
Please include invoice number and payment amount, or please remit by mail to:
Direct Edge ECN Finance Department, 545 Washington Blvd., Jersey City, NJ 07310



EDGX Transaction Charges
Invoice #:    LEHM200808X
Account:      LEHM
Invoice Date: 9/3/2008
Trade Dates:  8/1/2008 - 8/31/2008

Bill To: Lehman Brothers, Inc.
Attn:    Ben Chrnelich
         745 Seventh Avenue 2nd Floor
         New York, NY 10019
         USA

# Invoice

| Liquidity Flag | Your Effective Rate | Shares | Total |
|---|---|---|---|
| **$1 and over** | | | |
| A (Added to Nasdaq) | 0.0000 | 0 | $0.00 |
| B (Add Liquidity Tape B) | -0.0025 | 6,657 | ($16.64) |
| D (Removed from DOT) | 0.0008 | 1,414,178 | $1,131.34 |
| E (Internalized Trades) | 0.000140 | 80,148 | $11.22 |
| F (Added to DOT) | 0.0000 | 0 | $0.00 |
| I (Routed) | 0.0029 | 806,803 | $2,339.73 |
| L (Tape A Odd lot to Arca) | 0.0300 | 8,554 | $256.62 |
| N (Removed Liquidity) | 0.0026 | 72,045,769 | $187,319.00 |
| P (Routed to ARCA) | 0.0029 | 1,705,761 | $4,946.71 |
| Q (Tape A to Nasdaq) | 0.0029 | 3,469,073 | $10,060.31 |
| R (Re-routed by DOT) | 0.0030 | 2,168,024 | $6,504.07 |
| S (Directed ISO) | 0.0000 | 0 | $0.00 |
| V (Adding Liquidity Tape A) | -0.0025 | 200 | ($0.50) |
| W (Removing Liquidity Tape A) | 0.0026 | 54,854,487 | $142,621.67 |
| X (Routed) | 0.0029 | 2,587,774 | $7,504.54 |
| Y (Added Liquidity) | -0.0025 | 2,235,126 | ($5,587.82) |
| Z (ROUZ order) | 0.0000 | 0 | $0.00 |
| O (Opening Cross) | 0.0000 | 0 | $0.00 |
| **Under $1** | | | |
| A (Added to Nasdaq) | 0BP | 0 | $0.00 |
| B (Add Liquidity Tape B) | 0.0000 | 0 | $0.00 |
| D (Removed from DOT) | 8BP | 0 | $0.00 |
| E (Internalized Trades) | 1BP | 0 | $0.00 |
| F (Added to DOT) | 0BP | 0 | $0.00 |
| I (Routed) | 0BP | 2,892 | $4.56 |
| L (Tape A Odd Lot to Arca) | 0.0000 | 0 | $0.00 |
| N (Removed Liquidity) | 20BP | 709,468 | $975.90 |
| P (Routed to ARCA) | 29BP | 669 | $1.38 |
| Q (Tape A to Nasdaq) | 29BP | 74,615 | $95.83 |
| R (Re-routed by DOT) | 30BP | 62,362 | $93.24 |
| S (Directed ISO) | 0.0033 | 0 | $0.00 |
| V (Tape A Added Liquidity) | 0BP | 0 | $0.00 |
| W (Tape A Removed Liquidity) | 20BP | 875,564 | $830.17 |
| X (Routed) | 29BP | 36,786 | $77.80 |
| Y (Added Liquidity) | 0BP | 28,320 | $0.00 |
| Z (ROUZ order) | 0.0010 | 0 | $0.00 |
| O (Opening Cross) | 0.0005 | 0 | $0.00 |
| **OTCBB** | | | |
| Adding over $1 | 0.0000 | 0 | $0.00 |
| Customer match over $1 | 0.0000 | 0 | $0.00 |
| Adding under $1 | | 0 | $0.00 |
| Customer match under $1 | | 0 | $0.00 |
| **Subtotal** | | | **$359,169.13** |

| Type | Cost | Qty | Total |
|---|---|---|---|
| Ports | 0.00 | 0 | $0.00 |
| Market Data | 0.00 | 0 | $0.00 |

# Total $359,169.13

To pay by Wire/EFT: ABA# 021000018 Bank of New York, Account of Direct Edge ECN, Account #: 630-2697602
Please include invoice number and payment amount, or please remit by mail to:
Direct Edge ECN Finance Department, 545 Washington Blvd., Jersey City, NJ 07310



EDGX Transaction Charges
Invoice #:     LEHM200807X
Account:       LEHM
Invoice Date:  8/14/2008
Trade Dates:   7/1/2008 - 7/31/2008

Bill To: Lehman Brothers, Inc.
Attn:    Ben Chrnelich
         745 Seventh Avenue 2nd Floor
         New York, NY 10019
         USA

# Invoice

| Liquidity Flag | Your Effective Rate | Shares | Total |
|---|---|---|---|
| **$1 and over** | | | |
| A (Added to Nasdaq) | 0.0000 | 0 | $0.00 |
| B (Add Liquidity Tape B) | -0.0025 | 6,583 | ($16.46) |
| D (Removed from DOT) | 0.0008 | 2,993,596 | $2,394.88 |
| E (Internalized Trades) | 0.000140 | 105,828 | $14.82 |
| F (Added to DOT) | 0.0000 | 0 | $0.00 |
| I (Routed) | 0.0029 | 1,399,951 | $4,059.86 |
| L (Tape A Odd lot to Arca) | 0.0300 | 22,812 | $684.36 |
| N (Removed Liquidity) | 0.0026 | 80,600,289 | $209,560.75 |
| P (Routed to ARCA) | 0.0029 | 1,477,852 | $4,285.77 |
| Q (Tape A to Nasdaq) | 0.0029 | 5,500,430 | $15,951.25 |
| R (Re-routed by DOT) | 0.0030 | 3,232,605 | $9,697.82 |
| S (Directed ISO) | 0.0000 | 0 | $0.00 |
| V (Adding Liquidity Tape A) | 0.0000 | 0 | $0.00 |
| W (Removing Liquidity Tape A) | 0.0026 | 73,376,605 | $190,779.17 |
| X (Routed) | 0.0029 | 4,584,934 | $13,296.31 |
| Y (Added Liquidity) | -0.0025 | 2,890,671 | ($7,226.68) |
| Z (ROUZ order) | 0.0000 | 0 | $0.00 |
| O (Opening Cross) | 0.0000 | 0 | $0.00 |
| **Under $1** | | | |
| A (Added to Nasdaq) | 0BP | 0 | $0.00 |
| B (Add Liquidity Tape B) | 0.0000 | 0 | $0.00 |
| D (Removed from DOT) | 8BP | 0 | $0.00 |
| E (Internalized Trades) | 1BP | 0 | $0.00 |
| F (Added to DOT) | 0BP | 0 | $0.00 |
| I (Routed) | 0BP | 2,895 | $6.00 |
| L (Tape A Odd Lot to Arca) | 0.0000 | 0 | $0.00 |
| N (Removed Liquidity) | 20BP | 1,323,972 | $1,439.72 |
| P (Routed to ARCA) | 29BP | 3,459 | $6.30 |
| Q (Tape A to Nasdaq) | 29BP | 28,414 | $53.25 |
| R (Re-routed by DOT) | 30BP | 61,068 | $105.49 |
| S (Directed ISO) | 0.0033 | 0 | $0.00 |
| V (Tape A Added Liquidity) | 0BP | 0 | $0.00 |
| W (Tape A Removed Liquidity) | 20BP | 502,619 | $1,005.24 |
| X (Routed) | 29BP | 56,857 | $113.39 |
| Y (Added Liquidity) | 0BP | 0 | $0.00 |
| Z (ROUZ order) | 0.0010 | 0 | $0.00 |
| O (Opening Cross) | 0.0005 | 0 | $0.00 |
| **OTCBB** | | | |
| Adding over $1 | 0.0000 | 0 | $0.00 |
| Customer match over $1 | 0.0000 | 0 | $0.00 |
| Adding under $1 | | 0 | $0.00 |
| Customer match under $1 | | 0 | $0.00 |
| **Subtotal** | | | **$446,211.23** |

| Type | Cost | Qty | Total |
|---|---|---|---|
| Ports | 0.00 | 0 | $0.00 |
| Market Data | 0.00 | 0 | $0.00 |
| June trades Re-routed by NYSE (liquidity flag R) initially billed as liquidity flag D | | 4,400 | $9.68 |

**Total**                                                           **$446,220.91**

To pay by Wire/EFT: ABA# 021000018 Bank of New York, Account of Direct Edge ECN, Account #: 630-2697602
Please include invoice number and payment amount, or please remit by mail to:
Direct Edge ECN Finance Department, 545 Washington Blvd., Jersey City, NJ 07310

## CERTIFICATE OF SERVICE

I certify that on September 30, 2008, I caused a copy of the foregoing to be served by first class mail and by email on the following:

Counsel for Lehman Brothers Holdings, Inc.
Lori R. Fife (lori.fife@weil.com)
Shai Y. Waisman (shai.waisman@weil.com)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153


Counsel for James W. Giddens, Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
Jeffrey S. Margolin (margolin@hugheshubbard.com)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004


Counsel for Barclays Capital, Inc.
Lindsee P. Granfield (lgranfield@cgsh.com)
Lisa M. Schweitzer (lschweitzer@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Peter Marchetti