GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, Wisconsin 53202
(414) 287-9352

Timothy F. Nixon (TN-2644)

*Attorneys for Marshall Funds, Inc. and
Marshall & Ilsley Trust Company, N.A.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| Lehman Brothers Holdings, Inc., *et al.,* | : | Lead Case No. 08-13555 (JMP) |
| Debtors. | : | Joint Administration |

## AMENDED NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Marshall Funds, Inc. and Marshall & Ilsley Trust Company, N.A., parties in interest in the above-captioned case, by and through their counsel, Godfrey & Kahn, S.C., hereby enter their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and that such parties in interest request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be delivered to and served upon the parties identified below at the following address:

                    Timothy F. Nixon, Esq.
                    Jennifer B. Herzog, Esq.
                    GODFREY & KAHN, S.C.
                    780 North Water Street
                    Milwaukee, WI 53202
                    Telephone: (414) 287-9352
                    FAX: (414) 273-5198
                    E-mail: tnixon@gklaw.com
                             jherzog@gklaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

Neither this *Amended Notice of Appearance* and *Request for Service of Papers* nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after a *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, set-offs, recoupments

or other matters to which these parties are or may be entitled under any agreements or at law or in equity or under the United States Constitution.

    Dated: September 30, 2008.

**GODFREY & KAHN, S.C.**

By:    /s/ *Timothy F. Nixon*
     Timothy F. Nixon (TN-2644)

*Attorneys for Marshall Funds, Inc. and*
*Marshall & Ilsley Trust Company, N.A.*

Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202
Telephone: (414) 287-9352
FAX: (414) 273-5198
E-mail: tnixon@gklaw.com

3209770_1