WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU 2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Thomas E Lauria (Admission *Pro Hac Vice* Pending)

ATTORNEYS FOR
DNB NOR BANK ASA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
**In re**                                                  :   Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :   08-13555 (JMP)
                                                           :
            Debtors.                                       :   Jointly Administered
                                                           :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

      John Weber, being duly sworn, deposes and says: that he resides in Harrison, New York; that he is over the age of twenty-one (21) years of age; and that he is not a party to this proceeding.

   On September 26, 2008 deponent caused a true and correct copy of the Notice of Appearance and Request for Service of Papers, and Motion for Admission of Thomas E Lauria to Practice, *Pro Hac Vice* with the Proposed Order of White & Case LLP to be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

                               /s/ John Weber
                               John Weber

Sworn to before me this 1st
day of October, 2008

/s/ Elizabeth Anne Arundel
Notary Public, State of New York
No. 01AR6182807 Qualified in New York County
Certificate Filed in New York County
Commission Expires March 10, 2012

**Harvey R. Miller, Esq.**
**Jacqueline Marcus, Esq.**
**Shai Waisman, Esq.**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Andy Velez-Rivera**
**Paul Schwartzberg**
**Brian Masumoto**
**Linda Riffkin**
**Tracy Hope Davis**
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

*Claims and Noticing Agent*
**Epiq Bankruptcy Solutions, LLC Claims Agent**
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

**Andrea Sheehan, Esq**.
LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, Texas 75205

**James S. Carr, Esq.**
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

**Harvey A. Strickon, Esq.**
PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022-3205

**Frank F. McGinn**
Barlett Hackett Feinberg P.C.
155 Federal Street
9th Floor
Boston, MA 02110

**Richard B. Levin, Esq.**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

**George Rosenberg, Esq.**
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO 80166

**Elizabeth Weller, Esq.**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2691

**Harold S. Novikoff, Esq.**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

**George A. Davis, Esq.**
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

**Brian Trust, Esq.**
**Jeffrey G. Tougas, Esq.**
**Frederick D. Hyman, Esq.**
**Amit Trehan, Esq.**
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**Thomas S. Kiriakos, Esq.**
**Melissa A. Mickey, Esq.**
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**Howard R. Hawkins, Jr. Esq.**
**Hanh V. Huynh, Esq.**
**Ellen M. Halstead, Esq.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

**James F. Wallack, Esq.**
**Douglas B. Rosner, Esq.**
**Gregory O. Kaden, Esq.**
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

**James H. Shenwick, Esq.**
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, New York 10017

**Charles R. Ekberg, Esq.**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

**Martin J. Bienenstock, Esq.**
**Judy G.Z Liu, Esq.**
**Timothy Q. Karcher, Esq.**
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

**Hollace T. Cohen, Esq.**
**Paul H. Deutch, Esq.**
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**Michael Rosenthal, Esq.**
**Janet M. Weiss, Esq.**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

**Michael B. Hopkins, Esq.**
**Dianne F. Coffino, Esq.**
**Amanda Raboy, Esq.**
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

**James J. McGinley**
Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, New York 10022

**Julie J. Becker**
Wilmington Trust FSB
8400 Normandale Lake Blvd., Suite 925
Bloomington, Minnesota 55437

**Paul A Rachmuth, Esq**.
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

**Carren Shulman, Esq.**
**Russell Reid, Esq.**
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112

**Edward J. LoBello, Esq.**
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**Sydney G. Platzer, Esq.**
Platzer, Swergold, Karlin, Levine, Goldberg
& Jaslow, LLP
Counsel for 250 East Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018

**Ira L. Herman, Esq.**
**Demetra L. Liggins, Esq.**
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022

**Rhett G. Campbell**
**Mitchell E. Ayer**
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

**David M. Bennett, Esq.**
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

**P. Bruce Wright, Esq.**
**Elizabeth Page Smith, Esq.**
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

**Peter Alan Zisser, Esq.**
Holland & Knight, LLP
195 Broadway
New York, NY 10007

**Richard E. Lear, Esq.**
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006

**Mark A. Speiser, Esq.**
**Sherry J. Millman, Esq.**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

**Kay Standridge Kress, Esq.**
**Deborah Kovsky-Apap, Esq.**
PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

**Audrey D. Wisotsky, Esq.**
PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276

**Israel Dahan, Esq.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

**Shari D. Leventhal**
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045

**Marc Abrams, Esq.**
**Shelley Chapman, Esq.**
**Benito Romano, Esq.**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Matthew Allen Cantor, Esq.**
Normandy Hill Capital L.P.
150 East 52nd Street
10th floor
New York, NY 10022

**David D. Ferguson, Esq.**
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112

**Joseph E. Shickich, Jr., Esq.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

**Dennis F. Dunne**
**Dennis O'Donnell**
**Evan Fleck**
**Luc A. Despins**
**Wilbur F. Foster, Jr**.
MILBANK, TWEED, HADLEY &
McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005

**Gregory A. Bray**
MILBANK, TWEED, HADLEY &
McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

| | |
|---|---|
| **Patrick L. Hayden**<br>McGUIREWOODS LLP<br>1345 Avenue of the Americas<br>Seventh Floor<br>New York, NY 10105 | **Keith A. Simon, Esq.**<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, New York 10022 |
| **Dion W. Hayes**<br>McGUIREWOODS LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219 | **David S. Heller, Esq.**<br>**J. Douglas Bacon, Esq.**<br>Latham & Watkins LLP<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, Illinois 60606 |
| **Eduardo J. Glas, Esq.**<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4096 | **My Chi To, Esq.**<br>**Maureen Cronin, Esq.**<br>Debevoise & Plimpton LLP<br>919 Third Avenue<br>New York, New York 10022 |
| **Katharine L. Mayer, Esq.**<br>McCarter & English, LLP<br>Renaissance Centre<br>405 North King Street<br>Wilmington, DE 19801 | **Howard Seife, Esq.**<br>**David LeMay Esq.**<br>**Andrew Rosenblatt, Esq.**<br>CHADBOURNE & PARKE LLP<br>30 Rockefeller Plaza<br>New York, New York 10112 |
| **Thomas R. Slome, Esq.**<br>Meyer, Suozzi, English & Klein, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, New York 11530 | **Martin J. Bienenstock, Esq.**<br>**Irena M. Goldstein, Esq.**<br>**William C. Heuer, Esq.**<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6092 |
| **J. Fred Berg, Jr., Esq.**<br>Russin, Vecchi, Berg & Bernstein LLP<br>380 Lexington Avenue, Suite 1518<br>New York, NY 10168 | **Jeffrey S. Sabin, Esq.**<br>**Ronald J. Silverman, Esq.**<br>**Steven Wilamowsky, Esq.**<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| **Michael J. Edelman, Esq.**<br>**Erin Zavalkoff-Babej, Esq.**<br>Vedder Price P.C.<br>1633 Broadway, 47th Floor<br>New York, New York 10019 | **P. Sabin Willett, Esq.**<br>BINGHAM McCUTCHEN LLP<br>One Federal Street<br>Boston, MA 02110-1726 |
| **Lisa Roberts, Esq.**<br>Pursuit Partners<br>333 Ludlow Street, North Tower<br>4th Floor<br>Stamford, CT 0690 | |

| | |
|---|---|
| **Christopher A. Ward**<br>Polsinelli Shalton Flanigan Suelthaus PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 | **Andrew C. Lourie, Esq.**<br>Kobre & Kim LLP<br>1919 M Street, N.W.<br>Washington, D.C. 20036 |
| **Daniel J. Flanigan, Esq.**<br>**James E. Bird, Esq.**<br>Polsinelli Shalton Flanigan Suelthaus PC<br>7 Penn Plaza, Suite 600<br>New York, New York 10001 | **Jeffery S. Sabin, Esq.**<br>**Ronald J. Silverman, Esq.**<br>**Steven Wilamowsky, Esq.**<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| **Madlyn Gleich Primoff, Esq.**<br>**Scott D. Talmadge, Esq.**<br>**Lauren Attard, Esq.**<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | **P. Sabin Willett, Esq.**<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726 |
| **Walter Benzija, Esq.**<br>**Julie D. Dyas, Esq.**<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022 | **Christopher R. Belmonte, Esq.**<br>**Timothy T. Brock, Esq.**<br>**Pamela A. Bosswick, Esq.**<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169-0079 |
| **Robert M. Hirsh, Esq.**<br>**George P. Angelich, Esq.**<br>ARENT FOX LLP<br>1675 Broadway<br>New York, New York 10019 | **DAVID N. RAVIN, Esq.**<br>**ROBERT E. NIES, Esq.**<br>Wolff & Samson PC<br>Offices At Crystal Lake<br>One Boland Drive<br>West Orange, NJ 07052 |
| **Antonia Golianopoulos, Esq.**<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019 | **L. Matt Wilson, Esq.**<br>THE WILSON LAW FIRM, P.C.<br>Suite 3250 Atlanta Plaza<br>950 East Paces Ferry Road<br>Atlanta, GA 30326 |
| **Michael S. Kim, Esq.**<br>**Robert W. Henoch, Esq.**<br>**Steven W. Perlstein, Esq.**<br>**Ian N. Levy, Esq.**<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022 | **Robert M. Fleischer, Esq.**<br>**Mark R. Jacobs, Esq.**<br>**David C. Rose, Esq.**<br>PRYOR CASHMAN LLP<br>410 Park Avenue<br>New York, New York 10022 |

**Charles J. Filardi, Jr., Esq.**
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510

**David M. Friedman, Esq.**
**David S. Rosner, Esq.**
**Andrew K. Glen**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**Martin Jefferson Davis**
Senior Trial Attorney
Office of Thrift Supervision
Northeast Region
Harborside Financial Center Plaza Five
Jersey City, New Jersey 07311

**Dirk S. Roberts**
SDNY Bar No. DR 8331
Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G Street, N.W.
Washington, D.C. 20552

**William F. Taylor, Jr., Esquire**
McCarter & English, LLP
Renaissance Centre, 8th Floor
405 North King Street
Wilmington, DE 19801

**Aaron L. Hammer, Esq.**
**Devon J. Eggert, Esq.**
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Ilinois 60606-6677

**Steven N. Cousins, Esq.**
**Susan K. Ehlers, Esq.**
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740

**Claude Montgomery, Esq.**
**Lee Whidden, Esq.**
Salans
620 Fifth Ave
New York, NY 10020

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

**Bryan Corey, Esq.**
Green Tree Servicing LLC
345 St. Peter Street
1100 Landmark Towers
Saint Paul, MN 55102-1639

**Russell L. Munsch**
Munsch Hardt Kopf & Harr, P.C.
One American Center
600 Congress Avenue, Suite 2900
Austin, TX 78701-3057

**Kevin M. Lippman**
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

**Jonathan I. Rabinowitz, Esq.**
Rabinowitz, Lubetkin & Tulley L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

**Ira M. Levee, Esq.**
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020

**Diane W. Sanders**
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760

**James E. Spiotto**
**Ann E. Acker**
**Franklin H. Top, III**
**James Heiser**
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603

**Timothy F. Nixon, Esq.**
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202

**Kurt F. Gwynne, Esq.**
**J. Cory Falgowski, Esq.**
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**Luma Al-Shibib**
Reed Smith LLP
599 Lexington Avenue
30th Floor
New York, NY 10022

**Carey D. Schreiber**
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193
**Daniel J. McGuire**
**Myja K. Kjaer**
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601

**Monique L. Morreale, Esq.**
The Bank of Tokyo-Mitsubishi UFJ, Lts.
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael S. Stamer**
**Philip C. Dublin**
**Meredith A. Lahaie**
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524

**Mark C. Ellenberg, Esq.**
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC 20004

**George Kielman**
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive – MS202
McLean, Virginia 22102

**Karen E. Wagner**
**Abraham Gesser**
**James I. McClammy**
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017

**John F. Carberry, Esq.**
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901

**Darryl S. Laddin**
**Frank N. White**
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031

**Robert K. Malone, Esq.**
**Douglas J. McGill, Esq.**
Drinker Biddle & Reath LLP
500 Campus Dr.
Florham Park, NJ 07932-1047

**Amanda Darwin**
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110

**Christopher M. Desiderio**
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022

**Andrew M. Cuomo**
Attorney General of the
State of New York
Attorney for The New York State
Department of Taxation and Finance
**Attn: Neal S. Mann**
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271

**Dov Kleiner**
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103

**Amy Wolf, Esq.**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

**Michael Benner, Esq.**
**Ann Menard, Esq.**
**Bradley Turk, Esq.**
**Ned Bannon**
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111

**Timothy J. Korzun, Esq.**
Sheak & Korzun, P.C.
1 Washington Crossing Road
Pennington, NJ 08534

**Kenneth A. Rosen, Esq.**
**Vincent A. D'Agostino, Esq.**
**Eric H. Horn**
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068

**Ethan Schwartz**
Contrarian Capital Management, L.L.C.
411 West Putman Avenue, Suite 425
Greenwich, CT 06830