WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Gerard Uzzi (GU 2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Thomas E Lauria (Admission *Pro Hac Vice* Pending)

ATTORNEYS FOR
DNB NOR BANK ASA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    08-13555 (JMP)
                                                               :
           Debtors.                                            :    Jointly Administered
                                                               :
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**


STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

      John Weber, being duly sworn, deposes and says: that he resides in Harrison, New York; that he is over the age of twenty-one (21) years of age; and that he is not a party to this proceeding.

      On September 30, 2008 deponent caused a true and correct copy of the Motion of BND NOR Bank ASA for Entry of (I) An Order Pursuant to 11 U.S.C. Section 362(d) and Fed. R. Bankr. P. 4001 Granting Relief from the Automatic Stay to Effect Setoff or, In the

Alternative, (II) An Order Pursuant to 11 U.S.C. Sections 361 and 506(a) Requiring the Debtors to Provide Adequate Protection with Exhibits A, B, and a Proposed Order as well as a Notice of Hearing regarding above motion of White & Case LLP to be served electronically through the Court's ECF System on parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on all other parties, as listed below.

      /s/ John Weber
      John Weber

Sworn to before me this 1st
day of October, 2008

/s/ Elizabeth Anne Arundel
Notary Public, State of New York
No. 01AR6182807 Qualified in New York County
Certificate Filed in New York County
Commission Expires March 10, 2012

| | |
|---|---|
| **Honorable James M. Peck**<br>Clerk, United States Bankruptcy Court<br>One Bowling Green<br>New York, NY 10153 | **Harvey A. Strickon, Esq.**<br>PAUL, HASTINGS, JANOFSKY &<br>WALKER LLP<br>75 East 55th Street<br>New York, NY 10022-3205 |
| **Harvey R. Miller, Esq.**<br>**Jacqueline Marcus, Esq.**<br>**Shai Waisman, Esq.**<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000<br>Fax : (212) 310-8007 | **Frank F. McGinn**<br>Barlett Hackett Feinberg P.C.<br>155 Federal Street<br>9th Floor<br>Boston, MA 02110<br><br>**Richard B. Levin, Esq.**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| **Andy Velez-Rivera**<br>**Paul Schwartzberg**<br>**Brian Masumoto**<br>**Linda Riffkin**<br>**Tracy Hope Davis**<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(212) 510-0500 | **George Rosenberg, Esq.**<br>Arapahoe County Attorney's Office<br>5334 S. Prince Street<br>Littleton, CO 80166<br><br>**Elizabeth Weller, Esq.**<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201-2691 |
| *Claims and Noticing Agent*<br>**Epiq Bankruptcy Solutions, LLC Claims Agent**<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | **Harold S. Novikoff, Esq.**<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, NY 10019 |
| **Andrea Sheehan, Esq**.<br>LAW OFFICES OF ROBERT E. LUNA, P.C.<br>4411 N. Central Expressway<br>Dallas, Texas 75205 | **George A. Davis, Esq.**<br>Cadwalader Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| **James S. Carr, Esq.**<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, New York 10178 | **Brian Trust, Esq.**<br>**Jeffrey G. Tougas, Esq.**<br>**Frederick D. Hyman, Esq.**<br>**Amit Trehan, Esq.**<br>Mayer Brown LLP<br>1675 Broadway<br>New York, NY 10019 |

<div style="column-count:2">

**Thomas S. Kiriakos, Esq.**
**Melissa A. Mickey, Esq.**
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**Howard R. Hawkins, Jr. Esq.**
**Hanh V. Huynh, Esq.**
**Ellen M. Halstead, Esq.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

**James F. Wallack, Esq.**
**Douglas B. Rosner, Esq.**
**Gregory O. Kaden, Esq.**
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

**James H. Shenwick, Esq.**
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, New York 10017

**Charles R. Ekberg, Esq.**
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

**Martin J. Bienenstock, Esq.**
**Judy G.Z Liu, Esq.**
**Timothy Q. Karcher, Esq.**
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

**Hollace T. Cohen, Esq.**
**Paul H. Deutch, Esq.**
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

**Michael Rosenthal, Esq.**
**Janet M. Weiss, Esq.**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

**Michael B. Hopkins, Esq.**
**Dianne F. Coffino, Esq.**
**Amanda Raboy, Esq.**
Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

**James J. McGinley**
Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, New York 10022

**Julie J. Becker**
Wilmington Trust FSB
8400 Normandale Lake Blvd., Suite 925
Bloomington, Minnesota 55437

**Paul A Rachmuth, Esq**.
Reed Smith LLP
599 Lexington Avenue
New York, New York 10022

**Carren Shulman, Esq.**
**Russell Reid, Esq.**
Sheppard, Mullin, Richter & Hampton, LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112

**Edward J. LoBello, Esq.**
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

</div>

**Sydney G. Platzer, Esq.**
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
Counsel for 250 East Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018

**Ira L. Herman, Esq.**
**Demetra L. Liggins, Esq.**
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022

**Rhett G. Campbell**
**Mitchell E. Ayer**
Thompson & Knight, LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

**David M. Bennett, Esq.**
Thompson & Knight, LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201-2533

**P. Bruce Wright, Esq.**
**Elizabeth Page Smith, Esq.**
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019

**Peter Alan Zisser, Esq.**
Holland & Knight, LLP
195 Broadway
New York, NY 10007

**Richard E. Lear, Esq.**
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, DC 20006

**Mark A. Speiser, Esq.**
**Sherry J. Millman, Esq.**
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038

**Kay Standridge Kress, Esq.**
**Deborah Kovsky-Apap, Esq.**
PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

**Audrey D. Wisotsky, Esq.**
PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276

**Israel Dahan, Esq.**
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281

**Shari D. Leventhal**
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045

**Marc Abrams, Esq.**
**Shelley Chapman, Esq.**
**Benito Romano, Esq.**
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

**Matthew Allen Cantor, Esq.**
Normandy Hill Capital L.P.
150 East 52nd Street
10th floor
New York, NY 10022

**David D. Ferguson, Esq.**
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112

**Joseph E. Shickich, Jr., Esq.**
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

**Dennis F. Dunne**
**Dennis O'Donnell**
**Evan Fleck**
**Luc A. Despins**
**Wilbur F. Foster, Jr**.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005

**Gregory A. Bray**
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

**Patrick L. Hayden**
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105

**Dion W. Hayes**
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219

**Eduardo J. Glas, Esq.**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4096

**Katharine L. Mayer, Esq.**
McCarter & English, LLP
Renaissance Centre
405 North King Street
Wilmington, DE 19801

**Thomas R. Slome, Esq.**
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, New York 11530

**J. Fred Berg, Jr., Esq.**
Russin, Vecchi, Berg & Bernstein LLP
380 Lexington Avenue, Suite 1518
New York, NY 10168

**Michael J. Edelman, Esq.**
**Erin Zavalkoff-Babej, Esq.**
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019

**Lisa Roberts, Esq.**
Pursuit Partners
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902

**Keith A. Simon, Esq.**
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

**David S. Heller, Esq.**
**J. Douglas Bacon, Esq.**
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, Illinois 60606

**My Chi To, Esq.**
**Maureen Cronin, Esq.**
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022

**Howard Seife, Esq.**
**David LeMay Esq.**
**Andrew Rosenblatt, Esq.**
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112

| | |
|---|---|
| **Martin J. Bienenstock, Esq.**<br>**Irena M. Goldstein, Esq.**<br>**William C. Heuer, Esq.**<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6092 | **Robert M. Hirsh, Esq.**<br>**George P. Angelich, Esq.**<br>ARENT FOX LLP<br>1675 Broadway<br>New York, New York 10019 |
| **Jeffrey S. Sabin, Esq.**<br>**Ronald J. Silverman, Esq.**<br>**Steven Wilamowsky, Esq.**<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, NY 10022-4689 | **Antonia Golianopoulos, Esq.**<br>MAYER BROWN LLP<br>1675 Broadway<br>New York, NY 10019 |
| **P. Sabin Willett, Esq.**<br>BINGHAM McCUTCHEN LLP<br>One Federal Street<br>Boston, MA 02110-1726 | **Michael S. Kim, Esq.**<br>**Robert W. Henoch, Esq.**<br>**Steven W. Perlstein, Esq.**<br>**Ian N. Levy, Esq.**<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, New York 10022 |
| **Christopher A. Ward**<br>Polsinelli Shalton Flanigan Suelthaus PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801 | **Andrew C. Lourie, Esq.**<br>Kobre & Kim LLP<br>1919 M Street, N.W.<br>Washington, D.C. 20036 |
| **Daniel J. Flanigan, Esq.**<br>**James E. Bird, Esq.**<br>Polsinelli Shalton Flanigan Suelthaus PC<br>7 Penn Plaza, Suite 600<br>New York, New York 10001 | **Jeffery S. Sabin, Esq.**<br>**Ronald J. Silverman, Esq.**<br>**Steven Wilamowsky, Esq.**<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689 |
| **Madlyn Gleich Primoff, Esq.**<br>**Scott D. Talmadge, Esq.**<br>**Lauren Attard, Esq.**<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022 | **P. Sabin Willett, Esq.**<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726 |
| **Walter Benzija, Esq.**<br>**Julie D. Dyas, Esq.**<br>HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, New York 10022 | **Christopher R. Belmonte, Esq.**<br>**Timothy T. Brock, Esq.**<br>**Pamela A. Bosswick, Esq.**<br>Satterlee Stephens Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169-0079 |

**DAVID N. RAVIN, Esq.**
**ROBERT E. NIES, Esq.**
Wolff & Samson PC
Offices At Crystal Lake
One Boland Drive
West Orange, NJ 07052

**L. Matt Wilson, Esq.**
THE WILSON LAW FIRM, P.C.
Suite 3250 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

**Robert M. Fleischer, Esq.**
**Mark R. Jacobs, Esq.**
**David C. Rose, Esq.**
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York 10022

**Charles J. Filardi, Jr., Esq.**
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510

**David M. Friedman, Esq.**
**David S. Rosner, Esq.**
**Andrew K. Glen**
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

**Martin Jefferson Davis**
Senior Trial Attorney
Office of Thrift Supervision
Northeast Region
Harborside Financial Center Plaza Five
Jersey City, New Jersey 07311

**Dirk S. Roberts**
SDNY Bar No. DR 8331
Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G Street, N.W.
Washington, D.C. 20552

**William F. Taylor, Jr., Esquire**
McCarter & English, LLP
Renaissance Centre, 8th Floor
405 North King Street
Wilmington, DE 19801

**Aaron L. Hammer, Esq.**
**Devon J. Eggert, Esq.**
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Ilinois 60606-6677

**Steven N. Cousins, Esq.**
**Susan K. Ehlers, Esq.**
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740

**Claude Montgomery, Esq.**
**Lee Whidden, Esq.**
Salans
620 Fifth Ave
New York, NY 10020

**John P. Dillman**
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street Suite 1600
Dallas, TX 75201

**Bryan Corey, Esq.**
Green Tree Servicing LLC
345 St. Peter Street
1100 Landmark Towers
Saint Paul, MN 55102-1639

**Russell L. Munsch**
Munsch Hardt Kopf & Harr, P.C.
One American Center
600 Congress Avenue, Suite 2900
Austin, TX 78701-3057

**Kevin M. Lippman**
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

**Jonathan I. Rabinowitz, Esq.**
Rabinowitz, Lubetkin & Tulley L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

**Ira M. Levee, Esq.**
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020

**Diane W. Sanders**
LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760

**James E. Spiotto**
**Ann E. Acker**
**Franklin H. Top, III**
**James Heiser**
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603

**Timothy F. Nixon, Esq.**
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202

**Kurt F. Gwynne, Esq.**
**J. Cory Falgowski, Esq.**
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

**Luma Al-Shibib**
Reed Smith LLP
599 Lexington Avenue
30th Floor
New York, NY 10022

**Carey D. Schreiber**
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193

**Daniel J. McGuire**
**Myja K. Kjaer**
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601

**Monique L. Morreale, Esq.**
The Bank of Tokyo-Mitsubishi UFJ, Lts.
1251 Avenue of the Americas
New York, NY 10020-1104

**Michael S. Stamer**
**Philip C. Dublin**
**Meredith A. Lahaie**
AKIN GUMP STRAUSS HAUER &
FELD LLP
590 Madison Avenue
New York, New York 10022-2524

**Mark C. Ellenberg, Esq.**
CADWALADER, WICKERSHAM &
TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC 20004

<div style="column-count:2">

**George Kielman**
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive – MS202
McLean, Virginia 22102

**Karen E. Wagner**
**Abraham Gesser**
**James I. McClammy**
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017

**John F. Carberry, Esq.**
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901

**Darryl S. Laddin**
**Frank N. White**
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031

**Robert K. Malone, Esq.**
**Douglas J. McGill, Esq.**
Drinker Biddle & Reath LLP
500 Campus Dr.
Florham Park, NJ 07932-1047

**Amanda Darwin**
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110

**Christopher M. Desiderio**
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022

**Andrew M. Cuomo**
Attorney General of the
State of New York
Attorney for The New York State
Department of Taxation and Finance
**Attn: Neal S. Mann**
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271

**Dov Kleiner**
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, NY 10103

**Amy Wolf, Esq.**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

**Michael Benner, Esq.**
**Ann Menard, Esq.**
**Bradley Turk, Esq.**
**Ned Bannon**
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111

**Timothy J. Korzun, Esq.**
Sheak & Korzun, P.C.
1 Washington Crossing Road
Pennington, NJ 08534

**Kenneth A. Rosen, Esq.**
**Vincent A. D'Agostino, Esq.**
**Eric H. Horn**
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068

**Ethan Schwartz**
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

</div>

**Jordan A. Wishnew, Esq.**
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104

**Lorenzo Marinuzzi, Esq.**
**Larren M. Nashelsky, Esq.**
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
E-mail: LMarinuzzi@mofo.com
**(Electronic Service Only)**

**Ken Miura, Esq.**
MORI HAMADA & MATSUMOTO
Marunouchi Kitaguchi Building,
1-6-5, Marunouchi, Chiyoda-ku
Tokyo 100-8222, Japan
Email: nissay_10259-0154@mhmjapan.com
**(Electronic Service Only)**

**Masaki Konishi, Esq.**
NAGASHIMA OHNO & TSUNEMATSU
Kioicho Building 3-12, Kioicho
Chiyoda-ku, Tokyo 102-0094, Japan
E-mail: masaki_konishi@noandt.com
**(Electronic Service Only)**

**THE CHUO MITSUI TRUST AND BANKING CO., LTD.**
33-1, Shiba 3-chome,
Minato-ku, Tokyo 105-8574, Japan
Email: Akihiko_Yagyuu@chuomitsui.jp
CMTB_LC11@chuomitsui.jp
**(Electronic Service Only)**

**Lindsee P. Granfield, Esq.**
**Lisa M. Schweitzer, Esq.**
Cleary Gotliebb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

**Robinson B. Lacy, Esq.**
**Hydee R, Feldstein, Esq.**
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

**Bradford E. Dempsey, Esq.**
Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203

**Gabriel Del Virginia, Esq.**
LAW OFFICES OF GABRIEL DEL VIRGINIA
641 Lexington Avenue
21st Floor,
New York, New York 10022.

**Richard J. Stahl, Esq.**
STAHL ZELOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030

**Steven A. Ginther**
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
P.O. Box 475
Jefferson City, MO 65105-0475

**Eric B. Fisher, Esq.**
**Robert Sidorsky, Esq.**
Butzel Long, a professional corporation
380 Madison Avenue
22nd Floor
New York, NY 10017

**Internal Revenue Service**
290 Broadway
New York, NY 10007

**Glenn E. Siegel**
**Donald M. Badaczewski**
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036

**Eliot Cohen**
Russell Investments
909 A Street
Tacoma, Washington 98402-5120

**Mark W. Deveno**
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103

**Edward P. Zujkowski, Esq.**
Emmet, Marvin & Martin, LLP
120 Broadway
New York, NY 10271

**Frederick B. Polak, Esq.**
Post, Polak, Goodshell, MacNeill & Strauchler, P.A.
575 Madison Avenue
New York, NY 10022

**Michael S. Stamer**
**Philip. C. Dublin**
**Abid Qureshi**
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022

**Raniero D'Aversa, Jr.**
**Courtney M. Rogers**
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**Shawn M. Christianson, Esq.**
BUCHALTER NEMER,
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

**William B. Freeman, Esq.**
PILLSBURY WINTHROP SHAW PITTMAN LLP
Mark D. Houle, Esq.
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5443

**David A. Crichlow, Esq.**
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039

**David N. Crapo, Esq.**
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310