McBREEN & KOPKO
Kenneth A. Reynolds, Esq. (kr-3808)
500 North Broadway, Suite 129
Jericho, New York 11753
Tel.: (516) 364-1095
Fax: 516-364-0612

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS, INC., et al.,

       Debtor.

-----------------------------------------------------X

Chapter 11
Case No.: 08-13555

**NOTICE OF APPEARANCE, DEMAND FOR SERVICE OF PAPERS AND**
**REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE, that the undersigned appear in the above-captioned case on behalf of Executive Fliteways, Inc. ("EFI") and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

    Kenneth A. Reynolds, Esq.
    McBreen & Kopko
    500 North Broadway, Suite 129
    Jericho, New York
    Tel.: (516) 364-1095
    Fax: (516) 364-0612
    E-mail: KReynolds@mklawnyc.com

PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred

to in the above-mentioned Bankruptcy Rules, but also includeds, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive EFI's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoff or recoupments to which EFI is or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: Jericho, New York
September 5, 2008

                                    McBREEN & KOPKO

By:   *s/Kenneth A. Reynolds*
       Kenneth A. Reynolds
       Attorneys for Executive Fliteways, Inc.
       500 North Broadway, Suite 129
       Jericho, New York 11753
       Tel.: (516) 364-1095
       Fax: (516) 364-0612
       E-mail: KReynolds@mklawnyc.com

McBREEN & KOPKO
Kenneth A. Reynolds, Esq. (kr-3808
500 North Broadway, Suite 129
Jericho, New York 11753
(516) 364-1095

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS, INC. et al.,

            Chapter 11
            Case No.: 08-13555

          Debtors.
------------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK )
           ) ss.:
COUNTY OF NASSAU )

  JENNIFER WALSH, being duly sworn, deposes and says:

  I am not a party to the action, am over 18 years of age and reside at Bethpage, New York. On October 1, 2008, I served the Notice of Appearance upon the following parties at their respective addresses on the annexed service list by depositing a true copy in a postpaid, properly addressed envelope by depositing a true copy thereof, enclosed in a wrapper addressed as shown above, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**SEE ANNEXED SERVICE LIST.**

                        _____
                        Jennifer Walsh

Sworn to before me this
1st day of October, 2008

_____
Notary Public

TAMMY L. CARD
Notary Public, State of New York
No. 01CA6146927
Qualified in Nassau County
Commission Expires May 30, 20 10

## SERVICE LIST

The Chambers of the Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, New York 10004

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

Cleary Gotliebb, LLP
One Liberty Plaza
New York, New York 10006

Sullivan & Cromwell, LLP
125 Broad Street
New York, New York 10004