REED SMITH LLP
Luma Al-Shibib, Esq. (LA-4179)
599 Lexington Avenue, 30th Floor
New York, New York 10022
(212) 521-5400
lalshibib@reedsmith.com

    and

Kurt F. Gwynne, Esq.
J. Cory Falgowski, Esq.
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
kgwynne@reedsmith.com
jfalgowski@reedsmith.com

*Attorneys for IKON Office Solutions, Inc. and
GE Capital Information Technology Solutions,
d/b/a IKON Financial Services*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                                               :

**In re:**                                  :   **Chapter 11**

**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*   :   **Case No. 08-13555 (JMP)**

     **Debtors.**                    :

----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Luma Al-Shibib, Esquire, hereby certify that, on the 1st day of October, 2008 I caused true and correct copy of the **OBJECTION OF IKON OFFICE SOLUTIONS, INC. AND GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES TO DEBTORS' MOTION PURSUANT TO SECTIONS 105, 365, AND 554(a) OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE ASSUMPTION AND ASSIGNMENT OR REJECTION OF EXECUTORY**

- 2 -

**CONTRACTS AND UNEXPIRED LEASES OF PERSONAL AND NON-RESIDENTIAL REAL PROPERTY AND ABANDONMENT OF RELATED PERSONAL PROPERTY** to be served upon the addressees on the attached service list in the manner indicated:

By: /s/ Luma Al-Shibib
Luma Al-Shibib (LA-4179)

## SERVICE LIST

| | |
|---|---|
| **VIA HAND DELIVERY & E-MAIL**<br>Andy Velez-Rivera, Esquire<br>Paul Schwartzberg, Esquire<br>Brian Shoichi Masumoto, Esquire<br>Linda Riffkin, Esquire<br>Tracy Hope Davis, Esquire<br>The Office of the Untied States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(U. S. Trustee)<br>E-mail: andy.velezriver@usdoj.gov<br>paul.schwartzberg@usdoj.gov<br>brian.masumoto@usdoj.gov<br>linda.riffkin@usdoj.gov<br>tracy.hopedavis@usdoj.gov | **VIA HAND DELIVERY & E-MAIL**<br>Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(Counsel to Debtors)<br>E-mail: richard.krasnow@weil.com<br>lori.fife@weil.com<br>shai.waisman@weil.com<br>jacqueline.marcus@weil.com |
| **VIA HAND DELIVERY & E-MAIL**<br>James B. Kobak, Esquire<br>David Wiltenburg, Esquire<br>Jeff Margolin, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>(Counsel to James Giddens as SIPA Trustee for Lehman Brothers Inc.)<br>E-mail: kobak@hugheshubbard.com<br>wiltenburg@hugheshubbard.com<br>margolin@hugheshubbard.com | **VIA HAND DELIVERY & E-MAIL**<br>Dennis F. Dunne, Esquire<br>Dennis O'Donnell, Esquire<br>Evan Fleck, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 100005<br>(Counsel to Official Committee of Unsecured Creditors)<br>E-mail: DDunne@milbank.com<br>DODonnell@milbank.com<br>EFleck@milbank.com |
| **VIA HAND DELIVERY & E-MAIL**<br>Lindsee P. Granfield, Esquire<br>Lisa Schweitzer, Esquire<br>Cleary Gottlieb LLP<br>One Liberty Plaza<br>New York, NY 10006<br>(Counsel to Debtors' Postpetition Lenders)<br>E-mail: lgranfield@cgsh.com<br>lschweitzer@cgsh.com | **VIA HAND DELIVERY & E-MAIL**<br>Robinson B. Lacy, Esquire<br>Hydee R. Feldstein, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>(Counsel to Debtors' Postpetition Lenders)<br>E-mail: lacyr@sullcrom.com<br>feldsteinh@sullcrom.com |