MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Ave., 22nd Fl.
Los Angeles, CA 90071-3132
213.612.2500
Richard W. Esterkin

*Attorneys for Intercall, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

## OBJECTION OF INTERCALL, INC. TO DEBTORS' PROPOSED CURE AMOUNT

Intercall, Inc. ("Intercall"), by its undersigned counsel, hereby submits this objection (the "Objection") to the Debtors' proposed cure amount with respect to the assumption and assignment of certain agreements (including all supplements, amendments, addendums, statements and schedules relating thereto) by and between Intercall and the Debtors and/or their affiliates (collectively, the "Intercall Agreement"). In support of the Objection, Intercall respectfully state as follows:

1.  On or about September 20, 2008, the Bankruptcy Court for the Southern District of New York entered the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedures 2002, 6004, and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Leases [Docket No. 258] (the "Sale Order"). The Sale

DB2/20853228.4

Order provided, inter alia, for the assumption and assignment of the Closing Date Contracts[1] in connection with the transfer of the Purchased Assets to the Purchaser, and that counterparties to such Closing Date Contracts shall have until October 3, 2008 to file objections to the Cure Amounts of their respective Closing Date Contracts.

        2.       Intercall objects to the Debtors' proposed Cure Amount of $120.08 for the Intercall Agreement. According to Intercall's books and records, the amount outstanding under the Intercall Agreement for services rendered through and including August 31, 2008 is $51,482.14 (the "Intercall Billed Amount"). In addition to the Intercall Billed Amount, Intercall is owed sums for services rendered from and including September 1, 2008 through September 21, 2008 in an amount that cannot be determined at this time (the "Intercall Unbilled Amount" and, together with the Intercall Billed Amount, the "Intercall Cure"). Intercall will amend this objection when it is able to determine the Intercall Unbilled Amount to state that amount, as well as the total amount of the Intercall Cure. Attached hereto as Exhibit 1 is a copy of a spreadsheet setting forth an accounting of the recent billings and payments under the Intercall Contract. Copies of invoices or other accounting records pertaining to the Intercall Contract may be obtained from the undersigned upon request.

        3.       In addition, to the extent that charges continue to accrue and/or Intercall suffers other pecuniary losses with respect to the Intercall Agreement (including attorneys' fees[2]), Intercall hereby reserve its right to amend the Intercall Cure to reflect such additional

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

[2] The Debtors are required, pursuant to section 365(b)(1) of the Bankruptcy Code, to cure all outstanding defaults under the Intercall Agreement prior to assumption thereof. In conjunction with this duty, the Debtors must compensate Intercall for any actual pecuniary loss, including the payment of attorneys' fees. See 11 U.S.C. §365(b)(1)(B); see also In re Westview 74th St. Drug Corp., 59 B.R. 747, 752-4 (Bankr. S.D.N.Y. 1986); In re Ribs of Greenwich Vill., Inc., 57 B.R. 319, 321 (Bankr. S.D.N.Y. 1986); LJC Corp. v. Boyle, 768 F.2d 1489, 1494-6 (D.C. Cir. 1985); Andrew v. KMR Corp., 17 B.R. 438, 439 (Bankr. 9th Cir. 1982); In re BAB Enterprises, Inc., 100 B.R. 982 (Bankr. W.D. Tenn. 1989).

DB2/20853228.4               2

amounts or to account for adjustments which may not have yet been billed or have not yet become due under the terms of the Intercall Agreement.

      **WHEREFORE**, Intercall respectfully requests that the Court enter an order (i) requiring the Debtors to pay the Intercall Cure, plus any additional amounts or pecuniary losses that hereafter accrue (including reasonable attorneys' fees); and (ii) granting such other and further relief as the Court deems just and proper.

Dated:  Los Angeles, CA  
       October 1, 2008

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By:  /s/ Richard W. Esterkin  
     Richard W. Esterkin, Esq.

300 South Grand Ave., 22nd Fl.  
Los Angeles, CA 90071-3132  
Telephone: 213.612.2500  
Facsimile:  213.612.2501

*Attorneys for Intercall, Inc.*

# EXHIBIT 1

DB2/20853228.4

|  |  | 8/31/2008 Balance | 9/22/2008 Balance |
|---|---|---:|---:|
| **US PIBS** |  |  |  |
| Lehman Brothers | A230680 | 186,848.68 | 55,061.66 |
| Lehman Brothers | A114567 | 6,737.49 | 120.08 |
| Lehman Brothers | A282775 | 971.10 | 907.06 |
| Lehman Brothers | A643468 | 0.16 | 0.16 |
| Lehman Brothers | A603259 | (1,434.54) | (5,952.17) |
| Lehman Brothers IBD | A312138 | (82.19) | (82.19) |
|  |  | **193,040.70** | **50,054.60** |
| **APAC PIBS** |  |  |  |
| Lehman Brothers Japan Inc. | 279278 | 443.73 | 443.73 |
| Lehman Brothers Securities Private | 276143 | 87,984.76 | 639.97 |
| Lehman Brothers Singapore | 279279 | 220.69 | 220.69 |
|  |  | **88,649.18** | **1,304.39** |
| **EMEA PIBS** |  |  |  |
| Lehman Brothers Ltd (Other) | A611869 | 9.15 | 9.15 |
| Lehman Brothers Ltd (UK) | A346233 | 114.00 | 114.00 |
|  |  | **123.15** | **123.15** |
| **GRAND TOTALS** |  | **281,813.03** | **51,482.14** |

**Payments/Credit Memos Posted**

9/11 wire for $64,930.63 and 9/9 wire for $66,856.39
9/10 wire for $6,617.41
9/10 wire for $63.34

9/11 wire for $2,953.93 and 9/9 wire for $1,563.70

Credit memo for $87,344.79 USD posted 9/15/08  ($4,006,641.78 INR)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC. *et al.*,             :    Case No. 08-13555 (JMP)
                                                    :
                        Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

On October 1, 2008, I certify that I caused a true and correct copy of the foregoing *Objection of Intercall, Inc. to Debtors' Proposed Cure Amount* to be served by Federal Express overnight mail service, to the parties identified below:

Attorneys for the Debtors
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife, Esq.
Attn: Shai Y. Waisman, Esq.

Attorneys for the SIPC Trustee
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffrey S. Margolin, Esq.

Attorneys for the Purchaser
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
Attn: Lisa M. Schweitzer, Esq.


/s/ Kizzy Rosenblatt
Kizzy Rosenblatt

DB2/20853228.4