PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Counsel for RCN New York Communications LLC d/b/a RCN Metro Optical Networks*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |
| | : | |

**OBJECTION OF RCN NEW YORK COMMUNICATIONS LLC D/B/A RCN METRO OPTICAL NETWORKS F/K/A CON EDISON COMMUNICATIONS LLC TO CURE AMOUNTS AND OTHER INFORMATION INCLUDED ON THE DEBTORS' LIST OF CLOSING DATE CONTRACTS IN ACCORDANCE WITH THE ORDER UNDER 11 U.S.C. 105(A), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

RCN New York Communications LLC d/b/a RCN Metro Optical Networks f/k/a Con

Edison Communications LLC ("RCN"), by and through its undersigned counsel, hereby files its

objection (the "Objection") to cure amounts and other information included on the List of

Contracts and Leases to be Assumed and Assigned to the Purchaser at Closing (IT) (the

"Contract List") in accordance with the Order Under 11 U.S.C. 105(a), 363, And 365 And

Federal Rules Of Bankruptcy Procedure 2002, 6004 And 6006 Authorizing And Approving (A)

The Sale Of Purchased Assets Free And Clear Of Liens And Other Interests And (B)

Assumption And Assignment Of Executory Contracts And Unexpired Leases (the "Order").  In support of the Objection, RCN respectfully represents as follows:

## **BACKGROUND**

1.      On September 15, (the "Petition Date"), Lehman Brothers Holdings Inc., along with certain affiliated entities (collectively, the "Debtors"), filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court of the Southern District of New York (the "Bankruptcy Court").

2.      The debtors are operating their businesses and managing their properties as debtors in possession pursuant to Bankruptcy Code §§ 1107(a) and 1108.

3.      RCN provides telecommunications equipment and related services to the Debtors pursuant to certain contracts and/or agreements with the Debtors.

4.      On September 18, 2008, the Debtors filed a Notice Of Assumption And Assignment Of, And Amounts Necessary To Cure Defaults Under Contracts And Leases To Be Assumed And Assigned To Successful Bidder (the "Notice") (Docket No. 107).  The Notice refers parties to various Lists and Contracts to be assumed and assigned to the Purchaser at Closing (the "Contract List) on the following website http://chapter11.epiqsystems.com/lehman (the "Website").  The Contract List (updated as of 9/19/08 1:07 AM) makes reference to RCN Contracts as follows:

| Vendor Name | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| CON EDISON | Amendment/Addendum/Schedule | Legal Department | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON | Amendment/Addendum/Schedule | Vice President, Sales | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON | Amendment/Addendum/Schedule | | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |

#10100179 v1

| | | | | |
|---|---|---|---|---|
| CON EDISON | Master Agreement | General Counsel | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON | Amendment/Addendum/Schedule | | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON | Amendment/Addendum/Schedule | Vice President, Sales | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON | Amendment/Addendum/Schedule | General Counsel | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON | Amendment/Addendum/Schedule | | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON | Amendment/Addendum/Schedule | Legal Department | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON | Amendment/Addendum/Schedule | | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON COMMUNICATIONS | Master Agreement | | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| CON EDISON COMMUNICATIONS | Side Letter | | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |
| Con Edison Communications LLC | Master Agreement | | 55 Broad Street 22nd Floor New York, NY 10004 | Unknown |

5.    Additionally, the Debtors set the proposed cure amount at zero ($0.00).

## OBJECTION

6.    RCN objects to the Debtors' description of the RCN contracts to be assumed and assigned as being vague and unintelligible.  RCN believes that the contracts being assigned and assumed are the Master Services Agreement by and between Lehman Brothers Holdings Inc. and Con Edison Communications, LLC (n/k/a RCN New York Communications, LLC) dated October 28, 2005 (Customer #1575) and the Service Orders entered into by the parties in connection with the Master Services Agreement (collectively, the "Contracts").  A list of the Service Orders with corresponding circuit order numbers is attached hereto as Exhibit "A". RCN believes the Contracts have been assumed and assigned and should be substituted for the list published in connection with the Notice.

7.    RCN also objects to the proposed cure amount of $0.00 listed for RCN on the basis that such proposed cure amount does not agree with the amounts reflected on RCN's books and records.

8.    The amount set forth in the Contract List is insufficient to cure the Debtors' monetary default under the Contracts.  The actual amount necessary to cure the Debtors' monetary defaults under the Contracts is $210,667.89.

9.    Section 365 of the Bankruptcy Code requires that, as a condition of a debtor's assumption of any executory contract, that it cure or promptly cure, any monetary defaults under such contract and provide adequate assurance of future performance under such contract.

10.    As reflected in RCN's books and records and as set forth on the attached invoices identified as Exhibit "B", in order to assume and assign the Contracts, the Debtors must pay not less than $210,667.89 in order to cure its monetary defaults.  These invoices reflect RCN's normal business practice of billing its customers at the beginning of the month for services rendered during the month and requiring payment at the end of the month.

11.    Communications regarding this Objection should be made to following counsel for RCN New York Communications LLC:

Paul Eskildsen, Esquire
Vice President and General Counsel
RCN Metro Optical Networks
196 Van Buren Street
Herndon, VA  20170
Tel No. (703) 434-8316
Email:  Paul.Eskildsen@rcn.net

Francis J. Lawall, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103
Tel No. (215) 981-4000
Fax  No. (215) 981-4750
Email:  lawallf@pepperlaw.com

## **RESERVATION OF RIGHTS**

12.    RCN reserves the right to make such other and further objections as may be appropriate.

#10100179 v1

13.    RCN reserves the right to assert an administrative claim for any and all amounts owed by the Debtor for services provided by RCN after the Petition Date.

WHEREFORE, RCN respectfully requests that the Court (i) set the cure amount at $210,667.89 (ii) require the Debtors to cure all defaults under their contracts with RCN, (iii) require the Debtors/purchaser to provide RCN with adequate assurance of future performance and (iv) grant such other and further relief as this Court deems just and proper under the circumstances.

Dated: October 1, 2008                     Respectfully submitted,

                                           PEPPER HAMILTON LLP


                                           /s/ Francis J. Lawall
                                           Francis J. Lawall (FL 0972)
                                           Anne Marie Aaronson (AA 1679)
                                           3000 Two Logan Square
                                           18th & Arch Streets
                                           Philadelphia, PA 19103
                                           Telephone: 215-981-4000
                                           Facsimile: 215-981-4750

                                           Counsel for RCN New York Communications LLC
                                           d/b/a RCN Metro Optical Networks

#10100179 v1

5

# Exhibit A

| Circuit ID | Service Type | MRC | Bill Started / Contract Renewed | Term | Contract Expires |
|---|---|---|---|---|---|
| 12/LXGS/000165/OED | Dark Fiber | $12,000.00 | 5/5/04 | 84 | 5/5/11 |
| 12/LXGS/000184/OED | Dark Fiber | $6,750.00 | 8/30/05 | 120 | 8/30/15 |
| 12/LXGS/000182/OED | Dark Fiber | $6,750.00 | 7/29/05 | 120 | 7/29/15 |
| 12/LXGS/000382/OED | Dark Fiber | $19,800.00 | 8/1/07 | 60 | 8/1/12 |
| 12/LXGS/000239/OED | Dark Fiber | $13,500.00 | 11/22/05 | 60 | 11/22/10 |
| 12/HMSA/000152/OED | Ethernet | $800.00 | 4/9/08 | 12 | 4/9/09 |
| 12/HMSA/000181/OED | Ethernet | $2,900.00 | 8/14/08 | 12 | 8/14/09 |
| 22/LXGS/000009/OED | Dark Fiber | $15,000.00 | 2/26/08 | 60 | 2/26/13 |
| 12/HMSA/000153/OED | Ethernet | $800.00 | 4/2/08 | 12 | 4/2/09 |
| 12/HMSA/000168/OED | Ethernet | $800.00 | 6/3/08 | 12 | 6/3/09 |
| 12/HMST/000112/OED | Ethernet | $4,050.00 | 4/16/08 | 12 | 4/16/09 |
| 12/HMSK/000055/OED | Ethernet | $1,300.00 | 8/5/08 | 24 | 8/5/10 |
| 12/HMST/000134/OED | Ethernet | $4,050.00 | 8/11/08 | 24 | 8/11/10 |
| 22/HMSA/000033/OED | Ethernet | $1,100.00 | 8/5/08 | 24 | 8/5/10 |
| 12/MNXS/000321/OED | Gig Wave | $4,500.00 | 8/14/08 | 12 | 8/14/09 |
| 12/HMSA/000062/OED | Ethernet | $1,000.00 | 11/15/06 | 12 | 11/15/07 |
| 12/HFGS/000115/OED | DS3 | $1,999.00 | 11/28/05 | 12 | 11/28/06 |
| 22/HMSA/000017/OED | Ethernet | $1,388.00 | 1/3/06 | 12 | 1/3/07 |

| A Loc. Address | Z Loc. Address | End User |
|---|---|---|
| 745 7th Ave, Floor 11, NYC | 85 10th Ave, Floor 7, NYC | Lehman to Lehman |
| 745 7th Ave, Floor 22, NYC | 2 Peachtree Hill Rd, Lbby, Livingston, NJ | Lehman to Lehman |
| 70 Hudson St, Floor 11, Jersey City, NJ | 2 Peachtree Hill Rd, Lbby, Livingston, NJ | Lehman to Lehman |
| 27 Commerce Way, Floor 1, Cranford, NJ | 70 Hudson St, Floor 11, Jersey City, NJ | Lehman to Lehman |
| 2 Peachtree Hill Rd, Floor 2, Livingston, NJ | 27 Commerce Way, Floor 1, Cranford, NJ | Lehman to Lehman |
| 2 Peachtree Hill Rd, Floor 2, Livingston, NJ | 300 Blvd East, Floor 2, Weehawken, NJ | Savvis |
| 300 Blvd East, Floor 2, Weehawken, NJ | 1400 Federal Blvd, Floor 1, Carteret, NJ | NASDAQ |
| 27 Commerce Way, Floor 1, Cranford, NJ | 40 Corporate Pl, Floor 1, Piscataway, NJ | Lehman to Lehman |
| 27 Commerce Way, Floor 1, Cranford, NJ | 300 Blvd East, Floor 2, Weehawken, NJ | Savvis |
| 27 Commerce Way, Floor 1, Cranford, NJ | 300 Blvd East, Floor 2, Weehawken, NJ | Savvis |
| 2 Peachtree Hill Rd, Floor 2, Livingston, NJ | 400 S. LaSalle, Floor 2, Chicago, IL | CBOE |
| 2 Peachtree Hill Rd, Floor 2, Livingston, NJ | 1400 Federal Blvd, Floor 1, Carteret, NJ | NASDAQ |
| 27 Commerce Way, Floor 1, Cranford, NJ | 100 S. Wacker Dr, Floor 20, Chicago, IL | Townsend Analytics |
| 2 Peachtree Hill Rd, Floor 2, Livingston, NJ | 60 Hudson St, Floor 9, NYC | Telx |
| 300 Blvd East, Floor 2, Weehawken, NJ | 1400 Federal Blvd, Floor 1, Carteret, NJ | NASDAQ |
| 85 10th Ave, Floor 7, NYC | 20 Broad St, Floor 4, NYC | NYSE |
| 85 10th Ave, Floor 7, NYC | 666 5th Ave, Floor 7, NYC | Millennium Partners |
| 85 10th Ave, Floor 7, NYC | 1900 Market St, Floor 2, Philadelphia, PA | Philadelphia Stock Exchange |

**Comments**

**Exhibit B**

2200 West Park Drive
Westborough, MA 01581-3961

| **Invoice** | |
| --- | --- |
| *Consolidated Invoice #*<br>2862 | |
| *Invoice Date*<br>01-AUG-08 | |
| *Payment Due Date*<br>31-AUG-08 | |
| *Terms*<br>30 NET | |
| *Customer #*<br>1575 | |
| *Purchase Order #* | |
| *Account Manager* | |
| Page 1 of 5 | |

LEHMAN BROTHERS
ATTN: ACCOUNTS PAYABLE
13 Berkshire Rd
Sandy Hook, CT 06482

Remit To:
RCN Metro Optical Networks
P O Box 644444
PITTSBURGH, PA 15264-4444

## ACCOUNT SUMMARY - AUGUST 2008

| | |
| --- | --- |
| *Beginning Balance* | *$93,261.71* |
| Total Payments  -- Thank You | $(93,261.71) |
| Total Current Charges | $90,584.94 |
| **Total Amount Due** | **$90,584.94** |

*Monthly charges are billed in advance. Partial monthly charges will be applied if services begin in the middle of a billing period.*
*Services provided by RCN New York Communications LLC d/b/a RCN Metro Optical Networks.*

*For billing questions, please call (888) 750-0712 or email cam@rcnmetro.com*

*Please detach and include the remittance slip below with your mailed payment - Thank you!*



| **Total Amount Due** | $90,584.94 |
| --- | --- |
| **Amount Enclosed** | $ |

**Customer: LEHMAN BROTHERS**

Customer #:              1575
Consolidated Invoice #:   2862

RCN Metro Optical Networks
P O Box  644444
PITTSBURGH, PA 15264-4444

0000157500000000286200000905849408

**This page intentionally left blank**

| **Invoice** |
| :--- |
| *Consolidated Invoice #*<br>2862 |
| *Invoice Date*<br>01-AUG-08 |
| *Customer #*<br>1575 |
| Page 3 of 5 |

**Customer: LEHMAN BROTHERS**

| Line | Item Description | Service Period | Amount |
| :--- | :--- | :--- | ---: |
| 1 | Ref #: ORIG INVOICE #:8001092<br>12/LXGS/000239/OED<br>DARK FIBER LEASE - MONTHLY - 5 YR<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 27 COMMERCE WAY,<br>CRANFORD,NJ | 01-AUG-08 to 31-AUG-08 | $13,500.00 |
| 2 | Ref #: ORIG INVOICE #:8001091<br>12/LXGS/000182/OED<br>DARK FIBER LEASE - MONTHLY - 10 YR<br>70 HUDSON STREET, JERSEY CITY,NJ to 2 PEACH HILL ROAD,<br>LIVINGSTON,NJ | 01-AUG-08 to 31-AUG-08 | $6,750.00 |
| 3 | Ref #: ORIG INVOICE #:8001089<br>12/HFGS/000115/OED<br>ENTERPRISE-DS3 TRANSPORT-1 YEAR<br>85 10TH AVENUE, NEW YORK,NY to 666 5TH AVENUE, NEW<br>YORK,NY | 01-AUG-08 to 31-AUG-08 | $1,999.00 |
| 4 | Ref #: ORIG INVOICE #:8001090<br>12/HMSA/000062/OED<br>CIRCUIT- ETHERNET<br>85 10TH AVENUE, NEW YORK,NY to 20 BROAD STREET, NEW<br>YORK,NY<br>Purchase Order #:TSR#898969 | 01-AUG-08 to 31-AUG-08 | $1,000.00 |
| 5 | Ref #: ORIG INVOICE #:8001091<br>12/LXGS/000382/OED<br>DARK FIBER LEASE - MONTHLY - 5 YR<br>27 COMMERCE WAY, CRANFORD,NJ to 70 HUDSON STREET,<br>JERSEY CITY,NJ | 01-AUG-08 to 31-AUG-08 | $19,800.00 |
| 6 | Ref #: ORIG INVOICE #:8001090<br>12/HMSA/000152/OED<br>CIRCUIT- ETHERNET<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 300 BLVD EAST,<br>WEEHAWKEN,NJ | 01-AUG-08 to 31-AUG-08 | $800.00 |
| 7 | Ref #: ORIG INVOICE #:8001089<br>22/HMSA/000017/OED<br>INTERSTATE TRANSPORT ETHERNET CKT<br>27 COMMERCE WAY, CRANFORD,NJ to 1900 MARKET ST,<br>PHILADELPHIA,PA<br>Purchase Order #:MNYP0502353 | 01-AUG-08 to 31-AUG-08 | $1,388.00 |

**(Continued on next page)**

| | **Invoice** |
|---|---|
| | *Consolidated Invoice #*<br>2862 |
| **Customer: LEHMAN BROTHERS** | *Invoice Date*<br>01-AUG-08 |
| | *Customer #*<br>1575 |
| | Page 4 of 5 |

| Line | Item Description | Service Period | Amount |
|---|---|---|---|
| 8 | Ref #: ORIG INVOICE #:8001091<br>22/LXGS/000009/OED<br>DARK FIBER LEASE - MONTHLY - 5 YR<br>27 COMMERCE WAY, CRANFORD,NJ to 40 CORPORATE PLACE,<br>PISCATAWAY,NJ | 01-AUG-08 to 31-AUG-08 | $15,000.00 |
| 9 | Ref #: ORIG INVOICE #:8001090<br>12/HMSA/000153/OED<br>CIRCUIT- ETHERNET<br>27 COMMERCE WAY, CRANFORD,NJ to 300 BLVD EAST,<br>WEEHAWKEN,NJ<br>Purchase Order #:JCNJP0800065 | 01-AUG-08 to 31-AUG-08 | $800.00 |
| 10 | Ref #: ORIG INVOICE #:8001090<br>12/HMSA/000168/OED<br>CIRCUIT- ETHERNET<br>27 COMMERCE WAY, CRANFORD,NJ to 300 BLVD EAST,<br>WEEHAWKEN,NJ | 01-AUG-08 to 31-AUG-08 | $800.00 |
| 11 | Ref #: ORIG INVOICE #:8001090<br>12/HMST/000112/OED<br>INTERSTATE TRANSPORT ETHERNET CKT<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 400 LASALLE ST,<br>CHICAGO,IL | 01-AUG-08 to 31-AUG-08 | $4,050.00 |
| 12 | Ref #: ORIG INVOICE #:8001090<br>12/LXGS/000165/OED<br>DARK FIBER LEASE - MONTHLY - 5 YR<br>745 7TH AVENUE, NEW YORK,NY to 85 10TH AVENUE, NEW<br>YORK,NY | 01-AUG-08 to 31-AUG-08 | $12,000.00 |
| 13 | Ref #: ORIG INVOICE #:8001090<br>12/LXGS/000184/OED<br>INTERSTATE DARK FIBER CIRCUIT<br>745 7TH AVENUE, NEW YORK,NY to 2 PEACH HILL ROAD,<br>LIVINGSTON,NJ | 01-AUG-08 to 31-AUG-08 | $6,750.00 |
| | **TOTAL SERVICES THIS PERIOD** | | **$84,637.00** |

| **Invoice** | |
|---|---|
| Consolidated Invoice # | |
| 2862 | |
| Invoice Date | |
| 01-AUG-08 | |
| Customer # | |
| 1575 | |
| Page 5 of 5 | |

**Customer: LEHMAN BROTHERS**

## TAXES, FEES AND SURCHARGES

| | |
|---|---|
| Fed USF Assessment | $619.94 |
| MTA Tax Surcharge | $18.82 |
| NJ Sales Tax | $4,469.78 |
| NY State & Local Sales Tax | $264.86 |
| NY State Gross Revenue Surcharge | $79.06 |
| NYC Excise Tax | $74.32 |
| PA Local Sales Tax | $8.08 |
| PA Sales Tax | $48.47 |
| Simplified Municipal Telecom Tax | $157.91 |
| State & Local Tax | $206.70 |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$5,947.94** |
| **TOTAL CURRENT CHARGES** | **$90,584.94** |

## PAYMENTS

| | |
|---|---|
| Payment PNC Lockbox received on 25-JUL-08 | $93,261.71 |
| **TOTAL PAYMENTS** | **$93,261.71** |

2200 West Park Drive
Westborough, MA 01581-3961

LEHMAN BROTHERS
ATTN: ACCOUNTS PAYABLE
13 Berkshire Rd
Sandy Hook, CT 06482

| **Invoice** | |
|---|---|
| *Consolidated Invoice #* | |
| 4162 | |
| *Invoice Date* | |
| 01-SEP-08 | |
| *Payment Due Date* | |
| 30-SEP-08 | |
| *Terms* | |
| 30 NET | |
| *Customer #* | |
| 1575 | |
| *Purchase Order #* | |
| | |
| *Account Manager* | |
| | |
| Page 1 of 7 | |

**Remit To:**
RCN Metro Optical Networks
P O Box 644444
PITTSBURGH, PA 15264-4444

## ACCOUNT SUMMARY - SEPTEMBER

| | |
|---|---|
| *Beginning Balance* | *$90,584.94* |
| Total Payments | $0.00 |
| Total Current Charges | $120,082.95 |
| **Total Amount Due** | **$210,667.89** |

*Monthly charges are billed in advance. Partial monthly charges will be applied if services begin in the middle of a billing period.*
*Services provided by RCN New York Communications LLC d/b/a RCN Metro Optical Networks.*

*For billing questions, please call (888) 750-0712 or email cam@rcnmetro.com*

*Please detach and include the remittance slip below with your mailed payment - Thank you!*



| **Total Amount Due** | $210,667.89 |
|---|---|
| **Amount Enclosed** | $ |

**Customer: LEHMAN BROTHERS**

Customer #:          1575
Consolidated Invoice #:   4162

RCN Metro Optical Networks
P O Box 644444
PITTSBURGH, PA 15264-4444

0000157500000000416200002106678909

This page intentionally left blank

| | **Invoice** |
|---|---|
| | Consolidated Invoice #<br>4162 |
| | Invoice Date<br>01-SEP-08 |
| | Customer #<br>1575 |
| | Page 3 of 7 |

**Customer: LEHMAN BROTHERS**

| Line | Item Description | Service Period | Amount |
|---|---|---|---|
| 1 | Ref #: ORIG INVOICE #:8002262<br>12/LXGS/000239/OED<br>DARK FIBER LEASE - MONTHLY - 5 YR<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 27 COMMERCE WAY,<br>CRANFORD,NJ | 01-SEP-08 to 30-SEP-08 | $13,500.00 |
| 2 | Ref #: ORIG INVOICE #:8002261<br>12/LXGS/000182/OED<br>DARK FIBER LEASE - MONTHLY - 10 YR<br>70 HUDSON STREET, JERSEY CITY,NJ to 2 PEACH HILL ROAD,<br>LIVINGSTON,NJ | 01-SEP-08 to 30-SEP-08 | $6,750.00 |
| 3 | Ref #: ORIG INVOICE #:8002260<br>12/HMSA/000062/OED<br>CIRCUIT- ETHERNET<br>85 10TH AVENUE, NEW YORK,NY to 20 BROAD STREET, NEW<br>YORK,NY<br>Purchase Order #:TSR#898969 | 01-SEP-08 to 30-SEP-08 | $1,000.00 |
| 4 | Ref #: ORIG INVOICE #:8002259<br>12/HFGS/000115/OED<br>ENTERPRISE-DS3 TRANSPORT-1 YEAR<br>85 10TH AVENUE, NEW YORK,NY to 666 5TH AVENUE, NEW<br>YORK,NY | 01-SEP-08 to 30-SEP-08 | $1,999.00 |
| 5 | Ref #: ORIG INVOICE #:8002261<br>12/LXGS/000382/OED<br>DARK FIBER LEASE - MONTHLY - 5 YR<br>27 COMMERCE WAY, CRANFORD,NJ to 70 HUDSON STREET,<br>JERSEY CITY,NJ | 01-SEP-08 to 30-SEP-08 | $19,800.00 |
| 6 | Ref #: ORIG INVOICE #:8002260<br>12/HMSA/000152/OED<br>CIRCUIT- ETHERNET<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 300 BLVD EAST,<br>WEEHAWKEN,NJ | 01-SEP-08 to 30-SEP-08 | $800.00 |
| 7 | Ref #: ORIG INVOICE #:8002259<br>12/HMSA/000181/OED<br>Ethernet, Switched - 10MB<br>300 BOULEVARD E, WEEHAWKEN,NJ to 1400 FEDERAL BLVD,<br>CARTERET,NJ<br>Project#:JCNJP0800188 | 14-AUG-08 to 30-SEP-08 | $4,543.33 |

**(Continued on next page)**

| | **Invoice** |
|---|---|
| | *Consolidated Invoice #*<br>4162 |
| | *Invoice Date*<br>01-SEP-08 |
| | *Customer #*<br>1575 |
| | Page 4 of 7 |

**Customer: LEHMAN BROTHERS**

| Line | Item Description | Service Period | Amount |
|---|---|---|---|
| 8 | Ref #: ORIG INVOICE #:8002261<br>22/LXGS/000009/OED<br>DARK FIBER LEASE - MONTHLY - 5 YR<br>27 COMMERCE WAY, CRANFORD,NJ to 40 CORPORATE PLACE,<br>PISCATAWAY,NJ | 01-SEP-08 to 30-SEP-08 | $15,000.00 |
| 9 | Ref #: ORIG INVOICE #:8002260<br>12/HMSA/000153/OED<br>CIRCUIT- ETHERNET<br>27 COMMERCE WAY, CRANFORD,NJ to 300 BLVD EAST,<br>WEEHAWKEN,NJ<br>Purchase Order #:JCNJP0800065 | 01-SEP-08 to 30-SEP-08 | $800.00 |
| 10 | Ref #: ORIG INVOICE #:8002259<br>12/HMSA/000181/OED<br>Installation Services - INSTALL<br>300 BOULEVARD E, WEEHAWKEN,NJ to 1400 FEDERAL BLVD,<br>CARTERET,NJ<br>Project#:JCNJP0800188 | 14-AUG-08 to 14-AUG-08 | $500.00 |
| 11 | Ref #: ORIG INVOICE #:8002260<br>12/HMSA/000168/OED<br>CIRCUIT- ETHERNET<br>27 COMMERCE WAY, CRANFORD,NJ to 300 BLVD EAST,<br>WEEHAWKEN,NJ | 01-SEP-08 to 30-SEP-08 | $800.00 |
| 12 | Ref #: ORIG INVOICE #:8002259<br>12/HMSA/000181/OED<br>Installation Services -  EXPEDITE<br>300 BOULEVARD E, WEEHAWKEN,NJ to 1400 FEDERAL BLVD,<br>CARTERET,NJ<br>Project#:JCNJP0800188 | 14-AUG-08 to 14-AUG-08 | $500.00 |
| 13 | Ref #: ORIG INVOICE #:8002260<br>12/HMST/000112/OED<br>INTERSTATE TRANSPORT ETHERNET CKT<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 400 LASALLE ST,<br>CHICAGO,IL | 01-SEP-08 to 30-SEP-08 | $4,050.00 |
| 14 | Ref #: ORIG INVOICE #:8002259<br>12/HMSK/000055/OED<br>Ethernet, Switched - 20MB<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 1400 FEDERAL BLVD,<br>CARTERET,NJ<br>Project#:JCNJP0800159 | 05-AUG-08 to 30-SEP-08 | $2,426.67 |

**(Continued on next page)**

| | **Invoice** |
|---|---|
| | *Consolidated Invoice #*<br>4162 |
| | *Invoice Date*<br>01-SEP-08 |
| | *Customer #*<br>1575 |
| | Page 5 of 7 |

**Customer: LEHMAN BROTHERS**

| Line | Item Description | Service Period | Amount |
|---|---|---|---|
| 15 | Ref #: ORIG INVOICE #:8002260<br>12/LXGS/000165/OED<br>DARK FIBER LEASE - MONTHLY - 5 YR<br>745 7TH AVENUE, NEW YORK,NY to 85 10TH AVENUE, NEW YORK,NY | 01-SEP-08 to 30-SEP-08 | $12,000.00 |
| 16 | Ref #: ORIG INVOICE #:8002259<br>12/HMSK/000055/OED<br>Installation Services - INSTALL<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 1400 FEDERAL BLVD, CARTERET,NJ<br>Project#:JCNJP0800159 | 05-AUG-08 to 05-AUG-08 | $500.00 |
| 17 | Ref #: ORIG INVOICE #:8002260<br>12/LXGS/000184/OED<br>INTERSTATE DARK FIBER CIRCUIT<br>745 7TH AVENUE, NEW YORK,NY to 2 PEACH HILL ROAD, LIVINGSTON,NJ | 01-SEP-08 to 30-SEP-08 | $6,750.00 |
| 18 | Ref #: ORIG INVOICE #:8002259<br>12/HMSK/000055/OED<br>Installation Services - EXPEDITE<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 1400 FEDERAL BLVD, CARTERET,NJ<br>Project#:JCNJP0800159 | 05-AUG-08 to 05-AUG-08 | $500.00 |
| 19 | Ref #: ORIG INVOICE #:8002259<br>12/HMST/000134/OED<br>Ethernet, Switched - Interstate (Long Haul)<br>27 COMMERCE WAY, CRANFORD,NJ to 100 S WACKER DR, CHICAGO,IL<br>Project#:JCNJP0800154 | 11-AUG-08 to 30-SEP-08 | $6,750.00 |
| 20 | Ref #: ORIG INVOICE #:8002259<br>12/HMST/000134/OED<br>Installation Services - INSTALL<br>27 COMMERCE WAY, CRANFORD,NJ to 100 S WACKER DR, CHICAGO,IL<br>Project#:JCNJP0800154 | 11-AUG-08 to 11-AUG-08 | $500.00 |

**(Continued on next page)**

| **Invoice** | |
| --- | --- |
| *Consolidated Invoice #* | |
| 4162 | |
| *Invoice Date* | |
| 01-SEP-08 | |
| *Customer #* | |
| 1575 | |
| Page 6  of  7 | |

**Customer: LEHMAN BROTHERS**

| Line | Item Description | Service Period | Amount |
| --- | --- | --- | --- |
| 21 | Ref #: ORIG INVOICE #:8002259<br>22/HMSA/000017/OED<br>INTERSTATE TRANSPORT ETHERNET CKT<br>27 COMMERCE WAY, CRANFORD,NJ to 1900 MARKET ST,<br>PHILADELPHIA,PA<br>Purchase Order #:MNYP0502353 | 01-SEP-08 to 30-SEP-08 | $1,388.00 |
| 22 | Ref #: ORIG INVOICE #:8002259<br>22/HMSA/000033/OED<br>Ethernet, Switched - Interstate (Long Haul)<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 60 HUDSON STREET,<br>NEW YORK,NY<br>Project#:MNYP0801349 | 05-AUG-08 to 30-SEP-08 | $2,053.33 |
| 23 | Ref #: ORIG INVOICE #:8002259<br>22/HMSA/000033/OED<br>Installation Services - INSTALL<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 60 HUDSON STREET,<br>NEW YORK,NY<br>Project#:MNYP0801349 | 05-AUG-08 to 05-AUG-08 | $500.00 |
| 24 | Ref #: ORIG INVOICE #:8002259<br>22/HMSA/000033/OED<br>Installation Services - EXPEDITE<br>2 PEACH HILL ROAD, LIVINGSTON,NJ to 60 HUDSON STREET,<br>NEW YORK,NY<br>Project#:MNYP0801349 | 05-AUG-08 to 05-AUG-08 | $500.00 |
| 25 | Ref #: ORIG INVOICE #:8002259<br>Gigabit Wave Service - 1.25GB<br>300 BOULEVARD E, WEEHAWKEN,NJ to 1400 FEDERAL BLVD,<br>CARTERET,NJ | 14-AUG-08 to 30-SEP-08 | $7,050.00 |
| | **TOTAL SERVICES THIS PERIOD** | | **$110,960.33** |

| **Invoice** | |
|---|---|
| *Consolidated Invoice #* <br> 4162 | |
| *Invoice Date* <br> 01-SEP-08 | |
| *Customer #* <br> 1575 | |
| Page 7  of  7 | |

**Customer: LEHMAN BROTHERS**

## TAXES, FEES AND SURCHARGES

| | |
|---|---:|
| Fed USF Assessment | $1,623.52 |
| MTA Tax Surcharge | $28.95 |
| NJ Sales Tax | $5,986.92 |
| NY State & Local Sales Tax | $309.00 |
| NY State Gross Revenue Surcharge | $121.63 |
| NYC Excise Tax | $86.70 |
| PA Local Sales Tax | $8.08 |
| PA Sales Tax | $48.47 |
| Simplified Municipal Telecom Tax | $421.09 |
| State & Local Tax | $488.26 |
| **TOTAL TAXES, FEES AND SURCHARGES** | **$9,122.62** |
| **TOTAL CURRENT CHARGES** | **$120,082.95** |