PEPPER HAMILTON LLP
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

*Counsel for RCN New York Communications LLC d/b/a RCN Metro Optical Networks*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: : | Chapter 11 |
| : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., : | |
| : | (Jointly Administered) |
| Debtors. : | |
| : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 1, 2008, copies of Objection Of RCN New York Communications LLC d/b/a RCN Metro Optical Networks f/k/a Con Edison Communications LLC To Cure Amounts And Other Information Included On The Debtors' List Of It Closing Date Contracts In Accordance With The Order Under 11 U.S.C. 105(a), 363, And 365 And Federal Rules Of Bankruptcy Procedure 2002, 6004 And 6006 Authorizing And Approving (A) The Sale Of Purchased Assets Free And Clear Of Liens And Other Interests And (B) Assumption And Assignment Of Executory Contracts And Unexpired Leases were served

#10114886 v1

via first class mail, postage prepaid, on the entities on the attached service list.

PEPPER HAMILTON LLP

/s/ Francis J. Lawall
Francis J. Lawall (FL 0972)
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Telephone: 215-981-4000
Facsimile: 215-981-4750

Counsel for RCN New York Communications LLC
d/b/a RCN Metro Optical Networks

Dated: October 1, 2008

#10114886 v1

Lehman Brothers Holdings, Inc.
LB745 LLC
c/o Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153-0119

SIPC Trustee
c/o Jeffery S. Margolin, Esquire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004

Lindsee P. Granfield, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY  10006

#10114907 v1