**EXHIBIT A**

| Name | Amount | Address | City / State | Entity |
|---|---|---|---|---|
| Athletic and Swim Club | $0.00 | | | LBH |
| Drive 495 | $0.00 | 787 Seventh Avenue | New York, NY 10019 | LBH |
| New York Health and Racquet | $0.00 | 495 Broadway | New York, NY 10012 | LBHI |
| Lydian Data Services | $0.00 | | | LBHI |
| NASDAQ TECHNOLOGY SERVICES LLC | $0.00 | 4850 T-REX Ave. | Suite 100, Boca Raton, FLA 33431 | LBI |
| KAP GROUP, LLC. | $0.00 | 316 Golden Hills Dr. | Portola Valley, CA. 94028 | LBI |
| KAP GROUP, LLC.* | $0.00 | 316 Golden Hills Dr. | Portola Valley, CA. 94028 | LBH |
| The Aames Group* | $0.00 | | (650) 851-7359 | LBHI |
| BUSINESS OBJECTS Americas | $0.00 | | (650) 851-7359 | LBI |
| WCN | $0.00 | 3030 Orchard Parkway | San Jose, CA. 95134 | LBH |
| WCN | $0.00 | Level One West Woodman Works The Crescent London SW19 | London SW19 | LBI |
| WCN | $0.00 | Level One West Woodman Works The Crescent London SW19 | London SW19 | LBHI |
| KSC Software, Inc. | $0.00 | Level One West Woodman Works | London, England | LBH |
| SkillBridge LLC* | $0.00 | Level One West Woodman Works | London, England | LBI |
| OpenCrowd | $0.00 | 67 Lakewood Ave | Cedar Grove, NJ 07009 | LBI |
| OpenCrowd | $0.00 | 10 King Arthur Rd | North Easton, MA. 02356 | LBH |
| Acclaris | $0.00 | 41 East 11th Street | 11th Floor, New York, NY 10003 | LBI |
| GRAY2 EVENTS | $0.00 | 41 East 11th Street | 11th Floor, New York, NY 10003 | LBI |
| Prenax, Inc. | $0.00 | Mr. Langry | New York, NY 10003 | LBI |
| Aleph | $122,376.61 | 13-15 West 54th Street | New York, NY 10019 | LBH |
| American Express | $25,000.00 | 1375 Sutter St. Ste. 311 | CA | LBI |
| Axcap | $0.00 | 1700 Shattuck Ave | Berkeley, CA 94709 | LBI |
| AV Services | $0.00 | World Financial Center, American Express Tower | New York, NY 10285 | LBI |
| AV/SPL | $25,000.00 | 2690 Cumberland Parkway, Suite 490 | Atlanta, GA 30339-3913 | LBI |
| BMI | $25,000.00 | 99 Fairfield Road | Fairfield, NJ 07004 | LBHI |
| Carey | $255,000.00 | 6301 Benjamin | Tampa FL 33584 | LBI |
| Charge & Ride, Inc. | $100,000.00 | 10 Music Square East | Nashville, TN 37203 | LBHI |
| Clipbook | $40,000.00 | 47-01 Verno Blvd | Long Island City, NY 11101 | LBI |
| CMS | $239,695.78 | | | LBH |
| Corbis | $0.00 | Eight Fletcher Place | Melville, NY 11747 | LBI |
| Corporate Transportation Group | $250,000.00 | 710 SECOND AVENUE. SUITE 200 | Seattle, WA | LBH |
| Creative Technologies (CT) | $4,498.00 | HANGAR 22 2501 MONARCH ST. | CA 94501 | LBI |
| Daktronics | $0.00 | PO BOX 98 | MN 55456-2222 | LBHI |
| Dave AV | $0.00 | 2100 Clay Street | MINNEAPOLIS | LBI |
| EMI | $0.00 | 10 Music Square East | Denver, CO 80221 | LBH |
| EXCEL MEDIA SYSTEM INC | $650,000.00 | 145 WEST 30TH STREET | Nashville, TN 37203 | LBI |
| Executive Transportation | $0.00 | 81 Franklin Turnpike | Ny. NY 10001 | LBH |
| Flyte Tyme Worldwide | $20,000.00 | 140 58th Street | Brooklyn, NY 11218 | LBI |
| Getty Images | $0.00 | P.O BOX 953804 | ST. LOUIS, MO. 63195-3804 | LBI |
| Intaboro Two-way Radio Cars | $0.00 | 88-191011 Avenue | Ozone Park, NY 11416 | LBH |
| INTERSTATE ELECTRONICS COMPANY | $0.00 | 600 Joliet Rd | Willowbrook, IL 60527 | LBHI |
| J&S AV | $0.00 | | | LBI |
| Limelight | $2,000.00 | | | LBHI |
| Maslow Media | $299,100.00 | 2220 W. 14th Street | Tempe, AZ. 085281 | LBH |
| Michael Andrews Audio Visual Services | $3,000.00 | 2233 Wisconson Ave, NW Suite 400 | Washington, DC 20007 | LBI |
| Mirror Image | $0.00 | 625 West 55th St | Ny. NY 10019 | LBHI |
| Multi Image Group | $101,458.66 | 2 Highwood Drive | Tewksbury, MS. 01876 | LBI |
| Payreel | $0.00 | 1081 HOLLAND DRIVE | BOCA RATON, FL 33487 | LBH |
| Scott's Powers | $0.00 | 24928 Genesse Trail Road, Suite 100 | Golden, CO 80401 | LBHI |
| Sony | $30,000.00 | 15 W 37th Street | New York NY 10018 | LBI |
| TPX | $57,500.00 | 10 Music Square East | Nashville, TN 37203 | LBH |
| United States Golf Association | $75,000.00 | 6 West Druid Hills Drive | Atlanta, GA 30329 | LBI |
| UTOG 2 Way Radio Group | $0.00 | 77 Liberty Corner Road | Far Hills, NJ 07931-0708 | LBI |
| VBrick | $0.00 | 25-20 39th Avenue | Long Island City, NY 11101 | LBHI |
| VCA | $0.00 | | | LBI |
| Volicon | $0.00 | 370 Seventh Avenue, Suite 550 | New York, NY | LBI |

| Name | Amount |
|---|---|
| CME GAINS | $3,163,450.51 |
| ISE - Expense | $2,616,113.64 |
| BATS Trading LEHM | $2,348,504.34 |
| TFS Derivatives Total | $2,344,393.90 |
| CME Exchange | $2,185,334.67 |
| CBOT Exchange | $2,127,790.84 |
| ICAP | $2,033,333.83 |
| NYSE Arca (Lehman) | $1,711,134.29 |
| CBOE Transaction Fees | $1,491,431.02 |
| Broadridge | $1,343,578.46 |
| CREDTEX INC | $835,684.00 |
| PHILADELPHIA Transaction Fees | $765,707.98 |
| NYMEX Exchange | $379,267.98 |
| ICAP | $731,643.91 |
| TULLETT | $716,933.89 |
| | $712,609.88 |

# LEHMAN BROTHERS

EXHIBIT
B

Citibank (Delaware)
New Castle, DE 19720

LEHMAN BROTHERS INC.
ACCOUNTS PAYABLE
70 Hudson Street
Jersey City, NJ 07302-3988

62-20
311

| Check Number |
|---|
| 002087474 |

Void After 180 Days

PAY ONLY $19,497.20 CTS/CTS

NINETEEN THOUSAND FOUR HUNDRED NINETY-SEVEN DOLLARS AND TWENTY CENTS **********
Void Over $19,497.20

**Pay to the order of**

PAYREEL, INC.
24928 GENESEE TRAIL ROAD #100
GOLDEN, CO 80401

**Date**
09/04/08

**Amount**
*$19,497.20

CANCELLED SEP 1  2008

Authorized Signature

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

⑈00 208 74 74⑈ ⑆03 1100 209⑈ 388 26 983 ⑈

---

Cash Receipts Journal
Register Number:  CR-000983
Batch Number:     01048

PayReel, Inc. (PRI)

Cash Deposits
Customer Number\Name

| Invoice Number | Comment | Amount Applied | Discount Date | Discount Amount | Invoice Balance | | Credit A/R | Credit Misc Account |
|---|---|---|---|---|---|---|---|---|
| Bank:  A WCMA Checking | | Batch Number:  01048 | Deposit Date:  9/15/2008 | Deposit Number:  01073 | | Deposit Amount: | | 19,497.20 |
| LEHMANB | Lehman Brothers MultiMedia | | Check Number: 002087474 | | | | | |
| 0005981-IN | | 4,521.09 | | 0.00 | 0.00 | | 4,521.09 | |
| 0005987-IN | | 3,209.06 | | 0.00 | 0.00 | | 3,209.06 | |
| 0005989-IN | | 5,835.95 | | 0.00 | 0.00 | | 5,835.95 | |
| 0005990-IN | | 4,993.60 | | 0.00 | 0.00 | | 4,993.60 | |
| 0005991-IN | | 575.00 | | 0.00 | 0.00 | | 575.00 | |
| 0005992-IN | | 362.50 | | 0.00 | 0.00 | | 362.50 | |
| Posting Total: | | 19,497.20 | | 0.00 | | | 19,497.20 | 0.00 |
| LEHMANB Total: | | 19,497.20 | | 0.00 | | | 19,497.20 | 0.00 |
| Deposit 01073 Total: | | 19,497.20 | | 0.00 | | | 19,497.20 | 0.00 |
| 9/15/2008 Total: | | 19,497.20 | | 0.00 | | | 19,497.20 | 0.00 |
| Bank A Total: | | 19,497.20 | | 0.00 | | | 19,497.20 | 0.00 |
| Cash Deposits Total: | | 19,497.20 | | 0.00 | | | 19,497.20 | 0.00 |
| Report Total: | | 19,497.20 | | 0.00 | | | 19,497.20 | 0.00 |

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

| | |
|---|---|
| Invoice Number: | 0005992-IN |
| Invoice Date: | 8/5/2008 |
| Customer Number: | LEHMANB |

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

| | |
|---|---|
| Pay Date: | 8/15/2008 |
| Pay Period: | July 28-30, 2008 |
| Location: | New York NY |

**Contact:**    Spencer Firisen

**Project:**    Assistant Editor

| | |
|---|---|
| Customer P.O.: | Schedule #142 |
| Terms: | Due Upon Receipt |

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 362.50 |
| Officer, Robert | | |
| 14.5 regular hours | | |

| | |
|---|---|
| **Invoice Total:** | 362.50 |

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0005981-IN

Invoice Date: 8/5/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 8/8/2008
Pay Period: July 21-August 1, 2008
Location: New York NY

Customer P.O.: Schedule #1
Terms: Due Upon Receipt

Contact:    Spencer Firisen

Project:    Biweekly Webcast Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 4,521.09 |
| Benitez, Brian | | |
| 73.25 regular hours, 4.75 OT hours | | |

Invoice Total:    4,521.09

# PayReel, Inc.

**24928 Genesee Trail Road**
**Suite 100**
**Golden, CO 80401**
**(303) 526-4900**

FEIN#84-1302031

**Invoice**

Invoice Number: 0005987-IN

Invoice Date: 8/5/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 8/8/2008
Pay Period: July 21-August 1, 2008
Location: New York NY

Customer P.O.: Schedule #100
Terms: Due Upon Receipt

Contact: Spencer Firisen

Project: Biweekly Webcast Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,209.06 |
| Chan, Jackea | | |
| 80 regular hours, 1 hour OT | | |

Invoice Total:     3,209.06

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0005989-IN

Invoice Date: 8/5/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date: 8/8/2008
Pay Period: July 21-August 1, 2008
Location: New York NY

Customer P.O.: Schedule #116
Terms: Due Upon Receipt

Contact: Spencer Firisen

Project: Biweekly Editor

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 5,835.95 |
| Choi, Michael | | |
| 10 days, 2 OT hours | | |

Invoice Total: 5,835.95

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0005990-IN

Invoice Date: 8/5/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 8/8/2008
Pay Period: July 21-August 1, 2008
Location: New York NY

Customer P.O.: Schedule #99
Terms: Due Upon Receipt

Contact:    Spencer Firisen

Project:    Biweekly Editor

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 4,993.60 |
| | Ramdehal, Devindra | |
| | 80 regular hours, 2.5 OT hours | |

Invoice Total:    4,993.60

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

| | |
|---|---|
| Invoice Number: | 0005991-IN |
| Invoice Date: | 8/5/2008 |
| Customer Number: | LEHMANB |

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

| | |
|---|---|
| Pay Date: | 8/8/2008 |
| Pay Period: | July 22-25, 2008 |
| Location: | New York NY |

| | |
|---|---|
| Contact: | Spencer Firisen |
| Project: | Assistant Editor |

| | |
|---|---|
| Customer P.O.: | Schedule #142 |
| Terms: | Due Upon Receipt |

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 575.00 |
| Officer, Robert | | |
| 23 regular hours | | |

| | |
|---|---|
| **Invoice Total:** | **575.00** |

Accounts Receivable Aged Invoice Report
Sorted by Customer Number
All Open Invoices - Aged as of 09/24/2008

PayReel, Inc. (PRI)

| Customer/ Invoice Date | Invoice Number | Due Dates Invoice | Discount | Discount Amount | Balance | Current | 30 Days | 60 Days | 90 Days | 120 Days | Days Delq |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LEHMANB | Lehman Brothers MultiMedia | | Contact: Geroge Koutros | | | Phone: | | | | | |
| 10/31/2006 | 0063487-CM | | | 0.00 | 1,125.00- | 0.00 | 0.00 | 0.00 | 0.00 | 1,125.00- | |
| 5/11/2007 | 0000961-CM | | | 0.00 | 6,445.30- | 0.00 | 0.00 | 0.00 | 0.00 | 6,445.30- | |
| 2/14/2008 | 0004152-IN | 2/14/2008 | | 0.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.00 | 223 |
| 2/19/2008 | 0004207-IN | 2/19/2008 | | 0.00 | 3,447.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3,447.30 | 218 |
| 4/22/2008 | 0004863-IN | 4/22/2008 | | 0.00 | 562.50 | 0.00 | 0.00 | 0.00 | 0.00 | 562.50 | 155 |
| 4/22/2008 | 0004870-IN | 4/22/2008 | | 0.00 | 15,793.01 | 0.00 | 0.00 | 0.00 | 0.00 | 15,793.01 | 155 |
| 5/28/2008 | 0005244-IN | 5/28/2008 | | 0.00 | 3,260.77 | 0.00 | 0.00 | 0.00 | 3,260.77 | 0.00 | 119 |
| 7/22/2008 | 0005975-IN | 7/22/2008 | | 0.00 | 3,524.45 | 0.00 | 0.00 | 3,524.45 | 0.00 | 0.00 | 64 |
| 8/19/2008 | 0006090-IN | 8/19/2008 | | 0.00 | 4,647.66 | 0.00 | 4,647.66 | 0.00 | 0.00 | 0.00 | 36 |
| 8/19/2008 | 0006091-IN | 8/19/2008 | | 0.00 | 3,140.16 | 0.00 | 3,140.16 | 0.00 | 0.00 | 0.00 | 36 |
| 8/19/2008 | 0006092-IN | 8/19/2008 | | 0.00 | 5,062.50 | 0.00 | 5,062.50 | 0.00 | 0.00 | 0.00 | 36 |
| 8/19/2008 | 0006093-IN | 8/19/2008 | | 0.00 | 650.00 | 0.00 | 650.00 | 0.00 | 0.00 | 0.00 | 36 |
| 8/19/2008 | 0006094-IN | 8/19/2008 | | 0.00 | 3,339.88 | 0.00 | 3,339.88 | 0.00 | 0.00 | 0.00 | 36 |
| 8/19/2008 | 0006095-IN | 8/19/2008 | | 0.00 | 36.00 | 0.00 | 36.00 | 0.00 | 0.00 | 0.00 | 36 |
| 8/19/2008 | 0006096-IN | 8/19/2008 | | 0.00 | 4,993.60 | 0.00 | 4,993.60 | 0.00 | 0.00 | 0.00 | 36 |
| 8/21/2008 | 0006151-IN | 8/21/2008 | | 0.00 | 3,155.30 | 0.00 | 3,155.30 | 0.00 | 0.00 | 0.00 | 34 |
| 8/26/2008 | 0006181-IN | 8/26/2008 | | 0.00 | 593.75 | 593.75 | 0.00 | 0.00 | 0.00 | 0.00 | 29 |
| 8/26/2008 | 0006182-IN | 8/26/2008 | | 0.00 | 575.00 | 575.00 | 0.00 | 0.00 | 0.00 | 0.00 | 29 |
| 9/9/2008 | 0006304-IN | 9/9/2008 | | 0.00 | 5,020.32 | 5,020.32 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/9/2008 | 0006305-IN | 9/9/2008 | | 0.00 | 2,933.44 | 2,933.44 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/9/2008 | 0006306-IN | 9/9/2008 | | 0.00 | 5,062.50 | 5,062.50 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/9/2008 | 0006307-IN | 9/9/2008 | | 0.00 | 3,339.88 | 3,339.88 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/9/2008 | 0006308-IN | 9/9/2008 | | 0.00 | 575.00 | 575.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/9/2008 | 0006309-IN | 9/9/2008 | | 0.00 | 4,650.75 | 4,650.75 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/9/2008 | 0006310-IN | 9/9/2008 | | 0.00 | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/9/2008 | 0006311-IN | 9/9/2008 | | 0.00 | 3,691.43 | 3,691.43 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/9/2008 | 0006312-IN | 9/9/2008 | | 0.00 | 800.00 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15 |
| 9/11/2008 | 0006332-IN | 9/11/2008 | | 0.00 | 2,519.16 | 2,519.16 | 0.00 | 0.00 | 0.00 | 0.00 | 13 |
| 9/11/2008 | 0006333-IN | 9/11/2008 | | 0.00 | 806.25 | 806.25 | 0.00 | 0.00 | 0.00 | 0.00 | 13 |
| 9/11/2008 | 0006334-IN | 9/11/2008 | | 0.00 | 425.00 | 425.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13 |
| 9/15/2008 | 0006340-IN | 9/15/2008 | | 0.00 | 2,742.75 | 2,742.75 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006341-IN | 9/15/2008 | | 0.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006342-IN | 9/15/2008 | | 0.00 | 3,268.13 | 3,268.13 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006343-IN | 9/15/2008 | | 0.00 | 4,746.09 | 4,746.09 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006344-IN | 9/15/2008 | | 0.00 | 6,468.80 | 6,468.80 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006348-IN | 9/15/2008 | | 0.00 | 477.00 | 477.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006349-IN | 9/15/2008 | | 0.00 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006350-IN | 9/15/2008 | | 0.00 | 450.00 | 450.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006351-IN | 9/15/2008 | | 0.00 | 315.00 | 315.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006352-IN | 9/15/2008 | | 0.00 | 562.50 | 562.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006353-IN | 9/15/2008 | | 0.00 | 2,812.50 | 2,812.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006355-IN | 9/15/2008 | | 0.00 | 281.25 | 281.25 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006359-IN | 9/15/2008 | | 0.00 | 1,239.33 | 1,239.33 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/15/2008 | 0006363-IN | 9/15/2008 | | 0.00 | 350.00 | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9 |
| 9/22/2008 | 0006469-IN | 9/22/2008 | | 0.00 | 1,350.00 | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2 |
| | | Customer LEHMANB Totals: | | 0.00 | 102,808.66 | 58,755.83 | 25,025.10 | 3,524.45 | 3,260.77 | 12,242.51 | |
| | | Report Totals: | | 0.00 | 102,808.66 | 58,755.83 | 25,025.10 | 3,524.45 | 3,260.77 | 12,242.51 | |
| | Number of Customers: | 1 | | | | | | | | | |

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

Page:        1

**Credit Memo**

Invoice Number:  0063487-CM

Invoice Date:  10/31/2006

Customer Number:  LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:   10/31/2006
Pay Period:
Location:

Customer P.O.:
Terms:  Due Upon Receipt

Contact:
Project:

| Item Code | Description | Amount |
|---|---|---|
| NY | NY Payroll Services | 1,125.00 |

Invoice Total:     1,125.00

# PayReel, Inc.

Page:    1

**Credit Memo**

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

Invoice Number:  0000961-CM

Invoice Date:  5/11/2007

Customer Number:  LEHMANB

FEIN#84-1302031

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  5/11/2007
Pay Period:  April 2-13, 2007
Location:  New York, NY

Customer P.O.:  Schedule #15
Terms:  Due Upon Receipt

Contact:    Anthony Diaz-Matos
Project:    Media Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,222.65- |
| | Duplicate Payment for Inv 961 | |
| | --Lehman Bros Ref: 0000306061 | |

Invoice Total:    3,222.65-

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

Page:        1

## Credit Memo

Invoice Number: 0000961-CM

Invoice Date: 5/11/2007

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  5/11/2007
Pay Period:  April 2-13, 2007
Location:  New York, NY

Customer P.O.:  Schedule #15
Terms:  Due Upon Receipt

Contact:    Anthony Diaz-Matos

Project:    Media Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,222.65- |

Duplicate Payment for Inv 961
--Lehman Bros Ref: 0000306061

Invoice Total:      3,222.65-

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0004152-IN

Invoice Date: 2/14/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:   11/2/2007
Pay Period:   October 15-26, 2007
Location:   New York NY

Customer P.O.:  Schedule #56
Terms: Due Upon Receipt

Contact:    Anthony Diaz-Matos

Project:    Biweekly Producer

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 10.00 |
|  | Batchelor, Haywood (error billing #3094) | |

Invoice Total:        10.00

# PayReel, Inc.

Page: 1

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

Invoice Number: 0004207-IN

Invoice Date: 2/19/2008

Customer Number: LEHMANB

FEIN#84-1302031

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 2/22/2008
Pay Period: February 4-15, 2008
Location: New York NY

Customer P.O.: Schedule #65
Terms: Due Upon Receipt

Contact:   Anthony Diaz-Matos
Project:   Biweekly Media Tech

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 3,447.30 |
| Choice, Thera | | |

Invoice Total: 3,447.30

# PayReel, Inc.

Page:    1

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

Invoice Number:  0004863-IN

Invoice Date:  4/22/2008

Customer Number:  LEHMANB

FEIN#84-1302031

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  4/22/2008
Pay Period:  October 18 and February 13,
Location:  New York NY

Customer P.O.:  Schedule #139
Terms:  Due Upon Receipt

Contact:    Spencer Firisen
Project:    Camera Operator

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 562.50 |
| Jusefowytsch, Alex (10/18) | | |
| NY-C | NY Payroll Services | 562.50 |
| Jusefowytsch, Alex (2/13) | | |

Invoice Total:    1,125.00

562.50

# PayReel, Inc.

Page:    1

## Invoice

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

Invoice Number:  0004870-IN

Invoice Date:  4/22/2008

Customer Number:  LEHMANB

FEIN#84-1302031

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  4/22/2008
Pay Period:  December 10-February 1, 20
Location:  New York  NY

Customer P.O.:  Schedule #122
Terms:  Due Upon Receipt

Contact:    Anthony Diaz-Matos

Project:    Media Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 4,062.50 |
| | Zettwoch, Jeremy (12/10-12/21) | |
| NY-C | NY Payroll Services | 3,250.00 |
| | Zettwoch, Jeremy (12/24-1/4) | |
| NY-C | NY Payroll Services | 2,145.51 |
| | Zettwoch, Jeremy (1/7-1/11) | |
| NY-C | NY Payroll Services | 2,107.43 |
| | Zettwoch, Jeremy (1/14-1/18) | |
| NY-C | NY Payroll Services | 4,227.57 |
| | Zettwoch, Jeremy (1/22-1/25) | |

Invoice Total:    15,793.01

# PayReel, Inc.

**24928 Genesee Trail Road**
**Suite 100**
**Golden, CO 80401**
**(303) 526-4900**

FEIN#84-1302031

**Invoice**

Invoice Number: 0005244-IN

Invoice Date: 5/28/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 5/30/2008

Pay Period: May 12-23, 2008

Location: New York NY

Customer P.O.: Schedule #65

Terms: Due Upon Receipt

Contact: Anthony Diaz-Matos

Project: Biweekly Media Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,260.77 |
| Choice, Thera | | |
| 10 days, 8.5 OT hours | | |

Invoice Total: 3,260.77

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

| | |
|---|---|
| Invoice Number: | 0005975-IN |
| Invoice Date: | 7/22/2008 |
| Customer Number: | LEHMANB |

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

| | |
|---|---|
| Pay Date: | 7/25/2008 |
| Pay Period: | July 7-18, 2008 |
| Location: | New York NY |

Contact: Anthony Diaz-Matos

Project: Biweekly Media Tech

| | |
|---|---|
| Customer P.O.: | Schedule #65 |
| Terms: | Due Upon Receipt |

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,524.45 |
| Choice, Thera | | |
| 10 days, 13.5 OT hours | | |

| | |
|---|---|
| Invoice Total: | 3,524.45 |

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

Invoice Number:  0006090-IN

Invoice Date:  8/19/2008

Customer Number:  LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  8/22/2008
Pay Period:  August 4-15, 2008
Location:  New York NY

Customer P.O.:  Schedule #1
Terms: Due Upon Receipt

Contact:   Spencer Firisen
Project:   Biweekly Webcast Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 4,647.66 |
| Benitez, Brian | | |
| 80 regular hours, 1.75 OT hours | | |

Invoice Total:        4,647.66

Page: 1

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

## Invoice

Invoice Number: 0006091-IN

Invoice Date: 8/19/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 8/22/2008
Pay Period: August 4-15, 2008
Location: New York NY

Customer P.O.: Schedule #100
Terms: Due Upon Receipt

Contact: Spencer Firisen

Project: Biweekly Webcast Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 157.50- |
| Error in billing #5659 | | |
| NY-C | NY Payroll Services | 3,297.66 |
| Chan, Jackea | | |
| 80 regular hours, 2.5 OT hours | | |

Invoice Total:    3,140.16

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

## Invoice

Invoice Number: 0006092-IN

Invoice Date: 8/19/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  8/22/2008
Pay Period:  August 4-15, 2008
Location:  New York NY

Customer P.O.:  Schedule #116
Terms: Due Upon Receipt

Contact:    Spencer Firisen

Project:    Biweekly Editor

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 5,062.50 |
| Choi, Michael | | |
| 9 days | | |

Invoice Total:    5,062.50

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006093-IN
Invoice Date: 8/19/2008
Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  8/22/2008
Pay Period:  August 4-8, 2008
Location:  New York NY

Customer P.O.:  Schedule #142
Terms:  Due Upon Receipt

Contact:  Spencer Firisen
Project:  Assistant Editor

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 650.00 |
| Officer, Robert | | |
| 26 regular hours | | |

Invoice Total:    650.00

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006094-IN
Invoice Date: 8/19/2008
Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 8/8/2008
Pay Period: July 21-August 1, 2008
Location: New York NY

Customer P.O.: Schedule #65
Terms: Due Upon Receipt

Contact: Anthony Diaz-Matos
Project: Biweekly Media Tech

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 3,339.88 |
| Choice, Thera | | |

Invoice Total: 3,339.88



# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006095-IN

Invoice Date: 8/19/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  8/19/2008
Pay Period:  June 20-24, 2008
Location:  New York NY

Customer P.O.: Schedule #92
Terms: Due Upon Receipt

Contact:    Spencer Firisen
Project:    Editor

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 36.00 |
| | Error In billing #5656 | |
| | Wasmer. Chris 7/11/08 Payroll Invoice | |

Invoice Total:    36.00

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006096-IN

Invoice Date: 8/19/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 8/22/2008
Pay Period: August 4-15, 2008
Location: New York NY

Customer P.O.: Schedule #99
Terms: Due Upon Receipt

Contact: Spencer Firisen

Project: Biweekly Editor

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 4,993.60 |
| | Ramdehal, Devindra | |
| | 80 regular hours, 2.5 OT hours | |

Invoice Total: 4,993.60

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number:  0006151-IN

Invoice Date:  8/21/2008

Customer Number:  LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  8/22/2008
Pay Period:  August 4-15, 2008
Location:  New York NY

Customer P.O.:  Schedule #65
Terms:  Due Upon Receipt

Contact:  Anthony Diaz-Matos

Project:  Biweekly Media Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,155.30 |
| Choice, Thera | | |

Invoice Total:    3,155.30



# PayReel, Inc.

## Invoice

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006181-IN

Invoice Date: 8/26/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 8/26/2008
Pay Period: August 11-15, 2008
Location: New York NY

Contact:     Spencer Firisen

Project:     Assistant Editor

Customer P.O.: Schedule #142
Terms: Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 593.75 |
| Officer, Robert | | |
| 23.75 regular hours | | |

| | |
|---|---|
| Invoice Total: | 593.75 |

# PayReel, Inc.

## Invoice

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006182-IN

Invoice Date: 8/26/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date:  8/26/2008
Pay Period:  August 19-22, 2008
Location:  New York NY

Contact:    Spencer Firisen

Project:    Assistant Editor

Customer P.O.:  Schedule #142
Terms: Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 575.00 |
| Officer, Robert | | |
| 23.00 regular hours | | |

Invoice Total:          575.00

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number:  0006304-IN

Invoice Date:  9/9/2008

Customer Number:  LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/5/2008
Pay Period:  Aug 18-22 2008
Location:  New York, NY

Contact:  Spencer Firisen

Project:  Biweekly webcast tech

Customer P.O.:  Schedule #1
Terms: Due Upon Receipt

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | |
| Benitez, Brian | | 5,020.32 |
| 79.5 Regular hours, 6.5 OT hours | | |

Invoice Total:     5,020.32

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

## Invoice

Invoice Number: 0006305-IN

Invoice Date: 9/9/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/5/2008
Pay Period:  Aug 18-29, 2008
Location:  New York, NY

Contact:    Spencer Firisen

Project:    Biweekly webcast tech

Customer P.O.:  Schedule #100
Terms:  Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 2,933.44 |
| | Chan, Jackea | |
| | 73 regular hours, 1 OT hour | |

Invoice Total:    2,933.44

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

## Invoice

Invoice Number:  0006306-IN

Invoice Date:  9/9/2008

Customer Number:  LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/5/2008
Pay Period:  Aug 18-29 2008
Location:  New York, NY

Contact:  Spencer Firisen

Project:  Biweekly editor

Customer P.O.:  Schedule #116
Terms:  Due Upon Receipt

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 5,062.50 |
| Choi, Michael | | |
| 9 days | | |

Invoice Total:    5,062.50

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006307-IN

Invoice Date: 9/9/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date:  9/5/2008
Pay Period:  Aug. 18-29 2008
Location:  New York, NY

Contact:   Anthony Diaz-Matos

Project:   Biweekly media tech

Customer P.O.: Schedule #65
Terms: Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,339.88 |
| Choice, Thera | | |
| 5 days, 10 OT hours | | |

Invoice Total:        3,339.88

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006308-IN

Invoice Date: 9/9/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/12/2008
Pay Period:  Aug 25-30 2008
Location:  New York, NY

Contact:  Spencer Firisen

Project:  Assistant editor

Customer P.O.:  Schedule #142
Terms:  Due Upon Receipt

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 575.00 |
| Officer, Robert | | |
| 23 hours regular | | |

Invoice Total:    575.00


## PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006309-IN

Invoice Date: 9/9/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/5/2008
Pay Period: Aug 18-29 2008
Location: New York, NY

Contact: Spencer Firisen
Project: Biweekly editor

Customer P.O.: Schedule #99
Terms: Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 4,650.75 |
| Ramdehal, Devindra | | |
| 78 hours regular | | |

Invoice Total: 4,650.75

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006310-IN

Invoice Date: 9/9/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/12/2008
Pay Period: Aug 25-27 2008
Location: New York, NY

Contact: Spencer Firisen

Customer P.O.: Schedule #143
Terms: Due Upon Receipt

Project: Camera operator

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 1,500.00 |
| Schutz, Samantha | | |
| 2 days | | |

Invoice Total: 1,500.00

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

## Invoice

**Invoice Number:** 0006311-IN

**Invoice Date:** 9/9/2008

**Customer Number:** LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

**Pay Date:** 9/12/2008
**Pay Period:** Aug 18-25 2008
**Location:** New York, NY

**Contact:** Spencer Firisen
**Project:** Editor

**Customer P.O.:** Schedule #92
**Terms:** Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,128.93 |
| Wasmer, Chris | | |
| 5 days, 3 OT hours | | |
| NY-C | NY Payroll Services | 562.50 |
| Wasmer, Chris | | |
| 1 day | | |

**Invoice Total:** 3,691.43

# PayReel, Inc.

## Invoice

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

Invoice Number:  0006312-IN

Invoice Date:  9/9/2008

Customer Number:  LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/5/2008
Pay Period:  Aug 25-28 2008
Location:  New York, NY

Contact:    Spencer Firisen

Project:    Biweekly production assistant

Customer P.O.:  Schedule #150
Terms:  Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 800.00 |
| Veilleux, Samantha | | |
| 32 regular hours | | |

| | |
|---|---|
| Invoice Total: | 800.00 |

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006332-IN

Invoice Date: 9/11/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date: 9/19/2008
Pay Period:   September 1-5, 2008
Location:   New York NY

Contact:   Spencer Firisen

Project:   Biweekly Editor

Customer P.O.: Schedule #99
Terms: Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 2,519.16 |
| Ramdehal, Devindra (WEEK 1) | | |
| 40 regular hours, 1.5 OT hours | | |

Invoice Total:        2,519.16

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006333-IN

Invoice Date: 9/11/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/19/2008
Pay Period: September 2-5, 2008
Location: New York NY

Contact: Spencer Firisen

Project: Biweekly Production Assistant

Customer P.O.: Schedule #150
Terms: Due Upon Receipt

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 806.25 |
| | Veilleux, Samantha (WEEK 1) | |
| | 32.25 regular hours | |

Invoice Total: 806.25

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

### Invoice

Invoice Number: 0006334-IN

Invoice Date: 9/11/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/19/2008
Pay Period: September 2-4, 2008
Location: New York NY

Customer P.O.: Schedule #142
Terms: Due Upon Receipt

Contact: Spencer Firisen

Project: Assistant Editor

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 425.00 |
| Officer, Robert | | |
| 17 regular hours | | |

Invoice Total: 425.00

# PayReel, Inc.

Page: 1

## Invoice

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006340-IN

Invoice Date: 9/15/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/19/2008
Pay Period: Sept. 9-12, 2008
Location: New York, NY

Customer P.O.: Schedule #99
Terms: Due Upon Receipt

Contact:    Spencr Firisen
Project:    Biweekly Editor

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 2,742.75 |
| | Ramdehal, Devindra  (Week 2) | |
| | 40.0 Regular Hours, 4.0 hours Overtime | |

Invoice Total:    2,742.75

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

Invoice Number: 0006341-IN

Invoice Date: 9/15/2008

Customer Number: LEHMANB

FEIN#84-1302031

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/19/2008
Pay Period: Sept.8-12, 2008
Location: New York, NY

Customer P.O.: Schedule #150
Terms: Due Upon Receipt

Contact: Spencer Firisen

Project: Biweekly Production Assistant

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 1,000.00 |
| | Veilleux, Samantha - (Week 2) | |
| | 40.0 Regular Hours | |

Invoice Total: 1,000.00

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006342-IN
Invoice Date: 9/15/2008
Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date: 9/19/2008
Pay Period:  Sept. 1-12, 2008
Location:  New York, NY

Customer P.O.:  Schedule #100
Terms:  Due Upon Receipt

Contact:    Spencer Firisen

Project:    Biweekly Webcast Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 3,268.13 |
| Chan, Jackea | | |
| 80.0 Regular Hours, 2.0 Hours Overtime | | |

Invoice Total:    3,268.13

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number:  0006343-IN

Invoice Date:  9/15/2008

Customer Number:  LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/19/2008
Pay Period:  Sept. 1-12, 2008
Location:  New York, NY

Customer P.O.:  Schedule # 1
Terms:  Due Upon Receipt

Contact:   Spencer Firisen

Project:   Biweekly Webcast Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 4,746.09 |
| Benitez, Brian | | |
| 77.25 Regular Hours, 4.75 Overtime Hours | | |

Invoice Total:        4,746.09

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

Invoice Number:  0006344-IN
Invoice Date:  9/15/2008
Customer Number:  LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/19/2008
Pay Period:  Sept. 1-12, 2008
Location:  New York, NY

Contact:    Spencer Firisen
Project:    Biweekly Editor

Customer P.O.:  Schedule #116
Terms:  Due Upon Receipt

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 6,468.80 |
| Choi, Michael | | |
| 10.0 Regular Days, 8.0 Hours Overtime | | |

Invoice Total:        6,468.80

# PayReel, Inc.

Page:    1

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

Invoice Number: 0006348-IN

Invoice Date: 9/15/2008

Customer Number: LEHMANB

FEIN#84-1302031

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:   9/19/2008
Pay Period:   Sept. 15, 2008
Location:   New York, NY

Customer P.O.:  Schedule #99
Terms:  Due Upon Receipt

Contact:    Spencer Firisen

Project:    Biweekly Editor

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 477.00 |
| Ramdehal, Devindra | | |
| 8.0 Hours Regular | | |

Invoice Total:         477.00

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

| | |
|---|---|
| Invoice Number: | 0006349-IN |
| Invoice Date: | 9/15/2008 |
| Customer Number: | LEHMANB |

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

| | |
|---|---|
| Pay Date: | 9/19/2008 |
| Pay Period: | Sept. 15, 2008 |
| Location: | New York, NY |
| Customer P.O.: | Schedule #150 |
| Terms: | Due Upon Receipt |

Contact:    Spencer Firisen

Project:    Biweekly Production Assistant

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 200.00 |
| Veilleax, Samantha | | |
| 8.0 Regular Hours | | |

| | |
|---|---|
| Invoice Total: | 200.00 |



# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006350-IN

Invoice Date: 9/15/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/19/2008
Pay Period: Sept. 15, 2008
Location: New York, NY

Customer P.O.: Schedule #1
Terms: Due Upon Receipt

Contact: Spencer Firisen

Project: Biweekly Webcast Tech

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 450.00 |
| Benitez, Brian | | |
| 8.0 Regular Hours | | |

Invoice Total:    450.00

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006351-IN
Invoice Date: 9/15/2008
Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date: 9/19/2008
Pay Period: Sept. 15, 2008
Location: New York, NY

Customer P.O.: Schedule # 100
Terms: Due Upon Receipt

Contact: Spencer Firlsen

Project: Biweekly Webcast Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 315.00 |
| Chan, Jackea | | |
| 8.0 Regular Hours | | |

Invoice Total: 315.00

# PayReel, Inc.

Page:    1

Invoice

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006352-IN

Invoice Date: 9/15/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/19/2008
Pay Period:  Sept. 15, 2008
Location:  New York, NY

Customer P.O.:  Dchedule #116
Terms: Due Upon Receipt

Contact:    Spencer Firisen

Project:    Biweekly Editor

| Item Code | Description | Amount |
|-----------|-------------|--------|
| NY-C | NY Payroll Services | 562.50 |
| Choi, Michael | | |
| 1.0 Day | | |

Invoice Total:    562.50


# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006353-IN

Invoice Date: 9/15/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/19/2008
Pay Period: Sept. 1-12, 2008
Location: New York, NY

Customer P.O.: Schedule # 65
Terms: Due Upon Receipt

Contact:   Anthony Diaz-Matos

Project:   Biweekly Media Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 2,812.50 |
| Choice, Thera | | |
| 10. Regular Days | | |

Invoice Total:     2,812.50

# PayReel, Inc.

24928 Genesee Trail Road
Suite 100
Golden, CO  80401
(303) 526-4900

FEIN#84-1302031

**Invoice**

Invoice Number: 0006355-IN

Invoice Date: 9/15/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY  10019

Pay Date:  9/19/2008
Pay Period:  Sept. 15, 2008
Location:  New York, NY

Customer P.O.:  Schedule #65
Terms:  Due Upon Receipt

Contact:   Anthony Diaz-Matos

Project:   Biweekly Media Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 281.25 |
| Choice, Thera | | |
| 1.0 Regular Day | | |

Invoice Total:  281.25

# PayReel, Inc.

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006359-IN
Invoice Date: 9/15/2008
Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/19/2008
Pay Period: Sept. 01-12, 2008
Location: New York, NY

Customer P.O.: Schedule # 65
Terms: Due Upon Receipt

Contact:    Anthony Diaz-Matos
Project:    Biweekly Media Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 1,239.33 |

Choice, Thera
15.50 Overtime hours (Week 1)
8.0 Overtime Hours  (Week 2)

Invoice Total:    1,239.33

# PayReel, Inc.

Page: 1

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006363-IN

Invoice Date: 9/15/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/19/2008
Pay Period: Sept. 08-10, 2008
Location: New York, NY

Customer P.O.: Schedule #142
Terms: Due Upon Receipt

Contact:    Spencer Firisen

Project:    Assistant Editor

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 350.00 |
| Officer, Robert | | |
| 14.0 Regular Hours | | |

Invoice Total:    350.00

# PayReel, Inc.

Page: 1

**Invoice**

24928 Genesee Trail Road
Suite 100
Golden, CO 80401
(303) 526-4900

FEIN#84-1302031

Invoice Number: 0006469-IN

Invoice Date: 9/22/2008

Customer Number: LEHMANB

Lehman Brothers MultiMedia
745 Seventh Ave.
New York, NY 10019

Pay Date: 9/26/2008
Pay Period: Sept. 16-18, 2008
Location: New York, NY

Customer P.O.: Schedule #1
Terms: Due Upon Receipt

Contact: Spencer Firisen
Project: Biweekly Webcast Tech

| Item Code | Description | Amount |
|---|---|---|
| NY-C | NY Payroll Services | 1,350.00 |
| Benitez, Brian | | |
| 24.0 Regular Hours | | |

Invoice Total: 1,350.00