**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Standard & Poor's

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**OBJECTION OF DG3 NORTH AMERICA, INC., TO DEBTORS'**
**NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS**
**NECESSARY TO CURE DEFAULTS UNDER, CONTRACTS AND LEASES**
**TO BE ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER**

DG3 North America, Inc. ("DG3"), f/k/a CGI North America, Inc. ("CGI"), f/k/a ADP

Graphic Communications, Inc. ("ADP Graphic"), by and through its undersigned counsel,

hereby submits this objection (the "Objection") to the Notice of Assumption and Assignment of,

and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and

Assigned to Successful Purchaser (the "Notice), filed by the debtors in the above-captioned cases

on September 18, 2008, to the extent that the Notice relates to that certain contract with DG3,

and respectfully represents and sets forth as follows:

**BACKGROUND**

1.        On September 15, and September 27, 2008, respectively (the "Petition Dates"),

Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("LB 745" and, collectively with

LBHI, the "Debtors") filed petitions for relief under Chapter 11, Title 11 of the United States

Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy

Court for the Southern District of New York.  The Debtors continue to manage and operate their

businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

Code.

2.     On September 19, 2008, a proceeding began under the Securities Investor

Protection Act of 1970 with respect to Lehman Brothers Inc. ("LBI"), a wholly-owned

subsidiary of LBHI, in the District Court for the Southern District of New York, which was then

transferred to this Court.

3.     On September 17, 2008, the Debtors filed a motion with the Bankruptcy Court

seeking, *inter alia*, an order (the "Sale Order") approving a sale (the "Sale") of certain assets

related to LBI to Barclays capital Inc. (the "Purchaser"), which assets included certain contracts

designated for assumption and assignment at the closing of the Sale (the "Closing Date

Contracts").

4.     On September 18, 2008, the Debtors filed the Notice with this Court, which stated

that the Debtors would communicate their lists of Closing Date Contracts, along with proposed

cure amounts (the "Lists"), to their creditors, including DG3, by posting the Lists on the Internet

at http://chapter11.epiqsystems.com/lehman.  The List of "Non-IT contracts include a contract

with DG3 (erroneously identified in the Lists as CGI), to wit:

> a Services Agreement dated January 1, 2003 between ADP
>
> Graphic and Lehman Brothers, Inc. ("Lehman"), as amended by
>
> Amendment No. 1 to Services Agreement dated as July 1, 2006
>
> (the "Amendment"), copies of which are annexed hereto as
>
> Exhibits A and B, respectively.

In the Lists, the proposed cure amounts for DG3 contract is set at $136,276.15.

5.       On September 19, 2008, this Court entered the Sale Order, which, *inter alia,* approved the assumption and assignment of the Closing Date Contracts, but allowed counterparties until October 3, 2008, to object to the proposed cure amounts.

6.       This Objection is filed in accordance with this Court's "Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases" dated September 20, 2008 (the "Sale Order") and the related "Procedures for Resolving Cure Amounts for Closing Date Contracts" dated September 22, 2008.

## ARGUMENT

7.       Under Sections 365(b)(1) and 365(f)(2) of the Bankruptcy Code, a debtor-in-possession which seeks to assume and assign an executory contract must (i) cure, or provide adequate assurance that it will promptly cure, any defaults in the executory contract, (ii) compensate the counterparty to the executory contract for any actual pecuniary loss to such party resulting from such defaults, and (iii) provide adequate assurance of future performance under such contract.

8.       The Client identified in the Amendment is CGI Group (Holdings) Limited [which is now known as DG3 Group (Holdings) Limited ("DG3 Group")], successor by merger with ADP Graphic Communications, Inc. DG3 Group was and remains an affiliate of DG3, but was not a successor by way of merger with DG3.

9.       DG3 continues as a subsisting corporation and has been, together with affiliates in London and Asia of DG3 and DG3 Group, the provider of the services under the Closing Date Contract.

10.     Pursuant to the Closing Date Contract Lehman procured printing and other
graphic communications services for itself in the United States and for the benefit of affiliates in
the United Kingdom and Asia.  The services procured for the benefit of the Lehman affiliates
outside of the United States were billed by the DG3 affiliates in London, Hong Kong and Japan,
respectively.

11.     DG3's records for work performed and billed for periods prior to September 14,
2008 show an aggregate outstanding balance due from Lehman of $446,791.99, comprised of the
following:

| | |
|---|---|
| DG3 | $266,558.80 |
| DG3 Europe | $107,588.54[1] |
| DG3 Asia | $ 72,644.65[2] |

12.     Detailed information as to the outstanding invoices applicable to the three regions
is attached hereto as Exhibits C, D and E, respectively.

13.     This Court approved the assumption and assignment of the DG3 contract in the
Sale Order.  Further, under the Asset Purchase Agreement, by and among the Debtors, LBI, and
the Purchaser, dated September 16, 2008, which was entered into to effect the Sale, the
Purchaser promised to pay or cause to be paid all cure amounts in respect of the DG3 contract,
which promise was part of the basis of this Court's finding that the Debtors had provided
adequate assurance of future performance within the meaning of Sections 365(b)(1)(C) and
365(f)(2)(A) of the Bankruptcy Code.  Hence, pursuant to the Sale Order and Sections 365(b)(1)
and 365(b)(f)(2), LBI or the Purchaser is obligated to pay $446,791.97, which represents the
outstanding amounts necessary to cure defaults under DG3's contact with LBI.  For the reasons

---

[1] Based upon an exchange rate of $1.7877 per Pound Sterling.
[2] Based upon an exchange rate of $0.12831 per Hong Kong Dollar.

#1345997 v1
106903-57498

set forth above, DG3 requests that the Court order that LBI or the Purchaser pay the cure amount

of $446,791.97.

## CONTACT INFORMATION

14.    For purposes of resolving this Objection, DG3 requests that parties contact the

following persons:

> Gerald (L.J.) Baillargeon
> Chief Financial Officer
> DG3 Holdings, LLC
> 100 Burma Road
> Jersey City, NJ 07035
> Telephone:  (201) 793-5025
> Telecopy:  (201) 985-2420
> E-mail:  lj.baillargeon@dg3.com

> - and -

> David N. Crapo, Esq.
> Gibbons P.C.
> Attorneys for Standard & Poor's
> Telephone: (973) 596-4523
> Facsimile: (973) 639-6244
> E-mail: dcrapo@gibbonslaw.com

## NOTICE

15.     No trustee or examiner has been appointed in these cases.  Notice of this

Objection has been provided to: (i) the Office of the United States Trustee for the Southern

District of New York, (ii) counsel to the Debtors; (iii) counsel to the Creditors' Committee; (iv)

counsel to the Securities Investors Protection corporation Trustee; (v) counsel to the Purchaser;

and (vi) all parties having requested notice in these cases pursuant to Fed.R.Bankr.P. 2002.  In

light of the nature of the relief requested herein, DG3 submits that no other or further notice is

required.

**WHEREFORE,** for the reasons set forth herein, DG3 respectfully (i) objects to the

proposed cure amounts set forth in the Notice and the Lists, (ii) requests that this Court order

LBI or the Purchaser to pay $446,791.99 to DG3 to cure defaults under the DG3 contract; and

(iii) requests that this Court grant such other and further relief as the Court may deem just and

proper.

Dated: October 1, 2008
       New York, New York

                                        **GIBBONS P.C.**

                                        By: /s/ David N. Crapo
                                        David N. Crapo
                                        One Gateway Center
                                        Newark, New Jersey  07102
                                        Telephone: (973) 596-4523
                                        Facsimile: (973) 639-6244

                                        *Attorneys for DG3 North America, Inc.*

# EXHIBIT A

#1345997 v1
106903-57498

# SERVICES AGREEMENT

AGREEMENT dated as of January 1, 2003 between **ADP GRAPHIC COMMUNICATIONS, INC.** ("ADP GC") with offices at 100 Burma Road, Jersey City, New Jersey 07305, and **LEHMAN BROTHERS INC.** (together with its Affiliates, "Client") having an office at 745 Seventh Avenue, New York, New York 10019.

ADP GC desires to perform the "Services" (as defined in Paragraph 1 below) on behalf of Client, and Client wishes ADP GC to perform such Services, upon the terms and conditions set forth herein.

ADP GC and Client hereby agree as follows:

1. **Services to be Performed.**

   (a) ADP GC will provide the services described in Schedule A to this Agreement (the "Services"), and in accordance with the services levels outlined in Schedule C, for and on behalf of Client in accordance with the performance criteria set forth therein.

   (b) The parties acknowledge that ADP GC's Services related to Equity Research in the United States and United Kingdom are provided to Client on an exclusive basis for the Term of this Agreement. The parties acknowledge that ADP GC is free to provide similar services to other persons or entities.

   (c) ADP GC may delegate or subcontract its responsibilities for the provision of Services under this Agreement with Client's prior approval provided it is commercially reasonable to obtain such approval from Client in advance ("Subcontractor"). Although ADP GC shall use reasonable efforts to obtain Client's approval of all Subcontractors in advance, the parties acknowledge that it may be necessary for ADP GC to subcontract its responsibilities for the provision of Services outside of normal Client business hours without prior Client approval (i) for rush projects in order to meet deadlines, (ii) during peak business periods, or (iii) to perform tasks that are not core to the provision of the Services. ADP GC shall be responsible for the acts and omissions of its Subcontractors as if such acts and omissions were those of its employees.

   (d) ADP GC agrees that the performance criteria set forth in Schedule C shall at all times be equal to or exceed the standards then prevailing in the printing industry for similar products and/or services as those covered under this Agreement.

   (e) The parties hereby acknowledge and agree that the Agreement is intended to confer upon Client and the Affiliates of Client the benefits of this Agreement, including without limitation, the Services provided hereunder, and, accordingly, ADP GC and Client agree that each such Affiliate of Client to whom the Services are provided, for

purposes of receiving such benefits and being bound by the terms and conditions set forth in the Agreement, shall be deemed to be included in the term "Client" as used in this Agreement, as if such entity had executed this Agreement. For purposes of this Agreement, the term "Affiliate" shall be defined as any corporation, person or other entity who, either directly or indirectly, through one or more intermediaries, controls, is controlled by, or is under common control with either Lehman Brothers Inc. or ADP GC, as the case may be.

2. **Term and Termination**.

   (a) The term of this Agreement shall be for a three-year period commencing the date set forth in the preamble of this Agreement (the "Term"). Not more than one hundred and twenty (120) days and not less than ninety (90) days prior to the expiration of the Term, ADP GC agrees to provide Client a written notice of such upcoming expiration. Thereafter, Client shall have the option of extending this Agreement for an additional one-year period; provided, however, Client's renewal option shall not be prejudiced by ADP GC's failure to provide Client timely notice. In the event this Agreement is not so extended, this Agreement shall nonetheless remain in effect upon the same terms and conditions, other than the volume discount which shall be subject to renegotiation, on a monthly basis until canceled by either party upon not less than thirty (30) days' prior written notice.

   (b) This Agreement may be terminated by Client upon thirty (30) calendar days' notice to ADP GC upon any of the following events:

      (i) ADP GC fails to meet the performance criteria provided in Schedule C and fails to cure such failure as provided therein. All notices regarding unsatisfactory service and/or quality must be submitted in writing to ADP GC within thirty (30) days of occurrence and ADP GC will have thirty (30) days to cure such failures (if capable of being cured) from receipt of notice; or

      (ii) Client finds another vendor with a more technologically advanced method of print production that will result in either a cost reduction to Client of more than ten percent or an increase in service efficiency to Client of more than ten percent. If not prohibited by its agreements with third parties, Client must disclose to ADP GC the name of the vendor, the technology proposed and the impact to Client's costs or efficiency. ADP GC may verify that the cost reduction or service efficiency is due to the proposed technology. ADP GC will be allowed a three (3) month period beginning upon notification of the above by Client during which time ADP GC will be given the opportunity to meet like technology and/or service to provide like cost reduction and/or service efficiency to Client.

   (c) Client reserves the right to discontinue printing any or all of the publications provided to ADP GC for printing ("Publications"); provided, however, Client can not discontinue such printing during the Term for the purpose of printing the Publications with a vendor other than ADP GC.

(d) ADP GC's and Client's respective continuing obligations under this Agreement and the Schedules hereto shall survive the termination of this Agreement and/or any Schedule hereto.

3. **Charges.**

(a) The charges for the Services listed in the Schedules shall be as set forth in the applicable Schedules. Such charges include all charges associated with printing and delivery of the Services. Charges for quantities in round thousands will be calculated in a pro rata manner consistent with the charges. Client will pay all sales, use, value added or similar taxes, exclusive of those based upon ADP GC's income or personnel and corporate franchise taxes. When Client requests that services that are not described in the Schedules attached hereto be provided to Client or an Affiliate of Client, a price quotation shall be promptly submitted to Client for its written approval. Such price quotation must be approved by the Client in writing prior to ADP GC providing such services. Client may communicate such approval to ADP GC by email or other electronic means.

(b) The attached pricing terms will remain in effect for the first year of this Agreement and may be subject to annual increases thereafter not to exceed the lesser of: (i) 5% or (ii) the Consumer Price Index. The "Consumer Price Index" means the Consumer Price Index for All Items, U.S. City Average, All Urban Consumers (base year 1982-1984=100), published by the Bureau of Labor Statistics of the U.S. Department of Labor. ADP GC will present Client with an invoice for Services completed on a bi-monthly basis for Services provided in the United States and ADP GC will present Client with an invoice for Services completed on a monthly basis on the 25th day of the month for Services provided in the United Kingdom. Invoices are to be paid by Client within thirty (30) days after receipt of invoice by Client (except for those amounts disputed by Client in good faith). Each invoice shall be submitted in electronic and paper form on ADP GC's letterhead to Client at the following addresses for the applicable global region:

For the Americas:

    (i)    Lehman Brothers Inc., 101 Hudson Street, 29th Floor, Jersey City, New Jersey 07302, Attention: Expense Control Division; and

    (ii)    Lehman Brothers Inc., 745 Seventh Avenue, New York, New York 10019, Attention: Print & Distribution Services; and

    (iii)    Lehman Brothers Inc., 745 Seventh Avenue, New York, New York 10019, Attention: Mary Lynch-Equity Research.

For the United Kingdom:

    (i)    Lehman Brothers, One Broadgate, London EC2M 7HA, Attention: Accounts Payable; and

    (ii)    Lehman Brothers, London EC2M 7HA, Attention: Jennie Cornell.



(c) During the Term of this Agreement, Client shall be entitled to the volume discounts specified in Schedule B to be applied as described therein should Client meet the requirements for the same specified in such Schedule.

(d) Upon execution of this Agreement, ADP GC shall credit Client one hundred and fifty thousand dollars ($150,000).

4. **Customer Liaison.** Client agrees to provide and designate at least one employee of Client as customer liaison with respect to matters relating to the performance by ADP GC of the Services. The customer liaison(s) shall be responsible for the coordination of all requests for information received by Client and the communication of these requests to ADP GC.

5. **Compliance with Laws.**
   (a) Each of ADP GC and Client agrees to comply with any and all laws, rules and regulations applicable to it in connection with this Agreement.
   (b) ADP GC will comply and cause its subcontractors to comply with all applicable requirements of Executive Order 11246, the Vietnam Veterans' Readjustment Assistance Act of 1974, as amended, the Rehabilitation Act of 1973, as amended, and the applicable implementing regulations and reporting requirements under each of the foregoing, each of which are incorporated herein by reference.

6. **Limitation of Liability.**
   (a) Neither party shall be liable for nonperformance caused by circumstances beyond its reasonable control including, but not limited to, fires, terrorist acts, civil disobedience, civil commotions, riots, rebellions, insurrections, acts of God and similar occurrences; provided however that the party seeking to rely on this Section shall have used reasonable precautions, workarounds and alternate means with respect to such event. Notwithstanding anything to the contrary herein, ADP GC will use its best efforts to deliver all of the Services under any job request form placed hereunder as set forth in Schedule C. If, for any reason whatsoever, all of the printed Publications ordered under a particular purchase order have not been delivered within the Schedule C timeframes as a result of a force majeure event, then Client may, at its sole option and in addition to any other remedy available to Client hereunder, reject delivery of the late Publications with no financial obligation therefor. In the event ADP GC is not able to resume providing the Services to Client within five (5) days of the occurrence of such event, Client may receive services from a third party without violating the exclusivity and other terms of this Agreement. In the event ADP GC is not able to resume providing the Services to Client within sixty (60) days of the occurrence of such event, Client may terminate this Agreement in whole or in part with no further liability or obligation other than the payment of outstanding invoices for Services properly performed, except for any amounts disputed in good faith.

   (b) EACH PARTY'S SOLE LIABILITY UNDER THIS AGREEMENT FOR CLAIMS MADE BY THE OTHER PARTY OR ANY THIRD PARTY ARISING FROM OR



4

RELATED TO ANY AND ALL CAUSES NOT COVERED BY PARAGRAPH 6(A) ABOVE SHALL NOT EXCEED THE LESSER OF: (1) THE AMOUNT OF ACTUAL DAMAGES INCURRED BY THAT PARTY, AND (2) THE GREATER OF: (A) THE ANNUAL CHARGES PAID BY CLIENT FOR THE SERVICES DURING THE TWELVE (12) MONTHS PRECEDING THE MONTH IN WHICH THE DAMAGE OR INJURY IS ALLEGED TO HAVE OCCURRED (EXCLUDING ANY PASS-THROUGH CHARGES), AND (B) ONE MILLION DOLLARS ($1,000,000). EXCEPT AS OTHERWISE PROVIDED HEREIN, SUCH DAMAGES SHALL BE THE FULL EXTENT OF EACH PARTY'S MONETARY LIABILITY UNDER THIS AGREEMENT, REGARDLESS OF THE FORM IN WHICH ANY SUCH LEGAL OR EQUITABLE CLAIM OR ACTION MAY BE ASSERTED AGAINST SUCH PARTY. THE LIMITATIONS OF LIABILITY IN THIS SECTION 6(b) SHALL NOT APPLY TO: (I) ADP GC'S INDEMNIFICATION OBLIGATIONS UNDER SECTION 10 OF THIS AGREEMENT, OR (II) EITHER PARTY'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT.

(c) IN NO EVENT WILL EITHER PARTY BE RESPONSIBLE TO THE OTHER FOR SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES WHICH THE OTHER PARTY MAY INCUR OR EXPERIENCE ON ACCOUNT OF ENTERING INTO OR RELYING ON THIS AGREEMENT, EVEN IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES EXCEPT WHERE SUCH DAMAGES ARE AS A RESULT OF A PARTY'S GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OR BREACH BY EITHER PARTY OF ITS CONFIDENTIALITY OBLIGATIONS HEREUNDER.

7. **Software or Web Development.** For those Services that involve software or website development, this Section 7 shall apply.

(a) License. ADP GC hereby grants to Client a non-exclusive, non-transferable (except as set forth herein), worldwide license to use the ADP GC software and third party software (the ADP GC and third party software, together with any related documentation, referred to herein as the "Software"), in each case to use solely in connection with the Website and the Services and pursuant to the terms and conditions of this Agreement. Any passwords provided to Client ("User IDs") shall only be disclosed to authorized employees and agents of Client who shall be subject to confidentiality obligations consistent with those in this Agreement. Client shall be responsible for the use of the Website and Services by all authorized users of Client's User IDs ("End Users").

(b) Ownership. Client acknowledges that it has been advised that the Software, the data bases which are part of the Services and the Website, and the systems used by ADP GC in connection therewith and related proprietary data, information or documentation (excluding any data or information provided by Client), and all copyrights, patents, trade secrets and other intellectual and proprietary rights therein

5

and thereto (collectively the "ADP GC Products") are and shall remain the exclusive and confidential property of ADP GC or the third parties for whom ADP GC is acting as agent or from whom ADP GC has obtained the right to use the ADP GC Products.

(c) Restrictions.  Client may use the ADP GC Products only in conjunction with the Services. This license shall expire upon expiration or termination of this Agreement. Client shall have no rights to use the ADP GC Products upon expiration or termination of this Agreement.  Client shall not copy, in whole or in part, the ADP GC Products or related documentation, whether in the form of computer media, print or any other form, except that Client may make a reasonable number of copies of the ADP GC Products for backup, archival, training, testing and disaster recovery purposes and Client may make a reasonable number of copies of the documentation consistent with its permitted use under the license granted herein.  CLIENT MAY NOT RECOMPILE, DECOMPILE, DISASSEMBLE, REVERSE ENGINEER, OR MAKE OR DISTRIBUTE ANY OTHER FORM OF, OR ANY DERIVATIVE WORK FROM, THE ADP GC PRODUCTS, EXCEPT AS EXPRESSLY PERMITTED BY LAW WHERE THIS IS INDISPENSABLE TO OBTAIN THE INFORMATION NECESSARY TO ACHIEVE THE INTEROPERABILITY OF AN INDEPENDENTLY CREATED PROGRAM WITH THE ADP GC PRODUCTS OR WITH ANOTHER PROGRAM AND SUCH INFORMATION IS NOT READILY AVAILABLE FROM ADP GC OR ELSEWHERE.

(d) Regulations; Use of Services.  Client shall be responsible for (i) compliance with all laws and governmental regulations affecting its business, (ii) any use it may make of the Services to assist it in complying with such laws and governmental regulations, and ADP GC shall not have any responsibility relating thereto and (iii) compliance with all laws, rules and regulations relating to its use of the Services, including, but not limited to, those related to proprietary rights, data privacy and international communications. Client agrees that it shall not engage in spamming and that it shall be responsible for all content that it uses or transmits in connection with the use of the Services. Client further agrees that it will comply with all the restrictions on use applicable to the Services, as set forth on the Schedule for any such Service.

(e) DISCLAIMER OF WARRANTY.  EXCEPT AS OTHERWISE SPECIFICALLY SET FORTH HEREIN, ADP GC MAKES NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, CONCERNING THE WEBSITE OR THE SOFTWARE, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE,  ALL OTHER WARRANTIES BEING EXPRESSLY DISCLAIMED BY ADP GC AND WAIVED BY CLIENT. ADP GC DOES NOT WARRANT THAT THE OPERATION OF THE WEBSITE WILL BE UNINTERRUPTED OR ERROR FREE.

(f) Third Party Liability.  Third parties that provide ADP GC with any portion of the Software or Services used to construct or maintain the Website shall not be deemed



to have any direct or indirect liability to Client for monetary damages on account of the Services or Software provided, or to be provided to Client, hereunder.

8. **Confidentiality.** (a)During the Term of this Agreement and for a period of ten (10) years from the date of termination of this Agreement, ADP GC will regard and preserve as confidential all information ("Client Confidential Information") that relates to the past, present or future business activities of Client, its Affiliates, and its or their respective clients, employees, or third party contractors, including without limitation, any information relating to the business plans, pricing, methods, methodologies, processes, financial data, customer lists, trademarks, service marks, patents, copyrights, trade secrets, intellectual property rights, proprietary rights, customer information, apparatus, statistics, programs, research, business developments, information technology, the terms and existence of this Agreement or related information. ADP GC shall hold all the Client Confidential Information in trust and confidence for Client and its Affiliates, and except as set forth in this Agreement or as otherwise may be authorized by Client in writing, ADP GC shall not disclose Client Confidential Information to any person, firm or enterprise, or use Client Confidential Information for its own benefit, except ADP GC may disclose Client Confidential Information to its employees and Subcontractors that are bound by non-disclosure obligations consistent with this Agreement on a "need to know" basis solely as required in order for (a) Client to enjoy the benefits conferred by this Agreement and (b) the parties to perform their respective obligations under this Agreement.

(b)During the Term of this Agreement and for a period of ten (10) years from the date of termination of this Agreement, Client will regard and preserve as confidential all information ("ADP GC Confidential Information") that relates to the past, present and future business activities of ADP GC and its Affiliates, including without limitation, any information relating to the business plans, pricing, methods, methodologies, processes, financial data, customer lists, trademarks, service marks, patents, copyrights, trade secrets, intellectual property rights, proprietary rights, customer information, apparatus, statistics, programs, research, business developments, information technology, the terms and existence of this Agreement or related information. Client shall hold all the ADP GC Confidential Information in trust and confidence for ADP GC and its Affiliates. Except as may be authorized by ADP GC in writing, Client shall not disclose to any person, firm or enterprise, or use for its own benefit, any such ADP GC Confidential Information, and even when so authorized by ADP GC, Client shall limit access and disclosure to Client's employees on a "need to know" basis only. Notwithstanding anything to the contrary herein, ADP GC agrees that Client may disclose ADP GC Confidential Information to its authorized consultants, agents, subcontractors, auditors, counsel and other representatives performing services for Client's benefit, provided that such representatives are bound by non-disclosure obligations consistent with this Agreement.

(c)The parties agree that information is not Confidential Information and neither party shall have any obligation with respect to particular information to the extent, but only to the extent, that such information (a) is already known to the recipient at the time it is

7

obtained by the recipient from the disclosing party, free from any obligation to keep such information confidential; (b) is or becomes publicly known through no wrongful act of the recipient; (c) is rightfully received from a third party without restriction and without breach of this Agreement; (d) is independently developed by the recipient without use of any confidential information of the disclosing party; or (e) is disclosed pursuant to the order or requirement of a court, administrative agency, or other governmental body, provided that the recipient shall provide prompt, advance notice thereof to enable the disclosing party to seek a protective order or otherwise prevent such disclosure.

9. <u>Insurance.</u>
   (a) During the term of this Agreement, ADP GC shall maintain the following insurance coverage in at least the following amounts:

   1. Workers' Compensation with statutory limits required by each state exercising jurisdiction over ADP GC's associates engaged in performing services under this Agreement.
   2. Employer's Liability coverage with a minimum limit of $500,000 for bodily injury by accident or disease.
   3. Commercial General Liability coverage (including products and completed operations, blanket or broad form contractual, personal injury liability and broad form property damage) with minimum limits of one million dollars ($1,000,000) per occurrence for bodily injury/property damage and one million dollars ($1,000,000) for personal injury and products/completed operations.
   4. Business Automobile Liability coverage (covering the use of all owned, non owned and hired vehicles) with minimum limits (combined single limit) of one million dollars ($1,000,000) for bodily injury and property damage.
   5. Excess or Umbrella Liability coverage with a minimum limit of four million dollars ($4,000,000) coverage in excess of the coverage as set forth in items 2, 3, and 4 above.
   6. Employee Dishonesty and Computer Crime coverage (for losses arising out of or in connection with any fraudulent or dishonest acts committed by employees of ADP GC, acting alone or in collusion with others) with a minimum limit of ten million dollars ($10,000,000).

   ADP GC's commercial general liability and business automobile coverage shall be endorsed to name Client as an additional insured.

   (b) Notwithstanding the foregoing, ADP GC reserves the right to self-insure coverage, in whole or in part, in the amounts and categories designated above, in lieu of ADP GC's obligations to maintain insurance as set forth above, at any time; provided that in such event, ADP GC shall certify to Client in writing that it will be held liable for promptly paying covered claims under such self-insure coverage. Upon Client's written request for same, ADP GC shall deliver certificates of insurance to confirm what coverage is in place.



8

(c) This section does not replace or otherwise amend, in any respect, the limitations on ADP GC's liability set forth elsewhere in this Agreement.

## 10. **Indemnification.**

(a) At no expense to Client, ADP GC will defend, indemnify and hold harmless Client, its Affiliates and their respective successors, assigns, officers, directors and employees (collectively, "Indemnitees") from damage, loss, liability, costs and expenses of any kind (including reasonable attorneys' fees) (collectively, "Loss") relating to or arising out of any third party claim that any of the Services, Software, ADP GC Products, system documentation, maintenance or other materials or services provided hereunder (each of the foregoing, a "Product"), or any portion thereof, or the use thereof, infringe any third party's intellectual property right, including, without limitation, trademarks, service marks, patents, copyrights, licenses or misappropriation of trade secrets or other proprietary rights (collectively, "Intellectual Property Rights"). For purposes of this Agreement, the term "Product" does not include any content, information or materials furnished by Client to ADP GC. Client agrees to notify ADP GC promptly in writing of such claim; provided, however, that no failure to so notify ADP GC shall relieve ADP GC of its obligations under this Agreement except to the extent that it can demonstrate damages directly attributable to such failure. ADP GC shall have the option to control the conduct of the claim, and Client shall reasonably cooperate in the conduct of such claim at the expense of ADP GC. Client may, if it wishes and at its own expense, retain counsel to participate in the claim, and in such event ADP GC and its counsel shall reasonably cooperate with Client and its counsel. In no event, however, may ADP GC agree to any settlement of any claim or action that would impose any obligation or liability on Client without its prior written consent. In addition to Client's other rights and ADP GC's obligations, if all or any part of an ADP GC Product is, or in the opinion of ADP GC may become, the subject of any claim or suit for infringement of any Intellectual Property Right, ADP GC may, and in the event of any adjudication that the ADP GC Product or any part thereof does infringe or if the use of the ADP GC Product or any part thereof is enjoined, ADP GC at its expense, shall promptly (i) procure for Client, at no expense to Client, the right to use the ADP GC Product or the affected part thereof, or to the extent such option is not commercially reasonably available to ADP GC, (ii) replace the ADP GC Product or affected part with a modified or substituted ADP GC Product or part that does not violate any third party's rights and that is qualitatively and functionally at least the equivalent of the affected ADP GC Product or part.

(b) ADP GC shall defend, indemnify and hold harmless the Indemnitees from Losses incurred by or asserted against such Indemnitees and arising from injury to persons or tangible property caused by the fault or negligence of ADP GC's officers, employees, agents or representatives.



11. **Warranties and Representations.**
   (a) ADP GC represents and warrants to Client that: (i) it has the right to furnish the ADP GC Products free of all liens, claims, encumbrances and other restrictions; (ii) the license furnished by ADP GC, and Client's use, possession and enjoyment of the ADP GC Products in accordance with the terms of this Agreement, do not infringe any Intellectual Property Rights or violate the laws or regulations of any governmental or judicial authority; and (iii) Client shall be entitled to use, possess and enjoy the benefit of the ADP GC Products subject to, and in accordance with, the terms of this Agreement; and (iv) Client's use, possession and enjoyment of the ADP CG Products in accordance with the terms of this Agreement shall not be subject to any third party rights, interests or license or support fees.

   (b) ADP GC represents and warrants that the Services shall be performed by qualified personnel in a competent and professional manner.

   (c) ADP GC expressly warrants that the Services contracted for herein will conform to and satisfy the requirements of the Occupational Safety and Health Act of 1970 (or any state statutes passed in lieu thereof) and amendments, and the standards and regulations issued thereunder and further warrants that the paper used for the Services will conform to and comply with such standards and regulations. ADP GC further agrees to notify Client immediately in writing as soon as ADP GC becomes aware that the paper used in the Services in any way violates any of the aforementioned standards or regulations. In addition, ADP GC expressly warrants and represents that the printed material herein contracted for contains no toxic substance or harmful physical agent as covered by the OSHA Regulations effective August 21, 1980, 29 CFR Part 1910 (as amended).

12.    **Independent Contractor.** ADP GC's status shall be that of independent contractor and ADP GC shall not for any reason or purpose be deemed to be an agent, partner, or employee of Client. ADP GC shall assume and maintain sole responsibility with respect to all of its personnel. ADP GC agrees and represents that its personnel are not Client's agents or employees for federal, state and local tax purposes or any other purposes whatsoever, and are not entitled to any Client employee benefits. ADP GC assumes sole and full responsibility for the acts of its employees and shall indemnify and save harmless the Indemnitees from Losses with respect to any and all claims on account of any act or lack of action on the part of ADP GC or its employees in connection with the Services, including but not limited to, any liability or damages resulting from theft of material or services by any such person; provided however, that ADP GC's obligation to indemnify shall not apply to any loss or liability caused solely by the misconduct or negligence of Client's employees or of other individuals not directly employed or engaged by ADP GC. Notwithstanding the foregoing, ADP GC shall indemnify and hold harmless the Indemnitees with respect to Losses relating to or arising out of any assertion that Indemnitees should be deemed the "employer" or "joint employer" of any of the individuals performing Services under this Agreement. ADP GC represents that each of its employees providing Services under this Agreement is a permanent or temporary employee of ADP GC and that ADP GC will

10

withhold and pay all applicable income and payroll taxes with respect to such employees. ADP GC and its employees have no authority to make commitments or enter into contracts on behalf of, bind or otherwise obligate Client in any manner whatsoever. ADP GC, and not Client, is solely responsible to do the following: (a) compensate the personnel performing services hereunder; (b) pay worker's compensation, disability and other similar benefits, unemployment and other similar insurance; (c) withhold and pay income and payroll taxes; and (d) verify the work eligibility of each person performing services hereunder, including the completion and maintenance of Form I-9.

13.    **Miscellaneous.**

(a) Client acknowledges that it has not been induced to enter into this Agreement by any representation or warranty not set forth in this Agreement. This Agreement contains the entire agreement of the parties with respect to its subject matter and supersedes all existing agreements and all other oral, written or other communications between them concerning its subject matter. This Agreement shall not be modified in any way except by a writing signed by both parties.

(b) This Agreement shall be binding upon the parties and their respective successors and permitted assigns. Neither party may assign this Agreement or any of its rights and obligations hereunder without the prior written consent of the other party, and any such attempted assignment shall be void; provided, however, that Client may assign this Agreement upon written notice to ADP GC, to its Affiliate as part of a corporate restructuring without ADP GC's consent.

(c) If any provision of this Agreement (or any portion hereof) shall be held to be invalid, illegal or unenforceable, the validity, legality or enforceability of the remainder of this Agreement shall not in any way be affected or impaired thereby.

(d) All notices shall be in writing and shall be forwarded by registered or certified mail and sent to ADP GC and Client at the addresses set forth on the first page of this Agreement or to any other address designated in writing hereafter. Any notice to ADP GC shall be sent Attention: President; and shall include a copy to Automatic Data Processing, Inc., One ADP Boulevard, Roseland, New Jersey 07068, Attention: General Counsel. Any notice to Client shall be sent Attention: Director of Global Purchasing, and shall include a copy to Attention: General Counsel.

(e) The headings in this Agreement are intended for convenience of reference and shall not affect their interpretation.

(f) The individuals executing this Agreement on behalf of ADP GC and Client represent and warrant that they are duly authorized by all necessary action to execute this Agreement on behalf of their respective principals.

(g) This Agreement shall be governed in all respects by the laws of the State of New York, without giving effect to principles of conflicts of laws.



(h) Neither party shall use the other's name or proprietary marks in advertising or publicity releases without securing the other party's prior written consent.

(i) All shrink wrap and click wrap licenses that purport to govern the terms of use of any or Services provided by ADP GC to Client pursuant to this Agreement or otherwise shall be void.

IN WITNESS WHEREOF, this Agreement has been executed as of the date set forth above by the duly authorized representatives of the parties hereto.

ADP GRAPHIC COMMUNICATIONS, INC.

By: _____

Name and
Title: _C. Holbrook_____

_EVP & General Manager_

LEHMAN BROTHERS INC.

By: _____

Name and _JAMES SIKERMAN_
Title: _____VP_____

## SCHEDULE A
## SERVICES TO BE PROVIDED BY ADP GC

As requested from time to time, ADP GC shall provide print management and related services, including those listed below and any other service approved by Client in writing:

- Workflow Management
- Global Distribution and simultaneous world-wide printing
- On-Demand Printing
- Non-heat set and heat set printing
- Multicolor sheet fed printing

- Bindery Services:

- Cutting
- Saddle Stitching
- Tape Binding
- Folding
- Perfect Binding
- Wire-o-Binding

- Fulfillment Services (Only for Client in the United States):

- Ink Jetting
- Automatic Inserting

# SCHEDULE B
# PRICING GRIDS

## Price Grids

See Attachment 1: Pricing Grids for the US
See Attachment 2: Pricing Grids for the UK

## Volume Discounts

### US

The volume discount is based on annual volume, calculated the end of each year, according to ADP GC invoices, for services provided for in this agreement.

| Spend | Discount |
|---|---|
| Up to $ 4,000,000 | Nil |
| $ 4,000,001 to $5,000,000 | 2 % |
| $ 5,000,001 to $ 6,000,000 | 3 % |
| $ 6,000,001 or more | 4 % |

*11075/77*
*11078* } *YES*
*11079*
*11081* } *N/A*
*11082*

### UK

The turnover discount is based on Monthly Turnover as follows:

| Spend | Discount |
|---|---|
| £50,000 | Nil |
| £50,000 to £75,000 | 2.5% |
| £75,000 to £100,000 | 5% |
| £100,000 to £125,000 | 7.5% |
| £125,000 thereafter | 10% |

These volume discounts will be applied to all print services produced and invoiced by ADP GC for Client, including, but not limited to, the Client's equity research departments in the United States and the United Kingdom. Fulfillment and Branch Distribution services are not eligible for these volume discounts. ADP GC will provide the Client with a quarterly report indicating the discounts earned by period, year-to-date, and department.

14



## SCHEDULE C

### Service Level Standards and Turnaround Times

Turnaround times will be based on the following job classifications:

| Job Classification | Turnaround Time (United States) | Turnaround Time (United Kingdom) |
|---|---|---|
| Standard Report | 13 hours* | 11 hours* |
| Plus Cover (4 Color+) | 48 hours* | 48 hours* |
| Perfect Bound | 72 hours* | 48 hours* |
| General Commercial – Newsletters, Posters | Various** | Various** |

_Turnaround time_ is defined as the amount of time that passes between the time that ADP GC receives both a print request form and document file that is ready for production through the time that the materials are ready for distribution (FOB Client).

* ndard reports are ready for distribution by 6:30AM local time the following day. Plus Cover books are ..y for distribution by 6:30AM local time the second day. Perfect Bound Books are ready for distribution by 6:30AM local time the third day. Reports received by ADP GC after 5:15PM local time in the United States and after 8:00 PM local time in the United Kingdom will be delivered according to the turnaround time listed in the above schedule.

** General Commercial jobs vary by specification and turnaround requirement. ADP GC to provide a mutually agreed upon schedule before production begins.

_Ready for production_ is defined as the time an acceptable job request form is received and an acceptable file is received. In the event that ADP GC discovers an unacceptable element of either the job request form or the file, ADP GC shall promptly notify Client for clarification and direction.

### Billing

Invoices will be presented as set forth in Section 3(b) of the Agreement. Invoices will include the following: Job number, product code, date, title of job, quantity, pages, unit price, print cost, sub total, tax (subject to Section 3(a) of the Agreement, and total. Sample invoices are attached as reference.

## Quality Assessment

ADP GC and Client will keep on hand samples of documents and written specifications that represent acceptable quality. Criteria for quality assessment will include conformance to proper size, trim, color, ink coverage, and paper. For reference purposes only, we include our quality control procedures and quality measurements.

## Performance Standards

ADP GC will perform the Services at the turnaround and quality standards outlined in this Schedule C. Performance will be measured, for turnaround and quality, on a monthly basis, and ADP GC will provide such reporting to the Client. If the total Services provided, for a calendar month, are at 90% or better (ten jobs in 100), it will constitute an acceptable service level. Total service levels per calendar month between 80% and 89% will be deemed unacceptable and Client will be credited 5% on every job not meeting the service levels (turnaround or quality). In the event total service levels fall below 80% in a calendar month, Client shall have the right to terminate this Agreement pursuant to Section 2(b) of this Agreement; provided that, Client gives ADP GC written notice of its intent to terminate and ADP GC be provided with 30 calendar days in which to bring the service levels back to at least 90% before such termination is effective.

Performance standards for quality shall be assessed according to two (2) criteria: Basic and Critical. Basic quality errors shall be credited towards the service level target percentages referenced above. Critical quality s will be, at Client's option, reperformed at no expense to Client, or accepted with no charge to Client for that job or the portion of the job affected.

The definitions of Basic and Critical quality attributes are as follows:

Critical Attributes - attributes of the document that are required for the function or the purpose of the document, and therefore, make the document useable. Examples of failed critical attributes include, but are not limited to, the use of incorrect logos and/or banners, upside-down and/or backward pages, excluded pages, missing or incorrect content, documents printed on the wrong color paper.

Basic Attributes - attributes of the document that do not materially affect the criticality, function, delivery or purpose of the document, and therefore, are not required in order for the document to be useable. Examples of failed basic attributes include, but are not limited to, cosmetic errors such as color reproduction or variation, trim and/or margin size variation.

Quality Measurements and Standards Chart - For the following attributes - offsetting, marks, tracking, hickies and spots - measurements that fall between Acceptable Tolerance and Unacceptable Tolerance are considered Basic Attribute faults. Measurements that fall above the Unacceptable Tolerance are considered Critical Attribute faults. However, if a Basic Attribute renders the document unusable, as reasonably determined by Client, it will be considered a Critical Attribute fault.



16

## Quality Measurements and Standards

| Attribute | Description | Measurement | Industry Guide | Target | Acceptable Tolerance | Unacceptable Tolerance |
|---|---|---|---|---|---|---|
| Color / Density | The saturation of the ink to the approved standard | Visual | Match to approval | Match | Objectionable likeness of color | Objectionable likeness of color |
|  |  | Densitometer | variance not to exceed + or -.05 from approval | None | +/- 0.1 | > +/- 0.2 |
| Offsetting | Printed ink offset onto opposing page | Visual | Not Visible | None | Visible on < 5% of pages | Visible on > 15% of pages |
| Marks | Undesirable marks which are not hickies or spots. Examples are lines due to plate scratches, scumming, tinting, wheel marks, ink bleed through, roller marks, gear marks, smearing, bindery marks etc. | Visual |  | None | Visible on < 5% of pages | Visible on > 20% of pages |
| Binding/Size (finished book) | As specified or standard (8.25x10.75) | Ruler | 1/16 variance | None | <=1/8" | >3/16" |
| Binding/Stitches | Correct amount and location | Visual | correct amount | None | <1/16" incorrect amount | 0 stitches |
| Square/Binding | Check for square, deviation from size, straight trim | Ruler | <1/32 | square | <1/8" | >1" |
| Binding/Fold | deviation from specified position | Ruler/Visual | <1/16 | None | <=1/8" | > 3/16" |
| Tracking | Marks from processing through machinery | Visual | Barely Visible | None | Visible on <5% of pages | Visible on >15% of pages |
| Hickies/Spots | Undesirable spots and specs caused by contamination on the surface of the plate or the blanket | Visual | Barely Visible | None | Visible on <5 % of pages | Visible on >15 % of pages |
| Perforations | Check for proper # of teeth per inch | # of teeth/inch | None | 8-12 teeth/inch | < 8 or > 12 teeth/inch | < 8 or > 12 teeth/inch |
|  | Tear Test | Tearability | Tearable | Tearable | Reasonably Tearable | Untearable |
| 3 - hole punch | Hole is Centered on book - head to foot - drilled left margin, but to the right of perforation, if used. | Visual | None | 1/4 inch hole | +/- 1/16" | > 1/8" |
| Color Registration | Alignment of colors and proper trap | Ruler | <1/64" | None | <1/64" | Out of Register |

<u>Attachment 1 : Pricing for US Equity Research Grids</u>

ADP Graphic Communications Confidential

RFP-June 15, 2001
**LEHMAN BROTHERS EQUITY RESEARCH**
GRID A- Self-Cover, 2/1 on 50# Opaque, perforation, Saddle Stitch

US Pricing

| PAGES | COPIES 250 | 500 | 750 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 | 10000 | 11000 | 12000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | $46 | $54 | $62 | $84 | $162 | $241 | $301 | $361 | $421 | $481 | $541 | $600 | $660 | $720 | $780 | 2 |
| 4 | $74 | $110 | $145 | $216 | $356 | $462 | $555 | $648 | $741 | $834 | $927 | $1,020 | $1,113 | $1,207 | $1,300 | 4 |
| 8 | $286 | $293 | $299 | $262 | $431 | $604 | $793 | $916 | $986 | $1,056 | $1,119 | $1,188 | $1,259 | $1,328 | $1,397 | 8 |
| 12 | $385 | $394 | $403 | $378 | $614 | $854 | $1,078 | $1,251 | $1,374 | $1,498 | $1,609 | $1,732 | $1,854 | $1,977 | $2,099 | 12 |
| 16 | $433 | $443 | $453 | $476 | $769 | $1,067 | $1,186 | $1,361 | $1,484 | $1,607 | $1,716 | $1,838 | $1,960 | $2,082 | $2,203 | 16 |
| 20 | $544 | $557 | $569 | $597 | $955 | $1,321 | $1,477 | $1,708 | $1,889 | $2,071 | $2,236 | $2,417 | $2,598 | $2,779 | $2,959 | 20 |
| 24 | $653 | $668 | $683 | $716 | $1,165 | $1,586 | $1,685 | $1,939 | $2,152 | $2,365 | $2,559 | $2,770 | $2,982 | $3,194 | $3,405 | 24 |
| 28 | $759 | $776 | $794 | $834 | $1,358 | $1,847 | $1,986 | $2,284 | $2,552 | $2,820 | $3,065 | $3,331 | $3,598 | $3,864 | $4,130 | 28 |
| 32 | $697 | $713 | $729 | $786 | $1,360 | $1,615 | $1,838 | $2,086 | $2,289 | $2,491 | $2,673 | $2,874 | $3,076 | $3,277 | $3,478 | 32 |
| 36 | $817 | $836 | $855 | $896 | $1,537 | $1,848 | $2,121 | $2,394 | $2,651 | $2,908 | $3,141 | $3,397 | $3,653 | $3,909 | $4,164 | 36 |
| 40 | $931 | $953 | $975 | $1,050 | $1,704 | $2,053 | $2,360 | $2,625 | $2,914 | $3,202 | $3,464 | $3,750 | $4,037 | $4,324 | $4,610 | 40 |
| 44 | $998 | $1,021 | $1,044 | $1,153 | $1,880 | $2,279 | $2,630 | $2,971 | $3,314 | $3,657 | $3,970 | $4,311 | $4,653 | $4,994 | $5,335 | 44 |
| 48 | $989 | $1,012 | $1,035 | $1,209 | $1,964 | $2,361 | $2,794 | $3,192 | $3,533 | $3,873 | $4,190 | $4,529 | $4,868 | $5,207 | $5,548 | 48 |
| 52 | $1,053 | $1,077 | $1,102 | $1,293 | $2,111 | $2,557 | $3,022 | $3,500 | $3,896 | $4,293 | $4,664 | $5,059 | $5,455 | $5,850 | $6,245 | 52 |
| 56 | $1,119 | $1,145 | $1,171 | $1,379 | $2,252 | $2,730 | $3,224 | $3,731 | $4,160 | $4,589 | $4,991 | $5,418 | $5,845 | $6,273 | $6,700 | 56 |
| 60 | $1,214 | $1,242 | $1,270 | $1,492 | $2,444 | $2,975 | $3,516 | $4,076 | $4,562 | $5,048 | $5,503 | $5,987 | $6,471 | $6,955 | $7,438 | 60 |
| 64 | $1,193 | $1,221 | $1,232 | $1,532 | $2,454 | $2,974 | $3,435 | $3,920 | $4,348 | $4,777 | $5,204 | $5,633 | $6,062 | $6,491 | $6,920 | 64 |
| 68 | $1,327 | $1,358 | $1,367 | $1,701 | $2,733 | $3,328 | $3,857 | $4,429 | $4,952 | $5,475 | $5,996 | $6,520 | $7,043 | $7,568 | $8,176 | 68 |
| 72 | $1,396 | $1,428 | $1,441 | $1,793 | $2,881 | $3,509 | $4,089 | $4,675 | $5,233 | $5,792 | $6,347 | $6,906 | $7,465 | $8,025 | $8,673 | 72 |
| 76 | $1,469 | $1,503 | $1,527 | $1,900 | $3,060 | $3,737 | $4,341 | $5,041 | $5,661 | $6,282 | $6,899 | $7,520 | $8,141 | $8,762 | $9,480 | 76 |
| 80 | $1,532 | $1,568 | $1,595 | $1,984 | $3,188 | $3,880 | $4,495 | $5,163 | $5,782 | $6,402 | $7,019 | $7,640 | $8,260 | $8,881 | $9,601 | 80 |
| 84 | $1,598 | $1,635 | $1,665 | $2,072 | $3,338 | $4,076 | $4,735 | $5,489 | $6,170 | $6,851 | $7,530 | $8,211 | $8,894 | $9,576 | $10,034 | 84 |
| 88 | $1,666 | $1,705 | $1,738 | $2,163 | $3,485 | $4,257 | $4,947 | $5,734 | $6,451 | $7,188 | $7,881 | $8,598 | $9,316 | $10,034 | $10,863 | 88 |
| 92 | $1,769 | $1,810 | $1,839 | $2,288 | $3,699 | $4,520 | $5,260 | $6,101 | $6,879 | $7,658 | $8,432 | $9,211 | $9,991 | $10,770 | $11,670 | 92 |
| 96 | $1,919 | $1,964 | $2,030 | $2,488 | $3,915 | $4,755 | $5,652 | $7,042 | $7,628 | $9,761 | $11,109 | $12,449 | $14,843 | $16,286 | $17,729 | 96 |
| 100 | $1,993 | $2,074 | $2,154 | $2,703 | $4,211 | $5,280 | $6,144 | $8,242 | $9,071 | $10,514 | $11,957 | $13,400 | $15,107 | $16,480 | $17,853 | 100 |
| 104 | $2,205 | $2,256 | $2,307 | $2,857 | $4,448 | $5,635 | $6,629 | $8,560 | $9,615 | $10,988 | $12,361 | $13,734 | $15,710 | $17,140 | $18,569 | 104 |
| 108 | $2,304 | $2,358 | $2,411 | $2,986 | $4,824 | $5,858 | $6,899 | $8,665 | $9,990 | $11,420 | $12,850 | $14,280 | $15,815 | $17,245 | $18,675 | 108 |
| 112 | $2,352 | $2,407 | $2,461 | $3,047 | $4,696 | $5,941 | $6,993 | $9,313 | $10,095 | $11,525 | $12,955 | $14,385 | $17,193 | $18,452 | $19,975 | 112 |
| 116 | $2,425 | $2,516 | $2,606 | $3,263 | $5,053 | $6,403 | $7,548 | $9,927 | $10,836 | $12,359 | $13,882 | $15,405 | $17,735 | $18,846 | $20,099 | 116 |
| 120 | $2,637 | $2,699 | $2,760 | $3,418 | $5,290 | $6,758 | $8,033 | $10,246 | $11,381 | $12,834 | $14,287 | $15,740 | $17,901 | $19,305 | $20,815 | 120 |
| 124 | $2,736 | $2,800 | $2,864 | $3,546 | $5,466 | $6,981 | $8,303 | $10,351 | $11,861 | $13,371 | $14,881 | $16,391 | $19,014 | $19,411 | $20,921 | 124 |
| 128 | $2,784 | $2,849 | $2,913 | $3,608 | $5,538 | $7,064 | $8,398 | $10,999 | $11,861 | $14,205 | $15,800 | $17,411 | $19,305 | $20,617 | $22,220 | 128 |
| 132 | $2,858 | $2,959 | $3,059 | $3,824 | $5,894 | $7,526 | $8,952 | $11,756 | $12,602 | $14,205 | $15,800 | $17,411 | $19,305 | $20,617 | $22,220 | 132 |
| 136 | $3,217 | $3,292 | $3,366 | $4,168 | $6,380 | $8,187 | $9,802 | $12,036 | $13,626 | $15,216 | $16,806 | $18,395 | $19,987 | $21,577 | $23,167 | 136 |
| | 250 | 500 | 750 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 | 10000 | 11000 | 12000 | |

ADP Graphic Communications Confidential

RFP- June 15, 2001
LEHMAN BROTHERS EQUITY RESEARCH
GRID B- PERFECT BOUND BOOKS: Cover prints 2/1 on 65# Cover, text prints 1/1 black on 50# Opaque

| PAGES \ COPIES | 250 | 500 | 750 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 | 10000 | 11000 | 12000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | 1,156 | 1,974 | 2,830 | 3,185 | 4,170 | 5,149 | 6,153 | 7,121 | 8,088 | 8,957 | 9,838 | 10,574 | 11,417 | 12,334 | 13,172 |
| 104 | 1,177 | 2,015 | 2,892 | 3,293 | 4,304 | 5,309 | 6,340 | 7,334 | 8,328 | 9,217 | 10,123 | 10,885 | 11,772 | 12,690 | 13,547 |
| 108 | 1,198 | 2,057 | 2,954 | 3,400 | 4,437 | 5,470 | 6,527 | 7,546 | 8,568 | 9,482 | 10,408 | 11,295 | 12,104 | 13,036 | 13,923 |
| 112 | 1,218 | 2,098 | 3,016 | 3,536 | 4,592 | 5,643 | 6,721 | 7,759 | 8,794 | 9,726 | 10,669 | 11,565 | 12,390 | 13,342 | 14,246 |
| 116 | 1,239 | 2,140 | 3,077 | 3,607 | 4,688 | 5,765 | 6,872 | 7,996 | 9,001 | 9,953 | 10,917 | 11,840 | 12,685 | 13,684 | 14,585 |
| 120 | 1,260 | 2,181 | 3,139 | 3,714 | 4,822 | 5,926 | 7,059 | 8,149 | 9,241 | 10,218 | 11,209 | 12,151 | 13,016 | 14,020 | 14,962 |
| 124 | 1,280 | 2,222 | 3,201 | 3,821 | 4,957 | 6,087 | 7,246 | 8,362 | 9,477 | 10,478 | 11,494 | 12,461 | 13,348 | 14,375 | 15,337 |
| 128 | 1,301 | 2,264 | 3,264 | 3,919 | 5,034 | 6,143 | 7,282 | 8,378 | 9,477 | 10,456 | 11,451 | 12,398 | 13,265 | 14,275 | 15,221 |
| 132 | 1,322 | 2,305 | 3,326 | 3,989 | 5,130 | 6,268 | 7,433 | 8,555 | 9,679 | 10,683 | 11,705 | 12,674 | 13,559 | 14,590 | 15,570 |
| 136 | 1,342 | 2,346 | 3,388 | 4,096 | 5,264 | 6,429 | 7,620 | 8,771 | 9,919 | 10,943 | 11,990 | 12,978 | 13,891 | 14,945 | 15,946 |
| 140 | 1,363 | 2,387 | 3,450 | 4,203 | 5,354 | 6,587 | 7,808 | 8,984 | 10,159 | 11,209 | 12,275 | 13,288 | 14,223 | 15,300 | 16,321 |
| 144 | 1,384 | 2,429 | 3,512 | 4,341 | 5,454 | 6,762 | 8,001 | 9,193 | 10,385 | 11,452 | 12,586 | 13,564 | 14,509 | 15,605 | 16,644 |
| 148 | 1,404 | 2,470 | 3,574 | 4,410 | 5,554 | 6,884 | 8,152 | 9,370 | 10,592 | 11,679 | 12,784 | 13,840 | 14,803 | 15,920 | 16,983 |
| 152 | 1,425 | 2,512 | 3,636 | 4,517 | 5,784 | 7,045 | 8,340 | 9,593 | 10,832 | 11,944 | 13,075 | 14,150 | 15,135 | 16,275 | 17,359 |
| 156 | 1,446 | 2,553 | 3,698 | 4,624 | 5,917 | 7,206 | 8,527 | 9,800 | 11,067 | 12,204 | 13,361 | 14,454 | 15,467 | 16,630 | 17,736 |
| 160 | 1,466 | 2,594 | 3,760 | 4,723 | 5,996 | 7,262 | 8,562 | 9,816 | 11,067 | 12,182 | 13,318 | 14,398 | 15,384 | 16,531 | 17,619 |
| 164 | 1,487 | 2,636 | 3,822 | 4,792 | 6,092 | 7,386 | 8,714 | 9,992 | 11,269 | 12,409 | 13,566 | 14,668 | 15,678 | 16,853 | 17,959 |
| 168 | 1,508 | 2,677 | 3,884 | 4,899 | 6,225 | 7,545 | 8,901 | 10,205 | 11,510 | 12,675 | 13,857 | 14,978 | 16,010 | 17,208 | 18,335 |
| 172 | 1,529 | 2,718 | 3,946 | 5,007 | 6,359 | 7,706 | 9,088 | 10,418 | 11,750 | 12,934 | 14,143 | 15,288 | 16,342 | 17,584 | 18,711 |
| 176 | 1,549 | 2,760 | 4,008 | 5,144 | 6,514 | 7,879 | 9,281 | 10,631 | 11,976 | 13,178 | 14,403 | 15,564 | 16,628 | 17,861 | 19,033 |
| 180 | 1,570 | 2,801 | 4,070 | 5,213 | 6,610 | 8,003 | 9,433 | 10,808 | 12,182 | 13,405 | 14,651 | 15,833 | 16,922 | 18,183 | 19,373 |
| 184 | 1,590 | 2,843 | 4,132 | 5,321 | 6,745 | 8,164 | 9,620 | 11,020 | 12,423 | 13,671 | 14,936 | 16,143 | 17,254 | 18,538 | 19,749 |
| 188 | 1,611 | 2,884 | 4,194 | 5,429 | 6,873 | 8,320 | 9,720 | 11,234 | 12,658 | 13,930 | 15,228 | 16,454 | 17,579 | 18,894 | 20,124 |
| 192 | 1,632 | 2,925 | 4,256 | 5,537 | 7,013 | 8,476 | 9,820 | 11,447 | 12,893 | 14,190 | 15,520 | 16,764 | 17,903 | 19,250 | 20,499 |
|  | 250 | 500 | 750 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 | 10000 | 11000 | 12000 |

Page 1

ADP Graphic Communications Confidential

US Pricing

RFP-June 15, 2001
LEHMAN BROTHERS EQUITY RESEARCH
GRID C--Plus Cover Books;Cover prints 5/1 on 65# Cover text prints 1/1-black on 50# Opaque, Saddle Stitch

US Pricing

| PAGES | COPIES 250 | 500 | 750 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 | 10000 | 11000 | 12000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | 985 | 1,016 | 1,047 | 1,080 | 1,336 | 1,591 | 1,847 | 2,103 | 2,190 | 2,278 | 2,365 | 2,453 | 2,540 | 2,628 | 2,715 | 8 |
| 12 | 1,077 | 1,113 | 1,150 | 1,188 | 1,484 | 1,779 | 2,075 | 2,371 | 2,506 | 2,642 | 2,777 | 2,912 | 3,048 | 3,183 | 3,318 | 12 |
| 16 | 1,122 | 1,160 | 1,199 | 1,240 | 1,545 | 1,850 | 2,154 | 2,459 | 2,585 | 2,730 | 2,866 | 3,001 | 3,136 | 3,272 | 3,407 | 16 |
| 20 | 1,226 | 1,270 | 1,315 | 1,362 | 1,705 | 2,049 | 2,392 | 2,736 | 2,925 | 3,113 | 3,302 | 3,490 | 3,679 | 3,868 | 4,056 | 20 |
| 24 | 1,328 | 1,377 | 1,428 | 1,481 | 1,941 | 2,285 | 2,574 | 2,921 | 3,138 | 3,355 | 3,572 | 3,789 | 4,006 | 4,223 | 4,440 | 24 |
| 28 | 1,427 | 1,481 | 1,537 | 1,596 | 2,119 | 2,508 | 2,832 | 3,197 | 3,464 | 3,730 | 3,996 | 4,263 | 4,529 | 4,795 | 5,062 | 28 |
| 32 | 1,369 | 1,420 | 1,473 | 1,528 | 2,014 | 2,377 | 2,681 | 3,039 | 3,248 | 3,457 | 4,059 | 4,317 | 4,575 | 4,833 | 5,091 | 32 |
| 36 | 1,482 | 1,539 | 1,598 | 1,660 | 2,219 | 2,632 | 2,977 | 3,285 | 3,543 | 3,801 | 4,329 | 4,615 | 4,901 | 5,188 | 5,474 | 36 |
| 40 | 1,539 | 1,651 | 1,717 | 1,734 | 2,412 | 2,873 | 3,257 | 3,470 | 3,756 | 4,043 | 4,753 | 5,089 | 5,425 | 5,760 | 6,096 | 40 |
| 44 | 1,588 | 1,717 | 1,785 | 1,857 | 2,524 | 3,013 | 3,419 | 3,838 | 4,174 | 4,509 | 4,845 | 5,181 | 5,517 | 5,852 | 6,188 | 44 |
| 48 | 1,650 | 1,708 | 1,776 | 1,917 | 2,617 | 3,130 | 3,554 | 4,084 | 4,489 | 4,853 | 5,238 | 5,623 | 6,007 | 6,392 | 6,777 | 48 |
| 52 | 1,642 | 1,771 | 1,843 | 1,989 | 2,728 | 3,269 | 3,716 | 4,269 | 4,682 | 5,095 | 5,508 | 5,921 | 6,334 | 6,747 | 7,160 | 52 |
| 56 | 1,702 | 1,836 | 1,911 | 2,093 | 2,855 | 3,427 | 3,899 | 4,420 | 4,838 | 5,256 | 5,674 | 6,092 | 6,510 | 6,928 | 7,346 | 56 |
| 60 | 1,764 | 1,909 | 1,988 | 2,216 | 2,869 | 3,471 | 3,949 | 4,545 | 5,008 | 5,470 | 5,933 | 6,395 | 6,857 | 7,320 | 7,782 | 60 |
| 64 | 1,834 | 2,041 | 2,127 | 2,291 | 3,381 | 4,010 | 4,527 | 5,127 | 5,638 | 6,149 | 6,660 | 7,171 | 7,682 | 8,193 | 8,704 | 64 |
| 68 | 1,959 | 2,109 | 2,198 | 2,371 | 3,497 | 4,155 | 4,665 | 5,324 | 5,867 | 6,409 | 6,952 | 7,495 | 8,038 | 8,581 | 9,123 | 68 |
| 72 | 2,023 | 2,181 | 2,274 | 2,440 | 3,620 | 4,309 | 4,874 | 5,617 | 6,215 | 6,813 | 7,411 | 8,009 | 8,607 | 9,205 | 9,803 | 72 |
| 76 | 2,091 | 2,243 | 2,339 | 2,512 | 3,727 | 4,443 | 5,030 | 5,714 | 6,313 | 6,912 | 7,510 | 8,109 | 8,707 | 9,306 | 10,105 | 76 |
| 80 | 2,150 | 2,308 | 2,408 | 2,586 | 3,839 | 4,583 | 5,191 | 5,975 | 6,629 | 7,282 | 7,935 | 8,588 | 9,442 | 9,998 | 10,948 | 80 |
| 84 | 2,212 | 2,375 | 2,478 | 2,699 | 3,954 | 4,726 | 5,358 | 6,172 | 6,857 | 7,742 | 8,427 | 9,112 | 9,998 | 10,593 | 11,448 | 84 |
| 88 | 2,276 | 2,476 | 2,585 | 2,862 | 4,128 | 5,044 | 5,711 | 6,555 | 7,305 | 8,246 | 8,986 | 9,826 | 10,667 | 11,407 | 12,255 | 88 |
| 92 | 2,372 | 2,624 | 2,699 | 2,862 | 4,362 | 5,262 | 5,679 | 7,718 | 9,023 | 10,427 | 11,532 | 13,037 | 14,242 | 15,546 | 16,851 | 92 |
| 96 | 2,513 | | 2,741 | | | | | | | | | | | | | 96 |
| | 250 | 500 | 750 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 | 10000 | 11000 | 12000 | |



ADP Graphic Communications Confidential

RFP–June 15, 2001
**LEHMAN BROTHERS EQUITY RESEARCH**
GRID D- PERFECT BOUND BOOKS: Cover prints 5/1 on 65# Cover, text prints 1/1 black on 50# Opaque

COPIES

| PAGES | 250 | 500 | 750 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 | 10000 | 11000 | 12000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | $1,469 | $2,236 | $3,039 | $3,376 | $4,378 | $5,408 | $6,461 | $7,477 | $8,492 | $9,405 | $10,330 | $11,208 | $11,988 | $12,951 | $13,831 | 100 |
| 104 | $1,488 | $2,275 | $3,097 | $3,476 | $4,519 | $5,575 | $6,657 | $7,700 | $8,744 | $9,678 | $10,630 | $11,534 | $12,361 | $13,324 | $14,225 | 104 |
| 108 | $1,507 | $2,313 | $3,155 | $3,576 | $4,659 | $5,744 | $6,853 | $7,924 | $8,997 | $9,956 | $10,929 | $11,860 | $12,709 | $13,688 | $14,620 | 108 |
| 112 | $1,526 | $2,352 | $3,213 | $3,703 | $4,822 | $5,926 | $7,057 | $8,147 | $9,234 | $10,212 | $11,202 | $12,143 | $13,009 | $14,009 | $14,958 | 112 |
| 116 | $1,546 | $2,391 | $3,270 | $3,787 | $4,923 | $6,054 | $7,216 | $8,333 | $9,451 | $10,450 | $11,463 | $12,432 | $13,319 | $14,347 | $15,315 | 116 |
| 120 | $1,565 | $2,429 | $3,328 | $3,900 | $5,063 | $6,223 | $7,412 | $8,556 | $9,703 | $10,729 | $11,769 | $12,758 | $13,667 | $14,721 | $15,710 | 120 |
| 124 | $1,584 | $2,468 | $3,386 | $4,012 | $5,205 | $6,392 | $7,609 | $8,780 | $9,951 | $11,002 | $12,068 | $13,084 | $14,015 | $15,093 | $16,104 | 124 |
| 128 | $1,604 | $2,506 | $3,445 | $4,115 | $5,285 | $6,450 | $7,646 | $8,797 | $9,951 | $10,979 | $12,023 | $13,018 | $13,928 | $14,989 | $15,982 | 128 |
| 132 | $1,623 | $2,545 | $3,502 | $4,188 | $5,387 | $6,581 | $7,805 | $8,982 | $10,162 | $11,217 | $12,290 | $13,308 | $14,237 | $15,319 | $16,348 | 132 |
| 136 | $1,642 | $2,583 | $3,560 | $4,301 | $5,527 | $6,750 | $8,001 | $9,210 | $10,415 | $11,490 | $12,589 | $13,627 | $14,586 | $15,692 | $16,743 | 136 |
| 140 | $1,662 | $2,622 | $3,618 | $4,413 | $5,667 | $6,916 | $8,198 | $9,434 | $10,667 | $11,769 | $12,889 | $13,953 | $14,934 | $16,065 | $17,137 | 140 |
| 144 | $1,681 | $2,661 | $3,676 | $4,558 | $5,832 | $7,100 | $8,401 | $9,653 |  | $12,025 | $13,163 | $14,243 | $15,235 | $16,386 | $17,476 | 144 |
| 148 | $1,700 | $2,700 | $3,734 | $4,631 | $5,933 | $7,228 | $8,560 | $9,838 | $11,121 | $12,263 | $13,424 | $14,532 | $15,543 | $16,716 | $17,832 | 148 |
| 152 | $1,719 | $2,738 | $3,792 | $4,743 | $6,073 | $7,397 | $8,757 | $10,062 | $11,373 | $12,541 | $13,729 | $14,858 | $15,892 | $17,089 | $18,227 | 152 |
| 156 | $1,739 | $2,777 | $3,849 | $4,856 | $6,213 | $7,566 | $8,953 | $10,290 | $11,621 | $12,792 | $13,984 | $15,176 | $16,240 | $17,461 | $18,500 | 156 |
| 160 | $1,758 | $2,815 | $3,908 | $4,959 | $6,295 | $7,625 | $8,990 | $10,306 |  |  | $14,029 | $15,118 | $16,153 | $17,358 |  | 160 |
| 164 | $1,777 | $2,854 | $3,966 | $5,032 | $6,396 | $7,756 | $9,149 | $10,492 | $11,833 | $13,029 | $14,244 | $15,401 | $16,462 | $17,696 | $18,857 | 164 |
| 168 | $1,797 | $2,892 | $4,023 | $5,144 | $6,537 | $7,922 | $9,346 | $10,716 | $12,085 | $13,308 | $14,550 | $15,727 | $16,810 | $18,068 | $19,251 | 168 |
| 172 | $1,816 | $2,931 | $4,081 | $5,258 | $6,677 | $8,091 | $9,542 | $10,939 | $12,337 | $13,581 | $14,850 | $16,053 | $17,159 | $18,442 | $19,646 | 172 |
| 176 | $1,835 | $2,969 | $4,139 | $5,401 | $6,840 | $8,273 | $9,745 | $11,163 | $12,575 | $13,837 | $15,124 | $16,342 | $17,480 | $18,754 | $19,985 | 176 |
| 180 | $1,855 | $3,008 | $4,197 | $5,474 | $6,941 | $8,403 | $9,904 | $11,348 | $12,791 | $14,075 | $15,384 | $16,625 | $17,768 | $19,093 | $20,341 | 180 |
| 184 | $1,874 | $3,047 | $4,255 | $5,587 | $7,083 | $8,572 | $10,101 | $11,571 | $13,044 | $14,354 | $15,683 | $16,950 | $18,117 | $19,465 | $20,736 | 184 |
| 188 | $1,893 | $3,085 | $4,313 | $5,700 | $7,223 | $8,736 | $10,206 | $11,795 | $13,291 | $14,627 | $15,990 | $17,276 | $18,458 | $19,839 | $21,130 | 188 |
|  | 250 | 500 | 750 | 1000 | 2000 | 3000 | 4000 | 5000 | 6000 | 7000 | 8000 | 9000 | 10000 | 11000 | 12000 | |

US Pricing

ADP Graphic Communications Confidential



<u>Attachment 2 : Pricing for UK Research Grids</u>

ADP Graphic Communications Confidential

...g Grid from CGI Europe Ltd

902 xls

All prices quoted in £ (pounds Sterling)

Confidential

Prepared by PeterF April '02

| | 4pp | 8pp | 12pp | 16pp | 20pp | 24pp | 28pp | 32pp | 36pp | 40pp | 44pp | 48pp | 52pp | 56pp | 60pp | 64pp | 68pp | 72pp | 76 | 80pp | 84pp | 88pp |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | 41 | 58 | 151 | 198 | 244 | 291 | 338 | 384 | | 524 | 533 | 570 | 611 | 653 | 695 | 742 | 794 | 846 | 898 | 950 | 1003 | 1055 |
| 400 | 43 | 62 | 167 | 219 | 271 | 323 | 376 | 428 | | 585 | 588 | 637 | 689 | 742 | 794 | 846 | 898 | 950 | 1003 | 1055 | 1108 | 1160 |
| 500 | 46 | 66 | 182 | 240 | 297 | 358 | 414 | 472 | | 646 | 588 | 704 | 762 | 820 | 878 | 936 | 994 | 1052 | 1110 | 1168 | 1226 | 1284 |
| 600 | 49 | 70 | 197 | 261 | 325 | 389 | 452 | 516 | 580 | 707 | 643 | 771 | 835 | 899 | 963 | 1027 | 1091 | 1155 | 1219 | 1283 | 1347 | 1411 |
| 700 | 52 | 74 | 213 | 282 | 352 | 421 | 490 | 560 | 629 | 768 | 699 | 838 | 907 | 977 | 1046 | 1116 | 1185 | 1254 | 1324 | 1393 | 1463 | 1532 |
| 800 | 54 | 78 | 228 | 303 | 378 | 453 | 529 | 604 | 679 | 829 | 754 | 905 | 980 | 1055 | 1130 | 1205 | 1280 | 1355 | 1431 | 1506 | 1581 | 1656 |
| 900 | 57 | 81 | 243 | 324 | 405 | 486 | 567 | 648 | 729 | 890 | 810 | 971 | 1052 | 1133 | 1214 | 1295 | 1376 | 1457 | 1538 | 1619 | 1700 | 1781 |
| 1000 | 60 | 85 | 259 | 345 | 432 | 518 | 605 | 692 | 778 | 952 | 865 | 1038 | 1125 | 1211 | 1298 | 1385 | 1471 | 1558 | 1645 | 1731 | 1818 | 1905 |
| 1100 | 62 | 89 | 274 | 366 | 459 | 551 | 643 | 736 | 828 | 1013 | 920 | 1105 | 1197 | 1290 | 1382 | 1474 | 1567 | 1659 | 1751 | 1844 | 1936 | 2028 |
| 1200 | 65 | 93 | 289 | 387 | 485 | 583 | 680 | 780 | 878 | 1074 | 976 | 1172 | 1270 | 1368 | 1466 | 1564 | 1662 | 1760 | 1858 | 1956 | 2054 | 2152 |
| 1300 | 68 | 97 | 305 | 408 | 512 | 616 | 720 | 824 | 927 | 1135 | 1031 | 1239 | 1342 | 1446 | 1550 | 1654 | 1758 | 1862 | 1965 | 2069 | 2173 | 2277 |
| 1400 | 71 | 101 | 320 | 429 | 538 | 648 | 758 | 867 | 977 | 1196 | 1086 | 1306 | 1415 | 1525 | 1634 | 1744 | 1853 | 1963 | 2072 | 2182 | 2291 | 2401 |
| 1500 | 73 | 105 | 335 | 450 | 566 | 681 | 795 | 911 | 1027 | 1257 | 1142 | 1372 | 1488 | 1603 | 1718 | 1833 | 1949 | 2064 | 2179 | 2294 | 2409 | 2524 |
| 1600 | 76 | 109 | 351 | 472 | 592 | 713 | 834 | 955 | 1076 | 1318 | 1197 | 1439 | 1560 | 1681 | 1802 | 1923 | 2044 | 2165 | 2286 | 2407 | 2528 | 2649 |
| 1700 | 79 | 113 | 366 | 493 | 619 | 746 | 873 | 999 | 1126 | 1379 | 1253 | 1506 | 1632 | 1759 | 1886 | 2013 | 2139 | 2266 | 2393 | 2519 | 2646 | 2773 |
| 1800 | 81 | 116 | 381 | 514 | 646 | 778 | 911 | 1043 | 1176 | 1440 | 1308 | 1573 | 1705 | 1838 | 1970 | 2102 | 2235 | 2372 | 2498 | 2631 | 2763 | 2896 |
| 1900 | 84 | 120 | 397 | 535 | 673 | 811 | 949 | 1087 | 1225 | 1501 | 1363 | 1640 | 1778 | 1916 | 2054 | 2192 | 2330 | 2468 | 2606 | 2745 | 2883 | 3021 |
| 2000 | 87 | 124 | 412 | 556 | 700 | 843 | 987 | 1131 | 1275 | 1563 | 1419 | 1707 | 1850 | 1994 | 2138 | 2282 | 2426 | 2570 | 2714 | 2857 | 3001 | 3145 |
| 2100 | 89 | 128 | 427 | 577 | 726 | 876 | 1025 | 1175 | 1324 | 1624 | 1474 | 1773 | 1923 | 2073 | 2222 | 2372 | 2521 | 2671 | 2820 | 2970 | 3120 | 3269 |
| 2200 | 92 | 132 | 443 | 598 | 753 | 908 | 1064 | 1219 | 1374 | 1685 | 1530 | 1840 | 1995 | 2150 | 2306 | 2461 | 2617 | 2772 | 2927 | 3083 | 3238 | 3393 |
| 2300 | 95 | 136 | 458 | 619 | 780 | 941 | 1102 | 1263 | 1424 | 1746 | 1585 | 1907 | 2068 | 2229 | 2390 | 2551 | 2712 | 2873 | 3034 | 3195 | 3356 | 3517 |
| 2400 | 98 | 140 | 473 | 640 | 807 | 973 | 1140 | 1307 | 1474 | 1807 | 1640 | 1974 | 2141 | 2308 | 2474 | 2641 | 2808 | 2974 | 3141 | 3308 | 3474 | 3641 |
| 2500 | 100 | 144 | 488 | 661 | 834 | 1006 | 1179 | 1351 | 1523 | 1868 | 1696 | 2041 | 2213 | 2386 | 2558 | 2731 | 2903 | 3075 | 3248 | 3420 | 3593 | 3765 |
| 2600 | 103 | 147 | 504 | 682 | 860 | 1038 | 1217 | 1395 | 1573 | 1929 | 1751 | 2108 | 2286 | 2464 | 2642 | 2810 | 2988 | 3177 | 3355 | 3533 | 3711 | 3889 |
| 2700 | 106 | 151 | 519 | 703 | 887 | 1071 | 1255 | 1439 | 1623 | 1990 | 1807 | 2174 | 2358 | 2542 | 2726 | 2910 | 3094 | 3278 | 3462 | 3646 | 3830 | 4014 |
| 2800 | 108 | 155 | 534 | 724 | 914 | 1103 | 1293 | 1483 | 1672 | 2051 | 1862 | 2241 | 2431 | 2621 | 2810 | 3000 | 3189 | 3379 | 3569 | 3758 | 3948 | 4138 |
| 2900 | 111 | 159 | 550 | 745 | 941 | 1136 | 1331 | 1527 | 1722 | 2113 | 1917 | 2308 | 2503 | 2699 | 2894 | 3089 | 3285 | 3480 | 3675 | 3871 | 4066 | 4261 |
| 3000 | 114 | 163 | 565 | 766 | 967 | 1168 | 1369 | 1571 | 1772 | 2174 | 1973 | 2375 | 2576 | 2777 | 2978 | 3179 | 3380 | 3581 | 3783 | 3983 | 4185 | 4386 |
| 3100 | 117 | 167 | 580 | 787 | 994 | 1201 | 1408 | 1614 | 1821 | 2235 | 2028 | 2442 | 2648 | 2855 | 3062 | 3269 | 3476 | 3682 | 3889 | 4096 | 4303 | 4510 |
| 3200 | 120 | 171 | 596 | 808 | 1021 | 1233 | 1446 | 1658 | 1871 | 2296 | 2083 | 2509 | 2721 | 2934 | 3146 | 3359 | 3571 | 3784 | 3996 | 4209 | 4421 | 4634 |
| 3300 | 122 | 175 | 611 | 829 | 1048 | 1266 | 1484 | 1702 | 1921 | 2357 | 2139 | 2575 | 2794 | 3012 | 3230 | 3448 | 3666 | 3885 | 4103 | 4321 | 4539 | 4757 |
| 3400 | 125 | 178 | 626 | 850 | 1074 | 1299 | 1523 | 1746 | 1970 | 2418 | 2194 | 2642 | 2866 | 3090 | 3314 | 3538 | 3762 | 3986 | 4210 | 4434 | 4658 | 4882 |
| 3500 | 128 | 182 | 642 | 871 | 1101 | 1331 | 1561 | 1790 | 2020 | 2479 | 2250 | 2709 | 2939 | 3168 | 3398 | 3628 | 3857 | 4087 | 4317 | 4547 | 4776 | 5006 |
| 3600 | 130 | 186 | 657 | 892 | 1128 | 1363 | 1599 | 1834 | 2070 | 2540 | 2305 | 2776 | 3011 | 3247 | 3482 | 3718 | 3953 | 4188 | 4424 | 4659 | 4895 | 5130 |
| 3700 | 133 | 190 | 672 | 914 | 1155 | 1396 | 1637 | 1878 | 2119 | 2602 | 2360 | 2843 | 3084 | 3325 | 3566 | 3807 | 4048 | 4289 | 4530 | 4772 | 5013 | 5254 |
| 3800 | 136 | 194 | 688 | 935 | 1182 | 1428 | 1675 | 1922 | 2169 | 2663 | 2416 | 2909 | 3156 | 3403 | 3650 | 3897 | 4144 | 4391 | 4638 | 4884 | 5131 | 5378 |
| 3900 | 139 | 198 | 703 | 956 | 1208 | 1461 | 1713 | 1966 | 2219 | 2724 | 2471 | 2976 | 3229 | 3482 | 3734 | 3987 | 4240 | 4492 | 4745 | 4997 | 5250 | 5502 |
| 4000 | 141 | 202 | 718 | 977 | 1235 | 1493 | 1752 | 2010 | 2268 | 2785 | 2527 | 3043 | 3301 | 3560 | 3818 | 4076 | 4335 | 4593 | 4851 | 5110 | 5368 | 5626 |
| 4100 | 144 | 206 | 733 | 998 | 1262 | 1526 | 1790 | 2054 | 2318 | 2846 | 2582 | 3110 | 3374 | 3638 | 3902 | 4166 | 4430 | 4694 | 4958 | 5222 | 5486 | 5750 |
| 4200 | 147 | 210 | 749 | 1019 | 1289 | 1558 | 1828 | 2098 | 2368 | 2907 | 2637 | 3177 | 3447 | 3716 | 3986 | 4256 | 4526 | 4795 | | | | |

All prices quoted in £ (pounds Sterling)

Prepared by PeterF April '02

Confidential

All prices quoted in £ (pounds sterling)

## LEHMANS US MATRIX 2PP - 112PP

| May 2002 | 50 | 100 | 150 | 200 | 250 | 300 | 350 | 400 | 450 | 500 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2pp | £10.00 | £10.00 | £10.00 | £10.00 | £10.00 | £12.00 | £14.00 | £16.00 | £18.00 | £20.00 |
| 4pp | £10.00 | £10.00 | £12.00 | £16.00 | £20.00 | £24.00 | £28.00 | £32.00 | £36.00 | £40.00 |
| 8pp | £10.00 | £16.00 | £24.00 | £32.00 | £40.00 | £48.00 | £56.00 | £64.00 | £72.00 | £80.00 |
| 12pp | £12.00 | £24.00 | £36.00 | £48.00 | £60.00 | £72.00 | £84.00 | £96.00 | £108.00 | £120.00 |
| 16pp | £16.00 | £32.00 | £48.00 | £64.00 | £80.00 | £96.00 | £112.00 | £128.00 | £144.00 | £160.00 |
| 20pp | £20.00 | £40.00 | £60.00 | £80.00 | £100.00 | £120.00 | £140.00 | £160.00 | £180.00 | £200.00 |
| 24pp | £24.00 | £48.00 | £72.00 | £96.00 | £120.00 | £144.00 | £168.00 | £192.00 | £216.00 | £240.00 |
| 28pp | £28.00 | £56.00 | £84.00 | £112.00 | £140.00 | £168.00 | £196.00 | £224.00 | £252.00 | £280.00 |
| 32pp | £32.00 | £64.00 | £96.00 | £128.00 | £160.00 | £192.00 | £224.00 | £256.00 | £288.00 | £320.00 |
| 36pp | £36.00 | £72.00 | £108.00 | £144.00 | £180.00 | £216.00 | £252.00 | £288.00 | £324.00 | £360.00 |
| 40pp | £40.00 | £80.00 | £120.00 | £160.00 | £200.00 | £240.00 | £280.00 | £320.00 | £360.00 | £400.00 |
| 44pp | £44.00 | £88.00 | £132.00 | £176.00 | £220.00 | £264.00 | £308.00 | £352.00 | £396.00 | £440.00 |
| 48pp | £48.00 | £96.00 | £144.00 | £192.00 | £240.00 | £288.00 | £336.00 | £384.00 | £432.00 | £480.00 |
| 52pp | £52.00 | £104.00 | £156.00 | £208.00 | £260.00 | £312.00 | £364.00 | £416.00 | £468.00 | £520.00 |
| 56pp | £56.00 | £112.00 | £168.00 | £224.00 | £280.00 | £336.00 | £392.00 | £448.00 | £504.00 | £560.00 |
| 60pp | £60.00 | £120.00 | £180.00 | £240.00 | £300.00 | £360.00 | £420.00 | £480.00 | £540.00 | £600.00 |
| 64pp | £64.00 | £128.00 | £192.00 | £256.00 | £340.00 | £384.00 | £448.00 | £512.00 | £576.00 | £640.00 |
| 68pp | £68.00 | £136.00 | £204.00 | £272.00 | £340.00 | £408.00 | £476.00 | £544.00 | £612.00 | £680.00 |
| 72pp | £72.00 | £144.00 | £216.00 | £288.00 | £360.00 | £432.00 | £504.00 | £576.00 | £648.00 | £720.00 |
| 76pp | £76.00 | £152.00 | £228.00 | £304.00 | £380.00 | £456.00 | £532.00 | £608.00 | £684.00 | £760.00 |
| 80pp | £80.00 | £160.00 | £240.00 | £320.00 | £400.00 | £480.00 | £560.00 | £640.00 | £720.00 | £800.00 |
| 84pp | £84.00 | £168.00 | £252.00 | £336.00 | £420.00 | £504.00 | £588.00 | £672.00 | £756.00 | £840.00 |
| 88pp | £88.00 | £176.00 | £264.00 | £352.00 | £440.00 | £528.00 | £616.00 | £704.00 | £792.00 | £880.00 |
| 92pp | £92.00 | £184.00 | £276.00 | £368.00 | £460.00 | £552.00 | £644.00 | £736.00 | £828.00 | £920.00 |
| 96pp | £96.00 | £192.00 | £288.00 | £384.00 | £480.00 | £576.00 | £672.00 | £768.00 | £864.00 | £960.00 |
| 100pp | £100.00 | £200.00 | £300.00 | £400.00 | £500.00 | £600.00 | £700.00 | £800.00 | £900.00 | £1,000.00 |
| 104pp | £104.00 | £208.00 | £312.00 | £416.00 | £520.00 | £624.00 | £728.00 | £832.00 | £936.00 | £1,040.00 |
| 108pp | £108.00 | £216.00 | £324.00 | £432.00 | £540.00 | £648.00 | £756.00 | £864.00 | £972.00 | £1,080.00 |
| 112pp | £112.00 | £224.00 | £336.00 | £448.00 | £560.00 | £672.00 | £784.00 | £896.00 | £1,008.00 | £1,120.00 |

LEHMANS US MATRIX 116PP AND ABOVE

All prices quoted in £ (pounds sterling)

| May 2002 | 100 | 250 | 500 | 700 | 800 | 900 | 1000 | 1500 | 2000 | 2500 | 5000 | 8000 | 10000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 116 | 912.86 | 1,196.26 | 1,848.38 | 2,114.63 | 2,337.18 | 2,556.43 | 2,953.08 | 3,316.04 | 3,678.99 | 4,087.09 | 6,771.84 | 10,101.59 | 12,293.43 |
| 120 | 934.61 | 1,226.24 | 1,896.21 | 2,174.72 | 2,407.35 | 2,636.67 | 3,051.29 | 3,425.07 | 3,798.84 | 4,219.94 | 6,994.94 | 10,442.79 | 12,708.23 |
| 124 | 956.36 | 1,256.22 | 1,944.04 | 2,234.79 | 2,477.52 | 2,716.91 | 3,149.51 | 3,534.63 | 3,919.75 | 4,354.38 | 7,218.29 | 10,779.76 | 13,123.03 |
| 128 | 978.11 | 1,286.20 | 1,991.87 | 2,293.80 | 2,547.69 | 2,793.91 | 3,242.32 | 3,624.49 | 4,006.68 | 4,440.55 | 7,326.19 | 10,917.81 | 13,279.11 |
| 132 | 999.86 | 1,316.18 | 2,039.70 | 2,349.38 | 2,617.86 | 2,860.63 | 3,317.98 | 3,711.50 | 4,105.02 | 4,552.43 | 7,528.18 | 11,236.35 | 13,670.39 |
| 136 | 1,021.61 | 1,346.16 | 2,087.53 | 2,409.47 | 2,668.03 | 2,940.87 | 3,416.19 | 3,820.53 | 4,224.87 | 4,685.28 | 7,753.68 | 11,573.32 | 14,085.67 |
| 140 | 1,043.36 | 1,376.14 | 2,135.36 | 2,469.55 | 2,758.20 | 3,021.09 | 3,514.36 | 3,929.59 | 4,344.81 | 4,818.31 | 7,977.02 | 11,910.68 | 14,500.47 |
| 144 | 1,065.11 | 1,406.12 | 2,183.19 | 2,533.45 | 2,828.37 | 3,112.31 | 3,630.72 | 4,054.32 | 4,477.91 | 4,961.96 | 8,197.73 | 12,233.05 | 14,886.94 |
| 148 | 1,086.86 | 1,436.10 | 2,231.02 | 2,589.03 | 2,898.54 | 3,179.03 | 5,930.21 | 4,141.28 | 4,576.16 | 5,073.69 | 8,399.71 | 12,547.74 | 15,278.23 |
| 152 | 1,108.61 | 1,466.08 | 2,278.85 | 2,649.12 | 2,968.71 | 3,259.27 | 3,804.59 | 4,215.54 | 4,626.48 | 5,102.24 | 8,506.14 | 12,723.29 | 15,496.81 |
| 156 | 1,130.36 | 1,496.06 | 2,326.68 | 2,709.20 | 3,038.88 | 3,339.49 | 3,902.76 | 4,323.79 | 4,744.81 | 5,232.86 | 8,728.99 | 13,057.04 | 15,907.30 |
| 160 | 1,152.11 | 1,526.04 | 2,374.51 | 2,768.19 | 3,109.05 | 3,416.48 | 3,995.57 | 4,413.66 | 4,831.76 | 5,319.05 | 8,836.71 | 21,113.02 | 16,064.46 |
| 164 | 1,173.86 | 1,556.02 | 2,422.34 | 2,823.77 | 3,179.22 | 3,483.19 | 4,071.23 | 4,500.09 | 4,928.94 | 5,429.19 | 9,036.53 | 13,507.19 | 16,451.92 |
| 168 | 1,195.61 | 1,586.00 | 2,470.17 | 2,883.86 | 3,249.39 | 3,563.44 | 4,169.44 | 4,683.17 | 5,196.89 | 5,784.19 | 9,506.30 | 14,194.61 | 17,278.51 |
| 172 | 1,217.36 | 1,615.98 | 2,518.00 | 2,944.05 | 3,319.56 | 3,643.99 | 4,268.16 | 4,793.30 | 5,318.45 | 5,919.36 | 9,731.99 | 14,535.58 | 17,698.11 |
| 176 | 1,239.11 | 1,645.96 | 2,565.83 | 3,007.66 | 3,389.73 | 3,734.79 | 4,383.97 | 4,918.21 | 5,452.45 | 6,064.64 | 9,957.94 | 14,861.25 | 18,088.31 |
| 180 | 1,260.86 | 1,675.94 | 2,613.66 | 3,063.42 | 3,459.90 | 3,801.59 | 4,459.63 | 5,005.74 | 5,551.86 | 6,178.10 | 10,162.08 | 15,179.08 | 18,483.41 |
| 184 | 1,282.61 | 1,705.92 | 2,661.49 | 3,123.51 | 3,530.07 | 3,881.84 | 4,557.84 | 5,116.07 | 5,674.29 | 6,314.84 | 10,387.78 | 15,519.65 | 18,902.51 |
| 188 | 1,304.36 | 1,735.90 | 2,709.32 | 3,183.70 | 3,600.24 | 3,962.39 | 4,656.56 | 5,226.20 | 5,795.84 | 6,450.00 | 10,613.72 | 15,864.53 | 19,317.21 |
| 192 | 1,326.11 | 1,765.88 | 2,757.15 | 3,242.61 | 3,670.41 | 4,039.09 | 4,748.87 | 5,316.33 | 5,883.79 | 6,537.94 | 10,721.82 | 16,001.65 | 19,477.11 |
| 196 | 1,347.86 | 1,795.86 | 2,804.98 | 3,301.52 | 3,740.58 | 4,115.79 | 4,841.18 | 5,406.46 | 5,971.73 | 6,625.88 | 10,829.92 | 16,138.77 | 19,637.01 |
| 200 | 1,369.61 | 1,825.84 | 2,852.81 | 3,360.43 | 3,810.75 | 4,192.49 | 4,933.49 | 5,496.59 | 6,059.67 | 6,713.82 | 10,938.02 | 16,275.89 | 19,796.91 |

All prices quoted in £ (pounds sterling)

## LEHMANS US MATRIX 116PP AND ABOVE

May 2002

| | 100 | 250 | 500 | 700 | 800 | 900 | 1000 | 1500 | 2000 | 2500 | 5000 | 8000 | 10000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 204 | 1,391.36 | 1,855.82 | 2,900.64 | 3,419.34 | 3,880.92 | 4,269.19 | 5,025.80 | 5,586.72 | 6,147.61 | 6,801.76 | 11,046.12 | 16,413.01 | 19,956.83 |
| 208 | 1,413.11 | 1,885.80 | 2,948.47 | 3,478.25 | 3,951.09 | 4,345.89 | 5,118.11 | 5,676.85 | 6,235.55 | 6,889.70 | 11,154.22 | 16,550.13 | 20,116.77 |
| 212 | 1,434.86 | 1,915.78 | 2,996.30 | 3,537.16 | 4,021.26 | 4,422.59 | 5,210.42 | 5,766.98 | 6,323.49 | 6,977.64 | 11,262.32 | 16,687.25 | 20,276.42 |
| 216 | 1,456.61 | 1,945.76 | 3,044.13 | 3,596.07 | 4,091.43 | 4,499.29 | 5,302.73 | 5,857.11 | 6,411.43 | 7,065.58 | 11,370.42 | 16,824.37 | 20,436.51 |
| 220 | 1,478.36 | 1,975.74 | 3,091.96 | 3,654.98 | 4,161.60 | 4,575.99 | 5,395.04 | 5,947.24 | 6,499.37 | 7,153.52 | 11,478.52 | 16,961.49 | 20,596.60 |
| 224 | 1,500.11 | 2,005.72 | 3,139.79 | 3,713.89 | 4,231.77 | 4,652.69 | 5,487.35 | 6,037.37 | 6,587.31 | 7,241.46 | 11,586.62 | 17,098.61 | 20,756.13 |
| 228 | 1,521.86 | 2,035.70 | 3,187.62 | 3,772.80 | 4,301.94 | 4,729.39 | 5,579.66 | 6,127.50 | 6,675.25 | 7,329.40 | 11,694.72 | 17,235.73 | 20,916.61 |
| 232 | 1,543.61 | 2,065.68 | 3,235.45 | 3,831.71 | 4,372.11 | 4,806.09 | 5,671.97 | 6,217.63 | 6,763.19 | 7,417.34 | 11,802.82 | 17,372.85 | 21,076.11 |
| 236 | 1,565.36 | 2,095.66 | 3,283.28 | 3,890.62 | 4,442.28 | 4,882.79 | 5,764.28 | 6,307.76 | 6,851.13 | 7,505.28 | 11,910.92 | 17,509.97 | 21,236.78 |
| 240 | 1,587.11 | 2,125.64 | 3,331.11 | 3,949.53 | 4,512.45 | 4,959.49 | 5,856.59 | 6,397.89 | 6,939.07 | 7,593.22 | 12,019.02 | 17,647.09 | 21,395.65 |
| 244 | 1,608.86 | 2,155.62 | 3,378.94 | 4,008.44 | 4,582.62 | 5,036.19 | 5,948.90 | 6,488.02 | 7,027.01 | 7,681.16 | 12,127.12 | 17,784.21 | 21,555.50 |
| 248 | 1,630.61 | 2,185.60 | 3,426.77 | 4,067.35 | 4,652.79 | 5,112.89 | 6,041.21 | 6,578.15 | 7,114.95 | 7,769.10 | 12,235.22 | 17,921.33 | 21,715.49 |
| 252 | 1,652.36 | 2,215.58 | 3,474.60 | 4,126.26 | 4,722.96 | 5,189.59 | 6,133.52 | 6,668.28 | 7,202.89 | 7,857.04 | 12,343.32 | 18,058.45 | 21,875.33 |
| 256 | 1,674.11 | 2,245.56 | 3,522.43 | 4,185.17 | 4,793.13 | 5,266.29 | 6,225.83 | 6,758.41 | 7,290.83 | 7,944.98 | 12,451.42 | 18,195.57 | 22,035.41 |
| 260 | 1,695.86 | 2,275.54 | 3,570.26 | 4,244.08 | 4,863.30 | 5,342.99 | 6,318.14 | 6,848.54 | 7,378.77 | 8,032.92 | 12,559.52 | 18,332.69 | 22,195.81 |
| 264 | 1,717.61 | 2,305.52 | 3,618.09 | 4,302.99 | 4,933.47 | 5,419.69 | 6,410.45 | 6,938.67 | 7,466.71 | 8,120.86 | 12,667.62 | 18,469.81 | 22,355.76 |
| 268 | 1,739.36 | 2,335.50 | 3,665.92 | 4,361.90 | 5,003.64 | 5,496.39 | 6,502.76 | 7,028.80 | 7,554.65 | 8,208.80 | 12,775.72 | 18,606.93 | 22,515.20 |
| 272 | 1,761.11 | 2,365.48 | 3,713.75 | 4,420.81 | 5,073.81 | 5,573.09 | 6,595.07 | 7,118.93 | 7,642.59 | 8,296.74 | 12,883.82 | 18,744.05 | 22,675.45 |
| 276 | 1,782.86 | 2,395.46 | 3,761.58 | 4,479.72 | 5,143.98 | 5,649.79 | 6,687.38 | 7,209.06 | 7,730.53 | 8,384.68 | 12,991.92 | 18,881.17 | 22,835.20 |
| 280 | 1,804.61 | 2,425.44 | 3,809.41 | 4,538.63 | 5,214.15 | 5,726.49 | 6,779.69 | 7,299.19 | 7,818.47 | 8,472.62 | 13,100.02 | 19,018.29 | 22,994.94 |
| 284 | 1,826.36 | 2,455.42 | 3,857.24 | 4,597.54 | 5,284.32 | 5,803.19 | 6,872.00 | 7,389.32 | 7,906.41 | 8,560.56 | 13,208.12 | 19,155.41 | 23,154.43 |
| 288 | 1,848.11 | 2,485.40 | 3,905.07 | 4,656.45 | 5,354.49 | 5,879.89 | 6,964.31 | 7,479.45 | 7,994.35 | 8,648.50 | 13,316.22 | 19,292.53 | 23,314.38 |
| 292 | 1,869.86 | 2,515.38 | 3,952.90 | 4,715.36 | 5,424.66 | 5,956.59 | 7,056.62 | 7,569.58 | 8,082.29 | 8,736.44 | 13,424.32 | 19,429.65 | 23,474.33 |
| 296 | 1,891.61 | 2,545.36 | 4,000.73 | 4,774.27 | 5,494.83 | 6,033.29 | 7,148.93 | 7,659.71 | 8,170.23 | 8,824.38 | 13,532.42 | 19,566.77 | 23,634.38 |
| 300 | 1,913.36 | 2,575.34 | 4,048.56 | 4,833.18 | 5,565.00 | 6,109.99 | 7,241.24 | 7,749.84 | 8,258.17 | 8,912.32 | 13,640.52 | 19,703.89 | 23,794.09 |

Au ... ...oted in £ (pounds sterling)

LEHMANS US MATRIX 116PP AND ABOVE

| May 2002 | 100 | 250 | 500 | 700 | 800 | 900 | 1000 | 1500 | 2000 | 2500 | 5000 | 8000 | 10000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 304 | 1,935.11 | 2,605.32 | 4,096.39 | 4,892.09 | 5,635.17 | 6,186.69 | 7,333.55 | 7,839.97 | 8,346.11 | 9,000.26 | 13,748.62 | 19,841.01 | 23,954.31 |
| 308 | 1,956.86 | 2,635.30 | 4,144.22 | 4,951.00 | 5,705.34 | 6,263.39 | 7,425.86 | 7,930.10 | 8,434.05 | 9,088.20 | 13,856.72 | 19,978.13 | 24,114.21 |
| 312 | 1,978.61 | 2,665.28 | 4,192.05 | 5,009.91 | 5,775.51 | 6,340.09 | 7,518.17 | 8,020.23 | 8,521.99 | 9,176.14 | 13,964.82 | 20,115.25 | 24,274.11 |
| 316 | 2,000.36 | 2,695.26 | 4,239.88 | 5,068.82 | 5,845.68 | 6,416.79 | 7,610.48 | 8,110.36 | 8,609.93 | 9,264.08 | 14,072.92 | 20,252.37 | 24,434.01 |
| 320 | 2,022.11 | 2,725.24 | 4,287.71 | 5,127.73 | 5,915.85 | 6,493.49 | 7,702.79 | 8,200.49 | 8,697.87 | 9,352.02 | 14,181.02 | 20,389.49 | 24,593.91 |
| 324 | 2,043.86 | 2,755.22 | 4,335.54 | 5,186.64 | 5,986.02 | 6,570.19 | 7,795.10 | 8,290.62 | 8,785.81 | 9,439.96 | 14,289.12 | 20,526.61 | 24,753.81 |
| 328 | 2,065.61 | 2,785.20 | 4,383.37 | 5,245.55 | 6,056.19 | 6,646.89 | 7,887.41 | 8,380.75 | 8,873.75 | 9,527.90 | 14,397.22 | 20,663.73 | 24,913.71 |
| 332 | 2,087.36 | 2,815.18 | 4,431.20 | 5,304.46 | 6,126.36 | 6,723.59 | 7,979.72 | 8,470.88 | 8,961.69 | 9,615.84 | 14,505.32 | 20,800.85 | 25,073.61 |
| 336 | 2,109.11 | 2,845.16 | 4,479.03 | 5,363.37 | 6,196.53 | 6,800.29 | 8,072.03 | 8,561.01 | 9,049.63 | 9,703.78 | 14,613.42 | 20,937.97 | 25,233.51 |
| 340 | 2,130.86 | 2,875.14 | 4,526.86 | 5,422.28 | 6,266.70 | 6,876.99 | 8,164.34 | 8,651.14 | 9,137.57 | 9,791.72 | 14,721.52 | 21,075.09 | 25,393.41 |
| 344 | 2,152.61 | 2,905.12 | 4,574.69 | 5,481.19 | 6,336.87 | 6,953.69 | 8,256.65 | 8,741.27 | 9,225.51 | 9,879.66 | 14,829.62 | 21,212.21 | 25,553.31 |

# EXHIBIT B

#1345997 v1
106903-57498

## AMENDMENT NO. 1 TO SERVICES AGREEMENT

This Amendment No. 1 (the "Amendment"), dated as of July 1, 2006 (the "Effective Time"), is hereby made by and between Lehman Brothers Inc., with an office at 745 Seventh Avenue, New York, NY 10019 ("Client") and CGI Group (Holdings) Limited successor by merger with ADP Graphic Communications, Inc., with a principal place of business at Unit C3, Enterprise Business Park, 2 Millharbour, Docklands, London, E14 9TE, United Kingdom ("Supplier"), and is incorporated into and shall form a part of the Service Agreement dated as of January 1, 2003, between Lehman Brothers and ADP Graphic Communications, Inc. (the "Services Agreement" and, together with this Amendment, the "Agreement"). This Amendment supplements the Services Agreement and all of the terms and conditions of the Services Agreement apply to this Amendment; provided that to the extent there is a conflict between this Amendment and the Services Agreement, the terms of this Amendment shall control. All capitalized terms not defined herein shall have the same meaning as in the Services Agreement.

## ARTICLE 1

*Amendment to the Services Agreement.* The Services Agreement is hereby amended as follows:

1.1    Services to be Performed.

    (a)    Supplier shall provide the Client with the Services described in the four (4) schedules that are annexed hereto that correspond to Client's four global regions. Schedule 1 will cover the Americas region; Schedule 2 will pertain to United Kingdom location; Schedule 3 will pertain to the Hong Kong office; and Schedule 4 will pertain to Client's Japan office. Each such Schedule shall contain all the terms specific to the services for that particular region, including, but not limited to, pricing, service descriptions, deliverable specifications, key personnel, and performance standards.

    (b)    The first sentence of Section 1(b) of the Services Agreement is hereby deleted in its entirety and replaced with the following sentence:

    "Each party acknowledges that the Agreement and any Schedules are non-exclusive and either party may contract with other parties for the procurement or sale of comparable equipment, software or services, unless the Schedule specifically identifies the services as exclusive, in which case Supplier will provide such services to Client on an exclusive basis."

    (c)    Sub-section 1(d) of the Services Agreement is hereby deleted and replaced with the following text:

    "1(d) Supplier agrees that the Performance Standards/Service Levels set forth in each Schedule shall at all times be equal to or exceed the standards then prevailing in the printing industry for similar products and or services as those covered in this Agreement. Supplier further agrees that Client may in its reasonable discretion request changes or adjustments to the Performance Standards/Service Levels at any time. Any substantive modifications or changes to the Performance Standards/Service Levels will be set forth in an amendment to the applicable Schedule, which shall be agreed to by the parties and require the signature of a duly authorized representative of both parties.

1.2    Term and Termination.

    Section 2 of the Services Agreement, including sub-sections (a), (b), (c), and (d) are hereby deleted in their entirety and replaced with the following text:

    "2.1 **Term.** This Agreement shall be in effect for a three (3) year term commencing on the Effective Time of this Amendment (the "Term") unless and until terminated as provided herein. Upon the expiration of

the Term, this Agreement shall nonetheless remain in effect upon the same terms and conditions, and fees, on a monthly basis, subject to termination by Client upon thirty (30) days' prior written notice to Supplier. Client shall have the option of renewing this Agreement for an additional two (2) year period.

"2.2 **Termination.**

"2.2(a)  If, at any time, there are no outstanding Schedules in effect, either party may terminate this Agreement upon written notice to the other party without liability for any charges of any kind."

"2.2(b) Client may terminate any Schedule for convenience by giving Supplier at least thirty (30) days' prior written notice specifying the termination date (or such other period of advance notice as may be specified in the applicable Schedule). In such event, Client will be obliged to pay Supplier at the agreed upon rates for all deliverables delivered and Services performed up to the effective date of termination, subject to a refund of any unearned, prepaid fees, but will not be liable for any other termination-related charges."

"2(c) Client may terminate any Schedule(s) upon written notice specifying the termination date if Supplier becomes insolvent or unable to pay its debts as they come due or enters into or files (or has filed or commenced against it) a petition, arrangement, application, action or other proceeding seeking relief or protection under the bankruptcy laws of the United States or any similar laws of the United States or any state of the United States or any other country or transfers all or substantially all of its assets to another person or entity. In such event, Client will be obliged to pay Supplier at the contracted rates for all Services performed and accepted up to the effective date of termination, subject to a refund of any unearned, prepaid fees, but will not be liable for any other termination-related charges."

"2(d) In the event of any breach of the Agreement or a Schedule, the non-breaching party may (reserving cumulatively all other remedies and rights under the Agreement, at law and in equity) terminate the Schedule(s) involved or affected by such breach, in whole or in part, by giving the breaching party thirty (30) days' prior written notice of termination thereof; *provided, however,* that such termination will not be effective if the breaching party has cured the breach of which it has been notified prior to the expiration of such thirty (30) day notice period."

1.3.    <u>Charges.</u>

(a)     The last sentence of Section 3(b) of the Services Agreement is hereby deleted in its entirety and substituted with the following text:

"Each invoice shall be submitted in electronic and paper form on Supplier's letterhead to Client at the following addresses for the applicable global region:

> <u>For the Americas:</u>
> (i)     Lehman Brothers Inc., 1301 Avenue of the Americas, New York, New York 10019, Attention: Debra Torres; and
> (ii)    Lehman Brothers Inc., 745 Seventh Avenue, New York, New York 10019, Attention: Mary Lynch-Equity Research.
> <u>For the United Kingdom:</u>
> (i)     Lehman Brothers Limited, PO Box 50559, London E14 5WU, Attention: Accounts Payable; and
> (ii)    Lehman Brothers, 25 Bank Street, London E14 5LE, Attention: Jennie Cornell.
> <u>For Japan and Hong Kong:</u>
> (i)     Lehman Brothers Japan Inc., Roppongi Hills, Mori Tower, 31st Floor, 6-10-1 Roppongi, Minato-Ku, Tokyo 106-6131, Japan
> Attention: Philip Ho, Equity Research

(b)     Sub-section 3(d) of the Services Agreement is hereby amended with the addition of the following text at the end thereof:

"Upon execution of a renewal to this Agreement, Supplier shall credit Client seventy-five thousand ($75,000)."

(c)     Section 3 of the Services Agreement is hereby amended by adding at the end thereof the following new paragraphs as Sub-sections 3(e) and 3(f) respectively:

"3(e)  Client may at its discretion, conduct an annual review of Services ("Annual Review"), including without limitation, pricing, fees, and charges.  Client may request modifications to the terms of this Agreement or any Schedule, based on such Annual Review by providing notice of such requested changes to Supplier. Supplier shall have thirty (30) days from receipt of Client's notice to respond to Client's request.  If Supplier provides client with notice of acceptance to such requested changes, the parties will sign an amendment that sets forth the changes to the Agreement or the applicable Schedule.  If Supplier provides notice of rejection to such changes or presents a counter-offer to Client, Client shall have thirty (30) days from receipt of Supplier's notice to respond.  Client may in its sole discretion, elect to terminate the Agreement or the applicable Schedule in accordance with Section 2 or commence negotiations with the Supplier concerning the counter-offer.  The parties shall negotiate in good faith regarding any adjustment and modify this Agreement, if necessary and if agreed to by the parties.

"3(f)  Audit.  During the term of each Schedule and for a period of at least three (3) years after the date of the final payment under such Schedule, Supplier will maintain complete and accurate accounting records in connection with the Services performed under such Schedule, in accordance with generally accepted accounting principles applied on a consistent basis, to substantiate its charges thereunder.  Such records will include, without limitation, invoices and job summaries.  Supplier will provide Client or its designees access to such records for audit purposes during the term of each Schedule and for three (3) years after the date of the final payment under such Schedule (but not more than once per contract year, unless a discrepancy in invoices of 10% or greater is found or improper accounting practices).  If any audit reveals that Client has overpaid any amounts, Supplier will remit to Client such amounts due within thirty (30) days after receiving from Client an invoice therefor.  If any audit reveals that Supplier has overbilled any amounts under a particular Schedule (exclusive of reimbursable expenses and taxes) during the audited period by ten percent (10%) or more of the total charges payable under such Schedule during such period, Supplier will, within thirty (30) days after receiving an invoice therefor, reimburse Client for all reasonable fees and expenses incurred to conduct the audit and otherwise detect and rectify such overpayment. Client will provide to Supplier certified copies of all audit expense receipts or other evidence of payment of audit fees by Client with respect to fees and expenses Client is seeking reimbursement from Supplier under this Section 3(f).

1.4     Confidentiality.

Section 8 is hereby amended by adding at the end thereof the following new paragraph as Sub-section 8(d):

"8(d)  Supplier hereby acknowledges that Client is subject to certain privacy and information security laws and regulations, pursuant to which Client is required to ensure that Supplier appropriately safeguards personal or financial information regarding Client's former, current or prospective clients or employees ("Client Sensitive Data").  To the extent that Supplier receives any Client Sensitive Data as a result of any exchange of information under this Agreement, and notwithstanding anything to the contrary contained herein, Supplier agrees that it will (a) not disclose or use any Client Sensitive Data except to the extent necessary to carry out its obligations under this Agreement and for no other purpose, (b) not disclose Client Sensitive Data to any third party, including its third party service providers without the prior written consent of Client and subject to the further requirements of this Section, (c) employ reasonable administrative, technical and physical safeguards to prevent unauthorized use or disclosure of Client Sensitive Data, (d) promptly provide such information regarding its privacy and information security systems, policies and procedures as Client may request relating to its due diligence and oversight obligations under applicable laws and regulations, (e) in the event of any actual or apparent theft, unauthorized use or disclosure of any Client Sensitive Data, immediately commence all reasonable efforts to investigate and correct the causes and remediate the results thereof, and (f) as soon as

practicable following discovery of any event described in clause (e) hereof, provide Client notice thereof, and such further information and assistance as may be reasonably requested. With respect to any third party provided access to Client Sensitive Data pursuant to subsection (b) of this Section, Supplier will enter into a written agreement with such third party requiring safeguarding of Client Sensitive Data in a manner no less restrictive than Supplier's obligations under the Master Agreement, and including those affirmative obligations described in this Section. Such obligations shall survive the termination or expiration of this Agreement or any Schedule."

1.5 Miscellaneous.

(a)    Sub-section 13(d) is hereby deleted in its entirety and replaced with the following text:

"13(d) All formal notices and communications relating to the Agreement or any Schedule will be in writing and delivered personally, by overnight delivery service or by first class prepaid mail with return receipt requested to (a) in the case of Supplier, its address as first set forth above and (b) in the case of Client, to Director of Global Sourcing Services, 745 Seventh Avenue, New York, New York 10019, with a copy marked to the attention of the General Counsel at the same address. A copy of each notice or communication relating to an affected Schedule will also be sent to the applicable parties' principal points of contact identified in the applicable Schedule. Either party may change the address(es) or addressee(s) for notice hereunder upon written notice to the other. Any notice hereunder will be effective upon receipt by the party to which such notice is addressed."

(b)    Section 13 is hereby amended by adding at the end thereof the following new paragraph as Sub-section 13(j):

"13(j) Any provision of the Agreement or any Schedule that contemplates performance or observance subsequent to termination or expiration of the Agreement or such Schedule (including confidentiality, limitation of liability, indemnification provisions, and perpetual licenses) will survive termination or expiration of the Agreement or such Schedule, as applicable, and continue in full force and effect thereafter."

## ARTICLE 2

*Incorporation of Amendment; Ratification of the Services Agreement.* As of the Effective Time, all the provisions of this Amendment shall be deemed to be incorporated in, and made a part of, the Services Agreement, and the Services Agreement, as amended by this Amendment shall be read, taken and construed as one and the same instrument. Except as otherwise expressly modified herein, the Services Agreement shall remain in full force and effect and is hereby ratified.

IN WITNESS WHEREOF, authorized representatives of Supplier and Lehman Brothers have caused this Amendment to be duly executed as of the Effective Time.

LEHMAN BROTHERS INC.

By: _____

Print or Type Name: PATRICK COSTER

Title: AUTHORIZED SIGNATORY

Date: 12.10.2006

CGI GROUP (HOLDINGS) LIMITED

By: _____

Print or Type Name: PETER FURLONG

Title: DIRECTOR

Date: 12/12/06

[ Annex the 4 Schedules ]

## EXHIBIT 1:  FORM OF PROFESSIONAL SERVICES TRANSACTION SCHEDULE

**Supplier Name:** CGI North America, Inc.
**Supplier Address:** 100 Burma Road, Jersey City, NJ  07305
**Supplier Jurisdiction of Incorporation:** Delaware
**Tax ID:** 22-2478136
**Telephone #:** 201-793-5000
**Fax #:** 201-985-2420
**Master Agreement No.:** 004885-LEHNY-2005
**Master Agreement Effective Date:** July 1, 2006
**Order Date:** July 1, 2006

This Services Transaction Schedule ("**Transaction Schedule**"), made effective as of the Order Date above, is issued pursuant to the above-referenced Master Agreement between the Customer entity executing this Transaction Schedule, as set forth on the signature page below, and the Supplier identified above.  This Transaction Schedule identifies the Services and Deliverables being provided by Supplier.

This Transaction Schedule, when executed by both undersigned parties, together with the above-referenced Master Agreement and other documents attached hereto (each of which are incorporated by reference into this Transaction Schedule), constitutes the complete contractual agreement between the undersigned parties with respect to the Transaction described herein.

Documents, in addition to this Transaction Schedule and the above-referenced Master Agreement, that form this Transaction Schedule

Annex 1: Description of Services [Required]
Annex 2: Project Plans, Delivery Dates and Milestones [Required for all date and/or milestone-based projects]
Annex 3: Prices, Fees and Charges [Required]
Annex 4: Deliverable Specifications [Optional]
Annex 5: Project Managers [Required]
Annex 6: Key Personnel [Optional]
Annex 7: Performance Standards/Service Levels for Services [Optional]
Annex 8: Additional Agreed-Upon Provisions [Optional]

Capitalized terms used but not defined in this Transaction Schedule have the meanings given in the Master Agreement referenced above.
(The Next Page is the Signature Page)

The undersigned parties have caused this Transaction Schedule to be executed by their respective duly authorized representatives

| CGI North America, Inc. (SUPPLIER) | LEHMAN BROTHERS HOLDINGS, INC. (CUSTOMER) |
|---|---|
| By: _____ | By: _____ |
| Name: Gordon Mays | Name: PATRICK COSTOL |
| (Type, Print or Stamp) | (Type, Print or Stamp) |
| Title: EVP MKT + Sales | Title: 12.14.2006 |

## ANNEX 1: DESCRIPTION OF SERVICES

The parties acknowledge that the Services, as set forth in this Transaction Schedule are provided to the Customer on an exclusive basis for the Term of this Agreement. The parties acknowledge that Supplier is free to provide similar services to other persons or entities.

As requested from time to time, CGINA shall provide print management and related services, including those listed below and any other service approved by Customer in writing:

- Workflow Management
- Global Distribution and simultaneous world-wide printing
- On-Demand Printing
- Non-heat set and heat set printing
- Multicolor sheet fed printing

- Bindery Services:
  Cutting
  Saddle Stitching
  Tape Binding
  Folding
  Perfect Binding
  Wire-o-Binding

- Fulfillment Services
  Ink Jetting
  Automatic Inserting

## ANNEX 3:  PRICES, FEES AND CHARGES

**When the customer requests Services that are not described in the Transaction Services Agreement or the Rate Card – Grids, a price quotation shall be promptly submitted to Customer for its written approval.  Such price quotation must be approved by the Customer in writing prior to CGINA providing such services.**

Attached Rate Cards or Grids:
Lehman CGI US Grids 6-29-06.xls



Lehman CGI US Grids
6-29-06.xls

## Billing

Invoices will be presented weekly.  Invoices will include the following: Job number, product code, date, title of job, quantity, pages, unit price, print cost, sub total and tax.

All services are on a fixed price basis.

## ANNEX 5:  PROJECT MANAGERS

| Supplier | Customer |
|---|---|
| Name:  Gordon Mays<br>Address:  100 Burma Road<br>Jersey City, NJ 07305<br>Email:<br>gordon.mays@cginorthamerica.com<br>Tel:  201-793-5225<br>Mob:  201-306-8130<br>Fax:  201-985-2420 | Name:  Mary Lynch<br>Address:  745 7th Ave<br>Email:  mlynch@lehman.com<br>Tel:  212-526-3782<br>Mob: 917-817-3360<br>Fax: 212-526-1419 |

## ANNEX 6:  KEY PERSONNEL

| Project Manager/Account Manager | Client Service |
|---|---|
| Name:  Gordon Mays<br>Address:  100 Burma Road<br>Jersey City, NJ 07305<br>Email:<br>gordon.mays@cginorthamerica.com<br>Tel:   201-793-5225<br>Mob:   201-306-8130<br>Fax:   201-985-2420 | Name:  Michelle Morales<br>Address:  100 Burma Road<br>Jersey City, NJ 07305<br>Email:<br>Michelle.MoralesPineda@cginorthamerica.com<br>Tel:   201-793-5257<br>Fax:   201-333-8520 |

| Client Service | Billing |
|---|---|
| Name:  Vince Small<br>Address:  100 Burma Road<br>Jersey City, NJ 07305<br>Email:<br>vince.small@cginorthamerica.com<br>Tel:   201-793-5288<br>Fax:   201-333-8520 | Name:  Deodat Singh<br>Address:  100 Burma Road<br>Jersey City, NJ 07305<br>Email:<br>Deodat.Singh@cginorthamerica.com<br>Tel:   201-793-5354<br>Fax:   201-985-2238 |

| CGINA- President / CEO | CGI Group Holding Limited-Chairman/CEO |
|---|---|
| Name:  David Klaiss<br>Address:  100 Burma Road<br>Jersey City, NJ 07305<br>Email:<br>David.Klaiss@cginorthamerica.com<br>Tel:   201-793-5111<br>Fax:   201-985-2420 | Name:  Peter Furlonge<br>Address:  100 Burma Road<br>Jersey City, NJ 07305<br>Email:<br>peter.furlonge@cgieurope.com<br>Tel:   201-793-5062<br>Fax:   201-985-2420 |

## ANNEX 7: PERFORMANCE STANDARDS/SERVICE LEVELS FOR SERVICES

**Service Level Standards and Turnaround Times**

Turnaround times will be based on the following job classifications:

| Job Classification | Turnaround Time (United States) | |
|---|---|---|
| Standard Report | 13 hours* | |
| Plus Cover (4 Color+) | 48 hours* | |
| Perfect Bound | 72 hours* | |
| General Commercial – Newsletters, Posters | Various** | |

**Turnaround time** is defined as the amount of time that passes between the time that Supplier receives both a print request form and document file that is ready for production through the time that the materials are ready for distribution (FOB Customer).

\* Standard reports are ready for distribution by 6:30AM local time the following day. Plus Cover books are ready for distribution by 6:30AM local time the second day. Perfect Bound Books are ready for distribution by 6:30AM local time the third day. Reports received by Supplier after 5:15PM local time in the United States will be delivered according to the turnaround time listed in the above schedule.

\*\* General Commercial jobs vary by specification and turnaround requirement. Supplier to provide a mutually agreed upon schedule before production begins.

**Ready for production** is defined as the time an acceptable job request form is received and an acceptable file is received. In the event that Supplier discovers an unacceptable element of either the job request form or the file, Supplier shall promptly notify Customer for clarification and direction.

**Quality Assessment**

CGI and Customer will keep on hand samples of documents and written specifications that represent acceptable quality. Criteria for quality assessment will include conformance to proper size, trim, color, ink coverage, and paper. For reference purposes only, we include our quality control procedures and quality measurements.

     A.    **Performance Standards**

    a.    CGI will perform the Services at the turnaround and quality standards outlined in this Annex 7. Performance will be measured, for turnaround and quality, on a monthly basis, and CGI will provide such reporting to the Customer. If the total Services provided, for a calendar month, are at 90% or better (ten jobs in 100), it will constitute an acceptable service level. Total service levels per calendar month between 80% and 89% will be deemed unacceptable and Customer will be credited 5% on every job not meeting the service levels (turnaround or quality). In the event total service levels fall below 80% in a calendar month, Customer shall have the right to terminate this Agreement pursuant to Section 2(b) of this Agreement; provided that, Customer gives CGI written notice of its intent to terminate and CGI be provided with 30 calendar days in which to bring the service levels back to at least 90% before such termination is effective.

Performance standards for quality shall be assessed according to two (2) criteria: Basic and Critical. Basic quality errors shall be credited towards the service level target percentages referenced above. Critical quality errors will be, at Customer's option, reperformed at no expense to Customer, or accepted with no charge to Customer for that job or the portion of the job affected.

The definitions of Basic and Critical quality attributes are as follows:

**Critical Attributes** - attributes of the document that are required for the function or the purpose of the document, and therefore, make the document useable. Examples of failed critical attributes include, but are not limited to, the use of incorrect logos and/or banners, upside-down and/or backward pages, excluded pages, missing or incorrect content, documents printed on the wrong color paper.

**Basic Attributes** - attributes of the document that do not materially affect the criticality, function, delivery or purpose of the document, and therefore, are not required in order for the document to be useable. Examples of failed basic attributes include, but are not limited to, cosmetic errors such as color reproduction or variation, trim and/or margin size variation.

**Quality Measurements and Standards Chart** - For the following attributes - offsetting, marks, tracking, hickies and spots - measurements that fall between Acceptable Tolerance and Unacceptable Tolerance are considered Basic Attribute faults.  Measurements that fall above the Unacceptable Tolerance are considered Critical Attribute faults.  However, if a Basic Attribute renders the document unusable, as reasonably determined by Customer, it will be considered a Critical Attribute fault.

## Quality Measurements and Standards

| Attribute | Description | Measurement | Industry Guide | Target | Acceptable Tolerance | Unacceptable Tolerance |
|---|---|---|---|---|---|---|
| Color / Density | The saturation of the ink to the approved standard | Visual / Densitometer | Match to approval / variance not to exceed + or - .05 from approval | Match / None | Objectionable likeness of color / +/- 0.1 | Objectionable likeness of color / > +/- 0.2 |
| Offsetting | Printed ink offset onto opposing page | Visual | Not Visible | None | Visible on < 5% of pages | Visible on > 15% of pages |
| Marks | Undesirable marks which are not hickies or spots. Examples are lines due to plate scratches, scumming, tinting, wheel marks, ink bleed through, roller marks, gear marks, smearing, bindery marks etc. | Visual | Not Visible | None | Visible on < 5% of pages | Visible on > 20% of pages |
| Square/Binding | Check for square, deviation from size, straight trim | Ruler | <1/16 | square | <1/8" | > 3/16 |
| Binding/Stitches | Correct amount and location | Visual | <1/32 correct amount | None | <1/16" incorrect amount | 0 stitches |
| Binding/Size (finished book) | As specified or standard (8.25x10.75) | Ruler | 1/16 variance | None | <=1/8" | >3/16" |
| Binding/Fold | deviation from specified position | Ruler/Visual | 1/16 variance | None | <=1/8" | >3/16" |
| Tracking | Marks from processing through machinery | Visual | Barely Visible | None | Visible on <5% of pages | Visible on >15% of pages |
| Hickies/Spots | Undesirable spots and specs caused by contamination on the surface of the plate or the blanket | Visual | Barely Visible | None | Visible on <5 % of pages | Visible on >15 % of pages |
| Perforations | Check for proper # of teeth per inch / Tear Test | # of teeth/inch / Tearability | None / Tearable | 8-12 teeth/inch / Tearable | < 8 or > 12 teeth/inch / Reasonably Tearable | < 8 or > 12 teeth/inch / Untearable |
| 3 - hole punch | Hole is Centered on book - head to foot - drilled left margin, but to the right of perforation, if used. | Visual | None | 1/4 inch hole | +/- 1/16" | > 1/8" |
| Color Registration | Alignment of colors and proper trap | Ruler | <1/64" | None | <1/64" | Out of Register |

## EXHIBIT 1: FORM OF PROFESSIONAL SERVICES TRANSACTION SCHEDULE

**Supplier Name:  CGI Europe Ltd**
**Supplier Address:  Unit C3, Enterprise Business Park, 2 Millharbour, Docklands, London, E14 9TE, United Kingdom**
**Supplier Jurisdiction of Incorporation:  England**
**Telephone #:  44 (0) 20 7531 0500**
**Fax #:  44 (0) 870 762 7216**
**Master Agreement No.: 004885-LEHNY-2005**
**Master Agreement Effective Date:  July 1, 2006**
**Order Date: July 1, 2006**

This Services Transaction Schedule ("**Transaction Schedule**"), made effective as of the Order Date above, is issued pursuant to the above-referenced Master Agreement between the Customer entity executing this Transaction Schedule, as set forth on the signature page below, and the Supplier identified above.  This Transaction Schedule identifies the Services and Deliverables being provided by Supplier.

This Transaction Schedule, when executed by both undersigned parties, together with the above-referenced Master Agreement and other documents attached hereto (each of which are incorporated by reference into this Transaction Schedule), constitutes the complete contractual agreement between the undersigned parties with respect to the Transaction described herein.

Documents, in addition to this Transaction Schedule and the above-referenced Master Agreement, which form this Transaction Schedule:

Annex 1: Description of Services
Annex 3: Prices, Fees and Charges
Annex 5: Project Managers
Annex 6: Key Personnel
Annex 7: Performance Standards/Service Levels for Services
Annex 8: Additional Agreed-Upon Provisions

In the event of a conflict between the Annexes Annex 8 shall take precedence.

Capitalized terms used but not defined in this Transaction Schedule have the meanings given in the Master Agreement referenced above.

The undersigned parties have caused this Transaction Schedule to be executed by their respective duly authorized representatives

| CGI EUROPE LIMITED (SUPPLIER) | LEHMAN BROTHERS LIMITED (CUSTOMER) |
|---|---|
| By: _____ | By: _____ |
| Name: _R. L. FURLONG_ | Name: _M. Clarke_ |
| (Type, Print or Stamp) | (Type, Print or Stamp) |
| Title: CHAIRMAN | Title: Director |

## ANNEX 1: DESCRIPTION OF SERVICES

The parties acknowledge that the Services, as set forth in this Transaction Schedule are provided to the Customer on an exclusive basis for the Term of this Agreement. The parties acknowledge that Supplier is free to provide similar services to other persons or entities.

As requested from time to time, CGI Europe shall provide print management and related services, including those listed below and any other service approved by Customer in writing:

- ◆ Workflow Management
- ◆ Global Distribution and simultaneous world-wide printing
- ◆ On-Demand Printing
- ◆ Color and Mono digital printing
- ◆ Single and Multicolor sheet fed printing

- ◆ Bindery Services:
  - Cutting
  - Saddle Stitching
  - Folding
  - Perfect Binding
  - Wire-o-Binding
  - Spinemaster to be used when requested by Lehman Brothers

- ◆ Report Storage

Orders for stock copies received by midday are to be delivered by 8am on the following morning.

**ANNEX 3:  PRICES, FEES AND CHARGES**

**When the customer requests Services that are not described in the Transaction Services Agreement or the Rate Card – Grids, a price quotation shall be promptly submitted to Customer for its written approval.  Such price quotation must be approved by the Customer in writing prior to CGI EUROPE providing such services.**

Attached Rate Cards or Grids:

2006 06 29 CGI Europe Equities Research Grid.xls

## ANNEX 5:  PROJECT MANAGERS

| Supplier | Customer |
|---|---|
| Name:  Barry Page<br>Address:  2 Millharbour, London, Docklands, E14 9TE, United Kingdom<br>Email:  barry.page@cgieurope.com<br>Tel:     020 7531 0514<br>Mob:   07747 612028<br>Fax:    0870 762 7241 | Name:  Jennie Cornell<br>Address:  25 Bank Street, London E14 5LE<br>Email:  jcornell@lehman.com<br>Tel:     020 7102 4662<br>Mob:   07780 610182<br>Fax:    020 7067 9470 |

## ANNEX 6:  KEY PERSONNEL

| Account Manager | Client Service |
|---|---|
| Name:  Peter Furlonge<br>Address: 2 Millharbour, London, Docklands, E14 9TE, United Kingdom<br>Email:<br>peter.furlonge@cgieurope.com<br>Tel:    020 7531 0501<br>Mob:  07836 632688<br>Fax:   0870 762 7241 | Name:  Paul Griffiths<br>Address: 2 Millharbour, London, Docklands, E14 9TE, United Kingdom<br>Email:  paul.griffiths@cgieurope.com<br>Tel:    020 7531 0547<br>Mob:  07899 757540<br>Fax:   0870 762 5974 |

| Client Service | Billing |
|---|---|
| Name:  Mark McKenzie<br>Address: 2 Millharbour, London, Docklands, E14 9TE, United Kingdom<br>Email:<br>mark.mckenzie@cgieurope.com<br>Tel:    020 7531 0505<br>Mob:  07733 101652<br>Fax:   0870 762 5974 | Name:  Sharlene Ryan<br>Address: 2 Millharbour, London, Docklands, E14 9TE, United Kingdom<br>Email:<br>sharlene.ryan@cgieurope.com<br>Tel:    020 7531 0536<br>Fax:   0870 762 7236 |

| CGI Europe – Chairman / CEO | CGI Group Holding Limited – Chairman / CEO |
|---|---|
| Name:  Peter Furlonge<br>Address: 2 Millharbour, London, Docklands, E14 9TE, United Kingdom<br>Email:<br>peter.furlonge@cgieurope.com<br>Tel:    020 7531 0501<br>Fax:   0870 762 7241 | Name:  Peter Furlonge<br>Address: 2 Millharbour, London, Docklands, E14 9TE, United Kingdom<br>Email:<br>peter.furlonge@cgieurope.com<br>Tel:    020 7531 0501<br>Fax:   0870 762 7241 |

## ANNEX 7:  PERFORMANCE STANDARDS/SERVICE LEVELS FOR SERVICES

### Service Level Standards and Turnaround Times

Turnaround times will be based on the following job classifications:

| Job Classification | Turnaround Time (United Kingdom) |
|---|---|
| Standard Report | 10.5 hours* |
| Plus Cover (4 Color+) | 36 hours* |
| Perfect Bound | 36 hours* |
| General Commercial – Newsletters, Posters | Various** |

**Turnaround time** is defined as the amount of time that passes between the time that Supplier receives both a print request form and document file that is ready for production through the time that the materials are ready for distribution (FOB Customer).

* Standard reports are ready for distribution by 2:00AM local time the same night.  Plus Cover books are ready for distribution by 2:00AM local time the next night.  Perfect Bound Books are ready for distribution by 2.00AM local time the next night, if under 200 pages, reports over 200 pages to be discussed individually.

Reports received by Supplier after 8:00 PM local time in the United Kingdom will be delivered according to the turnaround time listed in the above schedule.

Supplier will work with Lehman Brothers to ensure that urgent reports requiring delivery to clients the following day, which are received by Supplier after 8.00pm, are completed by 2.00am wherever possible.

** General Commercial jobs vary by specification and turnaround requirement.  Supplier to provide a mutually agreed upon schedule before production begins.

**Ready for production** is defined as the time an acceptable job request form is received and an acceptable file is received.  In the event that Supplier discovers an unacceptable element of either the job request form or the file, Supplier shall promptly notify Customer for clarification and direction.

### Billing

Invoices will be presented monthly.  Invoices will include the following: Job number, product code, date, title of job, quantity, pages, unit price, print cost, sub total and tax.

All services are on a fixed price basis.  Currently there are no services provided on a time and material basis.

In the United Kingdom, separate spend spreadsheets for UK, US, Asia and FID must be generated and sent to Jennie Cornell on 26th of each month – these spreadsheets must include print costs up to and including 25th. A separate spreadsheet should be submitted for reports charged to individual P& Ls.

**Quality Assessment**

CGI and Customer will keep on hand samples of documents and written specifications that represent acceptable quality. Criteria for quality assessment will include conformance to proper size, trim, color, ink coverage, and paper. For reference purposes only, we include our quality control procedures and quality measurements.

    **A.    Performance Standards**

a.    CGI will perform the Services at the turnaround and quality standards outlined in this Annex 7. Performance will be measured, for turnaround and quality, on a monthly basis, and CGI will provide such reporting to the Customer. If the total Services provided, for a calendar month, are at 90% or better (ten jobs in 100), it will constitute an acceptable service level. Total service levels per calendar month between 80% and 89% will be deemed unacceptable and Customer will be credited 5% on every job not meeting the service levels (turnaround or quality). In the event total service levels fall below 80% in a calendar month, Customer shall have the right to terminate this Agreement pursuant to Section 2(b) of this Agreement; provided that, Customer gives CGI written notice of its intent to terminate and CGI be provided with 30 calendar days in which to bring the service levels back to at least 90% before such termination is effective.

Performance standards for quality shall be assessed according to two (2) criteria: Basic and Critical. Basic quality errors shall be credited towards the service level target percentages referenced above. Critical quality errors will be, at Customer's option, performed at no expense to Customer, or accepted with no charge to Customer for that job or the portion of the job affected.

The definitions of Basic and Critical quality attributes are as follows:

**Critical Attributes** - attributes of the document that are required for the function or the purpose of the document, and therefore, make the document useable. Examples of failed critical attributes include, but are not limited to, the use of incorrect logos and/or banners, upside-down and/or backward pages, excluded pages, missing or incorrect content, documents printed on the wrong color paper.

**Basic Attributes** - attributes of the document that do not materially affect the criticality, function, delivery or purpose of the document, and therefore, are not required in order for the document to be useable.  Examples of failed basic attributes include, but are not limited to, cosmetic errors such as color reproduction or variation, trim and/or margin size variation.

**Quality Measurements and Standards Chart** - For the following attributes - offsetting, marks, tracking, hickies and spots - measurements that fall between Acceptable Tolerance and Unacceptable Tolerance are considered Basic Attribute faults. Measurements that fall above the Unacceptable Tolerance are considered Critical Attribute faults.  However, if a Basic Attribute renders the document unusable, as reasonably determined by Customer, it will be considered a Critical Attribute fault.

## Quality Measurements and Standards

| Attribute | Description | Measurement | Industry Guide | Target | Acceptable Tolerance | Unacceptable Tolerance |
|---|---|---|---|---|---|---|
| Color / Density | The saturation of the ink to the approved standard | Visual<br>Densitometer | Match to approval<br>variance not to exceed + or - .05 from approval | Match<br>None | Objectionable likeness of color<br>+/- 0.1 | Objectionable likeness of color<br>> +/- 0.2 |
| Offsetting | Printed ink offset onto opposing page | Visual | Not Visible | None | Visible on < 5% of pages | Visible on > 15% of pages |
| Marks | Undesirable marks which are not hickies or spots. Examples are lines due to plate scratches, scumming, tinting, wheel marks, ink bleed through, roller marks, gear marks, smearing, bindery marks etc. | Visual | Not Visible | None | Visible on < 5% of pages | Visible on > 20% of pages |
| Square/Binding | Check for square, deviation from size, straight trim | Ruler | <1/16 | square | <1/8" | > 3/16 |
| Binding/Stitches | Correct amount and location | Visual | <1/32 correct amount | None | <1/16" incorrect amount | >1"<br>0 stitches |
| Binding/Size (finished book) | As specified or standard (8.25x10.75) | Ruler | 1/16 variance | None | <=1/8" | >3/16" |
| Binding/Fold | deviation from specified position | Ruler/Visual | 1/16 variance | None | <=1/8" | >3/16" |
| Tracking | Marks from processing through machinery | Visual | Barely Visible | None | Visible on <5% of pages | Visible on >15% of pages |
| Hickies/Spots | Undesirable spots and specs caused by contamination on the surface of the plate or the blanket | Visual | Barely Visible | None | Visible on <5 % of pages | Visible on >15 % of pages |
| Perforations | Check for proper # of teeth per inch<br>Tear Test | # of teeth/inch<br>Tearability | None<br>Tearable | 8-12 teeth/inch<br>Tearable | < 8 or > 12 teeth/inch<br>Reasonably Tearable | < 8 or > 12 teeth/inch<br>Untearable |
| 3 - hole punch | Hole is Centered on book - head to foot - drilled left margin, but to the right of perforation, if used. | Visual | None | 1/4 inch hole | +/- 1/16" | > 1/8" |
| Color Registration | Alignment of colors and proper trap | Ruler | <1/64" | None | <1/64" | Out of Register |

## ANNEX 8:  ADDITIONAL PROVISIONS

This Transaction Schedule may be terminated for convenience by either party at any time on giving the other party 90 days prior written notice subject to Lehman Brothers Limited being invoiced for all work undertaken by CGI up to the date of termination.

This Transaction Schedule shall be subject to the laws of England and Wales and subject to the non-exclusive jurisdiction of the English Courts.

## EXHIBIT 1: FORM OF PROFESSIONAL SERVICES TRANSACTION SCHEDULE 4

**Supplier Name: CGI Asia Limited**

**Supplier Address: Unit 1, 1st Floor, Tak King Industrial Building, 27 Lee Chung Street, Chai Wan, Hong Kong.**

**Supplier Jurisdiction of Incorporation:**

**Tax ID:**

**Telephone #: +852 2965 6777**

**Fax #: +852 8148 4530**

**Master Agreement No.: 004885-LEHNY-2005**

**Master Agreement Effective Date: July 1, 2006**

**Order Date: July 1, 2006**

This Services Transaction Schedule ("**Transaction Schedule**"), made effective as of the Order Date above, is issued pursuant to the above-referenced Master Agreement between the Customer entity executing this Transaction Schedule, as set forth on the signature page below, and the Supplier identified above. This Transaction Schedule identifies the Services and Deliverables being provided by Supplier.

This Transaction Schedule, when executed by both undersigned parties, together with the above-referenced Master Agreement and other documents attached hereto (each of which are incorporated by reference into this Transaction Schedule), constitutes the complete contractual agreement between the undersigned parties with respect to the Transaction described herein.

Documents, in addition to this Transaction Schedule and the above-referenced Master Agreement, that form this Transaction

**Annex 1:** Description of Services - **page 3**
**Annex 2:** Project Plans, Delivery Dates and Milestones [Required for all date and/or milestone-based projects] **not applicable**
**Annex 3:** Prices, Fees and Charges  - **page4**
**Annex 4:** Deliverable Specifications - **page 5**
**Annex 5:** Project Managers -  **page 7**
**Annex 6:** Key Personnel - **page 8**
**Annex 7:** Performance Standards/Service Levels for Services **not applicable**
**Annex 8:** Additional Agreed-Upon Provisions **not applicable**

Capitalized terms used but not defined in this Transaction Schedule have the meanings given in the Master Agreement referenced above.

(The Next Page is the Signature Page)

The undersigned parties have caused this Transaction Schedule to be executed by their respective duly authorized representatives

| **CGI Asia Limited (SUPPLIER)** | **Lehman Brothers Asia Limited.** |
| --- | --- |
| By: _Lisa Bowman_ | By: _____ |
| Name: _LISA BOWMAN_ | Name: _HUA HE_ |
| (Type, Print or Stamp) | (Type, Print or Stamp) |
| Title: _MANAGING DIRECTOR_ | Title: _MANAGING DIRECTOR_ |

2

## ANNEX 1:  DESCRIPTION OF SERVICES

The parties acknowledge that the Services, as set forth in this Transaction Schedule are provided to the Customer on an exclusive basis for the Term of this Agreement.  The parties acknowledge that Supplier is free to provide similar services to other persons or entities.

### A.  Services Overview.

As requested from time to time, CGI Asia shall provide English language and Japanese language as requested by Client Equity and Economics (Fixed Income) Research print services in Asia (CGI Asia will provide services to Lehman Brothers entities in Asia inc Japan), including those listed below and any other service approved by Client and CGI Asia in writing:

### B.  Detailed Description of Services. –

- Workflow Management
- Global distribution and simultaneous world-wide printing
- On-demand Printing
- Non-heat set and heat set printing
- Multicolor sheet fed printing

- Bindery Services:
  Cutting
  Saddle Stitching
  Tape Binding
  Folding
  Perfect Binding
  Wire-o-Binding

**Products outside the scope of this Transaction Schedule**

From time to time, the Client may request that CGI Asia perform special projects that are outside the scope of this Transaction Schedule.  Costs and turnaround times for those projects will be separately negotiated and will be determined based upon the specifications of the particular project.

3

## ANNEX 3:  PRICES, FEES AND CHARGES

The pricing of the Asia Services shall be as follows:

**Title: Research Report -**
| | |
|---|---|
| Size: | Letter (280 x 215mm) and A4 (297 x 210mm) |
| Extent: | 2pp up |
| Color: | Cover - 2c x 1c |
| | Text   - 1c x 1c |
| Paper: | Hardcover - 140gsm white woodfree paper |
| | Self-cover - 80gsm white woodfree paper |
| Binding: | Trim / Fold / Saddle-Stitching / Perfect Binding |

**Printing Charge:**
HKD 0.22 per A4 or Letter impression -

**Minimum Charge:**
A minimum charge of HKD 150 will apply to all reports.

**Optional Charges:**
1.     Perfect Binding – HKD 4.00 per copy, minimum 1,000 copies
2.     Perforation – HKD 2.00 per copy, minimum 1,000 copies
3.     Inserting Charge – HKD 0.50 per copy
4.     Numbering Charge – HKD 0.50 per copy


The above charges include delivery to one local destination.

4

## ANNEX 4:  DELIVERABLE SPECIFICATIONS

"Turnaround time" is defined as the amount of time that passes between the time that CGI Asia receives both a print request form and document file that is ready for production through the time that the materials are ready for distribution.

**Turnaround times / Weekdays:**

*Two colour cover, single colour text, for collection/delivery\* by 7:30am next working day*

Up to 48pp saddle stitched – <u>print ready</u> files should be received from Lehman Brothers

by 8pm

Up to 72pp saddle stitched - <u>print ready</u> files should be received from Lehman Brothers

by 6pm

Up to 100pp perfect bound – <u>print ready</u> files should be received from Lehman Brothers

by 4pm

If the file is not submitted in a print ready format, and additional formatting is required, CGI Asia will use its commercially reasonable efforts to format and print by the agreed time and will notify Client of any potential delay.

**Turnaround times / Weekends:**

*Two colour cover, single colour text, for collection/delivery\* by 7.30am on Monday*

*morning*

Up to 72pp saddle stitched – <u>print ready</u> files should be received from Lehman Brothers by 3pm Saturday

Up to 100pp perfect bound – <u>print ready</u> files should be received from Lehman Brothers by 12pm Saturday

\*CGI Asia's responsibility for on time delivery in Hong Kong is limited to making the report available for collection by Client's appointed distribution agent (HKDC) by the time set forth above for onward domestic/international courier and hand delivery services. CGI Asia is not responsible for any delivery delays caused by the Client's distributors.

5

## ANNEX 5:  PROJECT MANAGERS

| Supplier | Customer |
|---|---|
| Name:  CGI Asia LImited<br>Address:  Unit 1, 1st Floor, Tak King Industrial Building, 27 Lee Chung Street, Chai Wan, Hong Kong.<br>Email: Lisa.Bowman@cgiasia.com.hk<br>Tel:  +852 2965 6758<br>Mob: +852 9098 5067<br>Fax:  +852 8148 4530 | Name:  Lehman Brothers Asia Ltd.<br>Address:  26/F, Two International Finance Centre, 8 Finance St, Central, Hong Kong<br>Email: stuart.marston@lehman.com<br>Tel:  +852 2252 6219<br>Mob: +852 9471 3449<br>Fax:  +852 2372 5219 |

## ANNEX 6:  KEY PERSONNEL

| Level One | |
|---|---|
| Account Manager (Day Shift - HK) 1000 –1830 hr | Mable AuYeung |
| Telephone | +852 2965 6710 |
| Fax | +852 2865 3976 |
| Email | mable.auyeung@cgiasia.com.hk |
| Mobile | +852 9020 5334 |

| Account Manager (Middle Shift - HK) 1600-2400 hr | William AuYeung |
|---|---|
| Telephone | +852 2965 6748 |
| Fax | +852 2865 3976 |
| Email | william.auyeung@cgiasia.com.hk |
| Mobile | +852 9203 3986 |

| Account Manager (Night Shift - HK) 2330-0900 hr | Steven Chan |
|---|---|
| Telephone | +852 2965 6779 |
| Fax | +852 2865 3976 |
| Email | steven.chan@cgiasia.com.hk |
| Mobile | +852 9415 1338 |

| Level Two | |
|---|---|
| Managing Director | Lisa Bowman |
| Telephone | +852 2965 6758 |
| Fax | +852 8148 4530 |
| Email | Lisa.Bowman@adpgcasia.com |
| Mobile | +852 9098 5067 |

| Level Three | |
|---|---|
| Chairman | Peter Furlonge |
| Telephone | +44 207 531 0501 |
| Fax | +44 207 531 0531 |
| Email | Peter.Furlonge@cgieurope.com |
| Mobile | +44 (0) 7836 632 688 |

7

## EXHIBIT 1: FORM OF PROFESSIONAL SERVICES TRANSACTION SCHEDULE

**Supplier Name: CGI Japan Limited**
**Supplier Address: Kyobashi Nagaoka Bldg., 3-6-1 Hatchobori, Chuo-ku, Tokyo 104-0032.**
**Supplier Jurisdiction of Incorporation: Japan**
**Tax ID:**
**Telephone #: +81 39523-5901**
**Fax #: +81 3523-5903**
**Master Agreement No.:  004885-LEHNY-2005**
**Master Agreement Effective Date: July 1, 2006**
**Order Date: July 1, 2006**

This Services Transaction Schedule ("**Transaction Schedule**"), made effective as of the Order Date above, is issued pursuant to the above-referenced Master Agreement between the Customer entity executing this Transaction Schedule, as set forth on the signature page below, and the Supplier identified above.  This Transaction Schedule identifies the Services and Deliverables being provided by Supplier.

This Transaction Schedule, when executed by both undersigned parties, together with the above-referenced Master Agreement and other documents attached hereto (each of which are incorporated by reference into this Transaction Schedule), constitutes the complete contractual agreement between the undersigned parties with respect to the Transaction described herein.

Documents, in addition to this Transaction Schedule and the above-referenced Master Agreement, that form this Transaction Schedule

**Annex 1:** Description of Services **[Required]**
**Annex 2:** Project Plans, Delivery Dates and Milestones [Required for all date and/or milestone-based projects] **If applicable**
**Annex 3:** Prices, Fees and Charges **[Required]**
Annex 4: Deliverable Specifications [Optional]
**Annex 5:** Project Managers **[Required]**
Annex 6: Key Personnel [Optional]
Annex 7: Performance Standards/Service Levels for Services [Optional]
Annex 8: Additional Agreed-Upon Provisions [Optional]

Capitalized terms used but not defined in this Transaction Schedule have the meanings given in the Master Agreement referenced above.
(The Next Page is the Signature Page)

The undersigned parties have caused this Transaction Schedule to be executed
by their respective duly authorized representatives

| [LEGAL NAME OF SUPPLIER ENTITY] (SUPPLIER) | LEHMAN BROTHERS HOLDINGS, INC. (CUSTOMER) |
|---|---|
| By: _~signature~_ | By: _~signature~_ |
| Name: KIYOSHI KOMIYA | Name: HUA HE |
| (Type, Print or Stamp) | (Type, Print or Stamp) |
| Title: Managing Director | Title: MANAGING DIRECTOR |

## ANNEX 1:  DESCRIPTION OF SERVICES

The parties acknowledge that the Services, as set forth in this Transaction Schedule are provided to the Customer on an exclusive basis for the Term of this Agreement.  The parties acknowledge that Supplier is free to provide similar services to other persons or entities.

### A.  Services Overview.

As requested from time to time, CGI Japan shall provide English and Japanese language Equity and Economics (Fixed Income) Research print services in Japan, including those listed below and any other service approved by Client and CGI Japan in writing:

### B. Detailed Description of Services.

- Workflow Management
- Global distribution and simultaneous world-wide printing
- Off-set printing
- Bindery Services:
    Cutting (included in matrix)

    Saddle Stitching (included in matrix)

    Tape Binding (included in matrix)

    Folding (included in matrix)

    Perfect Binding (included in matrix)

**Products outside the scope of this Transaction Schedule** .

From time to time, the Client may request that CGI Japan perform special projects that are outside the scope of this Transaction Schedule.  Costs and turnaround times for those projects will be separately negotiated and will be determined based upon the specifications of the particular project.

## ANNEX 3:  PRICES, FEES AND CHARGES

The pricing of the Japan Services shall be as follows:

**Title: Research Report**
Size:          Letter (280 x 215mm) and A4 (297 x 210mm)
Extent:       4pp up
Color:        Cover - 2c x 1c
                  Text    - 1c x 1c
Paper:        Hardcover - 140gsm white woodfree paper
                  Self-cover - 80gsm white woodfree paper
Binding:      Trim / Fold / Saddle-Stitching / Perfect Binding

**Printing Charge:**
Refer to matrix

**Minimum Charge:**
Minimum of 100 copies.

**Optional Charges:**
1.        Perfect Binding – 7000 yen minimum (up to 72pp and 350cps)
2.        Perforation – 2.5yen per copy / 7000 yen minimum
3.        Inserting Charge – 1yen per page / 7000 yen minimum
4.        Numbering Charge – 15yen per copy / 7500 yen minimum

The above charges include delivery to one local destination.

## ANNEX 4:  DELIVERABLE SPECIFICATIONS

"Turnaround time" is defined as the amount of time that passes between the time that CGI Japan receives both a print request form and document file that is ready for production through the time that the materials are ready for distribution.

**Turnaround times / Weekdays:**

*Two colour cover, single colour text, for collection/delivery\* by 9:00am next working day.*

*Orders placed on Friday pm will be delivered Monday 9:am.*

Up to 68pp saddle stitched – <u>print ready</u> files should be received from Lehman Brothers

by 8pm

Up to 100pp perfect bound – <u>print ready</u> files should be received from Lehman Brothers

by 6pm

If the file is not submitted in a print ready format, and additional formatting is required, CGI Japan will use its commercially reasonable efforts to format and print by the agreed time and will notify Client of any potential delay.

## ANNEX 5:  PROJECT MANAGERS

| Supplier | Customer |
|---|---|
| Name:  CGI Japan Limited<br>Address:  Kyobashi Nagaoka Bldg.,<br>3-6-1 Hatchobori, Chuo-ku, Tokyo<br>104-0032.<br>Email:<br>kiyoshi.komiya@cgi-japan.com<br>Tel:  +813 3523 5901<br>Mob: +819 2530 4662<br>Fax:  +813 3523 5903 | Name:  Lehman Brothers Japan<br>Address:  Roppongi Hills Mori<br>Tower, 6-10-1 Roppongi, Minato-ku<br>32 Floor<br>Email:  philipn.ho@lehman.com<br>Tel:  +81 3 6440 1623<br><br>Fax:    +81 3 4582 1623 |

## ANNEX 6:  KEY PERSONNEL

| Level One | |
|---|---|
| Account Manager | Bryan Odo |
| Telephone | +881 3523 5901 |
| Fax | +813 3523 5903 |
| Email | bryan.odo@cgi-japan.com |
| Mobile | +819 1553 1119 |

| Account Manager | Atsushi Tanaka |
|---|---|
| Telephone | +813 3523 5901 |
| Fax | +813 3523 5903 |
| Email | tanaka@cgi-japan.com |
| Mobile | +819 4926 9054 |

| Account Manager | Ikuko Suzuki |
|---|---|
| Telephone | +813 3523 5901 |
| Fax | +813 3523 5903 |
| Email | suzuki@cgi-japan.com |
| Mobile | +819 1819 0965 |

| Level Two | |
|---|---|
| Managing Director | Kiyoshi Komiya |
| Telephone | +813 3523 5901 |
| Fax | +813 3523 5903 |
| Email | kiyoshi.komiya@cgi-japan.com |
| Mobile | +819 2530 4668 |

| Level Three | |
|---|---|
| Chairman | Peter Furlonge |
| Telephone | +44 207 531 0501 |
| Fax | +44 207 531 0531 |
| Email | Peter.Furlonge@cgieurope.com |
| Mobile | +44 (0) 7836 632 688 |

# EXHIBIT C

#1345997 v1
106903-57498

## A/R Aged Trial Balance by REF. DATE
### as of 09/23/08 2:37:36PM

| CUST. NUMBER | CUSTOMER NAME | SALES PERSON | DUE INV./REF. DATE | INV DATE | INV./REF. NUMBER | TYPE | AGE | TOTAL * | CURRENT RECEIVABLES | REF. DATE (31-60) | REF. DATE (61-90) | REF. DATE (91-120) | REF. DATE (120+) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11082 | Fulfillment Service Fee | MAYS EVP | 04/30/08 | 03/31/08 | 104241 | Inv | 176 | 1,489.00 | - | - | - | - | 1,489.00 |
| 11082 | Fulfillment Service Fee | MAYS EVP | 03/30/08 | 02/29/08 | 103257 | Inv | 207 | 1,538.50 | - | - | - | - | 1,538.50 |
| 11082 | Fulfillment Service Fee | MAYS EVP | 01/30/08 | 12/31/07 | 101573 | Inv | 267 | 1,843.00 | - | - | - | - | 1,843.00 |
| | FULFILLMENT SERVICE FEE Totals | | | | | | | 4,870.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4,870.50 |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 10/16/08 | 09/16/08 | 108839 | Inv | 7 | 13,748.38 | 13,748.38 | | | | |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 09/30/08 | 08/31/08 | 108706 | Inv | 23 | 36,939.56 | 36,939.56 | | | | |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 08/30/08 | 07/31/08 | 107748 | Inv | 54 | 35,129.60 | | 35,129.60 | | | |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 07/30/08 | 06/30/08 | 106855 | Inv | 85 | 37,804.72 | | | 37,804.72 | | |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 06/30/08 | 05/31/08 | 105995 | Inv | 115 | 43,122.79 | | | | 43,122.79 | |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 05/18/08 | 04/18/08 | 104648 | Inv | 158 | 50,331.65 | | | | | 50,331.65 |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 04/30/08 | 03/31/08 | 104197 | Inv | 176 | 2,035.64 P | | | | | 2,035.64 |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 03/30/08 | 02/29/08 | 103246 | Inv | 207 | 7,605.68 | | | | | 7,605.68 |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 03/26/08 | 02/25/08 | 102966 | Inv | 211 | 3,077.59 P | | | | | 3,077.59 |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 03/20/08 | 02/19/08 | 102746 | Inv | 217 | 2,055.57 P | | | | | 2,055.57 |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 05/24/07 | 04/24/07 | 93841 | Inv | 518 | 2,163.14 P | | | | | 2,163.14 |
| 11075 | Lehman Brothers Eqty Dom | MAYS EVP | 05/10/07 | 04/10/07 | 93464 | Inv | 532 | 28,145.59 | | | | | 28,145.59 |
| | LEHMAN BROTHERS EQTY DOM Totals | | | | | | | 262,159.91 | 50,687.94 | 35,129.60 | 37,804.72 | 43,122.79 | 95,414.86 |
| 11079 | Lehman Brothers-Commerc. | MAYS EVP | 10/16/08 | 09/16/08 | 108840 | Inv | 7 | 1,839.09 | 1,839.09 | | | | |
| 11079 | Lehman Brothers-Commerc. | MAYS EVP | 09/27/08 | 08/28/08 | 108422 | Inv | 26 | 1,571.84 | 1,571.84 | | | | |
| | LEHMAN BROTHERS-COMMERC. Totals | | | | | | | 3,410.93 | 3,410.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| 11081 | Lehman Fulfillment Reprints | MAYS EVP | 03/01/08 | 01/31/08 | 102349 | Inv | 236 | 4,330.61 | | | | | 4,330.61 |
| 11081 | Lehman Fulfillment Reprints | MAYS EVP | 01/24/08 | | 2039326 | Pmt | 243 | -8,213.15 | -8,213.15 | | | | |
| | LEHMAN FULFILLMENT REPRINTS Totals | | | | | | | -3,882.54 | -8,213.15 | 0.00 | 0.00 | 0.00 | 4,330.61 |
| | A/R Aged Trial Balance Report Totals | | | | | | | 266,558.80 | 45,885.72 | 35,129.60 | 37,804.72 | 43,122.79 | 104,615.97 |

# EXHIBIT D

#1345997 v1
106903-57498



**SALES STATEMENT**

Lehman Brothers Ltd (UK)                          Account      LEH05
Accounts Payable
25 Bank Street                                    Date     24 SEP 08
Canary Wharf
London
E14 5LE

| Date | Type Ref. | Description | £ Debit | £ Credit | £ Balance |
|------|-----------|-------------|---------|----------|-----------|
| 29 FEB 08 | INV 168189 | Envelope Charges | 3379.04 | | 3031.63 |
| 14 APR 08 | INV 171097 | Print Charges - HK P+L 24297 - | 11.50 | | 11.50 |
| 14 APR 08 | INV 171098 | Print Charges - US P+L 24297 - | 39.26 | | 39.26 |
| 14 APR 08 | INV 166965 | Print Charges - March 2008 - P | 71.95 | | 71.95 |
| 12 JUN 08 | INV 175977 | Print Charges - May 2008 | 2246.02 | | 2246.02 |
| 12 JUN 08 | INV 175992 | Monthly Print Charges - May 20 | 109.41 | | 109.41 |
| 12 JUN 08 | INV 175995 | Monthly Print Charges - May 20 | 163.00 | | 163.00 |
| 12 JUN 08 | INV 175997 | Monthly Print Charges - May 20 | 27.38 | | 27.38 |
| 12 JUN 08 | INV 176000 | Monthly Print Charges - May 20 | 68.56 | | 68.56 |
| 12 JUN 08 | INV 176001 | Monthly Print Charges - May 20 | 455.95 | | 455.95 |
| 12 JUN 08 | INV 176002 | Monthly Print Charges - May 20 | 9.12 | | 9.12 |
| 12 JUN 08 | INV 176003 | Monthly Print Charges - May 20 | 45.59 | | 45.59 |
| 18 JUN 08 | INV 176423 | Print Charges - UK P+L - May 2 | 2339.72 | | 2339.72 |
| 18 JUN 08 | INV 176427 | Print Charges - May 2008 - P+L | 17.21 | | 17.21 |
| 18 JUN 08 | INV 176428 | Print Charges - May 2008 - P+L | 53.59 | | 53.59 |
| 18 JUN 08 | INV 176430 | Monthly Print Charges - May 20 | 9.12 | | 9.12 |
| 18 JUN 08 | INV 176432 | Monthly Print Charges - May 20 | 17.21 | | 17.21 |
| 18 JUN 08 | INV 176434 | Monthly Print Charges - May 20 | 4.51 | | 4.51 |
| 18 JUN 08 | INV 176435 | Monthly Print Charges - May 20 | 7.66 | | 7.66 |
| 10 JUL 08 | INV 178234 | Monthly Print Charges - June 2 | 117.36 | | 117.36 |
| 10 JUL 08 | INV 178236 | Monthly Print Charges - June 2 | 1369.30 | | 1369.30 |
| 10 JUL 08 | INV 178237 | Monthly Print Charges - June 2 | 117.34 | | 117.34 |
| 10 JUL 08 | INV 178239 | Monthly Print Charges - June 2 | 24.91 | | 24.91 |
| 10 JUL 08 | INV 178240 | Monthly Print Charges - June 2 | 29.35 | | 29.35 |
| 22 JUL 08 | INV 179012 | Monthly Print Charges - June 2 | 1.32 | | 1.32 |
| 22 JUL 08 | INV 179013 | Monthly Print Charges - June 2 | 9.78 | | 9.78 |
| 22 JUL 08 | INV 179015 | Monthly Print Charges - June 2 | 297.34 | | 297.34 |
| 22 JUL 08 | INV 179017 | Monthly Print Charges - June 2 | 21.81 | | 21.81 |

   

**DG3 Europe Ltd.**
Unit C3, Enterprise Business Park, 2 Millharbour, Docklands,
London, E14 9TE, United Kingdom
T +44 (0)20 7531 0500, F +44 (0)20 7531 0531
www.dg3.com

Registered in England and Wales No. 03243754. Registered office: Abbots House, Abbey St, Reading, RG1 3BD



**SALES STATEMENT**

Lehman Brothers Ltd (UK)
Accounts Payable
25 Bank Street
Canary Wharf
London
E14 5LE

Account      LEH05

Date      24 SEP 08

| Date | Type | Ref. | Description | £ Debit | £ Credit | £ Balance |
|------|------|------|-------------|---------|----------|-----------|
| 22 JUL 08 | INV | 179018 | Monthly Print Charges - June 2 | 48.88 | | 48.88 |
| 22 JUL 08 | INV | 179019 | Monthly Print Charges - June 2 | 488.92 | | 488.92 |
| 22 JUL 08 | INV | 179020 | Monthly Print Charges - June 2 | 103.21 | | 103.21 |
| 22 JUL 08 | INV | 179021 | Monthly Print Charges - June 2 | 9.78 | | 9.78 |
| 22 JUL 08 | INV | 179022 | Monthly Print Charges - June 2 | 48.88 | | 48.88 |
| 22 JUL 08 | INV | 179023 | Monthly Print Charges - June 2 | 69.32 | | 69.32 |
| 22 JUL 08 | INV | 179024 | Monthly Print Charges - June 2 | 57.78 | | 57.78 |
| 22 JUL 08 | INV | 179025 | Monthly Print Charges - June 2 | 470.25 | | 470.25 |
| 22 JUL 08 | INV | 179026 | Monthly Print Charges - UK P+L | 3917.13 | | 3917.13 |
| 29 JUL 08 | INV | 179438 | Monthly Print Charges - US - J | 20.71 | | 20.71 |
| 12 AUG 08 | INV | 180380 | Monthly Print Charges - July 2 | 172.54 | | 172.54 |
| 12 AUG 08 | INV | 180381 | Monthly Print Charges - July 2 | 185.56 | | 185.56 |
| 13 AUG 08 | INV | 180482 | Monthly Print Charges - July 2 | 42.28 | | 42.28 |
| 18 AUG 08 | INV | 180723 | Monthly Print Charges - August | 97.78 | | 97.78 |
| 18 AUG 08 | INV | 180724 | Monthly Print Charges - August | 37.68 | | 37.68 |
| 18 AUG 08 | INV | 180725 | Monthly Print Charges - August | 0.48 | | 0.48 |
| 18 AUG 08 | INV | 180726 | Monthly Print Charges - August | 4.93 | | 4.93 |
| 18 AUG 08 | INV | 180727 | Monthly Print Charges - August | 24.52 | | 24.52 |
| 18 AUG 08 | INV | 180728 | Monthly Print Charges - August | 10.22 | | 10.22 |
| 18 AUG 08 | INV | 180739 | Monthly Print Charges - August | 104.42 | | 104.42 |
| 19 AUG 08 | INV | 180828 | Monthly Print Charges - July 2 | 123.65 | | 123.65 |
| 19 AUG 08 | INV | 180829 | Monthly Print Charges - July 2 | 257.64 | | 257.64 |
| 19 AUG 08 | INV | 180830 | Monthly Print Charges - July 2 | 61.21 | | 61.21 |
| 19 AUG 08 | INV | 180831 | Monthly Print Charges - July 2 | 10.31 | | 10.31 |
| 19 AUG 08 | INV | 180833 | Monthly Print Charges - July 2 | 1234.14 | | 1234.14 |
| 19 AUG 08 | INV | 180835 | Monthly Print Charges - July 2 | 10.31 | | 10.31 |
| 19 AUG 08 | INV | 180836 | Monthly Print Charges - July 2 | 30.91 | | 30.91 |






**DG3 Europe Ltd.**
Unit C3, Enterprise Business Park, 2 Millharbour, Docklands,
London, E14 9TE, United Kingdom
T +44 (0)20 7531 0500, F +44 (0)20 7531 0531
www.dg3.com

Registered in England and Wales No. 03243754. Registered office: Abbots House, Abbey St, Reading, RG1 3BD



## SALES STATEMENT

| Lehman Brothers Ltd (UK) | Account | LEH05 |
|---|---|---|
| Accounts Payable | | |
| 25 Bank Street | Date | 24 SEP 08 |
| Canary Wharf | | |
| London | | |
| E14 5LE | | |

| Date | Type Ref. | Description | £ Debit | £ Credit | £ Balance |
|---|---|---|---|---|---|
| 19 AUG 08 | INV 180837 | Monthly Print Charges - July 2 | 20.60 | | 20.60 |
| 19 AUG 08 | INV 180838 | Monthly Print Charges - July 2 | 15.39 | | 15.39 |
| 19 AUG 08 | INV 180839 | Monthly Print Charges - July 2 | 10.41 | | 10.41 |
| 19 AUG 08 | INV 180840 | Monthly Print Charges - July 2 | 25.50 | | 25.50 |
| 19 AUG 08 | INV 180841 | Monthly Print Charges - July 2 | 515.28 | | 515.28 |
| 19 AUG 08 | INV 180842 | Monthly Print Charges - July 2 | 5.11 | | 5.11 |
| 19 AUG 08 | INV 180843 | Monthly Print Charges - July 2 | 51.54 | | 51.54 |
| 19 AUG 08 | INV 180812 | Monthly Print Charges - Hong K | 57.14 | | 57.14 |
| 19 AUG 08 | INV 180813 | Monthly Print Charges - Hong K | 32.60 | | 32.60 |
| 19 AUG 08 | INV 180815 | Monthly Print Charges - Hong K | 70.22 | | 70.22 |
| 19 AUG 08 | INV 180816 | Monthly Print Charges - Hong K | 149.10 | | 149.10 |
| 19 AUG 08 | INV 180817 | Monthly Print Charges - Hong K | 872.03 | | 872.03 |
| 19 AUG 08 | INV 180818 | Monthly Print Charges - Hong K | 98.87 | | 98.87 |
| 19 AUG 08 | INV 180819 | Monthly Print Charges - Hong K | 46.52 | | 46.52 |
| 19 AUG 08 | INV 180821 | Monthly Print Charges - Hong K | 15.00 | | 15.00 |
| 19 AUG 08 | INV 180822 | Monthly Print Charges - Hong K | 89.15 | | 89.15 |
| 19 AUG 08 | INV 180823 | Monthly Print Charges - Hong K | 1103.91 | | 1103.91 |
| 20 AUG 08 | INV 180867 | Monthly Print Charges - UK - J | 3228.52 | | 3228.52 |
| 31 AUG 08 | INV 181874 | Print Charges - August 2008 | 2050.36 | | 2050.36 |
| 12 SEP 08 | INV 182593 | Monthly Print Charges - August | 142.32 | | 142.32 |
| 12 SEP 08 | INV 182596 | Monthly Print Charges - August | 296.50 | | 296.50 |
| 12 SEP 08 | INV 182597 | Monthly Print Charges - August | 1432.72 | | 1432.72 |
| 12 SEP 08 | INV 182598 | Monthly Print Charges - August | 11.86 | | 11.86 |
| 12 SEP 08 | INV 182599 | Monthly Print Charges - August | 11.86 | | 11.86 |
| 12 SEP 08 | INV 182600 | Monthly Print Charges - August | 9.52 | | 9.52 |
| 12 SEP 08 | INV 182601 | Monthly Print Charges - August | 23.72 | | 23.72 |
| 12 SEP 08 | INV 182602 | Monthly Print Charges - August | 23.72 | | 23.72 |







**DG3 Europe Ltd.**
Unit C3, Enterprise Business Park, 2 Millharbour, Docklands,
London, E14 9TE, United Kingdom
T +44 (0)20 7531 0500, F +44 (0)20 7531 0531
**www.dg3.com**

Registered in England and Wales No. 03243754. Registered office: Abbots House, Abbey St, Reading, RG1 3BD



**dg3**™
diversified global graphics group

### SALES STATEMENT

Lehman Brothers Ltd (UK)                                      Account      LEH05
Accounts Payable
25 Bank Street                                               Date      24 SEP 08
Canary Wharf
London
E14 5LE

| Date | Type Ref. | Description | £ Debit | £ Credit | £ Balance |
|------|-----------|-------------|---------|----------|-----------|
| 12 SEP 08 INV | 182604 | Monthly Print Charges - August | 11.86 | | 11.86 |
| 12 SEP 08 INV | 182605 | Monthly Print Charges - August | 23.72 | | 23.72 |
| 12 SEP 08 INV | 182606 | Monthly Print Charges - August | 593.00 | | 593.00 |
| 12 SEP 08 INV | 182608 | Monthly Print Charges - August | 59.30 | | 59.30 |
| 12 SEP 08 INV | 182609 | Monthly Print Charges - August | 11.86 | | 11.86 |
| 12 SEP 08 INV | 182678 | Monthly Print Charges - August | 114.86 | | 114.86 |
| 12 SEP 08 INV | 182679 | Monthly Print Charges - August | 4.75 | | 4.75 |
| 12 SEP 08 INV | 182680 | Monthly Print Charges - August | 4.75 | | 4.75 |
| 12 SEP 08 INV | 182681 | Monthly Print Charges - August | 21.00 | | 21.00 |
| 12 SEP 08 INV | 182682 | Monthly Print Charges - August | 327.72 | | 327.72 |
| 16 SEP 08 INV | 182831 | Print Charges - September 2008 | 1312.82 | | 1312.82 |
| 16 SEP 08 INV | 182832 | Monthly Print Charges - Septem | 5317.68 | | 5317.68 |
| 16 SEP 08 INV | 182833 | Monthly Print Charges - Septem | 1210.73 | | 1210.73 |
| 16 SEP 08 INV | 182834 | Monthly Print Charges - August | 2227.90 | | 2227.90 |
| 16 SEP 08 INV | 182835 | Monthly Print Charges - August | 2129.91 | | 2129.91 |
| 16 SEP 08 INV | 182821- | STOCK | 17851.40 | | 17851.40 |

| Aged Analysis | * = Disputed |
|---------------|--------------|
| Current | 33175.48 |
| August | 10865.83 |
| July | 7223.37 |
| June | 5574.05 |
| Before June | 3154.34 |

Unallocated Credits                0.00  Total





**DG3 Europe Ltd.**
Unit C3, Enterprise Business Park, 2 Millharbour, Docklands,
London, E14 9TE, United Kingdom
T +44 (0)20 7531 0500, F +44 (0)20 7531 0531
www.dg3.com

Registered in England and Wales No. 03243754. Registered office: Abbots House, Abbey St, Reading, RG1 3BD



## SALES STATEMENT

Lehman Brothers (HK)                                    Account        LEH07
Accounts Payable
One Broadgate                                           Date      24 SEP 08
London
EC2M 7HA

| Date | Type Ref. | Description | £ Debit | £ Credit | £ Balance |
|------|-----------|-------------|---------|----------|-----------|
| 31 JUL 06 | INV 121949 | SOLAR ENERGY | 34.56 | | 34.56 |
| 18 OCT 06 | INV 127749 | SOLAR ENERGY HK 2718 | 108.00 | | 108.00 |
| 30 SEP 07 | INV 153305 | Kingsoft corp ipo reprint | 47.03 | | 47.03 |

| Aged Analysis | * = Disputed | |
|---------------|---|---|
| Current | 0.00 | |
| August | 0.00 | |
| July | 0.00 | |
| June | 0.00 | |
| Before June | 189.59 | |
| Unallocated Credits | 0.00 | **Total** |





189.59

**DG3 Europe Ltd.**
Unit C3, Enterprise Business Park, 2 Millharbour, Docklands,
London, E14 9TE, United Kingdom
T +44 (0)20 7531 0500, F +44 (0)20 7531 0531
www.dg3.com

Registered in England and Wales No. 03243754. Registered office: Abbots House, Abbey St, Reading, RG1 3BD

# EXHIBIT E



# DG3 Asia Limited

9/F, Haking (Tung Shing) Industrial Building,
34 Lee Chung Street, Chai Wan, Hong Kong
香港柴灣利眾街34號夏愨工業大廈9樓
T +852 2965 6777  F +852 2557 3423
www.dg3.com

diversified global graphics group

DG3 ASIA LTD
Lehman Brothers Outstanding list as at 16/09/08

| | Inv.Date | Inv.No. | Total Amount | Sept07 Overdue 330days | Mar08 Overdue 150days | Apr08 Overdue 120days | May08 Overdue 90days | June08 Overdue 60days | July08 Overdue 30days | Aug08 Current | Sept08 Current |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **L002S** | **Lehman Brothers Asia Ltd (L002S)** | | | | | | | | | | |
| - Philip Ho | 30/05/07 | IV0709150B | 924.00 | 924.00 | | | | | | | |
| - Philip Ho | 31/03/08 | IV0803101 | 175,351.74 | | 175,351.74 | | | | | | |
| - Philip Ho | 30/06/08 | IV0806114 | 1,760.00 | | | | | 1,760.00 | | | |
| - Philip Ho | 31/07/08 | IV0807147 | 79,182.48 | | | | | | 79,182.48 | | |
| - Philip Ho | 31/07/08 | IV0807148 | 369.60 | | | | | | 369.60 | | |
| - Philip Ho | 31/07/08 | IV0807149 | 1,654.40 | | | | | | 1,654.40 | | |
| - Chris Leung | 26/08/08 | IV0808055 | 3,270.00 | | | | | | | 3,270.00 | |
| - Philip Ho | 31/08/08 | IV0808108 | 90,712.56 | | | | | | | 90,712.56 | |
| - Philip Ho | 31/08/08 | IV0808109 | 422.40 | | | | | | | 422.40 | |
| - Shirley Hung | 31/08/08 | IV0808134 | 3,310.00 | | | | | | | 3,310.00 | |
| - Jackie Choy | 16/09/08 | IV0809018 | 3,380.00 | | | | | | | | 3,380.00 |
| - Chris Leung | 16/09/08 | IV0809019 | 8,140.00 | | | | | | | | 8,140.00 |
| - Philip Ho | 16/09/08 | IV0809020 | 38,477.84 | | | | | | | | 38,477.84 |
| - Philip Ho | 16/09/08 | IV0809022 | 140.80 | | | | | | | | 140.80 |
| - Chris Leung | 16/09/08 | IV0809023 | 3,240.00 | | | | | | | | 3,240.00 |
| - Chris Leung | 16/09/08 | IV0809024 | 55,670.00 | | | | | | | | 55,670.00 |
| - Chris Leung | 16/09/08 | IV0809025 | 34,460.00 | | | | | | | | 34,460.00 |
| - Chris Leung | 16/09/08 | IV0809026 | 47,940.00 | | | | | | | | 47,940.00 |
| | | | 548,405.82 | 924.00 | 175,351.74 | - | - | 1,760.00 | 81,206.48 | 97,714.96 | 191,448.64 |
| **L002J** | **Lehman Brothers Japan Ltd** | | | | | | | | | | |
| - Yuko Tanaka | 31/08/08 | IV0808110 | 2,986.16 | | | | | | | 2,986.16 | |
| - Yuko Tanaka | 16/09/08 | IV0809021 | 14,777.60 | | | | | | | | 14,777.60 |
| | | | 17,763.76 | - | - | - | - | - | - | 2,986.16 | 14,777.60 |
| **Total:** | | | 566,169.58 | 924.00 | 175,351.74 | - | - | 1,760.00 | 81,206.48 | 100,701.12 | 206,226.24 |

Invoices to be sent out on 18/9/08