**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Standard & Poor's

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW JERSEY  )
                             ): ss.:
COUNTY OF ESSEX       )

ROGER A. FITZGERALD, being duly sworn, deposes and says:

1.     I am employed by the law firm of Gibbons P.C.. I am over 18 years of age.

2.     On Wednesday, October 1, 2008, I caused true and correct copies of the *Objection of DG3 North America, Inc. to Debtors' Notice of Assumption and Assignment Of, and Amounts Necessary to Cure Defaults Under Contracts and leases to be Assumed and Assigned to Successful Purchaser* to be served by Post Office Express Mail upon the persons listed on the annexed Exhibit A at the addresses set forth in such Exhibit.

<i>Roger A. Fitzgerald</i><br>Roger A. Fitzgerald

Sworn to before me this 1st day of October, 2008

*Jessica Febus*

**JESSICA FEBUS**
**NOTARY PUBLIC OF NEW JERSEY**
**My Commission Expires 11/03/2010**

#1345997 v1
106903-57498

Exhibit A - Service List

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:   Lori Fife
        Shai Y. Waisman


Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004
Attn:   Jason S. Margolin

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
Attn:   Lindsee P. Granfield
        Lisa M. Schweitzer


Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, New York  10017


Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005


United States Trustee
33 Whitehall Street
21st Floor
New York, New York  10004

#1345997 v1
106903-57498