AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re:**                                                  :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*                 :    **Case No. 08-13555 (JMP)**
                                                            :
                                        **Debtors.**        :    **(Jointly Administered)**
------------------------------------------------------------x

STATE OF NEW YORK        )

                DAGMARA KRASA-BERSTELL

  1.  Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022.

  2.  On September 24, 2008, I caused true and correct copies of the Notice of Appearance and Request for Service of All Pleadings and Documents of the Informal Noteholder Group, to be served via the Court's ECF system upon all counsel registered for ECF in this case.

                                            */s/Dagmara Krasa-Berstell*
                                            Dagmara Krasa-Berstell

Sworn to before me this
26th of September, 2008

*/s/ Roselynne D. Mizner*
Roselynne D. Mizner
Notary Public, State of New York
No. 01M15003432
Qualified in New York County
Commission Expires March 7, 2011

8062911