AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re:**                                                     :    **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*                    :    **Case No. 08-13555 (JMP)**
                                                               :
                                            **Debtors.**       :    **(Jointly Administered)**
---------------------------------------------------------------x

STATE OF NEW YORK    )

            DAGMARA KRASA-BERSTELL

    1.    Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022.

    2.    On September 29, 2008, I caused true and correct copies of the following:

    (i)    Informal Noteholder Group's Notice of Appeal of the Sale Order,

    (ii)   Limited Objection of the Informal Noteholder Group to Debtor's Motion for Order: (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (II) Granting Liens and Superiority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code, and (III) Scheduling Final Hearing, and

    (iii)  Application for Pro Hac Vice Admission of Sarah Link Schultz,

8062911

to be served on all parties listed on the attached Service List A in the manner indicated thereon.

                                                                           */s/Dagmara Krasa-Berstell*
                                                                              Dagmara Krasa-Berstell

Sworn to before me this
29th of September, 2008

*/s/ Roselynne D. Mizner*
Roselynne D. Mizner
Notary Public, State of New York
No. 01M15003432
Qualified in New York County
Commission Expires March 7, 2011

**Service List A**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY 10004<br>*FIRST CLASS  MAIL* | WEIL GOTSHAL & MANGES LLP<br>ATTN: RICHARD P. KRASNOW, LORI R. FIFE<br>SHAI Y. WAISMAN, JACQUELINE MARCUS<br>(COUNSEL TO THE DEBTORS)<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>*FIRST CLASS  MAIL* |
| OFFICE OF THE US TRUSTEE<br>ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG<br>BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004<br>*FIRST CLASS  MAIL* | HUGHES HUBBARD & REED LLP<br>JAMES W. GIDDENS<br>JAMES B. KOBAK, JR., DAVID WILTENBERG,<br>JEFF MARGOLIN, CHRISTOPHER K. KIPLOK<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1482<br>*FIRST CLASS  MAIL* |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>ATTN: DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR<br>DENNIS OÆDONNELL, ESQ., EVAN FLECK, ESQ.<br>(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED  CREDITORS)<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>*FIRST CLASS  MAIL* | MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>ATTN: PAUL ARONZO & GREGORY BRAY<br>(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>601 SOUTH FIGUEROA STREET, 30TH FLOOR<br>LOS ANGELES, CA 90017<br>*FIRST CLASS  MAIL* |
| COMMODITY FUTURES TRADING COMMISSION<br>TERRY S ARBIT<br>THREE LAFAYETTE CENTRE<br>1155 21ST ST, NW<br>WASHINGTON, DC 20581<br>*FIRST CLASS  MAIL* | COMMODITY FUTURES TRADING COMMISSION<br>ROBERT B WASSERMAN<br>THREE LAFAYETTE CENTRE<br>1155 21ST ST, NW<br>WASHINGTON, DC 20581<br>*FIRST CLASS  MAIL* |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: DISTRICT DIRECTOR<br>290 BROADWAY<br>NEW YORK, NY 10007<br>*FIRST CLASS  MAIL* | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NEW YORK<br>NEW YORK OFFICE<br>120 BROADWAY<br>NEW YORK, NY 10271-0332<br>*FIRST CLASS  MAIL* |
| OFFICE OF THE UNITED STATES ATTORNEY<br>ATTN: DANNA DRORI<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007<br>*FIRST CLASS  MAIL* | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: BONNIE L. GAUCH<br>DIVISION OF MARKET REGULATION<br>450 5TH STREET, NW<br>WASHINGTON, DC 20549-1001<br>*FIRST CLASS  MAIL* |
| SECURITIES INVESTOR PROTECTION CORPORATION<br>805 15TH STREET, N.W.<br>SUITE 800<br>WASHINGTON, DC 20005-2215<br>*FIRST CLASS  MAIL* | US SECURITIES AND EXCHANGE COMMISSION<br>MARK SCHONFELD, REGIONAL DIRECTOR<br>3 WORLD FINANCIAL CENTER, SUITE 400<br>NEW YORK, NY 10281-1022<br>*FIRST CLASS  MAIL* |

| | |
|---|---|
| **US SECURITIES AND EXCHANGE COMMISSION**<br>**ALISTAIR BAMBACK**<br>**3 WORLD FINANCIAL CENTER, SUITE 400**<br>**NEW YORK, NY 10281-1022**<br>*FIRST CLASS MAIL* | **US SECURITIES AND EXCHANGE COMMISSION**<br>**NEAL JACOBSON**<br>**3 WORLD FINANCIAL CENTER, SUITE 400**<br>**NEW YORK, NY 10281-1022**<br>*FIRST CLASS MAIL* |
| **US SECURITIES AND EXCHANGE COMMISSION**<br>**JOHN W WHITE, DIRECTOR, ENFORCEMENT DIVISION**<br>**100 F STREET, NE**<br>**WASHINGTON, DC 20549**<br>*FIRST CLASS MAIL* | **US SECURITIES AND EXCHANGE COMMISSION**<br>**ALEXANDER F COHEN**<br>**100 F STREET, NE**<br>**WASHINGTON, DC 20549**<br>*FIRST CLASS MAIL* |
| **US SECURITIES AND EXCHANGE COMMISSION**<br>**BRIAN V BREHENY**<br>**100 F STREET, NE**<br>**WASHINGTON, DC 20549**<br>*FIRST CLASS MAIL* | **US SECURITIES AND EXCHANGE COMMISSION**<br>**NICHOLAS P PANOS**<br>**100 F STREET, NE**<br>**WASHINGTON, DC 20549**<br>*FIRST CLASS MAIL* |
| **CLEARY GOTTLIEB LLP**<br>**JAMES BROMLEY**<br>**ONE LIBERTY PLAZA**<br>**NEW YORK, NY 10006**<br>*FIRST CLASS MAIL* | **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>**LISA SCHWEITZER/LINDSEE GRANFIELD**<br>**ONE LIBERTY PLAZA**<br>**NEW YORK, NY 10006**<br>*FIRST CLASS MAIL* |
| **SUMITOMO MITSUI BANKING CORPORATION**<br>**ATTN: MARIKO DOI STEWART, RUSSELL BOHNER**<br>**277 PARK AVENUE**<br>**NEW YORK, NY 10172**<br>*FIRST CLASS MAIL* | **ARAPAHOE COUNTY ATTORNEY'S OFFICE**<br>**ATTN: GEORGE ROSENBURG, ASSISTANT COUNTY ATTY**<br>**5334 S. PRINCE STREET**<br>**LITTLETON, CO 80166**<br>*FIRST CLASS MAIL* |
| **ARENT FOX LLP**<br>**ATTN: ROBERT M HIRSH AND GEORGE P ANGELICH**<br>**(COUNSEL TO THE VANGUARD GROUP, INC.)**<br>**1675 BROADWAY**<br>**NEW YORK, NY 10019**<br>*FIRST CLASS MAIL* | **ARMSTRONG TEASDALE LLP**<br>**ATTN: STEVEN COUSINS & SUSAN EHLERS**<br>**(COUNSEL TO AMEREN ET AL.)**<br>**ONE METROPOLITAN SQUARE, SUITE 2600**<br>**SAINT LOUIS, MO 63102-2720**<br>*FIRST CLASS MAIL* |
| **ARNALL GOLDEN GREGORY LLP**<br>**ATTN: DARRYL S. LADDIN AND FRANK N. WHITE**<br>**(COUNSEL TO VERIZON COMMUNICATIONS INC.)**<br>**171 17TH STREET NW,**<br>**SUITE 2100**<br>**ATLANTA, GA 30363-1031**<br>*FIRST CLASS MAIL* | **ATTORNEY GENERAL OF THE STATE OF NEW YORK**<br>**ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL**<br>**(COUNSEL TO THE DEPARTMENT OF TAXATION AND FINANCE)**<br>**120 BROADWAY, 24TH FLOOR**<br>**NEW YORK, NY 10271**<br>*FIRST CLASS MAIL* |

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN INFORMATION MANGEMENT)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN & RONALD J. SILVERMAN, STEVEN WILAMOWSKY
(COUNSEL TO HARBINGER CAPITAL PARTNERS & HARBERT)
399 PARK AVENUE
NEW YORK, NY 10022-4689
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL PARTNERS & HARBERT)
ONE FEDERAL STREET
BOSTON, MA 02110-1726
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL INC, UBS FINANCIAL SERVICES OF PUERTO RICO)
399 PARK AVENUE
NEW YORK, NY 10022-4689
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL INC. AND
UBS FINANCIAL SRVS OF PUERTO RICO)
ONE FEDERAL STREET
BOSTON, MA 02110-1726
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S SABIN AND
RONALD J SILVERMAN
(COUNSEL TO HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND LP AND HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND LP AND HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD)
ONE FEDERAL STREET
BOSTON, MA 02110-1726
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK SECURITIES INC.)
399 PARK AVENUE
NEW YORK, NY 10022-4689
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO DEUSTCHE BANK SECURITIES INC.)
ONE FEDERAL STREET
BOSTON, MA 02110-1726
*FIRST CLASS  MAIL*

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ, AS COUNSEL FOR THOMSON REUTERS PLC & THOMSON REUTERS CORP
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174
*FIRST CLASS  MAIL*

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021
*FIRST CLASS  MAIL*

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ,
JOHN RAPISARDI, ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP, INC & CITIBANK, NA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
*FIRST CLASS  MAIL*

| | |
|---|---|
| **CADWALADER, WICKERSHAM & TAFT LLP**<br>ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD<br>(COUNSEL TO MORGAN STANLEY & CO.)<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281<br>*FIRST CLASS MAIL* | **CADWALADER, WICKERSHAM & TAFT LLP**<br>ATTN: ISRAEL DAHAN<br>(COUNSEL TO FXCM HOLDINGS LLC)<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281<br>*FIRST CLASS MAIL* |
| **CADWALADER, WICKERSHAM & TAFT LLP**<br>ATTN: MARK C. ELLENBERG<br>(COUNSEL TO FXCM HOLDINGS, LLC AND MORGAN<br>STANLEY & CO. INCORPORATED AND AFFILIATES)<br>1201 F STREET N.W., SUITE 1100<br>WASHINGTON, DC 20004<br>*FIRST CLASS MAIL* | **CADWALADER, WICKERSHAM & TAFT LLP**<br>ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.<br>(COUNSEL TO CREDIT SUISSE)<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281<br>*FIRST CLASS MAIL* |
| **CHADBOURNE & PARKE LLP**<br>ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW<br>ROSENBLATT<br>(COUNSEL TO GLG PARTNERS LP)<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10012<br>*FIRST CLASS MAIL* | **CHAPMAN AND CUTLER LLP**<br>ATTN: JAMES E. SPIOTTO, ANN E. ACKER<br>FRANLIN H. TOP, & JAMES HEISER<br>(COUNSEL TO US BANK NATL ASSOC. & BANK OF MONTREAL<br>NATL AUSTRALIA BANK LIMITED)<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603<br>*FIRST CLASS MAIL* |
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br>ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER<br>(COUNSEL TO BARCLAYS CAPITAL, INC.)<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br>*FIRST CLASS MAIL* | **CONTRARIAN CAPITAL MANAGEMENT, LLC**<br>ATTN: ETHAN SCHWARTZ<br>411 WEST PUTNAM AVENUE<br>SUITE 425<br>GREENWICH, CT 06830<br>*FIRST CLASS MAIL* |
| **COVINGTON & BURLING LLP**<br>COUNSEL FOR WILMINGTON TRUST COMPANY<br>ATTN M HOPKINS, D COFFINO, A RABOY<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018<br>*FIRST CLASS MAIL* | **CRAVATH, SWAINE & MOORE LLP**<br>ATTN: RICHARD LEVIN, ESQ &<br>ROBERT H. TRUST, ESQ.<br>(COUNSEL TO CREDIT SUISSE)<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019<br>*FIRST CLASS MAIL* |
| **CUMMINGS & LOCKWOOD LLC**<br>ATTN: JOHN F. CARBERRY, ESQ.<br>(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)<br>SIX LANDMARK SQUARE<br>STAMFORD, CT 06901<br>*FIRST CLASS MAIL* | **DAVIS POLK & WARDWELL**<br>ATTN: KAREN E. WAGNER, ABRAHAM GESSER<br>JAMES I. MCCLAMMY<br>(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP)<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017<br>*FIRST CLASS MAIL* |

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
(COUNSEL TO ROCK-FORTY NINTH LLC,
ROCKEFELLER
CENTER ET AL.)
919 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS  MAIL*

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK & JUDY G.Z. LIU
(COUNSEL TO BANK OF NEW YORK MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M.
GOLDSTEIN & WILLIAM C. HEUER
(COUNSEL TO ROYAL BANK OF SCOTLAND)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092
*FIRST CLASS  MAIL*

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J.
MCGILL
(COUNSEL TO ALLIANZ GLOBAL  INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047
*FIRST CLASS  MAIL*

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND
SENIOR VICE PRESIDENT
33 LIBERTY STREET
NEW YORK, NY 10045-0001
*FIRST CLASS  MAIL*

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510
*FIRST CLASS  MAIL*

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
*FIRST CLASS  MAIL*

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY FUNDS)
200 PARK AVENUE
NEW YORK, NY 10166-0193
*FIRST CLASS  MAIL*

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ.
(COUNSEL TO MARSHALL FUNDS, INC. AND
MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202
*FIRST CLASS  MAIL*

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND
GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORP.)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
*FIRST CLASS  MAIL*

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639
*FIRST CLASS  MAIL*

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
*FIRST CLASS  MAIL*

STATE STREET GLOBAL ADVISORS
ATTN: DEENA ETHRIDGE
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111
*FIRST CLASS  MAIL*

8062911

HOLLAND & KNIGHT LLP
ATTN: PETER A. ZISSER
(COUNSEL TO MONUMENT REALTY LLC)
195 BROADWAY
NEW YORK, NY 10007-3189
*FIRST CLASS MAIL*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN
(COUNSEL TO BAY HARBOUR MGMT LC, BAY HARBOUR MSTR, TROPHY HUNETR INVST, BHCO MASTER, MSS DISTRESSED & OPPORTUNITIES 2 AND INSTITUTIONAL BENCHMARKS)
1633 BROADWAY
NEW YORK, NY 10019
*FIRST CLASS MAIL*

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF,
SCOTT D TALMADGE AND LAUREN ATTARD
(COUNSEL TO WELLS FARGO BANK, NA & WELLS FARGO&CO)
425 PARK AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND IGI RESOURCES)
101 PARK AVENUE
NEW YORK, NY 10178
*FIRST CLASS MAIL*

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC, M. BRIAN MAHER AND BASIL MAHER)
800 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

KOBRE & KIM LLP
ATTN: MICHAEL KIM, ROBERT HENOCH, ANDREW LOURIE, STEVEN PERLSTEIN, IAN LEVY
(COUNSEL TO ABM INDUSTRIES, INC.)
800 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

KOBRE & KIM LLP
ATTNT: MICHAEL S KIM, ROBERT W HENOCH, STEVEN W
PERLSTEIN, ANDREW C LOURIE AND IAN N LEVY
(COUNSEL TO NORTHGATE MINERALS CORPORATION)
800 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

KOBRE & KIM LLP
ATTN: MICHAEL S KIM, ROBERT W HENOCH, ANDREW C
LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
(COUNSEL TO 4KIDS ENTRETAIMENT, INC.)
800 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH CNTR)
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338
*FIRST CLASS MAIL*

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON
(COUNSEL TO FANNIE MAE)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606
*FIRST CLASS MAIL*

LAW OFFICES OF ROBERT E. LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ.
(COUNSEL TO CARROLLTON-FARMERS BRANCH INDEPENDENT
SCHOOL DISTRICT)
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205
*FIRST CLASS MAIL*

8062911

| | |
|---|---|
| **LINEBARGER GOGGAN BLAIR & SAMPSON LLP**<br>ATTN: JOHN P. DILLMAN<br>(COUNSEL TO HARRIS COUNTY)<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201<br>*FIRST CLASS MAIL* | **LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**<br>ATTN: ELIZABETH WELLER<br>(COUNSEL TO DALLAS COUNTY AND TARRANT COUNTY)<br>2323 BRYAN STREET<br>SUITE 1600<br>DALLAS, TX 75201<br>*FIRST CLASS MAIL* |
| **LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**<br>ATTN: DIANE W. SANDERS<br>(COUNSEL TO MCLENNAN COUNTY)<br>1949 SOUTH I.H. 35<br>PO BOX 17428<br>AUSTIN, TX 78760<br>*FIRST CLASS MAIL* | **LOWENSTEIN SANDLER PC**<br>ATTN: IRA M. LEVEE<br>(COUNSEL TO FACTIVA, INC.)<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10020<br>*FIRST CLASS MAIL* |
| **LOWENSTEIN SANDLER PC**<br>ATTN: IRA M. LEVEE<br>(COUNSEL TO FACTIVA, INC.)<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068<br>*FIRST CLASS MAIL* | **LOWENSTEIN SANDLER PC**<br>ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN<br>(COUNSEL TO AVAYA INC.)<br>65 LIVINGSTON AVE.<br>ROSELAND, NJ 07068<br>*FIRST CLASS MAIL* |
| **MAYER BROWN LLP**<br>ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.<br>(COUNSEL TO CANADIAN IMPERIAL BANK, CIBC WOLRD MKT<br>CIBC WOLRD MARKETS INC.)<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>*FIRST CLASS MAIL* | **MAYER BROWN LLP**<br>ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN<br>(COUNSEL TO SUMITOMO MITSUI BANKING CORP, SMBC<br>CAPITAL MKTS, AND SUMITOMO MITSUI BRUSSELS BRANCH)<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>*FIRST CLASS MAIL* |
| **MAYER BROWN LLP**<br>ATTN: BRIAN TRUST, JEFFREY TOUGAS AND MAYER BROWN<br>(COUNSEL TO SOCIETE GENERALE)<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>*FIRST CLASS MAIL* | **MAYER BROWN LLP**<br>ATTN: BRIAN TRUST, FREDERICK D. HYMAN JEFFREY G. TOUGAS, AMIT K. TRHAN<br>(COUNSEL TO WASHINGTON MUTUAL BANK AND WASHINGTON MUTUAL, INC.)<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>*FIRST CLASS MAIL* |
| **MAYER BROWN LLP**<br>ATTN: ANTONIA GOLIANOPOULOS, ESQ.<br>(COUNSEL TO SP4 190 S. LASALLE, L.P.)<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>*FIRST CLASS MAIL* | **MAYER BROWN LLP**<br>ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY<br>(COUNSEL TO SP4 190 S. LASALLE, L.P.)<br>71 S. WACKER DRIVE<br>CHICAGO, IL 60606<br>*FIRST CLASS MAIL* |

8062911

| | |
|---|---|
| **MAYER BROWN LLP**<br>ATTN: FREDERICK D. HYMAN,<br>JEFFREY G. TOUGAS, AMIT K. TREHAN<br>(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)<br>1675 BROADWAY<br>NEW YORK, NY 10019<br>*FIRST CLASS MAIL* | **MCCARTER & ENGLISH, LLP**<br>ATTN: EDUARDO J. GLAS, ESQ.<br>(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.)<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102-4096<br>*FIRST CLASS MAIL* |
| **MCCARTER & ENGLISH, LLP**<br>ATTN: KATHERINE L. MAYER, ESQ.<br>(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.)<br>RENAISSANCE CENTRE<br>405 NORTH KING STREET<br>WILMINGTON, DE 19801<br>*FIRST CLASS MAIL* | **MCCARTER & ENGLISH, LLP**<br>ATTN: WILLIAM F. TAYLOR, ESQ<br>(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)<br>405 NORTH KING STREET<br>RENAISSANCE CENTER, 8TH FLOOR<br>WILMINGTON, DE 19801<br>*FIRST CLASS MAIL* |
| **MCGUIREWOODS LLP**<br>ATTN: PATRICK L. HAYDEN<br>(COUNSEL TO THE TORONTO-DOMINION BANK)<br>1345 AVENUE OF THE AMERICAS<br>SEVENTH FLOOR<br>NEW YORK, NY 10105<br>*FIRST CLASS MAIL* | **MCGUIREWOODS LLP**<br>ATTN: DION W. HAYES<br>(COUNSEL TO THE TORONTO-DOMINION BANK)<br>ONE JAMES CENTER<br>901 EAST CARY STREET<br>RICHMOND, VA 23219<br>*FIRST CLASS MAIL* |
| **MEYER SUOZZI ENGLISH & KLEIN**<br>ATTN: THOMAS R. SLOME, ESQ.<br>(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)<br>900 STEWART AVENUE, SUITE 300 PO BOX 9194<br>GARDEN CITY, NY 11530<br>*FIRST CLASS MAIL* | **MORRISON & FOERSTER LLP**<br>ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI<br>(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104<br>*FIRST CLASS MAIL* |
| **MORRISON & FOERSTER LLP**<br>ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI<br>(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104<br>*FIRST CLASS MAIL* | **MUNSCH HARDT KOPF & HARR, P.C.**<br>ATTN: RUSSELL L. MUNSCH<br>(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)<br>ONE AMERICAN CENTER<br>600 CONGRESS AVENUE, SUITE 2900<br>AUSTIN, TX 78701-3057<br>*FIRST CLASS MAIL* |
| **MUNSCH HARDT KOPF & HARR, P.C.**<br>ATTN: KEVIN M. LIPPMAN<br>(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)<br>3800 LINCOLN PLAZA<br>500 NORTH AKARD STREET<br>DALLAS, TX 75201-6659<br>*FIRST CLASS MAIL* | **NAGASHIMA OHNO & TSUNEMATSU**<br>ATTN: MASAKI KONISHI, ESQ.<br>(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)<br>KIOICHO BUILDING 3-12, KIOICHO<br>CHIYODA-KU<br>TOKYO 102-0094,<br>*AIR MAIL* |

8062911

| | |
|---|---|
| **NIXON PEABODY, LLP**<br>**ATTN: AMANDA DARWIN**<br>**(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)**<br>**100 SUMMER STREET**<br>**BOSTON, MA 02110**<br>*FIRST CLASS MAIL* | **NIXON PEABODY, LLP**<br>**ATTN: CHRISTOPHER M. DESIDERIO**<br>**(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)**<br>**437 MADISON AVENUE**<br>**NEW YORK, NY 10022**<br>*FIRST CLASS MAIL* |
| **NORMANDY HILL CAPITAL LP**<br>**ATTN: MATTHEW A. CANTOR, ESQ.**<br>**(COUNSEL TO NORMANDY HILL CAPITAL, LP)**<br>**150 EAST 52ND STREET, 10TH FLOOR**<br>**NEW YORK, NY 10022**<br>*FIRST CLASS MAIL* | **METLIFE INVESTMENTS**<br>**ATTN: KEVIN BUDD, RON NIRENBERG**<br>**10 PARK AVENUE**<br>**PO BOX 1902**<br>**MORRISTOWN, NJ 07962**<br>*FIRST CLASS MAIL* |
| **OFFICE OF THRIFT SUPERVISION**<br>**ATTN: DIRK S. ROBERTS**<br>**(DEPUTY CHIEF COUNSEL, LITIGATION)**<br>**1700 G STREET, N.W.**<br>**WASHINGTON, DC 20552**<br>*FIRST CLASS MAIL* | **OFFICE OF THRIFT SUPREVISION, NORTHEAST REGION**<br>**ATTN: MARTIN JEFFERSON DAVIS**<br>**(SENIOR TRIAL ATTORNEY)**<br>**HARBORSIDE FINANCIAL CENTER PLAZA FIVE**<br>**JERSEY CITY, NJ 07311**<br>*FIRST CLASS MAIL* |
| **PAUL HASTINGS JANOFSKY & WALKER LLP**<br>**ATTN: HARVEY A. STRICKON (HS5210)**<br>**(COUNSEL TO EUROPEAN BANK FOR RECONSTRUCTION)**<br>**75 EAST 55TH STREET**<br>**NEW YORK, NY 10022-3205**<br>*FIRST CLASS MAIL* | **PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>**ATTN: HARVEY A. STICKON (HS5210)**<br>**(COUNSEL TO GENERAL ELECTRIC CAPITAL CORP)**<br>**75 EAST 55TH STREET**<br>**NEW YORK, NY 10022-3205**<br>*FIRST CLASS MAIL* |
| **PEPPER HAMILTON LLP**<br>**ATTN: KAY STANDRIDGE KRESS**<br>**DEBORAH KOVSKY-APAP**<br>**(COUNSEL TO ING BANK, FSB)**<br>**100 RENAISSANCE CENTER, SUITE 3600**<br>**DETROIT, MI 48243**<br>*FIRST CLASS MAIL* | **PEPPER HAMILTON LLP**<br>**ATTN: AUDREY D. WISOTSKY, ESQ.**<br>**(COUNSEL TO ING BANK, FSB)**<br>**301 CARNEGIE CENTER, SUITE 400**<br>**PRINCETON, NJ 08543-5276**<br>*FIRST CLASS MAIL* |
| **PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW**<br>**ATTN: SYDNEY G. PLATZER**<br>**(COUNSEL TO 250 EAST BORROWER LLC, EAST 46TH BORROWER LLC, HALE AVENUE BORROWER LLC)**<br>**1065 AVENUE OF THE AMERICAS, 18TH FLOOR**<br>**NEW YORK, NY 10018**<br>*FIRST CLASS MAIL* | **POLSINELLI SHALTON FLANIGAN SUELTHAUS PC**<br>**ATTN: DANIEL J. FLANIGAN**<br>**(COUNSEL TO EHMD, LLC)**<br>**700 W. 47TH STREET, SUITE 1000**<br>**KANSAS CITY, MO 64112**<br>*FIRST CLASS MAIL* |

8062911

| | |
|---|---|
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: JAMES E BIRD<br>(COUNSEL TO BATS HOLDINGS, INC.)<br>700 W. 47TH STREET, SUITE 1000<br>KANSAS CITY, MO 64112<br>*FIRST CLASS MAIL* | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: CHRISTOPHER A WARD<br>(COUNSEL TO BATS HOLDINGS, INC.)<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801<br>*FIRST CLASS MAIL* |
| PRYOR CASHMAN LLP<br>ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS<br>(COUNSEL TO CD REPRESENTATIVE)<br>410 PARK AVENUE<br>NEW YORK, NY 10022<br>*FIRST CLASS MAIL* | PRYOR CASHMAN LLP<br>ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE<br>(COUNSEL TO WSG DEVELOPMENT CO.)<br>410 PARK AVENUE<br>NEW YORK, NY 10022<br>*FIRST CLASS MAIL* |
| PURSUIT PARTNERS<br>ATTN: LISA ROBERTS<br>333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR<br>STAMFORD, CT 06902<br>*FIRST CLASS MAIL* | RABINOWITZ LUBETKIN & TULLY, LLC<br>ATTN: JONATHAN I. RABINOWITZ<br>(COUNSEL TO SOMERSET PROPERTIES SPE LLC)<br>293 EISENHOWER PARKWAY SUITE 100<br>LIVINGSTON, NJ 07039<br>*FIRST CLASS MAIL* |
| REED SMITH LLP<br>ATTN PAUL A RACHMUTH ESQ<br>COUNSEL TO GALLEON BUCCANEER'S OFFSHORE LTD<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022<br>*FIRST CLASS MAIL* | REED SMITH LLP<br>ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI<br>(COUNSEL TO GE CAPITAL INFORMATION TECHNOLOGY<br>SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES,<br>QWEST CORP, QWEST COMM CORP, IKON OFFICE SOL.)<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801<br>*FIRST CLASS MAIL* |
| REED SMITH LLP<br>ATTN: LUMA AL-SHIBIB<br>(COUNSEL TO GE CAPITAL INFORMATION TECHNOLOGY<br>SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES,<br>QWEST CORP, QWEST COMM CORP, IKON OFFICE SOL.)<br>599 LEXINGTON AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022<br>*FIRST CLASS MAIL* | RIDDELL WILLIAMS P.S.<br>ATTN: JOSPEH E. SHICKICH<br>(COUNSEL TO MICROSOFT CORPORATION AND MICROSOFT LICENSING)<br>1001 4TH AVENUE SUITE 4500<br>SEATTLE, WA 98154-1192<br>*FIRST CLASS MAIL* |
| RUSSIN VECCHI BERG & BERNSTEIN LLP<br>ATTN: J. FRED BERG JR, ESQ.<br>(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)<br>380 LEXINGTON AVENUE, SUITE 1518<br>NEW YORK, NY 10168<br>*FIRST CLASS MAIL* | SALANS<br>ATTN: CLAUDE MONTGOMERY & LEE WHIDDEN<br>(COUNSEL TO SVENSKA HANDELSBANKEN AB)<br>620 FIFTH AVENUE<br>NEW YORK, NY 10020<br>*FIRST CLASS MAIL* |

| | |
|---|---|
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK<br>TIMOTHY T. BROCK, & ABIGAIL SNOW<br>(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)<br>230 PARK AVENUE<br>NEW YORK, NY 10169<br>*FIRST CLASS  MAIL* | SHEAK & KORZUN, P.C.<br>ATTN: TIMOTHY J. KORZUN, ESQ.<br>(COUNSEL TO VOLLERS EXCAVATING & CONSTRUSTION,INC)<br>1 WASHINGTON CROSSING ROAD<br>PENNINGTON, NJ 08534<br>*FIRST CLASS  MAIL* |
| SHENWICK & ASSOCIATES<br>ATTN: JAMES H. SHENWICK, ESQ.<br>(COUNSEL TO COLLINS BUILDING SERVICES, INC.)<br>655 THIRD AVENUE<br>20TH FLOOR<br>NEW YORK, NY 10017<br>*FIRST CLASS  MAIL* | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>ATTN CARREN SHULMAN & RUSSELL RIED ESQS<br>(COUNSEL FOR THE BANK OF NEW YORK MELLON)<br>30 ROCKEFELLER PLAZA 24TH FLOOR<br>NEW YORK, NY 10112<br>*FIRST CLASS  MAIL* |
| STEVENS & LEE, P.C.<br>ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS<br>(COUNSEL TO 1301 PROPERTIES OWNER, LP C/O PARAMOUNT GROUP, INC.)<br>485 MADISON AVE, 20TH FLOOR<br>NEW YORK, NY 10022<br>*FIRST CLASS  MAIL* | STROOCK & STROOK & LAVAN LLP<br>ATTN: MARK A. SPEISER & SHERRY J. MILLMAN<br>(COUNSEL TO MIZUHO CORPORATE BANK LTD)<br>180 MAIDEN LANE<br>NEW YORK, NY 10038<br>*FIRST CLASS  MAIL* |
| SULLIVAN & CROMWELL LLP<br>ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN<br>(COUNSEL TO BARCLAYS CAPITAL, INC.)<br>125 BROAD STREET<br>NEW YORK, NY 10004<br>*FIRST CLASS  MAIL* | THE BANK OF NEW YORK MELLON<br>ATTN: RANJIT MATHER, ROBERT BAILEY<br>ONE WALL STREET<br>NEW YORK, NY  10286<br>*FIRST CLASS  MAIL* |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.<br>ATTN: MONIQUE L. MORREALE<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104<br>*FIRST CLASS  MAIL* | THE CHUO MITSUI TRUST AND BANKING CO., LTD<br>33-1, SHIBA 3-CHOME<br>MINATO-KU<br>TOKYO 105-8574,<br>*AIR MAIL* |
| THE WILSON LAW FIRM PC<br>ATTN: L. MATT WILSON, ESQ.<br>(COUNSEL TO GREG GEORGAS & MARK GROCK)<br>950 EAST PACES FERRY ROAD<br>SUITE 3250 ATLANTA PLAZA<br>ATLANTA, GA 30326<br>*FIRST CLASS  MAIL* | THOMPSON & KNIGHT LLP<br>ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS<br>(COUNSEL TO DIRECT ENERGY BUSINESS LLC)<br>919 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022-3915<br>*FIRST CLASS  MAIL* |

| | |
|---|---|
| THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL<br>(COUNSEL TO DIRECT ENERGY LLC)<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002-4499<br>*FIRST CLASS MAIL* | THOMPSON & KNIGHT LLP<br>ATTN: IRA L. HERMAN<br>(COUNSEL TO CHEVRON NATURAL GAS)<br>919 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022-3915<br>*FIRST CLASS MAIL* |
| THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER<br>(COUNSEL TO CHEVRON NATURAL GAS)<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002<br>*FIRST CLASS MAIL* | TISHMAN SPEYER PROPERTIES, L.P.<br>ATTN: ANN MENARD, ESQ<br>ATTN: BRADLEY TURK, ESQ.<br>ATTN: NED BANNON<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111<br>*FIRST CLASS MAIL* |
| TISHMAN SPEYER PROPERTIES, LP<br>ATTN: MICHAEL BENNER, ANN MENARD,<br>BRADLEY TURK AND<br>NED BANNON<br>(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111<br>*FIRST CLASS MAIL* | TROUTMAN SANDERS LLP<br>ATTN: HORACE T. COHEN & PAUL H. DEUTCH<br>(COUNSEL TO BANK OF CHINA)<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174<br>*FIRST CLASS MAIL* |
| VEDDER PRICE PC<br>ATTN: MICHAEL J. EDELMAN<br>(COUNSEL TO PURSUIT CAPITAL PARTNERS MASTER AND<br>PURSUIT OPPORTUNITY FUND I MASTER LTD.)<br>1633 BROADWAY, 4TH FLOOR<br>NEW YORK, NY 10019<br>*FIRST CLASS MAIL* | VINSON & ELKINS LLP<br>ATTN: DOV KLEINER, ESQ.<br>(COUNSEL TO SHINSEI BANK LIMITED)<br>666 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10103<br>*FIRST CLASS MAIL* |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ<br>AND JOSHUA A. FELTMAN, ESQ<br>(COUNSEL TO JPMORGAN CHASE BANK, N.A.)<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150<br>*FIRST CLASS MAIL* | WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: AMY WOLF, ESQ.<br>(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150<br>*FIRST CLASS MAIL* |
| WATCHELL LIPTON ROSEN & KATZ<br>ATTN: AMY WOLF, ESQ.<br>(COUNSEL TO: TISHMAN SPEYER PROPERTIES)<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150<br>*FIRST CLASS MAIL* | WHITE & CASE LLP<br>ATTN: PHILIP JOHN NICHOLS<br>(COUNSEL TO DNB NOR BANK ASA)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787<br>*FIRST CLASS MAIL* |

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER
SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
*FIRST CLASS MAIL*

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN BENITO ROMANO, JAMIE KETTEN
(COUNSEL TO AIG GLOBAL INVESTMENT CORPORATION)
NEW YORK, NY 10019-6099
*FIRST CLASS MAIL*

WILLKIE FARR & GALLAGHER LLP
ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
*FIRST CLASS MAIL*

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022
*FIRST CLASS MAIL*

WILMINGTON TRUST FSB
ATTN JULIE J BECKER
8400 NORMANDALE LAKE BLVD SUITE 925
MINNEAPOLIS, MN 55437
*FIRST CLASS MAIL*

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193
*FIRST CLASS MAIL*

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601
*FIRST CLASS MAIL*

WOLFF & SAMSON PC
ATTNN: DAVID N. RAVIN & ROBERT E. NIES
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
*FIRST CLASS MAIL*

ANZ BANKING GROUP
MICHAEL HALEVI, DIRECTOR
FINANCIAL INSTITUTIONS
1177 AVE OF THE AMERICAS
NEW YORK, NY 10036
*FIRST CLASS MAIL*

AOZORA BANK LTD
C/O KOJI NOMURA
JOINT GENERAL MANAGER/FINANCIAL INSTITUTIONS DIV
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
*AIR MAIL*

AUSTRALIA NATIONAL BANK
MICHAEL HALEVI
1177 AVE OF THE AMERICAS, 6TH FL
NEW YORK, NY 10036
*FIRST CLASS MAIL*

BANK OF CHINA, NEW YORK BRANCH
ATTN: WILLIAM WARREN SMITH
CHIEF LOAN OFFICER, DEPUTY GENERAL MGR
410 MADISON AVE
NEW YORK, NY 10017
*FIRST CLASS MAIL*

8062911

BANK OF TAIWAN, NEW YORK AGENCY
EUNICE S.J. YEH, SVP & GENERAL MGR
100 WALL ST, 11TH FL
NEW YORK, NY 10005
*FIRST CLASS  MAIL*

BNP PARIBAS
C/O FRANK SODANO
787 7TH AVE
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

CHUO MITSUI TRUST & BANKING
NORIYUKI TSUMURA
3-33-1 SHIBA, MINATO-KU
TOKYO,  105-0014
*AIR MAIL*

CITIBANK NA HONG KONG BRANCH
C/O MICHAEL MAUERSTEIN
MD - FIG
388 GREENWICH ST
NEW YORK, NY 10013
*FIRST CLASS  MAIL*

DNB NOR BANK ASA
ROLF NAGEL DAHL
SVP INTERNATIONAL FINANCIAL INSITITUTIONS
NO-0021 OSLO,  NORWAY
*AIR MAIL*

FIRST COMMERCIAL BANK CO, LTD
MALCOLM WANG, DEPUTY GENERAL MANAGER
NEW YORK AGENCY
34TH FL, 750 THIRD AVE
NEW YORK, NY 10017
*FIRST CLASS  MAIL*

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD SECTION 1
TAIPEI,
*AIR MAIL*

KBC BANK
C/O DENIS GRAHAM
125 W 55TH ST
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

LLOYDS BANK
MATTHEW TUCK, NICK BRUCE, JEREMY MATHIS
1251 AVE OF THE AMERICAS, 39TH FL
PO BOX 4873
NEW YORK, NY 10163
*FIRST CLASS  MAIL*

MIZUHO CORPORATE BANK LTD
TIMOTHY WHITE, MANAGING DIRECTOR
HEAD OF ORIGINATIONS
CORPORATE AND INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104
*FIRST CLASS  MAIL*

MIZUHO CORPORATE BANK, LTD
ATTN: TIMOTHY WHITE, MANAGING DIRECTOR
CORPORATE & INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104
*FIRST CLASS  MAIL*

NATIONAL AUSTRALIA BANK
ROSEMARIE O'CANTO
245 PARK AVE, 28TH FL
NEW YORK, NY 10167
*FIRST CLASS  MAIL*

NIPPON LIFE INSURANCE CO
TAKAYUKI MURAI, DEPUTY GENERAL MGR
CORPORATE FINANCE DEPT #1
1-6-6, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8288
*AIR MAIL*

SHINKIN CENTRAL BANK
SHUJI YAMADA, DEPUTY GENERAL MANAGER
FINANCIAL INSTITUTIONS DEPT
3-7, YAESU 1-CHOME
CHUOKU
TOKYO,  104-0028
*AIR MAIL*

8062911

SHINSEI BANK LTD
C/O TETSUHIRO TOMATA, GENERAL MGR
FINANCIAL INSTITUTIONS
BUSINESS DIV 2
1-8, UCHISAIWAICHO 2-CHOME
CHIYODA-KU
TOKYO,  100-8501
*AIR MAIL*

STANDARD CHARTERED BANK
BILL HUGHES, SVP-FIG
ONE MADISON AVE
NEW YORK, NY 10010-3603
*FIRST CLASS  MAIL*

SUMITOMO MITSUBISHI BANKING CORP
C/O YAS IMAI, SENIOR VP
HEAD OF FINANCIAL INSITUTIONS GROUP
277 PARK AVE
NEW YORK, NY 10172
*FIRST CLASS  MAIL*

SVENSKA HANDELSBANKEN
C/O GAIL DOULGAS
153 E 53RD ST, 37TH FL
NEW YORK, NY 10022
*FIRST CLASS  MAIL*

TAIPEI FUBON BANK, NEW YORK AGENCY
ATTN:  M.S. WU
100 WALL ST, 14TH
NEW YORK, NY 10005
*FIRST CLASS  MAIL*

THE BANK OF NEW YORK
ATTN: RAYMOND MORISON
ONE CANADA SQUARE
CANARY WHARF
LONDON,  E14 5AL
UNITED KINGDOM
*AIR MAIL*

THE BANK OF NEW YORK
ATTN: CHRIS O'MAHONEY
101 BARCLAY STREET
NEW YORK, NY 10286
*FIRST CLASS  MAIL*

THE BANK OF NOVA SCOTIA
GOERGE NEOFITIDIS
DIRECTOR FINANCIA INSTITUTIONS GROUP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
*FIRST CLASS  MAIL*

UFJ BANK LIMITED
C/O STEPHEN SMALL, VP
HEAD OF FINANCIAL INSTITUTIONS
BANK OF TOKYO-MITSUBISHI/UFJ TRUST
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020-1104
*FIRST CLASS  MAIL*

ACCOUNT TEMPS
12400 COLLECTIONS DRIVE
CHICAGO, IL 60693
*FIRST CLASS  MAIL*

ANZ BANKING GROUP LTD
18TH FLOOR KYOBO GUILDING
1 CHONGRO 1 KU
CHONGRO KA
SEOUL,  KOREA
*AIR MAIL*

AOZORA
1-3-1 KUDAN-MINAMI
CHIYODA-KU
TOKYO,  102-8660
*AIR MAIL*

| | |
|---|---|
| **AT&T**<br>PO BOX 8100<br>AURORA, IL 60507<br>*FIRST CLASS  MAIL* | **AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD**<br>MELBOURNE OFFICE<br>LEVEL 6, 100 QUEEN STREET<br>VICTORIA MELBOURNE,  VIC 3000, AUSTRALIA<br>*AIR MAIL* |
| **BEST KARPET**<br>1477 E 357 ST<br>EASTLAKE, OH 44095<br>*FIRST CLASS  MAIL* | **CITIBANK NA HONG KONG BRANCH**<br>FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC<br>44/F CITIBANK TOWER, 3 GARDEN RD<br>CENTRAL HONG KONG,<br>*AIR MAIL* |
| **DEMANN**<br>16919 WALDEN<br>CLEVELAND, OH 44128<br>*FIRST CLASS  MAIL* | **DIVISION WATER**<br>PO BOX 94540<br>CLEVELAND, OH 44101<br>*FIRST CLASS  MAIL* |
| **DOMINION**<br>PO BOX 26225<br>RICHMOND, VA 23260<br>*FIRST CLASS  MAIL* | **IGS**<br>PO BOX 631919<br>CINCINNATI, OH<br>*FIRST CLASS  MAIL* |
| **ILLUMINATING**<br>PO BOX 3638<br>AKRON, OH 44309<br>*FIRST CLASS  MAIL* | **MARBLE CARE**<br>5184 RICHMOND RD<br>CLEVELAND, OH 44146<br>*FIRST CLASS  MAIL* |
| **MIDWEST REALTY ADVISORS LLC**<br>ATTN: JACK CORNACHIO<br>37848 EUCLID AVE<br>WILLOUGHBY, OH 44094<br>*FIRST CLASS  MAIL* | **MIZUHO CORPORATE BANK LTD**<br>GLOBAL SYNDICATED FINANCE DIVISION<br>1-3-3, MARUNOUCHI<br>CHIYODA-KU<br>TOKYO,  100-8210<br>*AIR MAIL* |
| **MIZUHO CORPORATE BANK LTD**<br>1-3-3, MARUNOUCHI<br>CHIYODA-KU<br>TOKYO,  100-8210<br>*AIR MAIL* | **NORTHEAST**<br>PO BOX 9260<br>AKRON, OH 44305<br>*FIRST CLASS  MAIL* |

8062911

**RENTOKIL**
8001 SWEET VALLEY DR
VALLEYVIEW, OH 44125
*FIRST CLASS  MAIL*

**REPUBLIC WASTE**
PO BOX 9001826
LOUISVILLE, KY 40290
*FIRST CLASS  MAIL*

**RMC**
PO BOX 31315
ROCHESTER, NY 14603
*FIRST CLASS  MAIL*

**ROCK-FORTY-NINTH LLC**
ATTN: PRESIDENT/SECRETARY
C/O THE ROCKEFELLER GROUP
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020
*FIRST CLASS  MAIL*

**SHINKIN CENTRAL BANK**
8-1, KYOBASHI 3-CHOME
CHUO-KU
TOKYO,  104-0031
*AIR MAIL*

**STATLER ARMS GARAGE LLC**
1111 EUCLID AVE
CLEVELAND, OH 44115
*FIRST CLASS  MAIL*

**STEINGASS**
754 PROGRESS DRIVE
MEDINA, OH 44256
*FIRST CLASS  MAIL*

**SUMITOMO MITSUBISHI BANKING CORP**
13-6 NIHOBASHI-KODENMA-CHO
CHUO-KU
TOKYO,  103-0001
*AIR MAIL*

**TAIPEI FUBON BANK, HEAD OFFICE**
NO. 36, SEC 3, NAKING, EAST RD
TAIPEI,
*AIR MAIL*

**TD SECURITY**
PO BOX 81357
CLEVELAND, OH 44181
*FIRST CLASS  MAIL*

**THE BANK OF NOVA SCOTIA**
SINGAPORE BRANCH
1 RAFFLES QUAY #20-01
ONE RAFFLES QUAY NORTH TOWER
SINGAPORE  048583
*AIR MAIL*

**TIME WARNER**
PO BOX 0901
CAROL STREAM, IL 60132
*FIRST CLASS  MAIL*

**UFJ BANK LIMITED**
2-7-1, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8388
*AIR MAIL*

**WCCV**
3479 STATE RD
CUYAHOGA FALLS, OH 44223
*FIRST CLASS  MAIL*

8062911

| | |
|---|---|
| LAW OFFICES OF GABRIEL DEL VIRGINIA<br>641 Lexington Avenue-21st Floor,<br>New York, New York 10022.<br>Attn.: Gabriel Del Virginia, Esq.<br>*FIRST CLASS MAIL* | Richard J. Stahl, Esq.<br>STAHL ZELOE, P.C.<br>11350 Random Hills Road, Suite 700<br>Fairfax, Virginia 22030<br>*FIRST CLASS MAIL* |
| **JP MORGAN CHASE INVESTMENT BANK**<br>**ATTN: MARK G. DOCTOROFF, EXECUTIVE DIRECTOR**<br>**383 MADISON AVENUE, 35TH FLOOR**<br>**NEW YORK, NY 10179**<br>*FIRST CLASS MAIL* | **FENWAY**<br>**C/O HUDSON CASTLE GROUP, INC.**<br>**810 SEVENTH AVENUE, 11TH FLOOR**<br>**NEW YORK, NY 10019**<br>*FIRST CLASS MAIL* |
| **SWEDBANK**<br>**ATTN: MICHAEL FERRARA VP,**<br>**JAN ANDERSSON VP**<br>**ONE PENN PLAZA, 15TH FLOOR**<br>**NEW YORK, NY 10199**<br>*FIRST CLASS MAIL* | **SWEDBANK**<br>**REGERINGSGATAN 13**<br>**SE – 10534**<br>**STOCKHOLM, SWEDEN**<br>*AIR MAIL* |
| **DANSKE BANK**<br>**ATTN: ANDERS IVERSEN, SENIOR MANAGER**<br>**75 KING WILLIAM STREET**<br>**LONDON, UNITED KINGDOM**<br>**EC4N7DT**<br>*AIR MAIL* | |