**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On October 1, 2008, I served the foregoing document(s) described as:

**SumTotal Systems, Inc.'s Objection to Debtors' Proposed Cure Amount**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list:

*Debtor's Counsel*
Lori R. Fife
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Purchaser's Counsel*
Lindsee P. Granfield and Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*SIPC Trustee's Counsel*
Jeffery S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*U.S. Trustee*
Brian Shoichi Masumoto
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

---

[1] The debtors-in-possession herein are Lehman Brothers Holdings, Inc. and LB 745 LLC.

1105740 v1/SF

| *Proposed Creditors Committee Counsel* | *Proposed Creditors Committee Counsel* |
|---|---|
| Dennis F. Dunne | Paul Aronzon |
| Luc A. Despins | Gregory A. Bray |
| Wilbur F. Foster, Jr. | Milbank, Tweed, hadley & McCloy LLP |
| Milbank, Tweed, hadley & McCloy LLP | 601 South Figueroa Street, 30th Floor |
| 1 Chase Manhattan Plaza | Los Angeles, CA  90017 |
| New York, NY  10005 | |

  XX   (BY FIRST CLASS MAIL)  I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 1, 2008 at San Francisco, California.

   /s/  Kris Tsao Cachia   
Kris Tsao Cachia

1105740 v1/SF