David S. Rosner (DR-4214)
Andrew K. Glenn (AG-9934)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Attorneys for Bay Harbour Management L.C., Bay Harbour Master Ltd.,
Trophy Hunter Investments, Ltd., BHCO Master, Ltd.,
MSS Distressed & Opportunities 2 and Institutional Benchmarks

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC, et al. | |
| | Case No. 08-13555 (JMP) |
| Debtor. | |
| | (Jointly Administered) |
| SECURITIES INVESTOR PROTECTION CORPORATION | |
| Plaintiff | |
| | Adversary Proceeding Nos. |
| v. | |
| | 08-01419 (JMP) |
| LEHMAN BROTHERS INC., | 08-01420 (JMP) |
| Debtor. | |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES PRESENTED ON
APPEAL OF BAY HARBOUR MANAGEMENT L.C., BAY HARBOUR MASTER
LTD., TROPHY HUNTER INVESTMENTS, LTD., BHCO MASTER, LTD., MSS
DISTRESSED & OPPORTUNITIES 2 AND INSTITUTIONAL BENCHMARKS FROM
ORDERS OF THE BANKRUPTCY COURT ENTERED SEPTEMBER 20, 2008**

Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments,

Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks

(collectively, "Bay Harbour"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby

designate the record and issues presented on appeal to the United States District Court for the

Southern District of New York from the following orders (the "Orders") entered by the United

1666336

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-referenced chapter 11 cases on September 20, 2008:

(i) *Order Under 11 §§ U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* in Case No. 08-13555 (JMP);

(ii) *Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding* in each of Case Nos. 08-01419 and 08-01420 (JMP).

## Statement of Issues Presented on Appeal

1. Whether the Bankruptcy Court erred in its conclusion in the Orders that Barclays Capital, Inc. ("Barclays") was a purchaser in good faith pursuant to section 363 of title 11, United States Code (the "Bankruptcy Code").

2. Whether the Bankruptcy Court erred in its conclusion in the Orders that the sale pursuant to the Orders complied with the Due Process clause of the Fifth Amendment of the United States Constitution where there was no ability for the Court and for parties in interest, including Appellants, to determine whether Barclays was a purchaser in good faith pursuant to section 363 of the Bankruptcy Code.

3. Whether the Bankruptcy Court erred in approving a sale free and clear of liabilities to Barclays, an entity that the Bankruptcy Court could not have concluded to be a purchaser in good faith under section 363 of the Bankruptcy Code.

2

# **Designation of Items to Be Included in the Record on Appeal**

Documents Filed in Case No. 08-13555 (JMP)

1. Debtors' Motion To (A) Schedule a Sale Hearing, (B) Establish Sale Procedures, (C) Approve a Break-Up Fee; And (D) Approve The Sale Of The Purchased Assets And The Assumption And Assignment Of Contracts Relating To The Purchased Assets, filed September 17, 2008 [Docket No. 60]

2. Objection of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks to the Debtors' Motion to (A) Schedule a Sale Hearing, (B) Establish Sale Procedures, (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 175]

3. Limited Objection of SuccessFactors, Inc. to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, filed September 19, 2008 [Docket No. 254]

4. Limited Objection of Cisco Systems, Inc. and Cisco Systems Capital Corporation to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, filed September 19, 2008 [Docket No. 251]

5. Objection by Murex North America Inc. to Debtors' Cure Notice, filed September 19, 2008 [Docket No. 250]

6. Limited Objection of Sun Microsystems, Inc. to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, filed September 19, 2008 [Docket No. 246]

7. Reservation of Rights and Limited Objection of Chevron Natural Gas to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 245]

8. Objection of Chicago Board Options Exchange, Incorporated, Objection to Debtors' Cure Amount, filed September 19, 2008 [Docket No. 235]

9. LiquidPoint, LLC's Reservation of Rights and Limited Objection to Assumption and Assignment of Contracts and Proposed Cure Amounts, filed September 19, 2008 [Docket No. 228]

10. Response of the Joint Administrators of the Lehman European Group Administration Companies to Debtors' Motion to (A) Schedule A Sale Hearing; (B) Establish Sales Procedures; (C) Approve A Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 219]

11. Declaration of Dan Yoram Schwarzmann on behalf of The Joint Administrators of the Lehman European Group Administration Companies, filed September 19, 2008 [Docket No. 223]

12. International Business Machines Corporation's Statement and Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 221]

13. Objection to Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser, filed September 19, 2008 [Docket No. 218]

14. Moody's Corporation's Statement and Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to Purchased Assets, filed September 19, 2008 [Docket No. 217]

15. Limited Objection of Keane, Inc. to Debtors' Cure Notice, filed September 19, 2008 [Docket No. 213]

16. Reservation of Rights and Limited Objection of NPD Group, Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 211]

17. Community Trust Bancorp Inc.'s Objection to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 210]

18. Objection to Sale Motion, filed September 19, 2008 [Docket No. 209]

19. Limited Objection and Reservation of Rights of Dresdner Kleinwort Group Holdings LLC to Debtors' Motion to Approve the Sale of Purchased Assets and Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 208]

20. Objection of IKON Office Solutions, Inc. to Debtors' Motion to (A) Schedule A Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 207]

21. Limited Objection and Reservations of Rights of ICAP to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts relating to Purchased Assets, filed September 19, 2008 [Docket No. 206]

22. Limited Objection of FMR LLC to Proposed Cure Amounts and Assumption and Assignment of Executory Contracts, filed September 19, 2008 [Docket No. 204]

23. Reservation of Rights and Objection of EMC Corporation, its Subsidiaries and Affiliates to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 202]

24. Limited Objection of Misys IQ LLC and Summit Systems, Inc. to Debtors' Cure Notice, filed September 19, 2008 [Docket No. 199]

25. Objection of GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 198]

26. Limited Objection of JPMorgan Chase Bank, N.A. to Debtor's Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of the Contracts Relating to the Purchased Assets, filed September 19, 2008  [Docket No. 197]

27. Limited Objection of Capgemini Financial Services USA, Inc. to Debtors' (I) Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults under Contracts and Leases to be Assumed and Assigned to Successful Purchaser and (II) Cure Notice, filed September 19, 2008 [Docket No.195]

28. Objection of Lewtan Technologies, Inc. to Proposed Cure Amounts, filed September 19, 2008 [Docket No. 194]

29. Limited Objection to Proposed Cure Amount Under Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser, filed September 19, 2008 [Docket No.193]

30. Objection of ThruPoint, Inc. to Debtors' Proposed Cure Amount for Assumption and assignment of Contracts and Leases, filed September 19, 2008 [Docket No. 192]

31. Cure Amount Objection and Reservation of Rights of Thomson Reuters PLC and Thomson Reuters Corporation With Respect to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and

   Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 191]

32. Reservation of Rights and Objection of Dun & Bradstreet to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 189]

33. Limited Objection and Reservation of Rights of Main Street Natural Gas, Inc. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 188]

34. Limited Objection and Reservation of Rights to Debtors' Motion to Approve the Sale of Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 187]

35. Objection to Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser, filed September 19, 2008 [Docket No. 186]

36. Reservation of Rights and Limited Objection of the Chicago Mercantile Exchange to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 185]

37. Protective Objection to, and Reservation of Rights Regarding, (I) Sale Motion (Docket No. 60), (II) Proposed Assumption and Assignment of contracts, and (III) Proposed Cure Amounts in connection Therewith, filed September 19, 2008 [Docket No. 184]

38. Conditional Objection and Reservation of Rights by Microsoft re Assumption, Assignment and Cure, filed September 19, 2008 [Docket No.182]

39. Objection of Reliance Globalcom Services, Inc. (f/k/a Yipes Enterprise Services, Inc.) to the Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts to be Assumed and Assigned to Successful Purchaser, filed September 19, 2008 [Docket No. 181]

40. Objection of GLG Partners LP to the Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 179]

41. Meridian Comp of New York, Inc. D/B/A CHD Meridian Healthcare's Limited Objection and Reservation of Rights to Cure Cost, filed September 19, 2008 [Docket No. 178]

42. Objection of the Informal LBHI Bondholder Group to the Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up

Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 177]

43. Limited Objection of Wells Fargo Bank, N.A. and Wells Fargo & Co. to the Motion of the Debtors for an Order Approving the Sale of Certain Assets to Barclays Capital Inc., filed September 19, 2008 [Docket No. 176]

44. Limited Objection of NetApp, Inc. and Network Appliance Limited to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, filed September 19, 2008 [Docket No. 257]

45. Limited Objection of HWA 555 Owners, LLC to Proposed Cure Amounts and Assumption and Assignment of Lease, filed September 19, 2008 [Docket No. 173]

46. Reservation of Rights and Limited Objection of Training The Street, Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 172]

47. Limited Objection and Reservation of Rights of 1301 Properties Owner, LP to Debtor's Motion to Sell Assets and Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to Be Assumed and Assigned to Successful Purchaser, filed September 19, 2008 [Docket No. 171]

48. Objection of FX Alliance, LLC and its Affiliates and Subsidiaries to Debtors' Cure Notice, filed September 19, 2008 [Docket No. 170]

49. Reservation of Rights and Limited Objection of Hilliard Farber & Co., Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 168]

50. Limited Objection of Bloomberg L.P. and Bloomberg Finance L.P. to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 164]

51. Objection of Avaya Inc. to Debtors' Notice Of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned To Successful Purchaser, filed September 19, 2008 [Docket No.163]

52. Fannie Mae's Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets [D.I. # 60], filed September 19, 2008 [Docket No. 162]

7

53. Limited Objection and Reservation of Rights of Ad Hoc Committee of Bondholders to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 161]

54. Limited Objection and Reservation of Rights of IntraLinks, Inc. to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 160]

55. Limited Objection of Diversified Credit Investments LLC as Agent for the Government of Singapore Investment Corporation PTE, Ltd., to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 159]

56. AT&T Companies' Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 158]

57. Limited Objection of DCI Umbrella Fund PLC, an Umbrella Fund with Segregated Liability Sub-Funds, on Behalf of Diversified Credit Investment Fund One to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 157]

58. Iron Mountain Information Management, Inc.'s Reservation of Rights and Limited Objection to Assumption and Assignment of Contracts and Proposed Cure Amounts, filed September 19, 2008 [Docket No. 122]

59. Objection by ABM Industries, Inc., Requesting Segregation of Sales Proceeds Pending an Allocation Hearing, filed September 19, 2008 [Docket No. 151]

60. Objection by Northgate Minerals Corporation Requesting Segregation of Sales Proceeds Pending an Allocation Hearing, filed September 19, 2008 [Docket No. 146]

61. Limited Objection to Proposed Cure Amount and Response of Structure Tone Inc. to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, filed September 19, 2008 [Docket No. 145]

62. Objection by 4Kids Entertainment Inc. Requesting Segregation of Sales Proceeds Pending an Allocation Hearing, filed September 19, 2008 [Docket No. 140]

63. Objection by Essex Equity Holdings USA, LLC. M. Brian Maher & Basil Maher Requesting Segregation of Sales Proceeds Pending an Allocation Hearing, filed September 19, 2008 [Docket No. 136]

64. Objection Of Amber Capital Investment Management to the Debtors' Motion To Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 132]

65. Limited Objection of Elliott Entities to Motion to Approve Sale, filed September 19, 2008 [Docket No. 130]

66. Reservation of Rights and Limited Objection of Henegan Construction Co., Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No.126]

67. Limited Objection of BATS Holdings, Inc. to Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Related to the Purchased Assets, filed September 19, 2008 [Docket No. 124]

68. Supplement to Limited Objection of BATS Holdings, Inc. to Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up-Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Related to the Purchased Assets, filed September 19, 2008 [Docket No. 154]

69. Objection of the Wholly-Owned Subsidiaries of Verizon Communications Inc. to Debtors Cure Notice, filed September 19, 2008 [Docket No. 118]

70. TransCanada Pipelines Limited's and Certain Affiliates' Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 18, 2008 [Docket No. 116]

71. Objection of Overstock.com, Inc., and Certain Current or Former Shareholders Thereof, and Certain Current or Former Shareholders of Novastar Financial, Inc., to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up Fee; and (D) Approve The Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 18, 2008 [Docket No. 114]

72. Limited Objection and Reservation of Rights of SP4 190 S. LaSalle, L.P. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures;

        (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 19, 2008 [Docket No. 103]

73. Occidental Energy Marketing, Inc.'s Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, filed September 18, 2008 [Docket No. 98]

74. Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, entered September 20, 2008 [Docket No. 258]

75. Notice of Appeal, filed September 21, 2008 [Docket No. 261]

76. Notice of Appeal, as corrected, filed September 22, 208 [Docket No. 262]

77. Asset Purchase Agreement Among Lehman Brothers Holdings, Inc., Lehman Brothers Inc., LB 745 LLC, and Barclays Capital Inc., dated as of September 16, 2008 [Docket No. 280]

78. First Amendment to Asset Purchase Agreement, dated as of September 19, 2008 [Docket No. 280]

Documents Filed in Case No. 08-01419 (JMP)

79. Trustee's Application for Entry of an Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding, filed September 19, 2008 [Docket No. 4]

80. Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding, entered September 20, 2008 [Docket No. 2]

81. Notice of Appeal, filed September 21, 2008 [Docket No. 3]

Documents Filed in Case No. 08-01420 (JMP)

82. Trustee's Application for Entry of an Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding, filed September 19, 2008 [Docket No. 2]

83. Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding, entered September 20, 2008 [Docket No. 3]

84. Notice of Appeal, filed September 21, 2008 [Docket No. 5]

Transcript

85. Transcript of Proceeding before the Bankruptcy Court on September 19-20, 2008. [Docket No. 352]

86. Transcript of Proceeding before the Bankruptcy Court on September 17, 2008. [Docket No. 318]

Date:   October 1, 2008
        New York, New York

                                        By:   /s/  David S. Rosner
                                              David S. Rosner (DR-4214)
                                              Andrew K. Glenn (AG-9934)
                                              KASOWITZ, BENSON, TORRES
                                               & FRIEDMAN LLP
                                              1633 Broadway
                                              New York, New York 10019
                                              Telephone: (212) 506-1700
                                              Facsimile:  (212) 506-1800

                                              Attorneys for Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks

11