**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                          :     Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,**                             :     08-13555 (JMP)
                                                               :
              Debtor.                                          :
                                                               :
---------------------------------------------------------------------x

### NOTICE OF REVISIONS TO SCHEDULES OF CERTAIN CONTRACTS AND LEASES ASSUMED AND ASSIGNED TO PURCHASER

    **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("745") filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on September 15, 2008, and September 17, 2008, respectively (Case Nos. 08-13555 and 08-13600, such cases, the "Chapter 11 Cases").

    **PLEASE TAKE FURTHER NOTICE** that on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI," together with LBHI and 745, the "Debtors") and James W. Giddens was appointed as Trustee under the SIPA (the "SIPC Trustee") to administer LBI's estate (Case No. 08-01420, such proceeding, the "SIPA Proceeding").

    **PLEASE TAKE FURTHER NOTICE** that on September 16, 2008, the Debtors entered into an Asset Purchase Agreement (as amended, modified or clarified, the "Purchase Agreement") with Barclays Capital Inc. ("Purchaser").

    **PLEASE TAKE FURTHER NOTICE THAT** section 2.5 of the Purchase Agreement provides for the assumption and assignment to Purchaser of executory contracts and unexpired leases related to the assets purchased by the Purchaser pursuant to the Purchase Agreement (such contracts, "Purchased Contracts"), provided such contracts and leases are designated as Purchased Contracts within 60 days after the Closing,

    **PLEASE TAKE FURTHER NOTICE** that on September 20, 2008, the Court entered an order (the "Chapter 11 Sale Order") approving the Purchase Agreement and the various transactions contemplated therein in the Chapter 11 Cases.

    **PLEASE TAKE FURTHER NOTICE** that on September 20, 2008, the Bankruptcy Court also entered an order approving, and incorporating by reference the Chapter 11 Sale Order in the SIPA Proceeding.

**PLEASE TAKE FURTHER NOTICE** that on September 18, 2008, the Debtors designated certain executory contracts and unexpired leases for assumption and assignment to the Purchaser as of the Closing (as defined in the Purchase Agreement) (such contracts, "Closing Date Contracts") by listing those contracts at http://chapter11.epiqsystems.com/lehman (the "Website").

**PLEASE TAKE FURTHER NOTICE** that the Purchaser has determined, based upon its review of relevant information, that the schedules of Closing Date Contracts as listed on the Website on September 18, 2008, should be revised in certain respects.

## Notice to Contract Parties

The Purchaser has updated the schedules of the Closing Date Contracts in certain respects as compared to the schedules posted on the Website on September 18, 2008. Specifically, the Purchaser has, with respect to certain counterparties: (a) revised the amounts necessary to cure defaults, and/or (b) removed certain contracts from the schedules. Attached hereto as Exhibit A is a list of those counterparties affected by such updates. Such parties should consult the debtor's website at http://chapter11.epiqsystems.com/lehman for copies of the updated schedules of Closing Date Contracts. NOTE THAT ABSENT AN OBJECTION BY THE COUNTERPARTY, THE PURCHASER INTENDS TO PAY THE CURE AMOUNTS IDENTIFIED ON THE UPDATED CLOSING DATE CONTRACTS IN FULL SATISFACTION OF ITS CURE OBLIGATIONS IN CONNECTION WITH THE ASSUMPTION AND ASSIGNMENT OF THE CLOSING DATE CONTRACTS.

**The objection deadline for counterparties set forth on Exhibit A (and only those on Exhibit A) has been extended from October 3, 2008 at 4:00 pm (New York City time) to October 13, 2008 at 4:00 pm (New York City time) (the "Revised Schedules Objection Deadline").** Parties listed on Exhibit A wishing to object must file and serve their objections not later than the Revised Schedules Objection Deadline in accordance with the original procedures applicable to Closing Date Contracts as set forth on the Website and in the Chapter 11 Sale Order. If a party is not on Exhibit A, then its cure objection deadline remains October 3, 2008.

Copies of the Sale Motion, the Sale Order and further information relating to the sale transaction may be found at http://chapter11.epiqsystems.com/lehman. Questions about this Notice may be directed to the Purchaser's counsel at Barclays-Cure@cgsh.com or by calling 212-225-3403.

Dated: October 1, 2008
      New York, New York

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ Lindsee P. Granfield
    Lindsee P. Granfield
    Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*

# **EXHIBIT A**

**EXHIBIT A**

| **VENDOR NAME** |
|---|
| SPRINT RECYCLING, INC. |
| STRUCTURE TONE INC. |
| STUART DEAN CO., INC. |
| Teachers Insurance and Annuity Association of America, for the benefit of its separate Real Estate Account |
| TED MOUDIS ASSOCIATES |
| TISHMAN SPEYER DEVELOPMENT, LLC |
| VVA LC |
| WPGH, LLC |
| HESS |
| Precision Engraving Company |
| Beeline.com |
| Broadridge Securities Processing Solutions, Inc. |
| Enterprise Solution Providers, Inc. |
| FTSE |
| Macgregor |
| Microsoft Licensing GP |
| McAfee Inc |
| STANDARD & POORS CORP. |
| Summit Systems, Inc |
| SUNGARD ASSET MANAGEMENT |
| Alternative Business Accommodations |
| Amerex Floor |
| Amerex Natural Gas |
| Amerex Power |
| Amerex Sing |
| American Express |
| AMERICAN EXPRESS TRAVEL RELATED |
| AMERICAN MANAGEMENT ASSOC. |
| AMERICAN MANAGEMENT ASSOC. |
| Amerivest Partners - AMEX-1LB-STK |
| Amerivest Partners-OPT Total |
| Ana-Data |
| ANA-DATA CONSULTING INC |
| ANDERSON, ISABELLE |
| Andrews & Kurth |
| ANNA PHILLIPS CO UK |
| Ansco Arena Limited |
| ARCSIGHT, INC |
| ARIAL INTERNATIONAL, LLC |
| ARIZONA BILTMORE |
| ATLAS VAN LINES INC |
| Austin Tetra Inc. |
| Automated Securities |
| AUTOMATED SECURITIES CLEARANCE LTD. |
| AVATAR NEW YORK LLC |
| AVM/III |
| AXIOM GLOBAL PARTNER |
| Axis |
| B ENTERTAINMENT INC. |

| |
|---|
| Banc of America Securities |
| BATS Trading LEHM |
| BAXTER FX |
| BERLITZ LANGUAGE CENTER |
| BGC Financial |
| BGC INTERNATIONAL |
| BIDS TRADING L.P. |
| BlackBarrel |
| Blackwatch Brokerage, Inc. |
| Blackwatch Brokerage, Inc. T-Rowe Piece |
| Blue Sky |
| Bohnams |
| BOSS Sec. now Bloom Sec. |
| BOSTON Options Exchange |
| BOSTON RED SOX |
| Brendan Cryan |
| BRIGHT HORIZONS |
| BRIGHT HORIZONS |
| Broadridge |
| BrokerXpress |
| BYTE CONSULTING INC |
| Calyon Floor |
| CANTOR |
| Cantor Fitzgerald - LEHB Total |
| Carey |
| CARL KLIEM |
| CARPENTER GROUP |
| Casey Securities Total |
| CATHERINE ORENSTEIN |
| CBOE Transaction Fees |
| CBOT Brokerage |
| CBOT Clearing |
| CBOT Exchange |
| CDR ASSESSMENT GROUP |
| CF-ESPEED |
| CGI - NORTH AMERICA (See Diversified Global Graphics Group) |
| Chancellor Dougall & Co. NEUB |
| Chancellor Dougall & Co.(AM) |
| CHAPDELAINE CORP |
| Charge & Ride, Inc. |
| Charles River Brokerage, LLC. |
| Chatham |
| CHD MERIDIAN HEALTHCARE |
| CHICAGO & MIDWEST Transaction Fees |
| CHICAGO WHITE SOX |
| Choice NGA |
| Choice PWR |
| Cliffton Ins Services |
| Cliqbook |
| CLS Bank |
| CME Brokerage |

| |
|---|
| CME Exchange |
| CME GAINS |
| Cohen Specialists |
| COMEX Brokerage |
| COMEX Exchange |
| CONTACT NETWORK CORPORATION |
| CORELOGIC |
| Corporate Transportation Group |
| Creative Technologies (CT) |
| CREDIT SUISSE SECURITIES(USA), LLC |
| CREDITEX INC |
| CROWNE PLAZA @ TIMES SQUARE |
| CRSP |
| CURRENEX |
| CUSTOMER SERVICE EXPERTS, INC |
| Cuttone & Co |
| Cuttone & Co (Di giovanna) |
| D&D Securities Total |
| DAG Sec. (Doug Glander) |
| Deutsche Borse |
| Devine |
| Direct Edge |
| DiscoverReady |
| Dorado |
| Drive 495 |
| DRU Stock (Timothy) |
| Dryden Procurement Technologies |
| DTC 7312 |
| DTCC Derivatives |
| DUKE CORPORATE EDUCATION INC |
| Dynamic Communication |
| Eagle Brokers Cash |
| EBS |
| ECD INSIGHT US LTD |
| EEX Spot Fees |
| Elite |
| ELLYN SPRAGINS |
| Englander #1 (Wald) |
| Englander #1 AMEX/Option |
| Englander (Risk Arb) |
| ENLACE INT S.A. DE C.V. |
| ENLACE MEXICO |
| EQUINOX FITNESS CLUB |
| Equitec Total |
| Eroom Securities |
| ESI INTERNATIONAL INC |
| Eurest Dining Services |
| Eurobrokers |
| Evolution |
| Evolution Cleared |
| Evolution UK |

| |
|---|
| Exane SA |
| EXCEPTIONS |
| Executive Transportation |
| Expand Forum |
| EXZAC COMPANY |
| Exzac LLC |
| Exzac, Inc.* |
| Eze Castle Transaction Services |
| FAIRMONT HOTEL |
| FARATA SYSTEM |
| Farina & Asso. (Farina) |
| Farina & Assoc. (Crotty) |
| Fidelity Investments |
| FIDELITY INVESTMENTS |
| FIMAT |
| Fimat now Newedge |
| Financial Models |
| FINRA - ACT (Related to Clearance) |
| FINRA - OTCBB |
| First American Default Information Services , LLC |
| FIS |
| FLEXTRADE |
| Flextrade LLC-27821 |
| Flextrade LLC-36002 |
| Flyte Tyme Worldwide |
| FM Brokerage-Total |
| Forbes Consulting |
| Fortis Clearing America's LLC #333 |
| Fox River |
| FRAGOMEN DELRAY & BERNSEN |
| FREEDOM INTL BROKERAGE |
| FX ALL |
| FX CONNECT |
| GA CREDIT, LLC |
| GA Options |
| GARBAN |
| GERSON LEHRMAN GROUP INC. |
| GETTY IMAGES INC. |
| GFI |
| GFI |
| GFI Brokers Struct |
| GFI Brokers UK |
| GFI cleared Broker |
| GFI GROUP INC - BLEH |
| GFI Group Inc. - EDLB - Total |
| GFI Group Inc. - EDLBIS Total |
| GFI Group Inc. - EDLBSW - Swaps |
| GFI Sing |
| Ginga Sing |
| GLASSHOUSE TECHNOLOGIES INC. |
| Global Coal |

| |
|---|
| Global Direct Equities |
| GLOBAL RESEARCH DISTRIBUTION |
| Goldman Sachs |
| GRAYZ EVENTS |
| Greenwich Technologies Inc. |
| GROUP 1066, LLC |
| Hamilton Executions |
| Heights Partners Inc. |
| Heinze, Kenneth |
| HEWLETT, SYLVIA ANN |
| HILL FARBER |
| HOT SPOT |
| HTR Inc. (Hybrid Trading & Resources) |
| IBM CORPORATION |
| ICAP |
| ICAP |
| ICAP - UK |
| ICAP (TX) |
| ICAP Cleared |
| ICAP Corporates (Account 90021) Total |
| ICAP Corporates (Account 90081) Total |
| ICAP Energy AS |
| ICAP Floor |
| ICAP Hyde |
| ICAP Structured |
| ICE Broker |
| IKON OFFICE SOLUTIONS INC. |
| ILS BROKERS LTD. |
| INFA |
| Informa Research Services, Inc. |
| INFUSION DEVELOPMENT CORP. |
| INMARKETS LIMITED |
| Instinet |
| INSTITUTE FOR CORPORATE PRODUCTIVITY INC |
| INSTITUTE FOR GLOBAL FUTURES |
| INSTITUTE FOR INTELLECTUAL CAPITAL |
| INTEGREON MANAGED SOLUTIONS, |
| INTERCONTINENTAL BOSTON |
| INTUITION PUBLISHING INC. |
| INVESTORS MORTGAGE ASSET RECOVERY |
| IRON MOUNTAIN |
| ISE - Expense |
| ISE- Transaction Fees |
| ITG INC - BRLEHL, BRLE9 |
| ITG INC - BRLEHO |
| IVG |
| J. Streicher & Co. L.L.C. |
| JACOBI PERSUASIVE SPEAKING |
| Jacobi Voice Development |
| James Mintz Group |
| JASPER, JANN |

| |
|---|
| JDW CONCEPTS LTD. |
| JEFFERIES EXECUTION SERVICES INC |
| John Doyle Inc. |
| Kabrik Trading LLC (Bill Long) #808 |
| KAHN SECURITIES, INC. |
| KAP GROUP, LLC. |
| KEARNEY, LYNN, PHD |
| Kellogg Capital Group LLC |
| KEPNER TREGOE INC |
| KNOWLEDGE LAUNCH LLC |
| KNOWLEDGE SERVICES |
| KRAMER LEVIN NAFTALIS AND FRANKEL |
| KREBSBACH & SNYDER |
| Lakeshore Total |
| Landmark |
| LAUREN SONTAG |
| LAVA LONDON |
| Lava Trading Inc. |
| Lawrence Glosten and Ravi Jagannatham |
| Lawrence Glosten and Ravi Jagannatham |
| LBMM- License Fees |
| LBMM- Regulatory Fees |
| LBMM- routing fee |
| LBMM-traders |
| LBSF |
| LCMC |
| LEADERSHIP SOLUTIONS CONSULTING LLC |
| LEAGUE FOR THE HARD OF HEARING |
| LEK SECURITIES CORP |
| Level- EBX Group |
| Liberty |
| Liberty London |
| Libucki & Co. |
| LINEDATA SERVICES INC |
| Link Crude |
| Liquidity Partners |
| LiquidPoint, LLC |
| Lisa Osborn |
| LOCATOR SERVICES GROUP, |
| LOCKE LORD BISSELL & LIDDELL  LLP |
| Louis Capital Markets |
| Louis Capital Markets Chicago |
| Louis Capital Markets ISE |
| Louis Capital Markets Philly |
| LOWE, ANDEA JANE |
| LOWENSTEIN SANDLER PC |
| Lydian Data Services |
| M&J Securities  ( Bowen ) |
| Macgregor Group Inc.-27821 |
| Macgregor Group Inc.-36002 |
| Man Capital |

| |
|---|
| Man Fin London |
| MAN FINANCIAL |
| Man Securities Now MF GLOBAL SECURITIES, INC. |
| Man Securities Now MF GLOBAL SECURITIES, INC. (SWAPS) |
| Maria Valdes PhD  Inc. |
| MARKET RESEARCH.COM PROFOUND |
| MARKETAXESS |
| MARKETS.COM |
| Maslow Media |
| MAXCOR |
| MBS |
| McMurray, Joseph (Reynold's Channel) |
| MEB Options Total |
| MELLON TRUST |
| MERENER NICOLAS |
| MERRILL COMMUNICATIONS LLC |
| Michael Stapleton Associates |
| Microhedge |
| MNR (DROWST) used to be team for Equitec |
| MONITOR COMPANY GROUP, LP |
| MURPHY & DURIEU |
| Murphy & Durieu (Convertibles) |
| Murphy & Durieu (Preferred Stock) |
| NASDAQ -  ACES |
| NASDAQ -  Workstation |
| NASDAQ - ACT  (Clearance) TOTAL |
| NEAL GERBER & EISENBERG |
| NEOVEST, INC |
| NEW BOSTON SYSTEMS INC |
| New Meadowlands Stadium Company LLC |
| NEW YORK HILTON AT ROCKEFELLER CENTER |
| Newedge |
| Newedge Sing brok |
| NewsWire18 Pvt Ltd.* |
| NEXNET INC. |
| NICHOLAS WARREN |
| NMS Linkage Fee |
| Nova Commodities |
| NYBOT Brokerage |
| NYFIX Inc.(NYFIX Javelin) |
| NYFIX Millennium |
| NYMEX Brokerage |
| NYMEX Exchange |
| NYSE Arca - Bulletin Board Trades |
| NYSE Arca (Lehman) |
| NYSE Arca Options |
| NYSE Arca used to be PACIFIC Transaction Fees |
| NYSE Market Inc. |
| OC TANNER RECOGNITION COMPANY |
| OceanConnect Broker |
| OCEANUS SECURITIES, LLC |

| |
|---|
| OMGEO LLC |
| Omgeo-Alert & Oasys |
| Options (OP) |
| Order Execution Services Holdings, Inc |
| Other / UTP |
| PALI CAPITAL INC |
| Parity |
| PARKER CONSULTING LLC |
| PARTNERS IN CHANGE, INC |
| Patrick Alfano #1962 |
| PATRIOT |
| PEBBLE BEACH COMPANY |
| PEI Systems, Inc. |
| PeopleAnswers |
| PERFORMANCE IMPROVEMENT SOLUTIONS, INC |
| PERFORMANCE OF A LIFETIME |
| Permeo Technologies  Inc. |
| PERSONNEL DECISIONS INTL. CORP. |
| PGB |
| PHILADELPHIA Transaction Fees |
| PHOENIX CAPITAL PART |
| PINK ELEPHANT |
| PITNEY BOWES |
| PLUS ONE HEALTH MANAGEMENT, INC |
| PMG |
| Portware LLC. |
| Powernext Spot Fees |
| PREBON |
| Prebon Canada |
| Prebon Cleared |
| Prebon Financial - 40/LBFIN Total is now 03 account |
| Prebon Financial - 90/LBFIN Total is now 02 account |
| Prebon Financial- 01 Swaps |
| Prebon UK |
| Prenax, Inc. |
| PREVENTURE |
| Primex Energy Broker |
| Professional Resource Screening, Inc.* |
| PROTEGENT INC |
| PTR Inc. Total |
| PTR Inc. Total Philly |
| Pure Trading |
| PVM Oil |
| PVM Sing |
| Q2 STRATEGIES |
| Radix Sing |
| RAFFERTY |
| RAFFERTY-(REFCO) |
| Reason Inc. |
| REMATE ELECTRONICO |
| RENT-A-PC INC. |

| |
|---|
| Responsive Data Solutions |
| RESTAURANT ASSOCIATES |
| REUTERS |
| REUTERS TRANSACTION SVCS LTD -27821 |
| REUTERS TRANSACTION SVCS LTD -36002 |
| RIGHT MANAGEMENT CONSULTANTS INC. |
| RITZ CARLTON |
| RITZ CARLTON HOTEL-SOUTH BEACH |
| Robert Pears Inc |
| ROMANO GATLAND OF ILLINOIS, LLC |
| Royalblue Financial Now Fidessa Corporation |
| RR DONNELLEY RECEIVABLES INC. |
| RS (Canada Reg. Fees) |
| RTFX |
| RUSSELL REYNOLDS ASSOCIATES LIMITED |
| SCS Energy |
| SCS Floor |
| Secure Access & Digital Systems |
| SECURITIES TECHNOLOGY ANALYSIS CENTER |
| Selectminds, Inc. |
| Share and Value charges (EQ) |
| SHERATON NEW YORK HOTEL |
| SIEGEL & GALE |
| SILLS CUMMIS ZUCKERMAN RADIN TISCHMAN |
| SIMEX Clearing |
| SkillBridge LLC* |
| SMS Group LLC |
| SOFTECH PLUS INC |
| SOS Security Incorporated |
| Spectron |
| Spectron Cleared |
| Spectron UK |
| Spectron UK Oil |
| SPIRAL BINDING CO INC |
| SSY |
| Standard Register |
| STARCITE INC |
| Starsupply |
| Stebich Ridder International |
| STEIN ERIKSEN LODGE |
| Stock Clearing Corp of Philly |
| STRATEGIC PRODUCTS AND SERVICES |
| Street Account |
| Student Options |
| SUFFOLK PARTNERS, LLC |
| Summit |
| Sungard - #0079 |
| Sungard - #7312 |
| SUNGARD INSTITUTIONAL BROKERAGE INC |
| Sungard/ Automated Securities (NB) |
| Sunrise |

| |
|---|
| Sustainable Finance Ltd. |
| SYMANTEC |
| Syntex |
| T&M Protection Resources |
| TECHNICAL OPERATIONS INC. |
| TFS - ICAP |
| TFS (Germany) |
| TFS (TX) |
| TFS DERIVATIVES CORPORATION |
| TFS Derivatives Total |
| TFS Oil |
| TFS Oil Floor |
| TFS PWR Floor |
| TFS PWR NG |
| TFS Sing |
| TFS UK |
| TFS UK Cleared |
| THACHER PROFFITT & WOOD |
| The AutoEx Group.* |
| THE RESEARCH ASSOCIATES |
| THE WHARTON SCHOOL - UNIV OF PA |
| THOMAS WEISEL PARTNERS |
| THOMSON FINANCIAL |
| Thomson Financial Networks |
| Three Boys Sec (D. Gallagher) #917 |
| TippingPoint Technologies, Inc. |
| TIVERSA, INC. |
| TIVERSA, INC. |
| TJM Investments, LLC |
| TMP WORLDWIDE / MONSTER.COM |
| TOKYO FOREX & UEDA HARLOW LTD. |
| Toronto Stock Exchange |
| Tradebot |
| TRADEWEB |
| Tradeweb Addendum |
| Trading Screen Inc. |
| TRADITION |
| TRAINING THE STREET, INC. |
| Transaction Network Services-27821 |
| Transaction Network Services-36002 |
| Transaction Network Services-43825 |
| TRANSPERFECT TRANSLATIONS |
| Trichys, LLC |
| TriOptima - Credits |
| TriOptima - Rates |
| TRX |
| TSI |
| Tullet Liberty Securities Inc. |
| Tullet Liberty Securities Total Now Collins Stewart |
| Tullet now Collins Stewart |
| Tullet Tradeblade |

| |
|---|
| TULLETT |
| TULLETT |
| Tullett Prebon Sing |
| TXG LTD |
| T-Zero |
| UCA COMPUTER SYSTEMS INC. |
| United (Gas) |
| United (Oil) |
| UNITED PARCEL SERVICE |
| US TECHNOLOGY RESOURCES, LLC |
| UTOG 2 Way Radio Group |
| VANGUARD INTEGRITY PROFESSIONALS |
| VAS ASSOCIATES, INC. |
| Vault |
| VCA |
| VIDEO CORPORATION OF AMERICA |
| VYAPAR CAPITAL MARKET PARTNERS |
| Wajskol Design & Communications |
| WALT DISNEY PARKS AND RESORTS |
| Weiskopf Silver & Co. |
| WEST POINT DERIVATIVES LTD |
| WFC RESOURCES, INC. |
| WHITAKER SECURITIES LLC |
| William O'Neill & Co. Inc. |
| WILLIAMS LEA, INC. |
| WINNING MIND, LLC |
| Winston Associates |
| WJM ASSOCIATES, INC. |
| WOLTERS KLUWER FINANCIAL SERVICES |
| Wolverine Trading Total |
| X Change Financial |
| Xcaper Industries, LLC |