WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :   08-13555 (JMP)
                                            :
                  Debtors.                  :   (Jointly Administered)
                                            :
                                            :
-------------------------------------------------------------------x
```

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 2, 2008 AT 3:00 P.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, Lower Level Auditorium, One Bowling Green, New York, NY 10004-1408

**I.    UNCONTESTED MATTERS:**

1. Debtors' Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Lehman Brothers Holdings Inc. and LB 745 LLC be Made Applicable to PAMI Statler Arms LLC **[Case No. 08-13664 (JMP)] [Docket No. 3]**

   Responses Received:  None

   Status:  This motion will be proceeding.

2. Debtors' Motion Pursuant to Sections 105(a), 362(d), 363(b) and 503(b) of the Bankruptcy Code and Bankruptcy Rules 4001, 6003 and 6004 Seeking Authority to (A) (i) Continue the Debtors' Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs and (ii) Pay All Prepetition Obligations in Respect Thereof and (B) Schedule a Final Hearing **[Docket No. 470]**

   Responses Received:  None

   Status:  This motion will be proceeding.  The Debtors will seek the entry of an interim order.

II. **CONTESTED MATTERS**

1. Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property **[Docket No. 376]**

   Responses Received:

   A. Objection to Motion on behalf of Hanover Moving & Storage Co. Inc.. **[Docket No. 414]**

   B. Limited Objection of the Informal Noteholder Group Regarding the Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property **[Docket No. 485]**

   C. Objection of IKON Office Solutions, Inc. and GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services to Debtors' Motion Pursuant to Sections 105, 365 and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property **[Docket No. 491]**

   Related Filings:

   A. Declaration of Shai Y. Waisman in Support of Order to Show Cause Scheduling a Hearing to Consider Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property **[Docket No. 378]**

2

      B.    Order to Show Cause Signed on 9/26/2008 Fixing Hearing Date to Consider the Motion Filed by the Debtors to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property **[Docket No. 380]**

      C.    Joinder in Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Real Property Filed by James W. Giddens, as Trustee of for the SIPA Liquidation of Lehman Brothers Inc.. **[Docket No. 388]**

Status:  The hearing on this motion will be proceeding.

## III. ADJOURNED MATTERS

1. Debtors' Motion for Order: (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code, and (iii) Scheduling Final Hearing

    Related Filings:

        A.    Interim Order Signed on 9/17/2008 (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Claims to Postpetition Lenders and (III) Scheduling a Final Hearing **[Docket No. 89]**

        B.    Limited Objection of the Informal Noteholder Group to Debtors' Motion for Order: (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (II) Granting Liens and Superiority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code, and (III) Scheduling Final Hearing **[Docket No. 432]**

    Status:  The final hearing on this matter has been adjourned to October 16, 2008 at 10:00 a.m.

Dated: October 2, 2008
      New York, New York

<u>/s/ Harvey R. Miller</u>
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

4