**BROWN & CONNERY, LLP**
6 North Broad Street, Suite 100
Woodbury, NJ 08096
(856) 812-8900
(856) 853-9933 (fax)
dludman@brownconnery.com
Attorneys for Frictionless Commerce, Inc.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br>*et al.*,<br><br>Debtor. | PROCEEDINGS IN CHAPTER 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned, subject to the limitations and conditions set forth hereafter, appears for Frictionless Commerce, Inc., a creditor and party in interest in the above-captioned proceedings. Request is hereby made pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given in this case, and all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the undersigned law firm, which firm is appearing herein as counsel for Frictionless Commerce, Inc.

> **BROWN & CONNERY, LLP**
> Attorneys for Frictionless Commerce, Inc.
>
> By: */s/ Donald K. Ludman*
> Donald K. Ludman, Esquire
> 6 North Broad Street, Suite 100
> Woodbury, NJ 08096
> (856) 812-8900
> (856) 853-9933 (fax)
> dludman@brownconnery.com

Dated: October 2, 2008

1040819.1