ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234
Facsimile: (203) 367-9678
Gregory B. Schiller (GS7215)

*Attorneys for Triple Point Technology, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| LEHMAN BROTHERS HOLDING, INC., *et al.*, | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 9019(b) and 11 U.S.C. § 1109(b), the undersigned hereby appears in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") as counsel for Triple Point Technology, Inc., a creditor and party in interest in this proceeding, and, pursuant to Fed. R. Bankr. P. 2002, 3017(a) and 9007, hereby requests that all notices given or required to be given and all papers and pleadings served or required to be served in the Chapter 11 Cases (including, but not limited to, all papers filed and served in all adversary proceedings in the Chapter 11 Cases, and all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them), whether sent by the Clerk of the Court, the debtors, or any creditor, committee, or party in interest, be given to and served upon the persons below at the following addresses, and that such names and addresses be added to any master mailing list:

G:\GBS\Triple Point Technology\Pleadings\Appearance.GBS.doc

Triple Point Technology, Inc.
c/o Gregory B. Schiller, Esq.
ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203)( 368-4234
Facsimile: (203) 367-9678
Email: gschiller@zeislaw.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only notices, papers, and pleadings referenced in the above-noted Federal Rules of Bankruptcy Procedure but also, without limitation, orders on and notices of any motion, application, petition, pleading, plan of reorganization, disclosure statement, or complaint, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, telecopy, or otherwise in these cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this request for notice or any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceedings as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity. All of such rights hereby are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these cases.

Date:  Bridgeport, Connecticut          ZEISLER & ZEISLER, P.C.
       October 2, 2008


/s/ Gregory B. Schiller
Gregory B. Schiller (GS7215)
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234
Facsimile: (203) 367-9678

***Attorneys for Triple Point Technology, Inc.***