TIGHE PATTON ARMSTRONG TEASDALE, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
Telephone: 202.454.2800
Facsimile:  202.454.2805
Kermit A. Rosenberg, Esq.
Thomas Earl Patton, Esq.
Attorneys for Satyam Computer Services, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtor. | : | |

## CURE OBJECTION

Satyam Computer Systems, Ltd. ("Satyam"), by and through undersigned counsel, hereby submits this Cure Objection to the Cure Amount filed by Lehman Brothers Holding, Inc.("LBHI" or "the Debtor") in accordance with the *Order Under 11 U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving  (a) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (b) Assumption and Assignment of Executory Contracts and Unexpired Leases* entered September 18, 2008. In support hereof, Satyam states as follows:

1.     LBHI states in the List of IT Closing Date Contracts ("List") that it is assuming its contracts with Satyam by listing 24 separate contracts with a total Cure Amount of $254,408.00. Copies of the relevant pages (68-69) of the List are attached as EXHIBIT A.

1

2. The List provides insufficient information for Satyam to be able to determine the specific identify of the contracts listed as being assumed and assigned by LBHI.

3. Satyam's books and records disclose a balance of $505,344.00 owed to it by LBHI on 53 invoices pursuant to the Master Service Agreement and 13 ongoing Statements of Works with eight amendments. A schedule of invoices is attached as EXHIBIT B.

4. Pursuant to the Court's directive titled *"Procedures for resolving Cure Amounts for Closing Date Contracts"*, Satyam will wait to be contacted by Barclays Capital, Inc. to arrange to meet and confer with regard to this Cure Objection.

Dated:   Washington, D.C.
         October 2, 2008

           Respectfully submitted,

           TIGHE PATTON ARMSTRONG TEASDALE, PLLC

           /s/ Kermit A. Rosenberg
           Kermit A. Rosenberg, Esq.
           Thomas Earl Patton, Esq.
           1747 Pennsylvania Avenue, N.W., Suite 300
           Washington, D.C. 20006-4604
           Telephone:  202.454.2800
           Facsimile:  203.454.2805
           Attorneys for Satyam Computer Services, Ltd.