# EXHIBIT A

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. |
| SAS INSTITUTE INC | Trial | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. |
| SATYAM COMPUTER SERVICES LTD | Other | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings Inc. |
| Satyam Computer Services Ltd. | | Satyam Computer Services Ltd. | Mayfair Centre, SP Road, Secunderabad, Andhra Pradesh, India 500003 | LBHI. |
| SATYAM COMPUTER SERVICES, LTD | Master Agreement | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehamn Brothers Holdings Inc. |
| SATYAM COMPUTER SERVICES, LTD | Master Agreement | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | TBD | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | TBD | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. |
| SAVVIS | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS CORP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS CORP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS CORP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS CORP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS CORP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS CORP. | Master Agreement | Att: General Counsel | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS CORP. | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS GROUP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS GROUP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS GROUP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS GROUP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS GROUP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SAVVIS COMMUNICATIONS GROUP | Amendment / Addendum / Schedule | | 12851 Worldgate Drive, Herndon, VA 20170 | Lehman Brothers Inc. |
| SBC | Standalone Agreement | | N/A | Lehman Brothers Inc. |
| Scalent Systems* | Master Agreement | | 1076b East Meadow Circle Palo Alto, CA 94303 | Lehman Brothers Holdings, Inc. |
| SCHOLES ELECTRIC & COMMUNICATION | Master Agreement | | N/A | Lehman Brothers Inc. |
| SCHOLES ELECTRIC & COMMUNICATION | Transaction Schedule | | N/A | Lehman Brothers Inc. |
| SCIENTIFIC COMPUTING ASSOC INC | Standalone Agreement | | N/A | N/A |
| SCIENTIFIC COMPUTING ASSOC INC | TBD | | N/A | N/A |
| Screen Digest Limited | Master Agreement | | Lymehouse Studios, 30-31 Lyme street London NW1 OEE United Kingdom | Lehman Brothers Inc. |
| Seanet Technologies * | Trial | | N/A | Lehman Brothers Holdins Inc. |
| SEAPINE SOFTWARE INC. | Transaction Schedule | | N/A | Lehman Brothers Holdins Inc. |
| SecureWorks Inc. (formerly known as Lurhq Corp.) | | Exhibit with SecureWorks, inc. name doesn't have address. | Address from Contract with Lurhq Corp.: 4033 Highway 501 West, Myrtle Beach, SC 29579 | LBI |
| SELECT MINDS | Amendment / Addendum / Schedule | | SelectMinds Inc. 149 5th Ave 6th Floor NY, NY 10010 | Lehman Brothers Holdings, Inc. |
| SELECT MINDS | Master Agreement | | SelectMinds Inc. 149 5th Ave 6th Floor NY, NY 10010 | Lehman Brothers Holdings, Inc. |
| SENA SYSTEMS | Amendment / Addendum / Schedule | | N/A | Lehman Brothers, Inc. |