# EXHIBIT B

| Invoice No. | Invoice Date | PO No. | Period | Location | Currency | Invamt IC | Received IC | Instrument | Instrument No. | Balance USD |
|---|---|---|---|---|---|---|---|---|---|---|
| OFF-0809-13674 | 9/9/2008 | PSTS-20 | 8/1/2008 - 8/28/2008 | USA | USD | 6,600.00 | 0 | | | 6,600.00 |
| OFF-0809-13675 | 9/9/2008 | PSTS-27 | 8/1/2008 - 8/29/2008 | USA | USD | 12,600.00 | 0 | | | 12,600.00 |
| OFF-0809-5625 | 6/27/2008 | PSTS-20 | 1/16/2008 - 1/31/2008 | USA | USD | 3,900.00 | 0 | | | 3,900.00 |
| OFF-0809-6908 | 6/30/2008 | PSTS-20 | 6/4/2008 - 6/30/2008 | USA | USD | 3,100.00 | 0 | | | 3,100.00 |
| OFF-0809-9959 | 7/31/2008 | PSTS-20 | 7/1/2008 - 7/31/2008 | USA | USD | 8,000.00 | 0 | | | 8,000.00 |
| ON-2009-2417 | 6/19/2008 | PSTS-21 | 5/1/2008 - 5/30/2008 | USA | USD | 10,752.00 | 0 | | | 10,752.00 |
| ON-2009-2545 | 6/24/2008 | PSTS-10 | 5/1/2008 - 5/22/2008 | USA | USD | 9,600.00 | 0 | | | 9,600.00 |
| ON-2009-3049 | 6/30/2008 | PSTS-19 | 6/2/2008 - 6/30/2008 | USA | USD | 24,360.00 | 11,760.00 | 7/30/2008 | CITI-2008-0 | 12,600.00 |
| ON-2009-4143 | 7/31/2008 | PSTS-15 | 7/1/2008 - 7/31/2008 | USA | USD | 25,200.00 | 0 | | | 25,200.00 |
| ON-2009-4144 | 7/31/2008 | PSTS-27 | 7/1/2008 - 7/31/2008 | USA | USD | 13,200.00 | 0 | | | 13,200.00 |
| ON-2009-4145 | 7/31/2008 | PSTS-10 | 7/1/2008 - 7/31/2008 | USA | USD | 13,200.00 | 0 | | | 13,200.00 |
| ON-2009-4146 | 7/31/2008 | PSTS-19 | 7/1/2008 - 7/31/2008 | USA | USD | 12,320.00 | 0 | | | 12,320.00 |
| ON-2009-4147 | 7/31/2008 | PSTS-21 | 7/1/2008 - 7/31/2008 | USA | USD | 11,264.00 | 0 | | | 11,264.00 |
| ON-2009-4148 | 7/31/2008 | PSTS-23 | 7/1/2008 - 7/31/2008 | USA | USD | 12,040.00 | 0 | | | 12,040.00 |
| ON-2009-4149 | 7/31/2008 | PSTS-26 | 7/1/2008 - 7/29/2008 | USA | USD | 17,500.00 | 0 | | | 17,500.00 |
| ON-2009-4150 | 7/31/2008 | PSTS#24 | 7/1/2008 - 7/3/2008 | USA | USD | 1,680.00 | 0 | | | 1,680.00 |
| ON-2009-4557 | 7/31/2008 | PSTS-30 | 7/16/2008 - 7/31/2008 | USA | USD | 7,200.00 | 0 | | | 7,200.00 |
| ON-2009-5650 | 8/31/2008 | PSTS #5 | 7/1/2008 - 7/31/2008 | USA | USD | 13,200.00 | 0 | | | 13,200.00 |
| ON-2009-5651 | 8/31/2008 | PSTS #5 | 7/1/2008 - 7/31/2008 | USA | USD | 12,320.00 | 0 | | | 12,320.00 |
| ON-2009-5652 | 8/31/2008 | PSTS #5 | 8/1/2008 - 8/8/2008 | USA | USD | 3,600.00 | 0 | | | 3,600.00 |
| ON-2009-5653 | 8/31/2008 | PSTS #5 | 8/1/2008 - 8/29/2008 | USA | USD | 11,760.00 | 0 | | | 11,760.00 |
| ON-2009-5964 | 10/9/2008 | PSTS-26 | 8/1/2008 - 8/29/2008 | USA | USD | 17,500.00 | 0 | | | 17,500.00 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ON-2009-5965 | | | 8/1/2008 - 8/29/2008 | USA | USD | 4,200.00 | 0 | - | 4,200.00 |
| ON-2009-5966 | 10/9/2008 | PSTS-15 | 8/1/2008 - 8/29/2008 | USA | USD | 10,752.00 | 0 | - | 10,752.00 |
| ON-2009-5967 | 10/9/2008 | PSTS - 21 | 8/1/2008 - 8/29/2008 | USA | USD | 12,600.00 | 0 | - | 12,600.00 |
| ON-2009-5968 | 10/9/2008 | PSTS- 10 | 8/1/2008 - 8/29/2008 | USA | USD | 11,760.00 | 0 | - | 11,760.00 |
| ON-2009-5969 | 10/9/2008 | PSTS-19 | 8/1/2008 - 8/29/2008 | USA | USD | 11,760.00 | 0 | - | 11,760.00 |
| ON-2009-5970 | 10/9/2008 | PSTS - 23 | 8/1/2008 - 8/29/2008 | USA | USD | 12,600.00 | 0 | - | 12,600.00 |
| ON-2009-5971 | 10/9/2008 | PSTS-30 | 8/1/2008 - 8/29/2008 | USA | USD | 12,600.00 | 0 | - | 12,600.00 |
| Unapplied | 6/17/2008 | PSTS-15 | - | | USD | 0 | 440 | 6/17/2008 CITI-2008-0 | -440 |
| OFF-0809-13676 | 9/9/2008 | PSTS-25 | 8/1/2008 - 8/29/2008 | India | USD | 18,931.00 | 0 | - | 18,931.00 |
| OFF-0809-9961 | 7/31/2008 | PSTS-25 | 7/1/2008 - 7/31/2008 | India | USD | 21,881.00 | 0 | - | 21,881.00 |
| OFF-ADV-2009-548 | 7/21/2008 | PSTS-25 | 3/1/2008 - 3/31/2008 | India | USD | 15,631.00 | 0 | - | 15,631.00 |
| Prof-2009-032 | 7/24/2008 | PSTS - 31 | 3/1/2008 - 3/31/2008 | USA | USD | 4,725.00 | 0 | | 4,725.00 |
| Prof-2009-029 | 7/24/2008 | PSTS - 31 | 12/1/2007 - 12/31/2007 | USA | USD | 4,725.00 | 0 | | 4,725.00 |
| Prof-2009-030 | 7/24/2008 | PSTS - 31 | 1/1/2008 - 1/31/2008 | USA | USD | 4,725.00 | 0 | | 4,725.00 |
| Prof-2009-031 | 7/24/2008 | PSTS - 31 | 2/1/2008 - 2/29/2008 | USA | USD | 3,797.00 | 0 | | 3,797.00 |
| ON-2009-6263 | 30-Sep-08 | PSTS-23 | 02/09/2008 - 22/09/2008 | USA | USD | 8,400.00 | | | 8,400.00 |
| OFF-0809-14872 | 30-Sep-08 | PSTS-25 | 01/09/2008 - 22/09/2008 | INDIA | USD | 3,456.00 | | | 3,456.00 |
| OFF-0809-14873 | 30-Sep-08 | PSTS-25 | 05/09/2008 - 22/09/2008 | INDIA | USD | 2,400.00 | | | 2,400.00 |
| OFF-0809-14874 | 30-Sep-08 | PSTS-25 | 01/09/2008 - 22/09/2008 | INDIA | USD | 3,800.00 | | | 3,800.00 |
| OFF-0809-14880 | 30-Sep-08 | PSTS-25 | 01/09/2008 - 22/09/2008 | INDIA | USD | 3,400.00 | | | 3,400.00 |
| OFF-0809-14881 | 30-Sep-08 | PSTS-29 | 02/09/2008 - 22/09/2008 | INDIA | USD | 3,200.00 | | | 3,200.00 |
| ON-2009-6253 | 30-Sep-08 | PSTS #5 | 02/09/2008 - 22/09/2008 | USA | USD | 8,400.00 | | | 8,400.00 |
| ON-2009-6253 A | 30-Sep-08 | PSTS #14 | 02/09/2008 - 22/09/2008 | USA | USD | 8,400.00 | | | 8,400.00 |

| ON-2009-6254 | 30-Sep-08 |  | 02/09/2008 - 15/09/2008 | USA | USD | 11,925.00 |  |  | 11,925.00 |
|---|---|---|---|---|---|---|---|---|---|
| ON-2009-6255 | 30-Sep-08 | PSTS-18 | 02/09/2008 - 22/09/2008 | USA | USD | 7,680.00 |  |  | 7,680.00 |
| ON-2009-6257 | 30-Sep-08 | PSTS-21 | 02/09/2008 - 22/09/2008 | USA | USD | 3,200.00 |  |  | 3,200.00 |
| ON-2009-6258 | 30-Sep-08 | PSTS-25 | 01/09/2008 - 22/09/2008 | USA | USD | 3,200.00 |  |  | 3,200.00 |
| ON-2009-6259 | 30-Sep-08 | PSTS-25 | 02/09/2008 - 22/09/2008 | USA | USD | 9,000.00 |  |  | 9,000.00 |
| ON-2009-6260 | 30-Sep-08 | PSTS-27 | 01/09/2008 - 22/09/2008 | USA | USD | 9,600.00 |  |  | 9,600.00 |
| ON-2009-6261 | 30-Sep-08 | PSTS-30 | 02/09/2008 - 22/09/2008 | USA | USD | 8,400.00 |  |  | 8,400.00 |
| ON-2009-6262 | 30-Sep-08 | PSTS-19 | 02/09/2008 - 22/09/2008 | USA | USD | 9,000.00 |  |  | 9,000.00 |
| ON-ADV-2009-362 | 30-Sep-08 | PSTS-26 | 01/09/2008 - 22/09/2008 | USA | USD | 12,500.00 |  |  | 12,500.00 |

**505,344.00**