TIGHE PATTON ARMSTRONG TEASDALE, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
Telephone: 202.454.2800
Facsimile: 202.454.2805
Kermit A. Rosenberg, Esq.
Thomas Earl Patton, Esq.
Attorneys for Satyam Computer Services, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, Sandra Larson, am not a party to this action and am over the age of 18, and certify under penalty of perjury that on October 2, 2008, I caused true copies of the Cure Objection of Satyam Computer Systems, Inc. to be sent by first class mail, postage prepaid, to:

> Lori R. Fife, Esq.
> Shai Y. Waisman, Esq.
> Weil Gotshal & Manges LP
> 767 Fifth Avenue
> New York, New York 10153
>
> Lindsee P. Granfield, Esq.
> Lisa M. Schweitzer, Esq.
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
>
> Jeffery S. Margolin, Esq.
> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, New York 10004

/s/ Sandra Larson
Sandra Larson