DIAMOND McCARTHY LLP
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499
Attn:   Howard D. Ressler, Esq.
        Richard I. Janvey, Esq.
        Sheila M. Gowan, Esq.

*Attorneys for Attorneys for Diversified Credit Investments, LLC
as Agent for The Government of Singapore
Investment Corporation PTE Ltd,.
DCI Umbrella Fund PLC,
an Umbrella Fund with Segregated Liability Sub-Funds,
on Behalf of Diversified Credit Investments Fund One*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555(JMP) (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------x

## VERIFIED STATEMENT OF DIAMOND MCCARTHY LLP
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Diamond McCarthy LLP ("Diamond") makes the following disclosure in connection with chapter 11 cases (the "Cases") of Lehman Brothers Holdings, Inc., LB 745, LLC and PAMI Statler Arms LLC (the "Debtors").

1.      Diamond represents the entities listed on Exhibit A (the "Entities") who may hold claims against and/or interests in the Debtors arising out of applicable agreements, law, or equity pursuant to their respective relationships with the Debtors.

2. Diamond did not represent either of the Entities prior to the Debtors' Cases. Each of the Entities separately requested that Diamond represent them in connection with the Cases.

3. Upon information and belief, Diamond does not currently possess and has not possessed in the past any claims against or interests in any Debtors.

Dated: New York, New York
October 2, 2008

DIAMOND McCARTHY LLP
*Attorneys for Attorneys for Diversified Credit Investments, LLC*
*as Agent for The Government of Singapore Investment Corporation PTE Ltd.,*
*DCI Umbrella Fund PLC,*
*an Umbrella Fund with Segregated Liability Sub-Funds, on Behalf of Diversified Credit Investments Fund One*

By: /s/ Howard D. Ressler
Howard D. Ressler
Richard I. Janvey
Sheila M. Gowan
620 Eighth Avenue, 39th Floor
New York, New York 10018
(212) 430-5400 – Telephone
(212) 430-5499 – Facsimile

# EXHIBIT A

Diversified Credit Investments LLC, as Agent
for the Government of Singapore Investment
Corporation PTE Ltd.
168 Robinson Road
Suite 37-01
Capital Tower
Singapore 068912
Singapore


DCI Umbrella Fund PLC, an Umbrella Fund
with Segregated Liability Sub-Funds, on Behalf
of Diversified Credit Investments Fund One
Block D, Iveagh Court
Harcourt Road
Dublin 2
Ireland

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                              :         Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :         Case No. 08-13555(JMP)
                                                              (Jointly Administered)
                  Debtors.                          :

-------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      NANCY SULLIVAN, being duly sworn, deposes and says:

    1.    I am not a party to the action, am over eighteen years of age and reside in Suffolk County, State of New York.

    2.    On October 2, 2008, I electronically filed the Verified Statement of Diamond McCarthy LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 and further certify that upon receipt of notice of electronic service of said Statement, true and correct copies will be served on October 2, 2008 by first class mail, postage prepaid, to any of the parties not noted as having received electronic service.

                                                      */s/ Nancy Sullivan*
                                                      NANCY SULLIVAN

Sworn to before me this
2nd day of October, 2008

*/s/ Tasia Pavalis*
_____
Notary Public

TASIA PAVALIS
Notary Public, State of New York
No. 31-4851729
Qualified in New York County
Commission Expires February 3, 20_10_