# EXHIBIT A

# PART I



**TRIPLE POINT**
TECHNOLOGY

---

BILL TO

Lehman Brothers, Inc.
Attn: Mr. John Junio
745 Seventh Avenue
New York, NY 10019

AUG 0 8 ☰☰☰

| DATE | INVOICE # |
|------|-----------|
| 7/31/2008 | 8231 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| REIMBURSABLE TRAVEL EXPENSES | |
| | |
| R. White, Jun 08 - Travel | 493.45 |
| S. Barua, Jun 08 - Travel | 848.23 |
| P. Moschcovich, Jun 08 - Travel | 298.95 |
| M. Sama, Jun 08 - Travel | 3,351.65 |
| | |
| Please note: Payment is due Net 30 days | |

| Please use your invoice number as a reference. | **Total** | $4,992.28 |
|---|---|---|

Wire Payment Instructions:
SIL VLY BK SJ
ROUTING & TRANSIT# 121140399
TRIPLE POINT AC#3300485747

TRIPLE POINT TECHNOLOGY, INC.
301 RIVERSIDE AVE
WESTPORT, CT 06880 USA
1•203•291•7979
1•203•291•7977 Fax
www.tpt.com

AK 7/15/08

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** 6/1/08-6/30/08

| Date | Expense Description | Employee | Air | Lodging | Phone | Meals | Ground Trans | Other | TRIP TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 06/03/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/03/08 | Meals | Ray White | | | | 9.05 | | | 9.05 |
| 06/05/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/05/08 | Meals | Ray White | | | | 7.04 | | | 7.04 |
| 06/06/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/06/08 | Meals | Ray White | | | | 10.43 | | | 10.43 |
| 06/10/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/10/08 | Meals | Ray White | | | | 10.35 | | | 10.35 |
| 06/12/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/12/08 | Meals | Ray White | | | | 8.97 | | | 8.97 |
| 06/13/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/13/08 | Meals | Ray White | | | | 5.81 | | | 5.81 |
| 06/17/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/17/08 | Meals | Ray White | | | | 7.86 | | | 7.86 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| TOTALS | | | | | | 59.51 | 42.00 | | 101.51 |

Bill Lehman   EG 241
Travel   $101.51

| CLIENT: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Employee Name:** | | | | | | | | | |
| **Group** | | | | | | | | | |
| **Date of Report:** | | | | | | | | | |
| **Dates of Trip:** | | | | | | | | | |
| **Purpose of the Trip:** | | | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Parking at Train Station | 06/03/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/03/08 | M | N | Y | Y | 9.05 | USD | 1.0000 | $9.05 |
| Parking at Train Station | 06/05/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/05/08 | M | N | Y | Y | 7.04 | USD | 1.0000 | $7.04 |
| Parking at Train Station | 06/06/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/06/08 | M | N | Y | Y | 10.43 | USD | 1.0000 | $10.43 |
| Parking at Train Station | 06/10/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/10/08 | M | N | Y | Y | 10.35 | USD | 1.0000 | $10.35 |
| Parking at Train Station | 06/12/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/12/08 | M | N | Y | Y | 8.97 | USD | 1.0000 | $8.97 |
| Parking at Train Station | 06/13/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/13/08 | M | N | Y | Y | 5.81 | USD | 1.0000 | $5.81 |
| Parking at Train Station | 06/17/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/17/08 | M | N | Y | Y | 7.86 | USD | 1.0000 | $7.86 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| TOTALS: | | | | | | 101.51 | | | $101.51 |



PARKING AUTHORITY OF FAIRFIELD

TICKET NO. 6196907

DATE 6-27-08

LOCATION

OFFICER NO.

REGISTRATION NO.

STATE

TIME

MAKE CHEVY

TYPE PICK UP

COLOR

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

DAY PARKING FEE
$6.00

Payments must be made ONLINE, or by CHECK /
MONEY ORDER payable to:
Parking Authority of Fairfield

*Payment must be made within TEN DAYS. After
that a late charge of $10.00 is assessed IN ADDITION TO
THE DAY PARKING FEE. TOTAL DUE $16.00

NOTICE

NON-PAYMENT OF PARKING AND LATE CHARGES IS
VIOLATION. VEHICLES ARE SUBJECT TO TOWING A
IMPOUND IN ADDITION TO FINES, PENALTIES, AND
COSTS REQUIRED FOR COLLECTING AS PRESCRIBED
PARKING AUTHORITY REGULATIONS.

**Metro-North Railroad**

Station # 244    FAIRFLD

| Sold Tickets | Amount |
|---|---|
| Monthly | $308.00 |
| Total Amount | $308.00 |
| Payment: Debit 1716 | $308.00 |

Thank You for Riding
Metro North !

TSM ID #                          596
Transaction #            298708
Date / Time    07/01/08 06:19

---

## Main Cafeteria

Magalys

: 546          Jun03'08 12:39PM  Gst 1

**Cafeteria**
1 Calz/Stromboli          5.25
1 soda bottle 20oz        1.60
1 Harmony Snacks          1.50
  debitek                 9.05

Subtotal                  8.35
Tax                       0.70
Ttl Payment               9.05

---

## Main Cafeteria

12 Magalys

Chk 696          Jun06'08 12:25PM  Gs

**Cafeteria**
  690lb @ 5.76/lb
Lg Clr Salad              7.37
1 Al Taglio $2.25         2.25
  debitek                10.43

Subtotal                  9.62
Tax                       0.81
Ttl Payment              10.43

---

## Main Cafeteria

12 Magalys

Chk 733          Jun05'08 12:27PM  Gst 1

**Cafeteria**
1 Turkey Sandwich         4.50
1 add cheese              0.50
1 Harmony Snacks          1.50
  debitek                 7.04

Subtotal                  6.50
Tax                       0.54
Ttl Payment               7.04

---

## Main Cafeteria

12 Magalys

Chk 261          Jun12'08 12:36PM  Gst 1

**Cafeteria**
  0.690lb @ 5.76/lb
Lg Clr Intrntl            3.97
1 Turkey Sandwich         4.50
1 add cheese              0.50
  cash                    0.00

Subtotal                  8.97
100 %
emp meal100%              8.97-

## Main Cafeteria

12 Magalys

Chk 134          Jun10'08 12:49PM  Gst 1

### Cafeteria
0.530lb @ 5.76/lb
| | |
|---|---|
| | 3.05 |
| Sm Clr Salad | 4.50 |
| 1 Turkey Sandwich | 0.50 |
| 1 add cheese | 1.50 |
| 1 Harmony Snacks | 10.35 |
| debitek | |
| | |
| Subtotal | 9.55 |
| Tax | 0.80 |
| Ttl Payment | 10.35 |

## Main Cafeteria

12 Magalys

Chk 1144          Jun13'08 12:?3PM  Gst 1

### Cafeteria
0.930lb @ 5.76/lb
| | |
|---|---|
| | 5.36 |
| Lg Styro Intrnt | 5.81 |
| debitek | |
| | |
| Subtotal | 5.36 |
| Tax | 0.45 |
| Ttl Payment | 5.81 |

## Main Cafeteria

12 Magalys

Chk 1246          Jun17'08 12:23PM  Gst 1

### Cafeteria
| | |
|---|---|
| 1 Small Soup | 2.25 |
| 1 Turkey Sandwich | 4.50 |
| 1 add cheese | 0.50 |
| debitek | 7.86 |
| | |
| Subtotal | 7.25 |
| Tax | 0.61 |
| Ttl Payment | 7.86 |



PARKING AUTHORITY OF FAIRFIELD

TICKET NO. 6189838

DAY PARKING FEE
$6.00*

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

Payments must be made ONLINE, or by CHECK / MONEY ORDER payable to:
Parking Authority of Fairfield

*Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed IN ADDITION TO THE DAY PARKING FEE.  TOTAL DUE $16.00.

NOTICE

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.

TICKET NO. 6187567

AA 7/18/08

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman |
|---|---|
| TRIP DATES: | 6/1/08-6/30/08 |

| Date | Expense Description | Employee | Air | Lodging | Phone | Meals | Ground Trans. | Other | TRIP TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 06/19/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/19/08 | Meals | Ray White | | | | 9.42 | | | 9.42 |
| 06/20/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/20/08 | Meals (Lost Receipt) | Ray White | | | | 8.37 | | | 8.37 |
| 06/24/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/24/08 | Meals | Ray White | | | | 12.89 | | | 12.89 |
| 06/26/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/26/08 | Meals | Ray White | | | | 12.11 | | | 12.11 |
| 06/27/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 06/27/08 | Meals | Ray White | | | | 11.15 | | | 11.15 |
| 07/01/08 | Monthly Train Ticket | Ray White | | | | | 308.00 | | 308.00 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |

Bill Lehman  E92.41
Travel  $ 391.94

| CLIENT: | |
| Employee Name: | |
| Group | |
| Date of Report: | |
| Dates of Trip: | |
| Purpose of the Trip: | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Parking at Train Station | 06/19/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/19/08 | M | N | Y | Y | 9.42 | USD | 1.0000 | $9.42 |
| Parking at Train Station | 06/20/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals (Lost Receipt) | 06/20/08 | M | N | Y | Y | 8.37 | USD | 1.0000 | $8.37 |
| Parking at Train Station | 06/24/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/24/08 | M | N | Y | Y | 12.89 | USD | 1.0000 | $12.89 |
| Parking at Train Station | 06/26/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/26/08 | M | N | Y | Y | 12.11 | USD | 1.0000 | $12.11 |
| Parking at Train Station | 06/27/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 06/27/08 | M | N | Y | Y | 11.15 | USD | 1.0000 | $11.15 |
| Monthly Train Ticket | 07/01/08 | G | N | Y | Y | 308.00 | USD | 1.0000 | $308.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |

RECD JUL 07 2008

## PARKING AUTHORITY OF FAIRFIELD

**DATE** 6-13-08

**TICKET NO.** 6193533

**LOCATION** F R R N S

**OFFICER NO.** 424

**REGISTRATION NO.** 28C N77

**STATE** C T

**TIME** 7:02

**MAKE** CHEVY

**TYPE** PICK UP

**COLOR** B U N

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

DAY PARKING FEE
$6.00*

Payments must be made ONLINE, or by CHECK / MONEY ORDER payable to:
Parking Authority of Fairfield

*Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed IN ADDITION TO THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.

---

**DATE** 6-17-08

**TICKET NO.** 6190377

**LOCATION** R R w

**OFFICER NO.** 455

**REGISTRATION NO.** 28C N77

**STATE**

**TIME**

**MAKE** GMC

**TYPE** TRUC

**COLOR**

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

DAY PARKING FEE
$6.00*

Payments must be made ONLINE, or by CHECK / MONEY ORDER payable to:
Parking Authority of Fairfield

*Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed IN ADDITION TO THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.

---

## PARKING AUTHORITY OF FAIRFIELD

**TICKET NO.** 6193237

**OFFICER NO.** 0736

**DATE** 6-19-08

**LOCATION** F R W S

**REGISTRATION NO.** 28C N77

**STATE** CT

**TIME**

**MAKE** Chev

**TYPE** Pickup Black

**COLOR**

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

DAY PARKING FEE
$6.00*

Payments must be made ONLINE, or by CHECK / MONEY ORDER payable to:
Parking Authority of Fairfield

*Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed IN ADDITION TO THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.

## PARKING AUTHORITY OF FAIRFIELD

| DATE | TICKET NO. |
|------|-----------|
| 6-20-08 | 6194600 |

| LOCATION | OFFICER NO. |
|----------|-------------|
| FPNS | 469 |

| REGISTRATION NO. | STATE | TIME |
|------------------|-------|------|
| 28C N7 | Ct | 7:16 AM |

| MAKE | TYPE | COLOR |
|------|------|-------|
| chevy | 2 DR (PU) | Blue |

You can **NOW** make payments online:
http://www.fairfieldct.org/onlinepayment.htm

### DAY PARKING FEE
### $6.00*

Payments must be made **ONLINE**, or by **CHECK / MONEY ORDER** payable to:
**Parking Authority of Fairfield**

✳Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed **IN ADDITION TO** THE DAY PARKING FEE. **TOTAL DUE $16.00.**

#### NOTICE

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.

---

## PARKING AUTHORITY OF FAIRFIELD

| DATE | TICKET NO. |
|------|-----------|
| 6-24-08 | 6194022 |

| LOCATION | OFFICER NO. |
|----------|-------------|
| FPNS | 41 |

| REGISTRATION NO. | STATE | TIME |
|------------------|-------|------|
| 28C N77 | CT | 874 |

| MAKE | TYPE | COLOR |
|------|------|-------|
| Chev | Pickup | Bl |

You can **NOW** make payments online:
http://www.fairfieldct.org/onlinepayment.ht

### DAY PARKING FEE
### $6.00*

Payments must be made **ONLINE**, or by **CHE MONEY ORDER** payable to:
**Parking Authority of Fairfield**

✳Payment must be made within TEN DAYS. that a late charge of $10.00 is assessed **IN ADDITI** THE DAY PARKING FEE. **TOTAL DUE $**

#### NOTICE

NON-PAYMENT OF PARKING AND LATE CHARGES IS VIOLATION AND VEHICLES ARE SUBJECT TO TOWING A IMPOUND IN ADDITION TO FINES, PENALTIES, AND A COSTS REQUIRED FOR COLLECTING AS PRESCRIBED PARKING AUTHORITY REGULATIONS.

---

## PARKING AUTHORITY OF FAIRFIELD

6191755

# Main Cafeteria

12 Magalys

---

Chk 707          Jun26'08 01:02PM  Gst 1

---

### Cafeteria

0.680lb @ 5.76/lb

| | |
|---|---:|
| Sm Clr Salad | 3.92 |
| 1 sp sand $5.75 | 5.75 |
| 1 Harmony Snacks | 1.50 |
| debitek | 12.11 |
| | |
| Subtotal | 11.17 |
| Tax | 0.94 |
| Ttl Payment | 12.11 |

## Main Cafeteria

12 Magalys

Chk 1647          Jun19'08 12:55PM  Gst

### Cafeteria
1 Stuffed Pizza                    3.75
  0.6401b @ 5.76/lb
S.     9 Intrntl                   3.69
1 ierra/Chips                      1.25
  debitek                          9.42

  Subtotal                         8.69
  Tax                              0.73
  Ttl Payment                      9.42

## Main Cafeteria

12 Magalys

Chk 807          Jun24'08 12:54PM  Gst 1

### Cafeteria
  1.8901b @ 5.76/lb
Lg Styro Intrnt                   10.89
1 can soda 12oz                    1.00
  debitek                         12.89

  Subtotal                        11.89
  Tax                              1.00
  Ttl Payment                     12.89

Restaurant Associates @
Lehman Brothers #.16515
Date:    6/27/08
Amount of cafe receipt: $ 11.15
Signature: Magalys Tavore

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN BROTHERS
**TRIP DATES:** 6/01/2008 - 6/30/2008 (2)

| Date | Expense Description | Employee | Air | Lodging | Phone | Meals | Ground Trans. | Other | TRIP TOTAL |
|------|---------------------|----------|-----|---------|-------|-------|---------------|-------|------------|
| 06/25/08 | Meal | SEEMANTO BARUA | | | | 25.63 | | | 25.63 |
| 06/26/08 | Meal | SEEMANTO BARUA | | | | 33.26 | | | 33.26 |
| 06/27/08 | Meal | SEEMANTO BARUA | | | | 28.55 | | | 28.55 |
| 06/30/08 | Meal | SEEMANTO BARUA | | | | 28.71 | | | 28.71 |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| | | | | | | | | | . |
| **TOTALS** | | | | | | 116.15 | | | 116.15 |

Bill Lehman    Seemanto B.
E 7299
Meals    116.15

| CLIENT: | BROADWAY BROTHERS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | SEETHARAMU PRASAD | | | | | | | | |
| Group | ENGINEERING | | | | | | | | |
| Date of Report: | 7/14/2008 | | | | | | | | |
| Dates of Trip: | 06/01/2008 - 06/30/2008 | | | | | | | | |
| Purpose of the Trip: | CONSULTING | | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | TYPE CHOICES Lodging-L Food-F Misc-M Ground-G Other-O | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| Meal | 06/25/08 | M | N | Y | Y | | 25.63 | USD | 1.0000 | $25.63 |
| Meal | 06/26/08 | M | N | Y | Y | | 33.26 | USD | 1.0000 | $33.26 |
| Meal | 06/27/08 | M | N | Y | Y | | 28.55 | USD | 1.0000 | $28.55 |
| Meal | 06/30/08 | M | N | Y | Y | | 28.71 | USD | 1.0000 | $28.71 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | TOTALS: | 116.15 | | | $116.15 |

RECD JUL 17 2008



```
                    6/26

        CITY75
    75 Rockefeller Plaza
     New York, NY 10019
       www.city75.biz
       212-247-1500
    Table  Q # 7
  Transf:   1701097    Serv: Katarzyna
08/26/2008 2:13:55 PM          Cust:1

 Quan  Descript              Cost
============================================
  1 NAKED protein zone         $3.89
  1 S-farm NF Black Cherry     $1.75
  1 20 Cold Food              $10.76
    ( 1.195 @ $9.00 )
============================================
            Net Total:  $16.20
                  Tax    $1.21
            ============================
    TOTAL :     $17.41

Food: $10.76
Beverage: $5.44
============================================
                  Visa        $17.41
============================================

   City75 Restaurant is OPEN!
    Lunch served 12pm-3pm
    Dinner served from 5pm
    Expect the Unexpected...
```



```
            UNCLE DAI'S
          185 ATLANTIC ST
         STAMFORD, CT 06901

 DATE: 06/26/08        TIME: 21:09
 MERW: 270059029807    TERM: 0001
   SEALED D-RAFT
     SERVER: 0001

 REF#: 0699    BCH: 042
 CD TYPE: VISA
 TR TYPE: PR
 AMOUNT:            $7.00

 TIP:    _____

 TOTAL:  _____

 ACCT: XXXXXXXXXX6441    EXP: XX/XX
 AP: 085958
 NAME: SEEMANGO BARUA

 CARDMEMBER ACKNOWLEDGES RECEIPT OF
 GOODS AND/OR SERVICES IN THE AMOUNT OF
 THE TOTAL SHOWN HEREON AND AGREES TO
 PERFORM THE OBLIGATIONS SET FORTH BY THE
 CARDMEMBER'S AGREEMENT WITH THE ISSUER

      THANK YOU FOR USING VISA

 TOP COPY-MERCHANT BOTTOM COPY-CUSTOMER
```

```
  Main Cafeteria

 12 Magalys

Chk 457      Jun26'08 10:13AM  Gst

   Cafeteria
 1 Cereal              3.75
 1 smoothie            2.50
   debitek             6.77

   Subtotal            6.25
   Tax                 0.52
   Ttl Payment         6.77
```



```
  Main Cafeteria

 12 Magalys

Chk 3      Jun25'08 02:28PM  Gst 1

   Cafeteria
 1 Whole Fruit          0.55
 1 BB-Veggie Burger     5.50
   debitek             -6.55

   Subtotal             6.05
   Tax                  0.51
   Ttl Payment          6.56
```

```
##########################
CHECK # 335094      DATE 6/25/08
                    TIME 7:09PM
                    AMOUNT

 ITEMS ORDERED
 1 TURKEY GUAVA          9.00
 1 BOT WATER             1.50
##########################
 SUBTOTAL       10.50
 TAX             0.75
##########################
 TOTAL DUE      11.25
```



```
  Main Cafeteria

 12 Magalys

Chk 1484     Jun25'08 10:16AM  Gst 1

   Cafeteria
 1 Whole Fruit          0.55
   0.880 lb @ 5.76/lb
 Sm Stryo Brk Bar       5.07
 1 snapple              1.60
   debitek              7.82

   Subtotal             7.22
   Tax                  0.60
   Ttl Payment          7.82
```







# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | LEHMAN BROTHERS |
|---|---|
| TRIP DATES: | 06-1-2008 - 6-30-2008 |

| Date | Expense Description | Employee | Airfare | Lodging | Phone | Meals | GroundTrans | Other | TripTOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 06/02/08 | MTA monthly pass | SEEMANTO BARUA | | | | | 264.00 | | 264.00 |
| 06/02/08 | Meal | SEEMANTO BARUA | | | | 26.29 | | | 26.29 |
| 06/03/08 | Meal | SEEMANTO BARUA | | | | 34.17 | | | 34.17 |
| 06/04/08 | Meal | SEEMANTO BARUA | | | | 31.61 | | | 31.61 |
| 06/05/08 | Meal | SEEMANTO BARUA | | | | 36.96 | | | 36.96 |
| 06/09/08 | Meal | SEEMANTO BARUA | | | | 24.86 | | | 24.86 |
| 06/10/08 | Meal | SEEMANTO BARUA | | | | 33.69 | | | 33.69 |
| 06/11/08 | Meal | SEEMANTO BARUA | | | | 29.34 | | | 29.34 |
| 06/12/08 | Meal | SEEMANTO BARUA | | | | 27.85 | | | 27.85 |
| 06/13/08 | Meal | SEEMANTO BARUA | | | | 26.67 | | | 26.67 |
| 06/13/08 | TAXI FARE | SEEMANTO BARUA | | | | | 15.00 | | 15.00 |
| 06/16/08 | Meal | SEEMANTO BARUA | | | | 21.35 | | | 21.35 |
| 06/17/08 | Meal | SEEMANTO BARUA | | | | 26.22 | | | 26.22 |
| 06/18/08 | Meal | SEEMANTO BARUA | | | | 27.51 | | | 27.51 |
| 06/19/08 | Meal | SEEMANTO BARUA | | | | 25.71 | | | 25.71 |
| 06/20/08 | Meal | SEEMANTO BARUA | | | | 25.76 | | | 25.76 |
| 06/23/08 | Meal | SEEMANTO BARUA | | | | 30.06 | | | 30.06 |
| 06/24/08 | Meal | SEEMANTO BARUA | | | | 25.03 | | | 25.03 |
| TOTALS | | | | | | 453.08 | 279.00 | | 732.08 |

Bill Lehman

Seemanto b
€7298
meals  453.08
279. -
total  732.08

| CLIENT: | |
|---|---|
| Employee Name: | |
| Group: | ENGINEERING |
| Date of Report: | 7/08/08 |
| Dates of Trip: | 6/1/2008-6/30/2008 |
| Purpose of the Trip: | CONSULTING |

**TYPE CHOICES**
AMEX = A
Food = F
Hotel = H
Ground = G
Other = O

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| MTA monthly pass | 06/02/08 | G | N | Y | Y | 264.00 | USD | 1.0000 | $264.00 |
| Meal | 06/02/08 | M | N | Y | Y | 26.29 | USD | 1.0000 | $26.29 |
| Meal | 06/03/08 | M | N | Y | Y | 34.17 | USD | 1.0000 | $34.17 |
| Meal | 06/04/08 | M | N | Y | Y | 31.61 | USD | 1.0000 | $31.61 |
| Meal | 06/05/08 | M | N | Y | Y | 36.96 | USD | 1.0000 | $36.96 |
| Meal | 06/09/08 | M | N | Y | Y | 24.86 | USD | 1.0000 | $24.86 |
| Meal | 06/10/08 | M | N | Y | Y | 33.69 | USD | 1.0000 | $33.69 |
| Meal | 06/11/08 | M | N | Y | Y | 29.34 | USD | 1.0000 | $29.34 |
| Meal | 06/12/08 | M | N | Y | Y | 27.85 | USD | 1.0000 | $27.85 |
| Meal | 06/13/08 | M | N | Y | Y | 26.67 | USD | 1.0000 | $26.67 |
| TAXI FARE | 06/13/08 | G | N | Y | Y | 15.00 | USD | 1.0000 | $15.00 |
| Meal | 06/16/08 | M | N | Y | Y | 21.35 | USD | 1.0000 | $21.35 |
| Meal | 06/17/08 | M | N | Y | Y | 26.22 | USD | 1.0000 | $26.22 |
| Meal | 06/18/08 | M | N | Y | Y | 27.51 | USD | 1.0000 | $27.51 |
| Meal | 06/19/08 | M | N | Y | Y | 25.71 | USD | 1.0000 | $25.71 |
| Meal | 06/20/08 | M | N | Y | Y | 25.76 | USD | 1.0000 | $25.76 |
| Meal | 06/23/08 | M | N | Y | Y | 30.06 | USD | 1.0000 | $30.06 |
| Meal | 06/24/08 | M | N | Y | Y | 25.03 | USD | 1.0000 | $25.03 |
| | | | | | **TOTALS:** | 732.08 | | | $732.08 |

RECD JUL 17 2008



**minar**
INDIAN RESTAURANT
138 West 46th Street, New York N.Y. 10036
212-398-4600
FREE DELIVERY

DATE: 06/13/08

Main Cafeteria

12 Hagalys

Chk 1612          Jun04'08 12:58PM  Gst 1

**Cafeteria**
1 Whole Fruit.................. 0.55
1 Add a Topping............... 1.25
1 Action Pasta'............... 5.25
debitek...................... 5.85
                              9.43

Subtotal..................... 8.70
Tax.......................... 0.73
Ttl Payment.................. 9.43

---

Cafeteria
1 Whole Fruit               0.55
1 Whole-Grn                 5.25
1 Ginzo Pasta               1.06
debitek                     9.16

Subtotal                    8.45
Tax                         0.71
Ttl Payment                 9.16

Chk 765          Jun02'08 02:08PM  Gst 1

12 Hagalys

Main Cafeteria

---

Cafeteria
1.0401b @ 5.76/lb
Lg Stryo Brk Ba             5.99
1 Tropicana 1o              2.00
1 Lunch Rede                5.54
debitek                     2.66

Subtotal                    2.45
Tax                         0.21
Ttl Payment                 2.66

Chk 355          Jun02'08 10:23AM  Gst 1

12 Hagalys

Main Cafeteria

---

Panincica, Italiana
18 Grand Central Station
New York, New York
10017, 212-490-6531
Store Code:01                06/02/2008
Register Code: Reg-1          19:26:12
TRAN No. 2-2-28105-449094      Admin
SALE RECEIPT
Item        QTY    Price    Amount
PANINI-05   1.000   6.49     6.49
Chicken Caesar Pizzoto
MISC-00     1.000   2.25     2.25
W/special
SUBTOTAL                     8.74
TAX1                         0.73
TAX2                         0.00
TOTAL                        9.47
       CASH                  9.47
       CHANGE DUE            0.00

---

Main Cafeteria

12 Hagalys

Chk 1326         Jun02'08 10:26AM  Gst 1

**Cafeteria**
1 MTO Omelte                3.95
1 Whole Fruit               0.55
1 DD 16oz.                  1.65
debitek                     6.67

Subtotal                    6.15
Tax                         0.52
Ttl Payment                 6.67

---

Main Cafeteria

12 Hagalys

Chk 1753         Jun02'08 02:20PM  Gst 1

**Cafeteria**
1.2801b @ 5.76/lb
Lg Clr Salad               7.37
1 Vitamin Water            2.00
debitek                   10.15

Subtotal                   9.37
Tax                        0.78
Ttl Payment               10.15

---

Metro-North Railroad

Station # 026    STAMFRD
                        Amount
Sold Tickets
Monthly          $264.00

Total Amount     $264.00

Payment Credit $265  $264.00
Amount Credit        $264.00
Thank You for Riding
        Metro North !
TSN ID #            829
Transaction #     318405
Date / Time    06/02/08 09:00

Signature

---

EATA PITTA
GRAND CENTRAL TERMINAL
NEW YORK, NY

Open Order   8:28pm
Nov'121  06/03/08-A   Loc #(FLOOR)
Srvr:shelly
                Items      9.58
                Tax         .82
          Subtotal       10.40

                lb
          TOTAL         10.40
          CUSTOMER COPY

    xxxxxxxxxxx2365/XXXX'S  A:172505
    06/03  20:28  10.40

          THANK YOU
          EATA PITA









Main Cafeteria

12 Haga lys

Chk 254          Jun18'08 10:08AM  Gst 1

Cafeteria
1 Parfait                         2.50
1 Whole Fruit                     0.55
1 Fresh Sqzd Juice                2.25
debitek                           5.74

Subtotal                          5.30
Tax                               0.44
Ttl Payment                       5.74

---

THANK YOU
EATA PITA

(Change due)      3.25
CASH              5.00
TOTAL             1.75
Tax               .15
Items             1.60
1..SNAPPLE        1.60
Order #78
Loc #Reboti-#
Cust #1 Shelly
CASH #1379 06/17/08-A 7:25min
GRAND CENTRAL TERMINAL
NEW YORK, NY

---

Main Cafeteria

12 Haga lys

Chk 1083         Jun17'08 10:18AM  Gst 1

Cafeteria
1 Parfait                         2.50
1 Muffin                          1.35
1 Smoothie                        2.50
debitek                           0.00

Subtotal                          6.35
Tax                               0.53
Ttl Payment                       6.88

---

Main Cafeteria

12 Haga lys

Chk 1573         Jun17'08 02:14PM  Gst 1

Cafeteria
1 Bd-Turkey Burger                0.55
1 Soda Bottle 20oz                1.60
1 Whole Fruit                     6.95
debitek                           9.86

Subtotal                          9.10
Tax                               0.76
Ttl Payment                       9.86

---

TOTAL            $6.23

---



KITCHEN CHECK      584425
Date  Table  Guests  # Serve
APPT-SOUP/SAL-ENTREE-VEG/POT-DESSERT-BEV

---

720'S GRAND CENTRAL
NEW YORK, NY 10017
040000164880
JUN 13, 08  APPROVED
165257

SEEMANTO BARUA
****************5535
VISA                    *****

SALE

GENERAL MERCHANDISE

TOTAL           $2.50

CUSTOMER COPY

---

DISHES GRAND CENTRAL
48 Grand Central Terminal
New York, NY 10017
TEL  212-808-5511
FAX. 212-808-0500

Cntr 6903 /06/16/08-A  7:57pm
Guests 1 Yossaina Chenn Table (STANDEE)

1..Med. Smoothie              5.50
                             ------
              Items           5.50
              Tax              .46
              TOTAL           5.96

1.VISA/xxxxxxxxxxxx2985/XXXX S  A:185678
  SEEMANTO BARU 8064 06/16 19:57   5.96

Customer Copy

---

Main Cafeteria

12 Haga lys

Chk 481          Jun16'08 01:54PM  Gst 1

Cafeteria
1 Yogurt 8oz                      1.40
1 Can soda 12oz                   1.00
1 Asian                           6.50
debitek                           9.65

Subtotal                          8.90
Tax                               0.75
Ttl Payment                       9.65

---

Main Cafeteria

12 Haga lys

Chk 66           Jun16'08 10:10AM  Gst 1

Cafeteria
1 Parfait                         2.50
1 Whole Fruit                     0.55
1 Fresh Sqzd Juice                2.25
debitek                           5.74

Subtotal                          5.30
Tax                               0.44
Ttl Payment                       5.74







## CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | June 1st - June 30th |

| Date | Expense Description | Employee | Air | Lodging | Phone | Meals | Ground Trans. | Other | TRIP TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 06/05/08 | Meal | Patricio Moschcovich | | | | 19.35 | | | 19.35 |
| 06/05/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| | | | | | | | | | |
| 06/12/08 | Meal | Patricio Moschcovich | | | | 16.00 | | | 16.00 |
| 06/12/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| 06/19/08 | Meal | Patricio Moschcovich | | | | 20.00 | | | 20.00 |
| 06/19/08 | Meal | Patricio Moschcovich | | | | 10.00 | | | 10.00 |
| 06/19/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| 06/26/08 | Train - 10-trip Ticket | Patricio Moschcovich | | | | | 185.00 | | 185.00 |
| | | | | | | | | | |
| 06/26/08 | Meal | Patricio Moschcovich | | | | 12.60 | | | 12.60 |
| 06/26/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| | | | | | | | | - | - |
| | | | | | | | | - | - |
| | | | | | | | | - | - |
| | | | | | | | | - | - |
| TOTALS | | | | | | | | | |

Bill
Lehman
travel exp

JE:07-131
6200869
262.95

Pato
E7278
36.00

CLIENT:
Employee Name:
Group
Date of Report:
Dates of Trip:
Purpose of the Trip:

TYPE Schedule:
Air=A
Lodging=L
Phone=P
Meals=M
Other=O

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Meal | 06/05/08 | M | Y | Y | N | 4.88 | USD | 1.0000 | $4.88 |
| Meal | 06/05/08 | M | Y | Y | N | 19.35 | USD | 1.0000 | $19.35 |
| Parking | 06/05/08 | O | N | Y | Y | 9.00 | USD | 1.0000 | $9.00 |
| Meal | 06/12/08 | M | Y | Y | N | 6.23 | USD | 1.0000 | $6.23 |
| Meal | 06/12/08 | M | Y | Y | N | 16.00 | USD | 1.0000 | $16.00 |
| Parking | 06/12/08 | O | N | Y | Y | 9.00 | USD | 1.0000 | $9.00 |
| Meal | 06/19/08 | M | Y | Y | N | 4.88 | USD | 1.0000 | $4.88 |
| Meal | 06/19/08 | M | Y | Y | N | 10.00 | USD | 1.0000 | $10.00 |
| Parking | 06/19/08 | O | N | Y | Y | 9.00 | USD | 1.0000 | $9.00 |
| Train - 10-trip Ticket | 06/26/08 | G | Y | Y | N | 185.00 | USD | 1.0000 | $185.00 |
| Meal | 06/26/08 | M | Y | Y | N | 4.88 | USD | 1.0000 | $4.88 |
| Meal | 06/26/08 | M | Y | Y | N | 12.60 | USD | 1.0000 | $12.60 |
| Parking | 06/26/08 | O | N | Y | Y | 9.00 | USD | 1.0000 | $9.00 |
|  |  |  |  |  |  |  | USD | 1.0000 | $0.00 |
|  |  |  |  |  |  |  | USD | 1.0000 | $0.00 |
|  |  |  |  |  |  |  | USD | 1.0000 | $0.00 |
|  |  |  |  |  |  |  | USD | 1.0000 | $0.00 |
|  |  |  |  |  |  | TOTALS: | 299.82 |  | $299.82 |

RECD JUL ? - 2008



Metro-North Railroad

Station # 1                           GCT

Sold Tickets
Ten Trip Peak

Total Amount              $185.00

Payment Credit 1416       $185.00

Thank You for Riding
Metro North !

TSM ID #                     303
Transaction #             31746
Date / Time     06/26/08 00:02i


ISE RESTAURANT
XXXXXXXXXXX1416

TOTAL        10.35
CUSTOMER COPY


SUSHI
XXXXXXXXXXX1416

TOTAL        10.60
CUSTOMER COPY


---

Adoro Restaurant
129 West 56th Street
New York, NY 10019

DOB: 06/12/2008
        06/12/2008
        3/4/0009

                    314S705

Server: Joe
01:27 PM
Table 26/1

AMEX
Card #XXXXXXXXXXXX1416
Magnetic card present: MOSCHICOVICH P
Approval: 589803

    Amount:        12.60
    + Tip:          3.40
    = Total:       16.00

X
Approval: 589803

        Thank You!

    >>> Customer Copy <<<


---

Adoro Restaurant
129 West 56th Street
New York, NY 10019

DOB: 06/26/2008
        06/26/2008
        5/5S0015

                    3145734

Server: P I N
01:16 PM
Table 20/1

AMEX
Card #XXXXXXXXXXXX1416
Magnetic card present: MOSCHICOVICH P
Approval: 586419

    Amount:        12.60
    + Tip:          ---
    = Total:       12.60

X
Approval: 586419

        Thank You!

    >>> Customer Copy <<<


---

Main Cafeteria

12 Magalys

Chk 169      Jun16'08 08:37AM  Gst 1

    Cafeteria
1 Bagel/Bialy            0.85
1 16 oz coffee           1.65
1 tropicana lg           2.00
  debitek                4.08

Subtotal                 4.50
Tax                      0.38
Ttl Payment              4.88


Main Cafeteria

12 Magalys

Chk 163      Jun17'08 08:35AM  Gst 1

    Cafeteria
1 Bagel/Bialy            0.85
1 Croissant              1.25
1 16 oz coffee           1.65
  tropicana lg           2.00
  debitek                6.23

Subtotal                 5.75
Tax                      0.48
Ttl Payment              6.23


Main Cafeteria

12 Magalys

Chk 5769     Jun26'08 08:48AM  Gst 1

    Cafeteria
1 Bagel/Bialy            0.85
1 16 oz coffee           1.65
1 tropicana lg           2.00
  debitek                4.88

Subtotal                 4.50
Tax                      0.38
Ttl Payment              4.88


7/21/2008



## CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | Apr 01, 08 - Apr 03, 08-GROUND |

| Date | Expense Description | Employee | Air | Lodging | Phone | Meals | Ground Trans | Other | TRIP TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 04/01/08 | Subway | Maneesh Sama | | | | | 25.00 | | 25.00 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| TOTALS | | | | | | | 25.00 | | 25.00 |

Bill
Lehman    Petty cash
ground   25.-

| CLIENT: | [Lehman Brothers] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | [Mahesh Saini] | | | | | | | | |
| Group: | [Engineering] | | | | | | | | |
| Date of Report: | [4/8/2008] | | | | | | | | |
| Dates of Trip: | [APR 01-08, APR 03-08] | | | | | | | | |
| Purpose of the Trip: | [Consultant] | | | | | | | | |



| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Subway | 04/01/08 | G | N | Y | Y | 25.00 | USD | 1.0000 | $25.00 |
| Taxi - New York to JFK (receipt attached) | 04/03/08 | G | N | N | Y | 45.00 | USD | 1.0000 | $45.00 |
| FedEx (Returning sim card to office) | 04/03/08 | G | N | N | Y | 15.20 | USD | 1.0000 | $15.20 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | N | | USD | 1.0000 | $0.00 |
| | | G | N | Y | Y | | USD | 1.0000 | $0.00 |
| | | G | N | Y | Y | | USD | 1.0000 | $0.00 |
| | | | | | TOTALS: | 85.20 | | | $85.20 |

REC'D JUL 08 2008

MVM RECEIPT

MTA NYC TRANSIT
63RD DRIVE - REGO PARK
NEW YORK CITY NY

MVM #: 1668(N330B 0702)

Tues 01 April 08 09:35

Trans: Sale OK
Payment Mode: Cash
Amount:           $ 25.00
Card Value:       $  0.00
Change Due:       $  5.00

Serial #:1650212625
Type: 025
     7-DAY UNLIMITED

          Questions?
Call (212) METROCARD