# EXHIBIT A

# PART II



# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** Apr 01, 08 - Apr 03, 08 — *MEALS*

| Date | Expense Description | Employee | Airfare | Lodging | Phone | Meals | Ground Trans. | Other | TRIP TOTALS |
|------|---------------------|----------|---------|---------|-------|-------|---------------|-------|-------------|
| 04/01/08 | lunch | Maneesh Sama | | | | 11.00 | | | 11.00 |
| 04/02/08 | lunch | Maneesh Sama | | | | 9.54 | | | 9.54 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| **TOTALS** | | | | | | | | | |

Bill Lehman  |  Petty Cash
meals  |  20.54

**CLIENT:** Lehman

**Employee Name:** Maneesh Sagar

**Group:** Engineering

**Date of Report:** 7/8/2008

**Dates of Trip:** APR-01-08 - APR-02-08

**Purpose of the Trip:** Consulting

TYPE Choices:
Air = A
Lodging = L
Phone = P
Meal = M
Ground = G
Other = O

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| lunch | 04/01/08 | M | N | Y | Y | 11.00 | USD | 1.0000 | $11.00 |
| lunch | 04/02/08 | M | N | Y | Y | 9.54 | USD | 1.0000 | $9.54 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | TOTALS: | 20.54 | | | $20.54 |

Main Cafeteria

IO Magalys

385          Apr02'08 12:53PM  Gst 1
Cafeteria
1 Asian                      6
1 soda bottle 20oz           1.80
1 Candy .79
onbitrs                      9.54

Subtotal                     8.80
Tax                          0.74
Ttl Payment                  9.54

9.16
1.84
11.00

Saigon 48
234 W 48th Street
New York NY 10036
Tel : 212 247-8669

# 1034         [ C8 ]      Dine In

waiter                      04/01/2008
2 Green Tea                 $2.00
         Drink Total :      $2.00
1 Grilled Chop /BR          $7.45
1 1-Pho                     $7.45
1 L-Veg Pad Thai            $7.45
  # No Egg
   1 # Add $1 Fried Tu      $1.00
         Food Total :       $23.35

         SubTotal :         $25.35
         Tax(8.375%):       $2.12

Total:          $27.47

         Thank You !
         Have a Nice Day !

9.16
9.16
9.15

A/L 7/28/08

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** Jun , 09 - Jun 30, 08 Meals

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/09/08 | Meals (25.00 + 12.61) | Maneesh Sarna | | 37.61 | | 37.61 |
| 06/10/08 | Meals (7.25 + 10.00) | Maneesh Sarna | | 17.25 | | 17.25 |
| 06/11/08 | Meals (10.00 + 9.00) | Maneesh Sarna | | 19.00 | | 19.00 |
| 06/12/08 | Meals (Alex, Maneesh, Shalbin) | Maneesh Sarna | | 40.00 | | 40.00 |
| 06/12/08 | Meals | Maneesh Sarna | | 27.00 | | 27.00 |
| 06/13/08 | Meals | Maneesh Sarna | | 11.04 | | 11.04 |
| 06/16/08 | Meals | Maneesh Sarna | | 10.23 | | 10.23 |
| 06/17/08 | Meals (8.00 + 23.00) | Maneesh Sarna | | 31.00 | | 31.00 |
| 06/18/08 | Meals (20.00 + 9.83) | Maneesh Sarna | | 29.83 | | 29.83 |
| 06/19/08 | Meals | Maneesh Sarna | | 5.99 | | 5.99 |
| 06/21/08 | Meals (8.96 + 7.56) | Maneesh Sarna | | 16.52 | | 16.52 |
| 06/22/08 | Meals | Maneesh Sarna | | 6.00 | | 6.00 |
| 06/23/08 | Meals (13.53 + 29.00) | Maneesh Sarna | | 42.53 | | 42.53 |
| 06/24/08 | Meals (20.00 + 5.47) | Maneesh Sarna | | 25.47 | | 25.47 |
| 06/25/08 | Meals (12.00 + 13.53) | Maneesh Sarna | | 25.53 | | 25.53 |
| 06/28/08 | Meals | Maneesh Sarna | | 10.00 | | 10.00 |
| 06/29/08 | Meals | Maneesh Sarna | | 5.39 | | 5.39 |
| 06/30/08 | Meals | Maneesh Sarna | | 7.47 | | 7.47 |
| TOTALS | | | | | | |

Phil
Lehman    Petty Cash
meals    367.8

| CLIENT: | | | | | | | | | | | |
| Employee Name: | | | | | | | | | | | |
| Group | | | | | | | | | | | |
| Date of Report: | | | | | | | | | | | |
| Dates of Trip: | | | | | | | | | | | |
| Purpose of the Trip: | | | | | | | | | | | |
| EXPENSE DESCRIPTION | DATE | TYPE | AMEX (Y/N) | BILLABLE (Y/N) | REIMBURSIBLE (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | AMOUNT |
| Meals (25.00 + 12.61) | 06/09/08 | M | N | Y | Y | 37.61 | USD | 1.0000 | $37.61 |
| Meals (7.25 + 10.00) | 06/10/08 | M | N | Y | Y | 17.25 | USD | 1.0000 | $17.25 |
| Meals (10.00 + 9.00) | 06/11/08 | M | N | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| Meals (Alex, Maneesh, Shalbin) | 06/12/08 | M | N | Y | Y | 40.00 | USD | 1.0000 | $40.00 |
| Meals | 06/12/08 | M | N | Y | Y | 27.00 | USD | 1.0000 | $27.00 |
| Meals | 06/13/08 | M | N | Y | Y | 11.04 | USD | 1.0000 | $11.04 |
| Meals | 06/16/08 | M | N | Y | Y | 10.23 | USD | 1.0000 | $10.23 |
| Meals (8.00 + 23.00) | 06/17/08 | M | N | Y | Y | 31.00 | USD | 1.0000 | $31.00 |
| Meals (20.00 + 9.83) | 06/18/08 | M | N | Y | Y | 29.83 | USD | 1.0000 | $29.83 |
| Meals | 06/19/08 | M | N | Y | Y | 5.99 | USD | 1.0000 | $5.99 |
| Meals (8.96 + 7.56) | 06/21/08 | M | N | Y | Y | 16.52 | USD | 1.0000 | $16.52 |
| Meals | 06/22/08 | M | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals (13.53 + 29.00) | 06/23/08 | M | N | Y | Y | 42.53 | USD | 1.0000 | $42.53 |
| Meals (20.00 + 5.47) | 06/24/08 | M | N | Y | Y | 25.47 | USD | 1.0000 | $25.47 |
| Meals (12.00 + 13.53) | 06/25/08 | M | N | Y | Y | 25.53 | USD | 1.0000 | $25.53 |
| Meals | 06/28/08 | M | N | Y | Y | 10.00 | USD | 1.0000 | $10.00 |
| Meals | 06/29/08 | M | N | Y | Y | 5.39 | USD | 1.0000 | $5.39 |
| Meals | 06/30/08 | M | N | Y | Y | 7.47 | USD | 1.0000 | $7.47 |
| | | | | | TOTALS: | 367.86 | | | $367.86 |

REC'D JUL 08 2008

# Chipotle

**BURRITOS & TACOS**
WWW.CHIPOTLE.COM

Raised with care not chemicals

13768 NW Freeway
Houston, TX 77040
713-996-9047

Host: ROBERTA          06/10/2008
ORDER #352                 1:07 PM
                                    10/253

| | |
|---|---|
| Veggie Burrito | 5.40 |
| Small Soda | 1.30 |
| Subtotal | 6.70 |
| Tax | 0.55 |
| DINE IN Total | 7.25 |
| Visa XXXXXXXXXXXX9142 | 7.25 |
| Authorizing... | |
| Balance Due | 7.25 |

---

Pappadeaux Seafood #10 (0=J)
7110 FM 1960 West
Houston, TX 77069
281-580-5245

Server: Patrick S      Table:65
Ticket:3910

Name: MANEESH SANA
Acct: ***********9142
Exp: *****
Card: Visa
Auth: 000010   Roc: N147503
Merchant ID: 67071730402

06/10/2008              08:52pm

| | |
|---|---|
| Amount: | $7.95 |
| + Tip: | $ 2.05 |
| = Total: | $ 10.00 |

---

NEW BALLOON CAFE
(713)690-3114
Counter Sales

Check No 44878/1
Tab CSC   Server 3165   Guests 1

| | | |
|---|---|---|
| 1 | Chicken Mariela | 9.95 |
| 1 | Coke | 1.70 |
| | Food Sub-Total | 11.65 |
| | SUB TOTAL | 11.65 |
| | Sales Tax | 0.96 |
| | **TOTAL:** | **12.61** |

**Payments Applied**

| | |
|---|---|
| Cash | 15.00 |
| **TOTAL DUE:** | **-2.39** |

Thank You,
Leigh

12:33:10 PM -               6/9/2008

Thanks for visiting Red Balloon Cafe

---

C4714
Server: ROY H (4653)          Rec:213
06/09/08 21:03, Swiped   1: 818 Term: 9

BJ's RESTAURANT & BREWERY
7637 FM 1960 W.
WILLOWBROOK, TX 77070
(281)477-0777
MERCHANT #:

CARD TYPE          ACCOUNT #-#RES
VISA              XXXXXXXXXXX9142
Name: MANEESH SANA
00 TRANSACTION APPROVED
AUTHORIZATION #: 000008
Reference: AU805N152
TRANS TYPE: Credit Card SALE

| | |
|---|---|
| CHECK : | 20.68 |
| TIP : | 4.32 |
| TOTAL : | 25.00 |

X _____

---

HAFEZ RESTAURANT
11312 WESTHEIMER
HOUSTON, TX 77077
281-558-0666

C O P Y
06/12/2008  14:27:37
Sale:

| | |
|---|---|
| Transaction # | 6 |
| Card Type: | Visa |
| Acc: | ***********9142 |
| Entry: | Swiped |
| Srvr # | 2 |
| Base Amt: | 34.60 |

| | |
|---|---|
| Tip: | $ 5.40 |
| Total Amt: | $ 40.00 |

Reference No.: 816414245552
Auth.Code:         000013
Response:         APPROVAL
Sequence Number:      0006
CUSTOMER COPY

WE DO NO ORDERS TO GO
AND CATERING!

---

Baker Street Pub
17278 Tomball Parkway
281-517-06..

Server: Diana        DOB: 06/12/2008
12:28 AM                    06/13/2008
S4: ELROY ALEXAN/1            7/7/0107

Visa                          7340153
Card #XXXXXXXXXX9142
Magnetic card present: SANA MANEE.>H
Approval: 000014

| | |
|---|---|
| Amount: | 72.75 |
| + Tip: | 4.05 |
| | 27.00 |

X _____

Thanks! Come again.

---

Pappasito's #12 (041)
7050 FM 1960 West at Cutten Rd.
Houston, TX 77069
281-893-5030

rver: Jennifer N     Table:101
cket:5306

me: MANEESH SANA
c: ***********9142.
>: *****
rd: Visa
th: 000012   Roc: N158856
rchant ID: 67071730410

/11/2008                    09:35pm

| | |
|---|---|
| ount: | $6.95 |
| Tip: | $ 2.05 |
| Total: | $ 9.00 |

---

Pappas Bar-B-Q #19 (665)
12917 NW Frwy.
Houston, TX 77040
713-462-2550

Server: Dolores A.
Ticket: 275
Table: Dine In
Watermelon Drink
Chicken Special

| | |
|---|---|
| Subtotal: | |
| Tax: | |
| Total: | 11.04 |
| Credit Card | -11.04 |
| Change: | 0.00 |

Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 934-9201
FAX (713) 934-9204
Su # 4

46 Randy H

Chk 4443                MANEESH              Gst 0
Jun18'08 01:28PM

Here
1 CAESAR                                      4.59
1 F2 MANED LG                                 4.09
XXXXXXXXXXXXX9142 XX/XX
Visa                                          9.83

FOOD                                          4.59
BEVERAGE                                      4.09
Tax                                           0.75
PAYMENT                                       9.83

Date: 6/19/2008    RED BALLOON CAFE    Time: 1:23:56 PM

Status:              Approved
Card Type:           Visa
Card Number:         XXXXXXXXXXXXX9142
Expiration Date:
Swipe/Manual:        XX/XX
Server ID/Name:      Swipe
                     2229 / KEVIN
Check Number:        4676 / 1
Tab Number:          CEC
Card Owner:          SAMA/MANEESH

Amount               5.99

Approval: 000021

**********         Customer Copy         **********
****************************************************
****************************************************

SAM'S ON RICHMOND
5720 Richmond Avenue
(713)781-2628

11:44:30 PM                                6/18/2008

Status:              Approved
Card Type:           Visa / Swipe
Card Number:         XXXXXXXXXXXXX9142
Card Owner:          SAMA/MANEESH
Expiration Date:     XX/XX
Server ID/Name:      3225 / Nikki
Check Number:        87438/72
Tab Number:          24

Amount      16.49
Tip         3.57
Total       20.oo

Date: 6/16/2008    RED BALLOON CAFE    Time: 1:37:29 PM

Status:              Approved
Card Type:           Visa
Card Number:         XXXXXXXXXXXXX9142
Expiration Date:
Swipe/Manual:        Swipe
Server ID/Name:      7232 / Crystal)
Check Number:        4676 / 1
Tab Number:          CEC
Card Owner:          saa/maneesh

Amount               10.23

Approval: 000016

****************************************************
**********         Customer Copy         **********
****************************************************

CHILI'S - HOLLISTER    3340
06/17/08    14:14:47 T033
RAQUEL              CHK #121
                   CHARGE 1

VISA
XXXXXXXXXXXX9142
SAMA/MANEESH

CHARGE AMOUNT       6.04

TIP AMOUNT          /.96

TOTAL              8.oo

GUEST COPY
WE WELCOME YOUR COMMENTS!
PLEASE CALL US AT 1-800-983-4637
OR VISIT US AT WWW.CHILIS.COM

0420
Server: RAQUEL S (4214)      Rec:278
06/17/08 21:06, Swlwd   T: 404 Term: 1

BJ's RESTAURANT & BREWERY
7637 FM 1960 W.
HILLROBROX, TX 77070
(281)477-9777
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXXXX9142
Name: MANEESH SAMA
DO TRANSACTION APPROVED
AUTHORIZATION #: 000018
Reference: AVA1100214
TRANS TYPE: Credit Card SALE

CHECK :            18.57
TIP :              4.43
TOTAL :            23.oo

---

RED BALLOON CAFE

Date: 6/23/2008    Time: 1:27:05 PM

Status:              Approved
Card Type:           Visa
Card Number:         XXXXXXXXXXXX9142
Expiration Date:     XX/XX
Swipe/Manual:        Swipe
Server ID/Name:      2239 / KEVIN
Check Number:        4/2020 / 1
Tab Number:
Card Owner:          SMW/MANEESH

Amount               13.53

Approval: 000026

##############################################
######## Customer Copy #############
##############################################

Pappadeaux Seafood #02 (021)
13080 Hwy 290 at Hollister
Houston, TX 77040
713-460-1203

Server: CASSIE  Table:203
Ticket:3720

Name: MANEESH SMW
Acct: *************9142
Exp: *****
Card: Visa
Auth: 000027  Roc: X202753
Merchant ID: 6/n^1730212

06/23/2008                    09:00am

Amount:                    $23.42

+ Tip:                    $ 5.56

= Total:                  $ 27.15

---

Pappas Bar-B-Q #19 (655)
12917 NW Frwy.
Houston, TX 77040
713-462-2550

Server: Manager Table:0
Ticket:287

Name: MANEESH SMW
Acct: *************9142
Exp: *****
Card: Visa
Auth:  Roc: W091755
Merchant ID: 6725597651

06/24/2008                    02:53pm

Amount:                    $5.47

Total:                     $5.47

---

O474
Server: KELLY F (#243)        Rec:204
06/24/08 22:07, Swiped  1: 817 Term: 11

BJ'S RESTAURANT & BREWERY
7637 FM 1960 W.
WILLOWBROOK, TX 77070
(281)M77-0777
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXXXX9142
Name: MANEESH SMW
00 TRANSACTION APPROVED
AUTHORIZATION #: 000030
Reference #: AU1131210
TRANS TYPE: Credit Card SALE

CHECK:                    16.26

TIP:                      3.74

TOTAL:                    20.00

---

IHOP #1336
5729 Westheimer Rd.
Houston, TX 77057
(713) 552-1378
Date:          10/02/08 11:14AM
Card Type:     Visa/M.C.
Acct #:        XXXXXXXXXXXX9142
Trans Key:     C120000308275883
Exp Date:      XX/XX
Auth Code:     000025
Check:         541
Table:         12/2
Server:        20024 KARL A

Subtotal:                  4.32

Tip:_____          1.68

Total:_____        6.00

_____ Signature
I agree to pay above total
according to my card agreement.
***GUEST COPY***

---

Fadi's
Mediterranean Grill

8383 Westheimer, Suite112
Houston, TX 77063
713.532.0666

Registers#:.98-     Employee: Triangle
Check#: 02/849       Table:
Date: 06/21/08       Time: 09:18pm

1 Kabob Sandwich              4.99
   Chicken                    0.00
1 Fresh Juice                 3.29

Subtotal:                     8.28
FOOD TAX                      0.68
Sub w/Tax:                   8.96
Total:                      $8.96

Gift Certificate             $0.00

Change Due:                  $0.00

---

C1 C1-'s P1zz1a   #347
8383 Westheimer Suite F
Phone #713-789-0009

C01's #347    Register #2
6/21/2009 1:53 PM Cashier: BLANCA
Buy Seq #07  Ticket Ref #200253828

'Credit Sale' : DEBIT

* Dine In *

1 Adult Buffet Regular 4.99
1 Adult Drink Regular 1.79
1 Adult Drink UPS$13.20cz 0.20

Subtotal: 6.98
Tax 1: 0.58        Tax 2: 0.00
     Amount  Due:7.56
Amount Paid: 7.56
Charge Due: 0.00

Thank You!
Please come again!

*** GUEST COPY ***
RETAIN FOR   RECORDS

Auth ID: 43637985
Card #XXXXXXXXXXXX9142 Exp  XX/XX/XX



This Ain't No Drive-Thru
Goode Company Bar-B-Que
Houston, TX 77024
713-464-1901

Server: Diana         DOB: 06/25/2008
08:52 PM              06/25/2008
Order #247/1          2/2/2047

VISA                  2097542
Card #XXXXXXXXXXXX9142
Magnetic card present: SWAA MANEESH
Approval: 000032

            Amount:        9.35

            Tip:          2.64

            = Total:      12.-3

X _____

Customer Copy

RED BALLOON CAFE
(713)890-3114
.Counter Sales

Check No 47675/1
Tab C&C   Server: 1334   Guests 1

1  Grilled Tilapia        10.75
1  Iced Tea                1.75

   Food Sub-Total         12.50

   SUB TOTAL              12.50
   Sales Tax               1.03

   TOTAL                  13.53

Payments Applied

Visa                      13.53
   TOTAL DUE:              0.00

         Thank You,
         Carol An

2:05:11 PM     6/25/2008

Thanks for visiting Red Balloon Cafe
675

---

DAUM BEU CAFE
5961 RESTRICTED DR STE-
HOUSTON, TX 77065

TERMINAL ID:          MERCHANT ID:
MERCHANT #:           XXXXX55694

VISA
#XXXXXXXXXXXX9142
SALE
DATE: 06/25/08
REF: 06/25/08
SN: 06/25/08

PRE-TIP AMT            #7.99

TIP                    2.37

TOTAL                  10.3~

CUSTOMER COPY

CYPRESS PIZZA
HOUSTON 200
HAVE A NICE DAY!!!!

06/29/2008  2:13PM  01
000031#7879        CLERK01

SLICE CHEESE         $2.49
24 OZ SODA           $2.49
NOSE S1              $4.98
TAX1                 $0.41

ITEMS    20
CASH          $$5.39

---

*Chipotle*

BURRITOS & TACOS
WWW.CHIPOTLE.COM

Farmers, not factories.

13768 NW Freeway
Houston, TX 77040
713-956-9047

Host: ROBERTA         06/30/2008
ORDER #385            1:17 PM
                      10286

Chicken Burritto       5.60
Small Soda             1.30

Subtotal               6.99
Tax                    0.57

DINE IN Total          7.47
Visa #XXXXXXXXXXXX9142
   Authori2ing.....    7.47
   Balance Due         7.47

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman Brothers
**TRIP DATES:** Jun 09, 08 - Jun 30, 08    GR + LO)

8231

| Date | Description | Name | | | |
|------|-------------|------|---|---|---|
| 06/08/08 | Taxi (Airport - hotel) | Maneesh Sama | | 60.00 | 60.00 |
| 06/27/08 | Road Toll | Maneesh Sama | | 1.50 | 1.50 |
| 06/27/08 | Road Toll | Maneesh Sama | | 1.50 | 1.50 |
| 06/29/08 | Road Toll | Maneesh Sama | | 1.50 | 1.50 |
| | | | | - | - |
| | | | | - | - |
| 07/02/08 | Accomodation (till 02 July) - Alex's Card | Maneesh Sama | 2,873.75 | | 2,873.75 |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |

Bill Lehman    SC 07-787
ground    2,184.05    4200&Eng    6,81.70    1200&Eng    Petty Cash    64.50
lod    2,184.05    6,81.70    64.50 = 2,938.25
total

| CLIENT: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee Name: | | | | | | | |
| Group | | | | | | | |
| Date of Report: | | | | | | | |
| Dates of Trip: | | | | | | | |
| Purpose of the Trip: | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Taxi (Airport - hotel) | 05/08/08 | G | N | Y | Y | 60.00 | USD | 1.0000 | $60.00 |
| Road Toll | 06/27/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Road Toll | 06/27/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Road Toll | 06/29/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Phone (Cell NOT provided till 16th Jun) - Alex's Card | 06/08/08 | P | Y | N | N | 18.00 | USD | 1.0000 | $18.00 |
| Phone (Cell NOT provided till 16th Jun) - Alex's Card | 06/14/08 | P | Y | N | N | 23.23 | USD | 1.0000 | $23.23 |
| Phone (Cell NOT provided till 16th Jun) - Alex's Card | 06/15/08 | P | Y | N | N | 32.36 | USD | 1.0000 | $32.36 |
| Accomodation (till 02 July) - Alex's Card | 07/02/08 | L | Y | Y | N | 2,873.75 | USD | 1.0000 | $2,873.75 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | TOTALS: | | 3,011.84 | | | $3,011.84 |

RECD JUL 08 2008



## STAYBRIDGE SUITES

**Alexander Savelyev**
36 Beecher Ave
Shelton, CT 06484-4010
US

Cashier No. : 16

| | |
|---|---|
| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. : PC | 604775851 |
| Invoice No. | : |

| | |
|---|---|
| Room No. | : 429 |
| Arrival | : |
| Departure | : 06-08-08 |
| Conf. No. | : 07-03-08 / 6547T017 |
| Rate Code | : ILLDZ |
| Page No. | : 1 of 4 |

07-02-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-08-08 | Long Distance Call 14:09 #7429 : 213-406-8888 [00:06:00] | 4.53 | |
| 06-08-08 | Long Distance Call 14:22 #7429 : 213-406-8888 [00:13:00] | 7.74 | |
| 06-08-08 | Long Distance Call 21:31 #7429 : 213-406-8888 [00:07:00] | 5.33 | |
| 06-08-08 | *Accommodation | 99.95 | |
| 06-08-08 | State Occupancy Tax | 6.00 | |
| 06-08-08 | County Occupancy Tax | 9.00 | |
| 06-09-08 | *Accommodation | 99.95 | |
| 06-09-08 | State Occupancy Tax | 6.00 | |
| 06-09-08 | County Occupancy Tax | 9.00 | |
| 06-09-08 | *Accommodation | 99.95 | |
| 06-10-08 | State Occupancy Tax | 6.00 | |
| 06-10-08 | County Occupancy Tax | 9.00 | |
| 06-10-08 | *Accommodation | 99.95 | |
| 06-10-08 | State Occupancy Tax | 6.00 | |
| 06-11-08 | County Occupancy Tax | 9.00 | |
| 06-11-08 | *Accommodation | 99.95 | |
| 06-11-08 | State Occupancy Tax | 6.00 | |
| 06-12-08 | County Occupancy Tax | 9.00 | |
| 06-12-08 | *Accommodation | 99.95 | |
| 06-12-08 | State Occupancy Tax | 6.00 | |
| 06-13-08 | County Occupancy Tax | 9.00 | |
| 06-13-08 | *Accommodation | 99.95 | |
| 06-13-08 | State Occupancy Tax | 6.00 | |
| 06-14-08 | County Occupancy Tax | 9.00 | |
| 06-14-08 | Long Distance Call 08:17 #7429 : 213-406-8888 [00:11:00] | 6.94 | |
| 06-14-08 | Long Distance Call 19:24 #7429 : 213-406-8888 [00:21:00] | 10.96 | |
| 06-14-08 | Long Distance Call 23:25 #7429 : 213-406-8888 [00:07:00] | 5.33 | |
| 06-14-08 | *Accommodation | 99.95 | |

---

## STAYBRIDGE SUITES

**Alexander Savelyev**
36 Beecher Ave
Shelton, CT 06484-4010
US

Cashier No. : 16

| | |
|---|---|
| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. : PC | 604775851 |
| Invoice No. | : |

| | |
|---|---|
| Room No. | : 420 |
| Arrival | : |
| Departure | : 06-08-08 |
| Conf. No. | : 07-03-08 / 6547T017 |
| Rate Code | : ILLDZ |
| Page No. | : 2 of 4 |

07-02-08

1,223.90

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-14-08 | State Occupancy Tax | 6.00 | |
| 06-14-08 | County Occupancy Tax | 9.00 | |
| 06-15-08 | Long Distance Call 08:45 #7429 : 213-406-8888 [00:03:00] | 3.73 | |
| 06-15-08 | Long Distance Call 12:21 #7429 : 213-406-8888 [01:05:00] | 28.63 | |
| 06-15-08 | *Accommodation | 99.95 | |
| 06-15-08 | State Occupancy Tax | 6.00 | |
| 06-15-08 | County Occupancy Tax | 9.00 | |
| 06-16-08 | *Accommodation | 99.95 | |
| 06-16-08 | State Occupancy Tax | 6.00 | |
| 06-16-08 | County Occupancy Tax | 9.00 | |
| 06-17-08 | *Accommodation | 99.95 | |
| 06-17-08 | State Occupancy Tax | 6.00 | |
| 06-17-08 | County Occupancy Tax | 9.00 | |
| 06-18-08 | *Accommodation | 99.95 | |
| 06-18-08 | American Express XXXXXXXXXX1077 | 99.95 | |
| 06-18-08 | State Occupancy Tax | 6.00 | |
| 06-18-08 | County Occupancy Tax | 9.00 | |
| 06-19-08 | *Accommodation | 99.95 | |
| 06-19-08 | State Occupancy Tax | 6.00 | |
| 06-19-08 | County Occupancy Tax | 9.00 | |
| 06-20-08 | *Accommodation | 99.95 | |
| 06-20-08 | State Occupancy Tax | 6.00 | |
| 06-20-08 | County Occupancy Tax | 9.00 | |
| 06-21-08 | *Accommodation | 99.95 | |
| 06-21-08 | State Occupancy Tax | 6.00 | |

## Folio 1

STAYBRIDGE
SUITES

Alexander Savelyev
36 Beecher Ave
Shelton, CT 06484-4010
US

| | |
|---|---|
| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : PC  604775851 |
| Invoice No. | : |

Cashier No. : 15

| | |
|---|---|
| Room No. | : 429 |
| Arrival | : 06-08-08 |
| Departure | : 07-03-08 |
| Conf. No. | : 65471017 |
| Rate Code | : ILLDZ |
| Page No. | : 3 of 4 |

07-02-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-21-08 | County Occupancy Tax | 9.00 | |
| 06-22-08 | *Accommodation | 99.95 | |
| 06-22-08 | State Occupancy Tax | 6.00 | |
| 06-22-08 | County Occupancy Tax | 9.00 | |
| 06-23-08 | *Accommodation | 99.95 | |
| 06-23-08 | State Occupancy Tax | 6.00 | |
| 06-23-08 | County Occupancy Tax | 9.00 | |
| 06-24-08 | *Accommodation | 99.95 | |
| 06-24-08 | State Occupancy Tax | 6.00 | |
| 06-24-08 | County Occupancy Tax | 9.00 | |
| 06-25-08 | *Accommodation | 99.95 | |
| 06-25-08 | State Occupancy Tax | 6.00 | |
| 06-25-08 | County Occupancy Tax | 9.00 | |
| 06-26-08 | *Accommodation | 99.95 | |
| 06-26-08 | State Occupancy Tax | 6.00 | |
| 06-26-08 | County Occupancy Tax | 9.00 | |
| 06-27-08 | American Express | | 1,034.55 |
| 06-27-08 | XXXXXXXXXXX1077 | | |
| 06-27-08 | *Accommodation | 99.95 | |
| 06-27-08 | State Occupancy Tax | 6.00 | |
| 06-27-08 | County Occupancy Tax | 9.00 | |
| 06-28-08 | *Accommodation | 99.95 | |
| 06-28-08 | State Occupancy Tax | 6.00 | |
| 06-28-08 | County Occupancy Tax | 9.00 | |
| 06-29-08 | *Accommodation | 99.95 | |
| 06-29-08 | State Occupancy Tax | 6.00 | |

Staybridge Suites Houston/Willowbrooku
10750 Gessner Drivei
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

## Folio 2

STAYBRIDGE
SUITES

Alexander Savelyev
36 Beecher Ave
Shelton, CT 06484-4010
US

| | |
|---|---|
| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : PC  604775851 |
| Invoice No. | : |

Cashier No. : 15

| | |
|---|---|
| Room No. | : 429 |
| Arrival | : 06-08-08 |
| Departure | : 07-03-08 |
| Conf. No. | : 65471017 |
| Rate Code | : ILLDZ |
| Page No. | : 4 of 4 |

07-02-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-29-08 | County Occupancy Tax | 9.00 | |
| 06-30-08 | *Accommodation | 99.95 | |
| 06-30-08 | State Occupancy Tax | 6.00 | |
| 06-30-08 | County Occupancy Tax | 9.00 | |
| 07-01-08 | *Accommodation | 99.95 | |
| 07-01-08 | State Occupancy Tax | 6.00 | |
| 07-01-08 | County Occupancy Tax | 9.00 | |
| 07-02-08 | *Accommodation | 99.95 | |
| 07-02-08 | State Occupancy Tax | 6.00 | |
| 07-02-08 | County Occupancy Tax | 9.00 | |
| | **Total** | **2,947.34** | **2,257.69** |
| | **Balance** | **689.70** | |

Thank you for staying at Staybridge Suites Houston/Willowbrooki. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

Guest Signature:
I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrooku
10750 Gessner Drivei
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730



HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON NORTH

Lane No. 12

Fare Paid - $1.50

03:17:32PM 06-27-08

Have a nice day!

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON NORTH

Lane No. 13

Fare Paid - $1.50

07:48:25PM 04-29-08

Have a rice day!

Sunset Cab Company
(281) 437-5971
Fare Receipt

Date _____

Received of _____

the Sum of _____

From I - A - H

To 10 2 Fo Oak Street BD

No. 12.06

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON CENTRAL

Lane No. 01

Fare Paid - $1.50

10:11:05PM 06-27-08

Have a nice day!

BILL TO

Lehman Brothers, Inc.
Attn:  Mr. John Junio
745 Seventh Avenue
New York, NY  10019

SEP 11

| DATE | INVOICE # |
|------|-----------|
| 9/10/2008 | 8337 |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| REIMBURSABLE TRAVEL EXPENSES | |
| | |
| R. White, Jul 08 - Travel | 404.52 |
| S. Barua, Jul 08 - Travel | 859.19 |
| P. Moschcovich, Jul 08 - Travel | 334.51 |
| M. Sama, Jul 08 - Travel | 2,082.00 |
| A. Savelyev, Jun 08 - Travel | 11,276.30 |
| A. Savelyev, Jul 08 - Travel | 976.73 |
| S. Samuel, Jun 08 - Travel | 697.62 |
| S. Samuel, Jul 08 - Travel | 4,050.19 |
| | |
| Please note: Payment is due Net 30 days | |

*Sent Fed Ex To*
*Kevin Dempsey*

| Please use your invoice number as a reference. | Total | $20,681.06 |
|---|---|---|

Wire Payment Instructions:
SIL VLY BK SJ
ROUTING & TRANSIT# 121140399
TRIPLE POINT AC#3300485747

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman Brothers
**TRIP DATES:** 7/1 - 7/14/08

| Date | Description | Employee | | | | Amount | Total |
|---|---|---|---|---|---|---|---|
| 07/01/08 | Panera Bread | Shalbin Samuel | | | | 8.75 | 8.75 |
| 07/02/08 | McDonald's | Shalbin Samuel | | | | 9.40 | 9.40 |
| 07/02/08 | Boudreaux's | Shalbin Samuel | | | | 18.29 | 18.29 |
| 07/03/08 | Wendy's | Shalbin Samuel | | | | 6.81 | 6.81 |
| 07/07/08 | Starbucks Coffee | Shalbin Samuel | | | | 5.99 | 5.99 |
| 07/08/08 | Staybridge Suites(7/8/08-8/1/08) | Shalbin Samuel | 2,793.30 | | | | 2,793.30 |
| 07/08/08 | Taxi(Airport to Lehman Office) | Shalbin Samuel | | 67.00 | | | 67.00 |
| 07/08/08 | ABP Food Court | Shalbin Samuel | | | | 5.51 | 5.51 |
| 07/08/08 | Pappadeaux Seafood | Shalbin Samuel | | | | 31.34 | 31.34 |
| 07/09/08 | Chipotle | Shalbin Samuel | | | | 9.36 | 9.36 |
| 07/09/08 | BJ's Willowbrook | Shalbin Samuel | | | | 17.58 | 17.58 |
| 07/11/08 | Wendy's | Shalbin Samuel | | | | 3.01 | 3.01 |
| 07/12/08 | Cici's Pizza | Shalbin Samuel | | | | 6.78 | 6.78 |
| 07/12/08 | Starbucks Coffee | Shalbin Samuel | | | | 3.52 | 3.52 |
| 07/13/08 | McDonald's | Shalbin Samuel | | | | 6.16 | 6.16 |
| 07/13/08 | Chilis | Shalbin Samuel | | | | 8.11 | 8.11 |
| 07/14/08 | Chipotle | Shalbin Samuel | | | | 7.47 | 7.47 |
| | | | | | | | - |



```
Papadeaux Seafood #10 (040)
7110 FM 1960 West
Houston, TX 77069
281-580-5245

Server: Deanna D          Guests: 4
Ticket: 4478          July 08, 2008
Table: 2 Dine In      09:03pm

Twisted Hurricane           .25
Shrimp Etouffee           lb.95
                       ----------
Subtotal:                 28.90
Tax:                       1.56
                       ----------
Total:                   28.46

Give the gift of Pappas!  3.CW
Our Dine Cards come       31.46
in all sizes.
ask your server for details.
```



```
** STARBUCKS COFFEE COMPANY **   #07477

FERGUSON LIBRARY        CT06901
STAMFORD   ---- DUPLICATE RECEIPT ----

1 GR LATTE                 3.35

          0000A2
ADD SHOT                   0.55
1 CREME BUTTER             1.75

SUBTOTAL   104313
TAX 6.0                    5.65
TOTAL                      0.34
CASH                       5.99
CHANGE DUE                 6.00
                           0.01
07477 02A1 700648 001254582H
07/07/08

                           6:17
7/8/2008
            ABP Food Court

Check: 152144
Server: Ana
Terminal 15
              Regular
1 Orange Juice             2.99
1 PI Crois                 2.09
          ----------
Subtotal                   5.08
Tax                        0.43
Total                      5.51

                          10.00
Cash                       4.49
Change

GRAND TOTAL                5.51

T15 C1576 7/8/2008 06:17

```

```
Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 934-9201
FAX (713) 934-9204
su # 6
```

```
215 Manager              Gst 6
Chk 6447     SHALEIN
Jul01'08 01:29PM

Here
1 TRL COMBO               6.49
1 CHIPS
1 LEMONADE                1.55
  Cash                   20.00

FOOD                      6.49
BEVERAGE                  1.59
Tax                       0.67
PAYMENT                   8.75
Change Due               11.25
```



```
"Home of the Monster Shrimp"
Come join us for Happy Hour
11555 Tomball Parkway
Houston, Texas 77064
(281) 469-9500

Order #247

cust. Jane    07/02/2008
rder #247-       1:28 PM
                    10048

alean Mardi Gras        14.95
ottuless Beverage        1.95

ab Total               16.90
ax                      1.39
                      -------
rder Total             18.29

                       20.00

                        1.71
```

```
                     TEL# (713)469-0200

THANK YOU

MCDONALD'S
Jul.02'08(Wed)20:14
STORE 2720

Order #244  TO GO

SOUTH/FRESH/CAPPUCCINO    2.79
CASH Reg. EXPRESS PK      4.88
1 MED COKE                1.00
                        -------
SUB TOTAL                 8.68
TAKE OUT TAX              0.72

CASH TENDERED             9.40

CHANGE                   20.40

                         11.00
```

```
WENDY'S
INTERCONTINENTAL AIRPORT
TERMINAL C-SOUTH

           OUT
SPCY CHB                  6.29
OR PEPPR

TXTXL                      .52
TOTL               6   6.81
CASH                     10.00
CHNG                      3.19

JOSE
0254 14:45 Jul.03'08 REG00G1
```

```
BOUDREAUX'S
CHIPOTLE
BURRITOS & TACOS
WWW.CHIPOTLE.COM

Farms, not Big Pharm

13769 NW Freeway
Houston, TX 77040
713-996-9247

Host: Roberta          07/09/2008
ORDER #467              3:14 PM
                          10368

Steak Burrito             5.85
Guacamole                 1.50
Small Soda                1.30
                        -------
Subtotal                  8.65
Tax                       0.71

DINE IN Total             9.36
Cash                     20.00
Change                   10.64

---- Check Closed ----
```



## Chipotle

BURRITOS & TACOS
WWW.CHIPOTLE.COM

Farmers, not factories.

13708 NW Freeway
Houston, TX 77040
713-996-9047

Host: ROBERTA
ORDER #330                        07/14/2008
                                  1:07 PM
                                  10281

Chicken Fajita              5.60
Small Soda                  1.30

Subtotal                    6.90
Tax                         0.57

DINE IN Total               7.47
Cash                       20.00
Change                     12.53

--- Check Closed ---

---

CiCi's Pizza #3447
835 Westheimer Suite F
Phone (713)-785-0001

CiCi's #397          Register #2
7/12/2008 7:02 PM  Cashier: BLANCA
Dw Seq #263  Ticket Ref #200059928

*Dine In*

1 Adult Buffet Regular $4.99
1 Adult Buffet Regular $4.99
1 Adult Drink Regular $1.79
1 Adult Buffet Regular $4.99
1 Adult Drink Regular $1.79

Subtotal: $18.55
Tax 1: $1.53   Tax 2: $0.00
Amount Due: $20.08
Amount Paid: $20.00
Change Due: $0.00

Thank You!
Please come again!

---

GUEST      #0001
#010 LU              10028
07/12/2008 14:24:00  #00089
SPLIT      #0125
*******************************
FAJITAPITACHEESE  7.49
Subtotal          7.49
Sales Tax         0.62
TOTAL       8.11

THANK YOU
*******************************

---

** STARBUCKS COFFEE COMPANY **

(W)SIGALLERIA II   TX77056
SUITE 241

--- DUPLICATE RECEIPT ---
1 GR CAPPUCCINO        3.25
SUBTOTAL               3.25
TAX                    0.27
TOTAL                  3.52
CASH                   3.52
CHANGE DUE             0.00

08322 0102 709446  001565346E
07/12/08                20:35

Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at starbucks.com

---

McDONALD'S #6472
Thank you for eating at McDonald's

17250 HWY 249
HOUSTON, TX 77064

THANK YOU

WILLOWBROOK MCDONALD TEL# (281)890-2633
96 KSW02    SH1    JUL09(Sun)19:49
STORE# 6472

Order #296      TO GO

1 CKN CLUB-CPY MEAL*        4.69
1 MED COKE                  1.00

SUB TOTAL                   5.69
TAKE OUT TAX                0.47
                           ___
                            6.16

CASH TENDERED               6.16
CHANGE                      0.00

---

WENDY'S
12707 GESSNER HOUSTON, TX.
(832)467-6050

#207

CRISPY CHICKEN              .99
1 M COKE                   1.79

TXTL                       .23
TOTL                      3.01
CASH                      3.01
CHNG                       .00

CUSTOMER COMMENTS
1-800-82 WENDYS

TERRICA
7223 18:29 #23 JUL.11'08 REG00002

---

BJ'S WILLOWBROOK #431
WE DELIVER!!!!!
TABLE 302  #Party 1
Svr Ck: 14  8:10p 07/09/08
Separate checks: 2-of-4

PINT MEY WIT               4.75
MINI BJS FAV              10.00

Sub Total:     14.75
(TAX 10.00 Othr  4.75) Tax:  0.83
                Sub Total:  15.58
07/09 9:30p TOTAL:  15.58

THANK YOU FOR DINING AT BJ'S.
PLEASE ASK FOR A MANAGER.
OR CALL US AT 281.477.0777
PLEASE PAY YOUR SERVER.

## Right Invoice



**STAYBRIDGE SUITES**

|  |  |  |  |
|---|---|---|---|
| Room No. : | 301 | | |
| Arrival | 07-08-08 | | |
| Departure | 08-01-08 | | |
| Conf. No. : | 63590704 | | |
| Rate Code : | ILLDZ | | |
| Page No. : | 2 of 4 | | |

Shalhan Samuel
US

| Folio No. : | |
| A/R Number | |
| Group Code | |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. : | |
| Invoice No. : | |

Cashier No. : 18    : 23017

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-16-08 | State Occupancy Tax | 6.00 | |
| 07-16-08 | County Occupancy Tax | 9.00 | |
| 07-17-08 | American Express  XXXXXXXXXXX1077 | | 1,069.05 |
| 07-17-08 | *Accommodation | 99.95 | |
| 07-17-08 | State Occupancy Tax | 6.00 | |
| 07-17-08 | County Occupancy Tax | 9.00 | |
| 07-18-08 | *Accommodation | 99.95 | |
| 07-18-08 | State Occupancy Tax | 6.00 | |
| 07-18-08 | County Occupancy Tax | 9.00 | |
| 07-19-08 | *Accommodation | 99.95 | |
| 07-19-08 | State Occupancy Tax | 6.00 | |
| 07-19-08 | County Occupancy Tax | 9.00 | |
| 07-20-08 | *Accommodation | 99.95 | |
| 07-20-08 | State Occupancy Tax | 6.00 | |
| 07-20-08 | County Occupancy Tax | 9.00 | |
| 07-21-08 | *Accommodation | 99.95 | |
| 07-21-08 | State Occupancy Tax | 6.00 | |
| 07-21-08 | County Occupancy Tax | 9.00 | |
| 07-22-08 | *Accommodation | 99.95 | |
| 07-22-08 | State Occupancy Tax | 6.00 | |
| 07-22-08 | County Occupancy Tax | 9.00 | |
| 07-23-08 | *Accommodation | 99.95 | |
| 07-23-08 | State Occupancy Tax | 6.00 | |
| 07-23-08 | County Occupancy Tax | 9.00 | |
| 07-24-08 | *Accommodation | 99.95 | |

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

## Left Invoice

**STAYBRIDGE SUITES**

|  |  |  |  |
|---|---|---|---|
| Room No. : | 301 | | |
| Arrival | | | |
| Departure | 08-01-08 | | |
| Conf. No. : | 63590704 | | |
| Rate Code : | ILLDZ | | |
| Page No. : | 1 of 4 | | |

Shalhan Samuel
US

| Folio No. : | |
| A/R Number | |
| Group Code | |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. : | |
| Invoice No. : | |

Cashier No. : 18    : 23017

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-08-08 | *Accommodation | 109.95 | |
| 07-08-08 | State Occupancy Tax | 6.60 | |
| 07-08-08 | County Occupancy Tax | 9.90 | |
| 07-09-08 | *Accommodation | 109.95 | |
| 07-09-08 | State Occupancy Tax | 6.60 | |
| 07-09-08 | County Occupancy Tax | 9.90 | |
| 07-10-08 | *Accommodation | 109.95 | |
| 07-10-08 | State Occupancy Tax | 6.60 | |
| 07-10-08 | County Occupancy Tax | 9.90 | |
| 07-11-08 | *Accommodation | 99.95 | |
| 07-11-08 | State Occupancy Tax | 6.00 | |
| 07-11-08 | County Occupancy Tax | 9.00 | |
| 07-12-08 | *Accommodation | 99.95 | |
| 07-12-08 | State Occupancy Tax | 6.00 | |
| 07-12-08 | County Occupancy Tax | 9.00 | |
| 07-13-08 | *Accommodation | 99.95 | |
| 07-13-08 | State Occupancy Tax | 6.00 | |
| 07-13-08 | County Occupancy Tax | 9.00 | |
| 07-14-08 | *Accommodation | 99.95 | |
| 07-14-08 | State Occupancy Tax | 6.00 | |
| 07-14-08 | County Occupancy Tax | 9.00 | |
| 07-15-08 | *Accommodation | 99.95 | |
| 07-15-08 | State Occupancy Tax | 6.00 | |
| 07-15-08 | County Occupancy Tax | 9.00 | |
| 07-16-08 | *Accommodation | 99.95 | |

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

## STAYBRIDGE SUITES

**Sholban Samuel**
US

| | |
|---|---|
| Folio No. | : 23017 |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : |
| Invoice No. | : |

Cashier No. : 18

| | |
|---|---|
| Room No. | : 301 |
| Arrival | : 07-08-08 |
| Departure | : 08-01-08 |
| Conf. No. | : 63590704 |
| Rate Code | : ILLDZ |
| Page No. | : 3 of 4 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 07-24-08 | State Occupancy Tax | 6.00 | |
| 07-24-08 | County Occupancy Tax | 9.00 | |
| 07-25-08 | *Accommodation | 99.95 | |
| 07-25-08 | State Occupancy Tax | 6.00 | |
| 07-25-08 | County Occupancy Tax | 9.00 | |
| 07-25-08 | American Express XXXXXXXXXXX1077 | | 1,034.55 |
| 07-26-08 | *Accommodation | 99.95 | |
| 07-26-08 | State Occupancy Tax | 6.00 | |
| 07-26-08 | County Occupancy Tax | 9.00 | |
| 07-26-08 | *Accommodation | 99.95 | |
| 07-27-08 | State Occupancy Tax | 6.00 | |
| 07-27-08 | County Occupancy Tax | 9.00 | |
| 07-28-08 | *Accommodation | 99.95 | |
| 07-28-08 | State Occupancy Tax | 6.00 | |
| 07-28-08 | County Occupancy Tax | 9.00 | |
| 07-29-08 | *Accommodation | 99.95 | |
| 07-29-08 | State Occupancy Tax | 6.00 | |
| 07-29-08 | County Occupancy Tax | 9.00 | |
| 07-30-08 | *Accommodation | 99.95 | |
| 07-30-08 | State Occupancy Tax | 6.00 | |
| 07-30-08 | County Occupancy Tax | 9.00 | |
| 07-31-08 | *Accommodation | 99.95 | |
| 07-31-08 | State Occupancy Tax | 6.00 | |
| 07-31-08 | County Occupancy Tax | 9.00 | |
| 07-31-08 | American Express XXXXXXXXXXX1077 | | 689.70 |

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

---

## STAYBRIDGE SUITES

**Sholban Samuel**
US

| | |
|---|---|
| Folio No. | : 23017 |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : |
| Invoice No. | : |

Cashier No. : 18

| | |
|---|---|
| Room No. | : 301 |
| Arrival | : 07-08-08 |
| Departure | : 08-01-08 |
| Conf. No. | : 63590704 |
| Rate Code | : ILLDZ |
| Page No. | : 4 of 4 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | **Total** | 2,793.30 | 2,793.30 |
| | **Balance** | 0.00 | |

Guest Signature:
I have reviewed the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If so will and charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN
**TRIP DATES:** 7/8 - 8/1/08 AIRFARE

| Date | Description | Employee | | Airfare | | Total |
|---|---|---|---|---|---|---|
| 07/07/08 | Flight for Shalbin Samuel - Lehman | SHALBIN SAMUEL | | 609.50 | | 609.50 |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| **TOTALS** | | | | | | |

# Thank You for Choosing Continental Airlines

**Continental Confirmation Number:**   **AZX2MP**

| | | | | Price | |
|---|---|---|---|---|---|
| | | | | 1 Adults (age 18 to 64) | $593.00 |
| | | | | Taxes/Fees | $16.50 |
| | | | | **Total Price** | **$609.50** |

**Depart:**
7:30 a.m.
Tue., Jul. 8, 2008
New York, NY (JFK)

**Arrive:**
10:19 a.m.
Tue., Jul. 8, 2008
Houston, TX (IAH -
Intercontinental)

**OnePass Miles/Elite Qualification:**
1,417 /150%

**Flight: CO719**
Aircraft: Boeing 737-500
Fare Class: Economy (H)
Travel Time: 3 hr 49 mn
Meal: Snack
No Special Meal Offered.

**Payment Information**
Name of
Cardholder:          Kathi H Arciola

Card Type:          American
                    Express

**Depart:**
3:40 p.m.
Fri., Aug. 1, 2008
Houston, TX (IAH -
Intercontinental)

**Arrive:**
8:56 p.m.
Fri., Aug. 1, 2008
New York, NY (JFK)

**OnePass Miles/Elite Qualification:**
1,417 /100%

**Flight: CO821**
Aircraft: Boeing 737-500
Fare Class: Economy (U)
Travel Time: 4 hr 16 mn
Meal: Snack
No Special Meal Offered.

**OnePass Members:**
Upon completion of this itinerary, you
will earn up to **2,834 OnePass miles.***

## Passengers

**Shalbin Samuel**
Seat Assignments:   IAH - JFK: 6D
Email Address:   shalbinsam@rediffmall.com
Home Phone:   (203) 919-6848 - United States

## Important Travel Information:

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.
- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
- Non-Elite OnePass members traveling on Y, H, K, N, or B (or equivalent) fares are eligible for mileage-deduct upgrades within or between the 48 contiguous U.S., Alaska and Canada.

*OnePass frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on continental.com. Actual flown miles will be posted to your account. Fare class, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For Amtrak train segments 250 OnePass miles is awarded for Economy Class and 325 OnePass miles for First Class.

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN
**TRIP DATES:** 7/8 - 8/1/08 AIRFARE

| Date | Expense Description | Employee | Air | Lodging | Phone | Meals | Ground Trans. | Other | TRIP TOTAL |
|------|---------------------|----------|-----|---------|-------|-------|---------------|-------|------------|
| 07/07/08 | Flight for Shalbin Samuel - Lehman | SHALBIN SAMUEL | 609.50 | | | | | | 609.50 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| **TOTALS** | | | 609.50 | | | | | | 609.50 |

# Thank You for Choosing Continental Airlines

**Continental Confirmation Number:**    **AZX2MP**

## New York, NY (JFK) to Houston, TX (IAH - Intercontinental)

| | | | |
|---|---|---|---|
| Depart: | Arrive: | OnePass Miles/Elite | Flight: CO719 |
| 7:30 a.m. | 10:19 a.m. | Qualification: | Aircraft: Boeing 737-500 |
| Tue., Jul. 8, 2008 | Tue., Jul. 8, 2008 | 1,417 /150% | Fare Class: Economy (H) |
| New York, NY (JFK) | Houston, TX (IAH - | | Travel Time: 3 hr 49 mn |
| | Intercontinental) | | Meal: Snack |
| | | | No Special Meal Offered. |

## Houston, TX (IAH - Intercontinental) to New York, NY (JFK)

| | | | |
|---|---|---|---|
| Depart: | Arrive: | OnePass Miles/Elite | Flight: CO821 |
| 3:40 p.m. | 8:56 p.m. | Qualification: | Aircraft: Boeing 737-500 |
| Fri., Aug. 1, 2008 | Fri., Aug. 1, 2008 | 1,417 /100% | Fare Class: Economy (U) |
| Houston, TX (IAH - | New York, NY (JFK) | | Travel Time: 4 hr 16 mn |
| Intercontinental) | | | Meal: Snack |
| | | | No Special Meal Offered. |

**Price**

| | |
|---|---|
| 1 Adults (age 18 to 64) | $593.00 |
| Taxes/Fees | $16.50 |
| **Total Price** | **$609.50** |

**Payment Information**

Name of
Cardholder:    Kathi H Arciola

Card Type:    American
Express

**OnePass Members:**
Upon completion of this itinerary, you
will earn up to **2,834 OnePass miles.***

## Passengers

**Shalbin Samuel**
Seat Assignments:    IAH - JFK: 6D
Email Address:    shalbinsam@rediffmail.com
Home Phone:    (203) 919-6848 - United States

## Important Travel Information:

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.
- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Special service requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
- Non-Elite OnePass members traveling on Y, H, K, N, or B (or equivalent) fares are eligible for mileage-deduct upgrades within or between the 48 contiguous U.S., Alaska and Canada.

*OnePass frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on continental.com. Actual flown miles will be posted to your account. Fare class, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For Amtrak train segments 250 OnePass miles is awarded for Economy Class and 325 OnePass miles for First Class.

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman Brothers
**TRIP DATES:** 6/13 - 6/19/08 meals and ground

| | | | | | |
|---|---|---|---|---|---|
| 06/13/08 | Pappas Bar B Q | Shalbin Samuel | | 11.04 | 11.04 |
| 06/13/08 | Baker Street Pub | Shalbin Samuel | | 25.75 | 25.75 |
| 06/13/08 | Yellow Cab | Shalbin Samuel | 17.00 | | 17.00 |
| 06/14/08 | Starbucks Coffee | Shalbin Samuel | | 2.00 | 2.00 |
| 06/14/08 | Wendys | Shalbin Samuel | | 6.27 | 6.27 |
| 06/14/08 | Yellow Cab | Shalbin Samuel | 39.00 | | 39.00 |
| 06/14/08 | Cajun Grill | Shalbin Samuel | | 6.38 | 6.38 |
| 06/14/08 | Yellow Cab | Shalbin Samuel | 41.00 | | 41.00 |
| 06/15/08 | Jack in the box | Shalbin Samuel | | 6.95 | 6.95 |
| 06/15/08 | Yellow Cab | Shalbin Samuel | 38.00 | | 38.00 |
| 06/16/08 | Red Ballon Café | Shalbin Samuel | | 11.85 | 11.85 |
| 06/17/08 | Chilis | Shalbin Samuel | | 11.89 | 11.89 |
| 06/17/08 | BJ's Willowbrook | Shalbin Samuel | | 27.16 | 27.16 |
| 06/18/08 | Starbucks Coffee | Shalbin Samuel | | 3.49 | 3.49 |
| 06/18/08 | Panera Bread | Shalbin Samuel | | 8.75 | 8.75 |
| 06/18/08 | Sam's on Richmond | Shalbin Samuel | | 29.13 | 29.13 |
| 06/19/08 | Starbucks Coffee | Shalbin Samuel | | 3.49 | 3.49 |
| 06/19/08 | Red Ballon Café | Shalbin Samuel | | 13.53 | 13.53 |





# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman Brothers
**TRIP DATES:** 6/21-6/30/08 meals

| Date | Establishment Description | Employee | Airfare | Hotel | Auto | Phone | Meals | Ground | Other | Total |
|------|---------------------------|----------|---------|-------|------|-------|-------|--------|-------|-------|
| 06/21/08 | Fadi's Medeterian Grill | Shalbin Samuel | | | | | | 13.83 | | 13.83 |
| 06/22/08 | IHOP | Shalbin Samuel | | | | | | 9.56 | | 9.56 |
| 06/23/08 | Starbucks Coffee | Shalbin Samuel | | | | | | 3.49 | | 3.49 |
| 06/23/08 | Red Balloon Café | Shalbin Samuel | | | | | | 13.53 | | 13.53 |
| 06/23/08 | Pappadeaux Seafood | Shalbin Samuel | | | | | | 20.27 | | 20.27 |
| 06/24/08 | Papas Bar B Q | Shalbin Samuel | | | | | | 8.23 | | 8.23 |
| 06/24/08 | BJ's Willobrook | Shalbin Samuel | | | | | | 19.04 | | 19.04 |
| 06/25/08 | Red Balloon Café | Shalbin Samuel | | | | | | 13.53 | | 13.53 |
| 06/25/08 | Goode Company Bar B Que | Shalbin Samuel | | | | | | 9.15 | | 9.15 |
| 06/26/08 | Starbucks Coffee | Shalbin Samuel | | | | | | 3.49 | | 3.49 |
| 06/27/08 | Starbucks Coffee | Shalbin Samuel | | | | | | 3.49 | | 3.49 |
| 06/28/08 | Mcdonald's | Shalbin Samuel | | | | | | 5.20 | | 5.20 |
| 06/29/08 | Houston Z | Shalbin Samuel | | | | | | 10.26 | | 10.26 |
| 06/30/08 | Chipotle | Shalbin Samuel | | | | | | 7.47 | | 7.47 |
| 06/30/08 | Mcdonald's | Shalbin Samuel | | | | | | 4.76 | | 4.76 |
| | | | | | | | | - | | - |
| | | | | | | | | - | | - |
| TOTALS | | | | | | | | - | | - |

```
         Fadi's
    Mediterranean Grill
8832 Westheimer, Suite112
   Houston, TX 77063
      713.532.0666

Register: 99        Employee: Triangle
Checks: 627848      Table:
Date: 06/21/08      Time: 08:17pm

1 Fresh Juice                      $3.29
1 1 Meat +2 Sides                  $9.49
                                 --------
Subtotal:               $12.78
   FOOD TAX             $1.05
Sub w/Tax:            $13.83
   Total:            $13.83

Cash                    $20.00

Change Due:              $6.17
```

```
         RED BALLOON CAFE
         (713)690-3114
          Counter Sales          ✓

Check No 47279/1
Tab C&C  Server 2239  Guests 1

1  Grilled Tilania              10.75
1  Coke                          1.75

        Food Sub-Total          12.50

        SUB TOTAL       12.50
        Sales Tax        1.03
        TOTAL:         13.53

    Payments  Applied

Cash                  15.55
TOTAL DUE:            -2.02

             Thank You,
               KEVIN
                              6/23/2008
```

```
      IHOP #1336
 5729 Westheimer Rd.
   Houston, TX 77057
    (713) 952-1378

Tbl 12/1      Clk 911       Gst 3
          Jun22'08 10:39AM

2 STH PAM/SA                    13.99
1 STH PAM/RAC                    6.99
  WATER                         0.00
  Cash                        100.00
                              -------
Subtotal            20.97
Tax                  1.73
Payment             22.70
Change Due          77.30

       IHOP Check Closed-----
   Jun22'08 11:13AM
```

```
1:26:21 PM                    6/2/2008

Thank you for coming in....

   Pappadeaux Seafood #02 (021)
   13080 Hwy 290 at Hollister
       Houston, TX 77040
        713-460-1203

                            Guests: 5
Server: CASSIE          June 2 2008
Ticket: 3720              08:51PM
Table: 203 Dine In

One Crab Cake                  12.95
Heineken/Bottle                 4.25

   Subtotal:          17.20
   Tax                 1.07
   Total:           18.27

THANK YOU FOR CHOOSING PAPPADEAUX!
   WHERE FRESH MEETS FESTIVE!
      GET IT TO GEAUX!
       (713)460-1203
```

```
** STARBUCKS COFFEE COMPANY **  #06517

WEST RD & BELTWAY
HOUSTON          TX77064

------ DUPLICATE RECEIPT ------
1 GR CAPPACCINO              3.25
SUBTOTAL                     3.25
TAX                          0.24
TOTAL                        3.49
CASH                         5.00
CHANGE DUE                   1.51

06517 0182 701087 0015671508
06/23/08             09:34
```

```
        Papas Bar-B-q #19 (665)
           12917 NW Fruy.
          Houston, TX 77040
            713-462-2550

                          Guests: 1
Server: Dolores A.        June 24, 2008
Ticket: 291                02:56pm
Table: To Go

Chickenburger with Cheese         5.65
Watermelon Drink                  1.95

   Subtotal:            7.60
   Tax                  0.63

   Total:              8.23

Cash                  -20.00

Change:               11.77
```

```
        BJ'S WILLOWBROOK #431
        WE DELIVER!!!!!
0475b  TABLE B17  #Party O
KELLY F.   SvrCk: 26  9:00p 06/24/08
    Soparate checks: 3-of-6

HW BJS FAV                        4.93
PINT PIRANHA                      4.50
HNOUR PINT PIRANHA                3.50
BEST BEGINNINGS (Split)           2.50
                                -------
                     Sub Total: 15.43
(TAX   7.43, 0hr   8.00) Tax     0.61
06/24 10:00p TOTAL:   16.04  Tip
                             19.04

   THANK YOU FOR DINING AT BJ'S
FOR BANQUET INFORMATION...
PLEASE ASK FOR A MANAGER.
OR CALL US AT 281.477.0877
   PLEASE PAY YOUR SERVER!
```

```
         RED BALLOON CAFE
          (713)690-3114
           Counter Sales          ✓

Check No 47676/1
Tab C&C  Server 1334  Guests 1

1  Grilled Tilania              10.75
1  Coke                          1.75

        Food Sub-Total          12.50

        SUB TOTAL       12.50
        Sales Tax        1.03
        TOTAL:         13.53

    Payments  Applied

Cash                  14.00
TOTAL DUE:            -0.47

             Thank You,
               Carol An

2:06:18 PM                   6/25/2008

   This Ain't No Drive-Thru
   Goode Company Bar-B-Que
       Houston, TX 77024
        713-464-1901

Host: Diana              06/25/2008
Order #246                8:51 PM
                           20246

Beef Sandwich                   4.95
Pretzue Beer                    3.50
                              -------
Subtotal                        8.45
Tax                             0.70

DINE IN Total                   9.15

Cash                    $ 10.00

Change                  $ 0.85

  Thank you for coming.
     Please come again.

    ---- Check Closed ----
```



** STARBUCKS COFFEE COMPANY **

WEST RD & BELTWAY        #06517
HOUSTON        TX77064

---- DUPLICATE RECEIPT ----
1 GR CAPPUCCINO            3.25
SUBTOTAL                   3.25
TAX                        0.24
TOTAL                      3.49
CASH                       4.00
CHANGE DUE                 0.51

06517 01A1 700604  0014785516
08/26/08              08:58

** STARBUCKS COFFEE COMPANY **

WEST RD & BELTWAY        #06517
HOUSTON        TX77064

---- DUPLICATE RECEIPT ----
1 GR LATTE                 3.25
SUBTOTAL                   3.25
TAX 7.25                   0.24
TOTAL                      3.49
CASH                       5.00
CHANGE DUE                 1.51

06517 0202 700603  0011074926
06/27/08.            08:56

THE
HOUSTON
ZOO
* ENJOY YOUR VISIT *
* THANK YOU *

08/22/2008
GRILD CHK BASKT            6.99
LARGE FOUNTAIN             2.49
TXSL.1                     9.48
TAX 1                       .78
DUE AMOUNT                10.26
CASH                      20.00
CHANGE                     9.74
#04-2115               1410SR

Farmers, not factories.

10708 NW Freeway
Houston, TX 77040
713-895-          06/30/2008

Host: ROBERT#   1:16 PM
ORDER #302         I/0283

Chicken Fajita             5.60
Small Soda                 1.30

Subtotal                   6.90
Tax                        0.57

DINE IN Total              7.47
Cash                      20.00
Change                    12.53

MCDONALD'S  SW1
Store#
44
TEL# (713)460-0200

10708 NW FREEWAY
HOUSTON, TX 77040

THANK YOU

Order #144        TO GO

1 BIG MAC MEAL             3.39
1 MED COKE

SUB TOTAL                  4.39
TAKE OUT TAX               0.37
                           4.76

CASH TENDERED              5.00
CHANGE                     0.24

5065 WESTHEIMER
HOUSTON, TX 77056

THANK YOU

Order #276    EAT IN

1 BIG MAC MEAL             3.80
1 MED COKE                 1.00
                           4.80
TOTAL                      5.20