# EXHIBIT A

# PART III

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | 6/13 - 6/19/08 meals and ground |

| Date | Description | Employee | Airfare | Lodging | Phone | Meals | Ground Trans | Other |
|---|---|---|---|---|---|---|---|---|
| 06/13/08 | Pappas Bar B Q | Shalbin Samuel | | | | 11.04 | | 11.04 |
| 06/13/08 | Baker Street Pub | Shalbin Samuel | | | | 25.75 | | 25.75 |
| 06/13/08 | Yellow Cab | Shalbin Samuel | | | | | 17.00 | 17.00 |
| 06/14/08 | Starbucks Coffee | Shalbin Samuel | | | | 2.00 | | 2.00 |
| 06/14/08 | Wendys | Shalbin Samuel | | | | 6.27 | | 6.27 |
| 06/14/08 | Yellow Cab | Shalbin Samuel | | | | | 39.00 | 39.00 |
| 06/14/08 | Cajun Grill | Shalbin Samuel | | | | 6.38 | | 6.38 |
| 06/14/08 | Yellow Cab | Shalbin Samuel | | | | | 41.00 | 41.00 |
| 06/15/08 | Jack in the box | Shalbin Samuel | | | | 6.95 | | 6.95 |
| 06/15/08 | Yellow Cab | Shalbin Samuel | | | | | 38.00 | 38.00 |
| 06/16/08 | Red Ballon Café | Shalbin Samuel | | | | 11.85 | | 11.85 |
| 06/17/08 | Chilis | Shalbin Samuel | | | | 11.89 | | 11.89 |
| 06/17/08 | BJ's Willowbrook | Shalbin Samuel | | | | 27.16 | | 27.16 |
| 06/18/08 | Starbucks Coffee | Shalbin Samuel | | | | 3.49 | | 3.49 |
| 06/18/08 | Panera Bread | Shalbin Samuel | | | | 8.75 | | 8.75 |
| 06/18/08 | Sam's on Richmond | Shalbin Samuel | | | | 29.13 | | 29.13 |
| 06/19/08 | Starbucks Coffee | Shalbin Samuel | | | | 3.49 | | 3.49 |
| 06/19/08 | Red Ballon Café | Shalbin Samuel | | | | 13.53 | | 13.53 |
| TOTALS | | | | | | | | |



**Yellow Cab Houston
Fare Receipt**

Date: 6/14/08

Received of: _____

The Sum of: $ 39.00

Pick up location: MPCH - DOWNTOWN

Destination location: STACY BRAUN

Yellow Cab #: _____    Driver: DOWNTOWN

---

**Yellow Cab Houston
Fare Receipt**

Date: _____

Received of: _____

The Sum of: $ _____

Pick up location: _____

Destination location: _____

Yellow Cab #: _____    Driver: _____

---

RED BALLOON CAFE
(713)880-3314
Counter Sales

Check No 40691/1
Tab C&C    Server: 1022
1  Grilled Tilapia          9.25
1  Coke                     1.70
                           10.95

   Food Sub-Total           10.95

SUB TOTAL                   10.95
Sales Tax                    0.90

TOTAL:                      11.85

**Payments Applied**

Cash                       12.00
TOTAL DUE:                  -0.15

Thank You,
Crystal1

1:36:50 PM              6/16/2008
Thanks for visiting Red Balloon Cafe
081

---

**JACK IN THE BOX**

Tel (281) 894-2638
06/19/2008          08:05:39 PM
                    JIBM 3567
CARRY OUT # 448     Emp   LINDA

1 Chkn Faj +LG FF #13      6.48
   Sae Lrg Soe --
   Lrg Drink
                 Subtotal   6.48
                 Tax        0.47

                 Subtotal   6.95
                 CASH      20.00
                 Change    13.05

Thank You for your visit
                    4487x8   J K01

---

** STARBUCKS COFFEE COMPANY **
                           #16633
(HS)HILLCROFT MALL         TX77070
HOUSTON

---- DUPLICATE RECEIPT ----
1 GR BREWED COFFEE          1.85
SUBTOTAL                    1.85
TAX                         0.15
TOTAL                       2.00
CASH                        2.00
CHANGE DUE                  0.00

06933 0201 705971 001448056E
06/14/08                   18:23

---

**WENDY'S**
12707 GESSNER HOUSTON, TX.
(832)912-6050

1  #24616               IN
   SPCY CMB              5.79
   LEMONADE

   TXTL                   .48
   TOTL                  6.27
   CASH                 20.00
   CHNG                 13.73
   CUSTOMER COMMENTS
   1-800-82 WENDYS
   TRAN#2
   1321 17:45 $20 JUN.14'08 JRE00002

---

Papps Bar-B-Q #19 (665)
12917 NW Frwy.
Houston, TX  77040
713-462-2550

Server: Dolores A.    Guests: 1
Ticket: 273           June 13, 2008
Table: Dine In        01:21pm

Chicken Special            8.25
Watermelon Drink           1.95

Subtotal:                 10.20
Tax:                       0.84

Total:                    11.04

Cash                     -22.00

Change:                   10.96

---

Pappas BBQ 19
1000
713-462-2550

CAJUN GRILL
832-916-1221
THANK YOU

05/14/2008  8:52PM  0001
0000006040

PLU00015            /$4.79
PLU00015            /Y4.79
PLU00010            /$5.89
MORE ST             $5.89
TAX1                $0.43

CASH               $6.38

---

Server: Diana       06/13/2008
SWKLVEY ALEXAN/1    12:29 AM
Guests: 2           70107
Reprint #: 2

Glass Liberty Merlot (4 #6.75)   15.00
                                 24.00
Liberty G (4 #6.00)              14.25
Half and Half (3 #4.75)          13.98
Pick:Three

Subtotal                         67.24
Tax                               1.01

Total                            68.25

_____                           22.75

Guest 1                          22.75
AMEX #XXXXXXXXXXX1077
+ Tip:                           25.—
+ Tota:



RED BALLOON CAFE
(713)890-3314
Counter Sales

Check No 46759/1
Tab C&C    Server 2239    Guests 1

1  Grilled Tilapia                    10.75
1  Coke                                1.75

        Food Sub-Total                12.50

        SUB TOTAL                     12.50
        Sales Tax                      1.03

    TOTAL:                            13.53

Payments Applied

Cash                                  20.00

    TOTAL DUE:                        -6.47

        Thank You,
        KEVIN

1:19:55 PM                        6/19/2008

Thanks for visiting Red Balloon Cafe

** STARBUCKS COFFEE COMPANY **       #06517
WEST RD & BELTWAY       TXT7064
HOUSTON
        ---- DUPLICATE RECEIPT ----
1 GR CAPPUCCINO                        3.25
SUBTOTAL                               3.25
TAX                                    0.24
TOTAL                                  3.49
CASH                                   5.00
CHANGE DUE                             1.51
06517 01A1 700560  0014739551E
06/19/08                    08:53
        ---- DUPLICATE RECEIPT ----
Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
    at Starbucks.com



GUEST                    #0001
#009 RAQUEL              T033
06/17/08 13:54:00  #01340
SPLIT    #0121

JUICE                    1.99
CHIPOTLE CRISPER         8.99
Subtotal                10.98
Sales Tax                0.91
TOTAL                   11.89

** STARBUCKS COFFEE COMPANY **    #06517
WEST RD & BELTWAY    TXT7064
HOUSTON
    ---- DUPLICATE RECEIPT ----
1 GR CAPPUCCINO          3.25
SUBTOTAL                 3.25
TAX 7.25                 0.24
TOTAL                    3.49
CASH                     5.00
CHANGE DUE               1.51
06517 02A1 700740  0013655510M
06/18/08              08:40
    ---- DUPLICATE RECEIPT ----

BJ'S WILLOWBROOK #431
NE BELTWAY  SvrCk: 41 7:55p 06/17/08
TABLE 404  #Party 2
RACHEL S  SvrCk: 41 7:55p 06/17/08
Separate checks: 4-of-5

PINI PORTER
SMALL, small spin/art pizza     4.50
PINT PORTER                    14.00
PINT PORTER                     4.50
(TAX  14.00  Othr    Sub Total: 23.00
                     9.00) Tax:  1.16
06/17  9:06p  TOTAL: Sub Total: 24.16

THANK YOU FOR DINING AT BJ'S
FOR BANQUET INFORMATION,
PLEASE ASK FOR A MANAGER,
OR CALL US AT 281.477.8777

SAM'S ON RICHMOND
(713)781-2828

Check No 874387/4
Tab  24    Server 3235    Guests 1

1  Grilled Mahi Mahi              13.50

        Food Sub-Total            13.50

2  Dos X X Pint                    8.50
   20 Chicken Rings                2.79

        Beverage Sub-Total        11.29

        SUB TOTAL                 24.79
        Sales Tax                  1.37

    TOTAL:                        26.13

        Thank You,
        Nikki

11:37:58 PM                  6/18/2008

Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 934-5201
FAX (713) 934-5204
su # 5

62 Kayla B
Chk 5701       SHLBA         Gst 0
Jun18'08 01:38PM

Here
1 TURK ART-PANINI              6.49
1 LEMONADE                     1.59
    Cash                       9.00

FOOD                           6.49
BEVERAGE                       1.59
Tax                            0.67
PAYMENT                        8.75
Change Due                     0.25

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | 6/1-6/11/08 meals & ground |

| Date | Expense Description | Employee | Airfare | Lodging | Phone | Other | Ground Transport | Meals | Client Total |
|---|---|---|---|---|---|---|---|---|---|
| 06/01/08 | Mayuri India Re | Shalbin Samuel | | | | | | 14.02 | 14.02 |
| 06/01/08 | United Cab | Shalbin Samuel | | | | | 6.25 | | 6.25 |
| 06/01/08 | Quick Stuff | Shalbin Samuel | | | | | | 8.56 | 8.56 |
| 06/02/08 | BJ's Willowbrook | Shalbin Samuel | | | | | | 23.68 | 23.68 |
| 06/03/08 | Red Ballon Café | Shalbin Samuel | | | | | | 11.85 | 11.85 |
| 06/03/08 | GOODSON's CAFE | Shalbin Samuel | | | | | | 14.15 | 14.15 |
| 06/04/08 | Starbucks Coffee | Shalbin Samuel | | | | | | 1.98 | 1.98 |
| 06/04/08 | Taco Cabana | Shalbin Samuel | | | | | | 4.54 | 4.54 |
| 06/04/08 | BJ's Willowbrook | Shalbin Samuel | | | | | | 29.27 | 29.27 |
| 06/05/08 | Red Ballon Café | Shalbin Samuel | | | | | | 10.45 | 10.45 |
| 06/05/08 | Goode Company Bar B Que | Shalbin Samuel | | | | | | 14.56 | 14.56 |
| 06/09/08 | Abp Food Court | Shalbin Samuel | | | | | | 9.83 | 9.83 |
| 06/09/08 | Red Ballon Café | Shalbin Samuel | | | | | | 11.85 | 11.85 |
| 06/09/08 | BJ's Willowbrook | Shalbin Samuel | | | | | | 28.18 | 28.18 |
| 06/10/08 | Chipotle | Shalbin Samuel | | | | | | 7.25 | 7.25 |
| 06/10/08 | Pappadeaux SeeFood | Shalbin Samuel | | | | | | 29.30 | 29.30 |
| 06/11/08 | Lunch at Sam's | Shalbin Samuel | | | | | | 8.06 | 8.06 |
| 06/11/08 | Pappasito's | Shalbin Samuel | | | | | | 15.86 | 15.86 |
| TOTALS | | | | | | | | | |



WELCOME TO TACO CABANA STORE #2591
COMMENTS - 1-800-580-8688
RESTAURANT PH # 713-460-5166
NEED A CAREER? APPLY HERE!
VISIT US AT WWW.TACOCABANA.COM

REG  1      ORDER  STORE TC 259
            132      TIME: 1:56PM

DATE: 6/04/08    MERNA H

CASHIER:    8809    MERNA H
    1  2CRSPCK    COMBO      4.19
    1  COMBO
       COKE 20             .00

SUBTOTAL             4.19
TAX                   .35
EAT-IN TOTAL         4.54

CASH TEND           10.00
CHANGE               5.46

THANK YOU! PLEASE COME AGAIN.

---

GOODSON'S CAFE
CSR# 177    TIME 51
6 GUESTS    SARAH

1 SHINER DRAFT      2.75
1 GR C.F.S          7.99
1 SHINER DRAFT      2.75

SBTL              13.49
TAX                 .66
TOTAL            14.15
*PARTIAL CHECK*

CSR# P#     OPEN 20:01
0217 21103 #02 JUN.03'08

---

** STARBUCKS COFFEE COMPANY **
                        #00517
WEST RD & BELTWAY
HOUSTON          TX77064

----- DUPLICATE RECEIPT -----
1 GR BREWED COFFEE      1.85
SUBTOTAL                1.85
TAX                     0.13
TOTAL                   1.98
CASH                    2.00
CHANGE DUE              0.02

06517 0141 700782  0014739551E
06/04/08                08:18

----- DUPLICATE RECEIPT -----
Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at Starbucks.com

---

BJ'S MILLBROOK #431
WE DELIVER!!!!!
O584 718 Svck: 43 7:56p 06/04/08
CUST#1 718 Svck: 43 Party 1
        Separate checks: 3-of-3

PINT BRENNETTE          4.50
SALMON DINNER          15.95
PINT BRENNETTE          4.50

                  Sub Total: 24.95
(TAX  15.95, Othr  9.00) Tax:  .32
                  Sub Total: 26.27
06/04  9:56 TOTAL =       26.27

THANK YOU FOR DINING AT BJ'S
FOR BANQUET INFORMATION
PLEASE ASK FOR A MANAGER
OR CALL US AT 281.477.8777
PLEASE PAY YOUR SERVER!

---

REPRINT
SHELL                7740

QUICKSTUFF 7740
8055 N SAMHOU PKWY
HOUSTON, TX 77064

06/01/08           21:58
Reg Fuyuni        $3.19
Comka Smy         $1.99
I... kike         $2.49
BANANA(...)       $0.69
TOTAL
CASH

TAX ....           $0.86
TAX ...            $0.00
CHANGE           $11.44
RECEIPT ...   1-60H8

---

BJ'S MILLBROOK #431
WE DELIVER!!!!!
03668 TABLE 865  8:18p 06/02/08
JASON G     Svck: 15
        Separate checks: 1-of-2

PINT HEFWEITEN          4.50
JAMBALAYA              14.95

                  Sub Total: 19.45
(TAX  14.95, Othr  4.50) Tax:  1.23
                  Sub Total: 20.68
06/02 10:10 TOTAL =      20.68

THANK YOU FOR DINING AT BJ'S
FOR BANQUET INFORMATION

---

United Cab
Fare Receipt

Date        2/1/08

Received of

The Sum of     $6.75

Pick up location

Destination location

United Cab #  1884  Driver

---

MAYURI INDIAN RE
5857 WESTHEIMER RD ST. A
(713)-305-6865
FAX: (713)-975-0556
www.mayuri.com
Date:       Jun01'08 02:16PM
Card Type:  VISA
Acct #:     XXXXXXXXXXXXX2059
Exp Date:   XX/XX
Auth Code:  121525
Check:      2910
Table:      A771
Server:     1015 ROSA R
            ANJU SINGHAL

Subtotal:          14.02

TIP: _____

TOTAL: _____

Thank You!

GUEST COPY
(for your records)

---

RED BALLOON CAFE
(713)690-3174
Counter Sales

Check No 43922/1
Tab CAC   Server 5743
1 Grilled Tilapia      9.25
1 Coke                 1.70

Food Sub-Total        10.95

SUB TOTAL             10.95
Sales Tax              0.90

TOTAL:               11.85

Payments Applied
Cash            20.00

TOTAL DUE:       -8.15

Thank You,
Theresa

12:51:25 PM        6/3/2008

Thanks for visiting Red Balloon Cafe



**RED BALLOON CAFE**
(713)890-3114
Counter Sales

Check No 4434D/1
Tab  C&C   Server 3165   Guests  1

| | | |
|---|---|---|
| 1   Cat 1 Piece | | 7.55 |
| 1   Coke | | 1.70 |
| | | |
| Food Sub-Total | | 9.65 |
| | | |
| Dinner II | | 9.65 |
| Sales Tax | | 0.80 |
| | | |
| **TOTAL:** | | **10.45** |

**Payments Applied**

Cash                        20.00
**TOTAL DUE:**         **-9.55**

Thank You,
Leigh

12:27:31 PM                6/5/2008

---

**RED BALLOON CAFE**
(713)890-3114
Counter Sales

Check No 44876/1
Tab  C&C   Server 3165   Guests  1

| | | |
|---|---|---|
| 1   Grilled Tilapia | | 9.25 |
| 1   Coke | | 1.70 |
| | | |
| Food Sub-Total | | 10.95 |
| | | |
| SUB TOTAL | | 10.95 |
| Sales Tax | | 0.90 |
| | | |
| **TOTAL:** | | **11.85** |

**Payments Applied**

Cash                        20.00
**TOTAL DUE:**         **-8.15**

Thank You,
Leigh

12:32:05 PM                6/9/2008

---

**This Ain't No Drive-Thru**
**Goode Company Bar-B-Que**
Houston, TX 77024
713-464-1901

Host: gloria                06/05/2008
Order #209                  7:27 PM
                            10209

Dinner II                   3.50
Premium Beer

Subtotal                    13.45
Tax                         1.11

DINE IN Total               14.56

RBP Food Court

Check: 155550
Server: Stephanie
Terminal: 15

| | |
|---|---|
| Regular | |
| 1 Orange Juice | 2.99 |
| 1 Orange Juice | 2.99 |
| 1 abp Tulip Blueber | 3.09 |
| | |
| Subtotal | 9.07 |
| Tax | 0.76 |
| Total | 9.83 |
| | |
| Cash | 10.00 |
| Change | 0.17 |
| | |
| GRAND TOTAL | 9.83 |

T15 C1741 6/9/2008 04:17

---

**CHIPOTLE**
BURRITOS & TACOS
WWW.CHIPOTLE.COM

13788 NW Freeway
Houston, TX 77040
713-996-904

Host: ROBERTA            06/10/2008
ORDER #350               1:18 PM
                         10251

Veggie Burrito           5.40
Small Soda               1.30

Subtotal                 6.70
Tax                      0.55

DINE IN Total            7.25
Cash                     20.00
Change                   12.75

--- Check Closed ---

---

**BJ'S WILLOWBROOK #431**
WE DELIVER!!!!!
0Q37  TABLE B18  #Party  1
ROY M        Svr#a: 21  7:41p 06/09/08
        Separate checks: 1-of-4

PINT PIRAANA             4.50
PINT PIRAANA             4.50
JAMBALAYA                14.35

                  Sub Total: 23.35
(TAX) 14.9% Otr    (rebt) Tax:  1.83
                  Sub Total: 25.18
06/09 9:06p TOTAL :  25.18

THANK YOU FOR JOINING US!
FOR BANQUET INFORMATION,
PLEASE ASK FOR A MANAGER,
OR CALL US AT 281-477-0777
PLEASE PAY YOUR SERVER!

---

**Pappadeaux Seafood #10 (040)**
7110 FM 1960 West
Houston, TX 77069
281-580-5245

Server: Patrick S            Guests: 5
Ticket: 391A        June 10, 2008
Table: 65 Dine In        08:45am

Swapofting                   7.95
Citrus Tilapia               16.95

Subtotal:                    24.90
Tax:                         1.40

**Total:**                   **26.30**

Give the gift of Papasi
Our Dining Cards come
in all sizes...
ask your server for details.

---

**Pappasito's #12 (041)**
7050 FM 1960 West at Cutten Rd.
Houston, TX 77069
281-893-5030

Server: Jennifer M           Guests: 5
Ticket: 530C        June 11, 2008
Table: 101 Dine In       09:26am

Red Sangria                  5.25
Chicken & Rice Soup Bowl     7.95

Subtotal:                    13.20
Tax:                         0.66

**Tot'1:**                   **13.86**

*****************************
HAVING A PARTY OR BUSINESS MEETING?
ASK ABOUT ONE OF OUR BANQUET ROOMS!

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman |
|---|---|
| TRIP DATES: | 7/1 - 8/7/08 |

| Date | Description | Employee | Lodging | Phone | Meals | Ground Travel | Other | Report Total |
|---|---|---|---|---|---|---|---|---|
| 07/01/08 | Pro Park Monthly for July | Alexander Savelyev | | | | 45.00 | | 45.00 |
| 07/01/08 - 08/07/08 | Cafeteria at Lehman (debitek card) | Alexander Savelyev | | | 80.00 | | | 80.00 |
| 07/01/08 | Monthly Metro-North for July | Alexander Savelyev | | | | 336.00 | | 336.00 |
| 07/17/08 | Bombay Palace Rest | Alexander Savelyev | | | 25.07 | | | 25.07 |
| 07/01/08 | Dervish Rest | Alexander Savelyev | | | 24.49 | | | 24.49 |
| 08/07/08 | Topaz Thai Rest (Alex + Patio) | Alexander Savelyev | | | 42.50 | | | 42.50 |
| 08/01/08 | Pro Park Monthly for Aug | Alexander Savelyev | | | | 45.00 | | 45.00 |
| 07/24/08 | Monthly Metro-North for Aug | Alexander Savelyev | | | | 336.00 | | 336.00 |
| 6/16 - 6/20/08 | tolls | Alexander Savelyev | | | | 17.25 | | 17.25 |
| 8/5 - 8/7/08 | Cafeteria at Lehman (debitek card) | Alexander Savelyev | | | 20.00 | | | 20.00 |
| 07/22/08 | Starbucks | Alexander Savelyev | | | 5.42 | | | 5.42 |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| TOTALS | | | | | | | | |

July

## Main Cafeteria

12 Mogalys

Chk 1755          Jul15'08 10:03AM  Gst 1

```
   Cafeteria
2 Whole Fruit              1.10
1 Muffin                   1.35
1 Muffin                   2.25
  debitek                  5.09

  Subtotal                 4.70
  Tax                      0.39
  Ttl Payment              5.09
```

## Main Cafeteria

12 Mogalys

Chk 155           Jul15'08 01:23PM  Gst 1

```
   Cafeteria
2 Whole Fruit              1.10
1 Sushi $11.95            11.95
1 snapple                  1.60
  debitek                 15.88

  Subtotal                14.65
  Tax                      1.23
  Ttl Payment             15.88
```

## Main Cafeteria

12 Mogalys

Chk 1654          Jul17'08 10:08AM  Gst 1

```
   Cafeteria
2 Whole Fruit              1.10
1 Muffin                   1.35
1 frsh sqzd juice          2.25
  debitek                  5.09

  Subtotal                 4.70
  Tax                      0.39
  Ttl Payment              5.09
```

## Main Cafeteria

12 Mogalys

Chk 1717          Jul01'08 10:04AM  Gst 1

```
   Cafeteria
2 Whole Fruit              1.10
1 frsh sqzd juice          2.25
  debitek                  3.63

  Subtotal                 3.35
  Tax                      0.28
  Ttl Payment              3.63
```

## Main Cafeteria

17 Mogalys

Chk 1030          Jul03'08 10:02AM  Gst 1

```
   Cafeteria
2 Whole Fruit              1.10
1 Muffin                   1.35
1 frsh sqzd juice          2.25
  debitek                  5.09

  Subtotal                 0.39
  Tax
  Ttl Payment              5.09
```

## Main Cafeteria

12 Mogalys

Chk 1313          Jul03'08 ..26PM  Gst 1

```
   Cafeteria
  1.20lb @ $ 5.76/lb
1/2 Clf Intent             5.76
2 Vitamin Water            4.00
  debitek                 10.58

  Subtotal                 9.76
  Tax                      0.82
  Ttl Payment             10.58
```

---

Metro-North Railroad

Station # 246    BROOMT

                     Amount
Sold Tickets         $336.00
Monthly

Total Amount         $336.00

Payment Credit 1077  $336.00

Thank You for Riding
Metro North !

TSM ID #             937
Transaction #        518165
Date / Time   07/01/08 08:13

```
Bombay/Rajist.....
30 West 52nd St......
New York, NY 10019
ph 212-265-7777

Thank You for Visiting

TABLE: 44 / 1 Guests
Your Server was Subhu
7/17/2008 1:10(22) PM - ID...
         #0037022

Subtotal              $59.70
Total Taxes            $5.00
                      ------
Subtotal              $64.70
Grand Total           $64.70

Credit Purchase   SAVELVEV/A
Name

CC Type       :Amex
CC Num        : xxxx xxxxxx xxxx 0077
Reference     : 474A3365
Approval      : 860775
Server        : 102 VOLKAN
Ticket Name   : 44

Payment Amount:       $21.57

Tip:

Total:
```

---

DERVISH TURKISH RESTAURANT
145 WEST 47th STREET
NEW YORK, NY. 10036
Tel(212) 997-0070
www.dervishrestaurant.com

```
CHECK:        1522
TABLE:        3/7
SERVER:       102 VOLKAN
DATE:         JUL01'08 1:04PM
CARD TYPE:    AMEX
ACCT #:       XXXXXXXXXX1077
EXP DATE:     XX/XX
AUTH CODE:    S92119
RESEARCH:     000000000000
              A SAVELVEV
```

SUBTOTAL:          24.49

TIP $ _____

TOTAL $ _____   24.49

X _____
  SIGNATURE

X _____
  PRINTED NAME
Signed Copy-Merchant
Second Copy-Customer

---

Metro-North Railroad

Station # 1          522
                     627
Sold Tickets                   Amount
Monthly                        $336.00

Total Amount         $336.00

Payment Credit 1077  $336.00

Thank You for Riding
Metro North !

TSM ID #             522
Transaction #        83259
Date / Time   07/24/08 18:59

Aug

## Main Cafeteria

12 Magalys

Chk 1826                AugO7'08 10:04AM  Gst 1

```
    Cafeteria
2 Whole Fruit               1.10
1 Muffin                    1.35
1 frsh sqzd juice           2.25
  debitek                   5.09

  Subtotal                  4.70
  Tax                       0.39
  Ttl Payment               5.09
```

## Main Cafeteria

12 Magalys

Chk 1652            AugO5'08 09:46AM  Gst 1

```
    Cafeteria
1 Muffin                    1.35
1 Whole Fruit               0.55
1 smoothie                  2.50
  debitek                   4.77

  Subtotal                  4.40
  Tax                       0.37
  Ttl Payment               4.77
```

Pato + Alex

```
TOPAZ THAI RESTAURANT
NEW YORK NY 10019
63113797198080
```

AUG 27, 08

A SWEENEY
XXXXXX######1077
AMEX            *****

ROC #          SALE
693557

```
TERMINL #
24010760
```

FOOD AND BEVERAGE

BASE AMOUNT        $37.50

TIP AMOUNT          5.00

TOTAL

X_____

```
I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)
CUSTOMER COPY
```

APPROVAL  01
582428

*****

## Main Cafeteria

12 Magalys

Chk 224            AugO5'08 12:28PM  Gst 1

```
    Cafeteria
1 Whole Fruit               0.55
1 Asian                     6.50
1 gatorade                  1.85
1 snapple                   1.60
  debitek                  11.16

  Subtotal                 10.30
  Tax                       0.86
  Ttl Payment              11.16
```

## Main Cafeteria

12 Magalys

Chk 826            Jul24'08 10:10AM  Gst 1

```
    Cafeteria
1 Muffin                    1.35
2 Whole Fruit               1.10
1 frsh sqzd juice           2.25
  debitek                   5.09

  Subtotal                  4.70
  Tax                       0.39
  Ttl Payment               5.09
```

## Main Cafeteria

12 Magalys

Chk 1201           Jul24'08 01:52PM  Gst 1

```
    Cafeteria
2 Whole Fruit               1.10
  1.120lb @ 5.76/lb
Lg Styro Int'nt             6.45
1 snapple                   1.60
  debitek                   9.92

  Subtotal                  9.15
  Tax                       0.77
  Ttl Payment               9.92
```

## Main Cafeteria

12 Magalys

Chk 795            Jul22'08 09:39AM  Gst 1

```
    Cafeteria
2 Whole Fruit               1.10
1 Muffin                    1.35
1 frsh sqzd juice           2.25
  debitek                   5.09

  Subtotal                  4.70
  Tax                       0.39
  Ttl Payment               5.09
```

## Main Cafeteria

12 Magalys

Chk 1203           Jul22'08 01:15PM  Gst 1

```
    Cafeteria
3 Whole Fruit               1.65
  1.100lb @ 5.76/lb
Lg China Int'mt             6.34
1 snapple                   1.60
  debitek                  10.39

  Subtotal                  9.59
  Tax                       0.80
  Ttl Payment              10.39
```

PlatePass - High speed, all-electronic non-stop toll collection for car rentals.

Page 1 of 1



## Account Status

Date: 8/26/2008 7:34:37 AM
Next Invoice Date: 9/10/2008

Previous Invoice: 7/2/2008 $17.25

Rental Agreement #: U310969200
*Current Balance: $0.00

### Summary

Previous Balance                                    $17.25

Payments & Credits
Date    Description                              Amount
7/1/2008  Payment Applied                        -$17.25
                                          Total  -$17.25

                        **Balance Forward: $0.00

Pending Charges
Date    Description                              Amount
                                          Total  $0.00
                                          *Current Balance: $0.00

* This is not an invoice. Account Status may not include all charges as not all charges can take up to 6 weeks to be processed by the toll authority.
** Previous invoice balance less payments and credits.
To view and download previous invoices, select the desired invoice date from the "Previous Invoice" drop down and click the "View Invoice" button.
Questions? Contact Customer Service at 877.411.4300

Home | Print Receipt | Locations | How It Works | News | About Us | Legal Notices | Contact Us

© 2006 American Traffic Solutions, Inc.

https://www.nlatepass.com/receipt/ReceiptDetail.aspx

8/26/2008



# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | 7/23-7/31/08 |

| Date | Expense Description | Employee | | | Food | Ground Trans | Other | Trip Total |
|---|---|---|---|---|---|---|---|---|
| 07/23/08 | BJ's Willowbrook | Shalbin Samuel | | | 27.18 | | | 27.18 |
| 07/24/08 | Starbucks Coffee | Shalbin Samuel | | | 4.08 | | | 4.08 |
| 07/24/08 | Two Amigos | Shalbin Samuel | | | 7.52 | | | 7.52 |
| 07/25/08 | Panera Bread | Shalbin Samuel | | | 10.37 | | | 10.37 |
| 07/25/08 | Panera Bread | Shalbin Samuel | | | 3.78 | | | 3.78 |
| 07/26/08 | Starbucks Coffee | Shalbin Samuel | | | 3.52 | | | 3.52 |
| 07/26/08 | Starbucks Coffee | Shalbin Samuel | | | 3.52 | | | 3.52 |
| 07/27/08 | Starbucks Coffee | Shalbin Samuel | | | 3.80 | | | 3.80 |
| 07/27/08 | Kona Grill | Shalbin Samuel | | | 15.00 | | | 15.00 |
| 07/27/08 | Yellow Cab | Shalbin Samuel | | | | 18.00 | | 18.00 |
| 07/28/08 | Yellow Cab | Shalbin Samuel | | | | 18.00 | | 18.00 |
| 07/28/08 | Pappadeaux Sea Food | Shalbin Samuel | | | 39.64 | | | 39.64 |
| 07/30/08 | Red Balloon Café | Shalbin Samuel | | | 11.47 | | | 11.47 |
| 07/30/08 | BJ's Willowbrook | Shalbin Samuel | | | 20.69 | | | 20.69 |
| 07/31/08 | Red Balloon Café | Shalbin Samuel | | | 9.58 | | | 9.58 |
| 07/31/08 | Harris County Toll | Shalbin Samuel | | | | 3.00 | | 3.00 |
| 07/31/08 | Harris County Toll | Shalbin Samuel | | | | 1.00 | | 1.00 |
| 07/31/08 | Baker Street Pub | Shalbin Samuel | | | 6.00 | | | 6.00 |
| TOTALS | | | | | | | | |



Baker Street Pub
17278 Tomball Parkway
281-517-8628

Server: Samantha                           07/31/2008
Pool /2                                      11:41 PM
Guests: 0                                      70108

R Mondavi Pinot Noir, G                         8.00

Subtotal                                        6.00
Tax                                             0.00

Total                                           6.00

CASH                                            6.00
Balance Due                                     0.00

---- Thank you for coming. ----

---- Check Closed ----

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON CENTRAL

Lane No. - 18

Fare Paid - $3.00

09:52:23PM   07-31-08

Have a nice day!

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH CENTRAL

Lane No. - 29

Fare Paid - $1.00

09:56:31PM   0:-31-08

Have a nice day!

---

BJ'S WILLOWBROOK #431
WE DELIVER!!!!!
C:  4a TABLE 311  #Party O
T  1A L  SvrCk: 21  8:53p 07/30/08
    eprite checks: 1-of-4

PINT PIRANHA                                    4.50
LETTUCE WRAP                                    8.95
PINT PIRANHA                                    4.50

                         Sub Total:  i. 9(
--41AX  8695  QUtr        9.00  Tax:  ..
                                            )_le~
07/30 10:06p TOTAL:                    2.69

THANK YOU FOR DINING AT BJ'S
FOR BANQUET Infermation
PLEASE ASK FOR A MANAGER
OR CALL US AT 281.477.879
PLEASE PAY YOUR SERVER!

---

RED BALLOON CAFE
(713)690-3114
To Go

Check No 53008/1
Tab: CAC  Server 4069  Guests 1

1  Texan Burger                                8.85

      Food Sub-Total                           8.85

      SUB TOTAL                                9.86
      Sales Tax                               0.73

      TOTAL:                                  9.58

Payments Applied

Cash                                          10.00

TOTAL DUE:                                    -0.42

Thank You,
kimber

12:46:36 PM              7/31/2008

---

Papadeaux Seafood #10 (040)
7110 FM 1960 West
Houston, TX 77069
281-580-5245

Server: CAL R          Guests: 4
Ticket: 387A          July 28, 2008
Table: 75 Dine In       09:01pm

Glass 3 Rings Cabernet                        20.00
2 @ 10.00
Stuffed Crab                                  14.45

Subtotal:                                     34.45
Tax:                                           1.19

Total:                                        35.64

Take a bite out of hunger              ~:~(~r)'3r)/
with our Shirt dessert!                39. ( 4
Ask your server for the
delicious details.

---

RED BALLOON CAFE
(713)690-3114
Counter Sales

Check No 52026/1
Tab: CAC  Server 7222

1  Texan Burger                                8.85
1  Coke                                        1.75

      Food Sub-Total                          10.60

      SUB TOTAL                               10.60
      Sales Tax                               0.87

      TOTAL:                                  11.47

Payments Applied

Cash                                         101.47

TOTAL DUE:                                    -90.00

Thank You,
Crystal1

2:35:33 PM               7/30/2008

# Yellow Cab Houston
## Fare Receipt

Date 7/28/08

Received of ____________

The Sum of $ 18.00

Pick up location ____________

Destination location ____________

Yellow Cab # 874 Driver Mario M

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | 7/14-7/22/08 |

| DATE | EXPENSE DESCRIPTION | EMPLOYEE | LODGING | PARKING | MEALS | FOOD/OTHER | TOTAL |
|---|---|---|---|---|---|---|---|
| 07/14/08 | Yellow Cab | Shalbin Samuel | | | | 22.00 | 22.00 |
| 07/14/08 | Los Cucos Willowbrook | Shalbin Samuel | | | 9.65 | | 9.65 |
| 07/15/08 | Red Ballon Café | Shalbin Samuel | | | 8.93 | | 8.93 |
| 07/16/08 | Panera Bread | Shalbin Samuel | | | 11.02 | | 11.02 |
| 07/16/08 | BJ's Willowbrook | Shalbin Samuel | | | 4.50 | | 4.50 |
| 07/16/08 | BJ's Willowbrook | Shalbin Samuel | | | 10.69 | | 10.69 |
| 07/17/08 | Red Ballon Café | Shalbin Samuel | | | 15.91 | | 15.91 |
| 07/18/08 | Jack in the Box | Shalbin Samuel | | | 7.16 | | 7.16 |
| 07/18/08 | Yellow Cab | Shalbin Samuel | | | | 37.00 | 37.00 |
| 07/19/08 | Starbucks Coffee | Shalbin Samuel | | | 3.52 | | 3.52 |
| 07/19/08 | Cici's Pizza | Shalbin Samuel | | | 5.40 | | 5.40 |
| 07/20/08 | Mcdonald's | Shalbin Samuel | | | 1.56 | | 1.56 |
| 07/20/08 | Yellow Cab | Shalbin Samuel | | | | 38.00 | 38.00 |
| 07/21/08 | Yellow Cab | Shalbin Samuel | | | | 21.00 | 21.00 |
| 07/21/08 | Chipotle | Shalbin Samuel | | | 8.50 | | 8.50 |
| 07/21/08 | 59 Diner Willowbrook | Shalbin Samuel | | | 10.48 | | 10.48 |
| 07/22/08 | Starbucks Coffee | Shalbin Samuel | | | 3.81 | | 3.81 |
| 07/22/08 | Quiznos | Shalbin Samuel | | | 7.03 | | 7.03 |
| TOTALS | | | | | | | |



```
BJ'S WILLOWBROOK #431
WE DELIVER!!!!
0514  TABLE 817 #Party O
CHRISTOPHE  SvrCk: 21 8:22p 07/16/08
Separate checks: 2-of-4

CRISPY PIZZA BASIL                  8.95

                      Sub Total:    8.95
                           Tax:     0.74
                      Sub Total:    9.69
07/16  9:15pTOTAL =             9.69

THANK YOU FOR DINING AT BJ'S
FOR BANQUET INFORMATION...
PLEASE ASK FOR A MANAGER,
OR CALL US AT 281.477.8777
PLEASE PAY YOUR SERVER!
```

```
RED BALLOON CAFE
(713)690-3114
Counter Sales

Check No 50553/1
Tab CAC   Server 4069    Guests  1

1  Chipotle Tilapia            12.95
1  Coke                         1.75

   Food Sub-Total              14.70

   SUB TOTAL                    14.70
   Sales Tax                     1.21
   TOTAL:                       15.91

Payments Applied

   Cash                        16.00
   TOTAL DUE:                   -0.09

          Thank You,
          kimber
                          7/17/2008

11:50:17 PM

Thanks for visiting Red Balloon Cafe
553
```

```
Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 934-9201
FAX (713) 934-9204
su # 5

30 MARTHA R

Chk 5914    JUL16'08 01:06PM    Gst 0

         Here
1  FRGN TESA-PANINI            6.49
   ***CHIPS
1  FZ MANGO GD                 3.69
   Cash                       20.00

FOOD                           6.49
BEVERAGE                       3.69
Tax                            0.84
PAYMENT                       11.02
Change Due                     8.98
```

```
BJ'S WILLOWBROOK #431
WE DELIVER!!!!
4--0011 #Party O
JASON G    SvrCk: 17 8:09p 07/16/08

PINT BLONDE                     4.50

                      Sub Total:    4.50
                      Sub Total:    4.50
07/16  8:09pTOTAL =            4.50

THANK YOU FOR DINING AT BJ'S
FOR BANQUET INFORMATION...
PLEASE ASK FOR A MANAGER,
OR CALL US AT 281.477.8777
PLEASE PAY YOUR SERVER!
```

```
RED BALLOON CAFE
(713)690-3114
Counter Sales

Check No 50558/1
Tab CAC   Server 5743    Guests  1

1  Cat 1 Piece                  8.25

   Food Sub-Total              8.25

   SUB TOTAL                    8.25
   Sales Tax                    0.68
   TOTAL:                       8.93

Payments Applied

   Cash                         9.00
   TOTAL DUE:                   -0.07

          Thank You,
          Theresa
                          7/15/2008

1:44:34 PM

Thanks for visiting Red Balloon Cafe
553
```





```
Los Cucos Willowbrook

Check 110-2      Table 23
Arisbe 6.0      7/14/2008
Guests 2         8:01 PM

Sa Chk Faj Dillas          7.89

Subtotal                   7.89
Food Tax                   0.68

TOTAL                      8.65

        15%    18%.    20%
Tip  ( 1.20 ) ( 1.44 ) ( 1.60 )

BALANCE DUE                8.65

TIP NOT INCLUDED
PLEASE PAY YOUR SERVER
Thanks from Los Cucos!
Remember us for catering!!!
```



## Chipotle

### BURRITOS & TACOS
### WWW.CHIPOTLE.COM

Farmers, not factories.

12788 NW Freeway
Houston, TX 77040
713-895-9047

Host: ROBERTA          07/21/2008
ORDER #390             1:22 PM
                       10291

Chicken Fajita          5.60
Clementine IZZE         2.25

Subtotal                7.85
Tax                     0.65

DINE IN Total           8.50
Cash                  100.00
Change                 91.50





SUB TOTAL               1.44
TAKE OUT TAX            0.12

.56

0.44

55 Friar Willowbrook
17669 Tomball Parkway
Suite 249
Houston, TX  77064
832 237-7559

Server: Sarah          07/21/2008
Table 5/2              9:11 PM
Guests: 2              20308

COUNTRY FRIED STEAK     7.69
REG ORANGE JUICE        1.59

Sub Total               9.68
Tax                     0.80

Total                     48

Balance Due          10.48

---

Cici's Pizza #347
8365 Westheimer Suite F
Phone #713-789-0094

CICI's #347        Register #2
7/19/2008 5:23 PM Cashier: BLANCA
Day Seq #208  Ticket Ref #20056306

* DINE IN *

1 Adult Buffet Regular  $4.99

Subtotal: $4.99
Tax 1: $0.41    Tax 2: $0.00
Amount Due=$5.40
Amount Paid: $100.00
Change Due: $94.60

Thank You!
Please come again!

---



## JACK IN THE BOX.

Tel(281) 894-2638    ITEM 3967
07/18/2008           02:48:33 PM
                     Exp   billy

1 Chptle SpicyChF #14
Pla MD Fry
Mod Drink

Subtotal               6.68
Tax                    0.48

Total                  7.16
CASH                  20.00
Change                12.84

Thank you for your visit
309187                 J 001

---

** STARBUCKS COFFEE COMPANY **

WILLOWBROOK & POST     #16360
HOUSTON               TX77056

--- DUPLICATE RECEIPT ---
1 LRG CAPPUCCINO        3.25
SUBTOTAL                3.25
Tax 8.25                0.27
TOTAL                   3.52
CASH                    3.52
CHANGE DUE              0.00

06360 0102 710959 001121103E
07/19/08               18:24
--- DUPLICATE RECEIPT ---
Today is a new smoothie.
Enjoy a Starbucks(R)
Vivano(TM) nourishing
blend, made with delicious,
wholesome ingredients.

## Yellow Cab Houston
### Fare Receipt

Date _____ 7/21/08 _____

Received of _____

The Sum of _____ $ 21.08 _____

Pick up location _____

Destination location _____

Yellow Cab # ___ 874 ___ Driver ___ Mario M ___



Quiznos Sub Store #0925
PHONE(281)463-0441 FAX(281)463-1517
8111 N. SAM HOUSTON PKWY WEST
HOUSTON 77064

ORDER # 01135

CHICK.CAES.SALAD        6.49
TAKE-OUT

TAX TOTAL          $    6.49
TOTAL              $    0.54
                        7.03

CASH               $    7.03

COUNTER                 JUL.22,2008
5584    REG1-AM         20:02

WIN CASH! SEE REVERSE.
Tell us how we are doing!
Go to www.quiznos.com

WIN CASH! SEE REVERSE.

** STARBUCKS COFFEE COMPANY **

WEST ROAD AND BEL
HOUSTON        TX77064    #06517

1 VT CAPPACCINO          3.55
SUBTOTAL                 3.55
TAX                      0.26
TOTAL                    3.81
CASH                     5.00
CHANGE DUE               1.19

06517 01A1 701032 001567190E
07/22/08                 08:15
Today is a new smoothie.
Enjoy a Starbucks(R)
Vivanno(TM) nourishing
blend, made with delicious,
wholesome ingredients.

# NTHLY EXPENSE REPORT

| CLIENT: | Lehman |
|---|---|
| TRIP DATES: | 6/9-7/7/08 |

| Date | Expense Description | Employee | Airfare | Lodging | Phone | Meals | Ground | Total |
|---|---|---|---|---|---|---|---|---|
| 6/09/08 - 6/13/08 | Car Rental (209.94) + Gas (52.62) | Alexander Savelyev | | | | | 262.56 | 262.56 |
| 6/16/08 - 6/20/08 | Car Rental | Alexander Savelyev | | | | | 140.56 | 140.56 |
| 06/20/08 | Shell gas | Alexander Savelyev | | | | | 51.49 | 51.49 |
| 6/23/08 - 6/27/08 | Car Rental | Alexander Savelyev | | | | | 190.01 | 190.01 |
| 06/27/08 | Shell gas | Alexander Savelyev | | | | | 40.61 | 40.61 |
| 6/09/08 - 6/13/08 | Staybridge Suites Alex | Alexander Savelyev | | 643.80 | | | | 643.80 |
| 6/16/08 - 6/20/08 | Staybridge Suites Alex | Alexander Savelyev | | 505.80 | | | | 505.80 |
| 6/23/08 - 6/27/08 | Staybridge Suites Alex | Alexander Savelyev | | 505.80 | | | | 505.80 |
| 06/11/08 | LUNCH AT SAMS | Alexander Savelyev | | | | 11.15 | | 11.15 |
| 6/09/08 - 7/03/08 | Staybridge Suites Shalbin | Alexander Savelyev | | 3,241.80 | | | | 3,241.80 |
| 6/09/08 - 6/13/08 | Flight For Alex | Alexander Savelyev | 516.49 | | | | | 516.49 |
| 6/16/08 - 6/20/08 | Flight For Alex | Alexander Savelyev | 531.49 | | | | | 531.49 |
| 6/23/08 - 6/27/08 | Flight For Alex | Alexander Savelyev | 496.49 | | | | | 496.49 |
| 7/03/08 - 7/07/08 | Flight For Maneesh | Alexander Savelyev | 791.47 | | | | | 791.47 |
| 6/09/08 - 7/03/08 | Flight Shalbin(516.49) Fees(150 + 174.98) | Alexander Savelyev | 841.47 | | | | | 841.47 |
| 6/02/08 - 6/27/08 | Flagstar Limo to-from JFK | Alexander Savelyev | | | | | 1,828.64 | 1,828.64 |
| 6/09/08 - 6/27/08 | Tolls by cash(12) | Alexander Savelyev | | | | | 14.00 | 14.00 |
| 6/09/08 - 6/27/08 | Food | Alexander Savelyev | | | | 662.67 | | 662.67 |
| TOTALS | | | | | | | | |



Orbitz-My Stuff - Current Trip - Print Itinerary

# ORBITZ

## New York-7/13/08

### Flight reservation
Orbitz record locator: J4P1010149VXXFE4
Airline record locator: Continental Airlines - ALSTIP9
Ticket numbers: 00214909093A

**Total of flight cost:** $791.47 USD

☉ Security update:
Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint.

Passenger MANEESH SAMA
Frequent flier details
Continental Airlines OnePass
QU061515

**Continental Airlines 821**
Depart: 2:40pm    Houston, TX
        afternoon   Houston George Bush Intercntl. (IAH)
Arrive: 8:56pm     New York, NY
        evening     New York, John F Kennedy Intl (JFK)

Economy | Boeing 737-500 Passenger (735) | Snack | 4hr 16min | 1415 miles

Seat: 9F |
Seat is confirmed.

**Continental Airlines 1027**
Depart: 5:30am    New York, NY
        morning    New York, John F Kennedy Intl (JFK)
Arrive: 8:08am    Houston, TX
        morning    Houston George Bush Intercntl. (IAH)

Economy | Boeing 737-700 Passenger (73G) | Snack | 3hr 39min | 1415 miles

Seat: 7D |
Seat is confirmed.

### Flight status alerts
Flight status alerts are set up for the following people.

| Alexander Savelyev | Email | akos.shop@gmail.com | Starts 3 hours before departure |
| | | None set up | |

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

Important fare notes

---

Orbitz-My Stuff - Current Trip - Print Itinerary

This ticket is non-refundable.
Changes to this ticket will incur change fees.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

**Flight cost summary**
Airfare: MANEESH SAMA (Adult)    $791.48
Total service fee:               $6.99

**Total trip cost:              $791.47 USD**

Your reservation is complete.
Click here to claim your $20.00 Cash Back located on your guest OrbitzInsuranceplot

By clicking above, you can claim your reward from our preferred partner.

*For Shedlin Samuel* (handwritten)

## Left Folio — Page 1 of 4

**STAYBRIDGE SUITES**

Alexander Savelyev
16 Beecher Ave
Shelton, CT 06484-4010
US

| | |
|---|---|
| Folio No. | : 22602 |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : PC  604775851 |
| Invoice No. | : |

Cashier No. : 13

| | |
|---|---|
| | 08-06-08 |
| Room No. | : 414 |
| Arrival | : 06-09-08 |
| Departure | : 07-03-08 |
| Conf. No. | : 65470587 |
| Rate Code | : ILLOZ |
| Page No. | : 1 of 4 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | *Accommodation | 99.95 | |
| | State Occupancy Tax | 6.00 | |
| | County Occupancy Tax | 9.00 | |
| | *Accommodation | 99.95 | |
| | State Occupancy Tax | 6.00 | |
| | County Occupancy Tax | 9.00 | |
| | *Accommodation | 99.95 | |
| | State Occupancy Tax | 6.00 | |
| | County Occupancy Tax | 9.00 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

## Right Folio — Page 2 of 4

**STAYBRIDGE SUITES**

Alexander Savelyev
16 Beecher Ave
Shelton, CT 06484-4010
US

| | |
|---|---|
| Folio No. | : 22602 |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : PC  604775851 |
| Invoice No. | : |

Cashier No. : 13

| | |
|---|---|
| | 08-06-08 |
| Room No. | : 414 |
| Arrival | : 06-09-08 |
| Departure | : 07-03-08 |
| Conf. No. | : 65470587 |
| Rate Code | : ILLOZ |
| Page No. | : 2 of 4 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | American Express | | 1,172.55 |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |

XXXXXXXXXXX1077

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730





Alexander Savelyev
36 Beecher Ave
Stratton, CT 06484-4010
US

| Folio No. | : 22602 | Cashier No. : 13 | | Room No. | : 414 |
|---|---|---|---|---|---|
| A/R Number | : | | | Arrival | 06-09-08 |
| Group Code | : | | | Departure | 07-03-08 |
| Company | : Lehman Brothers Holdings Inc | | | Conf. No. | 654705887 |
| Membership No. : | | PC : 604775851 | | Rate Code | ILLOZ |
| Invoice No. | : | | | Page No. | 1 of 4 |

08-06-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | American Express XXXXXXXXXXX1077 | | 1,103.60 |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | *Accommodation | 119.95 | |
| | State Occupancy Tax | 7.20 | |
| | County Occupancy Tax | 10.80 | |
| | American Express XXXXXXXXXXX1077 | | 966.65 |

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700   Fax: (281) 807-3730

---



Alexander Savelyev
36 Beecher Ave
Stratton, CT 06484-4010
US

| Folio No. | : 22602 | Cashier No. : 13 | | Room No. | : 414 |
|---|---|---|---|---|---|
| A/R Number | : | | | Arrival | 06-09-08 |
| Group Code | : | | | Departure | 07-03-08 |
| Company | : Lehman Brothers Holdings Inc | | | Conf. No. | 654705887 |
| Membership No. : | | PC : 604775851 | | Rate Code | ILLOZ |
| Invoice No. | : | | | Page No. | 4 of 4 |

08-06-08

| | | Charges | Credits |
|---|---|---|---|
| | **Total** | 3,241.80 | 3,241.80 |
| | **Balance** | 0.00 | |

Date

Thank you for staying at Staybridge Suites Houston/Willowbrook. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

Guest Signature:

I have read the goods and/or services shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700   Fax: (281) 807-3730

---

**Budget**

```
TRANSACTION RECORD
RENTAL NUMBER   CAR NUMBER           CAR GROUP
310791600    6067526            B

24640   05694286    C

SAVELYEV ALEXANDER
BCM = JU0020   BCD = W852800
CV - CAXXXXXXXXXXX1077
20/VV678939        DL

OUT IAH 09JUN08/0831 MI = 8941
IN  IAH 13JUN08/1434 MI = 9163
    222 MI#        00 =
        HR# 14.01 =
    1 WK# 137.99 =
*$4.95/DY SURCHG
*11.11% FEE
TAXABLE SUBTOT
TAX 15.000%
FUEL PURCH OPT
                         137.99
                          24.75
                          15.33
                         182.98
                          27.38
                          52.62

TOTAL CHARGES    = 262.66
*CONCESSION RECOVERY FEE
*$1.95DY REIM REG/LIC&S3 CFC
*$4.49/RNTL BUS COST RECOVERY

* Please check your car for personal effects. *
```

---

**Budget**

```
TRANSACTION RECORD
RENTAL NUMBER   CAR NUMBER           CAR GROUP
310809380    05535093    E

SAVELYEV ALEXANDER
CV - CAXXXXXXXXXXX1077  BCD = W852800
FTN C0/VV678939            L#

OUT IAH 16JUN08/0905 MI = 24993
IN  IAH 20JUN08/1432 MI = 25811
    818 MI#        00 =
        HR# 16.61 =
        DY# 18.60 =
    1 WK#  92.99 =
DISCOUNT
SELF
*$4.95/DY SURCHG
*11.11% FEE
TAXABLE SUBTOT
TAX 15.000%
                          92.99
                          24.75
                           9.30
                         122.23
                          18.33

TOTAL CHARGES    = 140.56
*CONCESSION RECOVERY FEE
*$1.95DY REIM REG/LIC&S3 CFC
*$4.49/RNTL BUS COST RECOVERY

* Please check your car for personal effects. *
```

---

```
AIRPORT-SHELL
15938 JFK BLVD.
HOUSTON,TX.77032

SHELL
15938 DRUMMETT
HOUSTON TX
RTN 24241447614

06/27/08      14:26:51
SAVELYEV/A
AMEX XXXXXXX X1877  Acct##

RCPT# 3-8516
Inv# 839622
Auth# 698982
PUMP# 2
REGULAR          10.086G
PRICE/GAL        $4.859
FUEL TOTAL       $48.61

TOTAL            $48.61

THANK YOU FOR
YOUR BUSINESS
(281)4494533
```

---

```
AIRPORT-SHELL
15938 JFK BLVD.
HOUSTON,TX.77032

SHELL
15938 DRUMMETT
HOUSTON TX
RTN 24241447614

06/20/08      14:23:06
SAVELYEV/A
XXXX XXXXXXX X1877  Acct##

RCPT# 4-731
Inv# 794396
Auth# 797653
PUMP# 2
REGULAR          12.624G
PRICE/GAL        $4.079
FUEL TOTAL       $51.49

TOTAL            $51.49

THANK YOU FOR
YOUR BUSINESS
(281)4494533
```

---

```
## STA.              COMPANY ##

WEST RD & BELTWAY    TX77064
HOUSTON

1 GR BREWED COFFEE         1.85
1 GR WHT MOCHA             3.55
ADD SHOT                   0.55
SUBTOTAL                   5.95
TAX 7.25                   0.46
TOTAL                      6.81
AMEX                       6.81
CHANGE DUE                 0.00

CARD#: XXXXXXXXXX1077

06517 0282 701076 001107492E
06/09/08               09:30

Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at Starbucks.com

Skellie + Alex

Approval: 568171
```

---

```
RED BALLOON CAFE

Date: 6/9/2008  Time: 12:31:20 PM

Status:            Approved
Card Type:         American Express
Card Number:       XXXXXXXXX1077
Expiration Date:   XX/XX
Swipe/Manual:      Swipe
Server ID/Name:    5743 / Theresa
Check Number:      4805/1
Tab Number:        C&C
Card Owner:        SAVELYEV/A

Amount             12.61
```

---

```
0413
Server : IDY N (#6551)          Reg:210
06/09/08 21:08, Swiped  1: 818 Term: 9

BJ's RESTAURANT & BREWERY
7657 FM 1960 W.
WILLOWBROOK, TX 77070
(281)447-9777
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
AMERICAN EXPRES   XXXXXXXXXXX1077
Name: A SAVELYEV
THIS TRANSACTION APPROVED
AUTHORIZATION #: 565524
Reference: AU487343
TRANS TYPE: Credit Card SALE

CHECK:           34.87

TIP:             5.00

TOTAL:           39.87
```

---

*Chipotle*

```
BURRITOS & TACOS
WWW.CHIPOTLE.COM

Raised with care not chemicals

                        08/10/2008
                        1:07 PM
Host: ROBERTA
ORDER #251              10252

Barbacoa Salad          5.85
Guacamole               1.50
Small Soda              1.30

Subtotal                8.65
Tax                     0.71

DINE IN Total           9.36
AMEX XXXXXXXXXXX1077
Authorizing......
Balance Due             9.36
```



Nancy + Alex

Papadeaux Seafood #10 (040)
7110 FM 1960 West
Houston, TX 77069
281-580-5245

Server: Patrick S          Table:65
Ticket:3918

Name: A
Acct: *****
Exp: *****              SAVELYEV
Card: American Express
Auth: 550135   Roc: M147506
Merchant ID: 1421868819

06/10/2008                  08:54pm

Amount:          $45.73
+ Tip:        $ 7 ≤
= Total:      $ 52 ≤

---

Papasito's #12 (041)
7050 FM 1960 West at Cutten Rd.
Houston, TX 77069
281-893-5030

Server: Jennifer M    Table:101
Ticket:530A

Name: A-                    SAVELYEV
Acct: *****
Exp:
Card: American Express
Auth: 588891   Roc: N158854
Merchant ID: 1421232174

06/11/2008                  09:34pm

Amount:          $22.51
+ Tip:        $ 4 ≤
= Total:      $ 26 ≤

Thanks! Come again.

---

LUNCH MENU SAMPLE
HOUSTON INTL
713-443-4404

Terminal #9
JUN 16, 2008

AM EXPRESS
*****
BATCH #: 073

AMOUNT     $9.15
TIP        2.0°
TOTAL      11.15

APPROVED
C       DDPV

13545.27  132x45.64  132x45.88

REF#1825
AUTH #: 58855

---

Baker Street Pub
17270 Tomball Parkway
281-517-0028

Server: Diana      DOB: 06/12/2008
12:28 AM                06/13/2008
SAVELYEV ALEXAN/1       7340152

AMEX
Card #XXXXXXXXX1077
Magnetic card present=SAVELYEV/A
Approval: 553772

Amount:          22.75
+ Tip:         5 ∞
= Total:      27 ∆⁵

X

---

MHSHOST
STARBUCK COFFEE
HOUSTON INTL AIRPORT

11096 SHANE
CHK: 9901  JUN13'08 14:59   GST 1

S U B T O T A L

1 GRND MOCHA FRAPP      3.99

SUBTOTAL              3.99
TAX                   0.33
AMOUNT PAID           4.32
XXXXXXXXXXXXX       XY/XX
AMEX        A3 37*    4.32

Questions or Comments?
Contac       ---us Host 1AH
   2              or

---

04:13

SALES DRAFT

Au Bon Pain
JFK International Airport
Terminal 4
Room 491005
Jamaica, NY  11430
(718) 751-4800

MERCH ID: 43521
CASHIER: Stepha
TERMINAL: 15         ABP Food Cou

American Exp

NAME:      SAVELYEV/A
NUMBER:    @XXXXXXXXXXFFFF8
EXPIRE:    XX/XX
AUTH:      569404
AMOUNT:    6.59

CHECK:     155398
TABLE:

TOTAL:     6.5⁹

---

FRESHENS
IN ETN & ROSS AIRPORT
HOUSTON TX 77021

TERMINAL I.D.:          188841155

MERCHANT #:       1172346382800®

CSH: 5

AMEX
***********1077
SALE
BATCH: 000048        INVOICE: 397771
DATE: Jun 11, 08     TIME: 18:09
PRE: 6C59F#2+REF4    ADDR NO: 533964

TOTAL            $4.32

GENERAL MISC         80

& SAVELYEV

CUSTOMER COPY

---

MHSHost
Starbucks Coffee Terminal E-2
BUSH INTERCONTINENTAL AIRPORT

11063 LATASHA
CHK 9756  JUN16'08  8:41   GST 1

S U B T O T A L

1 GRND WHITE MOCHA     4.29
  ESPRESSO SHOT        0.59

SUBTOTAL              4.88
TAX                   0.40
AMOUNT PAID       5 . 28
XXXXXXXXXXXXX       XY/XX
AMEX       A3 37*     5.28

LOOKING FOR A        CE W/ HOT
----               ----





Papadeaux Seafood #02 (021)
13300 Hwy 290 at Hollister
Houston, TX 77040
713-460-1203

Server: CASSIE  Table:203
Ticket:372F

Status:              Approved
Card Type:           American Express
Acct: *************1077
Exp: *****
Card: American Express
Auth: 596200  Roc: 1022752
Merchant ID: 1421105184

Name: A                    SWAELYEV

06/23/2008                 09:00am

Amount:                    $29.55
+ Tip:              $      5.00
= Total:            $      34.55

---

0476
Server: KELLY F (#243)           Rec:287
06/24/08 22:09, Swiped  T: 817 Term: 11

BJ's RESTAURANT & BREWERY
7637 FM 1960 W.
WILLOWBROOK, TX 77070
(281) N77-0177
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
AMERICAN EXPRES    XXXXXXXXXXXX1077
Name: A SWAELYEV
00 TRANSACTION APPROVED
AUTHORIZATION #: 528847
Reference: AU1132177
TRANS TYPE: Credit Card SALE

CHECK:             31.13
TIP:          ____6.00__
TOTAL:        ____37.15__

---

RED BALLOON CAFE
Date: 6/23/2008  Time: 1:25:07 PM

Status:              Approved
Card Type:           American Express
Card Number:         XXXXXXXXXX1077
Expiration Date:
Swipe/Manual:        Swipe
Server ID/Name:      2239 / KEVIN
Check Number:        47178 / 1
Tab Number:          CBC
Card Owner:          SWAELYEV/A

Amount             12.67

---

Pappas Bar-B-Q #19 (665)
12917 NW Frwy.
Houston, TX 77040
713-462-2550

Server: Manager Table:0
Ticket:288

Name: A                    SWAELYEV
Acct: *************1077
Exp: *****
Card: American Express
Auth:    Roc: N691755
Merchant ID: 1420255432

06/24/2008                 02:54pm

Amount:                    $13.15
Total:                     $13.15

---

RED BALLOON CAFE
Date: 6/19/2008  Time: 1:21:29 PM

Status:              Approved
Card Type:           American Express
Card Number:         XXXXXXXXXX1077
Expiration Date:
Swipe/Manual:        XX/XX
Server ID/Name:      2239 / KEVIN
Check Number:        46760 / 1
Tab Number:          CBC
Card Owner:          SWAELYEV/A

Amount             14.83

---

HMSHOST
STARBUCK COFFEE NORTH
HOUSTON INT'L AIRPORT

11105 LYLIAN

CHK 4166  JUN20'08 15:08  GST 1
------- SUBTOTAL -------
1 GRND MOCHA FRAPP        3.99

SUBTOTAL                  3.99
TAX                       0.33
                  4 . 3 2
AMOUNT PAID
XXXXXXXXXXXXXXXX        XX/XX
AMEX              A3 37*    4.32

Questions or comments?
Contact us at 1AH

---

## STARBUCKS COFFEE COMPANY ##  #06517

WEST RD & BELTWAY        TX77064
HOUSTON

1 GR WHT MOCHA            3.95
ADD SHOT                  0.55
SUBTOTAL                  4.50
TAX                       0.33
TOTAL                     4.83
AMEX                      4.83
CHANGE DUE                0.00

CARD#: XXXXXXXXXXXX1077

06517 0182 701111 0015671590E
06/23/08              09:34
Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at Starbucks.com

---

SALES DRAFT              04:13
06/23/08

Au Bon Pain
JFK International Airport
Terminal 4
Room #91005
Jamaica, NY 11430
(718) 751-4800

MERCH ID: 43521
CASHIER: Stepha  ABP Food Cou
TERMINAL: 15

American Exp

NAME:   SWAELYEV/A
NUMBER: XXXXXXXXXXXFFFe
EXPIRE: XX/XX
AUTH#: 521345
AMOUNT: 5.83

CHECK: 150729
TABLE:

TOTAL: 5.82



Noocesk + Shellon + Alce

C

** STARBUCKS COFFEE COMPANY **    #06517

WEST RD & BELTWAY    TX77064
HOUSTON

1 GR WHT MOCHA              3.95
ADD SHOT                    0.55
SUBTOTAL                    4.50
TAX  7.25                   0.33
TOTAL                       4.83
AMEX                        4.83
CARD#: XXXXXXXXXXX1077
CHANGE DUE                  0.00

06517 0282 700896 001107492E
06/27/08                    08:56
Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at Starbucks.com

July 24

---

Baker Street Pub
17278 Tomball Parkway
281-517-0828

Server: Casey              DOB: 06/26/2008
12:01 AM                        06/27/2008
Table 204/1                     5/30/07

                                5242959
AMEX
Card #XXXXXXXXXXX1077
Magnetic card present: SWELYEV A
Approval: 555129

Amount:          59.75
+ Tip:          12 ²⁰
= Total:        $71 ⁷⁵

X

---

RED BALLOON CAFE
Date: 6/25/2008    Time: 2:03:01 PM

Status:           Approved
Card Type:        American Express
Card Number:      XXXXXXXXXXX1077
Expiration Date:  XX/XX
Sale/Manual:      Swipe
Server ID/Name:   1334 / Carol An
Server ID/Name:   4829 / 1
Check Number:
Tab Number:       045
Card Owner:       SWELYEV/A

Amount     8.38

---

This Ain't No Drive-Thru
Goode Company Bar-B-Que
Houston, TX 77024
713-664-1901

Server: Diana              DOB: 06/25/2008
08:49 PM                        06/25/2008
Order #243/1                    2/2/2243

                                2097535
AMEX
Card #XXXXXXXXXXX1077
Magnetic card present: SWELYEV A
Approval: 582533

Amount:          17.00
Tip:            3 ²⁰
                20 ⁰⁰

---

** STARBUCKS COFFEE COMPANY **    #06517

WEST RD & BELTWAY    TX77064
HOUSTON

1 GR WHT MOCHA              3.95
ADD SHOT                    0.55
SUBTOTAL                    4.50
TAX                         0.33
TOTAL                       4.83
AMEX                        4.83
CARD#: XXXXXXXXXXX1077
CHANGE DUE                  0.00

06517 0141 70x637 001479551E
06/26/08                    08:59
Get a free beverage and more
with Starbucks Card rewards.
To join, just register your
loaded Starbucks card online
at Starbucks.com

July 24

---



SHERIDAN'S CHOP HOUSE
14155 NORTHWEST FWY
HOUSTON TX 25.2270x8
713-04-25-6191

BATCH: 114
1++ ++ + ++++-T
INV: 12
INV743006155158
SERVER: 1

REF:    AMEX
CD TYPE: AMEX
ENTRY METH: SALE
DATE: JUN 25 08 11:25:11

AMOUNT            $22.60
TIP               4 ⁰⁰

TOTAL             26 ⁶⁰

ACCT:             1077
AP: 372898
SWELYEV A

CUSTOMER ACKNOWLEDGES RECEIPT OF GOODS
AND/OR SERVICES IN THE AMOUNT OF THE
TOTAL SHOWN HEREON AND AGREES TO PERFORM
THE OBLIGATIONS SET FORTH BY THE
CARDHOLDER'S AGREEMENT WITH THE ISSUER

THANK YOU

CUSTOMER COPY

HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH GESSNER

Lane No. 29

Fare Paid - $1.00

11:46:41AM   06-15-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH GESSNER

Lane No. 21

Fare Paid - $1.00

09:36:30AM   06-20-08

Fare Paid - $1.00

07:39:23PM   06-25-08

Have a nice day!

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON NORTH

Lane No. 03

Fare Paid - $1.50

02:19:25PM   06-13-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH GESSNER

Lane No. 29

Fare Paid - $1.00

12:03:38AM   06-13-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH GESSNER

Lane No. 29

Fare Paid - $1.00

09:46:59AM   06-25-08

Have a nice day!

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON CENTRAL

Lane No. 18

Fare Paid - $1.50

07:06:53PM   06-10-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON CENTRAL

Lane No. 18

Fare Paid - $1.50

07:55:45PM   06-11-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

FM 249

Lane No. 39

Fare Paid - $1.00

07:58:11PM   06-11-08

Have a nice day!

HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH GESSNER

Lane No. 29

Fare Paid - $1.00

07:18:46PM   06-09-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON CENTRAL

Lane No. 16

Fare Paid - $1.50

06:57:36PM   06-09-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH GESSNER

Lane No. 29

Fare Paid - $1.00

07:12:16PM   06-10-08

Alexander Savelyev - Expense Report (Lehman 2008_07_01).xls

**STAYBRIDGE**
S U I T E S

Alexander Saveliyev
36 Beecher Ave
Shelton, CT 06484-4010
US

| | |
|---|---|
| Folio No. : | |
| A/R Number : | |
| Group Code : | |
| Company : | Lehman Brothers Holdings Inc |
| Membership No. : PC | 604775851 |
| Invoice No. : | |

| | |
|---|---|
| Cashier No. : 15 | |

| | |
|---|---|
| Room No. : | 411 |
| Arrival : | 06-09-08 |
| Departure : | 06-13-08 |
| Conf. No. : | 65470156 |
| Rate Code : | ILLDZ |
| Page No. : | 1 of 1 |

06-12-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-09-08 | *Accommodation | 139.95 | |
| 06-09-08 | State Occupancy Tax | 8.40 | |
| 06-09-08 | County Occupancy Tax | 12.60 | |
| 06-10-08 | *Accommodation | 139.95 | |
| 06-10-08 | State Occupancy Tax | 8.40 | |
| 06-10-08 | County Occupancy Tax | 12.60 | |
| 06-11-08 | *Accommodation | 139.95 | |
| 06-11-08 | State Occupancy Tax | 8.40 | |
| 06-11-08 | County Occupancy Tax | 12.60 | |
| 06-12-08 | *Accommodation | 139.95 | |
| 06-12-08 | State Occupancy Tax | 8.40 | |
| 06-12-08 | County Occupancy Tax | 12.60 | |
| | **Total** | 643.80 | 0.00 |
| | **Balance** | 643.80 | |

Thank you for staying at Staybridge Suites Houston/Willowbrook. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

**Guest Signature:**

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of those charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700   Fax: (281) 807-3730

---

Orbitz: My Stuff - Current Trip - Print Itinerary

**ORBITZ**

Page 1 of 2

### Houston 6/9/08

**Flight reservation**

| | |
|---|---|
| Orbitz record locator: | API3010ATT2JME4 |
| Airline record locator: | Continental Airlines - ATT2JM |
| Ticket number(s): | 0052324622000 |
| **Total flight cost:** | $516.49 USD |

Security update:
Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint.

Traveler(s):                    Frequent-flier details
ALEXANDER                       Continental Airlines OnePass
SAVELYEV                        V767.8939

**Continental Airlines 1027**
Depart:  5:30am  New York, NY
         morning  New York John F Kennedy Intl (JFK)
Arrive:  8:14am  Houston, TX
         morning  Houston George Bush Intercnt. (IAH)

Economy | 3hr 44min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

**Continental Airlines 821**
Depart:  3:40pm  Houston, TX
         afternoon  Houston George Bush Intercnt. (IAH)
Arrive:  8:56pm  New York, NY
         evening  New York John F Kennedy Intl (JFK)

Economy | Boeing 737-500 Passenger (735) | Snack | 4hr 16min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

**Flight status alerts**

No flight status alerts set up for this trip.

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**

This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

**Flight cost summary**

| | |
|---|---|
| Airfare, ALEXANDER SAVELYEV (Adult) | $509.50 |
| Total service fee: | $6.99 |
| **Total trip cost** | **$516.49 USD** |

## STAYBRIDGE SUITES (Folio 1)

Alexander Savelyev
36 Beecher Ave
Shelton, CT 06484-4010
US

| | |
|---|---|
| Folio No. | : 22218 |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : PC    604775851 |
| Invoice No. | : |

Cashier No. : 18

| | |
|---|---|
| Room No. | : 311 |
| Arrival | : 06-16-08 |
| Departure | : 06-20-08 |
| Conf. No. | : 61469241 |
| Rate Code | : ILLDZ |
| Page No. | : 1 of 1 |

06-20-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-16-08 | *Accommodation | 109.95 | |
| 06-16-08 | State Occupancy Tax | 6.60 | |
| 06-16-08 | County Occupancy Tax | 9.90 | |
| 06-17-08 | *Accommodation | 109.95 | |
| 06-17-08 | State Occupancy Tax | 6.60 | |
| 06-17-08 | County Occupancy Tax | 9.90 | |
| 06-18-08 | *Accommodation | 109.95 | |
| 06-18-08 | State Occupancy Tax | 6.60 | |
| 06-18-08 | County Occupancy Tax | 9.90 | |
| 06-19-08 | *Accommodation | 109.95 | |
| 06-19-08 | State Occupancy Tax | 6.60 | |
| 06-19-08 | County Occupancy Tax | 9.90 | |
| 06-20-08 | American Express    XXXXXXXXXX1077 | | 505.80 |
| | Total | 505.80 | 505.80 |
| | Balance | 0.00 | |

Thank you for staying at Staybridge Suites Houston/Willowbrook. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

Guest Signature:

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700    Fax: (281) 807-3730

## STAYBRIDGE SUITES (Folio 2)

Alexander Savelyev
36 Beecher Ave
Shelton, CT 06484-4010
US

| | |
|---|---|
| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : PC    604775851 |
| Invoice No. | : |

Cashier No. : 15

| | |
|---|---|
| Room No. | : 319 |
| Arrival | : 06-23-08 |
| Departure | : 06-27-08 |
| Conf. No. | : 66523746 |
| Rate Code | : ILLDZ |
| Page No. | : 1 of 1 |

06-26-08

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-23-08 | *Accommodation | 109.95 | |
| 06-23-08 | State Occupancy Tax | 6.60 | |
| 06-23-08 | County Occupancy Tax | 9.90 | |
| 06-24-08 | *Accommodation | 109.95 | |
| 06-24-08 | State Occupancy Tax | 6.60 | |
| 06-24-08 | County Occupancy Tax | 9.90 | |
| 06-25-08 | *Accommodation | 109.95 | |
| 06-25-08 | State Occupancy Tax | 6.60 | |
| 06-25-08 | County Occupancy Tax | 9.90 | |
| 06-26-08 | *Accommodation | 109.95 | |
| 06-26-08 | State Occupancy Tax | 6.60 | |
| 06-26-08 | County Occupancy Tax | 9.90 | |
| | Total | 505.80 | 0.00 |
| | Balance | 505.80 | |

Thank you for staying at Staybridge Suites Houston/Willowbrook. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www.priorityclub.com. We look forward to welcoming you back soon.

Guest Signature:

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700    Fax: (281) 807-3730

Orbitz: My Stuff - Current Trip - Print Itinerary

## Houston 6/9/08

### Flight reservation

Orbitz record locator: APT30101ATSLHEA
Airline record locator: Continental Airlines - ATSLH
Ticket numbers: 00521499999996

**Total flight cost:** $516.49 USD

**Security update:** Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint.

SHALBIN SAMUEL   Frequent flier details

**Continental Airlines 1027**
Depart: 6:30am   New York, NY   New York, John F Kennedy Intl (JFK)
morning
Arrive: 9:14am   Houston, TX   Houston George Bush Intercnt, (IAH)
morning

Economy | 3hr 44min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

**Continental Airlines 821**
Depart: 3:40pm   Houston, TX   Houston George Bush Intercnt, (IAH)
afternoon
Arrive: 8:00pm   New York, NY   New York, John F Kennedy Intl (JFK)
evening

Economy | Boeing 737-500 Passenger (735) | Snack | 4hr 16min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

**Flight Status Alerts**

No flight status alerts set up for this trip.

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**

This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

**Flight cost summary**

Airfare, SHALBIN SAMUEL (Adult)   $509.50
Total service fee:   $6.99

Total trip cost   $516.49 USD

---

Orbitz: My Stuff - Current Trip - Print Itinerary

**Your reservation is complete.**
Click here to claim your $20.00 Cash Back bonus on your next Orbitz reservation!

[Continue]

By clicking above, you can claim your reward from our preferred partner

---

eTicket Itinerary and Receipt

## Savelyev, Alexander

From: Alexander Savelyev [alexs_m@yahoo.com]
Sent: Tuesday, July 15, 2008 4:21 PM
To: Savelyev, Alexander
Subject: eTicket Itinerary and Receipt for Confirmation AT83LH

To ensure delivery of this e-mail please add continentalairlines@continental.com to your address book or approved senders list. See Guidelines for adding us to your address book.

**Continental Airlines**
Confirmation: AT83LH

Find your boarding pass at continental.com within 24 hours of your flight

Issue Date: June 26, 2008

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| SAMUEL/SHALBIN | 0052167868706 | | — |

### FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Thu, 03JUL08 | CO821 | H | HOUSTON BUSH INTL (IAH) 3:40PM | NEW YORK/KENNEDY (JFK) 8:56PM | 737-500 | Snack |

### FARE INFORMATION

Fare Breakdown

| | | Form of Payment: AMERICAN EXPRESS |
|---|---|---|
| Airfare: | 621.38 USD | |
| Tax: | 46.60 | Last Four Digits |
| U.S. Security Service Fee: | 5.00 | 1077 |
| U.S. Flight Segment Tax: | 7.00 | |
| U.S. Passenger Facility | 4.50 | |
| Per Person Total: | 684.48 USD | |
| eTicket Total: | 684.48 USD | |

The airfare you paid on this itinerary totals: 621.38 USD

The taxes you paid on this itinerary total: 63.10 USD

Fare Rules: Additional charges may apply for changes in addition to any fare rules listed.
509.50 USD NRF ORIG TKT AMT

7/15/2008

---

eTicket Itinerary and Receipt

Add Collect: An additional amount of the difference in fare was charged to AMERICAN EXPRESS XXXXXXXXXXX1077 on June 26, 2008. 174.98 USD per ticket for an additional total of 174.98 USD was collected.

Additional Charges: Thu, Jun 26, 2008/AMERICAN EXPRESS XXXXXXXXXXX1077 was charged 150.00 USD for the following: Change Fee - 150.00 USD/150.00 USD per ticket tax included/NON REF

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- **Failure to meet the Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at continental.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to continental.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

### Take a Companion On Your Next Trip - Your Carry-on Bag

Bring your bag onboard and save time. Trial size liquids, gels and aerosol items (3.4 oz./100ml or less) that fit in one, quart-size (1 liter), clear plastic zip-top bag are allowed beyond security. Restrictions vary for flights departing from non-U.S. airports. See continental.com or tsa.gov for details.

### Check In Online the Day Before You Fly

With continental.com Check-in, you can print your own boarding pass within 24 hours of your flight. You can review or change your seats and get everything you need to go straight to the gate. For more information, go to continental.com.

7/15/2008

Orbitz: My Stuff - Current Trip - Print Itinerary
Page 1 of 2

# orbitz

## Houston 6/16/08

### Flight reservation

Orbitz record locator: AP130101AGFFXDE4
Airline record locator: Continental Airlines - AGFFXD
Ticket number: 00574730989009

**Total flight cost** $531.49 USD

⚠️ **Security update**
Chances are airlines now require that you obtain a boarding pass before entering the security checkpoint.

**Traveler(s)**
ALEXANDER SAVELYEV

Frequent flier details
Continental Airlines OnePass
VY878939

**Continental Airlines 1027**
Depart: 8:30am  New York, NY
morning  New York John F Kennedy Intl (JFK)
Arrive: 8:00am  Houston, TX
morning  Houston George Bush Intercntl. (IAH)

Economy | Boeing 737-700 Passenger (73G) | Snack | 3hr 30min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

**Continental Airlines 521**
Depart: 3:40pm  Houston, TX
afternoon  Houston George Bush Intercntl. (IAH)
Arrive: 8:55pm  New York, NY
evening  New York John F Kennedy Intl (JFK)

Economy | Boeing 737-500 Passenger (735) | Snack | 4hr 10min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

### Flight status alerts

No flight status alerts set up for this trip.

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

### Flight cost summary

Airfare, ALEXANDER SAVELYEV (Adult)    $524.50

---

Orbitz: My Stuff - Current Trip - Print Itinerary
Page 2 of 2

Total service fee:  $6.99
Total trip cost  $531.49 USD

**Your reservation is complete.**
Click here to claim your $25.00 Cash Back Incentive on your next Orbitz reservation!

[Continue]

By clicking above, you can claim your reward from our preferred partner.

Orbitz: My Stuff - Current Trip - Print Itinerary



Houston 6/23/08

## Flight reservation

Orbitz record locator: AP13010IDGKVDHEA
Airline record locator: Continental Airlines - DGKVDH
Ticket number: 0057172086245
**Total flight cost:** $496.49 USD

**Security update:**
Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint.

Traveler(s)
ALEXANDER SAVELYEV

Frequent flier details
Continental Airlines OnePass
V/6769839

**Continental Airlines 1927**
Depart: 6:35am    New York, NY
morning    New York, John F Kennedy Intl (JFK)
Arrive: 8:08am    Houston, TX
morning    Houston George Bush Intercntl. (IAH)

Economy | Boeing 737-700 Passenger (73G) | Snack | 3hr 35min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

**Continental Airlines 521**
Depart: 3:40pm    Houston, TX
afternoon    Houston George Bush Intercntl. (IAH)
Arrive: 8:56pm    New York, NY
evening    New York, John F Kennedy Intl (JFK)

Economy | Boeing 737-500 Passenger (735) | Snack | 4hr 16min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

No flight status alerts set up for this trip.

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**
This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

## Flight cost summary
Airfare, ALEXANDER SAVELYEV    $489.50
(Adult)

Total service fee:    $6.99
**Total trip cost**    $496.49
USD

**Your reservation is complete.**
Click here to claim your $20.00 Cash Back
Incentive on important Orbitz reservation!

By clicking above, you can claim your reward from
our preferred partner