# EXHIBIT A

# PART IV

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN
**TRIP DATES:** 7/11 - 8/4/08 AIRFARES

| Date | Explanation | Employee | Amount | | | | | Total |
|------|-------------|----------|--------|--|--|--|--|-------|
| | | | | | | | | - |
| 07/02/08 | Flight for Mannesh Sama - Lehman | MANEESH SAMA | 554.50 | | | | | 554.50 |
| 07/09/08 | Flight for Mannesh Sama - Lehman | MANEESH SAMA | 554.50 | | | | | 554.50 |
| 07/26/08 | Flight for Mannesh Sama - Lehman | MANEESH SAMA | 486.50 | | | | | 486.50 |
| 07/24/08 | Flight for Mannesh Sama - Lehman | MANEESH SAMA | 486.50 | | | | | 486.50 |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| TOTALS | | | | | | | | |

Continental Airlines - Thank You for Choosing Continental Airlines

# Thank You for Choosing Continental Airlines

Confirmation e-mail sent to maneesh.sama@lehman.com. | Print: Friendly | Save as PDF | Manage your Reservations

**Continental Confirmation Number: CSE6KY**

**Houston, TX (IAH - Intercontinental) to Boston, MA (BOS)**

| Depart: | Arrive: | OnePass Miles/Elite | Flights C0682 |
|---|---|---|---|
| 4:35 p.m. | 9:38 p.m. | Qualification: | Aircraft: Boeing 737-800 |
| Fri., Jul. 11, 2008 | Fri., Jul. 11, 2008 | 1,597/100% | Fare Class: Economy (N) |
| Houston, TX (IAH - Intercontinental) | Boston, MA (BOS) | | Travel Time: 4 h 3 min |
| | | | Meal: Snack |
| | | | No Special Meal Offered. |

**Boston, MA (BOS) to Houston, TX (IAH - Intercontinental)**

| Depart: | Arrive: | OnePass Miles/Elite | Flights C0683 |
|---|---|---|---|
| 5:25 a.m. | 8:25 a.m. | Qualification: | Aircraft: Boeing 737-800 |
| Mon., Jul. 14, 2008 | Mon., Jul. 14, 2008 | 1,597/100% | Fare Class: Economy (N) |
| Boston, MA (BOS) | Houston, TX (IAH - Intercontinental) | | Travel Time: 3 hr 50 min |
| | | | Meal: Snack |
| | | | No Special Meal Offered. |

**Passengers**

Maneesh Sama
Seat: IAH - BOS: 25F
Assignments: BOS - IAH: 25C
Email Address: maneesh.sama@lehman.com
Business/Other (203) 434-5119 - United States
Phone:

**Price**
1 Adults (age 18 to 64) $538.00
Taxes/Fees $16.50
Total Price $554.50

**Payment Information**
Name of Cardholder: Kathi H Arciola
Card Type: American Express

**OnePass Members:**
Upon completion of this itinerary, you will earn up to 3,194 OnePass miles.*

---

# Thank You for Choosing Continental Airlines

**Continental Confirmation Number: C6ST3T**

| Depart: | Arrive: | OnePass Miles/Elite | Flights C0682 |
|---|---|---|---|
| 4:35 p.m. | 9:38 p.m. | Qualification: | Aircraft: Boeing 737-800 |
| Fri., Jul. 11, 2008 | Fri., Jul. 11, 2008 | 1,597/100% | Fare Class: Economy (N) |
| Houston, TX (IAH - Intercontinental) | Boston, MA (BOS) | | Travel Time: 4 h 3 min |
| | | | Meal: Snack |
| | | | No Special Meal Offered. |

| Depart: | Arrive: | OnePass Miles/Elite | Flights C0683 |
|---|---|---|---|
| 6:55 a.m. | 9:52 a.m. | Qualification: | Aircraft: Boeing 737-800 |
| Mon., Jul. 14, 2008 | Mon., Jul. 14, 2008 | 1,597/100% | Fare Class: Economy (N) |
| Boston, MA (BOS) | Houston, TX (IAH - Intercontinental) | | Travel Time: 3 hr 57 min |
| | | | Meal: Snack |
| | | | No Special Meal Offered. |

**Passengers**

Mr. maneesh sama
Seat Assignments: IAH - BOS: 25A
BOS - IAH: 25B
Trip Alert:
Frequent Flyer: CO-GO801515
Email Address: maneeshsama@yahoo.com
Business/Other (203) 434-5511 - United States
Phone:

**Price**
1 Adults (age 18 to 64) $538.00
Taxes/Fees $16.50
Total Price $554.50

**Payment Information**
Name of Cardholder:
Card Type: Kathi H Arciola
American Express

**OnePass Members:**
Upon completion of this itinerary, you will earn up to 3,194 OnePass miles.*

**Important Travel Information:**

* The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
* Any changes to your flight reservations may incur additional charges.
* Airfare requires government issued photo identification upon check-in, such as a driver's license or passport.
* Passengers traveling internationally may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Item 10 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel.
* Other important Information: Include the consulate of the destination country and the U.S. Department of State.
* Ticket most important information governing airline baggage including liability.
* You will be contacted with any changes to additional information such as schedule changes, itinerary changes, etc.
* Special services are on a request basis and cannot be guaranteed.
* Specials meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
* Non-Elite OnePass members traveling on Y, H, K, M, N or Bi (or equivalent) fares are eligible for mileage-deduct upgrades within or between the 48 contiguous U.S., Alaska and Canada.

*OnePass Frequent flyer mileage information is provided as a convenience to OnePass members. Data relate to the percentage of OnePass miles earned toward the status when booked as continental.com. Actual bonus miles will be posted to your account. Fare class, Elite and total promotional bonuses are not available in the miles listed. A minimum of 500 OnePass miles is earned for Economy Class and 125 OnePass miles for First Class.

Home > Thank You for Choosing Continental Airlines

## Thank You for Choosing Continental Airlines

Continental Confirmation Number:    **BLYDZS**

| | | | Price | |
|---|---|---|---|---|
| **Depart:** | **Arrive:** | **OnePass Miles/Dflts** | 1 Adult (age 18 to 64) | $470.00 |
| 7:20 a.m. | 9:20 a.m. | **Qualifications:** | Taxes/Fees | $16.50 |
| Mon, Jul 24, 2006 | Mon, Jul 24, 2006 | 1,197 / 100% | Total Price | $486.50 |
| Houston, TX (IAH - Intercontinental) | Salt Lake City, UT (SLC) | | | |

Flight: CO2564
Aircraft: Embraer-RJ145
Fare Class: Economy (Y)
Travel Time: 3 hr 0 min
Meal: Snack
No Special Meal Offered.

Payment Information
Name of Cardholder:    Robin H Ambda
Card Type:    American Express

| | | | |
|---|---|---|---|
| **Depart:** | **Arrive:** | **OnePass Miles/Dflts** | |
| 6:45 a.m. | 10:56 a.m. | **Qualifications:** | |
| Mon, Jul 24, 2006 | Mon, Jul 24, 2006 | 1,197 / 100% | |
| Salt Lake City, UT (SLC) | Houston, TX (IAH - Intercontinental) | | |

Flight: CO449
Aircraft: Boeing 737-500
Fare Class: Economy (Y)
Travel Time 3 hr 11 min
Meal: Snack
No Special Meal Offered.

OnePass Members:
Upon completion of this itinerary, you will earn up to 2,390 OnePass miles.*

### Passengers

Mr. manesshi sanna
Seat Assignments:    IAH - SLC: 19A
                     SLC - IAH: 24F
Trip Alert:          Active
Frequent Flyer:      CO-CQ093515
Email Address:       mansershaana@yahoo.com
Business/Other       (203) 454-2511 - United States
Phone:

### Important Travel Information:

* The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
* Any changes to your flight reservations may incur additional charges.
* Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
* Passenger, visa and travel document requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. For more resources include the consulate of the destination country and the U.S. Department of State.
* Please read Important Information governing airline baggage liability limitations.
* You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
* Special services are on a request basis and cannot be guaranteed.
* Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
* Non-Elite OnePass members traveling on Y, H, K, or B (or equivalent) fares are eligible for mileage-deduct upgrades within or between the 48 contiguous U.S., Alaska and Canada.

*OnePass frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned toward Elite status when booked on Continental's system. Actual flown miles will be posted to your account. Fare class, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For certain fare segments 250 OnePass miles is credited for OnePass miles for First Class.

Page 1 of 4

## Kathi Arciola

**From:** Sama, Maneesh [maneesh.sama@lehman.com]
**Sent:** Wednesday, July 23, 2008 6:09 PM
**To:** Kathi Arciola
**Subject:** FW: MANEESH S HOUSTON-INT 01AUG08

FYI

Also, Kathi, I wanted to discuss the Lehman plans with you. Please let me know when I can call you to discuss.

Thanks,
Maneesh.

**From:** Maneesh Sama [mailto:maneeshsama@yahoo.com]
**Sent:** Tuesday, July 22, 2008 9:49 PM
**To:** Sama, Maneesh
**Subject:** FW: MANEESH S HOUSTON-INT 01AUG08

----On Wed, 7/23/08, DeltaElectronicTicketReceipt@delta.com
<DeltaElectronicTicketReceipt@delta.com> wrote:

From: DeltaElectronicTicketReceipt@delta.com <DeltaElectronicTicketReceipt@delta.com>
Subject: MANEESH S HOUSTON-INT 01AUG08
To: MANEESHSAMA@YAHOO.COM
Date: Wednesday, July 23, 2008, 3:04 AM

## ▲ DELTA ⊛

## Your Receipt and Itinerary

KATHI H ARCIOLA
301 RIVERSIDE AVENUE
WESTPORT CT 06880

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

7/24/2008

---

Page 2 of 4

Speed through the airport. Check-in online for your flight.    [Check-in]

## Flight Information

DELTA CONFIRMATION #: I96ABW
TICKET #: 00623485294773

| Day Date | Flight | Status | Bkng Class | City | Time | Meals/ Other | Seat/ Cabin |
|---|---|---|---|---|---|---|---|
| Fri 01AUG | DELTA 3843* | OK | U | LV HOUSTON-INT AR SALT LAKE CT TY | 607P 830P | | 9A COACH |
| | *Operated by SKYWEST AIRLINES | | | | | | |
| Mon 04AUG | DELTA 3838* | OK | U | LV SALT LAKE CT TY AR HOUSTON-INT | 830A 1247P | | 16D COACH |

*Operated by SKYWEST AIRLINES

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your rules. Please review Delta's check-in Requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for International travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://Safe@Travel.dot.gov.

Key to Terms
# = Arrival data different than departure date
---- = Check in required
*SS - Multiple seats
AR - Arrives
B - Breakfast
C - Bagel/Beverage
D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Meals
R - Refreshments - Complimentary
S - Snack
S - Cold meal
V - Snacks for Sale

## Passenger Information

MANEESH SAMA
SkyMiles Number: *******456

## Billing Details

## Receipt Information

Fare Details: HOU DL SLC Q18.60 200.00U9L0N36N DL  HOU Q18.60 200.00U9L0N36N U
SP437.26END 2P IAHSLC XY AY 4.50 SLCV4.5
Fare:                  437.20 USD
Tax:          9.50 XT
Tax:         32.80 US
Tax:          7.00 ZP     Form of Payment    AX*********71066
Total:       486.50 USD
NON-REF/ SCHANGE FEE

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charge and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in

7/24/2008



# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman Brothers
**TRIP DATES:** July 1st - July 31st

| Date | Expense Description | Employee | Airfare | Lodging | Phone | Meals | Ground Transportation | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | - |
| 07/01/08 | Meal | Patricio Moschcovich | | | | 24.49 | | | 24.49 |
| 07/01/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| | | | | | | | | | - |
| 07/10/08 | Meal | Patricio Moschcovich | | | | 10.07 | | | 10.07 |
| 07/10/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| 07/17/08 | Cafeteria debit card | Patricio Moschcovich | | | | 20.00 | | | 20.00 |
| 07/17/08 | Meal | Patricio Moschcovich | | | | 25.07 | | | 25.07 |
| 07/17/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| | | | | | | | | | - |
| 07/24/08 | Meal | Patricio Moschcovich | | | | 10.88 | | | 10.88 |
| 07/24/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| 07/31/08 | Train - 10-trip Ticket | Patricio Moschcovich | | | | | 185.00 | | 185.00 |
| | | | | | | | | | - |
| 07/31/08 | Meal | Patricio Moschcovich | | | | 14.00 | | | 14.00 |
| | | | | | | | | | - |
| 07/31/08 | Parking | Patricio Moschcovich | | | | | | 9.00 | 9.00 |
| | | | | | | | | | - |
| **TOTALS** | | | | | | | | | |

```
Main Cafeteria

12 Magalys                JulO1'08 1:04PM  Gst 1

Chk 485          Jul24'08 09:34AM  Gst 1

   Cafeteria
1 Bagel/Bialy                      1.60
  trenxina lg                      2.00
  ult.ea                           4.88

  Subtotal                         4.50
  Tax                              0.38
  Ttl Payment                      4.88
```

```
Main Cafeteria

12 Magalys

Chk 1074         Jul31'08 08:40AM  Gst 1

   Cafeteria
1 Bagel/Bialy                      0.85
1 16 oz coffee                     1.85
1 tropicana lg                     2.00
  debitek                          4.88

  Subtotal                         4.50
  Tax                              0.38
  Ttl Payment                      4.88
```

```
Main Cafeteria

12 Magalys                JulO1'08 08:45AM  Gst 1

Chk 5131         JulO1'08 08:45AM  Gst 1

   Cafeteria
1 Bagel w/cc                       1.35
1 tropicana lg                     2.00
1 16 oz coffee                     1.65
1 starb redd 16oz                  1.85
  debitek                          3.63

  Subtotal                         3.35
  Tax                              0.00
  Ttl Payment                      3.63
```

```
Main Cafeteria

12 Magalys

Chk 978

   Cafeteria                       0.85
                                   1.85
1 tropicana lg                     2.00
  debitek                          4.88

  Subtotal                         4.50
  Tax                              0.38
  Ttl Payment                      4.88
```

```
Main Cafeteria

12 Magalys                Jul31'08 02:04PM  Gst 1

Chk 1737         Jul31'08 02:04PM  Gst 1

   Cafeteria
0.310lb @ 5.76/lb
Lg Clr Intrnt                      1.79
  debitek                          1.21

  Subtotal                         1.79
  Tax                              0.15
  Ttl Payment                      1.94
```

```
Main Cafeteria

12 Magalys

Chk 5581         Jul17'08 09:34AM  Gst 1

   Cafeteria
1 Bagel/Bialy                      0.85
1 16 oz coffee                     1.85
1 tropicana lg                     2.00
  debitek                          4.86

  Subtotal                         4.50
  Tax                              0.38
  Ttl Payment                      4.88
```

CUSTOMER COPY

```
JOYISH RESTAURANT
189 WEST 49th STREET
NEW YORK, NY 10036
1(212) 398-0000
w.dervishrestaurant.com

ECK:         1 5 2 2
BLEE-
VER:         102 VOLKAN
RE:          JulO1'08 1:04PM
RD TYPE:     AMEX
TE:          XXXXXXXX1416
CT #:        XX/XX
P DATE:      524983
TH CODE:     0000000000000
SEARCH:      P MOSCHCOVICH

BFOTAL:         2 4 . 4 9

P $

TAL $

_____
       SIGNATURE
_____
     PRINTED NAME
Signed Copy-Merchant
Second Copy-Customer
```

```
JOYISH RESTAURANT
189 WEST 49th STREET
NEW YORK, NY 10036

MERCHANT I.D.:          03393379
MERCHANT #:             48739829329981

SALE
BASE                       18.00
TIP                         2
TOTAL

DISK                       18.00
TIP                         2.00
TOTAL                      20.07
```

CUSTOMER COPY

```
    Bombay Palace
  30 West 52nd Street
  New York, NY 10019
   ph:212-581-7777

Thank You for Visiting

TABLE: 44 - 3 Guests
Your Server was Bullu
7/17/2008 1:10:40 PM - 10
#0078727

  Subtotal            $99.70
  Total Taxes          $5.00
  _____
  Grand Total         $64.70

Credit Purchase
Name    : MOSHCOVICH/P
CC Type : Amex
CC Num  : XXXX XXXX XXXX 1416
Reference : 47401200
Approval : 581253
Server   : Bullu
Ticket Name : 44

Payment Amount:         $21.57

Tip:                     3.50

Total:                  25.07

I agree to pay total amount shown a
bove.

+ Come Back Again +
```



# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN BROTHERS
**TRIP DATES:** 7/24 - 7/31/08

| Date | Expense Description | Name/Employee | Air | Lodging | Phone | Meals | Ground Trans | Other | Trip Totals |
|------|--------------------|--------------|-----|---------|-------|-------|--------------|-------|-------------|
| 07/24/08 | Meal | SEEMANTO BARUA | | | | 32.19 | | | 32.19 |
| 07/25/08 | Meal | SEEMANTO BARUA | | | | 26.37 | | | 26.37 |
| 07/28/08 | Meal | SEEMANTO BARUA | | | | 32.17 | | | 32.17 |
| 07/29/08 | Meal | SEEMANTO BARUA | | | | 22.58 | | | 22.58 |
| 07/30/08 | Meal | SEEMANTO BARUA | | | | 27.05 | | | 27.05 |
| 07/31/08 | Meal | SEEMANTO BARUA | | | | 28.10 | | | 28.10 |
| | | | | | | - | | | - |
| | | | | | | - | | | - |
| | | | | | | - | | | - |
| | | | | | | - | | | - |
| | | | | | | - | | | - |
| | | | | | | - | | | - |
| | | | | | | - | | | - |
| | | | | | | - | | | - |
| | | | | | | - | | | - |
| TOTALS | | | | | | | | | |



Main Cafeteria

12 Magalys

Chk 1337 Jul31'08 10:05AM Gst 1

Cafeteria

| | |
|---|---|
| 1 Whole Fruit | 0.55 |
| 1 Cereal | 3.75 |
| 1 frsh sqzd juice | 2.25 |
| debitek | 7.10 |
| Subtotal | 6.55 |
| Tax | 0.55 |
| Ttl Payment | 7.10 |

Reprint #3 by cashier

Aoki

234 West 48th Street
New York N.Y. 10019
Tel : 212.956.2356

# 1018 [ C6 ] Dine In

HAN 07/31/2008

| | |
|---|---|
| 1 UNAJU(B) | $11.00 |
| 1 SEABASS KUSHIYAKI (B) | $11.00 |
| 1 CK KATSU(B) | $11.00 |
| 1 CK TERI(B) | $11.00 |
| Food Total | $ |
| Subtotal : | $44.00 |
| Tax(8.375%): | $3.70 |
| Total: | $47.70 |

| | Poor | Good | Excellent |
|---|---|---|---|
| Food | [ ] | [ ] | [ ] |
| Service | [ ] | [ ] | [ ] |
| Decor | [ ] | [ ] | [ ] |

Main Cafeteria

12 Magalys

Chk 1519 Jul29'08 10:19AM Gst 1

Cafeteria

| | |
|---|---|
| 1 Whole Fruit | 0.55 |
| 1 Cereal | 3.75 |
| 1 smoothie | 2.50 |
| debitek | 7.37 |
| Subtotal | 6.80 |
| Tax | 0.57 |
| Ttl Payment | 7.37 |

Main Cafeteria

12 Magalys

Chk 1820 Jul29'08 01:36PM Gst 1

Cafeteria

| | |
|---|---|
| 1 Snapple White Te | 2.00 |
| 1 Sushi $11.95 | 11.95 |
| debitek | 14.93 |
| debitek | 0.19 |
| Subtotal | 13.95 |
| Tax | 1.17 |
| Ttl Payment | 15.12 |

Main Cafeteria

12 Magalys

Chk 466 Jul30'08 10:11AM Gst 1

Cafeteria

| | |
|---|---|
| 1 Cereal | 3.75 |
| 1 Whole Fruit | 0.55 |
| 1 frsh sqzd juice | 2.25 |
| debitek | 7.10 |
| Subtotal | 6.55 |
| Tax | 0.55 |
| Ttl Payment | 7.10 |

minar
INDIAN RESTAURANT
138 West 46th Street New York N.Y. 10036
212-398-[illegible]
FREE DELIVERY

DATE 7-30-08

| | |
|---|---|
| 2 Ali Kulcha | 2.50 |
| 1 [illegible] | 2.00 |
| 2 Alu Paratha | 2.25 |
| 1 Raita | 1.00 |
| 1 Tikka | 6.50 |
| | 13.50 |

CITY MARKET CAFE
48 WEST 48 STREET
NEW YORK, NY 10036

CREDIT I.D. : [illegible]
DEBIT I.D. : [illegible]

MASTERCARD
XXXXXXXXXXXX3501
SALE
BATCH: [illegible]
DATE: JUL 30, 08
RRN: [illegible]
INVOICE: [illegible]
TIME: [illegible]
AUTH NO: [illegible]

BASE 16.15
TIP

TOTAL

**minar**
INDIAN RESTAURANT
138 West 46th Street, New York N.Y. 10036
212-398-4600
FREE DELIVERY

✓ 2nd floor

DATE 7-25-08

M 1301 6th Ave
212-820-7238

| | | |
|---|---|---|
| 1. | Sag Paneer / Roti | 5.75 |
| 1. | Channa / Roti | 5.75 |
| 2. | Roti | 2.50 |
| | | 14.00 |
| | | 1.20 |
| | | $15.20 |

#5047 Zoey
Seemanto Barua
212 320-7111
1301 6th Ave #2FL
雞粿條
1 Chicken Pad Th 6.95
Sub-total $6.95
Tax $0.58
Total $7.53
Delivery Charge $2.00
Total $9.53
01:54 PM Packer
CASHIER-2/PACKER TM08

Main Cafeteria B
12 Magalys
Chk 1737 Jul25'08 10:21AM Gst 1

Cafeteria

| | |
|---|---|
| 1 Hotcakes | 2.95 |
| 1 Topping | 1.00 |
| 2 Whole Fruit | 1.10 |
| 1 Snapple White Te | 2.00 |
| 1 Lunch Redm | 5.54- |
| debitek | 1.64 |
| Subtotal | 1.51 |
| Tax | 0.13 |
| Ttl Payment | 1.64 |

✓

Jamba Juice #696
1381 Sixth Ave.
New York, NY 10019
(212) 956-3719

Server: ROY B
01:47 PM
SEEMANTO/
DOB: 07/28/2008
07/28/2008
3/30118

VISA 3145849
Card #XXXXXXXXXXXX8441
Magnetic card present. BARUA SEEMANTO
Approval: 045548

Amount: 5.91

Customer Copy

✓

HILTON NEW YORK
STARBUCKS
7103 Marvin
CHK 6479 JUL28'08 4:07PM

| | |
|---|---|
| 1 Tl Mocha | 3.90 |
| 1 Tl **Add Syrup | 0.45 |
| 1 Tl Blueberry Sco | 2.35 |
| Food | 2.35 |
| Beverage | 4.35 |
| Tax | 0.56 |
| Payment | 7.26 |
| XXXXXXXXXXXX3818 | XX/XX |
| Master Card | 7.26 |

Tip ________
Total ________
Rm # ________
Print Name ________
Signature ________
Please pay cashier
Gratuities not included

Main Cafeteria B
12 Magalys
Chk 605 Jul28'08 10:08AM Gst 1

Cafeteria

| | |
|---|---|
| 1 Cereal | 3.75 |
| 1 Whole Fruit | 0.55 |
| 1 frsh sqzd juice | 2.25 |
| debitek | 7.10 |
| Subtotal | 6.55 |
| Tax | 0.55 |
| Ttl Payment | 7.10 |

✓

PRET A MANGER
1350 6th Avenue
New York NY 10019
212 307 6100

SALES VOUCHER - CUSTOMER COPY
STEFFANIE 07/28/2008 2:04:

Merchant No. 530440
Till Ref. 210139
T.I.D 2

Visa - ************8441
Exp.: XX/XX (Swipe Entry)

EFT Txn : 18176781
Auth. Code : 055878

TOTAL 11.90

Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown above and agrees to perform the obligations set forth in the Cardholder's agreement with the issuer.

Please keep this copy for your records.

-- Deliver! www.eatpret.com
Or call us 866 EAT PRET
Have a great day

```
Main Cafeteria
12 Magalys              Jul24'08 09:54AM  Gst 1

      Cafeteria
1 Cereal                          3.75
1 Whole Fruit                     0.55
1 fresh sqzd Juice                2.25
debitek                           7.10

Subtotal                          6.55
Tax                               0.55
TTl Payment                       7.10
```

```
              HILTON NEW YORK

7005 Ricardo
BNK 6891 JUL24'08  2:50PM

1 Tl Mocha                        3.90
1 Tl Drip Coffee                  1.80

Beverage                          5.70
Tax                               0.48
Payment                           6.18
XXXXXXXXXX3501                    XX/XX
Master Card                       6.18

Tip_____

Total_____

Room #_____

Print Name_____

Signature_____
   Please Pay cashier
   Gratuities not included
```

```
           HENCHANKO 55
       43-45 55TH STREET
          NEW YORK, NY
      Tbatb51 e      Serv:Htet
       146133     # Dust:2
7/24/2008 1:29:52 PM
Quan Descript         Cost
  HENCHANKO           $8.95
  (Dyunashi (L)       $9.50
           Net Total: $17.45
                  NY   $1.46
           TOTAL :    $18.91
          $17.45
          THANK YO'
```

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN BROTHERS
**TRIP DATES:** 06/30 – 7/23/08

| Dates | Expense Description | Employee | Airfare | Lodging | Phone | Meals | Ground Trans. | Other | Grand Total |
|---|---|---|---|---|---|---|---|---|---|
| 06/30/08 | MTA monthy pass | SEEMANTO BARUA | | | | | 264.00 | | 264.00 |
| 07/01/08 | Meal | SEEMANTO BARUA | | | | 26.83 | | | 26.83 |
| 07/02/08 | Meal | SEEMANTO BARUA | | | | 23.10 | | | 23.10 |
| 07/07/08 | Meal | SEEMANTO BARUA | | | | 23.21 | | | 23.21 |
| 07/08/08 | Meal | SEEMANTO BARUA | | | | 28.97 | | | 28.97 |
| 07/09/08 | Meal | SEEMANTO BARUA | | | | 26.44 | | | 26.44 |
| 07/10/08 | Meal | SEEMANTO BARUA | | | | 27.03 | | | 27.03 |
| 07/11/08 | Meal | SEEMANTO BARUA | | | | 35.11 | | | 35.11 |
| 07/14/08 | Meal | SEEMANTO BARUA | | | | 29.11 | | | 29.11 |
| 07/15/08 | Meal | SEEMANTO BARUA | | | | 27.62 | | | 27.62 |
| 07/16/08 | Meal | SEEMANTO BARUA | | | | 30.89 | | | 30.89 |
| 07/17/08 | Meal | SEEMANTO BARUA | | | | 22.70 | | | 22.70 |
| 0100/00 | Meal | SEEMANTO BARUA | | | | 0.00 | | | - |
| 07/18/08 | Meal | SEEMANTO BARUA | | | | 35.49 | | | 35.49 |
| 07/18/08 | TAXI | SEEMANTO BARUA | | | | 7.00 | | | 7.00 |
| 07/21/08 | Meal | SEEMANTO BARUA | | | | 24.56 | | | 24.56 |
| 07/22/08 | Meal | SEEMANTO BARUA | | | | 34.20 | | | 34.20 |
| 07/23/08 | Meal | SEEMANTO BARUA | | | | 24.47 | | | 24.47 |
| TOTALS | | | | | | | | | |

419.73



Main Cafeteria  b

12 Magalys

Chk 1810        Jul07'08 10:16AM  Gst 1

Cafeteria
1 Cereal                        3.75
1 tropicana lg                  2.00
debitek                         6.23

Subtotal                        5.75
Tax                             0.48
Ttl Payment                     6.23

Main Cafeteria  L

12 Magalys

Chk 245         Jul07'08 01:27PM  Gst 1

Cafeteria
1 Whole Fruit                   0.55
1 gatorade                      1.85
debitek                         2.58

Subtotal                        2.20
Tax                             0.18
Ttl Payment                     2.38

---

minar
INDIAN RESTAURANT
138 West 46th Street, New York, N.Y. 10036
212-398-8400
FREE DELIVERY

DATE 7-02-08

M 1301 6thAve  2ndfloor  L

1. C.Bayani    212-320-7111

Main Cafeteria  B

12 Magalys

Chk 153         Jul02'08 10:16AM  Gst 1

Cafeteria
1 Cereal                        3.75
1 fish saud juice               2.25
debitek                         6.50

Subtotal                        6.00
Tax                             0.50
Ttl Payment                     6.50

We Do Caterin
All Occasions &

---

Metro-North Railroad

Station # 1         GCT

Hold Tickets              Amount
Monthly                  $264.00

Total Amount             $264.00

Payment Credit 8441      $264.00
Amount Credit            $264.00

Thank You for Riding
Metro North !

TRN ID #                     207
Transaction #             754402
Date / Time     06-30/08 19:33

Signature

---

DISHES GRAND CENTRAL
42 Grand Central Terminal
New York, NY 10017
TEL. 212-808-5511
FAX. 212-808-0590

Cntr 8287   07/01/08-A   7:55pm
Guests 4: Yesmina Chenn  Table (STANDEE)

1 Mang Smoothie                 5.50
1 Dishes Muffins                2.75

Items                           8.25
Tax                              .69
TOTAL                           8.94

VISA/xxxxxxxxxxxx8441/XXXX S  A:05554B
SEEMANTA BARU 4040 07/01 19:55   8.94

---

Main Cafeteria  L

12 Magalys

Chk 1344        Jul01'08 12:46PM  Gst 1

Cafeteria
1 snapple                       1.60
1 Quesadillas                   6.50
debitek                         8.78

Subtotal                        8.10
Tax                             0.68
Ttl Payment                     8.78

---

Main Cafeteria  B

12 Magalys

Chk 1089        Jul01'08 05:54AM  Gst 1

Cafeteria
1 Clr Fruit @ 5.76/lb
0.560lb @ 5.76/lb                3.23
Sa Stryo drk Bar                8.41
debitek                         9.11

Subtotal                        8.41
Tax                             0.70
Ttl Payment                     9.11

---

minar
INDIAN RESTAURANT
138 West 46th Street, New York, N.Y. 10036
212-398-8400
FREE DELIVERY

DATE 7/2

M 1301 6thAve  2ndfloor  L

1  Seafoues/Rott  5-75
1  Rott



Main Cafeteria

Chk 1172    Jul14'08 01:58PM  Gst 1

12 Magalys

Cafeteria
1.26#lb @ 5.76/lb                    7.25
Lg Clr Salad                         1.60
1 soda bottle 20oz                   0.50
debitek                              9.50

Subtotal                             8.86
Tax                                  0.74
Ttl Payment                          9.60

---

DERVISH RESTAURANT
146 WEST 47th STREET
NEW YORK, NY 10036, 212.997.0070

911 SA8IT

CHK 1199 JUL14'08   7:58PM

1 RAVIOLI W MUSHRO        10.95

Subtotal                  10.95
Tax                        0.92
Payment                   11.87
SEAMH
HOUSE ACCNT               11.87

THANK YOU FOR DINING WITH US

FOR CATERING AND SPECIAL EVENTS
PLEASE CALL US AT 212.997.0070
www.dervishrestaurant.com
Discount Parking For Dining
Patrons after 5 pm
FLAT RATE $12
ICON PARK 15 WEST 44TH ST.
INDOOR & OUTDOOR CATERING
FREE DELIVERY SERVICES

---

Main Cafeteria

Chk 1761    Jul11'08 10:12AM Gst 1

12 Magalys

Cafeteria
1 Parfait                            2.50
0.81#lb @ 5.76/lb                    3.51
1 Whole Fruit                        0.55
debitek                              6.56

Subtotal                             6.56
Tax                                  0.55
Ttl Payment                          7.11

---



minar
INDIAN RESTAURANT
138 West 46th Street, New York, N.Y. 10036
212-382-4444
FREE DELIVERY

M 1301 64th Ave      DATE 7-9-08

C. Bishop          -212-320=

We Do Catering For
All Occasions & Holidays          TOTAL

Thank You

---

Customer Copy



**Main Cafeteria**

12 Magalys

Chk 858        Jul16'08 10:20AM  Gst 1

Cafeteria
1 Cereal                3.75
1 + Topping             0.50
1 frsh sqzd juice       2.25
debitek                 7.04

Subtotal                6.50
Tax                     0.54
Ttl Payment             7.04

---

JAPANESE KOKI
222 W. 46th St
NEW YORK, NY 10036

TERMINAL 1471
MERCHANT #
USER
BATCH
INV: 000033
AUTH
REF:                AUTH
BASE               $23.85

TIP

TOTAL

CUSTOMER-COPY

---

**Main Cafeteria**

12 Magalys

Chk 353        Jul17'08 01:26PM  Gst 1

Cafeteria
1 BB-Chicken            6.95
debitek                 7.53

Subtotal                6.95
Tax                     0.58
Ttl Payment             7.53

---

**Main Cafeteria**

12 Magalys

Chk 429        Jul17'08 01:49PM  Gst 1

Cafeteria
1 Whole Fruit           0.55
1 Brick Oven Melt       5.75
1 soda bottle 20oz      1.60
1 Doritos/Pretzels      0.80
debitek                 9.43

Subtotal                8.70
Tax                     0.73
Ttl Payment             9.43

---

**Main Cafeteria**

12 Magalys

Chk 1084       Jul17'08 10:17AM  Gst 1

Cafeteria
1 Parfait               2.50
1 Whole Fruit           0.55
1 frsh sqzd juice       2.25
debitek                 5.74

Subtotal                5.30
Tax                     0.44
Ttl Payment             5.74

---

**Main Cafeteria**

12 Magalys

Chk 700        Jul14'08 10:20AM  Gst 1

Cafeteria
1 Cereal                3.75
1 + Topping             0.50
1 Whole Fruit           0.55
1 frsh sqzd juice       2.25
debitek                 7.64

Subtotal                7.05
Tax                     0.59
Ttl Payment             7.64

---

**minar**
INDIAN RESTAURANT
138 West 46th Street, New York NY 10036
212-398-4600
FREE DELIVERY

2nd floor

DATE  7-15-08

M 1301  6th Ave
212 320 - 7238

1. Kasi/Rice        5.50

                    45

            $5.95

Customer Copy

Thank You

---

**Main Cafeteria**

Magalys

221           Jul15'08 01:33PM  Gst 1

Cafeteria
Snapple White Te       2.00
Hand roll              6.50
debitek                9.21

Subtotal               8.50
Tax                    0.71
Ttl Payment            9.21

---

GRAND CENTRAL
Grand Central Terminal
New York, NY 10017
TEL. 212-808-0511
FAX. 212-808-0590

72247  07/15/08-A  7:47pm
#1 Hasina Dheen  Table (SINGLE)

Med. Shake       5.50

Items            5.50
Tax              0.46
TOTAL            5.96

---

**Main Cafeteria**

12 Magalys

Chk 1762       Jul15'08 10:05AM  Gst 1

Cafeteria
1 Cereal                3.75
1 frsh sqzd juice       2.25
debitek                 6.50

Subtotal                6.00
Tax                     0.50
Ttl Payment             6.50





Main Cafeteria

12 Magalys              Jul23'08 10:12AM  Gst 1

Chk 1800

Cafeteria
1 Whole Fruit                    0.55
1 Cereal                         3.75
1 fresh sqzd Juice               2.25
debitek                          7.10

Subtotal                         6.55
Tax                              0.55
Ttl Payment                      7.10

#5043                              LILY
Seemanto Barua
1122-3-20-711
1301 6th Ave #2FL         Delivery

1 #102 榮大眼 ...... on 13.95

Sub-total                      $13.95
Tax(6.375%)                     $1.17
Total                          $15.12
Delivery Charge                 $2.25

Total                          $17.37



Main Cafeteria

12 Magalys              Jul22'08 10:09AM  Gst 1

Chk 897

Cafeteria
1 Whole Fruit                    0.55
1 Cereal                         3.75
1 tropicana lg                   2.00
1 Lunch Reda                     5.54
debitek                          0.82

Subtotal                         0.76
Tax                              0.06
Ttl Payment                      0.82

minar
INDIAN RESTAURANT
138 West 46th Street, New York, N.Y. 10036
212-398-4600
FREE DELIVERY

DATE: 7-22-08

M 1301 6th Ave
212 - 320 - 7239

1. Saganeer Roll          5.75
1. Chicken Roll           5.75
2. Roti                   2.50
                         14.00
                          1.20
                        $ 15.20

We Do Catering For
All Occasions & Holidays

Thank you

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** 7/1/08-7/31/08

| Date | Expense Description | Employee | Lodging | Airfare | Phone | Ground Trans. | Auto | TOTAL |
|------|---------------------|----------|---------|---------|-------|---------------|------|-------|
| 07/22/08 | Parking at Train Station | Ray White | | | | 6.00 | | 6.00 |
| 07/22/08 | Meals | Ray White | 10.49 | | | | | 10.49 |
| 07/24/08 | Parking at Train Station | Ray White | | | | 6.00 | | 6.00 |
| 07/24/08 | Meals | Ray White | 11.05 | | | | | 11.05 |
| 07/25/08 | Parking at Train Station | Ray White | | | | 6.00 | | 6.00 |
| 07/25/08 | Meals | Ray White | 10.95 | | | | | 10.95 |
| 07/28/08 | Parking at Train Station | Ray White | | | | 6.00 | | 6.00 |
| 07/28/08 | Meals | Ray White | 10.71 | | | | | 10.71 |
| 07/29/08 | Parking at Train Station | Ray White | | | | 6.00 | | 6.00 |
| 07/29/08 | Meals | Ray White | 9.32 | | | | | 9.32 |
| 07/31/08 | Parking at Train Station | Ray White | | | | 6.00 | | 6.00 |
| 07/31/08 | Meals | Ray White | 8.00 | | | | | 8.00 |
| 08/04/08 | Monthly Train Ticket | Ray White | | | | 308.00 | | 308.00 |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| **TOTALS** | | | | | | | | |

```
Ma          ia

12 Magalys
-----------------------------------
 5307        Jul24'08 12:29PM  Gst 1
-----------------------------------
  Cafeteria
  1.510lb @ 5.76/lb
 Lg Clr Intrntl            8.70
 1 Harmony Snacks          1.50
  debitek                 11.05

  Subtotal                10.20
  Tax                      0.85
  Ttl Payment             11.05
```

```
N           ia

12 Magalys
-----------------------------------
Chk 1837     Jul25'08 12:23PM  Gst 1
-----------------------------------
  Cafeteria
 1 Brick Oven Melt         5.75
 1 soda bottle 20oz        1.60
 1 Terra/Chips             1.25
 1 Harmony Snacks          1.50
  debitek                 10.95

  Subtotal                10.10
  Tax                      0.85
  Ttl Payment             10.95
```

```
Main Caf       ia

12 Magalys
-----------------------------------
Chk 5996     Jul29'08 12:38PM  Gst 1
-----------------------------------
  Cafeteria
 1 Small Soup              2.25
 1 soda bottle 20oz        1.60
 1 Roast Beef Sand         4.25
 1 add cheese              0.50
  debitek                  9.32

  Subtotal                 8.60
  Tax                      0.72
  Ttl Payment              9.32
```

```
Main t       ia

12 Magalys
-----------------------------------
Chk 5770     Jul28'08 01:08PM  Gst 1
-----------------------------------
  Cafeteria
  0.960lb @ 5.76/lb
 Lg Clr Intrntl            5.53
 1 Harmony Snacks          1.50
 i Terra/Chips             1.25
 1 soda bottle 20oz        1.60
  debitek                 10.71

  Subtotal                 9.88
  Tax                      0.83
  Ttl Payment             10.71
```

```
Main C        ia

12 Magalys
-----------------------------------
Chk 5183     Jul31'08 12:27PM  Gst 1
-----------------------------------
  Cafeteria
 1 Brick Oven Melt         5.75
 1 Small Soup              2.25
  cash                     0.00

  Subtotal                 8.00
  100 %
  emp meal100%             8.00-
```

```
Main     feria

12 Magalys
-----------------------------------
Chk 6192     Jul22'08 12:38PM  Gst 1
-----------------------------------
  Cafeteria
  1.680lb @ 5.76/lb
 Lg Clr Intrntl            9.68
  debitek                 10.49

  Subtotal                 9.68
  Tax                      0.81
  Ttl Payment             10.49
```



PARKING AUTHORITY OF FAIRFIELD

TICKET NO.
6203369

DATE 7/24/08

LOCATION

OFFICER NO.

TIME 172

REGISTRATION NO. 88C N77    STATE CT 02K1

MAKE Chevy    TYPE Truck    COLOR Blue

DAY PARKING FEE
$6.00*

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

Payments must be made ONLINE, or by CHECK /
MONEY ORDER payable to:
    Parking Authority of Fairfield

* Payment must be made within TEN DAYS. After
that a late charge of $10.00 is assessed IN ADDITION TO
THE DAY PARKING FEE. TOTAL DUE $16.00.

NOTICE

NON-PAYMENT OF PARKING AND LATE CHARGES IS A
VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND
IMPOUND IN ADDITION TO FINES, PENALTIES AND ALL
COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN
PARKING AUTHORITY REGULATIONS.



PARKING AUTHORITY OF FAIRFIELD

TICKET NO.
6203144

DATE 7-25-08

LOCATION F R R DS

OFFICER NO. 429

TIME 1715

REGISTRATION NO. 88C N77    STATE

MAKE CHRV    TYPE MCUP    COLOR BLUE

DAY PARKING FEE
$6.00*

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

Payments must be made ONLINE, or by CHECK /
MONEY ORDER payable to:
    Parking Authority of Fairfield

* Payment must be made within TEN DAYS. After
that a late charge of $10.00 is assessed IN ADDITION TO
THE DAY PARKING FEE. TOTAL DUE $16.00.

NOTICE

NON-PAYMENT OF PARKING AND LATE CHARGES IS A
VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND
IMPOUND IN ADDITION TO FINES, PENALTIES AND ALL
COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN
PARKING AUTHORITY REGULATIONS.







## PARKING AUTHORITY OF FAIRFIELD

TICKET NO. **6204516**

LOCATION _____ OFFICER NO. _____ TIME 7/18 am

REGISTRATION NO. 565 NDM    STATE CT

MAKE Volvo    TYPE 4DR    COLOR Red

FRANK

**You can NOW make payments online:**
http://www.fairfieldct.org/onlinepayment.htm

DAY PARKING FEE
**$6.00\***

Payments must be made **ONLINE**, or by **CHECK /
MONEY ORDER** payable to:
Parking Authority of Fairfield

\* Payment must be made within TEN DAYS. After
that a late charge of $10.00 is assessed IN ADDITION TO
THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A
VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND
IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL
COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN
PARKING AUTHORITY REGULATIONS.

---

**Metro-North Railroad**

Station # 244       FAIRFLD

Sold Tickets                     Amount
Monthly                         $308.00
                                _____
                                 $308.00
Total Amount                     $308.00

Payment Debit  1716  $308.00

Thank You for Riding
Metro North !

TSM ID #              595
Transaction #      392838
Date / Time    08/05/08  06134

---

## PARKING AUTHORITY OF FAIRFIELD

TICKET NO. **6203483**

LOCATION _____ OFFICER NO. 1433 TIME 0903

REGISTRATION NO. 8CNT7    STATE CT

MAKE CNEF    TYPE TRUCK    COLOR BLU

SPI

**You can NOW make payments online:**
http://www.fairfieldct.org/onlinepayment.htm

DAY PARKING FEE
**$6.00\***

Payments must be made **ONLINE**, or by **CHECK /
MONEY ORDER** payable to:
Parking Authority of Fairfield

\* Payment must be made within TEN DAYS. After
that a late charge of $10.00 is assessed IN ADDITION TO
THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A
VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND
IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL
COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN
PARKING AUTHORITY REGULATIONS.

| BILL TO |
| --- |

Lehman Brothers, Inc.
Attn:  Mr. John Junio
745 Seventh Avenue
New York, NY  10019

SEP 1 9

| DATE | INVOICE # |
| --- | --- |
| 9/17/2008 | 8346 |

| DESCRIPTION | AMOUNT |
| --- | --- |
| REIMBURSABLE TRAVEL EXPENSES | |
| | |
| R. White, Aug 08 - Travel | 487.93 |
| R. White, Sep 08 - Travel | 88.24 |
| S. Barua, Aug 08 - Travel | 854.69 |
| S. Barua, Sep 08 - Travel | 494.47 |
| P. Moschcovich, Aug 08 - Travel | 41.00 |
| M. Sama, Jul 08 - Lodging, Ground Trans & Meals | 5,540.99 |
| M. Sama, Aug 08 - Lodging, Ground Trans & Meals | 5,069.53 |
| A. Savelyev, Aug & Sep 08 - Travel | 2,515.74 |
| S. Samuel, Aug 08 - Travel | 2,150.50 |
| S. Samuel, Sep 08 - Travel | 420.04 |
| | |
| Please note: Payment is due Net 30 days | |

| Please use your invoice number as a reference. | Total | $17,663.13 |
| --- | --- | --- |

Wire Payment Instructions:
SIL VLY BK SJ
ROUTING & TRANSIT# 121140399
TRIPLE POINT AC#3300485747

*AR 9/17/08*

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Shalbin Samuel |
| --- | --- |
| TRIP DATES: | 9/2- 9/12/08 |

| Date | Description | Employer | | | Ground | Amount | Total |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 09/02/08 | Sbarro | Lehman Brothers | | | | 3.24 | 3.24 |
| 09/03/08 | MetroNorth Railroad (Train Pass) | Lehman Brothers | | | 264.00 | | 264.00 |
| 09/03/08 | Starbucks Coffee | Lehman Brothers | | | | 6.56 | 6.56 |
| 09/03/08 | Main Cafeteria | Lehman Brothers | | | | 9.92 | 9.92 |
| 09/04/08 | Starbucks Coffee | Lehman Brothers | | | | 4.06 | 4.06 |
| 09/04/08 | Bombay Palace | Lehman Brothers | | | | 25.00 | 25.00 |
| 09/05/08 | Main Cafeteria | Lehman Brothers | | | | 4.66 | 4.66 |
| 09/08/08 | Starbucks Coffee | Lehman Brothers | | | | 4.06 | 4.06 |
| 09/08/08 | Digby's Café | Lehman Brothers | | | | 17.09 | 17.09 |
| 09/09/08 | Starbucks Coffee | Lehman Brothers | | | | 4.66 | 4.66 |
| 09/09/08 | Main Cafeteria | Lehman Brothers | | | | 11.17 | 11.17 |
| 09/10/08 | Starbucks Coffee | Lehman Brothers | | | | 4.06 | 4.06 |
| 09/10/08 | Bombay Palace | Lehman Brothers | | | | 19.00 | 19.00 |
| 09/11/08 | Starbucks Coffee | Lehman Brothers | | | | 4.06 | 4.06 |
| 09/11/08 | Oyster Bar | Lehman Brothers | | | | 23.35 | 23.35 |
| 09/12/08 | Starbucks Coffee | Lehman Brothers | | | | 4.06 | 4.06 |
| 09/12/08 | KFC | Lehman Brothers | | | | 9.09 | 9.09 |
| 09/12/08 | KFC | Lehman Brothers | | | | 2.00 | 2.00 |
| TOTALS | | | | | | | |

Bill Lehman
Shalbin E 7405

meals    156.0 f
ground   264. -
total    420.08

| CLIENT: | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | | | | | | | | | | |
| Group | | | | | | | | | | |
| Date of Report: | | | | | | | | | | |
| Dates of Trip: | | | | | | | | | | |
| Purpose of the Trip: | | | | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Sbarro | 09/02/08 | M | | Y | Y | 3.24 | USD | 1.0000 | $3.24 |
| MetroNorth Railroad (Train Pass) | 09/03/08 | G | | Y | Y | 264.00 | USD | 1.0000 | $264.00 |
| Starbucks Coffee | 09/03/08 | M | | Y | Y | 6.56 | USD | 1.0000 | $6.56 |
| Main Cafeteria | 09/03/08 | M | | Y | Y | 9.92 | USD | 1.0000 | $9.92 |
| Starbucks Coffee | 09/04/08 | M | | Y | Y | 4.06 | USD | 1.0000 | $4.06 |
| Bombay Palace | 09/04/08 | M | | Y | Y | 25.00 | USD | 1.0000 | $25.00 |
| Main Cafeteria | 09/05/08 | M | | Y | Y | 4.66 | USD | 1.0000 | $4.66 |
| Starbucks Coffee | 09/08/08 | M | | Y | Y | 4.06 | USD | 1.0000 | $4.06 |
| Digby's Café | 09/08/08 | M | | Y | Y | 17.09 | USD | 1.0000 | $17.09 |
| Starbucks Coffee | 09/09/08 | M | | Y | Y | 4.66 | USD | 1.0000 | $4.66 |
| Main Cafeteria | 09/09/08 | M | | Y | Y | 11.17 | USD | 1.0000 | $11.17 |
| Starbucks Coffee | 09/10/08 | M | | Y | Y | 4.06 | USD | 1.0000 | $4.06 |
| Bombay Palace | 09/10/08 | M | | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| Starbucks Coffee | 09/11/08 | M | | Y | Y | 4.06 | USD | 1.0000 | $4.06 |
| Oyster Bar | 09/11/08 | M | | Y | Y | 23.35 | USD | 1.0000 | $23.35 |
| Starbucks Coffee | 09/12/08 | M | | Y | Y | 4.06 | USD | 1.0000 | $4.06 |
| KFC | 09/12/08 | M | | Y | Y | 9.09 | USD | 1.0000 | $9.09 |
| KFC | 09/12/08 | M | | Y | Y | 2.00 | USD | 1.0000 | $2.00 |
| | | | | | TOTALS: | 420.04 | | | $420.04 |

9/4 - 9/3

9/2 - 9/3

**** STARBUCKS COFFEE COMPANY **
545 FIFTH AVENUE        #07462
NEW YORK        NY10017

1 GR CAPPUCCINO        3.75
SUBTOTAL        3.75
TAX 8.375        0.31
TOTAL        4.06
CASH        5.00
CHANGE DUE        0.94

07462 02A1 69781¼r 0040807426
09/04/08        08:58
Make a purchase prior to 2PM
Bring receipt in today after
2PM for a grande cold drink
For $2+tax at select us stores
Same day only. Value 1/20 cent

Main Cafeteria

12 Magalys

Chk 610        Sep05'08 10:18AM Gst 1

Cafeteria
1 Hotcakes        2.95
1 12 oz coffee        1.35
debit/ck        4.68

Subtotal        4.30
Tax        0.36
TtI Payment        4.68

** STARBUCKS COFFEE COMPANY **
575 FIFTH AVENUE        #07426
NEW YORK        NY10017

— DUPLICATE RECEIPT —
1 GR LATTE        3.75
SUBTOTAL        3.75
TOTAL        4.06
CASH        20.00
CHANGE DUE        15.94

07426 02A1 697046 0015037896
09/08/08        09:44
— DUPLICATE RECEIPT —
Make a purchase prior to 2PM
Bring receipt in today after
2PM for a grande cold drink
For $2+tax at select us stores
Same day only. Value 1/20 cent

Digby's Cafe
666 5th Ave, NYC NY 10103
Email Your Thoughts at
www.digbyscafe.com
09/08/2008
12:33 PM
Host: 103 Cashier        30102
Order #3101

1/2 Roast Beef        4.29
Dirty Light Salt Chips        1.50
Raw Swiss        6.59
Grapefruit Size        0.00
Grapefruit Juice (Large)        3.33

Sub Total        15.77
Tax        1.32

Counter Total        17.09

Cash        20.00

Change        2.91

Bombay Palace
30 West 52nd Street
New York, NY 10019
ph 212-581-7777

Guest Check
Thank You for Visiting

Table: 42 - 2 Guests
Your Server was Shama
9/4/2008 12:46:36 PM - Lu
#0081692

ITEM        QTY    PRICE

Buffet        (28\$ 4.75) 129.90
Mango Lassi        (2\$ 4.75)  9.90

Subtotal        \$39.80
Total Taxes        \$3.33

Grand Total        \$43.13

Amount Due:        \$43.13

? Open Rear Soon        ?
Guest Check

**** STARBUCKS COFFEE COMPANY **
52ND AND SEVENTH        #07673
NEW YORK        NY10019

1 GR CAPPUCCINO        3.75
1 CASHEWS 30Z DRY R        2.50

SUBTOTAL        6.25
TAX 8.375        0.31
TOTAL        6.56
CASH        10.00
CHANGE DUE        3.44

07673 01B2 697342 0011904841E
09/03/08        09:55
Make a purchase prior to 2PM
Bring receipt in today after
2PM for a grande cold drink today
For $2+tax at select us stores cold drink
Same day only. Value 1/20 cent. dollars tax.

SBAR00
* * * 5TH AVE & 46TH ST * * *
574 FIFTH AVENUE
NEW YORK, NY 10036
212-575-0457

Host: JOSE        09/02/2008
Cashier: LANTIGUA        9:56 AM
1080        10001

Cappuccino        2.99

Subtotal        2.99
Tax        0.25

Take Out Total        3.24
Cash        3.24

Celebrating Fifty Years
Over 1000 Locations
World's #1 Italian
Quick Service Restaurant

--- Check Closed ---

MetroNorth Railroad
Station # 265    StnPrd
MonNov        Amount    \$264.00

Sold Tickets        \$264.00
Payment Cash        \$264.00

Thank You for Riding
Metro North !
TSN ID #        265
Transaction #        673074
Date /Time        09/03/08 09:3k

Main Cafeteria

12 Magalys

Chk 938        Sep03'08 01:11PM Gst 1

Cafeteria
1 Quesadillas        6.50
1 Tropicana 1q        2.00
1 muffin ps        0.65
credit/ck        9.92

Subtotal        9.15
Tax        0.77
TtI Payment        9.92



# GUEST CHECK™

No. 750917

9/11/08

APPT—SOUP—SAL—ENTRÉE—VEG/POT—DESSERT—BEV

---

## ** STARBUCKS COFFEE COMPANY **    #07462

545 FIFTH AVENUE
NEW YORK        NY10017

---- DUPLICATE RECEIPT ----
1 GR CAPPUCCINO        3.75
  SHAKER
SUBTOTAL              oc
  TAX 8.375          3.75
TOTAL                0.31
CASH               4.06
CHANGE DUE         4.06
                   0.00

07462 01A1 697770 001498026
09/09/08            09:35
---- DUPLICATE RECEIPT ----
Make a purchase prior to 2PM
Bring receipt in today after
2PM for a grande cold drink
For $2+tax at select US stores
Same day only. Value 1/20 cent

---

## ** STARBUCKS COFFEE COMPANY **    #07673

52ND AND SEVENTH
NEW YORK        NY10019

---- DUPLICATE RECEIPT ----
1 GR LATTE           3.75
SUBTOTAL             3.75
TOTAL                4.06
CASH                 0.25
CHANGE DUE           6.19

07673 01A1 697713 001537819E
09/11/08            09:53

---

## ** STARBUCKS COFFEE COMPANY **    #07673

52ND AND SEVENTH    NY10019
NEW YORK

---- DUPLICATE RECEIPT ----
1 GR LATTE           3.75
SUBTOTAL             3.75
TAX                  4.06
CASH                 4.06
CHANGE DUE           0.00

07673 01A1 697285 001578892E
09/12/08 -- DUPLICATE RECEIPT    08:47

Make a purchase prior to 2PM
Bring receipt in today after
2PM for a grande cold drink
For $2+tax at select US stores
Same day only. Value 1/20 cent

---

## ** STARBUCKS COFFEE COMPANY **    #07426

573 FIFTH AVENUE
NEW YORK        NY10017

---- DUPLICATE RECEIPT ----
1 GR CAPPUCCINO      3.75
  ADD SHOT           0.55
SUBTOTAL             4.30
TOTAL                4.66
CASH                 5.66
CHANGE DUE           1.00

07426 01A1 697476 001227288E
09/08/08            09:44
---- DUPLICATE RECEIPT ----
Make a purchase pior to 2PM
Bring receipt in today after
2PM for a grande cold drink
For $2+tax at select US stores
Same day only. Value 1/20 cent

---

Main Cafeteria

12 Magalys

Chk 830    Sep08'08 12:32PM  Gst 1

Cafeteria
1.330lb @ 5.76/lb        7.68
La Styro Intrmt          2.00
1 tropicana lg           0.65
1 debltek               11.17

Subtotal                10.31
Tax                      0.86
Ttl Payment             11.17

---

Bombay Palace
30 West 52nd Street
New York, NY 10019
ph 212-581-7777

Guest Check
Thank You for Visiting

TABLE: 112 - 1 Guests
Your Server was Godfrey
9/10/2008 1:05:18 PM - 1D
#0082035

ITEM                    QTY PRICE
Buffet                   1 $14.95

Subtotal               $14.95
Total Taxes             $1.25

Grand Total            $16.20

Amount Due:            $16.20

$ Come Back Soon$
Guest Check

---

KFC
G5S1OO3

F-D1S4  Table #2  #Party O
SERVER R  SvcDr #6 13118 09/12/08
KFC  POS  REG ONE

1 3 PC DRK COMBO. x crispy     8.39

              Sub Total: 8.39
                   Tax:  0.70
            TOTAL:       9.09

212-767-8347

              AMT-TEND   CHANGE  TALLY
CASH          10.00      0.91    9.09

09/12/08 13:19

---

KFC
G5S1OO3

F-D1SS  Table  2  #Party O
SERVER R  SvcDr #7 13119 09/12/08
KFC  POS  REG ONE

1 DOLE JUICE                   1.85

              Sub Total: 1.85
                   Tax:  0.15
            TOTAL:       2.00

212-767-8347

              AMT-TEND   CHANGE  TALLY
CASH          2.00       0.00    2.00

09/12/08 13:20

AR 9/15

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | 8/20-8/29/08 |

| Date | Description | Employee | Amount |
|---|---|---|---|
| 08/20/08 | Starbucks Coffee | Shalbin Samuel | 4.06 |
| 08/20/08 | Minar Indian Restaurant | Shalbin Samuel | 10.45 |
| 08/21/08 | Starbucks Coffee | Shalbin Samuel | 4.66 |
| 08/21/08 | Bombay Palace | Shalbin Samuel | 19.00 |
| 08/22/08 | Bombay Palace | Shalbin Samuel | 19.00 |
| 08/25/08 | Main Cafeteria | Shalbin Samuel | 11.11 |
| 08/26/08 | Starbucks Coffee | Shalbin Samuel | 4.66 |
| 08/26/08 | Bombay Palace | Shalbin Samuel | 19.00 |
| 08/27/08 | Starbucks Coffee | Shalbin Samuel | 4.06 |
| 08/27/08 | Café Metro | Shalbin Samuel | 14.16 |
| 08/28/08 | Starbucks Coffee | Shalbin Samuel | 4.66 |
| 08/28/08 | Main Cafeteria | Shalbin Samuel | 13.11 |
| 08/29/08 | Bombay Palace | Shalbin Samuel | 19.00 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

Bill    Shalbin
Lehman   E7394
meals    146.93

**CLIENT:**
**Employee Name:**
**Group**
**Date of Report:**
**Dates of Trip:** 8/20 - 8/29
**Purpose of the Trip:**

TYPE Choices:
Air = A
Lodging = L
Phone = P
Meals = M
Ground = G
Other = O

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Starbucks Coffee | 08.20.08 | M | | Y | Y | 4.06 | USD | 1.0000 | $4.06 |
| Minar Indian Restaurant | 08.20.08 | M | | Y | Y | 10.45 | USD | 1.0000 | $10.45 |
| Starbucks Coffee | 08.21.08 | M | | Y | Y | 4.66 | USD | 1.0000 | $4.66 |
| Bombay Palace | 08.21.08 | M | | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| Bombay Palace | 08.22.08 | M | | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| Main Cafeteria | 08.25.08 | M | | Y | Y | 11.11 | USD | 1.0000 | $11.11 |
| Starbucks Coffee | 08.26.08 | M | | Y | Y | 4.66 | USD | 1.0000 | $4.66 |
| Bombay Palace | 08.26.08 | M | | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| Starbucks Coffee | 08.27.08 | M | | Y | Y | 4.06 | USD | 1.0000 | $4.06 |
| Café Metro | 08.27.08 | M | | Y | Y | 14.16 | USD | 1.0000 | $14.16 |
| Starbucks Coffee | 08.28.08 | M | | Y | Y | 4.66 | USD | 1.0000 | $4.66 |
| Main Cafeteria | 08.28.08 | M | | Y | Y | 13.11 | USD | 1.0000 | $13.11 |
| Bombay Palace | 08.29.08 | M | | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | TOTALS: | 146.93 | | | $146.93 |

RECD SEP 9 - 2008



Page 2 of 2

8/21-8/22

**Bombay Palace**
70 West 52nd Street
New York, NY 10019

Guest Check
Thank You for Visiting

TABLE: 47 - 1 Guests
Your Server was Godfrey
8/22/2008 1:21:27 PM - ID
#0091001

| ITEM | QTY | PRICE |
|------|-----|-------|
| Buffet | 1 | $14.95 |
| | Subtotal | $14.95 |
| | Total Taxes | $1.25 |
| | Grand Total | $16.20 |
| | Amount Due: | $16.20 |

# Come Back Soon!
Guest Check

**Bombay Palace**
70 West 52nd Street
New York, NY 10019
ph 212-541-7777

Guest Check
Thank You for Visiting

TABLE: 45 - 1 Guests
Your Server was Feroz
8/26/2008 12:49:22 PM - ID
#0091191

| ITEM | QTY | PRICE |
|------|-----|-------|
| Buffet | 1 | $14.95 |
| | Subtotal | $14.95 |
| | Total Taxes | $1.25 |
| | Grand Total | $16.20 |
| | Amount Due: | $16.20 |

# Come Back Soon!
Guest Check

---

\# STARBUCKS COFFEE COMPANY \#\#

MADISON & 44TH   NY10017
NEW YORK

| | |
|---|---|
| \# GR CAPPUCCINO | 3.75 |
| ADD SHOT | 0.55 |
| SUBTOTAL | 4.30 |
| \#E | 0.36 |
| | 4.66 |

TABLE: 8.375
TOTAL DUE
CHANGE DUE

DUPLICATE RECEIPT

Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
\$2 any tax at select US stores
Same day only. Value 1/20 cent

---

\#\# STARBUCKS COFFEE COMPANY \#\#

52ND AND SEVENTH   #07673
NEW YORK   NY10019

| | |
|---|---|
| 1 GR LATTE | 3.75 |
| ADD SHOT | 0.55 |
| SUBTOTAL | 4.30 |
| TOTAL | 4.66 |
| CASH | 5.00 |
| CHANGE DUE | 0.34 |

07673 0182 697162 001586DXGE
08/28/08   DUPLICATE RECEIPT   09:27

Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
\$2 any tax at select US stores
See day only. Value 1/20 cent

---

Main Cafeteria

12 Naalys

Chk 1342      Aug25'08 12:57PM  Est 1

Cafeteria
1 Indian Stir-fry      6.95
1 tropicana lg          2.00
1 muffin pm             1.30
debit6k                11 11

| | |
|---|---|
| Subtotal | 10.25 |
| Tax | 0.86 |
| Ttl Payment | 11.11 |

---

8/20



minar
INDIAN RESTAURANT
138 West 46th Street, New York, N.Y. 10036
212-398-4600
FREE DELIVERY

DATE 8/20/08

M. 1301  6th Ave

212-520-6650

| | | |
|---|---|---|
| 1 | Lamb Bryani | 8.95 |
| 1 | Rarta / Rice | 5.50 |
| 1 | Channa Rattra | 5.95 |
| 1 | Mi Laget | -2.50 |
| | | 20.40 |
| | | 1.80 |

Lassi   6.95
NV Lassi  2.50
4.20  10.45

**TOTAL**  $ 22.70

We Do Catering For
All Occasions & Holidays

*Thank You*

---

\#YS COFFEE CO PACK
NY10017

DUPLICATE RECEIPT
CAPPUCINO
\#E

DUPLICATE RECEIPT
purchase prior to
receipt in today af
a grande cold
2m at select US
any tax at sele
day only Value 1/20



** STARBUCKS COFFEE COMPANY **

545 FIFTH AVENUE
NEW YORK          NY10017          #07462

1 GR CAPPUCCINO              3.75
ADD SHOT                     0.55
** STARBUCKS COFFEE COMPANY **

545 FIFTH AVENUE
NEW YORK          NY10017          #07462

1 GR CAPPUCCINO              3.75
ADD SHOT                     0.55
SUBTOTAL                     4.30
TAX 8.375                    0.36
TOTAL                        4.66
CASH                         5.00
CHANGE DUE                   0.34

07462 01A1 697318  0014800926
08/28/08                    09:33
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2/any tax at select US stores
Same day only. Value 1/20 cent

TREAT RECEIPT
Bring this in after 2 p.m. today
and get any grande cold drink
for just $2 (plus tax).

Cafe Metro
22 West 52nd Street
New York, NY 10017
212-265-6848

-5995  08/27/08-A   1 1:15pm
ts 1 LUNCH 1         Table (STANDED)

RUIT SALAD
A FRUIT SALAD                2.99
RESH SQUEEZE OJ
.G FRESH OJ                  3.49
CUTTING EDGE                 6.59
                            ------
           items            13.07
              Tax            1.09
         TOTAL              14.15

       CASH                20.25
hange  due )                6.09
K 5995 PAID  1:15PM CASH#41-8

THERE IS NO LINE
WHEN YOU ORDER ONLINE.
REGISTER NOW TO RECEIVE
ONLINE ONLY DISCOUNTS AT
cafemetrony.com

PLEASE EMAIL US WITH YOUR
QUESTION OR COMMENTS AT
info@cafemetrony.com

THANK YOU !

Main Cafeteria
12 Mspalys

Chk 159        Aug28'08 12:25PM  Gst 1

Cafeteria
1 Parfait                    2.50
1 B6-8oz Burger              6.95
1 tropicana 1g               2.00
1 muffin om                  0.65
  dehtek                     13.11

Subtotal                    12.10
Tax                          1.01
Ttl Payment                 13.11