# EXHIBIT A

# PART V

AR 9/15/08

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | 8/8-8/19/08 |

| Date | Expense Description | Employee | Lodging | Airfare | Meals | Ground Trans | Total |
|---|---|---|---|---|---|---|---|
| 08/08/08 | StayBridge suites | Shalbin Samuel | 505.80 | | | | 505.80 |
| 08/10/08 | Metro-North Railroad Pass | Shalbin Samuel | | | | 264.00 | 264.00 |
| 08/11/08 | Main Cafeteria | Shalbin Samuel | | | 3.63 | | 3.63 |
| 08/11/08 | Main Cafeteria | Shalbin Samuel | | | 4.88 | | 4.88 |
| 08/12/08 | Starbucks Coffee | Shalbin Samuel | | | 4.66 | | 4.66 |
| 08/12/08 | Main Cafeteria | Shalbin Samuel | | | 6.35 | | 6.35 |
| 08/12/08 | Saigon 48 | Shalbin Samuel | | | 9.70 | | 9.70 |
| 08/12/08 | MTA NYC Transit Subway | Shalbin Samuel | | | | 20.00 | 20.00 |
| 08/13/08 | Starbucks Coffee | Shalbin Samuel | | | 4.99 | | 4.99 |
| 08/13/08 | Bombay Palace | Shalbin Samuel | | | 19.00 | | 19.00 |
| 08/14/08 | Starbucks Coffee | Shalbin Samuel | | | 4.66 | | 4.66 |
| 08/14/08 | Main Cafeteria | Shalbin Samuel | | | 7.24 | | 7.24 |
| 08/14/08 | Main Cafeteria | Shalbin Samuel | | | 9.75 | | 9.75 |
| 08/15/08 | Main Cafeteria | Shalbin Samuel | | | 4.99 | | 4.99 |
| 08/15/08 | Bombay Palace | Shalbin Samuel | | | 19.00 | | 19.00 |
| 08/18/08 | Starbucks Coffee | Shalbin Samuel | | | 4.06 | | 4.06 |
| 08/18/08 | Main Cafeteria | Shalbin Samuel | | | 11.22 | | 11.22 |
| 08/19/08 | The Global Kitchen | Shalbin Samuel | | | 13.76 | | 13.76 |

Bill Lehman    99-103    Shalten S
air 5    E 7293
8/20R Eng

food    505.80    505.80
meals    127.89
ground    284.—
total    505.80    411.89  =  917.69

| CLIENT: | | | | | | |
|---|---|---|---|---|---|---|
| Employee Name: | | | | | | |
| Group: | | | | | | |
| Date of Report: | | | | | | 8/8 - 8/19 |
| Dates of Trip: | | | | | | |
| Purpose of the Trip: | | | | | | |

TYPE Choices:
Air = A
Lodging = L
Phone = P
Meals = M
Ground = G
Other = O

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| StayBridge suites | 08.08.08 | L | Y | Y | Y  X 09-103 | 505.80 | USD | 1.0000 | $505.80 |
| Metro-North Railroad Pass | 08.10.08 | G | | Y | Y | 264.00 | USD | 1.0000 | $264.00 |
| Main Cafeteria | 08.11.08 | M | | Y | Y | 3.63 | USD | 1.0000 | $3.63 |
| Main Cafeteria | 08.11.08 | M | | Y | Y | 4.88 | USD | 1.0000 | $4.88 |
| Starbucks Coffee | 08.12.08 | M | | Y | Y | 4.66 | USD | 1.0000 | $4.66 |
| Main Cafeteria | 08.12.08 | M | | Y | Y | 6.35 | USD | 1.0000 | $6.35 |
| Saigon 48 | 08.12.08 | M | | Y | Y | 9.70 | USD | 1.0000 | $9.70 |
| MTA NYC Transit Subway | 08.12.08 | G | | Y | Y | 20.00 | USD | 1.0000 | $20.00 |
| Starbucks Coffee | 08.13.08 | M | | Y | Y | 4.99 | USD | 1.0000 | $4.99 |
| Bombay Palace | 08.13.08 | M | | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| Starbucks Coffee | 08.14.08 | M | | Y | Y | 4.66 | USD | 1.0000 | $4.66 |
| Main Cafeteria | 08.14.08 | M | | Y | Y | 7.24 | USD | 1.0000 | $7.24 |
| Main Cafeteria | 08.14.08 | M | | Y | Y | 9.75 | USD | 1.0000 | $9.75 |
| Main Cafeteria | 08.15.08 | M | | Y | Y | 4.99 | USD | 1.0000 | $4.99 |
| Bombay Palace | 08.15.08 | M | | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| Starbucks Coffee | 08.18.08 | M | | Y | Y | 4.06 | USD | 1.0000 | $4.06 |
| Main Cafeteria | 08.18.08 | M | | Y | Y | 11.22 | USD | 1.0000 | $11.22 |
| The Global Kitchen | 08.19.08 | M | | Y | Y | 13.76 | USD | 1.0000 | $13.76 |
| | | | | | TOTALS: | 917.69 | | | $917.69 |

REC'D SEP 9 - 2008

8/10-8/11

**Metro-North Railroad**

Solution #'286      STMFRD

Solu Tickets          Amount
No. nly               $264.00

Total Amount          $264.00

Payment Cash          $264.00

Thank You for Riding
Metro North !

TSN ID #              262
Transaction #         000049
Date / Time    08-10-08 08:48

## Main Cafeteria

12 Mgabys

Chk 138         Aug11'08 01:31PM  Gst 1

Cafeteria
1 Whole Fruit                    0.55
1 tropicana lg                   2.00
3 muffin pe                      1.55
debitek                         4.88

Subtotal                        4.50
Tax                             0.38
Ttl Payment                     4.88

## Main Cafeteria

12 Mgabys

Chk 1653       Aug11'08 10:17AM  Gst 1

Cafeteria
1 tropicana lg                   2.00
1 DD 12oz.                       1.35
debitek                         3.63

Subtotal                        3.35
Tax                             0.28
Ttl Payment                     3.63

---

# STAYBRIDGE
## SUITES

| | | |
|---|---|---|
| Shalban Samuel | Cashier No. : 13 | |
| US | | |

| | |
|---|---|
| Folio No. | : |
| A/R Number | : |
| Group Code | : |
| Company | : Lehman Brothers Holdings Inc |
| Membership No. | : |
| Invoice No. | : |

| | |
|---|---|
| Room No. | : 101 |
| Arrival | : 08-04-08 |
| Departure | : 08-08-08 |
| Conf. No. | : 62457432 |
| Rate Code | : ILLDZ |
| Page No. | : 1 of 1 |

08-08-08

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 08-04-08 | *Accommodation | | 109.95 | |
| 08-04-08 | State Occupancy Tax | | 6.60 | |
| 08-04-08 | County Occupancy Tax | | 9.90 | |
| 08-05-08 | *Accommodation | | 109.95 | |
| 08-05-08 | State Occupancy Tax | | 6.60 | |
| 08-05-08 | County Occupancy Tax | | 9.90 | |
| 08-06-08 | *Accommodation | | 109.95 | |
| 08-06-08 | State Occupancy Tax | | 6.60 | |
| 08-06-08 | County Occupancy Tax | | 9.90 | |
| 08-07-08 | *Accommodation | | 109.95 | |
| 08-07-08 | State Occupancy Tax | | 6.60 | |
| 08-07-08 | County Occupancy Tax | | 9.90 | |
| 08-08-08 | American Express | XXXXXXXXXX1077 | | 505.80 |
| | Total | | 505.80 | 505.80 |
| | Balance | | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown hereon. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrook
10750 Gosling Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

8/13-3/4

** STARBUCKS COFFEE COMPANY **

52ND AND SEVENTH          #07673
NEW YORK          NY10019

--- DUPLICATE RECEIPT ---
1 GR CAPPUCCINO          3.75
ADD SHOT          0.55

SUBTOTAL          000255          4.30
TOTAL          4.66
CASH          50.66
CHANGE DUE          46.00

07673 01A1 697803 001519992E
08/14/08          1o:12

---

Main Cafeteria

12 Megalys

Chk 912          Aug14'08 12:17PM  Gst 1

Cafeteria
1 Kosher          7.00
1 tropicana 1g          2.00
debitek          9.75

Subtotal          9.00
Tax          0.75
Ttl Payment          9.75

---

Main Cafeteria

12 Megalys

Chk 913          Aug14'08 12:18PM  Gst 1

Cafeteria
1.960lb @ 5.76/lb
Lg Styro Intrnt          6.68
debitek          7.24

Subtotal          6.68
Tax          0.56
Ttl Payment          7.24

---

** STARBUCKS COFFEE COMPANY **

46TH & 5TH          #11692
10017          NY10017

1 GR MOCHA          4.05
ADD SHOT          0.55
SUBTOTAL          4.60
TAX 8.375          0.39
TOTAL          4.99
CASH          5.00
CHANGE DUE          0.01

11692 02A1 700997 001431212E
08/13/08          09:16
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2/any tax at select US stores
Same day only. Value 1/20 cent

---

Bombay Palace
30 West 52nd Street
New York, NY 10019
ph 212-541-7777

Guest Check
Thank You for Visiting

TABLE: 40 - 1 Guests
Your Server was Shunel
8/13/2008 11:04:59 PM - 1D
/ *#0080432

| ITEM | QTY | PRICE |
|---|---|---|
| Buffet | 1 | $14.95 |

Subtotal          $14.95
Total Taxes          $1.25

Grand Total          $16.20

Amount Due:          $16.20
          2.10

$ Come Back Soon$  19.60
Guest Check

---

** STARBUCKS COFFEE COMPANY **

52ND AND SEVENTH          #07673
52B YORK          NY10019

1 GR CAPPUCCINO          3.75
ADD SHOT          0.55
ADD SHOT          0.55
VOID Item ADD SH          0.55-
** STARBUCKS COFFEE COMPANY **

52ND AND SEVENTH          NY10019
52B YORK

1 GR CAPPUCCINO          3.75
ADD SHOT          0.55
SUBTOTAL          4.30
TAX          0.36
TOTAL          4.66
CASH          10.00
CHANGE DUE          5.34

07673 02C1 706934 001263719E
08/12/08          14:21
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$7/any tax at select US stores
Same day only. Value 1/20 cent

---

MVM RECEIPT

MTA NYC TRANSIT
47-59 ST ROCKEFELLER CTR
NEW YORK CITY NY

MVM #: 0053(N500  0400)

Tues 12 Aug 08 18:11

Trans: Sale OK
Payment Mode: Cash
Amount:          $ 20.00
Bonus:          $ .00
Card Value:          $ 20.00
Change Due:          $ 0.00

Serial #:1725959171
Type: $020
FULL FARE

Call (2122) METROCARD

---

Main Cafeteria

12 Megalys

Chk 599          Aug12'08 09:32AM  Gst 1

Cafeteria
0.670lb @ 5.76/lb
Sm Cir Fruit
1 tropicana 1g          3.66
debitek          2.00
          6.35

Subtotal          5.88
Tax          0.49
Ttl Payment          6.35

---

Saigon 48
234 W 48th Street
New York, NY 10036
Tel: 12 247-8669

1042 [ C11 ] Dine In

ter          08/12/2008
Coke          $1.50

Drink Total:          $1.50

L-Lemongrass Shrimp          $7.45

Food Total:          $7.45

Subtotal:          $8.95
Tax(8.375%):          $0.75

Total:          $9.70

Thank You !
Have a Nice Day !



Main Cafeteria

Hagalys

1590            Aug15'08 09:49AM  Gst 1

Cafeteria
Croissant            1.25
16 oz coffee         1.65
starb reata 16oz     1.85
tropicana 1g         2.00
DO 12oz.             1.35
debite*              4.99

Subtotal             4.60
Tax                  0.39
T11 Payment          4.99

---

** BRADOS COFFEE COMPANY **
450 LEXINGTON  NY10242
NEW YORK  NY10017.

--- DUPLICATE RECEIPT ---
1 DK CAPPUCCINO          3.75
                         3.75

000039

SUBTOTAL             3.75
TOTAL                4.06
CASH                 4.06
CHANGE DUE           0.00

D242 2392 6970072  00158936BE
08/18/08    NEXT RECEIPT 8:26M

Main Cafeteria

12 Hagalys

Chk 800      Aug18'08 01:28PM  Gst 1

Cafeteria
1 Whole Fruit        0.45
1 Action Pasta       5.25
1 Add a Topping       .35
1 tropicana 1g        .06
2 muffin pa           .32
 debitek            11.22

Subtotal            10.35
Tax                  0.87
T11 Payment         11.22

---

9/5-8/9

Bombay Palace
30 West 52nd Street
New York, NY 10019
ph 212-541-7777

Guest Check
Thank You for Visiting

TABLE: 43 - 1 Guests
Your Server was Junior
8/15/2009 2:04:23 PM - ID
#0060603

EM                QTY  PRICE

ffet              1  $14.95

Subtotal         $14.95
Total Taxes       $1.25
Grand Total      $16.20

Amount Due:      $16.20
               + 2.14

* Come Back Soon*
  Guest Check

---

THE GLOBAL KITCHEN
(212) 581-3200
1280 Ave. of the Americas

F-0091
AMA H   SvrCk:120 13:44 08/19/08
RETAIL
CENT T6

1 Gatorade Lemon Lime      1.75
1 TROPICANA                2.45
1 Chicken Stir Fry         8.50

              Sub Total:  12.70
                   Tax:    1.08
08/19 13:45 TOTAL:        13.76

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
|---|---|
| TRIP DATES: | 8/1 - 8/8/08 |

| Date | Establishment | Employee | Lodging | Phone | Parking | Ground Trans | Meals | Total |
|---|---|---|---|---|---|---|---|---|
| 08/01/08 | Bubba's Bayou City Grill | Shalbin Samuel | | | | | 9.52 | 9.52 |
| 08/01/08 | Connecticut Limo(Taxi) | Shalbin Samuel | | | | 59.00 | | 59.00 |
| 08/04/08 | ABP Food Court | Shalbin Samuel | | | | | 6.05 | 6.05 |
| 08/04/08 | Lixon Cab Co. | Shalbin Samuel | | | | 55.00 | | 55.00 |
| 08/04/08 | Chipotle | Shalbin Samuel | | | | | 10.12 | 10.12 |
| 08/04/08 | BJ's Willowbrok | Shalbin Samuel | | | | | 23.68 | 23.68 |
| 08/04/08 | Harris County | Shalbin Samuel | | | | 1.50 | | 1.50 |
| 08/04/08 | Harris County Toll Road | Shalbin Samuel | | | | 1.50 | | 1.50 |
| 08/05/08 | Yellow Cab(Stay bridge -Lehman office) | Shalbin Samuel | | | | 20.00 | | 20.00 |
| 08/05/08 | Boudreaux's | Shalbin Samuel | | | | | 11.37 | 11.37 |
| 08/06/08 | Panera Bread | Shalbin Samuel | | | | | 9.18 | 9.18 |
| 08/06/08 | BJ's Willowbrok | Shalbin Samuel | | | | | 17.03 | 17.03 |
| 08/07/08 | Starbucks Coffee | Shalbin Samuel | | | | | 4.08 | 4.08 |
| 08/08/08 | Yellow Cab(Stay bridge -Lehman office) | Shalbin Samuel | | | | 20.00 | | 20.00 |
| 08/08/08 | Starbucks Coffee | Shalbin Samuel | | | | | 3.99 | 3.99 |
| 08/08/08 | Pappasito's | Shalbin Samuel | | | | | 10.36 | 10.36 |
| 08/08/08 | Yellow Cab(LehmanOffice- H Airport) | Shalbin Samuel | | | | 50.00 | | 50.00 |
| 08/08/08 | Connecticut Limo(Taxi) | Shalbin Samuel | | | | 59.00 | | 59.00 |

Gil
Lehman     ET392
meal       105.38
ground     266.-
total      371.38

| CLIENT: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | | | | | | | | | |
| Group | | | | | | | | | |
| Date of Report: | | | | | | | | | |
| Dates of Trip: | 8/1 - 8/8 | | | | | | | | |
| Purpose of the Trip: | | | | | | | | | |

TYPE Choices: Air = A, Lodging = L, Phone = P, Meals = M, Ground = G, Other = O

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Bubba's Bayou City Grill | 08/01/08 | M | | Y | Y | 9.52 | USD | 1.0000 | $9.52 |
| Connecticut Limo(Taxi) | 08/01/08 | G | | Y | Y | 59.00 | USD | 1.0000 | $59.00 |
| ABP Food Court | 08/04/08 | M | | Y | Y | 6.05 | USD | 1.0000 | $6.05 |
| Lixon Cab Co. | 08/04/08 | G | | Y | Y | 55.00 | USD | 1.0000 | $55.00 |
| Chipotle | 08/04/08 | M | | Y | Y | 10.12 | USD | 1.0000 | $10.12 |
| Bj's Willowbrok | 08/04/08 | M | | Y | Y | 23.68 | USD | 1.0000 | $23.68 |
| Harris County | 08/04/08 | G | | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Harris County Toll Road | 08/04/08 | G | | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Yellow Cab(Stay bridge -Lehman office) | 08/05/08 | G | | Y | Y | 20.00 | USD | 1.0000 | $20.00 |
| Boudreaux's | 08/05/08 | M | | Y | Y | 11.37 | USD | 1.0000 | $11.37 |
| Panera Bread | 08/06/08 | M | | Y | Y | 9.18 | USD | 1.0000 | $9.18 |
| Bj's Willowbrok | 08/06/08 | M | | Y | Y | 17.03 | USD | 1.0000 | $17.03 |
| Starbucks Coffee | 08/07/08 | M | | Y | Y | 4.08 | USD | 1.0000 | $4.08 |
| Yellow Cab(Stay bridge -Lehman office) | 08/08/08 | G | | Y | Y | 20.00 | USD | 1.0000 | $20.00 |
| Starbucks Coffee | 08/08/08 | M | | Y | Y | 3.99 | USD | 1.0000 | $3.99 |
| Pappasito's | 08/08/08 | M | | Y | Y | 10.36 | USD | 1.0000 | $10.36 |
| Yellow Cab(LehmanOffice- H Airport) | 08/08/08 | G | | Y | Y | 50.00 | USD | 1.0000 | $50.00 |
| Connecticut Limo(Taxi) | 08/08/08 | G | | Y | Y | 59.00 | USD | 1.0000 | $59.00 |
| | | | | | TOTALS: | 371.38 | | | $371.38 |

REC'D SEP 9 - 2008



**LIXSON CAB CO.** RECEIPT
PHONE No. 713-590-9848
The sum of _____
From _____ Date 8/04/08
To _____
No. _____

Driver _____

E-MAIL lixsaonline@gmail.com
www.limohHouston.com
For scheduled pickups
Thank you for using Lixson Cab Co.

---

Chipotle
BURRITOS & TACOS
WWW.CHIPOTLE.COM

Farmers, not factories.

13788 MW Freeway
Houston, TX 77040
713-996-9847

08/04/2008
1:07 PM
10285

Host: ROBERTA
ORDER #394

Chicken Burrito          5.60
Guacamole                1.50
Pine-Org-Banana Nantucket 2.25

Subtotal                 9.35
Tax                      0.77

DINE IN Total           10.12
Cash                    20.00
Change                   9.88

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON CENTRAL

Lane No. 03

Fare Paid - $1.50

08:24:52AM  08-04-08

---

8/4/2008                  4:31

ABP Food Court

Check: 150024
Server: Stephanie
Terminal: 15

                 Regular
1 Orange Juice    2.59
1 Dessert Bar     2.59

Subtotal          5.58
Tax               0.47
Total             6.05

Cash            100.00
Change           93.95

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON NORTH

Lane No. 04

Fare Paid - $1.50

08:38:38AM  08-01-08

Have a nice day!

---

14.95
3.50

BJ'S WILLOWBROOK #431
WE DELIVER!!!!!

0397 TABLE 818  #Party 1
CHOC C  SvrCk: 33  9:19p 08/04/08
Separate checks: 1-of-4

JAMBALAYA                6.05
ARDUR PINT PIRANHA

GRAND TOTAL              6.05

T15 C1741 8/4/2008 04:31

Tax  14.95, Otr     Sub Total:  18.45
                              Tax:   1.23
                        Sub Total:  19.68
                    TOTAL:  19.68 (Tip)
                              Tip:  3. (Tip)
                              23.68

THANK YOU FOR DINING AT BJ'S.
FOR BANQUET INFORMATION,
PLEASE ASK FOR A MANAGER.
OR CALL US AT 281.477.8777
Please pay when seated.

---

DAC TRAVEL HOSPITALITY
**George Bush Intercontinental**
* Bubba's Bayou City Grill 3 *

3053 NATCHA                    2
7:13   7637
      AUG01'08 3:41PM

1 S.i Chick Sand        8.79

Subtotal                8.79
Total Tax               0.73
4.26 Total Due         $9.52





**Connecticut Limo**
230 OLD GATE LANE
MILFORD, CONNECTICUT 06460
WWW.CTLIMO.C

**HMSHost**
Starbucks Coffee Terminal E
BUSH INTERCONTINENTAL AIRPORT

11103 HUSLY

CHK 8757   AUG08'08 16:20

1 GRAND CAPPUCCINO          3.69

SUBTOTAL
SUBTOTAL                    3.69
TAX                         0.00
AMOUNT PAID                 3.99
CASH                        4.00
CHANGE DUE                  0.01

---

WEST ROAD AND BEL        #06517
HOUSTON   TX77064

1 GR CAPPUCCINO            3.25
ADD SHOT                   0.55
** STARBUCKS COFFEE COMPANY **

---

WEST ROAD AND BEL        #06517
HOUSTON   TX77064

1 GR CAPPUCCINO            3.25
ADD SHOT                   0.55
SUBTOTAL                   3.80
TAX                        0.28
TOTAL                      4.08
CASH                       5.00
CHANGE DUE                 0.92

06517 0182 700560 001107492E
08/07/08                   08:13
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink
For $2+tax at select US stores
Same day only. Value 1/20 cent

---

Ticket 613

Papositto's #18 (641)
3950 S. Terminal Rd., Space 4
Bush Intercontinental Airport
Houston, TX 77032
281-821-2265

Server: Tiffany R    August 08, 2008
Ticket: 613          Quests: 0
Table: Dine In       02:42pm

Single Baja Fish Taco      4.49
Battle Budweiser           5.50

Subtotal:                  9.99
Tax:                       0.37

Total:                    10.36

Cash                    -100.00

Change:                   89.64

Thank you for dining at Papositto's!

Ticket 613

---

**BOUDREAUX'S**

"Home of the Monster Shrimp"
Come join us for Happy Hour
17595 Tomball Parkway
Houston, Texas 77064
(281) 469-8500

Order #264

Host: Vanessa       08/05/2008
Order #264          9:18 PM
                    10065

Small Shrimp Creole        8.25
Jal Bread                  2.25

Sub Total                 10.50
Tax                        0.87

To go Total               11.3

CASH                      12.00

Change                     0.63

--- Check Closed ---

Sunday Thru Thursday 11-9
Friday 11-7 and Saturday 11-9
Interested in a Career at
Boudreaux's, e-mail your
resume to CareersBoudreaux.com
Catering - visit Go-Cajun.Com

---

BJ'S WILLOWBROOK #431
WE DELIVER!!!!
0540  TABLE:58  SHP 1
WAIT 8    Svr2:z 40  8:54p 08/06/08
  Separate checks: 3-of-3

PINT TATONKA
COBB SANDWICH, wedge cut

              Sub Total:  14.25
              4.751 Tax:   0.78
              Sub Total:  15.03
08/06  9:46pTOTAL =

THANK YOU FOR DINING AT BJ'S
FOR BANQUET INFORMATION...
PLEASE ASK FOR A MANAGER.
OR CALL US AT 281.477.8777
PLEASE PAY YOUR SERVER!

---

Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 394-0201
FAX (713) 394-0204
#U # 4

218 Jacob K
Chk 4228      SHALYNN         Gst 0
            Aug06'08 01:27PM

Here
1 SMKY TURK-PANINI          6.49
  ***CHIPS
  1 O.J. LARGE              1.99
  Cash                     20.00

FOOD                       6.49
BEVERAGE                   1.99
Tax                        0.70
PAYMENT                    9.18
Change Due                10.82

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN BROS.
**TRIP DATES:** 8/4-8/8/08

| DATE | EXPLANATION/DESCRIPTION | TRIP COVERED | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/04/08 | Flight for Shalbin Samuel - Lehman | Kathi Arciola | 334.50 | | | | | | 334.50 |
| 08/08/08 | Flight for Shalbin Samuel - Lehman | Kathi Arciola | 380.00 | | | | | | 380.00 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| TOTALS | | | | | | | | | |

Bill
Lehman    JC-09-118
aufere    714.50

Avaiola – Amex charges for lehman

X-09-118

| CLIENT: | |
| --- | --- |
| Employee Name: | |
| Group | |
| Date of Report: | |
| Dates of Trip: | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Flight for Shalbin Samuel - Lehman | 08/02/08 | A | Y | Y | N | ~~660.50~~ | USD | 1.0000 | ~~$660.50~~ |
| Flight for Shalbin Samuel - Lehman | 08/04/08 | A | Y | Y | N | 334.50 | USD | 1.0000 | $334.50 |
| Flight for Shalbin Samuel - Lehman | 08/08/08 | | Y | Y | N | 380.00 | USD | 1.0000 | $380.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| | | | N | N | Y | | USD | 1.0000 | $0.00 |
| TOTALS: | | | | | | 1,034.00 | | | ~~$1,324.00~~ |

714.50

RECD SEC 08 2008

Home > Thank You for Choosing Continental Airlines

## Thank You for Choosing Continental Airlines

**Continental Confirmation Number:** C62FPZ

| Depart: | Arrive: | Flight: CO1037 |
|---|---|---|
| 5:59 a.m. | 8:09 a.m. | Aircraft: Boeing 737-700 |
| Mon., Aug. 4, 2008 | Mon., Aug. 4, 2008 | OnePass Miles/Elite Qualification: 1,417 / 50% |
| New York, NY (JFK) | Houston, TX (IAH - Intercontinental) | Fare Class: Economy (V) |
| | | Travel Time: 3 hr 39 min |
| | | Meal: Snack |
| | | No Special Meal Offered. |

**Price**
1 Adults (age 18 to 64) $374.00
Taxes/Fees $10.50
Total Price $384.50

**Payment Information**
Name of Cardholder: Keith H Ariola
Card Type: American Express

**Passengers**
Shahin Samuel
Seat Assignments: JFK - 16AH : 16C
Email Address: shahinsal@yahoo.com
Business/Other Phone: (303) 919-6848 - United States

**OnePass Members:**
Upon completion of this itinerary, you will earn up to 1,417 OnePass miles.*

**Important Travel Information:**

* The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
* Any changes to your flight reservations may incur additional charges.
* Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
* Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
* Please read important information governing airline baggage liability limitations.
* You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
* Special services are on a request basis and cannot be guaranteed.
* Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
* Non-Elite OnePass members traveling on Y, K, H, Q, or B (or equivalent) fares are eligible for mileage-upgrade upgrades within or between the 48 contiguous U.S., Alaska and Canada.

*OnePass Frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on Continental.com. Actual fares differ will be posted to your account. Fare rules, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For sample trips segments 250 OnePass miles is earned for Economy Class and 325 OnePass miles for First Class.

---

Home > Thank You for Choosing Continental Airlines

## Thank You for Choosing Continental Airlines

**Continental Confirmation Number:** ADF2BP

| Depart: | Arrive: | Flight: CO811 |
|---|---|---|
| 3:40 p.m. | 8:56 p.m. | Aircraft: Boeing 737-300 |
| Fri., Aug. 8, 2008 | Fri., Aug. 8, 2008 | OnePass Miles/Elite Qualification: 1,417 / 50% |
| Houston, TX (IAH - Intercontinental) | New York, NY (JFK) | Fare Class: Economy (V) |
| | | Travel Time: 4 hr 16 min |
| | | Meal: Snack |
| | | No Special Meal Offered. |

**Price**
1 Adults (age 18 to 64) $374.00
Taxes/Fees $10.50
Total Price $384.50

**Payment Information**
Name of Cardholder: Keith H Ariola
Card Type: American Express

**Passengers**
Mr. Shahin Samuel
Seat Assignments: IAH - 30C ?E
Email Address: shahinsal@hotmail.com
Business/Other Phone: (303) 919-6848 - United States

**OnePass Members:**
Upon completion of this itinerary, you will earn up to 1,417 OnePass miles.*

**Important Travel Information:**

* The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
* Any changes to your flight reservations may incur additional charges.
* Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
* Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
* Please read important information governing airline baggage liability limitations.
* You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
* Special services are on a request basis and cannot be guaranteed.
* Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
* Non-Elite OnePass members traveling on Y, K, H, Q, or B (or equivalent) fares are eligible for mileage-upgrade upgrades within or between the 48 contiguous U.S., Alaska and Canada.

*OnePass Frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on Continental.com. Actual fares differ will be posted to your account. Fare rules, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For sample trips segments 250 OnePass miles is earned for Economy Class and 325 OnePass miles for First Class.

AR 9/17/08

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman |
|---|---|
| TRIP DATES: | 8/26-9/11/08 |

| Date | Expense Description | Entertainment | Personal | Phone | Meals | Ground Trans. | Total Trip Exp. |
|---|---|---|---|---|---|---|---|
| 09/11/08 | Oyster Bar Rest. | Alexander Savelyev | | | 28.90 | | 28.90 |
| 09/11/08 | Cafeteria at Lehman (debitek card) (1) | Alexander Savelyev | | | 20.00 | | 20.00 |
| | | | | | | | - |
| 08/26/08 | Flagstar car to JFK | Alexander Savelyev | | | | 226.12 | 226.12 |
| 08/29/08 | Flagstar car from JFK | Alexander Savelyev | | | | 214.87 | 214.87 |
| | | | | | | | - |

Bill Lehman

ex 9/08/08  Flagstar

Accrual exp.   48.90   440.99 = 489.89

Alexander Savelyev - Expense Report (Lehman 2008_09_16).xls

| CLIENT: | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | | | | | | | | | | |
| Group | | | | | | | | | | |
| Date of Report: | | | | | | | | | | |
| Dates of Trip: | | | | | | | | | | |
| Purpose of the Trip: | | | | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Oyster Bar Rest. | 09/11/08 | M | Y | Y | N | 28.90 | USD | 1.0000 | $28.90 |
| Cafeteria at Lehman (debitek card) (1) | 09/11/08 | M | Y | Y | N | 5.09 | USD | 1.0000 | $5.09 |
| Shell gas Houston | 08/29/08 | G | Y | Y | N actual | 36.76 | USD | 1.0000 | $36.76 |
| Budget rental tolls | 08/29/08 | G | Y | Y | N Billed | 18.50 | USD | 1.0000 | $18.50 |
| Flagstar car to JFK | 08/26/08 | G | N | Y | N | 226.12 | USD | 1.0000 | $226.12 |
| Flagstar car from JFK | 08/29/08 | G | N | Y | N | 214.87 | USD | 1.0000 | $214.87 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| TOTALS: | | | | | | 530.24 | | | $530.24 |

2 D

48.90  9/20/08  Flagstar
Lehman  9/20/08  Flagstar
Lehman  440.99 = 489.89

*ALG9/15/08*

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman |
|---|---|
| TRIP DATES: | 8/12-9/5/08 |

| | | Employee | Lodging | Second Carrier | Carrier |
|---|---|---|---|---|---|
| | 09/01/08 | Pro Park Monthly for Sep | Alexander Savelyev | | | 45.00 | 45.00 |
| 08/12/08 - 09/05/08 | Cafeteria at Lehman (debitek card) (4) | Alexander Savelyev | 20.00 | | 20.00 |
| | 09/02/08 | Monthly Metro-North for Sep | Alexander Savelyev | | 336.00 | 336.00 |
| | 09/04/08 | Bombay Palace Rest | Alexander Savelyev | 24.57 | | 24.57 |
| | 08/12/08 | Saigon 48 Rest | Alexander Savelyev | 12.16 | | 12.16 |
| | 09/02/08 | Topaz Thai Rest (Alex + Shalbin) | Alexander Savelyev | 30.40 | | 30.40 |
| | 09/05/08 | Saigon 48 Rest (Alex + Shalbin) | Alexander Savelyev | 26.05 | | 26.05 |
| 08/26/08 - 08/29/08 | Staybridge Suites Alex | Alexander Savelyev | | 379.35 | | 379.35 |
| 08/26/08 - 08/29/08 | Car Rental | Alexander Savelyev | 206.62 | | 206.62 |
| 08/26/08 - 08/29/08 | Flight to/from Houston | Alexander Savelyev | | 721.49 | | 721.49 |
| 08/26/08 - 08/29/08 | Food in TX, details see below | Alexander Savelyev | 152.45 | | 152.45 |
| 6/23-6/27/08 | Platepass - Houston tolls | Alexander Savelyev | 16.50 | | 16.50 |
| | 08/29/08 | Shell Gas | Alexander Savelyev | 36.76 | | 36.76 |
| 8/26-8/29/08 | Budget rac - Houston tolls | Alexander Savelyev | 18.50 | | 18.50 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTALS** | | | | | | |

Bill Lehman    JC
               09-03    alus
               8/208/Aug  9/208/Aug  E-7327
meals    76.17    89.46
aud      721.49
gr       16.50    597/88    45
food              379.35
total    814.16   1166.69    45 = 2025.85

Alexander Savelyev - Expense Report (Lehman 2008_09_08).xls

| CLIENT: | |
| --- | --- |
| Employee Name: | |
| Group | |
| Date of Report: | |
| Dates of Trip: | |
| Purpose of the Trip: | |

| EXPENSE DESCRIPTION | DATE | TITLE | AMEX (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Pro Park Monthly for Sep | 09/01/08 | G | N | Y | Y | 45.00 | USD | 1.0000 | $45.00 |
| Cafeteria at Lehman (debit/ek card) (4) | 08/12/08 - 09/05/08 | M | Y | Y | N | 19.77 | USD | 1.0000 | $19.77 (Aug) |
| Monthly Metro-North for Sep | 09/02/08 | G | Y | Y | N | 336.00 | USD | 1.0000 | $336.00 |
| Bombay Palace Rest | 09/04/08 | M | Y | Y | N | 24.57 | USD | 1.0000 | $24.57 |
| Saigon 48 Rest | 09/12/08 | M | Y | Y | N | 12.16 | USD | 1.0000 | $12.16 |
| Topaz Thai Rest (Alex + Shaibin) | 09/02/08 | M | Y | Y | N | 30.40 | USD | 1.0000 | $30.40 |
| Saigon 48 Rest (Alex + Shaibin) | 09/05/08 | M | Y | Y | N | 28.05 | USD | 1.0000 | $28.05 |
| Staybridge Suites Alex | 08/26/08 - 08/29/08 | L | Y | Y | N | 378.35 | USD | 1.0000 | $379.35 |
| Car Rental | 08/26/08 - 08/29/08 | G | Y | Y | N | 206.62 | USD | 1.0000 | $206.62 |
| Flight to/from Houston | 08/26/08 - 08/29/08 | A | Y | Y | N | 721.49 | USD | 1.0000 | $721.49 |
| Food in TX, details see below | 08/26/08 - 08/29/08 | M | Y | Y | N | 152.45 | USD | 1.0000 | $152.45 |
| Shilpee | 9/27 | G | Y | Y | N | 36.76 | USD | 1.0000 | 36.76 |
| Bukhad LRAC tello | 9/26 - 3/21 | G | Y | Y | N | 18.50 | USD | 1.0000 | 18.50 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | TOTALS | 1,653.88 | | | $1,953.88 |

Aug 44.01
Sep 108.44

| Food Details: | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Au Bon Pain | 08/26/08 | M | Y | Y | N | 5.82 | USD | 1.0000 | $5.82 |
| Red Balloon Café | 08/26/08 | M | Y | Y | N | 14.83 | USD | 1.0000 | $14.83 |
| BJ's Rest | 08/26/08 | M | Y | Y | N | 29.18 | USD | 1.0000 | $29.18 |
| Starbucks | 08/27/08 | M | Y | Y | N | 3.83 | USD | 1.0000 | $3.83 |
| Chipotle | 08/27/08 | M | Y | Y | N | 4.74 | USD | 1.0000 | $4.74 |
| Pappadeaux | 08/27/08 | M | Y | Y | N | 52.94 | USD | 1.0000 | $52.94 |
| Pappas BBQ | 08/28/08 | M | Y | Y | N | 12.88 | USD | 1.0000 | $12.88 |
| El Tempo Rest | 08/28/08 | M | Y | Y | N | 47.22 | USD | 1.0000 | $12.88 |
| SSP America Bagel Café | 08/29/08 | M | Y | Y | N | 4.11 | USD | 1.0000 | $4.11 |
| | | | | | | 152.46 | | | |

Main Cafeteria

12 Magalys

Chk 1513            Sep04'08 09:52AM   Gst 1

Cafeteria
1 Muffin                        1.35
2 Whole Fruit                   1.10
1 fresh sqzd juice              2.25
debitek                         5.09

Subtotal                        4.70
Tax                             0.39
Ttl Payment                     5.09

Main Cafeteria

12 Magalys

Chk 711             Aug12'08 10:08AM   Gst 1

Cafeteria
2 Whole Fruit                   1.10
1 Muffin                        1.35
1 fresh sqzd juice              2.25
debitek                         5.09

Subtotal                        4.70
Tax                             0.39
Ttl Payment                     5.09

Main Cafeteria

12 Magalys

Chk 509             Sep05'08 10:08AM   Gst 1

Cafeteria
2 Whole Fruit                   1.10
1 Muffin                        1.35
1 fresh sqzd juice              2.25
debitek                         5.09

Subtotal                        4.70
Tax                             0.39
Ttl Payment                     5.09

Main Cafeteria

12 Magalys

Chk 1551            Sep02'08 10:11AM   Gst 1

Cafeteria
1 Muffin                        1.35
1 Whole Fruit                   0.55
1 fresh sqzd juice              2.25
debitek                         4.50

Subtotal                        4.15
Tax                             0.33
Ttl Payment                     4.50



6/23-6/27

©2008 American Traffic Solutions, Inc.

Home | Print Receipt | Locations | How It Works | News | About Us | Legal Notices | Contact Us

8/26/2008

https://www.platepass.com/receipt/ReceiptDetail.aspx

# ORBITZ

## Houston 8/26/08

### Flight reservation

| | |
|---|---|
| Orbitz record locator: | AP13010YA8638AO |
| Airline record locator: | Continental Airlines - A95S98 |
| Ticket numbers: | 0057174083491 |

**Total flight cost:** $721.49 USD

See if you've earned a Price Assurance refund.

**Security update:**
Airports and airlines now require that you obtain a boarding pass before entering the security checkpoint. Review the latest airport security rules.

| Traveler(s) | Frequent flier details |
|---|---|
| ALEXANDER SAVELYEV | Continental Airlines OnePass<br>VV978359 |

**Tuesday, August 26, 2008**                                                                 Leave

Continental Airlines 1027
Depart: 6:33am  New York, NY
        morning  New York John F Kennedy Intl (JFK)
Arrive: 9:06am  Houston, TX
        morning  Houston George Bush Intercntl. (IAH)

Economy | Boeing 737-700 Passenger (73G) | Snack | 3hr 33min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

**Friday, August 29, 2008**                                                                 Return

Continental Airlines 521
Depart: 3:40pm  Houston, TX
        afternoon  Houston George Bush Intercntl. (IAH)
Arrive: 8:56pm  New York, NY
        evening  New York John F Kennedy Intl (JFK)

Economy | Boeing 737-500 Passenger (735) | Snack | 4hr 16min | unknown miles

Your flight is confirmed. The airline is assigning seats at check-in.

### Flight Status Alerts

Flight status alerts are set up for the following people.

| Name | Contact method | Departure Alerts | Arrival Alerts |
|---|---|---|---|
| Alexander Savelyev | 2034349708@momail.net<br>Text message | Starts 3 hours before departure | None set up |

---

### Ticket information

The ticket type for this reservation is an e-ticket. No ticket will be mailed to you. More about e-tickets

**Important fare notes**

This ticket is non-refundable.*
Changes to this ticket will incur change fees.
Please read the fare rules and ticket terms and conditions in My Stuff for more information.

**Flight cost summary**

| | |
|---|---|
| Airfare, ALEXANDER SAVELYEV (Adult) | $714.50 |
| Total service fee: | $6.99 |
| **Total trip cost** | **$721.49 USD** |

Your reservation is complete.
Click here to claim your $20.00 Cash Back Incentive on your next Orbitz reservation!

[Continue]

By clicking above, you can claim your reward from our preferred partner.

See if you've earned a Price Assurance refund.

# STAYBRIDGE
## SUITES

08-29-08

| | |
|---|---|
| Alexander Savelyev | Folio No. : |
| 36 Beecher Ave | A/R Number : |
| Shelton, CT 06484-4010 | Group Code : |
| US | Company : Lehman Brothers Holdings Inc |
| | Membership No. : PC    6047756851 |
| | Invoice No. : |

Cashier No. : 18    24205

| Room No. : 320 |
| Arrival : 08-26-08 |
| Departure : 08-29-08 |
| Conf. No. : 65749914 |
| Rate Code : ILLDZ |
| Page No. : 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-26-08 | *Accommodation | 109.95 | |
| 08-26-08 | State Occupancy Tax | 6.60 | |
| 08-26-08 | County Occupancy Tax | 9.90 | |
| 08-27-08 | *Accommodation | 109.95 | |
| 08-27-08 | State Occupancy Tax | 6.60 | |
| 08-27-08 | County Occupancy Tax | 9.90 | |
| 08-28-08 | *Accommodation | 109.95 | |
| 08-28-08 | State Occupancy Tax | 6.60 | |
| 08-28-08 | County Occupancy Tax | 9.90 | |
| 08-29-08 | American Express | XXXXXXXXXXX1077 | | 379.35 |

| Total | 379.35 | 379.35 |
| Balance | 0.00 | |

Thank you for staying at Staybridge Suites Houston/Willowbrook. Qualifying points for this
stay will automatically be credited to your account. To make additional reservations online,
update your account information or view your statement please visit www.priorityclub.com.
We look forward to welcoming you back soon.

**Guest Signature:**
I have received the goods and / or services in the amount shown hereon. I agree that any liability for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064

---

O361
Server: EMORY M (#287)                Rec:197
08/26/08 21:03, Swiped    T: 502 Time: 7

BJ's RESTAURANT & BREWERY
7637 FM 1960 W.
WILLOWBROOK, TX 77070
(281)477-8777
MERCHANT #:

CARD TYPE                ACCOUNT NUMBER
AMERICAN EXPRES        XXXXXXXXXXXX1077
Name: A SAVELYEV
00 TRANSACTION APPROVED
AUTHORIZATION #: 537913
Reference: AU132014U
TRANS TYPE: Credit Card Sale

CHECK:                    _____

TIP:                    __25.18__

TOTAL:                    __62.9__

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER

---

RED BALLOON CAFE

Date: 8/26/2008   Time: 1:28:31 PM

Status:              Approved
Card Type:           American Express
Card Number:         XXXXXXXXXXXX1077
Expiration Date:     XX/XX
Swiped/Manual:       Swipe
Server ID/Name:      2686 / Eric
Check Number:        2686 / 1
Tab Number:
Card Owner:          SAVELYEV/A

Amount    14.83

Approval: 557878

###############################################
##########    Customer Copy    ##########
###############################################

SSP America
Einstein's Bagel
IAH Bush International
281-233-1820
Houston, TX 77040
Aug/28'08 02.55PM

Date:
Card Type:    Amex
Acct #:    XXXXXXXXX1077
Card Entry:    SWIPED
Trans Type:    PURCHASE
Exp Date:    XX/XX
Auth Code:    FLU067 *
Check:    9711
Server:    113 Oxiana D

Subtotal:    4.11
TELL US ABOUT US!
For feedback or comments:
Call 1-866-663-9986

★ Please check your car for personal effects. ★

**Budget**

TRANSACTION RECORD    CAR GROUP
RENTAL NUMBER    05693726    C
356603332

BCN = JU0020    BCD = 8888808
CV - CAXXXXXXXXXXX1077    LA
FTN CO/VY678939

SAWLEYEV ALEXANDER

OUT IAH 26AUG08/0944 MI = 15278
IN IAH 29AUG08/1428 MI = 15476
198 MI@   .00 =
HRR    17.01 =    135.96
4    @ 33.99 =    19.80
$4.95/DY.SURCHG    1.88
$.47/DY ERF    15.54
11.11% FEE    2.00
FTP SRS SODV    179.67
TAXABLE SUBTOT    26.95
TAX 15.000%

TOTAL CHARGES    206.62
*CONCESSION RECOVERY FEE
*$1.08DY REIM REG/LICA$3 CFC
*$4.49/RNTL BUS COST RECOVERY
ENERGY RECOVERY FEE    .47/DY

Please check your car for personal effects.

Thank you for renting from Budget.
We make your business even sum too.

---

Papas Bar-B-Q #19 (665)
12917 NW Frwy.
Houston, TX 77040
713-462-2550

Server: Rebecca M    SWELYEV
Ticket:252

Name: A    *e*$$$$$$$$$1077
Acct: *****
Exp: *****
Card: American Express
Auth: 502812    Roc: N103396
Merchant ID: 1420255432    08/28/2008    01:04pm

Total:    $12.08

X _____

I agree to pay above total amount
according to card issuer agreement

Papas-BBQ 19

---

EL TIEMPO CANTINA - KATY FMY

Date: 8/28/2008    Time: 9:38:45 PM

Status:    Approved
Card Type:    American Express
Card Number:    XXXXXXXXX1077
Swipe/Manual:    Swipe
Server ID/Name:    227 Franco
Check / Tab:    565042 / 19
Check #:
Card Owner:    SWELYEV/A

Amount    40.32
Tip    4 7 32

Total    4 7 32

Approval: 542849

---

**Chipotle**

BURRITOS & TACOS
WWW.CHIPOTLE.COM

Panas, not Big Pharm    13768 NW Freeway
Houston, TX 77040
713-896-9047

Host: Claudia    08/27/2008
ORDER #414    1:50 PM
10315

Steak Salad    5.85
Small Soda    1.30

Subtotal    7.15
Tax    0.59

DINE IN Total    7.74
AMEX #XXXXXXXXXXX1077    7.74
Authorizing...
Balance Due    7.74

---

Papadeaux Seafood #02 (021)
13080 Hwy 290 at Hollister
Houston, TX 77040
713-460-1203

Server: Alex K    Table:4    SWELYEV
Ticket:436

Name: A
Acct: *$$$$$$$$$$1077
Exp: *****
Card: American Express
Auth:    Roc: M220688
Merchant ID: 1421105164    09:24pm
08/27/2008

Amount:    $21.94

+ Tip:    $ 4.00

= Total:    $25.94

---

08/26/08    SALES DRAFT    04:16

Au Bon Pain
JFK International Airport
Terminal 4
Room 491005
Jamaica, NY 11430
(718) 751-4800

MERCH ID: 43521
CASHIER: Daniel
TERMINAL: 15    ABP Food Cou

American Exp

NAME:    SAWELYEV/A
NUMBER:    EXXXXXXXXXXXXFFFe
EXPIRE:    XX/XX
AUTH:    509200
AMOUNT:    5.62

CHECK:    1535505
TABLE:

TOTAL:    5.62

---

** STARBUCKS COFFEE COMPANY **
#06517

WEST ROAD AND BEL    TX77064
HOUSTON

1 GR MNT MOCHA    3.95
ADD SHOT    0.55
SUBTOTAL    4.50
TAX 7.25    0.33
TOTAL    4.83
AMEX    4.83
CARD#: XXXXXXXXXX1077
CHANGE DUE    0.00

06517 02A1 701005 000322284M
08/27/08    08:59
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2 any tax at select US stores
Same day only. Not valid with ...

THE 1ST RECEIPT
Bring this in after 2 p.m. today
and get any grande cold drink
for just $2 (plus tax).



*AR 9/17/08*

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** 8/26 - 8/29/08 MEALS

| Date | Description | Employee | | | Amount |
|---|---|---|---|---|---|
| 08/26/08 | Meals | Maneesh Sama | | 28.00 | 28.00 |
| 08/27/08 | Meals (26.00 + 7.47) | Maneesh Sama | | 33.47 | 33.47 |
| 08/28/08 | Meals (11.04 + 47) | Maneesh Sama | | 11.04 | 11.04 |
| 08/29/08 | Meals | Maneesh Sama | | 10.00 | 10.00 |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |
| | | | | - | - |

*Bil Lehman   Maneesh E7403*
*meals   82.51*

EMPLOYEE EXPENSE REPORT - Maneesh_Meals_Aug08_Part2.xls

| CLIENT: | |
| Employee Name: | |
| Group: | |
| Date of Report: | |
| Dates of Trip: | 8/26 - 8/29 Meals |
| Purpose of the Trip: | |

| EXPENSE/DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Meals | 08/26/08 | M | N | Y | Y | 28.00 | USD | 1.0000 | $28.00 |
| Meals (26.00 + 7.47) | 08/27/08 | M | N | Y | Y | 33.47 | USD | 1.0000 | $33.47 |
| Meals (11.04 + 47) | 08/28/08 | M | N | Y | Y | 11.04 | USD | 1.0000 | $11.04 |
| Meals | 08/29/08 | M | N | Y | Y | 10.00 | USD | 1.0000 | $10.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | TOTALS: | 82.51 | | | $82.51 |

Bill Maneesh
Lehman    E 7403
meals    82.51

AR 9/17/08

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman |
|---|---|
| TRIP DATES: | 8/1 - 8/25/08 MEALS |

| Date | Expense Description | | | | | Total |
|---|---|---|---|---|---|---|
| 08/01/08 | Meals (6.92 + 15.67) | Maneesh Sama | | | 22.59 | 22.59 |
| 08/04/08 | Meals (18.00 + 7.69) | Maneesh Sama | | | 25.69 | 25.69 |
| 08/05/08 | Meals | Maneesh Sama | | | 6.81 | 6.81 |
| 08/06/08 | Meals (28.00 + 7.55) | Maneesh Sama | | | 35.55 | 35.55 |
| 08/07/08 | Meals | Maneesh Sama | | | 18.00 | 18.00 |
| 08/11/08 | Meals | Maneesh Sama | | | 8.50 | 8.50 |
| 08/12/08 | Meals | Maneesh Sama | | | 34.00 | 34.00 |
| 08/14/08 | Meals | Maneesh Sama | | | 7.01 | 7.01 |
| 08/15/08 | Meals | Maneesh Sama | | | 15.43 | 15.43 |
| 08/16/08 | Meals | Maneesh Sama | | | 11.68 | 11.68 |
| 08/18/08 | Meals | Maneesh Sama | | | 8.75 | 8.75 |
| 08/19/08 | Meals (5.31 + 7.69) | Maneesh Sama | | | 13.00 | 13.00 |
| 08/20/08 | Meals (10.28 + 28.00) | Maneesh Sama | | | 38.28 | 38.28 |
| 08/21/08 | Meals | Maneesh Sama | | | 8.42 | 8.42 |
| 08/22/08 | Meals | Maneesh Sama | | | 11.62 | 11.62 |
| 08/23/08 | Meals | Maneesh Sama | | | 7.54 | 7.54 |
| 08/24/08 | Meals | Maneesh Sama | | | 5.85 | 5.85 |
| 08/25/08 | Meals | Maneesh Sama | | | 27.00 | 27.00 |

Bill Lehman

Maneesh E7402

meals   305.72

EMPLOYEE EXPENSE REPORT - Maneesh_Meals_Aug08_Part1.xls

CLIENT:
Employee Name:
Group
Date of Report:
Dates of Trip:
Purpose of the Trip:

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Meals (6.92 + 15.67) | 08/01/08 | M | N | Y | Y | 22.59 | USD | 1.0000 | $22.59 |
| Meals (18.00 + 7.69) | 08/04/08 | M | N | Y | Y | 25.69 | USD | 1.0000 | $25.69 |
| Meals | 08/05/08 | M | N | Y | Y | 6.81 | USD | 1.0000 | $6.81 |
| Meals (28.00 + 7.55) | 08/06/08 | M | N | Y | Y | 35.55 | USD | 1.0000 | $35.55 |
| Meals | 08/07/08 | M | N | Y | Y | 18.00 | USD | 1.0000 | $18.00 |
| Meals | 08/11/08 | M | N | Y | Y | 8.50 | USD | 1.0000 | $8.50 |
| Meals | 08/12/08 | M | N | Y | Y | 34.00 | USD | 1.0000 | $34.00 |
| Meals | 08/14/08 | M | N | Y | Y | 7.01 | USD | 1.0000 | $7.01 |
| Meals | 08/15/08 | M | N | Y | Y | 15.43 | USD | 1.0000 | $15.43 |
| Meals | 08/16/08 | M | N | Y | Y | 11.68 | USD | 1.0000 | $11.68 |
| Meals | 08/18/08 | M | N | Y | Y | 8.75 | USD | 1.0000 | $8.75 |
| Meals (5.31 + 7.69) | 08/19/08 | M | N | Y | Y | 13.00 | USD | 1.0000 | $13.00 |
| Meals (10.28 + 28.00) | 08/20/08 | M | N | Y | Y | 38.28 | USD | 1.0000 | $38.28 |
| Meals | 08/21/08 | M | N | Y | Y | 8.42 | USD | 1.0000 | $8.42 |
| Meals | 08/22/08 | M | N | Y | Y | 11.62 | USD | 1.0000 | $11.62 |
| Meals | 08/23/08 | M | N | Y | Y | 7.54 | USD | 1.0000 | $7.54 |
| Meals | 08/24/08 | M | N | Y | Y | 5.85 | USD | 1.0000 | $5.85 |
| Meals | 08/25/08 | M | N | Y | Y | 27.00 | USD | 1.0000 | $27.00 |
| | | | | | TOTALS: | 305.72 | | | $305.72 |

Maneesh
Lehman
E 7482
meals / 305.72

*AR 9/17/08*

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman |
|---|---|
| TRIP DATES: | 8/1 - 8/29/08 LOD. & GROUND |

| Date | Description | Employee | | | | | | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/01/08 | Taxi (Airport - Hotel) | Maneesh Sama | | | | 20.00 | | 20.00 |
| 08/04/08 | Taxi ( Hotel - Airport) | Maneesh Sama | | | | 28.00 | | 28.00 |
| 08/01/08 | Fuel (Rental Car) | Maneesh Sama | | | | 34.14 | | 34.14 |
| 08/01/08 | Tolls | Maneesh Sama | | | | 4.00 | | 4.00 |
| 08/04/08 | Tolls | Maneesh Sama | | | | 3.00 | | 3.00 |
| 08/05/08 | Tolls | Maneesh Sama | | | | 2.50 | | 2.50 |
| 08/18/08 | Fuel (Rental Car) | Maneesh Sama | | | | 51.26 | | 51.26 |
| 08/18/08 | Tolls | Maneesh Sama | | | | 2.50 | | 2.50 |
| 08/20/08 | Tolls | Maneesh Sama | | | | 2.50 | | 2.50 |
| 08/29/08 | Rent (Rental Car) | Maneesh Sama | | | | 1,565.10 | | 1,565.10 |
| 08/29/08 | Tolls | Maneesh Sama | | | | 4.00 | | 4.00 |
| 08/29/08 | Accomodation (Alex's card) | Maneesh Sama | | 2,914.00 | | | | 2,914.00 |
| 08/29/08 | Fuel (Rental Car) | Maneesh Sama | | | | 50.30 | | 50.30 |
| | | | | | | | | - |
| | | | | | | | | - |
| | | | | | | | | - |
| TOTALS | | | | | | | | - |

Bil
Lehman  09-103
         9/6a.S.    cars
ground   9/10/08ery  9/10/08ery   Maneesh
lod.     2,109.35   804.65         E7404
Total    2,109.35   804.65   1767.30=  1767.30   4681.30
                                       1767.30

EMPLOYEE EXPENSE REPORT - Maneesh_Travel_Aug08.xls

| CLIENT: | | | | | | | | | |
| Employee Name: | | | | | | | | | |
| Group: | | | | | | | | | |
| Date of Report: | | | | | | | | | |
| Dates of Trip: | | | | | 8/1 – 8/29 | | | | |
| Purpose of the Trip: | | | | | LDD + 64. | | | | |

| EXPENSE DESCRIPTION  8/1 – 8/4 | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Airfare (SLC) Kathi's card | 08/01/08 | A | Y | Y | N | 486.50 | USD | 1.0000 | $486.50 |
| Taxi (Airport - Hotel) | 08/01/08 | G | N | Y | Y | 20.00 | USD | 1.0000 | $20.00 |
| Taxi ( Hotel - Airport) | 08/04/08 | G | N | Y | Y | 28.00 | USD | 1.0000 | $28.00 |
| Fuel (Rental Car) | 08/01/08 | G | N | Y | Y | 34.14 | USD | 1.0000 | $34.14 |
| Tolls | 08/01/08 | G | N | Y | Y | 4.00 | USD | 1.0000 | $4.00 |
| Tolls | 08/04/08 | G | N | Y | Y | 3.00 | USD | 1.0000 | $3.00 |
| Tolls | 08/05/08 | G | N | Y | Y | 2.50 | USD | 1.0000 | $2.50 |
| Fuel (Rental Car) | 08/18/08 | G | N | Y | Y | 51.26 | USD | 1.0000 | $51.26 |
| Tolls | 08/18/08 | G | N | Y | Y | 2.50 | USD | 1.0000 | $2.50 |
| Tolls | 08/20/08 | G | N | Y | Y | 2.50 | USD | 1.0000 | $2.50 |
| Rent (Rental Car) | 08/29/08 | G | N | Y | Y | 1,565.10 | USD | 1.0000 | $1,565.10 |
| Tolls | 08/29/08 | G | N | Y | Y | 4.00 | USD | 1.0000 | $4.00 |
| Accomodation (Alex's card) | 08/29/08 | L | Y | Y | N | 2,914.00 | USD | 1.0000 | $2,914.00 |
| Fuel (Rental Car) | 08/29/08 | G | N | Y | Y | 50.30 | USD | 1.0000 | $50.30 |
| | | | | | | 2109.35 Aug04 | USD | 1.0000 | $0.00 |
| | | | | | | 804.65 SepCar | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | TOTALS: | 5,167.80 | | | $5,167.80 |

Bzl  Alex  Maneesh
Erhman Sfroskry  9/2003cny  E 7407
ground
leodg.  2109.35  804.65  1767.30
Zabel  2109.35  804.65  1767.30 = 4681.30

AR 9/16/08

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | Lehman Brothers |
| --- | --- |
| TRIP DATES: | 7/14-8/1/08 LOD & GR |

| Date | Expense Description | Airfare | Employee | Lodging | Ground Transportation | Meals | Phone | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/25/08 | Hotel (21-24 Jul) | | Maneesh Sama | 731.40 | | | | 731.40 |
| 07/21/08 | Tolls (1.50 + 1.50) | | Maneesh Sama | | 3.00 | | | 3.00 |
| 07/25/08 | Tolls | | Maneesh Sama | | 1.00 | | | 1.00 |
| 07/28/08 | Tolls (1.50) | | Maneesh Sama | | 1.50 | | | 1.50 |
| 07/14/08 | Tolls (1.50) | | Maneesh Sama | | 1.50 | | | 1.50 |
| 07/26/08 | Car Rental (21 - 26 Jul) | | Maneesh Sama | | 312.77 | | | 312.77 |
| 07/26/08 | Fuel (Rental Car) | | Maneesh Sama | | 38.45 | | | 38.45 |
| 07/26/08 | Taxi (Airport - Hotel) - SLC | | Maneesh Sama | | 30.00 | | | 30.00 |
| 07/28/08 | Taxi (Hotel - Airport) - SLC | | Maneesh Sama | | 30.00 | | | 30.00 |
| 07/28/08 | Tolls (1.50 + 1.50) | | Maneesh Sama | | 3.00 | | | 3.00 |
| 07/29/08 | Tolls (1.00 + 1.50) | | Maneesh Sama | | 2.50 | | | 2.50 |
| 07/30/08 | Tolls (1.00 + 1.50) | | Maneesh Sama | | 2.50 | | | 2.50 |
| 07/31/08 | Tolls (1.00 + 1.50) | | Maneesh Sama | | 2.50 | | | 2.50 |
| 08/01/08 | Car Rental (28 Jul - 1 Aug) | | Maneesh Sama | | 439.32 | | | 439.32 |
| 08/01/08 | Hotel (28 - 31 Jul) | | Maneesh Sama | 639.40 | | | | 639.40 |
| | | | | | | | | - |
| | | | | | | | | - |
| TOTALS | | | | | | | | |

Maneesh
E 7401
Bill Lehman    1370.80
Lod    868.04
Total    2238.84

AECD SEP 1 5 2008

| CLIENT: | Lehman Brothers |
| Employee Name: | Mariessa Sama |
| Group: | Engineering |
| Date of Report: | 8/29/2008 |
| Dates of Trip: | 7/21 - 8/1 LOD + GY. |
| Purpose of the Trip: | Confidential |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Hotel (21-24 Jul) | 07/25/08 | L | N | Y | Y | 731.40 | USD | 1.0000 | $731.40 |
| Tolls (1.50 + 1.50) | 07/21/08 | G | N | Y | Y | 3.00 | USD | 1.0000 | $3.00 |
| Tolls (1.50) | 07/25/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Tolls (1.50) | 07/26/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Tolls (1.50) | 07/14/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Car Rental (21 - 26 Jul) | 07/26/08 | G | N | Y | Y | 312.77 | USD | 1.0000 | $312.77 |
| Fuel (Rental Car) | 07/26/08 | G | N | Y | Y | 38.45 | USD | 1.0000 | $38.45 |
| Taxi (Airport - Hotel) - SLC | 07/26/08 | G | N | Y | Y | 30.00 | USD | 1.0000 | $30.00 |
| Taxi (Hotel - Airport) - SLC | 07/28/08 | G | N | Y | Y | 30.00 | USD | 1.0000 | $30.00 |
| Tolls (1.50 + 1.50) | 07/28/08 | G | N | Y | Y | 3.00 | USD | 1.0000 | $3.00 |
| Tolls (1.00 + 1.50) | 07/29/08 | G | N | Y | Y | 2.50 | USD | 1.0000 | $2.50 |
| Tolls (1.00 + 1.50) | 07/30/08 | G | N | Y | Y | 2.50 | USD | 1.0000 | $2.50 |
| Tolls (1.00 + 1.50) | 07/31/08 | G | N | Y | Y | 2.50 | USD | 1.0000 | $2.50 |
| Car Rental (28 Jul - 1 Aug) | 08/01/08 | G | N | Y | Y | 493.85 | USD | 1.0000 | $493.85 |
| Hotel (28 - 31 Jul) | 08/01/08 | L | N | Y | Y | 639.40 | USD | 1.0000 | $639.40 |
| Airfare ( NY) Alex's Card | 06/27/08 | A | Y | Y | N | 784.45 | USD | 1.0000 | $784.45 |
| Airfare (Boston) Kathi's Card | 07/02/08 | A | Y | Y | N | 554.50 | USD | 1.0000 | $554.50 |
| Airfare (Boston) Kathi's Card | 07/09/08 | A | Y | Y | N | 554.50 | USD | 1.0000 | $554.50 |
| | | | | | TOTALS: | 4,187.35 | | | $4,187.35 |









## Sama, Maneesh

**From:** Enterprise Rent-A-Car Reservation [onlinereservations@enterprise.com]
**Sent:** Tuesday, July 29, 2008 6:56 PM
**To:** Sama, Maneesh
**Subject:** Car Rental Receipt (duplicate)

## enterprise

**MANEESH SAMA**

Contract Number: 867707
Receipt Date: Jul 26, 2008
Driver: MANEESH SAMA

| Enterprise Location: | IAH AIRPORT CONS FACILITY HOUSTON, TX 77032-6028 US Tel.: (281) 230-8200 |
|---|---|

| Start Date | End Date | Make/Model | Start Miles | End Miles | Miles Driven |
|---|---|---|---|---|---|
| Jul 21, 2008 @ 10:49 am | Jul 26, 2008 @ 6:19 am | TOYO YARI | 7,936 | 8,171 | 235 |

**Total Miles** 235

| Charge Description | Quantity | Rate | Total |
|---|---|---|---|
| Rate | 1 | Week 118.95 | 118.95 |
| CDW | 0 | Day 11.99 | 59.95 |
| SLP | 0 | Day 12.99 | 64.95 |
| DISCOUNT | | | (11.89) |

Subtotal USD 231.96

**Texas and Surcharges**

| | |
|---|---|
| TX MTR VHCLE RNTL TAX | 21.55 |
| SPORT AUTHORITY TAX | 10.77 |
| CONS FACILITY CHARGE | 15.00 |
| CONCES RECOVERY FEE | 20.55 |
| TEXAS REIMBURSEMENT | 8.45 |
| BUSING COST RECOVERY | 4.49 |

Subtotal USD 312.77

**Total Charges:** USD 312.77

**Payment Information**

| | | |
|---|---|---|
| DEPOSIT | | 340.96 |
| CREDIT CARD | CCARD (refund) | (28.19) |

Subtotal USD 312.77

**Total Payment Amount** USD 312.77

8/14/2008

---

YAHOO! MAIL

Yahoo!   My Yahoo!   Mail   More                                         Make Y! My Home Page   Search   Hi, maneeshsama   Sign Out   All-New Mail   Help   WEB SEARCH

Hi, maneeshsama   Sign Out   All-New Mail   Help

CAPELLA UNIVERSITY   FREE UNIVERSITY GUIDE ▸   More than 70% of our learners qualify for financial aid. We can help show you the way.

Mail   Contacts   Calendar   Notepad                                                     What's New?   Mobile Mail   Options

Check Mail   Compose                                                                     Search Mail   Search the Web

Firefox Only $4.99/mo.

Folders   [Add - Edit]
Inbox (1210)
Drafts (2)
Sent
Spam (2018)   [Empty]
Trash   [Empty]

My Folders   [Hide]
common (1)
Fidelity MF (2)
HDFC MF (60)
Job Offers (32)
Montfort (2)
Mutual Funds (5)
Nidi...
Principal MF (79)
Puuu...
Skool Frndz...
Sundaram MF (111)
Yahoo Group (71)

Search Shortcuts
My Photos
My Attachments

ADVERTISEMENT
Protect your Identity with ID Patrol™
EQUIFAX   GET PROTECTED ▸

Previous | Next | Back to Messages                                        Mark as Unread |   Print

Delete | Reply ▾ | Forward | Spam | More... ▾

**Priority Club Rewards - Hotel Bill for 1 Aug 2008**   Saturday, August 16, 2008 7:43 AM

From: "Priority Club Rewards Hotel Bill" <priorityclub@hostbilling.com>
To: maneeshsama@yahoo.com

PRIORITY   It's easier. Enjoy.™

**Hotel Bill**                                                             It's easier. Enjoy.™

▸ RESERVATIONS   ▸ EARN POINTS   ▸ REDEEM POINTS   ▸ ALL OFFERS   ▸ Thank for your stay at the

Holiday Inn Express HOUSTON-FM1960/CHAMPION AREA. For your convenience, here is a copy of your hotel bill.

If you have any questions about your bill, please contact the hotel directly at
.....tel : 1-281-444-5000 ... . For future reservations, visit http://www.hiexpress.com.

We look forward to serving you again. Make a reservation>>

Holiday Inn Express
EXPRESS

Holiday Inn Express
HOUSTON-FM1960/CHAMPION AREA

3655 FM 1960 WEST
HOUSTON, TX
77068 UNITED STATES
Tel : 1-281-444-5000
Fax 1-281-444-5017

**ROOM SUMMARY INFORMATION**

Room: 000316

Check-In Date: 20 Jul 2008
Check-Out Date: 1 Aug 2008
Currency: USD

**BILLING INFORMATION**

Sama, Maneesh
Triple Point Technology
301 Riverside Avenue
Westport, CT 06880

Folio Number: 312453
Confirmation Number: 65280226

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 28 Jul 2008 | *Room Rate | 139.00 |
| 28 Jul 2008 | State Tax - Room | 8.34 |

7/4-7/24



HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH KESSNER

Lane No. 21

Fare Paid - $1.00

07:42:45PM   07-25-08

AIRPORT-SHELL
15938 JFK BLVD.
HOUSTON,TX.77032

SHELL 15938 DRUMMETT
HOUSTON TX
RT# 24241447614

07/25/08   05:33:11
SHA/MANEESH
VISA     Acct#
XXXX XXXX XXXX 9142

RCPT# 5-1502
Inv# 000232
AuthN# 010876

PUMP# 4
REGULAR     9.4263/N
SELF        $4.0734
PRICE/GAL   $38.45

FUEL TOTAL  $38.45

TOTAL       $38.45

THANK YOU FOR
YOUR BUSINESS
(281)4494653

801•867•0714
GTXONACCRESSTRANSPORTATION.COM

DATE: 07/26/08

AMOUNT: 20.00

Marcus Mauss
mfbookexpresstransportation.com

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SW HOUSTON NORTH

Lane No. 01

Fare Paid - $1.50

05:20:23AM   07-26-08

Have a nice day!

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SW HOUSTON NORTH

Lane No. 14

Fare Paid - $1.50

09:12:45AM   07-14-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SW HOUSTON NORTH

Lane No. 14

Fare Paid - $1.50

11:13:23AM   07-21-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SW HOUSTON CENTRAL

Lane No. 03

Fare Paid - $1.50

11:36:18AM   07-21-08

Have a nice day!

| 28 Jul 2008 | *Room Rate | 139.00 |
| 29 Jul 2008 | State Tax - Room | 8.34 |
| 29 Jul 2008 | City Tax - Room | 12.51 |
| 30 Jul 2008 | *Room Rate | 139.00 |
| 30 Jul 2008 | State Tax - Room | 8.34 |
| 30 Jul 2008 | City Tax - Room | 12.51 |
| 31 Jul 2008 | *Room Rate | 139.00 |
| 31 Jul 2008 | State Tax - Room | 8.34 |
| 31 Jul 2008 | City Tax - Room | 12.51 |
| 1 Aug 2008 | *****9142 | 509.40 |

Check Mail    Compose

Previous | Next | Back to Messages

Delete    Reply    Forward    Spam    Move...

Send Message Encoding    Search Mail    Search the Web

Full Headers

©2001-2008 InterContinental Hotels Group. All rights reserved. Most hotels are independently owned and operated.

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

7/30-8/

**enterprise**

ENTERPRISE LEASING COMPANY OF HOUSTON
17700 ...
HOUSTON ...
(281) ...
Branch: 5100079
Ticket: 8089275  Rate: 3001TH

FARE ...
Out: 07/28/2008 11:36 AM
In: 08/01/2008 1:45 PM
Vehicle ...  THIS LINE 40ES
Vehicle ...  30472

TIME & DISTANCE
HRS ... $100/WEEK -        $204.00
DISCOUNT ... 10.0000% -     ($20.40)

DN ...                        $84.55

SP ...    $en% .90/DAY -     $54.95
                             $90.00

REVENUE ...
TEXAS ENTITLEMENT

CONS FAC ... THREE          $15.00
BUSINESS RENT ... TOT     $4.44
CONCESSIONARY FEE ...
                           $29.05
SPORT AUTHORITY TAX       $16.29

TX MTR VEH ... THREE       $32.55
                           $43.39

Total Charges:            $439.39

Less Deposits:

Balance Due:

Thank you for renting from
Enterprise Rent-a-Car
...

---

**HARRIS COUNTY
TOLL ROAD
AUTHORITY**

NORTH KESSNER

Lane No. 21

Fare Paid - $1.00

09:01:39AM  07-31-08

Have a nice day!

---

**HARRIS COUNTY
TOLL ROAD
AUTHORITY**

SAM HOUSTON CENTRAL

Lane No. 01

Fare Paid - $1.50

09:06:52AM  07-30-08

Have a nice day!

---

**HARRIS COUNTY
TOLL ROAD
AUTHORITY**

NORTH KESSNER

Lane No. 21

Fare Paid - $1.00

08:58:30AM  07-30-08

Have a nice day!

---

**HARRIS COUNTY
TOLL ROAD
AUTHORITY**

SAM HOUSTON CENTRAL

Lane No. 01

Fare Paid - $1.50

09:06:34AM  07-31-08

Have a nice day!

---

7/28-7/29

**HARRIS COUNTY
TOLL ROAD
AUTHORITY**

NORTH KESSNER

Lane No. 21

Fare Paid - $1.00

08:51:45AM  07-29-08

Have a nice day!

---

**HARRIS COUNTY
TOLL ROAD
AUTHORITY**

SAM HOUSTON CENTRAL

Lane No. 01

Fare Paid - $1.50

08:59:07AM  07-29-08

Have a nice day!

---

**UTE CAB**
708 SOUTH 400 WEST
SALT LAKE CITY, UTAH 84101

TRIP STARTED
TRIP FINISHED
REC. FROM
AMOUNT REC. $  30 — 00    DATE 07/28/08
CAB NO.          DRIVER

---

**HARRIS COUNTY
TOLL ROAD
AUTHORITY**

SAM HOUSTON NORTH

Lane No. 04

Fare Paid - $1.50

12:12:31PM  07-28-08

Have a nice day!

---

**HARRIS COUNTY
TOLL ROAD
AUTHORITY**

SAM HOUSTON CENTRAL

Lane No. 01

Fare Paid - $1.50

12:12:02PM  07-28-08

Have a nice day!