# EXHIBIT A

# PART VI

AR 9/10/08

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman Brothers
**TRIP DATES:** Jul 01.08 - Jul 31.08 — 6/27-7/21 LOD +6r,

| Date | Expense Description | Employee | Air | Lodging | Rail Road | Meals | Ground Trans | Other | TRIP TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 07/03/08 | Car Rental (27 Jun - 03 Jul) | Maneesh Sama | | | | | 473.29 | | 473.29 |
| 07/03/08 | Fuel (Rental Car) | Maneesh Sama | | | | | 58.88 | | 58.88 |
| 07/03/08 | Tolls (1.50 + 1.50) | Maneesh Sama | | | | | 3.00 | | 3.00 |
| 07/03/08 | AirTrain + subway | Maneesh Sama | | | | | 20.00 | | 20.00 |
| 07/04/08 | Nv - Stamford | Maneesh Sama | | | | | 18.50 | | 18.50 |
| 07/07/08 | Tolls (1.50) | Maneesh Sama | | | | | 1.50 | | 1.50 |
| 07/11/08 | Hotel (7 - 10 Jul) Alex's Card | Maneesh Sama | | 505.80 | | | | | 505.80 |
| 07/11/08 | Car Rental (7 - 11 Jul) | Maneesh Sama | | | | | 510.85 | | 510.85 |
| 07/11/08 | Fuel (Rental Car) | Maneesh Sama | | | | | 25.90 | | 25.90 |
| 07/11/08 | Tolls (1.50) | Maneesh Sama | | | | | 1.50 | | 1.50 |
| 07/11/08 | Taxi (Airport - Hotel) - Boston | Maneesh Sama | | | | | 85.00 | | 85.00 |
| 07/14/08 | Taxi (Hotel - Airport) - Boston | Maneesh Sama | | | | | 82.00 | | 82.00 |
| 07/18/08 | Hotel (14 - 17 Jul) Alex's Card | Maneesh Sama | | 505.80 | | | | | 505.80 |
| 07/18/08 | Car Rental (14 - 18 Jul) | Maneesh Sama | | | | | 493.85 | | 493.85 |
| 07/18/08 | Fuel (Rental Car) | Maneesh Sama | | | | | 25.18 | | 25.18 |
| 07/18/08 | Tolls (1.50) | Maneesh Sama | | | | | 1.50 | | 1.50 |
| 07/18/08 | Taxi (Airport - Hotel) - Boston | Maneesh Sama | | | | | 83.00 | | 83.00 |
| 07/21/08 | Taxi (Hotel - Airport) - Boston | Maneesh Sama | | | | | 80.00 | | 80.00 |
| **TOTALS** | | | | | | | | | |

Bill 09-702 Manual
Lehman /Boxing E7400
Lod  1011.60  1963.95
Gr.
Total 1011.60  1963.95 = 2975.55

RECD SEP 1 5 2008

| CLIENT: | |
|---|---|
| Employee Name: | |
| Group: | |
| Date of Report: | |
| Dates of Trip: | |
| Purpose of the Trip: | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Car Rental (27 Jun - 03 Jul) | 07/03/08 | G | N | Y | Y | 473.29 | USD | 1.0000 | $473.29 |
| Fuel (Rental Car) | 07/03/08 | G | N | Y | Y | 58.88 | USD | 1.0000 | $58.88 |
| Tolls (1.50 + 1.50) | 07/03/08 | G | N | Y | Y | 3.00 | USD | 1.0000 | $3.00 |
| AirTrain + subway | 07/03/08 | G | N | Y | Y | 20.00 | USD | 1.0000 | $20.00 |
| Ny - Stamford | 07/04/08 | G | N | Y | Y | 18.50 | USD | 1.0000 | $18.50 |
| Tolls (1.50) | 07/07/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Hotel (7 - 10 Jul)  Alex's Card | 07/11/08 | L | Y | Y | N | 505.80 | USD | 1.0000 | $505.80 |
| Car Rental (7 - 11 Jul) | 07/11/08 | G | N | Y | Y | 510.85 | USD | 1.0000 | $510.85 |
| Fuel (Rental Car) | 07/11/08 | G | N | Y | Y | 25.90 | USD | 1.0000 | $25.90 |
| Tolls (1.50) | 07/11/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Taxi (Airport - Hotel) - Boston | 07/11/08 | G | N | Y | Y | 85.00 | USD | 1.0000 | $85.00 |
| Taxi (Hotel - Airport) - Boston | 07/14/08 | G | N | Y | Y | 82.00 | USD | 1.0000 | $82.00 |
| Hotel (14 - 17 Jul)  Alex's Card | 07/18/08 | L | Y | Y | N | 505.80 | USD | 1.0000 | $505.80 |
| Car Rental (14 - 18 Jul) | 07/18/08 | G | N | Y | Y | 493.85 | USD | 1.0000 | $493.85 |
| Fuel (Rental Car) | 07/18/08 | G | N | Y | Y | 25.18 | USD | 1.0000 | $25.18 |
| Tolls (1.50) | 07/18/08 | G | N | Y | Y | 1.50 | USD | 1.0000 | $1.50 |
| Taxi (Airport - Hotel) - Boston | 07/18/08 | G | N | Y | Y | 83.00 | USD | 1.0000 | $83.00 |
| Taxi (Hotel - Airport) - Boston | 07/21/08 | G | N | Y | Y | 80.00 | USD | 1.0000 | $80.00 |
| | | | | | TOTALS: | 2,975.55 | | | $2,975.55 |









7/21



7/14 7/8

**WEYMOUTH TOWN TAXI** (781) 335-4242
**WEYMOUTH** **BRAINTREE BLUE CAB**
**BRAINTREE** (781) 843-1200

VISIT US @ WWW.VIPCOACH.COM
AIRPORT HOTLINE 888-LOGAN86

DATE    07/14/08    A.M. ☑ P.M. ☐
TIME    4:00

ACCT. NAME

PASSG. NAME

FROM    Braintree

TO    Logan

PASSG. SIGN.

AUTH BY (DISP)

CAB NO. 32    DRIVER NAME    _____

|  | AMT. OF FARE |
|---|---|
| TIP |  |
| SURCHARGE |  |
| TOLLS |  |
| TOTAL AMT. |  |
| MIL. OF TRIP | START ___ END ___ |
| NET MILES |  |
| DRIVERS SIG. |  |

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON NORTH

Lane No. 02

Fare Paid -- $1.50

02:49:34PM   07-18-08

Have a nice day!

---

AIRPORT-SHELL
15930 JFK BLVD.
HOUSTON, TX. 77032

SHELL
15930 DRUMMETT
HOUSTON TX
RTN 24241447614

07/18/08        15:06:28
SAMA/MANEESH         AcctM
VISA                 9142
XXXX XXXX XXXX XXXX

RCPT# 5-7948
Inv# 955625
AuthM 000063

PUMP# 4
REGULAR         6.144G
PRICE/GAL       $4.099
SELL            $25.18

FUEL TOTAL      $25.18

TOTAL           $25.18

THANK YOU FOR
YOUR BUSINESS
(281)4494633

* Please check your car for personal effects. *

---

**Budget**

TAL NUMBER    CAR NUMBER    CAR GROUP
10866710      01200426      F

TRANSACTION RECORD
/ - CXXXXXXXXXXXXX9142

VA, MANEESH

UT IAH 14JUL08/0907 MI = 11141
I IAH 18JUL08/1518 MI = 11268
  127 MI@   .00 =
        HR@  19.51 =
  DY@ 193.00 =
  1 WK@ 194.99 =      194.99
4.95/DY SURCHG         24.75
11.11% FEE             28.30
W           194.95 =  124.95
XABLE SUBTOT          377.48
X 15.000%              56.62
E/ESP/SLI CHG          59.75

TAL CHARGES
CONCESSION RECOVERY FEE = 493.85
1.950Y REIM REG/LCASS CFC
4.49/RNTL BUS COST RECOVERY

Thank you for renting from Budget.
We value your business. Have a safe trip.

---

**WEYMOUTH TOWN TAXI** (781) 335-4242
**WEYMOUTH** **BRAINTREE BLUE CAB**
**BRAINTREE** (781) 843-1200

VISIT US @ WWW.VIPCOACH.COM
AIRPORT HOTLINE 888-LOGAN86

DATE    07/14/08    A.M. ☐ P.M. ☐
TIME    3:20

ACCT. NAME

PASSG. NAME

FROM    Braintree

TO    Logan

PASSG. SIGN.

AUTH BY (DISP)

CAB NO. 39    DRIVER NAME    _____

|  | AMT. OF FARE |
|---|---|
| TIP |  |
| SURCHARGE |  |
| TOLLS |  |
| TOTAL AMT. | 82.00 |
| MIL. OF TRIP | START ___ END ___ |
| NET MILES |  |
| DRIVERS SIG. |  |

AR 9/18/08

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** Jul , 01 - Jul 31, 08    MEALS

| Date | Expense Description | Employee | Airfare | Lodging | Phone | Meals | Ground Trans | Other | TRIP TOTAL |
|------|---------------------|----------|---------|---------|-------|-------|--------------|-------|------------|
| 07/01/08 | Meals | Maneesh Sama | | | | 5.73 | | | 5.73 |
| 07/02/08 | Meals | Maneesh Sama | | | | 16.00 | | | 16.00 |
| 07/03/08 | Meals | Maneesh Sama | | | | 6.81 | | | 6.81 |
| 07/07/08 | Meals | Maneesh Sama | | | | 24.00 | | | 24.00 |
| 07/08/08 | Meals | Maneesh Sama | | | | 39.00 | | | 39.00 |
| 07/09/08 | Meals | Maneesh Sama | | | | 19.00 | | | 19.00 |
| 07/14/08 | Meals (20.00 + 7.47) | Maneesh Sama | | | | 27.47 | | | 27.47 |
| 07/15/08 | Meals | Maneesh Sama | | | | 9.14 | | | 9.14 |
| 07/16/08 | Meals (13.00 + 11.24) | Maneesh Sama | | | | 24.24 | | | 24.24 |
| 07/17/08 | Meals | Maneesh Sama | | | | 13.53 | | | 13.53 |
| 07/21/08 | Meals (20.00 + 8.50) | Maneesh Sama | | | | 28.50 | | | 28.50 |
| 07/23/08 | Meals | Maneesh Sama | | | | 14.00 | | | 14.00 |
| 07/24/08 | Meals (10.00 + 7.23 + 3.22) | Maneesh Sama | | | | 20.45 | | | 20.45 |
| 07/25/08 | Meals | Maneesh Sama | | | | 11.02 | | | 11.02 |
| 07/28/08 | Meals | Maneesh Sama | | | | 18.00 | | | 18.00 |
| 07/30/08 | Meals (18.00 + 12.18) | Maneesh Sama | | | | 30.18 | | | 30.18 |
| 07/31/08 | Meals (6.00 + 13.53) | Maneesh Sama | | | | 19.53 | | | 19.53 |
| 01/00/00 | | 0 Maneesh Sama | | | | 0.00 | | | |
| **TOTALS** | | | | | | | | | |

Bill  E 7,378
Lehman  Maneesh
meals  326.60

SEP 1 5 2008

| CLIENT: | |
| --- | --- |
| Employee Name: | |
| Group: | |
| Date of Report: | |
| Dates of Trip: | MERLS |
| Purpose of the Trip: | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL_AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Meals | 07/01/08 | M | N | Y | Y | 5.73 | USD | 1.0000 | $5.73 |
| Meals | 07/02/08 | M | N | Y | Y | 16.00 | USD | 1.0000 | $16.00 |
| Meals | 07/03/08 | M | N | Y | Y | 6.81 | USD | 1.0000 | $6.81 |
| Meals | 07/07/08 | M | N | Y | Y | 24.00 | USD | 1.0000 | $24.00 |
| Meals | 07/08/08 | M | N | Y | Y | 39.00 | USD | 1.0000 | $39.00 |
| Meals | 07/09/08 | M | N | Y | Y | 19.00 | USD | 1.0000 | $19.00 |
| Meals (20.00 + 7.47) | 07/14/08 | M | N | Y | Y | 27.47 | USD | 1.0000 | $27.47 |
| Meals | 07/15/08 | M | N | Y | Y | 9.14 | USD | 1.0000 | $9.14 |
| Meals (13.00 + 11.24) | 07/16/08 | M | N | Y | Y | 24.24 | USD | 1.0000 | $24.24 |
| Meals | 07/17/08 | M | N | Y | Y | 13.53 | USD | 1.0000 | $13.53 |
| Meals (20.00 + 8.50) | 07/21/08 | M | N | Y | Y | 28.50 | USD | 1.0000 | $28.50 |
| Meals | 07/23/08 | M | N | Y | Y | 14.00 | USD | 1.0000 | $14.00 |
| Meals (10.00 + 7.23 + 3.22) | 07/24/08 | M | N | Y | Y | 20.45 | USD | 1.0000 | $20.45 |
| Meals | 07/25/08 | M | N | Y | Y | 11.02 | USD | 1.0000 | $11.02 |
| Meals | 07/28/08 | M | N | Y | Y | 18.00 | USD | 1.0000 | $18.00 |
| Meals (18.00 + 12.18) | 07/30/08 | M | N | Y | Y | 30.18 | USD | 1.0000 | $30.18 |
| Meals (6.00 + 13.53) | 07/31/08 | M | N | Y | Y | 19.53 | USD | 1.0000 | $19.53 |
| | | M | N | Y | Y | | USD | 1.0000 | $0.00 |
| | | | | | TOTALS: | 326.60 | | | $326.60 |



7/8 - 7/14

### Chipotle
BURRITOS & TACOS
WWW.CHIPOTLE.COM

Farmers, not factories.

13788 NW Freeway
Houston, TX 77040
713-895-9647

Host: ROBERTA                    07/14/2008
ORDER #336                        11:08 PM
                                  10237

Chicken Fajita              5.60
Small Soda                  1.30

Subtotal                    6.90
Tax                         0.57

DINE IN Total               7.47
Visa xXXXXXXXXX9142
Authorizing....
Balance Due                 7.47

Customer Copy

Los Ducos Willowbrook

Los Ducos Willowbrook

Mon 7/14/2008 8:04:39 PM
Check 110-1    Table 23
Arisbe G.#

Cardholder acknowledges receipt of goods
and/or services in the amount of the
TOTAL shown hereon a. agrees to perform
the obligations set forth in the
Cardholder agreement with the Issuer

VISA XXXXXXXXXX9142
Approval 000059

BASE                        $16.73
TIP                          3.27
                            20.00
TOTAL

---

Pappadeaux Seafood #10 (040)
7110 FM 1960 West
Houston, TX 77069
281-580-5245

Server: Deanna D        Table:2
Ticket:447A

Name: MANEESH SAMA
Acct: ************9142
Exp: *****
Card: Visa
Auth: 000047   Soc: N155529
Merchant ID: 670717730402

07/08/2008                  09:10pm

Amount:         $32.68
+ Tip:            6.32
= Total:        39.00

x _____
  I agree to pay above total amount
  according to card issuer agreement

0457                    Rec:276
Server: CHRIS H (#284)
07/09/08 21:09, Swiped  1: 302 Tera: 7

BJ's RESTAURANT & BREWERY
7637 FM 1960 W.
WILLOWBROOK, TX 77070
(281) M77-8777
MERCHANT #:

CARD TYPE         ACCOUNT NUMBER
VISA              XXXXXXXXXX9142
Name: MANEESH SAMA
00 TRANSACTION APPROVED
AUTHORIZATION #: A001780212
Reference:
TRANS TYPE: Credit Card SALE

CHECK: __      14.40
TIP: __         1.60
TOTAL: __      17.00

x _____

---

7/1 - 7/7

### WENDY'S
INTER-CONTINENTAL AIRPORT
TERM'N. C-SOUTH

1  SPCY CHB                 6.29
   COKE                      .57
1  SUB SIDESALAD
   CEASAR ITALIAN
                  TAX        .81
                  TOTL      6.81
                  CHEC

JOSE  0255 14:41  JUL 03'08 REGION...

Order #174

Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 934-9301
FAX (713) 934-9304
su # 6

215 Manager

CK# 6446    MANEESH    Gst 0
            JUL01'08 01:25PM

Here
MED VEG PLE
XXXXXXXXXX9142 xx...
Visa                         .73

FOOD                        5.29
Tax                         0.44
PAYMENT                     5.73

"Home of the Monster Shrimp"
Come join us for Happy Hour
17595 Tomball Parkway
Houston, Texas 77064
(281) 469-8500

st: John            07/02/2008
der #174             1:31 PM
                      20075

ster Dinner (half)          8.25
GARLIC BREAD
eole Corn                   2.25
ttoaless Beverage           1.95

b Total                    12.45
x                           1.03

der Total                  13.48

ISA                        13.48
Auth:000040

TOTAL : 16.00

x _____

2

7/21-7/2

RED BALLOON CAFE
Date: 7/15/2008    Time: 1:47:28 PM

Status:              Approved
Card Type:           Visa
Card Number:         XXXXXXXXXXXX9142
Expiration Date:     XX/XX
Swipe/Manual:        Swipe
Server ID/Name:      5743 / Theresa
Check Number:        5061 / 1
Tab Number:          CAC
Card Owner:          SAWA/MANEESH

Amount        9.14

Approval: 000069

***************************
*********  Customer Copy  **********
***************************

Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 934-9201
FAX (713) 934-9204
su # 4

75 Grayson

Chk 4587        SAWA        Gst 0
Jul16'08 01:07PM

Here
1 CHIPOTLE                          6.49
  NO APLWD BACON
  ****FR BAG
1 FZ STRAW CKD                      3.89
XXXXXXXXXXX9142 XX/XX
Visa                              11.24

FOOD                               6.49
BEVERAGE                           3.89
Tax                                0.86
PAYMENT                           11.24

---

0516
Server: CHRISTOPHE C (#207)    Rec:300
07/16/08 21:20. Swiped  T: B17 Term: 5

BJ's RESTAURANT & BREWERY
7637 FM 1960 N.
WILLOWBROOK, TX 77070
(281) M77-8777
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXXXX9142
Name: MANEESH SAWA
00 TRANSACTION APPROVED
AUTHORIZATION #1: 000061
Reference: AU1980240
TRANS TYPE: Credit Card SALE

CHECK:                   10.77

TIP: _____2.23_____

TOTAL: _____6.___

7/5-7/7

RED BALLOON CAFE
(713)690-3114
Counter Sales

Check No 50951/1
Tab: CAC  Server 4069  Guests  1

1  Grilled Tilapia                10.75
1  Coke                            1.75

        Food Sub-Total             12.50

SUB TOTAL                          12.50
Sales Tax                           1.03

TOTAL:                  13.53

Payments Applied

Visa               13.53
TOTAL DUE:          0.00

Thank You,
kimber

-1:48:21 PM-              7/17/2008

---

7/5-7/7

BURRITOS & TACOS
www.CHIPOTLE.COM

Farmers, not factories.

13768 HN Freeway,
Houston, TX 77040
713-996-9047

Host: ROBERTA              07/21/2008
ORDER #388                 11:21 PM
                           10289

Chicken Burrito                    5.60
Pan - Cherry Nantucket             2.25

Subtotal                           7.85
Tax                                0.65

DINE IN Total                      8.50
Visa XXXXXXXXXXXX9142              8.50
Authorizing...
Balance Due                        8.50

---

S9 Diner Willowbrook
17695 Tomball Parkway
17695 SH 249
Houston, TX  77064
832-237-7559

Server: Month              DOB: 07/21/2008
09:27 PM                   07/21/2008
Table 5/1/1                2/20302

Visa                       4194527
Card #XXXXXXXXXXXX9142
Magnetic card present: SAWA MANEESH
Approval: 000069

            Amount:        16.84
                          3.96
            + Tip: _____
            = Total: _2.00_

X _____
Approval: 000069

---

0475
Server: SHAWNA N (#205)    Rec:302
07/23/08 21:56. Swiped   T: B12 Term: 11

BJ's RESTAURANT & BREWERY
7637 FM 1960 N.
WILLOWBROOK, TX 77070
(281) M77-8777
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXXXX9142
Name: MANEESH SAWA
00 TRANSACTION APPROVED
AUTHORIZATION #: 000070
Reference: AU1219224
TRANS TYPE: Credit Card SALE

CHECK:                   11.27

TIP: _____2.73_____

TOTAL: _____14.___

X _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
PLEASE LEAVE SIGNED COPY FOR SERVER



7/30-7/3/

RED BALLOON CAFE
(713)690-3114
To Go

Check No 50065/1    Server 4069    Guests 1
Tab C&C

1   Grilled Tilapia                10.75
1   Iced Tea                        1.75

        Food Sub-Total             12.50

        SUB TOTAL                  12.50
        Sales Tax                   1.03

        TOTAL;                     13.53

2:45:55 PM                    7/31/2008
Thanks for visiting Red Balloon Cafe
005

---

Baker Street Pub
17210 Tomball Parkway
281-517-0028

Server: Samantha                07/31/2008
Pool /4                          11:42 PM
Guests: 0                        70170

Half and Half                    4.75

Subtotal                         4.75
Tax                              0.00

Total                            4.75

Visa #XXXXXXXXXXX9142            4.75

    + Tip:                        1:25

    = Total:                      6.00

x _____

---

RED BALLOON CAFE
(713)690-3114
Counter Sales

Check No 50327/1    Server 7222
Tab C&C

1   Grilled Chicken               9.50
1   Coke                          1.75

        Food Sub-Total           11.25.

        SUB TOTAL                11.25
        Sales Tax                 0.93

        TOTAL;                   12.18

2:26:38 PM                    7/30/2008
Thanks for visiting Red Balloon Cafe
005

---

0023
Server : CECILIA L (4219)         Rec:333
07/30/08 22:12, Swiped  T: 311 Term: 3

BJ's RESTAURANT & BREWERY
7637 FM 1960 W.
WILLOWBROOK, TX 77070
(281)477-8777
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
VISA               XXXXXXXXXX9142
Name: MAHEESH SAMA
00 TRANSACTION APPROVED
AUTHORIZATION #: 000084
Reference: A08208251
TRANS TYPE: Credit Card SALE

CHECK :           14.06

TIP :              3.94

TOTAL:            18.00

x _____

---

7/30-7/20

Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 934-9201
FAX (713) 934-9204
Su # 2

30 MARTHA R

Chk 2410    MAHEESH
            Jul25'08 01:51PM

    He re
1   FROM TEXA-PANINI            6.49
    **APPLE
1   SUB CORN                    3.69
    ****FR BAG
XXXXXXXXXXX9142 XX/XX           11.02
Visa

FOOD                           10.18
Tax                             0.84
PAYMENT                        11.02

---

Pappadeaux Seafood #10 (040)
710 FM 1960 West
Houston, TX 77069
281-580-5245

Server: CAL R
T:icket:907C    Table:75

Name: MAHEESH SAMA
Acct: *************9142
Exp: *****
Card: Visa
Auth: 000081  Rec: N161420
Merchant ID: 07071730402

07/28/2008                 09:06pm

Amount:              $14.56

+ Tip:                $ 3.44

= Total:              $ 18.00

x _____

---

STARBUCKS COFFEE COMPANY ##   #06517
MSTON      TX77064

- TL TAZO CHAI                  3.00
TOTAL                           3.00
TAX                             0.22
TAL                             3.22
SA                              3.22
   CARD#: XXXXXXXXXX9142
   ANGE DUE                     0.00

517 0182 708917  0015871696
1/24/08  708917       09:108
Today is a new smoothie

---

WELCOME TO DQ
18830 TOMBALL PARKWAY ( SH 249 )
TEL (281) 469-5501
THANK YOU. CALL AGAIN

REG DIH-HK1 07-24-2008 21:35     000102
ORDER#  000102

1   FRIED CHIX SAND     $2.99
1   DIP WAFFLE BOWL      $3.69
    **STRASBERY DIP
    EAT-IN
TAX                     $0.55
TL                      $7.23
CASH                    $7.23

---

TWO AMIGOS MEXICAN R

AMOUNT
TIP              1.94
TOTAL           10.525

#APPROVED
CUSTOMER COPY

AR 9/16/08

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN BROS.
**TRIP DATES:** 8/7-8/21/08

| Date | Expense Description | Payee | | | | | | | | | |
|------|---------------------|-------|--|--|--|--|--|--|--|--|--|
| 08/07/08 | TRAIN STATION PARKING | PATRICIO MOSCHCOVIC | | | | | | | | 9.00 | 9.00 |
| 08/21/08 | TRAIN STATION PARKING | PATRICIO MOSCHCOVIC | | | | | | | | 9.00 | 9.00 |
| 08/21/08 | ASTRO REST. LUNCH | PATRICIO MOSCHCOVIC | | | | | | 23.00 | | | 23.00 |

Bil
Lehman    IX.09-120    Pab
travel ex.    3/acos eng    E7397
23.-    18.-    =$41.-

| CLIENT: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | | CH | | | | | | | |
| Group | | | | | | | | | |
| Date of Report: | | | | | | | | | |
| Dates of Trip: | | | | | | | | | |
| Purpose of the Trip: | | | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| TRAIN STATION PARKING | 08/07/08 | G | N | Y | Y | 9.00 | USD | 1.0000 | $9.00 |
| TRAIN STATION PARKING | 08/21/08 | G | N | Y | Y | 9.00 | USD | 1.0000 | $9.00 |
| ASTRO REST. LUNCH | 08/21/08 | M | Y | Y | N | 23.00 | USD | 1.0000 | $23.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | TOTALS: | 41.00 | | | $41.00 |



*AR 9/17/08*

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN BROTHERS
**TRIP DATES:** 09-2-2008 - 9-12-2008

| Date | Expense Description | Employee | A/F | Lodging | Phone | Auto | Ground Trans | Other | Total |
|---|---|---|---|---|---|---|---|---|---|
| 09/02/08 | MTA monthly pass | SEEMANTO BARUA | | | | | 264.00 | | 264.00 |
| 09/02/08 | Meal | SEEMANTO BARUA | | | | 28.10 | | | 28.10 |
| 09/03/08 | Meal | SEEMANTO BARUA | | | | 27.91 | | | 27.91 |
| 09/04/08 | Meal | SEEMANTO BARUA | | | | 24.33 | | | 24.33 |
| 09/05/08 | Meal | SEEMANTO BARUA | | | | 25.52 | | | 25.52 |
| 09/08/08 | Meal | SEEMANTO BARUA | | | | 25.94 | | | 25.94 |
| 09/09/08 | Meal | SEEMANTO BARUA | | | | 28.04 | | | 28.04 |
| 09/10/08 | Meal | SEEMANTO BARUA | | | | 19.86 | | | 19.86 |
| 09/11/08 | Meal | SEEMANTO BARUA | | | | 27.37 | | | 27.37 |
| 09/12/08 | Meal | SEEMANTO BARUA | | | | 23.40 | | | 23.40 |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| | | | | | | | | | - |
| **TOTALS** | | | | | | | | | |

*Bill Lehman*

| | Seemanto Barua |
|---|---|
| meals | 230.47 |
| ground | 264.- |
| total | 494.47 |

| CLIENT: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee Name: | | | | | | | | |
| Group | | | | | | | | |
| Date of Report: | | | | | | | | |
| Dates of Trip: | 9/2-9/12 | | | | | | | |
| Purpose of the Trip: | | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| MTA monthy pass | 09/02/08 | G | N | Y | Y | 264.00 | USD | 1.0000 | $264.00 |
| Meal | 09/02/08 | M | N | Y | Y | 28.10 | USD | 1.0000 | $28.10 |
| Meal | 09/03/08 | M | N | Y | Y | 27.91 | USD | 1.0000 | $27.91 |
| Meal | 09/04/08 | M | N | Y | Y | 24.33 | USD | 1.0000 | $24.33 |
| Meal | 09/05/08 | M | N | Y | Y | 25.52 | USD | 1.0000 | $25.52 |
| Meal | 09/08/08 | M | N | Y | Y | 25.94 | USD | 1.0000 | $25.94 |
| Meal | 09/09/08 | M | N | Y | Y | 28.04 | USD | 1.0000 | $28.04 |
| Meal | 09/10/08 | M | N | Y | Y | 19.86 | USD | 1.0000 | $19.86 |
| Meal | 09/11/08 | M | N | Y | Y | 27.37 | USD | 1.0000 | $27.37 |
| Meal | 09/12/08 | M | N | Y | Y | 23.40 | USD | 1.0000 | $23.40 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | TOTALS: | 494.47 | | $494.47 |



Main Cafeteria

12 Hagalys

Chk 1553        Sep02'08 10:12AM  Gst 1

Cafeteria
1 Whole Fruit                    0.55
1 Cereal                         3.75
1 frsh sqzd juice                2.25
debitek                          7.10

Subtotal                         6.55
Tax                              0.55
Ttl Payment                      7.10

Metro-North Railroad

Station # 270    DARIDI

Sold Tickets              Amount
Monthly                  $264.00

Total Amount             $264.00

Payment Debit  2985     $264.00
Amount Debit            $264.00
        Thank You for Riding
        Metro North !
TSN ID #                    264
Transaction #            212261
Date / Time    09/02/08 08153

EATA PITA
GRAND CENTRAL TERMINAL
NEW YORK, NY

Open Order
der 86  09/02/08  7-46pm
st #1 Shelly    Loc #(FLOOR)

        Items           9.23
        Tax              .77
Subtotal        10.00

Tip

TOTAL        10.00

Customer Copy



Main Cafeteria

12 Magalys          Sep08'08 10:13AM  Gst 1

Cafeteria
1.170lb @ 5.76/lb
La Stro Br/Lb              6.74
1 Whole Fruit             0.55
1 frsh sqzd juice         2.25
debitek                   10.34

Subtotal                  9.54
Tax                       0.80
Ttl Payment               10.34

---

Main Cafeteria

12 Magalys          Sep08'08 10:13PM  Gst 1
Chk 63

1 Grill So Burger         6.95
1 gatorade                1.65
cash                      0.00

Subtotal                  8.60
100 X                     8.60
exp meal100X

---

Main Cafeteria

12 Magalys          Sep08'08 10:17AM  Gst 1
Chk 609

1 Whole Fruit             0.55
1 waffle                  2.95
1 Topping                 1.00
1 frsh sqzd juice         2.25
debitek                   7.32

Subtotal                  6.75
Tax                       0.57
Ttl Payment               7.32

---

#5034
Sacramento Dahua
212-920-7111
1301 6th ave #2FL

1 #495 Kung Pao           8.95
Shrimp Pad Thai

Sub-total                 8.95
Tax(8.375%)               0.75
Total                     9.70
Delivery Charge           2.00

Total                     $11.70

02:37 PM Packer
CASHIER-2/PACKER TM88

---

NUSRET TURKISH CUISINE
160 E 46 st
NEW YORK, NY 10017
Phone : 212-292-5000

1 x DONER KEBAB
1 x SIS KEBAB
1 x SIS KEBAB
1 x SIS KEBAB

SUB TOTAL                 14.95
SALES TAX                 1.25
TOTAL DUE                 16.20
9/5/2008 - 2:34:14 PM

---

Jamba Juice #609
500 Fifth Ave
New York, NY 10110
(212) 730-5338

09/08/2008
6:38 PM
10136

Host: DEWAYNE C
SERVE

Market: WHO Tripp-NO ICE
NO Boost

1 JAMBA Juice            5.85

Subtotal                 5.85
Tax                      0-0.49
To Go-Total              6.3.

CASH                     7.00

Inspire and Simplify
Healthy Living
Jamba.com

---

Main Cafeteria

12 Magalys          Sep08'08 10:11AM  Gst 1
Chk 611

Cafeteria
1 Cereal                 3.75
1 Whole Fruit            0.55
1 frsh sqzd juice        2.25
1 Coa                    1.25
debitek                  8.45

Subtotal                 7.80
Tax                      0.65
Ttl Payment              8.45

---

Main Cafeteria

12 Magalys          Sep09'08 01:27PM  Gst 1
Chk 992

Cafeteria
1.750lb @ 5.76/lb
La Styro Intrmnt         10.08
1 gatorade               1.65
debitek                  12.71

Subtotal                 11.73
Tax                      0.98
Ttl Payment              12.71

9/8-8/9

---

Jamba Juice #609
500 Fifth Ave
New York, NY 10110
(212) 730-5338

09/02/2008
09/07/2008
7/18276

WANDA B
SERWAN(U)

VISA
Card XXXXXXXXXXXX9441
Magnetic card present: 568DA SEEN0610
Approval: 123668

Amount:                  9.68

Customer Copy

ORDER# 94574463 C    GRAND TOTAL AMOUNT: $9.03    TIP AMOUNT: ... Page 1 of 1

## SeamlessWeb

**SeamlessWeb House Account**

MINAR INDIAN RESTAURANT (46TH ST.)

Phone: (212) 398-4600

ORDER#:
94574463 C

**PLEASE DELIVER: ASAP**

**DELIVER TO:**

SEEMANTO BARUA
1301 6TH AVE
LEHMAN BROTHERS
Phone: (212) 320-7111
Cross Streets: 52ND STREET
Apt/Floor#: 2ND FLOOR

**DELIVERY INSTRUCTIONS:**

Please call at delivery 212.320.7111.
please send receipt. thanks No
phone/intercom -please call before you
deliver.

| 1 | Goat Biryani | $6.95 | X 1 | = | $6.95 |

• Mild

**Signed By:**

Order Placed: Wednesday, September 10, 2008 11:28:00 AM

Product total:    $6.95
Sales Tax:    $0.58
**TIP AMOUNT:**    **$1.50**
Grand Total:    $9.03

**Payment Information**
SeamlessWeb Professional Solutions, Inc.

**CONFIRMATION CODE: 38**

Fax Number: (212) 382-1664
For billing questions or assistance, please contact SeamlessWeb at (212) 944-7765

9/10/2008

---

Pongsri Thai Restaurant
244 West 48th Street
New York, NY 10036
(212) 582-3392

Server: Panya    Station: 6
Order #: 26203    Dine In
Table: 88    Guests: 7

1 L10. Chicken F. Rice    5.95
1 L14 Pineapple F. Rice    5.95
1 L20 Tofu Ped Gra Prow*    5.95
1 L21 Thai Red Currye    5.95
1 L25 Panang Currye    5.95
1 L27 Ped Gra Prowe    5.95
1 Prawns    7.95
1 L15 Na-Nee F. Rice    6.95

SUB TOTAL:    47.65
Tax:    3.99

ORDER TOTAL:    51.64
18% TIPS:    8.59

AMOUNT DUE:    $60.22

>> Ticket #: 88 <<
9/11/2008 1:08:16 PM

For your convenience Gratuity:

( 18% = $7.62  18% = $8.58 20% = $9.53 )

Thank You for dining at Pongsri
Please Come Again!!!

---

Cafeteria
Chk 696    Sep17'08 10:10AM Gst 1

1 Cereal    0.55
1 Whole Fruit    2.50
1 Smoothie    0.75
debitek    6.80

Subtotal    6.80
Tax    0.57
Ttl Payment    7.37

12 Hoai1ys

Main Cafeteria

---

Main Cafeteria
Chk 201    Sep10'08 02:18PM Gst 1

1 Whole Fruit    0.55
1 Gatorade    1.65
debitek    2.38

Subtotal    2.20
Tax    0.18
Ttl Payment    2.38

12 Hoai1ys

---

KITCHEN QPICK

| Date | Table | Guest | Server |
| --- | --- | --- | --- |

273843

APPT-SOUP/SAL-ENTREE-VEGGIE/POT-DESSERT-BEV

Main Cafeteria

12 Hagalys                          B

Chk 1622      Sep12'08 10:14AM  Gst 1
----------------------------------------
    Cafeteria
1 Hotcakes                        2.95
1 Topping                         1.00
1 20 oz coffee                    1.85
  debitek                         6.29

  Subtotal                        5.80
  Tax                             0.49
  Ttl Payment                     6.29

外送
Delivery                          L

#5050                           Zoey

Seemanti Barua
212 3 9-7111
130i 8th ave #2FL

1  #119 越炒飯
   Vietnamese Fried   7.95
   Rice
----------------------------------------
Sub-total                        $7.95
Tax(8.375%)                      $0.67
Total                            $8.62
Delivery Charge                  $1.50

Total                           $10.12
----------------------------------------
02:23 PM  Packer
BAR/PACKER TM88

DISHES GRAND CENTRAL
48 Grand Central Terminal
New York, NY 10017
TEL. 212-808-5511
FAX. 212-808-0590                 D

Cntr 4678 09/12/08-A  6:45pm
Guests 1  Yasmina Chean  Table (STANDEE)
----------------------------------------
1..Large Smoothie                 6.45

          Items                   6.45
          Tax                      .54
        TOTAL                     6.99

1.VISA/xxxxxxxxxxxx8441/XXXX S  A:04556B
SEEMANIO BARU 1350 09/12 18:45   6.99

Customer Copy

Thank You

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** LEHMAN BROTHERS
**TRIP DATES:** 8/20-8/29/08

| Date | Type | Name | | | |
|------|------|------|---|---|---|
| 08/20/08 | Meal | SEEMANTO BARUA | 25.47 | | 25.47 |
| 08/21/08 | Meal | SEEMANTO BARUA | 30.04 | | 30.04 |
| 08/22/08 | Meal | SEEMANTO BARUA | 23.75 | | 23.75 |
| 08/25/08 | Meal | SEEMANTO BARUA | 26.60 | | 26.60 |
| 08/26/08 | Meal | SEEMANTO BARUA | 30.23 | | 30.23 |
| 08/26/08 | Taxi Fare | SEEMANTO BARUA | | 8.00 | 8.00 |
| 08/27/08 | Meal | SEEMANTO BARUA | 25.65 | | 25.65 |
| 08/28/08 | Meal | SEEMANTO BARUA | 26.99 | | 26.99 |
| 08/29/08 | Meal | SEEMANTO BARUA | 21.75 | | 21.75 |
| | | | - | | - |

Bil Lehmen    Seemonto
E 739 E
meals    210.48
ground    8.-
total    $218.48

| CLIENT: | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Employee Name:** | | | | | | | | | |
| **Group** | | | | | | | | | |
| **Date of Report:** | | | | | | | | | |
| **Dates of Trip:** | | | | | | | | | |
| **Purpose of the Trip:** | | | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Meal | 08/20/08 | M | N | Y | Y | 25.47 | USD | 1.0000 | $25.47 |
| Meal | 08/21/08 | M | N | Y | Y | 30.04 | USD | 1.0000 | $30.04 |
| Meal | 08/22/08 | M | N | Y | Y | 23.75 | USD | 1.0000 | $23.75 |
| Meal | 08/25/08 | M | N | Y | Y | 26.60 | USD | 1.0000 | $26.60 |
| Meal | 08/26/08 | M | N | Y | Y | 30.23 | USD | 1.0000 | $30.23 |
| Taxi Fare | 08/26/08 | G | N | Y | Y | 8.00 | USD | 1.0000 | $8.00 |
| Meal | 08/27/08 | M | N | Y | Y | 25.65 | USD | 1.0000 | $25.65 |
| Meal | 08/28/08 | M | N | Y | Y | 26.99 | USD | 1.0000 | $26.99 |
| Meal | 08/29/08 | M | N | Y | Y | 21.75 | USD | 1.0000 | $21.75 |
| Car rental | 8/09/2008 - 8/11/2008 | G | N | N | Y | 166.37 | USD | 1.0000 | $166.37 |
| Car rental | 8/23/2008 - 8/25/2008 | G | N | N | Y | 211.39 | USD | 1.0000 | $211.39 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | TOTALS: | 596.24 | | | $596.24 |

TYPE (press...
Lodging = L
Rental = R
Meals = M
Ground = G
Other = O





Main Cafeteria

12 Magalys

Chk 1183        Aug25'08 12:14PM  Gst 1

Cafeteria
1.310lb @ 5.76/lb
L3 Shavd Urfrmt
2 Yohost Juit tea
debitek

Subtotal                    7.55
                            3.20
                           11.65
Tax
Ttl Payment

                           10.75
                            0.90
                           11.65

Main Cafeteria

12 Magalys

Chk 319        Aug22'08 10:15AM  Gst 1

Cafeteria
1 Waffle                    2.95
1 Topping                   1.00
1 smoothie                  2.50
debitek                     6.99

Subtotal                    6.45
Tax                         0.54
Ttl Payment                 6.99

Jenba Juice Copy

Amount:        5.47

Store #785        SALE RECEIPT
tka 08/25/08 21:30:28
Trans# 200 Clerk 19 Dwr 1 TRDT 082508
Receipt # 0000242689 Reg-ID REG-MAIN
Sales Tx         0.51 Tax B    0.00
Tax C            0.00 Tax D    0.00
Tax E            0.00 Tax F    0.00
AMT TEND              **TOTAL  8.98
               8.98CHANGE DUE  0.00

CHANGE DUE$             0.00

CERTIFICATION

Result: APPROVAL 045138
ResponseCode: 0
Authorization No: 045138
Reference No: 023001014772
Approval No: 045138
Transaction: 082508221022789
HostDateTime: 082508 214142
Swiped/Keyed: SWIPE
Ticket No: 200
Account No: ********8441
Card Issuer: VISA
Card Number: BARUN/SEEMANIO
Card Amount: $8.98

Host Order ID: 140212677000220926326

Main Cafeteria

12 Magalys

Chk 107        Aug26'08 10:07AM  Gst 1

Cafeteria
1 Whole Fruit               0.55
1 Cereal                    3.75
1 frsh sqzd juice           2.25
debitek                     7.10

Subtotal                    6.55
Tax                         0.55
Ttl Payment                 7.10

KITCHEN CHECK                273418

Customer Copy



# Main Cafeteria

12 Magalys

Chk 1895                  Aug22'08 10:??AM  Gst 1

### Cafeteria
0.510lb @ 5.76/lb
Lg Clr Brk Bar                    2.94
2 Toast                           0.60
  1.210lb @ 5.78/lb
Lg Clr Intrmtl                    8.97
1 OO 18oz.                        1.65
1 frsh sqzd juice                 2.25
debitek                           9.99

Subtotal                         14.41
LDR
$ open disc                      5.19-
Tax                               0.77
Ttl Payment                       9.9?

---

# Main Cafeteria

12 Magalys                        V

Chk 489                 Aug26'08 01:48PM  Gst 1

### Cafeteria
1 Sashi $11.55                    11.55
1 soda bottle 20oz                 1.80
                                  13.55
Subtotal                          13.55
Tax                                1.13
Ttl Payment                       14.68
debitek                           14.68

---

# Main Cafeteria

12 Magalys                        3

Chk 1020                Aug27'08 10:07AM  Gst 1

### Cafeteria
1 Whole Fruit                     0.55
  0.930lb @ 5.76/lb
Lg Strm Brk Ba                    5.59
1 OO 12oz.                        1.35
1 starb reca 12oz                 2.25
1 frsh sqzd juice                 5.54-
Lunch Meta                        3.09
debitek

Subtotal                          2.65
Tax                               0.24
Ttl Payment                       3.C

---

AKDENIZ TURKISH CUISINE
19 WEST 46TH STREET
NEW YORK CITY, NY, 10036
Phone : 212-575-2307

SERVER : MURAT
TABLE # : TK-OUT(SN.93452682 C)
GUESTS : 1
CHECK # : 226838

1  CHICKEN SHISH SANDWICHES        7.50
1  HUMUS                           4.85
1  SIDE EXTRA BREAD                0.75

*B TOTAL :                       $13.20
LES TAX :                         $1.11

VT DUE :                         $14.31
                                  2.00
8/27/2008 - 1:50:39 PM          $16.31

---

SALE RECEIPT                          V
Store #785      tko 08/27/08 21:25:09
Trans#:194 Clerk 20  Dwr 1 TRDT 082708
Receipt # 0000425088 Reg-ID REG-MAIN
Sales Tx     0.38 Tax B            0.00
Tax C        0.00 Tax D            0.00
Tax E        0.00 Tax F            0.00
               **TOTAL             6.34
AMT TEND     6.34CHANGE DUE        0.00

CHANGE DUE$   0.00

AR 9/15/08

# CLIENT MONTHLY EXPENSE REPORT

| CLIENT: | LEHMAN BROTHERS |
|---|---|
| TRIP DATES: | 8/1-8/19/08 |

| Expense Description | Employee | Lodging | Meals | Transportation | Total |
|---|---|---|---|---|---|
| 08/01/08 MTA monthy pass | SEEMANTO BARUA | | | 264.00 | 264.00 |
| 08/01/08 Meal | SEEMANTO BARUA | | 28.18 | | 28.18 |
| 08/04/08 Meal | SEEMANTO BARUA | | 27.15 | | 27.15 |
| 08/03/08 NYC Subway pass | SEEMANTO BARUA | | | 20.00 | 20.00 |
| 08/05/08 Meal | SEEMANTO BARUA | | 31.12 | | 31.12 |
| 08/06/08 Meal | SEEMANTO BARUA | | 26.79 | | 26.79 |
| 08/06/08 TAXI FARE | SEEMANTO BARUA | | | 7.00 | 7.00 |
| 08/07/08 Meal | SEEMANTO BARUA | | 26.80 | | 26.80 |
| 08/08/08 Meal | SEEMANTO BARUA | | 31.26 | | 31.26 |
| 08/10/08 Meal | SEEMANTO BARUA | | 9.05 | | 9.05 |
| 08/11/08 Meal | SEEMANTO BARUA | | 16.95 | | 16.95 |
| 08/12/08 Meal | SEEMANTO BARUA | | 26.77 | | 26.77 |
| 08/13/08 Meal | SEEMANTO BARUA | | 32.14 | | 32.14 |
| 08/14/08 Meal | SEEMANTO BARUA | | 26.66 | | 26.66 |
| 08/15/08 Meal | SEEMANTO BARUA | | 23.30 | | 23.30 |
| 08/15/08 TAXI FARE | SEEMANTO BARUA | | | 10.00 | 10.00 |
| | | | | | - |
| 08/19/08 Meal | SEEMANTO BARUA | | 29.04 | | 29.04 |

Bill Seemonto
Lehman    673.95
meals    335.21
ground    301.--
Total    636.21

EMPLOYEE EXPENSE REPORT_LEHMAN_Aug_1.xls

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX? (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | ACTUAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| MTA monthly pass | 08/01/08 | G | N | Y | Y | 264.00 | USD | 1.0000 | $264.00 |
| Meal | 08/01/08 | M | N | Y | Y | 28.18 | USD | 1.0000 | $28.18 |
| Meal | 08/04/08 | M | N | Y | Y | 27.15 | USD | 1.0000 | $27.15 |
| NYC Subway pass | 08/03/08 | G | N | Y | Y | 20.00 | USD | 1.0000 | $20.00 |
| Meal | 08/05/08 | M | N | Y | Y | 31.12 | USD | 1.0000 | $31.12 |
| Meal | 08/06/08 | M | N | Y | Y | 26.79 | USD | 1.0000 | $26.79 |
| TAXI FARE | 08/06/08 | G | N | Y | Y | 7.00 | USD | 1.0000 | $7.00 |
| Meal | 08/07/08 | M | N | Y | Y | 26.80 | USD | 1.0000 | $26.80 |
| Meal | 08/08/08 | M | N | Y | Y | 31.26 | USD | 1.0000 | $31.26 |
| Meal | 08/10/08 | M | N | Y | Y | 9.05 | USD | 1.0000 | $9.05 |
| Meal | 08/11/08 | M | N | Y | Y | 16.95 | USD | 1.0000 | $16.95 |
| Meal | 08/12/08 | M | N | Y | Y | 26.77 | USD | 1.0000 | $26.77 |
| Meal | 08/13/08 | M | N | Y | Y | 32.14 | USD | 1.0000 | $32.14 |
| Meal | 08/14/08 | M | N | Y | Y | 26.66 | USD | 1.0000 | $26.66 |
| Meal | 08/15/08 | M | N | Y | Y | 23.30 | USD | 1.0000 | $23.30 |
| TAXI FARE | 08/15/08 | G | N | Y | Y | 10.00 | USD | 1.0000 | $10.00 |
| Trip to Westport office, team meeting (Train + | 08/18/08 | G | N | N | Y | 20.50 | USD | 1.0000 | $20.50 |
| Meal | 08/19/08 | M | N | Y | Y | 29.04 | USD | 1.0000 | $29.04 |
| | | | | | TOTALS: | 656.71 | | | $656.71 |

CLIENT:
Employee Name:
Group
Date of Report:
Dates of Trip:
Purpose of the Trip:



**minar**
INDIAN RESTAURANT
139 West 46th Street, New York, N.Y. 10036
212-398-4600
FREE DELIVERY

Metro-North Railroad

Station # 226    STAMFRD

| Sold Tickets | Amount |
|---|---|
| Monthly | #264.00 |
| | ------- |
| Total Amount | #264.00 |
| | ------- |
| Payment Credit 9441 | #264.00 |
| Amount Credit | #264.00 |

Thank You for Riding
Metro North !

TSN ID #                260
Transaction #        583389
Date / Time    08/01/08 21:25

_____
Signature

We Do Catering For
All Occasions & Holidays

---

Main Cafeteria

12 Magalys

Chk 321        Aug01'08 10:19AM  Gst

Cafeteria
2 Whole Fruit          1.10
1 Parfait              2.50
1 Fresh sqzd juice     2.25
  debitek              6.34

Subtotal               5.85
Tax                    0.49
Ttl Payment            6.34

---

THE GLOBAL KITCHEN
(212) 581-3200
1280 Ave. of the Americas

F-2091
BLANCA B    SrvCk:189 14:19 08/01/08
RETAIL
RIGHT T9

1 Blondie              3.25

           Sub Total:    3.25
                Tax:    0.27
08/01 14:19 TOTAL:      3.52

CORPORATE ACCOUNTS
FREE DELIVERY
MONDAY - FRIDAY
11:00AM - 9:00PM

---



Main Cafeteria

12 Magalys                    S

Chk 567      Aug01'08 02:03PM  Gst 1

Cafeteria
1 Whole Fruit          0.55
1 soda bottle 20oz     1.60
  debitek              2.33

Subtotal               2.15
Tax                    0.18
Ttl Payment            2.33

---

THE GLOBAL KITCHEN
(212) 581-3200
1280 Ave. of the Americas

F-0990
BLANCA B    SrvCk:188 14:19 08/01/08
RETAIL
RIGHT T9

1 Panini               6.45

           Sub Total:    6.45
                Tax:    0.54
08/01 14:19 TOTAL:      6.99

CORPORATE ACCOUNTS
FREE DELIVERY
MONDAY - FRIDAY
11:00AM - 9:00PM

---

Main Cafeteria

12 Magalys                    B

Chk 5551     Aug04'08 09:39AM  Gst 1

Cafeteria
1 Whole Fruit          0.55
1 Cereal               3.75
1 fresh sqzd juice     2.25
  debitek              7.10

Subtotal               6.55
Tax                    0.55
Ttl Payment            7.10

---

Italiana
18 Grand Central Station
New York, New York
10017, 212-490-8631

Register Code: Reg-4
Register Clerk: Admin
TRAN No. 2-5-7495-883670
SALE RECEIPT

| Item | QTY | Price | Amount |
|---|---|---|---|
| PANINI-14 | 1.000 | 7.95 | 7.95 |
| Fresh Panini | | | |
| MISC-08 | 1.000 | 2.25 | 2.25 |
| Juice Special | | | |
| SUB TOTAL | | | 10.20 |
| TAX1 | | | 0.85 |
| TAX2 | | | 11.05 |
| CASH | | | 11.05 |
| CHANGE DUE | | | 0.00 |

08/04/2008
19:48:25









Mak's
Sushi in the GCT
89E42ndStreet / #50GrandCentral
New York, NY 10017
(212)973-5688

Server: Teopel

Order #: 301407                    Station: 3

1 Eat /w Veg ORDER SETTLED <<      Take Out

SUB TOTAL:                              4.95
Sales Tax:                             0.41

AMOUNT DUE:                            5.36
Visa Tend:                             5.36
                                       0.00

>> Ticket #: 375 <<
NEW: 8/14/2008 6:31:02 PM
SETTLED: 8/14/2008 6:31:19 PM
****************************
Thank You For Shopping
****************************

KITCHEN CHECK
273059

MR. Seemanto
606-4778

---

Main Cafeteria

Ckk 1142        Aug14'08 01:13PM Gst 1

12 Noahys

Cafeteria
1.20/lb @ 5.76/lb
Lg Clf Salad              7.60
1 can soda 12oz           1.00
debitek                   9.32

Subtotal                  8.60
Tax                       0.72
Ttl Payment               9.32

---

Cafeteria
Lo Fruit
Whole Fruit               0.55
Breat                     3.76
fsh sqzd juice            2.25
bitek                    -7.10-

Items                     4.50
Tax                       .38
TOTAL                     4.88
Cash                     10.00
(Change due)              5.12

Cntr 8280 08/14/08-A 6:33pm DELIVERY#1-0
Guests 1 Yasmin Chenn Table (STANDEE)

1..Small Smoothie         4.50

Aug14'08 10:15AM Gst

(totai)                   6.55
Tax                       0.55
1 Payment                 7.10

---

DISHES GRAND CENTRAL
48 Grand Central Terminal
New York, NY 10017
TEL. 212-808-5511
FAX. 212-808-0990

---

AKDENIZ TURKISH CUISINE
19 WEST 46TH STREET
NEW YORK CITY, NY. 10036
Phone : 212-575-2307

SERVER : KORAY
TABLE # : TK-OUT(SW 92526603 C)
GUESTS : 1
CHECK # : 225237

1   CHICKEN SHISH SANDWICHES    7.50
1   HUMUS                       4.95
1   SIDE EXTRA BREAD            0.75

SUB TOTAL :               $13.20
SALES TAX :                $1.11

AMOUNT DUE:               $14.31

                    Tip  2.00
8/15/2008 - 1:50:45 PM    $ 16.31

---

DISHES GRAND CENTRAL
48 Grand Central Terminal
New York, NY 10017
TEL. 212-808-5511
FAX. 212-808-0990

Cntr 815   08/15/08-A  7:26pm
Guests 1. Yasmina Chenn Table (STANDEE)

1..Large Smoothie         6.45

Items                     6.45
Tax                       .54
TOTAL                     6.99

1.VISA/xxxxxxxxxxxxx8441/XXXX A :025636
SEEMANTO.BARU 08/15/19 19:26    6.99

Customer Copy

---

Metro-North Railroad

Station # 226        STEWARD

Sold Tickets
RCT_INT / INT

Total Amount

Payment Credit 8441
Amount Credit

Thank You for Riding
Metro North !

TSM ID #                         262
Transaction #                 664501
Date / Time           08140 08/01/00

Amount
$4.50
$4.50
$4.50
$4.50

---

RECEIPT ONLY
INDEPENDENT TAXI CAB
1250 Hope Ridge Rd.
Stamford, CT 06903
Tel: (203) 968-8800
Fax: (203) 355-7888

PAYMENT METHOD - Cash

DATE  8/14/08   TIME  8/16 Aug

CUSTOMER NAME  See manto to Feanna

ADDRESS  22 Clubbrook Rd

FROM  Train Station

TO  _____

DRIVERS SIGNATURE  Ollik

FARE $ 10.00
0 TOTAL $

8/15-8/18

TAXI FARE RECEIPT