# EXHIBIT A

# PART VII

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** 9/1/08-9/30/08  9/2-9/12

| Date | Description | Name | | | | | | |
|------|-------------|------|--|--|--|--|--|--|
| 09/02/08 | Parking at Train Station | Ray White | | | | | | 6.00 |
| 09/02/08 | Meals (No Receipt) | Ray White | 8.42 | 6.00 | | | | 8.42 |
| 09/04/08 | Parking at Train Station | Ray White | | 6.00 | | | | 6.00 |
| 09/04/08 | Meals | Ray White | 7.86 | | | | | 7.86 |
| 09/05/08 | Parking at Train Station | Ray White | | 6.00 | | | | 6.00 |
| 09/05/08 | Meals | Ray White | 7.42 | | | | | 7.42 |
| 09/09/08 | Parking at Train Station | Ray White | | 6.00 | | | | 6.00 |
| 09/09/08 | Meals | Ray White | 8.29 | | | | | 8.29 |
| 09/11/08 | Parking at Train Station | Ray White | | 6.00 | | | | 6.00 |
| 09/11/08 | Meals | Ray White | 11.04 | | | | | 11.04 |
| 09/12/08 | Parking at Train Station | Ray White | | 6.00 | | | | 6.00 |
| 09/12/08 | Meals (No Receipt - left at Lehman) | Ray White | 9.21 | | | | | 9.21 |
| | | | | | | | | ' |
| | | | | | | | | ' |
| | | | | | | | | ' |
| | | | | | | | | ' |
| | | | | | | | | ' |

Bill Lehman
travel exp.

Ray White
E 9407
88.24

| CLIENT: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | | | | | | | | | |
| Group | | | | | | | | | |
| Date of Report: | | | | | | | | | |
| Dates of Trip: | | | | | | | | | |
| Purpose of the Trip: | | | | | | | | | |

| EXPENSE DESCRIPTION | DATE | TYPE | AMEX (Y/N) | BILLABLE? (Y/N) | REIMBURSIBLE? (Y/N) | TOTAL AMOUNT | CURRENCY | CONV. FACTOR | $ AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| Parking at Train Station | 09/02/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals (No Receipt) | 09/02/08 | M | N | Y | Y | 8.42 | USD | 1.0000 | $8.42 |
| Parking at Train Station | 09/04/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 09/04/08 | M | N | Y | Y | 7.86 | USD | 1.0000 | $7.86 |
| Parking at Train Station | 09/05/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 09/05/08 | M | N | Y | Y | 7.42 | USD | 1.0000 | $7.42 |
| Parking at Train Station | 09/09/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 09/09/08 | M | N | Y | Y | 8.29 | USD | 1.0000 | $8.29 |
| Parking at Train Station | 09/11/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 09/11/08 | M | N | Y | Y | 11.04 | USD | 1.0000 | $11.04 |
| Parking at Train Station | 09/12/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals (No Receipt - left at Lehman) | 09/12/08 | M | N | Y | Y | 9.21 | USD | 1.0000 | $9.21 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| TOTALS: | | | | | | $88.24 | | | $88.24 |

RECD SEP 1 7 2008





PARKING AUTHORITY OF FAIRFIELD

TICKET NO. 6215314

OFFICER NO.

You can NOW make payments online:
http://www.fairfield.org/onlinepayment.htm

DAY PARKING FEE
$6.00*

Payments must be made ONLINE, or by CHECK /
MONEY ORDER payable to:
Parking Authority of Fairfield

* Payment must be made within TEN DAYS. After
that a late charge of $10.00 is assessed. IN ADDITION TO
THE DAY PARKING FEE. TOTAL DUE $16.00.

NOTICE

NONPAYMENT OF PARKING AND LATE CHARGES IS A
VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND
IMPOUND. IN ADDITION TO FINES, PENALTIES, AND ALL
COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN
PARKING AUTHORITY REGULATIONS.

TICKET NO. 6212974

OFFICER NO.

You can NOW make payments online:
http://www.fairfield.org/onlinepayment.htm

DAY PARKING FEE
$6.00*

Payments must be made ONLINE, or by CHECK /
MONEY ORDER payable to:
Parking Authority of Fairfield

* Payment must be made within TEN DAYS. After
that a late charge of $10.00 is assessed. IN ADDITION TO
THE DAY PARKING FEE. TOTAL DUE $16.00.

NOTICE

NONPAYMENT OF PARKING AND LATE CHARGES IS A
VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND
IMPOUND. IN ADDITION TO FINES, PENALTIES, AND ALL
COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN
PARKING AUTHORITY REGULATIONS.

9/12
Captive lunch
$ 9.21
(No Receipt)

9/11-9/12

Main Cafeteria

12 Magalys

Chk 908    Sep11'08 12:41PM  Gst 1

Cafeteria
0.580lb @ 5.76/lb
Ss Stryo Intrmtl          3.34
1 Calz/Stromboli          5.25
1 soda bottle 20oz        1.60
debitek                  11.04

Subtotal                 10.19
Tax                       0.85
Ttl Payment              11.04

# CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** 8/1/08-8/31/08

| Date | Description | | | | | | | | |
|------|-------------|--|--|--|--|--|--|--|--|
| 08/22/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 08/22/08 | Meals | Ray White | | | | | 7.04 | | 7.04 |
| 08/26/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 08/26/08 | Meals | Ray White | | | | | 8.72 | | 8.72 |
| 08/28/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 08/28/08 | Meals | Ray White | | | | | 11.95 | | 11.95 |
| 08/29/08 | Parking at Train Station | Ray White | | | | | 6.00 | | 6.00 |
| 08/29/08 | Meals | Ray White | | | | | 8.83 | | 8.83 |
| 09/02/08 | Monthly train Ticket | Ray White | | | | | 308.00 | | 308.00 |

*Handwritten notes:*
ATL 9/16/08
Bill hol    893.53
Travel   368.54

| CLIENT: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | | | | | | | | | |
| Group: | | | | | | | | | |
| Date of Report: | | | | | | | | | |
| Dates of Trip: | | | | | | | | | |
| Purpose of the Trip: | | | | | | | | | |
| Parking at Train Station | 08/22/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/22/08 | M | N | Y | Y | 7.04 | USD | 1.0000 | $7.04 |
| Parking at Train Station | 08/26/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/26/08 | M | N | Y | Y | 8.72 | USD | 1.0000 | $8.72 |
| Parking at Train Station | 08/28/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/28/08 | M | N | Y | Y | 11.95 | USD | 1.0000 | $11.95 |
| Parking at Train Station | 08/29/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/29/08 | 'M | N | Y | Y | 8.83 | USD | 1.0000 | $8.83 |
| Monthly train Ticket | 09/02/08 | G | N | Y | Y | 308.00 | USD | 1.0000 | $308.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | - | USD | 1.0000 | $0.00 |

RECD AUG 0 8 2008

## Main Cafeteria

12 Magalys

Chk 495          Aug22'08 12:52PM  Gst 1

### Cafeteria
| | |
|---|---|
| 1 Brick Oven Value | 6.50 |
| debitek | 7.04 |
| | |
| Subtotal | 6.50 |
| Tax | 0.54 |
| Ttl Payment | 7.04 |

## Main Cafeteria

12 Magalys

Chk 346          Aug26'08 12:49PM  Gst 1

### Cafeteria
| | |
|---|---|
| 1 Brick Oven Melt | |
| 1 Doritos/Pretzels | 5.75 |
| 1 Harmony Snacks | 0.80 |
| debitek | 1.50 |
| | 8.72 |
| Subtotal | 8.05 |
| Tax | 0.67 |
| Ttl Payment | 8.72 |

```
         Main Cafeteria

12 Magalys
------------------------------------
Chk 6296          Sep02'08 12:50PM  Gst 1
------------------------------------
       Cafeteria
  1 Brick Oven Melt          5.75
  1 soda bottle 20oz         1.60
                             0.80
  1 Doritos/Pretzels         8.83
    debitek

    Subtotal                 8.15
    Tax                      0.68
    Ttl Payment              8.83
```

```
         Main Cafeteria

12 Magalys
------------------------------------
Chk 169           Aug28'08 12:33PM  Gst 1
------------------------------------
       Cafeteria
  0.4301lb @ 5.76/lb
  Sm Stryo Intrntl           2.48
  1 soda bottle 20oz         1.60
  1 BB-8oz Burger            6.95
    debitek                 11.95

    Subtotal                11.03
    Tax                      0.92
    Ttl Payment             11.95
```

```
Metro-North Railroad
   Station # 244   FAIRFLD
                       Amount
   Sold Tickets      $308.00
   Monthly
                     --------
                     $308.00
   Total Amount      --------
   Payment: Debit  1716  $308.00

   Thank You for Riding
        Metro North !
   TSM ID #                 595
   Transaction #        399472
   Date / Time   09/02/08 06:21
```



**PARKING AUTHORITY**

6210206

OFFICER NO. 433

DATE 8-22-08

LOCATION

REGISTRATION NO. 2BCN77

MAKE GMC    TYPE TRUCK

STATE CT    TIME 0709    COLOR Blue

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

**DAY PARKING FEE**
$6.00*

Payments must be made ONLINE, or by CHECK / MONEY ORDER payable to:
**Parking Authority of Fairfield**

* Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed IN ADDITION TO THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND. IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTIONS; AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.

---

**PARKING AUTHORITY OF FAIRFIELD**

6211088

TICKET NO.    OFFICER NO. 119

DATE 8-2-08

LOCATION

REGISTRATION NO. 2BCN76

MAKE GMC    TYPE Pick Up

STATE    TIME    COLOR Blue

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

**DAY PARKING FEE**
$6.00*

Payments must be made ONLINE, or by CHECK / MONEY ORDER payable to:
**Parking Authority of Fairfield**

* Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed IN ADDITION TO THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND. IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTIONS; AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.





Apr 9/16/08

## CLIENT MONTHLY EXPENSE REPORT

**CLIENT:** Lehman
**TRIP DATES:** 8/1/08-8/31/08

| Date | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 08/05/08 | Parking at Train Station | Ray White | | | 6.00 | 6.00 |
| 08/05/08 | Meals | Ray White | | 10.67 | | 10.67 |
| 08/07/08 | Parking at Train Station | Ray White | | | 6.00 | 6.00 |
| 08/07/08 | Meals | Ray White | | 4.45 | | 4.45 |
| 08/08/08 | Parking at Train Station | Ray White | | | 6.00 | 6.00 |
| 08/08/08 | Meals | Ray White | | 10.46 | | 10.46 |
| 08/12/08 | Parking at Train Station | Ray White | | | 6.00 | 6.00 |
| 08/12/08 | Meals | Ray White | | 10.83 | | 10.83 |
| 08/14/08 | Parking at Train Station | Ray White | | | 6.00 | 6.00 |
| 08/14/08 | Meals | Ray White | | 7.10 | | 7.10 |
| 08/15/08 | Parking at Train Station | Ray White | | | 6.00 | 6.00 |
| 08/15/08 | Meals | Ray White | | 6.55 | | 6.55 |
| 08/19/08 | Parking at Train Station | Ray White | | | 6.00 | 6.00 |
| 08/19/08 | Meals | Ray White | | 12.33 | | 12.33 |
| 08/21/08 | Parking at Train Station | Ray White | | | 6.00 | 6.00 |
| 08/21/08 | Meals | Ray White | | 9.00 | | 9.00 |

Bill Cab  $59.354
Travel  $119.29

| CLIENT: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Employee Name: | | | | | | | | | |
| Group | | | | | | | | | |
| Date of Report: | | | | | | | | | |
| Dates of Trip: | | | | | | | | | |
| Purpose of the Trip: | | | | | | | | | |
| Parking at Train Station | 08/05/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/05/08 | M | N | Y | Y | 10.67 | USD | 1.0000 | $10.67 |
| Parking at Train Station | 08/07/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/07/08 | M | N | Y | Y | 4.45 | USD | 1.0000 | $4.45 |
| Parking at Train Station | 08/08/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/08/08 | M | N | Y | Y | 10.46 | USD | 1.0000 | $10.46 |
| Parking at Train Station | 08/12/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/12/08 | M | N | Y | Y | 10.83 | USD | 1.0000 | $10.83 |
| Parking at Train Station | 08/14/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/14/08 | M | N | Y | Y | 7.10 | USD | 1.0000 | $7.10 |
| Parking at Train Station | 08/15/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/15/08 | M | N | Y | Y | 6.55 | USD | 1.0000 | $6.55 |
| Parking at Train Station | 08/19/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/19/08 | M | N | Y | Y | 12.33 | USD | 1.0000 | $12.33 |
| Parking at Train Station | 08/21/08 | G | N | Y | Y | 6.00 | USD | 1.0000 | $6.00 |
| Meals | 08/21/08 | M | N | Y | Y | 9.00 | USD | 1.0000 | $9.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |
| | | | | | | | USD | 1.0000 | $0.00 |

REC'D AUG 08 2008







**PARKING AUTHORITY OF FAIRFIELD**

TICKET NO. 6208250

DATE 8-31-08

LOCATION

REGISTRATION NO. ERNS

MAKE 2RGN77

TYPE Pickup

STATE CT

OFFICER NO.

TIME 44:15

COLOR Blue

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

**DAY PARKING FEE**
**$6.00***

Payments must be made **ONLINE**, or by **CHECK / MONEY ORDER** payable to:
**Parking Authority of Fairfield**

\* Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed IN ADDITION TO THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.

---

**PARKING AUTHORITY OF FAIRFIELD**

TICKET NO. 6207342

DATE 8-19-08

LOCATION

REGISTRATION NO. ERNS

MAKE 2RGINX

TYPE CT

STATE CT

OFFICER NO. PO 8121

TIME 4:15

COLOR Blue

You can NOW make payments online:
http://www.fairfieldct.org/onlinepayment.htm

**DAY PARKING FEE**
**$6.00***

Payments must be made **ONLINE**, or by **CHECK / MONEY ORDER** payable to:
**Parking Authority of Fairfield**

\* Payment must be made within TEN DAYS. After that a late charge of $10.00 is assessed IN ADDITION TO THE DAY PARKING FEE. TOTAL DUE $16.00.

**NOTICE**

NON-PAYMENT OF PARKING AND LATE CHARGES IS A VIOLATION AND VEHICLES ARE SUBJECT TO TOWING AND IMPOUND IN ADDITION TO FINES, PENALTIES, AND ALL COSTS REQUIRED FOR COLLECTING AS PRESCRIBED IN PARKING AUTHORITY REGULATIONS.









Main Cafeteria

12 Magalys

Chk 5406    Aug15'08 12:25PM Gst 1

Cafeteria
1 Brick Oven Melt    5.75
1 Lays Chips    0.80
cash    0.00
Subtotal    6.55
100 %
100%meal emp    -6.55

---

Main Cafeteria

12 Magalys

Chk 1019    Aug14'08 12:45PM Gst 1

Cafeteria
1 Brick Oven Melt    5.75
1 Doritos/Pretzels    0.80
debitek    7.10
Subtotal    6.55
Tax    0.55
Ttl Payment    7.10

---

Main Cafeteria

12 Magalys

Chk 1494    Aug21'08 12:20PM Gst 1

Cafeteria
1 Brick Oven Melt    5.75
1 Doritos/Pretzels    0.80
1 baseball cookie    1.75
debitek    9.00
Subtotal    8.30
Tax    0.70
Ttl Payment    9.00

---

Main Cafeteria

12 Magalys

Chk 5142    Aug12'08 12:48PM Gst 1

Cafeteria
0.320lb @ 5.75/lb
Lg Clr Salad    1.84
1 Brick Oven Melt    5.75
1 soda bottle 20oz    1.60
1 Lays Chips    0.80
debitek    10.83
Subtotal    9.99
Tax    0.84
Ttl Payment    10.83

---

Main Cafeteria

12 Magalys

Chk 1546    Aug19'08 12:27PM Gst 1

Cafeteria
0.560lb @ 5.75/lb
Sm Stryo Intntl    3.23
1 Brick Oven Melt    5.75
1 soda bottle 20oz    1.60
1 Doritos/Pretzels    0.80
debitek    12.33
Subtotal    11.38
Tax    0.95
Ttl Payment    12.33

Main Cafeteria

12 Magalys

Chk 97    Aug07'08 12:24PM Gst 1

Cafeteria
1 Brick Oven Melt      5.75
1 soda bottle 20oz     1.60
1 Doritos/Pretzels     0.80
1 Harmony Snacks       1.50
1 Lunch Redm           5.54-
debitek                4.45
Subtotal               4.11
Tax                    0.34
[1] Payment            4.45

---

Main Cafeteria

12 Magalys

Chk 944    Aug08'08 12:19PM Gst 1

Cafeteria
1 soda bottle 20oz     1.60
1 sp sand $5.75        5.75
1 Harmony Snacks       1.50
1 Doritos/Pretzels     0.80
debitek                10.46
Subtotal               9.65
Tax                    0.81
[1] Payment            10.46

---

Main Cafeteria

12 Magalys

Chk 223    Aug05'08 12:28PM Gst 1

Cafeteria
1 ...                  6.50
1 ...                  1.60
1 ...                  1.75
debitek                10.87
Subtotal               9.85
Tax                    0.85
[1] Payment            10.87

SALE REC...

Store #25311
  Trans# 308 Clerk 07
  Receipt # 0000297653
Sales Tx       0.00
Tax C          0.00
Tax E          0.00

AMT TEND       8.42

CHANGE DUE$

# WAL...R

Save money. ...er

WE SELL FOR LESS

MANAGER TIRD COLEMAN
( 281 )
ST# 0597 OP# 0000762
RVNWOOD WINE C          .08
CM R.. ENS ND          3.4
HRSHY WHOPPE OU         1.5
                       0.8
TAX 1                  0.8

ACCOUNT #9142
APPROVAL #000116
TRAN ID -
VALIDATION -
PAYMENT SERVICE        0.0

# ITEM...

TC# 9835 179

08/22/

***CUST

COKE CLA...

CHICKEN THIGHS         .97 F
CHICKEN THIGHS         .96 F
**** TAX               .54
VF VS XXXXXXXXXX       .54

CHANGE                 .00

SALE RECEIPT
Store #25311       tko 08/18/08 14:36:10
Trans# 359 Clerk 16  Dwr 1 TRDT 081808
Receipt # 0000296488 Reg-ID REG-MAIN
Sales Tx     0.67 Tax B        0.00
Tax C        0.00 Tax D        0.00
Tax E        0.00 Tax F        0.00
                  **TOTAL      8.75
AMT TEND     8.75CHANGE DUE    0.00
             ----------
    CHANGE DUE$     0.00

** STARBUCKS COFFEE COMPANY **

WEST ROAD AND BEL       #06517
HOUSTON       TX77064

    --- DUPLICATE RECEIPT ---
  1 NSA BNANA NUT CAK    1.95
  1 TL TAZO CHAI         3.00
SUBTOTAL                 4.95
    TAX                  0.00
TOTAL                    5.31
CASH                     5.31
CHANGE DUE               0.00

06517 01A1 700806  001567150E
08/19/08                  09:12
    --- DUPLICATE RECEIPT ---
Make a purchase prior to 2pm
Bring receipt in today after
2pm for a Grande cold drink-
$2+any tax at select US stores
Same day only. Value 1/20 cent

O474
Server: JENNIFER H (#255)    Rec:300
08/12/08 21:48, Swiped  T: 506 Term: 4
--------------------------------------
BJ's RESTAURANT & BREWERY
7637 FM 1960 W.
WILLOWBROOK, TX 77070
(281)477-8777
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER
VISA          XXXXXXXXXXXXX9142
Name: MANEESH SAMA
00 TRANSACTION APPROVED
AUTHORIZATION #: 000100
Reference: AU62776236
TRANS TYPE: Credit Card SALE

CHECK:         28.58

TIP:           5.42

TOTAL:         34.~

Check No _____
Tab  CXC  _____
------------------------
1    Grilled
1    Coke                          7
1    French F:

        Food

        Sub
        Sated

        TOTAL

Payment:

    Visa
    _____
    TOTAL

    _____
    _____

3:30:08 PM

---

Panera Bread #4031
13704 N.W. Freeway
Houston, TX 77040
(713) 934-9201
FAX (713) 934-9204
SU s 4

31 Sheritta
----------------------------
Chk 4972      MANISH      Gst 0
         Aug14'08 03:09PM
----------------------------
  Here
1 TURK CHILI SD              4.99
   ***FR BAG
1 MD SODA                    1.49
  XXXXXXXXXXXXX9142 XX/XX
  Visa                       7.0

  FOOD                       4.99
  BEVERAGE                   1.49
  Tax                        0.5
  PAYMENT                    7.01

```
              SALE RECEIPT
Store #25311        tko 08/05/08 11:47:51
  Trans#  52 Clerk 19  Dwr 1 TRDT 080508
  Receipt # 0000292154 Reg-ID REG-MAIN
--- ITEM --- QTY      PRICE MEMO  PLU
-/VEG&CHEESEfr  1  T $   4.292.00dea10227
ORK-21oz        1 TD$   1,012.00dea10002
CHIPS           1  T $   0.992.00dea10020

       SUBTOTAL $     6.29
       Sales Tx  $    0.52
                   --------
TAKE-OUT **TOTAL $     6.81
CredCardAMT TEND $     6.81
                   --------
     CHANGE DUE$      0.00
```

```
0482
Server: MATT B (#847)          Rec:305
08/06/08 21:46, Swiped   T: 817 Term: 5

BJ's RESTAURANT & BREWERY
7637 FM 1960 W.
WILLOWBROOK, TX 77070
(281)477-8777
MERCHANT #:

CARD TYPE      ACCOUNT NUMBER
VISA           XXXXXXXXXXXX9142
Name: MANEESH SAMA
00 TRANSACTION APPROVED
AUTHORIZATION #: 000094
Reference: AU620б0247
TRANS TYPE: Credit Card SALE
```

```
CHECK:        23.68

TIP:          4 32

TOTAL:        28 -

X_____
```

THANK YOU
HAVE A GOOD DAY!!!

2800 N TERMINAL
HOUSTON, TX 77032

THANK YOU

MCDONALDS 24669      TEL# (281)233-7879
#41 KS#02            Aug.01'08(Fri)17:15
STORE# 24669         MER# KB48197566001

Order #241    EAT IN

1 STH STYLE CKN MEAL        4.00
1 SML STRAWBERRY SHAKE

SUB TOTAL                   6.39
EAT IN TAX                  0.53
                           _____
                            6.92

CARD ISSUER    ACCOUNT #
VISA SALE      ************9142
TRANSACTION AMOUNT          6.92
AUTH CODE 000088 SEQ# 8581

# WAL★MART

## Save money. Live better.

WE SELL FOR LESS
ALWAYS!
MANAGER TYRONE COLEMAN
( 281 ) 893 - 1707
ST# 0597 OP# 00007244 TE# 12 TR# 09231
HSYNUGGETA  003400001689 F      7.24 X
MARS MINIS  004000020319 F      7.24 X
        SUBTOTAL               14.48
TAX 1  8.250 %                  1.19
        TOTAL                  15.67
        CASH TEND             100.00
        CHANGE DUE             84.33

# ITEMS SOLD 2

TC# 7478 9678 8371 3150 8922

Economic stimulus checks cashed free.
Keep all of your money. We can help.
    08/01/08      15:57:34

8/1-8/25
meals
Maneesh

Host:
ORDER

Chick
Guaca

Subto
Tax

TAKE
Cash
Chang



## Right copy (faded, rotated)

| | | |
|---|---|---|
| A/R Number | : 24001 | |
| Group Code | : | |
| | : Lahman | PC 9967...... |
| Membership No. | : PC 9967..... | |
| Invoice No. | : | |
| | | Arrival : 08-04-08 |
| | | Departure : 08-29-08 |
| | | Page No. : 2 of 4 |

| Date | Description | |
|---|---|---|
| 08-12-08 | State Occupancy Tax | 9... |
| 08-12-08 | County Occupancy Tax | 9... |
| 08-13-08 | *Accommodation | 99.95 |
| 08-13-08 | State Occupancy Tax | 6.00 |
| 08-13-08 | County Occupancy Tax | 9.00 |
| 08-14-08 | *Accommodation | 99.95 |
| 08-14-08 | State Occupancy Tax | 6.00 |
| 08-14-08 | County Occupancy Tax | 9.00 |
| 08-15-08 | *Accommodation | 99.95 |
| 08-15-08 | State Occupancy Tax | 6.00 |
| 08-15-08 | County Occupancy Tax | 9.00 |
| 08-16-08 | *Accommodation | 99.95 |
| 08-16-08 | State Occupancy Tax | 6.00 |
| 08-16-08 | County Occupancy Tax | 9.00 |
| 08-17-08 | *Accommodation | 99.95 |
| 08-17-08 | State Occupancy Tax | 6.00 |
| 08-17-08 | County Occupancy Tax | 9.00 |
| 08-18-08 | *Accommodation | 99.95 |
| 08-18-08 | State Occupancy Tax | 6.00 |
| 08-18-08 | County Occupancy Tax | 9.00 |
| 08-19-08 | *Accommodation | 99.95 |
| 08-19-08 | State Occupancy Tax | 6.00 |
| 08-19-08 | County Occupancy Tax | 9.00 |
| 08-20-08 | *Accommodation | 99.95 |

Staybridge Suites Houston/Willowbrooks
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

## Left copy (main)

**STAYBRIDGE SUITES**

| Maneesh Sama | | |
|---|---|---|
| US | | |

| Folio No. | : 24001 | Cashier No. : 11 |
| A/R Number | : | |
| Group Code | : | |
| Company | : Lehman Brothers Holdings Inc | |
| Membership No. : PC 9967o0705 | | |
| Invoice No. | : | |

| | | 08-29-08 |
| Room No. | : 312 |
| Arrival | : 08-04-08 |
| Departure | : 08-29-08 |
| Cashier | : CCFTFIT |
| Folio wovor | : ILLC2 |
| Page No. | : 1 of 4 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 8-01-08 | *Accommodation | 104.95 | |
| 8-01-08 | State Occupancy Tax | 6.30 | |
| 8-01-08 | County Occupancy Tax | 9.45 | |
| 8-05-08 | *Accommodation | 104.95 | |
| 8-05-08 | State Occupancy Tax | 6.30 | |
| 8-05-08 | County Occupancy Tax | 9.45 | |
| 8-06-08 | *Accommodation | 104.95 | |
| 8-06-08 | State Occupancy Tax | 6.30 | |
| 8-06-08 | County Occupancy Tax | 9.45 | |
| 8-07-08 | *Accommodation | 104.95 | |
| 8-07-08 | State Occupancy Tax | 6.30 | |
| 8-07-08 | County Occupancy Tax | 9.45 | |
| 8-08-08 | *Accommodation | 104.95 | |
| 8-08-08 | State Occupancy Tax | 6.30 | |
| 8-08-08 | County Occupancy Tax | 9.45 | |
| 8-09-08 | *Accommodation | 104.95 | |
| 8-09-08 | State Occupancy Tax | 6.30 | |
| 8-09-08 | County Occupancy Tax | 9.45 | |
| 8-10-08 | *Accommodation | 104.95 | |
| 8-10-08 | State Occupancy Tax | 6.30 | |
| 8-10-08 | County Occupancy Tax | 9.45 | |
| 8-11-08 | *Accommodation | 99.95 | |
| 8-11-08 | State Occupancy Tax | 6.00 | |
| 8-11-08 | County Occupancy Tax | 9.00 | |
| 8-12-08 | *Accommodation | 99.95 | |

Staybridge Suites Houston/Willowbrooks
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730



Sama

A/R Number
Group Code

Invoice No.

PC    996/...

Arrival :   03-01-06

Folio No.
Page No. :   3 of 4

| Date | Description | Amount |
|---|---|---|
| 3-21-08 | *Accommodation | |
| 3-21-08 | State Occupancy Tax | 6.00 |
| 3-21-08 | County Occupancy Tax | 9.00 |
| 3-22-08 | American Express    XXXXXXXXX1077 | 1,034.55 |
| 3-22-08 | *Accommodation | 99.95 |
| 3-22-08 | State Occupancy Tax | 6.00 |
| 3-22-08 | County Occupancy Tax | 9.00 |
| 3-23-08 | *Accommodation | 99.95 |
| 3-23-08 | State Occupancy Tax | 6.00 |
| 3-23-08 | County Occupancy Tax | 9.00 |
| 3-24-08 | *Accommodation | 99.95 |
| 3-24-08 | State Occupancy Tax | 6.00 |
| 3-24-08 | County Occupancy Tax | 9.00 |
| 3-25-08 | *Accommodation | 99.95 |
| 3-25-08 | State Occupancy Tax | 6.00 |
| 3-25-08 | County Occupancy Tax | 9.00 |
| 3-26-08 | *Accommodation | 99.95 |
| 3-26-08 | State Occupancy Tax | 6.00 |
| 3-26-08 | County Occupancy Tax | 9.00 |
| 3-27-08 | *Accommodation | 99.95 |
| 3-27-08 | State Occupancy Tax | 6.00 |
| 3-27-08 | County Occupancy Tax | 9.00 |
| 3-28-08 | *Accommodation | 99.95 |

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730

---

Page No. :   4 of 4

| Date | Description | Amount |
|---|---|---|
| | State Occupancy Tax | |
| | County Occupancy Tax | |
| | *Accommodation | |

**Balance    0.00**

Thank you for staying at Staybridge Suites... stay will automatically be credited to your account... To make changes or... update your account information or view your statement please visit www.priorityclub.com.
We look forward to welcoming you back soon.

**Guest Signature:**
I have received the goods and / or services ordered... I understand my account...
personally liable in the event that the indicated company, association or organization fails to pay... charges. I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites Houston/Willowbrook
10750 Gessner Drive
Houston, TX 77064
Telephone: (281) 807-3700  Fax: (281) 807-3730



**enterprise**
ENTERPRISE LEASING COMPANY OF HOUSTON
17202 PINE DR1
HOUSTON, TX 77032028

TIME & DISTANCE

| | | $135.00 |
| 10,000+ | | $124.07 |
| SLP | 25646.99/DAY | |
| | 25412.59/DAY | $324.75 |
| REFUELING CHARGE | | $0.00 |
| TAXES REIMBURSEMENT | | $42.60 |
| 2941.66/DAY | | |
| CDW FACILITY CHARGE | | |
| | 2947.00/DAY | $75.00 |
| PRIME COST SURCHARGE | | $1.65 |
| EXCESS REGULAR FEE | | $59.35 |
| SPARE AUTHORITY TAX | 11.1400% | |
| IX KNB WHOLE PARNL TAX | 5.0000% | $53.57 |
| 10.0000% | | |
| Total Charges: | | $1587.53 |
| Less Deposits: | | $1,565.10 |

Refund Due:     $122.43

Refund To: VISA XXXXXXXXXX9942

Thank you for renting from
Enterprise Rent-a-Car
To reserve a car use:
1 (800) RENT-A-CAR
or
www.enterprise.com

---

QUICKSTUFF 7748
8955 N. SAM HOUSTON P
HOUSTON, TX.
RTM 57548876387

08/18/08     19:45:19
SMA/MANEESH     Acct#
VISA
XXXX XXXX XXXX 9142

RCPT# 4-9264
Inv# 937623
Acct# 886118

PUMP# 2
Unleaded     14.691G
SELF
PRICE/GAL     $3.489
FUEL TOTAL     $51.26

TOTAL     $51.26

THANK YOU!
WE APPRECIATE
YOUR BUSINESS

---

07:31:49AM     08-05-08

QUICKSTUFF 7748
8955 N. SAM HOUSTON P
HOUSTON, TX.

SAM HOUSTON CENTRAL

Lane No. 01

Fare Paid -- $1.50

---

01:01:51PM     08-01-03

SAM HOUSTON CENTRAL

Lane ?

Fare Paid -- $1.50

Have a nice day!

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

02:04:48PM     08-04-08

HARRIS COUNTY
TOLL ROAD
AUTHORITY

NORTH CESSNER

Lane No. 21

Fare Paid -- $1.00

07:34:10AM     08-05-08

Have a nice day!

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

Lane ?

Fare Paid -- $1.00

Have a nice day!

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

SAM HOUSTON CENTRAL

Lane No. 01

Fare Paid -- $1.50

09:14:50AM     08-01-08

Have a nice day!

---

HARRIS COUNTY
TOLL ROAD
AUTHORITY

Fare Paid -- $1.50

Have a nice day!

---

5752875290 0
01/08     16:30:16
A/MANEESH     Acct#
X XXXX XXXX 9142

PM ?
ULAR ?
E/GAL     9.855G
          $3.769
L TOTAL     $37.14

L     $37.14

HK YOU.



PUMP# 4
REGULAR    13.747G
SELF-SERV   $3.659
PRICE/GAL

FUEL TOTAL   $50.38
TOTAL        $50.38

THANK YOU FOR
YOUR BUSINESS
(281)491-9453

AUTHORITY

Lane No. 01

Fare Paid - $1.00

01:34:57PM  08-29-08

Have a nice day!

09:47:40AM  08-29-08

NORTH CEDSNER

Lane No. 03

Fare Paid - $1.00

09:37:45AM  08-29-08

Have a nice day!

Lane No. 03

Fare Paid - $1.00

08:54:28AM  08-20-08

Have a nice day!

Lane No. 01

Fare Paid - $1.00

08:33:59AM  08-18-08

Lane No. 01

Fare Paid - $1.00

08:16:43AM  08-13-08

Have a nice day!

*Alex Savelyev*
*8/26 - 9/11*

MERCHANT COPY

SALE

THE FAMOUS OYSTER BAR
842 7TH AVE.
NEW YORK, NY 100195204
TID: 00001468808

TIME: 01:53 PM          DATE: 09/11/08

MERCHANT #: 6311329296
AMEX
A× xxxxxxxxxx1077
INVOICE: 0000036001
SVR: 9
APPROVAL CODE:592478
SEQ: 001

PRE-TIP AMOUNT          $24.90

TIP AMOUNT              4.00

TOTAL AMOUNT           28.90
SAVELYEV/A

CUSTOMER COPY

## Main Cafeteria

12 Magalys

| Chk 574 | Sep11'08 09:34AM Gst 1 |
|---------|------------------------|

### Cafeteria

| | |
|---|---|
| 1 Muffin | 1.35 |
| 2 Whole Fruit | 1.10 |
| 1 frsh sqzd juice | 2.25 |
| debitek | 5.09 |
| | |
| Subtotal | 4.70 |
| Tax | 0.39 |
| Ttl Payment | 5.09 |

## Alexander Savelyev

From:       Cleder Cueto [ccueto@flagstarlimo.com]
Sent:       Wednesday, September 17, 2008 10:57
To:         Alexander Savelyev
Subject:    Invoice for SAVELYEV, ALEXANDER Trip #:154125 08-29-2008

Thank you for choosing FLAGSTAR LIMOUSINE

Invoice #1154125

Pick-Up: 10:05PM
Trip Date: Friday Aug 29, 2008

Passenger: SAVELYEV, ALEXANDER
# of Passengers: 1

Service Type: SEDAN

Vehicle Description:
Trip Description: JFK/SHELTON

*** Routing & Pickup and Drop off Details ***
    JFK CO 821 FROM HOUSTON
    36 BEECHER AVE  SHELTON, CT

*** Rates & Charges ****
Basic Rate: $153.00
Parking: $6.00
Tolls: $11.50
Gratuity: $22.95
Fuel Surcharge: $21.42
TOTAL DUE: $214.87

Trip will be billed to account.

PLEASE MAKE PAYMENTS PAYABLE TO: FLAGSTAR LIMOUSINE

FLAGSTAR LIMOUSINE
"THE ULTIMATE IN PRIVATE TRANSPORTATION"
360 Connecticut Ave # 299
Norwalk, CT  06854
203.852.6900        Phone
866.365.4667
203.854.4536        Fax

1

---

## Alexander Savelyev

From:       Cleder Cueto [ccueto@flagstarlimo.com]
Sent:       Wednesday, September 17, 2008 10:57
To:         Alexander Savelyev
Subject:    Invoice for SAVELYEV, ALEXANDER Trip #:154123 08-25-2008

Thank you for choosing FLAGSTAR LIMOUSINE

Invoice #1154124

Pick-Up: 02:15PM
Trip Date: Tuesday Aug 26, 2008

Passenger: SAVELYEV, ALEXANDER
# of Passengers: 1

Service Type: SEDAN

Vehicle Description: EXECUTIVE L COLOR: BLACK T/L  Description: Sedan W/JFK

*** Routing & Pickup and Drop off Details ***
    36 BEECHER AVE  SHELTON, CT
    JFK CO DEPTS 0530
    RETURN 08/29

*** Rates & Charges ****
Basic Rate: $153.00
Tolls: $11.50
Early/Late Hour: EARLY AM $15.00
Gratuity: $25.20
Fuel Surcharge: $21.42
TOTAL DUE: $226.12

Trip will be billed to account.

PLEASE MAKE PAYMENTS PAYABLE TO: FLAGSTAR LIMOUSINE

FLAGSTAR LIMOUSINE
"THE ULTIMATE IN PRIVATE TRANSPORTATION"
360 Connecticut Ave # 299
Norwalk, CT  06854
203.852.6900        Phone
866.365.4667
203.854.4536        Fax

1