# EXHIBIT A

# PART VIII



TRIPLE POINT
TECHNOLOGY

| BILL TO |
|---|

Lehman Brothers, Inc.
Attn: Mr. John Junio
745 Seventh Avenue
New York, NY 10019

| DATE | INVOICE # |
|---|---|
| 9/19/2008 | 8347 |

| DESCRIPTION | AMOUNT |
|---|---|
| PROFESSIONAL SERVICES FOR SEPTEMBER 2008 | |
| | |
| LEH008 Consultant Resource BB On-site Support - S. Samuel | 10,080.00 |
| LEH009 Consultant Resource BB On-site Support - A. Saveljev | 9,065.00 |
| LEH009 Consultant Resource BB On-site Support - P. Moschcovich | 7,400.00 |
| LEH009 Consultant Resource BB On-site Support - S. Barua | 13,320.00 |
| LEH009 Consultant Resource BB On-site Support - M. Sama | 10,360.00 |
| LEH009 Consultant Resource CB On-site Support - R. White | 15,540.00 |
| | |
| Please note: Payment due net 30 days. | |

Please use your invoice number as a reference.

**Total**    $65,765.00

Wire Payment Instructions:
SIL VLY BK SJ
ROUTING & TRANSIT# 121140399
TRIPLE POINT AC#3300485747

TRIPLE POINT TECHNOLOGY, INC.
301 RIVERSIDE AVENUE
WESTPORT, CT 06880 USA
203-291-7979
203-291-7977 fax

# Triple Point Technology, Inc.

## Client Billing Detail

**Client :** Lehman Brothers, Inc.
**Period :** 9/1/2008 - 9/30/2008

| Activity | Resource | Hours | Rate | Amount |
|---|---|---|---|---|
| *Project: LEH008 Consultant Resource* | | | | |
| LEH008 Consultant Resource BB On-site Support/Deve | Samuel, Shalbin | 72.00 | 140.00 | $ 10,080.00 |
| **Total for LEH008 CONSULTANT RESOURCE** | | **72.00** | | **$ 10,080.00** |
| *Project: LEH009p Consulting Resource* | | | | |
| LEH009p Consulting Resource BB On-site Support/Dev | Saveljev, Alexander | 49.00 | 185.00 | $ 9,065.00 |
| LEH009p Consulting Resource BB On-site Support/Dev | Moschcovich, Patricio | 40.00 | 185.00 | $ 7,400.00 |
| LEH009p Consulting Resource BB On-site Support/Dev | Barua, Seemanto | 72.00 | 185.00 | $ 13,320.00 |
| LEH009p Consulting Resource BB On-site Support/Dev | Sama, Maneesh | 56.00 | 185.00 | $ 10,360.00 |
| LEH009p Consulting Resource CB On-site Support | White, Ray | 84.00 | 185.00 | $ 15,540.00 |
| **Total for LEH009P CONSULTING RESOURCE** | | **301.00** | | **$ 55,685.00** |
| **Total for Lehman Brothers, Inc.** | | **373.00** | | **$ 65,765.00** |



**TRIPLE POINT**
TECHNOLOGY

| BILL TO |
|---|

Lehman Brothers, Inc.
Attn: Mr. John Junio
745 Seventh Avenue
New York, NY  10019

| DATE | INVOICE # |
|---|---|
| 9/9/2008 | 8305 |

| DESCRIPTION | AMOUNT |
|---|---|
| PROFESSIONAL SERVICES FOR "AUGUST 2008" | |
| | |
| LEH008 Consultant Resource BB | 24,080.00 |
| LEH009 Consulting Resource BB | 97,125.00 |
| LEH009 Consulting Resource CB | 33,022.50 |
| | |
| Please note:  Payment due net 30 days. | |

| | |
|---|---|
| Please use your invoice number as a reference. | **Total**  $154,227.50 |

Wire Payment Instructions:
SIL VLY BK SJ
ROUTING & TRANSIT# 121140399
TRIPLE POINT AC#3300485747

TRIPLE POINT TECHNOLOGY, INC.
301 RIVERSIDE AVENUE
WESTPORT, CT 06880 USA
203-291-7979
203-291-7977 fax

# Triple Point Technology, Inc.

## Client Billing Detail

**Client:** Lehman Brothers, Inc.
**Period:** 8/1/2008 - 8/31/2008

| Activity | Resource | Hours | Rate | Amount |
|---|---|---|---|---|
| *Project: LEH008 Consultant Resource* | | | | |
| LEH008 Consultant Resource BB On-site Support/De | Samuel, Shalbin | 172.00 | 140.00 | $ 24,080.00 |
| **Total for LEH008 CONSULTANT RESOURCE** | | **172.00** | | **$ 24,080.00** |
| *Project: LEH009p Consulting Resource* | | | | |
| LEH009p Consulting Resource BB On-site Support/D | Saveljev, Alexander | 98.00 | 185.00 | $ 18,130.00 |
| LEH009p Consulting Resource BB On-site Support/D | Moschcovich, Patricio | 106.00 | 185.00 | $ 19,610.00 |
| LEH009p Consulting Resource BB On-site Support/D | Barua, Seemanto | 160.00 | 185.00 | $ 29,600.00 |
| LEH009p Consulting Resource BB On-site Support/D | Sama, Maneesh | 161.00 | 185.00 | $ 29,785.00 |
| LEH009p Consulting Resource CB On-site Support | White, Ray | 178.50 | 185.00 | $ 33,022.50 |
| **Total for LEH009P CONSULTING RESOURCE** | | **703.50** | | **$ 130,147.50** |
| **Total for Lehman Brothers, Inc.** | | **875.50** | | **$ 154,227.50** |



TRIPLE POINT

**BILL TO**

Lehman Brothers, Inc.
Attn: Mr. John Junio
745 Seventh Avenue
New York, NY 10019

| DATE | INVOICE # |
|---|---|
| 8/8/2008 | 8258 |

| DESCRIPTION | AMOUNT |
|---|---|
| PROFESSIONAL SERVICES FOR "JULY 2008" | |
| LEH008 Consultant Resource BB | 25,200.00 |
| LEH009 Consulting Resource BB | 124,782.50 |
| LEH009 Consulting Resource CB | 31,172.50 |
| | |
| Please note: Payment due net 30 days. | |

Mail payment to:
Triple Point Technology, Inc.
Box 200346
Pittsburgh, PA  15251-0346

**Total**   $181,155.00

Wire Payment Instructions:
SIL VLY BK SJ
ROUTING & TRANSIT# 121140399
TRIPLE POINT AC#3300485747

TRIPLE POINT TECHNOLOGY, INC.
301 RIVERSIDE AVENUE
WESTPORT, CT 06880 USA
203-291-7979
203-291-7977 fax

# Triple Point Technology, Inc.

## Client Billing Detail

**Client :** Lehman Brothers, Inc.
**Period :** 7/1/2008 - 7/31/2008

| Activity | Resource | Hours | Rate | Amount |
|---|---|---|---|---|
| *Project: LEH008 Consultant Resource* | | | | |
| LEH008 Consultant Resource BB On-site Support/De | Samuel, Shalbin | 180.00 | 140.00 | $ 25,200.00 |
| **Total for LEH008 CONSULTANT RESOURCE** | | **180.00** | | **$ 25,200.00** |
| *Project: LEH009p Consulting Resource* | | | | |
| LEH009p Consulting Resource BB On-site Support/D | Saveljev, Alexander | 144.00 | 185.00 | $ 26,640.00 |
| LEH009p Consulting Resource BB On-site Support/D | Moschcovich, Patricio | 188.00 | 185.00 | $ 34,780.00 |
| LEH009p Consulting Resource BB On-site Support/D | Barua, Seemanto | 177.50 | 185.00 | $ 32,837.50 |
| LEH009p Consulting Resource BB On-site Support/D | Sama, Maneesh | 165.00 | 185.00 | $ 30,525.00 |
| LEH009p Consulting Resource CB On-site Support | White, Ray | 168.50 | 185.00 | $ 31,172.50 |
| **Total for LEH009P CONSULTING RESOURCE** | | **843.00** | | **$ 155,955.00** |
| **Total for Lehman Brothers, Inc.** | | **1,023.00** | | **$ 181,155.00** |



**TRIPLE POINT**
TECHNOLOGY

| BILL TO |
|---|

Lehman Brothers, Inc.
Attn:  Mr. John Junio
745 Seventh Avenue
New York, NY  10019

| DATE | INVOICE # |
|---|---|
| 7/9/2008 | 8148 |

| DESCRIPTION | AMOUNT |
|---|---|
| PROFESSIONAL SERVICES FOR "JUNE 2008" | |
| LEH008 Consultant Resource BB | 157,745.00 |
| LEH008 Consultant Resource CB | 30,155.00 |
| | |
| Please note: Payment due net 30 days | |

Please use your invoice number as a reference.

| | |
|---|---|
| **Total** | $187,900.00 |
| **Payments/Credits** | $-11,037.50 |
| **Balance Due** | $176,862.50 |

Wire Payment Instructions:
SIL VLY BK SJ
ROUTING & TRANSIT# 121140399
TRIPLE POINT AC#3300485747

TRIPLE POINT TECHNOLOGY, INC.
301 RIVERSIDE AVENUE
WESTPORT, CT 06880 USA
203-291-7979
203-291-7977 fax

# Triple Point Technology, Inc.

## Client Billing Detail

**Client :** Lehman Brothers, Inc.
**Period :** 6/1/2008 - 6/30/2008

| Activity | Resource | Hours | Rate | Amount |
|---|---|---|---|---|
| *Project: LEH008 Consultant Resource* | | | | |
| LEH008 Consultant Resource BB On-site Support/De | Saveljev, Alexander | 190.00 | 185.00 | $ 35,150.00 |
| LEH008 Consultant Resource BB On-site Support/De | Moschcovich, Patricio | 185.00 | 185.00 | $ 34,225.00 |
| LEH008 Consultant Resource BB On-site Support/De | Barua, Seemanto | 168.00 | 185.00 | $ 31,080.00 |
| LEH008 Consultant Resource BB On-site Support/De | Sama, Maneesh | 178.00 | 185.00 | $ 32,930.00 |
| LEH008 Consultant Resource BB On-site Support/De | Samuel, Shalbin | 174.00 | 140.00 | $ 24,360.00 |
| LEH008 Consultant Resource CB On-site Support | White, Ray | 163.00 | 185.00 | $ 30,155.00 |
| **Total for LEH008 CONSULTANT RESOURCE** | | **1,058.00** | | **$ 187,900.00** |
| **Total for Lehman Brothers, Inc.** | | **1,058.00** | | **$ 187,900.00** |