UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| LEHMAN BROTHERS HOLDING, INC., *et al.*, | Chapter 11 |
| | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

| STATE OF CONNECTICUT | ) | |
|---|---|---|
| | ) | ss.: BRIDGEPORT, CT |
| COUNTY OF NEW YORK | ) | |

DAMARIS TORRES, being duly sworn, deposes and says:

1. I am employed by the law firm of Zeisler & Zeisler, P.C. I am over 18 years of age and reside in Bridgeport, Connecticut. I am not a party to this action.

2. On Friday, October 2, 2008, I caused true and correct copies of the *Objection of Triple Point Technology, Inc. to Debtors' Notice of Assumption and Assignment Of, and Amount to Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser* to be served by Overnight Mail or First Class Mail as indicated (Exhibit A to the Objection has been provided only to those parties served by overnight mail, and will be provided to all other parties upon request). Service list attached as Exhibit A.

_____
Damaris Torres

Sworn to before me this 2nd day of October, 2008

_____
Notary Public/Commissioner of Superior Court

**GINA M. FOURTIN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2011