AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                          :
**In re:**                                                :    **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* :    **Case No. 08-13555 (JMP)**
                                                          :
                                      **Debtors.**        :    **(Jointly Administered)**
---------------------------------------------------------------x

### VERIFIED STATEMENT OF
### AKIN GUMP STRAUSS HAUER & FELD LLP
### PURSUANT TO BANKRUPTCY RULE 2019

**MICHAEL S. STAMER**, being duly sworn, deposes and says:

1. I am an attorney at law and a partner in the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which firm serves as counsel to an informal noteholder group (the "Informal Noteholder Group") consisting of certain unaffiliated holders of senior and subordinated notes (the "Senior Notes" and "Subordinated Notes," respectively) issued by Lehman Brothers Holdings Inc. I am the attorney at Akin Gump responsible for this engagement and have knowledge of Akin Gump's representation of the Informal Noteholder Group in these chapter 11 cases. I make this verified statement on behalf of Akin Gump in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure.

8065369 v1

2

2. The members of the Informal Noteholder Group are:

Aegon USA
230 West Monroe, Suite 1450
Chicago, IL 60606

AIG Global Investment Group
175 Water Street, 25th Floor
New York, NY 10038

Alliance Bernstein
1345 Ave of the Americas
New York, NY 10105

Blackrock, Inc.
40 East 52nd Street
New York, New York 10022

Capital Guardian Trust Company
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA 90025-3384

Cyrus Capital Partners, L.P.
399 Park Avenue, 39th Floor
New York, NY 10022

Deutsche Bank Securities, Inc.
60 Wall Street, 3rd Floor
New York, NY 10015

King Street Capital Management, L.L.C.
65 East 55th Street, 30th Floor
New York, NY 10022

Pacific Management Investment Company
840 Newport Center Drive
Suite 300
Newport Beach, CA 92660

Thrivent Financial For Lutherans
625 Fourth Ave. S.
Minneapolis, MN 55415-1665

Western Asset Management Company
385 East Colorado Boulevard
Pasadena, California 91101

Wexford Capital LLC
411 West Putnam Avenue
Greenwich, CT 06830

York Capital Management
767 5th Avenue
New York, New York 10153

3. Akin Gump has been advised by the members of the Informal Noteholder Group that, as of the date hereof, they collectively are the beneficial owner of, or the holder or manager of various accounts with investment authority, contractual authority or voting authority of, more than $10.3 billion principal amount of Senior Notes and more than $2.3 billion principal amount of Subordinated Notes.

Dated: New York, New York
October 2, 2008

                AKIN GUMP STRAUSS HAUER & FELD LLP

                By:  /s/ Michael S. Stamer
                      Michael S. Stamer
                      590 Madison Avenue
                      New York, New York 10022
                      (212) 872-1000

                Counsel for the Informal Noteholder Group

Sworn to before me this
2nd day of October, 2008

  /s/ Mildred Andino
Notary Public, State of New York
No. 01AN4857026
Qualified in New York County
Commission Expires April 28, 2010