Christopher R. Belmonte (CB-2163)
Pamela A. Bosswick (PB-5307)
Abigail Snow (AS-2960)
SATTERLEE STEPHENS BURKE & BURKE LLP
Counsel for Moody's Corporation
230 Park Avenue
New York, New York 10169
(212) 818-9200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| Debtor, | ) Jointly Administered |

## AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

The undersigned, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and reside at 609 W. 196th Street, New York, New York 10040.

2. That on October 2, 2008, deponent served a true copy of MOODY'S CORPORATION'S AMENDED OBJECTION TO CURE AMOUNTS FOR CLOSING DATE CONTRACTS, dated October 1, 2008, upon:

Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153-0119

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

749052_1

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

by depositing a true copy thereof, enclosed in a properly addressed sealed wrapper, into the custody of Federal Express for overnight delivery, prior to that service's deadline for overnight delivery.

_____
Desire I. Collado

Sworn to before me this
2nd day of October, 2008.

_____
Notary Public

**LESYA OSIPOVA**
Notary Public, State of New York
No. 01OS6183758
Qualified in Kings County
Commission Expires March 24, 2012

749052_1