## Exhibit B



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
Telephone: +44 (0) 20 7260 2000
Facsimile:  +44 (0) 20 7260 2001
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems c/o Lehman Bros Exp Man
Non-Real Time Data
P O Box 2097, Secaucus.
New Jersey 07096
America
TSR 786315-Service NVR
Vendor MPA. Vendor NO 0012687075

Customer contact: George Koutros

Account number:   007

Invoice date:       14 February 2008

Reference:          CDS

Invoice number:  8502

# Invoice

| Description | USD |
|---|---|
| 100 Logons - 30 Contract - 20 Free = 50 | 7,500.00 |
| @ $150 per quarter nett of 50% discount | |

Payment terms: 30 days

| | |
|---|---|
| Net total | 7,500.00 |
| VAT total | 0.00 |
| Invoice total | 7,500.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27

Printed 22/02/2008 09:51:39



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
Telephone: +44 (0) 20 7260 2000
Facsimile:  +44 (0) 20 7260 2001
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems c/o Lehman Bros Exp Man
Non-Real Time Data
P O Box 2097, Secaucus.
New Jersey 07096
America
TSR 786315-Service NVR
Vendor MPA. Vendor NO 0012687075

| | | | |
|---|---|---|---|
| Customer contact: George Koutros | | Invoice date: | 02 April 2008 |
| Account number:   007 | | Reference: | CDS |
| | | Invoice number: | 8718 |

## Invoice

| Description | USD |
|---|---:|
| As per Data Service Agreement | 75,000.00 |
| For the period from 01/04/2008 to 30/06/2008 | |
| 100 Logons - 30 Contract - 20 Free = 50 | 7,500.00 |
| @ $150 per quarter nett of 50% discount | |

| | | |
|---|---|---:|
| Payment terms: 30 days | Net total | 82,500.00 |
| | VAT total | 0.00 |
| | Invoice total | 82,500.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27                                    Printed 14/04/2008 19:56.40



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
Telephone: +44 (0) 20 7260 2000
Facsimile:  +44 (0) 20 7260 2001
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems c/o Lehman Bros Exp Man
Non-Real Time Data
P O Box 2097, Secaucus.
New Jersey 07096
America
TSR 786315-Service NVR
Vendor MPA. Vendor NO 0012687075

| | | |
|---|---|---|
| Customer contact: George Koutros | Invoice date: | 01 July 2008 |
| Account number:   007 | Reference: | CDS |
| | Invoice number: | 9688 |

## Invoice

| Description | USD |
|---|---|
| As per Data Service Agreement | 75,000.00 |
| For the period from 01/07/2008 to 30/09/2008 | |
| 100 Logons - 30 Contract - 20 Free = 50 | 7,500.00 |
| @ $150 per quarter nett of 50% discount | |

| | | |
|---|---|---|
| Payment terms: 30 days | Net total | 82,500.00 |
| | VAT total | 0.00 |
| | Invoice total | 82,500.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27                                    Printed 02/07/2008 19:59:43



Image Processing Systems c/o Lehman Bros
Exp Man,
Non-Real Time Data,
P O Box 2097, Secaucus.,
New Jersey 07096,
America,
TSR 786315-Service NVR,
Vendor MPA. Vendor NO 0012687075

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | George Koutros | Invoice date: | 23-Sep-2008 |
| Client Account number: | 007 | Invoice number: | 10493 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | CDS | | |

## Invoice

| Description | | USD |
|---|---|---|
| 100 Logons - 30 Contract - 20 Free = 50 | | |
| For the period from 01/10/2008 to 31/12/2008 | | 7,500.00 |
| As per Data Service Agreement | | |
| For the period from 01/10/2008 to 31/12/2008 | | 75,000.00 |

| Payment terms: 30 days | | | |
|---|---|---|---|
| | | Net total | 82,500.00 |
| | 1.8515 | VAT Total | 0.00 |
| | | Invoice total | 82,500.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22 - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited  | Registered in England & Wales number: 04185146

VAT Registration number: GB 806 2399 27



*Markit North America, Inc.*
*Formerly Markit Loans, Inc.*
*360 Hamilton Avenue*
*2nd Floor*
*White Plains, NY 10601*
Telephone:        (914) 872-2824
Facsimile:         (914) 872-2808
*http://www.markit.com*
*accounts@markit.com*

Lehman Brothers Expense Management Department
Image Processing Systems, Non-Real Time Data
PO Box 2339
Secaucus
New Jersey
TSR number: 814632-Service Code:  YL13
Vendor Code: LOA - Vendor Number:  0012695409

Customer contact: Brenda Cannon                     Invoice date:        30 July 2007

Account number:  135                                Reference:           Loans

                                                    Invoice number:  2280

## Copy Invoice

| Description | USD |
| --- | --- |
| Valuation Service | 42,500.00 |
| For the period from 01/07/2007 to 31/12/2007 | |

Payment terms: 30 days

|  | |
| --- | --- |
| Net total | 42,500.00 |
| Sales tax total | 3,559.38 |
| Invoice total | 46,059.38 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC New York
Bank Routing Code: 021001088
Account Number: 480-24526-6
Account Name: Markit North America, Inc.

PLEASE INCLUDE INVOICE NUMBER AS REFERENCE

Markit North America, Inc.Tax ID number 13-4153988 Registered office as above

Printed 17/04/2008 16:27:52



*Markit North America, Inc.*
*Formerly Markit Loans, Inc.*
*360 Hamilton Avenue*
*2nd Floor*
*White Plains, NY 10601*
Telephone:      *(914) 872-2824*
Facsimile:      *(914) 872-2808*
*http://www.markit.com*
*accounts@markit.com*

Lehman Brothers, Inc.
745 Seventh Avenue
New York
NY
10019
USA

Customer contact: Robert Davie

Account number:  474

Invoice date:      31 October 2007

Reference:         Loans Valuations

Invoice number:  2514

## Invoice

| Description | USD |
|---|---|
| Valuation Service (entire universe) <br> For the period from 30/10/2007 to 29/10/2008 | 31,875.00 |
| Payment terms: 30 days | |

| | |
|---|---|
| Net total | 31,875.00 |
| Sales tax total | 2,669.53 |
| Invoice total | 34,544.53 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC New York
Bank Routing Code: 021001088
Account Number: 480-24526-6
Account Name: Markit North America, Inc.

PLEASE INCLUDE INVOICE NUMBER AS REFERENCE



Lehman Brothers, Inc.,
745 Seventh Avenue,
New York,
NY,
10019,
USA

Markit North America, Inc.
Formerly Markit Loans, Inc.
620 8th Avenue
35th Floor
New York,NY 10018
Telephone: (917) 441-6655
Fax: (212) 221-9860
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Robert Davie | Invoice date: | 31-Oct-2007 |
| Client Account number: | 474 | Invoice number: | 2514 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Loans Valuations | | |

## Copy Invoice

| Description | USD |
|---|---|
| Valuation Service (entire universe) | |
| For the period from 30/10/2007 to 29/10/2008 | 31,875.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 31,875.00 |
| Sales tax total | 2,669.53 |
| Invoice total | 34,544.53 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC New York
Bank Routing Code: 021001088
Account Number: 480-24526-6
Account Name: Markit North America, Inc.

PLEASE INCLUDE INVOICE NUMBER AS REFERENCE

Markit North America, Inc.  | Tax ID number: 13-4153988



Lehman Brothers, Inc.,
745 Seventh Avenue,
New York,
NY,
10019,
USA

Markit North America, Inc.
Formerly Markit Loans, Inc.
620 8th Avenue
35th Floor
New York,NY 10018
Telephone: (917) 441-6655
Fax: (212) 221-9860
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Robert Davie | Invoice date: | 23-Apr-2008 |
| Client Account number: | 474 | Invoice number: | 2984 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Loans Valuations | | |

## Copy Invoice

| Description | USD |
|---|---|
| Valuation Service (entire universe) | |
| For the period from 30/04/2008 to 29/10/2008 | 31,875.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 31,875.00 |
| Sales tax total | 2,669.53 |
| Invoice total | 34,544.53 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC New York
Bank Routing Code: 021001088
Account Number: 480-24526-6
Account Name: Markit North America, Inc.

PLEASE INCLUDE INVOICE NUMBER AS REFERENCE

Markit North America, Inc.  | Tax ID number: 13-4153988



Lehman Brothers, Inc.,
745 Seventh Avenue,
New York,
NY,
10019,
USA

Markit North America, Inc.
Formerly Markit Loans, Inc.
620 8th Avenue
35th Floor
New York,NY 10018
Telephone: (917) 441-6655
Fax: (212) 221-9860
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Robert Davie | Invoice date: | 24-Sep-2008 |
| Client Account number: | 474 | Invoice number: | 3407 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Loans Valuations | | |

## Copy Invoice

| Description | USD |
|---|---|
| Valuation Service (entire universe) | |
| For the period from 30/10/2008 to 29/04/2009 | 31,875.00 |

| | | |
|---|---|---|
| Payment terms: 30 days | Net total | 31,875.00 |
| | Sales tax total | 2,669.53 |
| | Invoice total | 34,544.53 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC New York
Bank Routing Code: 021001088
Account Number: 480-24526-6
Account Name: Markit North America, Inc.

PLEASE INCLUDE INVOICE NUMBER AS REFERENCE

Markit North America, Inc. | Tax ID number: 13-4153988



Image Processing Systems c/o Lehman
Brothers Inc,
Non-Real Time Data,
PO Box 2097,
Secaucus,
New Jersey,
07096,
USA

*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
*Telephone: +44 (0) 20 7260 2000*
*Fax: +44 (0) 20 7260 2001*
*Email: accounts@markit.com*
*Web Site: http://www.markit.com,*

| | | | |
|---|---|---|---|
| Customer contact: | Paul Zakian | Invoice date: | 15 December 2006 |
| Client Account number: | 270 | Invoice number: | 4423 |
| Client Contract Reference: | | | |
| Client Reference: | | | |

## Copy VAT Invoice

| Description | USD |
|---|---|
| As per Credit derivatives Scorecard Agreement | |
| For the period from 01/01/2006 to 31/12/2006 | 14,721.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 14,721.00 |
| VAT Total | 0.00 |
| Invoice total | 14,721.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
Telephone: +44 (0) 20 7260 2000
Facsimile:  +44 (0) 20 7260 2001
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems c/o Lehman Brothers Inc
Non-Real Time Data
PO Box 2097
Secaucus
New Jersey
07096
USA

Customer contact: Paul Zakian

Account number:  270

Invoice date:        07 February 2008

Reference:           Metrics

Invoice number:  8484

## Copy Invoice

| Description | USD |
|---|---|
| Monthly Metrics 2008 | 58,713.00 |
| For the period from 01/01/2008 to 31/12/2008; USD/GBP 1.9571 | |
| Monthly Metrics Expenses 2008 | 978.55 |
| For the period from 01/01/2008 to 31/12/2008; USD/GBP 1.9571 | |

Payment terms: 30 days

| | |
|---|---|
| Net total | 59,691.55 |
| VAT total | 0.00 |
| Invoice total | 59,691.55 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank: HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27                                           Printed 17/04/2008 15:32:23



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
Telephone: +44 (0) 20 7260 2000
Facsimile:  +44 (0) 20 7260 2001
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems C/o Lehman Brothers Inc.
Non-Real Time Data
PO Box 2097
Secaucus
New Jersey
07096
United States

| | | | |
|---|---|---|---|
| Customer contact: Jeong Gu Lee | | Invoice date: | 25 October 2007 |
| Account number:  757 | | Reference: | RCD |
| | | Invoice number: | 7528 |

## Invoice

| Description | USD |
|---|---|
| As per RCD Service Agreement | 105,000.00 |
| For the period from 19/10/2007 to 18/10/2008 | |

| | | |
|---|---|---|
| Payment terms: 30 days | Net total | 105,000.00 |
| | VAT total | 0.00 |
| | Invoice total | 105,000.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27                                    Printed 17/04/2008 15:34:37



Image Processing Systems C/o Lehman
Brothers Inc.,
Non-Real Time Data,
PO Box 2097,
Secaucus,
New Jersey,
07096,
United States

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| Customer contact: | Jeong Gu Lee | Invoice date: | 24-Sep-2008 |
|---|---|---|---|
| Client Account number: | 757 | Invoice number: | 10497 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | RCD | | |

## Invoice

| Description | | USD |
|---|---|---|
| As per RCD Service Agreement | | |
| For the period from 19/10/2008 to 18/10/2009 | | 125,000.00 |

Payment terms: 30 days

.                                    1.8549

| | |
|---|---|
| Net total | 125,000.00 |
| VAT Total | 0.00 |
| Invoice total | 125,000.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank: HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22 - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

.

Markit Group Limited | Registered in England & Wales number: 04185146

VAT Registration number: GB 806 2399 27



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
Telephone: +44 (0) 20 7260 2000
Facsimile:  +44 (0) 20 7260 2001
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems C/o Lehman Brothers Inc.
Non-Real Time Data
PO Box 2097
Secaucus
New Jersey
07096
United States

| | | | |
|---|---|---|---|
| Customer contact: Janice Meraglia | | Invoice date: | 13 May 2008 |
| Account number:   1082 | | Reference: | Red Loans |
| | | Invoice number: | 9406 |

## Invoice

| Description | USD |
|---|---|
| As per RED Loans Service Agreement | 18,750.00 |
| For the period from 01/04/2008 to 30/06/2008 | |

| | |
|---|---|
| Payment terms: 30 days | |
| Net total | 18,750.00 |
| VAT total | 0.00 |
| Invoice total | 18,750.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27                                    Printed 13/05/2008 17:46:14



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
*Telephone: +44 (0) 20 7260 2000*
*Facsimile:  +44 (0) 20 7260 2001*
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems C/o Lehman Brothers Inc.
Non-Real Time Data
PO Box 2097
Secaucus
New Jersey
07096
United States

Customer contact: Janice Meraglia          Invoice date:       01 July 2008

Account number:   1082                     Reference:          Red Loans

                                           Invoice number:  10114

## Invoice

| Description | USD |
| --- | --- |
| As per RED Loans Service Agreement | 18,750.00 |
| For the period from 01/07/2008 to 30/09/2008 | |

| | |
| --- | --- |
| Net total | 18,750.00 |
| VAT total | 0.00 |
| Invoice total | 18,750.00 |

Payment terms: 30 days

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference



Image Processing Systems c/o Lehman Bros,
Non-Real Time Data,
P O Box 2097, Secaucus.,
New Jersey 07096,
America,
TSR No. 803723 Service YM61,
Vendor MPA. Vendor No 0012687075

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| Customer contact: | George Koutros | Invoice date: | 23-Sep-2008 |
| Client Account number: | 070 | Invoice number: | 10492 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | RED | | |

## Invoice

| Description | USD |
|---|---|
| As per RED Service Agreement | |
| For the period from 01/10/2008 to 31/12/2008 . | 21,250.00 |

Payment terms: 30 days

| | | |
|---|---|---|
| | Net total | 21,250.00 |
| 1.8515 | VAT Total | 0.00 |
| | Invoice total | 21,250.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank: HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22 - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited | Registered in England & Wales number: 04185146

VAT Registration number: GB 806 2399 27



Image Processing Systems C/o Lehman
Brothers Inc.,
Non-Real Time Data,
PO Box 2097,
Secaucus,
New Jersey,
07096,
United States

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Janice Meraglia | Invoice date: | 23-Sep-2008 |
| Client Account number: | 1082 | Invoice number: | 10495 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Red Loans | | |

## Invoice

| Description | USD |
|---|---|
| As per RED LOANS Service Agreement | |
| For the period from 01/10/2008 to 31/12/2008 | 18,750.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 18,750.00 |
| VAT Total | 0.00 |
| Invoice total | 18,750.00 |

1.8515

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank: HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22 - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited | Registered in England & Wales number: 04185146

VAT Registration number: GB 806 2399 27



Image Processing Systems c/o Lehman
Brothers Inc,
P.O Box 2097,
Secaucus,
NJ 07096,
America,
TSR 786315,

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | George Koutros | Invoice date: | 04 October 2006 |
| Client Account number: | 413 | Invoice number: | 4005 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Portal | | |

## Copy VAT Invoice

| Description | USD |
|---|---|
| Logins 5: [0 to 10] 250 per user per screen Rick Rieder, Dez Desai, David Heike, Raymond Kahn | |
| For the period from 01/10/2006 to 31/12/2006 | 3,750.00 |
| Angel Krustev | |

Payment terms: 30 days

|  | | |
|---|---|---|
| | Net total | 3,750.00 |
| 1.8848 | VAT Total | 0.00 |
| | Invoice total | 3,750.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22 - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limiied  | Registered in England & Wales number: 04185146

VAT Registration number: GB 806 2399 27



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
*Telephone: +44 (0) 20 7260 2000*
*Facsimile:  +44 (0) 20 7260 2001*
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems c/o Lehman Brothers Inc
P.O Box 2097
Secaucus
NJ 07096
America
TSR 786315

| | | | |
|---|---|---|---|
| Customer contact: George Koutros | | Invoice date: | 13 May 2008 |
| Account number:  413 | | Reference: | Portal |
| | | Invoice number: | 9335 |

## Invoice

| Description | USD |
|---|---|
| Logins 5: [0 to 10] 250 per user per screen Rick Rieder, Dez Desai, David Heike, Raymond Kahn | 3,750.00 |
| For the period from 01/01/2008 to 31/03/2008 | |
| Angel Krustev | |
| Logins 5: [0 to 10] 250 per user per screen Rick Rieder, Dez Desai, David Heike, Raymond Kahn | 3,750.00 |
| For the period from 01/04/2008 to 30/06/2008 | |
| Angel Krustev | |

| | | |
|---|---|---|
| Payment terms: 30 days | Net total | 7,500.00 |
| | VAT total | 0.00 |
| | Invoice total | 7,500.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27                                        Printed 13/05/2008 17:28:11



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
*Telephone: +44 (0) 20 7260 2000*
*Facsimile:  +44 (0) 20 7260 2001*
*http://www.markit.com*
*accounts@markit.com*

Image Processing Systems c/o Lehman Brothers Inc
P.O Box 2097
Secaucus
NJ 07096
America
TSR 786315

| | | | |
|---|---|---|---|
| Customer contact: George Koutros | | Invoice date: | 01 July 2008 |
| Account number:   413 | | Reference: | Portal |
| | | Invoice number: | 9879 |

## Invoice

| Description | USD |
|---|---|
| Logins 5: [0 to 10] 250 per user per screen Rick Rieder, Dez Desai, David Heike, Raymond Kahn | 3,750.00 |
| For the period from 01/07/2008 to 30/09/2008 | |
| Angel Krustev | |

| | | |
|---|---|---|
| Payment terms: 30 days | Net total | 3,750.00 |
| | VAT total | 0.00 |
| | Invoice total | 3,750.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited – US Dollar account
US Agent – HSBC New York – 021001088
Swift Code – MIDLGB22  - Chips ID 002340
IBAN – GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27                                    Printed 02/07/2008 20:30:28



Image Processing Systems c/o Lehman
Brothers Inc,
P.O Box 2097,
Secaucus,
NJ 07096,
America,
TSR 786315,

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | George Koutros | Invoice date: | 23-Sep-2008 |
| Client Account number: | 413 | Invoice number: | 10494 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Portal | | |

## Invoice

| Description | USD |
|---|---|
| Logins 5: [0 to 10] 250 per user per screen Rick Rieder, Dez Desai, David Heike, Raymond Kahn | |
| For the period from 01/10/2008 to 31/12/2008 | 3,750.00 |

Payment terms: 30 days

| | | |
|---|---|---|
| | Net total | 3,750.00 |
| 1.8515 | VAT Total | 0.00 |
| | Invoice total | 3,750.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22 - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited  | Registered in England & Wales number: 04185146

VAT Registration number: GB 806 2399 27



Lehman Brothers, Inc,
Image Processing Services,
P.O. Box 2339,
Secaucus,
NJ,
07096,
UNITED STATES

Markit North America, Inc.
Formerly Communicator, Inc
620 8th Avenue
35th Floor
New York, NY 10018
Telephone: 917-441-6655
Fax: 212-221-9860
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | |
|---|---|---|
| Customer contact: | Donna Aldaia | |
| Client Account number: | 151 | |
| Client Contract Reference: | PO #0000032671 | |
| Client Reference: | | |
| Client Product Description: | Trade Processing | |

| | |
|---|---|
| Invoice date: | 22 August 2008 |
| Invoice number: | 300601 |

## Copy Invoice

| Description | USD |
|---|---|
| PO #: 32671 - Portfolio Reconciliation Service for 8 Additional Counterparties | |
| For the period from 01/08/2008 to 31/10/2008 | 28,000.00 |
| PO #0000032671 | |
| PO #: 32671 - Portfolio Reconciliation Service for the first 10 Counterparties | |
| For the period from 01/08/2008 to 31/10/2008 | 45,000.00 |
| PO #0000032671 | |

Payment terms: 30 days

| | |
|---|---|
| Net total | 73,000.00 |
| Sales tax total | 0.00 |
| Invoice total | 73,000.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank USA, 75 Mamaroneck Avenue
Bank Routing Code: 021 001 088
Account Number: 480 245 266
Account Name: Markit North America

Please include invoice number as reference

Markit North America, Inc.  | Tax ID number: 13-4153988



Lehman Brothers Inc.,
P.O. Box 2339,
Secaucus,
NJ,
07096,
USA

Markit North America, Inc.
Formerly Communicator, Inc
620 8th Avenue
35th Floor
New York, NY 10018
Telephone: 917-441-6655
Fax: 212-221-9860
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | PO 37904 | Invoice date: | 17 June 2008 |
| Client Account number: | 179 | Invoice number: | 300498 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Trade Processing | | |

## Copy Invoice

| Description | USD |
|---|---|
| Markit Trade Processing Platform for Broker Dealers for all Credit trades up to 125,000 trades per year | |
| For the period from 01/06/2008 to 31/08/2008 | 22,500.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 22,500.00 |
| Sales tax total | 0.00 |
| Invoice total | 22,500.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank USA, 75 Mamaroneck Avenue
Bank Routing Code: 021 001 088
Account Number: 480 245 266
Account Name: Markit North America

Please include invoice number as reference

Markit North America, Inc.  | Tax ID number: 13-4153988



Lehman Brothers Inc.,
P.O. Box 2339,
Secaucus,
NJ,
07096,
USA

Markit North America, Inc.
Formerly Communicator, Inc
620 8th Avenue
35th Floor
New York, NY 10018
Telephone: 917-441-6655
Fax: 212-221-9860
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | PO 37904 | Invoice date: | 9 September, 2008 |
| Client Account number: | 179 | Invoice number: | 300621 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Trade Processing | | |

## Invoice

| Description | USD |
|---|---|
| Markit Trade Processing Platform for Broker Dealers for all Credit trades up to 125,000 trades per year | |
| For the period from 01/09/2008 to 30/11/2008 | 22,500.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 22,500.00 |
| Sales tax total | 0.00 |
| Invoice total | 22,500.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank: HSBC Bank USA, 75 Mamaroneck Avenue
Bank Routing Code: 021 001 088
Account Number: 480 245 266
Account Name: Markit North America

Please include invoice number as reference



Lehman Brothers,
745 Seventh Avenue,
New York, NY  10019,

Markit North America, Inc.
Formerly Communicator, Inc
620 8th Avenue
35th Floor
New York, NY 10018
Telephone: 917-441-6655
Fax: 212-221-9860
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Greg Eickbush | Invoice date: | 21 July 2008 |
| Client Account number: | 202 | Invoice number: | 300555 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | Trade Processing | | |

## Copy Invoice

| Description | USD |
|---|---|
| Trade Processing Platform - Rates & Credit | |
| For the period from 05/07/2008 to 04/07/2009 | 200,000.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 200,000.00 |
| Sales tax total | 0.00 |
| Invoice total | 200,000.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank USA, 75 Mamaroneck Avenue
Bank Routing Code: 021 001 088
Account Number: 480 245 266
Account Name: Markit North America

Please include invoice number as reference

Markit North America, Inc.  | Tax ID number: 13-4153988



*Markit Group Limited*
*Level 5*
*2 More London Riverside*
*London*
*SE1 2AP*
Telephone: +44 (0) 20 7260 2000
Facsimile:  +44 (0) 20 7260 2001
*http://www.markit.com*
*accounts@markit.com*

Lehman Brothers
745 Seventh Avenue, 4th Floor
New York
New York  10019
USA

Customer contact: Janice Meraglia

Account number:  1090

Invoice date:       24 July 2007

Reference:          RCD

Invoice number:  6775

## Copy Invoice

| Description | USD |
|---|---|
| As per LCDX Services Agreement<br>For the period from 24/05/2007 to 23/05/2008 | 37,500.00 |
| As per LCDX Services Agreement<br>For the period from 24/05/2007 to 23/05/2008 | 37,500.00 |

| | |
|---|---|
| Net total | 75,000.00 |
| VAT total | 0.00 |
| Invoice total | 75,000.00 |

Payment terms: 30 days

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank: HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited Registered in England & Wales number 04185146 Registered office as above

VAT Registration number GB 806 2399 27                                         Printed 26/07/2007 11:37:35



Image Processing Systems C/o Lehman
Brothers Inc,
Non-Real Time Data,
PO Box 2097,
Secaucus,
New Jersey,
07096,
USA

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Charles Spero | Invoice date: | 24-Sep-2008 |
| Client Account number: | 463 | Invoice number: | 10496 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | ABX and CMBX | | |

## Invoice

| Description | | USD |
|---|---|---|
| Data Addendum (CMBX Daily Delivery) | | |
| For the period from 02/10/2008 to 01/10/2009 | | 10,000.00 |

Payment terms: 30 days

| | | |
|---|---|---|
| | Net total | 10,000.00 |
| 1.8549 | VAT Total | 0.00 |
| | Invoice total | 10,000.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22 - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Markit Group Limited | Registered in England & Wales number: 04185146

VAT Registration number: GB 806 2399 27



Lehman Brothers,
745 Seventh Avenue,
New York,
NY,
10019,
USA

Markit North America Inc.
620 8th Avenue
35th Floor
New York,NY 10018
Telephone: (917) 441-6655
Fax: (212) 221-9860
Email: Accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Jonathan Debrich | Invoice date: | 18-Sep-2008 |
| Client Account number: | 116 | Invoice number: | 0375 |
| Client Contract Reference: | | | |
| Client Reference: | | | |
| Client Product Description: | | | |

## Copy Invoice

| Description | USD |
|---|---|
| Markit MCDX License Fee | |
| For the period from 06/05/2008 to 05/05/2009 | 75,000.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 75,000.00 |
| Sales tax total | 0.00 |
| Invoice total | 75,000.00 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank: HSBC New York
Bank Routing Code: 021001088
Account Number: 480-24526-6
Account Name: Markit North America

Please include invoice number as reference



Lehman Brothers,
PO Box 2339,
745 7th Avenue,
New York,
NY 10019,
America

Reference: Management Services

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Peter Jenkins | Invoice date: | 17 July 2008 |
| Client Account number: | 141 | Invoice number: | 10205 |
| Client Contract Reference: | | | |
| Client Reference: | | | |

## Copy VAT Invoice

| Description | | USD |
|---|---|---|
| CDX3 Funded Notes Annual Fees | | |
| | | 46,748.02 |
| Payment terms: 30 days | Net total | 46,748.02 |
| 1.9986 | VAT Total | 0.00 |
| | Invoice total | 46,748.02 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank: HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference



Lehman Brothers,
PO Box 2339,
745 7th Avenue,
New York,
NY 10019,
America

Reference: Management Services

Markit Group Limited
Level 5
2 More London Riverside
London
SE1 2AP
Telephone: +44 (0) 20 7260 2000
Fax: +44 (0) 20 7260 2001
Email: accounts@markit.com
Web Site: http://www.markit.com,

| | | | |
|---|---|---|---|
| Customer contact: | Peter Jenkins | Invoice date: | )2 September 2008 |
| Client Account number: | 141 | Invoice number: | 10405 |
| Client Contract Reference: | | | |
| Client Reference: | CDX3 | | |

## Invoice

| Description | | USD |
|---|---|---|
| | | |
| CDX3 Annual Expenses 2008/09 | | |
| | | |
| For the period from 02/09/2008 to 02/09/2008 | | 41,812.19 |

| | | | |
|---|---|---|---|
| Payment terms: 30 days | | Net total | 41,812.19 |
| | 1.7886 | VAT Total | 0.00 |
| | | Invoice total | 41,812.19 |

Please pay by US dollar bank transfer only (all charges borne by payer bank) to:

Bank:  HSBC Bank, 31 Chequer Street, St. Albans, Herts AL1 3LY, UK
Bank Sort Code: 40-05-15
Account Number: 57069993
Account Name: Markit Group Limited - US Dollar account
US Agent - HSBC New York - 021001088
Swift Code - MIDLGB22  - Chips ID 002340
IBAN - GB02 MIDL 4005 1557 0699 93

Please include invoice number as reference

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc
Non-Real Time Data
PO BOX 2097
Secaucus
New Jersey  07096
USA

28 January 2008

# INVOICE
# INVOICE

Invoice Number: 08 / 01281379G

Date of Issue: 28/01/08

For the provision of Base Metals Market Valuations:

Total Charges:

| | |
|---|---|
| Pre Discount | £1,470.00 |
| Discount Amount: | £117.50 |
| Bespoke: | £0.00 |
| Commitment | £0.00 |
| Sub Total: | £1,352.50 |
| VAT: | £0.00  Your VAT No. |
| Total Gross: | £1,352.50 |

Detail By Market:

| Product Group | Underlying | Val Date | Cost |
|---|---|---|---|
| BM | XAL | 31/12/2007 | £330.00 |
| BM | XCU | 31/12/2007 | £450.00 |
| BM | XNI | 31/12/2007 | £250.00 |
| BM | XPB | 31/12/2007 | £250.00 |
| BM | XZN | 31/12/2007 | £190.00 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No  3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc
Non-Real Time Data
PO BOX 2097
Secaucus
New Jersey  07096
USA

14 March 2008

# INVOICE
# INVOICE

Invoice Number: 08 / 03141379G

Date of Issue: 14/03/08

For the provision of Base Metals Market Valuations:

Total Charges:

| | |
|---|---|
| Pre Discount | £1,650.00 |
| Discount Amount: | £162.50 |
| Bespoke | £0.00 |
| Commitment | £0.00 |
| Sub Total: | £1,487.50 |
| VAT: | £0.00 Your VAT No. |
| Total Gross: | £1,487.50 |

Detail By Market:

| Product Group | Underlying | Val Date | Cost |
|---|---|---|---|
| BM | XAL | 29/02/2008 | £500.00 |
| BM | XCU | 29/02/2008 | £450.00 |
| BM | XNI | 29/02/2008 | £160.00 |
| BM | XPB | 29/02/2008 | £190.00 |
| BM | XZN | 29/02/2008 | £350.00 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 0026

VAT Registration Number: 688 9660 52

Please ensure payment within 30
Contact email: accounts@markit.com

Level 5          p:+44 (0)20 7260 2000
2 More London Riverside   f: +44 (0)20 7260 2001
London          www.markit.com
SE1 2AP

**Image Processing Systems**                                    23 April 2008
Lehman Brothers Inc
Non-Real Time Data
PO BOX 2097
Secaucus
New Jersey  07096
USA

# INVOICE
# INVOICE

Invoice Number: 08 / 04231379G

Date of Issue: 23/04/08

For the provision of Base Metals Market Valuations:

Total Charges:

| | |
|---|---|
| Pre Discount | £1,990.00 |
| **Discount Amount:** | £247.50 |
| Bespoke: | £0.00 |
| Commitment | £0.00 |
| **Sub Total:** | £1,742.50 |
| **VAT:** | £0.00  Your VAT No. |
| **Total Gross:** | £1,742.50 |

Detail By Market:

| Product Group | Underlying | Val Date | Cost |
|---|---|---|---|
| BM | XAL | 31/03/2008 | £450.00 |
| BM | XCU | 31/03/2008 | £500.00 |
| BM | XNI | 31/03/2008 | £190.00 |
| BM | XPB | 31/03/2008 | £250.00 |
| BM | XSN | 31/03/2008 | £250.00 |
| BM | XZN | 31/03/2008 | £350.00 |

Payments may be directly credited to:          Client Reference: 0026

Markit Valuations Ltd.                 VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                    Please ensure payment within 30
                                       Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.   Level 5, 2 More London Riverside, London SE1 2AP.   Registered in England No. 3352562

Level 5                          p:+44 (0)20 7260 2000
2 More London Riverside          f: +44 (0)20 7260 2001
London                           www.markit.com
SE1 2AP

**Image Processing Systems**                                    21 May 2008
Lehman Brothers Inc
Non-Real Time Data
PO BOX 2097
Secaucus
New Jersey  07096
USA

# INVOICE

Invoice Number: 08 / 05211379G

# INVOICE

Date of Issue: 21/05/08

For the provision of Base Metals Market Valuations:

Total Charges:

| | |
|---|---|
| **Pre Discount** | £2,150.00 |
| **Discount Amount:** | £287.50 |
| **Bespoke:** | £0.00 |
| **Commitment** | £0.00 |
| **Sub Total:** | £1,862.50 |
| **VAT:** | £0.00 Your VAT No. |
| **Total Gross:** | £1,862.50 |

Detail By Market:

| Product Group | Underlying | Val Date | Cost |
|---|---|---|---|
| BM | XAL | 30/04/2008 | £450.00 |
| BM | XCU | 30/04/2008 | £450.00 |
| BM | XNA | 30/04/2008 | £150.00 |
| BM | XNI | 30/04/2008 | £250.00 |
| BM | XPB | 30/04/2008 | £250.00 |
| BM | XSN | 30/04/2008 | £250.00 |
| BM | XZN | 30/04/2008 | £350.00 |

Payments may be directly credited to:              Client Reference: 0026

Markit Valuations Ltd.                             VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                                Please ensure payment within 30
                                                   Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

24 June 2008

# INVOICE

Invoice Number: T1000174

Date of Issue: 24/06/08

For the provision of the following Totem Service: Base Metals

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 2,150.00 |
| **Discount (GBP):** | -287.49 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 1,862.51 |
| **UK VAT at 17.5% (GBP):** | 0.00 |
| **Total (GBP):** | 1,862.51 |

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| BM | XAL | 30/05/2008 | 450.00 | 389.83 |
| BM | XCU | 30/05/2008 | 450.00 | 389.83 |
| BM | XNA | 30/05/2008 | 150.00 | 129.94 |
| BM | XNI | 30/05/2008 | 250.00 | 216.57 |
| BM | XPB | 30/05/2008 | 250.00 | 216.57 |
| BM | XSN | 30/05/2008 | 250.00 | 216.57 |
| BM | XZN | 30/05/2008 | 350.00 | 303.20 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

15 July 2008

# INVOICE

Invoice Number: T1000488

Date of Issue: 15/07/08

For the provision of the following Totem Service: Base Metals

Total Charges:

| | |
|---|---|
| Total Cost (GBP): | 2,270.00 |
| Discount (GBP): | -317.50 |
| Bespokes /  Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 1,952.50 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 1,952.50 |

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| BM | XAA | 30/06/2008 | 120.00 | 103.22 |
| BM | XAL | 30/06/2008 | 450.00 | 387.06 |
| BM | XCU | 30/06/2008 | 450.00 | 387.06 |
| BM | XNA | 30/06/2008 | 150.00 | 129.02 |
| BM | XNI | 30/06/2008 | 250.00 | 215.03 |
| BM | XPB | 30/06/2008 | 250.00 | 215.03 |
| BM | XSN | 30/06/2008 | 250.00 | 215.03 |
| BM | XZN | 30/06/2008 | 350.00 | 301.05 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**

Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

20 August 2008

# INVOICE

Invoice Number: T1000809

Date of Issue: 20/08/08

For the provision of the following Totem Service: Base Metals

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 2,195.00 |
| **Discount (GBP):** | -298.77 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 1,896.23 |
| **UK VAT at 17.5% (GBP):** | 0.00 |
| **Total (GBP):** | 1,896.23 |

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| BM | XAA | 31/07/2008 | 75.00 | 64.79 |
| BM | XAL | 31/07/2008 | 450.00 | 388.75 |
| BM | XCU | 31/07/2008 | 450.00 | 388.75 |
| BM | XNA | 31/07/2008 | 120.00 | 103.67 |
| BM | XNI | 31/07/2008 | 250.00 | 215.97 |
| BM | XPB | 31/07/2008 | 250.00 | 215.97 |
| BM | XSN | 31/07/2008 | 250.00 | 215.97 |
| BM | XZN | 31/07/2008 | 350.00 | 302.36 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

18 September 2008

# INVOICE

Invoice Number: T1001118

Date of Issue: 18/09/08

For the provision of the following Totem Service: Base Metals

Total Charges:

| | |
|---|---|
| Total Cost (GBP): | 2,270.00 |
| Discount (GBP): | -317.50 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 1,952.50 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 1,952.50 |

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| BM | XAA | 29/08/2008 | 150.00 | 129.02 |
| BM | XAL | 29/08/2008 | 450.00 | 387.06 |
| BM | XCU | 29/08/2008 | 450.00 | 387.06 |
| BM | XNA | 29/08/2008 | 120.00 | 103.22 |
| BM | XNI | 29/08/2008 | 250.00 | 215.03 |
| BM | XPB | 29/08/2008 | 250.00 | 215.03 |
| BM | XSN | 29/08/2008 | 250.00 | 215.03 |
| BM | XZN | 29/08/2008 | 350.00 | 301.05 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Mr. Scott Goswami**
Lehman Brothers Inc
13th Floor
745 Seventh Avenue
New York
New York  NY  10019
USA

11 August 2006

# INVOICE
# INVOICE

Invoice Number: 06 / 08111365G

Date of Issue: 11/08/06

For the provision of Commodity Market Valuations:

Total Charges:

| | | |
|---|---|---|
| **Pre Discount** | £2,697.50 | |
| **Discount Amount:** | -£171.25 | |
| **Bespoke:** | £0.00 | |
| **Commitment** | £0.00 | |
| **Sub Total:** | £2,526.25 | |
| **VAT:** | £0.00 | Your VAT No. |
| **Total Gross:** | £2,526.25 | |

Detail By Market:

| Product Group | Underlying | Val Date | Cost |
|---|---|---|---|
| Crude Oil | Brent | 31/07/2006 | £55.00 |
| Crude Oil | WTI | 31/07/2006 | £115.00 |
| Emissions | CO2 EUA | 31/07/2006 | £55.00 |
| European Gas | UK Gas | 31/07/2006 | £25.00 |
| Heating Oil | IPE Gasoil | 31/07/2006 | £55.00 |
| North American Nat Gas | Natural Gas / Henry Hub | 31/07/2006 | £707.50 |
| US Power | Cinergy Off Peak | 31/07/2006 | £100.00 |
| US Power | Cinergy Peak | 31/07/2006 | £100.00 |
| US Power | MidCol Off Peak | 31/07/2006 | £115.00 |
| US Power | MidCol Peak | 31/07/2006 | £100.00 |
| US Power | NI Hub Off Peak | 31/07/2006 | £55.00 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

| US Power | NI Hub Peak | 31/07/2006 | £55.00 |
| US Power | NP15 Off Peak | 31/07/2006 | £115.00 |
| US Power | NP15 Peak | 31/07/2006 | £100.00 |
| US Power | NY Zone J Off Peak | 31/07/2006 | £85.00 |
| US Power | NY Zone J Peak | 31/07/2006 | £85.00 |
| US Power | Palo Verde Off Peak | 31/07/2006 | £115.00 |
| US Power | Palo Verde Peak | 31/07/2006 | £115.00 |
| US Power | PJM East Peak | 31/07/2006 | £100.00 |
| US Power | PJM West Off Peak | 31/07/2006 | £115.00 |
| US Power | PJM West Peak | 31/07/2006 | £130.00 |
| US Power | SP15 Off Peak | 31/07/2006 | £100.00 |
| US Power | SP15 Peak | 31/07/2006 | £100.00 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

<u>VAT Registration Number: 688 9660 52</u>

Please ensure payment within 30
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                  p:+44 (0)20 7260 2000
2 More London Riverside  f: +44 (0)20 7260 2001
London                   www.markit.com
SE1 2AP

**Mr. Scott Goswami**                              20 September 2006
Lehman Brothers Inc
13th Floor
745 Seventh Avenue
New York
New York  NY  10019
USA

# INVOICE
# INVOICE

Invoice Number: 06 / 09201365G

Date of Issue: 20/09/06

For the provision of Commodity Market Valuations:

| Total Charges: | **Pre Discount** | £4,132.50 | |
| | **Discount Amount:** | -£394.38 | |
| | **Bespoke:** | £0.00 | |
| | **Commitment** | £0.00 | |
| | Sub Total: | £3,738.12 | |
| | **VAT:** | £0.00 | Your VAT No. |
| | **Total Gross:** | £3,738.12 | |

Detail By Market:

| Product Group | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| Crude Oil | Brent | 31/08/2006 | £130.00 | £130.00 |
| Crude Oil | WTI | 31/08/2006 | £130.00 | £130.00 |
| Emissions | CO2 EUA | 31/08/2006 | £70.00 | £70.00 |
| European Gas | UK Gas | 31/08/2006 | £55.00 | £55.00 |
| Fuel Oil | 3.5 PCT Barges FOB ARA | 31/08/2006 | £25.00 | £25.00 |
| Gasoline | Nymex Unleaded (HU) | 31/08/2006 | £25.00 | £25.00 |
| Heating Oil | IPE Gasoil | 31/08/2006 | £55.00 | £55.00 |
| Heating Oil | Nymex Heating Oil | 31/08/2006 | £40.00 | £40.00 |
| Jet Fuel | Jet CIF NWE | 31/08/2006 | £25.00 | £25.00 |
| North American Nat Gas | AECO | 31/08/2006 | £115.00 | £105.20 |
| North American Nat Gas | CGT AP | 31/08/2006 | £70.00 | £64.03 |
| North American Nat Gas | Chicago City Gate | 31/08/2006 | £85.00 | £77.75 |
| North American Nat Gas | Dominion South | 31/08/2006 | £130.00 | £118.92 |
| North American Nat Gas | MichCon basis | 31/08/2006 | £85.00 | £77.75 |
| North American Nat Gas | Natural Gas / Henry Hub | 31/08/2006 | £687.50 | £628.89 |

Payments may be directly credited to:            Client Reference:

Markit Valuations Ltd.                             VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                    Please ensure payment within 30
                                       Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                     p:+44 (0)20 7260 2000
2 More London Riverside    f: +44 (0)20 7260 2001
London                     www.markit.com
SE1 2AP

| | | | | |
|---|---|---|---|---|
| North American Nat Gas | SoCal | 31/08/2006 | £145.00 | £132.64 |
| North American Nat Gas | TETCO M3 | 31/08/2006 | £85.00 | £77.75 |
| North American Nat Gas | Transco Z6 NY basis | 31/08/2006 | £115.00 | £105.20 |
| US Power | AEP Dayton Off Peak | 31/08/2006 | £70.00 | £61.00 |
| US Power | AEP Dayton Peak | 31/08/2006 | £70.00 | £61.00 |
| US Power | Cinergy Off Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | Cinergy Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | MidCol Off Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | MidCol Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | NI Hub Off Peak | 31/08/2006 | £70.00 | £61.00 |
| US Power | NI Hub Peak | 31/08/2006 | £70.00 | £61.00 |
| US Power | NP15 Off Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | NP15 Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | NY Zone J Off Peak | 31/08/2006 | £85.00 | £74.07 |
| US Power | NY Zone J Peak | 31/08/2006 | £100.00 | £87.14 |
| US Power | Palo Verde Off Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | Palo Verde Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | PJM East Off Peak | 31/08/2006 | £70.00 | £61.00 |
| US Power | PJM East Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | PJM West Off Peak | 31/08/2006 | £130.00 | £113.28 |
| US Power | PJM West Peak | 31/08/2006 | £130.00 | £113.28 |
| US Power | SP15 Off Peak | 31/08/2006 | £115.00 | £100.21 |
| US Power | SP15 Peak | 31/08/2006 | £115.00 | £100.21 |

Payments may be directly credited to:              Client Reference:

Markit Valuations Ltd.                             VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                                Please ensure payment within 30
                                                   Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562