Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc
Non-Real Time Data
PO BOX 2097
Secaucus
New Jersey  07096
USA

13 December 2006

# INVOICE
# INVOICE

Invoice Number: 06 / 12131778U

Date of Issue: 13/12/06

For the provision of Currency Option Market Valuations:

Total Charges:

| | | |
|---|---|---|
| Pre Discount | £9,694.00 | TSR number: 877592 |
| Discounted Total: | £5,245.66 | Service Code: NVR |
| Daily Data | £0.00 | PO number: N/A |
| Bespoke: | £0.00 | Vendor Code: MPA |
| Commitment Discount: | £0.00 | Vendor number: 0000030018 |
| Sub Total: | £5,245.66 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £650 |
| Total Gross: | £5,245.66 | 50% Discount level = £1,300 |
| **FX Rate:** | 1.9602 | |
| **Total Payable:** | USD 10,282.54 | |

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (CrossVols) | 15 Currencies | 30/11/2006 | £5,000.00 | £2,705.62 |
| FX (Vanilla) | East Europe Ccys | 30/11/2006 | £994.00 | £537.88 |
| FX (Vanilla) | LatAm Ccys | 30/11/2006 | £1,400.00 | £757.57 |
| FX (Vanilla) | Major Ccys | 30/11/2006 | £1,600.00 | £865.80 |
| FX (Vanilla) | Other Ccys | 30/11/2006 | £700.00 | £378.79 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 58919174

IBAN: GB52 MIDL 4005 1558 9191
BIC: MIDLGB22

Client Reference: 00262

VAT Registration Number: 688 9660 52

Please ensure payment within 30
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
**TSR number: 877592 Service Code: NVR PO number: N/A Vendor Code:**
**MPA Vendor number: 0000030018**
Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

20 August 2008

# INVOICE

<u>Invoice Number: T1000811</u>

Date of Issue: 20/08/08

For the provision of the following Totem Service: FX - NY

Total Charges:

| | |
|---|---|
| **Total Cost (USD):** | 111,883.69 |
| **Discount (USD):** | -54,189.21 |
| **Bespokes / Wildcards (USD):** | -79.22 |
| **Sub Total (USD):** | 57,615.31 |
| **UK VAT at 17.5% (USD):** | 0.00 |
| **Total (USD):** | 57,615.26 |

FX Rate: 1.9804

25% Discount level = £1,200
50% Discount level = £2,400

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| 28 Currencies | FX (CrossVols) | 31/07/2008 | 27,131.48 | 13,990.75 |
| Asian Ccys | FX (Vanilla) | 31/07/2008 | 13,735.06 | 7,082.68 |
| AUD/CHF | FX (M/L ATM) | 31/07/2008 | 118.82 | 61.27 |
| AUD/CHF | FX (M/L Skew) | 31/07/2008 | 386.18 | 199.13 |
| CAD/JPY | FX (M/L ATM) | 31/07/2008 | 0.00 | 0.00 |
| CAD/JPY | FX (M/L Skew) | 31/07/2008 | 0.00 | 0.00 |
| CHF/TRY | FX (East Eur M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| CHF/TRY | FX (East Eur M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| East Europe Ccys | FX (Vanilla) | 31/07/2008 | 15,721.41 | 8,106.99 |
| EUR/CHF | FX (M/L ATM) | 31/07/2008 | 277.26 | 142.97 |
| EUR/CHF | FX (M/L Skew) | 31/07/2008 | 643.63 | 331.90 |
| EUR/CNY | FX (Asian M/L ATM) | 31/07/2008 | 396.08 | 204.24 |
| EUR/CNY | FX (Asian M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| EUR/HUF | FX (East Eur M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| EUR/HUF | FX (East Eur M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| EUR/JPY | FX (M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| EUR/JPY | FX (M/L Skew) | 31/07/2008 | 519.86 | 268.07 |
| EUR/PLN | FX (East Eur M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| EUR/PLN | FX (East Eur M/L Skew) | 31/07/2008 | 752.55 | 388.06 |
| EUR/RON | FX (East Eur M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| EUR/RON | FX (East Eur M/L Skew) | 31/07/2008 | 712.94 | 367.64 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB52 MIDL 4005 1558 9191 74
BIC: MIDLGB22

Client Reference: 300

<u>VAT Registration Number: 688 9660 52</u>

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562



| | | | | |
|---|---|---|---|---|
| | | Level 5 | p:+44 (0)20 7260 2000 | |
| | | 2 More London Riverside | f: +44 (0)20 7260 2001 | |
| | | London | www.markit.com | |
| | | SE1 2AP | | |

| | | | | |
|---|---|---|---|---|
| EUR/RUB | FX (East Eur M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| EUR/RUB | FX (East Eur M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| EUR/TRY | FX (East Eur M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| EUR/TRY | FX (East Eur M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| EUR/USD | FX (Barriers) | 31/07/2008 | 1,980.40 | 1,021.21 |
| EUR/USD | FX (FVAs) | 31/07/2008 | 1,188.24 | 612.74 |
| EUR/USD | FX (M/L ATM) | 31/07/2008 | 316.86 | 163.40 |
| EUR/USD | FX (M/L Skew) | 31/07/2008 | 505.00 | 260.40 |
| EUR/ZAR | FX (Other M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| EUR/ZAR | FX (Other M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| EURCNY | AML Bespoke | 31/07/2008 | -79.22 | -79.22 |
| GBP/JPY | FX (M/L ATM) | 31/07/2008 | 198.04 | 102.13 |
| GBP/JPY | FX (M/L Skew) | 31/07/2008 | 524.81 | 270.62 |
| GBP/USD | FX (M/L ATM) | 31/07/2008 | 118.82 | 61.27 |
| GBP/USD | FX (M/L Skew) | 31/07/2008 | 386.18 | 199.13 |
| JPY/KRW | FX (Asian M/L ATM) | 31/07/2008 | 396.08 | 204.24 |
| JPY/KRW | FX (Asian M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| LatAm Ccys | FX (Vanilla) | 31/07/2008 | 7,564.14 | 3,900.56 |
| Major Ccys | FX (Vanilla) | 31/07/2008 | 7,995.87 | 4,123.19 |
| NZD/JPY | FX (M/L ATM) | 31/07/2008 | 118.82 | 61.27 |
| NZD/JPY | FX (M/L Skew) | 31/07/2008 | 386.18 | 199.13 |
| Other Ccys | FX (Vanilla) | 31/07/2008 | 3,915.25 | 2,018.96 |
| Scandinavian Ccys | FX (Vanilla) | 31/07/2008 | 5,505.51 | 2,839.00 |
| USD/BRL | FX (LatAm M/L ATM) | 31/07/2008 | 0.00 | 0.00 |
| USD/BRL | FX (LatAm M/L Skew) | 31/07/2008 | 0.00 | 0.00 |
| USD/CAD | FX (M/L ATM) | 31/07/2008 | 118.82 | 61.27 |
| USD/CAD | FX (M/L Skew) | 31/07/2008 | 386.18 | 199.13 |
| USD/CHF | FX (M/L ATM) | 31/07/2008 | 198.04 | 102.13 |
| USD/CHF | FX (M/L Skew) | 31/07/2008 | 455.49 | 234.88 |
| USD/CNY | FX (Asian M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| USD/CNY | FX (Asian M/L Skew) | 31/07/2008 | 712.94 | 367.64 |
| USD/HKD | FX (Asian M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| USD/HKD | FX (Asian M/L Skew) | 31/07/2008 | 633.73 | 326.79 |
| USD/IDR | FX (Asian M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| USD/IDR | FX (Asian M/L Skew) | 31/07/2008 | 712.94 | 367.64 |
| USD/INR | FX (Asian M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| USD/INR | FX (Asian M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| USD/KRW | FX (Asian M/L ATM) | 31/07/2008 | 396.08 | 204.24 |
| USD/KRW | FX (Asian M/L Skew) | 31/07/2008 | 1,049.61 | 541.24 |
| USD/PHP | FX (Asian M/L ATM) | 31/07/2008 | 316.86 | 163.40 |
| USD/PHP | FX (Asian M/L Skew) | 31/07/2008 | 1,029.81 | 531.04 |
| USD/RUB | FX (East Eur M/L ATM) | 31/07/2008 | 0.00 | 0.00 |
| USD/RUB | FX (East Eur M/L Skew) | 31/07/2008 | 0.00 | 0.00 |
| USD/SGD | FX (Asian M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| USD/SGD | FX (Asian M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| USD/TRY | FX (East Eur M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| USD/TRY | FX (East Eur M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| USD/TWD | FX (Asian M/L ATM) | 31/07/2008 | 316.86 | 163.40 |
| USD/TWD | FX (Asian M/L Skew) | 31/07/2008 | 1,029.81 | 531.04 |
| USD/ZAR | FX (Other M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| USD/ZAR | FX (Other M/L Skew) | 31/07/2008 | 772.36 | 398.28 |
| ZAR/JPY | FX (Other M/L ATM) | 31/07/2008 | 237.65 | 122.55 |
| ZAR/JPY | FX (Other M/L Skew) | 31/07/2008 | 732.75 | 377.86 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB52 MIDL 4005 1558 9191 74
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



| | |
|---|---|
| Level 5 | p:+44 (0)20 7260 2000 |
| 2 More London Riverside | f: +44 (0)20 7260 2001 |
| London | www.markit.com |
| SE1 2AP | |

**Image Processing Systems**                                      18 September 2008
**TSR number: 877592 Service Code: NVR PO number: N/A Vendor Code:**
**MPA Vendor number: 0000030018**
Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

# INVOICE

Invoice Number: T1001120

Date of Issue: 18/09/08

For the provision of the following Totem Service: FX - NY

Total Charges:

| | | |
|---|---:|---|
| **Total Cost (USD):** | 115,195.87 | |
| **Discount (USD):** | -55,983.02 | |
| **Bespokes / Wildcards (USD):** | 0.00 | |
| **Sub Total (USD):** | 59,212.83 | |
| **UK VAT at 17.5% (USD):** | 0.00 | |
| **Total (USD):** | 59,212.84 | FX Rate: 1.8261 |

25% Discount level = £1,200
50% Discount level = £2,400

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---:|---:|
| 28 Currencies | FX (CrossVols) | 29/08/2008 | 25,017.57 | 12,859.54 |
| Asian Ccys | FX (Vanilla) | 29/08/2008 | 11,209.51 | 5,761.91 |
| AUD/CHF | FX (M/L ATM) | 29/08/2008 | 109.57 | 56.32 |
| AUD/CHF | FX (M/L Skew) | 29/08/2008 | 356.09 | 183.03 |
| AUD/USD | FX (M/L ATM) | 29/08/2008 | 255.65 | 131.41 |
| AUD/USD | FX (M/L Skew) | 29/08/2008 | 0.00 | 0.00 |
| CAD/JPY | FX (M/L ATM) | 29/08/2008 | 109.57 | 56.32 |
| CAD/JPY | FX (M/L Skew) | 29/08/2008 | 356.09 | 183.03 |
| CHF/JPY | FX (M/L ATM) | 29/08/2008 | 109.57 | 56.32 |
| CHF/JPY | FX (M/L Skew) | 29/08/2008 | 356.09 | 183.03 |
| CHF/TRY | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| CHF/TRY | FX (East Eur M/L Skew) | 29/08/2008 | 474.79 | 244.06 |
| East Europe Ccys | FX (Vanilla) | 29/08/2008 | 12,797.31 | 6,578.07 |
| EUR/AUD | FX (M/L ATM) | 29/08/2008 | 109.57 | 56.32 |
| EUR/AUD | FX (M/L Skew) | 29/08/2008 | 356.09 | 183.03 |
| EUR/CHF | FX (M/L ATM) | 29/08/2008 | 255.65 | 131.41 |
| EUR/CHF | FX (M/L Skew) | 29/08/2008 | 237.39 | 122.02 |
| EUR/CNY | FX (Asian M/L ATM) | 29/08/2008 | 438.26 | 225.27 |
| EUR/CNY | FX (Asian M/L Skew) | 29/08/2008 | 949.57 | 488.10 |
| EUR/CZK | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/CZK | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB52 MIDL 4005 1558 9191 74
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

| | | | | |
|---|---|---|---|---|
| EUR/GBP | FX (M/L ATM) | 29/08/2008 | 146.09 | 75.09 |
| EUR/GBP | FX (M/L Skew) | 29/08/2008 | 420.00 | 215.88 |
| EUR/HUF | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/HUF | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| EUR/JPY | FX (M/L ATM) | 29/08/2008 | 182.61 | 93.86 |
| EUR/JPY | FX (M/L Skew) | 29/08/2008 | 483.92 | 248.75 |
| EUR/MXN | FX (LatAm M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/MXN | FX (LatAm M/L Skew) | 29/08/2008 | 657.40 | 337.92 |
| EUR/NOK | FX (Scandie M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/NOK | FX (Scandie M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| EUR/PLN | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/PLN | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| EUR/RON | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/RON | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| EUR/RUB | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/RUB | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| EUR/SEK | FX (Scandie M/L ATM) | 29/08/2008 | 73.04 | 37.54 |
| EUR/SEK | FX (Scandie M/L Skew) | 29/08/2008 | 237.39 | 122.02 |
| EUR/SKK | FX (East Eur M/L ATM) | 29/08/2008 | 0.00 | 0.00 |
| EUR/SKK | FX (East Eur M/L Skew) | 29/08/2008 | 0.00 | 0.00 |
| EUR/TRY | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/TRY | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| EUR/USD | FX (Barriers) | 29/08/2008 | 1,826.10 | 938.65 |
| EUR/USD | FX (FVAs) | 29/08/2008 | 2,191.32 | 1,126.38 |
| EUR/USD | FX (M/L ATM) | 29/08/2008 | 255.65 | 131.41 |
| EUR/USD | FX (M/L Skew) | 29/08/2008 | 593.48 | 305.07 |
| EUR/ZAR | FX (Other M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| EUR/ZAR | FX (Other M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| GBP/CHF | FX (M/L ATM) | 29/08/2008 | 109.57 | 56.32 |
| GBP/CHF | FX (M/L Skew) | 29/08/2008 | 356.09 | 183.03 |
| GBP/JPY | FX (M/L ATM) | 29/08/2008 | 182.61 | 93.86 |
| GBP/JPY | FX (M/L Skew) | 29/08/2008 | 483.92 | 248.75 |
| GBP/USD | FX (M/L ATM) | 29/08/2008 | 182.61 | 93.86 |
| GBP/USD | FX (M/L Skew) | 29/08/2008 | 483.92 | 248.75 |
| JPY/KRW | FX (Asian M/L ATM) | 29/08/2008 | 365.22 | 187.72 |
| JPY/KRW | FX (Asian M/L Skew) | 29/08/2008 | 255.65 | 131.41 |
| LatAm Ccys | FX (Vanilla) | 29/08/2008 | 8,684.02 | 4,463.76 |
| Major Ccys | FX (Vanilla) | 29/08/2008 | 7,039.62 | 3,618.51 |
| NZD/JPY | FX (M/L ATM) | 29/08/2008 | 109.57 | 56.32 |
| NZD/JPY | FX (M/L Skew) | 29/08/2008 | 356.09 | 183.03 |
| NZD/USD | FX (M/L ATM) | 29/08/2008 | 109.57 | 56.32 |
| NZD/USD | FX (M/L Skew) | 29/08/2008 | 237.39 | 122.02 |
| Other Ccys | FX (Vanilla) | 29/08/2008 | 5,111.25 | 2,627.28 |
| Scandinavian Ccys | FX (Vanilla) | 29/08/2008 | 6,057.17 | 3,113.52 |
| USD/BRL | FX (LatAm M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/BRL | FX (LatAm M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| USD/CAD | FX (M/L ATM) | 29/08/2008 | 109.57 | 56.32 |
| USD/CAD | FX (M/L Skew) | 29/08/2008 | 356.09 | 183.03 |
| USD/CHF | FX (M/L ATM) | 29/08/2008 | 182.61 | 93.86 |
| USD/CHF | FX (M/L Skew) | 29/08/2008 | 483.92 | 248.75 |
| USD/CNY | FX (Asian M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/CNY | FX (Asian M/L Skew) | 29/08/2008 | 693.92 | 356.69 |
| USD/HKD | FX (Asian M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/HKD | FX (Asian M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| USD/IDR | FX (Asian M/L ATM) | 29/08/2008 | 292.18 | 150.18 |
| USD/IDR | FX (Asian M/L Skew) | 29/08/2008 | 876.53 | 450.55 |
| USD/INR | FX (Asian M/L ATM) | 29/08/2008 | 0.00 | 0.00 |
| USD/INR | FX (Asian M/L Skew) | 29/08/2008 | 0.00 | 0.00 |
| USD/KRW | FX (Asian M/L ATM) | 29/08/2008 | 365.22 | 187.72 |
| USD/KRW | FX (Asian M/L Skew) | 29/08/2008 | 967.83 | 497.48 |
| USD/NOK | FX (Scandie M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/NOK | FX (Scandie M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| USD/PHP | FX (Asian M/L ATM) | 29/08/2008 | 292.18 | 150.18 |
| USD/PHP | FX (Asian M/L Skew) | 29/08/2008 | 949.57 | 488.10 |
| USD/PLN | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/PLN | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| USD/RUB | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/RUB | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB52 MIDL 4005 1558 9191 74
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562

# mark.

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

| USD/SEK | FX (Scandie M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/SEK | FX (Scandie M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| USD/SGD | FX (Asian M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/SGD | FX (Asian M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| USD/TRY | FX (East Eur M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/TRY | FX (East Eur M/L Skew) | 29/08/2008 | 712.18 | 366.08 |
| USD/TWD | FX (Asian M/L ATM) | 29/08/2008 | 292.18 | 150.18 |
| USD/TWD | FX (Asian M/L Skew) | 29/08/2008 | 949.57 | 488.10 |
| USD/ZAR | FX (Other M/L ATM) | 29/08/2008 | 219.13 | 112.63 |
| USD/ZAR | FX (Other M/L Skew) | 29/08/2008 | 675.66 | 347.31 |
| ZAR/JPY | FX (Other M/L ATM) | 29/08/2008 | 292.18 | 150.18 |
| ZAR/JPY | FX (Other M/L Skew) | 29/08/2008 | 949.57 | 488.10 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB52 MIDL 4005 1558 9191 74
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                    p:+44 (0)20 7260 2000
2 More London Riverside    f: +44 (0)20 7260 2001
London                     www.markit.com
SE1 2AP

**Image Processing Systems**                          14 March 2008
Lehman Brothers Inc
Non-Real Time Data
PO BOX 2097
Secaucus
New Jersey  07096
USA

# INVOICE
# INVOICE

Invoice Number: 08 / 03143640G

Date of Issue: 14/03/08

For the provision of Interest Rate Option Market Valuations:

| | | |
|---|---|---|
| **Pre Discount** | £8,870.00 | |
| **Discounted** | £4,682.07 | |
| **Bespoke** | £1,140.00 | |
| **Commitment** | £0.00 | Your VAT No. |
| **Sub Total:** | £5,822.07 | 25% Discount level = £800 |
| **Total VAT 17.5%:** | £0.00 | 50% Discount level = £1,600 |
| **Total Gross:** | £5,822.07 | |

| Underlying | Market Type | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| USD | Swaption | 29/02/2008 | 30y x 30y | £2,300.00 | £1,214.07 |
| USD | 10y CMS CapFloor | 29/02/2008 | 1817 | £570.00 | £300.88 |
| USD | CMSSpread | 29/02/2008 | 252 | £2,000.00 | £1,055.71 |
| USD | DigitalCMS | 29/02/2008 | 45 | £1,000.00 | £527.85 |
| USD | Inflation | 29/02/2008 | 85 | £1,000.00 | £527.85 |
| USD | Structured Note | 29/02/2008 | 4 | £1,200.00 | £633.43 |
| USD Cap | Inflation | 29/02/2008 | 270 | £800.00 | £422.28 |

Payments may be directly credited to:                Client Reference: 0026

Markit Valuations Ltd.
HSBC, St Albans branch                       VAT Registration Number: 688 9660 52
Account Number: 71824430
Sort Code: 40-40-01                          Please ensure payment within 30 days.
                                             Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

15 July 2008

# INVOICE

Invoice Number: T1000491

Date of Issue: 15/07/08

For the provision of the following Totem Service: Interest Rates - NY

Total Charges:

| | |
|---|---:|
| **Total Cost (GBP):** | 9,440.00 |
| **Discount (GBP):** | -4,466.92 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 4,973.08 |
| **UK VAT at 17.5% (GBP):** | 0.00 |
| **Total (GBP):** | 4,973.08 |

25% Discount level = £800

50% Discount level = £1,600

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---:|---:|
| USD 10y CMS CapFloor | | 30/06/2008 | 570.00 | 300.28 |
| USD CapFloor | 20 | 30/06/2008 | 570.00 | 300.28 |
| USD CMSSpread | 7 pairs | 30/06/2008 | 2,000.00 | 1,053.62 |
| USD DigitalCMS | 44 points | 30/06/2008 | 1,000.00 | 526.81 |
| USD Inflation | Options | 30/06/2008 | 800.00 | 421.45 |
| USD Inflation | ZCSwap | 30/06/2008 | 1,000.00 | 526.81 |
| USD Structures | 4 | 30/06/2008 | 1,200.00 | 632.17 |
| USD Swaption | 30 x 30 | 30/06/2008 | 2,300.00 | 1,211.66 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**                                                20 August 2008

Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

# INVOICE

Invoice Number: T1000812

Date of Issue: 20/08/08

For the provision of the following Totem Service: Interest Rates - NY

Total Charges:

| | |
|---|---:|
| Total Cost (GBP): | 11,640.00 |
| Discount (GBP): | -5,557.75 |
| Bespokes /  Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 6,082.25 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 6,082.25 |

25% Discount level = £800

50% Discount level = £1,600

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---:|---:|
| USD 10yCMSCapFloor | | 31/07/2008 | 570.00 | 297.84 |
| USD Bermudan | | 31/07/2008 | 2,200.00 | 1,149.57 |
| USD CapFloor | 20 | 31/07/2008 | 570.00 | 297.84 |
| USD CMSSpread | 6 pairs | 31/07/2008 | 2,000.00 | 1,045.06 |
| USD DigitalCMS | 45 points | 31/07/2008 | 1,000.00 | 522.53 |
| USD Inflation | Options | 31/07/2008 | 800.00 | 418.02 |
| USD Inflation | ZC | 31/07/2008 | 1,000.00 | 522.53 |
| USD Structures | 4 | 31/07/2008 | 1,200.00 | 627.04 |
| USD Swaption | 30 x 30 | 31/07/2008 | 2,300.00 | 1,201.82 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited   Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



| | |
|---|---|
| Level 5 | p:+44 (0)20 7260 2000 |
| 2 More London Riverside | f: +44 (0)20 7260 2001 |
| London | www.markit.com |
| SE1 2AP | |

**Image Processing Systems**                                      18 September 2008

Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

# INVOICE

Invoice Number: T1001121

Date of Issue: 18/09/08

For the provision of the following Totem Service: Interest Rates - NY

Total Charges:

| | |
|---|---|
| Total Cost (GBP): | 11,640.00 |
| Discount (GBP): | -5,574.35 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 6,065.65 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 6,065.65 |

25% Discount level = £800

50% Discount level = £1,600

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| USD 10v CMS CapFloor | | 29/08/2008 | 570.00 | 297.03 |
| USD Bermudan | | 29/08/2008 | 2,200.00 | 1,146.43 |
| USD CapFloor | 20 | 29/08/2008 | 570.00 | 297.03 |
| USD CMSSpread | 7 pairs | 29/08/2008 | 2,000.00 | 1,042.21 |
| USD DigitalCMS | 45 points | 29/08/2008 | 1,000.00 | 521.10 |
| USD Inflation | Options | 29/08/2008 | 800.00 | 416.88 |
| USD Inflation | ZC | 29/08/2008 | 1,000.00 | 521.10 |
| USD Structures | 4 | 29/08/2008 | 1,200.00 | 625.33 |
| USD Swaption | 30 x 30 | 29/08/2008 | 2,300.00 | 1,198.54 |

Payments may be directly credited to:                    Client Reference: 300
Markit Valuations Ltd.
HSBC, St Albans branch                                    VAT Registration Number: 688 9660 52

Account Number: 71824430                                 Please ensure payment within 30 days.
Sort Code: 40-40-01                                       Contact email: accounts@markit.com

Registered Office Markit Valuations Limited  Level 5  2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                     p:+44 (0)20 7260 2000
2 More London Riverside     f: +44 (0)20 7260 2001
London                      www.markit.com
SE1 2AP

**Mr. Scott Goswami**                                    20 September 2006
Lehman Brothers Inc
13th Floor
745 Seventh Avenue
New York
New York  NY  10019
USA

# INVOICE
# INVOICE

Invoice Number: 06 / 09201372G

Date of Issue: 20/09/06

For the provision of Precious Metals Market Valuations:

Total Charges:

| | |
|---|---|
| **Pre Discount** | £775.00 |
| **Discounted** | £387.50 |
| **Daily Data Rebate:** | £0.00 |
| **Bespoke:** | £0.00 |
| **Commitment** | £0.00 |
| **Sub Total:** | £387.50 |
| **VAT:** | £0.00  Your VAT No. |
| **Total Gross:** | £387.50 |

25% Discount level = £0
50% Discount level = £0

| Market Type | Underlying | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| Precious Metals | XAU | 31/08/2006 | 110 | £775.00 | £387.50 |

Payments may be directly credited to:                    Client Reference:

Markit Valuations Ltd.                          VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                             Please ensure payment within 30
                                                Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562

Level 5                    p:+44 (0)20 7260 2000
2 More London Riverside    f: +44 (0)20 7260 2001
London                     www.markit.com
SE1 2AP

**Image Processing Systems**                18 September 2007
Lehman Brothers Inc
Non-Real Time Data
PO BOX 2097
Secaucus
New Jersey  07096
USA

# INVOICE

# INVOICE

Invoice Number: 07 / 09181372G

Date of Issue: 18/09/07

For the provision of Precious Metals Market Valuations:

Total Charges:

| | |
|---|---|
| **Pre Discount** | £825.00 |
| **Discount:** | -£356.25 |
| **Daily Data Rebate:** | £0.00 |
| **Bespoke:** | £0.00 |
| **Sub Total:** | £468.75 |
| **VAT:** | £0.00  Your VAT No. |
| **Total Gross:** | £468.75 |

25% Discount level = £75
50% Discount level = £150

| Market Type | Underlying | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| Precious Metals | XAG | 31/08/2007 | 0 | £0.00 | £0.00 |
| Precious Metals | XAU | 31/08/2007 | 130 | £825.00 | £468.75 |

Payments may be directly credited to:              Client Reference:

Markit Valuations Ltd.                      VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                        Please ensure payment within 30 days.
                                           Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                       p:+44 (0)20 7260 2000
2 More London Riverside       f: +44 (0)20 7260 2001
London                        www.markit.com
SE1 2AP

**Image Processing Systems**                          14 March 2008
Lehman Brothers Inc
Non-Real Time Data
PO BOX 2097
Secaucus
New Jersey  07096
USA

# INVOICE

# INVOICE

Invoice Number: 08 / 03141372G

Date of Issue: 14/03/08

For the provision of Precious Metals Market Valuations:

Total Charges:

| | | |
|---|---|---|
| **Pre Discount** | £950.00 | |
| **Discount:** | -£437.50 | |
| **Daily Data Rebate:** | £0.00 | |
| **Bespoke** | £0.00 | |
| **Sub Total:** | £512.50 | |
| **VAT:** | £0.00 | Your VAT No. |
| **Total Gross:** | £512.50 | |

25% Discount level = £50
50% Discount level = £100

| Market Type | Underlying | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| Precious Metals | XAG | 29/02/2008 | 12 | £220.00 | £118.68 |
| Precious Metals | XAU | 29/02/2008 | 96 | £730.00 | £393.82 |

Payments may be directly credited to:            Client Reference: 0026

Markit Valuations Ltd.                           VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                              Please ensure payment within 30 days.
                                                 Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP   Registered in England No 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

20 August 2008

# INVOICE

Invoice Number: T1000813

Date of Issue: 20/08/08

For the provision of the following Totem Service: Precious Metals

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 1,375.00 |
| **Discount (GBP):** | -650.00 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 725.00 |
| **UK VAT at 17.5% (GBP):** | 0.00 |
| **Total (GBP):** | 725.00 |

25% Discount level = £50

50% Discount level = £100

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| Precious Metals | XAG | 31/07/2008 | 550.00 | 290.00 |
| Precious Metals | XAU | 31/07/2008 | 825.00 | 435.00 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Image Processing Systems**
Lehman Brothers Inc,
Non-Real Time Data,
PO BOX 2097,
Secaucus 07096
New Jersey,
USA

18 September 2008

# INVOICE

Invoice Number: T1001122

Date of Issue: 18/09/08

For the provision of the following Totem Service: Precious Metals

Total Charges:

| | |
|---|---:|
| Total Cost (GBP): | 1,585.00 |
| Discount (GBP): | -755.00 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 830.00 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 830.00 |

25% Discount level = £50

50% Discount level = £100

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| Precious Metals | XAG | 29/08/2008 | 540.00 | 282.78 |
| Precious Metals | XAU | 29/08/2008 | 575.00 | 301.10 |
| Precious Metals | XPD | 29/08/2008 | 210.00 | 109.97 |
| Precious Metals | XPT | 29/08/2008 | 260.00 | 136.15 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup CURRENCY OPTION MARKET
VALUATIONS  Acct# N/A - PO860**
Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

13 February 2007

# INVOICE
# INVOICE

Invoice Number: 07 / 02131785G

Date of Issue: 13/02/07

For the provision of Currency Option Market Valuations:

Total Charges:

| | | |
|---|---|---|
| Pre Discount | £1,200.00 | |
| Discounted Total: | £676.36 | |
| Daily Data | £0.00 | |
| Bespoke: | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £676.36 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £1,400 |
| Total Gross: | £676.36 | 50% Discount level = £2,800 |

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (FVAs) | USD/JPY | 31/01/2007 | £1,200.00 | £676.36 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 00262

VAT Registration Number: 688 9660 52

Please ensure payment within 30
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup CURRENCY OPTION MARKET
VALUATIONS  Acct# N/A - PO860**

13 June 2007

Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE
# INVOICE

Invoice Number: 07 / 06131785G

Date of Issue: 13/06/07

For the provision of Currency Option Market Valuations:

Total Charges:

| | |
|---|---|
| Pre Discount | £2,245.00 |
| Discounted Total: | £1,216.40 |
| Daily Data | £0.00 |
| Bespoke: | £0.00 |
| Commitment Discount: | £0.00 |
| Sub Total: | £1,216.40 |
| Total VAT 17.5%: | £0.00 |
| Total Gross: | £1,216.40 |

25% Discount level = £1,400

50% Discount level = £2,800

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (Asian M/L ATM) | USD/CNY | 31/05/2007 | £120.00 | £65.02 |
| FX (Asian M/L ATM) | USD/IDR | 31/05/2007 | £160.00 | £86.69 |
| FX (Asian M/L ATM) | USD/KRW | 31/05/2007 | £160.00 | £86.69 |
| FX (Asian M/L ATM) | USD/SGD | 31/05/2007 | £160.00 | £86.69 |
| FX (Asian M/L ATM) | USD/TWD | 31/05/2007 | £160.00 | £86.69 |
| FX (Asian M/L Skew) | USD/CNY | 31/05/2007 | £360.00 | £195.06 |
| FX (Asian M/L Skew) | USD/IDR | 31/05/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/KRW | 31/05/2007 | £0.00 | £0.00 |

Payments may be directly credited to:

Client Reference: 00262

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

| | | | | |
|---|---|---|---|---|
| FX (Asian M/L Skew) | USD/SGD | 31/05/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/TWD | 31/05/2007 | £0.00 | £0.00 |
| FX (M/L ATM) | AUD/JPY | 31/05/2007 | £220.00 | £119.20 |
| FX (M/L ATM) | USD/JPY | 31/05/2007 | £200.00 | £108.37 |
| FX (M/L Skew) | AUD/JPY | 31/05/2007 | £390.00 | £211.31 |
| FX (M/L Skew) | USD/JPY | 31/05/2007 | £315.00 | £170.68 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 00262

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP   Registered in England No. 3352562

Level 5                  p:+44 (0)20 7260 2000
2 More London Riverside  f: +44 (0)20 7260 2001
London                   www.markit.com
SE1 2AP

**Invoice Processing Pickup CURRENCY OPTION MARKET**                13 July 2007
**VALUATIONS  Acct# N/A**
Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE
# INVOICE

Invoice Number: 07 / 07131785G

Date of Issue: 13/07/07

For the provision of Currency Option Market Valuations:

Total Charges:

| | | |
|---|---|---|
| Pre Discount | £1,045.00 | |
| Discounted Total: | £563.82 | |
| Daily Data | £0.00 | |
| Bespoke: | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £563.82 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £1,400 |
| Total Gross: | £563.82 | 50% Discount level = £2,800 |

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (Asian M/L ATM) | USD/CNY | 29/06/2007 | £0.00 | £0.00 |
| FX (Asian M/L ATM) | USD/IDR | 29/06/2007 | £0.00 | £0.00 |
| FX (Asian M/L ATM) | USD/KRW | 29/06/2007 | £0.00 | £0.00 |
| FX (Asian M/L ATM) | USD/SGD | 29/06/2007 | £0.00 | £0.00 |
| FX (Asian M/L ATM) | USD/TWD | 29/06/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/CNY | 29/06/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/IDR | 29/06/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/KRW | 29/06/2007 | £0.00 | £0.00 |

Payments may be directly credited to:                Client Reference: 00262

Markit Valuations Ltd.                              VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                        Please ensure payment within 30 days.
                                           Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                     p:+44 (0)20 7260 2000
2 More London Riverside     f: +44 (0)20 7260 2001
London                      www.markit.com
SE1 2AP

| FX (Asian M/L Skew) | USD/SGD | 29/06/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/TWD | 29/06/2007 | £0.00 | £0.00 |
| FX (M/L ATM) | AUD/JPY | 29/06/2007 | £200.00 | £107.91 |
| FX (M/L ATM) | USD/JPY | 29/06/2007 | £200.00 | £107.91 |
| FX (M/L Skew) | AUD/JPY | 29/06/2007 | £330.00 | £178.05 |
| FX (M/L Skew) | USD/JPY | 29/06/2007 | £315.00 | £169.96 |

Payments may be directly credited to:        Client Reference: 00262

Markit Valuations Ltd.                         VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                            Please ensure payment within 30 days.
                                               Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                    p:+44 (0)20 7260 2000
2 More London Riverside    f: +44 (0)20 7260 2001
London                     www.markit.com
SE1 2AP

**Invoice Processing Pickup CURRENCY OPTION MARKET**                    21 August 2007
**VALUATIONS  Acct# N/A**
Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

# INVOICE

<u>Invoice Number: 07 / 08211785G</u>

Date of Issue: 21/08/07

For the provision of Currency Option Market Valuations:

    Total Charges:

| | | |
|---|---|---|
| Pre Discount | £580.00 | |
| Discounted Total: | £314.01 | |
| Daily Data | £0.00 | |
| Bespoke: | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £314.01 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £1,400 |
| <u>Total Gross:</u> | <u>£314.01</u> | 50% Discount level = £2,800 |

    Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (Asian M/L ATM) | USD/CNY | 31/07/2007 | £0.00 | £0.00 |
| FX (Asian M/L ATM) | USD/IDR | 31/07/2007 | £0.00 | £0.00 |
| FX (Asian M/L ATM) | USD/KRW | 31/07/2007 | £0.00 | £0.00 |
| FX (Asian M/L ATM) | USD/SGD | 31/07/2007 | £0.00 | £0.00 |
| FX (Asian M/L ATM) | USD/TWD | 31/07/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/CNY | 31/07/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/IDR | 31/07/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/KRW | 31/07/2007 | £0.00 | £0.00 |

Payments may be directly credited to:              Client Reference: 00262

Markit Valuations Ltd.
HSBC, St Albans branch                    <u>VAT Registration Number: 688 9660 52</u>
Account Number: 71824430
Sort Code: 40-40-01
                                          Please ensure payment within 30 days.
                                          Contact email: accounts@markit.com

Registered Office Markit Valuations Limited   Level 5, 2 More London Riverside, London SE1 2AP   Registered in England No. 3352562

Level 5                  p:+44 (0)20 7260 2000
2 More London Riverside  f: +44 (0)20 7260 2001
London                   www.markit.com
SE1 2AP

| FX (Asian M/L Skew) | USD/SGD | 31/07/2007 | £0.00 | £0.00 |
| FX (Asian M/L Skew) | USD/TWD | 31/07/2007 | £0.00 | £0.00 |
| FX (M/L ATM) | AUD/JPY | 31/07/2007 | £200.00 | £108.28 |
| FX (M/L ATM) | USD/JPY | 31/07/2007 | £200.00 | £108.28 |
| FX (M/L Skew) | AUD/JPY | 31/07/2007 | £180.00 | £97.45 |
| FX (M/L Skew) | USD/JPY | 31/07/2007 | £0.00 | £0.00 |

Payments may be directly credited to:                Client Reference: 00262

Markit Valuations Ltd.                                VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                                   Please ensure payment within 30 days.
                                                      Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                      p:+44 (0)20 7260 2000
2 More London Riverside      f: +44 (0)20 7260 2001
London                       www.markit.com
SE1 2AP

**Invoice Processing Pickup CURRENCY OPTION MARKET**            18 September 2007
**VALUATIONS  Acct# N/A**
Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 09181785G

# INVOICE

Date of Issue: 18/09/07

For the provision of Currency Option Market Valuations:

Total Charges:

| | | |
|---|---|---|
| Pre Discount | £460.00 | |
| Discounted Total: | £246.19 | |
| Daily Data | £0.00 | |
| Bespoke: | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £246.19 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £1,400 |
| Total Gross: | £246.19 | 50% Discount level = £2,800 |

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (M/L ATM) | AUD/JPY | 31/08/2007 | £80.00 | £42.82 |
| FX (M/L ATM) | USD/JPY | 31/08/2007 | £200.00 | £107.04 |
| FX (M/L Skew) | AUD/JPY | 31/08/2007 | £0.00 | £0.00 |
| FX (M/L Skew) | USD/JPY | 31/08/2007 | £180.00 | £96.34 |

Payments may be directly credited to:              Client Reference: 00262

Markit Valuations Ltd.                             VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                                Please ensure payment within 30 days.
                                                   Contact email: accounts@markit.com

Registered Office Markit Valuations Limited  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No  3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup CURRENCY OPTION MARKET VALUATIONS  Acct# N/A**

Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

18 October 2007

# INVOICE

Invoice Number: 07 / 10181785G

# INVOICE

Date of Issue: 18/10/07

For the provision of Currency Option Market Valuations:

Total Charges:

| | | |
|---|---|---|
| Pre Discount | £940.00 | |
| Discounted Total: | £499.96 | |
| Daily Data | £0.00 | |
| Bespoke: | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £499.96 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £1,400 |
| Total Gross: | £499.96 | 50% Discount level = £2,800 |

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (M/L ATM) | AUD/JPY | 28/09/2007 | £220.00 | £117.01 |
| FX (M/L ATM) | USD/JPY | 28/09/2007 | £180.00 | £95.74 |
| FX (M/L Skew) | AUD/JPY | 28/09/2007 | £270.00 | £143.61 |
| FX (M/L Skew) | USD/JPY | 28/09/2007 | £270.00 | £143.61 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 00262

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP   Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup CURRENCY OPTION MARKET VALUATIONS  Acct# N/A**

23 November 2007

Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE
# INVOICE

Invoice Number: 07 / 11231785G

Date of Issue: 23/11/07

For the provision of Currency Option Market Valuations:

Total Charges:

| | | |
|---|---|---|
| Pre Discount | £925.00 | |
| Discounted Total: | £491.43 | |
| Daily Data | £0.00 | |
| Bespoke: | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £491.43 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £1,400 |
| Total Gross: | £491.43 | 50% Discount level = £2,800 |

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (M/L ATM) | AUD/JPY | 31/10/2007 | £200.00 | £106.26 |
| FX (M/L ATM) | USD/JPY | 31/10/2007 | £200.00 | £106.26 |
| FX (M/L Skew) | AUD/JPY | 31/10/2007 | £165.00 | £87.66 |
| FX (M/L Skew) | USD/JPY | 31/10/2007 | £360.00 | £191.26 |

Payments may be directly credited to:

Client Reference: 00262

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                  p:+44 (0)20 7260 2000
2 More London Riverside  f: +44 (0)20 7260 2001
London                   www.markit.com
SE1 2AP

**Invoice Processing Pickup CURRENCY OPTION MARKET**          14 December 2007
**VALUATIONS  Acct# N/A**
Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

# INVOICE

Invoice Number: 07 / 12141785G

Date of Issue: 14/12/07

For the provision of Currency Option Market Valuations:

Total Charges:

| | | |
|---|---|---|
| Pre Discount | £575.00 | |
| Discounted Total: | £304.80 | |
| Daily Data | £0.00 | |
| Bespoke: | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £304.80 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £1,400 |
| Total Gross: | £304.80 | 50% Discount level = £2,800 |

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (M/L ATM) | AUD/JPY | 30/11/2007 | £120.00 | £63.61 |
| FX (M/L ATM) | USD/JPY | 30/11/2007 | £200.00 | £106.02 |
| FX (M/L Skew) | AUD/JPY | 30/11/2007 | £255.00 | £135.17 |
| FX (M/L Skew) | USD/JPY | 30/11/2007 | £0.00 | £0.00 |

Payments may be directly credited to:          Client Reference: 00262

Markit Valuations Ltd.                          VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                             Please ensure payment within 30 days.
                                                Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5                    p:+44 (0)20 7260 2000
2 More London Riverside    f: +44 (0)20 7260 2001
London                     www.markit.com
SE1 2AP

**Invoice Processing Pickup CURRENCY OPTION MARKET**                    28 January 2008
**VALUATIONS  Acct# N/A**
Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE
# INVOICE

Invoice Number: 08 / 01281785G

Date of Issue: 28/01/08

For the provision of Currency Option Market Valuations:

Total Charges:

| | | |
|---|---|---|
| Pre Discount | £560.00 | |
| Discounted Total: | £294.02 | |
| Daily Data | £0.00 | |
| Bespoke: | £650.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £944.02 | |
| Total VAT 17.5%: | £0.00 | 25% Discount level = £1,200 |
| Total Gross: | £944.02 | 50% Discount level = £2,400 |

Detail By Market:

| Market Type | Underlying | Val Date | Cost | Discounted |
|---|---|---|---|---|
| FX (M/L ATM) | AUD/JPY | 28/12/2007 | £200.00 | £105.01 |
| FX (M/L ATM) | USD/JPY | 28/12/2007 | £120.00 | £63.00 |
| FX (M/L Skew) | AUD/JPY | 28/12/2007 | £0.00 | £0.00 |
| FX (M/L Skew) | USD/JPY | 28/12/2007 | £240.00 | £126.01 |

Payments may be directly credited to:                    Client Reference: 00262

Markit Valuations Ltd.                                    VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                                       Please ensure payment within 30 days.
                                                          Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Ayako Ota (Invoice Processing Pickup Centre)**                                          15 July 2008
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

# INVOICE

Invoice Number: T1000498

Date of Issue: 15/07/08

For the provision of the following Totem Service: FX - Tokyo

Total Charges:

| | |
|---|---:|
| Total Cost (GBP): | 970.00 |
| Discount (GBP): | -468.31 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 501.69 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 501.69 |

25% Discount level = £1,200

50% Discount level = £2,400

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---:|---:|
| AUD/JPY | FX (M/L ATM) | 30/06/2008 | 200.00 | 103.44 |
| AUD/JPY | FX (M/L Skew) | 30/06/2008 | 245.00 | 126.72 |
| USD/JPY | FX (M/L ATM) | 30/06/2008 | 200.00 | 103.44 |
| USD/JPY | FX (M/L Skew) | 30/06/2008 | 325.00 | 168.09 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562



| | |
|---|---|
| Level 5 | p:+44 (0)20 7260 2000 |
| 2 More London Riverside | f: +44 (0)20 7260 2001 |
| London | www.markit.com |
| SE1 2AP | |

**Ayako Ota (Invoice Processing Pickup Centre)**            20 August 2008
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

# INVOICE

Invoice Number: T1000820

Date of Issue: 20/08/08

For the provision of the following Totem Service: FX - Tokyo

Total Charges:

| | |
|---|---|
| Total Cost (GBP): | 957.50 |
| Discount (GBP): | -463.74 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 493.76 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 493.76 |

25% Discount level = £1,200

50% Discount level = £2,400

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| AUD/JPY | FX (M/L ATM) | 31/07/2008 | 100.00 | 51.57 |
| AUD/JPY | FX (M/L Skew) | 31/07/2008 | 252.50 | 130.21 |
| USD/JPY | FX (M/L ATM) | 31/07/2008 | 160.00 | 82.51 |
| USD/JPY | FX (M/L Skew) | 31/07/2008 | 445.00 | 229.47 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Ayako Ota (Invoice Processing Pickup Centre)**
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

18 September 2008

# INVOICE

Invoice Number: T1001129

Date of Issue: 18/09/08

For the provision of the following Totem Service: FX - Tokyo

Total Charges:

| | |
|---|---|
| Total Cost (GBP): | 1,110.00 |
| Discount (GBP): | -539.44 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 570.56 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 570.56 |

25% Discount level = £1,200

50% Discount level = £2,400

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| AUD/JPY | FX (M/L ATM) | 29/08/2008 | 200.00 | 102.80 |
| AUD/JPY | FX (M/L Skew) | 29/08/2008 | 265.00 | 136.22 |
| USD/JPY | FX (M/L ATM) | 29/08/2008 | 200.00 | 102.80 |
| USD/JPY | FX (M/L Skew) | 29/08/2008 | 445.00 | 228.74 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION
MARKET VALUATIONS Acct#00262 - PO853**                     17 April 2007
Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 0417770J

For the provision of Equity Option Market Valuations:

Date of Issue: 17/04/07

Total Charges:

| | | |
|---|---|---:|
| Pre Discount Total: | GBP | 2,005.00 |
| Discounted Total: | GBP | 1,119.99 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -192.13 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 927.87 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 927.87 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Equity | KOSPI 200 | 30/03/2007 | 76 | 630.00 | 351.92 |
| Equity | NIKKEI 225 | 30/03/2007 | 126 | 880.00 | 491.57 |
| Equity | HANG SENG | 30/03/2007 | 49 | 495.00 | 276.51 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference:

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited  Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION MARKET VALUATIONS Acct#00262 - PO853**

11 May 2007

Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 0511770J

For the provision of Equity Option Market Valuations:

Date of Issue: 11/05/07

Total Charges:

| | | |
|---|---|---|
| Pre Discount Total: | GBP | 1,557.38 |
| Discounted Total: | GBP | 839.59 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -203.20 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 636.39 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 636.39 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Equity | KOSPI 200 | 30/04/2007 | 76 | 630.00 | 339.64 |
| Stock | Stocks - Far East | 30/04/2007 | 16 | 47.38 | 25.54 |
| Equity | NIKKEI 225 | 30/04/2007 | 126 | 880.00 | 474.41 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION
MARKET VALUATIONS Acct#00262 - PO853**
Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

13 June 2007

# INVOICE

Invoice Number: 07 / 0613770J

For the provision of Equity Option Market Valuations:

Date of Issue: 13/06/07

Total Charges:

| | | |
|---|---|---:|
| Pre Discount Total: | GBP | 3,055.31 |
| Discounted Total: | GBP | 1,612.76 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -459.76 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 1,153.00 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 1,153.00 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Equity | NIKKEI 225 | 31/05/2007 | 126 | 880.00 | 464.51 |
| Equity | KOSPI 200 | 31/05/2007 | 76 | 630.00 | 332.55 |
| Equity | HANG SENG | 31/05/2007 | 82 | 660.00 | 348.38 |
| Stock | Stocks - Far East | 31/05/2007 | 308 | 885.31 | 467.32 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference:

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION MARKET VALUATIONS Acct#00262 - PO853**

13 July 2007

Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 0713770J

For the provision of Equity Option Market Valuations:

Date of Issue: 13/07/07

Total Charges:

| | | |
|---|---|---|
| Pre Discount Total: | GBP | 6,655.59 |
| Discounted Total: | GBP | 3,465.63 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -1,086.07 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 2,379.56 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 2,379.56 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Equity | HANG SENG | 29/06/2007 | 82 | 660.00 | 343.67 |
| Stock | Stocks - Far East | 29/06/2007 | 1630 | 4,485.59 | 2,335.69 |
| Equity | NIKKEI 225 | 29/06/2007 | 126 | 880.00 | 458.22 |
| Equity | KOSPI 200 | 29/06/2007 | 76 | 630.00 | 328.05 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION
MARKET VALUATIONS Acct#00262 - PO853**

21 August 2007

Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 0821770J

For the provision of Equity Option Market Valuations:

Date of Issue: 21/08/07

Total Charges:

| | | |
|---|---|---|
| Pre Discount Total: | GBP | 6,808.54 |
| Discounted Total: | GBP | 3,549.95 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -1,102.72 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 2,447.23 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 2,447.23 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Stock | Stocks - Far East | 31/07/2007 | 1686 | 4,638.54 | 2,418.52 |
| Equity | HANG SENG | 31/07/2007 | 82 | 660.00 | 344.12 |
| Equity | NIKKEI 225 | 31/07/2007 | 126 | 880.00 | 458.83 |
| Equity | KOSPI 200 | 31/07/2007 | 76 | 630.00 | 328.48 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION
MARKET VALUATIONS Acct#00262 - PO853**
Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

18 September 2007

# INVOICE

Invoice Number: 07 / 0918770J

For the provision of Equity Option Market Valuations:

Date of Issue: 18/09/07

Total Charges:

| | | |
|---|---|---:|
| Pre Discount Total: | GBP | 7,313.04 |
| Discounted Total: | GBP | 3,797.64 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -1,211.73 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 2,585.92 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 2,585.92 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Equity | NIKKEI 225 | 20/08/2007 | 96 | 500.00 | 259.65 |
| Equity | KOSPI 200 | 31/08/2007 | 76 | 630.00 | 327.16 |
| Equity | NIKKEI 225 | 31/08/2007 | 126 | 880.00 | 456.98 |
| Stock | Stocks - Far East | 31/08/2007 | 1696 | 4,643.04 | 2,411.12 |
| Equity | HANG SENG | 31/08/2007 | 82 | 660.00 | 342.74 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference:

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION MARKET VALUATIONS Acct#00262 - PO853**

18 October 2007

Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 1018770J

For the provision of Equity Option Market Valuations:

Date of Issue: 18/10/07

Total Charges:

| | | |
|---|---|---:|
| Pre Discount Total: | GBP | 6,590.89 |
| Discounted Total: | GBP | 3,410.00 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -1,114.52 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 2,295.48 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 2,295.48 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Stock | Stocks - Far East | 28/09/2007 | 1682 | 4,585.89 | 2,372.65 |
| Equity | HANG SENG | 28/09/2007 | 49 | 495.00 | 256.10 |
| Equity | NIKKEI 225 | 28/09/2007 | 126 | 880.00 | 455.30 |
| Equity | KOSPI 200 | 28/09/2007 | 76 | 630.00 | 325.95 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference:

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited  Level 5, 2 More London Riverside, London SE1 2AP   Registered in England No. 3352562

Level 5    p:+44 (0)20 7260 2000
2 More London Riverside f: +44 (0)20 7260 2001
London     www.markit.com
SE1 2AP

**Invoice Processing Pickup EQUITY OPTION**   23 November 2007
**MARKET VALUATIONS Acct#00262 - PO853**
Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 1123770J

For the provision of Equity Option Market Valuations:

Date of Issue: 23/11/07

Total Charges:

| | | |
|---|---|---|
| Pre Discount Total: | GBP | 7,804.92 |
| Discounted Total: | GBP | 4,033.69 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -1,327.69 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 2,706.00 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 2,706.00 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Equity | NIKKEI 225 | 22/10/2007 | 124 | 500.00 | 258.41 |
| Equity | HANG SENG | 31/10/2007 | 82 | 660.00 | 341.10 |
| Equity | KOSPI 200 | 31/10/2007 | 76 | 630.00 | 325.59 |
| Stock | Stocks - Far East | 31/10/2007 | 1886 | 5,134.92 | 2,653.80 |
| Equity | NIKKEI 225 | 31/10/2007 | 126 | 880.00 | 454.80 |

Payments may be directly credited to:   Client Reference:

Markit Valuations Ltd.      VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01      Please ensure payment within 30 days.
            Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION MARKET VALUATIONS Acct#00262 - PO853**

14 December 2007

Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 1214770J

For the provision of Equity Option Market Valuations:

Date of Issue: 14/12/07

Total Charges:

| | | |
|---|---|---:|
| Pre Discount Total: | GBP | 7,006.36 |
| Discounted Total: | GBP | 3,612.77 |
| Bespoke: | GBP | 0.00 |
| Special Discount: | GBP | -1,206.44 |
| Commitment Discount: | GBP | 0.00 |
| Sub Total: | GBP | 2,406.33 |
| VAT: | GBP | 0.00 |
| Total Gross: | GBP | 2,406.33 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Equity | NIKKEI 225 | 20/11/2007 | 124 | 500.00 | 257.82 |
| Equity | NIKKEI 225 | 30/11/2007 | 93 | 715.00 | 368.68 |
| Equity | KOSPI 200 | 30/11/2007 | 46 | 480.00 | 247.51 |
| Stock | Stocks - Far East | 30/11/2007 | 1960 | 5,311.36 | 2,738.76 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP   Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup EQUITY OPTION
MARKET VALUATIONS Acct#00262 - PO853**
Lehman Brothers Japan Inc
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

28 January 2008

# INVOICE

Invoice Number: 08 / 0128770J

For the provision of Equity Option Market Valuations:

Date of Issue: 28/01/08

Total Charges:

| | | |
|---|---|---:|
| **Pre Discount Total:** | GBP | 7,822.32 |
| **Discounted Total:** | GBP | 4,107.40 |
| **Bespoke:** | GBP | 0.00 |
| **Special Discount:** | GBP | -1,349.77 |
| **Commitment Discount:** | GBP | 0.00 |
| **Sub Total:** | GBP | 2,757.63 |
| **VAT:** | GBP | 0.00 |
| **Total Gross:** | GBP | 2,757.63 |

Your VAT No.

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---:|---:|
| Stock | Stocks - Far East | 28/12/2007 | 2066 | 5,592.32 | 2,936.46 |
| Equity | NIKKEI 225 | 28/12/2007 | 153 | 1,015.00 | 532.96 |
| Equity | NIKKEI 225 | 19/12/2007 | 92 | 500.00 | 262.54 |
| Equity | HANG SENG | 28/12/2007 | 93 | 715.00 | 375.44 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference:

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Ayako Ota (Invoice Processing Pickup Centre)**
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

15 July 2008

# INVOICE

Invoice Number: T1000497

Date of Issue: 15/07/08

For the provision of the following Totem Service: Equity - AsiaPac

Total Charges:

| | |
|---|---|
| Total Cost (JPY): | 2,704,132.91 |
| Discount (JPY): | -1,762,047.31 |
| Bespokes / Wildcards (JPY): | 0.00 |
| Sub Total (JPY): | 942,085.60 |
| UK VAT at 17.5% (JPY): | 0.00 |
| Total (JPY): | 942,085.60 |

FX Rate: 211.04

25% Discount level = £1,950

50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| ASX 200 | 40 | 30/06/2008 | 94,968.00 | 33,086.05 |
| HANG SENG | 38 | 30/06/2008 | 92,857.60 | 32,351.04 |
| HANG SENG CHINA H-FINANCIALS INDEX | 18 | 30/06/2008 | 59,091.20 | 20,586.64 |
| HSCEI | 76 | 30/06/2008 | 132,955.20 | 46,320.47 |
| KOSPI 200 | 76 | 30/06/2008 | 132,955.20 | 46,320.47 |
| MSCI SINGAPORE | 48 | 30/06/2008 | 103,409.60 | 36,026.09 |
| MSCI TAIWAN | 46 | 30/06/2008 | 101,299.20 | 35,291.08 |
| NIKKEI 225 | 103 | 16/06/2008 | 105,520.00 | 36,761.11 |
| NIKKEI 225 | 126 | 30/06/2008 | 185,715.20 | 64,699.97 |
| S&P NIFTY 50 | 64 | 30/06/2008 | 120,292.80 | 41,908.29 |
| Stocks - Far East | 1934 | 30/06/2008 | 1,110,780.91 | 386,983.41 |
| TOKYO REIT | 64 | 30/06/2008 | 120,292.80 | 41,908.29 |
| TOPIX | 60 | 30/06/2008 | 116,072.00 | 40,438.27 |
| TOPIX BANKS INDEX | 32 | 30/06/2008 | 86,526.40 | 30,143.90 |
| TOPIX CORE 30 | 16 | 30/06/2008 | 54,870.40 | 19,116.62 |
| TWI | 32 | 30/06/2008 | 86,526.40 | 30,143.90 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB79 MIDL 4005 1559 2877 73
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562