

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Ayako Ota (Invoice Processing Pickup Centre)**
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

20 August 2008

# INVOICE

Invoice Number: T1000819

Date of Issue: 20/08/08

For the provision of the following Totem Service: Equity - AsiaPac

Total Charges:

| | |
|---|---:|
| Total Cost (JPY): | 3,302,842.45 |
| Discount (JPY): | -2,161,942.30 |
| Bespokes / Wildcards (JPY): | 179,894.40 |
| Sub Total (JPY): | 1,320,791.11 |
| UK VAT at 17.5% (JPY): | 0.00 |
| Total (JPY): | 1,320,791.11 |

FX Rate: 214.16

25% Discount level = £1,950

50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---:|---:|
| 1800-ORD-XHKG-HKD | Wildcard | 31/07/2008 | 25,699.20 | 25,699.20 |
| 688-ORD-XHKG-HKD | Wildcard | 31/07/2008 | 25,699.20 | 25,699.20 |
| 728-ORD-XHKG-HKD | Wildcard | 31/07/2008 | 25,699.20 | 25,699.20 |
| ASX 200 | 72 | 31/07/2008 | 106,223.36 | 36,692.58 |
| HANG SENG | 134 | 31/07/2008 | 146,057.12 | 50,453.37 |
| HANG SENG CHINA H-FINANCIALS INDEX | 51 | 31/07/2008 | 92,731.28 | 32,031.32 |
| HSCEI | 114 | 31/07/2008 | 133,207.52 | 46,012.95 |
| KOSPI 200 | 113 | 31/07/2008 | 132,565.04 | 45,792.11 |
| MSCI SINGAPORE | 96 | 31/07/2008 | 121,642.88 | 42,018.51 |
| MSCI TAIWAN | 74 | 31/07/2008 | 107,508.32 | 37,136.41 |
| NIKKEI 225 | 126 | 15/07/2008 | 107,080.00 | 36,989.18 |
| NIKKEI 225 | 164 | 31/07/2008 | 165,331.52 | 57,110.78 |
| S&P NIFTY 50 | 96 | 31/07/2008 | 121,642.88 | 42,018.51 |
| Stocks - Far East | 4717 | 31/07/2008 | 1,668,587.49 | 576,380.43 |
| TOKYO REIT | 96 | 31/07/2008 | 121,642.88 | 42,018.51 |
| TOPIX | 87 | 31/07/2008 | 115,860.56 | 40,022.36 |
| TOPIX BANKS INDEX | Wildcard | 31/07/2008 | 102,796.80 | 102,796.80 |
| TOPIX CORE 30 | 24 | 31/07/2008 | 51,398.40 | 17,755.23 |
| TWI | 80 | 31/07/2008 | 111,363.20 | 38,467.89 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB79 MIDL 4005 1559 2877 73
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com



Level 5
2 More London Riverside
London
SE1 2AP

p.:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Ayako Ota (Invoice Processing Pickup Centre)**
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

18 September 2008

# INVOICE

Invoice Number: T1001128

Date of Issue: 18/09/08

For the provision of the following Totem Service: Equity - AsiaPac

Total Charges:

| | |
|---|---|
| Total Cost (JPY): | 2,763,543.49 |
| Discount (JPY): | -1,806,581.29 |
| Bespokes / Wildcards (JPY): | 0.00 |
| Sub Total (JPY): | 956,955.88 |
| UK VAT at 17.5% (JPY): | 0.00 |
| Total (JPY): | 956,955.86 |

FX Rate: 198.76

25% Discount level = £1,950

50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| ASX 200 | 72 | 29/08/2008 | 98,584.96 | 34,137.68 |
| HANG SENG | 134 | 29/08/2008 | 135,554.32 | 46,939.31 |
| HANG SENG CHINA H-FINANCIALS INDEX | 87 | 29/08/2008 | 107,529.16 | 37,235.97 |
| HSCEI | 114 | 29/08/2008 | 123,628.72 | 42,810.90 |
| KOSPI 200 | 114 | 29/08/2008 | 123,628.72 | 42,810.90 |
| MSCI TAIWAN | 114 | 29/08/2008 | 123,628.72 | 42,810.90 |
| NIKKEI 225 | 167 | 29/08/2008 | 155,231.56 | 53,753.56 |
| NIKKEI 225 | 54 | 15/08/2008 | 99,380.00 | 34,413.30 |
| S&P NIFTY 50 | 48 | 29/08/2008 | 84,274.24 | 29,182.40 |
| Stocks - Far East | 4172 | 29/08/2008 | 1,378,981.33 | 477,515.79 |
| TOKYO REIT | 96 | 29/08/2008 | 112,895.68 | 39,092.95 |
| TOPIX | 30 | 29/08/2008 | 59,628.00 | 20,647.98 |
| TOPIX CORE 30 | 24 | 29/08/2008 | 47,702.40 | 16,517.59 |
| TWI | 96 | 29/08/2008 | 112,895.68 | 39,092.95 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB79 MIDL 4005 1559 2877 73
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup INTEREST RATE OPTION MARKET VALUATIONS Acct#00263 - PO860**

24 January 2008

Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 0112658GJ

Date of Issue: 24/01/08

For the provision of Interest Rate Option Market Valuations:

| | | |
|---|---|---|
| Pre Discount | £5,250.00 | |
| Discounted Total: | £2,977.52 | |
| Bespoke | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £2,977.52 | 25% Discount level = £1,325 |
| Total VAT 17.5%: | £0.00 | 50% Discount level = £2,650 |
| Total Gross: | £2,977.52 | |

| Underlying | Market Type | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| AUD | PRDC | 28/12/2006 | 7 | £1,000.00 | £567.15 |
| JPY | Quanto | 28/12/2006 | 12 | £400.00 | £226.86 |
| JPY | Structured Note | 28/12/2006 | 4 | £1,200.00 | £680.57 |
| JPY | Swaption | 28/12/2006 | 20 | £1,650.00 | £935.79 |
| USD | PRDC | 28/12/2006 | 15 | £1,000.00 | £567.15 |

Payments may be directly credited to:

Client Reference: 00263

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Invoice Processing Pickup INTEREST RATE OPTION MARKET VALUATIONS Acct#00263 - PO860**

24 January 2008

Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 0213658GJ

Date of Issue: 24/01/08

For the provision of Interest Rate Option Market Valuations:

| | | |
|---|---:|---|
| Pre Discount | £5,350.00 | |
| Discounted Total: | £2,994.30 | |
| Bespoke | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £2,994.30 | 25% Discount level = £1,325 |
| Total VAT 17.5%: | £0.00 | 50% Discount level = £2,650 |
| <u>Total Gross:</u> | <u>£2,994.30</u> | |

| Underlying | Market Type | Val Date | No. | Cost | Discounted |
|---|---|---|---:|---:|---:|
| AUD | PRDC | 31/01/2007 | 9 | £1,000.00 | £559.68 |
| JPY | Quanto | 31/01/2007 | 12 | £400.00 | £223.87 |
| JPY | Structured Note | 31/01/2007 | 4 | £1,200.00 | £671.62 |
| JPY | Swaption | 31/01/2007 | 30 | £1,750.00 | £979.45 |
| USD | PRDC | 31/01/2007 | 15 | £1,000.00 | £559.68 |

Payments may be directly credited to:

Client Reference: 00263

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562

Level 5                    p:+44 (0)20 7260 2000
2 More London Riverside    f: +44 (0)20 7260 2001
London                     www.markit.com
SE1 2AP

**Invoice Processing Pickup INTEREST RATE OPTION**                    24 January 2008
**MARKET VALUATIONS Acct#00263 - PO860**

Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 0320658GJ

Date of Issue: 24/01/08

For the provision of Interest Rate Option Market Valuations:

| | | |
|---|---|---|
| Pre Discount | £5,970.00 | |
| Discounted Total: | £3,292.87 | |
| Bespoke | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £3,292.87 | 25% Discount level = £1,325 |
| Total VAT 17.5%: | £0.00 | 50% Discount level = £2,650 |
| Total Gross: | £3,292.87 | |

| Underlying | Market Type | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| AUD | PRDC | 28/02/2007 | 9 | £1,000.00 | £551.57 |
| JPY | CapFloor | 28/02/2007 | 20y | £570.00 | £314.39 |
| JPY | Quanto | 28/02/2007 | 11 | £400.00 | £220.63 |
| JPY | Structured Note | 28/02/2007 | 4 | £1,200.00 | £661.88 |
| JPY | Swaption | 28/02/2007 | 30 | £1,800.00 | £992.83 |
| USD | PRDC | 28/02/2007 | 15 | £1,000.00 | £551.57 |

Payments may be directly credited to:                    Client Reference: 00263

Markit Valuations Ltd.
HSBC, St Albans branch                    VAT Registration Number: 688 9660 52
Account Number: 71824430
Sort Code: 40-40-01
days.                    Please ensure payment within 30

Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

| Level 5 | p:+44 (0)20 7260 2000 |
| 2 More London Riverside | f: +44 (0)20 7260 2001 |
| London | www.markit.com |
| SE1 2AP | |

**Invoice Processing Pickup INTEREST RATE OPTION MARKET VALUATIONS Acct#00263 - PO860**

24 January 2008

Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE

Invoice Number: 07 / 0511658GJ

Date of Issue: 24/01/08

For the provision of Interest Rate Option Market Valuations:

| | | |
|---|---|---|
| Pre Discount | £5,780.00 | |
| Discounted Total: | £3,179.53 | |
| Bespoke | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £3,179.53 | 25% Discount level = £1,325 |
| Total VAT 17.5%: | £0.00 | 50% Discount level = £2,650 |
| Total Gross: | £3,179.53 | |

| Underlying | Market Type | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| AUD | PRDC | 27/04/2007 | 12 | £1,000.00 | £550.09 |
| JPY | Swaption | 27/04/2007 | 20 | £1,650.00 | £907.65 |
| JPY | Structured Note | 27/04/2007 | 4 | £1,200.00 | £660.11 |
| JPY | Quanto | 27/04/2007 | 9 | £400.00 | £220.04 |
| JPY | CapFloor | 27/04/2007 | 15y | £530.00 | £291.55 |
| USD | PRDC | 27/04/2007 | 20 | £1,000.00 | £550.09 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01
days.

Client Reference: 00263

VAT Registration Number: 688 9660 52

Please ensure payment within 30

Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562

Level 5                p:+44 (0)20 7260 2000
2 More London Riverside    f: +44 (0)20 7260 2001
London                 www.markit.com
SE1 2AP

**Invoice Processing Pickup INTEREST RATE OPTION**                13 July 2007
**MARKET VALUATIONS Acct#0026**
Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE
# INVOICE

Invoice Number: 07 / 0713658G

Date of Issue: 13/07/07

For the provision of Interest Rate Option Market Valuations:

| | | |
|---|---|---|
| Pre Discount | £4,630.00 | |
| Discounted Total: | £2,518.67 | |
| Bespoke | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £2,518.67 | 25% Discount level = £1,325 |
| Total VAT 17.5%: | £0.00 | 50% Discount level = £2,650 |
| Total Gross: | £2,518.67 | |

| Underlying | Market Type | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| JPY | CapFloor | 29/06/2007 | 15y | £530.00 | £288.31 |
| JPY | Inflation | 29/06/2007 | 20 | £500.00 | £271.99 |
| JPY | Structured Note | 29/06/2007 | 3 | £900.00 | £489.59 |
| JPY | Swaption | 29/06/2007 | 20 | £1,700.00 | £924.78 |
| USD | PRDC | 29/06/2007 | 18 | £1,000.00 | £543.99 |

Payments may be directly credited to:                Client Reference: 00263

Markit Valuations Ltd.                    VAT Registration Number: 688 9660 52
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                    Please ensure payment within 30 days.
                            Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562

Level 5                    p:+44 (0)20 7260 2000
2 More London Riverside    f: +44 (0)20 7260 2001
London                     www.markit.com
SE1 2AP

**Invoice Processing Pickup INTEREST RATE OPTION**                    21 August 2007
**MARKET VALUATIONS Acct#0026**
Lehman Brothers Japan Inc.
Roppongi Hills Mori Tower, 31st Floor
6-10-1 Roppongi
Minato-Ku
Tokyo  106-6131
Japan

# INVOICE
# INVOICE

<u>Invoice Number: 07 / 0821658G</u>

Date of Issue: 21/08/07

For the provision of Interest Rate Option Market Valuations:

| | | |
|---|---|---|
| Pre Discount | £5,990.00 | |
| Discounted Total: | £3,253.24 | |
| Bespoke | £0.00 | |
| Commitment Discount: | £0.00 | |
| Sub Total: | £3,253.24 | 25% Discount level = £1,325 |
| Total VAT 17.5%: | £0.00 | 50% Discount level = £2,650 |
| <u>Total Gross:</u> | <u>£3,253.24</u> | |

| Underlying | Market Type | Val Date | No. | Cost | Discounted |
|---|---|---|---|---|---|
| AUD | PRDC | 31/07/2007 | 5 | £1,000.00 | £543.11 |
| JPY | CapFloor | 31/07/2007 | 10y | £490.00 | £266.12 |
| JPY | Inflation | 31/07/2007 | 20 | £500.00 | £271.56 |
| JPY | Quanto | 31/07/2007 | 9 | £400.00 | £217.24 |
| JPY | Structured Note | 31/07/2007 | 3 | £900.00 | £488.80 |
| JPY | Swaption | 31/07/2007 | 20 | £1,700.00 | £923.29 |
| USD | PRDC | 31/07/2007 | 16 | £1,000.00 | £543.11 |

Payments may be directly credited to:                Client Reference: 00263

Markit Valuations Ltd.                          <u>VAT Registration Number: 688 9660 52</u>
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01                             Please ensure payment within 30 days.
                                                Contact email: accounts@markit.com

Registered Office Markit Valuations Limited  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Ayako Ota (Invoice Processing Pickup Centre)**
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

15 July 2008

# INVOICE

Invoice Number: T1000499

Date of Issue: 15/07/08

For the provision of the following Totem Service: Interest Rates - Tokyo

Total Charges:

| | |
|---|---:|
| Total Cost (GBP): | 7,670.00 |
| Discount (GBP): | -3,629.38 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 4,040.62 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 4,040.62 |

25% Discount level = £800
50% Discount level = £1,600

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---:|---:|
| AUD Inflation | ZCSwap | 30/06/2008 | 500.00 | 263.40 |
| AUD PRDC | | 30/06/2008 | 1,000.00 | 526.81 |
| JPY CapFloor | 20 | 30/06/2008 | 570.00 | 300.28 |
| JPY Inflation | ZCSwap | 30/06/2008 | 500.00 | 263.40 |
| JPY Structures | 6 | 30/06/2008 | 1,800.00 | 948.26 |
| JPY Swaption | 30 x 30 | 30/06/2008 | 1,900.00 | 1,000.94 |
| USD PRDC | | 30/06/2008 | 1,000.00 | 526.81 |
| USDJPY Quanto | | 30/06/2008 | 400.00 | 210.72 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited   Level 5, 2 More London Riverside, London SE1 2AP   Registered in England No 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Ayako Ota (Invoice Processing Pickup Centre)**
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

20 August 2008

# INVOICE

Invoice Number: T1000821

Date of Issue: 20/08/08

For the provision of the following Totem Service: Interest Rates - Tokyo

Total Charges:

| | |
|---|---|
| Total Cost (GBP): | 7,670.00 |
| Discount (GBP): | -3,662.18 |
| Bespokes /  Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 4,007.82 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 4,007.82 |

25% Discount level = £800
50% Discount level = £1,600

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| AUD Inflation | ZCSwap | 31/07/2008 | 500.00 | 261.27 |
| AUDJPY PRDC | | 31/07/2008 | 1,000.00 | 522.53 |
| JPY CapFloor | 20 | 31/07/2008 | 570.00 | 297.84 |
| JPY Inflation | ZCSwap | 31/07/2008 | 500.00 | 261.27 |
| JPY Structures | 6 | 31/07/2008 | 1,800.00 | 940.56 |
| JPY Swaption | 30 x 30 | 31/07/2008 | 1,900.00 | 992.81 |
| USDJPY PRDC | | 31/07/2008 | 1,000.00 | 522.53 |
| USDJPY Quanto | | 31/07/2008 | 400.00 | 209.01 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com



Level 5                 p:+44 (0)20 7260 2000
2 More London Riverside  f:+44 (0)20 7260 2001
London                  www.markit.com
SE1 2AP

**Ayako Ota (Invoice Processing Pickup Centre)**                18 September 2008
Lehman Brothers Japan Inc.,
Roppongi Hills Mori Tower, 31st Floor
6-10-1, Roppongi
Minato ku,
Tokyo 106-6131
Japan

# INVOICE

Invoice Number: T1001130

Date of Issue: 18/09/08

For the provision of the following Totem Service: Interest Rates - Tokyo

Total Charges:

| | |
|---|---|
| Total Cost (GBP): | 7,670.00 |
| Discount (GBP): | -3,673.14 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 3,996.86 |
| UK VAT at 17.5% (GBP): | 0.00 |
| Total (GBP): | 3,996.86 |

25% Discount level = £800

50% Discount level = £1,600

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| AUD Inflation | ZCSwap | 29/08/2008 | 500.00 | 260.55 |
| AUD PRDC | | 29/08/2008 | 1,000.00 | 521.10 |
| JPY CapFloor | 20 | 29/08/2008 | 570.00 | 297.03 |
| JPY Inflation | ZCSwap | 29/08/2008 | 500.00 | 260.55 |
| JPY Structures | 6 | 29/08/2008 | 1,800.00 | 937.99 |
| JPY Swaption | 30 x 30 | 29/08/2008 | 1,900.00 | 990.10 |
| USD PRDC | | 29/08/2008 | 1,000.00 | 521.10 |
| USDJPY Quanto | | 29/08/2008 | 400.00 | 208.44 |

Payments may be directly credited to:        Client Reference: 300
Markit Valuations Ltd.
HSBC, St Albans branch                   VAT Registration Number: 688 9660 52

Account Number: 71824430               Please ensure payment within 30 days.
Sort Code: 40-40-01                      Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Accounts Payable**
**Payable (Ref No. P0015450000)**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

20 August 2008

# INVOICE

Invoice Number: T1000814

Date of Issue: 20/08/08

For the provision of the following Totem Service: Credit

Total Charges:

| | |
|---|---|
| Total Cost (GBP): | 12,544.00 |
| Discount (GBP): | 0.00 |
| Bespokes / Wildcards (GBP): | 0.00 |
| Sub Total (GBP): | 12,544.00 |
| UK VAT at 17.5% (GBP): | 2,195.20 |
| Total (GBP): | 14,739.20 |

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| CDO Squared | 1 | 31/07/2008 | 750.00 | 750.00 |
| FTD | 45 | 31/07/2008 | 1,625.00 | 1,625.00 |
| Mid-month Option | 361 | 16/07/2008 | 1,082.00 | 1,082.00 |
| Options | 501 | 31/07/2008 | 1,362.00 | 1,362.00 |
| OTR | 15 | 31/07/2008 | 2,250.00 | 2,250.00 |
| Tranche | 14 | 31/07/2008 | 5,175.00 | 5,175.00 |
| Tranchelets | 6 | 31/07/2008 | 300.00 | 300.00 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Accounts Payable**
**Payable (Ref No. P0015450000)**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

18 September 2008

# INVOICE

Invoice Number: <u>T1001123</u>

Date of Issue: 18/09/08

For the provision of the following Totem Service: Credit

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 12,807.00 |
| **Discount (GBP):** | 0.00 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 12,807.00 |
| **UK VAT at 17.5% (GBP):** | 2,241.22 |
| **Total (GBP):** | 15,048.22 |

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| CDO Squared | 1 | 29/08/2008 | 750.00 | 750.00 |
| FTD | 47 | 29/08/2008 | 1,675.00 | 1,675.00 |
| Mid-month Option | 432 | 15/08/2008 | 1,224.00 | 1,224.00 |
| Options | 724 | 29/08/2008 | 1,808.00 | 1,808.00 |
| OTR | 14 | 29/08/2008 | 2,100.00 | 2,100.00 |
| Tranche | 13 | 29/08/2008 | 4,950.00 | 4,950.00 |
| Tranchelets | 6 | 29/08/2008 | 300.00 | 300.00 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: <u>688 9660 52</u>

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited   Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Attn: Clair Barnes**
Lehman Brothers International
PO Box 50559
London  E14 5WU

21 May 2008

# INVOICE

Invoice Number: 08 / 0521770G

For the provision of Equity Option Market Valuations:

Date of Issue: 21/05/08

Total Charges:

| | | |
|---|---|---|
| **Pre Discount Total:** | GBP | 47,268.67 |
| **Discounted Total:** | GBP | 24,674.04 |
| **Bespoke:** | GBP | 0.00 |
| **Special Discount:** | GBP | -8,316.27 |
| **Commitment Discount:** | GBP | 0.00 |
| **Sub Total:** | GBP | 16,357.77 |
| **VAT:** | GBP | 2,862.61 |
| **Total Gross:** | GBP | 19,220.38 |

Detail By Market:

| Market Type | Underlying | Val Date | No. | Cost | Discounted Cost |
|---|---|---|---|---|---|
| Equity | DJ Euro STOXX Mid Price Index PanEur | 30/04/2008 | 8 | 160.00 | 83.52 |
| Stock | Stocks - Europe | 30/04/2008 | 6614 | 17,878.67 | 9,332.59 |
| Equity | FTSE 250 | 30/04/2008 | 16 | 260.00 | 135.72 |
| Equity | FTSE 100 TR INDEX | 30/04/2008 | 40 | 450.00 | 234.90 |
| Equity | FTSE 100 | 30/04/2008 | 76 | 630.00 | 328.86 |
| Equity | EuroFirst 80 | 30/04/2008 | 48 | 490.00 | 255.78 |
| Equity | Euro STOXX 50 Total Return | 30/04/2008 | 48 | 490.00 | 255.78 |
| Equity | Euro STOXX 50 | 30/04/2008 | 159 | 1,045.00 | 545.49 |
| Equity | EPRA | 30/04/2008 | 48 | 490.00 | 255.78 |
| Exotic | USD/ASX 200 | 15/04/2008 | 4 | 80.00 | 41.76 |
| Equity | DJ Euro STOXX Select DIV30 | 30/04/2008 | 54 | 520.00 | 271.44 |
| Equity | OMX | 30/04/2008 | 74 | 620.00 | 323.64 |
| Equity | DIVDAX Price Index | 30/04/2008 | 60 | 550.00 | 287.10 |
| Equity | DAX PRICE ONLY | 30/04/2008 | 32 | 410.00 | 214.02 |
| Equity | DAX 30 | 30/04/2008 | 66 | 580.00 | 302.76 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

| | | | | | |
|---|---|---|---|---|---|
| Equity | CECEEUR | 30/04/2008 | 27 | 370.00 | 193.14 |
| Equity | CAC 40 | 30/04/2008 | 60 | 550.00 | 287.10 |
| Equity | AEX | 30/04/2008 | 86 | 680.00 | 354.96 |
| Exotic | USD/NIKKEI 225 | 15/04/2008 | 16 | 100.00 | 52.20 |
| Exotic | USD/HANG SENG | 15/04/2008 | 8 | 100.00 | 52.20 |
| Exotic | USD/EURO STOXX 50 | 15/04/2008 | 16 | 100.00 | 52.20 |
| Equity | DJ Global Titans | 30/04/2008 | 60 | 550.00 | 287.10 |
| Equity | STOXX:Energies (Pan-Europe) | 30/04/2008 | 32 | 410.00 | 214.02 |
| Equity | Euro STOXX 50 | 15/04/2008 | 159 | 500.00 | 261.00 |
| Exotic | Stock Correlations | 30/04/2008 | 1828 | 6,000.00 | 3,131.97 |
| Equity | WIG 20 | 30/04/2008 | 8 | 160.00 | 83.52 |
| Equity | TWI | 30/04/2008 | 24 | 340.00 | 177.48 |
| Equity | STOXX:Utilities (Pan-Europe) | 30/04/2008 | 48 | 490.00 | 255.78 |
| Equity | STOXX:Utilities | 30/04/2008 | 38 | 440.00 | 229.68 |
| Equity | STOXX:Telecoms (Pan-Europe) | 30/04/2008 | 48 | 490.00 | 255.78 |
| Equity | STOXX:Telecoms | 30/04/2008 | 54 | 520.00 | 271.44 |
| Equity | STOXX:Techs | 30/04/2008 | 18 | 280.00 | 146.16 |
| Equity | JALS | 30/04/2008 | 32 | 410.00 | 214.02 |
| Equity | STOXX:Health (Pan-Europe) | 30/04/2008 | 54 | 520.00 | 271.44 |
| Equity | MSCI World Index | 30/04/2008 | 32 | 410.00 | 214.02 |
| Equity | STOXX:Energies | 30/04/2008 | 54 | 520.00 | 271.44 |
| Equity | STOXX:Basic Resources | 30/04/2008 | 32 | 410.00 | 214.02 |
| Equity | STOXX:Banks (Pan-Europe) | 30/04/2008 | 32 | 410.00 | 214.02 |
| Equity | STOXX:Banks | 30/04/2008 | 45 | 475.00 | 247.95 |
| Equity | STOXX:Auto | 30/04/2008 | 54 | 520.00 | 271.44 |
| Equity | STOXX 50 | 30/04/2008 | 32 | 410.00 | 214.02 |
| Equity | SMI | 30/04/2008 | 40 | 450.00 | 234.90 |
| Equity | S&P MIB 40 | 30/04/2008 | 60 | 550.00 | 287.10 |
| Equity | IBEX | 30/04/2008 | 54 | 520.00 | 271.44 |
| Equity | STOXX:Insurance (Pan-Europe) | 30/04/2008 | 16 | 260.00 | 135.72 |
| Exotic | EUR/HSCEI | 15/04/2008 | 16 | 100.00 | 52.20 |
| Exotic | FTSE 100/HANG SENG | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | EUROFIRST 80/SMI | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | EUROFIRST 80/NIKKEI 225 | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | EURO STOXX 50/TOPIX | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | EURO STOXX 50/SMI | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | EURO STOXX 50/S&P 500 | 15/04/2008 | 48 | 100.00 | 52.20 |
| Exotic | ASX 200/FTSE 100 | 15/04/2008 | 6 | 150.00 | 78.30 |
| Exotic | EURO STOXX 50/FTSE 100 | 15/04/2008 | 48 | 100.00 | 52.20 |
| Exotic | FTSE 100/NIKKEI 225 | 15/04/2008 | 72 | 150.00 | 78.30 |
| Exotic | EUR/MSCI SINGAPORE | 15/04/2008 | 4 | 80.00 | 41.76 |
| Exotic | EURO STOXX 50/HANG SENG | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | EUR/HANG SENG | 15/04/2008 | 4 | 80.00 | 41.76 |
| Exotic | EUR/FTSE 100 | 15/04/2008 | 16 | 100.00 | 52.20 |
| Exotic | DAX 30/DJ EURO STOXX SELECT DIV30 | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | DAX 30/DIVDAX PRICE INDEX | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | ASX 200/S&P 500 | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | ASX 200/NIKKEI 225 | 15/04/2008 | 6 | 80.00 | 41.76 |

Payments may be directly credited to:

Client Reference:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

<u>VAT Registration Number: 688 9660 52</u>

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

| | | | | |
|---|---|---|---|---|
| Exotic | STOXX:BANKS/STOXX:ENERGIES | 15/04/2008 | 6 | 80.00 | 41.76 |
| Equity | MSCI Taiwan | 30/04/2008 | 26 | 360.00 | 187.92 |
| Exotic | ASX 200/EURO STOXX 50 | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | EUR/NIKKEI 225 | 15/04/2008 | 16 | 100.00 | 52.20 |
| Exotic | NIKKEI 225/SMI | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | S&P 500/TOPIX | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | EUR/S&P 500 | 15/04/2008 | 16 | 100.00 | 52.20 |
| Exotic | S&P 500/SMI | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | NIKKEI 225/S&P 500 | 15/04/2008 | 72 | 150.00 | 78.30 |
| Exotic | MSCI TAIWAN/NIKKEI 225 | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | MSCI SINGAPORE/NIKKEI 225 | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | MSCI SINGAPORE/MSCI TAIWAN | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | KOSPI 200/S&P 500 | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | KOSPI 200/NIKKEI 225 | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | KOSPI 200/MSCI TAIWAN | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | KOSPI 200/MSCI SINGAPORE | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | FTSE 100/TOPIX | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | HSCEI/NIKKEI 225 | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | FTSE 100/S&P 500 | 15/04/2008 | 48 | 100.00 | 52.20 |
| Exotic | FTSE 100/SMI | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | HANG SENG/KOSPI 200 | 15/04/2008 | 12 | 80.00 | 41.76 |
| Exotic | HANG SENG/NIKKEI 225 | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | HANG SENG/S&P 500 | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | HANG SENG/SMI | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | HSCEI/KOSPI 200 | 15/04/2008 | 6 | 80.00 | 41.76 |
| Exotic | HSCEI/MSCI SINGAPORE | 15/04/2008 | 24 | 100.00 | 52.20 |
| Exotic | HSCEI/MSCI TAIWAN | 15/04/2008 | 24 | 100.00 | 52.20 |

Payments may be directly credited to:

Markit Valuations Ltd.
HSBC, St Albans branch
Account Number: 71824430
Sort Code: 40-40-01

Client Reference:

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Clair Barnes**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

24 June 2008

# INVOICE

<u>Invoice Number: T1000181</u>

Date of Issue: 24/06/08

For the provision of the following Totem Service: Equity - US

Total Charges:

| | |
|---|---|
| **Total Cost (USD):** | 11,744.71 |
| **Discount (USD):** | -7,648.97 |
| **Bespokes / Wildcards (USD):** | 1,778.13 |
| **Sub Total (USD):** | 5,873.86 |
| **UK VAT at 17.5% (USD):** | 1,027.93 |
| **Total (USD):** | 6,901.79 |

FX Rate: 1.9757

25% Discount level = £1,950

50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| NASDAQ 100 | 60 | 30/05/2008 | 1,086.64 | 378.94 |
| RUSSELL 2000 | 30 | 30/05/2008 | 790.28 | 275.60 |
| S&P 500 | 110 | 30/05/2008 | 1,580.56 | 551.19 |
| S&P 500 | 159 | 15/05/2008 | 987.85 | 344.50 |
| S&P 500 TOTAL RETURN | 8 | 30/05/2008 | 316.11 | 110.23 |
| S&P 500 TOTAL RETURN | Wildcard | 30/05/2008 | 1,778.13 | 1,778.13 |
| Stocks - US | 1298 | 30/05/2008 | 6,983.27 | 2,435.27 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 58919174
BIC: MIDLGB22

Client Reference: 300

<u>VAT Registration Number: 688 9660 52</u>

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



| | |
|---|---|
| Level 5 | p:+44 (0)20 7260 2000 |
| 2 More London Riverside | f: +44 (0)20 7260 2001 |
| London | www.markit.com |
| SE1 2AP | |

**Clair Barnes**                                                                15 July 2008
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

# INVOICE

Invoice Number: T1000496

Date of Issue: 15/07/08

For the provision of the following Totem Service: Equity - US

Total Charges:

| | |
|---|---|
| Total Cost (USD): | 16,861.63 |
| Discount (USD): | -10,987.24 |
| Bespokes / Wildcards (USD): | 0.00 |
| Sub Total (USD): | 5,874.39 |
| UK VAT at 17.5% (USD): | 1,028.02 |
| Total (USD): | 6,902.41 |

FX Rate: 1.9918

25% Discount level = £1,950
50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| DJ GLOBAL TITANS | 60 | 30/06/2008 | 1,095.49 | 381.66 |
| MSCI WORLD INDEX | 32 | 30/06/2008 | 816.64 | 284.50 |
| NASDAQ 100 | 60 | 30/06/2008 | 1,095.49 | 381.66 |
| RUSSELL 2000 | 56 | 30/06/2008 | 1,055.65 | 367.78 |
| S&P 500 | 110 | 30/06/2008 | 1,593.44 | 555.14 |
| S&P 500 | 159 | 16/06/2008 | 995.90 | 346.95 |
| S&P 500 TOTAL RETURN | 40 | 30/06/2008 | 896.31 | 312.27 |
| Stocks - US | 1718 | 30/06/2008 | 9,312.71 | 3,244.43 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB52 MIDL 4005 1558 9191 74
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562



Level 5                          p:+44 (0)20 7260 2000
2 More London Riverside          f: +44 (0)20 7260 2001
London                           www.markit.com
SE1 2AP

**Accounts Payable**                                                20 August 2008
**Ref: Clair Barnes**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

# INVOICE

Invoice Number: T1000815

Date of Issue: 20/08/08

For the provision of the following Totem Service: Equity - EMEA

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 43,258.59 |
| Discount (GBP): | -28,315.65 |
| Bespokes /  Wildcards (GBP): | 0.00 |
| **Sub Total (GBP):** | 14,942.85 |
| **UK VAT at 17.5% (GBP):** | 2,615.03 |
| **Total (GBP):** | 17,557.88 |

25% Discount level = £1,950

50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| AEX | 124 | 31/07/2008 | 652.00 | 225.23 |
| CAC 40 | 90 | 31/07/2008 | 550.00 | 189.98 |
| DAX 30 | 114 | 31/07/2008 | 622.00 | 214.85 |
| DAX PRICE ONLY | 64 | 31/07/2008 | 472.00 | 163.04 |
| DIVDAX PRICE INDEX | 90 | 31/07/2008 | 550.00 | 189.98 |
| DJ EURO STOXX SELECT DIV30 | 81 | 31/07/2008 | 523.00 | 180.66 |
| DJ STOXX SELECT DIV30 | 56 | 31/07/2008 | 448.00 | 154.75 |
| EPRA | 72 | 31/07/2008 | 496.00 | 171.33 |
| EURO STOXX 50 | 126 | 15/07/2008 | 500.00 | 172.72 |
| EURO STOXX 50 | 167 | 31/07/2008 | 781.00 | 269.78 |
| EURO STOXX 50 TOTAL RETURN | 16 | 31/07/2008 | 160.00 | 55.27 |
| EUROFIRST 80 | 72 | 31/07/2008 | 496.00 | 171.33 |
| Exotic - ASX 200/EURO STOXX 50 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - ASX 200/FTSE 100 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - ASX 200/NIKKEI 225 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - ASX 200/S&P 500 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - DAX 30/DIVDAX PRICE INDEX | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - DAX 30/DJ EURO STOXX SELECT DIV | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - EUR/FTSE 100 | 8 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - EUR/HANG SENG | 8 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - EUR/NIKKEI 225 | 8 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - EUR/S&P 500 | 8 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - EUR/SMI | 4 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - EURO STOXX 50/FTSE 100 | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - EURO STOXX 50/HANG SENG | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - EURO STOXX 50/NIKKEI 225 | 24 | 15/07/2008 | 150.00 | 51.81 |

Payments may be directly credited to:            Client Reference: 300
Markit Valuations Ltd.
HSBC, St Albans branch                           VAT Registration Number: 688 9660 52

Account Number: 71824430
Sort Code: 40-40-01                              Please ensure payment within 30 days.
                                                 Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f:+44 (0)20 7260 2001
www.markit.com

| | | | | |
|---|---|---|---|---|
| Exotic - EURO STOXX 50/S&P 500 | 24 | 15/07/2008 | 150.00 | 51.81 |
| Exotic - EURO STOXX 50/SMI | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - EURO STOXX 50/TOPIX | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - EUROFIRST 80/FTSE 100 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - EUROFIRST 80/NIKKEI 225 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - EUROFIRST 80/S&P 500 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - EUROFIRST 80/SMI | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - FTSE 100/HANG SENG | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - FTSE 100/NIKKEI 225 | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - FTSE 100/S&P 500 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - FTSE 100/SMI | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - FTSE 100/TOPIX | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - HANG SENG/KOSPI 200 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - HANG SENG/NIKKEI 225 | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - HANG SENG/S&P 500 | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - HANG SENG/SMI | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - HSCEI/MSCI SINGAPORE | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - HSCEI/MSCI TAIWAN | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - HSCEI/NIKKEI 225 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - KOSPI 200/MSCI SINGAPORE | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - KOSPI 200/MSCI TAIWAN | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - KOSPI 200/NIKKEI 225 | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - KOSPI 200/S&P 500 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - MSCI SINGAPORE/MSCI TAIWAN | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - MSCI SINGAPORE/NIKKEI 225 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - MSCI TAIWAN/NIKKEI 225 | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - NIKKEI 225/S&P 500 | 24 | 15/07/2008 | 150.00 | 51.81 |
| Exotic - NIKKEI 225/SMI | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - S&P 500/SMI | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - S&P 500/TOPIX | 12 | 15/07/2008 | 100.00 | 34.54 |
| Exotic - STOXX:BANKS/STOXX:TELECOMS | 6 | 15/07/2008 | 80.00 | 27.64 |
| Exotic - USD/NIKKEI 225 | 8 | 15/07/2008 | 100.00 | 34.54 |
| FTSE 100 | 114 | 31/07/2008 | 622.00 | 214.85 |
| FTSE 100 TR INDEX | 64 | 31/07/2008 | 472.00 | 163.04 |
| FTSE ASE 20 | 24 | 31/07/2008 | 240.00 | 82.91 |
| JALS | 56 | 31/07/2008 | 448.00 | 154.75 |
| OMX | 90 | 31/07/2008 | 550.00 | 189.98 |
| RUSSIAN DEPOSITORY INDEX | 68 | 31/07/2008 | 484.00 | 167.19 |
| SMI | 90 | 31/07/2008 | 550.00 | 189.98 |
| Stock Correlations | 28626 | 15/07/2008 | 6,000.00 | 2,072.58 |
| Stocks - Europe | 10129 | 31/07/2008 | 16,730.59 | 5,779.25 |
| STOXX:AUTO | 81 | 31/07/2008 | 523.00 | 180.66 |
| STOXX:BANKS | 81 | 31/07/2008 | 523.00 | 180.66 |
| STOXX:BANKS (PAN-EUROPE) | 56 | 31/07/2008 | 448.00 | 154.75 |
| STOXX:BASIC RESOURCES | 56 | 31/07/2008 | 448.00 | 154.75 |
| STOXX:ENERGIES | 81 | 31/07/2008 | 523.00 | 180.66 |
| STOXX:ENERGIES (PAN-EUROPE) | 65 | 31/07/2008 | 475.00 | 164.08 |
| STOXX:HEALTH (PAN-EUROPE) | 81 | 31/07/2008 | 523.00 | 180.66 |
| STOXX:INSURANCE | 72 | 31/07/2008 | 496.00 | 171.33 |
| STOXX:INSURANCE (PAN-EUROPE) | 24 | 31/07/2008 | 240.00 | 82.91 |
| STOXX:TECHS | 18 | 31/07/2008 | 180.00 | 62.18 |
| STOXX:TELECOMS | 90 | 31/07/2008 | 550.00 | 189.98 |
| STOXX:TELECOMS (PAN-EUROPE) | 81 | 31/07/2008 | 523.00 | 180.66 |
| STOXX:UTILITIES | 70 | 31/07/2008 | 490.00 | 169.26 |
| STOXX:UTILITIES (PAN-EUROPE) | 32 | 31/07/2008 | 320.00 | 110.54 |
| WIG 20 | 40 | 31/07/2008 | 400.00 | 138.17 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.   Level 5, 2 More London Riverside, London SE1 2AP.   Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Accounts Payable**
**Ref: Clair Barnes**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

20 August 2008

# INVOICE

Invoice Number: T1000816

Date of Issue: 20/08/08

For the provision of the following Totem Service: Equity - US

Total Charges:

| | |
|---|---|
| Total Cost (USD): | 17,289.08 |
| Discount (USD): | -11,316.93 |
| Bespokes / Wildcards (USD): | 0.00 |
| Sub Total (USD): | 5,972.14 |
| UK VAT at 17.5% (USD): | 1,045.14 |
| Total (USD): | 7,017.27 |

FX Rate: 1.9804

25% Discount level = £1,950

50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| DJ GLOBAL TITANS | 90 | 31/07/2008 | 1,089.22 | 376.24 |
| MSCI EAFE | 96 | 31/07/2008 | 1,124.87 | 388.56 |
| MSCI WORLD INDEX | 56 | 31/07/2008 | 887.22 | 306.47 |
| NASDAQ 100 | 120 | 31/07/2008 | 1,267.46 | 437.81 |
| RUSSELL 2000 | 114 | 31/07/2008 | 1,231.81 | 425.50 |
| S&P 500 | 159 | 15/07/2008 | 990.20 | 342.05 |
| S&P 500 | 176 | 31/07/2008 | 1,600.16 | 552.75 |
| S&P 500 TOTAL RETURN | 88 | 31/07/2008 | 1,077.34 | 372.14 |
| Stocks - US | 2452 | 31/07/2008 | 8,020.81 | 2,770.64 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

IBAN Number: GB52 MIDL 4005 1558 9191 74
BIC: MIDLGB22

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Accounts Payable**
**Ref: Clair Barnes**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

18 September 2008

# INVOICE

Invoice Number: T1001124

Date of Issue: 18/09/08

For the provision of the following Totem Service: Equity - EMEA

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 43,037.24 |
| **Discount (GBP):** | -28,134.16 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 14,902.97 |
| **UK VAT at 17.5% (GBP):** | 2,608.08 |
| **Total (GBP):** | 17,511.05 |

25% Discount level = £1,950

50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| CAC 40 | 80 | 29/08/2008 | 520.00 | 180.06 |
| CECEEUR | 60 | 29/08/2008 | 460.00 | 159.29 |
| DAX 30 | 124 | 29/08/2008 | 652.00 | 225.78 |
| DAX PRICE ONLY | 64 | 29/08/2008 | 472.00 | 163.44 |
| DIVDAX PRICE INDEX | 90 | 29/08/2008 | 550.00 | 190.46 |
| DJ EURO STOXX SELECT DIV30 | 81 | 29/08/2008 | 523.00 | 181.11 |
| DJ STOXX SELECT DIV30 | 56 | 29/08/2008 | 448.00 | 155.13 |
| EPRA | 72 | 29/08/2008 | 496.00 | 171.75 |
| EURO STOXX 50 | 154 | 15/08/2008 | 500.00 | 173.14 |
| EURO STOXX 50 | 167 | 29/08/2008 | 781.00 | 270.44 |
| EUROFIRST 80 | 72 | 29/08/2008 | 496.00 | 171.75 |
| Exotic - ASX 200/EURO STOXX 50 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - ASX 200/FTSE 100 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - ASX 200/NIKKEI 225 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - ASX 200/S&P 500 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - DAX 30/DIVDAX PRICE INDEX | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - DAX 30/DJ EURO STOXX SELECT DIV | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - EUR/FTSE 100 | 8 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - EUR/NIKKEI 225 | 8 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - EURO STOXX 50/FTSE 100 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - EURO STOXX 50/HANG SENG | 12 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - EURO STOXX 50/NIKKEI 225 | 18 | 15/08/2008 | 150.00 | 51.95 |
| Exotic - EURO STOXX 50/S&P 500 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - EURO STOXX 50/SMI | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - EURO STOXX 50/TOPIX | 12 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - EUROFIRST 80/FTSE 100 | 6 | 15/08/2008 | 80.00 | 27.70 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

| | | | | |
|---|---|---|---|---|
| Exotic - EUROFIRST 80/NIKKEI 225 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - EUROFIRST 80/S&P 500 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - EUROFIRST 80/SMI | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - FTSE 100/HANG SENG | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - FTSE 100/NIKKEI 225 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - FTSE 100/S&P 500 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - FTSE 100/SMI | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - FTSE 100/TOPIX | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - HANG SENG/KOSPI 200 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - HANG SENG/NIKKEI 225 | 12 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - HANG SENG/S&P 500 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - HANG SENG/SMI | 12 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - HSCEI/KOSPI 200 | 12 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - HSCEI/MSCI SINGAPORE | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - HSCEI/MSCI TAIWAN | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - HSCEI/NIKKEI 225 | 12 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - KOSPI 200/MSCI TAIWAN | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - MSCI SINGAPORE/MSCI TAIWAN | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - MSCI TAIWAN/NIKKEI 225 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - NIKKEI 225/S&P 500 | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - NIKKEI 225/SMI | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - S&P 500/TOPIX | 6 | 15/08/2008 | 80.00 | 27.70 |
| Exotic - USD/EURO STOXX 50 | 8 | 15/08/2008 | 100.00 | 34.63 |
| Exotic - USD/NIKKEI 225 | 8 | 15/08/2008 | 100.00 | 34.63 |
| FTSE 100 | 134 | 29/08/2008 | 682.00 | 236.16 |
| FTSE ASE 20 | 24 | 29/08/2008 | 240.00 | 83.10 |
| IBEX | 90 | 29/08/2008 | 550.00 | 190.46 |
| JALS | 63 | 29/08/2008 | 469.00 | 162.41 |
| OMX | 114 | 29/08/2008 | 622.00 | 215.39 |
| RUSSIAN DEPOSITORY EUR | 81 | 29/08/2008 | 523.00 | 181.11 |
| RUSSIAN DEPOSITORY INDEX | 90 | 29/08/2008 | 550.00 | 190.46 |
| S&P MIB 40 | 90 | 29/08/2008 | 550.00 | 190.46 |
| SMI | 70 | 29/08/2008 | 490.00 | 169.68 |
| Stock Correlations | 21907 | 15/08/2008 | 6,000.00 | 2,077.69 |
| Stocks - Europe | 9589 | 29/08/2008 | 15,946.24 | 5,521.90 |
| STOXX 50 | 64 | 29/08/2008 | 472.00 | 163.44 |
| STOXX:AUTO | 90 | 29/08/2008 | 550.00 | 190.46 |
| STOXX:BANKS | 90 | 29/08/2008 | 550.00 | 190.46 |
| STOXX:BANKS (PAN-EUROPE) | 56 | 29/08/2008 | 448.00 | 155.13 |
| STOXX:BASIC RESOURCES | 40 | 29/08/2008 | 400.00 | 138.51 |
| STOXX:ENERGIES (PAN-EUROPE) | 50 | 29/08/2008 | 430.00 | 148.90 |
| STOXX:HEALTH (PAN-EUROPE) | 90 | 29/08/2008 | 550.00 | 190.46 |
| STOXX:INSURANCE | 90 | 29/08/2008 | 550.00 | 190.46 |
| STOXX:INSURANCE (PAN-EUROPE) | 24 | 29/08/2008 | 240.00 | 83.10 |
| STOXX:TECHS | 85 | 29/08/2008 | 535.00 | 185.26 |
| STOXX:TELECOMS | 90 | 29/08/2008 | 550.00 | 190.46 |
| STOXX:TELECOMS (PAN-EUROPE) | 50 | 29/08/2008 | 430.00 | 148.90 |
| STOXX:UTILITIES | 90 | 29/08/2008 | 550.00 | 190.46 |
| STOXX:UTILITIES (PAN-EUROPE) | 64 | 29/08/2008 | 472.00 | 163.44 |
| WIG 20 | 40 | 29/08/2008 | 400.00 | 138.51 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5                  p:+44 (0)20 7260 2000
2 More London Riverside  f: +44 (0)20 7260 2001
London                   www.markit.com
SE1 2AP

**Accounts Payable**                                    18 September 2008
**Ref: Clair Barnes**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

# INVOICE

Invoice Number: T1001125

Date of Issue: 18/09/08

For the provision of the following Totem Service: Equity - US

Total Charges:

| | | |
|---|---|---|
| Total Cost (USD): | 16,853.69 | |
| Discount (USD): | -11,017.57 | |
| Bespokes / Wildcards (USD): | 0.00 | |
| Sub Total (USD): | 5,836.12 | |
| UK VAT at 17.5% (USD): | 1,021.34 | |
| **Total (USD):** | **6,857.46** | FX Rate: 1.8261 |

25% Discount level = £1,950

50% Discount level = £3,900

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| DJ GLOBAL TITANS | 90 | 29/08/2008 | 1,004.36 | 347.80 |
| MSCI EAFE | 72 | 29/08/2008 | 905.75 | 313.64 |
| MSCI WORLD INDEX | 64 | 29/08/2008 | 861.92 | 298.46 |
| NASDAQ 100 | 120 | 29/08/2008 | 1,168.70 | 404.71 |
| RUSSELL 2000 | 114 | 29/08/2008 | 1,135.83 | 393.32 |
| S&P 500 | 167 | 15/08/2008 | 913.05 | 316.17 |
| S&P 500 | 224 | 29/08/2008 | 1,738.45 | 601.99 |
| S&P 500 TOTAL RETURN | 112 | 29/08/2008 | 1,124.88 | 389.52 |
| Stocks - US | 2346 | 29/08/2008 | 7,124.23 | 2,466.98 |
| Variance Swap - S&P 500 | 16 | 29/08/2008 | 876.53 | 303.53 |

Payments may be directly credited to:            Client Reference: 300
Markit Valuations Ltd.
HSBC, St Albans branch                           VAT Registration Number: 688 9660 52

IBAN Number: GB52 MIDL 4005 1558 9191 74         Please ensure payment within 30 days.
BIC: MIDLGB22                                     Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5                      p:+44 (0)20 7260 2000
2 More London Riverside     f: +44 (0)20 7260 2001
London                      www.markit.com
SE1 2AP

**Accounts Payable**                                          20 August 2008

Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

# INVOICE

Invoice Number: T1000817

Date of Issue: 20/08/08

For the provision of the following Totem Service: Interest Rates - London

Total Charges:

| | |
|---|---:|
| **Total Cost (GBP):** | 7,320.00 |
| **Discount (GBP):** | -3,495.08 |
| **Bespokes /  Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 3,824.92 |
| **UK VAT at 17.5% (GBP):** | 669.36 |
| **Total (GBP):** | 4,494.28 |

25% Discount level = £800

50% Discount level = £1,600

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---:|---:|
| EUR CapFloor | 30 | 31/07/2008 | 610.00 | 318.74 |
| EUR Inflation | ZC | 31/07/2008 | 1,000.00 | 522.53 |
| EUR Swaption | 30 x 30 | 31/07/2008 | 2,300.00 | 1,201.82 |
| GBP CapFloor | 30 | 31/07/2008 | 610.00 | 318.74 |
| GBP Inflation | ZC | 31/07/2008 | 1,000.00 | 522.53 |
| GBP Swaption | 20 x 30 | 31/07/2008 | 1,800.00 | 940.56 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP  Registered in England No. 3352562



| Level 5 | p:+44 (0)20 7260 2000 |
|---|---|
| 2 More London Riverside | f: +44 (0)20 7260 2001 |
| London | www.markit.com |
| SE1 2AP | |

**Accounts Payable**

Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

18 September 2008

# INVOICE

Invoice Number: T1001126

Date of Issue: 18/09/08

For the provision of the following Totem Service: Interest Rates - London

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 9,120.00 |
| **Discount (GBP):** | -4,367.55 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 4,752.45 |
| **UK VAT at 17.5% (GBP):** | 831.67 |
| **Total (GBP):** | 5,584.12 |

25% Discount level = £800

50% Discount level = £1,600

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| EUR CapFloor | 30 | 29/08/2008 | 610.00 | 317.87 |
| EUR Inflation | Options | 29/08/2008 | 800.00 | 416.88 |
| EUR Inflation | ZC | 29/08/2008 | 1,000.00 | 521.10 |
| EUR Swaption | 30 x 30 | 29/08/2008 | 2,300.00 | 1,198.54 |
| FRF Inflation | ZC | 29/08/2008 | 1,000.00 | 521.10 |
| GBP CapFloor | 30 | 29/08/2008 | 610.00 | 317.87 |
| GBP Inflation | ZC | 29/08/2008 | 1,000.00 | 521.10 |
| GBP Swaption | 20 x 30 | 29/08/2008 | 1,800.00 | 937.99 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited. Level 5, 2 More London Riverside, London SE1 2AP. Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Accounts Payable**
**Ref: Clair Barnes**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

20 August 2008

# INVOICE

<u>Invoice Number: T1000818</u>

Date of Issue: 20/08/08

For the provision of the following Totem Service: Property

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 80.00 |
| **Discount (GBP):** | -40.00 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 40.00 |
| **UK VAT at 17.5% (GBP):** | 7.00 |
| **Total (GBP):** | 47.00 |

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| UKIPD All Property Index | 4 | 31/07/2008 | 80.00 | 40.00 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

<u>VAT Registration Number: 688 9660 52</u>

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562



Level 5
2 More London Riverside
London
SE1 2AP

p:+44 (0)20 7260 2000
f: +44 (0)20 7260 2001
www.markit.com

**Accounts Payable**
**Ref: Clair Barnes**
Lehman Brothers International,
P.O. Box 50559,
London E14 5WU
UK

18 September 2008

# INVOICE

Invoice Number: T1001127

Date of Issue: 18/09/08

For the provision of the following Totem Service: Property

Total Charges:

| | |
|---|---|
| **Total Cost (GBP):** | 220.00 |
| **Discount (GBP):** | -110.00 |
| **Bespokes / Wildcards (GBP):** | 0.00 |
| **Sub Total (GBP):** | 110.00 |
| **UK VAT at 17.5% (GBP):** | 19.25 |
| **Total (GBP):** | 129.25 |

Details:

| Product | Description / Point Count | Val Date | Cost | Discounted |
|---|---|---|---|---|
| HPI | 10 | 29/08/2008 | 200.00 | 100.00 |
| UKIPD All Property Index | 1 | 29/08/2008 | 20.00 | 10.00 |

Payments may be directly credited to:
Markit Valuations Ltd.
HSBC, St Albans branch

Account Number: 71824430
Sort Code: 40-40-01

Client Reference: 300

VAT Registration Number: 688 9660 52

Please ensure payment within 30 days.
Contact email: accounts@markit.com

Registered Office Markit Valuations Limited.  Level 5, 2 More London Riverside, London SE1 2AP.  Registered in England No. 3352562

# Sales Invoice

**SWAPS2Wire**

Accounts Payable
Lehman Brothers Special Financing Inc
Lehman Brothers International Europe
PO Box 50559
E14 5WU
United Kingdom

SwapsWire Limited
Holland House
4 Bury Street
LONDON EC3A 5AW

Tel: +44 20 7071 0107
Fax: +44 20 7071 0101

www.swapswire.com

sam.greenslade@swapswire.com

Customer VAT Reg No:
**Date/Tax Point:**     09 July 2008
**Invoice Number:**     DLEH001BAN1182

**For the period from     01 June 2008  to   30 June 2008**
Trades not included in prepaid tickets

| Country | Ticket Type | Tickets used in Period | | Ticket Cost | GBP |
|---|---|---|---|---|---|
| United States | Prime broker long dated | 76 | £ | 25.25 | 1,919.00 |
| United States | Long dated allocation | 21 | £ | 25.25 | 530.25 |
| United States | Single sided, short term | 569 | £ | 4.00 | 2,276.00 |
| United States | Short PB with dealer | 8 | £ | 4.00 | 32.00 |
| United States | Confirmed trade, short term | 468 | £ | 4.00 | 1,872.00 |
| United States | Confirmed trade, long term | 2229 | £ | 25.25 | 56,282.25 |
| United States | Long dated internal executing dealer (ED) | 17 | £ | 25.25 | 429.25 |
| United States | Exit long dated | 3 | £ | 4.00 | 12.00 |
| United States | Long dated single sided | 396 | £ | 4.00 | 1,584.00 |
| United States | Internal confirmation | 6 | £ | 2.00 | 12.00 |
| United Kingdom | Short PB with dealer | 1 | £ | 4.00 | 4.00 |
| United Kingdom | Single sided, short term | 53 | £ | 4.00 | 212.00 |
| United Kingdom | Trioptima | 1257 | £ | 2.00 | 2,514.00 |
| United Kingdom | Short dated incoming novation | 6 | £ | 4.00 | 24.00 |
| United Kingdom | Short dated executing dealer | 16 | £ | 4.00 | 64.00 |
| United Kingdom | Short dated allocation | 1 | £ | 4.00 | 4.00 |
| United Kingdom | Confirmed trade, short term | 161 | £ | 4.00 | 644.00 |
| United Kingdom | Long dated outgoing novation | 35 | £ | 25.25 | 883.75 |
| United Kingdom | Long dated single sided | 193 | £ | 4.00 | 772.00 |
| United Kingdom | Long dated allocation | 41 | £ | 25.25 | 1,035.25 |
| United Kingdom | Long dated internal executing dealer (ED) | 4 | £ | 25.25 | 101.00 |
| United Kingdom | Internal confirmation | 9 | £ | 2.00 | 18.00 |
| United Kingdom | Long dated incoming novation | 538 | £ | 25.25 | 13,584.50 |
| United Kingdom | Long dated executing dealer | 130 | £ | 25.25 | 3,282.50 |
| United Kingdom | Confirmed trade, long term | 3814 | £ | 25.25 | 96,303.50 |
| United Kingdom | Prime broker long dated | 1 | £ | 25.25 | 25.25 |

**Our payment terms are within 30 days (from receipt of invoice)**

Payment to be made by bank transfer or BACS direct to Citibank NA Swift Code CITIGB2L Sort Code 18-50-08, Account number 10406813,
IBAN GB78CITI18500810406813 for GBP
Please quote the above invoice number when making payment
VAT Registration Number GB 761 4444 34

SwapsWire Limited.  Registered in England and Wales no. 4027741. Registered office: 2 More London Riverside, London SE1 2AP

## Sales Invoice



| | | |
|---|---|---|
| Total | 10,053 | 184,420.50 |
| VAT @ 17.5% on Tickets Used in UK | | 20,907.56 |
| **Total Payable** | £ | **205,328.06** |

**Our payment terms are within 30 days (from receipt of invoice)**

Payment to be made by bank transfer or BACS direct to Citibank NA Swift Code CITIGB2L Sort Code 18-50-08, Account number 10406813, IBAN GB78CITI18500810406813 for GBP

Please quote the above invoice number when making payment

VAT Registration Number GB 761 4444 34

SwapsWire Limited. Registered in England and Wales No. 4027741. Registered office: 2 More London Riverside, London SE1 2AP

# Sales Invoice



SWAP§2Jire

SwapsWire Limited
Level 5
2 More London Riverside
LONDON SE1 2AP

Tel: +44 20 7260 2339

www.swapswire.com

sam.greenslade@swapswire.com

Accounts Payable
Lehman Brothers Special Financing Inc
Lehman Brothers International Europe
PO Box 50559
E14 5WU
United Kingdom

| | |
|---|---|
| Customer VAT Reg No: | |
| Date/Tax Point: | 26 August 2008 |
| Invoice Number: | DLEH001BAN1236 |

**For the period from    01 July 2008  to   31 July 2008**

Trades not included in prepaid tickets

| Country | Ticket Type | Tickets used in Period | | Ticket Cost | GBP |
|---|---|---|---|---|---|
| United States | Internal confirmation | 42 | £ | 2.00 | 84.00 |
| United States | Single sided, short term | 549 | £ | 4.00 | 2,196.00 |
| United States | Short PB with dealer | 6 | £ | 4.00 | 24.00 |
| United States | Confirmed trade, short term | 633 | £ | 4.00 | 2,532.00 |
| United States | Prime broker long dated | 98 | £ | 25.25 | 2,474.50 |
| United States | Long dated internal executing dealer | 25 | £ | 25.25 | 631.25 |
| United States | Confirmed trade, long term | 2072 | £ | 25.25 | 52,318.00 |
| United States | Long dated allocation | 18 | £ | 25.25 | 454.50 |
| United States | Exit long dated | 1 | £ | 4.00 | 4.00 |
| United States | Long dated single sided | 348 | £ | 4.00 | 1,392.00 |
| United Kingdom | Confirmed trade, short term | 160 | £ | 4.00 | 640.00 |
| United Kingdom | Exit long dated | 2 | £ | 4.00 | 8.00 |
| United Kingdom | Trioptima | 4 | £ | 2.00 | 8.00 |
| United Kingdom | Single sided, short term | 76 | £ | 4.00 | 304.00 |
| United Kingdom | Short dated incoming novation | 1 | £ | 4.00 | 4.00 |
| United Kingdom | Short dated executing dealer | 15 | £ | 4.00 | 60.00 |
| United Kingdom | Long dated single sided | 140 | £ | 4.00 | 560.00 |
| United Kingdom | Long dated outgoing novation | 90 | £ | 25.25 | 2,272.50 |
| United Kingdom | Internal confirmation | 123 | £ | 2.00 | 246.00 |
| United Kingdom | Long dated incoming novation | 297 | £ | 25.25 | 7,499.25 |
| United Kingdom | Long dated executing dealer | 117 | £ | 25.25 | 2,954.25 |
| United Kingdom | Long dated allocation | 18 | £ | 25.25 | 454.50 |
| United Kingdom | Confirmed trade, long term | 3038 | £ | 25.25 | 76,709.50 |

Please note
1. The change of address to 2 More London Riverside.
2. The change of bank details at the bottom of this invoice.

**Our payment terms are within 30 days (from receipt of invoice)**

Payment to be made by bank transfer or BACS direct to HSBC Swift Code MIDLGB2110W Sort Code 40-40-01, Account number 12130335, IBAN
GB26MIDL40400112130335 for GBP

Please quote the above invoice number when making payment

VAT Registration Number GB 761 4444 34

SwapsWire Limited.  Registered in England and Wales No. 4027741. Registered office: 2 More London Riverside, London SE1 2AP

## Sales Invoice



| | | |
|---|---|---|
| Total | 7,873 | 153,830.25 |
| VAT @ 17.5% on Tickets Used in UK | | 16,051.00 |
| | | |
| **Total Payable** | £ | 169,881.25 |

Please note
1. The change of address to 2 More London Riverside.
2. The change of bank details at the bottom of this invoice.

**Our payment terms are within 30 days (from receipt of invoice)**

Payment to be made by bank transfer or BACS direct to HSBC Swift Code MIDLGB2110W Sort Code 40-40-01, Account number 12130335, IBAN
GB26MIDL40400112130335 for GBP

Please quote the above invoice number when making payment

VAT Registration Number GB 761 4444 34

SwapsWire Limited.  Registered in England and Wales No. 4027741. Registered office: 2 More London Riverside, London SE1 2AP

# Sales Invoice

SWAPS2Wire

Accounts Payable
Lehman Brothers Special Financing Inc
Lehman Brothers International Europe
PO Box 50559
E14 5WU
United Kingdom

SwapsWire Limited
Level 5
2 More London Riverside
LONDON SE1 2AP

Tel: +44 20 7260 2339

www.swapswire.com

sam.greenslade@swapswire.com

Customer VAT Reg No:

Date/Tax Point:    27 August 2008

Invoice Number:    DLEH002EQY398

For the period from    01/07/2008 to    31/07/2008

| Country | Ticket Type | Tickets | Ticket Cost | GBP |
|---|---|---|---|---|
| United States | Equity Action | 4 | £ 13.50 | 54.00 |
| United States | Equity Action Allocation | 16 | £ 13.50 | 216.00 |
| United States | Equity Amendments | 5 | £ 13.50 | 67.50 |
| United States | Equity New | 855 | £ 13.50 | 11,542.50 |
| United Kingdom | Equity New | 475 | £ 13.50 | 6,412.50 |
| United Kingdom | Equity Exercise | 12 | £ 13.50 | 162.00 |
| United Kingdom | Equity Action Allocation | 1 | £ 13.50 | 13.50 |
| United Kingdom | Equity Action | 3 | £ 13.50 | 40.50 |
| United Kingdom | Equity Corporate Action | 56 | £ 10.00 | 560.00 |
| United Kingdom | Equity Amendments | 17 | £ 13.50 | 229.50 |

| | Total | 1,444 | | 19,298.00 |
|---|---|---|---|---|
| | VAT @ 17.5% on Tickets Used in UK | | | 1,298.15 |
| | | | | 20,596.15 |

| Total Payable | £ | 20,596.15 |
|---|---|---|

Please note
1. The change of address to 2 More London Riverside.
2. The change of bank details at the bottom of this invoice.

**Our payment terms are within 30 days (from receipt of invoice)**

Payment to be made by bank transfer or BACS direct to HSBC Swift Code MIDLGB2110W Sort Code 40-40-01, Account number 12130335, IBAN GB26MIDL4040011213035 for GBP
Please quote the above invoice number when making payment
VAT Registration Number GB 761 4444 34

SwapsWire Limited.  Registered in England and Wales No. 4027741. Registered office: 2 More London Riverside, London, SE1 2AP

Securities.Hub

# Invoice

360 Hamilton Avenue
2nd Floor
White Plains, NY  10601

| Date | Invoice # |
|------|-----------|
| 9/23/2008 | 162 |

| Bill To |
|---------|
| Lehman Brothers Inc.<br>Dexter Senft<br>745 7th Avenue<br>5th Floor<br>New York, NY 10019 |

| Description | Amount |
|-------------|--------|
| BondHub annual service fee for the period October 2008 to September 2009 | 505,573.00 |
| Note:  Lehman has $146,863.73 in its reserve at September 2008 which may be used at your direction to partially offset this fee | |

| Wire funds to Citibank, Branch #1<br>Account #02167859<br>ABA #021000089 | **Total** | $505,573.00 |



Lehman Brothers Ltd,
25 Bank Street,
London,
E14 5LE,
UK

Reference: Equities

*Markit Equities Limited*
*2 More London Riverside*
*London*
*SE1 2AP*
Telephone: +44 (0) 20 7260 2092
*Fax: +44 (0) 20 7260 2001*
*Email: accounts@markit.com*
*Web Site: http://www.markit.com,*

| | | | |
|---|---|---|---|
| Customer contact: | Clair Barnes | Invoice date: | 20 August 2008 |
| Client Account number: | 335 | Invoice number: | 1128 |
| Client Contract Reference: | | | |
| Client Reference: | | | |

| Description | GBP |
|---|---|
| DaDD Per Contract Addendum | |
| For the period from 01/08/2008 to 31/10/2008 | 26,250.00 |
| For the period from 02/04/2008 to 01/04/2009 | 2,000.00 |
| For the period from 20/02/2008 to 19/02/2009 | 500.00 |
| For the period from 11/12/2007 to 10/12/2008 | 2,500.00 |
| TIMS Per Contract Addendum | |
| For the period from 01/08/2008 to 31/10/2008 | 30,563.00 |

Payment terms: 30 days

| | |
|---|---|
| Net total | 61,813.00 |
| VAT Total | 10,815.00 |
| Invoice total | 72,628.00 |

Please pay by Sterling bank transfer only (all charges borne by payer bank) to:

Bank: HSBC
Bank Sort Code: 40-40-01
Account Number: 71824422
Branch Identifier Code: MIDLGB2110W
International Bank Account Number: GB37MIDL40400171824422
Account Name: MARKIT EQUITIES LIMITED

Please include invoice number as reference

Markit Equities Limited | Registered in England & Wales number: 3771325

VAT Registration number: GB 749 6665 59