MORELLI & GOLD, LLP
Attorneys for A-V Services, Inc.
Office and Post Office Address
The Chanin Building – Suite 4400
380 Lexington Avenue
New York, NY 10168
RLGold1977@aol.com
(212) 972-1100
(212) 983-5271 (Fax)
Richard L. Gold, Esq. (RG 9693)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                                   Chapter 11

       LEHMAN BROTHERS HOLDINGS INC., et al.,    Case No. 08-13555 (JMP)

                          Debtors.                                        (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR ALL NOTICES AND PAPERS

TO:    Clerk, United States Bankruptcy Court
       Southern District of New York

      PLEASE TAKE NOTICE, that Morelli & Gold, LLP, The Chanin Building – Suite 4400, 380 Lexington Avenue, New York, NY 10168, represents A-V SERVICES, INC., a creditor of LEHMAN BROTHERS HOLDINGS INC. and/or LEHMAN BROTHERS INC. in the above-referenced bankruptcy proceedings.

      On behalf of A-V SERVICES, INC., creditors in the above-referenced bankruptcy proceedings, Morelli & Gold, LLP enters its appearance, and, pursuant to 11 U.S.C. Sections 342 and 1109 and Bankruptcy Rules 2002 and 9010 respectfully demands the opportunity to appear and be heard on any issues in the case and demands copies of all notices and pleadings pursuant to said

Sections and Rules and all other applicable Sections and Rules (including, without limitation, copies of any proposed disclosure statement or plan of reorganization, as required by Bankruptcy Rule 3017[a], as well as orders, including orders to show cause, and notices of application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, overnight mail or courier, hand delivery, telephone, telecopy, telegraph, telex, or otherwise, which affects A-V SERVICES, INC., the Debtors or the property of the Debtors Estates).  All such notices should be addressed as follows:

> Morelli & Gold, LLP
> The Chanin Building – Suite 4400
> 380 Lexington Avenue
> New York, NY 10168
> (212) 972-1100
> (212) 983-5271 (Fax)
> RLGold1977@aol.com
> Attention:  Richard L. Gold, Esq.

Dated: New York, New York
October 2, 2008

>                               MORELLI & GOLD, LLP
>
>                               By: _____
>                               Richard L. Gold (RG 9693)
>                               (A Member of the Firm)
>                               Attorneys for A-V SERVICES, INC.
>                               Office and Post Office Address
>                               The Chanin Building – Suite 4400
>                               380 Lexington Avenue
>                               New York, NY 10168
>                               RLGold1977@aol.com
>                               (212) 972-1100
>                               (212) 983-5271 (Fax)

TO:   All Counsel and Pro Se Parties on the
          Attached Service List

## SERVICE LIST

### In Re: LEHMAN BROTHERS HOLDINGS INC., et al., Debtors
### CASE NUMBER 08-13555 (JMP), Jointly Administered

Office of the Clerk
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
(212) 668-2870

Weil, Gotshal & Manges
Attorneys for Debtors
767 Fifth Avenue
New York, NY 10153
http://www.weil.com
(212) 310-8000
(212) 310-8007 (Fax)
   Attention:     Richard P. Krasnow, Esq.
                     Lori R. Fife, Esq.
                     Shai Y. Waisman, Esq.
                     Jacqueline Marcus, Esq.

Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004
(212) 510-0500
(212) 668-2255 (Fax)

Hughes Hubbard & Reed LLP
Attorneys for the SIPC Trustee
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
(212) 422-4726 (Fax)
http://www.hugheshubbard.com
Attention:     Jeffrey S. Margolin, Esq.

[THE BALANCE OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Cleary Gottlieb Steen & Hamilton LLP
Attorneys for Barclays Capital, Inc. (the "Purchaser")
One Liberty Plaza
New York, NY 10006
(212) 225-2000
(212) 225-3999 (Fax)
http://www.clearygottlieb.com
                Lisa M. Schweitzer, Esq.