PROSKAUER ROSE LLP
Attorneys for Markit Group
Limited, Markit Valuations
Limited, Swapswire Limited
and Markit North America Inc.
1585 Broadway
New York, New York  10036
(212) 969-3000
Jeffrey W. Levitan

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                              :        **Chapter 11**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,**                  :        **Case No. 08-13555 (JMP)**
**et al.,**                                         :        **Jointly Administered**
                                                    :
              **Debtors.**                          :
---------------------------------------------------------x

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NEW YORK   )

### AFFIDAVIT OF SERVICE BY
### OVERNIGHT MAIL

David C. Cooper, being duly sworn, deposes and says that:

1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2. On October 2, 2008, I caused a true copy of the Objection to Cure Amount and Reservation of Rights of Markit Group Limited, Markit Valuations Limited, Swapswire Limited And Markit North America Inc. (the "Objection") to be served via Federal Express Overnight mail upon (i) Weil, Gotsha & Manges, LLP, Attn: Harvey R. Miller, Esq., Richard P.

4541/49337-001 Current/12182199v1

Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq., 767 Fifth

Avenue, New York, NY 10153.

/s/ David C. Cooper
David C. Cooper

Sworn to before me this
2nd day of October, 2008

/s/ Javier Santiago
Notary Public, State of New York
No. 01SA6185530
Qualified in New York County
Commission Expires April 21, 2012

4541/49337-001 Current/12182199v1