MORELLI & GOLD, LLP
Attorneys for A-V Services, Inc.
Office and Post Office Address
The Chanin Building – Suite 4400
380 Lexington Avenue
New York, NY 10168
RLGold1977@aol.com
(212) 972-1100
(212) 983-5271 (Fax)
Richard L. Gold, Esq. (RG 9693)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                              Chapter 11

      LEHMAN BROTHERS HOLDINGS INC., et al.,    Case No. 08-13555 (JMP)

                Debtors.                          (Jointly Administered)
------------------------------------------------------------------x

**A-V SERVICES, INC.'S OBJECTIONS TO THE CURE AMOUNT
LISTED BY THE DEBTORS WITH RESPECT TO
THEIR EXECUTORY CONTRACTS WITH A-V SERVICES, INC.**

TO:    Clerk, United States Bankruptcy Court
         Southern District of New York

        A-V SERVICES, INC. (hereinafter "A-V"), a creditor of LEHMAN BROTHERS HOLDINGS INC. and/or LEHMAN BROTHERS INC. in the above-referenced bankruptcy proceedings, by its undersigned attorneys, Morelli & Gold, LLP, hereby objects to the Cure Amount, as that term is defined in this Court's Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, dated September 19, 2008 (hereinafter the "Sale Order"), attributed to A-V's "Contracts," as that term is defined in the Sale Order.

The Cure Amount with respect to A-V's Contracts is stated to be $25,000.00. In fact, the correct Cure Amount should be $328,665.08. Annexed hereto collectively as an Exhibit are documents identifying all of A-V's contracts with the Debtors, the amounts of each Contract, the amounts owed with respect to each Contract, and other evidence relevant to establish the correct Cure Amount with respect to each Contract. A-V asserts that $328,665.08 is the required Cure Amount with respect to its Contracts with the Debtors.

Dated: New York, New York
October 2, 2008

MORELLI & GOLD, LLP

By: /s/ Richard L. Gold

Richard L. Gold (RG 9693)
(A Member of the Firm)
Attorneys for A-V SERVICES, INC.
Office and Post Office Address
The Chanin Building – Suite 4400
380 Lexington Avenue
New York, NY 10168
RLGold1977@aol.com
(212) 972-1100
(212) 983-5271 (Fax)

TO:   All Counsel and Pro Se Parties on the
        Attached Service List

## SERVICE LIST

### In Re: LEHMAN BROTHERS HOLDINGS INC., et al., Debtors
### CASE NUMBER 08-13555 (JMP), Jointly Administered

Office of the Clerk
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408
(212) 668-2870

Weil, Gotshal & Manges
Attorneys for Debtors
767 Fifth Avenue
New York, NY 10153
http://www.weil.com
(212) 310-8000
(212) 310-8007 (Fax)
Attention:   Richard P. Krasnow, Esq.
             Lori R. Fife, Esq.
             Shai Y. Waisman, Esq.
             Jacqueline Marcus, Esq.

Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street – 21st Floor
New York, NY 10004
(212) 510-0500
(212) 668-2255 (Fax)

Hughes Hubbard & Reed LLP
Attorneys for the SIPC Trustee
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
(212) 422-4726 (Fax)
http://www.hugheshubbard.com
Attention:   Jeffrey S. Margolin, Esq.

[THE BALANCE OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

Cleary Gottlieb Steen & Hamilton LLP
Attorneys for Barclays Capital, Inc. (the "Purchaser")
One Liberty Plaza
New York, NY 10006
(212) 225-2000
(212) 225-3999 (Fax)
http://www.clearygottlieb.com
Attention:   Lindsee P. Granfield, Esq.
             Lisa M. Schweitzer, Esq.

**EXHIBIT**