INVOICE

 **a·v services**

INVOICE NUMBER: 0010268-IN

INVOICE DATE: 04/17/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: RPR

CUSTOMER NO: L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: DAVE DANTO, 9TH FLR.<br>NEW YORK,  NY   10019<br>CONFIRM TO:<br>212-526-9335 | LEHMAN BROTHERS INC.<br>745 7TH AVENUE<br>ATTN: BEN LOY<br>NEW YORK,  NY   10019 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004309087 | AVS ON-SITE | R13713 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | SERVICE DEPT-W NUNEZ | 343.250 | 343.25 |
| | | ONSITE SERVICE DATE: 4/1/08<br>TECH: WILLIAM NUNEZ | | |
| | | 20TH FLOOR ROOM 20C - CRESTRON T.P. IS<br>COMPLETELY FROZEN- | | |
| | | THE TOUCH PANEL NEED CALIBRATION,<br>CALIBRATION WAS DONE AND TESTED SOURCES. | | |

| | |
|---|---|
| Net Invoice: | 343.25 |
| Freight: | 0.00 |
| Sales Tax: | 28.75 |
| **Invoice Total:** | **372.00** |

INV # 10268

## Ricardo Duran

| | |
|---|---|
| **From:** | "Loy, Benjamin" <benjamin.loy@lehman.com> |
| **To:** | "Rick Duran" <rduran@avservices.net> |
| **Cc:** | "Camilo, Rafael" <rafael.camilo@lehman.com>; "Diaz-Matos, Anthony" <anthony.diazmatos@lehman.com>; "Danto, David" <david.danto@lehman.com>; "Duda, Michael" <michael.duda@lehman.com> |
| **Sent:** | Friday, March 28, 2008 5:37 PM |
| **Subject:** | Urgent Service Call Needed: Case HD0000004309087, 745: CR 20 C: Crestron Panel not working URGENT: Please see description below, High priority request, has been assigned to your group. |

Rick,

We need to place another urgent service call for 745 20C.  Currently the Crestron touchpanel in that room is completely unresponsive and we need to get it back up and running.

I've attempted to troubleshoot, but since Romesh left we don't have the right hardware or software to do find out anything useful beyond "it's not working."  I've tried hardware/software restarts and checked all cable connection points and distribution boxes, but the touchpanel will not work when connected to any of the three NET/VIDEO ports in the room.  It lights up and displays the control program, but doesn't respond to any keystrokes.

Currently the room is available between 1:00pm and 2:30pm on Monday.  Please let me know when you can have someone on site.  You can reference the HD number listed above in the subject line.

Benjamin Loy, CTS | Coordinator | AV Support
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335


**From:** GlobalHelpDesk@lehman.com [mailto:GlobalHelpDesk@lehman.com]
**Sent:** Friday, March 28, 2008 2:31 PM
**To:** Multimedia-AM
**Subject:** Case HD0000004309087, 745: CR 20 C: Crestron Panel not working URGENT: Please see description below, High priority request, has been assigned to your group.



REMEDY TICKET # HD0000004309087
Ticket Information

| | |
|---|---|
| **Summary:** | 745: CR 20 C: Crestron Panel not working URGENT: Please see description below |
| **Requested by:** | Jeremy Zettwoch |
| **Assigned To Group:** | Multimedia-AM |
| **Assigned to Individual:** | |
| **Category:** | Multimedia |
| **Type:** | Control System / Touch Panel / Crestron |
| **Item:** | Control - Cannot control locally |
| **Status:** | Assigned |

**Priority:**      High
**Case Type:**   Incident
**Create Date:**  03/28/08 14:29:23

Description
745: CR 20 C: Crestron Panel not working URGENT: Please see description below

Jeremy noticed upon attempting to initiate a Video Conference that Crestron panel was frozen. Rebooted the panel several times to no avail. Plugged Crestron panel into alternative source and rebooted, same result.

This is an Urgent request as this room does a large volume of meetings

Work Log

03/28/08 14:29:23 gentkt_bw
This ticket modified via ChangePortal by:jzettwoc:
Ticket created by gentkt_bw and assigned to group Multimedia-AM.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

INVOICE

 a·v services

INVOICE NUMBER: 0010586-IN

INVOICE DATE: 05/19/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: RPR

CUSTOMER NO: L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: DAVE DANTO, 9TH FLR.<br>NEW YORK,   NY    10019<br>CONFIRM TO: | LEHMAN BROTHERS INC.<br>745 7TH AVE., 12TH FLOOR<br>ATTN: BEN LOY<br>NEW YORK,   NY    10019 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004426339 | UPS | R13861 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | EQUIPMENT | 59.320 | 59.32 |
| | | SIRIUS<br>MODEL #: STRPNP1<br>SN: KPNP051220000192<br>NEW | | |

| | |
|---|---|
| Net Invoice: | 59.32 |
| Freight: | 4.60 |
| Sales Tax: | 5.36 |
| **Invoice Total:** | **69.28** |

## Ricardo Duran

| | |
|---|---|
| **From:** | "Loy, Benjamin" <benjamin.loy@lehman.com> |
| **To:** | "Gary Lanzet" <glanzet@avservices.net>; "Rick Duran" <rduran@avservices.net> |
| **Cc:** | "Danto, David" <david.danto@lehman.com>; "Duda, Michael" <michael.duda@lehman.com>; "Camilo, Rafael" <rafael.camilo@lehman.com>; "Diaz-Matos, Anthony" <anthony.diazmatos@lehman.com>; "Ralph Capria" <rcapria@avservices.net> |
| **Sent:** | Wednesday, April 30, 2008 6:20 PM |
| **Subject:** | New Sirius Streamer for 745 Fitness Center |

Gary & Rick

The Sirius SIR-STRPNP1 Streamer that was installed in the 745 Fitness
Center has stopped working and we have been unable to get it to power
back on.

We need a new one shipped to us ASAP for us to place into service. You
can reference ticket HD0000004426339 on this issue.

Thanks,

Benjamin Loy, CTS | Coordinator | AV Support
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

INVOICE

 **a·v services**

INVOICE NUMBER:  0010590-IN

INVOICE DATE:  05/19/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR
CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: DAVE DANTO, 9TH FLR.<br>NEW YORK,  NY   10019<br>CONFIRM TO:<br>1-212-526-6035 | LEHMAN BROTHERS INC.<br>745 7TH AVE<br>ATTN: RAFAEL CAMILO<br>NEW YORK,  NY   10019 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004402520 | AVS ON-SITE | R13818 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | SERVICE DEPT-AVS | 666.500 | 666.50 |

ONSITE SERVICE DATE: 4/25/08
TECH: W. NUNEZ & R. PENA

BOARDROOM - SWAP OUT A XAP 800 AND LOAD THE
NECESSARY SETTINGS.  WE HAVE A XAP800 IN OUR

BOARDROOM THAT HAS A FAULTY FAN AND WE WANT
TO REPLACE IT WITH A SPARE WE HAVE FROM THE

OLD EXEC. REBUILD PROJECT.
AT THE SAME TIME WE WANT THE TECH TO LOOK INTO

A VIDEO ISSSUE WE ARE HAVING WITH OUR CLUBROOM
CODEC.  ANYTIME WE ROUTE A VIDEO SOURCE TO

THE TANDBERG CAMERA INPUT WE GET A NOISY
VIDEO SIGNAL-

REMOVED AND INSTALLED A XAP800 FROM THE AV
RACK, TESTED WITH CLIENT.

THE PROBLEM WITH THE VIDEO AT THE CLUBROOM
WAS AN ADAPTOR GOING INTO THE TANDBERG, WENT

TO RADIO SHACK AND BOUGHT A VIDEO TO S-VIDEO
ADAPTER AND INSTALLED IT, ALSO TESTED WITH

CLIENT.

| | |
|---|---|
| Net Invoice: | 666.50 |
| Freight: | 0.00 |
| Sales Tax: | 55.82 |
| **Invoice Total:** | **722.32** |

#10590

## Ricardo Duran

| | |
|---|---|
| **From:** | "Alvarez, Harold" <harold.alvarez@lehman.com> |
| **To:** | "Ricardo Duran" <rduran@avservices.net>; "Camilo, Rafael" <rafael.camilo@lehman.com> |
| **Cc:** | "Manuel, Robert" <robert.manuel@lehman.com> |
| **Sent:** | Friday, April 25, 2008 2:10 PM |
| **Subject:** | RE: Service Call - Friday April 25th from 11am - 4pm. |

Robert will be onsite and he could be your main point of contact in the
Exec floors (55455)

Thank you


Please do not hesitate to contact me with any questions.

Best Regards,

Harold Alvarez   C T S
LEHMAN BROTHERS
Executive AV Support
Exec AV:  212 526 5455
Desk:      212 526 4096
Mobile:   646 523 1300
harold.alvarez@lehman.com
P Please don't print this e-mail unless necessary.

-----Original Message-----
From: Ricardo Duran [mailto:rduran@avservices.net]
Sent: Friday, April 25, 2008 1:39 PM
To: Camilo, Rafael
Cc: Alvarez, Harold
Subject: Re: Service Call - Friday April 25th from 11am - 4pm.

Camilo,

William Nunez and Ruben Pena around 4:00 pm.

Thanks,

Ricardo
----- Original Message -----
From: "Camilo, Rafael" <rafael.camilo@lehman.com>
To: "Ricardo Duran" <rduran@avservices.net>
Cc: "Alvarez, Harold" <harold.alvarez@lehman.com>
Sent: Friday, April 25, 2008 1:25 PM
Subject: RE: Service Call - Friday April 25th from 11am - 4pm.

Rick,

Do you know who is coming and what time we should expect him ?

-----Original Message-----
From: Ricardo Duran [mailto:rduran@avservices.net]
Sent: Thursday, April 24, 2008 10:52 AM
To: Camilo, Rafael
Cc: Duda, Michael; Alvarez, Harold; Danto, David
Subject: Re: Service Call - Friday April 25th from 11am - 4pm.

Rafael,

Sorry for the delay. I will have a tech tomorrow between 11:00 am to
4:00 pm.

Ricardo

----- Original Message -----
From: "Camilo, Rafael" <rafael.camilo@lehman.com>
To: "Camilo, Rafael" <rafael.camilo@lehman.com>; "Rick Duran"
<rduran@avservices.net>; <rcapria@avservices.net>
Cc: "Duda, Michael" <michael.duda@lehman.com>; "Alvarez, Harold"
<harold.alvarez@lehman.com>; "Danto, David" <david.danto@lehman.com>
Sent: Thursday, April 24, 2008 7:31 AM
Subject: RE: Service Call - Friday April 25th from 11am - 4pm.

Rick / Ralph

I never hear back ?

> _____
> From: Camilo, Rafael
> Sent: Tuesday, April 22, 2008 3:00 PM
> To: Rick Duran
> Cc: Duda, Michael; Alvarez, Harold; Danto, David
> Subject: Service Call - Friday April 25th from 11am - 4pm.
>
> Hello Rick,
>
> Can we please schedule a technician to swap out a XAP 800 and load the
> necessary settings.  We have a Xap 800 in our board room  that has a
> faulty fan and we want to replace it with a spare we have from the
> old exec rebuild project.( Remedy ticket HD0000004402520)
>
> At the same time we want the tech to look into a video issue we are
> having with our Club room codec.  Anytime we route a video source to

> the Tandberg camera input we get a noisy video signal.  ( Remedy
> ticket to follow )
> The Board room and club rooms are free  on Friday April 25th from 11am
> - 4pm.
>
>
>
>
>
>
>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- -
- - - - - -


This message is intended only for the personal and confidential use of
the
designated recipient(s) named above.  If you are not the intended
recipient
of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be
regarded as
an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers.  Email transmission cannot be guaranteed
to be
secure or error-free.  Therefore, we do not represent that this
information
is complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within
this communication (including any attachments) is not intended or
written to
be used and cannot be used for the purpose of (i) avoiding U.S. tax
related
penalties or (ii) promoting, marketing or recommending to another party
any
transaction or matter addressed herein.



- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- -
- - - - - -

This message is intended only for the personal and confidential use of
the
designated recipient(s) named above.  If you are not the intended
recipient
of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be
regarded as
an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers.  Email transmission cannot be guaranteed
to be
secure or error-free.  Therefore, we do not represent that this
information
is complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.

--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained
within
this communication (including any attachments) is not intended or
written to
be used and cannot be used for the purpose of (i) avoiding U.S. tax
related
penalties or (ii) promoting. marketing or recommending to another party
any
transaction or matter addressed herein.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named
above.  If you are not the intended recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly prohibited.  This communication is for
information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to
buy any financial product, an official confirmation of any transaction, or as an official statement of
Lehman Brothers.  Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do
not represent that this information is complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.

--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication
(including any attachments) is not intended or written to be used and cannot be used for the purpose of
(i) avoiding U.S. tax related penalties or (ii) promoting. marketing or recommending to another party
any transaction or matter addressed herein.

9/29/2008

INVOICE

 **a·v services**

INVOICE NUMBER: 0010661-IN

INVOICE DATE: 05/23/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: S/GL

CUSTOMER NO: L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>40 CORPORATE PLACE<br>PISCATAWAY,  NJ   088543 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000062792 | AVS ON-SITE | V22 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 6.00 | 6.00 | EQUIPMENT | 2,835.330 | 17,011.98 |
| | | CLARITY WN5020XPGV DATA/VIDEO DISPLAYS W/MOUNT | | |
| 1.00 | 1.00 | EQUIPMENT | 500.000 | 500.00 |
| | | CLARITY MISC. CABLES, CONNECTORS & HARDWARE | | |
| 1.00 | 1.00 | EQUIPMENT | 75.000 | 75.00 |
| | | CLARITY DOCUMENT PACKAGE | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 6,372.000 | 6,372.00 |
| | | PROJECT MGMT., SUBMISSION OF DWGS., ASSEMBLY,<br>FIELD INSTALLATION AND SHIPPING CHARGES | | |

| | |
|---|---|
| Net Invoice: | 23.958.98 |
| Freight: | 0.00 |
| Sales Tax: | 1,677.13 |
| **Invoice Total:** | **25,636.11** |

*INV*
*# 10661*  *PART*

# Purchase Order

## Lehman Brothers - Americas
70 Hudson Street
Jersey City NJ 07302-4585
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000062792 | Apr-15-2008 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 30 | Destination, PPD | | Common |

| Buyer | Phone | Currency |
|---|---|---|
| Holmes,Mary | 1 201 499 6468 | USD |

**Vendor:** 0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

**Ship To:** 74SXXVBLDG   **Attn:** Lan Ayers,Ivette
745 Seventh Avenue
New York NY 10019-6801
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096-2339
United States

*√ 22*

Tax Exempt? N    Tax Exempt ID:              Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | WN5020XPGV | N/A | 6.00 EA | 2,835.33 | 17,011.98 | Apr-29-2008 |
| | AVS--CLARITY WN5020XPGV DATA/VIDEO DISPLAYS WITH MOUNTS 000000000090008211 | | | | | |
| | | | Schedule Total | | 17,011.98 | |
| | | | Item Total | | 17,011.98 | |
| 2- 1 | Clarity Misc. cables, connectors & hardware | | 1.00 EA | 500.00 | 500.00 | Apr-29-2008 |
| | | | Schedule Total | | 500.00 | |
| | | | Item Total | | 500.00 | |
| 3- 1 | Clarity Document Package | | 1.00 EA | 75.00 | 75.00 | Apr-29-2008 |
| | | | Schedule Total | | 75.00 | |
| | | | Item Total | | 75.00 | |
| 4- 1 | Non-equipment Costs - Project Management, Submission of Drawings, Assembly, Field Installation, Shipping | | 1.00 EA | 6,372.00 | 6,372.00 | Apr-29-2008 |
| | | | Schedule Total | | 6,372.00 | |
| | | | Item Total | | 6,372.00 | |
| | | | Total PO Amount | | 23,958.98 | |

**Signature not required on emailed Pos**

INVOICE

 **a·v services**

INVOICE NUMBER: 0011339-IN

INVOICE DATE: 07/28/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: S/GL

CUSTOMER NO: L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>40 CORP. PLACE SOUTH<br>ATTN: CAROL JO POPP<br>PISCATAWAY,  NJ   08854 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000065063 | AVS ON-SITE | V22 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | EQUIPMENT | 3,911.000 | 3,911.00 |
| | | SONY EVI-HD1 VTC CAMERA #EVI-HD1 | | |
| 1.00 | 1.00 | EQUIPMENT | 16,314.000 | 16,314.00 |
| | | CRESTRON PRO2/STX1700CXP CONTROL SYSTEM | | |
| 1.00 | 1.00 | EQUIPMENT | 3,807.000 | 3,807.00 |
| | | POLYCOM EF2280/2201 AUDIO CONF SYSTEM BUNDLE | | |
| 1.00 | 1.00 | EQUIPMENT | 5,743.000 | 5,743.00 |
| | | NEC LCD 4620-2-IT 46" LCD MONITOR | | |
| 1.00 | 1.00 | EQUIPMENT | 358.000 | 358.00 |
| | | CROWN 180MA MIXER/A,P | | |
| 1.00 | 1.00 | EQUIPMENT | 1,557.000 | 1,557.00 |
| | | EXTRON RGB109XI COMPUTER INTERFACE | | |
| 1.00 | 1.00 | EQUIPMENT | 7,872.000 | 7,872.00 |
| | | EXTRON CROSSPOINT 450 PLUS # 60-852-11 | | |
| 1.00 | 1.00 | EQUIPMENT | 13,491.000 | 13,491.00 |
| | | TANDBERG 3000MXP VIDEO CONF CODEC | | |
| 1.00 | 1.00 | EQUIPMENT | 514.000 | 514.00 |

CONTINUED

INVOICE

 **a·v services**

INVOICE NUMBER: 0011339-IN

INVOICE DATE: 07/28/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: S/GL

CUSTOMER NO: L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>40 CORP. PLACE SOUTH<br>ATTN: CAROL JO POPP<br>PISCATAWAY,  NJ   08854 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000065063 | AVS ON-SITE | V22 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| | | USB TO CAT5 CONVERTER USB #8290153-01 | | |
| 2.00 | 2.00 | EQUIPMENT | 710.500 | 1,421.00 |
| | | TABLE MICS CS3-RF | | |
| 1.00 | 1.00 | EQUIPMENT | 340.000 | 340.00 |
| | | DVD/VCR PLAYER W/RACK MOUNT #RDR-VX555 | | |
| 1.00 | 1.00 | EQUIPMENT | 650.000 | 650.00 |
| | | CATV TUNER W/RK1 RACK MOUNT #232-STS/RK1RM | | |
| 1.00 | 1.00 | EQUIPMENT | 30.000 | 30.00 |
| | | LINE CONVERTER #TX-LM2 | | |
| 2.00 | 2.00 | EQUIPMENT | 184.000 | 368.00 |
| | | AUDIO DIST AMP MDA-3A #60-440-01 | | |
| 4.00 | 4.00 | EQUIPMENT | 112.250 | 449.00 |
| | | CEILING SPEAKERS SI26 #42-072-03 | | |
| 1.00 | 1.00 | EQUIPMENT | 900.000 | 900.00 |
| | | EQUIPMENT RACK BRK-12 | | |
| 1.00 | 1.00 | EQUIPMENT | 482.000 | 482.00 |
| | | SURGE SUPRESSOR #SX-1115RT | | |

CONTINUED

# INVOICE

 **a·v services**

| | INVOICE NUMBER: | 0011339-IN |
| | INVOICE DATE: | 07/28/2008 |

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

| | SALESPERSON: | S/GL |
| | CUSTOMER NO: | L113 |

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>40 CORP. PLACE SOUTH<br>ATTN: CAROL JO POPP<br>PISCATAWAY,  NJ   08854 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000065063 | AVS ON-SITE | V22 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---:|---:|---|---:|---:|
| 1.00 | 1.00 | EQUIPMENT | 75.000 | 75.00 |
| | | AVS CUSTOM CONNECTION PANELS | | |
| 1.00 | 1.00 | EQUIPMENT | 1,750.000 | 1,750.00 |
| | | MISC. CABLES, CONNECTORS & HARDWARE | | |
| 1.00 | 1.00 | EQUIPMENT | 200.000 | 200.00 |
| | | MISC. DOCUMENTATION PKG | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 2,400.000 | 2,400.00 |
| | | AVS PROJECT MGMT CHARGES | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 500.000 | 500.00 |
| | | AVS SUBMISSION OF DRAWINGS | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 3,000.000 | 3,000.00 |
| | | AVS ASSEMBLY | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 7,680.000 | 7,680.00 |
| | | AVS FIELD INSTALLATION | | |
| 1.00 | 1.00 | G&A | 2,500.000 | 2,500.00 |

INVOICE

 **a·v services**

INVOICE NUMBER: 0011339-IN

INVOICE DATE: 07/28/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: S/GL

CUSTOMER NO: L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>40 CORP. PLACE SOUTH<br>ATTN: CAROL JO POPP<br>PISCATAWAY,  NJ   08854 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000065063 | AVS ON-SITE | V22 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| Net Invoice: | 76.312.00 |
| Freight: | 0.00 |
| Sales Tax: | 5,341.84 |
| **Invoice Total:** | **81,653.84** |

*INV # 11339*
*V22 - PART 4.*

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
Jersey City NJ 07302-4585
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | | Page |
|---|---|---|---|---|
| LBUSA-0000065063 | May-12-2008 | | | 1 |
| **Payment Terms** | **Freight Terms** | | | **Ship Via** |
| Net 30 | Destination, PPD | | | Common |
| **Buyer** | **Phone** | | | **Currency** |
| Holmes,Mary | 1 201 499 6468 | | | USD |

**Vendor:    0000000646**
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

**Ship To:**    PSCXXVBLDG  Attn:  Popp,Carol Jo
40 Corporate Place South
Piscataway NJ 08854-6144
United States

**Bill To:**    P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt?  N     Tax Exempt ID:              Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | EVI-HD1 <br> AVS--SONY EVI-HD1 HD <br> VIDEOCONFERENCING CAMERA <br> 000000000090008327 | SONY | 1.00 EA | 3,911.00 | 3,911.00 | May-26-2008 |
| | | | Schedule Total | | 3,911.00 | |
| | | | Item Total | | 3,911.00 | ✕ |
| 2- 1 | PRO2/STX1700CXP <br> AVS- CRESTRON PRO2/STX1700CXP <br> CONTROL SYSTEM BUNDLE <br> 000000000090008328 | CRESTRON | 1.00 EA | 16,314.00 | 16,314.00 | May-26-2008 |
| | | | Schedule Total | | 16,314.00 | |
| | | | Item Total | | 16,314.00 | ✕ |
| 3- 1 | EF2280/EF2201 <br> AVS--POLYCOM EF2280/2201 AUDIO <br> CONFERENCING SYSTEM BUNDLE <br> 000000000090008364 | POLYCOM | 1.00 EA | 3,807.00 | 3,807.00 | May-26-2008 |
| | | | Schedule Total | | 3,807.00 | |
| | | | Item Total | | 3,807.00 | ✕ |
| 4- 1 | LCD-4620-2-IT <br> AVS--NEC LCD-4620-2-IT 46" LCD <br> MONITOR <br> 000000000090008329 | NEC | 1.00 EA | 5,743.00 | 5,743.00 | May-26-2008 |
| | | | Schedule Total | | 5,743.00 | |
| | | | Item Total | | 5,743.00 | ✕ |
| 5- 1 | 180MA <br> AVS--CROWN 180MA MIXER/AMPLIFIER <br> 000000000090004342 | CROWN | 1.00 EA | 358.00 | 358.00 | May-26-2008 |
| | | | Schedule Total | | 358.00 | |
| | | | Item Total | | 358.00 | ✕ |
| 6- 1 | 60-289-01 <br> AVS--EXTRON RGB 109XI COMPUTER <br> INTERFACE <br> 000000000090008068 | EXTRON ELE | 1.00 EA | 1,557.00 | 1,557.00 | May-26-2008 |
| | | | Schedule Total | | 1,557.00 | ✕ |
| | | | Item Total | | 1,557.00 | |
| 7- 1 | 60-852-11 <br> AVS--EXTRON CROSSPOINT 450 PLUS <br> 12X12 MATRIX SWITCHER <br> 000000000090008065 | EXTRON ELE | 1.00 EA | 7,872.00 | 7,872.00 | May-26-2008 |

**Signature not required on emailed Pos**

*Pg. 1 of 4*

INV. # 11339

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
Jersey City NJ 07302-4585
United States

**Vendor:** 0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

| Dispatch via E-Mail | | | |
|---|---|---|---|
| **Purchase Order** | **Date** | **Revision** | **Page** |
| LBUSA-0000065063 | May-12-2008 | | 2 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Destination, PPD | | Common |
| **Buyer** | **Phone** | | **Currency** |
| Holmes,Mary | 1 201 499 6468 | | USD |

**Ship To:** PSCXXVBLDG  Attn:  Popp,Carol Jo
40 Corporate Place South
Piscataway NJ 08854-6144
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt?  N     Tax Exempt ID:              Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | **Schedule Total** | | 7,872.00 | |
| | | | **Item Total** | | 7,872.00 | |
| 8- 1 | AVS--TANDBERG 3000MXP Video Conferencing Codec 000000000090001778 | TANDBERG | 1.00EA | 13,491.00 | 13,491.00 | May-26-2008 |
| | | | **Schedule Total** | | 13,491.00 | |
| | | | **Item Total** | | 13,491.00 | |
| 9- 1 | 8290153-01 ***USB to Cat5 Converter USB Link4 | | 1.00EA | 514.00 | 514.00 | May-26-2008 |
| | | | **Schedule Total** | | 514.00 | |
| | | | **Item Total** | | 514.00 | |
| 10- 1 | CS3-RF ***Table Microphones | | 2.00EA | 710.50 | 1,421.00 | May-26-2008 |
| | | | **Schedule Total** | | 1,421.00 | |
| | | | **Item Total** | | 1,421.00 | |
| 11- 1 | RDR-VX555 ***DVD/VCR Player with rack mount | | 1.00EA | 340.00 | 340.00 | May-26-2008 |
| | | | **Schedule Total** | | 340.00 | |
| | | | **Item Total** | | 340.00 | |
| 12- 1 | 232-STS/RK1RM ***CATV Tuner w/RK1 rack mount | | 1.00EA | 650.00 | 650.00 | May-26-2008 |
| | | | **Schedule Total** | | 650.00 | |
| | | | **Item Total** | | 650.00 | |
| 13- 1 | TX-LM2 ***Line Converter | | 1.00EA | 30.00 | 30.00 | May-26-2008 |
| | | | **Schedule Total** | | 30.00 | |
| | | | **Item Total** | | 30.00 | |
| 14- 1 | 60-440-01 ***Audio Distribution Amp MDA 3A | | 2.00EA | 184.00 | 368.00 | May-26-2008 |

**Signature not required on emailed Pos**

Pg. 2 of 4

*INV. # 11339*

# Purchase Order

## Lehman Brothers - Americas

70 Hudson Street
ersey City NJ 07302-4585
United States

Dispatch via E-Mail

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| LBUSA-0000065063 | | May-12-2008 | | 3 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Destination, PPD | | | Common |
| Buyer | | Phone | | Currency |
| Holmes,Mary | | 1 201 499 6468 | | USD |

Vendor:   0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

Ship To:   PSCXXVBLDG  Attn:   Popp,Carol Jo
40 Corporate Place South
Piscataway NJ 08854-6144
United States

Bill To:   P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt?  N      Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Schedule Total | | 368.00 | |
| | | | Item Total | | 368.00 | |
| 15- 1 | 42-072-03 | | 4.00 EA | 112.25 | 449.00 | May-26-2008 |
| | ***Ceiling Speakers - SI26 | | | | | |
| | | | Schedule Total | | 449.00 | |
| | | | Item Total | | 449.00 | |
| 16- 1 | BRK-12 | | 1.00 EA | 900.00 | 900.00 | May-26-2008 |
| | ***Equipment Rack | | | | | |
| | | | Schedule Total | | 900.00 | |
| | | | Item Total | | 900.00 | |
| 17- 1 | SX-1115RT | | 1.00 EA | 482.00 | 482.00 | May-26-2008 |
| | ***Surge Supressor | | | | | |
| | | | Schedule Total | | 482.00 | |
| | | | Item Total | | 482.00 | |
| 18- 1 | Miscellaneous | | 1.00 EA | 75.00 | 75.00 | May-26-2008 |
| | ***AVS Custom Connection Panels | | | | | |
| | | | Schedule Total | | 75.00 | |
| | | | Item Total | | 75.00 | |
| 19- 1 | Miscellaneous | | 1.00 EA | 1,750.00 | 1,750.00 | May-26-2008 |
| | ***AVS Misc. cables, connectors & hardware | | | | | |
| | | | Schedule Total | | 1,750.00 | |
| | | | Item Total | | 1,750.00 | |
| 20- 1 | Miscellaneous | | 1.00 EA | 200.00 | 200.00 | May-26-2008 |
| | ***AVS Documentation Package | | | | | |
| | | | Schedule Total | | 200.00 | |
| | | | Item Total | | 200.00 | |
| 21- 1 | Project Management | | 1.00 EA | 2,400.00 | 2,400.00 | May-26-2008 |
| | ***AVS Project Management | | | | | |

Signature not required on emailed Pos

*Pg 3 of 4*

INV. #11339

# Purchase Order

## Lehman Brothers - Americas

70 Hudson Street
Jersey City NJ 07302-4585
United States

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000065063 | May-12-2008 | | 4 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Holmes,Mary | 1 201 499 6468 | | USD |

**Vendor:** 0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

**Ship To:** PSCXXVBLDG  Attn:  Popp,Carol Jo
40 Corporate Place South
Piscataway NJ 08854-6144
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt? N   Tax Exempt ID:               Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| | | | Schedule Total | | 2,400.00 | |
| | | | Item Total | | 2,400.00 | |
| 22- 1 | Drawings | | 1.00 EA | 500.00 | 500.00 | May-26-2008 |
| | ***AVS Submission of Drawings | | | | | |
| | | | Schedule Total | | 500.00 | |
| | | | Item Total | | 500.00 | |
| 23- 1 | Assembly | | 1.00 EA | 3,000.00 | 3,000.00 | May-26-2008 |
| | ***AVS Assembly | | | | | |
| | | | Schedule Total | | 3,000.00 | |
| | | | Item Total | | 3,000.00 | |
| 24- 1 | Installation | | 1.00 EA | 7,680.00 | 7,680.00 | May-26-2008 |
| | ***AVS Field Installation | | | | | |
| | | | Schedule Total | | 7,680.00 | |
| | | | Item Total | | 7,680.00 | |

Piscataway NOC Additional Videoconferencing Room

**Total PO Amount**                73,812.00

Add G+A $2500.-
+ tax.

Signature not required on emailed Pos

Pg. 4 of 4

INVOICE

 **a·v services**

INVOICE NUMBER: 0011341-IN

INVOICE DATE: 07/28/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: S/GL

CUSTOMER NO: L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>40 CORPORATE PLACE SOUTH<br>ATTN: IVETTE LAN AYERS<br>PISCATAWAY,  NJ   08854 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000068173 | AVS ON-SITE | V22 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | EQUIPMENT | 250.000 | 250.00 |
| | | MISC. CABLES, CONNECTORS & HARDWARE | | |
| 1.00 | 1.00 | EQUIPMENT | 638.000 | 638.00 |
| | | INTERFACE FOR VIDEO DISPLAYS | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 5,804.000 | 5,804.00 |
| | | NON-EQUIPMENT COSTS | | |
| 2.00 | 2.00 | EQUIPMENT | 2,508.500 | 5,017.00 |
| | | NEC 4020 40" LCD DISPLAY W/SPEAKERS & MOUNTS | | |
| 1.00 | 1.00 | FREIGHT | 400.000 | 400.00 |
| | | SHIPPING CHARGES | | |

| | |
|---|---|
| Net Invoice: | 12,109.00 |
| Freight: | 0.00 |
| Sales Tax: | 847.63 |
| **Invoice Total:** | **12,956.63** |

2 more help less screens

# Purchase Order

Exhibit 34

## Lehman Brothers - Americas
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000068173 | Jun-24-2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Destination, PPD | | Common |
| **Buyer** | | **Phone** | **Currency** |
| Holmes,Mary | | 1 201 499 6468 | USD |

**Vendor:** 0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

**Ship To:** PSCXXVBLDG  **Attn:** Lan Ayers,Ivette
40 Corporate Place South
Piscataway NJ 08854
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

**Tax Exempt?** N   **Tax Exempt ID:**     **Replenishment Option:** Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | Miscellaneous cables, connectors & hardware for AVS equipment. | | 1.00 EA | 250.00 | 250.00 | Jul-08-2008 |
| | | Schedule Total | | | 250.00 | |
| | | Item Total | | | 250.00 | |
| 2- 1 | Interface for Video Displays | | 1.00 EA | 638.00 | 638.00 | Jul-08-2008 |
| | | Schedule Total | | | 638.00 | |
| | | Item Total | | | 638.00 | |
| 3- 1 | Non-Equipment Costs | | 1.00 EA | 5,804.00 | 5,804.00 | Jul-08-2008 |
| | | Schedule Total | | | 5,804.00 | |
| | | Item Total | | | 5,804.00 | |
| 4- 1 | LCD4020    NEC AVS--NEC 4020 40" LCD DISPLAY WITH SPEAKERS AND MOUNTS 000000000090008498 | | 2.00 EA | 2,508.50 | 5,017.00 | Jul-08-2008 |
| | | Schedule Total | | | 5,017.00 | |
| | | Item Total | | | 5,017.00 | |

PO total does not include shipping and taxes.

**Total PO Amount**     11,709.00

Ship 400 + tax

**Signature not required on emailed Pos**

# INVOICE

**a-v services**

INVOICE NUMBER:  0011440-IN
INVOICE DATE:  07/31/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR
CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. |
| 1301 AVENUE OF THE AMERICAS | 745 7TH AVE |
| ATTN: DAVE DANTO, 9TH FLR. | ATTN: BEN LOY |
| NEW YORK,  NY  10019 | NEW YORK,  NY  10019 |
| CONFIRM TO: | |
| 1-212-526-9335 | |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004788773 | AVS ON-SITE | R14135 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | SERVICE DEPT-S PILIPSKI | 310.250 | 310.25 |
| | | ONSITE SERVICE DATE: 7/11/08 | | |
| | | TECH: SETH PILIPSKI | | |
| | | 745 6B - MUTE BUTTON CRESTRON NOT WORKING ON ATC- | | |
| | | SET MACRO IN XAP400 TO #11 & 12 FOR ATC MUTE FUNCTION AND TESTED BOTH ATC AND VTC MUTE | | |
| | | FUNCTION WITH A MULTI POINT CALL WITH BEN LOY VIA ATC AND RAFAEL C. VIA VTC.  AUDIO MUTE | | |
| | | FUNCTION IS ONLINE AND WORKING WITH NORMAL PARAMETERS. | | |

Net Invoice:  310.25
Freight:  0.00
Sales Tax:  25.98
**Invoice Total:**  **336.23**

INV # 11740

## Eric Nelums

**From:** "Ricardo Duran" <rduran@avservices.net>
**To:** <enelums@avservices.net>
**Sent:** Friday, July 11, 2008 11:06 AM
**Subject:** Fw: Case HD0000004788773, Medium priority request, has been assigned to you.

----- Original Message -----
**From:** Ricardo Duran
**To:** Loy, Benjamin
**Cc:** Duda, Michael ; Camilo, Rafael
**Sent:** Thursday, July 10, 2008 7:03 PM
**Subject:** Re: Case HD0000004788773, Medium priority request, has been assigned to you.

Hi Ben,

Please let me know if conference room 6B is open tomorrow 7/11.

Thanks,

Ricardo

----- Original Message -----
**From:** Loy, Benjamin
**To:** Ricardo Duran
**Cc:** Duda, Michael ; Camilo, Rafael ; Mike McKoy
**Sent:** Wednesday, July 09, 2008 5:48 PM
**Subject:** FW: Case HD0000004788773, Medium priority request, has been assigned to you.

Rick,

We need to place a service call to investigate an issue with the touchpanel in 745 6B (the triple display room that AVS built for us last year).

Currently the privacy mute button will mute the VC for privacy but not the ClearOne. Today some meeting participants used the mute button to speak privately while they had an audio conference call connected and were overheard by the phone participants.

I've rebooted the Pro2 and the ClearOne and the issue appears to remain. Not sure if the problem lies with the Crestron code (Rod Mendez did the programming) or with the ClearOne, but the RS-232 connections appear to be fine and all other aspects of ClearOne functionality are controllable by the Crestron.

Can you send someone to diagnose? Let me know when you can have someone available and I'll schedule the room where possible. You can use the ticket number in the subject line for invoicing reference.

Thx,

**Benjamin Loy, CTS | Coordinator | AV Support**
LEHMAN BROTHERS **Business Support Services**
**Phone: +1-212-526-9335**

**From:** GlobalHelpDesk@lehman.com [mailto:GlobalHelpDesk@lehman.com]
**Sent:** Wednesday, July 09, 2008 2:58 PM
**To:** Loy, Benjamin
**Subject:** Case HD0000004788773, Medium priority request, has been assigned to you.



SAM TICKET # HD0000004788773

Ticket Information

| | |
|---|---|
| **Summary:** | 745 6B - Mute Button Crestron not Working on ATC |
| **Requested by:** | Bobbi-Sue Palmer |
| **Assigned To Group:** | Multimedia-AM |
| **Assigned to Individual:** | Benjamin Loy |
| **Category:** | Multimedia |
| **Type:** | Control System / Touch Panel / Crestron |
| **Item:** | Control system not controlling equipment |
| **Status:** | Assigned |
| **Priority:** | Medium |
| **Case Type:** | Incident |
| **Create Date:** | 07/09/08 14:58:16 |

Description
745 6B - Mute Button Crestron not Working on ATC

Work Log

07/09/08 14:58:16 gentkt_bw
This ticket modified via ChangePortal by:beloy:
Ticket created by gentkt_bw and assigned to group Multimedia-AM.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

INVOICE

 **a·v services**

INVOICE NUMBER:  0011501-IN

INVOICE DATE:  08/06/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR

CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: MICHALE DUDA<br>NEW YORK,  NY  10019<br>CONFIRM TO: | LEHMAN BROTHERS INC.<br>745 7TH AVENUE, 12TH FLOOR<br>ATTN: MICHAEL DUDA<br>NEW YORK,  NY  10019 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000003710473 | UPS | 13395 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | REPAIR | 150.000 | 150.00 |

REPAIR OF EXTRON MODEL # RGB109XI
SN # 647976026

NOTE: THIS INV REPLACES ORIGINAL INV # 0009714

| | |
|---|---|
| Net Invoice: | 150.00 |
| Freight: | 4.58 |
| Sales Tax: | 12.94 |
| **Invoice Total:** | **167.52** |

# Ricardo Duran

| | |
|---|---|
| **From:** | "Bedessi, Romesh" <Romesh.Bedessi@lehman.com> |
| **To:** | "Rick Duran" <rduran@avservices.net> |
| **Sent:** | Wednesday, March 05, 2008 8:21 AM |
| **Subject:** | RE: Ticket Number you requested! |

Rick please forgive me as these days I have been really swamped. Below are the ticket numbers you requested. Thanks!

HD0000003710473-Extron RGB109X1

HD0000003297274- PLUS U7-137 Projector SN: UB7EA5620546: Still Waiting on this projector??

HD0000003825929- LCD 4 - Support leg is broken.  SN: S5DEA6720549

HD0000003825922 - LCD 1 - Support leg is broken  SN: S5DEA6720529

---

**From:** Rick Duran [mailto:rduran@avservices.net]
**Sent:** Monday, February 11, 2008 4:23 PM
**To:** Bedessi, Romesh
**Subject:** Ticket Number

Hi Romesh,

Can you please provide ticket numbers for the two Plus projectors and Extron RGB109XI all in for repair.

Thanks,

Ricardo

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

INVOICE

 **a·v services**

INVOICE NUMBER:  0011544-IN

INVOICE DATE:  08/11/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  S/GL

CUSTOMER NO:  L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>40 CORPORATE PLACE SOUTH<br>ATTN: BLAINE CAPOBIANCO<br>PISCATAWAY,  NJ   08854 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000071275 | AVS ON-SITE | V22 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 2,469.000 | 2,469.00 |
| | | FIELD INSTALLATION WHARTON CLOCK | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 4,115.000 | 4,115.00 |
| | | FIELD INSTALLATION VIDEO WALL | | |

| | |
|---|---|
| Net Invoice: | 6.584.00 |
| Freight: | 0.00 |
| Sales Tax: | 460.88 |
| **Invoice Total:** | **7,044.88** |

INV. # 1154    AVS # V29

# Purchase Order

## Lehman Brothers - Americas

70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000071275 | Aug-08-2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Destination, PPD | | Common |
| **Buyer** | **Phone** | | **Currency** |
| Holmes,Mary | 1 201 499 6468 | | USD |

**Vendor:** 0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

**Ship To:** PSCXXVBLDG   Attn:   Capobianco,Blaine
40 Corporate Place South
Piscataway NJ 08854
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt? N     Tax Exempt ID:                    Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | ***Field Installation Wharton Clock | | 1.00 EA | 2,469.00 | 2,469.00 | Aug-22-2008 |
| | | Schedule Total | | | 2,469.00 | |
| | | Item Total | | | 2,469.00 | |
| 2- 1 | ***Field Installation video wall | | 1.00 EA | 4,115.00 | 4,115.00 | Aug-22-2008 |
| | | Schedule Total | | | 4,115.00 | |
| | | Item Total | | | 4,115.00 | |

TSR - 1036851

**Total PO Amount**          6,584.00

+ TAX    460.88

7044.88

**Signature not required on emailed Pos**

INVOICE

 a·v services

INVOICE NUMBER:  0011705-IN

INVOICE DATE:  08/26/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  S/GL

CUSTOMER NO:  L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>45 BROADWAY, 20TH FL.<br>ATTN: WILLIAM WHITE<br>NEW YORK,  NY   10004 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000068406 | AVS ON-SITE | 129 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 3.00 | 3.00 | EQUIPMENT | 1,811.000 | 5,433.00 |
| | | NEC ASPV46-AVT 46" LCD DISPLAY W/CABLE TUNER | | |
| 1.00 | 1.00 | EQUIPMENT | 805.000 | 805.00 |
| | | NEC ASPV32-AVT 32" LCD DISPLAY W/CABLE TUNER | | |
| 2.00 | 2.00 | EQUIPMENT | 109.000 | 218.00 |
| | | CHIEF MTRU TILT WALL MOUNTS FOR 46 | | |
| 1.00 | 1.00 | EQUIPMENT | 95.000 | 95.00 |
| | | CHIEF MTRV TILT WALL MOUNT FOR 32 | | |
| 1.00 | 1.00 | EQUIPMENT | 346.000 | 346.00 |
| | | CHIEF MWRUB SWING OUT ARM MOUNT FOR 46 | | |
| 1.00 | 1.00 | EQUIPMENT | 225.000 | 225.00 |
| | | AVS CABLES, CONNECTORS AND TERMINATORS | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 840.000 | 840.00 |
| | | AVS PROJECT MGMT CHARGES | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 840.000 | 840.00 |
| | | AVS ENGINEERING/CAD DRAWING CHARGES | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 2,395.000 | 2,395.00 |

CONTINUED

**INVOICE**

 **a·v services**

INVOICE NUMBER:  0011705-IN

INVOICE DATE:  08/26/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  S/GL

CUSTOMER NO:  L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>45 BROADWAY, 20TH FL.<br>ATTN: WILLIAM WHITE<br>NEW YORK,  NY   10004 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000068406 | AVS ON-SITE | 129 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| | | AVS FIELD INSTALLATION CHARGES | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 1,195.000 | 1,195.00 |
| | | AVS O/T LABOR CHARGES | | |

| | |
|---|---|
| Net Invoice: | 12.392.00 |
| Freight: | 735.00 |
| Sales Tax: | 1,099.39 |
| **Invoice Total:** | **14,226.39** |

INV # 11705   AVS # 129

# Purchase Order

## Lehman Brothers - Americas

70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States



**Vendor:** 0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000068406 | Jun-27-2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Destination, PPD | | Common |
| **Buyer** | **Phone** | | **Currency** |
| Holmes,Mary | 1 201 499 6468 | | USD |

**Ship To:** 45BXXVBLDG  **Attn:** White,William
45 Broadway, 20th Fl
New York NY 10004
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

Pg. 1 of 2

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | ASPV46-AVT<br>AVS--NEC ASPV46-AVT 46" LCD<br>DISPLAY WITH CABLE TUNER<br>000000000090008789 | NEC | 3.00 EA | 1,811.00 | 5,433.00 | Jul-11-2008 |
| | Schedule Total | | | | 5,433.00 | |
| | Item Total | | | | 5,433.00 | |
| 2- 1 | ASPV32-AVT<br>AVS--NEC ASPV32-AVT 32" LCD<br>DISPLAY WITH CABLE TUNER<br>000000000090008790 | NEC | 1.00 EA | 805.00 | 805.00 | Jul-11-2008 |
| | Schedule Total | | | | 805.00 | |
| | Item Total | | | | 805.00 | |
| 3- 1 | MTRU<br>***Chief MTRU tilt wall mounts for<br>46? | | 2.00 EA | 109.00 | 218.00 | Jul-11-2008 |
| | Schedule Total | | | | 218.00 | |
| | Item Total | | | | 218.00 | |
| 4- 1 | MTRV<br>***Chief MTRV tilt wall mount for<br>32? | | 1.00 EA | 95.00 | 95.00 | Jul-11-2008 |
| | Schedule Total | | | | 95.00 | |
| | Item Total | | | | 95.00 | |
| 5- 1 | MWRUB<br>***Chief MWRUB Swing out arm mount<br>for 46? | | 1.00 EA | 346.00 | 346.00 | Jul-11-2008 |
| | Schedule Total | | | | 346.00 | |
| | Item Total | | | | 346.00 | |
| 6- 1 | AVS Cables and Conne<br>"***AVS Cables, connectors and<br>terminiators" | | 1.00 EA | 225.00 | 225.00 | Jul-11-2008 |
| | Schedule Total | | | | 225.00 | |
| | Item Total | | | | 225.00 | |

**Tax Exempt?** N     **Tax Exempt ID:**          **Replenishment Option:** Standard

**Signature not required on emailed Pos**

INV. # 11705    AVS #129

# Purchase Order

## Lehman Brothers - Americas
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000068406 | Jun-27-2008 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Holmes,Mary | 1 201 499 6468 | | USD |

**Vendor:** 0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

Ship To:    45BXXVBLDG    Attn:    White,William
45 Broadway, 20th Fl
New York NY 10004
United States

Bill To:    P.O. Box 2339
Secaucus NJ 07096
United States

Pg. 2 of 2

Tax Exempt? N    Tax Exempt ID:    Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 7- 1 | AVS Project Manageme<br>***AVS Project Management | | 1.00 EA | 840.00 | 840.00 | Jul-11-2008 |
| | Schedule Total | | | | 840.00 | |
| | Item Total | | | | 840.00 | |
| 8- 1 | AVS Engineering / CA<br>***AVS Engineering / CAD Drawing | | 1.00 EA | 840.00 | 840.00 | Jul-11-2008 |
| | Schedule Total | | | | 840.00 | |
| | Item Total | | | | 840.00 | |
| 9- 1 | AVS Field Installati<br>***AVS Field Installation | | 1.00 EA | 2,395.00 | 2,395.00 | Jul-11-2008 |
| | Schedule Total | | | | 2,395.00 | |
| | Item Total | | | | 2,395.00 | |
| 10- 1 | AVS Overtime Install<br>***AVS Overtime Installation | | 1.00 EA | 1,195.00 | 1,195.00 | Jul-11-2008 |
| | Schedule Total | | | | 1,195.00 | |
| | Item Total | | | | 1,195.00 | |

TSR - 1032235

Total PO Amount    12,392.00

G+A

+735.-

**Signature not required on emailed Pos**

**INVOICE**

 **a·v services**

INVOICE NUMBER: 0011707-IN

INVOICE DATE: 08/26/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: S/GL

CUSTOMER NO: L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>45 BROADWAY, 20TH FL.<br>ATTN: WILLIAM WHITE<br>NEW YORK,  NY   10004 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000069939 | AVS ON-SITE | 129 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | EQUIPMENT | 534.000 | 534.00 |
| | | RGB460XI PN #60-373-02 | | |
| 1.00 | 1.00 | EQUIPMENT | 23.000 | 23.00 |
| | | VGA-A CABLE PN #26-490-02 | | |
| 1.00 | 1.00 | EQUIPMENT | 180.000 | 180.00 |
| | | CABLES, CONNECTORS AND TERMINATORS | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 400.000 | 400.00 |
| | | FIELD INSTALLATION VGA CHARGES | | |

| | |
|---|---|
| Net Invoice: | 1,137.00 |
| Freight: | 175.00 |
| Sales Tax: | 109.88 |
| **Invoice Total:** | **1,421.88** |

*INV. # 11707    AVS #129*

# Purchase Order

## Lehman Brothers - Americas
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

Dispatch via E-Mail

| Purchase Order | | Date | Revision | | Page |
|---|---|---|---|---|---|
| LBUSA-0000069939 | | Jul-21-2008 | | | 1 |
| **Payment Terms** | **Freight Terms** | | | | **Ship Via** |
| Net 30 | Destination, PPD | | | | Common |
| **Buyer** | | **Phone** | | | **Currency** |
| Holmes,Mary | | 1 201 499 6468 | | | USD |

**Vendor:** 0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

**Ship To:** 45BXXVBLDG  **Attn:** White,William
45 Broadway, 20th Fl
New York NY 10004
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt? N    Tax Exempt ID:              Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | 60-373-02<br>***RGB460xi | | 1.00 EA | 534.00 | 534.00 | Aug-04-2008 |
| | | | Schedule Total | | 534.00 | |
| | | | Item Total | | 534.00 | |
| 2- 1 | 26-490-02<br>***VGA-A cable | | 1.00 EA | 23.00 | 23.00 | Aug-04-2008 |
| | | | Schedule Total | | 23.00 | |
| | | | Item Total | | 23.00 | |
| 3- 1 | Miscellaneous<br>"***cables, connectors and<br>terminators" | | 1.00 EA | 180.00 | 180.00 | Aug-04-2008 |
| | | | Schedule Total | | 180.00 | |
| | | | Item Total | | 180.00 | |
| 4- 1 | Field Installation<br>***Field Installation VGA | | 1.00 EA | 400.00 | 400.00 | Aug-04-2008 |
| | | | Schedule Total | | 400.00 | |
| | | | Item Total | | 400.00 | |

*+175⁰⁰ G+A.*

**Total PO Amount** 1,137.00

*CO*
*D9*

**Signature not required on emailed Pos**

INVOICE

Page: 1

 **a·v services**

INVOICE NUMBER:  0011760-IN

INVOICE DATE:  09/04/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  S/GL

CUSTOMER NO:  L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>40 CORPORATE PLACE<br>PISCATAWAY,  NJ   088543 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| LBUSA0000070505 | AVS ON-SITE | 176 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 12.00 | 12.00 | EQUIPMENT | 10,088.000 | 121,056.00 |
| | | NEC LCD 57" MONITOR | | |
| 1.00 | 1.00 | EQUIPMENT | 8,844.000 | 8,844.00 |
| | | COMPUTER INTERFACE #60-507-01 | | |
| 1.00 | 1.00 | EQUIPMENT | 1,500.000 | 1,500.00 |
| | | JOB SITE WIRING | | |
| 1.00 | 1.00 | EQUIPMENT | 75.000 | 75.00 |
| | | DOCUMENTATION PACKAGE | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 2,000.000 | 2,000.00 |
| | | PROJECT MANAGEMENT LABOR CHARGES | | |
| 1.00 | 1.00 | INSTALLATION & FABRICATION | 3,000.000 | 3,000.00 |
| | | FIELD INSTALLATION CHARGES | | |
| 1.00 | 1.00 | G&A | 6,500.000 | 6,500.00 |

| | |
|---|---|
| Net Invoice: | 142,975.00 |
| Freight: | 0.00 |
| Sales Tax: | 10,008.25 |
| **Invoice Total:** | **152,983.25** |

*INV. # 11760    AVS # 176*

# Purchase Order

## Lehman Brothers - Americas
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000070505 | Jul-29-2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Destination, PPD | | Common |
| **Buyer** | **Phone** | | **Currency** |
| Holmes,Mary | 1 201 499 6468 | | USD |
| **Ship To:** | | | |

**Vendor:**  0000000646
A V SERVICES INC
99 FAIRFIELD ROAD
FAIRFIELD NJ 07004

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1- 1 | LCD5710BK | NEC | 12.00 EA | 10,088.00 | 121,056.00 | Aug-12-2008 |
| | AVS--NEC 5710 57" LCD MONITOR | | | | | | |
| | 000000000090008429 | | | | | | |
| | | | Schedule Total | | 121,056.00 | |
| | | | Item Total | | 121,056.00 | |
| 2- 1 | 60-507-01 | | 1.00 EA | 8,844.00 | 8,844.00 | Aug-12-2008 |
| | Computer Interface | | | | | | |
| | | | Schedule Total | | 8,844.00 | |
| | | | Item Total | | 8,844.00 | |
| 3- 1 | Miscellaneous | | 1.00 EA | 1,500.00 | 1,500.00 | Aug-12-2008 |
| | Job Site Wiring | | | | | | |
| | | | Schedule Total | | 1,500.00 | |
| | | | Item Total | | 1,500.00 | |
| 4- 1 | Miscellaneous | | 1.00 EA | 75.00 | 75.00 | Aug-12-2008 |
| | Documentation Package | | | | | | |
| | | | Schedule Total | | 75.00 | |
| | | | Item Total | | 75.00 | |
| 5- 1 | Project Management | | 1.00 EA | 2,000.00 | 2,000.00 | Aug-12-2008 |
| | Project Management | | | | | | |
| | | | Schedule Total | | 2,000.00 | |
| | | | Item Total | | 2,000.00 | |
| 6- 1 | Installation | | 1.00 EA | 3,000.00 | 3,000.00 | Aug-12-2008 |
| | Field Installation | | | | | | |
| | | | Schedule Total | | 3,000.00 | |
| | | | Item Total | | 3,000.00 | |

TSR - 1035548

*Add  G&A  $ 6500. -*
*+ tax*

| | |
|---|---|
| **Total PO Amount** | 136,475.00 |

# a-v services

**INVOICE**

| | |
|---|---|
| INVOICE NUMBER: | 0011837-IN |
| INVOICE DATE: | 09/12/2008 |

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

| | |
|---|---|
| SALESPERSON: | RPR |
| CUSTOMER NO: | L113/Z |

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. |
| 1301 AVENUE OF THE AMERICAS | 1301 AVENUE OF THE AMERICAS |
| ATTN: ACCOUNTS PAYABLE | ATTN: ACCOUNTS PAYABLE |
| NEW YORK,  NY   10019 | NEW YORK,  NY   10019 |
| CONFIRM TO: | |
| 212-526-9335 | |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004861289 | UPS BLUE | R14239 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | EQUIPMENT | 480.000 | 480.00 |
| | | INFOCUS | | |
| | | MODEL #: SP-LAMP-LP5F | | |
| | | DESCRIPTION: REPLACEMENT LAMP FOR LP530 PROJECTOR. | | |
| 1.00 | 1.00 | FREIGHT | 36.760 | 36.76 |
| | | UPS BLUE (NEXT DAY) METHOD OF SHIPPING APPLIED. | | |

| | |
|---|---|
| Net Invoice: | 516.76 |
| Freight: | 0.00 |
| Sales Tax: | 40.20 |
| **Invoice Total:** | **556.96** |

INV#11837

<u>Eric Nelums</u>

**From:** "Loy, Benjamin" <benjamin.loy@lehman.com>
**To:** "Eric Nelums" <enelums@avservices.net>
**Sent:** Monday, August 11, 2008 3:53 PM
**Subject:** FW: Help Desk Ticket Detail : HD0000004861289

Hi Eric,

Are you able to follow up on the below? I gave Ricardo the serial number and he told me that he ordered the lamp, but I haven't heard back from him since 7/24...

Ben Loy

**From:** Ricardo Duran [mailto:rduran@avservices.net]
**Sent:** Thursday, July 24, 2008 4:52 PM
**To:** Loy, Benjamin
**Cc:** Duda, Michael; Camilo, Rafael; Diaz-Matos, Anthony
**Subject:** Re: Help Desk Ticket Detail : HD0000004861289

Hi Ben,

To purchase a lamp for LP340/LP340B/LP350/LP500/LP530 products, Infocus requires the serial number of the projector. Please advise.

Thanks,

Ricardo

----- Original Message -----
**From:** Loy, Benjamin
**To:** Ricardo Duran
**Cc:** Duda, Michael ; Camilo, Rafael ; Diaz-Matos, Anthony
**Sent:** Thursday, July 24, 2008 3:11 PM
**Subject:** Help Desk Ticket Detail : HD0000004861289

Hi Rick,

we have an InFocus LP530 Projector here at Lehman that needs a replacement lamp. Can you order one for us and reference the ticket number attached for billing?

Thanks!

**Benjamin Loy, CTS | Coordinator | AV Support**
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335

Help Desk Information                                                                 HD0000004861289

**Ticket Details**

**Summary:*** 745 MCR - InFocus LCD Projector - Needs Replacement Lamp

**Description:*** 745 MCR - InFocus LCD Projector - Needs Replacement Lamp

| | | | |
|---|---|---|---|
| **Category:*** Multimedia | | **Case Type:*** Incident | |
| **Type:*** Projector / Projection TV | | **Status:*** Assigned | |
| **Item:*** Lamp life low | | Pending: | |
| Group: Multimedia-AM | | Closure Code: | |
| Individual: Benjamin Loy | | **Priority:*** High | |
| | | Escalated?: No | |

**Requester Information**

| **Login:***+ | beloy | Region: | USA | **Source:*** | Phone |
|---|---|---|---|---|---|
| **Name:***+ | Benjamin Loy | Site: | 745 Seventh Avenue 29340 | Submitted By: | beloy |
| VIP | No | Department: | Multimedia Americas | Urgency: | High |
| Phone | 2125269335 | Room: | 74S1314F03 | | |

**Activity**

**Work Log History:**

```
07/24/2008 03:09 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
contacting AVS for replacement lamp.

07/23/2008 03:49 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
Ticket created by gentkt_bw and assigned to group Multimedia-AM.
```

| Create Date: | 07/23/2008 14:49 EST |
| Assigned: | 07/23/2008 14:49 EST |
| Resolved: | |
| Arrival Time: | 07/23/2008 14:49 EST |

| Attachments | |
| --- | --- |
| | File Name |

**Related Items**

| Relate Assets | |
| --- | --- |
| | Asset Name |

| Relate Existing Help/Change/PCM/Task Tickets | |
| --- | --- |
| | Ticket Number |

**Selected Duplicates**

| | Case Id | Summary | Status | Dup Id | Assigned to | Create Time |
| --- | --- | --- | --- | --- | --- | --- |

an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

------------------------------------------------------ This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.



| | | INVOICE NUMBER: | 0011838-IN |
|---|---|---|---|
| | | INVOICE DATE: | 09/12/2008 |

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR

CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: ACCOUNTS PAYABLE<br>NEW YORK,  NY   10019<br><br>CONFIRM TO:<br>212-526-9335 | LEHMAN BROTHERS INC.<br>230 PARK AVENUE<br>ATTN: BEN LOY (NYC OFFICE)<br>FLORHAM PARK,   NJ   07932 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004951435 | | RP# R14232 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | FREIGHT | 74.340 | 74.34 |
| | | BEST WAY CARRIER USED TO SHIP REPLACEMENT EXTRON SWITCHER FROM LEHMAN BROTHERS' | | |
| | | NYC OFFICE TO AV SERVICES, INC.  THEN TECH. TOOK REPLACEMENT SWITCHER TO FLORHAM PARK | | |
| | | TO PERFORM THE SWITCHER SWAP OUT. | | |
| 1.00 | 1.00 | SERVICE DEPT-AVS | 186.570 | 186.57 |
| | | ONSITE SERVICE DATE: 8/8/08 TECH: RAUL NIN | | |
| | | SWAPPED OUT DEFECTIVE EXTRON 12x8 SWITCHER (SN: 637287001)     -AND- | | |
| | | REPLACED IT WITH THE ONE FROM LEHMAN BROTHERS NYC. EXTRON (SN: 630249011).  I'M BRINGING THE | | |
| | | DEFECTIVE UNIT BACK TO BE REPAIRED. | | |
| 1.00 | 1.00 | REPAIR | 450.000 | 450.00 |
| | | EXTRON MODEL #: CROSSPOINT 12x8 HVA | | |
| | | SN: 740791012 UNIT REPAIRED AND SHIPPED BACK TO LEHMAN | | |
| | | BROTHERS NYC OFFICE, PER BEN LOY. | | |

INV# 41838

**Eric Nelums**

From: "Loy, Benjamin" <benjamin.loy@lehman.com>
To: "Eric Nelums" <enelums@avservices.net>
Sent: Monday, August 11, 2008 3:53 PM
Subject: FW: Help Desk Ticket Detail - HD0000004861289

Hi Eric,

Are you able to follow up on the below?  I gave Ricardo the serial number and he told me that he ordered the lamp, but I haven't heard back from him since 7/24...

Ben Loy

From: Ricardo Duran [mailto:rduran@avservices.net]
Sent: Thursday, July 24, 2008 4:52 PM
To: Loy, Benjamin
Cc: Duda, Michael; Camilo, Rafael; Diaz-Matos, Anthony
Subject: Re: Help Desk Ticket Detail - HD0000004861289

Hi Ben,

To purchase a lamp for LP340/LP340B/LP350/LP500/LP530 products, Infocus requires the serial number of the projector. Please advise.

Thanks,

Ricardo

----- Original Message -----
From: Loy, Benjamin
To: Ricardo Duran
Cc: Duda, Michael ; Camilo, Rafael ; Diaz-Matos, Anthony
Sent: Thursday, July 24, 2008 3:11 PM
Subject: Help Desk Ticket Detail - HD0000004861289

Hi Rick,

we have an InFocus LP530 Projector here at Lehman that needs a replacement lamp.  Can you order one for us and reference the ticket number attached for billing?

Thanks!

Benjamin Loy, CTS | Coordinator | AV Support
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335

Help Desk Information                                                    HD0000004861289

**Ticket Details**

Summary:* 745 MCR - InFocus LCD Projector - Needs Replacement Lamp

745 MCR - InFocus LCD Projector - Needs Replacement Lamp

Description:*

| | | | | |
|---|---|---|---|---|
| Category:* | Multimedia | | Case Type:* | Incident |
| Type:* | Projector / Projection TV | | Status:* | Assigned |
| Item:* | Lamp life low | | Pending: | |
| Group: | Multimedia-AM | | Closure Code: | |
| Individual: | Benjamin Loy | | Priority:* | High |
| | | | Escalated?: | No |

**Requester Information**

| | | | | | |
|---|---|---|---|---|---|
| Login:*+ | beloy | Region: | USA | Source:* | Phone |
| Name:*+ | Benjamin Loy | Site: | 745 Seventh Avenue 29340 | Submitted By: | beloy |
| VIP | No | Department: | Multimedia Americas | Urgency: | High |
| Phone | 2125269335 | Room: | 74S1314F03 | | |

**Activity**

**Work Log History:**

9/29/2008

```
07/24/2008 03:09 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
contacting AVS for replacement lamp.

07/23/2008 03:49 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
Ticket created by gentkt_bw and assigned to group Multimedia-AM.
```

| Create Date: | 07/23/2008 14:49 EST |
| Assigned: | 07/23/2008 14:49 EST |
| Resolved: | |
| Arrival Time: | 07/23/2008 14:49 EST |

| Attachments |
| --- |
| File Name |

**Related Items**

| Relate Assets |
| --- |
| Asset Name |

| Relate Existing Help/Change/PCM/Task Tickets |
| --- |
| Ticket Number |

**Selected Duplicates**

| | Case Id | Summary | Status | Dup Id | Assigned to | Create Time |
| --- | --- | --- | --- | --- | --- | --- |

an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**a·v services**

INVOICE

INVOICE NUMBER:  0011838-IN

INVOICE DATE:  09/12/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR

CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: ACCOUNTS PAYABLE<br>NEW YORK,  NY   10019<br><br>CONFIRM TO:<br>212-526-9335 | LEHMAN BROTHERS INC.<br>230 PARK AVENUE<br>ATTN: BEN LOY (NYC OFFICE)<br>FLORHAM PARK,  NJ   07932 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004951435 | | RP# R14232 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| Net Invoice: | 710.91 |
| Freight: | 0.00 |
| Sales Tax: | 53.31 |
| **Invoice Total:** | **764.22** |

INY# 41838

---

**Eric Nelums**

| | |
|---|---|
| **From:** | "Loy, Benjamin" <benjamin.loy@lehman.com> |
| **To:** | "Eric Nelums" <enelums@avservices.net> |
| **Sent:** | Monday, August 11, 2008 3:53 PM |
| **Subject:** | FW: Help Desk Ticket Detail - HD0000004861289 |

Hi Eric,

Are you able to follow up on the below?  I gave Ricardo the serial number and he told me that he ordered the lamp, but I haven't heard back from him since 7/24...

Ben Loy

---

**From:** Ricardo Duran [mailto:rduran@avservices.net]
**Sent:** Thursday, July 24, 2008 4:52 PM
**To:** Loy, Benjamin
**Cc:** Duda, Michael; Camilo, Rafael; Diaz-Matos, Anthony
**Subject:** Re: Help Desk Ticket Detail - HD0000004861289

Hi Ben,

To purchase a lamp for LP340/LP340B/LP350/LP500/LP530 products, Infocus requires the serial number of the projector. Please advise.

Thanks,

Ricardo

----- Original Message -----
**From:** Loy, Benjamin
**To:** Ricardo Duran
**Cc:** Duda, Michael ; Camilo, Rafael ; Diaz-Matos, Anthony
**Sent:** Thursday, July 24, 2008 3:11 PM
**Subject:** Help Desk Ticket Detail - HD0000004861289

Hi Rick,

we have an InFocus LP530 Projector here at Lehman that needs a replacement lamp.  Can you order one for us and reference the ticket number attached for billing?

Thanks!

**Benjamin Loy, CTS | Coordinator | AV Support**
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335

---

Help Desk Information                                                                                   HD0000004861289

**Ticket Details**

| | | |
|---|---|---|
| **Summary:**\* | 745 MCR - InFocus LCD Projector - Needs Replacement Lamp | |
| | 745 MCR - InFocus LCD Projector - Needs Replacement Lamp | |
| **Description:**\* | | |

| | | | |
|---|---|---|---|
| **Category:**\* | Multimedia | **Case Type:**\* | Incident |
| **Type:**\* | Projector / Projection TV | **Status:**\* | Assigned |
| **Item:**\* | Lamp life low | Pending: | |
| Group: | Multimedia-AM | Closure Code: | |
| Individual: | Benjamin Loy | **Priority:**\* | High |
| | | Escalated?: | No |

**Requester Information**

| | | | | | |
|---|---|---|---|---|---|
| **Login:**\*+ | beloy | Region: | USA | **Source:**\* | Phone |
| **Name:**\*+ | Benjamin Loy | Site: | 745 Seventh Avenue 29340 | Submitted By: | beloy |
| VIP | No | Department: | Multimedia Americas | Urgency: | High |
| Phone | 2125269335 | Room: | 74S1314F03 | | |

**Activity**

**Work Log History:**

```
07/24/2008 03:09 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
contacting AVS for replacement lamp.

07/23/2008 03:49 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
Ticket created by gentkt_bw and assigned to group Multimedia-AM.
```

| Create Date: | 07/23/2008 14:49 EST |
| Assigned: | 07/23/2008 14:49 EST |
| Resolved: | |
| Arrival Time: | 07/23/2008 14:49 EST |

| Attachments |
| --- |
| File Name |

**Related Items**

| Relate Assets |
| --- |
| Asset Name |

| Relate Existing Help/Change/PCM/Task Tickets |
| --- |
| Ticket Number |

**Selected Duplicates**

| | Case Id | Summary | Status | Dup Id | Assigned to | Create Time |
| --- | --- | --- | --- | --- | --- | --- |

an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

9/29/2008



INVOICE

INVOICE NUMBER:  0011839-IN

INVOICE DATE:  09/12/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR

CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: ACCOUNTS PAYABLE<br>NEW YORK,  NY   10019<br><br>CONFIRM TO:<br>212-526-9335 | LEHMAN BROTHERS INC.<br>745 7TH AVE<br>c/o: BEN LOY<br>NEW YORK,   NY   10019 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000005081201 | UPS RED | R14335 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 5.00 | 5.00 | EQUIPMENT | 615.000 | 3,075.00 |
| | | SONY<br>MODEL #: LMP-F250<br><br>DESCRIPTION: REPLACEMENT LAMPS | | |
| 2.00 | 2.00 | EQUIPMENT | 480.000 | 960.00 |
| | | SONY<br>MODEL #: LMP-P260<br><br>DESCRIPTION: REPLACEMENT LAMPS | | |

| | |
|---|---|
| Net Invoice: | 4,035.00 |
| Freight: | 0.00 |
| Sales Tax: | 337.93 |
| **Invoice Total:** | **4,372.93** |

INV# 11839

Eric Nelums

| | |
|---|---|
| **From:** | "Loy, Benjamin" <benjamin.loy@lehman.com> |
| **To:** | "Eric Nelums" <enelums@avservices.net> |
| **Sent:** | Thursday, September 04, 2008 4:00 PM |
| **Subject:** | FW: Replacement Sony Lamps needed : HD0000005081201 |

Eric,

Can you also send us some replacement Sony lamps per the email below? Lamp types are indicated in the email I sent to Rick below:

Ben Loy

**From:** Loy, Benjamin
**Sent:** Wednesday, September 03, 2008 2:31 PM
**To:** RICARDO DURAN
**Cc:** Loy, Benjamin; Zettwoch, Jeremy; Duda, Michael
**Subject:** Replacement Sony Lamps needed : HD0000005081201

Hi Rick,

Hope you're well. We need to order some replacement LMP-250 and LMP-260 lamps for our Sony FX series projectors.

Can you send us five LMP-250s and two LMP-260s. Please reference the ticket number in the subject line for billing.

Thanks!

Benjamin Loy, CTS | Coordinator | AV Support
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335

Help Desk Information                                                                         HD0000005081201

**Ticket Details**

| | |
|---|---|
| **Summary:**\* | 745-28B-Lamp Life Low |
| **Description:**\* | 745-28B-Lamp Life Low |

| | | | |
|---|---|---|---|
| **Category:**\* | Multimedia | **Case Type:**\* | Incident |
| **Type:**\* | Projector / Projection TV | **Status:**\* | Assigned |
| **Item:**\* | Video - poor qualifly | Pending: | |
| **Group:** | Multimedia-AM | Closure Code: | |
| **Individual:** | Jeremy Zettwoch | **Priority:**\* | Medium |
| | | Escalated?: | No |

**Requester Information**

| | | | | | |
|---|---|---|---|---|---|
| **Login:**\*+ | chrima | Region: | USA | **Source:**\* | Phone |
| **Name:**\*+ | Christopher Ma | Site: | 745 Seventh Avenue | Submitted By: | chrima |
| VIP | No | Department: | 21814 Desktop-Eq | Urgency: | Low |
| Phone | | Room: | 74S1415E02 | | |

**Activity**

**Work Log History:**

```
09/03/2008 01:56 PM gentkt_bw
This ticket modified via ChangePortal by:jzettwoc:
Projector has been checked, bulb has been ordered, will  be replaced once bulb is in house, lamp meter has been reset, image is
perfect.

09/03/2008 01:45 PM gentkt_bw
This ticket modified via ChangePortal by:jzettwoc:
Projector has been checked, bulb has been ordered, will  be replaced once bulb is in house, lamp meter has been reset, image is
perfect.
```

| | | |
|---|---|---|
| Create Date: | 09/02/2008 16:18 EST | Attachments |
| Assigned: | 09/03/2008 07:49 EST | |

This mess is inten only for the perso and confi use of the desig recip (s) abov If you are not the inten recip of this mess you are heret

9/29/2008

Resolved:
Arrival Time:    09/02/2008 16:18 EST

File Name

**Related Items**

| Relate Assets | |
|---|---|
|  | Asset Name |

| Relate Existing Help/Change/PCM/Task Tickets | |
|---|---|
|  | Ticket Number |

**Selected Duplicates**

| | Case Id | Summary | Status | Dup Id | Assigned to | Create Time |
|---|---|---|---|---|---|---|
| | | | | | | |

notif:
that
any
revie
disse
distri
or
copy
of
this
mess
is
strict
prohi
This
comr
is
for
infor
purp
only
and
shoul
not
be
regar
as
an
offer
to
sell
or as
a
solic

of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

9/29/2008



INVOICE NUMBER:   0011840-IN

INVOICE DATE:   09/12/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:   RPR

CUSTOMER NO:   L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. |
| 1301 AVENUE OF THE AMERICAS | 745 7TH AVENUE |
| ATTN: ACCOUNTS PAYABLE | ATTN: BEN LOY |
| NEW YORK,   NY   10019 | NEW YORK,   NY   10019 |

CONFIRM TO:
212-526-9335

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004505799 | UPS | R14235 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | EQUIPMENT | 25.000 | 25.00 |
| | | 20' S-VIDEO CABLE | | |
| 1.00 | 1.00 | EQUIPMENT | 45.000 | 45.00 |
| | | 30' CONTROL CABLE 8 PIN MINI DIM TO DB9 | | |

| | |
|---|---|
| Net Invoice: | 70.00 |
| Freight: | 4.71 |
| Sales Tax: | 6.25 |
| **Invoice Total:** | **80.96** |

INV# 11840

Eric Nelums

| | |
|---|---|
| **From:** | "Loy, Benjamin" <benjamin.loy@lehman.com> |
| **To:** | <enelums@avservices.net> |
| **Sent:** | Wednesday, August 06, 2008 4:28 PM |
| **Subject:** | Service Call Needed - 745 7th Ave · HD0000004505799 |

Eric,

Please see description of the issue we're having at 745 7th Ave below. It may be sufficient to just send me the replacement cable and adapter and I can do the work myself, since the cable doesn't need to be pulled underneath the floor (both the camera and equipment rack are in the projection booth). Discuss with William Nunez as he's performed this repair a couple times in the past for us.

Give me a call if you need any clarification, thanks.

Benjamin Loy, CTS | Coordinator | AV Support
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335

Help Desk Information                                                                                                    HD0000004505799

**Ticket Details**

| **Summary:** | 745 26B - Unable to control camera from Crestron |
|---|---|
| **Description:** | 745 26B - Unable to control camera from Crestron |

| | | | |
|---|---|---|---|
| **Category:** | Multimedia | **Case Type:** | Incident |
| **Type:** | Videoconference | **Status:** | Work In Progress |
| **Item:** | Control - Cannot control locally | Pending: | |
| **Group:** | Multimedia-AM | Closure Code: | |
| **Individual:** | Benjamin Loy | **Priority:** | High |
| | | Escalated?: | No |

**Requester Information**

| | | | | | |
|---|---|---|---|---|---|
| **Login:** | beloy | Region: | USA | **Source:** | Phone |
| **Name:** | Benjamin Loy | Site: | 745 Seventh Avenue 29340 | Submitted By: | beloy |
| VIP | No | Department: | Multimedia Americas | Urgency: | High |
| Phone | 2125269335 | Room: | 74S1314F03 | | |

**Activity**

**Work Log History:**

```
08/05/2008 02:32 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
All connections appear secure and 9-pin serial connection solder points appear secure on Tandberg 3000 connection.  Reaching out
to AVS to have them diagnose or replace cable.

Ticket status changed to Work In Progress

05/09/2008 03:59 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
Ticket created by gentkt_bw and assigned to group Multimedia-AM.
```

| | | | |
|---|---|---|---|
| Create Date: | 05/09/2008 14:59 EST | **Attachments** | |
| Assigned: | 05/09/2008 14:59 EST | | |
| Resolved: | | **File Name** | |
| Arrival Time: | 05/09/2008 14:59 EST | | |

**Related Items**

| **Relate Assets** |
|---|
| Asset Name |

This mess is inten only for the perso and confi use of the desig recip (s) name abov If you are not the inten recip of this mess you are herel notifi that any revie disse distri or copy of this mess is strict prohi This

9/29/2008

| | Relate Existing Help/Change/PCM/Task Tickets | |
|---|---|---|
| | Ticket Number | |

**Selected Duplicates**

| | Case Id | Summary | Status | Dup Id | Assigned to | Create Time |
|---|---|---|---|---|---|---|
| | | | | | | |

comm
is
for
infor
purpo
only
and
shoul
not
be
regar
as
an
offer
to
sell
or as
a
solici

of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

9/29/2008

**a·v services**

INVOICE NUMBER:  0011841-IN

INVOICE DATE:  09/12/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR

CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: DAVE DANTO, 9TH FLR.<br>NEW YORK,  NY  10019<br>CONFIRM TO:<br>R13951 | LEHMAN BROTHERS INC.<br>745 7TH AVENUE<br>ATTN: BEN LOY<br>NEW YORK,  NY  10019 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004565661 | AVS ON-SITE | R13951 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | SERVICE DEPT-W NUNEZ | 220.250 | 220.25 |
| | | ONSITE SERVICE DATE: 5/27/08<br>TECH: WILLIAM NUNEZ<br><br>ROOM 24D - BLACK & WHITE VIDEO FROM SONY EVID<br>CAMERA TO TANDBERG 3000-<br><br>LOOSE PINS ON THE CONNECTOR, RE-SOLDERED. | | |

|  |  |
|---|---|
| Net Invoice: | 220.25 |
| Freight: | 0.00 |
| Sales Tax: | 18.45 |
| **Invoice Total:** | **238.70** |

# 0011841

## Ricardo Duran

| | |
|---|---|
| **From:** | "Loy, Benjamin" <benjamin.loy@lehman.com> |
| **To:** | "Rick Duran" <rduran@avservices.net> |
| **Cc:** | "Danto, David" <david.danto@lehman.com>; "Duda, Michael" <michael.duda@lehman.com>; "Camilo, Rafael" <rafael.camilo@lehman.com> |
| **Sent:** | Thursday, May 22, 2008 12:48 PM |
| **Subject:** | Service Calls |

Hi Rick,

We need to place a service call for the following issues at 745 7th Ave:

HD0000004565661: 745 24D - Black & White video from Sony EVID Camera to Tandberg 3000
HD0000004330270: 745 15D - Echo Cancellation issues on VC.
HD0000004164074: 745 20C - Intermittent bursts of static heard through table mics.
HD0000004292537: 745 16C - Excessive noise from cooling fan on Extron switcher.
HD0000004453760: 745, 18A - Extron fan making noise
Let me know a good range of dates that you can send someone to address these issues and I'll look at room availability.
Thanks!

Benjamin Loy, CTS | Coordinator | AV Support
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**a-v services**

INVOICE NUMBER:  0011842-IN
INVOICE DATE:  09/12/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR
CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
| --- | --- |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. |
| 1301 AVENUE OF THE AMERICAS | 745 7TH AVE |
| ATTN: ACCOUNTS PAYABLE | ATTN: BEN LOY |
| NEW YORK,  NY  10019 | NEW YORK,  NY  10019 |
| CONFIRM TO: | |
| 1-212-526-9335 | |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
| --- | --- | --- | --- |
| HD0000004684970 | AVS ON-SITE | R14063 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 1.00 | 1.00 | SERVICE DEPT-AVS | 540.000 | 540.00 |
| | | ONSITE SERVICE DATE: 6/18/08 | | |
| | | TECH: RUBEN PENA & CARLOS RODRIGUEZ | | |
| | | CONFERENCE ROOM 26D - REPLACEMENT OF EXTRON 12x8 CROSSPOINT SWITCHER (OFE), REMOVE | | |
| | | DEFECTIVE UNIT FOR SERVICING- | | |
| | | THE OFE UNIT WAS ALSO DAMAGE THEY BOTH NEED | | |
| | | TO GO OUT FOR REPAIRING. | | |
| | | WE ASLO ADJUSTED AN ISSUE WITH A FAN ON A | | |
| | | CLEARONE UNIT.  I WAS ABLE TO REDUCE THE NOISE COMING OUT OF THE DAMAGE FAN. | | |
| 2.00 | 2.00 | REPAIR | 500.000 | 1,000.00 |
| | | EXTRON | | |
| | | MODEL #: CROSSPOINT 12x8 HVA SWITCHER | | |
| | | SN: 524752 & 614973013 | | |
| | | UNIT REPAIRED | | |
| 1.00 | 1.00 | FREIGHT | 58.190 | 58.19 |
| | | OVERNIGHT (RUSH ORDER) SHIPPING APPLIED | | |
| 1.00 | 1.00 | SERVICE DEPT-W NUNEZ | 275.630 | 275.63 |
| | | ONSITE SERVICE DATE: 6/25/08 | | |
| | | TECH: WILLIAM NUNEZ | | |
| | | INSTALLATION OF TWO (2) REPAIRED EXTRON 12x8 CROSSPOINT SWITCHERS- | | |
| | | INSTALLED THE DESCRIBED UNITS.  TESTED WITH CLIENT. | | |

INVOICE



**a-v services**

| | |
|---|---|
| INVOICE NUMBER: | 0011842-IN |
| INVOICE DATE: | 09/12/2008 |

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

| | |
|---|---|
| SALESPERSON: | RPR |
| CUSTOMER NO: | L113/Z |

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. |
| 1301 AVENUE OF THE AMERICAS | 745 7TH AVE |
| ATTN: ACCOUNTS PAYABLE | ATTN: BEN LOY |
| NEW YORK,   NY   10019 | NEW YORK,   NY   10019 |
| CONFIRM TO: | |
| 1-212-526-9335 | |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004684970 | AVS ON-SITE | R14063 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| Net Invoice: | 1,873.82 |
| Freight: | 0.00 |
| Sales Tax: | 152.06 |
| **Invoice Total:** | **2,025.88** |

INV# 11842

## Eric Nelums

| | |
|---|---|
| **From:** | "Ricardo Duran" <rduran@avservices.net> |
| **To:** | <enelums@avservices.net> |
| **Sent:** | Wednesday, June 18, 2008 8:56 AM |
| **Subject:** | Fw: HD0000004684970 |

----- Original Message -----
From: "Loy, Benjamin" <benjamin.loy@lehman.com>
To: "Ricardo Duran" <rduran@avservices.net>
Cc: "Duda, Michael" <michael.duda@lehman.com>; "Camilo, Rafael"
<rafael.camilo@lehman.com>; "Diaz-Matos, Anthony"
<anthony.diazmatos@lehman.com>
Sent: Tuesday, June 17, 2008 6:31 PM
Subject: HD0000004684970


Rick,

Per our phone conversation, please place a service call to have the 12X8
Extron Crosspoint Switcher removed for servicing in conf room 26D at 745
7th Ave. Please use the ticket number in the subject line above for
reference.

I checked the 12x8 and only 8 of the inputs are labled. We have an OFE
Crosspoint here that should work as a spare while you send the existing
one out for service...but if you could have your service tech bring the
8x8 just in case that would be great.

Thanks,

Benjamin Loy, CTS | Coordinator | AV Support
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - -

This message is intended only for the personal and confidential use of the
designated recipient(s) named above. If you are not the intended recipient
of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited. This
communication is for information purposes only and should not be regarded as
an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers. Email transmission cannot be guaranteed to be
secure or error-free. Therefore, we do not represent that this information
is complete or accurate and it should not be relied upon as such. All
information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within
this communication (including any attachments) is not intended or written to
be used and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties or (ii) promoting, marketing or recommending to another party any
transaction or matter addressed herein.

# INVOICE

**a-v services**

|  |  |
|---|---|
| | INVOICE NUMBER:  0011843-IN |
| | INVOICE DATE:  09/12/2008 |

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR
CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. |
| 1301 AVENUE OF THE AMERICAS | 745 7TH AVENUE |
| ATTN: DAVE DANTO, 9TH FLR. | ATTN: BEN LOY |
| NEW YORK,   NY   10019 | NEW YORK,   NY   10019 |
| CONFIRM TO: | |
| 212-526-9335 | |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004164074 | AVS ON-SITE | R14003 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | SERVICE DEPT-W NUNEZ | 150.000 | 150.00 |
| | | ONSITE SERVICE DATE: 5/27/08 | | |
| | | TECH: WILLIAM NUNEZ | | |
| | | INTERMITTENT BURST OF STATIC HEARD THROUGH | | |
| | | TABLE MICS- | | |
| | | VTC NEEDS A LINE TO MIC ADAPTER. | | |
| 1.00 | 1.00 | EQUIPMENT | 40.000 | 40.00 |
| | | EXTRON | | |
| | | MIC TO LINE ADAPTER | | |

|  |  |
|---|---|
| Net Invoice: | 190.00 |
| Freight: | 0.00 |
| Sales Tax: | 15.91 |
| **Invoice Total:** | **205.91** |

* 00 11843

## Ricardo Duran

| | |
|---|---|
| **From:** | "Loy, Benjamin" <benjamin.loy@lehman.com> |
| **To:** | "Rick Duran" <rduran@avservices.net> |
| **Cc:** | "Danto, David" <david.danto@lehman.com>; "Duda, Michael" <michael.duda@lehman.com>; "Camilo, Rafael" <rafael.camilo@lehman.com> |
| **Sent:** | Thursday, May 22, 2008 12:48 PM |
| **Subject:** | Service Calls |

Hi Rick,

We need to place a service call for the following issues at 745 7th Ave:

HD0000004565661: 745 24D - Black & White video from Sony EVID Camera to
Tandberg 3000
HD0000004330270: 745 15D - Echo Cancellation issues on VC.
HD0000004164074: 745 20C - Intermittent bursts of static heard through
table mics.
HD0000004292537: 745 16C - Excessive noise from cooling fan on Extron
switcher.
HD0000004453760: 745, 18A - Extron fan making noise
Let me know a good range of dates that you can send someone to address
these issues and I'll look at room availability.
Thanks!

Benjamin Loy, CTS | Coordinator | AV Support
LEHMAN BROTHERS Business Support Services
Phone: +1-212-526-9335

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named
above. If you are not the intended recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly prohibited. This communication is for
information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to
buy any financial product, an official confirmation of any transaction, or as an official statement of
Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do
not represent that this information is complete or accurate and it should not be relied upon as such. All
information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication
(including any attachments) is not intended or written to be used and cannot be used for the purpose of
(i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.



INVOICE NUMBER:  0011844-IN

INVOICE DATE:  09/12/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  RPR

CUSTOMER NO:  L113/Z

| SOLD TO: | SHIP TO: |
|---|---|
| LEHMAN BROTHERS INC.<br>1301 AVENUE OF THE AMERICAS<br>ATTN: DAVE DANTO, 9TH FLR.<br>NEW YORK,   NY   10019<br><br>CONFIRM TO:<br>212-526-9335 | LEHMAN BROTHERS INC.<br>745 7TH AVENUE<br>ATTN: BEN LOY<br>NEW YORK,   NY   10019 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| HD0000004330270 | AVS ON-SITE | R14002 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| 1.00 | 1.00 | SERVICE DEPT-W NUNEZ | 150.000 | 150.00 |
| | | ONSITE SERVICE DATE: 5/27/08<br>TECH: WILLIAM NUNEZ<br><br>ECHO CANCELLATION ISSUES ON VC-<br>ADJUSTED AUDIO ECHO CANCELLATION.  TESTED WITH<br><br>CLIENT ALL IS WORKING PROPERLY. | | |

Net Invoice:  150.00

Freight:  0.00

Sales Tax:  12.56

**Invoice Total:**  **162.56**

INV# 118844

## Ricardo Duran

| | |
|---|---|
| **From:** | "Loy, Benjamin" <benjamin.loy@lehman.com> |
| **To:** | "Ricardo Duran" <rduran@avservices.net> |
| **Cc:** | "Loy, Benjamin" <benjamin.loy@lehman.com>; "Camilo, Rafael" <rafael.camilo@lehman.com>; "Duda, Michael" <michael.duda@lehman.com> |
| **Sent:** | Wednesday, July 30, 2008 7:31 PM |
| **Subject:** | 745 15D Issue: HD0000004330270 |

Rick,

The issue in 745 15D has gotten worse, now the ClearOne XAP800 appears to have a bad output that is blasting static into the VC unit's input.

How soon can you have someone on-site to diagnose and resolve? They should bring a spare XAP 800 to install if ours needs to be removed for repair.


Help Desk Information :HD0000004330270
=================================================

Ticket Details
=================================================

Summary            :745 15D - Echo Cancellation issues on VC.
Description        :745 15D - Echo Cancellation issues on VC.  A restart of the ClearOne did not resolve the issue.  Checked Tandberg settings and Echo Cancellation   Noise reduction is engaged.

Moved booking ID 633176 to 745 15A in order to facilitate that meeting.
Category           :Multimedia
Case Type          :Incident
Type               :Videoconference
Status             :Work In Progress
Item               :Feedback
Pending            :
Group              :Multimedia-AM
Closure Code       :
Individual         :Benjamin Loy
Priority           :Medium
Escalated?         :No
=================================================
Requester Information
=================================================

Login          :beloy
Region         :USA
Source         :Requester
Name           :Benjamin Loy
Site           :745 Seventh Avenue
Submitted By   :beloy
VIP            :No
Department     :29340 Multimedia Americas

9/29/2008

Urgency          :High
Phone            :2125269335
Room             :74S1314F03

======================================
Activity
======================================
Work Log History     :05/27/2008 06:35 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
AVS determined that the issue is due to the Tandberg 770 being fed a
line level signal from the ClearOne into its Mic level input.

AVS techs made adjustments to minimize the issue and will return with a
line-to-mic XLR adapter to eliminate the issue.

04/02/2008 06:45 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
Rafael and I managed to do some adjustments on the ClearOne in order to
minimize the issue to the point where VCs can now be done out of this
room.

Will switch this ticket to medium priority and will continue to address
the issue when time allows.

04/02/2008 12:15 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
Will attempt further troubleshooting and issue recreation before
contacting vendors.

Ticket status changed to Work In Progress

04/01/2008 07:42 PM gentkt_bw
This ticket modified via ChangePortal by:beloy:
Ticket created by gentkt_bw and assigned to group Multimedia-AM.


======================================
Create Date      :04/01/2008 18:42 EST
Assigned         :04/01/2008 18:42 EST
Resolved         :
Arrival Time     :04/01/2008 18:42 EST

Attachments
File Name         :


======================================
Related Items
======================================
Related Assets
Asset Name         :

Related Existing Help/Change/PCM/Task Tickets
Ticket Number        :

================================================================

Selected Duplicates
================================================================

================================================================

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named
above.  If you are not the intended recipient of this message you are hereby notified that any review,
dissemination, distribution or copying of this message is strictly prohibited.  This communication is for
information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to
buy any financial product, an official confirmation of any transaction, or as an official statement of
Lehman Brothers.  Email transmission cannot be guaranteed to be secure or error-free.  Therefore, we do
not represent that this information is complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication
(including any attachments) is not intended or written to be used and cannot be used for the purpose of
(i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

**INVOICE**

 **a·v services**

INVOICE NUMBER:  0011515-IN

INVOICE DATE:  08/01/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON:  0001

CUSTOMER NO:  L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS, NJ  07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>605 THIRD AVENUE<br>ATTN: RAFAEL CAMILO<br>NEW YORK,  NY  10020 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| TECHNICIANS | AVS ON-SITE | 211 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| | | ADDITIONAL SERVICES FOR JULY 2008<br>SERVICES REQUESTED BY A. DIAZ-MATOS & R. CAMILO | | |
| 5.00 | 5.00 | ON SITE SERVICES | 817.500 | 4,087.50 |
| | | ON-SITE SERVICES FOR ZAVIER BERRIOS | | |
| 5.00 | 5.00 | ON SITE SERVICES | 1,250.000 | 6,250.00 |
| | | ON-SITE SERVICES FOR ROMAN DIAZ | | |
| 22.00 | 22.00 | ON SITE SERVICES | 65.000 | 1,430.00 |
| | | ADDITIONAL O/T CHARGES FOR ROMAN DIAZ | | |

| | |
|---|---|
| Net Invoice: | 11.767.50 |
| Freight: | 0.00 |
| Sales Tax: | 985.53 |
| **Invoice Total:** | **12,753.03** |

INVOICE

 **a·v services**

INVOICE NUMBER: 0011805-IN

INVOICE DATE: 09/09/2008

A-V SERVICES
99 FAIRFIELD RD
FAIRFIELD, NJ 07004
973-575-5222

SALESPERSON: 0001

CUSTOMER NO: L113

| SOLD TO: | SHIP TO: |
|---|---|
| IMAGE PROCESSING SYSTEMS<br>PO BOX 2339<br>c/o LEHMAN BROS. A/P DEPT.<br>SECAUCUS,  NJ   07096<br>CONFIRM TO: | LEHMAN BROTHERS<br>605 THIRD AVENUE<br>ATTN: RAFAEL CAMILLO<br>NEW YORK,  NY   10020 |

| CUSTOMER P.O. | SHIP VIA | PROJECT/RP# | TERMS |
|---|---|---|---|
| TECHNICIANS | AVS ON-SITE | 281 | NET 10 DAYS |

| ORDERED | SHIPPED | ITEM NO. | PRICE | AMOUNT |
|---|---|---|---|---|
| | | ADDITIONAL SERVICES FOR AUGUST 2008<br>SERVICES REQUESTED BY A. DIAZ-MATOS & R. CAMILO | | |
| 4.00 | 4.00 | ON SITE SERVICES | 817.500 | 3,270.00 |
| | | ON-SITE SERVICES FOR ZAVIER BERRIOS | | |
| 4.00 | 4.00 | ON SITE SERVICES | 1,250.000 | 5,000.00 |
| | | ON-SITE SERVICES FOR ROMAN DIAZ | | |
| 13.50 | 13.50 | ON SITE SERVICES | 65.000 | 877.50 |
| | | ADDITIONAL O/T CHARGES FOR ROMAN DIAZ | | |

| | |
|---|---|
| Net Invoice: | 9,147.50 |
| Freight: | 0.00 |
| Sales Tax: | 766.10 |
| **Invoice Total:** | **9,913.60** |

## MASTER AGREEMENT FOR CONSULTING SERVICES

Consultant/Vendor: A-V Services, 99 Fairfield Road, Fairfield, NJ 07004
(Name of Agency)
Tax ID:
Telephone #:  973.575.5222
Fax #: 973.575.0857                                    Effective Date:  August 8, 2005

     This Master Agreement for Consulting Services ("Agreement") is made as of the Effective Date specified above between Lehman Brothers Inc., with an office at 745 Seventh Avenue, New York, New York 10019 ("Lehman"), and the Consultant specified above.

1.    Scope of Services:  Consultant agrees to provide, under the terms and conditions of this Agreement, the mutually agreed upon consulting services (the "Services") which are described on attachments to this Agreement, and substantially in the form of the attached Exhibit 1 hereto (each a "Schedule").

2.    Schedules:  Both time and materials and fixed price Schedules may be entered into hereunder.  Lehman, its parent company and any of their subsidiaries and affiliated companies may enter into Schedules under this Agreement, and for purposes of any such Schedule shall be considered "Lehman" as that term is used herein.  Schedules should be consecutively numbered for identification and once signed by both parties will be incorporated into and form a part of this Agreement.  If there is a conflict between this Agreement and any Schedule, the terms of the Schedule will govern the provision of the Services involved.  Each Schedule should include a full and complete description of the Services to be performed, the deliverables, documentation or other materials to be produced (the "Deliverables"), the schedule for completion of each of the foregoing, the applicable fixed price or time and materials charges, and such additional information as the parties agree upon.

3.    Work Policy/Personnel:

(a)    For each Schedule, each party will designate a Project Manager ("Project Manager") as the main interface between them.  The scope and specific conduct of Consultant's Services must be coordinated with Lehman's Project Manager at all times.  Consultant will ensure the continuity of any individual expected to assist in the performance of Services or expected to work on Lehman premises ("Assigned Contractor").  There will be no charge to Lehman for any replacement personnel assigned by Consultant until Lehman confirms that each such replacement has acquired the necessary orientation and background to make a productive contribution.

(b)    Every two (2) weeks (or other period specified in the applicable Schedule), Consultant will submit written status reports describing its activities and accomplishments during the preceding reporting period, including:  the current status of Services (with an explanatory narrative and details of particular activities when appropriate); and for time and materials engagements, resources used since the last report, and for fixed price engagements percentage completion of project, and a cumulative total, including in each case where applicable fees, time

1

and materials expended against budget since the effective date of the Schedule; and the identification of any problems and actions taken to resolve them, including any impact on project scheduling. Upon request, Consultant will meet with Lehman personnel at no additional charge to review the status of Consultant's activities.

(c)    Lehman will provide working space, resources and materials only as specified in the applicable Schedule. Consultant personnel will observe and comply with Lehman's applicable policies and procedures (including without limitation, as to physical and electronic security), working hours and holiday schedules, as modified from time to time in Lehman's discretion. Consultant will minimize any disruption to Lehman's normal business operations. Upon Lehman's request, Consultant will promptly require any Assigned Contractor to provide to Lehman a completed background and security questionnaire in the form of Exhibit 2, as the same may be revised by Lehman from time to time (including both background information and fingerprint specimens) and to undergo drug testing. Notwithstanding anything to the contrary in this Agreement, Lehman may terminate the applicable Schedule or may require Consultant immediately to terminate the assignment of any Assigned Contractor if such person does not execute a Non-Disclosure Agreement ("NDA") in the form attached as Exhibit 3 or does not promptly provide complete information (and fingerprint specimens) as provided in Exhibit 2 or does not undergo drug testing or if, in the sole judgment of Lehman (i) the results of the background investigation are unsatisfactory; (ii) any background information provided by such individual is inaccurate; (iii) any background information provided by such individual cannot be verified to Lehman's satisfaction; or (iv) the results of the drug testing are unsatisfactory. Nothing contained in this Agreement shall be construed to create any obligation on the part of Lehman to disclose to Consultant or its personnel the reasons for its determination in this regard, or share any information obtained through its background investigation or drug testing, except to the extent otherwise required by law.

(d)    If any Assigned Contractor is unacceptable to Lehman, as determined by Lehman in its discretion, Lehman will notify Consultant and Consultant will immediately, at Lehman's option, (i) terminate the assignment of such Assigned Contractor or (ii) take appropriate corrective action as the employer of the Assigned Contractor. If such corrective action under (ii) does not result in immediate and sustained improvement, as determined by Lehman in its sole discretion, Lehman will so notify Consultant and Consultant will immediately terminate the assignment of such Assigned Contractor. Unless otherwise consented to by Lehman in writing, Consultant will not engage or hire, or solicit for employment or engagement  as a contractor, any Lehman personnel while Consultant is performing Services for Lehman and for a period of six (6) months thereafter.

(e)    Consultant agrees and represents that it is an independent contractor and its personnel (including any Assigned Contractor) are not Lehman's agents or employees for federal, state and local tax purposes or any other purposes whatsoever, and are not entitled to any compensation from Lehman or any Lehman employee benefits. Consultant acknowledges and agrees that its personnel (including any Assigned Contractor) are solely employees of Consultant and that, as their employer, Consultant shall be solely responsible for the recruitment, hiring, training, utilization, assignment, re-assignment, promotion, discipline, termination, or other employment-related activities concerning such personnel. Consultant assumes sole and full responsibility for

the acts of its personnel and shall indemnify and save harmless Lehman, Lehman's affiliates and their successors, officers, directors and employees ("Indemnitees") from damage, loss, liability costs and expenses (including reasonable attorneys' fees) (collectively, "Loss") with respect to any and all claims on account of any act or lack of action on the part of Consultant or its personnel, including but not limited to any liability or damages resulting from breach of any duty or theft of material or Services by any such person, provided however, that Consultant's obligation to indemnify shall not apply to any loss or liability caused solely by the misconduct or negligence of Lehman's employees or of other individuals not directly employed or engaged by Consultant.    Notwithstanding the foregoing, Consultant shall indemnify and hold harmless Indemnitees with respect to claim, loss or liability of any kind (including reasonable attorneys' fees) relating to or arising out of (i) Consultant's actions as an employer of its personnel (including any Assigned Contractor), (ii) any assertion that Indemnitees should be deemed the "employer" or "joint employer" of any of Consultant's personnel (including any Assigned Contractor), or (iii) any claim arising from Consultant's failure to comply with applicable laws. Consultant represents that each Assigned Contractor is an employee of Consultant and that Consultant will withhold and pay all applicable income and payroll taxes with respect to such personnel.    Consultant and its personnel have no authority to make commitments or enter into contracts on behalf of, bind or otherwise obligate Lehman in any manner whatsoever. Consultant, and not Lehman, is solely responsible for the compensation of personnel assigned to perform Services hereunder, and payment of workers' compensation, disability and other similar benefits, unemployment and other similar insurance, for withholding income and payroll taxes and for verifying the work eligibility of each Assigned Contractor, including the completion and maintenance of Form I-9 (for purposes of determining authorization to work in the United States).

4.    Acceptance: Each Deliverable shall be subject to a verification of acceptability by Lehman("Acceptance") in accordance with the procedures set out in this Section 4.    Unless otherwise agreed to in writing by the parties, the acceptability of any Deliverable will be based on Lehman's determination that the Deliverable performs and provides functionality in accordance with the applicable Schedule (or if the Schedule fails to provide standards for any particular functionality, Lehman's reasonable satisfaction with the Deliverable or functionality, as applicable). If any Deliverable is not acceptable, Lehman will notify Consultant specifying its reasons in reasonable detail, and Consultant will, at no additional cost, promptly conform the Deliverable to the Schedule or Lehman's reasonable satisfaction, as applicable.    If within ten (10) days of notification by Lehman (or such other time period as the parties may agree in writing), any Deliverable is still not acceptable, Lehman may, at its option: (i) terminate the applicable Schedule, in whole or in part, and receive a prompt refund of all fees for the portion of the Schedule so terminated and any other Deliverables that are unusable as a result of such rejection; or (ii) without prejudice to Lehman's right to implement (i) above, extend the time for Consultant to correct the affected Deliverable.    When any Deliverable is acceptable to Lehman, Lehman will notify Consultant in writing of its Acceptance.

5.    Ownership of Intellectual Property:

(a)    Consultant will promptly make a complete written disclosure ("Disclosure Statement") to Lehman of each invention, discovery, device, or procedure whether patentable or not (hereinafter referred to as "Disclosed Subject"), conceived or first actually reduced to practice, solely or jointly, by Consultant, Lehman, or their respective employees and agents as a result of the Services performed hereunder.  Each Disclosure Statement will be deemed a Deliverable hereunder.  As to each such Disclosed Subject, Consultant will specifically point out in the Disclosure Statement the features or concepts which Consultant believes to be novel, non-obvious, or an improvement upon existing practice.

(b)    Consultant acknowledges that Lehman will have exclusive, unlimited ownership rights to the product of all work performed under each Schedule and all Deliverables prepared or developed as a result of Services, both as individual items and as a combination of components and whether or not the Schedule is completed, including, without limitation, any Disclosed Subject.  All of the foregoing will be deemed to be work made for hire and made in the course of Services rendered and shall belong exclusively to Lehman, with Lehman having the sole right to obtain, hold and renew, in its own name and for its own benefit, patents, copyrights, registrations and other appropriate protection.  To the extent that exclusive title and ownership rights may not originally vest in Lehman as contemplated hereunder, Consultant hereby irrevocably assigns, transfers and conveys to Lehman all right, title and interest therein.  Consultant and its personnel will give Lehman, and any Lehman designee, all reasonable assistance and execute all documents necessary to assist or enable Lehman to perfect, preserve, register and record its rights in any such Deliverables and Disclosed Subjects.  Consultant will, immediately upon request of Lehman, or upon the termination, cancellation or expiration of each Schedule or this Agreement, turn over to Lehman all Deliverables prepared or developed as a result of this Agreement or any Schedule, and any Lehman documents or other materials held by or on behalf of Consultant, together with all copies thereof.  Consultant will enter into written agreements with its Assigned Contractors as may be necessary to ensure Lehman's rights under this Section 5(b).

6.    Pricing and Terms of Payment:

(a)    The applicable fixed prices or time and materials charges will be specified on the Schedule.  All time and materials charges will be subject to the applicable Early Payment Discount as set forth in Section 6(d).  In no event will charges for the Services exceed Consultant's applicable standard published rates.  Consultant's daily billing rate for time and materials charges is based on a minimum eight (8) hour work day (a "Professional Day").  For Services performed on a time and materials basis, any hours worked in excess of a Professional Day in any one day or on Saturdays, Sundays or holidays, shall be at no additional cost unless specifically authorized in advance in writing by Lehman's Project Manager.  Lehman also agrees to pay for reasonable supply, material and travel costs and expenses required and actually incurred in the performance of Services in accordance with Lehman's expense policy, provided that Consultant has: (i) obtained Lehman's prior written approval; (ii) detailed such costs and expenses in a form acceptable to Lehman and approved them in accordance with Consultant's own internal expense policies; and (iii) submitted supporting documentation satisfactory to

4

Lehman. Lehman will not reimburse Consultant for normal commutation expenses or for travel and living expenses incurred by any Assigned Contractor performing Services at a Lehman facility located in the same metropolitan area as that of such Assigned Contractor's home base. Air transportation reimbursable hereunder will be coach-economy. Entertainment by or on behalf of Consultant will be at no cost to Lehman. Accommodations will be subject to Lehman's prior written approval.

(b)      Lehman will pay all sales, use, value added or similar taxes, exclusive of corporate franchise taxes, or taxes based on Consultant's income or personnel.

(c)      Unless another payment schedule is specified on the Schedule, Consultant shall invoice Lehman (i) upon Lehman's Acceptance of the Deliverables, or (ii) monthly in arrears, for Services provided on a time and materials basis and for expenses incurred in accordance with Section 6(a). Consultant will submit to Lehman's Project Manager the amounts to be invoiced for review prior to actual invoicing. For Services performed on a time and materials basis, Consultant will also submit time reports to Lehman showing the hours worked by its Assigned Contractors, with copies of individual personnel time tracking sheets. Invoices are due within thirty (30) days of Lehman's receipt of Consultant's invoice, except for any disputed amounts.

(d)      Lehman will receive an early payment discount (the "Early Payment Discount") on all charges incurred under this Agreement as described in this Section 6(d). If Lehman transmits payment to Consultant on or before the tenth business day after Lehman's receipt of invoice, the Early Payment Discount will be 3% of the invoiced amount. If Lehman transmits payment to Consultant within eleven (11) to fifteen (15) business days of Lehman's receipt of invoice, the Early Payment Discount will be 2% of the invoiced amount. If Lehman transmits payment to Consultant within sixteen (16) to twenty (20) business days of Lehman's receipt of invoice, the Early Payment Discount will be 1% of the invoiced amount. If Lehman transmits payment to Consultant later than twenty (20) business days after Lehman's receipt of invoice, the Early Payment Discount shall not apply to such invoice.

(e)      Consultant warrants and represents that the prices and the terms and conditions with respect to all Deliverables and Services (the "Products") provided pursuant to this Agreement are comparable to or better than the prices and terms and conditions offered prior to and as of the Effective Date by Consultant to any of its commercial customers who are similarly situated to Lehman with respect to types and volumes of Products purchased. If at any time during the term of this Agreement, Consultant contracts with any customer for products identical or similar to the Products at a price lower than the price set forth herein, then this Agreement will be deemed to be automatically amended, effective as of the effective date of the more favorable agreement, to provide the lower price to Lehman. For the avoidance of doubt, any violation of this Section 6(e) will be a material breach of this Agreement.

(f)      Consultant will maintain complete and accurate accounting records in connection with Services performed and materials provided hereunder, in accordance with generally accepted accounting principles, to substantiate its charges hereunder. Such records shall include, without limitation, payroll records, attendance cards, and job summaries. Consultant will provide

Lehman or its designees access to such records for audit purposes for three (3) years from the
date of final payment under each Schedule.

7.    Warranties:  Consultant warrants that:  (a) it has the authority to enter into this
Agreement and perform Services and provide materials, information and Deliverables hereunder
and that its obligations hereunder are not in conflict with any other Consultant obligations;  (b)
each of its employees has the proper skill, training and background necessary to accomplish their
assigned tasks;  (c) all Services will be performed in a high quality, professional manner by
qualified personnel, and are and at all times will be, with respect to quality, timeliness and
qualification of personnel performing the Services, comparable to or better than services offered
by Consultant to any of its commercial customers who are similarly situated to Lehman Brothers
with respect to types and volumes of services purchased; (d) neither any Deliverables, nor the
performance of any Services do or will violate, infringe or misappropriate any patent, published
patent application, copyright, trademark, service mark, trade secret or other intellectual property
or industrial property rights of any third party or the laws or regulations of any governmental or
judicial authority and Lehman shall receive free and clear title to all works, materials,
information and Deliverables prepared and/or developed in connection with this Agreement; (e)
Lehman shall have the right to use for its own purposes, any ideas, methods, techniques,
materials and information developed as a result of the Services without restriction, liability or
obligation, except as may be specified herein; and (f) at the time of acceptance, each deliverable
will conform to its specifications and Lehman's requirements and that for ninety (90) days
following Lehman's acceptance, Consultant shall correct and repair, at no cost to Lehman, any
defect, malfunction or nonconformity which prevents such deliverable from conforming and
performing as warranted.

8.    LIMITATION OF LIABILITY:    UNDER NO CIRCUMSTANCES WILL EITHER
PARTY BE LIABLE FOR LOST PROFITS OR ANY  INDIRECT, INCIDENTAL, SPECIAL,
PUNITIVE,  EXEMPLARY  OR  CONSEQUENTIAL  DAMAGES  OF  ANY  KIND,
HOWSOEVER CAUSED; PROVIDED THAT THE FOREGOING LIMITATION ON
LIABILITY  WILL  NOT  APPLY  TO  (A)  CONSULTANT'S  INDEMNIFICATION
OBLIGATIONS,  (B)  CONSULTANT'S  BREACH  OF  ITS  CONFIDENTIALITY
OBLIGATIONS OR (C) LOSS OF OR DAMAGE TO DATA ACCESSIBLE BY THE
LICENSED SOFTWARE OR ANY DELIVERABLE CAUSED BY CONSULTANT OR A
FAILURE OF THE LICENSED SOFTWARE OR ANY DELIVERABLE.

9.    Term and Termination:

(a)    This Agreement shall commence as of the Effective Date above and shall continue in full
force and effect thereafter unless and until terminated in accordance with the provisions of this
Agreement.

(b)    Except as provided in Section 9(c), in the event of any material breach of this Agreement
by either party, the non-defaulting party may terminate this Agreement, in whole or in part, by
giving thirty (30) days' prior written notice; provided, however, that this Agreement will not
terminate at the end of the thirty (30) day notice period if the party in breach has cured the
breach of which it has been notified prior to the expiration of the thirty (30) day period.

(c)      In the event that Lehman fails to make payment of any undisputed, invoiced amounts due hereunder, and such failure continues for a period of thirty (30) days after Lehman's receipt of written notice thereof, Consultant will have the right to terminate the Schedule to which the payment default relates upon an additional sixty (60) days' prior written notice unless the payment default has been cured before the end of such sixty (60) day period.

(d)      Notwithstanding any provision of this Agreement to the contrary, Lehman may terminate this Agreement or any Schedule upon five (5) days' prior written notice.  Lehman agrees to pay Consultant for Services performed up to the effective date of termination at the agreed upon rates; provided that in the event that Lehman finds any of the Services to be unacceptable for cause, including but not limited to a determination that Consultant is not qualified to perform, Lehman may terminate the applicable Schedule or this Agreement immediately without prior written notice to Consultant and without payment for Services inadequately performed.  Notice of termination of any Schedule will not be considered notice of termination of this Agreement unless specifically stated in the notice.

(e)      Either party may terminate Services in whole or in part immediately upon notice if the other party (i) is liquidated, dissolved, or adjudged to be in a state of bankruptcy or receivership, (ii) is insolvent, unable to pay its debts as they become due, or makes an assignment to or for the benefit of its creditors, or (iii) ceases to conduct business for any reason on an on-going basis leaving no qualified successor to perform its obligations hereunder.

(f)      In the event that Lehman terminates this Agreement in whole or in part pursuant to Section 9(b) or Section 9(e): (i) Lehman may, at its sole option (A) return the Deliverables, in whole or in part, at Consultant's expense, and destroy all copies thereof, and Consultant will promptly refund any fees paid for such Deliverables (including without limitation, fees paid for the Services), or (B) keep the Deliverables, in whole or in part, upon payment of the applicable portion of the fees incurred as of the date of such termination; and (ii) Consultant will promptly issue a refund of any prepaid fees unearned as of the date of such termination.

(g)      In addition to the termination rights set out in this Section, Lehman will be entitled to terminate any Services in accordance with Section 3(c) and Section 4.

10.      Confidential Information:

(a)      "Confidential Information" means any information obtained by Consultant that relates to the past, present or future business activities of Lehman, its subsidiaries and affiliates or their respective employees, customers or third party contractors, including any information relating to the plans, pricing, methods, methodologies, processes, financial data, lists, Intellectual Property Rights, customer information, apparatus, statistics, programs, research, development, information technology, the terms and existence of this Agreement or related information.

(b)      Confidential Information does not include information that is (i) previously known to Consultant, free from any obligation to keep it confidential, (ii) publicly disclosed by Lehman either prior to or subsequent to the receipt by Consultant of such information, (iii) independently

developed by Consultant without any access to the Confidential Information, or (iv) rightfully obtained by Consultant from a third party lawfully in possession of the Confidential Information who is not bound by confidentiality obligations to Lehman.

(c)     Consultant will hold all Confidential Information in confidence for Lehman and, except as set forth in this Agreement or as otherwise may be authorized by Lehman in writing, Consultant will not disclose to any person, firm or enterprise, or use for its own benefit, any Confidential Information. Consultant may disclose Confidential Information to its employees solely as required in order for Consultant to perform its obligations under this Agreement. Consultant may disclose Confidential Information if required to do so under applicable law, rule or order; provided that Consultant, where reasonably practicable and to the extent legally permissible, provides Lehman with prior written notice of the required disclosure so that Lehman may seek a protective order or other appropriate remedy; and provided further that Consultant discloses no more Confidential Information than is reasonably necessary in order to respond to the required disclosure.

(d)     At any time at the request and option of Lehman and in the event of termination or expiration of this Agreement, Consultant agrees to promptly: (a) return to the disclosing party the Confidential Information and/or Lehman Sensitive Data (as defined in Section 10(g) below), as applicable; or (b) destroy or permanently erase (on all forms of recordation) the Confidential Information and/or Lehman Sensitive Data (as defined in Section 10(g) below), as applicable and, if requested by the Lehman, acknowledge in writing that all such Confidential Information and/or Lehman Sensitive Data, as applicable, has been destroyed or permanently erased. Notwithstanding the foregoing, Consultant may retain copies of the Confidential Information and/or Lehman Sensitive Data, as applicable, to the extent required to comply with applicable legal and regulatory requirements, provided, however, that such Confidential Information and/or Lehman Sensitive Data, as applicable, will remain subject to the terms and conditions herein.

(e)     In the event of a breach or threatened breach of the provisions of this Section, Lehman may have no adequate remedy in money or damages and, accordingly, may seek an injunction against such breach.

(f)     Consultant hereby acknowledges that Lehman is subject to certain privacy and information security laws and regulations, pursuant to which Lehman is required to ensure that Consultant appropriately safeguards personal or financial information regarding Lehman's former, current or prospective clients or employees ("Lehman Sensitive Data"). To the extent that Consultant receives any Lehman Sensitive Data as a result of any exchange of information under this Agreement, and notwithstanding anything to the contrary contained in this Agreement, Consultant agrees that it will (i) not disclose or use any Lehman Sensitive Data except to the extent necessary to carry out its obligations under this Agreement and for no other purpose, (ii) not disclose Lehman Sensitive Data to any third party, including, without limitation, its third party service providers without the prior written consent of Lehman and subject to the further requirements of this Section, (iii) employ administrative, technical and physical safeguards to prevent unauthorized use or disclosure of Lehman Sensitive Data, (iv) promptly provide such information regarding its privacy and information security systems, policies and procedures as Lehman may request relating to its due diligence and oversight obligations under applicable laws

and regulations, and (v) notify Lehman as soon as practicable following any actual or apparent theft, unauthorized use or disclosure of any Lehman Sensitive Data. With respect to any third party provided access to Lehman Sensitive Data pursuant to subsection (ii) of this Section, Consultant will enter into a written agreement with such third party requiring safeguarding of Lehman Sensitive Data in a manner no less restrictive than Consultant's obligations under this Agreement, and including those affirmative obligations described in this Section.

(g)     Consultant will, in advance, require each Assigned Contractor and each of its personnel who obtains or is in a position to obtain any Confidential Information to execute an NDA in the form attached hereto as Exhibit 3. Consultant will provide Lehman with a true copy of each such NDA upon request. Consultant further agrees to take any other steps reasonably required or appropriate to ensure compliance with the obligations set forth herein.

11.    Insurance:

(a) Consultant agrees to obtain and maintain and keep in full force and effect, at Consultant's expense, the following forms of insurance with the minimum limits of insurance stated below:

| Form of Insurance | Minimum Limits of Insurance |
|---|---|
| (i) Disability | As required by law |
| (ii) Unemployment | As required by law |
| (iii) (1) Workers Compensation and (2) Employers Liability | Statutory $1,000,000 per occurrence (BI/disease) |
| (iv) Professional Liability. Such insurance should be endorsed to cover Services provided by subcontractors if any. | $5,000,000 per occurrence and aggregate |
| (v) Commercial General Liability on an occurrence basis, including premises operations, products and completed operations, contractual liability, and personal and advertising injury coverages, naming Lehman as an additional insured by endorsement to the policy. | $1,000,000 per occurrence and aggregate |
| (vi) Commercial Automobile Liability covering all leased, owned and non-owned vehicles and naming Lehman as an additional insured by endorsement to the policy. | $1,000,000 per occurrence combined single limit for bodily injury and property damage liability |
| (vii) Umbrella Liability on a follow form basis | $4,000,000 per occurrence and aggregate excess of the Commercial General Liability and Commercial Automobile Liability Insurance |
| (viii) Fidelity Bond, including third party liability or client coverage and naming Lehman as a loss payee by endorsement to the policy. | $5,000,000 per occurrence and aggregate |

(b) All insurance coverage required herein will provide primary coverage for all losses and damages caused by the perils or causes of loss covered thereby. Consultant agrees to have included in each of the insurance policies required herein a waiver of the insurer's rights of subrogation against Lehman.

(c) Each insurance policy will be maintained with an insurer having a rating of at least an "A-" in the most currently available Best's Insurance Reports and will provide for at least thirty (30) days' prior written notice to Lehman in the event of any modification or cancellation. Consultant will furnish Lehman with certificates of insurance in satisfactory form, evidencing its compliance with these provisions.

12.    Indemnification.

(a)    Consultant will defend, indemnify and hold harmless the Indemnitees from Loss arising from any claim or action alleging injury to persons or property caused by the fault or negligence of Consultant's officers, personnel (including, without limitation, Consultant's Assigned Contractors), agents or representatives.

(b)    Consultant will defend, indemnify and hold harmless Indemnitees from Loss arising from any breach of the confidentiality obligations by Consultant, its officers, personnel (including, without limitation, Consultant's Assigned Contractors), agents and representatives.

(c)    Consultant will not settle or otherwise dispose of any indemnified claim or action in a manner adversely affecting any Product or the rights of Lehman Brothers, or imposing liability or obligation on an Indemnitee, without Lehman Brothers' prior written consent.

13.    GOVERNING LAW & INTERPRETATION:    THIS AGREEMENT WILL BE GOVERNED BY AND CONSTRUED UNDER THE LAWS OF THE STATE OF NEW YORK EXCLUDING ITS CONFLICT OF LAWS RULES.    THE PARTIES IRREVOCABLY SUBMIT TO THE EXCLUSIVE JURISDICTION OF THE COURTS OF THE STATE OF NEW YORK AND THE UNITED STATES DISTRICT COURT LOCATED IN THE BOROUGH OF MANHATTAN, NEW YORK, NEW YORK, AND THE APPELLATE COURTS THEREOF.

14.    No Publicity:  Consultant will not use the name or marks, refer to, or identify "Lehman Brothers" or any Lehman affiliate in publicity releases, promotional or marketing materials, announcements, customer listings, testimonials, or advertising.

15.    Force Majeure:      Neither party to this Agreement will be liable for any delay or failure to perform its obligations hereunder caused by an event of natural disaster, casualty, acts of God, riots, terrorism, governmental acts or such other event of similar nature that is beyond the reasonable control of the party seeking to rely on this Section 17 to excuse its delay or failure; provided, however, that such party will not have contributed in any way to such event. Consultant will maintain commercially reasonable disaster recovery measures to prevent or cure the delay or failure. If the delay or failure continues beyond ten (10) calendar days, Lehman may

terminate this Agreement in whole or in part with no further liability, and shall receive a pro-rata refund of any prepaid fees unearned as of the time of termination.

16.    Assignment:  Neither this Agreement nor any part hereof may be assigned (whether by operation of law or otherwise) by either party without the other party's prior written consent and any such assignment will be void.  Notwithstanding the foregoing, Lehman may assign this Agreement or any of its rights or obligations hereunder upon written notice to Consultant, to any of its affiliated companies or to an entity with or into which it is merged or consolidated or to which it sells all or substantially all its capital stock or assets.  This Agreement will be binding upon the parties' respective successors and assigns.  Without limiting the foregoing, Consultant will not subcontract any Services without Lehman's prior written consent.  If Lehman consents to subcontracting, Consultant will remain primarily liable for the performance of such obligations, and will be responsible for the acts and omissions of its permitted subcontractors as if such acts and omissions were those of its employees.

17.    Notice:       All notices relating to this Agreement will be in writing and delivered personally, by overnight delivery Service or first class prepaid mail with return receipt requested to (a) in the case of Consultant, its address as first set forth above and (b) in the case of Lehman, to Director of Global Procurement Services, 745 Seventh Avenue, New York, New York 10019, with a copy marked to the attention of the General Counsel at the same address.  Invoices will be sent to:  Lehman Brothers Inc., Technology Expense, 70 Hudson Street, 10th Floor, Jersey City, New Jersey 07302-4585.  Any notice hereunder will be effective upon receipt by the party to which such notice is addressed.

18.    Entirety: This Agreement (including Exhibit 1, Exhibit 2, Exhibit 3 and each Schedule that is executed by the parties in accordance with Section 1, each of which is hereby expressly incorporated by reference herein) is the entire agreement of the parties and supersedes all previous and contemporaneous communications, presentations, proposals, or  agreements regarding the subject matter hereof.  This Agreement cannot be amended or waived except by a physical writing manually signed by both parties.  With respect to any Assigned Contractor, any limitation on freedom of movement of such Assigned Contractor, as may be memorialized in any writing between Consultant and the Assigned Contractor, will be inoperative and unenforceable with respect to Lehman and will be superseded by the provisions of this Agreement.  Terms contained in any documentation that purport to address the legal rights or obligations of the parties or otherwise conflict with this Agreement shall be of no force or effect.  All shrink wrap and click wrap licenses that purport to govern the use of any Service or Deliverable provided by Consultant to Lehman pursuant to this Agreement or otherwise shall be void.

19.    Waiver; Remedies Non-Exclusive.  No failure or delay on the part of any party in exercising any right or remedy provided in this Agreement will operate as a waiver thereof, nor will any single or partial exercise of or failure to exercise any such right or remedy preclude any other or further exercise thereof or the exercise of any other right or remedy provided herein or at law or in equity.  Except as expressly provided herein, no remedy specified in this Agreement is intended to be exclusive of any other remedy, and each and every remedy will be cumulative and in addition to every other right or remedy provided herein or available at law or in equity.

20.   Enforceability.   If any provision of this Agreement is held to be unenforceable, the remaining provisions of this Agreement will be unimpaired and will remain in full force and effect.

21.   Counterparts.   This Agreement may be executed in one or more counterparts, each of which will be deemed an original, but all of which together will constitute one and the same instrument.

22.   Facsimile Copy.   A facsimile of a signed copy of this Agreement or other copy made by reliable mechanical means may be relied upon as an original.   If there is any inconsistency between the facsimile and a subsequently received hard copy, the facsimile will control.

23.   Headings.   The headings in this Agreement are for purposes of reference only and will not in any way limit or affect the meaning or interpretation of any of the terms hereof.

24.   Survival.   Section 3(e), Section 5, Section 6(f), Section 7, Section 8, Section 9(b) – 9(g), Section 10, Section 12, Section 15, Section 16, and Section 19-26 will survive any termination of this Agreement.

The parties have caused this Agreement to be executed by their respective authorized representatives.

CONSULTANT VENDOR (AGENCY)

By: _____

Name: _Ralph Capria_
(Type or Print)

Title: _President_

Date: _9-1-05_

LEHMAN BROTHERS INC.

By: _____

Name: _David Ambird_
(Type or Print)

Title: _SVP_

Date: _9/29/05_