# **<u>EXHIBIT A</u>**

# barra

2100 Milvia Street, Berkeley, California 94704-1113 U.S.A.
Main: 510.548.5442    Fax: 510.704.1353

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Invoice

# INVOICE # 3005023551

| | |
|---|---|
| Order # | H000000GEQ |
| Customer # | LEHM/UK |
| Invoice Date | Tuesday, March 25, 2008 |
| Payment Terms | 30 Days |

**Bill to Address:**
Image Processing Systems
Lehman Brothers
C/O Lehman Brothers Inc
Non-Real Time Data
PO Box 2097
Secaucus, NJ 07096
United States of America

**Ship to Address:**
Lehman Brothers
Adam Toms
25 Bank Street

London, E14 5LE
United Kingdom

**Remittance Instructions:**

Send Check Payable to:

Barra, Inc.
Dept 1875
P.O. Box 61000
San Francisco, CA  94161-1875

Send Electronic Wire to:

Bank of America
Acct. Name: Barra Inc.
Acct. No.: 1472650149
Wire ABA Routing No.: 026009593
ACH ABA Routing No.: 121000358

**Please reference invoice number on payment.**

Term: March 25, 2008 - March 24, 2009

| Product Description | Contract Ref | Price US $ | Total US $ |
|---|---|---|---|
| GEM-MSCI Beta Book  VENDOR: Alacra | OF_00750,ADD_00138 | 11,620.31 | 11,620.31 |
| US Equity Beta Text File  VENDOR: Alacra | OF_00750,ADD_00138 | 11,620.31 | 11,620.31 |

London Portion

| | |
|---|---|
| Subtotal | US $23,240.63 |
| Sales Tax @ 17.500% | 0.00 |
| Total | US $23,240.63 |

Page 1 of 1

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005024134

Order # G000000C7D
Customer # LEHM/NY2
Invoice Date Tuesday, April 29, 2008
**Payment Terms** 30 Days

## INVOICE

**PAYOR:**

Image Processing Systems
Lehman Brothers
C/O Lehman Brothers Inc
Non-Real Time Data
PO Box 2097
Secaucus, NJ 07096
United States of America

**DELIVERED TO:**

Lehman Brothers
Ms. Pauline Floyd
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

| Invoice ID | 3005024134 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Wednesday, April 23, 2008 - Wednesday, April 22, 2009 | | | | | |
| Private Client Reporting License<br>VENDOR: MSCI | | CDV_00045; | 57,200.00 | 0.00 | 57,200.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 57,200.00 |
| Sales Tax @ 8.3750% | US $ | 4,790.50 |
| Total | US $ | 61,990.50 |

**ORDER COMMENTS:**

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
 :ct. No.: 4076-5091
 3A Routing No.: 021-000-089
SWIFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ  07188-0596

*Reference: MSCI, and your invoice #(s)*     *Please include invoice stub or write invoice # on face of check*
**Please note that bank fees and charges are the liability of the payor**

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005024472
Order # H000000HTM
Customer # LEHM/NY
Invoice Date Tuesday, April 29, 2008
**Payment Terms** 30 Days

## INVOICE

**PAYOR:**

Ms. Miki Herrick
Lehman Brothers, Inc.
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Ms. Miki Herrick
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

| Invoice ID | 3005024472 | | | |
|---|---|---|---|---|
| Product Description | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| **Tuesday, February 26, 2008 - Monday, August 31, 2009** | | | | |
| Derivative License - Structured Product<br>VENDOR: MSCI | STP_00181 | 5,000.00 | 0.00 | 5,000.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 5,000.00 |
| Sales Tax @ 8.3750% | US $ | 418.75 |
| Total | US $ | 5,418.75 |

**ORDER COMMENTS:**
Lehman Brothers Return Optimization Securities linked to MSCI Emerging Markets Index

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
Acct. No.: 4076-5091
ABA Routing No.: 021-000-089
/IFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ 07188-0596

Reference: MSCI, and your invoice #(s)            Please include invoice stub or write invoice # on face of check
Please note that bank fees and charges are the liability of the payor

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005024473

Order # H000000HTN
Customer # LEHM/NY
Invoice Date Tuesday, April 29, 2008
Payment Terms 30 Days

## INVOICE

**PAYOR:**

Miki Herrick
Lehman Brothers, Inc.
745 Seventh Avenue
19 Floor
New York, NY 10019
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Miki Herrick
745 Seventh Avenue
19 Floor
New York, NY 10019
United States of America

| Invoice ID | 3005024473 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Tuesday, March 25, 2008 - Thursday, March 28, 2013 | | | | | |
| Derivative License - Structured Product VENDOR: MSCI | | STP_00182 | 5,000.00 | 0.00 | 5,000.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 5,000.00 |
| Sales Tax @ 8.3750% | US $ | 418.75 |
| Total | US $ | 5,418.75 |

**ORDER COMMENTS:**
Lehman Brothers Performance Securities with Partial Protection linked to MSCI Emerging Markets, MSCI Taiwan and MSCI Singapore Free Index

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
Acct. No.: 4076-5091
ABA Routing No.: 021-000-089
SWIFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ 07188-0596

Reference: MSCI, and your invoice #(s)    Please include invoice stub or write invoice # on face of check
**Please note that bank fees and charges are the liability of the payor**

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005024474
Order # H000000HTO
Customer # LEHM/NY
Invoice Date Tuesday, April 29, 2008
Payment Terms 30 Days

## INVOICE

**PAYOR:**

Ms. Miki Herrick
Lehman Brothers, Inc.
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Ms. Miki Herrick
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

| Invoice ID | 3005024474 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Tuesday, April 01, 2008 - Tuesday, October 06, 2009 | | | | | |
| Derivative License - Structured Product VENDOR: MSCI | | STP_00183 | 5,000.00 | 0.00 | 5,000.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 5,000.00 |
| Sales Tax @ 8.3750% | US $ | 418.75 |
| Total | US $ | 5,418.75 |

**ORDER COMMENTS:**
Lehman Brothers 100% Principal Protection Absolute Return Barrier Notes linked to MSCI EAFE Index

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

**Payment Instructions**

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
 No.: 4076-5091
 Routing No.: 021-000-089
SWIFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ 07188-0596

Reference: MSCI, and your invoice #(s)          *Please include invoice stub or write invoice # on face of check*
**Please note that bank fees and charges are the liability of the payor**

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005024476
Order # H000000HTQ
Customer # LEHM/NY
Invoice Date Tuesday, April 29, 2008
**Payment Terms** 30 Days

## INVOICE

**PAYOR:**

Ms. Miki Herrick
Lehman Brothers, Inc.
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Ms. Miki Herrick
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

| Invoice ID | 3005024476 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Wednesday, March 26, 2008 - Wednesday, September 30, 2009 | | | | | |
| Derivative License - Structured Product
VENDOR: MSCI | | STP_00185 | 5,000.00 | 0.00 | 5,000.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 5,000.00 |
| Sales Tax @ 8.3750% | US $ | 418.75 |
| Total | US $ | 5,418.75 |

**ORDER COMMENTS:**
Lehman Brothers Return Optimization Securities with Partial Protection linked to MSCI Emerging Markets Index

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
Acct. No.: 4076-5091
ABA Routing No.: 021-000-089
SWIFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ 07188-0596

*Reference: MSCI, and your invoice #(s)*          *Please include invoice stub or write invoice # on face of check*
Please note that bank fees and charges are the liability of the payor

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005024634

Order # H000000HWJ
Customer # LEHM/NY
Invoice Date Monday, May 05, 2008
**Payment Terms** 30 Days

## INVOICE

**PAYOR:**

Ms. Miki Herrick
Lehman Brothers, Inc.
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Miki Herrick
745 Seventh Avenue
19 Floor
New York, NY 10019
United States of America

| Invoice ID | 3005024634 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Tuesday, April 01, 2008 - Tuesday, October 06, 2009 | | | | | |
| Derivative License - Structured Product
VENDOR: MSCI | | STP_00184 | 5,000.00 | 0.00 | 5,000.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 5,000.00 |
| Sales Tax @ 8.3750% | US $ | 418.75 |
| Total | US $ | 5,418.75 |

**ORDER COMMENTS:**
Lehman Brothers Return Optimization Securities linked to MSCI EAFE Index

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
Acct. No.: 4076-5091
ABA Routing No.: 021-000-089
 /FT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ 07188-0596

*Reference: MSCI, and your invoice #(s)*           *Please include invoice stub or write invoice # on face of check*
        **Please note that bank fees and charges are the liability of the payor**

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005025748

Order # I000000BDT
Customer # LEHM/NY
Invoice Date Wednesday, June 18, 2008
**Payment Terms** 30 Days

## INVOICE

**PAYOR:**

Image Processing Systems
Lehman Brothers, Inc.
C/O Lehman Brothers Inc
Non-Real Time Data
PO Box 2097
Secaucus, NJ 07096
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Ms. Camille Hyatt
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

| Invoice ID | 3005025748 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Sunday, August 17, 2008 - Sunday, August 16, 2009 | | | | | |
| US REIT Core Direct<br>VENDOR: MSCI<br>FREQUENCY: Daily | | SCA_04769 | 15,600.00 | 0.00 | 15,600.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 15,600.00 |
| Sales Tax @ 8.3750% | US $ | 1,306.50 |
| Total | US $ | 16,906.50 |

**ORDER COMMENTS:**

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
Acct. No.: 4076-5091
ABA Routing No.: 021-000-089
SWIFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ 07188-0596

*Reference: MSCI, and your invoice #(s)*         *Please include invoice stub or write invoice # on face of check*
**Please note that bank fees and charges are the liability of the payor**

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005026490

Order # H000000IF8
Customer # LEHM/NY
Invoice Date Wednesday, July 23, 2008
**Payment Terms** 30 Days

## INVOICE

**PAYOR:**

Image Processing Systems
Lehman Brothers, Inc.
C/O Lehman Brothers Inc
Non-Real Time Data
PO Box 2097
Secaucus, NJ 07096
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Ms. Camille Hyatt
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

| Invoice ID | 3005026490 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Monday, September 01, 2008 - Monday, August 31, 2009 | | | | | |
| US Broad Market Core Direct - with CUSIP VENDOR: MSCI FREQUENCY: Daily | | SCA_05627, STP_000 | 42,500.00 | 0.00 | 42,500.00 |
| US Sectors Direct VENDOR: MSCI FREQUENCY: Daily | | SCA_05627, STP_000 | 0.00 | 0.00 | 0.00 |
| OTC Deriv License VENDOR: MSCI | | STP_00051 | 25,000.00 | 0.00 | 25,000.00 |
| Research License VENDOR: MSCI | | RES_00067 | 25,000.00 | 0.00 | 25,000.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 92,500.00 |
| Sales Tax @ 8.3750% | US $ | 7,746.88 |
| Total | US $ | 100,246.88 |

**ORDER COMMENTS:**

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
Acct. No.: 4076-5091
BA Routing No.: 021-000-089
SWIFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ 07188-0596

*Reference: MSCI, and your invoice #(s)*          *Please include invoice stub or write invoice # on face of check*
          **Please note that bank fees and charges are the liability of the payor**

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005026491

Order # H000000IMH
Customer # LEHM/NY
Invoice Date Wednesday, July 23, 2008
**Payment Terms** 30 Days

## INVOICE

**PAYOR:**

Image Processing Systems
Lehman Brothers, Inc.
PO Box 2602
Secaucus, NJ 07096
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Robert Davie
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

| Invoice ID | 3005026491 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Friday, September 19, 2008 - Friday, September 18, 2009 | | | | | |
| Research License
VENDOR: MSCI | | RES_00078 | 7,500.00 | 0.00 | 7,500.00 |

| Subtotal | US $ | 7,500.00 |
|---|---|---|
| Sales Tax @ 8.3750% | US $ | 628.13 |
| Total | US $ | 8,128.13 |

**ORDER COMMENTS:**

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

### Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
Acct. No.: 4076-5091
ABA Routing No.: 021-000-089
SWIFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ 07188-0596

*Reference: MSCI, and your invoice #(s)*    *Please include invoice stub or write invoice # on face of check*

Please note that bank fees and charges are the liability of the payor

# MSCI Inc.

MSCI Inc., a Delaware corporation, is registered to do business in New York under the name NY MSCI.

**INVOICE #** 3005026592

| | |
|---|---|
| Order # | H000000IKB |
| Customer # | LEHM/NY |
| Invoice Date | Wednesday, July 23, 2008 |
| **Payment Terms** | 30 Days |

## INVOICE

**PAYOR:**

Image Processing Systems
Lehman Brothers, Inc.
PO Box 2602
Secaucus, NJ 07096
United States of America

**DELIVERED TO:**

Lehman Brothers, Inc.
Robert Davie
745 Seventh Avenue
16th floor.

New York, NY 10019
United States of America

| Invoice ID | 3005026592 | | | | |
|---|---|---|---|---|---|
| Product Description | | Contract Ref | Unit Price US $ | Disc./Surcharges US $ | Total US $ |
| Friday, September 19, 2008 - Friday, September 18, 2009 | | | | | |
| EM Small Cap Direct<br>VENDOR: MSCI<br>FREQUENCY: Daily | | SCA_06750 | 35,000.00 | 0.00 | 35,000.00 |

| | | |
|---|---|---|
| Subtotal | US $ | 35,000.00 |
| Sales Tax @ 8.3750% | US $ | 2,931.25 |
| Total | US $ | 37,931.25 |

**ORDER COMMENTS:**

If you have any questions concerning this invoice, please contact us via email at accountqueries@mscibarra.com

## Payment Instructions

**WIRE TRANSFERS**
Citibank, New York FedWire
New York, NY
Acct. Name: MSCI Inc.
Acct. No.: 4076-5091
ABA Routing No.: 021-000-089
  WIFT CITIUS33

**CHECK PAYMENTS**
MSCI Inc.
P.O. Box 13596
Newark, NJ  07188-0596

Reference: MSCI, and your invoice #(s)         Please include invoice stub or write invoice # on face of check
Please note that bank fees and charges are the liability of the payor