Douglas S. Heffer (DH6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: dheffer@foley.com

-and-

Edwin D. Mason (*pro hac vice pending*)
Joanne Lee *(pro hac vice pending)*
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700
Email: jlee@foley.com

*Attorneys for Trading Technologies International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.,*<br><br>　　　　　Debtors. | CHAPTER 11<br>Jointly Administered<br><br>Case No. 08-13555 (JMP) |

**MOTION FOR ADMISSION OF JOANNE LEE TO PRACTICE,** *Pro Hac Vice*

　　Douglas S. Heffer, Esq. (the *"Movant"*), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and an attorney in the law firm of Foley & Lardner LLP, hereby moves this Court to enter an order permitting Joanne Lee, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above-captioned case. In support thereof, the Movant respectfully represents as follows:

1. Foley & Lardner LLP is counsel to Trading Technologies International, Inc. in these Chapter 11 cases. Ms. Lee is an associate in the law firm of Foley & Lardner LLP, 321 N Clark Street, Suite 2800, Chicago, IL 60654. Ms. Lee's email address is jlee@foley.com and her telephone number is (312) 832-4557.

2. Ms. Lee is a member in good standing of the Bar of the highest court of the state of Illinois.

3. Ms. Lee agrees to pay the fee of $25.00 upon entry of an order admitting her to practice *pro hac vice* in this Chapter 11 case.

WHEREFORE, it is requested that this Court enter an order admitting Joanne Lee *pro hac vice* to appear before this Court in the above-captioned Chapter 11 cases and such other and further relief as may be just and proper.

Dated: October 2, 2008
New York, New York

>Respectfully submitted,
>FOLEY & LARDNER LLP
>
>By: /s/ Douglas S. Heffer
>    Douglas S. Heffer
>    FOLEY & LARDNER LLP
>    90 Park Avenue
>    New York, NY 10016-1314
>    212-682-7474 Telephone
>    212-687-2329  Facsimile
>    dheffer@foley.com

2