**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.,*<br><br>    Debtors. | CHAPTER 11<br>Jointly Administered<br><br>Case No. 08-13555 (JMP) |

## ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

Joanne Lee, a member in good standing of the Bar in State of Illinois, having requested admission, *pro hac vice*, to represent Trading Technologies International, Inc. in the above-referenced case, it is

ORDERED that Joanne Lee, Esq., is admitted to practice, *pro hac vice,* in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, providing that the filing fee has been paid.

Dated: _____
   New York, New York

               _____
               UNITED STATES BANKRUPTCY JUDGE

CHIC_3540700.1