Douglas S. Heffer (DH6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
Email: dheffer@foley.com

-and-

Edwin D. Mason (*pro hac vice pending*)
Joanne Lee (*pro hac vice pending*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700
Email: jlee@foley.com

*Attorneys for Trading Technologies International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.,* <br><br> Debtors. | CHAPTER 11 <br> Jointly Administered <br><br> Case No. 08-13555 (JMP) |

**MOTION FOR ADMISSION OF EDWIN D. MASON TO PRACTICE,** *Pro Hac Vice*

Douglas S. Heffer, Esq. (the *"Movant"*), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York and an attorney in the law firm of Foley & Lardner LLP, hereby moves this Court to enter an order permitting Edwin D. Mason, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above-captioned case. In support thereof, the Movant respectfully represents as follows:

CHIC_3540623.1

1. Foley & Lardner LLP is counsel to Trading Technologies International, Inc. in these Chapter 11 cases. Mr. Mason is an associate in the law firm of Foley & Lardner LLP, 321 N Clark Street, Suite 2800, Chicago, IL 60654. Mr. Mason's email address is emason@foley.com and his telephone number is (312) 832-5132.

2. Mr. Mason is a member in good standing of the Bar of the highest court of the state of Illinois.

3. Mr. Mason agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice* in this Chapter 11 case.

WHEREFORE, it is requested that this Court enter an order admitting Edwin D. Mason *pro hac vice* to appear before this Court in the above-captioned Chapter 11 cases and such other and further relief as may be just and proper.

Dated: October 2, 2008
New York, New York

    Respectfully submitted,
    FOLEY & LARDNER LLP

    By  /s/ Douglas S. Heffer
       Douglas S. Heffer
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, NY 10016-1314
    212-682-7474 Telephone
    212-687-2329  Facsimile
    Email: dheffer@foley.com
    -and-
    Edwin D. Mason (*pro hac vice pending*)
    Joanne Lee (*pro hac vice pending*)
    FOLEY & LARDNER LLP
    321 N. Clark Street, Suite 2800
    Chicago, IL 60610
    Phone: (312) 832-4500
    Fax: (312) 832-4700
    Email: jlee@foley.com
    Email: emason@foley.com

2