**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Leo T. Crowley (LC-1311)
Erica Carrig (EC-2096)
1540 Broadway
New York, NY 10036-4039
Phone: 212-858-1000
Facsimile: 212-858-1500
*Attorneys for Misys IQ LLC and*
*Summit Systems, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
**In re**                                                            :         **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :         **Case No. 08-13555 (JMP)**
:
  **Debtors.**                                              :         **(Jointly Administered)**
:
-------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copies of the AMENDED OBJECTION OF MISYS IQ LLC AND SUMMIT SYSTEMS, INC. TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE DEFAULTS UNDER, CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER, enclosed within, was served via First-Class Mail to the parties listed on the attached Service List on this 2nd day of October, 2008.

Dated: October 2, 2008                                          /s/ Carrie Altenburg
                                                                            Carrie Altenburg

SERVICE LIST

Harvey R. Miller
Jacqueline Marcus
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Jeffrey S. Margolin
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY  10004

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Epiq Bankruptcy Solutions, LLC
f/k/a Bankruptcy Services LLC
757 Third Avenue, 3rd Floor
New York, NY  10017

Lindsee P. Granfield
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

500281960v1