MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller, Esq. (BM 4092)

*Counsel for Oversea-Chinese Banking
  Corporation Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                                          :
In re:                                                                  :
                                                                          :
Lehman Brothers Holdings, Inc., *et al.*           :     Chapter 11
                                                                          :
         Debtors.                                                 :     Case No. 08-13555  (JMP)
                                                                          :
                                                                          :
---------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

  PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Oversea-Chinese Banking Corporation Limited ("OCBC Bank"), creditor and party-in-interest, by and through its undersigned counsel, hereby appears in the above-captioned Chapter 11 cases of Lehman Brothers Holdings, Inc., *et al.* (the "Debtors") and requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and section 342 of the Bankruptcy Code, that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon the following:

ny-837398

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Attn: Brett H. Miller, Esq.
E-mail:  BMiller@mofo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and Bankruptcy Code specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of OCBC Bank with respect to the Debtors' estates, or any related entities, or property or proceeds thereof in which the Debtors' estates may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to OCBC Bank's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit OCBC Bank to the jurisdiction of the Court.  This appearance shall not be deemed or construed to be a waiver of the right of OCBC Bank (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which OCBC Bank is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments OCBC Bank expressly reserves.

Dated: New York, New York
October 2, 2008

/s/ Brett H. Miller
Brett H. Miller, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Counsel for OCBC Bank*