MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Brett H. Miller, Esq. (BM 4092)

*Counsel for Fondo Latinoamericano de Reservas,
Individually and as Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN  DISTRICT OF NEW YORK**

------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :
Lehman Brothers Holdings, Inc., *et al.*              :    Chapter 11
                                                      :
         Debtors.                                     :    Case No. 08-13555  (JMP)
                                                      :
                                                      :
------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL PLEADINGS AND DOCUMENTS**

   PLEASE TAKE NOTICE that, pursuant to section 1109(b) of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Fondo Latinoamericano de Reservas, individually and as trustee (collectively, "FLAR"), creditor and party-in-interest, by and through its undersigned counsel, hereby appears in the above-captioned Chapter 11 cases of Lehman Brothers Holdings, Inc., *et al.* (the "Debtors") and requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and section 342 of the Bankruptcy Code, that all papers, pleadings, motions and

ny-837311

applications served or required to be served in this case, be given to and served upon the following:

**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Attn: Brett H. Miller, Esq.
E-mail: BMiller@mofo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules and the Bankruptcy Code specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by ordinary mail, hand delivery, telephone, facsimile, electronic mail, or otherwise, which may affect or seek to affect in any way any rights or interests of FLAR with respect to the Debtors' estates, or any related entities, or property or proceeds thereof in which the Debtors' estates may claim an interest.

PLEASE TAKE FURTHER NOTICE that this appearance and request for service of all pleadings and documents is without prejudice to FLAR's rights, remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit FLAR to the jurisdiction of the Court.  This appearance shall not be deemed or construed to be a waiver of the right of FLAR (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv)

ny-837311

any other rights, claims, actions, setoffs, or recoupments to which FLAR is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments FLAR expressly reserves.

Dated: New York, New York
October 2, 2008

/s/ Brett H. Miller
Brett H. Miller, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

**Counsel for FLAR**

ny-837311