Douglas S. Heffer (DH6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: dheffer@foley.com

-and-

Edwin D. Mason (*pro hac vice pending*)
Joanne Lee (*pro hac vice pending*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700
Email: jlee@foley.com

*Attorneys for Trading Technologies International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.,*<br><br>            Debtors. | CHAPTER 11<br>Jointly Administered<br><br>Case No. 08-13555 (JMP) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

PLEASE TAKE NOTICE that Trading Technologies International, Inc., ("Trading Technologies"), an interested party in the above-referenced Chapter 11 proceedings, hereby appears pursuant to 11 U.S.C. § 1109(b), and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned proceedings be served upon the persons listed below at the following addresses:

Douglas S. Heffer
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
212-682-7474 Telephone
212-687-2329  Facsimile
dheffer@foley.com

Joanne Lee
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone:  (312) 832-4500
Fax:  (312) 832-4700
Email: jlee@foley.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above captioned-case and the proceedings therein.

This appearance and demand for service is neither intended as nor is it a consent of Trading Technologies to jurisdiction of the Bankruptcy Court; nor is it a waiver of (i) Trading Technologies' right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Trading Technologies' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Trading Technologies' right to have reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Trading Technologies is or maybe entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Trading Technologies expressly reserves.

2

Dated: October 2, 2008
New York, New York

                    Respectfully submitted,
                    FOLEY & LARDNER LLP


By /s/ Douglas S. Heffer
   Douglas S. Heffer (DH6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314
212-682-7474 Telephone
212-687-2329  Facsimile
Email: dheffer@foley.com

       -and-

Edwin D. Mason *(pro hac vice pending)*
Joanne Lee *(pro hac vice pending)*
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone:  (312) 832-4500
Fax:  (312) 832-4700
Email: emason@foley.com
Email: jlee@foley.com

CHIC_3540456.1