# Frederic R. Abramson, P.C.
*Attorney at Law*
160 Broadway
Suite 500
New York, New York 10038
(212) 233-0666
Fax: (212) 267-7571
www.abramsonlegal.com

October 1, 2008

Clerk of District Court
United States Bankruptcy Court
South District of New York
One Bowling Green
New York, NY 10004-1408

RE:  In re Lehman Brothers Holding, Inc.
     Case No. 08-13555 (JMP)

Dear Clerk of District Court:

Enclosed for filing please find the formal objective of Integreon Managed Solutions, Inc. to the listed Cure Amount in Exhibit A of the Contracts and Leases to be Assumed and Assigned by Barclays along with the appropriate corresponding invoices and other documentation attached as Exhibits 1-6.

Should you have any further questions or concerns, please feel free to contact my office or Integreon's General Counsel, Erin M. Conroy, at 701-367-3801.

Sincerely,

Frederic R. Abramson
enclosures

**FREDERIC R. ABRAMSON**
160 Broadway
Suite 500
New York, NY 10038
(212) 233-0666



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 |
| | (Jointly Administered) |
| Debtor. | |

### LIMITED OBJECTION OF
### INTEGREON MANAGED SOLUTIONS, INC. TO
### PROPOSED CURE AMOUNTS AND ASSUMPTION AND
### ASSIGNMENT OF EXECUTORY CONTRACTS

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

Integreon Managed Solutions, Inc. ("Integreon"), files a limited objection ("Limited Objection") to the Debtors' stated cure amounts for Integreon and the assumption and assignment of its contracts, and respectfully states as follows:

### BACKGROUND

1. On September 15, 2008, Lehman Brothers Holdings Inc. ("LBHI") commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On September 16, 2008, LB 745 LLC ("LB 745," collectively with LBHI, "Debtors") commenced a case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

1

2. On September 17, 2008, Debtors filed various motions, including a Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets (the "Sale Procedures Motion") and an Asset Purchase Agreement (the "Asset Purchase Agreement") that contemplates a sale of certain of the Debtors' assets to Barclays Capital Inc. ("Barclays"). On September 17, 2008, an order was entered approving the Sale Procedures Motion and a hearing to approve the sale was scheduled for September 19, 2008.

3. In the early morning hours on September 19, 2008, three separate listings of executory contracts and unexpired leases that the Debtors plan to assume and assign to Barclays pursuant to an Asset Purchase Agreement was posted on the Debtors' case information website (the "Schedules").

4. The list titled "List of IT Closing Date Contracts" Barclay's listed correctly identified Integreon's contact information; however Barclay's listed Integreon's Cure Amount as $299,129.00.

5. The list titled "List of Non-IT Closing Date Contracts" listed Integreon's Cure Total as $508,624.00.

6. It remains unclear whether these two amounts listed were intended to be separate or at some point overlapped.

7. According to Integreon's billing records, the total outstanding amount due and owing as of today's date is $670,976.00 for all contracts, which are attached herein as Exhibits 1-6, respective to chronological date.

## **LIMITED OBJECTION**

8. Integreon has had insufficient time and information to determine which contracts are being assumed and assigned, the amount necessary to cure any defaults under the contract and whether the proposed assumption and assignment of the contract satisfies Section 365 of the Bankruptcy Code. As with other filed Limited Objections, Integreon understands the unique nature of the circumstances present in this case. Contract counterparties, however, cannot be deprived of their right to due process.

9. To date, Integreon has received no meaningful information about the contracts being assumed and assigned and the cure amounts. Despite continued efforts on the part of Integreon's counsel, Integreon has received no contact from Barclay's personnel or counsel regarding the status of its cure amount or the corresponding contracts. Accordingly, Integreon objects to the assumption and assignment of its contract and the asserted cure amount and reserves all of its rights.

## **NO WAIVER**

10. By submitting this Limited Objection to the Proposed Cure Amounts, Integreon does not waive and hereby reserves any and all objections to any proposed assumption and assignment of the contracts by the Debtors and expressly reserves their rights to amend, supplement and/or modify this Limited Objection for any reason.

**WHEREFORE**, for the foregoing reasons, the Court should not approve the assumption and assignment of Integreon's contract.

Dated: New York, New York
October 1, 2008

Respectfully submitted,

**FREDERIC R. ABRAMSON**
160 Broadway
Suite 500
New York, NY 10038
(212) 233-0666
Attorney for Integreon Managed
Solutions, Inc.

4

EXHIBIT 1

# ⁝⁝⁝ Integreon

| | |
|---|---|
| Date: | 31-Aug-08 |
| Invoice No.: | 586.08.2008 |
| Billing Period: | August 1 - 31, 2008 |
| Client Code: | LB002 |
| PO# | 0000061358 |
| Type of Service: | Business Information Services |
| Attn: | Accounts Payable<br>F.A.O Matthew McGovern<br>Lehman Brothers<br>1271 6th Avenue, 41st Floor<br>New York, NY 10019 |
| Description: | Offsite Business Information Service |

| | Hours worked by Shift | | | | Total Actual Hours | Hourly Rate | Actual Charges |
|---|---|---|---|---|---|---|---|
| | Asia | London | New York | Manila | | | |
| Hours worked on behalf of | | | | | | | |
| Asia | 772 | 91 | 23 | 194 | 1,080 | $18.00 | $ 19,437 |
| London | 29 | 1,124 | 128 | 692 | 1,973 | $18.00 | $ 35,513 |
| New York | 141 | 163 | 784 | 1,117 | 2,206 | $18.00 | $ 39,703 |
| High End Pilot | | | 24 | | 24 | $35.00 | $ 831 |
| Total Utilized Hours | 941 | 1,378 | 960 | 2,003 | 5,282 | | $ 95,483 |
| Committed Hours for August 2008 - 5650 @ $ 18/hr | | | | | | | $ 101,700 |
| Charge for Shift Leads | 1 | 1 | 1 | 2 | Monthly Rate | $ 1,200.00 | $ 6,000.00 |
| Onsite Rotation Charges | | | | | | | $ 2,976.00 |
| | | | | | | Total | $ 110,676 |

| | |
|---|---|
| TOTAL SERVICES | $ 110,676 |
| Credit for IT Downtime | $ - |
| 3rd Party Expenses | $ 3,570 |
| Management Fee @ 15% | $ 535 |
| TOTAL EXPENSES | $ 4,105 |
| **TOTAL INVOICE:** | **$ 114,781** |

| % of Total Hrs Utilized per Region | Charges per Region | Lehman P&L Reference # |
|---|---|---|
| 21% | $ 23,570 | 40429 |
| 38% | $ 43,065 | 40437 |
| 42% | $ 48,146 | 40420 |
| Total | $ 114,781 | |

### Please refer Time Sheet for Utilized Hours

Please send your payment by $US check in the name of "Integreon Managed Solutions, Inc."
at the following address :

**By Regular Mail**
Integreon Managed Solutions, Inc.
Box 200400
Pittsburgh, PA 15251-0400

**By Courier/Fedex**
Integreon Managed Solutions, Inc.
Attn : 200400
500 Ross St 154 0455, Pittsburgh, PA 15251

**Domestic Wire Transfer**
ABA Number
To                              SIL VLY BK SJ
ROUTING & TRANSIT #             121140399
FOR CREDIT OF                   INTEGREON MANAGED SOLUTIONS INC
CREDIT ACCOUNT #                3300539173

Please refer to this invoice number:                586.08.2008

Terms:                                              Due upon receipt

# EXHIBIT 2

# Integreon

| | |
|---|---|
| **Date:** | August 31, 2008 |

**Attn:**
Accounts Payable
F.A.O Matthew McGovern
Lehman Brothers
1271 6th Avenue, 41st Floor
New York, NY 10019

| | |
|---|---|
| **Invoice No.:** | 596.08.2008 |
| **Billing Period:** | August 1 - 31, 2008 |
| **Client Code:** | LB001 |
| **Client Location:** | New York, London & Asia |
| **Type of Service:** | Computer Graphics |
| **PO #** | |

**Description:**   Offsite Computer Graphics

| Global – Offsite Services | | |
|---|---:|---:|
| **Billable Hours** | | 3,560 |
| Subtotal @ $18/hr | $ | 64,086 |
| **7 Shift Leads @ $1,200 each** | $ | 8,400 |
| Total Charges | $ | 72,486 |
| **SLA Adjustments:** | | |
| Adjustment for Quality | $ | - |
| Adjustment for Efficiency vs Job Estimate | $ | - |
| Adjustment for Attrition | $ | (5,074.02) |
| Adjustment for IT Connectivity Downtime (see below) | $ | - |
| Total SLA Adjustments | $ | (5,074.02) |
| **Lehman Onsite Rotations Charges** | **$** | **9,360** |
| 3rd Party Expenses | $ | - |
| Management Fee @ 15% | $ | - |
| Fargo | $ | 23,952.50 |
| Total Expenses | $ | 23,952.50 |
| **TOTAL INVOICE** | **$** | **100,724** |

| Proportional Share of Charges by Region | | | |
|---|---:|---:|---:|
| | % | Charges | P&L |
| New York | 56% | $ 56,736 | |
| London | 37% | $ 37,321 | |
| Asia | 7% | $ 6,668 | |
| Global Total | | $ 100,724 | |

*For more detail on utilization, see Billable Time and Detail (Offsite) tabs*

Please send your payment by $US check in the name of "Integreon Managed Solutions, Inc."
at the following address :

**By Regular Mail**
Integreon Managed Solutions, Inc.
Box 200400
Pittsburgh, PA 15251-0400

**By Courier/Fedex**
Integreon Managed Solutions, Inc.
Attn : 200400
500 Ross St 154 0455, Pittsburgh, PA 15251

**Domestic Wire Transfer**
ABA Number
To                           SIL VLY BK SJ
ROUTING & TRANSIT #          121140399
FOR CREDIT OF                INTEGREON MANAGED SOLUTIONS INC
CREDIT ACCOUNT #             3300539173

**Please refer to this invoice number:**                        596.08.2008

**Terms:**                                                       Due upon receipt

EXHIBIT 3

# Integreon

| | |
|---|---|
| Date: | 16-Sep-08 |
| Invoice No.: | 605.09.2008 |
| Billing Period: | September 1 - 30, 2008 |
| Client Code: | LB002 |
| PO# | 0000061358 |
| Type of Service: | Business Information Services |
| Attn: | Accounts Payable |
| | F.A.O Matthew McGovern |
| | Lehman Brothers |
| | 1271 6th Avenue, 41st Floor |
| | New York, NY 10019 |
| Description: | Offsite Business Information Service |

| | Hours worked by Shift | | | | Total Actual Hours | Hourly Rate | Actual Charges |
|---|---|---|---|---|---|---|---|
| | Asia | London | New York | Manila | | | |
| Hours worked on behalf of | | | | | | | |
| Asia | 298 | 29 | 8 | 113 | 448 | $18.00 | $ 8,062 |
| London | 33 | 576 | 57 | 609 | 1,275 | $18.00 | $ 22,957 |
| New York | 49 | 39 | 301 | 366 | 755 | $18.00 | $ 13,596 |
| High End Pilot | - | - | 30 | 0 | 30 | $35.00 | $ 1,065 |
| Total Utilized Hours | 380 | 644 | 397 | 1,088 | 2,509 | | $ 45,680 |
| Committed Hours for September 2008 - 4950 @ $ 18/hr | | | | | | | $ 89,100 |
| Charge for Shift Leads | 1 | 1 | 1 | 2 | Monthly Rate | $ 1,200.00 | $ 6,000.00 |
| Onsite Rotation Charges | | | | | | | $ 9,120.00 |
| | | | | | | Total | $ 104,220 |

| | | |
|---|---|---|
| TOTAL SERVICES | $ | 104,220 |
| Credit for IT Downtime | $ | - |
| 3rd Party Expenses | $ | 33,391 |
| Management Fee @ 15% | $ | 5,009 |
| TOTAL EXPENSES | $ | 38,400 |
| **TOTAL INVOICE:** | **$** | **142,620** |

| % of Total Hrs Utilized per Region | Charges per Region | Lehman P&L Reference # |
|---|---|---|
| 18% | $ 25,771 | 40429 |
| 51% | $ 73,392 | 40437 |
| 30% | $ 43,456 | 40420 |
| Total | $ 142,620 | |

### Please refer Time Sheet for Utilized Hours

Please send your payment by $US check in the name of "Integreon Managed Solutions, Inc."
at the following address :

| By Regular Mail | By Courier/Fedex |
|---|---|
| Integreon Managed Solutions, Inc. | Integreon Managed Solutions, Inc. |
| Box 200400 | Attn : 200400 |
| Pittsburgh, PA 15251-0400 | 500 Ross St 154 0455, Pittsburgh, PA 15251 |

**Domestic Wire Transfer**

| | |
|---|---|
| ABA Number | |
| To | SIL VLY BK SJ |
| ROUTING & TRANSIT # | 121140399 |
| FOR CREDIT OF | INTEGREON MANAGED SOLUTIONS INC |
| CREDIT ACCOUNT # | 3300539173 |

Please refer to this invoice number:                              605.09.2008

Terms:                                                           Due upon receipt

# EXHIBIT 4

# Integreon

**Date:** September 30, 2008

**Invoice No.:** 607.09.2008
**Billing Period:** September 1 - 30, 2008
**Client Code:** LB001
**Client Location:** New York, London & Asia
**Type of Service:** Computer Graphics
**PO #**

**Attn:**
Accounts Payable
F.A.O Matthew McGovern
Lehman Brothers
1271 6th Avenue, 41st Floor
New York, NY 10019

**Description:** Offsite Computer Graphics

| Global – Offsite Services | | |
|---|---|---|
| **Billable Hours** | | 3,200 |
| Subtotal @ $18/hr | $ | 57,600 |
| 7 Shift Leads @ $1,200 each | $ | 8,400 |
| Total Charges | $ | 66,000 |
| **SLA Adjustments:** | | |
| Adjustment for Quality | $ | - |
| Adjustment for Efficiency vs Job Estimate | $ | - |
| Adjustment for Attrition | $ | (4,620.00) |
| Adjustment for IT Connectivity Downtime (see below) | $ | - |
| Total SLA Adjustments | $ | (4,620.00) |
| **Lehman Onsite Rotations Charges** | **$** | **-** |
| 3rd Party Expenses | $ | - |
| Management Fee @ 15% | $ | - |
| Fargo {(6 FTE's * 8 Hours * 21 Days)}*$ 32.5 | $ | 32,760.00 |
| Total Expenses | $ | 32,760.00 |
| **TOTAL INVOICE** | **$** | **94,140** |

| Proportional Share of Charges by Region | | | |
|---|---|---|---|
| | % | Charges | P&L |
| New York | NA | NA | |
| London | NA | NA | |
| Asia | NA | NA | |
| Global Total | | $ | - |

*For more detail on utilization, see Billable Time and Detail (Offsite) tabs*

Please send your payment by $US check in the name of "Integreon Managed Solutions, Inc."
at the following address :

**By Regular Mail**
Integreon Managed Solutions, Inc.
Box 200400
Pittsburgh, PA 15251-0400

**By Courier/Fedex**
Integreon Managed Solutions, Inc.
Attn : 200400
500 Ross St 154 0455, Pittsburgh, PA 15251

**Domestic Wire Transfer**
ABA Number
To                                SIL VLY BK SJ
ROUTING & TRANSIT #    121140399
FOR CREDIT OF              INTEGREON MANAGED SOLUTIONS INC
CREDIT ACCOUNT #        3300539173

**Please refer to this invoice number:**                                607.09.2008

**Terms:**                                                                                Due upon receipt

# EXHIBIT 5

# Integreon

| | |
|---|---|
| Date: | September 30, 2008 |

| | | Attn: |
|---|---|---|
| Invoice No.: | 607.09.2008 | Accounts Payable |
| Billing Period: | September 1 - 30, 2008 | F.A.O Matthew McGovern |
| Client Code: | LB001 | Lehman Brothers |
| Client Location: | New York, London & Asia | 1271 6th Avenue, 41st Floor |
| Type of Service: | Computer Graphics | New York, NY 10019 |
| PO # | | |

Description: Offsite Computer Graphics

| Global – Offsite Services | | |
|---|---|---|
| **Billable Hours** | | 3,200 |
| Subtotal @ $18/hr | $ | 57,600 |
| **7 Shift Leads @ $1,200 each** | $ | 8,400 |
| Total Charges | $ | 66,000 |
| **SLA Adjustments:** | | |
| Adjustment for Quality | $ | - |
| Adjustment for Efficiency vs Job Estimate | $ | - |
| Adjustment for Attrition | $ | (4,620.00) |
| Adjustment for IT Connectivity Downtime (see below) | $ | - |
| Total SLA Adjustments | $ | (4,620.00) |
| | | |
| **Lehman Onsite Rotations Charges** | $ | - |
| 3rd Party Expenses | $ | - |
| Management Fee @ 15% | $ | - |
| Fargo {(6 FTE's * 8 Hours * 21 Days)}*$ 32.5 | $ | 32,760.00 |
| Total Expenses | $ | 32,760.00 |
| | | |
| **TOTAL INVOICE** | **$** | **94,140** |

| Proportional Share of Charges by Region | | | |
|---|---|---|---|
| | % | Charges | P&L |
| New York | NA | NA | |
| London | NA | NA | |
| Asia | NA | NA | |
| Global Total | $ | - | |

For more detail on utilization, see Billable Time and Detail (Offsite) tabs

Please send your payment by $US check in the name of "Integreon Managed Solutions, Inc."
at the following address :

| **By Regular Mail** | **By Courier/Fedex** |
|---|---|
| Integreon Managed Solutions, Inc. | Integreon Managed Solutions, Inc. |
| Box 200400 | Attn : 200400 |
| Pittsburgh, PA 15251-0400 | 500 Ross St 154 0455, Pittsburgh, PA 15251 |

**Domestic Wire Transfer**
ABA Number
To                           SIL VLY BK SJ
ROUTING & TRANSIT #          121140399
FOR CREDIT OF                INTEGREON MANAGED SOLUTIONS INC
CREDIT ACCOUNT #             3300539173

Please refer to this invoice number:                           607.09.2008

Terms:                                                         Due upon receipt

EXHIBIT 6

# ::: Integreon

| | |
|---|---|
| **Date:** | July 31, 2008 |

| | | | |
|---|---|---|---|
| **Invoice No.:** | 525.07.2008 | **Attn:** | Accounts Payable |
| **Billing Period:** | July 1 - 31, 2008 | | F.A.O Matthew McGovern |
| **Client Code:** | LB001 | | Lehman Brothers |
| **Client Location:** | New York, London & Asia | | 1271 6th Avenue, 41st Floor |
| **Type of Service:** | Computer Graphics | | New York, NY 10019 |
| **PO #** | | | |

**Description:**    **Offsite Computer Graphics**

| Global – Offsite Services | | |
|---|---:|---:|
| **Billable Hours** | | 3,945 |
| Subtotal @ $18/hr | $ | 71,010 |
| 7 Shift Leads @ $1,200 each | $ | 8,400 |
| Total Charges | $ | 79,410 |
| **SLA Adjustments:** | | |
| Adjustment for Quality | $ | - |
| Adjustment for Efficiency vs Job Estimate | $ | - |
| Adjustment for Attrition | $ | (5,558.70) |
| Adjustment for IT Connectivity Downtime (see below) | $ | - |
| Total SLA Adjustments | $ | (5,558.70) |

| Lehman Onsite Rotations Charges | | $ | 2,496 |
|---|---|---:|---:|
| 3rd Party Expenses | | $ | - |
| Management Fee @ 15% | | $ | - |
| Fargo (6 FTE's) | | $ | 32,532.00 |
| Total Expenses | | $ | 32,532.00 |
| **TOTAL INVOICE** | | **$** | **108,879** |

| Proportional Share of Charges by Region | | | | |
|---|---:|---:|---:|---:|
| | | % | Charges | P&L |
| New York | | 57% | $ 62,580 | |
| London | | 37% | $ 40,359 | |
| Asia | | 5% | $ 5,941 | |
| Global Total | | | $ 108,879 | |

*For more detail on utilization, see Billable Time and Detail (Offsite) tabs*

Please send your payment by $US check in the name of "Integreon Managed Solutions, Inc."
at the following address:

| **By Regular Mail** | **By Courier/Fedex** |
|---|---|
| Integreon Managed Solutions, Inc. | Integreon Managed Solutions, Inc. |
| Box 200400 | Attn : 200400 |
| Pittsburgh, PA 15251-0400 | 500 Ross St 154 0455, Pittsburgh, PA 15251 |

**Domestic Wire Transfer**
ABA Number
To                  SIL VLY BK SJ
ROUTING & TRANSIT #    121140399
FOR CREDIT OF       INTEGREON MANAGED SOLUTIONS INC
CREDIT ACCOUNT #    3300539173

**Please refer to this invoice number:**                 525.07.2008

**Terms:**                                  Due upon receipt

## AFFIDAVIT OF SERVICE

I, Frederic R. Abramson, an attorney duly admitted to the courts of the State of New York, am not a party to the action, served a limited objection on October 1, 2008 by mailing by overnight mail to each of the following parties at the last known address set forth after each name below:

To:

Lori R. Fife and Shai Y. Waisman
Attorneys for Lehman Brothers Holdings, Inc. and LB745 LLC
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119

Jeffery S. Margolin
Attorneys for the SIPC Trustee
Hughes Hubbard & Reed LLP
One Battery Park Plaza
NewYork, NY 10004

Lindsee P. Granfield and Lisa M. Schweitzer
Attorneys for the Purchaser
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

Dated: October 1, 2008

FREDERIC R. ABRAMSON, ESQ.
160 Broadway
Suite 500
New York, N.Y. 10038
(212) 233-0666