Douglas S. Heffer (DH6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone: (212) 682-7474
Fax: (212) 682-2329
email: dheffer@foley.com

-and-

Edwin D. Mason (*pro hac vice pending*)
Joanne Lee (*pro hac vice pending*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone: (312) 832-4500
Fax: (312) 832-4700
Email: jlee@foley.com

*Attorneys for Trading Technologies International, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC.., et al.,<br><br>　　　　　　Debtors. | CHAPTER 11<br>Jointly Administered<br><br>Case No. 08-13555 (JMP) |
|---|---|

**CERTIFICATION OF SERVICE**

Katherine E. Hall, of full age, certifies as follows:

　　　　I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for

Trading Technologies International, Inc. listed in the documents herein.

　　　　On October 2, 2008, I filed the 1) NOTICE OF APPEARANCE AND REQUEST

FOR SERVICE OF DOCUMENTS, 2) MOTION FOR ADMISSION OF EDWIN D. MASON

TO PRACTICE, *PRO HAC VICE*, and 3) MOTION FOR ADMISSION OF JOANNE LEE TO

CHIC_3540677.1

PRACTICE, *PRO HAC VICE*, electronically with the United States Bankruptcy Court for the Southern District of New York.

The following were served, at the addresses set forth herein via first class mail, unless indicated otherwise:

*(Courtesy Copy, via Overnight Delivery)*
Hon. James M. Peck
One Bowling Green
New York, NY 10004-1408
Courtroom: 601

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Brian Shoichi Masumoto, Esq.

/s/ Katherine E. Hall

Sworn to before me this
2nd day of October, 2008
/s/ Yolanda C. Peña
Notary Public, State of Illinois

2