# ATTACHMENT

# TO

# OBJECTION OF ZEDAK CORP.

# TO DEBTOR'S PROPOSED CURE AMOUNT

## SOFTWARE SUPPORT RENEWAL

In accordance with the August 9, 2005 SOFTWARE LICENSE AND SUPPORT AGREEMENT between Zedak Corp. and Lehman Brothers, Lehman Brothers hereby elects to renew support for the Renewal Term August 10, 2008 through August 9, 2009 at an annual cost of $98,000.

Zedak agrees to provide support as described in the SOFTWARE LICENSE AND SUPPORT AGREEMENT for the original software and for enhancements per Change Orders 1-5.1 for the Renewal Term.

Accepted and Agreed:

**Lehman Brothers, Inc.**                          **Zedak Corp**

By: _[signature]_                                  By: _[signature]_
(Authorized Signature)                             (Authorized Signature)

Name: _Karen Russell_                              Name: _JEFFREY D. MOON_

Title: _Vice President_                            Title: _PRESIDENT_

Date: _9/8/09_                                     Date: _9/8/08_

September 5, 2008                AAPM2 Change Order 6                                Page 1

# Introduction

AAPM2 is an application developed by Zedak Corp. and licensed for use by Lehman Brothers Inc. under a Software License and Support Agreement signed on August 10, 2005. Lehman uses AAPM2 to produce custom client and prospect proposals using data and models from Asset Advisor, a system supplied by Risk Metrics Group.

This change order enhances AAPM2 to meet new business requirements as detailed below.

# Purpose

Reduce the labor and attention required to administer AAPM2.

Change Proposal contents to meet new business requirements.

Change the User Interface to improve the user experience with AAPM2.

# Administration

## Download Control Files

Provide a means for an AAPM2 Administrator to download all control information as one .zip file in a single step. This includes:

- Exhibit Settings
- Pattern File
- Static Exhibits
- Manager/Index Data
- Manager Profiles

There is currently the risk that an administrator may accidentally upload an outdated file, setting the system to an unintended state. This feature eliminates that risk and allows multiple administrators to cooperatively control the AAPM2 configuration. Each can download the current settings, make adjustments as needed and upload the adjusted files without concern that she is using outdated information. This feature also improves vendor support because it enables Lehman to send the entire current state to Zedak easily.

Lehman Brothers, Inc.                                                                Zedak Corp.

September 5, 2008          AAPM2 Change Order 6          Page 2

## MIS Statistics

Allow an authorized user or automated process to retrieve proposal information as detailed below. The requestor must supply a month and year. Proposal Manager responds with an XML data structure. For each final state proposal created within the requested month and year, the response contains:[1]

| Field | Notes |
| --- | --- |
| Date created | Timestamp from AAPM2 database record for the proposal request |
| SSO ID | Lehman Single Sign On ID for proposal requestor |
| LehmanLive ID | Only appears if the requestor accessed Proposal Manager via LehmanLive. |
| Status | Complete, Partial, or Failed |
| Archival Key | ViewDirect document identification (unless status is failed) |
| Sandbox | Indicator that proposal's purpose is to test exhibit master changes rather than a "real" proposal. |
| Password | PowerPoint password required to edit the proposal. |
| Proposal Name | As it appears in Proposal Queue or on each proposal page |
| Client Name | Primary subject for proposal |
| User Name | First line of IR "business card" as displayed in proposal |
| Dollar Value | /proposalReport/portfolios/portfolio[1]/totalMarketValue |
| Is Prospect? | /proposalReport/metadata/prospectID |
| Asset Allocation | /proposalReport/portfolios/portfolio[@type='Proposed']/assetClasses/assetClass[ @assetClassID=/proposalReport/assetClasses/assetClass[level=2]/@id] |
| Lehman Count | Number of fulfillment holdings that are Lehman SMA products |
| Fund Count | Number of fulfillment holdings that are Mutual Funds |
| Risk Tolerance | /proposalReport/riskProfiles/riskProfile[@selected='yes']/name |
| Client DOB | /proposalReport/persons/primary/birthdate |
| Plan Length | /proposalReport/planLength |
| Exhibit Count | Number of exhibits actually included in the proposal |

The feed is programmably configurable to extract specific details from the RMG XML or the AAPM2 proposal record. Feed fields are empty if the value isn't supplied or is not applicable to the situation. For example, Risk Tolerance is only supplied for custom or model proposals.

---

[1] Client State was requested as part of this feed, but it is not available in the RMG XML or otherwise.

Lehman Brothers, Inc.                                                              Zedak Corp.

## Proposal Details

### Address Format Choice

Allow a user the choice of full Proper Case state names or USPS state abbreviations.

### IR Business Card

Allow the IR or IR team to create an electronic "business card" for use in proposals, with free form text for names and titles.

### Show Dividend Yield for Lehman Products

Include dividend yield in the manager/index data upload. Include a dividend yield column (sourced from the manager/index data upload) in "Manager-Level: Historical Performance Statistics". Compute the dividend yield for the portfolio by applying the relative weights of each Lehman manager to its respective dividend yield. The non-Lehman portion of the portfolio is excluded from consideration in this calculation. [2]

### Display Subject Risk Profile in Proposal

For plan type "Model" or "Custom", display the Risk Profile name on "Asset Class-Level: Allocation Summary"[2]

### 5 Year Asset Class Risk on Current & Proposed Allocation

Display the 5 year standard deviations of the monthly proxy benchmark for each asset class shown in "Asset Class-Level: Current and Proposed Allocations".[2]

### Show Capital Market Assumptions by Asset Class

Include Lehman's estimated return, risk, and yield for each level 2 asset class mentioned in "Asset Class-Level: Current and Proposed Allocations" [2] Add a capital market assumption correlation matrix to Exhibit Settings. Compute the total portfolio return and yield as the weighted average return and yield of the individual level 2 asset classes. Compute the total risk using the capital market assumption correlation matrix and an algorithm supplied by Lehman.

### Proposal Title instead of Household Title on Proposal

Display the Proposal Title instead of the Household Title on each page of the proposal. The household title may be inappropriate because the proposal may be for a household member with a different name. By using the Proposal Title instead, the user can exert precise control over the display. Initialize the proposal title with the household title or prospect name. Add a note field to Proposal Request and display the proposal note in Proposal Queue. The user can used note to distinguish between alternative versions of the proposal without affecting the Proposal Title as displayed on each proposal page.

---

[2] Lehman to provide mockup.

Lehman Brothers, Inc.                                                      Zedak Corp.

September 5, 2008      AAPM2 Change Order 6      Page 4

### Exhibit Redesign

Support Lehman is reworking all exhibits to a different look. The new look may include different colors, fonts, graphics, layouts, data columns, graphs, footnotes, or business rules.

## User Interface

### Rename Exhibit Chooser

The Proposal Options screen allows the user to select and arrange exhibits for her proposal. The left side of the screen displays the exhibits in use and the right side shows the remaining exhibits that are available to be added. To make this clear, use labels "Included Exhibits" and "Excluded Exhibits" instead of the current "Template" and "Exhibit Chooser".

### Change Manager Profiles to Manager List

Change "Manager Profile" to "Manager Gallery" and remove the "as at" column.

### Conditionally Remove Fee Schedule Tab

Lehman controls the legal fee range for each manager via the manager/index data upload. If Lehman closes the fee range for every manager such that there is no fee choice, skip over the fee schedule input screen and remove the fee schedule tab from the user interface. 

### Change "Inception" to "Tracked"

Lehman provides AAPM2 with a maximum of 10 years of performance data, so when AAMP2 computes "since inception" performance, the "inception date" shown is a maximum of 10 years back. Since some managers incepted earlier than this, viewers are questioning the dates and figures. To alleviate the problem, change the terms "since inception" and "inception date" to "since tracked" and "tracking date" and provide a footnote that explains that the tracking date is the inception date for funds with less than 10 years of performance and 10 years ago for all other funds. This satiation applies to the Manager-Level: Historical Performance exhibit.

### Eliminate Risk Analysis Exhibits

The asset class risk analysis exhibits contain data that is inconsistent or redundant with other exhibits. Remove them from AAPM2 permanently.

### Private Equity Gallery

Add "Private Equity Gallery" as a new AAPM2 table. Allow an administrator to upload an inventory of Private Equity profiles and allow all AAMP2 users to browse the gallery and download profiles. At this stage, there is no way for a user to incorporate a private equity profile into a proposal. She can, however, print out both a proposal and one or more private equity profiles that she wants to present at the same client meeting.

Lehman Brothers, Inc.      Zedak Corp.

September 5, 2008         AAPM2 Change Order 6                          Page 5

## Deliverables

- Software release revised as described
- Installation/Release instructions

## Customer Responsibilities

Provide annotated mockup for all exhibit changes. Provide the data and algorithm for computing estimated portfolio risk. Support the development process. Perform system and user QA testing. Accept the deliverables.

## Schedule

Subject to execution of this agreement by September 15 2008, Zedak will deliver the software on, December 31, 2008.

## Ownership and Licensing

The enhancements are incorporated into the Licensed Product and are owned by Zedak Corp. and provided to Lehman Brothers, Inc. under the terms defined in the Licensing Agreement.

## Pricing and Payment Schedule

Lehman Brothers, Inc. shall pay Zedak Corp $90,000 for these enhancements, as:

    $90,000 invoiced at the time of agreement

Payment is due within 30 days of Lehman's receipt of invoice.

Lehman Brothers, Inc.                                                    Zedak Corp.

September 5, 2008          AAPM2 Change Order 6          Page 6

## Signatures

By the signatures below Lehman Brothers, Inc. and Zedak Corp. agree to this change order:

| For Lehman Brothers, Inc. | For Zedak Corp. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: Karen Russell | Name: JEFFREY D. MOORE |
| Title: Vice President | Title: PRESIDENT |
| Date: 9/9/08 | Date: 9/9/08 |

Lehman Brothers, Inc.                                                                 Zedak Corp.



290 Larkin Drive
Suite 103-108
Monroe, NY 10950-4948

(914) 773-0663
(800) 314-1592
fax (914) 773-6504

www.zedak.com

September 9, 2008

Lehman Brothers, Inc.
399 Park Avenue
New York, NY 10022
ATTN: Karen Russell

# INVOICE 2683

| Project | Manager | Billing Reference | Billing Period |
|---|---|---|---|
| AAMP2 Application Annual Support | Karen Russell | | Milestone 1 of 1 |

| Description | Amount |
|---|---|
| AAMP2 Application Annual Support Fee for the period 10-Aug-2008 through 09-Aug-2009 | 98,000.00 |
| Total | $ 98,000.00 |

Payment due by October 9, 2008

Our mailing address has changed.  Please use the following address for all **USPS** mail.

Zedak Corp
290 Larkin Drive
Suite 103-108
Monroe, NY 10950



290 Larkin Drive
Suite 103-108
Monroe, NY 10950-4948

(914) 773-0663
(800) 314-1592
fax (914) 773-6504

www.zedak.com

September 9, 2008

Lehman Brothers, Inc.
399 Park Avenue
New York, NY 10022
ATTN: Karen Russell

# INVOICE 2684

| Project | Manager | Billing Reference | Billing Period |
|---|---|---|---|
| AAMP2 | Karen Russell | AAMP2 CO # 6 | Milestone 1 of 1 |

| Description | Amount |
|---|---|
| Change Order 6 | 90,000.00 |
| Total | $ 90,000.00 |

Payment due by October 9, 2008

Our mailing address has changed.  Please use the following address for all **USPS** mail.

Zedak Corp
290 Larkin Drive
Suite 103-108
Monroe, NY 10950