# EXHIBIT  A

## SUMMARY OF LEHMAN TRADE RECEIVABLE DUE TO DJ
### AS OF 9/30/2008

| | GRAND TOTAL DUE TO DOW JONES | BILLED THRU SEP 2008 | OCT 2008 BILLING |
|---|---|---|---|
| CARMS SUBSIDIARY AR LEDGER | 230,280 | 123,026 | 107,254 |
| FIS SUBSIDIARY AR LEDGER (NOT IN CARMS) | 112,490 | 112,490 | |
| PRINT ADVERTISING CONTRACT SHORTRATE | 4,577 | | 4,577 |
| CHECK RETURNED UNPAID BY BANK | 94,644 | 94,644 | |
| CHECK RETURNED UNPAID BY BANK | 4,626 | 4,626 | |
| CHECK RETURNED UNPAID BY BANK | 1,048 | 1,048 | |
| CHECK RETURNED UNPAID BY BANK | 1,988 | 1,988 | |
| **GRAND TOTAL** | **449,652** | **337,822** | **111,831** |

Lehman Aging as of Sept 26 (CARMS ACCOUNTS RECEIVABLE SUBSIDIARY LEDGER)

| CARMS AR SYS Bus# | Acct No | Customer | Cur Billed | Grand Total Due USD | OCT '2008 Billing Current Due USD | TOTAL DUE THRU SEP '08 Total PD USD | SEP 2008 PD 1-30 USD | AUG 2008 PD 31-60 USD | JUL 2008 PD 61-90 USD | JUN 2008 PD 91-120 USD | PRE-JUN '08 PD Over 120 USD | Item |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00311 | 0016407 | LEHMAN BROTHERS COMMODITY SERV | USD | 2,500.00 | 0.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | Newswire |
| 00311 | 0008446 | LEHMAN BROTHERS INC | USD | 198,450.00 | 101,031.00 | 97,419.00 | 101,846.00 | 0.00 | 0.00 | 0.00 | (4,427.00) | Newswire |
| 00311 | 0014832 | LEHMAN BROTHERS INC | USD | (710.00) | 0.00 | (710.00) | 0.00 | 0.00 | 0.00 | 0.00 | (710.00) | Newswire |
| 00312 | 0000493 | LEHMAN BROTHERS INC | USD | 1,296.00 | 900.00 | 396.00 | 900.00 | 0.00 | 0.00 | 0.00 | (504.00) | Newswire |
| 00622 | 4MM00187 | LEHMAN BROTHERS | USD | (1,128.00) | 0.00 | (1,128.00) | 0.00 | 0.00 | 0.00 | (1,128.00) | 0.00 | Misc. Billing |
| 02011 | 1LEH000300 | LEHMAN BROTHERS | USD | 868.00 | 0.00 | 868.00 | 0.00 | 0.00 | 0.00 | 434.00 | 434.00 | FIS |
| 02011 | 1LEH000400 | LEHMAN BROTHERS | USD | 3,500.00 | 0.00 | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | FIS |
| 02011 | 1LEH000700 | LEHMAN BROTHERS | USD | 2,038.00 | 0.00 | 2,038.00 | 0.00 | 0.00 | 0.00 | 2,038.00 | 0.00 | FIS |
| 02011 | 1LEH000800 | LEHMAN BROTHERS | USD | 1,346.00 | 0.00 | 1,346.00 | 0.00 | 0.00 | 0.00 | 1,346.00 | 0.00 | FIS |
| 02011 | 1LEH001700 | LEHMAN BROTHERS | USD | 1,346.00 | 0.00 | 1,346.00 | 1,346.00 | 0.00 | 0.00 | 0.00 | 0.00 | FIS |
| 02011 | 1LEH001300 | LEHMAN BROTHERS PRIVATE FUND I | USD | 4,502.00 | 0.00 | 4,502.00 | 0.00 | 0.00 | 4,502.00 | 0.00 | 0.00 | FIS |
| 04011 | 0024673 | LEHMAN BROTHERS | USD | 10,320.00 | 5,077.00 | 5,243.00 | 5,273.00 | 0.00 | 0.00 | 0.00 | (30.00) | Federal Filings |
| 05010 | 9LEH001300 | LEHMAN BROTHERS INC | USD | 2,214.00 | 246.00 | 1,968.00 | 246.00 | 246.00 | 246.00 | 246.00 | 492.00 | Factiva |
| 06035 | 9GRA003200 | LEHMAN BROTHERS AUSTRALIA LIMI | AUD* | 3,738.15 | 0.00 | 3,738.15 | 0.00 | 3,738.15 | 0.00 | 0.00 | 0.00 | Factiva |
| | | | | 230,280.15 | 107,254.00 | 123,026.15 | 109,611.00 | 3,984.15 | 4,748.00 | 2,936.00 | 1,255.00 | |

* USD EQUIV OF BILLED AUD (Australian $) 4.500

## FIS SUBSIDIARY AR (NOT IN CARMS)

| CARMS AR SYS Bus# | Acct No | Customer | Cur Billed USD | Grand Total Due USD | OCT 2008 Billing Current Due USD | TOTAL DUE THRU SEP '08 Total PD USD | SEP 2008 PD 1-30 USD | AUG 2008 PD 31-60 USD | JUL 2008 PD 61-90 USD | JUN 2008 PD 91-120 USD | PRE-JUN '08 PD Over 120 USD | Item |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 111610 | LEHMAN BROTHERS | | 1,990.00 | | 1,990.00 | | | | | 1,990.00 | FIS |
| | 75226 | LEHMAN BROTHERS | | 110,500.00 | | 110,500.00 | | | | | 110,500.00 | FIS |
| | | | | 112,490.00 | 0.00 | 112,490.00 | 0.00 | 0.00 | 0.00 | 0.00 | 112,490.00 | |

### SOFT DOLLAR ADDENDUM
### TO *DOW JONES NEWSWIRES*℠
### SUBSCRIPTION AGREEMENT

Subscriber hereby assigns to Service Provider its obligation to pay any and all amounts due under the attached Newswires Subscription Agreement between Dow Jones & Company, Inc. ("Dow Jones") and Subscriber. Service Provider hereby unconditionally accepts and assumes such obligation.

This Addendum shall not be construed as an assignment of any other obligations or any rights under the Newswires Subscription Agreement nor shall it be construed as a novation of any of Subscriber's obligations under the Newswires Subscription Agreement. Except as expressly modified by this Addendum, the terms of the attached Newswires Subscription Agreement shall remain in full force and effect.

DOW JONES & COMPANY, INC.

By: _Melissa Mehl_
Name: Melissa Mehler
Title: Account Executive
Dated: 11-15-06

LEHMAN BROTHERS
(PRINT EXACT LEGAL NAME OF ENTITY)
"SERVICE PROVIDER"

Address: 745 7th Avenue, 16th Floor
Attn. Jacob Szymala
New York, NY 10019

By: _Alexander__
Name: Alexander Us
Title: VP
Dated: 11/15/06

Bedford Oak Advisors
(PRINT EXACT LEGAL NAME OF ENTITY)
"SUBSCRIBER"

Address: 100 South Bedford
Mount Kisco, NY 10549

By: _Nancy E. Fanucci_
Name: Nancy E. Fanucci
Title: Executive Administrator
Dated: 11-15-06

| Temsy CIBS# | Acct# | Attn First | Last | Account Name | | | Contact | Phone |
|---|---|---|---|---|---|---|---|---|
| 2BEDO00300 | 11352 | Ryan | Foley | BEDFORD OAK ADVISORS | C/O Lehman Brothers | Attn: Ryan Foley | New York NY 10019 Ryan Foley | 2125260328 |
| 2BEDO00400 | 11353 | Ryan | Foley | BEDFORD OAK ADVISORS | C/o Lehman Brothers | Attn: Ryan Foley | New York NY 10019 Ryan Foley | 2125260194 |
| 2CAL001400 | 4236 | Aliza | Finn-Welch | CALDWELL & ORKIN | C/O Lehman Brothers | Attn: Aliza Finn-Welch - Commission Mgmt | New York NY 10019 Aliza Finn-Welch | 2125260194 |
| 2CLA001100 | 16901 | Raveen | Anand | CLAY FINLAY INC. | C/o Lehman Brothers | Mary Evcolino | New York NY 10019 Raveen Anand | 61733050978 |
| 2COR001100 | 13947 | Marisa | Mastriocovo | CORNERSTONE REAL ESTATE | C/o Lehman Brothers | Marisa Mastriocovo | New York NY 10019 Marisa Mastriocovo | 2125260197 |
| 2FRA000600 | 4069 | Kim | Potoczniak | FRANKLIN TEMPLETON COMPANIES L. | C/o Lehman Brothers | Attn: Aliza Finn-Welch | New York NY 10019 Kim Potoczniak | 2125260197 |
| 2INV001200 | 12399 | Kimberly | Potoczniak | INVESTMENT STRATEGIES FUND | C/o Lehman Brothers | Attn: Kimberly Potoczniak | New York NY 10019 Kimberly Potoczniak | 2125260197 |
| 2KNO000400 | 5122 | Douglas | Leo | KNOTT PARTNERS L.P. | C/o Lehman Brothers | Mary Evcolino | New York NY 10019 Douglas Leo | 2125260192 |
| 2LAZO00600 | 16915 | Marisa | Mastriocovo | LAZARD ASSET MGMT LLC | C/o Lehman Brothers | Mary Evcolino | New York NY 10019 Marisa Mastriocovo | 2125269209 |
| 2MAG000200 | 15234 | Raveen | Anand | MAGNETAR CAPITAL | C/o Lehman Brothers | 745 Seventh Avenue | New York NY 10019 Raveen Anand | 2125269450 |
| 2MAR002400 | 10127 | Chris | Caras | MARSICO CAPITAL MANAGEMENT | C/o Lehman Brothers | Mary Evcolino | New York NY 10019 Chris Caras | 2125269460 |
| 2MID000500 | 12199 | Marisa | Mastriocovo | MIDDLETON & COMPANY | C/O Lehman Brothers | Attn: Ryan Foley | New York NY 10019 Chris Caras | 2125269187 |
| 2RID000400 | 10410 | Kimberly | Potozniak | RIDGE CREST PARTNERS | C/o Lehman Brothers | Marisa Mastriocovo | New York NY 10019 Marisa Mastriocovo | 2125269470 |
| 2STE001400 | 3935 | Neifa | Rahman | STEINBERG ASSET MANAGEMENT | C/o Lehman Brothers | Kimberly Potoczniak | New York NY 10019 Kimberly Potozniak | 2125269187 |
| 2GEN001200 | 1022 | David | Green | GENERAL ELECTRIC INVESTMENT | C/O Lehman Brothers | Attn: Neifa Rahman - Commission Mgmt Group | New York NY 10019 Neifa Rahman | 2125260255 |
| 2CAL001600 | 13599 | Mary | Evcolino | CALAMOS INVESTMENTS | C/o Lehman Brothers Soft Dollar | Mary Evcolino | New York NY 10019 David Green | 2125265503 |
| 2GRE001200 | 453 | Douglas | Leo | GREENHAVEN ASSOCIATES INC. | C/o Lehman Brothersoft Dollar | Mary Evcolino | New York NY 10019 Mary Evcolino | 2125269194 |
| 2WEX000800 | 8773 | Mary | Evcolino | WEINTRAUB CAPITAL MANAGEMENT | C/o Lehman Brothersoft Dollar | Mary Evcolino | New York NY 10019 Mary Evcolino | 2125269464 |

## AMC Enterprise 2 : Revenue Term Expiration

*Lehman Contract shortrate to BE PROCESSED*

| vertiser | Contract Id | Scope | Revenue Tier | Frequency Tier | Min Revenue | Start Date | End Date | Status | Attained Tier | What If | Potential Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BROTHERS | 451 | Global- no remnant | 250000 | 0 | 0 | 01/01/2008 | 09/01/2008 | Active | 125000 | 125000 | 4576.61 |

9/30/2008  3:41 pm
ed By:  halleya

Criteria Set:

Based on the information provided or discussed the values represented in this document are to be viewed as a best-guess representation that should assist your advertising strategy planning. It does not constitute an actual proposal but rather it's a reasonable representation of a "what if" situation.

*DOWJONES*

Josh Russell
Account Development Executive, Venture Capital
Financial Information Services

**Dow Jones & Company**
201 California Street, 10th Floor
San Francisco, CA 94111
Tel: (415) 439-6623  Fax: (415) 520-9880
josh.russell@dowjones.com

11/12/2007

Lehman Brothers
745 7th Avenue
New York, NY 10019

To Whom It May Concern at Lehman Brothers:

Below is some important information regarding your firm's upcoming VentureSource renewal.

| Product Name | Description | Users | License Dates | Price |
|---|---|---|---|---|
| VentureSource Renewal | One year license. Access to up to 50,000 reports. Discounted price provided. Standard license is $122,500<br><br>For this discounted price to be valid the signed proposal letter must be received on or before 12/21/2007 | Unlimited | 1/1/08-12/31/09 | USD 110,500.00 |
| | | | Grand Total: | USD 110,500.00 |

The prices quoted above are valid for thirty (30) days from the date of this proposal.  To take advantage of the quoted prices, this proposal must be signed and returned to Dow Jones & Co. within thirty (30) days from the date of the proposal or the quoted prices may be deemed invalid.  Please fax this signed proposal to (415) 520-9880.

Subscriptions to online databases will commence/continue upon receipt of this signed proposal but may be suspended or terminated if timely payment is not received. An invoice will be delivered upon receipt of this signed proposal.

Your signature below acknowledges that your use of VentureSource is governed by the terms and conditions of the signed VentureSource License Agreement on file.  **To ensure uninterrupted service this proposal letter must be signed and returned prior to the current expiration date, but may be suspended or terminated if payment is not received within 30 days.**

Accepted by:

Lehman Brothers, Inc

**Dow Jones & Company**

**DOWJONES**

| 00311   DJ NEWSWIRES   U.S. SUBS |
|---|

┌LEHMAN BROTHERS COMMODITY SERV┐
ELEANOR MORRISON
745 SEVENTH AVENUE
NEW YORK NY  10019

└                              ┘

| CHARGEBACK DATE | CHARGEBACK NO. |
|---|---|
| 12/03/07 | 30757997A |

| ACCOUNT NO. | CODE |
|---|---|
| 00311 0016407 | 202 |

PLEASE REMIT TO :
DOW JONES & CO
OCR PROCESSING
PO BOX 30
CHICOPEE MA  01021-0030

REMITTANCE TERMS : NET 15

| REFERENCE DATE | REFERENCE INFORMATION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/01/07 | 30757997 | PAYMENT SHORTAGE | $2,500.00 |
| | CHARGEBACK PERTAINS TO ▶ | CHECK NO.   DATE RECEIVED   CHECK AMOUNT | |

PLEASE ADDRESS INQUIRIES TO: CREDIT DEPARTMENT
                             P.O. BOX 300
                             PRINCETON
                             N.J.  08543-0300
                OR CALL: CUSTOMER SUPPORT
                             1-800-223-2274

| AMOUNT DUE ▶ | $2,500.00 |
|---|---|
| CREDIT APPLIED TO YOUR ACCOUNT ▶ | |

LOKESH KUMAR
(609) 520-7276

COVERSHEET.TIF



DOW JONES NEWSWIRES
RETAIL ADJUSTMENT FORM

*LEHMAN*

CREDIT
PROFORMA - YES or NO
CREDIT

| | | | |
|---|---|---|---|
| NAME | Lehman Brothers Inc. | BUSINESS | SALES 311 ACCT# |
| ADDRESS | 70 Hudson Street, 10th floor | LOCATION | 745 7th Avenue, New York, NY |
| | Attn: Manuel Li | BILLER PERIOD | 6/1/07-8/31/07 |
| | Jersey City, NJ 07302-3668 | ADJUSTMENT AMT | $4,290.00 |

**REMOVE MIN. ON A/C**

Page 1 of 1

**Dow Jones & Company**

**DOWJONES** | 00311   DJ NEWSWIRES   U.S. SUBS

| CHARGEBACK DATE | CHARGEBACK NO. |
|---|---|
| 03/30/05 | 30300786A |

| ACCOUNT NO. | CODE |
|---|---|
| 00311 0008446 | 209 |

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ  07302-3988

PLEASE REMIT TO :
DOW JONES & CO
OCR PROCESSING
PO BOX 30
CHICOPEE MA  01021-0030

REMITTANCE TERMS : NET 15

| REFERENCE DATE | REFERENCE INFORMATION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 03/01/05 | 30300786 | OVERPAYMENT | $137.49CR |

| | CHARGEBACK PERTAINS TO ▶ | CHECK NO. | DATE RECEIVED | CHECK AMOUNT |
|---|---|---|---|---|
| | | 1806022 | 03/22/05 | $114,624.55 |

PLEASE ADDRESS INQUIRIES TO: CREDIT DEPARTMENT
P.O. BOX 300
PRINCETON
N.J.  08543-0300
OR CALL: CUSTOMER SUPPORT
1-800-223-2274

| AMOUNT DUE ▶ | |
|---|---|
| CREDIT APPLIED TO YOUR ACCOUNT ▶ | $137.49CR |

DOROTHY SCARAMOZZINO
(609) 520-5595

# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30990797 | 09-01-2008 |
| ACCOUNT # | |
| 03    11    00008446 | |

**LEHMAN BROTHERS INC**
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY  10261-4137

2   03   11   000000084462   30990797   9   010184552

**DUE UPON PRESENTATION**

Amount Due: | **$101,845.52** |

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| Billing for: 09/01/2008 to 09/30/2008 | | | |
| | | | |
| ***DJ MANAGED DELIVERY*** | | | |
| **Current Period Charges:** | | | |
| Frame Relay Access Fee | 2 | 415.00 | 830.00 |
| Frame Relay Comm Fee | 1 | 1,313.00 | 1,313.00 |
| Frame Relay System Fee | 1 | 210.00 | 210.00 |
| | | | |
| **Sub Total** | | | 2,353.00 |
| **Total Current Period** | | | 2,353.00 |
| **DJ MANAGED DELIVERY Total** | | | 2,353.00 |
| ***DJNA3 ACCESS FEES*** | | | |
| **Current Period Charges:** | | | |
| System Fee - DJNA3 | 1 | 325.00 | 325.00 |
| | | | |
| **Sub Total** | | | 325.00 |
| **Total Current Period** | | | 325.00 |
| **DJNA3 ACCESS FEES Total** | | | 325.00 |
| ***Miscellaneous*** | | | |
| **Current Period Charges:** | | | |
| BLOOMBERG DELIVERY FEE | 260 | 10.00 | 2,600.00 |

| | PLEASE REMIT THIS AMOUNT: | **$101,845.52** |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30990797 | 09-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

PLEASE REMIT TO:
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY 10261-4137

2   03   11   000000084462   30990797   9   010184552

DUE UPON PRESENTATION

Amount Due:   $101,845.52

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| *Miscellaneous* | | | |
| REU DJNS Delivery Fee | 67 | 10.00 | 670.00 |
| Sub Total | | | 3,270.00 |
| Total Current Period | | | 3,270.00 |
| Billing Adjustments: | | | |
| BLOOMBERG DELIVERY FEE | | | -30.00 |
| REU DJNS Delivery Fee | | | -40.00 |
| Sub Total | | | -70.00 |
| Total Billing Adjustments | | | -70.00 |
| Miscellaneous Total | | | 3,200.00 |
| *DJNA3* | | | |
| Current Period Charges: | | | |
| DJNA3 Dow Jones News Feed | 1 | 13,334.00 | 13,334.00 |
| Sub Total | | | 13,334.00 |
| Taxes | | | 933.38 |
| Total Current Period | | | 14,267.38 |
| DJNA3 Total | | | 14,267.38 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT: | $101,845.52 |
|---|---|

**DOWJONES**

# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30990797 | 09-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

LEHMAN BROTHERS INC
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY  10261-4137

2   03   11   000000084462   30990797   9   010184552

**DUE UPON PRESENTATION**

Amount Due:   **$101,845.52**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| *Dow Jones Capital Market Report* | | | |
| **Current Period Charges:** | | | |
| Dow Jones Capital Market Report Terminal | 3 | 185.00 | 555.00 |
| Sub Total | | | 555.00 |
| Total Current Period | | | 555.00 |
| Dow Jones Capital Market Report Total | | | 555.00 |
| *Dow Jones Commodities Service* | | | |
| **Current Period Charges:** | | | |
| Dow Jones Commodities Service Terminal | 2 | 127.50 | 255.00 |
| Sub Total | | | 255.00 |
| Total Current Period | | | 255.00 |
| Dow Jones Commodities Service Total | | | 255.00 |
| *Dow Jones News Service* | | | |
| **Current Period Charges:** | | | |
| Dow Jones News Service Terminal | 1,333 | 61.90 | 82,514.05 |
| Sub Total | | | 82,514.05 |
| Taxes | | | 162.94 |

| | PLEASE REMIT THIS AMOUNT: | $101,845.52 |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|-----------|--------------|
| 30990797 | 09-01-2008 |

| ACCOUNT # | | |
|---|---|---|
| 03  11 | 00008446 | |

**LEHMAN BROTHERS INC**
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY  10261-4137

2   03   11   000000084462   30990797   9   010184552

**DUE UPON PRESENTATION**

Amount Due: | **$101,845.52**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| *Dow Jones News Service* | | | |
| **Total Current Period** | | | 82,676.99 |
| **Billing Adjustments:** | | | |
| Dow Jones News Service Terminal | | | -4,422.42 |
| **Sub Total** | | | -4,422.42 |
| Taxes | | | 46.41 |
| **Total Billing Adjustments** | | | -4,376.01 |
| **Dow Jones News Service Total** | | | 78,300.98 |
| *Dow Jones PIR* | | | |
| **Current Period Charges:** | | | |
| Location Fee | 6 | 225.00 | 1,350.00 |
| Dow Jones PIR Terminal | 14 | 40.00 | 560.00 |
| **Sub Total** | | | 1,910.00 |
| Taxes | | | 8.40 |
| **Total Current Period** | | | 1,918.40 |
| **Billing Adjustments:** | | | |
| Location Fee | | | 637.50 |
| Dow Jones PIR Terminal | | | 25.33 |

| | PLEASE REMIT THIS AMOUNT: | **$101,845.52** |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



Page 4  of  50

# DOW JONES & COMPANY

DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30990797 | 09-01-2008 |
| ACCOUNT # | |
| 03   11   00008446 | |

LEHMAN BROTHERS INC
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302-3988

PLEASE REMIT TO:
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY  10261-4137

2   03   11   000000084462   30990797   9   010184552

DUE UPON PRESENTATION

Amount Due:   **$101,845.52**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| *Dow Jones PIR* | | | |
| Sub Total | | | 662.83 |
| Taxes | | | 7.93 |
| **Total Billing Adjustments** | | | 670.76 |
| **Dow Jones PIR Total** | | | 2,589.16 |
| *Dow Jones PRW* | | | |
| **Dow Jones PRW Total** | | | 0.00 |
| **Total Current Invoice** | | | 101,845.52 |
| | | PLEASE REMIT THIS AMOUNT | **$101,845.52** |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31093167 | 10-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

**LEHMAN BROTHERS INC**
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY 10261-4137

2  03  11  000000084462  31093167  3  010103120

**DUE UPON PRESENTATION**

Amount Due: **$101,031.20**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| Billing for: 10/01/2008 to 10/31/2008 | | | |
| | | | |
| ***DJ MANAGED DELIVERY*** | | | |
| **Current Period Charges:** | | | |
| Frame Relay Access Fee | 2 | 415.00 | 830.00 |
| Frame Relay Comm Fee | 1 | 1,313.00 | 1,313.00 |
| Frame Relay System Fee | 1 | 210.00 | 210.00 |
| | | | |
| **Sub Total** | | | 2,353.00 |
| **Total Current Period** | | | 2,353.00 |
| **DJ MANAGED DELIVERY Total** | | | 2,353.00 |
| ***DJNA3 ACCESS FEES*** | | | |
| **Current Period Charges:** | | | |
| System Fee - DJNA3 | 1 | 325.00 | 325.00 |
| | | | |
| **Sub Total** | | | 325.00 |
| **Total Current Period** | | | 325.00 |
| **DJNA3 ACCESS FEES Total** | | | 325.00 |
| ***Miscellaneous*** | | | |
| **Current Period Charges:** | | | |
| BLOOMBERG DELIVERY FEE | 260 | 10.00 | 2,600.00 |
| | | | |
| | | PLEASE REMIT THIS AMOUNT: | **$101,031.20** |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31093167 | 10-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

LEHMAN BROTHERS INC
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

PLEASE REMIT TO:
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY 10261-4137

2  03  11  000000084462  31093167  3  010103120

DUE UPON PRESENTATION

Amount Due:    **$101,031.20**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| SUMMARY PAGE | | | |
| *Miscellaneous* | | | |
| REU DJNS Delivery Fee | 65 | 10.00 | 650.00 |
| Sub Total | | | 3,250.00 |
| Total Current Period | | | 3,250.00 |
| Billing Adjustments: | | | |
| REU DJNS Delivery Fee | | | -20.00 |
| Sub Total | | | -20.00 |
| Total Billing Adjustments | | | -20.00 |
| Miscellaneous Total | | | 3,230.00 |
| *DJNA3* | | | |
| Current Period Charges: | | | |
| DJNA3 Dow Jones News Feed | 1 | 13,334.00 | 13,334.00 |
| Sub Total | | | 13,334.00 |
| Taxes | | | 933.38 |
| Total Current Period | | | 14,267.38 |
| DJNA3 Total | | | 14,267.38 |
| *Dow Jones Capital Market Report* | | | |

| | PLEASE REMIT THIS AMOUNT: | $101,031.20 |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

Page 2  of  48



# DOW JONES & COMPANY

## DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31093167 | 10-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY 10261-4137

2   03   11   000000084462   31093167   3   010103120

**DUE UPON PRESENTATION**

Amount Due:    $101,031.20

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| SUMMARY PAGE | | | |
| *Dow Jones Capital Market Report* | | | |
| Current Period Charges: | | | |
| Dow Jones Capital Market Report Terminal | 3 | 185.00 | 555.00 |
| Sub Total | | | 555.00 |
| Total Current Period | | | 555.00 |
| Dow Jones Capital Market Report Total | | | 555.00 |
| *Dow Jones Commodities Service* | | | |
| Current Period Charges: | | | |
| Dow Jones Commodities Service Terminal | 1 | 130.00 | 130.00 |
| Sub Total | | | 130.00 |
| Total Current Period | | | 130.00 |
| Billing Adjustments: | | | |
| Dow Jones Commodities Service Terminal | | | -125.00 |
| Sub Total | | | -125.00 |
| Total Billing Adjustments | | | -125.00 |
| Dow Jones Commodities Service Total | | | 5.00 |
| *Dow Jones News Service* | | | |
| Current Period Charges: | | | |

| | PLEASE REMIT THIS AMOUNT: | $101,031.20 |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

Page 3  of  48



# DOW JONES & COMPANY

DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31093167 | 10-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

PLEASE REMIT TO:
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY 10261-4137

2  03  11  000000084462  31093167  3  010103120

DUE UPON PRESENTATION

Amount Due:  **$101,031.20**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| SUMMARY PAGE | | | |
| *Dow Jones News Service* | | | |
| Dow Jones News Service Terminal | 1,308 | 61.98 | 81,067.80 |
| Sub Total | | | 81,067.80 |
| Taxes | | | 151.16 |
| **Total Current Period** | | | 81,218.96 |
| Billing Adjustments: | | | |
| Dow Jones News Service Terminal | | | -2,823.45 |
| Sub Total | | | -2,823.45 |
| Taxes | | | -18.09 |
| **Total Billing Adjustments** | | | -2,841.54 |
| **Dow Jones News Service Total** | | | 78,377.42 |
| *Dow Jones PIR* | | | |
| **Current Period Charges:** | | | |
| Location Fee | 6 | 225.00 | 1,350.00 |
| Dow Jones PIR Terminal | 14 | 40.00 | 560.00 |
| Sub Total | | | 1,910.00 |
| Taxes | | | 8.40 |
| **Total Current Period** | | | 1,918.40 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT: | $101,031.20 |
|---|---|



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31093167 | 10-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

LEHMAN BROTHERS INC
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
PO BOX 4137
NEW YORK, NY  10261-4137

2   03   11   000000084462   31093167   3   010103120

**DUE UPON PRESENTATION**

Amount Due:    **$101,031.20**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| SUMMARY PAGE | | | |
| Dow Jones PIR Total | | | 1,918.40 |
| *Dow Jones PRW* | | | |
| Dow Jones PRW Total | | | 0.00 |
| Total Current Invoice | | | 101,031.20 |
| | | PLEASE REMIT THIS AMOUNT: | $101,031.20 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



Dow Jones & Company

**DOWJONES**

| 00311   DJ NEWSWIRES   U.S. SUBS |
|---|

| CHARGEBACK DATE | CHARGEBACK NO. |
|---|---|
| 12/28/04 | BA00818 |

| ACCOUNT NO. | | CODE |
|---|---|---|
| 00311  0014832 | | 167 |

LEHMAN BROTHERS INC
C/O NEUBERGER & BERMAN
MICHAEL WANG
70 HUDSON STREET 10TH FLOOR
JERSEY CITY NJ  07302

PLEASE REMIT TO :
DOW JONES & CO
OCR PROCESSING
PO BOX 30
CHICOPEE MA  01021-0030

REMITTANCE TERMS :

| REFERENCE DATE | REFERENCE INFORMATION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05/03/04 | 4/04 | ADJUSTMENT | $710.22CR |

| CHARGEBACK PERTAINS TO | CHECK NO. | DATE RECEIVED | CHECK AMOUNT |
|---|---|---|---|
| | | | |

PLEASE ADDRESS INQUIRIES TO: CREDIT DEPARTMENT
P.O. BOX 300
PRINCETON
N.J.  08543-0300
OR CALL: CUSTOMER SUPPORT
1-800-223-2274

| AMOUNT DUE | |
|---|---|
| CREDIT APPLIED TO YOUR ACCOUNT | $710.22CR |

DOROTHY SCARAMOZZINO
(609) 520-5595

**Dow Jones & Company**

DOWJONES

|  | 00312   DOMESTIC INT'L WIRES |
|---|---|

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ  07302-3988

| CHARGEBACK DATE | CHARGEBACK NO. |
|---|---|
| 09/29/08 | 30992251A |

| ACCOUNT NO. | CODE |
|---|---|
| 00312 0000493 | 202 |

PLEASE REMIT TO :
DOW JONES & CO
OCR PROCESSING
PO BOX 30
CHICOPEE MA  01021-0030

REMITTANCE TERMS : NET 15

| REFERENCE DATE | REFERENCE INFORMATION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 09/01/08 | 30992251 | PAYMENT SHORTAGE | $396.00 |

| | CHARGEBACK PERTAINS TO ▶ | CHECK NO. | DATE RECEIVED | CHECK AMOUNT | |
|---|---|---|---|---|---|

PLEASE ADDRESS INQUIRIES TO: CREDIT DEPARTMENT
                             P.O. BOX 300
                             PRINCETON
                             N.J.  08543-0300
           OR CALL: CUSTOMER SUPPORT
                    1-800-223-2274

| AMOUNT DUE ▶ | $396.00 |
|---|---|
| CREDIT APPLIED TO YOUR ACCOUNT ▶ | |

SHANKER CHETTRI
(609) 520-7401

# DOW JONES & COMPANY

DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31094620 | 10-01-2008 |
| ACCOUNT # | |
| 03  12 | 00000493 |

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  03  12  000000004936  31094620  6  000090000

**DUE UPON PRESENTATION**

Amount Due: $900.00

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| Billing for: 10/01/2008 to 10/31/2008 | | | |
| | | | |
| *Miscellaneous* | | | |
| **Current Period Charges:** | | | |
| BLOOMBERG DELIVERY FEE | 1 | 10.00 | 10.00 |
| | | | |
| Sub Total | | | 10.00 |
| Total Current Period | | | 10.00 |
| Miscellaneous Total | | | 10.00 |
| *Dow Jones Economic Report* | | | |
| **Current Period Charges:** | | | |
| Location Fee | 1 | 795.00 | 795.00 |
| Dow Jones Economic Report Terminal | 1 | 95.00 | 95.00 |
| | | | |
| Sub Total | | | 890.00 |
| Total Current Period | | | 890.00 |
| Dow Jones Economic Report Total | | | 890.00 |
| Total Current Invoice | | | 900.00 |
| | | | |
| | PLEASE REMIT THIS AMOUNT | | $900.00 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31094620 | 10-01-2008 |
| ACCOUNT # | |
| 03    12 | 00000493 |

LEHMAN BROTHERS INC
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY  10261-4137

2   03   12   000000004936   31094620   6   000090000

**DUE UPON PRESENTATION**

Amount Due: | $900.00 |

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| Office Location: | | | |
| 745 SEVENTH AVENUE | NEW YORK, NY | | | |
| *Miscellaneous* | | | |
| **Current Period Charges:** | | | |
| BLOOMBERG DELIVERY FEE | 1 | 10.00 | 10.00 |
| **Sub Total** | | | 10.00 |
| **Total Current Period** | | | 10.00 |
| **Miscellaneous Total** | | | 10.00 |
| ***Dow Jones Economic Report*** | | | |
| **Current Period Charges:** | | | |
| Location Fee | 1 | 795.00 | 795.00 |
| Dow Jones Economic Report Terminal Fee - BLO | 1 | 95.00 | 95.00 |
| **Sub Total** | | | 890.00 |
| **Total Current Period** | | | 890.00 |
| **Dow Jones Economic Report Total** | | | 890.00 |
| **Office Total** | | | 900.00 |
| | PLEASE REMIT THIS AMOUNT | | $900.00 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

<u>DOW JONES NEWSWIRES</u>

## INVOICE

| INVOICE #. | INVOICE DATE |
|---|---|
| 31094620 | 10-01-2008 |
| ACCOUNT # | |
| 03   12 | 00000493 |

LEHMAN BROTHERS INC
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY  10261-4137

2   03   12   000000004936   31094620   6   000090000

**DUE UPON PRESENTATION**

Amount Due: | $900.00

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **Total Current Invoice** | | | 900.00 |
| | | PLEASE REMIT THIS AMOUNT | $900.00 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|-----------|--------------|
| 31094620  | 10-01-2008   |
| ACCOUNT # | |
| 03   12   00000493 | |

**LEHMAN BROTHERS INC**
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY  10261-4137

2   03   12   000000004936   31094620   6   000090000

**DUE UPON PRESENTATION**

Amount Due:    **$900.00**

---

### Vendor Information

| Vendor | Description | Vendor | Description |
|--------|-------------|--------|-------------|
| BLO    | BLOOMBERG   | DOW    | DOWJONES    |

---

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274

PLEASE REMIT THIS AMOUNT    **$900.00**

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



Dow Jones & Company

**DOWJONES**

| | | |
|---|---|---|
| 00522 | SERVICE INF-OTHER SERV | |

| CHARGEBACK DATE | CHARGEBACK NO. |
|---|---|
| 06/04/08 | 30580912 |

| ACCOUNT NO. | CODE |
|---|---|
| 00522 4MI00187 | 210 |

LEHMAN BROTHERS
ATTN: JAMIE FUERTES
CORPORATE REAL ESTATE
745 SEVENTH AVE, 29TH FL
NEW YORK NY  10019-6801

PLEASE REMIT TO :
DOW JONES & CO
WALL ST JRNL OR BARRONS
PO BOX 4137
NEW YORK NY  10261-4137

REMITTANCE TERMS :

| REFERENCE DATE | REFERENCE INFORMATION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 06/02/08 | 30580912 | DUPLICATE PAYMENT | $1,128.00CR |

| CHARGEBACK PERTAINS TO | CHECK NO. | DATE RECEIVED | CHECK AMOUNT |
|---|---|---|---|
| | 2068702 | 06/02/08 | $1,128.00 |

PLEASE ADDRESS INQUIRIES TO  CREDIT DEPARTMENT
P.O. BOX 300
PRINCETON
N.J.  08543-0300

| | |
|---|---|
| AMOUNT DUE | |
| CREDIT APPLIED TO YOUR ACCOUNT | $1,128.00CR |

JYOTHI RAGHAVAN
(609) 520-7131

**Dow Jones & Company**

| | Page 1 of 1 | |
|---|---|---|
| INVOICE NUMBER | | INVOICE DATE |
| 30001147 | . | MAY 01, 2008 |
| ACCOUNT NUMBER | | |
| 1LEH000300 | | |

**DOWJONES**

| NAME OF ADVERTISER |
|---|
| |

LEHMAN BROTHERS
ATTN: MARY ERVOLINO
745 SEVENTH AVENUE
16TH FL
NEW YORK NY 10019

PLEASE REMIT TO:

DOW JONES & CO.
THE WALL STREET JOURNAL   OR
BARRONS
PO BOX 4137
NEW YORK NY 102614137

TERMS:   PAYMENT DUE IN 15 DAYS

AMOUNT DUE:  $              433.50

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| | $      400.00 |
| | 33.50 |

| NAME OF ADVERTISER | | AMOUNT DUE  $ | 433.50 |
|---|---|---|---|

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1LEH000300 | 30001147 | MAY 01, 2008 |

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

Page  1  of  1

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 30002461 | JUN 01, 2008 |

| ACCOUNT NUMBER |
|---|
| 1LEH000300 |

**DOWJONES**

| NAME OF ADVERTISER |
|---|
|  |

LEHMAN BROTHERS
ATTN: MARY ERVOLINO
745 SEVENTH AVENUE
16TH FL
NEW YORK NY 10019

PLEASE REMIT TO:

DOW JONES & CO.
THE WALL STREET JOURNAL   OR
BARRONS
PO BOX 4137
NEW YORK NY 102614137

TERMS:   PAYMENT DUE IN 15 DAYS

AMOUNT DUE: $                433.50

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| | $    400.00 |
| | 33.50 |

| AMOUNT DUE | $ | 433.50 |
|---|---|---|

| NAME OF ADVERTISER |
|---|
|  |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1LEH000300 | 30002461 | JUN 01, 2008 |

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

| | | |
|---|---|---|
| | Page  1  of  1 | |
| INVOICE NUMBER | INVOICE DATE | |
| 30001148 | MAY 01, 2008 | |

FIS VENTURE CAPITAL - NEWSLETTERS

| ACCOUNT NUMBER |
|---|
| 1LEH000400 |

**DOWJONES**

NAME OF ADVERTISER

LEHMAN BROTHERS
ATTN: GARY SELMES
25 BANK STREET, 3RD FL
LONDON  E14 5LE
UNITED KINGDOM

PLEASE REMIT TO:

DOW JONES & CO.
THE WALL STREET JOURNAL   OR
BARRONS
PO BOX 4137
NEW YORK NY 102614137

TERMS:   PAYMENT DUE IN 15 DAYS

AMOUNT DUE:  USD          3,500.00

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| | 1,700.00 |
| | 1,800.00 |

| NAME OF ADVERTISER | AMOUNT DUE   USD | 3,500.00 |
|---|---|---|

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1LEH000400 | 30001148 | MAY 01, 2008 |

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

| Page 1 of 1 | |
| --- | --- |
| INVOICE NUMBER | INVOICE DATE |
| 30002462 | JUN 01, 2008 |

| ACCOUNT NUMBER |
| --- |
| 1LEH000700 |

**DOWJONES**

| NAME OF ADVERTISER |
| --- |

LEHMAN BROTHERS
ATTN: ROBERT DAVIE
P.O. BOX 2097
SECAUCUS NJ 07096

PLEASE REMIT TO:

DOW JONES & CO.
THE WALL STREET JOURNAL   OR
BARRONS
PO BOX 4137
NEW YORK NY 102614137

TERMS:   PAYMENT DUE IN 15 DAYS

AMOUNT DUE:  $          2,038.35

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
| --- | --- |
| | $      133.35 |
| | 1,299.96 |
| | 605.04 |

| NAME OF ADVERTISER | | AMOUNT DUE | $ | 2,038.35 |
| --- | --- | --- | --- | --- |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
| --- | --- | --- |
| 1LEH000700 | 30002462 | JUN 01, 2008 |

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

FIS VENTURE CAPITAL - NEWSLETTERS

**DOWJONES**

| Page    1   of   1 | |
| --- | --- |
| INVOICE NUMBER | INVOICE DATE |
| 30002463 | JUN 01, 2008 |
| ACCOUNT NUMBER | |
| 1LEH000800 | |

NAME OF ADVERTISER

LEHMAN BROTHERS
ATTN: ALAN DORSEY
745 7TH AVE
NEW YORK NY 100196801

PLEASE REMIT TO:

DOW JONES & CO.
THE WALL STREET JOURNAL   OR
BARRONS
PO BOX 4137
NEW YORK NY 102614137

TERMS:   PAYMENT DUE IN 15 DAYS

AMOUNT DUE:  $         1,345.56

Please note your account number on your check and return this portion with your payment

| | | AMOUNT |
| --- | --- | --- |
| | | $      1,345.56 |

| | AMOUNT DUE   $ | 1,345.56 |
| --- | --- | --- |

| NAME OF ADVERTISER | | |
| --- | --- | --- |

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
| --- | --- | --- |
| 1LEH000800 | 30002463 | JUN 01, 2008 |

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

FIS VENTURE CAPITAL - NEWSLETTERS

**DOWJONES**

NAME OF ADVERTISER

| Page 1 of 1 | |
|---|---|
| INVOICE NUMBER | INVOICE DATE |
| 30005543 | SEP 01, 2008 |
| ACCOUNT NUMBER | |
| 1LEH001700 | |

LEHMAN BROTHERS
ATTN: GERARD JOSEPH
399 PARK AVE
NEW YORK NY 10022

PLEASE REMIT TO:

DOW JONES & CO.
THE WALL STREET JOURNAL   OR
BARRONS
PO BOX 4137
NEW YORK NY 102614137

TERMS:   PAYMENT DUE IN 15 DAYS

AMOUNT DUE: $          1,345.56

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| | $    1,345.56 |

| NAME OF ADVERTISER | | AMOUNT DUE   $ | 1,345.56 |
|---|---|---|---|

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1LEH001700 | 30005543 | SEP 01, 2008 |

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

**DOWJONES**

| | | Page  1  of  1 |
|---|---|---|
| INVOICE NUMBER | | INVOICE DATE |
| 30003466 | | JUL 01, 2008 |
| ACCOUNT NUMBER | | |
| 1LEH001300 | | |

NAME OF ADVERTISER

LEHMAN BROTHERS PRIVATE FUND INVESTMENTS
ATTN: VALERIE KIMBLE
325 NORTH SAINT PAUL STREET, SUI
DALLAS TX 75219

PLEASE REMIT TO:

DOW JONES & CO.
THE WALL STREET JOURNAL  OR
BARRONS
PO BOX 4137
NEW YORK NY 102614137

TERMS:  PAYMENT DUE IN 15 DAYS

AMOUNT DUE: $        4,501.87

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| $ | 301.87 |
| | 2,705.04 |
| | 1,494.96 |

| | AMOUNT DUE | $ | 4,501.87 |
|---|---|---|---|

NAME OF ADVERTISER

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 1LEH001300 | 30003466 | JUL 01, 2008 |

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30992564 | 09-01-2008 |
| ACCOUNT # | |
| 40   11 | 00024673 |

**LEHMAN BROTHERS**
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY  10261-4137

2   40   11   000000246732   30992564   4   000527251

**DUE UPON PRESENTATION**

Amount Due:    **$5,272.51**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| Billing for: 09/01/2008 to 09/30/2008 | | | |
| | | | |
| *Miscellaneous* | | | |
| **Current Period Charges:** | | | |
| REUTERS DELIVERY FEE | 24 | 10.00 | 240.00 |
| **Sub Total** | | | 240.00 |
| **Total Current Period** | | | 240.00 |
| **Billing Adjustments:** | | | |
| REUTERS DELIVERY FEE | | | 20.00 |
| **Sub Total** | | | 20.00 |
| **Total Billing Adjustments** | | | 20.00 |
| **Miscellaneous Total** | | | 260.00 |
| *Dow Jones Corporate Filings Alert* | | | |
| **Current Period Charges:** | | | |
| Dow Jones Corporate Filings Alert Terminal | 27 | 177.78 | 4,800.00 |
| **Sub Total** | | | 4,800.00 |
| Taxes | | | 37.33 |
| **Total Current Period** | | | 4,837.33 |
| **Billing Adjustments:** | | | |
| PLEASE REMIT THIS AMOUNT | | | $5,272.51 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank  ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30992564 | 09-01-2008 |
| ACCOUNT # | |
| 40   11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2   40   11   000000246732   30992564   4   000527251

**DUE UPON PRESENTATION**

Amount Due: | **$5,272.51**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| *Dow Jones Corporate Filings Alert* | | | |
| Dow Jones Corporate Filings Alert Terminal | | | 162.67 |
| Sub Total | | | 162.67 |
| Taxes | | | 12.51 |
| Total Billing Adjustments | | | 175.18 |
| Dow Jones Corporate Filings Alert Total | | | 5,012.51 |
| Total Current Invoice | | | 5,272.51 |
| | | PLEASE REMIT THIS AMOUNT | $5,272.51 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30992564 | 09-01-2008 |
| ACCOUNT # | |
| 40    11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ  07302

PLEASE REMIT TO:
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY  10261-4137

2  40  11  000000246732  30992564  4  000527251

DUE UPON PRESENTATION

Amount Due:    $5,272.51

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| Office Location:<br>111 RIVER STREET \| HOBOKEN, NJ<br>VARS#8485 | | | |
| *Dow Jones Corporate Filings Alert*<br>**Current Period Charges:** | | | |
|    Dow Jones Corporate Filings Alert Terminal Fee - TDC | 2 | 177.78 | 355.56 |
| **Sub Total** | | | 355.56 |
|    Taxes | | | 24.89 |
| **Total Current Period** | | | 380.45 |
| **Dow Jones Corporate Filings Alert Total** | | | 380.45 |
| **Office Total** | | | **380.45** |
| Office Location:<br>TWO PEACH TREE ROAD \| LIVINGSTON, NJ<br>US51466 | | | |
| *Dow Jones Corporate Filings Alert*<br>**Current Period Charges:** | | | |
|    Dow Jones Corporate Filings Alert Terminal Fee - RPL | 1 | 177.78 | 177.78 |
| **Sub Total** | | | 177.78 |
|    Taxes | | | 12.44 |
| | | PLEASE REMIT THIS AMOUNT | $5,272.51 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ  08543-0300
PHONE (800) 223-2274

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|-----------|--------------|
| 30992564 | 09-01-2008 |
| ACCOUNT # | |
| 40   11 | 00024673 |

**LEHMAN BROTHERS**
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  30992564  4  000527251

**DUE UPON PRESENTATION**

Amount Due: | **$5,272.51** |

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|-------------|----------|----------------------|-------|
| *Dow Jones Corporate Filings Alert* | | | |
| **Total Current Period** | | | 190.22 |
| **Billing Adjustments:** | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - RPL On, Jun 24 2008 | 1 | | 178.65 |
| Sub Total | | | 178.65 |
| Taxes | | | 12.51 |
| **Total Billing Adjustments** | | | 191.16 |
| **Dow Jones Corporate Filings Alert Total** | | | 381.38 |
| **Office Total** | | | 381.38 |
| Office Location: | | | |
| 745 SEVENTH AVENUE \| NEW YORK, NY US44674 (2553) | | | |
| *Miscellaneous* | | | |
| **Current Period Charges:** | | | |
| REUTERS DELIVERY FEE | 1 | 10.00 | 10.00 |
| REUTERS DELIVERY FEE | 7 | 10.00 | 70.00 |
| Sub Total | | | 80.00 |
| **Total Current Period** | | | 80.00 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank. ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT | $5,272.51 |
|--------------------------|-----------|



# DOW JONES & COMPANY

## DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30992564 | 09-01-2008 |

| ACCOUNT # | | |
|---|---|---|
| 40 | 11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

PLEASE REMIT TO:
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  30992564  4  000527251

**DUE UPON PRESENTATION**

Amount Due: | $5,272.51 |

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **Miscellaneous Total** | | | 80.00 |
| *Dow Jones Corporate Filings Alert* | | | |
| **Current Period Charges:** | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - BDA | 1 | 177.78 | 177.78 |
| Dow Jones Corporate Filings Alert Terminal Fee - FAC | 1 | 177.78 | 177.78 |
| Dow Jones Corporate Filings Alert Terminal Fee - RPL | 6 | 177.78 | 1,066.67 |
| **Sub Total** | | | 1,422.23 |
| **Total Current Period** | | | 1,422.23 |
| **Billing Adjustments:** | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - RPL Off, Jun 24 2008 | -1 | | -176.00 |
| **Sub Total** | | | -176.00 |
| **Total Billing Adjustments** | | | -176.00 |
| **Dow Jones Corporate Filings Alert Total** | | | 1,246.23 |
| **Office Total** | | | 1,326.23 |
| Office Location: 399 PARK AVENUE | NEW YORK, NY US53920 (FF) | | | |
| *Miscellaneous* | | | |
| **Current Period Charges:** | | | |
| | | **PLEASE REMIT THIS AMOUNT** | $5,272.51 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30992564 | 09-01-2008 |

| ACCOUNT # | | |
|---|---|---|
| 40 | 11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

PLEASE REMIT TO:
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  30992564  4  000527251

**DUE UPON PRESENTATION**

Amount Due: | **$5,272.51** |

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| *Miscellaneous* | | | |
| REUTERS DELIVERY FEE | 15 | 10.00 | 150.00 |
| REUTERS DELIVERY FEE | 1 | 10.00 | 10.00 |
| Sub Total | | | 160.00 |
| Total Current Period | | | 160.00 |
| Billing Adjustments: | | | |
| REUTERS DELIVERY FEE - BDA | 1 | | 20.00 |
| On, Jul 1 2008 | | | |
| Sub Total | | | 20.00 |
| Total Billing Adjustments | | | 20.00 |
| Miscellaneous Total | | | 180.00 |
| *Dow Jones Corporate Filings Alert* | | | |
| **Current Period Charges:** | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - BDA | 15 | 177.78 | 2,666.67 |
| Dow Jones Corporate Filings Alert Terminal Fee - RPL | 1 | 177.78 | 177.78 |
| Sub Total | | | 2,844.45 |
| Total Current Period | | | 2,844.45 |
| Billing Adjustments: | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - BDA | 1 | | 160.00 |
| On, Jul 1 2008 | | | |

| | PLEASE REMIT THIS AMOUNT | $5,272.51 |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|-----------|--------------|
| 30992564  | 09-01-2008   |

| ACCOUNT # | | |
|---|---|---|
| 40 | 11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

PLEASE REMIT TO:
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  30992564  4  000527251

DUE UPON PRESENTATION

| Amount Due: | $5,272.51 |
|---|---|

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| *Dow Jones Corporate Filings Alert* | | | |
| Sub Total | | | 160.00 |
| Total Billing Adjustments | | | 160.00 |
| Dow Jones Corporate Filings Alert Total | | | 3,004.45 |
| Office Total | | | 3,184.45 |
| Total Current Invoice | | | 5,272.51 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT | $5,272.51 |
|---|---|



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|-----------|--------------|
| 30992564 | 09-01-2008 |

| ACCOUNT # | | |
|-----------|---|---|
| 40 | 11 | 00024673 |

**LEHMAN BROTHERS**
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  30992564  4  000527251

**DUE UPON PRESENTATION**

Amount Due: **$5,272.51**

---

## Vendor Information

| Vendor | Description | Vendor | Description |
|--------|-------------|--------|-------------|
| BDA | REUTERS BRIDGE | DOW | DOWJONES |
| FAC | FACTSET | RPL | REUTERS PLUS |
| TDC | TRACK DATA | | |

---

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT | $5,272.51 |
|--------------------------|-----------|

**DOWJONES**

# DOW JONES & COMPANY

DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31094977 | 10-01-2008 |
| ACCOUNT # | |
| 40   11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

PLEASE REMIT TO:
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  31094977  0  000507733

DUE UPON PRESENTATION

Amount Due: $5,077.33

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| Billing for: 10/01/2008 to 10/31/2008 | | | |
| *Miscellaneous* | | | |
| Current Period Charges: | | | |
| REUTERS DELIVERY FEE | 24 | 10.00 | 240.00 |
| Sub Total | | | 240.00 |
| Total Current Period | | | 240.00 |
| Miscellaneous Total | | | 240.00 |
| *Dow Jones Corporate Filings Alert* | | | |
| Current Period Charges: | | | |
| Dow Jones Corporate Filings Alert Terminal | 27 | 177.78 | 4,800.00 |
| Sub Total | | | 4,800.00 |
| Taxes | | | 37.33 |
| Total Current Period | | | 4,837.33 |
| Dow Jones Corporate Filings Alert Total | | | 4,837.33 |
| Total Current Invoice | | | 5,077.33 |
| PLEASE REMIT THIS AMOUNT | | | $5,077.33 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31094977 | 10-01-2008 |

| ACCOUNT # | | |
|---|---|---|
| 40 | 11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  31094977  0  000507733

**DUE UPON PRESENTATION**

| Amount Due: | $5,077.33 |
|---|---|

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| Office Location:<br>111 RIVER STREET \| HOBOKEN, NJ<br>VARS#8485 | | | |
| *Dow Jones Corporate Filings Alert*<br>**Current Period Charges:** | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - TDC | 2 | 177.78 | 355.56 |
| **Sub Total** | | | 355.56 |
| Taxes | | | 24.89 |
| **Total Current Period** | | | 380.45 |
| **Dow Jones Corporate Filings Alert Total** | | | 380.45 |
| **Office Total** | | | 380.45 |
| Office Location:<br>TWO PEACH TREE ROAD \| LIVINGSTON, NJ<br>US51466 | | | |
| *Dow Jones Corporate Filings Alert*<br>**Current Period Charges:** | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - RPL | 1 | 177.78 | 177.76 |
| **Sub Total** | | | 177.76 |
| Taxes | | | 12.44 |

| | PLEASE REMIT THIS AMOUNT | $5,077.33 |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31094977 | 10-01-2008 |
| ACCOUNT # | |
| 40  11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

PLEASE REMIT TO:
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  31094977  0  000507733

DUE UPON PRESENTATION

Amount Due: **$5,077.33**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| *Dow Jones Corporate Filings Alert* | | | |
| **Total Current Period** | | | 190.20 |
| **Dow Jones Corporate Filings Alert Total** | | | 190.20 |
| **Office Total** | | | 190.20 |
| Office Location: 745 SEVENTH AVENUE \| NEW YORK, NY US44674 (2553) | | | |
| *Miscellaneous* | | | |
| Current Period Charges: | | | |
| REUTERS DELIVERY FEE | 1 | 10.00 | 10.00 |
| REUTERS DELIVERY FEE | 7 | 10.00 | 70.00 |
| **Sub Total** | | | 80.00 |
| **Total Current Period** | | | 80.00 |
| **Miscellaneous Total** | | | 80.00 |
| *Dow Jones Corporate Filings Alert* | | | |
| Current Period Charges: | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - BDA | 1 | 177.78 | 177.78 |
| Dow Jones Corporate Filings Alert Terminal Fee - FAC | 1 | 177.78 | 177.78 |
| Dow Jones Corporate Filings Alert Terminal Fee - RPL | 6 | 177.78 | 1,066.67 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT | $5,077.33 |
|---|---|



# DOW JONES & COMPANY

#### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31094977 | 10-01-2008 |

| ACCOUNT # | | |
|---|---|---|
| 40 | 11 | 00024673 |

LEHMAN BROTHERS
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

PLEASE REMIT TO:
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2  40  11  000000246732  31094977  0  000507733

DUE UPON PRESENTATION

Amount Due: **$5,077.33**

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| *Dow Jones Corporate Filings Alert* | | | |
| Sub Total | | | 1,422.23 |
| Total Current Period | | | 1,422.23 |
| Dow Jones Corporate Filings Alert Total | | | 1,422.23 |
| Office Total | | | **1,502.23** |
| Office Location: | | | |
| 399 PARK AVENUE | NEW YORK, NY | | | |
| US53920 (FF) | | | |
| *Miscellaneous* | | | |
| Current Period Charges: | | | |
| REUTERS DELIVERY FEE | 15 | 10.00 | 150.00 |
| REUTERS DELIVERY FEE | 1 | 10.00 | 10.00 |
| Sub Total | | | 160.00 |
| Total Current Period | | | 160.00 |
| Miscellaneous Total | | | 160.00 |
| *Dow Jones Corporate Filings Alert* | | | |
| Current Period Charges: | | | |
| Dow Jones Corporate Filings Alert Terminal Fee - BDA | 15 | 177.78 | 2,666.67 |
| Dow Jones Corporate Filings Alert Terminal Fee - RPL | 1 | 177.78 | 177.78 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT | $5,077.33 |
|---|---|



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|-----------|--------------|
| 31094977 | 10-01-2008 |
| ACCOUNT # | |
| 40    11    00024673 | |

**LEHMAN BROTHERS**
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2   40   11   000000246732   31094977   0   000507733

**DUE UPON PRESENTATION**

Amount Due:   **$5,077.33**

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|-------------|----------|----------------------|-------|
| *Dow Jones Corporate Filings Alert* | | | |
| Sub Total | | | 2,844.45 |
| Total Current Period | | | 2,844.45 |
| Dow Jones Corporate Filings Alert Total | | | 2,844.45 |
| Office Total | | | 3,004.45 |
| Total Current Invoice | | | 5,077.33 |
| | | PLEASE REMIT THIS AMOUNT | $5,077.33 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions—Include Acct. & Inv#:
Chase Manhattan Bank: ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 31094977 | 10-01-2008 |
| ACCOUNT # | |
| 40   11 | 00024673 |

**LEHMAN BROTHERS**
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302

**PLEASE REMIT TO:**
DOW JONES NEWSWIRES
PO BOX 4137
NEW YORK, NY 10261-4137

2   40   11   000000246732   31094977   0   000507733

**DUE UPON PRESENTATION**

Amount Due:   $5,077.33

## Vendor Information

| Vendor | Description | Vendor | Description |
|---|---|---|---|
| BDA | REUTERS BRIDGE | DOW | DOWJONES |
| FAC | FACTSET | RPL | REUTERS PLUS |
| TDC | TRACK DATA | | |

| PLEASE REMIT THIS AMOUNT | $5,077.33 |
|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

**DOWJONES**

**Dow Jones & Company**

*DOWJONES*

04011  FEDERAL FILINGS        US

| CHARGEBACK DATE | CHARGEBACK NO. |
|---|---|
| 03/05/03 | 30202671B |

| ACCOUNT NO. | CODE |
|---|---|
| 04011 0024673 | 209 |

⌐LEHMAN BROTHERS
 ATTN:  ROBERT YABLONOWITZ
 101 HUDSON STREET
 29TH FLOOR
 JERSEY CITY NJ  07302
 L                        ⌐

PLEASE REMIT TO :
⌐FEDERAL FILINGS - US
 OCR PROCESSING
 PO BOX 7020
 CHICOPEE MA  01021-7020

REMITTANCE TERMS : NET 20

| REFERENCE DATE | REFERENCE INFORMATION | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 02/19/03 | 30202671A | OVERPAYMENT | $30.00CR |

| CHARGEBACK PERTAINS TO | CHECK NO. | DATE RECEIVED | CHECK AMOUNT |
|---|---|---|---|
| | 1698574 | 02/28/03 | $14,128.83- |

PLEASE ADDRESS INQUIRIES TO   CREDIT DEPARTMENT
                              P.O. BOX 300
                              PRINCETON
                              N.J.  08543-0300

| AMOUNT DUE | |
|---|---|
| CREDIT APPLIED TO YOUR ACCOUNT | $30.00CR |

DOROTHY SCARAMOZZINO
(609) 520-5595

**Dow Jones & Company**

FACTIVA FCS

**DOWJONES**

| | Page 1 of 1 |
|---|---|
| INVOICE NUMBER | INVOICE DATE |
| 10467758 | OCT 01, 2007 |
| ACCOUNT NUMBER | |
| 9LEH001300 | |

NAME OF ADVERTISER

LEHMAN BROTHERS INC
ATTN: HANNAH BURNS
745 SEVENTH AVENUE
NEW YORK NY 10019

PLEASE REMIT TO:

CITIBANK - FACTIVA LTD

TERMS:  PAYMENT DUE IN 30 DAYS

AMOUNT DUE: $          246.01

Please note your account number on your check and return this portion with your payment

| | | AMOUNT |
|---|---|---|
| | | $        19.01 |
| | | 227.00 |

| | AMOUNT DUE | $ | 246.01 |
|---|---|---|---|

| NAME OF ADVERTISER | | | |
|---|---|---|---|
| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | |
| 9LEH001300 | 10467758 | OCT 01, 2007 | |

Contact Customer Service, PLease visi
www.factiva.com/customerservice/invoi

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

FACTIVA FCS

**DOWJONES**

| | Page   1  of  1 |
| --- | --- |
| INVOICE NUMBER | INVOICE DATE |
| 10489816 | APR 01, 2008 |
| ACCOUNT NUMBER | |
| 9LEH001300 | |

NAME OF ADVERTISER

LEHMAN BROTHERS INC
ATTN: HANNAH BURNS
745 SEVENTH AVENUE
NEW YORK NY 10019

PLEASE REMIT TO:

CITIBANK - FACTIVA LTD

TERMS:   PAYMENT DUE IN 30 DAYS

AMOUNT DUE: $                246.01

Please note your account number on your check and return this portion with your payment

| | | AMOUNT |
| --- | --- | --- |
| | $        19.01 | |
| | 227.00 | |

| | AMOUNT DUE | $ | 246.01 |
| --- | --- | --- | --- |

| NAME OF ADVERTISER | | | |
| --- | --- | --- | --- |
| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE | |
| 9LEH001300 | 10489816 | APR 01, 2008 | |

Contact Customer Service, PLease visi
www.factiva.com/customerservice/invoi

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

FACTIVA FCS

**DOWJONES**

| Page 1 of 1 | |
|---|---|
| INVOICE NUMBER | INVOICE DATE |
| 10497107 | MAY 01, 2008 |
| ACCOUNT NUMBER | |
| 9LEH001300 | |

NAME OF ADVERTISER

LEHMAN BROTHERS INC
ATTN: HANNAH BURNS
745 SEVENTH AVENUE
NEW YORK NY 10019

PLEASE REMIT TO:

CITIBANK - FACTIVA LTD

TERMS:   PAYMENT DUE IN 30 DAYS

AMOUNT DUE: $          246.01

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| | $          19.01 |
| | 227.00 |

| | AMOUNT DUE | $          246.01 |
|---|---|---|

| NAME OF ADVERTISER | | |
|---|---|---|
| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
| 9LEH001300 | 10497107 | MAY 01, 2008 |

Contact Customer Service, PLease visi
www.factiva.com/customerservice/invoi

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

| | Page 1 of 1 |
|---|---|

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 10500686 | JUN 01, 2008 |

FACTIVA FCS

| ACCOUNT NUMBER | |
|---|---|
| 9LEH001300 | |

**DOWJONES**

NAME OF ADVERTISER

LEHMAN BROTHERS INC
ATTN: HANNAH BURNS
745 SEVENTH AVENUE
NEW YORK NY 10019

PLEASE REMIT TO:

CITIBANK - FACTIVA LTD

TERMS:  PAYMENT DUE IN 30 DAYS

AMOUNT DUE: $        246.01

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| | $        19.01 |
| | 227.00 |

| | AMOUNT DUE | $ | 246.01 |
|---|---|---|---|

| NAME OF ADVERTISER | | |
|---|---|---|

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 9LEH001300 | 10500686 | JUN 01, 2008 |

Contact Customer Service, PLease visi
www.factiva.com/customerservice/invoi

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

FACTIVA FCS

**DOWJONES**

| | Page   1   of   1 |
|---|---|
| INVOICE NUMBER | INVOICE DATE |
| 10506890 | JUL 01, 2008 |
| ACCOUNT NUMBER | |
| 9LEH001300 | |

NAME OF ADVERTISER

LEHMAN BROTHERS INC
ATTN: HANNAH BURNS
745 SEVENTH AVENUE
NEW YORK NY 10019

PLEASE REMIT TO:

CITIBANK - FACTIVA LTD

TERMS:   PAYMENT DUE IN 30 DAYS

AMOUNT DUE:  $          246.01

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| | $      19.01 |
| | 227.00 |

| NAME OF ADVERTISER | | AMOUNT DUE    $     246.01 |
|---|---|---|

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 9LEH001300 | 10506890 | JUL 01, 2008 |

Contact Customer Service, PLease visi
www.factiva.com/customerservice/invoi

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

FACTIVA FCS

**DOWJONES**

NAME OF ADVERTISER

| | | Page 1 of 1 | |
|---|---|---|---|
| INVOICE NUMBER | | INVOICE DATE | |
| 10512924 | | AUG 01, 2008 | |
| ACCOUNT NUMBER | | | |
| 9LEH001300 | | | |

LEHMAN BROTHERS INC
ATTN: HANNAH BURNS
745 SEVENTH AVENUE
NEW YORK NY 10019

PLEASE REMIT TO:

CITIBANK - FACTIVA LTD

TERMS:   PAYMENT DUE IN 30 DAYS

AMOUNT DUE: $            246.01

Please note your account number on your check and return this portion with your payment

| | AMOUNT |
|---|---|
| | $        19.01 |
| | 227.00 |

| NAME OF ADVERTISER | AMOUNT DUE   $ | 246.01 |
|---|---|---|

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 9LEH001300 | 10512924 | AUG 01, 2008 |

Contact Customer Service, PLease visi
www.factiva.com/customerservice/invoi

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

**Dow Jones & Company**

FACTIVA FCS

**DOWJONES**

NAME OF ADVERTISER

Page   1   of   1

| INVOICE NUMBER | INVOICE DATE |
|---|---|
| 10516376 | SEP 01, 2008 |

| ACCOUNT NUMBER |
|---|
| 9LEH001300 |

LEHMAN BROTHERS INC
ATTN: HANNAH BURNS
745 SEVENTH AVENUE
NEW YORK NY 10019

PLEASE REMIT TO:

CITIBANK - FACTIVA LTD

TERMS:   PAYMENT DUE IN 30 DAYS

AMOUNT DUE:  $                246.01

Please note your account number on your check and return this portion with your payment

| | | AMOUNT |
|---|---|---|
| | | $        19.01 |
| | | 227.00 |

| | AMOUNT DUE  $ | 246.01 |
|---|---|---|

| NAME OF ADVERTISER | | |
|---|---|---|

| ACCOUNT NUMBER | INVOICE NUMBER | INVOICE DATE |
|---|---|---|
| 9LEH001300 | 10516376 | SEP 01, 2008 |

Contact Customer Service, PLease visi
www.factiva.com/customerservice/invoi

* Explanation of Editions and Premium Position Codes listed on reverse side.

Contract performance listed on reverse side

# INVOICE

Factiva Limited
6th Floor, Commodity Quay, East Smithfield
London E1W 1AZ
VAT Reg. No. : 836-1254-37

Lehman Brothers Australia Limited
Alana Zielinski
Director - Corporate Finance
L33, 264 George Street, SYDNEY NSW 2000
Australia Square
Sydney 2000
AUSTRALIA

| AMOUNT DUE AUD | 4,500.00 |
|---|---|
| ACCOUNT NO | 00 00 9GRA0032 |
| INVOICE NO | 70126657 |
| INVOICE DATE | 01-Jul-2008 |

*Learn more about all Dow Jones Factiva products at
http://factiva.com/products/*

## SUMMARY OF CHARGES

AMOUNT (AUD)

Factiva.com Monthly Information Fee 01-Jul-2008 - 30-Sep-2008............................ 3,600.00

Aggregate Service Fee    900.00
Account Total    4,500.00
Outside the scope of UK VAT
Invoice Total    4,500.00

FOR QUESTIONS ABOUT YOUR INVOICE OR TO
**CONTACT CUSTOMER SERVICE, PLEASE VISIT**
*WWW.FACTIVA.COM/CUSTOMERSERVICE/INVOICE*

Pay-Per-View content fees,
where applicable,comprise an
Information Fee and a Service Fee

Registered Office: Commodity Quay
London E1W 1AZ
Registered in England 3773253

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE NOTE YOUR ACCOUNT NUMBER AND INVOICE NUMBER WHEN MAKING YOUR REMITTANCE

| ACCOUNT NO | INVOICE NO | INVOICE DATE |
|---|---|---|
| 00 00 9GRA0032 | 70126657 | 01 Jul 2008 |

**TERMS:    DUE 30 DAYS UPON RECEIPT**
**AMOUNT DUE:** AUD    4,500.00

Lehman Brothers Australia Limited

## PLEASE REMIT TO:

Citibank LTD. Sydney
BSB Code: 242-000
For Credit To: Factiva Limited
Account No: 204730008
NO CHEQUES PLEASE

1 00 00 907180100321 70126657 1 000450000

Page:  1.

TSTTN2



Dow Jones & Company, Inc.
PO Box 7022
Chicopee, MA 01021-7022

# INVOICE

Sales Representative Contact Information:
Phone: (415) 439-6623
Facsimile: (415) 520-9880

**Invoice Number: 75226 - 1040010**

Invoice Date: December 21, 2007

Billed to:    P 119708

Lehman Brothers Inc
745 7th Avenue
New York NY 10019

| Branch ID | Payment Terms | Sales Rep | |
|---|---|---|---|
| 75226 | Due upon receipt | 100138 | Josh Russell |

| Description | Quantity | Amount |
|---|---|---|
| V1VSNA3REN | | $  110,500.00 |
| VentureSource NA3-Renewal | | |
| Users: Unlimited Number of Users. | | |
| The license term is from January 1, 2008 - December 31, 2008 | | |
| Number of Reports:  50,000.00 | | |

Discount price provided for returning signed invoice by 12/21/2007.
Standard price of this license is $122,500.

| | | |
|---|---|---|
| Subtotal | $ | 110,500.00 |
| Sales Tax | $ | 0.00 |
| Total | $ | 110,500.00 |

This sale is not subject to cancellation or refund

**Make check payable to: Dow Jones & Company, Inc.; PO Box 7022; Chicopee, MA 01021-7022**
Wire Transfer Information:    Bank Name:  Bank of America, Building S; 2000 Clayton Road; Concord, CA 94520-2425
Bank Routing Number: 121000358 | Account Name:  Dow Jones & Co. Inc. | Swift Code: BOFAUS3N | Account Number: 1233701603

RETURNED CHECKS

| | | |
|---|---|---|
| CHECK RETURNED UNPAID BY BANK | 94,643.97 | 94,643.97 |
| CHECK RETURNED UNPAID BY BANK | 4,625.69 | 4,625.69 |
| CHECK RETURNED UNPAID BY BANK | 1,048.00 | 1,048.00 |
| CHECK RETURNED UNPAID BY BANK | 1,988.00 | 1,988.00 |



September 19 2008

DOW JONES & CO
ATTN: KAREN STROUP
ACCTS RECEIVABLE
P O BOX 300
PRINCETON NJ 08540

*00 311*

*000 8446*

Dear Valued Customer:

We have been notified that an item deposited to your account will be returned to Bank of America unpaid. This item has not yet been received by Bank of America. The drawee bank may still opt to not return this item.

Upon receipt of the item, we will charge your acount for the amount of the item shown below and return it to you unless you have an agreement with us for special handling of returned deposited items. The information we have regarding this item is as follows:

|  |  |
|---|---|
| Deposit Acct Number: | **1233701344** |
| Item Amount: | **$94,643.97** |
| Date Deposited: | **9/15/2008** |
| Deposit Amount: | **$804,293.75** |
| Written By: | **lehman brothers** |
| Payee Name: | **dow jones & co inc** |
| Return Reason: | **REFER TO MAKER** |

This is a courtesy early notification. No return item accompanies this letter.

If you have questions or need additional information, please contact our customer service representatives at 1-800-432-1000.

Thank you for choosing Bank of America.

Sincerely,

Returned Items Department
P.O. Box 2518
Houston, TX  77252-2518

# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30888428 | 08-01-2008 |

| ACCOUNT # | |
|---|---|
| 03   11 | 00008446 |

**LEHMAN BROTHERS INC**
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
OCR PROCESSING
P.O. BOX 30
CHICOPEE, MA 01021-0030

2  03  11  000000084462  30888428  4  009464397

**DUE UPON PRESENTATION**

Amount Due: | $94,643.97 |

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| **SUMMARY PAGE** | | | |
| Billing for: 08/01/2008 to 08/31/2008 | | | |
| | | | |
| *DJ MANAGED DELIVERY* | | | |
| **Current Period Charges:** | | | |
| Frame Relay Access Fee | 2 | 415.00 | 830.00 |
| Frame Relay Comm Fee | 1 | 1,313.00 | 1,313.00 |
| Frame Relay System Fee | 1 | 210.00 | 210.00 |
| | | | |
| Sub Total | | | 2,353.00 |
| | | | |
| **Total Current Period** | | | 2,353.00 |
| | | | |
| **DJ MANAGED DELIVERY Total** | | | 2,353.00 |
| | | | |
| *DJNA3 ACCESS FEES* | | | |
| **Current Period Charges:** | | | |
| System Fee - DJNA3 | 1 | 325.00 | 325.00 |
| | | | |
| Sub Total | | | 325.00 |
| | | | |
| **Total Current Period** | | | 325.00 |
| | | | |
| **DJNA3 ACCESS FEES Total** | | | 325.00 |
| | | | |
| *Miscellaneous* | | | |
| **Current Period Charges:** | | | |
| BLOOMBERG DELIVERY FEE | 263 | 10.00 | 2,630.00 |

| | PLEASE REMIT THIS AMOUNT: | $94,643.97 |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30888428 | 08-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
OCR PROCESSING
P.O. BOX 30
CHICOPEE, MA 01021-0030

2  03  11  000000084462  30888428  4  009464397

**DUE UPON PRESENTATION**

Amount Due: $94,643.97

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| SUMMARY PAGE | | | |
| *Miscellaneous* | | | |
| REU DJNS Delivery Fee | 69 | 10.00 | 690.00 |
| Sub Total | | | 3,320.00 |
| Total Current Period | | | 3,320.00 |
| Billing Adjustments: | | | |
| BLOOMBERG DELIVERY FEE | | | 20.00 |
| REU DJNS Delivery Fee | | | -60.00 |
| Sub Total | | | -40.00 |
| Total Billing Adjustments | | | -40.00 |
| Miscellaneous Total | | | 3,280.00 |
| *DJNA3* | | | |
| Current Period Charges: | | | |
| DJNA3 Dow Jones News Feed | 1 | 13,334.00 | 13,334.00 |
| Sub Total | | | 13,334.00 |
| Taxes | | | 933.38 |
| Total Current Period | | | 14,267.38 |
| DJNA3 Total | | | 14,267.38 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT: | $94,643.97 |
|---|---|



## DOW JONES & COMPANY

<u>DOW JONES NEWSWIRES</u>

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30888428 | 08-01-2008 |
| ACCOUNT # | |
| 03  11 | 00008446 |

LEHMAN BROTHERS INC
ATTN:  MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

PLEASE REMIT TO:
DOW JONES NEWS SERVICE
OCR PROCESSING
P.O. BOX 30
CHICOPEE, MA 01021-0030

2   03   11   000000084462   30888428   4   009464397

DUE UPON PRESENTATION

Amount Due:  $94,643.97

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| SUMMARY PAGE | | | |
| *Dow Jones Capital Market Report* | | | |
| **Current Period Charges:** | | | |
| Dow Jones Capital Market Report Terminal | 3 | 185.00 | 555.00 |
| Sub Total | | | 555.00 |
| Total Current Period | | | 555.00 |
| Billing Adjustments: | | | |
| Dow Jones Capital Market Report Terminal | | | -354.00 |
| Sub Total | | | -354.00 |
| Taxes | | | -24.78 |
| Total Billing Adjustments | | | -378.78 |
| Dow Jones Capital Market Report Total | | | 176.22 |
| *Dow Jones Commodities Service* | | | |
| **Current Period Charges:** | | | |
| Dow Jones Commodities Service Terminal | 2 | 127.50 | 255.00 |
| Sub Total | | | 255.00 |
| Total Current Period | | | 255.00 |
| Dow Jones Commodities Service Total | | | 255.00 |
| PLEASE REMIT THIS AMOUNT: | | | $94,643.97 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

Page 3 of 48



## DOW JONES & COMPANY

### DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30888428 | 08-01-2008 |
| ACCOUNT # | |
| 03  11 | 00008446 |

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
OCR PROCESSING
P.O. BOX 30
CHICOPEE, MA 01021-0030

2  03  11  000000084462  30888428  4  009464397

**DUE UPON PRESENTATION**

Amount Due: | $94,643.97 |

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| SUMMARY PAGE | | | |
| *Dow Jones News Service* | | | |
| **Current Period Charges:** | | | |
| Dow Jones News Service Terminal | 1,378 | 61.77 | 85,117.30 |
| Sub Total | | | 85,117.30 |
| Taxes | | | 149.84 |
| **Total Current Period** | | | 85,267.14 |
| **Billing Adjustments:** | | | |
| Dow Jones News Service Terminal | | | -13,030.12 |
| Sub Total | | | -13,030.12 |
| Taxes | | | -25.85 |
| **Total Billing Adjustments** | | | -13,055.97 |
| **Dow Jones News Service Total** | | | 72,211.17 |
| *Dow Jones PIR* | | | |
| **Current Period Charges:** | | | |
| Location Fee | 5 | 225.00 | 1,125.00 |
| Dow Jones PIR Terminal | 14 | 40.00 | 560.00 |
| Sub Total | | | 1,685.00 |
| Taxes | | | 5.60 |

| | PLEASE REMIT THIS AMOUNT: | $94,643.97 |
|---|---|---|

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank: ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33



# DOW JONES & COMPANY

## DOW JONES NEWSWIRES

# INVOICE

| INVOICE # | INVOICE DATE |
|---|---|
| 30888428 | 08-01-2008 |
| ACCOUNT # | |
| 03   11 | 00008446 |

LEHMAN BROTHERS INC
ATTN: MICHAEL LI
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ 07302-3988

**PLEASE REMIT TO:**
DOW JONES NEWS SERVICE
OCR PROCESSING
P.O. BOX 30
CHICOPEE, MA 01021-0030

2    03    11    000000084462    30888428    4    009464397

**DUE UPON PRESENTATION**

Amount Due: | $94,643.97

Return this portion with payment

| DESCRIPTION | QUANTITY | AVG. ALLOCATED PRICE | TOTAL |
|---|---|---|---|
| SUMMARY PAGE | | | |
| *Dow Jones PIR* | | | |
| **Total Current Period** | | | 1,690.60 |
| **Billing Adjustments:** | | | |
| Dow Jones PIR Terminal | | | 80.00 |
| Sub Total | | | 80.00 |
| Taxes | | | 5.60 |
| **Total Billing Adjustments** | | | 85.60 |
| **Dow Jones PIR Total** | | | 1,776.20 |
| *Dow Jones PRW* | | | |
| **Dow Jones PRW Total** | | | 0.00 |
| **Total Current Invoice** | | | 94,643.97 |

DOW JONES & COMPANY, INC.
BILLING INQUIRIES N/S
P. O. BOX 300
PRINCETON, NJ 08543-0300
PHONE (800) 223-2274
www.dowjones.com/newswires

Wire Instructions--Include Acct. & Inv#:
Chase Manhattan Bank ABA#021000021
Dow Jones & Co. Acct. No. 140024880
SWIFT ADDRESS: CHASUS33

| PLEASE REMIT THIS AMOUNT: | $94,643.97 |
|---|---|



# JPMorganChase ◖

Indianapolis, IN 46277-7202

Date: Sep 24, 2008   Advice D-369417

*These items are being charged to your
account and will be assessed a fee
on your analysis statement.
Inquiries: 888-434-3030
COMMERCIAL CUSTOMERS-Contact Service Rep*

Acct:   802/140024880

**REASON**
Refer to Maker    ✓
Refer to Maker    ✓

**SEQ #**        **ITEM AMOUNT**
046629              1,048.00
046648              4,625.69

DOW JONES & CO INC
LOCKBOX ACCT
ATTN BANK RECONCILIATION-FINANCE
PO BOX 300
PRINCETON NJ  08540

2 Items charged totaling $5,673.69

Advice Total  $5,673.69

⑆40233398⑈   000001 40024880⑈   ⑆0000369447⑈

*041000014*
09/24/2008
6419417257

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON-X
REFER TO IMAGE



*041000014*
09/24/2008
6419417236

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

RETURN REASON-X
REFER TO IMAGE




# JPMorganChase

Indianapolis, IN 46277-7202

Date: Sep 23, 2008   Advice D-362599

*These items are being charged to your account and will be assessed a fee on your analysis statement. Inquiries: 888-434-3030*
COMMERCIAL CUSTOMERS-Contact Service Rep

Acct:   802/140024880

| REASON | SEQ # | ITEM AMOUNT |
|--------|-------|-------------|
| Refer to Maker | 051383 | 504.40 |
| Refer to Maker | 031311 | 1,988.00 |

Lehman

DOW JONES & CO INC
LOCKBOX ACCT
ATTN BANK RECONCILIATION-FINANCE
PO BOX 300
PRINCETON NJ  08540

2 Items charged totaling $2,492.40

Advice Total  $2,492.40

⑈40233198⑈   000000140024880⑈   ⑈000036 2599⑈

*041000014*
09/22/2008
6418073899

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-X
REFER TO IMAGE

## LEHMAN BROTHERS

DOW JONES & CO INC
WALL STREET JOURNAL OPERATIONS
PO BOX 4137
NEW YORK, NY 10261

⑈002088695⑈ ⑈031100209⑈ 388 26983⑈   ⑈0000198800⑈

⑈07490996 2⑈   ⑈0000198800⑈

⑈002088695⑈   ⑈031100209⑈   ⑈388 26983⑈   ⑈0000198800⑈

```
BANK OF AMERICA, N.A.            Page 01 of 01          H
CENTRAL RETURN ITEMS            Bank  : 00355
P.O. BOX 2518                   Center :
HOUSTON, TX  77252-2518         Divider: 11,037
                                Code   : 3 I

                                Deposit Account:      123-370-1344
                                Charge Account :      123-370-1344
        DOW JONES & CO          Store/Reference:00000000000000
        ATTN: KAREN STROUP
        ACCTS RECEIVABLE
        P O BOX 300                           DESK #10
        PRINCETON NJ 08540
```

Date of Notice: 09-24-2008

Dear Valued Customer:

The item(s) below, which were deposited to your account, have been returned unpaid. Therefore, we have charged them to your account.  Fees for analyzed accounts are itemized on the account analysis statement.

If you have any questions or need additional information, please contact one of our Customer Service Representatives at the phone number on your checking account statement. Thank you for choosing Bank of America.

Number of Returned Items:           2
Amount of Returned Item(s):      94,643.97

| SEQUENCE/ DEP DATE | ABA NUMBER/ DEP AMOUNT | MAKER NAME/ CHECK DATE | RETURN REASON/ I.D. | AMOUNT |
|---|---|---|---|---|
| *7112955339 | 0311-0020 | | Insufficient Funds | 1,726.76 |
| 9/15/2008 | 804,293.75 | | | |
| 7112955337 | 0311-0020 | | Refer to Maker ✓ | 94,643.97 |
| 9/15/2008 | 804,293.75 | | | |



```
*111012822*
09/24/2008
000006518370405

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check

RETURN REASON-S
REFER TO MAKER

*17000001*
*11037*
*1*
*01173*
```