SHIPMAN & GOODWIN LLP
Julie A. Manning (JM7850)
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: 860-251-5613
Facsimile: 860-251-5218
Email: bankruptcy@goodwin.com

*Counsel for Gartner, Inc., Gartner UK Limited,
and Computer Financial Consultants Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | CASE NO. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., ET AL., | |
| | JOINTLY ADMINISTERED |
| DEBTORS. | |

**NOTICE OF APPEARANCE AND REQUEST
FOR ALL NOTICES AND PLEADINGS**

Please enter my appearance as attorney for Gartner, Inc., Gartner UK Limited, and Computer Financial Consultants Inc. creditors and parties-in-interest in the above-captioned matter.

Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
phone: (860) 251-5613
fax: (860) 251-5218
email: bankruptcy@goodwin.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. 1109(b), the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 2nd day of October, 2008.

>                    GARTNER, INC., GARTNER UK LIMITED,
>                    COMPUTER FINANCIAL
>                    CONSULTANTS INC.
>
>                    By:    /s/Julie A. Manning
>                           Julie A. Manning (JM7850)
>                           Shipman & Goodwin LLP
>                           One Constitution Plaza
>                           Hartford, CT 06013
>                           (860) 251-5613
>                           Its Attorney

520670 v.01 S1