SHIPMAN & GOODWIN LLP
Julie A. Manning (JM7850)
One Constitution Plaza
Hartford, CT  06103-1919
Telephone:  860-251-5613
Facsimile:  860-251-5218
Email:  bankruptcy@goodwin.com

*Counsel for Tangoe, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : CASE NO. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., ET AL., | : |
| | : JOINTLY ADMINISTERED |
| DEBTORS. | : |

### NOTICE OF APPEARANCE AND REQUEST
### FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for Tangoe, Inc., a creditor and party-in-interest in the above-captioned matter.

Pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that she receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

Julie A. Manning, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103
phone: (860) 251-5613
fax: (860) 251-5218
email: bankruptcy@goodwin.com

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. 1109(b), the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 2nd day of October, 2008.

TANGOE, INC.

By: /s/Julie A. Manning
Julie A. Manning (JM7850)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06013
(860) 251-5613
Its Attorney

520698 v.01 S1