# ATTACHMENT TO

# OBJECTION OF GREENWICH ASSOCIATES TO DEBTOR'S PROPOSED CURE AMOUNT



**GREENWICH ASSOCIATES**

6 High Ridge Park
Stamford, CT 06905-1327
USA

Telephone 203 629 1200
Facsimile 203 629 1229

Federal ID# 06-1090996
www.greenwich.com

Mr. Thomas Humphrey
Managing Director
Lehman Brothers Inc.
745 Seventh Avenue
New York NY 10019

| | |
|---|---|
| Invoice | 33005 |
| Date | April 3, 2008 |
| Reference | Tim R. Sangston |

| | | |
|---|---|---|
| Global Derivatives Management Services - 2008 | USD | 72,800.00 |
| Global Foreign Exchange Services - 2008 | USD | 104,100.00 |

Please note that our remittance instructions have changed.
Please update your records to reflect our new
Banking instructions on the bottom of this invoice.

| Subtotal | | Tax | | Total | |
|---|---|---|---|---|---|
| USD | 176,900.00 | USD | 0.00 | USD | 176,900.00 |

Totals are exclusive of sales and use tax, V.A.T. and other similar taxes or charges. Taxes or charges due, if any, are the responsibility of the client and client will indemnify Greenwich Associates LLC for failure to pay such taxes or charges.  **INVOICES ARE DUE AND PAYABLE ON RECEIPT**

Please remit to:

Greenwich Associates
Post Office
P.O. Box 30534
New York NY 10087-0534
A/C# 753722826

For Wire Transfers:

J.P. Morgan Chase Bank
New York, NY
ABA# 021000021
Swift Code CHASUS33
Credit to Greenwich Associates
A/C# 753722826



**GREENWICH ASSOCIATES**

6 High Ridge Park
Stamford, CT 06905-1327
USA

Telephone 203 629 1200
Facsimile 203 629 1229

Federal ID# 06-1090996
www.greenwich.com

| | |
|---|---|
| Mr. Thomas Humphrey<br>Managing Director<br>Lehman Brothers Inc.<br>745 Seventh Avenue<br>New York NY 10019 | Invoice    33179<br>Date       June 3, 2008<br>Reference  Tim R. Sangston |

2008 North American Fixed Income Investors         USD      466,000.00

*Please note that our remittance instructions have changed.
Please update your records to reflect our new
Banking instructions on the bottom of this invoice.*

| Subtotal | Tax | Total |
|---|---|---|
| USD  466,000.00 | USD  0.00 | USD  466,000.00 |

Totals are exclusive of sales and use tax, V.A.T. and other similar taxes or charges. Taxes or charges due, if any, are the responsibility of the client and client will indemnify Greenwich Associates LLC for failure to pay such taxes or charges.

**INVOICES ARE DUE AND PAYABLE ON RECEIPT**

Please remit to:

Greenwich Associates
Post Office
P.O. Box 30534
New York NY  10087-0534
A/C# 753722826

For Wire Transfers:

J.P. Morgan Chase Bank
New York, NY
ABA# 021000021
Swift Code CHASUS33
Credit to Greenwich Associates
A/C# 753722826



**GREENWICH ASSOCIATES**

6 High Ridge Park
Stamford, CT 06905-1327
USA

Telephone 203 629 1200
Facsimile 203 629 1229

Federal ID# 06-1090996
www.greenwich.com

Mr. Eric J. Greiner
Lehman Brothers Inc.
745 Seventh Avenue
New York NY 10019

| | |
|---|---|
| Invoice | 33229 |
| Date | June 26, 2008 |
| Reference | John Feng |

| | | |
|---|---|---|
| Prime Brokerage Account-by-Account Report - 2008 | USD | 6,500.00 |

*Please note that our remittance instructions have changed. Please update your records to reflect our new Banking instructions on the bottom of this invoice.*

| Subtotal | Tax | Total |
|---|---|---|
| USD 6,500.00 | USD 0.00 | USD 6,500.00 |

Totals are exclusive of sales and use tax, V.A.T. and other similar taxes or charges. Taxes or charges due, if any, are the responsibility of the client and client will indemnify Greenwich Associates LLC for failure to pay such taxes or charges.

**INVOICES ARE DUE AND PAYABLE ON RECEIPT**

Please remit to:

Greenwich Associates
Post Office
P.O. Box 30534
New York NY  10087-0534
A/C# 753722826

For Wire Transfers:

J.P. Morgan Chase Bank
New York, NY
ABA# 021000021
Swift Code CHASUS33
Credit to Greenwich Associates
A/C# 753722826



**GREENWICH ASSOCIATES**

6 High Ridge Park
Stamford, CT 06905-1327
USA

Telephone 203 629 1200
Facsimile 203 629 1229

Federal ID# 06-1090996
www.greenwich.com

| | |
|---|---|
| Mr. Thomas Humphrey<br>Managing Director<br>Lehman Brothers Inc.<br>745 Seventh Avenue<br>New York NY 10019 | Invoice     33306<br>Date         August 6, 2008<br>Reference    Tim R. Sangston |

Commodities-2008                                              USD        55,000.00

*Please note that our remittance instructions have changed.*
*Please update your records to reflect our new*
*Banking instructions on the bottom of this invoice.*

| Subtotal | Tax | Total |
|---|---|---|
| USD    55,000.00 | USD    0.00 | USD    55,000.00 |

Totals are exclusive of sales and use tax, V.A.T. and other similar taxes or charges. Taxes or charges due, if any, are the responsibility of the client and client will indemnify Greenwich Associates LLC for failure to pay such taxes or charges.   **INVOICES ARE DUE AND PAYABLE ON RECEIPT**

Please remit to:

Greenwich Associates
Post Office
P.O. Box 30534
New York NY  10087-0534
A/C# 753722826

For Wire Transfers:

J.P. Morgan Chase Bank
New York, NY
ABA# 021000021
Swift Code CHASUS33
Credit to Greenwich Associates
A/C# 753722826