SHIPMAN & GOODWIN LLP
Julie A. Manning (JM 7850)
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: 860-251-5613
Facsimile: 860-251-5218
Email: bankruptcy@goodwin.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : CASE NO. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., ET AL., | : |
| | : JOINTLY ADMINISTERED |
| DEBTORS. | : |

**VERIFIED STATEMENT PURSUANT TO RULE 2019**
**OF SHIPMAN & GOODWIN LLP**

The undersigned, Julie A. Manning, a Partner in the law firm of Shipman & Goodwin LLP ("Shipman"), whose business address is One Constitution Plaza, Hartford, CT 06103-1919, is authorized to make the following verified statement pursuant to the requirements of Bankruptcy Rule 2019:

1.  Shipman represents the following creditors (the "Listed Creditors") in this case and has filed Notices of Appearance on their behalf:

   a.  Gartner, Inc.
       56 Top Gallant Road
       Stamford, CT

   b.  Computer Financial Consultants, Inc.
       56 Top Gallant Road
       Stamford, CT 06904

    c.    Gartner UK Limited
Tamesis, The Glanty
Egham, Surrey TW20 9AW
United Kingdom

    d.    Tangoe, Inc.
35 Executive Blvd.
Orange, CT 06477

    e.    Open Solutions Inc.
455 Winding Brook Dr.
Glastonbury, CT 06033

2. The Debtors were, at the time of the filing of the petition initiating this case, and continue to be indebted to the Listed Creditors.

3. Shipman is representing the Listed Creditors in this Bankruptcy proceeding.

4. Shipman hereby expressly reserves the right to supplement or amend this statement in any respect. In filing this statement, Shipman does not submit itself to the jurisdiction of the Court for any purpose other than with respect to this statement.

I verify under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of October, 2008.

By: /s/ Julie A. Manning
Julie A. Manning (JM 7850)
Partner
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103

520702 v.01 S1