**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re                                                                              :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :   Case No. 08-13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HACE VICE*

I, William C. Price, a member in good standing of the bar of the Commonwealth of Pennsylvania and of the bar of the United States District Court for the Western District of Pennsylvania request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Access Data Corp., a creditor in the above-referenced bankruptcy proceeding.

My address is 625 Liberty Avenue, 23rd Floor, Pittsburgh, PA  15222; my e-mail address is wprice@mcguirewoods.com, and my telephone number is 412-667-7990.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 2, 2008              /s/ William C. Price
                                                      William C. Price
                                                      PA I.D. No. 90871
                                                      McGuireWoods LLP
                                                      625 Liberty Avenue, 23rd Floor
                                                      Pittsburgh, PA  15222
                                                      Telephone: (412) 667-7990
                                                      Facsimile: (412) 667-7972
                                                      wprice@mcguirewoods.com

                                                      Counsel to Access Data Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------X
                                                              :
In re                                                         :  Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS, INC., et al.                        :  Case No. 08-13555 (JMP)
                                                              :
                          Debtors.                            :  (Jointly Administered)
                                                              :
-------------------------------------------------------------x
```

**ORDER ADMITTING**
**WILLIAM C. PRICE TO PRACTICE, *PRO HAC VICE***

Upon the Motion of William C. Price dated October 2, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

ORDERED, that William C. Price is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:_____                    _____
       New York, NY                                The Honorable James M. Peck