BRYAN CAVE LLP  
Lawrence P. Gottesman (LG-7061)  
Michelle McMahon (MM-8130)  
1290 Avenue of the Americas  
New York, New York 10104  
Telephone: (212) 541-2000  
Facsimile: (212) 541-4630  

Objection Deadline: Oct. 3, 2008  
Hearing Date: TBD  

Attorneys for Gotham Technology Group, LLC  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
------------------------------------------------------------------x  
                                                                    :  
In re:                                                              : Chapter 11  
                                                                    :  
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                        : 08-13555 (JMP)  
                                                                    :  
                              Debtors.                              : (Jointly Administered)  
------------------------------------------------------------------x  

**OBJECTION OF GOTHAM TECHNOLOGY GROUP LLC TO DEBTORS'**  
**PROPOSED CURE AMOUNT FOR CERTAIN CLOSING DATE CONTRACTS**

Gotham Technology Group, LLC ("Gotham"), by and through its undersigned attorneys, hereby objects to the amount proposed to be paid to cure defaults under certain contracts designated to be assumed and assigned pursuant to 11 U.S.C. §365 and the Sale Order (defined below) entered by this Court on September 20, 2008. In support of this objection, Gotham states as follows:

1.    On September 15 and 16, 2008, Lehman Brothers Holdings, Inc. and LB 645 LLC (jointly, the "Debtors"), respectively, commenced these bankruptcy proceedings by each filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"). On September 19, 2008, an order was entered placing Lehman Brother, Inc. ("LBI"), a wholly owned subsidiary of

Lehman Brothers Holdings, Inc., into liquidation under the Securities Investor Protection Act of 1970.

2.  On September 17, 2008, the Debtors filed a motion seeking authority, among other things, to sell certain designated assets, including executory contracts and unexpired leases, relating to LBI to Barclays Capital, Inc. ("Barclays") free and clear of all liens, claims, encumbrances and other interests (the "Sale").

3.  On September 20, 2008, the Court entered the Order Under 11 U.S.C. §§ 105(a), 363 and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, and 6006 Authorizing Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Leases [Docket No. 258] (the "Sale Order"). The Sale Order provided, *inter alia*, for the assumption and assignment of the Closing Date Contracts (as defined in the Sale Order) in connection with the Sale to Barclays. The Sale Order also provided that counterparties to the Closing Date Contracts would have until October 3, 2008 to file objections to the amounts the Debtors proposed to pay to cure defaults under such contracts pursuant to Section 365(b)(1) of the Bankruptcy Code.

4.  Pursuant to the Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser, the Debtors identified the contracts and leases to be assumed and assigned to Barclays as part of the Sale, and the proposed amount necessary to cure defaults under such leases and contracts pursuant to Section 365 of the Bankruptcy Code on the web site of their claims agent.

5. On the List of IT Closing Date Contracts (available at http://chapter11.epiqsystems.com/lehman), the Debtors identified its contracts with Gotham (collectively, the "Contracts") as contracts to be assumed and assigned to Barclays as of the closing date of the Sale, pursuant to the Sale Order. The total amount that the Debtors propose to pay to cure defaults under the Contracts is $90,719.03 (the "Proposed Cure Amount").

6. Gotham objects the Proposed Cure Amount on the basis that it does not include all of the amounts due and owing under the Contracts. The Proposed Cure Amount appears to include only one pre-petition invoice (Invoice No. GP005387). As set forth below, a total of four invoices (collectively, the "Invoices") are due and unpaid for goods and services provided under the Contracts, and the total amount of the defaults that must be cured as a prerequisite to assumption and assignment to Barclays of the Contracts is $526,511.08 ("Gotham Cure Claim"). Copies of the Invoices are attached hereto as Exhibit A.

| Invoice # | Sub Total | Sales Tax | Freight | Total |
|---|---|---|---|---|
| GP005364 | $ 1,399.40 | $ 99.54 | $ 22.76 | $ 1,521.70 |
| GP005365 | $ 208,201.20 | $ 14,620.21 | $ 658.94 | $ 223,480.35 |
| GP005387 | $ 84,484.20 | $ 5,918.53 | $ 316.00 | $ 90,718.73 |
| CP9-17-08 | $ 197,000.00 | $ 13,790.00 |  | $ 210,790.00 |
|  |  |  |  | **$ 526,510.78** |

7. Section 365(b)(1) provides that as a condition precedent to the assumption of an executory contract under which there has been a default, the Debtors must "cure or

1503813.1                                3

provide adequate assurance that the [Debtors] will promptly cure such default." 11 U.S.C. § 365(b)(1).

WHEREFORE, Gotham respectfully requests that this Court (i) direct the Debtors to promptly pay the full amount of the Gotham Cure Claim as a condition precedent to the assumption and assignment to Barclays of the Contracts and (ii) grant such other and further relief as is just and proper.

Dated:   New York, New York
         October 2, 2008

Respectfully submitted,

BRYAN CAVE LLP

  /s/ Michelle McMahon
Lawrence P. Gottesman (LG-7061)
Michelle McMahon (MM-8130)
1290 Avenue of the Americas
New York, New York  10104
Telephone:  (212) 541-2000
Facsimile:  (212) 541-4630

Attorneys for Gotham Technology Group LLC

# **EXHIBIT A**

08-13555-mg    Doc 548    Filed 10/02/08    Entered 10/02/08 17:12:49    Main Document
Pg 5 of 10

# GOTHAM
### technology group, LLC

**Invoice**
Federal ID#: 13-4187205

**Invoice Number**
GP005364

**Remit To:**
1 Paragon Drive
Suite 200
Montvale NJ   07645
Voice:   (201) 474-4200 Ext. 0000
Fax       (201) 802 - 9615

**Invoice Date**
8/12/2008

**Page**
1

**Sold To:**

LEHMAN BROTHERS INC
PO BOX 2339
ACCOUNTS PAYABLE
SECAUCUS NJ   07096-2339

**Ship To:**

LEHMAN BROTHERS INC
50 DEY STREET
QUOC LY
JERSEY CITY NJ   07306

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| LEHM005 | LBUSA-0000069870 | 1% 10, Net 30 Day LB |

| Sales Rep Id | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| CP01 | UPS GROUND | 7/22/2008 | 9/11/2008 |

| Quantity | Item Number | Description | B/O Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 2 | CPUTM-EDGE-XG16-US | CHKPT VPN-1 UTM EDGE APPLIANCE X S | 0 | $478.24 | $956.48 |
| 2 | EBS-SS-PREMIUM | CHECKPOINT ENTERPRISE SOFTWARE S | 0 | $221.46 | $442.92 |

Check Number:

| | |
|---|---|
| Subtotal | $1,399.40 |
| Tax | $99.54 |
| Freight | $22.76 |
| Total | $1,521.70 |
| Payment Received | $0.00 |
| **TOTAL** | **$1,521.70** |

ALL RETURNS MUST BE SENT DIRECTLY BACK TO THE GOTHAM
NJ LOCATION WITH AN APPROVED RMA - OTHERWISE A CREDIT WILL
NOT BE USED AND GOTHAM WILL NOT BE HELD RESPONSIBLE
FOR THE ITEM(S) BEING RETURNED

# GOTHAM
### technology group, LLC

**Remit To:**
1 Paragon Drive
Suite 200
Montvale NJ   07645
Voice:   (201) 474-4200  Ext. 0000
Fax       (201) 802 - 9615

# Invoice
Federal ID#:  13-4187205

**Invoice Number**
GP005365

**Invoice Date**
8/12/2008

**Page**
1

**Sold To:**

| LEHMAN BROTHERS INC |
| PO BOX 2339 |
| ACCOUNTS PAYABLE |
| SECAUCUS NJ   07096-2339 |

**Ship To:**

| LEHMAN BROTHERS INC |
| 50 DEY STREET |
| SANJAY SHAH |
| JERSEY CITY NJ   07306 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| LEHM005 | LBUSA-0000070808 | 1% 10, Net 30 Day LB |

| Sales Rep Id | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| CP01 | UPS GROUND | 8/5/2008 | 9/11/2008 |

| Quantity | Item Number | Description | B/O Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 5 | SG810-20-PR | BLUECOAT SG810-20, PROXY EDITION | 0 | $34,673.92 | $173,369.60 |
| 5 | SL131Y-SG810-20-PR | STANDARD SUPPORT, 24x7 L1-L3 SOFTW | 0 | $4,917.40 | $24,587.00 |
| 5 | HNBDS1Y-SG810-20-PR | NEXT BUSINESS DAY, STANDARD SUPPC | 0 | $2,048.92 | $10,244.60 |

|  |  |
|---|---|
| **Subtotal** | $208,201.20 |
| **Tax** | $14,620.21 |
| **Freight** | $658.94 |
| **Total** | $223,480.35 |
| **Payment Received** | $0.00 |
| Check Number: | |
| **TOTAL** | $223,480.35 |

ALL RETURNS MUST BE SENT DIRECTLY BACK TO THE GOTHAM
NJ LOCATION WITH AN APPROVED RMA - OTHERWISE A CREDIT WILL
NOT BE USED AND GOTHAM WILL NOT BE HELD RESPONSIBLE
FOR THE ITEM(S) BEING RETURNED

# GOTHAM
### technology group, LLC

**Invoice**
Federal ID#: 13-4187205

**Invoice Number**
GP005387

**Invoice Date**
8/15/2008

**Page**
1

**Remit To:**
1 Paragon Drive
Suite 200
Montvale NJ  07645
Voice:  (201) 474-4200 Ext. 0000
Fax     (201) 802 - 9615

**Sold To:**

LEHMAN BROTHERS INC
PO BOX 2339
ACCOUNTS PAYABLE
SECAUCUS NJ   07096-2339

**Ship To:**

LEHMAN BROTHERS INC
50 DEY STREET
QUOC LY
JERSEY CITY NJ   07306

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| LEHM005 | LBUSA-0000069738 | 1% 10, Net 30 Day LB |

| Sales Rep Id | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| CP01 | UPS GROUND | 7/23/2008 | 9/14/2008 |

| Quantity | Item Number | Description | B/O Qty | Unit Price | Extension |
|---|---|---|---|---|---|
| 2 | NBB9250000 | IP1260 DISK BASED SYSTEM BUNDLE | 0 | $20,038.89 | $40,077.78 |
| 2 | NCZ4501000 | NORTH AMERICAN POWER KIT | 0 | $0.00 | $0.00 |
| 2 | NIM6120FRU | 1 GB MEMORY | 0 | $1,410.86 | $2,821.72 |
| 4 | NIF4422KIT | 2-PORT 1000 BASEF, MMF KIT | 0 | $2,885.85 | $11,543.40 |
| 2 | NSM5001126 | Nokia Inte-1Mo ACCESS 7x241YrIP1260 | 0 | $8,975.35 | $17,950.70 |
| 2 | CPPWR-VPG-U | CKPT VPN-1 POWER GATEWAY FOR UNLI | 0 | $4,982.50 | $9,965.00 |
| 2 | CPES-SS | CHECKPOINT ENTERPRISE SOFTWARE S | 0 | $937.80 | $1,875.60 |
| 2.00 | GTG-STAGE | STAGING & CONFIGURATION OF NOKIA IF | 0.00 | $125.00 | $250.00 |

|  |  |
|---|---|
| Subtotal | $84,484.20 |
| Tax | $5,918.53 |
| Freight | $316.30 |
| Total | $90,719.03 |
| Payment Received | $0.00 |
| **TOTAL** | **$90,719.03** |

Check Number:

ALL RETURNS MUST BE SENT DIRECTLY BACK TO THE GOTHAM NJ LOCATION WITH AN APPROVED RMA - OTHERWISE A CREDIT WILL NOT BE USED AND GOTHAM WILL NOT BE HELD RESPONSIBLE FOR THE ITEM(S) BEING RETURNED

# GOTHAM INVOICE
technology group, LLC

1 PARAGON DRIVE SUITE 200
MONTVALE, NJ 07645
(V) 201-474-4200 (F) 201-802-9615

**DATE:**
September 17, 2008

**INVOICE #**
CP9-17-08

**Bill To:**
Lehman Brothers Inc.
Accounts Payable
PO BOX 2339
Secaucus  NJ  07096-2339

**Ship To:**
Lehman Brothers
Mike Antico
70 Hudson Street
Jersey City  NJ  07302-4585

| Payment Terms: PRE PAY | PO No.:LBUSA-0000073021 |
|---|---|
| Ship Method: Email | Sales Rep: Chris Passaretti |

| QTY | Part Number / Description | T | AMOUNT |
|---|---|---|---|
| 1 | WS-R-CP12-R/PG3-R-CP12-R/PSW-Y-CP12-R<br>WebSense Enterprise License Renewal - 28,000 users - includes Premium Group 1, Premium Group 2 & Premium Group 3 - New contract date 9/28/2008 to expire 9/27/2009 | T | $ 197,000.00 |

| | |
|---|---|
| SUBTOTAL | $ 197,000.00 |
| TAX RATE | 7.0000% |
| SALES TAX | $ 13,790.00 |
| OTHER | - |
| TOTAL | $ 210,790.00 |

Make all checks payable to **GOTHAM TECHNOLOGY GROUP**

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2008 a copy of the foregoing Objection Of Gotham Technology Group LLC To Debtors' Proposed Cure Amount For Certain Closing Date Contracts was served by first class U.S. mail upon the following parties:

Weil Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, New York 10153-0119  

Attention:   Lori R. Fife, Esq.  
               Shai Y. Waisman, Esq.

Hughes Hubbard & Reed LLP  
One Battery Park Plaza  
New York, New York 10004  

Attention:   Jeffrey S. Margolin, Esq.

Cleary Gottlieb Steen & Hamilton LLP  
One Liberty Plaza  
New York, New York 10006  

Attention:   Lindsee P. Granfield, Esq.  
               Lisa M. Schweitzer, Esq.

                                                 /s/ Michelle McMahon  
                                                 Michelle McMahon (MM-8130)