# **EXHIBIT B**



**Tangoe, Inc.**
35 Executive Blvd
Orange, CT 06477

# Invoice

| Date | Invoice # |
|---|---|
| 8/25/2008 | 2008716 |

*Federal ID #06-1571143*

| Bill To |
|---|
| Marie Milone
LEHMAN BROTHERS
1301 Avenue of the Americas, 3rd Flr
New York, NY 10019 |

| REMIT PAYMENT TO
TANGOE, INC.
PO BOX 671384
DALLAS, TX 75267-1384 | P.O. No. | Terms | Due Date |
|---|---|---|---|
| | | Net 30 days | 9/24/2008 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Contract Negotiation Services - ATT contract signed. Cap of $150K achieved. 25% invoiced on delivery of contract. | 1 | 37,500.00 | 37,500.00 |
| Sales tax | | 0.00% | 0.00 |
| | | | 0.00 |

Payment may be made via electronic wire to Tangoe per the following instructions:

Comerica Bank
ABA #121-137-522
Swift#MNBDUS33
for further credit to: Tangoe, Inc.
account number: 189 202 9842

Overnight checks can be remitted to Tangoe at:

35 Executive Boulevard
Orange, CT 06477

| If you have any questions regarding this invoice, please contact Patti Fischer at (203) 859-9385, or patti.fischer@tangoe.com. | **Total** | $37,500.00 |
|---|---|---|