**EXHIBIT D**



**Tangoe, Inc.**
35 Executive Blvd
Orange, CT 06477

# Invoice

| Date | Invoice # |
|---|---|
| 9/25/2008 | 2008847 |

*Federal ID #06-1571143*

| Bill To |
|---|
| Marie Milone<br>LEHMAN BROTHERS<br>1301 Avenue of the Americas, 3rd Flr<br>New York, NY 10019 |

| REMIT PAYMENT TO<br>TANGOE, INC.<br>PO BOX 671384<br>DALLAS, TX 75267-1384 | P.O. No. | Terms | Due Date |
|---|---|---|---|
| | | Net 30 days | 10/25/2008 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Managed Services Fee for the month of September 2008 per Amendment No. 1 to Annex 3 of the Master Agreement: Non-IT Services dated 02/12/2007<br>Basis: 15,500 lines/mo | 15,500 | 5.00 | 77,500.00 |
| Credit for half of Recellular proceeds | 1 | -9,433.60 | -9,433.60 |
| Sales tax | | 790.06 | 790.06 |
| Select this as a transaction's tax to use AvaTax ST | | 0.00% | 0.00 |

Payment may be made via electronic wire to Tangoe per the following instructions:

Comerica Bank
ABA #121-137-522
Swift#MNBDUS33
for further credit to: Tangoe, Inc.
account number: 189 202 9842

Overnight checks can be remitted to Tangoe at:

35 Executive Boulevard
Orange, CT 06477

| If you have any questions regarding this invoice, please contact Patti Fischer at (203) 859-9385, or patti.fischer@tangoe.com. | **Total** | $68,856.46 |
|---|---|---|