## Exhibit A

### Assumed and Assigned IntraLinks Contracts[1]

| Contract | Date | Lehman Counterparty | Cure Amount as of September 1, 2008 | IL Account Code |
|---|---|---|---|---|
| 110347 (Project Green) | June 2, 2008 | Holdings | $349,400.00 | LBHI001 |
| 117454 (Project Friend) | July 29, 2008 | Holdings | $346,600.00 | LEHMANFRIEND001 |
| 112115 (Project Maple Leaf) | June 16, 2008 | Holdings | $54,000.00 | LEHMANINC001 |
| 0103378 (Transactional) | April 1, 2008 | Lehman Brothers Inc. | $2,000.00 | LEHMANESOTER001 |
| 115661 (Project Colt f/k/a Iron Man) | July 16, 2008 | Lehman Brothers Inc. | $18,400.00 | LEHMANBROTH001 |
| 111633 (Project Force) | June 12, 2008 | Holdings | $0.00 | LEHMAN001 |
| 106260 (Project Seabiscuit) | April 25, 2008 | Holdings | $0.00 | LEHMANBROINC001 |
| 116821 (Project Hercules) | July 22, 2008 | Lehman Brothers Inc. | $0.00 | LBI001 |
| 0103190 (Fund Raising) | April 22, 2008 | Lehman Brothers Inc. | $0.00 | LEHMANAP001 |

---

[1] IntraLinks reserves the rights to supplement and/or amend this list after further investigation.