## **EXHIBIT C**



# INVOICE

Invoice No:     00132240
Invoice Date:   08/14/2008
Page:           1

Lehman Brothers Bank, FSB
1000 West St, Ste 200
Wilmington DE 19801-1643

Customer Number: 0000500310
Contract Number:
Purchase Order:

Please Remit To:
Open Solutions Inc.
P.O. Box 33473
Hartford, CT  06150 - 3473

Amount Due:            $109,563.25

Amount Remitted        _____

Payment Terms:    Due Upon Receipt

For billing questions, please call   (860) 815-5274
Email: ar@opensolutions.com

Invoice Number:    00132240

| Trans Date | Line | Description | Unit Price | Units | License/ Hardware | Services | Maintenance | Extended Amount |
|---|---|---|---|---|---|---|---|---|
| | | 25% Professional Services/Implementation/Training DPSA 2099 | | | | | | |
| | 1 | RSA Risk Based Authentication Implementation | | | | $1,250.00 | | |
| | 2 | Wolters Kluwer Banker System Deposit Forms Professional Services | | | | $375.00 | | |
| | 3 | Wolters Kluwer Banker System Retirement Forms (IRA) Professional Services | | | | $187.50 | | |
| | 4 | cView Dynamic Messaging Manager In-House Implementation & Setup | | | | $2,443.75 | | |
| | 5 | Digital Document Systems Reports Module Implementation | | | | $623.75 | | |
| | 6 | Digital Document Systems Base Archive Implementation | | | | $623.75 | | |
| | 7 | Digital Document Systems Imaging Module Implementation | | | | $623.75 | | |
| | 8 | Systems Integration-Staging | | | | $200.00 | | |
| | 9 | e-CB Base Consumer Suite In-House Implementation | | | | $3,750.00 | | |
| | 10 | e-CB PSCU In-house Implementation | | | | $875.00 | | |

Open Solutions Inc. 455 Winding Brook Drive, Glastonbury, CT 06033

**INVOICE**

| Bill To: | | |
|---|---|---|
| Lehman Brothers Bank, FSB | Page: | 2 |
| | Invoice No: | 00132240 |
| | Invoice Date: | 08/14/2008 |

| Trans Date | Line Description | Unit Price | Units | License/ Hardware | Services | Maintenance | Extended Amount |
|---|---|---|---|---|---|---|---|
| 11 | General Ledger.NET Implementation | | | | $2,400.00 | | |
| 12 | Implementation Item Processing Center | | | | $1,875.00 | | |
| 13 | ATM Real Time Network Interface Software Implementation | | | | $2,500.00 | | |
| 14 | Business Intelligence OpenData Implementation Fee | | | | $4,962.50 | | |
| 15 | Positive Pay Implementation | | | | $450.00 | | |
| 16 | The Complete Banking Solution Implementation | | | | $35,970.75 | | |
| 17 | Professional Services Template Branding Consumer Suite | | | | $625.00 | | |
| 18 | Professional Services - Digital Document Systems<br>    Scanner Workstation Installation and Setup | | | | $187.50 | | |
| 19 | Bisys Documents Professional Services<br>    Internet Banking, Web API- One Time Setup | | | | $1,250.00 | | |
| 20 | Bisys Documents Professional Services<br>    Statements- One Time Setup Fee | | | | $1,500.00 | | |
| 21 | Professional Services Internet Banking Conversion | | | | $2,500.00 | | |
| 22 | Open Solutions Professional Services Block of Hours | | | | $3,750.00 | | |
| 23 | Professional Services-OSI Implementation | | | | $6,250.00 | | |
| 24 | Professional Services - Performance Improvement Group<br>    Enhanced Disaster Recovery Fee | | | | $20,000.00 | | |
| 25 | Open Solutions 'Best Practices' Consulting | | | | $10,000.00 | | |
| 26 | Open Solutions 'Best Practices' Consulting<br>    Security and Authorizations Review | | | | $2,500.00 | | |
| 27 | Professional Services - Training Group | | | | $250.00 | | |

Open Solutions Inc. 455 Winding Brook Drive, Glastonbury, CT 06033

# INVOICE

Bill To:
Lehman Brothers Bank, FSB

| | |
|---|---|
| Page: | 3 |
| Invoice No: | 00132240 |
| Invoice Date: | 08/14/2008 |

| Trans Date | Line Description | Unit Price | Units | License/ Hardware | Services | Maintenance | Extended Amount |
|---|---|---|---|---|---|---|---|
| | New Client Consumer Suite Training | | | | | | |
| 28 | Professional Services - Training Group | | | | $187.50 | | |
| | RSA Authentication Web Training | | | | | | |
| 29 | Application Servers-OSI Software load and Test/Set-up Implementation | | | | $1,875.00 | | |
| 30 | Digital Document Systems Base eArchive Training Fee | | | | $281.25 | | |
| 31 | Digital Document Systems eImaging Training Fee | | | | $187.50 | | |
| 32 | Digital Document Systems eReports Training Fee | | | | $187.50 | | |
| 33 | Digital Document Systems eStatements Training Fee | | | | $125.00 | | |
| 34 | Financial Accounting Systems Advanced Report Writer Training Fee | | | | $150.00 | | |
| 35 | General Ledger.NET Training | | | | $650.00 | | |
| 36 | Standard Core "Train the Trainer" Training | | | | $9,000.00 | | |
| | **Total Gross** | | | $0.00 | $120,567.00 | $0.00 | $120,567.00 |
| | **Less Discount** | | | $0.00 | ($11,003.75) | $0.00 | ($11,003.75) |
| | **Total Net** | | | $0.00 | $109,563.25 | $0.00 | $109,563.25 |
| | **Invoice Total** | | | $0.00 | $109,563.25 | $0.00 | $109,563.25 |

Payments Received

Total Due    $109,563.25

Open Solutions Inc. 455 Winding Brook Drive, Glastonbury, CT 06033