**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br>    Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Ira M. Levee, of full age, certify that on October 2, 2008, I caused to be served a copy of Objection to Cure Amounts and Reservation of Rights via federal express on the parties listed on Exhibit A

Dated: October 2, 2008

LOWENSTEIN SANDLER PC

By: /s/ Ira M. Levee
Ira M. Levee, Esq. (IL 9958)
1251 Avenue of the Americas -
18th Floor
New York, NY  10020
Tel.: 212.262.6700
Fax: 212.262.7402

65 Livingston Avenue
Roseland NJ  07068
Tel.: 973.597.2480
Fax: 973.597.2481

*Attorneys for Factiva, Inc., Factiva Limited and Dow Jones & Company, Inc*

16539/11
10/02/2008 9959572.1

# EXHIBIT A TO CERTIFICATE OF SERVICE

Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

*Counsel to Debtors*

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen &
Hamilton, LLP
One Liberty Plaza
New York, NY 10006

*Counsel to Purchaser*

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*Counsel to SIPC Trustee*

Dennis F. Dunne, Esq.
Milbank Tweed Hadley &
McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

*Counsel to Creditors Committee*