## **EXHIBIT A**

**EXHIBIT A**

# Gartner

Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319

Telephone: +1 239.561.4815
Fax: +1 866.225.4277
E-mail: CFS@gartner.com

# Invoice

John Ambrose
CFO - Technology
Lehman Brothers
1301 6th Ave, 3rd Floor
New York, NY 10019

Invoice No: 714692
Date: 06/30/2008
Contract: 515932
Client: 515932
P.O. No:
Client Tax Id:

Page 1    USD

| Description | Amount |
|---|---|
| Gartner Services: 221592051 | |
| Howard Rubin - Benchmark Analysis Schedule 3 | |
| Professional Fees | 64,167.36 |
| Total Amount Due | USD 64,167.36 |

**Terms: 30 Days from Invoice Date**

Remit Payment to:    or    Wire Funds to:
Gartner Inc.                JP Morgan Chase Bank, NA
P.O. Box 911319             270 Park Ave, New York, NY 10017
Dallas, TX 75391-1319       Account Name: Gartner
                            Account No. 910-2-761252
                            ABA no: 021000021
                            Swift: CHASUS33

**A finance charge of 1.5% per month will be assessed on all past due accounts**

Federal Tax ID #04-3099750

Original