## EXHIBIT B

Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319

Telephone: +1 239.561.4815
Fax:       +1 866.225.4277
E-mail:    CFS@gartner.com

# Gartner

# Invoice

Image Processing Systems
Accounts Payable Dept.
Lehman Brothers
PO Box 2339
Secaucus, NJ 07096

Invoice No :  712446
Date :        06/06/2008
Contract :    515932
Client :      515932
P.O. No :
Client Tax Id :

Page    1           USD

| Description | Amount |
|---|---|
| Gartner for Brokerage Workgroup (07/2008 - 06/2009) <br> Gartner Invest Inquiry (07/2008 - 06/2009) <br> Gartner Invest Knowledge Center User (07/2008 - 06/2009) <br> Gartner Invest Unlimited Inquiry (07/2008 - 06/2009) | |
| Subtotal | 435,487.00 |
| NY Sales Tax: | 31,415.64 |
| Total Amount Due | USD    466,902.64 |

**Terms: 30 Days from Invoice Date**

**Remit Payment to:**
Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319

or

**Wire Funds to:**
JP Morgan Chase Bank, NA
270 Park Ave, New York, NY 10017
Account Name: Gartner
Account No. 910-2-761252
ABA no: 021000021
Swift: CHASUS33

**A finance charge of 1.5% per month will be assessed on all past due accounts**

Federal Tax ID #04-3099750

Original