## **EXHIBIT C**

**Computer Financial Consultants**

A Gartner Company

A Gartner Company
P.O. Box 911319
Dallas, TX 75391-1319

Telephone: +1 239.561.4815
Fax:        +1 866.225.4277
E-mail:     CFS@gartner.com

# Invoice

Image Processing Systems
Accounts Payable Dept.
Lehman Brothers
PO Box 2339
Secaucus, NJ 07096

Invoice No : 50000451

Date : 01/04/2008

Contract : 515932
Client : 515932
P.O. No :
Client Tax Id :

Page    1        USD

| Description | Amount |
|---|---|
| Computer Financial Consultant 260133411<br>Fees in respect of savings achieved on Lehman Brothers / EMC<br><br>Professional Fees | 175,000.00 |
| Total Amount Due    USD | 175,000.00 |

**Terms: 30 Days from Invoice Date**

Remit Payment to:                    or
   Computer Financial Consultants, Inc.
   P.O. Box 911319
   Dallas, TX 75391-1319

Wire Funds to:
   JP Morgan Chase Bank, NA
   New York, NY USA
   Account Name: CFC
   Account No. 910-2-761252
   ABA no: 021000021

Federal Tax ID #04-3099750

Original