## EXHIBIT D



**Computer Financial Consultants**
A Gartner Company

A Gartner Company
P.O. Box 911319
Dallas, TX 75391-1319

Telephone: +1 239.561.4815
Fax: +1 866.225.4277
E-mail: CFS@gartner.com

# Invoice

Image Processing Systems
Accounts Payable Dept.
Lehman Brothers
PO Box 2339
Secaucus, NJ 07096

Invoice No: 50000473
Date: 04/08/2008
Contract: 515932
Client: 515932
P.O. No:
Client Tax Id:

Page  1     USD

| Description | Amount |
|---|---|
| Computer Financial Consultant 260137411<br>Fees in respect of savings achieved on Lehman Brothers / Software AG<br><br>Professional Fees | 250,000.00 |
| **Total Amount Due** | **USD    250,000.00** |

Terms: 30 Days from Invoice Date

Remit Payment to:          or
Computer Financial Consultants, Inc.
P.O. Box 911319
Dallas, TX 75391-1319

Wire Funds to:
JP Morgan Chase Bank, NA
New York, NY USA
Account Name: CFC
Account No. 910-2-761252
ABA no: 021000021

Federal Tax ID #04-3099750

Original