## EXHIBIT E

# Gartner

**Gartner U.K. Limited**
Reg. Office: Tamesis
The Glanty
Egham, Surrey TW 20 9AW

Telephone: +44 (0)1784 268838
Fax:       +44 (0)1784 268985
E-mail:    CFS@gartner.com

# Invoice

Lehman Brothers Limited
PO Box 50559
LONDON    E14 5WU
UNITED KINGDOM

Attention: Accounts Payable

Invoice No : 20057315
Date :       02/09/2008
Contract :   515932
Client :     515941
P/O No :     LBGBR-0000022312
Client VAT Id : 799169748

Page   1    GBP

| Description | Amount |
|---|---:|
| Gartner Services: 222385631 | |
| Network Design Assurance | |
| Professional Fees | 11,250.00 |
| VAT @ 17.5% | 1,968.75 |
| First 50% of contract value | |
| **Total Amount Due    GBP** | **13,218.75** |

**Terms: 30 days from date of Invoice**

Remit Payment to:                     or    Please transfer monies to:
  Gartner U.K. Limited                        JPMorgan Chase Bank, NA
  Tamesis, The Glanty                         125 London Wall, London EC2Y 5AJ
  Egham, Surrey TW 20 9AW                     Account No. 35487404
                                              Sort Code 60-92-42
                                              IBAN: GB54CHAS60924235487404
                                              SWIFT/BIC: CHASGB2L

A Finance charge of 1.5% per month will be assessed on all past due accounts.

Registered in England No: 2266016    VAT Reg No: GB 635 8788 84

Please email remittance advices to: remittance.advices@gartner.com                    Original