## **EXHIBIT F**

# Gartner

Gartner U.K. Limited
Reg. Office: Tamesis
The Glanty
Egham, Surrey TW 20 9AW

Telephone: +44 (0)1784 268838
Fax:       +44 (0)1784 268985
E-mail:    CFS@gartner.com

# Invoice

Lehman Brothers Limited
PO Box 50559
LONDON    E14 5WU
UNITED KINGDOM

Attention: Accounts Payable

Invoice No :  20057426
Date :        15/09/2008
Contract :    515932
Client :      515941
P/O No :      LBGBR-0000022312
Client VAT Id : 799169748

Page   1      GBP

| Description | Amount |
|---|---:|
| Gartner Services: 222385631 | |
| Network Design Assurance | |
| Professional Fees | 11,250.00 |
| VAT @ 17.5% | 1,968.75 |
| *** Final invoice *** | |

| | Total Amount Due | GBP | 13,218.75 |

**Terms: 30 days from date of Invoice**

**Remit Payment to:**            or            **Please transfer monies to:**
Gartner U.K. Limited                           JPMorgan Chase Bank, NA
Tamesis, The Glanty                            125 London Wall, London EC2Y 5AJ
Egham, Surrey TW 20 9AW                        Account No. 35487404
                                               Sort Code 60-92-42
                                               IBAN: GB54CHAS60924235487404
                                               SWIFT/BIC: CHASGB2L

A Finance charge of 1.5% per month will be assessed on all past due accounts.

Registered in England No: 2266016    VAT Reg No: GB 635 8788 84

Please email remittance advices to: remittance.advices@gartner.com                    Original