## **EXHIBIT G**

# Gartner

Gartner U.K. Limited
Reg. Office: Tamesis
The Glanty
Egham, Surrey TW 20 9AW

Telephone: +44 (0)1784 268838
Fax: +44 (0)1784 268985
E-mail: CFS@gartner.com

# Invoice

Lehman Brothers Limited
PO Box 50559
LONDON   E14 5WU
UNITED KINGDOM

Attention: Accounts Payable

Invoice No: 20057534
Date: 25/09/2008
Contract: 515932
Client: 515941
P/O No: PENDING
Client VAT Id: 799169748

Page   1        GBP

| Description | Amount |
|---|---|
| Gartner for IT Leaders Advisor Workgroup (08/2008 - 02/2010) | |
| Gartner for IT Leaders Workgroup Member (08/2008 - 02/2010) | |
| IAS-G Banking & Investment Services Advisor (08/2008 - 02/2010) | |
| Subtotal | 124,133.36 |
| VAT @ 17.5% | 21,723.35 |
| Total Amount Due | GBP    145,856.71 |

**Terms: 30 days from date of Invoice**

Remit Payment to:
  Gartner U.K. Limited
  Tamesis, The Glanty
  Egham, Surrey TW 20 9AW

or

Please transfer monies to:
  JPMorgan Chase Bank, NA
  125 London Wall, London EC2Y 5AJ
  Account No. 35487404
  Sort Code 60-92-42
  IBAN: GB54CHAS60924235487404
  SWIFT/BIC: CHASGB2L

A Finance charge of 1.5% per month will be assessed on all past due accounts.

Registered in England No: 2266016     VAT Reg No: GB 635 8788 84

Please email remittance advices to: remittance.advices@gartner.com

Original

# Gartner

**Gartner U.K. Limited**
Reg. Office: Tamesis
The Glanty
Egham, Surrey TW 20 9AW

Telephone: +44 (0)1784 268838
Fax:       +44 (0)1784 268985
E-mail:    CFS@gartner.com

# Credit

Lehman Brothers Limited
PO Box 50559
LONDON    E14 5WU
UNITED KINGDOM

Attention: Accounts Payable

Credit Memo : 20057533CR
Date : 25/09/2008
Contract : 515932
Client : 515941
P/O No : 633026
Client VAT Id : 799169748

Page   1        USD

| Description | Amount |
|---|---|
| Apply credit to invoice #20057534 | |
| CIO Signature EM Commercial (08/2008 - 08/2008) | |
| Subtotal | (7,291.67) |
| VAT @ 17.5%  ( VAT in GBP   (680.72)   ) | (1,276.04) |
| Total Credit     USD | (8,567.71) |

Registered in England No: 2266016     VAT Reg No: GB 635 8788 84