## **EXHIBIT H**

# Gartner

Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319

Telephone: +1 239.561.4815
Fax: +1 866.225.4277
E-mail: CFS@gartner.com

# Invoice

Image Processing Systems
Accounts Payable Dept.
Lehman Brothers
PO Box 2339
Secaucus, NJ 07096

Invoice No: 724564
Date: 10/02/2008
Contract: 515932
Client: 515932
P.O. No:
Client Tax Id:

Page 1    USD

| Description | Amount |
| --- | --- |
| Best Practices Council for Infrastructure Executives NA (01/2009 - 12/2009)<br>Core Research Reference (01/2009 - 12/2009)<br>Gartner for IT Leaders Advisor (01/2009 - 12/2009)<br>Gartner for IT Leaders Reference (01/2009 - 12/2009)<br>Inquiry -Reference Seat (01/2009 - 12/2009) | |
| Subtotal | 238,947.00 |
| NY Sales Tax: | 14,319.92 |
| Total Amount Due    USD | 253,266.92 |

**Terms: Net 90 Days**

**Remit Payment to:**
Gartner Inc.
P.O. Box 911319
Dallas, TX 75391-1319

or

**Wire Funds to:**
JP Morgan Chase Bank, NA
270 Park Ave, New York, NY 10017
Account Name: Gartner
Account No. 910-2-761252
ABA no: 021000021
Swift: CHASUS33

**A finance charge of 1.5% per month will be assessed on all past due accounts**

Federal Tax ID #04-3099750

Original