KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Daniel M. Eggermann

Attorneys for The NPD Group, Inc. and NPD Intelect, LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC. | ) Chapter 11 |
| | ) |
| | ) Case No. 08-13555 |
| Debtor. | ) |
| | ) |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     :
                                          :ss.:
COUNTY OF NEW YORK  :

Michael Makinde, being duly sworn deposes and says:

1.   I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2.   I served true and correct copies of the *Mobius Management System's Limited Objection to Cure Amount*, which was filed electronically with the Bankruptcy Court on October 2, 2008, and by first-class mail to the parties on the annexed Exhibit A on October 2, 2008.

                                                                       /s/ Michael Makinde
                                                                       Michael Makinde

KL2 2576220.1

-2-

Sworn to before me this
2nd day of October, 2008

| | |
|---|---|
| /s/ James Park | James Park |
| Notary Public | Notary Public, State of New York |
| | No. 01PA6174518 |
| | Qualified in New York County |
| | Commission Expires September 15, 2011 |

**Exhibit A**

| | |
|---|---|
| Lori R. Fife<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue, New York, NY 10153-0119 | Jeffery S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza NewYork, NY 10004 |
| Lindsee P. Granfield<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza, New York NY 10006 | Shai Y. Waisman<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue, New York, NY 10153-0119 |
| Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza, New York NY 10006 | |