SHIPMAN & GOODWIN LLP
Attorney for Tangoe, Inc.
One Constitution Plaza
Hartford, CT 06103
(860) 251-5000
Julie A. Manning (JM 7850)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE: | : CHAPTER 11 |
|---|---|
| | : CASE NO. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., ET AL., | : |
| | : JOINTLY ADMINISTERED |
| DEBTORS. | : |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2008, a true and correct copy of the Objection of Tangoe, Inc. to Cure Amounts in Accordance with Order Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases was served electronically through the Court's ECF System on parties requesting electronic service and by overnight mail to the Objection Notice Parties shown below:

| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 | Attorneys for the Debtors<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
|---|---|
| Tracy Hope Davis<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Attorneys for the Purchaser<br>Lindsee P. Granfield, Esq.<br>Lisa Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |

| Attorneys for the SIPA Trustee<br>James B. Kobak, Esq.<br>David Wiltenburg, Esq.<br>Jeff Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | |
|---|---|

/s/ Julie A. Manning
Julie A. Manning

521195 v.01 S1