UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────x
In re                              :   Chapter 11 Case No.
                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*  :   08-13555 (JMP)
                                   :
         Debtors.                  :   (Jointly Administered)
                                   :
───────────────────────────────────x

## CREDITOR NISCAYAH, INC.'S OBJECTION TO CURE AMOUNT SPECIFIED FOR CLOSING DATE CONTRACT WITH PEI SYSTEMS INC.

Creditor Niscayah, Inc. ("Niscayah"), a successor-in-interest to PEI Systems Inc. ("PEI") by acquisition, is informed and believes that Debtors have listed a cure amount of $3,500.04 respecting a purported contract with PEI identified only as 1728 Peachtree Lane. The true and correct amount owing with respect to installation at this site is $3,904.11. To the extent the referenced transaction may be deemed a part of any other contract to which Niscayah or PEI may be a party, or to the extent any other contract may be proposed for assumption, Niscayah objects to cure of default under such contract for less than the full balance owed as reflected on the Lehman Brothers Barclays Customer Aging Report 9-25-08, a true and correct copy of which is attached hereto as Exhibit A.

DATED: October 2, 2008           MUSICK, PEELER & GARRETT LLP

                                 By: /s/ Richard S. Conn
                                     ─────────────────────────
                                     Richard S. Conn
                                     Attorneys for Creditor Niscayah, Inc.

                                 Local Counsel:

                                 Silverberg Stonehill Goldsmith & Haber, P.C.

608620.1                                    1

# EXHIBIT "A"

Lehman Brothers Barclays
Customer Aging Report
9.25.08

| Date | Num | Due Date | Project #'s | Memo | Description | Aging | PO# | Open Balance |
|---|---|---|---|---|---|---|---|---|
| 10/24/2007 | PEI28781 | 11/23/2007 | 7860104 | 12449 - 745 7th Avenue | Card Access equipment removed, 8th Fl | 337 | | $ 2,606.86 |
| 10/24/2007 | PEI28782 | 11/23/2007 | 7860104 | 12449 745 7th Avenue | Card Access equipment removed, 8th Fl | 337 | | $ 2,001.14 |
| 1/23/2008 | PA00008103 | 2/22/2008 | 7860104 | 12449 745 7th Avenue | 8th Floor Relocation | 246 | | $ 400.23 |
| 2/15/2008 | PA00008687 | 3/15/2008 | 7860003617 | 12639 7904 N. Sam houston Pkwy W Houston, TX | Eagle Energy - Access Control/CCTV | 223 | | $ 4,999.03 |
| 3/27/2008 | PA00009631 | 4/26/2008 | 7860002936 | 12431 125 High St, Boston, MA | Final Invoice Base | 182 | | $ 1,482.23 |
| 3/27/2008 | PA00009642 | 4/26/2008 | 7860005354 | 12706 27 Commerce Dr Cranford, NJ | Phase IIA - Mobilization | 182 | | $ 4,278.12 |
| 5/23/2008 | PA00011001 | 6/23/2008 | 7860005354 | 12706 27 Commerce Dr Cranford, NJ | Phase IIA - two door add | 125 | | $ 12,834.34 |
| 5/23/2008 | PA00010992 | 6/23/2008 | 7860006474 | 12752 3000 Sand Hill Rd Menlo Park, Ca | Access Control & Analog Camera | 125 | | $ 7,637.61 |
| 6/5/2008 | PA00011203 | 7/4/2008 | 7860003397 | 12615 745 7th Avenue | 39th Floor Access Control & CCTV-Hedge Fund | 112 | | $ 1,132.31 |
| 6/19/2008 | PA00011423 | 7/19/2008 | 7860014 | 11793-5 40 Corporate Pl, So. Piscataway, NJ | Access Control & CCTV | 98 | | $ 321,000.00 |
| 6/27/2008 | PA00011750 | 7/27/2008 | 7860006589 | 12730 3414 Peachtree Rd, Atlanta, GA | IBD Suite Door and Camera add | 90 | 66773 | $ 3,904.11 |
| 7/10/2008 | PA00012012 | 8/10/2008 | 7860007435 | 12714-6 45 Broadway | 20th Floor - Access Control & CCTV | 77 | | $ 5,186.15 |
| 7/22/2008 | PA00012156 | 8/22/2008 | 7860006823 | 12224 555 California Strett San Francisco, CA | 30th Floor Cage Door Access Control | 65 | 63960 | $ 2,514.11 |
| 7/22/2008 | PA00012158 | 8/22/2008 | 7860104 | 12449 745 7th Avenue | 8th Floor Door Relocation | 65 | | $ 266.82 |
| 7/22/2008 | PA00012148 | 8/22/2008 | 7860007435 | 12714 45 Broadway, NYC | 20th Floor - Access Control & CCTV | 65 | | $ 10,371.59 |
| 7/22/2008 | PA00012147 | 8/22/2008 | 7860007400 | 12742 Sao Paulo, Brazil | Door Release button/cable | 65 | | $ 2,936.11 |
| 7/25/2008 | PA00012447 | 8/24/2008 | 7860007725 | 78682620062 MGM Tower | 24th & 25th Floors Card readers & CCTV | 62 | | $ 9,922.53 |
| 8/6/2008 | PA00012517 | 9/6/2008 | 7860005605 | 12714-6 45 Broadway | 20th Floor - Access Control & CCTV | 50 | | $ 3,112.10 |
| 8/6/2008 | PA00012516 | 9/6/2008 | 7860006823 | 78682620065 745 7th Avenue | 21st Floor Access Control & CCTV | 50 | | $ 3,465.40 |
| 8/6/2008 | PA00012521 | 9/6/2008 | 7860007844 | 78682620066 Buenos Aires Office | 8th Floor Access Control & CCTV | 50 | | $ 1,469.50 |
| 8/12/2008 | PA00012621 | 9/12/2008 | 7860007975 | 78682620070 745 7th Avenue | 21st Floor Compliance, Access Control | 44 | | $ 397.95 |
| 8/14/2008 | PA00012650 | 9/14/2008 | 7860014 | 11793 40 Corporate Pl So, Piscataway, NJ | CO9, CO10, C11 | 42 | | $ 17,916.08 |
| 8/22/2008 | PA00012861 | 9/22/2008 | 7860007435 | 12714-6 45 Broadway | 20th Floor - Access Control & CCTV | 34 | | $ 2,074.73 |
| 8/22/2008 | PA00012858 | 9/22/2008 | 7860007725 | 78682620062 MGM Tower | 24th & 25th Floors Card readers & CCTV | 34 | | $ 19,845.08 |
| 8/22/2008 | PA00012855 | 9/22/2008 | 7860007891 | 78682620065 745 7th Avenue | 21st Floor Compliance, Access Control | 34 | | $ 9,906.31 |
| 8/22/2008 | PA00012857 | 9/22/2008 | 7860007844 | 78682620066 Buenos Aires Office | 8th Floor Access Control & CCTV | 34 | | $ 3,530.84 |
| 8/28/2008 | SV0023842 | 9/28/2008 | 40791 | Service Call | Replaced Reader | 28 | | $ 298.03 |
| 9/8/2008 | PA00013139 | 10/8/2008 | 7860003553 | 12572-1 Sao Paolo, Brazil | Access Control IDD Area Door | 17 | | $ 1,193.16 |
| 9/12/2008 | PA00013233 | 10/12/2008 | 7860007725 | 78682620062 MGM Tower | 24th & 25th Floors Card readers & CCTV | 13 | | $ 5,953.52 |
| 9/12/2008 | PA00013235 | 10/12/2008 | 7860007891 | 78682620065 745 7th Avenue | 21st Floor Compliance, Access Control | 13 | | $ 1,500.97 |
| 9/12/2008 | PA00013234 | 10/12/2008 | 7860007975 | 78682620070 745 7th Avenue | 21st Floor Compliance Door Release | 13 | | $ 397.95 |
| 9/18/2008 | SC0004571 | 10/18/2008 | Svc Contract #17789 | Various Location | Preventative Maintenance September | 2 | | $ 27,093.75 |

Total    $ 491,628.66

Lehman Brothers
Customer Aging Report
9.25.08

| Date | Num | Due Date | Project #'s | Memo | Description | Aging | PO# | Open Balance |
|---|---|---|---|---|---|---|---|---|
| 3/28/2007 | PEI26783 | 4/27/2008 | N/A | 11909 Tampa, FL | Access Install CO#2 | 547 | | $ 1,131.01 |
| 12/11/2007 | PA00007249 | 1/10/2008 | 7860091 | 12421 2617 Scottsbluff, NE | IT Door Access Control | 289 | | $ 3,548.57 |
| 1/23/2008 | PA00008107 | 2/23/2008 | 7860116 | 12476 Indianapolis, IN | Access Control & CCTV (Remaining Bal.) | 246 | | $ 2,055.68 |
| 1/23/2008 | PA00008113 | 2/22/2008 | 7860004116 | 12553 2617 College Drive Scottsbluff, NE | Command Center Door | 246 | | $ 7,873.89 |
| 1/25/2008 | PA00008388 | 2/24/2008 | 7860003633 | 12618 605 Third Avenue | Relocate Lock to New Storage Room | 244 | 55514 | $ 2,342.66 |
| 6/5/2008 | PA00011205 | 7/14/2008 | 7860095 | 12427 101 Hudson Street | Change Order #1 DR4208 reader replacement | 112 | | $ 752.39 |
| 6/5/2008 | PA00011204 | 8/4/2008 | 7860100 | 12430 101 Hudson Street | 11th Floor Access Control & CCTV | 112 | | $ 4,982.36 |
| 6/27/2008 | PA00011700 | 7/27/2008 | 7860007106 | 12682 399 Park Avenue | CO1 Access Control & CCTV 4th Fl. | 90 | | $ 2,103.36 |
| 7/18/2008 | PA00012069 | 8/18/2008 | 7860007529 | 12682 399 Park Avenue | CO2 Access Control & CCTV | 69 | | $ 2,141.76 |
| 7/22/2008 | PA00012157 | 8/22/2008 | 7860005605 | 12682 399 Park Avenue | 4th Floor - Access Control & CCTV | 65 | 66520 | $ 9,880.28 |
| 7/22/2008 | PA00012150 | 8/22/2008 | 7860007106 | 12682 399 Park Avenue | CO1 Access Control & CCTV 4th Fl. | 65 | | $ 2,103.35 |
| 7/22/2008 | PA00012155 | 8/22/2008 | 7860006756 | 12765 Mexico City | Access Control & CCTV | 65 | | $ 779.69 |
| 7/22/2008 | PA00012149 | 8/22/2008 | 7860007529 | 12682 399 Park Avenue | CO2 Access Control & CCTV | 65 | | $ 2,141.76 |
| 8/6/2008 | PA00012520 | 9/6/2008 | 7860005605 | 12682-3 399 Park Ave. | 4th Floor - Access Control & CCTV | 50 | | $ 6,581.85 |
| 8/6/2008 | PA00012519 | 9/6/2008 | 7860006756 | 12765 Mexico City | Additional Access Control, CCTV & Door Contact | 50 | | $ 519.79 |
| 8/20/2008 | PA00012719 | 9/20/2008 | 7860008118 | 78682620071 399 Park Avenue | 9th Floor Access Control & CCTV | 36 | | $ 1,414.81 |
| 8/28/2008 | PA00013093 | 9/28/2008 | 7860008266 | 78682620074 399 Park Ave | 9th Floor Additional Panel LAN Room | 28 | | $ 1,440.43 |
| 9/8/2008 | PA00013145 | 10/8/2008 | 7860008266 | 78682620074 399 Park Ave | 9th Floor Additional Panel LAN Room | 17 | | $ 4,321.26 |
| 9/8/2008 | PA00013142 | 10/8/2008 | 7860008118 | 78682620071 399 Park Avenue | 9th Floor Access Control & CCTV | 17 | | $ 4,235.63 |
| 9/12/2008 | PA00013231 | 10/12/2008 | 7860002 | 10910 605 Third Ave. | Artwork Alarm | 13 | | $ 5,810.92 |
| 9/24/2008 | SV0024923 | 10/24/2008 | Svc 40950 | 40950 1271 Avenue of the Americas | Mortise Lock Relplacement | 1 | | $ 636.90 |
| | | | | | Total | | | $ 66,798.35 |

## PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is One Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3383.

On October 2, 2008, I served the foregoing document(s) described as **CREDITOR NISCAYAH, INC.'S OBJECTION TO CURE AMOUNT SPECIFIED FOR CLOSING DATE CONTRACT WITH PEI SYSTEMS INC.** on the interested parties in this action by placing a copy thereof enclosed in a sealed envelope addressed as follows:

**See Attached List**

☒ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Los Angeles, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Los Angeles, California in the ordinary course of business for delivery to the addressee.

Executed on October 2, 2008, at Los Angeles, California.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Kathleen Slevcove

# SERVICE LIST

| | |
|---|---|
| Lori R. Fife<br>Shai Y. Waisman<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Attorneys for Lehman Brothers Holdings, Inc.<br>and LB745 LLC |
| Jeffery S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Attorneys for SIPC Trustee |
| Lindsee P. Granfield<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York NY 10006 | Attorneys for Purchaser |