Dennis F. Dunne
Luc A. Despins
MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
            Debtors.                                         :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

**RENA K. CERON**, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, proposed counsel for the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned cases.

1. On September 29, 2008, I caused a true and correct copy of the following documents (collectively, the "<u>Documents</u>") to be served (a) by United States Postal Service for delivery by first class mail to the entities listed on Exhibit <u>A</u> attached hereto; and (b) by electronic mail to the addresses listed on Exhibit <u>B</u> attached hereto:

    a. Notice of Motion of Official Committee of Unsecured Creditors for Reconsideration of Courts September 17, 2008 Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code; and

    b. Motion of Official Committee of Unsecured Creditors for Reconsideration of Courts September 17, 2008 Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code.

2. On October 1, 2008, I caused a copy of the Documents to be served by electronic mail to the addresses identified on Exhibit <u>C</u> attached hereto.

                            /s/ Rena K. Ceron
                            **Rena K. Ceron**

**SWORN TO AND SUBSCRIBED** before me this 2nd day of October, 2008

/s/ Elliot Law
**Elliot Law**
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2011

2

**Exhibit A**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.
     Lori R. Fife, Esq.
     Shai Y. Waisman, Esq.
     Jacqueline Marcus, Esq.

Office of the United States Trustee
 for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
     Paul Schwartzberg, Esq.
     Brian Masumoto, Esq.
     Linda Riffkin, Esq.
     Tracy Hope Davis, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty
Plaza, New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
     Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
     Hydee R. Feldstein, Esq.

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475
Attn: Steven A. Ginther

BLAIR & SAMPSON, LLP
The Terrace II
2700 Via Fortuna Drive
Suite 400
Austin, TX 78746
Attn: Diane W. Sanders
     Linebarger Goggan

## Exhibit B

harveystrickon@paulhastings.com; sheehan@txschoollaw.com; KDWBankruptcyDepartment@kelleydrye.com; ffm@bostonbusinesslaw.com; RLevin@cravath.com; RTrust@cravath.com; grosenberg@co.arapahoe.co.us; rjohnson2@co.arapahoe.co.us; dallas.bankruptcy@publicans.com; Hsnovikoff@wlrk.com; rgmason@wlrk.com; jafeltman@wlfk.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; gary.ticoll@cwt.com; fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; cs@stevenslee.com; cp@stevenslee.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; DRosner@goulstonstorrs.com; GKaden@goulstonstorrs.com; JWallack@goulstonstorrs.com; jhs7@att.net; ekbergc@lanepowell.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; Hollace.cohen@troutmansanders.com; Paul.deutch@troutmansanders.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; mhopkins@cov.com; dcoffino@cov.com; mvenditto@reedsmith.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; elobello@blankrome.com; splatzer@platzerlaw.com; Rhett.Campbell@tklaw.com; Ira.Herman@tklaw.com; Demetra.Liggins@tklaw.com; pwright@dl.com; esmith@dl.com; peter.zisser@hklaw.com; richard.lear@hklaw.com; mspeiser@stroock.com; smillman@stroock.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; Israel.Dahan@cwt.com; shari.leventhal@ny.fib.org; mabrams@willkie.com; schapman@willkie.com; bromano@willkie.com; info2@norrnandyhill.com; dflanigan@polsinelli.com; ishickich@riddellwilliams.com; phayden@mcguirewoods.com; dhayes@mcguirewoods.com; eglas@mccarter.com; kmayer@mccarter.com; tslome@msek.com; fred.berg@rvblaw.com; mjedelman@vedderprice.com; Roberts@PursuitPartners.com; keith.simon@lw.com; david.heller@lw.com; douglas.bacon@lw.com; mcto@debevoise.com; macronin@debevoise.com; Hseife@chadbourne.com; Dlemay@chadbourne.com; Arosenblatt@chadbourne.com; igoldstein@dl.com; wheuer@dl.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willet@bingham.com; jbird@polsinelli.com; lattard@kayescholar.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; hirsh.robert@arentfox.com; angelich.george@arentfox.com; agolianopoulos@mayerbrown.com; tkiriakos@mayerbrown.com; mmickey@mayerbrown.com; Michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; steven.perlstein@kobrekim.com; ian.levy@kobrekim.com; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com; Dravin@wolffsamson.com; Rnies@wolffsamson.com; efile@willaw.com; Ira.Herman@tklaw.com; Mitchell.Ayer@tklaw.com; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; charles@filardi-law.com; martin.davis@ots.treas.gov; dirk.roberts@ots.treas.gov; wtaylor@mccarter.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; cmontgomery@salans.com; lwhidden@salans.com; asnow@ssbb.com; schapman@willkie.com; brian_corey@gtservicing.com; rmunsch@munsch.com; klippman@munsch.com; jrabinowitz@rltlawfirm.com; ilevee@lowenstein.com; hbeltzer@morganlewis.com; spiotto@chapman.com; acker@chapman.com; top@chapman.com; heiser@chapman.com; tnixon@gklaw.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com; lalshibib@reedsmith.com; mmorreale@us.mufg.jp; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; Mark.Ellenberg@cwt.com; karen.wager@dpw.com; avi.gesser@dpw.com; james.mcclammy@dpw.com; george_kielman@freddiemac.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jcarberry@cl-law.com; dladdin@agg.com; frank.white@agg.com; douglas.mcgill@dbr.com; Robert.malone@dbr.com;

dfriedman@kasowitz.com; drosner@kasowitz.com; aglenn@kasowitz.com; adarwin@nixonpeabody.com; cdesiderio@nixonpeabody.com; neal.mann@oag.state.ny.us; dkleiner@velaw.com; arwolf@wlrk.com; amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; nbannon@tishmanspeyer.com; sheakkorzun@comcast.net; krosen@lowenstein.com; vdagostino@lowenstein.com; ehorn@lowenstein.com; eschwartz@contrariancapital.com; pnichols@whitecase.com; tmacwright@whitecase.com; JWishnew@mofo.com; LMarinuzzi@mofo.com; masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp; rfleischer@pryorcashman.com; drose@pryorcashman.com; lgranfield@cgsh.com; lacyr@sullcrom.com; Ischweitzer@cgsh.com; feldsteinh@sullcrom.com; JPintarelli@mofo.com; LMarinuzzi@mofo.com; Monica.Lawless@brookfieldproperties.com; howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com; Brad.dempsey@hro.com; delvirginia@verizon.net; stahl@stahlzelloe.com; sidorsky@butzel.com; fishere@butzel.com; David.bennett@tklaw.com; glenn.siegel@dechert.com; donald.badaczewski@dechert.com; ecohen@russell.com; mark.deveno@bingham.com; ezujkowski@emmetmarvin.com; fpb@ppgms.com; lml@ppgms.com; araboy@cov.com; bambacha@sec.gov; bankoftaiwan@botnya.com; bill.hughes@us.standardchartered.com; brehenyb@sec.gov; chris.omahoney@bnymellon.com; cohena@sec.gov; cward@polsinelli.com; Danna.Drori@usdoj.gov; dennis.graham@kbc.be; elobello@blankrome.com; esmith@dl.com; frank.sodano@americas.bnpparibas.com; gado01@handelsbanken.se; gauchb@sec.gov; georgeneofitidis@scotiacapital.com; giddens@hugheshubbard.com; jacobsonn@sec.gov; Jbecker@wilmingtontrust.com; jbromley@cgsh.com; jketten@wilkie.com; jmathis@lloydstsbusa.com; jmcginley@wilmingtontrust.com; jshickich@riddellwilliams.com; jwang@sipc.org; k4.nomura@aozorabank.co.jp; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; krubin@ozcap.com; lattard@kayescholer.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; Malcolm@firstbankny.com; michael.halevi@anz.com; Michael.mauerstein@citi.com; michael.tan@fubon.com; ms.wu@fubonny.com; mtuck@lloydstsbusa.com; murai24234@nissay.co.jp; nbruce@lloydstsbusa.com; newyork@sec.gov; noriyukitsumura@chuomitui.jp; panosn@sec.gov; prachmuth@reedsmith.com; pwright@dl.com; ranjit.mather@bnymellon.com; raymond.morison@bnymellon.com; rdicanto@nabny.com; rmunsch@munsch.com; robert.bailey@bnymellon.com; rolfnagel.dahl@dnbnor.no; RTrust@cravath.com; rwasserman@cftc.gov; sharbeck@sipc.org; shuji.yamada@escb.co.jp; ssmall@us.mufg.jp; tarbit@cftc.gov; tbrock@ssbb.com; tetsuhiro.toomata@shinseibank.com; timothy.white@mizuhocbus.com; whitej@sec.gov; wsmith@bocusa.com; yasuhikoimai@smbcgroup.com

## Exhibit C

karen.wagner@dpw.com; sabin.willett@bingham.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com; info2@normandyhill.com; shari.leventhal@ny.frb.org