# EXHIBIT A



# L&T Infotech

19th September 2008

Lehman Brothers Holdings Inc
Lehman@epiqsystems.com

Subject : Larsen & Toubro Infotech Limited – Correction in "Cure Amount"

Dear Sir/Madam,

This is with reference to the fax recd on 19th September 2008 from Epiq Bankruptsy Solutions LLC. about the "cure amounts" for our contracts with Lehman Brothers.

On viewing the cure amounts on the designated website (Exhibit A), we find that the amount against our company is $292,064.50. However, the current outstanding in our books receivable from Lehman Brothers is $1,455,557.90

Please find attached an outstanding statement extract from our systems attached herewith.

Please correct the cure amount to the amount as per our books or reconcile the same at your end. Should you have nay questions please feel free to call me.

Regards,

Puneet Singal
Manager – Finance & Accounts
Larsen & Toubro Infotech Limited
2035 Lincoln Hwy, Ste 3000
Edison NJ 08817
Phone : 732-248-6151
Fax : 732-248-6199

Larsen & Toubro Infotech Ltd
2035 Lincoln Highway
Suite 3000/3005, Edison Square West
Edison, NJ - 08817, USA
T +1 732-248-6111  F +1 732-248-6122 / 99  www.Lntinfotech.com

Registered Office
L&T House, Ballard Estate
Mumbai 400 001, India

| BL27 LTUS | | | | | LARSEN & TOUBRO INFOTECH LIMITED SUITE 3000, EDISON SQUARE 2035 LINCOLN HIGHWAY EDISON, NJ 08817 |
|---|---|---|---|---|---|
| Lehman Brothers | | | | | |
| DocumentNo | Typ | Doc. Date | Reference | Amt in loc.cur. | Text |
| 2732006326 | UI | 3/31/2008 | 16606 | 5,200.00 | Lehman Brothers-Mar'08 -Nagesh Mishra |
| 2883001662 | AB | 7/31/2008 | UI-001911 | 18,640.40 | UI-001911 Bal Amt |
| 2883001785 | AB | 8/31/2008 | UI-002249 | 154 | UI-2249 balance |
| 2832000678 | UI | 5/31/2008 | UI-002277 | 29,600.00 | |
| 2832001788 | UI | 6/30/2008 | UI-002747 | 6,000.00 | E4388 |
| 2883001770 | AB | 9/2/2008 | UI-002747-1 | -1,840.00 | UI-2747-1 |
| 2832001789 | UI | 6/30/2008 | UI-002749 | 22,160.00 | E4368 |
| 2859001148 | UR | 8/18/2008 | UI-002749 | -7,198.00 | UI-2749 |
| 2832001791 | UI | 6/30/2008 | UI-002753 | 15,199.80 | (Inv 2753-23 , 2753-24, 2753-26, 2753-29,2753-35) |
| 2832001800 | UI | 6/30/2008 | UI-002762 | 43,920.00 | A3233 |
| 2859001148 | UR | 8/18/2008 | UI-002762 | -6,000.00 | UI-2762 |
| 2883001770 | AB | 9/2/2008 | UI-002762-1 | -2,400.00 | UI-2762-1 |
| 2832001962 | UI | 7/31/2008 | UI-002921 | 33,332.50 | E4318 |
| 2832002092 | UI | 7/31/2008 | UI-003067 | 12,000.00 | E4388 |
| 2832002122 | UI | 7/31/2008 | UI-003088 | 99,864.00 | E4292 |
| 2832002155 | UI | 7/31/2008 | UI-003122 | 38,624.00 | E4368 |
| 2883001770 | AB | 9/2/2008 | UI-003122-1 | -3,360.00 | Ui-3122-1 |
| 2832002156 | UI | 7/31/2008 | UI-003123 | 318,481.60 | E1915 |
| 2883001770 | AB | 9/2/2008 | UI-003123-13 | -8,177.60 | Ui-3123-13 |
| 2832002157 | UI | 7/31/2008 | UI-003125 | 50,920.00 | A3233 |
| 2883001770 | AB | 9/2/2008 | UI-003125-1 | -11,400.00 | UI-3125-1 |
| 2883001770 | AB | 9/2/2008 | UI-003127-4 | -11,400.00 | UI-3127-4 |
| 2832002166 | UI | 7/31/2008 | UI-003136 | 18,355.00 | PSTS-P11-CON000000029633 |
| 2832002648 | UI | 8/31/2008 | UI-003397 | 18,944.20 | PSTS-P11-CON000000029633 |
| 2832002649 | UI | 8/31/2008 | UI-003398 | 17,364.00 | PSTS-P10 |
| 2832002679 | UI | 8/31/2008 | UI-003438 | 42,640.00 | E4368 |
| 2832002944 | UI | 8/31/2008 | UI-003486 | 493,086.00 | E1915 |
| 2832002964 | UI | 8/31/2008 | UI-003507 | 14,400.00 | E4388 |
| 2832002965 | UI | 8/31/2008 | UI-003508 | 118,512.00 | E4292 |
| 2832002972 | UI | 8/31/2008 | UI-003517 | 67,000.00 | A3233 |
| 2832002980 | UI | 8/31/2008 | UI-003526 | 22,936.00 | ER # 1032803 |
| | | | Total Outstanding | 1,455,557.90 | |

LARSEN & TOUBRO INFOTECH LIMITED
SUITE 3000, EDISON SQUARE
2035 LINCOLN HIGHWAY
EDISON, NJ 08817