EXHIBIT B

Master Sheet

| | INR upto 8/31/08 | INR Sept.1-21 | INR Total | Ex Rte | USD upto 8/31/08 | USD Sept.1-21 | USD Total |
|---|---|---|---|---|---|---|---|
| US | | | | | $1,483,100.61 | $441,702.18 | $1,924,802.79 (B) |
| Japan | 121628.3 | | 121628.3 | 45 | 24,767 (D) | 21,312 (C) | 46,078.85 |
| India | 9218894.44 | 2945901 | 12164795.44 (A) | 45 | 204864.32 | 65464.47 | 270,328.79 |
| Grand Total | $9,340,522.74 | $2,945,901.00 | $12,286,423.74 | | $1,712,731.78 | $528,478.65 | $2,241,210.43 |

Exchange Rate USD/INR 45

329616 JPY has been considered as 121628.30 INR

| Inv Nos --> | 2755 | 3111 | 3422 | 37428 | 37429 | O/s | 2223 | 2486 | 3426-3428 Total | |
| Month --> | June | July | Aug | Sep | Sept-Ter | Total | | | | |
| 1 | 600227 | 495058 | 401799 | 196630 | 204495 | 1898209 | | | | |
| 2 | | 423858 | 379148 | 158742 | 206742 | 1168490 | | | | |
| 3 | 283507 | 273686 | 272406 | 148585 | 136630 | 1114814 | | | | |
| 4 | | 230450 | 245394 | 151012 | 125843 | 752699 | | | | |
| 5 | 57888 | 198473 | 336900 | 207102 | 172585 | 972948 | | | | |
| 6 | 45304 | 178383 | 67955 | - | 289889 | 581531 | | | | |
| 7 | | | 550789 | 357530 | 179776 | 1088095 | | | | |
| 8 | | | 356181 | 197754 | 96630 | 650565 | | | | |
| 9 | | | 193259 | 115956 | | 309215 | | | | |
| O/s As Per E | 986926 | 1799908 | 2803831 | 1533311 | 1412590 | 8536566 | | | 8536566 | 45 |
| Ex Rate | 45 | 45 | 45 | 45 | 45 | 45 | | | | |
| USD Equival | 21931.69 | 39997.96 | 62307.36 | 34073.58 | 31390.89 | 189701.47 | | | | |
| Per Books | 1052656.81 | 1,827,437.00 | 1,717,939.45 | 1533311 | 1412590 | 7543934.3 | 637,755.36 | 1,571,635.50 | 2411470 | 12164795.44  270328.8 |
| Difference | 65730.81 | 27529 | -1085891.55 | 0 | 0 | -992631.7 | 637755.36 | 1571635.5 | 2411470 | 3628229.44 |
| | | | | | | | | | | 9218894.44 |

Ⓐ

LIST OF O/S INVOICES FROM LEHMAN IN USD - UPTO AUG 08

| Invoice no. | Inv. Date | Resource Name | Manager | Invoice Amt (USD) |
|---|---|---|---|---|
| 16606 | 3/31/2008 | Nagesh Mishra | | 5,200.00 |
| UI-2276-1 | 5/31/2008 | Yogesh Thasale | Alper Ozcakir | 12,000.00 |
| UI-2276-2 | 5/31/2008 | Pradeep Sashital | Alper Ozcakir | 17,600.00 |
| UI-002747-2 | 6/30/2008 | Kumar Rajesh Kumar | Vincent Kuszel | 2160 |
| UI-002747-3 | 6/30/2008 | Venkiteswaran Nirmala | Vincent Kuszel | 2000 |
| UI-002749-1 | 6/30/2008 | Alla Venkata Prasad Kotaiah | Fati Sanii | 1680 |
| UI-002749-2 | 6/30/2008 | Kohojkar Shreya Mohan | Fati Sanii | 1680 |
| UI-002749-3 | 6/30/2008 | Natarajan Senthil Kumar | Fati Sanii | 1680 |
| UI-002749-4 | 6/30/2008 | Pal Subhamoy | Fati Sanii | 1680 |
| UI-002749-5 | 6/30/2008 | Prasath Guru | Fati Sanii | 1680 |
| UI-002749-6 | 6/30/2008 | Shah Jigar Praful | Fati Sanii | 1840 |
| UI-002749-7 | 6/30/2008 | Shivramakrishnan Ramchan | Fati Sanii | 1840 |
| UI-002749-8 | 6/30/2008 | Todankar Rashmi Chandrak | Fati Sanii | 1680 |
| UI-002749-9 | 6/30/2008 | Vyas Anand | Fati Sanii | 2000 |
| UI-002921 | 7/31/2008 | PMO Portal Phase II | Davis, Mark | 33,332.50 |
| UI-003067-1 | 7/31/2008 | Abraham Jobin | Vincent Kuszel | 3680 |
| UI-003067-2 | 7/31/2008 | Kumar Rajesh | Pradeep Shah | 4320 |
| UI-003067-3 | 7/31/2008 | Venkiteswaran Nirmala | Vincent Kuszel | 4000 |
| UI-003088 | 7/31/2008 | WMR - July 08 | Davis, Mark | 99864 |
| UI-003122-2 | 7/31/2008 | Kohojkar Shreya Mohan | Vishweshwar Bompalli | 3360 |
| UI-003122-3 | 7/31/2008 | Natarajan Senthil Kumar | Vishweshwar Bompalli | 3360 |
| UI-003122-4 | 7/31/2008 | Pal Subhamoy | Vishweshwar Bompalli | 3360 |
| UI-003122-5 | 7/31/2008 | Prasath Guru | Vishweshwar Bompalli | 3360 |
| UI-003122-6 | 7/31/2008 | Shah Jigar Praful | Vishweshwar Bompalli | 3680 |
| UI-003122-7 | 7/31/2008 | Shivramakrishnan Ramchan | Vishweshwar Bompalli | 3680 |
| UI-003122-8 | 7/31/2008 | Todankar Rashmi Chandrak | Vishweshwar Bompalli | 3360 |
| UI-003122-9 | 7/31/2008 | Vyas Anand | Vishweshwar Bompalli | 3400 |
| UI-003122-10 | 7/31/2008 | Wagh Triveni Shamsundar | Vishweshwar Bompalli | 5760 |
| UI-003122-11 | 7/31/2008 | Wagh Triveni Shamsundar | Vishweshwar Bompalli | 1944 |
| UI-003123-1 | 7/31/2008 | Anjana Padmanabhan | Daylis Fuentes | 10640 |
| UI-003123-2 | 7/31/2008 | Atul Ambulkar | Venkatta Pochinapeddi | 8740 |
| UI-003123-3 | 7/31/2008 | Ayyappan Velappan | Alper Ozcakir | 8280 |
| UI-003123-4 | 7/31/2008 | Garima Mannan | Manoj Agarwal | 8360 |
| UI-003123-5 | 7/31/2008 | Guna Sekar | Sapna Sardana | 8640 |
| UI-003123-6 | 7/31/2008 | Jagannath Kesari | Greg Friel | 9120 |
| UI-003123-7 | 7/31/2008 | Jignesh Khatri | Greg Friel | 9880 |
| UI-003123-8 | 7/31/2008 | Mayank Prajapati | Asher Jacobs | 9310 |
| UI-003123-9 | 7/31/2008 | Mayur Matai | Sapna Sardana | 8740 |
| UI-003123-10 | 7/31/2008 | Neeraj Nair | Greg Friel | 9880 |
| UI-003123-11 | 7/31/2008 | Nilesh Patil | Daylis Fuentes | 520 |
| UI-003123-12 | 7/31/2008 | Rajesh Aphale | Greg Friel | 14440 |
| UI-003123-14 | 7/31/2008 | Sanjay Gupta | Eric Li | 9310 |
| UI-003123-15 | 7/31/2008 | Santhosh Kumar | Hugh Evans | 9120 |
| UI-003123-16 | 7/31/2008 | Shantanu Chakrabortty | Joanne Desocio | 8740 |
| UI-003123-17 | 7/31/2008 | Sridhar Vempali | Vincent Kuszel | 10944 |
| UI-003123-18 | 7/31/2008 | Thirunavukkarasu Sivananda | Mathew Yazdi | 8740 |
| UI-003123-19 | 7/31/2008 | Tity Mathews | Daylis Fuentes | 8360 |
| UI-003123-20 | 7/31/2008 | Vijayanand | Mathew Yazdi | 9310 |
| UI-003123-21 | 7/31/2008 | Yuvaraj Subramanian | Daniel Marcus | 8820 |
| UI-003123-22 | 7/31/2008 | Julie Mani | Phill Diggle | 9120 |
| UI-003123-23 | 7/31/2008 | Ganeshraman KS | Julie Woo | 12160 |
| UI-003123-24 | 7/31/2008 | Rajkumar | Patrick Maher | 1920 |
| UI-003123-25 | 7/31/2008 | Phani Updrasta | Manoj Agarwal | 9120 |
| UI-003123-26 | 7/31/2008 | Vikram Chavan | Phill Diggle | 8510 |
| UI-003123-27 | 7/31/2008 | Mayur Halakatti | Tom Mollica | 9360 |
| UI-003123-28 | 7/31/2008 | Mangesh Deshpande | Madhavi Mannepali | 3648 |
| UI-003123-29 | 7/31/2008 | Bhavin Monani | Sapna Sardana | 9880 |
| UI-003123-30 | 7/31/2008 | Prabhakar Reddy Gujja | Bruce Harris | 12160 |
| UI-003123-31 | 7/31/2008 | Ankit Nagwan | Saiprasad Mujumdar | 3192 |
| UI-003123-32 | 7/31/2008 | Tajuddin Bharde | Daylis Fuentes | 9120 |
| UI-003123-33 | 7/31/2008 | Radhakrishna Ratnala | Wilson Tham | 12920 |
| UI-003123-34 | 7/31/2008 | Amit Prakash | Daniel Marcus | 9620 |
| UI-003123-35 | 7/31/2008 | Arpit Jain | Vincent Kuszel | 8640 |
| UI-003123-36 | 7/31/2008 | Megha Mohan | Saiprasad Mujumdar | 3864 |
| UI-003123-37 | 7/31/2008 | Punitkumar bajpai | Saiprasad Mujumdar | 1840 |
| UI-003123-38 | 7/31/2008 | Smita Kale | Saiprasad Mujumdar | 1840 |
| UI-003123-39 | 7/31/2008 | Sinha Nitish Kumar P. | Saiprasad Mujumdar | 3496 |
| UI-003125-2 | 7/31/2008 | Sashital Pradeep Devidas | Alper Ozcakir | 16720 |
| UI-003126-3 | 7/31/2008 | Thasale Yogesh Narayan | Alper Ozcakir | 11400 |
| UI-001911-17 | 4/30/2008 | Joe Suba | Vince Kuszel | 430.4 |
| UI-001911-30 | 4/30/2008 | Nagesh Mishra | Frank D'Auguste | 10400 |
| UI-001911-31 | 4/30/2008 | Vikram Chavan | Phill Diggle | 7248 |
| UI-001911-33 | 4/30/2008 | Nitish Sinha | Frank D'Auguste | 368 |
| UI-003136 | 7/31/2008 | GSSDW- JULY-08 | KRISH RAMANMENON | 18355 |
| UI-003397 | 8/31/2008 | GSSDW- AUG-08 | KRISH RAMANMENON | 18944.2 |
| UI-003398 | 8/31/2008 | INFRASTRUCTURE-AUG-0 | JAMES JOYCE | 17364 |
| UI-003438 | 8/31/2008 | UI-3438-1 TO 3438-10 | Vishweshwar Bompalli | 42640 |
| UI-003486 | 8/31/2008 | UI-3486-1 TO UI-3486-47 | VARIOUS | 493086 |
| UI-003507 | 8/31/2008 | UI-3507-1 TO UI-3507-3 | Vincent Kuszel | 14400 |
| UI-003508 | 8/31/2008 | AUG-08 | DAVIS MARK | 118512 |
| UI-003517 | 8/31/2008 | AUG-08 | Alper Ozcakir | 67000 |
| UI-003526 | 8/31/2008 | AUG-08 | SIMON LUCOCQ | 22936 |
| UI-003368 | 8/31/2008 | PMO Portal Phase II | DAVIS MARK | 33332.5 |
| UI_002753-26 | 6/30/2008 | nagesh mishra | Frank D'Auguste | 7,280.00 |
| UI_002753-29 | 6/30/2008 | Nitish Sinha | Frank D'Auguste | 4,600.00 |
| UI_002753-35 | 6/30/2008 | Prabhakar Reddy Gujja | Bruce Harris | 15,360.00 |
| UI_002753-39 | 6/30/2008 | Radhakrishna Ratnala | Wilson Tham | 16,320.00 |
| UI_002753-42 | 6/30/2008 | Megha Mohan | Frank D'Auguste | 920.00 |
| | | TOTAL O/S IN USD TILL AUG 08 | | 1,483,100.60 |
| | | Invoices for September upto 21st | | 441,702.18 |
| | | Total Amount due as on Sept 21 for US Invoices | | 1,924,802.78 |

Ⓑ

# INVOICE

| | Invoice No. | AJP0809-38 |
|---|---|---|
| | Invoice Date | 17-Sep-08 |
| | ER# | 1032803 |

**Invoiced to**

Lehman Brothers Japan Inc
Roppongi Hills Mori Tower 31st Floor
Minato-Ku, Tokyo 106-6131

**Attention of**   Ms. Reiko Yoshida
Asia IT CAO

**Consultant**

**For**   ER# 1032803

| Description | Days | Rate | Amount |
|---|---|---|---|
| Rajkumar Parsai | 9 | 168 | 1512 |
| Sheetal Godbole | 11 | 168 | 1848 |
| Nelson Christos | 10 | 184 | 1840 |
| Punam Moghe | 11 | 520 | 5720 |
| Chandrakant Adakmol | 10 | 184 | 1840 |
| Partho Benerjee | 10 | 200 | 2000 |
| Abdul Rauf | 11 | 168 | 1848 |
| Adeeb Cheulkar | 9 | 168 | 1512 |
| Deepak Srinivasan | 8.5 | 168 | 1428 |
| Bankimchandra | 10.5 | 168 | 1764 |
| TOTAL | 0 | | $ 21,312.00 |

**Amount due**   $21,312.00 USD Twenty Two Thousand Sixty Four only

**Terms of Payment**   Within 60 days by wire transfer to our account with

**Payment Due Date**   16-Nov-08

**Payble To:**   Larsen & Toubro infotech Limited
State Bank of India
Tokyo Branch
Yurakucho denki Bldg, South Tower 352, 3rd floor, Chiyoda-Ku, Tokyo 100-0006

**Type of Account:**   US$ Current Account- Ind. Co.
**Account No**   10128004220002

# INVOICE

| | |
|---|---|
| Invoice No. | AJP0809-37 |
| Invoice Date | 31-Aug-08 |
| ER# | 1032803 |

**Invoiced to**

Lehman Brothers Japan Inc
Roppongi Hills Mori Tower 31st Floor
Minato-Ku, Tokyo 106-6131

**Attention of**   Ms. Reiko Yoshida
Asia IT CAO

**Consultant**

**For**   ER# 1032803

| Description | Days | Rate | Amount |
|---|---|---|---|
| Rajkumar Parsai | 13 | 168 | 2184 |
| Sheetal Godbole | 13 | 168 | 2184 |
| Nelson Christos | 12 | 184 | 2208 |
| Punam Moghe | 5 | 520 | 2600 |
| Chandrakant Adakmol | 13 | 184 | 2392 |
| Partho Benerjee | 13 | 200 | 2600 |
| Abdul Rauf | 13 | 168 | 2184 |
| Adeeb Cheulkar | 13 | 168 | 2184 |
| Deepak Srinivasan | 13 | 168 | 2184 |
| Bankimchandra | 8 | 168 | 1344 |
| TOTAL | 0 | | $ 22,064.00 |

**Amount due**   $22,064.00   USD Twenty Two Thousand Sixty Four only

**Terms of Payment**   Within   60   days by wire transfer to our account with

**Payment Due Date**   30-Oct-08

**Payble To:**   Larsen & Toubro infotech Limited
State Bank of India
Tokyo Branch
Yurakucho denki Bldg, South Tower 352, 3rd floor, Chiyoda-Ku, Tokyo 100-0006

**Type of Account:**   US$ Current Account- Ind. Co.
**Account No**   10128004220002

*Handwritten annotations:*
→ 22,064
2,702.85 (see attached)
─────────
24,766.85 Ⓓ

David,

We have one Japan Invoice  JI-00081  329616 JPY has been considered as 121628.30 INR Eq to $ 2702.85
. (Unfortunately I dont have copy of this invoice)

Thanks

Puneet
**Larsen & Toubro Infotech Ltd.**
www.Lntinfotech.com

xxx