# EXHIBIT A



**STATEMENT**

| | | |
|---|---|---|
| **TENANCY:** | Lehman Bros. - Lease Admin | **STATEMENT DATE:** 10/01/2008 |
| **ACCOUNT #:** | 7012 - 02500 - t0033031 | |

**BILLING ADDRESS:**

Lehman Bros. - Lease Admin
1301 Avenue of the Americas
Attn: David Morrison
New York, NY 10019

**PROPERTY ADDRESS:**

190 South LaSalle
Chicago, IL 60603

**Page 1 of 1**

| DATE | CODE | DESCRIPTION | CHARGES/CREDIT AMOUNT | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 02/05/2008 | | | (0.20) | 0.00 | (0.20) |
| 10/01/2008 | 111 | Base Rent for 10/01/08 - 10/31/08 | 190,094.23 | 0.00 | 190,094.23 |
| 10/01/2008 | 141 | Op Esc Estimate for 10/01/08 - 10/3 | 96,748.36 | 0.00 | 96,748.36 |
| 10/01/2008 | 165 | Tax Reimb. Est for 10/01/08 - 10/31/ | 71,464.41 | 0.00 | 71,464.41 |



Return this portion with your payment

If this statement is not correct , please call
( ) immediately with your questions.

| | | | | |
|---|---|---|---|---|
| **STATEMENT DATE:** | 10/01/2008 | | | |
| **PROPERTY:** | 190 South LaSalle | **AMOUNT DUE:** | **AMOUNT PAID:** | |
| **TENANT:** | Lehman Bros. - Lease Admin | **358,306.80** | | |
| **ACCOUNT #:** | 7012 - 02500 - t0033031 | | | |

**REMIT TO:**

CBRE Investors AAF Strategic Partners IV
190 South LaSalle
23549 Network Place
Chicago, IL 60673-1235

| | |
|---|---|
| Current | 358,307.00 |
| 30 Days | 0.00 |
| 60 Days | 0.00 |
| Over 90 Days | (0.20) |
| Amount Due | 358,306.80 |

# CBRE
## CB RICHARD ELLIS

**STATEMENT**

**TENANCY:** Lehman Brothers

**STATEMENT DATE:** 10/01/2008

**ACCOUNT #:** 7012 - 02600 - t0033032

**BILLING ADDRESS:**

Lehman Brothers
190 S LaSalle Street, 26th FL
Attention: Larry Holzman
Chicago, IL 60603

**PROPERTY ADDRESS:**

190 South LaSalle
Chicago, IL 60603

**Page 1 of 4**

| DATE | CODE | DESCRIPTION | CHARGES/CREDIT AMOUNT | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 09/01/2008 | 191 | 7/08 After Hours HVAC | 6,043.75 | 0.00 | 6,043.75 |
| 09/01/2008 | 331 | 071808:Photo ID:W.Liesch | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 072908:Photo ID:L.Pai | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081108:Photo ID:S.Savickas | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081108:Photo ID:J.Hosmer | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081208:Photo ID:S.Bassett | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081208:Photo ID:M.Hepp | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 062408:Lrg Dumpster | 43.00 | 0.00 | 43.00 |
| 09/01/2008 | 331 | 071708:Light Bulb Replaced | 26.75 | 0.00 | 26.75 |
| 09/01/2008 | 331 | 071808:Mailroom Sign Hung | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 080608:Light Bulb Replaced | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 072208:Photo ID:O.Daghestani | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 080408:Photo ID:D.Stump | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 080708:Photo ID:J.Iannone | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081208:Photo ID:L.Popp | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081208:Photo ID:D.Craig | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081208:Photo ID:R.Gephardt | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 080608:Photo ID:J.Schurer | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081208:Photo ID:A.O'Halloran | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081208:Photo ID:K.Broderick | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081308:Photo ID:B.Mulroe | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081308:Photo ID:A.Abbas | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 061208:(9) Light Bulbs Replaced | 137.78 | 0.00 | 137.78 |
| 09/01/2008 | 331 | 080408:Photo ID:M.Hickey | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 080708:Photo ID:B.Lynch | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081308:Photo ID:J.Pauchal | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081308:Photo ID:E.Wheeler | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 062408:Sm Dumpster Request | 33.00 | 0.00 | 33.00 |
| 09/01/2008 | 331 | 062708:WhiteBoard Hung | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 070108:(3) Light Bulbs Replaced | 59.36 | 0.00 | 59.36 |
| 09/01/2008 | 331 | 070808:(5) Light Bulbs Replaced | 90.72 | 0.00 | 90.72 |
| 09/01/2008 | 331 | 070808:Bookcases Moved | 112.30 | 0.00 | 112.30 |
| 09/01/2008 | 331 | 072108:Keyboard Tray Removed | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 072308:Door Repaired | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 073008:(6) Light Bulbs | 78.64 | 0.00 | 78.64 |
| 09/01/2008 | 331 | 080408:Photo ID:F.Daily | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 061708:Light Bulb Replaced | 31.47 | 0.00 | 31.47 |
| 09/01/2008 | 331 | 061908:Sm Dumpster Repair | 33.00 | 0.00 | 33.00 |

# CBRE
## CB RICHARD ELLIS

**STATEMENT**

**TENANCY:** Lehman Brothers

**STATEMENT DATE:** 10/01/2008

**ACCOUNT #:** 7012 - 02600 - t0033032

**BILLING ADDRESS:**

Lehman Brothers
190 S LaSalle Street, 26th FL
Attention: Larry Holzman
Chicago, IL 60603

**PROPERTY ADDRESS:**

190 South LaSalle
Chicago, IL 60603

**Page 2 of 4**

| DATE | CODE | DESCRIPTION | CHARGES/CREDIT AMOUNT | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 09/01/2008 | 331 | 062008:Door Handle Repair | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 062008:Kitchen Door Repair | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 062308:Vacuum Service Request | 18.00 | 0.00 | 18.00 |
| 09/01/2008 | 331 | 071108:(3) Light Bulbs | 69.53 | 0.00 | 69.53 |
| 09/01/2008 | 331 | 072908:Door Plate Repaired | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 080608:Sm Dumpster Request | 33.00 | 0.00 | 33.00 |
| 09/01/2008 | 331 | 080708:Sm Dumpster Request | 33.00 | 0.00 | 33.00 |
| 09/01/2008 | 331 | 081208:Photo ID:B.Harned | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081308:Photo ID:S.Boor | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 081308:Photo ID:K.Zambrana | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 061308:(3) Light Bulbs | 26.57 | 0.00 | 26.57 |
| 09/01/2008 | 331 | 061308:Lrg Dumpster Request | 43.00 | 0.00 | 43.00 |
| 09/01/2008 | 331 | 062008:Lobby Door Repair | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 070808:Ink Spill Clean Up Requested | 18.00 | 0.00 | 18.00 |
| 09/01/2008 | 331 | 071708:(6) Light Bulbs Replaced | 32.99 | 0.00 | 32.99 |
| 09/01/2008 | 331 | 072508:Lobby Door Adjusted | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 080408:(3) Light Bulbs Replaced | 59.36 | 0.00 | 59.36 |
| 09/01/2008 | 331 | 072808:Photo ID:J.Dwyer | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 080608:Photo ID:D.DeCoste | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 7/08 Extra Special Cleaning | 2,055.65 | 0.00 | 2,055.65 |
| 09/01/2008 | 331 | 8/08 Special Cleaning | 6,368.72 | 0.00 | 6,368.72 |
| 09/01/2008 | 331 | 080108:Electric Repair | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 080508:Filing Cabinets Moved | 36.00 | 0.00 | 36.00 |
| 09/01/2008 | 331 | 070808:Keyboard Tray Removal | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 062408:Broken Glass Clean Up | 18.00 | 0.00 | 18.00 |
| 09/01/2008 | 331 | 062708:WhiteBoard Hung | 40.30 | 0.00 | 40.30 |
| 09/01/2008 | 331 | 070108:(3) Pictures Hung | 20.15 | 0.00 | 20.15 |
| 09/01/2008 | 331 | 071808:Photo ID:M.McGinney | 15.00 | 0.00 | 15.00 |
| 09/01/2008 | 331 | 070208:Conference Room Cleaned | 18.00 | 0.00 | 18.00 |
| 09/01/2008 | 331 | 070708:(3) Light Bulbs Replaced | 79.51 | 0.00 | 79.51 |
| 09/01/2008 | 331 | 071708:Lrg Dumpster Request | 43.00 | 0.00 | 43.00 |
| 09/01/2008 | 331 | 071808:Cub Dispensers Installed | 40.30 | 0.00 | 40.30 |
| 09/01/2008 | 331 | 071008:(3) Light Bulbs Replaced | 61.96 | 0.00 | 61.96 |
| 09/01/2008 | 331 | 071808:Moving Help | 72.00 | 0.00 | 72.00 |
| 09/01/2008 | 331 | Tenant Request for 09/01/08 - 09/30 | 3,627.00 | 0.00 | 3,627.00 |
| 10/01/2008 | 331 | 081308:Light Bulb Replaced | 25.72 | 0.00 | 25.72 |
| 10/01/2008 | 331 | 081808:(7) Large Dumpsters Request | 301.00 | 0.00 | 301.00 |
| 10/01/2008 | 331 | 081908:(2) Light Bulbs Replaced | 33.00 | 0.00 | 33.00 |

# CBRE
## CB RICHARD ELLIS

**STATEMENT**

**TENANCY:** Lehman Brothers

**STATEMENT DATE:** 10/01/2008

**ACCOUNT #:** 7012 - 02600 - t0033032

**BILLING ADDRESS:**

Lehman Brothers
190 S LaSalle Street, 26th FL
Attention: Larry Holzman
Chicago, IL 60603

**PROPERTY ADDRESS:**

190 South LaSalle
Chicago, IL 60603

**Page 3 of 4**

| DATE | CODE | DESCRIPTION | CHARGES/CREDIT AMOUNT | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 10/01/2008 | 331 | 081908:(2) Light Bulbs Replaced | 24.43 | 0.00 | 24.43 |
| 10/01/2008 | 331 | 082508:(2) Light Bulbs Replaced | 27.98 | 0.00 | 27.98 |
| 10/01/2008 | 331 | 082908:Large Dumpster Requested | 43.00 | 0.00 | 43.00 |
| 10/01/2008 | 331 | 090308:(3) Large Dumpsters Request | 129.00 | 0.00 | 129.00 |
| 10/01/2008 | 331 | 090808:Light Bulb Replaced/Hung Pi | 62.59 | 0.00 | 62.59 |
| 10/01/2008 | 331 | 090908:Furniture Moved | 18.00 | 0.00 | 18.00 |
| 10/01/2008 | 331 | 082208:Large Dumpster Requested | 43.00 | 0.00 | 43.00 |
| 10/01/2008 | 331 | 082508:Whiteboard Hung | 40.30 | 0.00 | 40.30 |
| 10/01/2008 | 331 | 081208:Requested Kitchen Cleaned | 18.00 | 0.00 | 18.00 |
| 10/01/2008 | 331 | 081208: (7) Light Bulbs Replaced | 62.83 | 0.00 | 62.83 |
| 10/01/2008 | 331 | 081908:Light Bulb Replaced | 26.58 | 0.00 | 26.58 |
| 10/01/2008 | 331 | 082108:Large Dumpster Requested | 68.00 | 0.00 | 68.00 |
| 10/01/2008 | 331 | 082508:Light Bulb Replaced | 26.75 | 0.00 | 26.75 |
| 10/01/2008 | 331 | 081208:(3) Light Bulbs Replaced | 44.81 | 0.00 | 44.81 |
| 10/01/2008 | 331 | 082608:Special Cleaning Performed | 1,393.46 | 0.00 | 1,393.46 |
| 10/01/2008 | 331 | 082808:Kitchen Spill Cleaned | 18.00 | 0.00 | 18.00 |
| 10/01/2008 | 331 | 090908:Light Bulb Replaced | 21.05 | 0.00 | 21.05 |
| 10/01/2008 | 331 | 090408:(2) Light Bulbs Replaced | 36.60 | 0.00 | 36.60 |
| 10/01/2008 | 331 | 090908:Repaired Broken Cabinet | 20.15 | 0.00 | 20.15 |
| 10/01/2008 | 331 | 091108:Opened Damaged Drawer | 20.15 | 0.00 | 20.15 |
| 10/01/2008 | 331 | 090808:(8) Keys Requested | 16.00 | 0.00 | 16.00 |
| 10/01/2008 | 331 | 090408:Photo ID:C.Adamczyk | 15.00 | 0.00 | 15.00 |
| 10/01/2008 | 331 | 090308:Photo ID:C.Harrold | 15.00 | 0.00 | 15.00 |
| 10/01/2008 | 331 | 081908:Photo ID:R.Holt | 15.00 | 0.00 | 15.00 |
| 10/01/2008 | 331 | 082108:Photo ID:D.Burshtan | 15.00 | 0.00 | 15.00 |
| 10/01/2008 | 331 | 090408:Photo ID:P.Contrucci | 15.00 | 0.00 | 15.00 |
| 10/01/2008 | 331 | 091508:Photo ID:C.Gardner | 15.00 | 0.00 | 15.00 |
| 10/01/2008 | 331 | 091508:Photo ID:M.Basch | 15.00 | 0.00 | 15.00 |
| 10/01/2008 | 331 | Tenant Request for 10/01/08 - 10/31 | 3,627.00 | 0.00 | 3,627.00 |



**STATEMENT**

| | | | | |
|---|---|---|---|---|
| **TENANCY:** | Lehman Brothers | | **STATEMENT DATE:** | 10/01/2008 |
| **ACCOUNT #:** | 7012 - 02600 - t0033032 | | | |

| | |
|---|---|
| **BILLING ADDRESS:** | **PROPERTY ADDRESS:** |
| Lehman Brothers<br>190 S LaSalle Street, 26th FL<br>Attention: Larry Holzman<br>Chicago, IL 60603 | 190 South LaSalle<br>Chicago, IL 60603<br><br>**Page 4 of 4** |

| DATE | CODE | DESCRIPTION | CHARGES/CREDIT AMOUNT | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| | | | | | |



Return this portion with your payment

If this statement is not correct, please call
(    ) immediately with your questions.

| | |
|---|---|
| **STATEMENT DATE:** | 10/01/2008 |
| **PROPERTY:** | 190 South LaSalle |
| **TENANT:** | Lehman Brothers |
| **ACCOUNT #:** | 7012 - 02600 - t0033032 |

**REMIT TO:**

CBRE Investors AAF Strategic Partners IV
190 South LaSalle
23549 Network Place
Chicago, IL 60673-1235

| AMOUNT DUE: | AMOUNT PAID: |
|---|---|
| **26,418.01** | |

| | |
|---|---:|
| Current | 6,252.40 |
| 30 Days | 20,165.61 |
| 60 Days | 0.00 |
| Over 90 Days | 0.00 |
| Amount Due | 26,418.01 |