# EXHIBIT B

# APPLICATION AND CERTIFICATION FOR PAYMENT

AIA DOCUMENT G702

PAGE ONE OF THREE

ATTN: MS. CHRISTINE WILDE
TO (OWNER): LEHMAN BROTHERS CORPORATE REAL ESTAT LEHMAN BROTHERS
1301 SIXTH AVENUE, 9th FLOOR
NEW YORK, NY 10019

PROJECT #: 248P013
190 S. LASALLE ST - 27th FLOOR
CHICAGO, ILLINOIS 60607

APPLICATION NO: FIVE (5)
PER/OD TO: 06/30/2008

Distribution to:
[X] OWNER
[X] ARCHITECT
[X] CONTRACTOR
[X] OWNER'S REP

FROM (CONTRACTOR):
CLUNE CONSTRUCTION COMPANY
10 S. LASALLE ST - SUITE 300
CHICAGO, IL 60603

(ARCHITECT): [ ]

CONTRACT FOR: GENERAL CONTRACTING SERVICES

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................ $ 2,169,046.00
2. Net change by Change Orders ........................ $ 11,821.00
3. CONTRACT SUM TO DATE (Line 1+2) ................. $ 2,180,867.00
4. TOTAL COMPLETED & STORED TO DATE ............. $ 2,180,867.00
   (Column G on G703)
5. RETAINAGE:
   a. ____ % of Completed Work          $ 0.00
      (Column D + E on G703)
   b. ____ % of Stored Material          $
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total of Column 1 in AIAG703) ...................... $ 0.00
6. TOTAL EARNED LESS RETAINAGE .................. $ 2,180,867.00
   (Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR
   PAYMENT (Line 6 from prior Certificate) ............ $ 1,933,083.00
8. CURRENT PAYMENT DUE .......................... $ 247,784.00
9. BALANCE TO FINISH, PLUS RETAINAGE ............ $ 0.00
   (Line 3 less Line 6)

### CHANGE ORDER SUMMARY

| | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Change Orders approved in previous months by Owner | | 11,937.00 |
| TOTAL | 207,006.00 | |
| Approved this Month | | |
| Number 4 / Date Approved | | 183,248.00 |
| TOTALS | 0.00 | 183,248.00 |
| Net change by Change Orders | 11,821.00 | |

The undersigned Contractor certifies that to the best to the best to the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: CLUNE CONSTRUCTION COMPANY, L.P.

By: _____   Date: 07/11/2008
Emmet F. Glynn - Managing Director

State of: ILLINOIS   County of:
Subscribed and sworn to before me this 11th day of July, 2008
Notary Public: _____
My Commission expires: 09-18-2011

OFFICIAL SEAL
AGNIESZKA BERRIOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/11

## ARCHITECT'S CERTIFICATE FOR PAYMENT

AMOUNT CERTIFIED ............ $ 247,784.00
(Attached explanation if amount certified differs from the amount applied for.)
ARCHITECT:
By: _____   Date: 7/21/2008
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

In accordance with the Contract Documents, based on on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AIA DOCUMENT G702 - APPLICATION AND CERTIFICATE FOR PAYMENT-MAY 1983 EDITION-AIA-©(1)1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G702-1983

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

APPLICATION NUMBER:
APPLICATION DATE: 07/11/2008
PERIOD TO: 06/30/2008
PROJECT NUMBER: 249P013

PAGE     OF  5  PAGES
FIVE (5)
LEHMAN BROTHERS 27th Fl.

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE PRELIMINARY | D WORK COMPLETED FROM PREVIOUS APPLICATION | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D + E + F) | % (G / C) | H BALANCE TO FINISH (C - G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| 02050 | DEMOLITION | 4,200.00 | 4,200.00 | 0.00 | 0.00 | 4,200.00 | 100.0% | 0.00 | 0.00 |
| 03000 | CONCRETE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | ERR | 0.00 | 0.00 |
| 04400 | STONE | 32,885.00 | 35,000.00 | (2,115.00) | 0.00 | 32,885.00 | 100.0% | 0.00 | 0.00 |
| 06400 | MILLWORK | 213,267.00 | 208,702.00 | 4,565.00 | 0.00 | 213,267.00 | 100.0% | 0.00 | 0.00 |
| 07250 | FIREPROOFING | 4,072.00 | 4,072.00 | 0.00 | 0.00 | 4,072.00 | 100.0% | 0.00 | 0.00 |
| 08700 | HARDWARE | 25,616.00 | 19,848.00 | 5,768.00 | 0.00 | 25,616.00 | 100.0% | 0.00 | 0.00 |
| 08600 | GLASS | 3,925.00 | 3,925.00 | 0.00 | 0.00 | 3,925.00 | 100.0% | 0.00 | 0.00 |
| 03250 | DRYWALL | 228,920.00 | 227,569.00 | 1,351.00 | 0.00 | 228,920.00 | 100.0% | 0.00 | 0.00 |
| 09300 | CERAMIC TILE | 10,053.00 | 10,053.00 | 0.00 | 0.00 | 10,053.00 | 100.0% | 0.00 | 0.00 |
| 09520 | PARTITIONS | 244,948.00 | 244,948.00 | 0.00 | 0.00 | 244,948.00 | 100.0% | 0.00 | 0.00 |
| 09680 | CARPET | 95,128.00 | 92,000.00 | 3,128.00 | 0.00 | 95,128.00 | 100.0% | 0.00 | 0.00 |
| 09900 | PAINTING | 63,590.00 | 52,823.00 | 10,767.00 | 0.00 | 63,590.00 | 100.0% | 0.00 | 0.00 |
| 10270 | ACCESS FLOORING | 106,520.00 | 104,858.00 | 1,662.00 | 0.00 | 106,520.00 | 100.0% | 0.00 | 0.00 |
| 11450 | APPLIANCES | 20,021.00 | 20,021.00 | 0.00 | 0.00 | 20,021.00 | 100.0% | 0.00 | 0.00 |
| 12500 | WINDOW TREATMENT | 5,105.00 | 5,105.00 | 0.00 | 0.00 | 5,105.00 | 100.0% | 0.00 | 0.00 |
| 15300 | FIRE PROTECTION | 38,838.00 | 38,838.00 | 0.00 | 0.00 | 38,838.00 | 100.0% | 0.00 | 0.00 |
| 15400 | PLUMBING | 23,365.00 | 23,365.00 | 0.00 | 0.00 | 23,365.00 | 100.0% | 0.00 | 0.00 |
| 15550 | H.V.A.C. | 381,404.00 | 380,461.00 | 943.00 | 0.00 | 381,404.00 | 100.0% | 0.00 | 0.00 |

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

PAGE    OF  3    PAGES

FIVE (5)

APPLICATION NUMBER:
APPLICATION DATE: 07/11/2008
PERIOD TO: 06/30/2008
PROJECT NUMBER: 249P013

LEHMAN BROTHERS 27th Fl

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE<br>PRELIMINARY | WORK COMPLETED<br>FROM PREVIOUS APPLICATION | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D + E + F) | %<br>(G / C) | BALANCE TO FINISH (C - G) | RETAINAGE |
| 16000 | ELECTRICAL | 429,678.00 | 425,166.00 | 4,512.00 | 0.00 | 429,678.00 | 100.0% | 0.00 | 0.00 |
| 17200 | FINAL CLEANING | 5,625.00 | 5,625.00 | 0.00 | 0.00 | 5,625.00 | 0.0% | 0.00 | 0.00 |
| 17500 | SURVEYS | 1,444.00 | 1,444.00 | 0.00 | 0.00 | 1,444.00 | 100.0% | 0.00 | 0.00 |
| 01250 | PROJECT LABOR | 53,449.00 | 50,000.00 | 3,449.00 | 0.00 | 53,449.00 | 100.0% | 0.00 | 0.00 |
| 01061 | PERMIT | 13,247.00 | 13,247.00 | 0.00 | 0.00 | 13,247.00 | 100.0% | 0.00 | 0.00 |
| 01901 | INSURANCE | 21,607.00 | 20,750.00 | 857.00 | 0.00 | 21,607.00 | 100.0% | 0.00 | 0.00 |
| 01000 | SUBTOTAL DIRECT COSTS | 2,026,907.00 | 1,992,020.00 | 34,887.00 | 0.00 | 2,026,907.00 | 100.0% | 0.00 | 0.00 |
|  | GENERAL CONDITIONS | 109,390.00 | 105,000.00 | 4,390.00 | 0.00 | 109,390.00 | 100.0% | 0.00 | 0.00 |
|  | SUBTOTAL D.C.'S + G.C.'S | 2,136,297.00 | 2,097,020.00 | 39,277.00 | 0.00 | 2,136,297.00 | 100.0% | 0.00 | 0.00 |
| 98000 | FEE | 44,570.00 | 43,000.00 | 1,570.00 | 0.00 | 44,570.00 | 100.0% | 0.00 | 0.00 |
|  | SUBTOTAL D.C.S + G.C'S | 2,180,867.00 | 2,140,020.00 | 40,847.00 | 0.00 | 2,180,867.00 | 100.0% | 0.00 | 0.00 |
| 98100 | CONTINGENCY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 |
|  | GRAND TOTAL | 2,180,867.00 | 2,140,020.00 | 40,847.00 | 0.00 | 2,180,867.00 | 100.0% | 0.00 | 0.00 |

AIA DOCUMENT G703 * APPLICATION AND CERTIFICATE FOR PAYMENT * MAY 1983 EDITION * AIA * (C) 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE

G703-1983

# FINAL WAIVER OF LIEN

STATE OF ILLINOIS

      SS

COUNTY OF COOK

GTY # _____

LOAN # _____

TO WHOM IT MAY CONCERN:

WHEREAS the undersigned has been employed by    LEHMAN BROTHERS

to furnish    GENERAL CONTRACTING SERVICES

for the premises known as    190 S. LASALLE ST. 27th FLOOR - CHICAGO, IL

of which    190 S. LASALLE LP       is the owner.

THE undersigned, for and in consideration of   TWO HUNDRED FORTY SEVEN THOUSAND SEVEN HUNDRED EIGHTY FOUR AND 00/100'S

($\*\*\*\*\*\*\*\*\* 247,784.00 )Dollars, and other good and valuable consideration, the receipt whereof is hereby acknowledged, do(es)

hereby waive and release any and all lien or claim of, or right to, lien, under the statutes of the State of Illinois, relating to mechanics' liens, with

respect to and on said above-described premises, and the improvements thereon, and on the material, fixtures, apparatus or machinery

furnished, and on the moneys, funds or other considerations due or to become due from the owner, on account of labor services, material,

fixtures, apparatus or machinery, furnished by the undersigned for the above-described premises.

Given under   MY      hand      and seal      this

11th      day of      JULY       , 2008

Signature and seal: _____

NOTE: All waivers must be for the full amount paid. If waiver is for a corporation, corporate name should be used, corporate seal affixed and
title of officer signing waiver should be set forth; if waiver is for a partnership, the partnership name should be used, partner should sign and
designate himself as partner.

---

## CONTRACTOR'S AFFIDAVIT

STATE OF ILLINOIS

      SS

COUNTY OF COOK

TO WHOM IT MAY CONCERN:

THE undersigned, being duly sworn, deposes and says that he is      EMEMTT F. GLYNN - MANAGING DIRECTOR

of the      Clune Construction Company

who is the contractor for the   GENERAL CONTRACTING SERVICES       work on the

building located at    190 S. LASALLE ST. 27th FLOOR - CHICAGO, IL

owned by    190 S. LASALLE LP

That the total amount of the contract including extras is   $    2,180,867.00 .    on which he has received payment

of $   1,933,083.00      prior to this payment. That all waivers are true, correct and genuine and delivered

unconditionally and that there is no claim either legal or equitable to defeat the validity of said waivers. That the following are the names of all

parties who have furnished material or labor, or both, for said work and all parties having contracts or subcontracts for specific portions of said

work or for material entering into the construction thereof and the amount due or to become due to each, and that the items mentioned include all

labor and material required to complete said work according to plans and specifications:

| NAMES (SEE ATTACHED SWORN STATEMENT) | WHAT FOR | CONTRACT PRICE | AMOUNT PAID | THIS PAYMENT | BALANCE DUE |
|---|---|---|---|---|---|
| | GENERAL | 2,180,867.00 | 1,933,083.00 | 247,784.00 | 0.00 |
| | CONTRACTING | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL LABOR AND MATERIAL TO COMPLETE | | 2,180,887.00 | 1,933,083.00 | 247,784.00 | 0.00 |

That there are no other contracts for said work outstanding, and that there is nothing due or to become due to any person for material, labor or
other work of any kind done upon or in connection with said work other than above stated.

Signed this   11th      day of      JULY       2008

Signature: _____

EMEMTT F. GLYNN - MANAGING DIRECTOR

Subscribed and sworn to before me this _____ day of      JULY       2008

OFFICIAL SEAL
AGNIESZKA BERRIOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/11

_Agnieszka Berrios_

SWORN STATEMENT FOR CONTRACTOR AND SUBCONTRACTOR TO OWNER

CLUNE CONSTRUCTION COMPANY
LEHMAN BROTHERS 27th FLOOR
PROJECT NO. 249P013

APPLICATION:   FIVE  (5)
DATE:   07/11/2008

STATE OF ILLINOIS COUNTY OF COOK                    )
                                                    )

THE AFFIANT, SUSAN F. SAUCEDO, BEING FIRST DULY SWORN, ON OATH DEPOSES AND SAYS THAT SHE IS A VICE PRESIDENT OF CLUNE CONSTRUCTION COMPANY, 10 S. LA SALLE STREET, CHICAGO, ILLINOIS, THAT HE HAS CONTRACTED WITH LEHMAN BROTHERS - FOR TENANT CONSTRUCTION SERVICES ON THE FOLLOWING DESCRIBED PREMISES IN SAID COUNTY,   TO W 190 S. LASALLE ST. 27th FLOOR - CHICAGO, IL.
OWNED BY:  190 S. LASALLE LP

THAT, FOR THE PURPOSE OF SAID CONTRACT, THE FOLLOWING PERSONS HAVE BEEN CONTRACTED WITH AND HAVE FURNISHED OR ARE FURNISHING AND PREPARING MATERIALS FOR AND HAVE DONE OR ARE DOING LABOR ON SAID IMPROVEMENT.  THAT THERE IS DUE AND TO BECOME DUE TO THEM, RESPECTIVELY. THE AMOUNTS SET OPPOSITE THEIR NAMES FOR MATERIALS OR LABOR AS STATED.  THAT THIS STATEMENT  IS A FULL, TRUE AND COMPLETE STATEMENT OF ALL SUCH PERSONS, AND OF THE AMOUNTS PAID:

| 1 TRADE | 2 SUBCONTRACTOR | 3 CONTRACT | 4 C.O.'S | 5 ADJ. TOTAL | 6 GROSS | 7 RETENTION | 8 PREV. PAID | 9 THIS PMT | 10 CONT. BAL. |
|---|---|---|---|---|---|---|---|---|---|
| 02050 | LVI | 4,200.00 | 0.00 | 4,200.00 | 4,200.00 | 0.00 | 3,780.00 | 420.00 | 0.00 |
| 04400 | STONE INSTALLATION | 35,000.00 | (2,115.00) | 32,885.00 | 32,885.00 | 0.00 | 31,500.00 | 1,385.00 | 0.00 |
| 06400 | HUBER CABINET WORKS | 196,000.00 | 17,267.00 | 213,267.00 | 213,267.00 | 0.00 | 187,832.00 | 25,435.00 | 0.00 |
| 07250 | FIREPROOFING | 2,000.00 | 2,072.00 | 4,072.00 | 4,072.00 | 0.00 | 3,665.00 | 407.00 | 0.00 |
| 08700 | ILLINI HARDWARE | 13,200.00 | 12,066.00 | 25,266.00 | 25,266.00 | 0.00 | 17,548.00 | 7,718.00 | 0.00 |
| 08700 | CLUNE CONSTRUCTION | 350.00 | 0.00 | 350.00 | 350.00 | 0.00 | 350.00 | 0.00 | 0.00 |
| 08800 | TRAINOR GLASS | 2,425.00 | 1,500.00 | 3,925.00 | 3,925.00 | 0.00 | 3,532.00 | 393.00 | 0.00 |
| 09250 | MCNULTY BROTHERS | 214,700.00 | 14,220.00 | 228,920.00 | 228,920.00 | 0.00 | 204,812.00 | 24,108.00 | 0.00 |
| 09300 | TROSTRUC MOSAIC | 11,000.00 | (947.00) | 10,053.00 | 10,053.00 | 0.00 | 9,048.00 | 1,005.00 | 0.00 |
| 09680 | OEC | 86,000.00 | 9,128.00 | 95,128.00 | 95,128.00 | 0.00 | 82,800.00 | 12,328.00 | 0.00 |
| 09900 | ANNING JOHNSON | 52,500.00 | 11,090.00 | 63,590.00 | 63,590.00 | 0.00 | 47,541.00 | 16,049.00 | 0.00 |
| 09510 | STEELCASE | 242,950.00 | 1,998.00 | 244,948.00 | 244,948.00 | 0.00 | 220,453.00 | 24,495.00 | 0.00 |
| 10270 | BRAVO INTERIORS | 103,592.00 | 2,928.00 | 106,520.00 | 106,520.00 | 0.00 | 94,372.00 | 12,148.00 | 0.00 |
| 11450 | CLUNE CONSTRUCTION | 12,365.00 | 7,656.00 | 20,021.00 | 20,021.00 | 0.00 | 18,019.00 | 2,002.00 | 0.00 |
| 12500 | MARVIN FEIG | 5,105.00 | 0.00 | 5,105.00 | 5,105.00 | 0.00 | 4,594.00 | 511.00 | 0.00 |
| 15300 | GREAT LAKES PLUMBING | 38,000.00 | 838.00 | 38,838.00 | 38,838.00 | 0.00 | 34,954.00 | 3,884.00 | 0.00 |
| 15400 | GREAT LAKES PLUMBING | 22,000.00 | 1,365.00 | 23,365.00 | 23,365.00 | 0.00 | 21,028.00 | 2,337.00 | 0.00 |
| 15500 | GT MECHANICAL | 214,000.00 | 17,034.00 | 231,034.00 | 231,034.00 | 0.00 | 207,931.00 | 23,103.00 | 0.00 |
| 15500 | SIEMENS | 134,327.00 | 0.00 | 134,327.00 | 134,327.00 | 0.00 | 120,894.00 | 13,433.00 | 0.00 |
| 15500 | ZONATHERM | 15,100.00 | 943.00 | 16,043.00 | 16,043.00 | 0.00 | 13,590.00 | 2,453.00 | 0.00 |
| 16000 | S&M ELECTRIC | 264,500.00 | 32,427.00 | 296,927.00 | 296,927.00 | 0.00 | 265,762.00 | 31,165.00 | 0.00 |
| 16000 | GIBSON ELECTRIC | 128,488.00 | 4,263.00 | 132,751.00 | 132,751.00 | 0.00 | 116,887.00 | 15,864.00 | 0.00 |
|  | CLUNE CONSTRUCTION - LABOR | 60,000.00 | (6,551.00) | 53,449.00 | 53,449.00 | 0.00 | 50,000.00 | 3,449.00 | 0.00 |
|  | CLUNE CONSTRUCTION - FINAL CLEAN | 5,625.00 | 0.00 | 5,625.00 | 5,625.00 | 0.00 | 5,625.00 | 0.00 | 0.00 |
|  | CLUNE CONSTRUCTION - SURVEYS | 1,444.00 | 0.00 | 1,444.00 | 1,444.00 | 0.00 | 1,444.00 | 0.00 | 0.00 |
| 01061 | CLUNE CONSTRUCTION - PERMIT | 13,247.00 | 0.00 | 13,247.00 | 13,247.00 | 0.00 | 13,247.00 | 0.00 | 0.00 |
| 01901 | CLUNE CONSTRUCTION - INSURANCE | 18,838.00 | 2,769.00 | 21,607.00 | 21,607.00 | 0.00 | 18,675.00 | 2,932.00 | 0.00 |
|  | CONTRACTS NOT LET | 18,907.00 | (18,907.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | DIRECT COST SUB-TOTAL: | 1,915,863.00 | 111,044.00 | 2,026,907.00 | 2,026,907.00 | 0.00 | 1,799,883.00 | 227,024.00 |  |
| 01000 | CLUNE-GENERAL CONDITIONS | 109,390.00 | 0.00 | 109,390.00 | 109,390.00 | 0.00 | 94,500.00 | 14,890.00 | 0.00 |
| 98000 | CLUNE-FEE | 40,505.00 | 4,065.00 | 44,570.00 | 44,570.00 | 0.00 | 38,700.00 | 5,870.00 | 0.00 |
| 98100 | CONTINGENCY | 103,288.00 | (103,288.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | TOTAL | 2,169,046.00 | 11,821.00 | 2,180,867.00 | 2,180,867.00 | 0.00 | 1,933,083.00 | 247,784.00 | 0.00 |

AMOUNT OF ORIGINAL CONTRACT:          2,169,046.00
    SCOPE CHANGE #01               (11,937.00)
    SCOPE CHANGE #02                20,110.00
    SCOPE CHANGE #03               186,896.00
    SCOPE CHANGE #04              (183,248.00)
    SCOPE CHANGE #05                     0.00

TOTAL CONTRACT                      2,180,867.00

TOTAL VALUE OF WORK COMPLETED TO DATE:          2,180,867.00
LESS RETAINAGE:

NET VALUE OF WORK COMPLETED TO DATE:            2,180,867.00

TOTAL AMOUNT PREVIOUSLY PAID:                   1,933,083.00

TOTAL AMOUNT OF CURRENT REQUEST:                247,784.00

BALANCE TO BECOME DUE:                          0.00

I AGREE TO FURNISH WAIVERS OF LIEN FOR ALL MATERIALS
UNDER MY CONTRACT WHEN DEMANDED

SIGNED
EMMETT F. GLYNN, MANAGING DIRECTOR

SUBSCRIBED AND SWORN BEFORE ME THIS
11th DAY OF JULY, 2008



NOTARY PUBLIC

OFFICIAL SEAL
AGNIESZKA BERRIOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/18/11

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

Pg 7 of 38

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: SIMI *Stone Installation*
TRADE DESCRIP.: 04400 - Stone

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: 5

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $35,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | |
| b. | PENDING APPROVAL | | ($2,115.00) |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $32,885.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $35,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | |
| b. | PENDING APPROVAL | | ($2,115.00) |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $32,885.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE  ( 10 %) | | $0.00 |
| 2. | PREVIOUS REQUESTS | | $31,500.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $31,500.00 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $1,385.00 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME: _____
ADDRESS: _____
SIGNED: _____

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | WM 7/1/08 |
| PROJ. EXEC. | 7/14 |
| CURRENT GROSS    $ | |

## CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: *Lehman Brothers 27th Floor*
SUBCONTRACTOR: *Huber*
TRADE DESCRIP.: *06400 - Millwork*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $196,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $17,267.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $213,267.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $196,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $17,267.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $213,267.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE ( 10 %) | | $0.00 |
| 2. | PREVIOUS REQUESTS | | $187,831.80 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $187,831.80 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $25,435.20 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:

SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | 2/1 |
| PROJ. EXEC. | 7/14 |
| CURRENT GROSS    $ | |

# CLUNE CONSTRUCTION COMPANY
### Pg 9 of 38
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Clune*
TRADE DESCRIP.: *07250 - Fireproofing*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $2,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $2,072.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $4,072.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $2,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $2,072.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $4,072.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE  ( 10 % ) | | $0.00 |
| 2. | PREVIOUS REQUESTS | | $3,665.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $3,665.00 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $407.00 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:
SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | | |
|---|---|---|
| PROJ. ACCT. | | |
| PROJ. MGR. | | 7/1 |
| PROJ. EXEC. | | 7/1 |
| CURRENT GROSS    $ | | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Illini*
TRADE DESCRIP.: *08700 - Hardware*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $13,200.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $12,066.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $25,266.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $13,200.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $12,066.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $25,266.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE ( 10 % ) | | $0 |
| 2. | PREVIOUS REQUESTS | | 17,543  $21,895.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | 17,543  $21,895 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | | |
|---|---|---|
| | | $3,371 |

7718

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:
SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | | |
|---|---|---|
| PROJ. ACCT. | | |
| PROJ. MGR. | | |
| PROJ. EXEC. | | |
| CURRENT GROSS  $ | | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Trainor*
TRADE DESCRIP.: *08800 - Glass*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $2,425.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $1,500.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $3,925.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $2,425.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $1,500.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $3,925.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE   ( 10 % ) | | $0 |
| 2. | PREVIOUS REQUESTS | | $3,532.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $3,532 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | | |
|---|---|---|
| | | $393 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:

SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | |
| PROJ. EXEC. | |
| CURRENT GROSS    $ | |

**CLUNE CONSTRUCTION COMPANY**
**APPLICATION FOR PAYMENT**

PROJECT: *Lehman Brothers 27th Floor*
SUBCONTRACTOR: *McNulty*
TRADE DESCRIP.: *09250 - Drywall*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $214,700.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $14,220.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $228,920.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $214,700.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $14,220.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $228,920.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE   ( 10 % ) | | $0 |
| 2. | PREVIOUS REQUESTS | | $204,812.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $204,812 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | | |
|---|---|---|
| | | $24,108 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME: _____
ADDRESS: _____
SIGNED: _____

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | Wm 7/1 |
| PROJ. EXEC. | 7/14 |
| CURRENT GROSS     $ | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Trostrud Mosaic*
TRADE DESCRIP.: *09300 - Ceramic*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**
| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $11,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | ($947.00) |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $10,053.00 |

**B. VALUE OF WORK COMPLETE**
| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $11,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | ($947.00) |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $10,053.00 |

**C. PAYMENTS AND RETENTION**
| | | | |
|---|---|---|---|
| 1. | RETAINAGE ( 10 % ) | | $0 |
| 2. | PREVIOUS REQUESTS | | $9,048.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $9,048 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )      $1,005

**E. AUTHORIZATION OF WORK COMPLETE:**
CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:
SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | 7/1 |
| PROJ. EXEC. | 7/14 |
| CURRENT GROSS   $ | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Steelcase*
TRADE DESCRIP.: *09520 - Demountable Partitions*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $242,950.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $1,998.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $244,948.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $242,950.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $1,998.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $244,948.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE ( 10 %) | | $0 |
| 2. | PREVIOUS REQUESTS | | $220,453.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $220,453 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $24,495 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:

SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | *hm 7/1* |
| PROJ. EXEC. | *1h 7/14* |
| CURRENT GROSS    $ | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *OEC*
TRADE DESCRIP.: *09680 - Flooring*

APPLICATION DATE: *30-Jun-06*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $86,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $9,128.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $95,128.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $86,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $9,128.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $95,128.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE  ( 10 %) | | $0 |
| 2. | PREVIOUS REQUESTS | | $82,800.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $82,800 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $12,328 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME: _____
ADDRESS: _____
SIGNED: _____

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | | |
|---|---|---|
| PROJ. ACCT. | | |
| PROJ. MGR. | | |
| PROJ. EXEC. | | |
| CURRENT GROSS    $ | | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Anning-Johnson*
TRADE DESCRIP.: *09900-Painting*

APPLICATION DATE: *31-May-08*
FOR PERIOD ENDING: *31-May*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $52,500.00 |
| 2. | CHANGE ORDERS | | |
| | a. APPROVED | | $11,090.00 |
| | b. PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $63,590.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $52,500.00 |
| 2. | CHANGE ORDERS | | |
| | a. APPROVED | | $11,090.00 |
| | b. PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $63,590.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE ( 10 % ) | | $0 |
| 2. | PREVIOUS REQUESTS | | $47,541.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $47,541 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $16,049 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:

SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | | |
|---|---|---|
| PROJ. ACCT. | | |
| PROJ. MGR. | *vm* | 7/1 |
| PROJ. EXEC. | *Cb* | 7/14 |
| **CURRENT GROSS** | **$** | |

## CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Bravo*
TRADE DESCRIP.: *10270 - Access Floor*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

### A. CONTRACT VALUES

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $103,592.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $2,928.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $106,520.00 |

### B. VALUE OF WORK COMPLETE

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $103,592.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $2,928.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $106,520.00 |

### C. PAYMENTS AND RETENTION

| | | | |
|---|---|---|---|
| 1. | RETAINAGE   ( 10 %) | | $0 |
| 2. | PREVIOUS REQUESTS | | $94,372.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $94,372 |

### D. BALANCE DUE FOR PAYMENT AT THIS REQUEST
( B3 LESS C3 )

| | |
|---|---|
| | $12,148 |

### E. AUTHORIZATION OF WORK COMPLETE:

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME: _____
ADDRESS: _____

SIGNED: _____

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | 7/1 |
| PROJ. EXEC. | 7/17 |
| CURRENT GROSS    $ | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Plass*
TRADE DESCRIP.: *11450 - Appliances*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A.  CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $12,365.00 |
| 2. | CHANGE ORDERS | | |
| | a.  APPROVED | | $7,656.00 |
| | b.  PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $20,021.00 |

**B.  VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $12,365.00 |
| 2. | CHANGE ORDERS | | |
| | a.  APPROVED | | $7,656.00 |
| | b.  PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $20,021.00 |

**C.  PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE  ( 10 %) | | $0 |
| 2. | PREVIOUS REQUESTS | | $18,018.90 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $18,019 |

**D.  BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $2,002 |

**E.  AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:
SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | |
| PROJ. EXEC. | |
| CURRENT GROSS    $ | |

**CLUNE CONSTRUCTION COMPANY**
**APPLICATION FOR PAYMENT**

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Marvin Feig*
TRADE DESCRIP.: *12500 - Window Treatment*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. _CONTRACT VALUES_**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $5,105.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $0.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $5,105.00 |

**B. _VALUE OF WORK COMPLETE_**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $5,105.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $0.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $5,105.00 |

**C. _PAYMENTS AND RETENTION_**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE   ( 10 %) | | $0 |
| 2. | PREVIOUS REQUESTS | | $4,595.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $4,595 |

**D. _BALANCE DUE FOR PAYMENT AT THIS REQUEST_**
( B3 LESS C3)

| | | |
|---|---|---|
| | | $51 |

**E. _AUTHORIZATION OF WORK COMPLETE:_**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:
SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | |
| PROJ. EXEC. | |
| CURRENT GROSS     $ | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

Pg 20 of 38

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *GLPH*
TRADE DESCRIP.: *15300 - Fire Protection*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

### A. CONTRACT VALUES

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $38,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $838.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $38,000.00 |

### B. VALUE OF WORK COMPLETE

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $38,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $838.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $38,838.00 |

### C. PAYMENTS AND RETENTION

| | | | |
|---|---|---|---|
| 1. | RETAINAGE   ( 10 % ) | | $0 |
| 2. | PREVIOUS REQUESTS | | $34,954.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $34,954 |

### D. BALANCE DUE FOR PAYMENT AT THIS REQUEST
( B3 LESS C3 )

| | |
|---|---|
| | $3,884 |

### E. AUTHORIZATION OF WORK COMPLETE:

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME: _____
ADDRESS: _____

SIGNED: _____

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | | |
|---|---|---|
| PROJ. ACCT. | | |
| PROJ. MGR. | | |
| PROJ. EXEC. | | |
| CURRENT GROSS    $ | | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Great Lakes Plumbing*
TRADE DESCRIP.: *15400 - Plumbing*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *4*

|  | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $22,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $1,365.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $23,365.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $22,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $1,365.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $23,365.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE  ( 10 %) | | $0 |
| 2. | PREVIOUS REQUESTS | | $21,028.20 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $21,028 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $2,337 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME: _____
ADDRESS: _____

SIGNED: _____

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | w.m  7/1 |
| PROJ. EXEC. | 7/14 |
| CURRENT GROSS    $ | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *GT Mechanical*
TRADE DESCRIP.: *15500 - HVAC*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

### A. CONTRACT VALUES

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $214,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $17,034.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $231,034.00 |

### B. VALUE OF WORK COMPLETE

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $214,000.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $17,034.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b ) | | $231,034 |

### C. PAYMENTS AND RETENTION

| | | | |
|---|---|---|---|
| 1. | RETAINAGE ( 10 % ) | | $0 |
| 2. | PREVIOUS REQUESTS | | $207,971.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $207,971 |

*207.931*

### D. BALANCE DUE FOR PAYMENT AT THIS REQUEST
( B3 LESS C3 )

| | |
|---|---|
| | $23,063 |

*23,103*

*1/7.21.04*

### E. AUTHORIZATION OF WORK COMPLETE:

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:

SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | | |
|---|---|---|
| PROJ. ACCT. | | |
| PROJ. MGR. | *wm 7/1* | |
| PROJ. EXEC. | *us 7/1* | |
| CURRENT GROSS   $ | | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Siemens*
TRADE DESCRIP.: *15500 - HVAC*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**
1. BASE CONTRACT AMOUNT — $134,327.00
2. CHANGE ORDERS
   a. APPROVED — $0.00
   b. PENDING APPROVAL
3. TOTAL OF ABOVE ( A1 + A2a + A2b ) — $134,327.00

**B. VALUE OF WORK COMPLETE**
1. BASE CONTRACT AMOUNT — $134,327.00
2. CHANGE ORDERS
   a. APPROVED — $0.00
   b. PENDING APPROVAL
3. TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) — $134,327

**C. PAYMENTS AND RETENTION**
1. RETAINAGE ( 10 % ) — $0
2. PREVIOUS REQUESTS — $120,894.00
3. TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) — $120,894

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 ) — $13,433

**E. AUTHORIZATION OF WORK COMPLETE:**
CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:

SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | |
| PROJ. EXEC. | |
| CURRENT GROSS $ | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Liebert*
TRADE DESCRIP.: *15500 - HVAC*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

### A. CONTRACT VALUES

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $16,043.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $0.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $16,043.00 |

### B. VALUE OF WORK COMPLETE

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $16,043.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $0.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $16,043 |

### C. PAYMENTS AND RETENTION

| | | | |
|---|---|---|---|
| 1. | RETAINAGE  ( 10 %) | | $0 |
| 2. | PREVIOUS REQUESTS | | $13,590.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $13,590 |

### D. BALANCE DUE FOR PAYMENT AT THIS REQUEST
( B3 LESS C3 )

| | |
|---|---|
| | $2,453 |

### E. AUTHORIZATION OF WORK COMPLETE:

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:
SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | |
| PROJ. EXEC. | |
| CURRENT GROSS     $ | |

# CLUNE CONSTRUCTION COMPANY
Pg 25 of 38
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *S&M*
TRADE DESCRIP.: *16000 - Electrical*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $264,500.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $32,427.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $296,927.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $264,500.00 |
| 2. | CHANGE ORDERS | | |
| a. | APPROVED | | $32,427.00 |
| b. | PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $296,927.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE ( 10 %) | | $0.00 |
| 2. | PREVIOUS REQUESTS | | $265,762.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $265,762.00 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $31,165.00 |

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME: _____
ADDRESS: _____
_____
SIGNED: _____

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | |
|---|---|
| PROJ. ACCT. | |
| PROJ. MGR. | lwn 7/ |
| PROJ. EXEC. | lb  7/14 |
| CURRENT GROSS    $ | |

# CLUNE CONSTRUCTION COMPANY
## APPLICATION FOR PAYMENT

PROJECT: **Lehman Brothers 27th Floor**
SUBCONTRACTOR: *Gibson*
TRADE DESCRIP.: *16000 - Electrical*

APPLICATION DATE: *30-Jun-08*
FOR PERIOD ENDING: *30-Jun*
PAYMENT REQUEST NO.: *5*

| | SUBCONTRACTOR USE ONLY | CLUNE CONSTRUCTION USE ONLY (DO NOT WRITE IN THIS COLUMN) |
|---|---|---|

**A. CONTRACT VALUES**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $128,488.00 |
| 2. | CHANGE ORDERS | | |
| | a. APPROVED | | $4,263.00 |
| | b. PENDING APPROVAL | | |
| 3. | TOTAL OF ABOVE ( A1 + A2a + A2b ) | | $128,488.00 |

**B. VALUE OF WORK COMPLETE**

| | | | |
|---|---|---|---|
| 1. | BASE CONTRACT AMOUNT | | $128,488.00 |
| 2. | CHANGE ORDERS | | |
| | a. APPROVED | | $4,263.00 |
| | b. PENDING APPROVAL | | |
| 3. | TOTAL VALUE OF WORK COMPLETE ( B1 + B2a + B2b) | | $132,751.00 |

**C. PAYMENTS AND RETENTION**

| | | | |
|---|---|---|---|
| 1. | RETAINAGE ( 10 % ) | | |
| 2. | PREVIOUS REQUESTS | | $0.00 |
| 3. | TOTAL PAYMENTS AND RETENTION. ( C1 + C2 ) | | $116,887.20 |
| | | | $116,887.20 |

**D. BALANCE DUE FOR PAYMENT AT THIS REQUEST**
( B3 LESS C3 )

| | |
|---|---|
| | $15,863.90 |

15,864

**E. AUTHORIZATION OF WORK COMPLETE:**

CERTIFICATION THAT THE ABOVE AMOUNTS ARE CORRECT AND JUST, AND THAT PAYMENT THEREFORE HAS NOT BEEN RECEIVED

SUBCONTRACTOR / VENDOR:
NAME:
ADDRESS:

SIGNED:

CLUNE CONSTRUCTION COMPANY:

| AUTHORIZATION | | |
|---|---|---|
| PROJ. ACCT. | | |
| PROJ. MGR. | | |
| PROJ. EXEC. | | |
| CURRENT GROSS $ | | |

**CLUNE**
*Construction Company*

09/15/2008

LEHMAN BROTHERS
190 S. LaSalle Street
Chicago, Illinois
60603

Invoice #249P017 - #1

Re:      **LEHMAN BROTHERS**
         **190 S. LASALLE**
         **CHICAGO, ILLINOIS  60603**
         **23rd FLOOR ALTERATIONS**

Attention:  Mr. Larry Holzman

## I N V O I C E

Lehman Brothers - 23rd Floor Alterations

| | |
|---|---:|
| Original Contract Sum | $152,276.00 |
| Net Change Orders | 0.00 |
| Contract Sum to Date | $152,276.00 |

| | |
|---|---:|
| Total Work Completed and Stored | $152,276.00 |
| Less:  Retention | 0.00 |
| Total Earned Less Retainage | $152,276.00 |
| Less:  Previous Payments | 0.00 |
| **CURRENT PAYMENT DUE** | $152,276.00 |

Please remit to:   Clune Construction Company, L.P.
                   10 South LaSalle Street - Suite 300
                   Chicago IL  60603

                   Attention:  Emmett F. Glynn

10 South LaSalle Street   Suite 300
Chicago, Illinois 60603
Tel 312-726-6103   Fax 312-419-8139

350 South Grand Avenue   Suite 1670
Los Angeles, California 90071
Tel 213-473-1500   Fax 213-473-1515
Ca. Lic #732107

September 30th, 2008

Craig Matuszewski
CB Richard Ellis/Asset Services
190 South LaSalle Street, Suite 400
Chicago, IL  60603

**Ted Moudis Associates**

Re: Outstanding Invoices – Lehman Brothers

Dear Mr. Matuszewski,

As per my conversation with Ted Moudis, I am contacting you regarding several outstanding invoices we have with Lehman Brothers.  We are the architects on record for Lehman Brothers and performed services for them at 190 South LaSalle Street, 23rd & 27th floors.

NEW YORK i CHICAGO

Enclosed you will find a **"Statement of Account"** for Ted Moudis Associates, Inc., along with copies of each invoice.

Any assistance you may provide is greatly appreciated.  If you need additional information, please feel free to contact me.

Thank you for your attention to this matter.

Sincerely,

Benjamin Chan
Controller

cc: Ted Moudis

**TED MOUDIS ASSOCIATES, INC.**
**SCHEDULE OF OUTSTANDING INVOICES**
**LEHMAN BROTHERS - CHICAGO**
**As of SEPTEMBER 19, 2008**

| Project # | Description | Location | Inv Num | Inv Date | Inv Amt | Fee | | Reimb | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TMA Fee | Consult | Dig'l Prnts | Msngr | Fax/Copies | Trav |
| 107320.02 | Rev to Constr Drawings BLT #2&#3 | 190 S LaSalle-27th fl | 42051 | 5/23/2008 | 5,350.00 | 5,350.00 | | | | | |
| 107320.03 | Rev to Constr Drawings BLT #5 | 190 S LaSalle-27th fl | 42052 | 5/23/2008 | 6,505.46 | 6,500.00 | | 5.46 | | | |
| 107333.01 | Renovate Selected Restack | 190 S LaSalle-27th fl | 42141 | 5/23/2008 | 58,772.50 | 37,913.76 | 19,700.00 | 1,064.00 | 55.74 | 13.00 | 164 |
| 107333.01 | Renovate Selected Restack | 190 S LaSalle-27th fl | 42360 | 6/27/2008 | 852.28 | 249.54 | | 421.49 | 15.00 | 1.81 | 165 |
| 107333.02 | Revisions to Doc & Coordinate | 190 S LaSalle-27th fl | 42236 | 6/27/2008 | 6,203.08 | 4,850.00 | 1,350.00 | 2.95 | | 0.13 | |
| 107333.03 | Convert Office | 190 S LaSalle-27th fl | 42612 | 8/22/2008 | 3,991.98 | 2,750.00 | 850.00 | 353.32 | 37.53 | 1.13 | |
| 107333.04 | Scheduled Extension | 190 S LaSalle-23rd fl | 42613 | 8/22/2008 | 4,398.18 | 4,375.00 | | 23.03 | | 0.15 | |
| 107333.04 | Scheduled Extension | 190 S LaSalle-23rd fl | 42743 | 9/15/2008 | 4,405.81 | 4,375.00 | | 22.49 | | 8.32 | |
| **Total Amount Due** | | | | | **90,479.29** | 66,363.30 | 21,900.00 | 1,892.74 | 108.27 | 24.54 | |

# Ted Moudis
# Associates

ARCHITECTURE
INTERIOR DESIGN

NEW YORK | CHICAGO

79 Madison Avenue
New York, NY 10016
212 368 4008
Fax 212.561 2020

One Financial Place
440 South LaSalle Street
Chicago, IL 60605
312.563.9130
Fax 312.563 0138

| | |
|---|---|
| TO: | Mr. Matthew Behrens<br>Vice President, Corporate Real Estate<br>Lehman Brothers Inc.<br>1301 Sixth Avenue, 9th Floor<br>New York, NY 10019 | DATE:   May 23, 2008<br><br>INVOICE NO:       42051 |

SUBJECT:      Project No: 107320.02
Lehman Brothers
Revisions to Const. Drawings, BLT #2&#3
190 S. LaSalle Street, 27th Floor
Chicago, IL

For Professional Services Rendered on above Referenced Project from April 1, 2008 thru April 30, 2008

| Description | Contract Amount | % Work To Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| Upon Approval | 2,675.00 | 100.00% | 2,675.00 | 0.00 | 2,675.00 |
| Upon Completion | 2,675.00 | 100.00% | 2,675.00 | 0.00 | 2,675.00 |
| Total Fixed Fee | 5,350.00 | | 5,350.00 | 0.00 | 5,350.00 |
| **Total Fees** | | | | | **$5,350.00** |

| | |
|---|---|
| **INVOICE TOTAL** | **$5,350.00** |

# Ted Moudis
## Associates

ARCHITECTURE
INTERIOR DESIGN

NEW YORK, CHICAGO

79 Madison Avenue
New York, NY 10016
212.308.1000
Fax 212.561.2020

One Financial Place
440 South LaSalle Street
Chicago, IL 60605
312.563.1130
Fax 312.563.0138

TO:  Mr. Matthew Behrens
Vice President, Corporate Real Estate
Lehman Brothers Inc.
1301 Sixth Avenue, 9th Floor
New York, NY 10019

DATE:  May 23, 2008

INVOICE NO:    42052

SUBJECT:  Project No: 107320.03
Lehman Brothers
Revisions to Const. Drawings, BLT #5
190 S. LaSalle Street, 27th Floor
Chicago, IL

For Professional Services Rendered on above Referenced Project from April 1, 2008 thru April 30, 2008

| Description | Contract Amount | % Work To Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| Upon Approval | 3,250.00 | 100.00% | 3,250.00 | 0.00 | 3,250.00 |
| Upon Completion | 3,250.00 | 100.00% | 3,250.00 | 0.00 | 3,250.00 |
| Total Fixed Fee | 6,500.00 | | 6,500.00 | 0.00 | 6,500.00 |
| Total Fees | | | | | $6,500.00 |

Reimbursable Expenses:

| | | | | | |
|---|---|---|---|---|---|
| Digital Prints | | | | 5.46 | |
| Total Reimbursables | | | | | $5.46 |

INVOICE TOTAL                                         $6,505.46

# Ted Moudis
# Associates

ARCHITECTURE
INTERIOR DESIGN

NEW YORK | CHICAGO

79 Madison Avenue
New York, NY 10016
212.308.4000
Fax 212.561.2020

One Financial Place
440 South LaSalle Street
Chicago, IL 60605
312.663.0130
Fax 312.663.0133

TO:    Mr. Matthew Behrens
       Vice President, Corporate Real Estate
       Lehman Brothers, Inc.
       1301 Sixth Avenue, 9th Floor
       New York, NY 10019

DATE:  May 23, 2008

INVOICE NO:    42141

SUBJECT:    Project No: 107333.01
            Lehman Brothers
            Renovate Selected Restack Option
            190 S. LaSalle Street, Flrs 23, 24, & 27
            Chicago, IL

107333.01 A, C, D, E

For Professional Services Rendered on above Referenced Project from September 1, 2007 thru May 31, 2008

| Description | Contract Amount | % Work To Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| Upon Approval | 4,990.80 | 100.00% | 4,990.80 | 0.00 | 4,990.80 |
| Programming | 4,990.80 | 100.00% | 4,990.80 | 0.00 | 4,990.80 |
| Prelim Design | 7,486.20 | 100.00% | 7,486.20 | 0.00 | 7,486.20 |
| Design Dev | 12,477.00 | 100.00% | 12,477.00 | 0.00 | 12,477.00 |
| Contract Docs | 14,972.38 | 100.00% | 14,972.38 | 0.00 | 14,972.38 |
| Project Admin | 4,990.80 | 10.00% | 499.08 | 0.00 | 499.08 |
| Total Fixed Fee | 49,907.98 | | 45,416.26 | 0.00 | 45,416.26 |

107333.01B

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Maribeth Schwind | Associate | 9.50 | 210.00 | $1,995.00 |
| Diana Pisone | Design Manager | 29.50 | 175.00 | $5,162.50 |
| Brooke Leibow | Designer | 8.00 | 105.00 | $840.00 |
| Jenny Favor | Designer | 32.00 | 105.00 | $3,360.00 |
| Alexis Furrule | Designer | 8.00 | 105.00 | $840.00 |
| Total Labor Fee | | | | $12,197.50 |

Total Fixed Fee and Labor Fee                                    $57,613.76

# Ted Moudis
# Associates

ARCHITECTURE
INTERIOR DESIGN

NEW YORK | CHICAGO

79 Madison Avenue
New York, NY 10016
212.203.4000
Fax 212.561.2029

One Financial Place
440 South LaSalle Street
Chicago, IL 60605
312.663.9130
Fax 312.663.9138

Reimbursable Expenses:

| | | |
|---|---:|---:|
| Digital Prints | 1,064.00 | |
| Messenger Services | 55.74 | |
| Fax/Copies/Etc. | 13.00 | |
| Transportation | 26.00 | |
| Total Reimbursables | | 1,158.74 |

TOTAL DUE                                   $58,772.50

PROJECT SUMMARY:        107333.01B

| | |
|---|---:|
| Not-to-Exceed Fees | $12,350.00 |
| Fees to Date | $12,197.50 |
| Credit to Date | $0.00 |
| Total Fees Billed to Date | $12,197.50 |
| Total Reimbursables billed to date | $1,158.74 |

O:   Mr. Matthew Behrens     DATE:  June 27, 2008
     Vice President, Corporate Real Estate
     Lehman Brothers Inc.       INVOICE NO:  42360
     1301 Sixth Avenue, 9th Floor
     New York, NY 10019

JBJECT:  Project No: 107333.01
     Lehman Brothers
     Renovate Selected Restack Option
     190 S. LaSalle Street, Flrs 23, 24, & 27
     Chicago, IL

r Professional Services Rendered on above Referenced Project from May 1, 2008 thru May 31, 2008

| scription | Contract Amount | % Work To Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| on Approval | 4,990.80 | 100.00% | 4,990.80 | 4,990.80 | 0.00 |
| gramming | 4,990.80 | 100.00% | 4,990.80 | 4,990.80 | 0.00 |
| lim Design | 7,486.20 | 100.00% | 7,486.20 | 7,486.20 | 0.00 |
| sign Dev | 12,477.00 | 100.00% | 12,477.00 | 12,477.00 | 0.00 |
| ntract Docs | 14,972.38 | 100.00% | 14,972.38 | 14,972.38 | 0.00 |
| ject Admin | 4,990.80 | 15.00% | 748.62 | 499.08 | 249.54 |
| tal Fixed Fee | 49,907.98 | | 45,665.80 | 45,416.26 | 249.54 |
| tal Fees | | | | | $249.54 |

imbursable Expenses:

| | |
|---|---|
| gital Prints | 421.49 |
| essenger Services | 15.00 |
| /Copies/Etc. | 1.81 |
| nsultant Expenses | 164.44 |
| tal Reimbursables | $602.74 |

VOICE TOTAL         $852.28

# Ted Moudis Associates

79 Madison Avenue
New York, NY 10016
212.308.4000
Fax 212.361.2020

ARCHITECTURE
INTERIOR DESIGN

One Financial Place
440 South LaSalle Street
Chicago, IL 60605
312.663.0130
Fax 312.663.0138

NEW YORK | CHICAGO

TO:

Mr. Matthew Behrens
Vice President, Corporate Real Estate
Lehman Brothers Inc.
1301 Sixth Avenue, 9th Floor
New York, NY 10019

DATE:   June 27, 2008

INVOICE NO:   42236

SUBJECT:

Project No: 107333.02
Lehman Brothers
Revisions to Doc & Coordinate Bulletin 1
190 S. LaSalle Street, 27th Floor
Chicago, IL

For Professional Services Rendered on above Referenced Project from May 1, 2008 thru May 31, 2008

| Description | Contract Amount | % Work To Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| Upon Approval | 3,100.00 | 100.00% | 3,100.00 | 0.00 | 3,100.00 |
| Upon Completion | 3,100.00 | 100.00% | 3,100.00 | 0.00 | 3,100.00 |
| Total Fixed Fee | 6,200.00 | | 6,200.00 | 0.00 | 6,200.00 |
| Total Fees | | | | | $6,200.00 |

Reimbursable Expenses:

| | | | | | |
|---|---|---|---|---|---|
| Digital Prints | | | | 2.95 | |
| Fax/Copies/Etc. | | | | 0.13 | |
| Total Reimbursables | | | | | $3.08 |

INVOICE TOTAL

$6,203.08

O:        Mr. Matthew Behrens                     DATE:   August 22, 2008
                Vice President, Corporate Real Estate
                Lehman Brothers Inc.                 INVOICE NO:     42612
                1301 Sixth Avenue, 9th Floor
                New York, NY 10019

JBJECT:     Project No: 107333.03
                Lehman Brothers
                Convert Office to Remote PC Equipt Room
                190 S. LaSalle Street, 27th Floor
                Chicago, IL

r Professional Services Rendered on above Referenced Project from July 1, 2008 thru July 31, 2008

| escription | Contract Amount | % Work To Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| on Approval | 1,800.00 | 100.00% | 1,800.00 | 0.00 | 1,800.00 |
| on Completion | 1,800.00 | 100.00% | 1,800.00 | 0.00 | 1,800.00 |
| tal Fixed Fee | 3,600.00 | | 3,600.00 | 0.00 | 3,600.00 |
| tal Fees | | | | | $3,600.00 |

eimbursable Expenses:

| | | |
|---|---|---|
| gital Prints | 353.32 | |
| essenger Services | 37.53 | |
| x/Copies/Etc. | 1.13 | |
| tal Reimbursables | | $391.98 |

VOICE TOTAL                          $3,991.98

# Ted Moudis Associates

79 Madison Avenue
New York, NY 10016
212.368.1000
Fax 212.367.2020

ARCHITECTURE
INTERIOR DESIGN

One Financial Place
440 South LaSalle Street
Chicago, IL 60605
312.663.0130
Fax 312.563.0158

NEW YORK | CHICAGO

TO:     Mr. Matthew Behrens
Vice President, Corporate Real Estate
Lehman Brothers Inc.
1301 Sixth Avenue, 9th Floor
New York, NY 10019

DATE:     August 22, 2008

INVOICE NO:     42613

SUBJECT:     Project No: 107333.04
Lehman Brothers
Schedule Extension to 09/05/08 (8 Weeks)
190 S. LaSalle Street, Partial 23rd Flr
Chicago, IL

For Professional Services Rendered on above Referenced Project from July 1, 2008 thru July 31, 2008

| Description | Contract Amount | % Work To Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| Upon Approval | 4,375.00 | 100.00% | 4,375.00 | 0.00 | 4,375.00 |
| Upon Completion | 4,375.00 | 0.00% | 0.00 | 0.00 | 0.00 |
| Total Fixed Fee | 8,750.00 | | 4,375.00 | 0.00 | 4,375.00 |
| Total Fees | | | | | $4,375.00 |

Reimbursable Expenses:

| | | | | | |
|---|---|---|---|---|---|
| Digital Prints | | | | 23.03 | |
| Fax/Copies/Etc. | | | | 0.15 | |
| Total Reimbursables | | | | | $23.18 |

INVOICE TOTAL     $4,398.18

Ted Moudis
Associates

New York, NY 10016
212.308.1000
Fax 212.561.3020

ARCHITECTURE
INTERIOR DESIGN

One Financial Place
440 South LaSalle Street
Chicago, IL 60605
312.663.9130
Fax 312.663.9138

NEW YORK | CHICAGO

TO:       Mr. Matthew Behrens                           DATE:    September 15, 2008
          Vice President, Corporate Real Estate
          Lehman Brothers Inc.                           INVOICE NO:      42743
          1301 Sixth Avenue, 9th Floor
          New York, NY 10019

SUBJECT:  Project No: 107333.04
          Lehman Brothers
          Schedule Extension to 09/05/08 (8 Weeks)
          190 S. LaSalle Street, Partial 23rd Flr
          Chicago, IL

For Professional Services Rendered on above Referenced Project from August 1, 2008 thru August 1, 2008

| Description | Contract Amount | % Work To Date | Amount Billed | Previous Billed | This Inv Billed |
|---|---|---|---|---|---|
| Upon Approval | 4,375.00 | 100.00% | 4,375.00 | 4,375.00 | 0.00 |
| Upon Completion | 4,375.00 | 100.00% | 4,375.00 | 0.00 | 4,375.00 |
| Total Fixed Fee | 8,750.00 | | 8,750.00 | 4,375.00 | 4,375.00 |
| Total Fees | | | | | $4,375.00 |

Reimbursable Expenses:

| | | | | | |
|---|---|---|---|---|---|
| Digital Prints | | | | 22.49 | |
| Fax/Copies/Etc. | | | | 8.32 | |
| Total Reimbursables | | | | | $30.81 |

INVOICE TOTAL                                                                          $4,405.81