# **<u>EXHIBIT 1</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- x
In re:                                                   :   Chapter 11 Case
                                                         :
LEHMAN BROTHERS HOLDINGS INC., et al.                    :   No. 08-13555 (JMP)
                                                         :
                                                         :   Jointly Administered
                       Debtors.                          :
--------------------------------------------------------- x

**ORDER, UNDER 11 U.S.C. §§ 105(a) AND 1103(c) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, AUTHORIZING AND DIRECTING RULE 2004 DISCOVERY OF JPMORGAN CHASE BANK, N.A.**

Upon the motion (the "Motion")[1] of the Official Committee of Unsecured Creditors (the "Creditors' Committee") of Lehman Brothers Holdings Inc. ("LBHI"), pursuant to 11 U.S.C. §§ 105(a) and 1103(c) and Federal Rule of Bankruptcy Procedure 2004, for entry of an order authorizing and directing discovery from JPMorgan Chase Bank, N.A. (the "Respondent") in the form of (i) responses to the document requests attached to this motion as Exhibit 2 or substantially similar document requests; and (ii) the deposition of a representative of the Respondent who is most knowledgeable about the matters for examination set forth in Exhibit 3 pursuant to Federal Rule of Civil Procedure 30(b)(6); and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B); and upon consideration of the Motion; and due and proper notice of the Motion having been given, it is hereby **ORDERED** that:

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

2

1. The Motion is granted.

2. The Creditors' Committee is permitted to serve document requests that are substantially in the form attached as Exhibit 2. The Respondent shall respond to such document requests twenty (20) days after service.

3. The Creditors' Committee is permitted to serve deposition notices pursuant to Federal Rule of Civil Procedure 30(b)(6).

4. The Creditors' Committee is authorized to compel production in accordance with Rule 9016 of the Bankruptcy Rules.

5. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: October __, 2008
      New York, New York

                                                        _____
                                                        HON. JAMES M. PECK
                                                        UNITED STATES BANKRUPTCY JUDGE