# **EXHIBIT 3**

## TOPICS OF EXAMINATION FOR DEPOSITION[1]

1.      JPMC's contractual relationships with LBHI, including through clearing agreements, credit agreements, repurchase agreements, securities contracts, swap agreements, and security agreements.

2.      Any accounts held by LBHI at JPMC, including the conduct of JPMC in administering such accounts.

3.      The decision by JPMC to freeze an account or accounts held by Lehman Brothers or otherwise limit, circumscribe or restrict Lehman Brothers' access thereto, during September 2008, including the basis for such decision and any analysis undertaken by JPMC concerning its authority for such decision.

4.      Communications between JPMC and any third party concerning the financial status of Lehman Brothers during the period from August 15, 2008 to the Petition Date.

5.      JPMC's liquidation of assets that were or are the property of LBHI, including specific transactions undertaken as part of such liquidation.

6.      JPMC's provision of clearing advances between September 12 and September 16, 2008, including communications between JPMC and any third party concerning the decision to make such advances and concerning the repayment of such advances.

7.      JPMC's requests for any guarantees or amendments to clearing agreements, any negotiations over such guarantees or amendments to clearing agreements, the pledging of security for such guarantees or amendments, property transferred to LBHI in exchange for such guarantees or amendments, and the execution of such guarantees or amendments.

---

[1]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the First Request for Production of Documents.