# **<u>EXHIBIT A</u>**

## Exhibit A

| Lehman Entity | IPC Entity | Contract Name |
|---|---|---|
| Lehman Brothers, Inc. | IPC Systems, Inc. f/k/a IPC Information Systems, Inc. | Amendment No.1 to Master Purchase Agreement, dated July 30, 2001, and all orders executed pursuant thereto. |
| Lehman Brothers, Inc. | IPC Systems, Inc. f/k/a IPC Information Systems, Inc. | Purchase Agreement, dated April 1, 1996, and all orders executed pursuant thereto. |
| Lehman Brothers, Inc. | WestCom Corporation | DLIC Agreement (Equipment Use), dated July 27, 2006, and all orders executed pursuant thereto. |
| Lehman Brothers, Inc. | WestCom Corporation | Westcom Terms and Conditions, dated May 2, 2002, and all orders executed pursuant thereto. |
| Lehman Brothers, Inc. | IPC Systems, Inc. f/k/a IPC Information Systems, Inc. | Master Purchase Agreement, dated September 2, 1996, and all orders executed pursuant thereto. |
| Lehman Brothers, Inc. | IPC Systems, Inc. f/k/a IPC Information Systems, Inc. | Master Maintenance Agreement, dated March, 1, 2003, and all orders executed pursuant thereto. |
| Lehman Brothers, Inc. | IPC Systems, Inc. | Consolidated Amendment to Lehman-IPC Agreements, dated March 23, 2007, and all orders executed pursuant thereto. |
| Lehman Brothers, Inc. | IPC Systems, Inc. f/k/a IPC Information Systems, Inc. | Exhibit A (Schedule: 40), dated June 24, 2005, and all orders executed pursuant thereto. |
| Lehman Brothers, Inc. | IPC Network Services, Inc. | Network Service Orders in US. |