# **EXHIBIT B**

**Today's DATE** **10/2/2008**

**Customer #** **Invoice #** Amount Date Days Out 567-2 Filed 10/03/08 Entered 10/03/08 09:56:54 - 95 Exhibit B 91 - 120 121 - 150 151+
88-13555 mg Doc 10/03/08

Pg 2 of 4

**North America**
**Trading Systems**
Lehman

| Customer # | Invoice # | Amount | Date | Days Out | TOTAL | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10520LEHB0 | J008235 | 152.08 | 1/31/2008 | 246 | 152.08 | | | | | | 152.08 |
| 10520LEHB0 | J008655 | 2,606.30 | 6/13/2008 | 112 | 2,606.30 | | | | | 2,606.30 | |
| 10120LEHM0 | 1000/0020796 | (11,047.30) | 8/21/2008 | 43 | (11,047.30) | | (11,047.30) | | | | |
| 10120LEHM0 | 10721 | 6,675.90 | 9/30/2008 | 3 | 6,675.90 | 6,675.90 | | | | | |
| 10120LEHM0 | 20156 | 1,215.84 | 8/16/2008 | 48 | 1,215.84 | | 1,215.84 | | | | |
| 10120LEHM0 | 20182 | 1,215.84 | 8/22/2008 | 42 | 1,215.84 | | 1,215.84 | | | | |
| 10120LEHM0 | 20185 | 1,106.63 | 8/22/2008 | 42 | 1,106.63 | | 1,106.63 | | | | |
| 10120LEHM0 | 20186 | 911.88 | 8/22/2008 | 42 | 911.88 | | 911.88 | | | | |
| 10120LEHM0 | 20188 | 168.00 | 8/23/2008 | 41 | 168.00 | | 168.00 | | | | |
| 10120LEHM0 | 20189 | 2,520.00 | 8/23/2008 | 41 | 2,520.00 | | 2,520.00 | | | | |
| 10120LEHM0 | 20490 | 988.25 | 9/5/2008 | 28 | 988.25 | 988.25 | | | | | |
| 10120LEHM0 | 20491 | 3,047.10 | 9/5/2008 | 28 | 3,047.10 | 3,047.10 | | | | | |
| 10120LEHM0 | 20492 | 2,141.21 | 9/5/2008 | 28 | 2,141.21 | 2,141.21 | | | | | |
| 10120LEHM0 | 1000/2080866 | (22.15) | 9/6/2008 | 27 | (22.15) | (22.15) | | | | | |
| 10120LEHM0 | 21326 | 494.12 | 10/9/2008 | -6 | 494.12 | 494.12 | | | | | |
| 10120LEHM0 | 1000/300841 | 585,482.69 | 8/29/2008 | 35 | 585,482.69 | | 585,482.69 | | | | |
| 10120LEHM0 | 1000/300842 | 15,420.68 | 8/29/2008 | 35 | 15,420.68 | | 15,420.68 | | | | |
| 10120LEHM0 | 1000/300843 | 61,250.56 | 8/29/2008 | 35 | 61,250.56 | | 61,250.56 | | | | |
| 10120LEHM0 | 1000/300844 | 6,282.49 | 8/29/2008 | 35 | 6,282.49 | | 6,282.49 | | | | |
| 10120LEHM0 | 1000/300845 | 862.69 | 8/29/2008 | 35 | 862.69 | | 862.69 | | | | |
| 10120LEHM0 | 1000/300846 | 6,996.43 | 8/29/2008 | 35 | 6,996.43 | | 6,996.43 | | | | |
| 10120LEHM0 | 1000/300847 | 1,383.39 | 8/29/2008 | 35 | 1,383.39 | | 1,383.39 | | | | |
| 10120LEHM0 | 1000/300855 | 13,043.25 | 8/29/2008 | 35 | 13,043.25 | | 13,043.25 | | | | |
| 10120LEHM0 | 1000/300859 | 1,543.44 | 8/29/2008 | 35 | 1,543.44 | | 1,543.44 | | | | |
| 10120LEHM0 | 1000/300860 | 986.82 | 8/29/2008 | 35 | 986.82 | | 986.82 | | | | |
| 10120LEHM0 | 1000/300882 | 1,283.57 | 8/29/2008 | 35 | 1,283.57 | | 1,283.57 | | | | |
| 10120LEHM0 | 1000/300884 | 12,293.58 | 8/29/2008 | 35 | 12,293.58 | | 12,293.58 | | | | |
| 10120LEHM0 | 1000/300885 | 427.86 | 8/29/2008 | 35 | 427.86 | | 427.86 | | | | |
| 10120LEHM0 | 301124 | 1,854.06 | 9/28/2008 | 5 | 1,854.06 | 1,854.06 | | | | | |
| 10120LEHM0 | 301202 | 2,988.09 | 9/28/2008 | 5 | 2,988.09 | 2,988.09 | | | | | |
| 10120LEHM0 | 301724 | 589,437.03 | 9/18/2008 | 15 | 589,437.03 | 589,437.03 | | | | | |
| 10120LEHM0 | 301725 | 15,420.68 | 9/18/2008 | 15 | 15,420.68 | 15,420.68 | | | | | |
| 10120LEHM0 | 301726 | 54,697.34 | 9/18/2008 | 15 | 54,697.34 | 54,697.34 | | | | | |
| 10120LEHM0 | 301727 | 7,767.50 | 9/18/2008 | 15 | 7,767.50 | 7,767.50 | | | | | |
| 10120LEHM0 | 301728 | 862.69 | 9/18/2008 | 15 | 862.69 | 862.69 | | | | | |
| 10120LEHM0 | 301729 | 8,079.91 | 9/18/2008 | 15 | 8,079.91 | 8,079.91 | | | | | |
| 10120LEHM0 | 301730 | 1,485.01 | 9/18/2008 | 15 | 1,485.01 | 1,485.01 | | | | | |
| 10120LEHM0 | 301731 | 1,383.39 | 9/18/2008 | 15 | 1,383.39 | 1,383.39 | | | | | |
| 10120LEHM0 | 301732 | 13,043.25 | 9/18/2008 | 15 | 13,043.25 | 13,043.25 | | | | | |
| 10120LEHM0 | 301733 | 2,987.55 | 9/18/2008 | 15 | 2,987.55 | 2,987.55 | | | | | |
| 10120LEHM0 | 301734 | 2,057.92 | 9/18/2008 | 15 | 2,057.92 | 2,057.92 | | | | | |
| 10120LEHM0 | 301735 | 986.82 | 9/18/2008 | 15 | 986.82 | 986.82 | | | | | |
| 10120LEHM0 | 301736 | 4,040.33 | 9/18/2008 | 15 | 4,040.33 | 4,040.33 | | | | | |
| 10120LEHM0 | 301737 | 1,854.06 | 9/18/2008 | 15 | 1,854.06 | 1,854.06 | | | | | |

| Customer # | Invoice # | Amount | Date | Days Out | TOTAL | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151+ |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10120LEHM0 | 301738 | 1,283.57 | 9/18/2008 | 15 | 1,283.57 | 1,283.57 | | | | | |
| 10120LEHM0 | 301739 | 11,330.49 | 9/18/2008 | 15 | 11,330.49 | 11,330.49 | | | | | |
| 10120LEHM0 | 301740 | 395.25 | 9/18/2008 | 15 | 395.25 | 395.25 | | | | | |
| 10120LEHM0 | J099199 | (21,675.00) | 10/23/2007 | 346 | (21,675.00) | | | | | | (21,675.00) |
| 10120LEHM0 | J287334 | 3,294.75 | 7/1/2006 | 825 | 3,294.75 | | | | | | 3,294.75 |
| 10120LEHM0 | J292332 | 1,552.47 | 10/16/2006 | 718 | 1,552.47 | | | | | | 1,552.47 |
| 10120LEHM0 | J293959 | 840.99 | 11/24/2006 | 679 | 840.99 | | | | | | 840.99 |
| 10120LEHM0 | J304310 | 1,557.89 | 8/2/2007 | 428 | 1,557.89 | | | | | | 1,557.89 |
| 10120LEHM0 | J305259 | 2,391.46 | 8/26/2007 | 404 | 2,391.46 | | | | | | 2,391.46 |
| 10120LEHM0 | J305264 | 319.81 | 8/26/2007 | 404 | 319.81 | | | | | | 319.81 |
| 10120LEHM0 | J308275 | 6,051.32 | 11/10/2007 | 328 | 6,051.32 | | | | | | 6,051.32 |
| 10120LEHM0 | J311778 | 247.06 | 2/23/2008 | 223 | 247.06 | | | | | | 247.06 |
| 10120LEHM0 | J315383 | 823.55 | 5/4/2008 | 152 | 823.55 | | | | | | 823.55 |
| 10120LEHM0 | J315126 | 813.09 | 5/24/2008 | 132 | 813.09 | | | | | 813.09 | |
| 10120LEHM0 | J315181 | 1,317.66 | 5/25/2008 | 131 | 1,317.66 | | | | | 1,317.66 | |
| 10120LEHM0 | J315233 | 2,558.51 | 5/26/2008 | 130 | 2,558.51 | | | | | 2,558.51 | |
| 10120LEHM0 | J315435 | 23,296.82 | 6/6/2008 | 119 | 23,296.82 | | | | 23,296.82 | | |
| 10120LEHM0 | J316325 | 11,648.41 | 6/26/2008 | 99 | 11,648.41 | | | | 11,648.41 | | |
| 10120LEHM0 | J316978 | 8,520.88 | 7/13/2008 | 82 | 8,520.88 | | | 8,520.88 | | | |
| 10120LEHM0 | J316986 | 1,300.95 | 7/13/2008 | 82 | 1,300.95 | | | 1,300.95 | | | |
| 10120LEHM0 | J317059 | 3,682.39 | 7/19/2008 | 76 | 3,682.39 | | | 3,682.39 | | | |
| 10120LEHM0 | J317070 | 7,364.81 | 7/20/2008 | 75 | 7,364.81 | | | 7,364.81 | | | |
| ==10220LEHM0== | 002079420 | (0.01) | 8/21/2008 | 43 | (0.01) | | (0.01) | | | | |
| 10220LEHM0 | 20263 | 111.91 | 9/19/2008 | 14 | 111.91 | 111.91 | | | | | |
| 10220LEHM0 | 20264 | 111.91 | 9/19/2008 | 14 | 111.91 | 111.91 | | | | | |
| 10220LEHM0 | J316360 | 59.00 | 6/27/2008 | 98 | 59.00 | | | | 59.00 | | |
| 10220LEHM0 | J316361 | 55.95 | 6/27/2008 | 98 | 55.95 | | | | 55.95 | | |
| 10220LEHM0 | J316574 | 162.97 | 7/3/2008 | 92 | 162.97 | | | | 162.97 | | |
| 10220LEHM0 | J316575 | 335.73 | 7/3/2008 | 92 | 335.73 | | | | 335.73 | | |
| 10220LEHM0 | J316576 | 669.52 | 7/3/2008 | 92 | 669.52 | | | | 669.52 | | |
| 10220LEHM0 | J316577 | 502.62 | 7/3/2008 | 92 | 502.62 | | | | 502.62 | | |
| 10220LEHM0 | J316578 | 111.91 | 7/3/2008 | 92 | 111.91 | | | | 111.91 | | |
| 10420LEHM0 | J316538 | 515.61 | 7/3/2008 | 92 | 515.61 | | | | 515.61 | | |
| 10420LEHM1 | J312842 | 742.14 | 3/22/2008 | 195 | 742.14 | | | | | | 742.14 |
| 10420LEHM1 | J313185 | 316.74 | 4/3/2008 | 183 | 316.74 | | | | | | 316.74 |
| ==10720LEHM0== | 2080256 | (6,450.00) | 8/8/2008 | 56 | (6,450.00) | | | (6,450.00) | | | |
| 10720LEHM0 | 21228 | 318.28 | 9/30/2008 | 3 | 318.28 | 318.28 | | | | | |
| 10720LEHM0 | 21231 | 105.58 | 9/30/2008 | 3 | 105.58 | 105.58 | | | | | |
| ==10720LEHM0== | A0011161 | (3.26) | 7/14/2008 | 81 | (3.26) | | | (3.26) | | | |
| 10720LEHM0 | J301016 | 1,728.00 | 4/26/2007 | 526 | 1,728.00 | | | | | | 1,728.00 |
| 10720LEHM0 | J306939 | 224.62 | 9/27/2007 | 372 | 224.62 | | | | | | 224.62 |
| 10720LEHM0 | J313100 | 1,120.00 | 3/20/2008 | 197 | 1,120.00 | | | | | | 1,120.00 |
| 10720LEHM0 | J313164 | 433.65 | 3/20/2008 | 197 | 433.65 | | | | | | 433.65 |
| 10720LEHM0 | J313667 | 108.65 | 3/31/2008 | 186 | 108.65 | | | | | | 108.65 |

Today's DATE   ==10/2/2008==

| Customer # | Invoice # | Amount | Date | Days Out | TOTAL | 0 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151+ |
|---|---|---|---|---|---|---|---|---|---|---|---|

**North America**
**Trading Systems**
Lehman

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10720LEHM0 | J314465 | 325.00 | 4/25/2008 | 161 | 325.00 | | | | | | 325.00 |

| Account | Ref | Amount | Date | Days | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---:|---|---:|---:|---:|---:|---:|---:|---:|---:|
| 10720LEHM0 | J316883 | 111.91 | 6/30/2008 | 95 | 111.91 | | | | 111.91 | | |
| 10720LEHM0 | J316935 | 136.91 | 6/30/2008 | 95 | 136.91 | | | | 136.91 | | |
| 10720LEHM0 | J317786 | 223.82 | 7/30/2008 | 65 | 223.82 | | | 223.82 | | | |
| 10720LEHM0 | J317804 | 111.91 | 7/30/2008 | 65 | 111.91 | | | 111.91 | | | |
| 10720LEHM0 | J317805 | 111.91 | 7/30/2008 | 65 | 111.91 | | | 111.91 | | | |
| 11020LEHM0 | 20484 | 114.29 | 9/25/2008 | 8 | 114.29 | 114.29 | | | | | |
| 11020LEHM0 | J313617 | 689.09 | 3/31/2008 | 186 | 689.09 | | | | | | 689.09 |
| 11020LEHM0 | J314695 | 205.23 | 4/30/2008 | 156 | 205.23 | | | | | | 205.23 |
| 11120LEHM1 | J313531 | 689.08 | 3/28/2008 | 189 | 689.08 | | | | | | 689.08 |
| 11220LEHM1 | 20244 | 391.20 | 8/29/2008 | 35 | 391.20 | | 391.20 | | | | |
| 11220LEHM1 | 20245 | 223.82 | 8/29/2008 | 35 | 223.82 | | 223.82 | | | | |
| 11220LEHM1 | 20632 | 503.11 | 9/27/2008 | 6 | 503.11 | 503.11 | | | | | |
| 11220LEHM1 | J315065 | 973.61 | 5/23/2008 | 133 | 973.61 | | | | | 973.61 | |
| 11320LEHM0 | 20258 | 223.82 | 9/18/2008 | 15 | 223.82 | 223.82 | | | | | |
| **Total Lehman Trading Systems North America** | | | | | **1,509,110.13** | **736,768.27** | **697,513.35** | **21,313.41** | **45,713.66** | **5,662.87** | **2,138.58** |
| | | | | | | 48.82% | 46.22% | 1.41% | 3.03% | 0.38% | 0.14% |

**Network Services**
Lehman

| Account | Ref | Amount | Date | Days | Total | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 |
|---|---|---:|---|---:|---:|---:|---:|---:|---:|---:|---:|
| 10130LEBR0 | J237810 | 961.02 | 7/1/2008 | 94 | 961.02 | | | | 961.02 | | |
| 10130LEBR0 | J239357 | 207.08 | 8/1/2008 | 63 | 207.08 | | | 207.08 | | | |
| 10130LEBR0 | J240898 | 207.08 | 9/1/2008 | 32 | 207.08 | | | 207.08 | | | |
| 10130LEHB0 | A0000529 | (1,930.15) | 3/19/2007 | 564 | (1,930.15) | | | | | | (1,930.15) |
| 10130LEHB0 | J091152 | (356.58) | 3/1/2007 | 582 | (356.58) | | | | | | (356.58) |
| 10130LEHB0 | J091223 | (178.94) | 5/1/2007 | 521 | (178.94) | | | | | | (178.94) |
| 10130LEHB0 | J093034 | (1,376.65) | 8/1/2008 | 63 | (1,376.65) | | | (1,376.65) | | | |
| 10130LEHB0 | J240902 | 535.01 | 9/1/2008 | 32 | 535.01 | | | 535.01 | | | |
| 10130LEHB1 | 20028 | 5,225.00 | 7/30/2008 | 65 | 5,225.00 | | | 5,225.00 | | | |
| 10130LEHB2 | J091445 | (294.93) | 9/1/2007 | 398 | (294.93) | | | | | | (294.93) |
| 10130LEHB2 | J091627 | (603.76) | 10/1/2007 | 368 | (603.76) | | | | | | (603.76) |
| 10130LEHB2 | J240903 | 14,009.61 | 9/1/2008 | 32 | 14,009.61 | | | 14,009.61 | | | |
| 10130LEHB4 | J240905 | 101,412.62 | 9/1/2008 | 32 | 101,412.62 | | | 101,412.62 | | | |
| 10130LEHM0 | 0908-2086079 | (91.94) | 9/9/2008 | 24 | (91.94) | (91.94) | | | | | |
| 10130LEHM0 | J240906 | 151,061.21 | 9/1/2008 | 32 | 151,061.21 | | | 151,061.21 | | | |
| 10130LEHB3 | J231515 | (2.00) | 3/24/2008 | 193 | (2.00) | | | | | | (2.00) |
| 10130LEHB3 | J239362 | 2,155.76 | 8/1/2008 | 63 | 2,155.76 | | | 2,155.76 | | | |
| 10130LEHB3 | J240904 | 2,155.76 | 9/1/2008 | 32 | 2,155.76 | | | 2,155.76 | | | |
| **Total Lehman Network Services North America** | | | | | **273,095.20** | **(91.94)** | **269,381.29** | **6,211.19** | **961.02** | **-** | **(3,366.36)** |
| | | | | | | -0.03% | 98.64% | 2.27% | 0.35% | 0.00% | -1.23% |
| **Total North America Lehman Aging** | | | | | **1,782,205.33** | **736,676.33** | **966,894.64** | **27,524.60** | **46,674.68** | **5,662.87** | **(1,227.78)** |
| | | | | | | 41.34% | 54.25% | 1.54% | 2.62% | 0.32% | -0.07% |