PRESENTMENT DATE AND TIME: Thursday, October 9, 2008 at 12:00 p.m.
OBJECTION DEADLINE: Wednesday, October 8, 2008 at 4:00 p.m.

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Attorneys for Debtors and Debtors in Possession

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 310-3999
Lindsee P. Granfield
Lisa M. Schweitzer
Attorneys for Barclays Capital Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re**                                                   :   Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :   08-13555 (JMP)
                                                            :
       Debtors.                                             :   (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF ORDER AUTHORIZING THE DEBTORS AND BARCLAYS CAPITAL INC. TO FILE UNDER SEAL CERTAIN SECHEDULES TO THE PURCHASE AGREEMENT

PLEASE TAKE NOTICE that upon the Joint Motion of the Debtors and Barclays Capital

Inc. for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset

Purchase Agreement, dated September 29, 2008 (the "Sealing Motion"), the undersigned will

NY2:\1922490\02\157#\$02!.DOC\58399.0003

present the attached proposed order to the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **Thursday, October 9, 2008 at 12:00 p.m.**

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the relief requested in the Stipulated Order must comply with the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, must be set forth in a writing describing the basis therefor and must be filed with the Court electronically in accordance with General Orders M-182 and M-193 by registered users of the Court's electronic case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website of the Bankruptcy Court) and, by all other parties in interest, on a 3½ inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers (as defined below)) and served in accordance with General Order M-182 or by first-class mail upon each of the following: (i) the chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors; and (v) Cleary Gottlieb LLP, One Liberty Plaza, New York, NY 10006, (Attn: Lindsee P. Granfield, Esq. and

2

Lisa Schweitzer, Esq.) and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.), attorneys for Barclays Capital Inc., so as to be received no later than **4:00 p.m. (ET) on Wednesday, October 8, 2008, at 4:00 p.m.** If no objections are filed and served by that time, the Court may sign the proposed Order without a hearing and without any further notice.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and served, a hearing will be held on **Thursday, October 16, 2008, at 10:00 a.m** at the United States Bankruptcy Court for the Southern District of New York, Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408, 6th Floor. The moving and objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
      October 3, 2008

**WEIL, GOTSHAL & MANGES LLP**

By: /s/ Lori R. Fife
   Harvey R. Miller
   Richard P. Krasnow
   Lori R. Fife
   Shai Y. Waisman
   Jacqueline Marcus
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (312) 310-8007

*Counsel to the Debtors and Debtors in Possession*

-and-

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ Lisa M. Schweitzer
   Lindsee P. Granfield
   Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*

<u>Exhibit A</u>

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                            :
**In re**                                                   :    **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                :    **08-13555 (JMP)**
                                                            :
       **Debtors.**                                         :    **(Jointly Administered)**
                                                            :
                                                            :
-----------------------------------------------------------------x

### ORDER AUTHORIZING THE DEBTORS AND BARCLAYS CAPITAL INC. TO FILE UNDER SEAL CERTAIN SECHEDULES TO THE PURCHASE AGREEMENT

Upon the joint motion, dated September 29, 2008 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman") and Barclays Capital Inc. (together with the Debtors, the "Movants"), for entry of an order, pursuant to section 107(b) of title 11 of the United States Code (the "Bankruptcy Code) and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing the Movants to file under seal the Schedules, all as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to (i) the United States Trustee; (ii) counsel for the Creditors'

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

Committee; (iii) counsel for those lenders making daily postpetition clearing advances to the Debtors pursuant to the Order Confirming Status of Clearing Advances; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Movants, the Debtors, the Debtors' estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

      ORDERED that, pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, the Motion is granted; and it is further

      ORDERED that, pursuant to section 107(b) of the Bankruptcy Code, the Clerk of the Court is directed to file an unredacted version of the Schedules under seal in an envelope, clearly indicating that the Schedules have been filed under seal by order of the United States Bankruptcy Court for the Southern District of New York and may not be unsealed until and unless permitted by further order of the Court; and it is further

      ORDERED that (a) the Schedules shall be sealed, (b) the Official Committee of Unsecured Creditors in the above-captioned cases, together with all of its members and counsel that receive copies of the Schedules, shall not disclose and shall keep confidential the contents of the Schedules, and (c) all other parties-in-interest may receive copies of the Schedules only upon execution of a confidentiality agreement that restricts use of the Schedules to such party's role as a creditor in the Chapter 11 Cases;

7

ORDERED that the Movants are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the Court retains jurisdiction to enforce this Order and the confidentiality of the Schedules and the sensitive information contained therein, including the authority to impose sanctions on any person or entity that violates this Order.

Dated: October __, 2008
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE