**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Standard & Poor's

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW JERSEY    )
                                           ): ss.:
COUNTY OF ESSEX       )

ROGER A. FITZGERALD, being duly sworn, deposes and says:

1. I am employed by the law firm of Gibbons P.C. I am over 18 years of age.

2. On Thursday, October 3, 2008, I caused true and correct copies of the *Objection of Standard & Poor's to Debtors' Notice of Assumption and Assignment Of, and Amounts Necessary to Cure Defaults Under Contracts and leases to be Assumed and Assigned to Successful Purchaser* to be hand delivered to the persons listed on the annexed Exhibit A at the addresses set forth in such Exhibit.

_____
Roger A. Fitzgerald

Sworn to before me this 3rd day of October, 2008

_____
**JESSICA FEBUS**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires 11/03/2010

#1346284 v1
106903-57498

#1346284 v1
106903-57498

## Exhibit A - Service List

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori Fife
      Shai Y. Waisman


Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: Jason S. Margolin

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield
      Lisa M. Schweitzer


Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, New York 10017


Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005


United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004