Dun Bradstreet  
Lehman Brothers Holdings Inc.

Exhibit A

Case No. 08-13555 (JMP)

| Account # | DUNS # | Invoice # | Invoice Date | | Amount Due |
|---|---|---|---|---|---|
| 2100-001029073 | 00-891-7783 | 9213020-01 | 7/4/2008 | | $39,360.42 |
| 2100-001029073 | 00-891-7783 | 9256342-01 | 8/4/2008 | | $51,244.76 |
| 2100-001029073 | 00-891-7783 | 9257018-01 | 8/5/2008 | | $13,817.34 |
| 2100-001029073 | 00-891-7783 | 9304996-01 | 9/11/2008 | | $15,889.67 |
| 2100-001029073 | 00-891-7783 | 9256342-01 | 10/4/2008 | | $51,244.76 |
| | | | | TOTAL: | **$171,556.95** |