# EXHIBIT A

# LandAmerica Financial Services

## Accounts Receivable Aging Detail

*Customer Name, ID and Contact Information*

| Bus Unit | Sales Person | Invoice | As Of Date | Trans Type | Trans Reason | Payment Terms | Total Amt Due | 0 - 30 Days | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **AURORA LOAN SERVICES INC** | | **MST000001** | | | | SECAUSCUS, NJ | | | | - 22-0227 | |
| LA488 | GENERAL | MS0000022 | 11/30/2007 | IN | | NET30 | 29,400.00 | - | - | - | 29,400.00 |
| LA488 | GENERAL | MS0000032 | 12/31/2007 | IN | | NET30 | 25,000.00 | - | - | - | 25,000.00 |
| LA488 | GENERAL | MS0000036 | 01/31/2008 | IN | | NET30 | 48,400.00 | - | - | - | 48,400.00 |
| LA488 | GENERAL | MS0000045 | 03/20/2008 | IN | | NET30 | 112,123.30 | - | - | - | 112,123.30 |
| LA488 | GENERAL | MS0000050 | 03/31/2008 | IN | | NET30 | 30,417.89 | - | - | - | 30,417.89 |
| LA488 | GENERAL | MS0000058 | 04/30/2008 | IN | | NET30 | 31,611.59 | - | - | - | 31,611.59 |
| LA488 | GENERAL | MS0000066 | 06/01/2008 | IN | | NET30 | 32,100.00 | - | - | - | 32,100.00 |
| LA488 | GENERAL | MS0000071 | 06/30/2008 | IN | | NET30 | 26,900.00 | - | - | 26,900.00 | |
| LA488 | GENERAL | MS0000077 | 07/31/2008 | IN | | IMMED | 29,600.00 | - | 29,600.00 | - | |
| LA488 | GENERAL | MS0000082 | 07/31/2008 | IN | | NET30 | 66,116.25 | - | 66,116.25 | - | |
| LA488 | GENERAL | MS0000083 | 08/31/2008 | IN | | NET30 | 29,600.00 | 29,600.00 | - | - | |
| | | | | | | Customer Total | 461,269.03 | 29,600.00 | 95,716.25 | 26,900.00 | 309,052.78 |
| **Report Total** | | | | | | | **461,269.03** | **29,600.00** | **95,716.25** | **26,900.00** | **309,052.78** |