## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, a copy of the foregoing **MSTD, Inc.'s Objection to Debtor's Proposed Cure Amount** was served by First Class Mail, and by electronic mail as and where indicated, addressed as follows:

Lori R. Fife, Esq.
Harvey R. Miller, Esq.
Shai Y. Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Fax : (212) 310-8007
lori.fife@weil.com
harvey.miller@weil.com
shai.waisman@weil.com

Jeffery S. Margolin, Esq.
Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
margolin@hugheshubbard.com

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
lgranfield@cgsh.com
lschweitzer@cgsh.com

Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Brian.masumoto@usdoj.gov

James Tecce, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com

/s/ Eduardo J. Glas
Eduardo J. Glas, Esquire (# EG7027)

5