Exhibit A

**Lehman Brothers**
**1301 Avenue of the Americas**
**New York, NY**

Square Foot    8th Floor    62,600

Base Year for RE Taxes    (26,415,625.95)    2006/2007
Base Year for Operating Expenses    (20,459,200.33)    2006
Pro-Rata Share    3.6740%

| | Actual 2007/2008 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|
| REAL ESTATE TAXES | $ 25,401,992.50 | $ (26,415,625.95) | $ (1,013,633.45) | 3.67% | $ (37,240.89) | $ (3,103.41) |
| SUBTENANT'S MONTHLY SHARE OF RE TAX | $ (3,103.41) | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF RE TAX | $ - | | | | | |
| SHORTAGE OF RE TAX PER MONTH | $ (3,103.41) | | | | | |
| X 12 (7/1/2007-6/30/2008) | $ (37,240.89) | | | | | |
| **TOTAL RETRO. CHARGES DUE:** | **$ -** | | | | | |

| | Actual 2007 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|
| OPERATING EXPENSES | $ 21,257,957.50 | $ (20,459,200.33) | $ 798,757.17 | 3.67% | $ 29,346.34 | $ 2,445.53 |
| SUBTENANT'S MONTHLY SHARE OF OPERATING EXPENSE | $ 2,445.53 | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF OPERATING EXPENSE | $ - | | | | | |
| SHORTAGE OF OPERATING EXPENSE PER MONTH | $ 2,445.53 | | | | | |
| X 12 (1/1-12/31/2007) | $ 29,346.34 | | | | | |
| **TOTAL RETRO. CHARGES DUE:** | **$ 29,346.34** | | | | | |

A-1

Square Foot                            8th Floor

| | | |
|---|---|---|
| Base Year for RE Taxes | 62,600 | 2006/2007 |
| Base Year for Operating Expenses | (26,415,625.95) | 2006 |
| Pro-Rata Share | (20,459,200.33) | |
| | 3.6740% | |

| | | Estimated 2008/2009 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|---|
| REAL ESTATE TAXES | $ | 25,575,007.48 | ($26,415,625.95) $ | (840,618.47) | 3.67% | $ (30,884.32) $ | (2,573.69) |
| SUBTENANT'S MONTHLY SHARE OF RE TAX | $ | (2,573.69) | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF RE TAX | $ | - | | | | | |
| SHORTAGE OF RE TAX PER MONTH | $ | (2,573.69) | | | | | |
| X 12 (7/1/2008-6/30/2009) | $ | (15,442.16) | | | | | |
| **TOTAL RETRO. CHARGES DUE:** | **$** | **-** | | | | | |

| | | Estimated 2008 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|---|
| OPERATING EXPENSES | $ | 21,257,957.50 | $ (20,459,200.33) $ | 798,757.17 | 3.67% | $ 29,346.34 $ | 2,445.53 |
| SUBTENANT'S MONTHLY SHARE OF OPERATING EXPENSE | $ | 2,445.53 | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF OPERATING EXPENSE | $ | - | | | | | |
| SHORTAGE OF OPERATING EXPENSE PER MONTH | $ | 2,445.53 | | | | | |
| X 9 (1/1-9/30/2008) | $ | 22,009.75 | | | | | |
| **TOTAL RETRO. CHARGES DUE:** | **$** | **22,009.75** | | | | | |