Exhibit B

**Lehman Brothers**
**1301 Avenue of the Americas**
**New York, NY**

Square Foot: 9th Floor — 62,600

Base Year for RE Taxes: (25,162,060.74)    2005/2006
Base Year for Operating Expenses: (16,919,973.00)    2005
Pro-Rata Share: 3.6740%

| | Actual 2006/2007 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|
| REAL ESTATE TAXES | $ 26,415,625.95 | $ (25,162,060.74) | $ 1,253,565.21 | 3.67% | $ 46,055.99 | $ 3,838.00 |
| SUBTENANT'S MONTHLY SHARE OF RE TAX | $ 3,838.00 | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF RE TAX | $ – | | | | | |
| SHORTAGE OF RE TAX PER MONTH | $ 3,838.00 | | | | | |
| X 12  (7/1/2006-6/30/2007) | $ 46,055.99 | | | | | |
| **TOTAL RETRO. CHARGES DUE:** | **$ 46,055.99** | | | | | |

| | Actual 2006 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|
| OPERATING EXPENSES | $ 20,459,200.33 | $ (16,919,973.00) | $ 3,539,227.33 | 3.67% | $ 130,031.21 | $ 10,835.93 |
| SUBTENANT'S MONTHLY SHARE OF OPERATING EXPENSE | $ 10,835.93 | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF OPERATING EXPENSE | $ – | | | | | |
| SHORTAGE OF OPERATING EXPENSE PER MONTH | $ 10,835.93 | | | | | |
| X 8  (5/1-12/31/2006) | $ 86,687.47 | | | | | |
| **TOTAL RETRO. CHARGES DUE:** | **$ 86,687.47** | | | | | |

B-1

Square Foot: 9th Floor
Base Year for RE Taxes: 62,600
Base Year for Operating Expenses: (25,162,060.74)  2005/2006
Pro-Rata Share: (16,919,973.00)  2005
3.6740%

| | Actual 2007/2008 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|
| REAL ESTATE TAXES | $ 25,401,992.50 | $ (25,162,060.74) | $ 239,931.76 | 3.67% | $ 8,815.09 | $ 734.59 |
| SUBTENANT'S MONTHLY SHARE OF RE TAX | $ 734.59 | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF RE TAX | $ - | | | | | |
| SHORTAGE OF RE TAX PER MONTH | $ 734.59 | | | | | |
| X 12 (7/1/2007-6/30/2008) | $ 8,815.09 | | | | | |
| TOTAL RETRO. CHARGES DUE: | $ - | | | | | |

| | Actual 2007 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|
| OPERATING EXPENSES | $ 21,257,957.00 | $ (16,919,973.00) | $ 4,337,984.00 | 3.67% | $ 159,377.53 | $ 13,281.46 |
| SUBTENANT'S MONTHLY SHARE OF OPERATING EXPENSE | $ 13,281.46 | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF OPERATING EXPENSE | $ - | | | | | |
| SHORTAGE OF OPERATING EXPENSE PER MONTH | $ 13,281.46 | | | | | |
| X 12 (1/1-12/31/2007) | $ 159,377.53 | | | | | |
| TOTAL RETRO. CHARGES DUE: | $ 159,377.53 | | | | | |

B-2

| | Estimated 2008/2009 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|
| REAL ESTATE TAXES | $ 25,575,007.48 | $ (25,162,060.74) | $ 412,946.74 | 3.67% | $ 15,171.66 | $ 1,264.31 |
| SUBTENANT'S MONTHLY SHARE OF RE TAX | $ 1,264.31 | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF RE TAX | $ — | | | | | |
| SHORTAGE OF RE TAX PER MONTH | $ 1,264.31 | | | | | |
| X 3  (7/1/2008-9/30/2008) | $ 3,792.92 | | | | | |
| **TOTAL RETRO. CHARGES DUE:** | **$ 3,792.92** | | | | | |

| | Estimated 2008 | Subtenant BASE YEAR | Increase Over Base | Subtenant's Percentage | Subtenant's ANNUAL | Subtenant's MONTHLY |
|---|---|---|---|---|---|---|
| OPERATING EXPENSES | $ 21,257,957.50 | $ (16,919,973.00) | $ 4,337,984.50 | 3.67% | $ 159,377.55 | $ 13,281.46 |
| SUBTENANT'S MONTHLY SHARE OF OPERATING EXPENSE | $ 13,281.46 | | | | | |
| SUBTENANT'S MONTHLY PAYMENTS OF OPERATING EXPENSE | $ — | | | | | |
| SHORTAGE OF OPERATING EXPENSE PER MONTH | $ 13,281.46 | | | | | |
| X 9  (1/1-9/30/2008) | $ 119,533.16 | | | | | |
| **TOTAL RETRO. CHARGES DUE:** | **$ 119,533.16** | | | | | |

B-3