Elliot S. Cohen
Frank Russell Company
d/b/a Russell Investment Group
909 A Street
Tacoma, Washington 98402-5120
Phone: (253) 439-2959
Fax:    (253) 439-3284

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
In re:                                        :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS, et al.,             :    Case No. 08-13555 (JMP)
                                              :
                        Debtors.              :    Jointly Administered
                                              :
-------------------------------------------------------------X

### RESPONSE OF RUSSELL INVESTMENT GROUP, INC. TO DEBTORS' PROPOSED CURE AMOUNT

Russell Investment Group, Inc. ("Russell") hereby submits this response (the "Response") to the Debtors' proposed cure amount of $0 with respect to the assumption and assignment of a certain agreement allegedly by and between Frank Russell Company and Lehman Brothers, Inc. (the "Agreement").

1.  On September 20, 2008, the United States Bankruptcy Court for the Southern District of New York entered its Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order"). The Sale Order provided, among other things, for the assumption and assignment of the Closing Date

Contracts[1] in connection with the transfer of the Purchased Assets to the Purchaser. The Sale Order also provided, among other things, that counterparties to the Closing Date Contracts had until October 3, 2008 to file objections to the Cure Amounts of their respective Closing Date Contracts. The Agreement was listed as one of the Closing Date Contracts.

2. Russell is unable to object or consent to the Debtors' proposed Cure Amount of $0 for the Agreement. The Debtors' description of the Agreement is too vague for Russell to be able to match the Agreement with certainty to any contract in its books and records. Russell has multiple contracts between itself and the Debtors, and without further clarification as to what contract the Debtors are attempting to assume and assign, Russell cannot determine whether or not the Debtors' proposed Cure Amount is appropriate.

3. Russell intends for this Response to satisfy the requirements of a Cure Amount Objection as described in the Sale Order. Accordingly, this Response should be treated as a Cure Amount Objection to the extent necessary to preserve Russell's rights under the Sale Order.

Dated: October 2, 2008
      Tacoma, Washington

Respectfully Submitted,

FRANK RUSSELL COMPANY

_____
Elliot S. Cohen
909 A Street
Tacoma, Washington 98402-5120
Phone: (253) 439-2959
Fax:    (253) 439-3284

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.