Vincent A. D'Agostino
Eric H. Horn
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: (973) 597-2500
Fax: (973) 597-2400

-and-

1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 262-6700
Fax: (212) 262-7402

*Counsel to Cellco Partnership d/b/a Verizon Wireless.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                                         :
*In re*:                                                                 : Chapter 11
                                                                         :
**Lehman Brothers Holdings Inc.,** *et al.*,                             :
                                                                         : Case No. 08- 13555 (JMP)
                                                                         :
**Debtors.**                                                             : (Jointly Administered)
                                                                         :
-------------------------------------------------------------------------x

<u>AFFIDAVIT OF SERVICE</u>

      ELIZABETH LAWLER, being duly sworn on her oath according to law, deposes and says:

      1.    I am a legal assistant employed by the law firm of Lowenstein Sandler PC, counsel to Cellco Partnership d/b/a Verizon Wireless in the above captioned matter.

      2.    I certify that on October 3, 2008, I served the following document upon the parties indicated on the attached service list, in the manner listed therein:

      *a.*    *Objection of Cellco Partnership d/b/a Verizon Wireless. to the Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser*

14941/23
10/03/2008 9964002.1

-2-

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 3, 2008                     /s/ Elizabeth Lawler
                                                                 Elizabeth Lawler

Sworn to before me this
3rd day of October, 2008

/s/ Mary Knodel
Notary Public
State of New Jersey
My commission expires 8/29/2013

## **SERVICE LIST**

*Via Federal Express And Electronic Mail*

Lori R. Fife
Shai Y. Waisman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Facsimile: (212) 310-8007
Email: lori.fife@weil.com;
shai.waisman@weil.com
*Counsel to the Debtors*

Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Email: margolin@hugheshubbard.com
*Counsel to the SIPC Trustee*

Lindsee P. Granfield
Lisa M. Schweitzer
Cleary Gottleib Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Email: lgranfield@cgsh.com
lschweitzer@cgsh.com
*Counsel to the Purchaser*

*Via Federal Express only*

Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004-1408