# EXHIBIT A

# Standard Register®
Managing the documents you can't live without™

## Account Statement

**Lehman Brothers**
**70 Hudson St.**
**Jersey City, NJ 07302-4585**

| Customer | Name | Accounting Date | Item ID | Entry Type | Item Balance | PO Ref |
|---|---|---|---|---|---|---|
| 1164176 | LEHMAN BROTHERS | 2007-10-22 | 0728873 | CR | -352.33 | |
| 9751521 | LEHMAN BROTHERS | 2008-04-22 | 29886328 | IN | 2,268.27 | 0000062120 |
| 9751521 | LEHMAN BROTHERS | 2008-04-29 | 29933313 | IN | 140.73 | LBUSA.00000621 |
| 9751521 | LEHMAN BROTHERS | 2008-04-29 | 29933334 | IN | 65.00 | MV7382 |
| 9751521 | LEHMAN BROTHERS | 2008-04-29 | 29933344 | IN | 271.42 | 0000062121 |
| 1164176 | LEHMAN BROTHERS | 2008-05-06 | 29977440 | IN | 11,373.63 | M TORRES |
| 1164176 | LEHMAN BROTHERS | 2008-05-06 | 29977441 | IN | 8,340.81 | S D'AMROSIO |
| 1164176 | LEHMAN BROTHERS | 2008-05-06 | 29977442 | IN | 10,747.21 | S.DAMBROSIO |
| 1164176 | LEHMAN BROTHERS | 2008-05-06 | 29977443 | IN | 13.13 | SDAMBROSIO |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981163 | IN | 662.34 | LBUSA.00000623 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981164 | IN | 397.40 | LBUSA.00000625 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981165 | IN | 178.66 | LBUSA.00000628 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981166 | IN | 446.81 | LBUSA.00000637 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981167 | IN | 446.81 | LBUSA.00000637 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981168 | IN | 216.02 | LBUSA.00000637 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981169 | IN | 22.29 | LBUSA.00000637 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981170 | IN | 383.88 | LBUSA.00000637 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981171 | IN | 42.44 | LBUSA.00000638 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981172 | IN | 446.81 | LBUSA.00000639 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981173 | IN | 335.10 | LBUSA.00000639 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981174 | IN | 34.37 | LBUSA.00000639 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981175 | IN | 506.03 | LBUSA.00000640 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981176 | IN | 398.12 | LBUSA.00000641 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981177 | IN | 600.66 | LBUSA.00000641 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981178 | IN | 2,126.55 | LBUSA.00000643 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981179 | IN | 750.50 | MV7376 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981180 | IN | 7,180.93 | R.BROWN |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981181 | IN | 1,686.97 | S.DAMBROSIO |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981182 | IN | 150.05 | 0000061745 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981183 | IN | 1,201.24 | 0000061919 |
| 9751521 | LEHMAN BROTHERS | 2008-05-06 | 29981184 | IN | 3,162.73 | 0000063501 |
| 1164176 | LEHMAN BROTHERS | 2008-05-13 | 30021818 | IN | 7,971.53 | S.DAMBROSIO |
| 9751521 | LEHMAN BROTHERS | 2008-05-13 | 30025955 | IN | 1,101.03 | LBUSA.00000641 |
| 9751521 | LEHMAN BROTHERS | 2008-05-13 | 30025958 | IN | 1,082.82 | LBUSA.00000648 |
| 9751521 | LEHMAN BROTHERS | 2008-05-20 | 30072640 | IN | 975.64 | LBUSA.00000651 |
| 9751521 | LEHMAN BROTHERS | 2008-05-20 | 30072642 | IN | 226.53 | SDAMBROSIO |
| 9751521 | LEHMAN BROTHERS | 2008-05-27 | 30113592 | IN | 544.55 | LBUSA.00000635 |
| 9751521 | LEHMAN BROTHERS | 2008-05-27 | 30113609 | IN | 5,457.50 | LBUSA.00000646 |
| 9751521 | LEHMAN BROTHERS | 2008-05-27 | 30113618 | IN | 3,249.27 | LBUSA.00000653 |
| 9751521 | LEHMAN BROTHERS | 2008-05-27 | 30113631 | IN | 1,953.20 | 0000064655 |
| 9751521 | LEHMAN BROTHERS | 2008-05-27 | 30113632 | IN | 1,449.95 | 0000064695 |
| 9751521 | LEHMAN BROTHERS | 2008-05-27 | 30113633 | IN | 699.83 | 0000065024 |
| 9751521 | LEHMAN BROTHERS | 2008-05-27 | 30113635 | IN | 944.49 | 0000065345 |
| 1164176 | LEHMAN BROTHERS | 2008-06-03 | 30157035 | IN | 196,095.35 | LBUSA.00000642 |
| 1164176 | LEHMAN BROTHERS | 2008-06-03 | 30157037 | IN | 2,146.84 | 0000064288 |
| 9751521 | LEHMAN BROTHERS | 2008-06-03 | 30161513 | IN | 364.88 | 0000064124 |
| 7373783 | LEHMAN BROTHERS | 2008-06-12 | 5330512 | IN | 1,302.86 | ANTHONY |
| 1164176 | LEHMAN BROTHERS | 2008-06-17 | 30244181 | IN | 1,960.75 | QTRLYRELEASE20 |
| 1164176 | LEHMAN BROTHERS | 2008-06-17 | 30244182 | IN | 2,871.17 | T.BUTERA |
| 9751521 | LEHMAN BROTHERS | 2008-06-17 | 30250369 | IN | 993.25 | LBUSA.00000652 |
| 9751521 | LEHMAN BROTHERS | 2008-06-17 | 30250381 | IN | 571.99 | LBUSA.00000666 |
| 9751521 | LEHMAN BROTHERS | 2008-06-17 | 30250394 | IN | 1,595.57 | 0000066232 |
| 9751521 | LEHMAN BROTHERS | 2008-06-17 | 30250395 | IN | 4,787.08 | 0000066271 |
| 9751521 | LEHMAN BROTHERS | 2008-06-17 | 30250396 | IN | 711.02 | 0000066531 |
| 9751521 | LEHMAN BROTHERS | 2008-06-17 | 30250397 | IN | 167.98 | 000063400 |
| 1164176 | LEHMAN BROTHERS | 2008-06-24 | 30292073 | IN | 1,043.00 | MV6695 |
| 9751521 | LEHMAN BROTHERS | 2008-06-24 | 30295804 | CR | -311.73 | LBUSA.00000652 |
| 9751521 | LEHMAN BROTHERS | 2008-06-24 | 30295816 | IN | 1,622.72 | 0000064695 |
| 9751521 | LEHMAN BROTHERS | 2008-06-25 | 30300774 | IN | 1,311.35 | 0000067363 |
| 1164176 | LEHMAN BROTHERS | 2008-07-01 | 30339120 | IN | 6,134.93 | T.BUTERA |
| 1164176 | LEHMAN BROTHERS | 2008-07-01 | 30339121 | IN | 13,373.82 | 0000066840 |
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346558 | IN | 1,103.44 | LBUSA.00000672 |
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346559 | IN | 1,063.39 | LBUSA.00000672 |
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346561 | IN | 77.68 | LBUSA.00000674 |
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346568 | IN | 519.10 | LBUSA.00000677 |

| Customer | Name | Accounting Date | Item ID | Entry Type | Item Balance | PO Ref |
|---|---|---|---|---|---|---|
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346579 | IN | 545.07 | 0000066533 |
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346580 | IN | 1,019.69 | 0000066927 |
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346583 | IN | 220.28 | 0000068061 |
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346584 | IN | 731.96 | 0000068063 |
| 9751521 | LEHMAN BROTHERS | 2008-07-01 | 30346585 | IN | 3,035.14 | 0000068338 |
| 1164176 | LEHMAN BROTHERS | 2008-07-08 | 30390538 | IN | 3,584.64 | 0000066530 |
| 9751521 | LEHMAN BROTHERS | 2008-07-08 | 30394602 | IN | 487.91 | LBUSA.00000685 |
| 9751521 | LEHMAN BROTHERS | 2008-07-08 | 30394612 | IN | 3,047.93 | 0000064695 |
| 9751521 | LEHMAN BROTHERS | 2008-07-08 | 30394613 | IN | 1,244.76 | 0000066841 |
| 9751521 | LEHMAN BROTHERS | 2008-07-14 | 30430036 | IN | 2,625.14 | 0000067072 |
| 9751521 | LEHMAN BROTHERS | 2008-07-14 | 30430037 | IN | 137.18 | 0000067364 |
| 9751521 | LEHMAN BROTHERS | 2008-07-14 | 30430038 | IN | 247.79 | 0000067415 |
| 9751521 | LEHMAN BROTHERS | 2008-07-14 | 30430039 | IN | 445.43 | 0000067925 |
| 1164176 | LEHMAN BROTHERS | 2008-07-15 | 30431030 | IN | 6,721.53 | 0000066840 |
| 1164176 | LEHMAN BROTHERS | 2008-07-22 | 30470776 | IN | 8,427.41 | 0000066840 |
| 9751521 | LEHMAN BROTHERS | 2008-07-22 | 30476392 | IN | 117.09 | J.COSTA |
| 9751521 | LEHMAN BROTHERS | 2008-07-22 | 30476393 | IN | 271.10 | LBUSA.00000691 |
| 9751521 | LEHMAN BROTHERS | 2008-07-22 | 30476394 | IN | 48.74 | LBUSA.00000691 |
| 9751521 | LEHMAN BROTHERS | 2008-07-22 | 30476395 | IN | 581.42 | LBUSA.00000696 |
| 9751521 | LEHMAN BROTHERS | 2008-07-22 | 30476396 | IN | 16.82 | LBUSA.00000696 |
| 9751521 | LEHMAN BROTHERS | 2008-07-22 | 30476397 | IN | 44.88 | MV6777 |
| 9751521 | LEHMAN BROTHERS | 2008-07-22 | 30476398 | IN | 2,535.75 | 9261130143 |
| 9751521 | LEHMAN BROTHERS | 2008-07-22 | 30476399 | IN | 2,644.20 | 9261130145 |
| 1164176 | LEHMAN BROTHERS | 2008-07-29 | 30516462 | IN | 6,799.04 | 0000066840 |
| 9751521 | LEHMAN BROTHERS | 2008-07-29 | 30525177 | IN | 108.31 | LBUSA.00000669 |
| 9751521 | LEHMAN BROTHERS | 2008-07-29 | 30525190 | IN | 4,295.90 | LBUSA.00000695 |
| 9751521 | LEHMAN BROTHERS | 2008-07-29 | 30525191 | IN | 1,036.40 | LBUSA.00000699 |
| 9751521 | LEHMAN BROTHERS | 2008-07-29 | 30525193 | IN | 496.13 | LBUSA.00000699 |
| 9751521 | LEHMAN BROTHERS | 2008-07-29 | 30525196 | IN | 10,407.88 | 0000068213 |
| 9751521 | LEHMAN BROTHERS | 2008-07-29 | 30525200 | IN | 125.61 | 000068198 |
| 9751521 | LEHMAN BROTHERS | 2008-08-05 | 30572500 | IN | 399.22 | LBUSA.00000687 |
| 1164176 | LEHMAN BROTHERS | 2008-08-12 | 30606214 | IN | 118,728.31 | LBUSA.00000708 |
| 1164176 | LEHMAN BROTHERS | 2008-08-12 | 30606215 | IN | 2,042.09 | T.BUTERA |
| 1164176 | LEHMAN BROTHERS | 2008-08-12 | 30606216 | IN | 2,952.97 | 0000066840 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614989 | IN | 45.96 | LBUSA.00000699 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614990 | IN | 43.63 | LBUSA.00000700 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614991 | IN | 187.04 | LBUSA.00000701 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614992 | IN | 430.33 | LBUSA.00000701 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614993 | IN | 423.82 | LBUSA.00000702 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614994 | IN | 36.20 | LBUSA.00000704 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614995 | IN | 36.20 | LBUSA.00000704 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614996 | IN | 140.29 | LBUSA.00000705 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614997 | IN | 40.60 | LBUSA.00000705 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614998 | IN | 102.45 | LBUSA.00000705 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30614999 | IN | 39.91 | LBUSA.00000705 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615000 | IN | 196.92 | LBUSA.00000706 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615001 | IN | 186.63 | LBUSA.00000706 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615002 | IN | 65.52 | LBUSA.00000706 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615003 | IN | 19.33 | LBUSA.00000707 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615004 | IN | 1,084.52 | LBUSA.00000708 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615005 | IN | 232.26 | LBUSA.00000708 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615006 | IN | 22.53 | LBUSA.00000709 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615007 | IN | 7.75 | LBUSA.00000710 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615008 | IN | 165.78 | LBUSA.00000710 |
| 9751521 | LEHMAN BROTHERS | 2008-08-12 | 30615009 | IN | 454.56 | LBUSA.00000711 |
| 1164176 | LEHMAN BROTHERS | 2008-08-19 | 30654310 | IN | 8,372.01 | LBUSA.00000708 |
| 1164176 | LEHMAN BROTHERS | 2008-08-19 | 30654311 | IN | 912.96 | 0000071457 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660528 | IN | 256.19 | LBUSA.00000676 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660529 | IN | 2,348.62 | LBUSA.00000700 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660530 | IN | 70.14 | LBUSA.00000707 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660531 | IN | 159.85 | LBUSA.00000707 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660532 | IN | 46,056.73 | LBUSA.00000708 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660533 | IN | 82.23 | LBUSA.00000708 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660534 | IN | 125.71 | LBUSA.00000709 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660535 | IN | 43.28 | LBUSA.00000709 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660536 | IN | 806.36 | LBUSA.00000714 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660537 | IN | 1,057.56 | LBUSA.00000714 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660538 | IN | 1,110.42 | LBUSA.00000716 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660539 | IN | 112.20 | LBUSA.00000716 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660540 | IN | 674.15 | LBUSA.00000716 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660541 | IN | 112.20 | LBUSA.00000716 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660542 | IN | 112.20 | LBUSA.00000716 |
| 9751521 | LEHMAN BROTHERS | 2008-08-19 | 30660543 | IN | 26.88 | 08/04/08 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704403 | IN | 523.06 | LBUSA.00000716 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704404 | IN | 4,076.53 | LBUSA.00000716 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704405 | IN | 8.08 | LBUSA.00000716 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704406 | IN | 1.47 | LBUSA.00000716 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704407 | IN | 273.49 | LBUSA.00000717 |

| Customer | Name | Accounting Date | Item ID | Entry Type | Item Balance | PO Ref |
|---|---|---|---|---|---|---|
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704408 | IN | 214.49 | LBUSA.00000717 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704409 | IN | 204.78 | LBUSA.00000717 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704410 | IN | 18.49 | LBUSA.00000718 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704411 | CR | -291.26 | T. BUTERA |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704412 | IN | 3,877.07 | 0000066840 |
| 1164176 | LEHMAN BROTHERS | 2008-08-26 | 30704413 | IN | 1,865.91 | 0000067510 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710464 | IN | 71.12 | LBUSA.00000678 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710465 | IN | 67.76 | LBUSA.00000680 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710466 | IN | 91.42 | LBUSA.00000681 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710467 | IN | 91.23 | LBUSA.00000683 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710468 | IN | 223.32 | LBUSA.00000686 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710469 | IN | 71.12 | LBUSA.00000707 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710470 | IN | 122.59 | LBUSA.00000711 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710471 | IN | 165.68 | LBUSA.00000711 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710472 | IN | 125.28 | LBUSA.00000712 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710473 | IN | 108.30 | LBUSA.00000712 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710474 | IN | 69.34 | LBUSA.00000712 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710475 | IN | 125.84 | LBUSA.00000713 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710476 | IN | 117.97 | LBUSA.00000713 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710477 | IN | 286.40 | LBUSA.00000714 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710478 | IN | 222.71 | LBUSA.00000714 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710479 | IN | 223.63 | LBUSA.00000714 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710480 | IN | 5,458.00 | LBUSA.00000714 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710481 | IN | 46.91 | LBUSA.00000714 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710482 | IN | 112.46 | LBUSA.00000717 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710483 | IN | 1,099.25 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710484 | IN | 443.34 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710485 | IN | 11.55 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710486 | IN | 24.25 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710487 | IN | 18.33 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710488 | IN | 230.71 | LBUSA.00000719 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710489 | IN | 1,084.52 | LBUSA.00000721 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710490 | IN | 69.03 | 0000066533 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710491 | IN | 463.97 | 0000067413 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710492 | IN | 129.02 | 0000067745 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710493 | IN | 1,919.53 | 0000068213 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710494 | IN | 293.43 | 0000069134 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710495 | IN | 4,983.54 | 0000069374 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710496 | IN | 284.53 | 0000069518 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710497 | IN | 223.21 | 0000070175 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710498 | IN | 919.55 | 0000070295 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710499 | IN | 356.08 | 0000070296 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710500 | IN | 387.61 | 0000070421 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710501 | IN | 257.70 | 0000070423 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710502 | IN | 944.75 | 0000070507 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710503 | IN | 461.20 | 0000070576 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710504 | IN | 43.57 | 0000070815 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710505 | IN | 59.71 | 0000070989 |
| 9751521 | LEHMAN BROTHERS | 2008-08-26 | 30710506 | IN | 383.60 | 0000071093 |
| 1164176 | LEHMAN BROTHERS | 2008-09-01 | 30749194 | IN | 7,270.45 | 0000067510 |
| 1164176 | LEHMAN BROTHERS | 2008-09-01 | 30749195 | IN | 218.10 | 0000070877 |
| 1164176 | LEHMAN BROTHERS | 2008-09-02 | 30756839 | IN | 314.07 | LBUSA.00000708 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761939 | IN | 444.34 | LBUSA.00000708 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761940 | IN | 184.55 | LBUSA.00000711 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761941 | IN | 1,124.28 | LBUSA.00000715 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761942 | IN | 41.27 | LBUSA.00000715 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761943 | IN | 40.94 | LBUSA.00000717 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761944 | IN | 718.35 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761945 | IN | 442.22 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761946 | IN | 428.26 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761947 | IN | 254.14 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761948 | IN | 470.06 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761949 | IN | 898.88 | LBUSA.00000718 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761950 | IN | 40.94 | LBUSA.00000720 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761951 | IN | 283.17 | LBUSA.00000721 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761952 | IN | 2,998.47 | LBUSA.00000723 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761953 | IN | 1,127.80 | LBUSA.00000725 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761954 | IN | 1,017.90 | LBUSA.00000725 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761955 | IN | 555.51 | 0000070762 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761956 | IN | 269.44 | 0000071093 |
| 9751521 | LEHMAN BROTHERS | 2008-09-02 | 30761957 | IN | 769.63 | 0000071872 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799244 | IN | 55.15 | LBUSA.00000681 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799245 | IN | 55.15 | LBUSA.00000683 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799246 | IN | 167.50 | LBUSA.00000697 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799247 | IN | 36.18 | LBUSA.00000707 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799248 | IN | 29.40 | LBUSA.00000707 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799249 | IN | 40.89 | LBUSA.00000725 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799250 | IN | 50.66 | LBUSA.00000726 |

| Customer | Name | Accounting Date | Item ID | Entry Type | Item Balance | PO Ref |
|---|---|---|---|---|---|---|
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799251 | IN | 2,221.58 | LBUSA.00000727 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799252 | IN | 679.06 | LBUSA.00000727 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799253 | IN | 117.46 | LBUSA.00000727 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799254 | IN | 797.64 | LBUSA.00000728 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799255 | IN | 876.79 | LBUSA.00000728 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799256 | IN | 154.83 | LBUSA.00000728 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799257 | IN | 24.59 | 0000068060 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799258 | IN | 480.03 | 0000071966 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799259 | IN | 365.51 | 0000072569 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799260 | IN | 998.90 | 000072148 |
| 9751521 | LEHMAN BROTHERS | 2008-09-09 | 30799261 | IN | 566.33 | 000072149 |
| 1164176 | LEHMAN BROTHERS | 2008-09-16 | 30837970 | CR | -263.13 | T.BUTERA |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843442 | IN | 101.17 | LBUSA.00000725 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843443 | IN | 126.55 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843444 | IN | 340.36 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843445 | IN | 399.50 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843446 | IN | 29.26 | LBUSA.00000730 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843447 | IN | 1,498.38 | 11050919387 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843448 | IN | 461.47 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843449 | IN | 398.82 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843450 | IN | 71.49 | LBUSA.00000725 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843451 | IN | 27.68 | LBUSA.00000725 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843452 | IN | 35.68 | LBUSA.00000725 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843453 | IN | 101.17 | LBUSA.00000725 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843454 | IN | 287.60 | LBUSA.00000726 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843455 | IN | 420.32 | LBUSA.00000726 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843456 | IN | 491.10 | LBUSA.00000726 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843457 | IN | 420.32 | LBUSA.00000726 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843458 | IN | 515.75 | LBUSA.00000726 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843459 | IN | 1,324.95 | LBUSA.00000726 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843460 | IN | 3,280.26 | LBUSA.00000726 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843461 | IN | 265.89 | LBUSA.00000729 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843462 | IN | 1,061.90 | LBUSA.00000726 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843463 | IN | 14.87 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843464 | IN | 358.05 | LBUSA.00000730 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843465 | IN | 38.85 | LBUSA.00000729 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843466 | IN | 74.96 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843467 | IN | 16.47 | LBUSA.00000729 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843468 | IN | 30.58 | LBUSA.00000729 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843469 | IN | 20.02 | LBUSA.00000728 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843470 | IN | 31.38 | LBUSA.00000728 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843471 | IN | 320.28 | LBUSA.00000730 |
| 9751521 | LEHMAN BROTHERS | 2008-09-16 | 30843472 | IN | 807.90 | LBUSA.00000730 |
| 1164176 | LEHMAN BROTHERS | 2008-09-17 | 30844178 | IN | 666.94 | 0000070877 |
| 9751521 | LEHMAN BROTHERS | 2008-09-23 | 30884493 | IN | 206.48 | 000072148 |
| 9751521 | LEHMAN BROTHERS | 2008-09-23 | 30884494 | IN | 481.34 | 0000071966 |
| 9751521 | LEHMAN BROTHERS | 2008-09-23 | 30884495 | IN | 100.09 | 0000072746 |
| 9751521 | LEHMAN BROTHERS | 2008-09-23 | 30884496 | IN | 164.37 | 0000072761 |
| 9751521 | LEHMAN BROTHERS | 2008-09-23 | 30884497 | IN | 92.46 | 0000072746 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928696 | IN | 673.46 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928697 | IN | 38.70 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928698 | IN | 254.80 | LBUSA.00000734 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928699 | IN | 131.81 | LBUSA.00000734 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928700 | IN | 1,009.57 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928701 | IN | 232.98 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928702 | IN | 32.22 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928703 | IN | 18.33 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928704 | IN | 320.07 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928705 | IN | 236.22 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928706 | IN | 204.87 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928707 | IN | 23.20 | LBUSA.00000734 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928708 | IN | 167.42 | LBUSA.00000734 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928709 | IN | 462.78 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928710 | IN | 203.37 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928711 | IN | 147.16 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928712 | IN | 95.25 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928713 | IN | 59.19 | LBUSA.00000732 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928714 | IN | 313.81 | LBUSA.00000732 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928715 | IN | 65.75 | LBUSA.00000732 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928716 | IN | 65.75 | LBUSA.00000732 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928717 | IN | 1,681.42 | LBUSA.00000733 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928718 | IN | 30.27 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928719 | IN | 36.01 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928720 | IN | 22.71 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928721 | IN | 14.43 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928722 | IN | 31.21 | LBUSA.00000731 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928723 | IN | 3.76 | LBUSA.00000729 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928724 | IN | 215.41 | 0000068488 |

| Customer | Name | Accounting Date | Item ID | Entry Type | Item Balance | PO Ref |
|---|---|---|---|---|---|---|
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928725 | IN | 427.62 | LBUSA.00000727 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928726 | IN | 1,037.25 | 0000071875 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928727 | IN | 754.64 | LBUSA.00000727 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928728 | IN | 103.78 | 0000072935 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928729 | IN | 167.39 | 0000073138 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928730 | IN | 706.54 | LBUSA.00000727 |
| 9751521 | LEHMAN BROTHERS | 2008-09-29 | 30928731 | IN | 137.11 | LBUSA.00000731 |
| | AR Total | | | | 658,226.38 | |
| 1164176 | LEHMAN BROTHERS | 2008-09-30 | 5348151 | IN | 412,410.67 | VARIOUS |
| | Custom Warehoused Product Total | | | | 412,410.67 | |
| | Grand Total | | | | 1,070,637.05 | |