UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JPM) |
| *et al.* | |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss:
COUNTY OF NEW YORK   )

      Mary Charles-Kennedy, being duly sworn, deposes and says:  I am not a party to the action.  I am over the age of eighteen years and reside in Queens, New York.

      On October 3, 2008, I served a copy of the document referenced below by causing true and correct copies of the same to be sent by first class mail, postage pre-paid to the persons on the attached list.

      SUPPLEMENTAL OBJECTION OF DUN & BRADSTREET TO DEBTORS' PROPOSED CURE PAYMENT SUBMITTED IN ACCORDANCE WITH PROCEDURE ESTABLISHED PURSUANT TO THE COURT'S ORDER DATED SEPTEMBER 20, 2008 APPROVING SALE OF PURCHASED ASSETS AND ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS

                                              */s/ Mary Charles-Kennedy*
                                              Mary Charles-Kennedy

Sworn to before me this 3rd
day of October, 2008.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00069952.1 \ SSP100}

# Service List

**Barclays**
1301 Avenue of Americas
New York, NY 10019
Attn: Nancy Stanton

**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife, Esq.
       Shai Y. Waisman, Esq.

**Office of the United States Trustee**
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Tracy Hope Davis, Esq.

**Cleary Gottlieb Steen & Hamilton**
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
       Lisa Schweitzer, Esq.

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, NY 10004
Attn: James B. Kobak, Esq.
       David Wiltenburg, Esq.
       Jeff Margolin, Esq.