SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103
(860) 251-5000
Julie A. Manning (JM 7850)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : CASE NO. 08-13555 |
| LEHMAN BROTHERS HOLDINGS, INC., ET AL., | : |
| | : JOINTLY ADMINISTERED |
| DEBTORS. | : |

### CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October 2008, a true and correct copy of the Verified Statement Pursuant to Rule 2019 of Shipman & Goodwin LLP was served electronically through the Court's ECF System on parties requesting electronic service, and on this 3rd day of October 2008, by U.S. Mail, First Class, Postage Prepaid on the parties shown below:

| | |
|---|---|
| Honorable James M. Peck<br>Chambers Copy<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 | Attorneys for the Debtors<br>Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Harvey R. Miller<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| U.S. Trustee<br>Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Attorneys for the Unsecured Creditors<br>Committee<br>Dennis F. Dunnes, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Luc A. Despins<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Attorneys for the Postpetition Lenders<br>Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary Gottlieb LLP<br>One Liberty Plaza<br>New York, NY 10006 | Attorneys for the Postpetition Lenders<br>Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |

/s/ Julie A. Manning
Julie A. Manning

520785 v.02 S4