**Exhibit A**







