## **CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I served a copy of the foregoing OBJECTION OF SECUREWORKS, INC., FORMERLY KNOWN AS LURHQ CORPORATION, TO CURE AMOUNTS INCLUDED ON THE DRBTORS' LIST OF IT CLOSING DATE CONTRACTS IN ACCORDANCE WITH THE ORDER UNDER 11 U.S.C. §§ 105(A), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES by first class U.S. mail, with adequate postage prepaid on the following persons or entities at the addresses stated below:

Weil, Gotshal & Manges, LLP
Attn: Lori R. Fife, Esq. & Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, New York 10153-0119

Hughes Hubbard & Reed LLP
Attn: Jeffery S. Margolin, Esq.
One Battery Park Plaza
New York, NY 10004

Cleary Gottlieb Steen & Hamilton LLP
Attn: Lindsee P. Granfield, Esq. & Lisa M. Schweitzer, Esq.
One Liberty Plaza
New York, New York, 10006

New York, New York
October 3, 2008.

_____
Michael W. Antonivich