Mitchell Schuster (MS-6653)
Meister Seelig & Fein LLP
2 Grand Central Tower
140 E. 45th Street, 19th Floor
New York, NY 10017

Attorneys for I-DEAL LLC et al

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :       Chapter 11 Case No.
In re                                                       :
                                                            :       08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., et al.                      :
                                                            :       (Jointly Administered)
        Debtors.                                            :
                                                            :
------------------------------------------------------------x

**OBJECTION TO PROPOSED CURE AMOUNT AND RESPONSE OF
i-DEAL LLC TO DEBTORS' MOTION SEEKING AMONG OTHER THINGS AN ORDER
AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND
CLEAR OF LIENS AND OTHER INTERESTS AND (B) THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN EXECUTORY
<u>CONTRACTS AND UNEXPIRED LEASES AND RESERVATION OF RIGHTS</u>**

TO:     HONORABLE JAMES M. PECK
        United States Bankruptcy Judge

      i-Deal LLC, Ipreo Holdings, LLC and all affiliates and subsidiaries (collectively "i-Deal") hereby file this Objection to Proposed Cure Amount and Response to the Motion of Lehman Brothers Holdings, Inc. ("LBHI") et al, debtors and debtors-in-possession (collectively, the "Debtors"), seeking, among other things an order authorizing and approving (a) the sale of certain of the Debtors' assets (the Purchased Assets") free and clear of all liens, claims, encumbrances, and interests and (b) the assumption and assignment of certain executory contracts related to the Purchased Assets (the "Sale Motion"). i-Deal is the owner of certain software applications and communications networks and systems that support the distribution of information concerning offerings of securities. i-Deal and the Debtors are parties to that certain Master License and Services Agreement dated November 24, 2004, as amended (the "Master Services Agreement"). To the extent that the Master Services Agreement is to be assumed and assigned

as proposed by the Debtors, i-Deal files this objection to the proposed cure amount asserted by the Debtors (the "Objection"). In support of the Objection, i-Deal respectfully states as follows:

**Background**

1. i-Deal is a Delaware Limited Liability Company with offices at 1359 Broadway, 2nd Floor, New York, New York. i-Deal is the owner of certain software applications and communications networks and systems that support the distribution of information concerning offerings of securities.

2. On November 24, 2004, and as amended, i-Deal entered into the Master Services Agreement with the Debtors pursuant to which i-Deal agreed to license certain proprietary software and provide certain services to the Debtors and their affiliates and subsidiaries. Copies of the Master Services Agreement and all addendums subject to being assumed are attached hereto as **Exhibit A.**

3. Under the Master Services Agreement and addendums the Debtors currently owe i-Deal approximately $456,456.43. True and correct copies a summary of the amounts and of all invoices setting for i-Deal's calculation of the cure amount is attached hereto as composite **Exhibit B.**

**Response**

4. By their Sale Motion, the Debtors seek to sell the Purchased Assets free and clear of all liens, claims, encumbrances, and other interests.

5. Through the Sale Motion and as set forth on the schedule posted by the Debtors at http://chapter11.epiqsystems.com/lehman (the "Website") the Master Services Agreement and addendums are proposed for assumption and assignment[1]. The Website posting lists the proposed cure amount due to i-Deal as $86,766.83 (the "Proposed Cure Amount").

6. i-Deal disputes the Proposed Cure Amount and asserts that the proper cure amount is $456,456.43 as shown in **Exhibit B.**

---

[1] The contracts listed on the Website are not specific. i-Deal recognizes the burden on the Debtors due to the size of the case and the speed in which it is moving. However, i-Deal believes it appropriate and required under 11 U.S.C. Section 365 that the contracts which are being assumed and assigned be fully identified. Without this specific information, i-Deal is not able to properly determine the appropriate cure amount. Accordingly, i-Deal reserves the right to amend and or supplement this Objection and the amount asserted as the proper cure amount. Pursuant to the procedures set by the Court, i-Deal will meet and confer with the Debtors to resolve these issues.

7.   i-Deal will consent to the assumption and assignment of the Master Services Agreement and addendums, if the amount of $456,456.43 is agreed to by all parties required and paid upon the assumption and assignment.[2]

8.   Pursuant to 11 U.S.C. Section 365, prior to the assumption and assignment of the Master Services Agreement, all cure amounts must be paid.

9.   i-Deal reserves the right to supplement this Objection. Additionally, i-Deal reserves the right to supplement the cure amount which may be due and owing as additional amounts continue to accrue and additional information regarding the contracts to be assumed and assigned is discovered.

WHEREFORE, i-Deal LLC, hereby requests that any order entered by the Court approving the assumption and assignment of the Master Services Agreement and addendum be (i) conditioned upon payment of the cure amount of $456,456.83 to i-Deal; and (ii) granting such other and further relief as may be appropriate under the circumstances.

Dated:  October 3, 2008

Respectfully Submitted,

Meister Seelig & Fein LLP

By: /s/ Mitchell Schuster
Mitchell Schuster (MS-6653)
Howard S. Koh (HSK-4730)
2 Grand Central Tower
140 E. 45th Street, 19th Floor
New York, New York 10017

---

[2] See note 1 above.