# Ipreo Holdings LLC
## Summary of Lehman Receivables

| Client ID | Amount | Current | 31 - 60 Days | 61 - 90 Days | 91 and Over | Amount due pre- 9/15/08 | Amount due post- 9/15/08 |
|---|---|---|---|---|---|---|---|
| LEHMANBR | $183,008.76 | $123,508.76 | $40,000.00 | $0.00 | $19,500.00 | $165,673.09 | $17,335.67 |
| LEHMANFI | $26,570.32 | $13,546.88 | $6,250.00 | $6,773.44 | $0.00 | $22,957.82 | $3,612.50 |
| LEHMANNY | $246,877.35 | $52,311.41 | $178,413.95 | $12,267.12 | $3,884.87 | $239,914.12 | $6,963.23 |
| Totals: | $456,456.43 | $189,367.05 | $224,663.95 | $19,040.56 | $23,384.87 | $428,545.03 | $27,911.40 |

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | INV0002175 |
|---|---|
| Date | 6/30/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANFI |

**Bill To:**

Lehman Brothers
Keenan Watson
1301 Avenue of the Americas
5th Floor
New York, NY   10019

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| LICENSE FEE CO- WIRES | License Fee | | $6,250.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $6,250.00 |
|---|---|
| Sales Tax | $523.44 |
| **Total Due** | **$6,773.44** |

Questions? Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway   2nd Floor   New York   NY   10018
Tel.   800-850-7422   Tel.   212-849-5000   Fax.   212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | INV0002265 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANFI |

**Bill To:**

Lehman Brothers
Keenan Watson
1301 Avenue of the Americas
5th Floor
New York, NY    10019

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| LICENSE FEE CO- WIRES | License Fee | 7/31/2008 | $6,250.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $6,250.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$6,250.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway    2nd Floor    New York  NY  10018
Tel.   800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | INV0002336 |
|---|---|
| Date | 8/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANFI |

**Bill To:**

Lehman Brothers
Keenan Watson
1301 Avenue of the Americas
5th Floor
New York, NY   10019

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| LICENSE FEE CO- WIRES | License Fee | 8/31/2008 | $6,250.00 |

Please send remittance to:
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
or via wire transfer to:
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE: CHASUS33**
**Federal Tax ID. # 20-0295153**

| Subtotal | $6,250.00 |
|---|---|
| Sales Tax | $523.44 |
| **Total Due** | **$6,773.44** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY   10018
Tel.  800-850-7422   Tel.  212-849-5000   Fax.  212-812-4447
www.ipreo.com

| Invoice Number | INV0002386 |
|---|---|
| Date | 9/30/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANFI |



i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill To:**

Lehman Brothers
Keenan Watson
1301 Avenue of the Americas
5th Floor
New York, NY    10019

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| LICENSE FEE CO- WIRES | Sept Monthly License Fee | | $6,250.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or Via Wire Transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33

| Subtotal | $6,250.00 |
|---|---|
| Sales Tax | $523.44 |
| **Total Due** | **$6,773.44** |

Federal Tax ID # 20-0295153

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

# I PREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 181545 |
|---|---|
| Date | 5/30/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

News Service Bill

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| WIRE CHARGE | - | | $450.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE:  CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $450.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$450.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway   2nd Floor   New York  NY  10018
Tel.   800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182325 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBCAF0708
$119,350,000.00
City and County of San Francisco
General Obligation Refunding Bonds

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $4,725.20 |
| WIRE CHARGE | - | | $20.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $4,745.20 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$4,745.20** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor  New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182326 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBCAS0708
$224,425,000.00
California Statewide
Communities Development Authority

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $13,254.90 |
| WIRE CHARGE | - | | $30.00 |
| ELECTRONIC ORDER ENTRY | - | | $500.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE:  CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $13,784.90 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$13,784.90** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182327 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBIDC0708
$33,000,000.00
Idaho Housing and Finance Association
Single Family Mortgage Bonds, 2008 Series C

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $1,980.00 |
| WIRE CHARGE | - | | $390.00 |
| ELECTRONIC ORDER ENTRY | - | | $250.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE:  CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $2,620.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$2,620.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

**IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182328 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

*MUNI Invoice*

NYBILS0708
$20,525,000.00
ILLINOIS FINANCE AUTHORITY
Fixed Rate Revenue Bonds, Series 2005C

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $1,231.50 |
| WIRE CHARGE | - | | $30.00 |
| ELECTRONIC ORDER ENTRY | - | | $150.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| | |
|---|---|
| **Subtotal** | $1,411.50 |
| **Sales Tax** | $0.00 |
| **Total Due** | **$1,411.50** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000   Fax.  212-812-4447
www.ipreo.com



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182329 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBMAB0708
$47,115,000.00
MASSACHUSETTS DEVELOPMENT FINANCE AGENCY
REVENUE BONDS.

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $2,850.00 |
| WIRE CHARGE | - | | $90.00 |
| ELECTRONIC ORDER ENTRY | - | | $712.50 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $3,652.50 |
|---|---|
| Sales Tax | $0.00 |
| Total Due | $3,652.50 |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor  New York  NY  10018
Tel.  800-850-7422  Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

İ IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182330 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBMA!0708
$320,500,000.00
MASSACHUSETTS HEALTH AND EDUCATIONAL FACILITIES
AUTHORITY REVENUE BONDS,

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $19,511.70 |
| WIRE CHARGE | - | | $60.00 |
| ELECTRONIC ORDER ENTRY | - | | $500.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $20,071.70 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$20,071.70** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# I IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182331 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBMIS0708
$12,555,000.00
BOARD OF CONTROL OF SAGINAW VALLEY STATE
UNIVERSITY

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $753.30 |
| WIRE CHARGE | - | | $30.00 |
| ELECTRONIC ORDER ENTRY | - | | $150.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $933.30 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$933.30** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422    Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# ¡ IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182332 |
| --- | --- |
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

*MUNI Invoice*

NYBMNA0708
$432,185,000.00
State of Minnesota
General Obligation State Bonds

| Service(s) Rendered | Description | Deal Date | Ext. Price |
| --- | --- | --- | --- |
| BOOKRUNNING | - | | $17,216.60 |
| WIRE CHARGE | - | | $60.00 |

Please send remittance to:
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
or via wire transfer to:
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE: CHASUS33**
**Federal Tax ID. # 20-0295153**

| Subtotal | $17,276.60 |
| --- | --- |
| Sales Tax | $0.00 |
| **Total Due** | **$17,276.60** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor  New York  NY  10018
Tel.  800-850-7422    Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

**i IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182333 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

*MUNI Invoice*

NYBNEI0708
$25,000,000.00
Nebraska Investment Finance Authority
Single Family Housing Revenue Bonds

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $1,500.00 |
| WIRE CHARGE | - | | $390.00 |
| ELECTRONIC ORDER ENTRY | - | | $150.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $2,040.00 |
|---|---|
| Sales Tax | $0.00 |
| Total Due | $2,040.00 |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182334 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

*MUNI Invoice*

NYBNYW0808
$133,500,000.00
West Point Housing LLC
Military Housing Taxable Revenue Class I Bonds

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $8,010.00 |
| WIRE CHARGE | - | | $30.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $8,040.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$8,040.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# i IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182335 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBPAA0708
$40,690,000.00
PHILADELPHIA AUTHORITY FOR INDUSTRIAL DEVELOPMENT
Revenue Refunding Bonds, Series 2008A

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $2,461.50 |
| WIRE CHARGE | - | | $60.00 |
| ELECTRONIC ORDER ENTRY | - | | $250.00 |

Please send remittance to:
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
or via wire transfer to:
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE: CHASUS33**
**Federal Tax ID. # 20-0295153**

| Subtotal | $2,771.50 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$2,771.50** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway   2nd Floor   New York  NY   10018
Tel.  800-850-7422   Tel.  212-849-5000   Fax.  212-812-4447
www.ipreo.com

# i IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| | |
|---|---|
| **Invoice No.** | 182336 |
| **Date** | 7/31/2008 |
| **Payment Terms** | Due Upon Receipt |
| **Customer No.** | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBTXN0708
$1,000,000,000.00
North Texas Tollway Authority System
Second Tier Revenue Refunding Bonds, Series 2008F

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $60,000.00 |
| WIRE CHARGE | - | | $270.00 |
| ELECTRONIC ORDER ENTRY | - | | $500.00 |

Please send remittance to:
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
or via wire transfer to:
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE: CHASUS33**
**Federal Tax ID. # 20-0295153**

| | |
|---|---|
| **Subtotal** | $60,770.00 |
| **Sales Tax** | $0.00 |
| **Total Due** | **$60,770.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# İ IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182337 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBTXU0708
$207,260,000.00
BOARD OF REGENTS, TEXAS STATE UNIVERSITY SYSTEM
REVENUE FINANCING SYSTEM REVENUE BONDS,

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $12,443.70 |
| WIRE CHARGE | - | | $150.00 |
| ELECTRONIC ORDER ENTRY | - | | $3,110.93 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $15,704.63 |
|---|---|
| Sales Tax | $0.00 |
| Total Due | $15,704.63 |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182338 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NYBWAB0708
$260,000,000.00
State of Washington
Motor Vehicle Fuel Tax

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $10,400.00 |
| WIRE CHARGE | - | | $20.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE:  CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $10,420.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$10,420.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182533 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

News Service Bill

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| WIRE CHARGE | - | | $585.00 |

Please send remittance to:
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
or via wire transfer to:
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE: CHASUS33**
**Federal Tax ID. # 20-0295153**

| Subtotal | $585.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$585.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182549 |
|---|---|
| Date | 7/1/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

*MUNI Invoice*

NMIA/QUERY:07/01/2008-07/31/2008

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $9,767.12 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $9,767.12 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$9,767.12** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182735 |
|---|---|
| Date | 8/29/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

*MUNI Invoice*

NYBNYL0808
$207,545,000.00
New York Local Government Assistance Corporation
Series 2008C Refunding Bonds (Senior Lien)

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $8,142.00 |
| WIRE CHARGE | - | | $60.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| | |
|---|---|
| **Subtotal** | $8,202.00 |
| **Sales Tax** | $0.00 |
| **Total Due** | **$8,202.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway   2nd Floor   New York   NY   10018
Tel.  800-850-7422   Tel.  212-849-5000   Fax.  212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182736 |
|---|---|
| Date | 8/29/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**MUNI Invoice**

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

NYBWIT0808
$185,000,000.00
STATE OF WISCONSIN
TRANSPORTATION REVENUE BONDS, 2008 SERIES A

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $11,100.00 |
| WIRE CHARGE | - | | $150.00 |
| ELECTRONIC ORDER ENTRY | - | | $500.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $11,750.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$11,750.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

**i IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182900 |
|---|---|
| Date | 8/29/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

News Service Bill

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| WIRE CHARGE | - | | $90.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $90.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$90.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | 182912 |
|---|---|
| Date | 8/1/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

*MUNI Invoice*

NMIA/QUERY:08/01/2008-08/31/2008

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUNNING | - | | $9,767.12 |

Please send remittance to:
**i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886**
or via wire transfer to:
**JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153**

| Subtotal | $9,767.12 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$9,767.12** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

| Invoice Number | BID1004760 |
|---|---|
| Date | 3/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**i IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill to :**

Lehman Brothers
Michael Sestito
Image Processing Center
P.O. Box 2339
Secaucus, NJ    07096

*BIDCOMP Invoice*

| Service(s) | Deal Size | Description | Date | Result | Amount |
|---|---|---|---|---|---|
| BIDCOMP | $27,795,000.00 | Boston, MA | 3/6/2008 | Lost | $25.00 |
| BIDCOMP | $51,325,000.00 | JEA, FL | 3/25/2008 | Lost | $25.00 |
| BIDCOMP | $55,000,000.00 | Washoe Co SD, NV | 3/5/2008 | Lost | $25.00 |
| BIDCOMP | $59,135,000.00 | Newport News, VA | 3/26/2008 | Lost | $25.00 |
| BIDCOMP | $64,745,000.00 | Montgomery County, MD | 3/6/2008 | Lost | $25.00 |
| BIDCOMP | $74,815,000.00 | Industry, CA | 3/25/2008 | Lost | $25.00 |
| BIDCOMP | $81,285,000.00 | New York City, NY | 3/10/2008 | Lost | $25.00 |
| BIDCOMP | $90,000,000.00 | Virginia Beach, VA | 3/11/2008 | Lost | $25.00 |
| BIDCOMP | $97,000,000.00 | Hamilton County, TN | 3/25/2008 | Lost | $25.00 |
| BIDCOMP | $125,695,000.00 | NYS Env Facs, NY | 3/11/2008 | Lost | $25.00 |
| BIDCOMP | $126,185,000.00 | Boston, MA | 3/6/2008 | Won | $600.00 |
| BIDCOMP | $156,750,000.00 | Delaware, DE | 3/4/2008 | Lost | $25.00 |
| BIDCOMP | $200,000,000.00 | Florida BOE, FL | 3/27/2008 | Lost | $25.00 |
| BIDCOMP | $292,785,000.00 | Nashville Metro Gov, TN | 3/4/2008 | Lost | $25.00 |
| BIDCOMP | $350,000,000.00 | Port Auth NY & NJ, NY | 3/12/2008 | Won | $600.00 |
| BIDCOMP | $573,305,000.00 | Maryland Transp Auth, MD | 3/12/2008 | Lost | $25.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
Federal Tax ID # 20-0295153

**or via Wire transfer to:**
JPMorganChase, New York  NY
ABA # 021000021
Acct # 066603161

| Total Due | $1,550.00 |
|---|---|

**Questions? Please call Eric Washington at (212) 849-5067**

| Invoice Number | BID1004929 |
|---|---|
| Date | 5/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill to :**

Lehman Brothers
Michael Sestito
Image Processing Center
P.O. Box 2339
Secaucus, NJ    07096

*BIDCOMP Invoice*

| Service(s) | Deal Size | Description | Date | Result | Amount |
|---|---|---|---|---|---|
| BIDCOMP | $40,145,000.00 | San Francisco (City & Co), CA | 5/20/2008 | Lost | $25.00 |
| BIDCOMP | $75,000,000.00 | Pima County, AZ | 5/13/2008 | Lost | $25.00 |
| BIDCOMP | $78,160,000.00 | Orange Co Sant Dt, CA | 5/22/2008 | Won | $450.00 |
| BIDCOMP | $88,000,000.00 | Stamford, CT | 5/13/2008 | Lost | $25.00 |
| BIDCOMP | $105,000,000.00 | Louisville/Jefferson Co Swr Dt, KY | 5/21/2008 | Lost | $25.00 |
| BIDCOMP | $111,440,000.00 | Duluth ISD #709, MN | 5/29/2008 | Lost | $25.00 |
| BIDCOMP | $147,210,000.00 | Florida Dept of Env Prot, FL | 5/21/2008 | Lost | $25.00 |
| BIDCOMP | $149,000,000.00 | New Mexico, NM | 5/20/2008 | Won | $600.00 |
| BIDCOMP | $158,655,000.00 | Dallas, TX | 5/28/2008 | Lost | $25.00 |
| BIDCOMP | $200,000,000.00 | Florida BOE, FL | 5/6/2008 | Lost | $25.00 |
| BIDCOMP | $234,285,000.00 | San Francisco (City & Co), CA | 5/20/2008 | Won | $600.00 |
| BIDCOMP | $400,000,000.00 | Port Auth NY & NJ, NY | 5/7/2008 | Lost | $25.00 |
| BIDCOMP | $405,030,000.00 | Pennsylvania, PA | 5/20/2008 | Lost | $25.00 |
| BIDCOMP | $675,000,000.00 | Clark Co SD, NV | 5/15/2008 | Lost | $25.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
Federal Tax ID # 20-0295153

**or via Wire transfer to:**
JPMorganChase, New York  NY
ABA # 021000021
Acct # 066603161

| Total Due | $1,925.00 |
|---|---|

**Questions? Please call Eric Washington at (212) 849-5067**

1359 Broadway  2nd Floor  New York  NY  10018
Tel. 800-850-7422  Tel. 212-849-5000  Fax. 212-812-4447
www.ipreo.com

| Invoice Number | BID1005015 |
|---|---|
| Date | 6/30/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**i IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill to :**

Lehman Brothers
Michael Sestito
Image Processing Center
P.O. Box 2339
Secaucus, NJ    07096

*BIDCOMP Invoice*

| Service(s) | Deal Size | Description | Date | Result | Amount |
|---|---|---|---|---|---|
| BIDCOMP | $74,455,000.00 | Texas, TX | 6/3/2008 | Won | $450.00 |
| BIDCOMP | $111,185,000.00 | Arlington County, VA | 6/3/2008 | Lost | $25.00 |
| BIDCOMP | $125,200,000.00 | Bellevue SD #405, WA | 6/3/2008 | Lost | $25.00 |
| BIDCOMP | $91,165,000.00 | Delaware Transp Auth, DE | 6/4/2008 | Won | $450.00 |
| BIDCOMP | $93,785,000.00 | Virginia, VA | 6/4/2008 | Lost | $25.00 |
| BIDCOMP | $110,000,000.00 | Prince George's County, MD | 6/4/2008 | Lost | $25.00 |
| BIDCOMP | $400,000,000.00 | Clark County, NV | 6/4/2008 | Won | $600.00 |
| BIDCOMP | $70,000,000.00 | Rockwood SD #R-6, MO | 6/5/2008 | Lost | $25.00 |
| BIDCOMP | $42,900,000.00 | Spokane, WA | 6/9/2008 | Lost | $25.00 |
| BIDCOMP | $56,605,000.00 | Georgia, GA | 6/12/2008 | Won | $450.00 |
| BIDCOMP | $465,885,000.00 | Georgia, GA | 6/12/2008 | Lost | $25.00 |
| BIDCOMP | $73,745,000.00 | New Mexico, NM | 6/17/2008 | Lost | $25.00 |
| BIDCOMP | $90,000,000.00 | Maryland Univ Sys, MD | 6/17/2008 | Lost | $25.00 |
| BIDCOMP | $154,870,000.00 | Norfolk, VA | 6/17/2008 | Lost | $25.00 |
| BIDCOMP | $271,595,000.00 | Miami-Dade County, FL | 6/17/2008 | Lost | $25.00 |
| BIDCOMP | $77,000,000.00 | Anderson Co SD #5, SC | 6/18/2008 | Lost | $25.00 |
| BIDCOMP | $140,105,000.00 | Seattle, WA | 6/18/2008 | Lost | $25.00 |
| BIDCOMP | $100,000,000.00 | Austin ISD, TX | 6/23/2008 | Lost | $25.00 |
| BIDCOMP | $79,380,000.00 | Frederick County, MD | 6/24/2008 | Lost | $25.00 |
| BIDCOMP | $187,990,000.00 | Gilbert (Town), AZ | 6/24/2008 | Lost | $25.00 |
| BIDCOMP | $84,785,000.00 | Eugene, OR | 6/25/2008 | Lost | $25.00 |
| BIDCOMP | $111,780,000.00 | N Texas Muni Wtr Dt, TX | 6/26/2008 | Lost | $25.00 |
| BIDCOMP | $800,000,000.00 | Wisconsin, WI | 6/26/2008 | Won | $100.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
Federal Tax ID # 20-0295153

**or via Wire transfer to:**
JPMorganChase, New York  NY
ABA # 021000021
Acct # 066603161

| Total Due | $2,500.00 |
|---|---|

**Questions? Please call Eric Washington at (212) 849-5067**

| Invoice Number | BID1005101 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

i IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill to :**

Lehman Brothers
Michael Sestito
Image Processing Center
P.O. Box 2339
Secaucus, NJ    07096

*BIDCOMP Invoice*

| Service(s) | Deal Size | Description | Date | Result | Amount |
|---|---|---|---|---|---|
| BIDCOMP | $63,400,000.00 | Charleston Co SD, SC | 7/17/2008 | Won | $100.00 |
| BIDCOMP | $70,000,000.00 | Milwaukee Metro Swrg Dt, WI | 7/28/2008 | Lost | $25.00 |
| BIDCOMP | $70,585,000.00 | Washington, WA | 7/9/2008 | Lost | $25.00 |
| BIDCOMP | $88,045,000.00 | Univ of Louisville, KY | 7/8/2008 | Lost | $25.00 |
| BIDCOMP | $94,355,000.00 | Wichita, KS | 7/15/2008 | Won | $100.00 |
| BIDCOMP | $100,000,000.00 | Hayward USD, CA | 7/31/2008 | Lost | $25.00 |
| BIDCOMP | $103,087,000.00 | Snohomish SD #201, WA | 7/29/2008 | Lost | $25.00 |
| BIDCOMP | $119,350,000.00 | San Francisco (City & Co), CA | 7/15/2008 | Won | $600.00 |
| BIDCOMP | $138,855,000.00 | Pennsylvania Hgr Educ Fac, PA | 7/9/2008 | Lost | $25.00 |
| BIDCOMP | $157,185,000.00 | Minnesota, MN | 7/22/2008 | Won | $600.00 |
| BIDCOMP | $175,000,000.00 | Austin, TX | 7/24/2008 | Lost | $25.00 |
| BIDCOMP | $200,000,000.00 | Florida BOE, FL | 7/8/2008 | Lost | $25.00 |
| BIDCOMP | $250,000,000.00 | Montgomery County, MD | 7/22/2008 | Lost | $25.00 |
| BIDCOMP | $260,000,000.00 | Washington, WA | 7/9/2008 | Won | $600.00 |
| BIDCOMP | $273,115,000.00 | Nevada, NV | 7/16/2008 | Lost | $25.00 |
| BIDCOMP | $275,000,000.00 | Minnesota, MN | 7/22/2008 | Won | $600.00 |
| BIDCOMP | $350,000,000.00 | King County, WA | 7/28/2008 | Lost | $25.00 |
| BIDCOMP | $415,000,000.00 | Maryland, MD | 7/16/2008 | Lost | $25.00 |
| BIDCOMP | $492,505,000.00 | Washington, WA | 7/9/2008 | Lost | $25.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
Federal Tax ID # 20-0295153

**or via Wire transfer to:**
JPMorganChase, New York  NY
ABA # 021000021
Acct # 066603161

| Total Due | $2,925.00 |
|---|---|

**Questions? Please call Eric Washington at (212) 849-5067**

1359 Broadway  2nd Floor  New York  NY  10018
Tel. 800-850-7422  Tel. 212-849-5000  Fax. 212-812-4447
www.ipreo.com

| Invoice Number | BID1005184 |
|---|---|
| Date | 8/29/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

# i IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill to :**

Lehman Brothers
Michael Sestito
Image Processing Center
P.O. Box 2339
Secaucus, NJ    07096

*BIDCOMP Invoice*

| Service(s) | Deal Size | Description | Date | Result | Amount |
|---|---|---|---|---|---|
| BIDCOMP | $30,000,000.00 | Alabama Hsg Fin Auth, AL | 8/27/2008 | Lost | $25.00 |
| BIDCOMP | $76,045,000.00 | Austin, TX | 8/28/2008 | Lost | $25.00 |
| BIDCOMP | $80,000,000.00 | Fremont Union HSD, CA | 8/14/2008 | Lost | $25.00 |
| BIDCOMP | $80,000,000.00 | Forsyth County, NC | 8/26/2008 | Lost | $25.00 |
| BIDCOMP | $101,000,000.00 | Los Angeles, CA | 8/6/2008 | Lost | $25.00 |
| BIDCOMP | $125,800,000.00 | Tennessee, TN | 8/20/2008 | Lost | $25.00 |
| BIDCOMP | $165,000,000.00 | New York City, NY | 8/6/2008 | Lost | $25.00 |
| BIDCOMP | $190,000,000.00 | Gwinnett Co Wtr & Swr Auth, GA | 8/6/2008 | Lost | $25.00 |
| BIDCOMP | $200,000,000.00 | North Carolina, NC | 8/13/2008 | Lost | $25.00 |
| BIDCOMP | $200,000,000.00 | Florida BOE, FL | 8/21/2008 | Lost | $25.00 |
| BIDCOMP | $207,545,000.00 | New York Local Govt Asst Corp, NY | 8/13/2008 | Won | $600.00 |
| BIDCOMP | $280,000,000.00 | Maryland Dept of Transp, MD | 8/20/2008 | Lost | $25.00 |
| BIDCOMP | $289,180,000.00 | Palo Alto USD, CA | 8/26/2008 | Lost | $25.00 |
| BIDCOMP | $302,200,000.00 | Wisconsin, WI | 8/19/2008 | Lost | $25.00 |
| BIDCOMP | $6,400,000,000. | Texas, TX | 8/19/2008 | Won | $100.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
Federal Tax ID # 20-0295153

or via Wire transfer to:
JPMorganChase, New York  NY
ABA # 021000021
Acct # 066603161

| Total Due | $1,025.00 |
|---|---|

**Questions? Please call Eric Washington at (212) 849-5067**

**i IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | EQ10001441 |
|---|---|
| Date | 8/15/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Janice Marks
P.O. Box 3129
Newtown, CT   06470

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| LEASED AND BACKUP LINE CHARGES | AUGUST 2008 | | $895.00 |

Please send remittance to:
**i-Deal LLC**
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $895.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$895.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway   2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000   Fax.  212-812-4447
www.ipreo.com

# i IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | FR182612 |
|---|---|
| Date | 8/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Laufer
Image Proc Syst. c/o Lehman Br
P.O. Box 2339
Secaucus, NJ   07086

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| RIB/SAVRS | 08/01/2008-08/31/2008 | | $373.39 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $373.39 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$373.39** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

| Invoice Number | EQ10004161 |
|---|---|
| Date | 9/25/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |



i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill To:**

Lehman Brothers
Janice Marks
P.O. Box 3129
Newtown, CT   06470

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| LEASED AND BACKUP LINE CHARGES | September 2008 | | $895.00 |
| MAINTENANCE | Smartnet Annual Maint Renewal | | $1,362.60 |

*The prices provided herein are based on current figures. They are subject to change based on usage, changes in law or telephone company policies*

**Federal Tax ID # 20-0295153**

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or Via Wire Transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE:  CHASUS33

| Subtotal | $2,257.60 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$2,257.60** |

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422  Tel. 212-849-5000  Fax.  212-812-4447
www.ipreo.com

| Invoice Number | BID1005230 |
|---|---|
| Date | 9/29/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

# i IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill To:**

Lehman Brothers
Michael Sestito
Image Processing Center
P.O. Box 2339
Secaucus, NJ    07096

TSR Number: N/A
Service Code: NVR
PO Number: N/A
Vendor Code: IDL
Vendor Number: 12649240

| Service(s) | Deal Size | Description | Date | Result | Amount |
|---|---|---|---|---|---|
| BIDCOMP | $133,545,000.00 | Mississippi, MS | 9/9/2008 | Won | $600.00 |
| BIDCOMP | $65,735,000.00 | Kane Co CUSD #300, IL | 9/8/2008 | Lost | $25.00 |

**Please send remittance to:**
I-Deal LLC
P.O. Box 26886
New York, NY  10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA #  021000021
Acct #  066603161

| Total Due | $625.00 |
|---|---|

**Federal Tax ID # 20-0295153**

Questions? Please call Donald Kursar
at (212) 849-5058.

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422  Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

| Invoice Number | 182915 |
|---|---|
| Date | 9/25/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

NYBIDD0908
$48,000,000.00
IDAHO HOUSING & FINANCE ASSOC
SINGLE FAMILY MTG BDS - 2008D

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| BOOKRUNNING | - | 9/5/08 | $2,880.00 |
| WIRE CHARGE | - | 9/5/08 | $330.00 |
| ELECTRONIC ORDER ENTRY | - | 9/5/08 | $250.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or Via Wire Transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33

| Subtotal | $3,460.00 |
|---|---|
| Sales Tax | $0.00 |
| Total Due | $3,460.00 |

Federal Tax ID # 20-0295153

Questions?  Please call Karen Tormey-Lettieri at 212-849-5161



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice Number | 182916 |
|---|---|
| Date | 9/25/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

NYBMSG0908
$133,545,000.00
STATE OF MISSISSIPPI
GO BONDS - 2008A

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| BOOKRUNNING | - | 9/9/2008 | $5,341.80 |
| WIRE CHARGE | - | 9/9/2008 | $60.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or Via Wire Transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE:  CHASUS33

| Subtotal | $5,401.80 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$5,401.80** |

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

Federal Tax ID # 20-0295153



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice Number | 182917 |
|---|---|
| Date | 9/25/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

NYBNYH0908
$51,845,000.00
ONEIDA COUINTY IDA
ADJUSTABLE RATE CIVIC FAV REV BDS 2002

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| BOOKRUNNING | - | 9/10/2008 | $3,107.70 |
| WIRE CHARGE | - | 9/10/2008 | $30.00 |

**Please send remittance to:**
**I-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
**or Via Wire Transfer to:**
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE:  CHASUS33**

| Subtotal | $3,137.70 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$3,137.70** |

Federal Tax ID # 20-0295153

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422  Tel. 212-849-5000  Fax.  212-812-4447
www.ipreo.com



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice Number | 182918 |
|---|---|
| Date | 9/25/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

NYBTXB0908
$32,530,000.00
CITY OF BRYAN, TEXAS
BRAZOS COUNTY ELECTRIC SYS REV 2008

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| BOOKRUNNING | - | 9/9/2008 | $1,951.80 |
| WIRE CHARGE | - | 9/9/2008 | $420.00 |
| ELECTRONIC ORDER ENTRY | - | 9/9/2008 | $250.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or Via Wire Transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE:  CHASUS33

| | |
|---|---|
| **Subtotal** | $2,621.80 |
| **Sales Tax** | $0.00 |
| **Total Due** | **$2,621.80** |

Federal Tax ID # 20-0295153

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422   Tel. 212-849-5000   Fax.  212-812-4447
www.ipreo.com



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice Number | 182919 |
| --- | --- |
| Date | 9/25/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

NYBUTE0908
$21,000,000.00
UTAH HOUSING CORP
SINGLE FAMILY MTG BDS 2008E

| Service(s) Rendered | Description | Deal Date | Amount |
| --- | --- | --- | --- |
| BOOKRUNNING | - | 9/5/2008 | $1,260.00 |
| WIRE CHARGE | - | 9/5/2008 | $90.00 |
| ELECTRONIC ORDER ENTRY | - | 9/5/2008 | $150.00 |

**Please send remittance to:**
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
**or Via Wire Transfer to:**
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE:  CHASUS33**

| | |
| --- | --- |
| Subtotal | $1,500.00 |
| Sales Tax | $0.00 |
| Total Due | $1,500.00 |

Federal Tax ID # 20-0295153

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422  Tel. 212-849-5000  Fax. 212-812-4447
www.ipreo.com

| Invoice Number | **182920** |
|---|---|
| **Date** | **9/25/2008** |
| **Payment Terms** | Due Upon Receipt |
| **Customer No.** | LEHMANNY |

**I IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY    10019

NYBWVA0908
$30,000,000.00
WEST VIRGINIA ECONOMIC DEVEL AUTH
PCB REV REF BDS-2008C APPALACHIAN POWER

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| BOOKRUNNING | - | 9/10/2008 | $1,800.00 |
| WIRE CHARGE | - | 9/10/2008 | $30.00 |

| Please send remittance to:<br>**i-Deal LLC**<br>**P.O. Box 26886**<br>**New York, NY 10087-6886**<br>**or Via Wire Transfer to:**<br>**JPMorganChase, New York, NY**<br>**ABA # 021000021**<br>**Acct # 066603161**<br>**SWIFT CODE: CHASUS33** | | |
|---|---|---|
| **Subtotal** | | $1,830.00 |
| **Sales Tax** | | $0.00 |
| **Total Due** | | **$1,830.00** |

Federal Tax ID # 20-0295153

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422   Tel. 212-849-5000   Fax. 212-812-4447
www.ipreo.com

Details for Lehman Brothers                                          #182921

| Deal Name | # news services | Charge |
| ------------- | ------------------- | ----------- |
| NYBIDD0908<br>$48,000,000.00<br>IDAHO HOUSING & FINANCE ASSOC<br>SINGLE FAMILY MTG BDS - 2008D | 10 | 45 |
| NYBMSG0908<br>$133,545,000.00<br>STATE OF MISSISSIPPI<br>GO BONDS - 2008A | 10 | 45 |
| NYBNYH0908<br>$51,845,000.00<br>ONEIDA COUINTY IDA<br>ADJUSTABLE RATE CIVIC FAV REV BDS 2002 | 10 | 45 |
| NYBTXB0908<br>$32,530,000.00<br>CITY OF BRYAN, TEXAS<br>BRAZOS COUNTY ELECTRIC SYS REV 2008 | 10 | 45 |
| NYBUTE0908<br>$21,000,000.00<br>UTAH HOUSING CORP<br>SINGLE FAMILY MTG BDS 2008E | 10 | 45 |
| NYBWVA0908<br>$30,000,000.00<br>WEST VIRGINIA ECONOMIC DEVEL AUTH<br>PCB REV REF BDS-2008C APPALACHIAN POWER | 10 | 45 |



i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice Number | 182922 |
|---|---|
| Date | 9/30/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANNY |

**Bill To:**

Lehman Brothers
Richard Sentochnik - Muni Bond
745 7th Avenue
7th Floor
New York, NY   10019

NMIA/QUERY: 9/1/2008-9/30/2008

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| BOOKRUNNING | Non Managed 9/1/08-9/30/08 | | $9,767.12 |

Please send remittance to:
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
**or Via Wire Transfer to:**
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE:  CHASUS33**

| Subtotal | $9,767.12 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$9,767.12** |

Federal Tax ID # 20-0295153

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422  Tel. 212-849-5000  Fax.  212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | INV0001887 |
|---|---|
| Date | 2/29/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANBR |

**Bill To:**

Lehman Brothers
John Correnti
745 Seventh Avenue
13th Floor
New York, NY    10019-6801

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUN EQUITY | Eurotunnel SDES (Subordinated Deferred Securities) | 2/29/2008 | $19,500.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $19,500.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$19,500.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway   2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | INV0002262 |
|---|---|
| Date | 7/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANBR |

**Bill To:**

Lehman Brothers
Michael Wang
70 Hudson St. 10th Floor
Jersey City, NJ    07302

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| MANDATE | Mandate License Fee - 6/21/08-6/20/09 | | $40,000.00 |

Please send remittance to:
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or via wire transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE: CHASUS33
Federal Tax ID. # 20-0295153

| Subtotal | $40,000.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$40,000.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor   New York  NY  10018
Tel.  800-850-7422   Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

# IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice No. | INV0002351 |
|---|---|
| Date | 8/31/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANBR |

**Bill To:**

Lehman Brothers
John Correnti
745 Seventh Avenue
13th Floor
New York, NY   10019-6801

| Service(s) Rendered | Description | Deal Date | Ext. Price |
|---|---|---|---|
| BOOKRUN EQUITY | Petrohawk Energy Corporation | 8/11/2008 | $19,500.00 |
| BOOKRUN EQUITY | K-Sea Transportation Partners, L.P. | 8/15/2008 | $19,500.00 |

**Please send remittance to:**
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
**or via wire transfer to:**
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE: CHASUS33**
**Federal Tax ID. # 20-0295153**

| Subtotal | $39,000.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$39,000.00** |

Questions?  Please call Elijah
Huyghue at 212-849-5165.

1359 Broadway  2nd Floor  New York NY  10018
Tel.  800-850-7422    Tel.  212-849-5000  Fax.  212-812-4447
www.ipreo.com

| Invoice Number | INV0002385 |
|---|---|
| Date | 9/24/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANBR |

# i IPREO

i-Deal
Bigdough
Marketpipe
CapitalBridge

**Bill To:**

Lehman Brothers
John Correnti
745 Seventh Avenue
13th Floor
New York, NY   10019-6801

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| BOOKRUN EQUITY | Teppco Partners LP | 09/04/2008 | $19,500.00 |

**Please send remittance to:**
**i-Deal LLC**
**P.O. Box 26886**
**New York, NY 10087-6886**
**or Via Wire Transfer to:**
**JPMorganChase, New York, NY**
**ABA # 021000021**
**Acct # 066603161**
**SWIFT CODE:  CHASUS33**

| Subtotal | $19,500.00 |
|---|---|
| Sales Tax | $0.00 |
| **Total Due** | **$19,500.00** |

Federal Tax ID # 20-0295153

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422   Tel. 212-849-5000   Fax.  212-812-4447
www.ipreo.com

**i IPREO**

i-Deal
Bigdough
Marketpipe
CapitalBridge

| Invoice Number | INV0002387 |
|---|---|
| Date | 9/30/2008 |
| Payment Terms | Due Upon Receipt |
| Customer No. | LEHMANBR |

**Bill To:**

Lehman Brothers
John Correnti
745 Seventh Avenue
13th Floor
New York, NY   10019-6801

| Service(s) Rendered | Description | Deal Date | Amount |
|---|---|---|---|
| I-PLANNER LICENSE | Monthly fee - i-Planner- TSR# 836642 | | $29,166.67 |
| LEASED LINE CHARGES | Monthly fee - Communication Costs | | $895.00 |

**Please send remittance to:**
i-Deal LLC
P.O. Box 26886
New York, NY 10087-6886
or Via Wire Transfer to:
JPMorganChase, New York, NY
ABA # 021000021
Acct # 066603161
SWIFT CODE:  CHASUS33

| Subtotal | $30,061.67 |
|---|---|
| Sales Tax | $2,442.71 |
| **Total Due** | **$32,504.38** |

Questions?  Please call Karen Tormey-
Lettieri at 212-849-5161

Federal Tax ID # 20-0295153

1359 Broadway  2nd Fl  New York, NY  10018
Tel. 800-850-7422   Tel. 212-849-5000   Fax.  212-812-4447
www.ipreo.com