**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE ) | Case No. 08-13555 (JMP) |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b)
AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

PLEASE TAKE NOTICE that Tata Communications Services (America) Inc., f/k/a VSNL America, Inc., hereby requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

Michael L. Schleich, Esq.
Fraser Stryker PC LLO
500 Energy Plaza, 409 South 17th Street
Omaha, Nebraska 68102
*Telephone:* 402-341-6000  -  *Facsimile:* 402-341-8290
MSchleich@fraserstryker.com

DATED:  October _____, 2008

TATA COMMUNICATIONS SERVICES (AMERICA) INC., f/k/a VSNL AMERICA, INC.
By */s/ Michael L. Schleich*
   Michael L. Schleich - #NE 13690
   FRASER STRYKER PC LLO
   500 Energy Plaza, 409 South 17th Street
   Omaha, Nebraska 68102
   *Telephone:* 402-341-6000 - *Facsimile:* 402-341-8290
   MSchleich@fraserstryker.com
   ITS ATTORNEYS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court for the United States Bankruptcy Court, Southern District of New York, using the CM/ECF system on this _____ day of October, 2008, which system sent notification of such filing to counsel of record.  The undersigned further certifies that a true and correct copy of the foregoing has been sent by first class United States mail, postage prepaid, to all participants in the case who are not CM/ECF users.

*/s/ Michael L. Schleich*
Michael L. Schleich

W0491907.01                                                    1