# EXHIBIT A

| Vendor Name | Type # | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| | | N/a | N/A | LBI |
| BARRA INC | | N/a | N/A | LBL |
| BBSP SAS | | N/a | 23, rue blazac, 75008 Paris, France | LBI |
| BEA SYSTEMS INC. | | N/a | N/A | LBI |
| BEA SYSTEMS INC. | | N/a | N/A | LBI |
| BEA SYSTEMS INC. | | N/a | N/A | LBI |
| BEA SYSTEMS INC. | | N/a | 550 California Street, 9th Floor San Francisco, CA 94104 | LBI |
| BEA SYSTEMS INC. | | N/a | 550 California Street, 9th Floor San Francisco, CA 94104 | LBI |
| BEA SYSTEMS INC. | | N/a | 550 California Street, 9th Floor San Francisco, CA 94104 | LBI |
| BEA SYSTEMS INC. | | N/a | 4 Technology Drive Westborough, MA 01581-1727 | LBI |
| BEACON APPLICATION SERVICES CORP. | | | | |
| BEARING POINT | | Copy to Legal | 3 World Financial Center 200 Vesey street Ny, NY 10281 | LBHI |
| BEARING POINT | | Copy to Legal | 3 World Financial Center 200 Vesey street Ny, NY 10281 | LBHI |
| BEARING POINT | | Copy to Legal | 3 World Financial Center 200 Vesey street Ny, NY 10281 | LBHI |
| BEARING POINT | | Copy to Legal | 3 World Financial Center 200 Vesey street Ny, NY 10281 | LBHI |
| BEARING POINT | | Copy to Legal | 3 World Financial Center 200 Vesey street Ny, NY 10281 | LBHI |
| BearingPoint, Inc. | | BearingPoint, Inc. | 3 World Financial Center 200 Vesey Street New York, NY 10281 (with a copy to 1676 International Drive, McLean, VA 22102 (Attention: Legal Department)) | LBHI |
| Bejing Antaike Information Development | | N/a | No.9, Xizhang Hutong, Zizhimen Nei Street Xicheng District, Beijing, 100086 | LBL |
| BELL CANADA | | ATTN; Business Sales rep for customer | 1050 Beaver Hall Hill Ste 1600 Nlbtreakm Qyebec H2z 1s4 | LB |
| BELL CANADA | | ATTN; Business Sales rep for customer | 1050 Beaver Hall Hill Ste 1600 Nlbtreakm Qyebec H2z 1s4 | LB |
| BELL CANADA | | ATTN; Business Sales rep for customer | 1050 Beaver Hall Hill Ste 1600 Nlbtreakm Qyebec H2z 1s4 | LB |
| BELL SOUTH | | N/a | N/a | LBI |
| BELL SOUTH | | N/a | N/a | LBI |
| BELL SOUTH | | N/a | N/a | LBI |
| BELL SOUTH | | N/a | 2180 Lake Blvd, Atlanta GA 30319 | LBI |
| BELL SOUTH | | N/a | N/a | N/a |

| Vendor Name* | Type # | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| OMX NORDIC EXCHANGE | Master Agreement | Claus Thorball | | Unknown |
| OMX NORDIC EXCHANGE | Side Letter | Claus Thorball, Berit Lorenzen | | Unknown |
| ONE SOURCE | Amendment / Addendum / Schedule | Justin Carignan | justin_carignan@onesource.com | Unknown |
| ONSET TECHNOLOGY | Maintenance Renewal Quote | Justin Bortnick | 460 Totten Pond Rd. Suite 170, Waltham MA, 02451 | Unknown |
| ONStor Inc | Trial | Francis Lamencio | 254 East Hacienda Avenue, Campbell, CA 95008 | LBHI |
| ONStor Inc | Trial | Francis Lamencio | 254 East Hacienda Avenue, Campbell, CA 95008 | LBI |
| Open Solutions Inc | Master Agreement | Peggy Oiko | 455 Winding Brook Drive Glastonbury CT 06033 | Unknown |
| OPEX CORPORATION | Amendment / Addendum / Schedule | | 305 Commerce Dr., Moorestown, NJ 08057-4234 | Unknown |
| OPEX CORPORATION | Amendment / Addendum / Schedule | | 305 Commerce Dr., Moorestown, NJ 08057-4234 | Unknown |
| OPS WARE INC | Amendment / Addendum / Schedule | Larry Blasko, Robert Marzullo, Spenser Simpson | Opsware Inc. 599 North Mathilda Avenue, Sunnyvale, CA 94085 | Unknown |
| OPS WARE INC | Maintenance Renewal Quote | Ramona Whitehead | Opsware Inc. 599 North Mathilda Avenue, Sunnyvale, CA 94085 | Unknown |
| OPTIONS PRICE REPORTING AUTHORITY | Master Agreement | OPRA | Options Price Reporting Authority 400 South LaSalle Street, 6th Chicago, Illinois 60605 | LBHI |
| OPTIONS PRICE REPORTING AUTHORITY | Amendment / Addendum / Schedule | OPRA | Options Price Reporting Authority 400 South LaSalle Street, 6th Chicago, Illinois 60605 | LBI |
| OPTIONS PRICE REPORTING AUTHORITY | Amendment / Addendum / Schedule | OPRA | Options Price Reporting Authority 400 South LaSalle Street, 6th Chicago, Illinois 60605 | LBI |
| Oracle Corporation | | Appropriate Notice is set forth in relevant Order Forms | 500 Oracle Parkway Redwood Shores, CA 94065 | LBI (the following are listed as customers for Coherance Licenses – LBI, Lehman Brothers Bank FSB, Lehman Brothers Trust, Co., Aurora loan Services, Neuberger Berman Management, Inc., Neuberger Berman, Inc., Capstone, Campus Door). |
| Oracle Corporation | | Oracle USA, Inc. | 500 Oracle Parkway Redwood Shores, CA 94065 | LBI (the following are listed as customers for Coherance Licenses – LBI, Lehman Brothers Bank FSB, Lehman Brothers Trust, Co., Aurora loan Services, Neuberger Berman Management, Inc., Neuberger Berman, Inc., Capstone, Campus Door). |
| Oracle Corporation | | Oracle USA, Inc. | 500 Oracle Parkway Redwood Shores, CA 94065 | LBI (the following are listed as customers for Coherance Licenses – LBI, Lehman Brothers Bank FSB, Lehman Brothers Trust, Co., Aurora loan Services, Neuberger Berman Management, Inc., Neuberger Berman, Inc., Capstone, Campus Door). |
| Oracle Corporation | | Marc Bochino | Northpark Town Cntr Bldg 500 1100 Abernathy Rd Ne. Ste 1120 Atlanta GA 30328. | LBI (the following are listed as customers for Coherance Licenses – LBI, Lehman Brothers Bank FSB, Lehman Brothers Trust, Co., Aurora loan Services, Neuberger Berman Management, Inc., Neuberger Berman, Inc., Capstone, Campus Door). |
| ORACLE CORPORATION | Amendment / Addendum / Schedule | | | Unknown |
| ORACLE CORPORATION | Amendment / Addendum / Schedule | | | Unknown |
| ORACLE CORPORATION | Amendment / Addendum / Schedule | | | Unknown |

| Vendor Name* | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| ORACLE CORPORATION | Master Agreement | | | Unknown |
| ORACLE CORPORATION | Amendment / Addendum / Schedule | | | Unknown |
| ORACLE CORPORATION | Amendment / Addendum / Schedule | | | Unknown |
| ORACLE CORPORATION | Amendment / Addendum / Schedule | | | Unknown |
| ORACLE CORPORATION | Amendment / Addendum / Schedule | | | Unknown |
| ORACLE CORPORATION | SOW/Schedule | | | Unknown |
| ORACLE CORPORATION | SOW/Schedule | | | Unknown |
| ORACLE CORPORATION | SOW/Schedule | | | Unknown |
| ORACLE CORPORATION | Amendment / Addendum / Schedule | | | Unknown |
| | | | Northpark Town Cntr Bldg 500 | |
| | | | 1100 Abernathy Rd Ne, Ste 1120 | |
| | | | Atlanta | |
| | | | GA 30328 | |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | Marc Bochino | United States | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | James B Wright | | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | | | LBI |
| ORACLE USA, INC. | Maintenance Renewal Quote | | | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | | | LBI |
| ORACLE USA, INC. | Maintenance Renewal Quote | | | LBI |
| ORACLE USA, INC. | Maintenance Renewal Quote | | | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | | | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | | | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | | | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | | | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | | | LBI |
| ORACLE USA, INC. | SOW/Schedule | | | LBI |
| ORACLE USA, INC. | SOW/Schedule | | | LBI |
| ORACLE USA, INC. | Amendment / Addendum / Schedule | Chris Herrick | 10 Van de Graaff Drive Burlington, MA 01803 | Unknown |
| ORACLE USA, INC. | Maintenance Renewal Quote | Joan M George | 520 Madison Ave, New York NY 10022 | Unknown |
| | | | Birger Jarlsgattan 32 A Box 7742 SE-103 95 Stockholm | |
| ORC SOFTWARE AB | Termination Letter | | Sweden | Unknown |
| ORCHESTRIA CORPORATION | Amendment / Addendum / Schedule | | 437 Madison Ave, New York, NY 10022 | LBI |
| ORCHESTRIA CORPORATION | Master Agreement | | 437 Madison Ave, New York, NY 10022 | LBI |
| ORCHESTRIA CORPORATION | Master Agreement | | 437 Madison Ave, New York, NY 10022 | LBI |
| ORCHESTRIA CORPORATION | Transaction Schedule | | 437 Madison Ave, New York, NY 10022 | LBI |
| ORG IMS RESEARCH PVT LTD | Master Agreement | | Gyanesh Manohar Gohel | Unknown |
| ORION CONSULTANTS, INC. | TBD | 0 | Maurice Daniels | Unknown |
| Packet Design* | Trial | Packet Design, Inc. | 3400 Hillview Avenue, Bldg 3, Palo Alto, CA 94304 | LBHI |
| | | | 612 Howard Street, #100, San Francisco, CA | |
| Palamida | Trial | Theresa Bull Friday | 94107 | LBI |
| PALLADIUM GROUP, INC. | Master Agreement | | 55 Old Bedford Road, Lincoln, MA 01773 | LBI |
| PALLADIUM GROUP, INC. | Transaction Schedule | James A. Leavitt | 55 Old Bedford Road, Lincoln, MA 01773 | LBI |
| PALLADIUM GROUP, INC. | Transaction Schedule | Louis Litrenia | 55 Old Bedford Road, Lincoln, MA 01773 | LBI |
| PANEL INTELLIGENCE LLC | Amendment / Addendum / Schedule | No information in attachment | No information in attachment | LBI |
| PARASOFT CORPORATION | Master Agreement | John Kim | 2031 S. Myrtle Avenue, Monrovia, CA 91016 | LBI |
| | | | 101 East Huntington Dr. | |
| Parasoft Corporation | | Parasoft Corporation | Monrovia, CA 91016 | LBI |
| | | | 10 S. Riverside Plaza, Suite 1450, Chicago, Illinois | |
| PARLANO, INC | Master Agreement | Doug States | 60606 | LBHI |

| Vendor Name↑ | Type ↓ | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| PARLANO, INC | Transaction Schedule | Doug States | 10 S. Riverside Plaza, Suite 1450, Chicago, Illinois 60606 | LBHI |
| PARLANO, INC | Transaction Schedule | Doug States | 10 S. Riverside Plaza, Suite 1450, Chicago, Illinois 60606 | LBHI |
| PARLANO, INC | Other | Doug States | 10 S. Riverside Plaza, Suite 1450, Chicago, Illinois 60606 | LBHI |
| PARLANO, INC | Side Letter | Nick Fera | 10 S. Riverside Plaza, Suite 1450, Chicago, Illinois 60606 | LBHI |
| PARR RECOVERY | Master Agreement | Jeffrey London | 165 Evelyn Road, Newton, MA 02468 | LBI |
| Passlogix, Inc. | | Passlogix, Inc. | 160 Pearl Street 4th Fl NY NY 10005 | LBI |
| PASSLOGIX | Amendment / Addendum / Schedule | | | Unknown |
| PATSYSTEMS LLC | TBD | | 141 West Jackson Boulevard, Suite 3100, Chicago, Illinois 60604 | LBI |
| PATSYSTEMS LLC | Amendment / Addendum / Schedule | Robert Agati | 22 Shand Street, London SE1 2ES, England | LBI |
| PATSYSTEMS LLC | Other | No data in attachment | No data in attachment | Unknown |
| PATSYSTEMS LLC | Transaction Schedule | No attachment | No attachment | Unknown |
| PAYREEL, INC | Master Agreement | | 24928 Genesee Trail Road, Suite 100, Golden, CO 80401 | LBI |
| PAYREEL, INC | Amendment / Addendum / Schedule | Henri McLean | 24928 Genesee Trail Road, Suite 100, Golden, CO 80401 | LBI |
| PCFS 2000 | Master Agreement | Robert C. Cota | 259 S. Randolph Avenue, Suite 240, Brea CA 92821 | LBB |
| PCI SERVICES INC | Amendment / Addendum / Schedule | Steve Mayer | 30 Winter Street, 12th floor, Boston, MA 02124 | LBB |
| PCI SERVICES INC | Amendment / Addendum / Schedule | Katerina Ostrovsky | 130 Turner Street, Building 3 Floor 4, Waltham MA | LBB |
| PCI SERVICES INC | Amendment / Addendum / Schedule | Edward Meylor | 30 Winter Street, Boston, Ma 02108 | LBB |
| PCI SERVICES INC | Standalone Agreement | according to Mindy Dolgin, please reference contract record 24745 | according to Mindy Dolgin, please reference contract record 24746 | Unknown |
| PCI SERVICES INC | Amendment / Addendum / Schedule | no attachment | no attachment | Unknown |
| PCS | Master Agreement | no attachment | no attachment | Unknown |
| PCS | Supplement | No attachment | No attachment | Unknown |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | No data in attachment | No data in attachment | LBI |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | Jay Crowe | 4305 Hacienda Drive, PO Box 8015, Pleasanton, CA 94588 | LBI |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | Jay Crowe | 4305 Hacienda Drive, PO Box 8015, Pleasanton, CA 94588 | LBI |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | No data in attachment | No data in attachment | LBI |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | No data in attachment | No data in attachment | LBI |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | No data in attachment | No data in attachment | LBI |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | Jesper Andersen | 4460 Hacienda Drive, Pleasanton, Ca 94588 | LBI |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | No data in attachment | No data in attachment | LBI |
| PEOPLESOFT USA INC. | Amendment / Addendum / Schedule | No data in attachment | No data in attachment | LBI |
| PERSAY LIMITED | Master Agreement | Almog Aley Raz | 14 Hatidhar St, PO Box 4080 Raanana, Israel 43665 | LBHI |
| PERSAY LIMITED | Amendment / Addendum / Schedule | Almog Aley Raz | 14 Hatidhar St, PO Box 4080 Raanana, Israel 43665 | LBHI |
| PERSAY LIMITED | Transaction Schedule | Almog Aley Raz | 14 Hatidhar St, PO Box 4080 Raanana, Israel 43665 | LBI |

| Vendor Name* | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|
| SENSAGE, INC. | Maintenance Renewal Quote | | N/A | Lehman Brothers, Inc. |
| Server Technology Inc. | Standalone Agreement | | 1040 Sandhill Drive Reno NV 89521 | Lehman Brothers, Inc. |
| SGP INTERNATIONAL, INC. | Master Agreement | | SGP International, Inc. 16 East 40th St New York, NY 10016 | Lehman Brothers Holdings Inc. |
| SGP INTERNATIONAL, INC. | Supplement | | SGP International, Inc. 16 East 40th St New York, NY 10016 | Lehman Brothers Holdings Inc. |
| SGP INTERNATIONAL, INC. | Amendment / Addendum / Schedule | | N/A | N/A |
| SHERPA SOFTWARE PARTNERS | Trial | | Sherpa Software Oartners LP 1300 Old Pond Road Bridgeville, PA 15017 | Lehman Brothers Holdings Inc. |
| SHERPA SOFTWARE PARTNERS | Master Agreement | | Sherpa Software Oartners LP 1300 Old Pond Road Bridgeville, PA 15017 | Lehman Brothers Holdings Inc. |
| SHERPA SOFTWARE PARTNERS | Supplement | | N/A | N/A |
| Sherrill-Lubinski Corporation | | Sherrill-Lubinski Corporation | 241 Tamal Vista Blvd Corte Madera, CA 94925 | LBI |
| SHESHUNOFF INFORMATION SVCS INC | Amendment / Addendum / Schedule | | N/A | Lehman Brothers Inc. |
| SIAC | Standalone Agreement | | N/A | Lehman Brothers Inc. |
| Siebel (portions through Oracle) | | Siebel Systems, Inc. | 605 Third Avenue, Second Floor, New York, NY 10158 | LBI for parts provided through Oracle, Neuberger Berman LLC for parts directly with Siebel |
| SIEGEL & GALE | Amendment / Addendum / Schedule | | N/A | Lehman Brothers Holdings Inc. |
| Signacert* | Trial | | N/A | Lehman Brothers Holdings Inc. |
| SIMCORP LTD | Standalone Agreement | | N/A | Lehman Brothers Holdings, Inc. |
| SIMCORP LTD | Amendment / Addendum / Schedule | | N/A | Lehman Brothers Holdings, Inc. |
| SIMCORP LTD | Maintenance Renewal Quote | | N/A | Lehman Brothers Holdings, Inc. |
| SIMCORP LTD | TBD | | N/A | Lehman Brothers Holdings, Inc. |
| Singapore StockExchange Singapore Stock exchange | TBD | | N/A | Lehman Brothers Holdings, Inc. |
| SIPERA SYSTEMS, INC | Trial | | Sipera Systems, Inc. 1900 Firman Drive Suite 600 Richardson TX 75081 | Lehman Brothers Holdings, Inc. |
| SIPERA SYSTEMS, INC | Master Agreement | | Sipera Systems, Inc. 1900 Firman Drive Suite 600 Richardson TX 75081 | Lehman Brothers Holdings, Inc. |
| SIPERA SYSTEMS, INC | Amendment / Addendum / Schedule | | Sipera Systems, Inc. 1900 Firman Drive Suite 600 Richardson TX 75081 | Lehman Brothers Holdings, Inc. |
| SIPERA SYSTEMS, INC | Amendment / Addendum / Schedule | | Sipera Systems, Inc. 1900 Firman Drive Suite 600 Richardson TX 75081 | Lehman Brothers Holdings, Inc. |
| SIPERA SYSTEMS, INC | Amendment / Addendum / Schedule | | Sipera Systems, Inc. 1900 Firman Drive Suite 600 Richardson TX 75081 | Lehman Brothers Holdings, Inc. |
| SIRIUS SOLUTIONS, L.L.L.P. | Master Agreement | | Sirus Solutions LLLP 370 Lexington Avenue, Suite 2103 New York, NY 10017 | Lehman Brothers Holdings Inc. |
| SK International Limited* | TBD | | N/A | N/A |