# EXHIBIT B

| Vendor Name+ | Cure amounts |
|---|---|
| ARUBA NETWORKS | $0.00 |
| ASPECT COMMUNICATIONS CORP | $0.00 |
| ASSENTIS TECHNOLOGIES, AG | $0.00 |
| Assured Environments | $0.00 |
| AT&T | $37,128.14 |
| AT&T WIRELESS | $631,684.87 |
| ATLASSIAN SOFTWARE SYSTEMS, | $0.00 |
| AUDIO VISUAL INNOVATIONS | $6,214.10 |
| AUTOMATED SECURITIES CLEARANCE LTD | $418,565.11 |
| AVAYA INC. | $0.00 |
| AVOCENT* | $0.00 |
| BARCLAYS | $0.00 |
| BARRA INC | $23,240.63 |
| BEA SYSTEMS INC. | $0.00 |
| BEARING POINT | $90,000.00 |
| BEELINE.COM | $3,541,565.11 |
| BELL CANADA | $0.00 |
| BELL SOUTH | $0.00 |
| BIG FIX INC | $0.00 |
| BLOOMBERG | $0.00 |
| Bloomberg L.P. | -$1,995.00 |
| Bloomberg Tradebook Options | $0.00 |
| Blue Coat Systems, Inc. | $0.00 |
| BMC SOFTWARE DISTRIBUTION, INC | $248,080.98 |
| BMC SOFTWARE INC | $0.00 |
| BORLAND SOFTWARE CORPORATION | $0.00 |
| BOURSE DE MONTREAL INC | $4,719.27 |
| BRITISH TELECOM* | $0.00 |
| BROADRIDGE SECURITIES PROCESSING SOLUT | $0.00 |
| BROCADE COMMUNICATION SYSTEM, INC. | $0.00 |
| BT AMERICAS, INC | $134,159.04 |
| BUILDFORGE, INC | $0.00 |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 |
| Business Engine Corporation | $0.00 |
| Business Objects | $648,032.72 |
| BUSINESS OBJECTS AMERICAS | $0.00 |
| BUSINESS OBJECTS(UK) LIMITED | $0.00 |
| CAMBRIDGE ENERGY RESEARCH | $0.00 |
| CANADIAN EXCHANGE GROUP | $0.00 |
| CANDLE CORPORATION | $0.00 |
| CAP GEMINI AMERICA INC. | $0.00 |
| CAPGEMINI FINANCIAL SERVICES USA, INC | $147,957.00 |
| Capital Moving & Storage | $0.00 |
| CAPTIAL IQ, INC. | $0.00 |

| Vendor Name+ | Cure amounts |
|---|---|
| NTT COMMUNICATIONS | $0.00 |
| OMX | $0.00 |
| OMX NORDIC EXCHANGE | $0.00 |
| ONE SOURCE | $0.00 |
| ONSET TECHNOLOGY | $0.00 |
| Open Solutions Inc | $0.00 |
| OPS WARE INC | $0.00 |
| OPTIONS PRICE REPORTING AUTHORITY | $86,108.19 |
| Oracle Corporation | $0.00 |
| ORACLE CORPORATION | $0.00 |
| ORACLE USA, INC. | $167,822.49 |
| ORCHESTRIA CORPORATION | $0.00 |
| OTIS ELEVATOR COMPANY | $0.00 |
| PALLADIUM GROUP, INC. | $0.00 |
| PARASOFT CORPORATION | $0.00 |
| PARLANO, INC | $0.00 |
| PARR RECOVERY | $0.00 |
| Passlogix, Inc. | $0.00 |
| PATSYSTEMS LLC | $145,130.50 |
| PCI SERVICES INC | $0.00 |
| PEOPLESOFT USA INC. | $0.00 |
| PERSAY LIMITED | $0.00 |
| Pervasive Software, inc. | $0.00 |
| PGP Corporation | $0.00 |
| Philadelphia Board of Trade | $0.00 |
| PINACL SOLUTIONS UK LTD | $0.00 |
| PIRA ENERGY GROUP | $0.00 |
| PLATINUM MAINTENANCE SERVICES CORP. | $0.00 |
| PLUS ONE HEALTH MANAGEMENT, INC | $174,555.63 |
| POINTSEC MOBILE TECHNOLOGIES, INC. | $0.00 |
| POLARIS SOFTWARE LAB (INDIA), LTD. | $516,476.00 |
| Polaris Software Lab India Limited | $0.00 |
| PORTWARE LLC | $72,000.00 |
| POSTINI CORPORATION | $0.00 |
| Postini, Inc. | $0.00 |
| POWERLYTIX, LLC | $20,000.00 |
| PREFERRED UTILITIES MFG. CORP. | $0.00 |
| PREMIER RESTORATION | $0.00 |
| PREMIERE GLOBAL SERVICES | $1,665.26 |
| PRICEWATERHOUSECOOPERS LLP | $0.00 |
| PRIVATE RAISE.COM | $0.00 |
| PROACTIVITY, INC. | $0.00 |
| ProClarity Corporation | $0.00 |
| PTS CONSULTING, INC | $774.44 |

| Vendor Name+ | Cure amounts |
| --- | --- |
| SHESHUNOFF INFORMATION SVCS INC | $0.00 |
| SIAC | $0.00 |
| Siebel (portions through Oracle) | $0.00 |
| SIEMENS BUILDING TECHNOLOGIES, INC. | $0.00 |
| SIMCORP LTD | $0.00 |
| Singapore StockExchange Singapore Stock exchang | $0.00 |
| SIOPA CLUBHOUSE STORE | $0.00 |
| SIPERA SYSTEMS, INC | $0.00 |
| SMARTSTREAM TECHNOLOGIES LTD | $0.00 |
| Sociedad de Bolsa | $0.00 |
| Sociedad De Bolsas | $0.00 |
| SOFTWARE AG | $0.00 |
| Softworks | $0.00 |
| SourceOne APT, Inc | $0.00 |
| SOUTHWAR TOWERS | $0.00 |
| SOUTHWESTERN BELL | $0.00 |
| SP4 190 S. LaSalle, L.P. | $0.00 |
| SPEECHWORKS INTL INC | $0.00 |
| SPRINT | $197,853.88 |
| SPRINT RECYCLING, INC. | $0.00 |
| SS&C TECHNOLOGIES INC. | $0.00 |
| STANDARD & POOR'S | $0.00 |
| STANDARD & POORS CORP. | $4,067,138.87 |
| STANDARD & POOR'S INTERNATIONAL LLC | $5,000.00 |
| STARMINE CORPORATION | $0.00 |
| StillSecure Inc. | $0.00 |
| STONE & MCCARTHY | $0.00 |
| STRATEGIC FINANCIAL SOLUTIONS | $0.00 |
| STRATEGIC FINANCIAL SOLUTIONS LLC | $0.00 |
| STRUCTURE GROUP | $32,352.96 |
| STRUCTURE TONE INC | $0.00 |
| STUART DEAN CO., INC. | $0.00 |
| SUCCESSFACTORS, INC. | $63,735.00 |
| SUM TOTAL SYSTEMS INC | $0.00 |
| SUMMIT SYSTEMS INC | $0.00 |
| SUN MICROSYSTEMS INC. | $0.00 |
| Sun Microsystems, Inc. | $11,223.00 |
| SUNGARD ASSET MANAGEMENT | $1,065,956.80 |
| SUNGARD ASSET MANAGEMENT SYSTEMS | $11,366.98 |
| SUNGARD AVAILABILITY SERVICES | $112,695.00 |
| SUNGARD BUSINESS INTEGRATION (UK) LTD | $0.00 |
| SUNGARD EXPERT SOLUTIONS | $7,175.00 |
| SUNGARD INSTITUTIONAL BROKERAGE INC | $0.00 |
| SUNGARD INVESTMENT SYSTEMS INC | $0.00 |