# INVOICE

TATA COMMUNICATIONS (AMERICA) INC.
12010 SUNSET HILLS ROAD
RESTON, VA 20190
USA

Direct Tel. : 1-514-868-7875
North Amer. Toll free : 1 888 933 3399
*UIFN + 800 933 33 999
Fax : 1-514-868-8996
E-mail : customer.service@tatacommunications.com

Services Invoiced to

LEHMAN BROTHERS
ATTN: LAURA LARACUENTE
C/o. TNT PARTNERS, LLC
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

| Account Number | Invoice Number | Period Ending on | Invoice Date | Due Date |
|---|---|---|---|---|
| 021776-00 | TGA-ENT-0659 | 2008-07-31 | 2008-07-25 | 2008-08-24 |

| SERVICES | | TOTAL | |
|---|---|---|---|
| - L2 MPLS | | | |
| . L2 MPLS charges | (See attachment  6) | USD | 116 693.00 |
| - L2 MPLS (LONDON-MUMBAI, LEHMAN KENSINGTON) | | | |
| . L2 MPLS charges | (See attachment  6) | USD | 45 473.00 |
| - TAXES | | | |
| . Tax charges | (See attachment  6) | USD | 178.22 |
| | | | -------------------- |
| TOTAL FOR SERVICES | | USD | 162 344.22 |

| Please refer to the following page for bank information | Amount Due | USD | 162 344.22 |
|---|---|---|---|

Please wire payment or detach this portion and send with your cheque.

## TATA COMMUNICATIONS

TATA COMMUNICATIONS (AMERICA) INC.
12010 SUNSET HILLS ROAD
RESTON, VA 20190
USA

Services Invoiced to

LEHMAN BROTHERS
ATTN: LAURA LARACUENTE
C/o. TNT PARTNERS, LLC
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

| Account Number | Invoice Number |
|---|---|
| 021776-00 | TGA-ENT-0659 |

| Due Date | Amount Due | Amount Enclosed |
|---|---|---|
| 2008-08-24 | USD 162 344.22 | |

# TATA COMMUNICATIONS

**Procedure to follow when transferring funds in USD:**


**By WIRE TRANSFER, pay :** Bank of America
100 West 33rd Street,
New York, NY 10001
USA
SWIFT        : BOFAUS3N
ABA          : 026 009 593
Beneficiary : Tata Communications (America) Inc.
USD a/c #   : 81882 10167


**By ACH, pay            :** Bank of America
7595 Collection Center Drive,
Chicago, IL 60693
USA
ABA          : 071 000 039
Beneficiary : Tata Communications (America) Inc.
USD a/c #   : 81882 10167

...............................................................


**Procedure to follow when transferring funds in EURO:**


**Pay :**

Bank of America N.A. (Branch #6008)
5 Canada Square,
London  E14 5AQ
United Kingdom

SWIFT   : BOFAGB22
IBAN    : GB09BOFA16505068165010

Beneficiary : Tata Communications (America) Inc.
EURO a/c #  : 6816 5010

...............................................................


**Procedure to follow when transferring funds in GBP:**


**Pay :**

Bank of America N.A. (Branch #6008)
5 Canada Square,
London  E14 5AQ
United Kingdom

SWIFT        : BOFAGB22
CHAPS Sort Code : 165050
BACS  Sort Code : 301635

Beneficiary : Tata Communications (America) Inc.
GBP a/c #   : 6816 5028

...............................................................

**Procedure to follow when paying by check:**

Your check must be made to the order of **Tata Communications (America)
Inc.**

and mailed to :

Tata Communications (America) Inc., Lock Box # 7595
7595 Collection Center Drive,
Chicago, IL  60693
USA


For **OVERNIGHT DELIVERY**, your check must be mailed to :

BANK OF AMERICA
7595 Collection Center Drive,
Chicago, IL  60693
USA


- Please allow a few days for your payment to reach us
- Remember to advise us of any change of name or address

.....................................................................

LEHMAN BROTHERS
ATTN: LAURA LARACUENTE
C/o. TNT PARTNERS, LLC
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

Page : A006 - 001
Account Number : 021776-00
Invoice Number : TGA-ENT-0659
Billing Date : 2008-07-25
Period Ending On : 2008-07-31

Attachment 6

Service : L2 MPLS

| Period covered | Description | Explanation | Cur. | Amount | Customer Cur. USD Amount |
|---|---|---|---|---|---|
| 2008-07-01 to 2008-07-31 | Viznet Id 180P130308 Circuit id 1055132136343 | Location 1 : Cranford, New Jersey previously at 85 10th Avenue NY, NY Local Access charge: 200 MBps Fast E Global MPLS Port Charge, 165MB Commissioned March 29, 2008 Contract/Order No.: LEHM-U-0706-0002U, USD 8 399 LEHM-U-0706-0002U4, USD 5 915 | USD | 14 314.00 | 14 314.00 |
| 2008-07-01 to 2008-07-31 | Viznet Id 110P160408 Circuit Id 2232139091 | Monthly recurring charges for upgrade of Port from 120M to 145M and Local Access 200M for Mumbai, India Commissioned March 29, 2008 Contract/Order No. LEHM-U-0706-0002,    USD 12 524.00 LEHM-U-0706-0002U,   USD 26 647.00 LEHM-U-0706-0002U2, USD  3 450.00 LEHM-U-0907-0003,    USD  2 985.00 LEHM-U-0907-0003U,   USD  2 382.00 LEHM-U-0907-0004,    USD  9 523.00 LEHM-U-0706-0002U3, USD  2 855.00 LEHM-U-0907-0004U,   USD 10 140.00 | USD | 70 506.00 | 70 506.00 |
| 2008-07-01 to 2008-07-31 | Viznet Id. 81P020408 Circuit Id. 81000332137909 | Location 3 : Tokyo, Japan Monthly recurring charge for Local Access: 1 GIG Commissioned May 10, 2008 Order no/Contract:LEHM-U-0706-0002 Order no/Contract:LEHM-U-0706-0002U2 Order no/Contract: LEHM-U-0707-0005U4 | USD | 5 711.00 | 5 711.00 |
| 2008-07-01 to 2008-07-31 | Viznet Id. 81P020408 Circuit Id. 81000332137909 | Location 3 : Tokyo, Japan Monthly recurring charge for Global MPLS 115MB Port and Local Access of 1 GIG for Tokyo, Japan Commissioned May 10, 2008 Contract/Order No.: LEHM-U-0706-0002,    USD 9 975.00 LEHM-U-0706-0002U2, USD 1 568.00 LEHM-U-0706-0002U3, USD 4 399.00 | USD | 15 942.00 | 15 942.00 |
| 2008-07-01 to 2008-07-31 | Viznet Id 142P171007 Circuit Id 852000032122727 | Monthly recurring charges for Global MPLS Port of 20MB and Local Access 200M for Hong Kong Commissioned December 13, 2007 Contract/Order No. LEHM-U-0907-0003,    USD 7 957.00 LEHM-U-0907-0003U,   USD 2 263.00 | USD | 10 220.00 | 10 220.00 |

Total for MPLS

USD    116 693.00        116 693.00
=================  ===============

```
LEHMAN BROTHERS
ATTN: LAURA LARACUENTE                                          Page : A006 - 002
C/o. TNT PARTNERS, LLC                             Account Number : 021776-00
13 BERKSHIRE ROAD,                                 Invoice Number : TGA-ENT-0659
SANDY HOOK, CT 06482                                  Billing Date : 2008-07-25
USA                                               Period Ending On : 2008-07-31
```

                                    Attachment  6


Service :  L2 MPLS


| Period covered | Description | Explanation | Cur. | Amount | Customer Cur. USD Amount |
|---|---|---|---|---|---|
| 2008-07-01 to 2008-07-31 | Viznet Id 110P160408 Circuit Id 2232139091 | Monthly recurring charges for upgrade of Port from 145M to 195M and Local Access 200M for Mumbai,India Commissioned May 10, 2008 Contract/Order No. LEHM-U-0706-0002U4 | USD | 21 108.00 | 21 108.00 |
| 2008-07-01 to 2008-07-31 | Viznet Id 132P171007 Circuit Id 44002032122717 | Monthly recurring charges for Global MPLS Port of 45MB and Local Access 150M for London, UK Commissioned March 29, 2008 Contract/Order No. LEHM-U-0907-0004, USD 5 866.00 LEHM-U-0907-0004U, USD 2 215.00 | USD | 8 081.00 | 8 081.00 |
| 2008-04-01 to 2008-07-31 | Viznet Id 24P230408 Circuit Id 2232139619 | Non recurring installation charges Monthly recurring charges for 200 MB Local Loop for Kensington,Mumbai,India Contract/Order No. LEHM-U-0408-0006 | USD USD | 1 900.00 14 384.00 | 1 900.00 14 384.00 |

                                                         --------------------    ---------------
                     Total for MPLS                      USD      45 473.00          45 473.00
                                                         ====================    ===============

LEHMAN BROTHERS
ATTN: LAURA LARACUENTE
C/o. TNT PARTNERS, LLC
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

Page : A006 - 003
Account Number : 021776-00
Invoice Number : TGA-ENT-0659
Billing Date : 2008-07-25
Period Ending On : 2008-07-31

Attachment 6

Service : TAXES

| Period covered | Description | Explanation | Cur. | Amount | Customer Cur. USD Amount |
|---|---|---|---|---|---|
| 2008-07-01 to 2008-07-31 | Tax | State and Local Sales Tax New Jersey tax rate @ 7% Applied to the monthly recurring Charges for Local Loop Location 1 Cranford,NJ | USD | 178.22 | 178.22 |
| | Total for TAXES | | USD | 178.22 | 178.22 |

# INVOICE

TATA COMMUNICATIONS (AMERICA) INC.
12010 SUNSET HILLS ROAD
RESTON, VA 20190
USA

Direct Tel. : 1-514-868-7875
North Amer. Toll free : 1 888 933 3399
*UIFN + 800 933 33 999
Fax : 1-514-868-8996
E-mail : customer.service@tatacommunications.com

**Services Invoiced to**

LEHMAN BROTHERS
ATTN: LAURA LARACUENTE
C/o. TNT PARTNERS, LLC
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

| Account Number | Invoice Number | Period Ending on | Invoice Date | Due Date |
|---|---|---|---|---|
| 021776-00 | TGA-ENT-0739 | 2008-08-31 | 2008-08-25 | 2008-09-24 |

| SERVICES | | TOTAL | |
|---|---|---|---|
| - L2 MPLS | | | |
| . L2 MPLS charges | (See attachment  6) | USD | 116 693.00 |
| - L2 MPLS (LONDON-MUMBAI, LEHMAN KENSINGTON) | | | |
| . L2 MPLS charges | (See attachment  6) | USD | 32 785.00 |
| - TAXES | | | |
| . Tax charges | (See attachment  6) | USD | 823.76 |
| | | | -------------------- |
| TOTAL FOR SERVICES | | USD | 150 301.76 |

| Please refer to the following page for bank information | Amount Due | USD | 150 301.76 |
|---|---|---|---|

Please wire payment or detach this portion and send with your cheque.

## TATA COMMUNICATIONS

TATA COMMUNICATIONS (AMERICA) INC.
12010 SUNSET HILLS ROAD
RESTON, VA 20190
USA

**Services Invoiced to**

LEHMAN BROTHERS
ATTN: LAURA LARACUENTE
C/o. TNT PARTNERS, LLC
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

| Account Number | Invoice Number |
|---|---|
| 021776-00 | TGA-ENT-0739 |

| Due Date | Amount Due | Amount Enclosed |
|---|---|---|
| 2008-09-24 | USD 150 301.76 | |

# TATA COMMUNICATIONS

## Procedure to follow when transferring funds in USD:

By **WIRE TRANSFER, pay** :  Bank of America
100 West 33rd Street,
New York, NY 10001
USA
*SWIFT*       : BOFAUS3N
*ABA*         : 026 009 593
Beneficiary : Tata Communications (America) Inc.
USD a/c #   : 81882 10167

By **ACH, pay**          :  Bank of America
7595 Collection Center Drive,
Chicago, IL 60693
USA
ABA         : 071 000 039
Beneficiary : Tata Communications (America) Inc.
USD a/c #   : 81882 10167

...................................................................

## Procedure to follow when transferring funds in EURO:

Pay :

Bank of America N.A. (Branch #6008)
5 Canada Square,
London  E14 5AQ
United Kingdom

SWIFT      : BOFAGB22
IBAN       : GB09BOFA16505068165010

Beneficiary : Tata Communications (America) Inc.
EURO a/c #  : 6816 5010

...................................................................

## Procedure to follow when transferring funds in GBP:

Pay :

Bank of America N.A. (Branch #6008)
5 Canada Square,
London  E14 5AQ
United Kingdom

SWIFT        : BOFAGB22
CHAPS Sort Code : 165050
BACS  Sort Code : 301635

Beneficiary : Tata Communications (America) Inc.
GBP a/c #   : 6816 5028

...................................................................

**Procedure to follow when paying by check:**

Your check must be made to the order of **Tata Communications (America) Inc.**

and mailed to :

Tata Communications (America) Inc., Lock Box # 7595
7595 Collection Center Drive,
Chicago, IL  60693
USA


For **OVERNIGHT DELIVERY**, your check must be mailed to :

BANK OF AMERICA
7595 Collection Center Drive,
Chicago, IL  60693
USA


- Please allow a few days for your payment to reach us
- Remember to advise us of any change of name or address

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

```
LEHMAN BROTHERS
ATTN: LAURA IARACUENTE                                            Page : A006 - 001
C/o. TNT PARTNERS, LLC                                  Account Number : 021776-00
13 BERKSHIRE ROAD,                                     Invoice Number : TGA-ENT-0739
SANDY HOOK, CT 06482                                      Billing Date : 2008-08-25
USA                                                   Period Ending On : 2008-08-31
```

Attachment  6

Service :  L2 MPLS

| Period covered | Description | Explanation | Cur. | Amount | Customer Cur. USD Amount |
|---|---|---|---|---|---|
| 2008-08-01 to 2008-08-31 | Viznet Id 180P130308 Circuit id 1055132136343 | Location 1 : Cranford, New Jersey previously at 85 10th Avenue NY, NY Local Access charge: 200 MBps Fast E Global MPLS Port Charge, 165MB Commissioned March 29, 2008 Contract/Order No.: LEHM-U-0706-0002U, USD 8 399 LEHM-U-0706-0002U4, USD 5 915 | USD | 14 314.00 | 14 314.00 |
| 2008-08-01 to 2008-08-31 | Viznet Id 110P160408 Circuit Id 2232139091 | Monthly recurring charges for upgrade of Port from 120M to 145M and Local Access 200M for Mumbai,India Commissioned March 29, 2008 Contract/Order No. LEHM-U-0706-0002,    USD 12 524.00 LEHM-U-0706-0002U,  USD 26 647.00 LEHM-U-0706-0002U2, USD  3 450.00 LEHM-U-0907-0003,   USD  2 985.00 LEHM-U-0907-0003U,  USD  2 382.00 LEHM-U-0907-0004,   USD  9 523.00 LEHM-U-0706-0002U3, USD  2 855.00 LEHM-U-0907-0004U,  USD 10 140.00 | USD | 70 506.00 | 70 506.00 |
| 2008-08-01 to 2008-08-31 | Viznet Id. 81P020408 Circuit Id. 81000332137909 | Location 3 : Tokyo, Japan Monthly recurring charge for Local Access: 1 GIG Commissioned May 10, 2008 Order no/Contract:LEHM-U-0706-0002 Order no/Contract:LEHM-U-0706-0002U2 Order no/Contract: LEHM-U-0707-0005U4 | USD | 5 711.00 | 5 711.00 |
| 2008-08-01 to 2008-08-31 | Viznet Id. 81P020408 Circuit Id. 81000332137909 | Location 3 : Tokyo, Japan Monthly recurring charge for Global MPLS 115MB Port and Local Access of 1 GIG for Tokyo, Japan Commissioned May 10, 2008 Contract/Order No.: LEHM-U-0706-0002,   USD 9 975.00 LEHM-U-0706-0002U2, USD 1 568.00 LEHM-U-0706-0002U3, USD 4 399.00 | USD | 15 942.00 | 15 942.00 |
| 2008-08-01 to 2008-08-31 | Viznet Id 142P171007 Circuit Id 852000032122727 | Monthly recurring charges for Global MPLS Port of 20MB and Local Access 200M for Hong Kong Commissioned December 13, 2007 Contract/Order No. LEHM-U-0907-0003,   USD 7 957.00 LEHM-U-0907-0003U,  USD 2 263.00 | USD | 10 220.00 | 10 220.00 |

|  |  |  |  |
|---|---|---|---|
| Total for MPLS | USD | 116 693.00 | 116 693.00 |

LEHMAN BROTHERS
ATTN: LAURA LARACUENTE
C/o. TNT PARTNERS, LLC
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

Page : A006 - 002
Account Number : 021776-00
Invoice Number : TGA-ENT-0739
Billing Date : 2008-08-25
Period Ending On : 2008-08-31

Attachment  6

Service :  L2 MPLS

| Period covered | Description | Explanation | Cur. | Amount | Customer Cur. USD Amount |
|---|---|---|---|---|---|
| 2008-08-01 to 2008-08-31 | Viznet Id 110P160408 Circuit Id 2232139091 | Monthly recurring charges for upgrade of Port from 145M to 195M and Local Access 200M for Mumbai,India Commissioned May 10, 2008 Contract/Order No. LEHM-U-0706-0002U4 | USD | 21 108.00 | 21 108.00 |
| 2008-08-01 to 2008-08-31 | Viznet Id 132P171007 Circuit Id 44002032122717 | Monthly recurring charges for Global MPLS Port of 45MB and Local Access 150M for London, UK Commissioned March 29, 2008 Contract/Order No. LEHM-U-0907-0004,  USD 5 866.00 LEHM-U-0907-0004U, USD 2 215.00 | USD | 8 081.00 | 8 081.00 |
| 2008-08-01 to 2008-08-31 | Viznet Id 24P230408 Circuit Id 2232139619 | Monthly recurring charges of 200 MB Local Loop for Kensington, Mumbai, India Contract/Order No. LEHM-U-0408-0006 | USD | 3 596.00 | 3 596.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Total for MPLS | | USD | 32 785.00 | 32 785.00 |

LEHMAN BROTHERS
ATTN: LAURA LARACUENTE
C/o. TNT PARTNERS, LLC
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

Page : A006 - 003
Account Number : 021776-00
Invoice Number : TGA-ENT-0739
Billing Date : 2008-08-25
Period Ending On : 2008-08-31

Attachment  6

Service :  TAXES

| Period covered | Description | Explanation | Cur. | Amount | Customer Cur.<br>USD Amount |
|---|---|---|---|---|---|
| 2008-08-01 to 2008-08-31 | Tax | State and Local Sales Tax<br>New Jersey tax rate @ 7%<br>Applied to the monthly recurring<br>Charges for Global MPLS Port<br>Location 1 Cranford,NJ | USD | 823.76 | 823.76 |
| | Total for TAXES | | USD | 823.76 | 823.76 |

# INVOICE

TATA COMMUNICATIONS (US) INC.
90 MATAWAN ROAD, SUITE 101
MATAWAN
NEW JERSEY-07747
USA

Direct Tel. : 1-514-868-7875
North Amer. Toll free : 1 888 933 3399
*UIFN + 800 933 33 999
Fax : 1-514-868-8996
E-mail : customer.service@tatacommunications.com

Services Invoiced to

LEHMAN BROTHERS
C/O. TNT PARTNERS, LLC
ATTN: LAURA LARACUENTE
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

| Account Number | Invoice Number | Period Ending on | Invoice Date | Due Date |
|---|---|---|---|---|
| 021776-00 | VIUS-ENT-0176 | 2008-08-31 | 2008-08-25 | 2008-09-24 |

| SERVICES | | TOTAL |
|---|---|---|
| - EOS | | |
| . EOS charges | (See attachment  6) | USD    12 997.00 |
| - TAXES | | |
| . Tax charges | (See attachment  6) | USD        383.25 |
| | | -------------------- |
| TOTAL FOR SERVICES | | USD    13 380.25 |

| | Amount Due | USD    13 380.25 |
|---|---|---|

Please wire payment or detach this portion and send with your cheque.

**TATA COMMUNICATIONS**

TATA COMMUNICATIONS (US) INC.
90 MATAWAN ROAD, SUITE 101
MATAWAN
NEW JERSEY-07747
USA

Services Invoiced to

LEHMAN BROTHERS
C/O. TNT PARTNERS, LLC
ATTN: LAURA LARACUENTE
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

| Account Number | Invoice Number |
|---|---|
| 021776-00 | VIUS-ENT-0176 |

| Due Date | Amount Due | Amount Enclosed |
|---|---|---|
| 2008-09-24 | USD 13 380.25 | |

# TATA COMMUNICATIONS

## Procedure to follow when transferring funds in USD

**By WIRE TRANSFER, pay :** Bank of America
100 West 33rd Street
New York, NY 10001
USA
SWIFT        : BOFAUS3N
ABA          : 026 009 593
Beneficiary : Tata Communications (US) Inc.
USD a/c #   : 1233056284

**By ACH, pay :**          Bank of America
7595 Collection Center Drive
Chicago, IL 60693
USA
ABA          : 122000030
Beneficiary : Tata Communications (US) Inc.
USD a/c #   : 1233056284

....................................................................

LEHMAN BROTHERS
C/O. TNT PARTNERS, LLC
ATTN: LAURA LARACUENTE
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

Page : A006 - 001
Account Number : 021776-00
Invoice Number : VIUS-ENT-0176
Billing Date : 2008-08-25
Period Ending On : 2008-08-31

Attachment 6

Service :  EOS

| Period covered | Description | Explanation | Cur. | Amount | Customer Cur. USD Amount |
|---|---|---|---|---|---|
| 2008-08-01 to 2008-08-31 | Viznet ID. 16P260706 Circuit Id. No. 1055116050372 | 622MB EOS between Livingston, NJ and London Monthly recurring charge Contract No./Order no: 0 | USD | 6 450.00 | 6 450.00 |
| 2008-08-01 to 2008-08-31 | Viznet ID. 16P260706 Circuit Id. No. 1055116050372 | Fibernet UK-Dark Fiber GIG Ethernet access in UK Monthly recurring charge for Contract No./Order no: 0 | USD | 2 047.00 | 2 047.00 |
| 2008-08-01 to 2008-08-31 | Viznet ID. 16P260706 Circuit Id. No. 1055116050372 | MCI-Verizon Business GIG Ethernet access in US Monthly recurring charge Contract No./Order no: 0 | USD | 4 500.00 | 4 500.00 |
| | Total for EOS | | USD | 12 997.00 | 12 997.00 |

LEHMAN BROTHERS
C/O. TNT PARTNERS, LLC
ATTN: LAURA IARACUENTE
13 BERKSHIRE ROAD,
SANDY HOOK, CT 06482
USA

Page : A006 - 002
Account Number : 021776-00
Invoice Number : VIUS-ENT-0176
Billing Date : 2008-08-25
Period Ending On : 2008-08-31

Attachment  6

Service :  TAXES

| Period covered | Description | Explanation | Cur. | Amount | Customer Cur.<br>USD Amount |
|---|---|---|---|---|---|
| 2008-08-01 to 2008-08-31 | Taxes | New Jersey 7% sales tax<br>Amount subject to tax<br>50% of the NJ to London circuit<br>plus US local access charge<br>USD 6 450 + 4 500 = 10 950.00<br>USD 10 950 X .5 = 5 475.00<br>5 475.00 X .07 = 383.25 | USD | 383.25 | 383.25 |
| | Total for TAXES | | USD | 383.25 | 383.25 |



TATA COMMUNICATIONS

## TATA
## ILL Invoice

| | Amount(INR) |
|---|---|

**M/s. Lehman Brothers Securities Pvt. Ltd.**
Shivsagar Estate,
Dr. Annie Besant Road,
1101 – 11th Floor,
Mumbai – 400 018
MAHARASHTRA
India

Invoice No. ILL/HQ/0607/005937
Bill Date. 01-May-2007
**Pay by Date: Immediate**
Acc No.: I03611
Cust Ref: VL1104
Billing Currency: INR
Billing Frequency: Quarterly
PO Number:

| | Amount(INR) |
|---|---|
| **Charges** | |
| **Total On - Net Charges for Standard ILL 1 Mbps @ 10,85,000 p.a.** | **271,250.00** |
| ( Reference : COPF ID : 3P310306; Circuit ID: 2210043384 ) | |
| **Standard ILL Ethernet Port Charges NCH 1 Mbps @ 40,000 p.a** | **10,000.00** |
| **Total charges excluding Tax** | **281,250.00** |
| Service Tax on amount 281,250.00@ 12.00% | 33,750.00 |
| Educational Cess on amount 281,250.00@ 0.24% | 675.00 |
| **Total charges including Tax** | **315,675.00** |
| **Rounded Off Total charges including Tax** | **315,675.00** |
| **Less: Amount Received in Advance** | |
| **Kindly Pay** | **315,675.00** |

| | |
|---|---|
| Deposit Payable | **0.00** |

**Billing correspondence address:** 1st Floor, DGP House, 88 C Old Prabhadevi Road, Prabhadevi,
Mumbai - 400 025, India. Fax No 91-22-66101330

**Terms & Conditions :**
1. All Cheques / Demand Drafts in payment of invoice should be drawn in favour of "Tata Communications Limited".
2. It will be deemed that you have accepted this invoice in full in the event you have not lodged any written objection with us within 20 days from the date of receipt of this invoice.
3. Service is liable to be disconnected without any further notice in case of invoice remaining unpaid beyond the due date and interest @18% p.a. will be payable by you on the amount remaining unpaid after the due date.
4. Kindly cut and enclose the counterfoil appended below while making the payment. This will facilitate us to allocate the payment against the respective invoice.
5. E & O. E.
For Billing Enquiry send mail to billing.services@tatacommunications.com or contact your Relationship Manager / Account Manager.
Service Tax No: AAACV2808CST008                                       PAN No. AAACV2808C
Registered Office : Tata Communications Limited, VSB, Mahatma Gandhi Road, Fort, Mumbai - 400001 (India)

**For Tata Communications Limited**

24·09·08
MR. ABBAS MANTRI

**Authorized Signatory**

Cut here and attach with Payment, Please Pay Before Due Date to avoid Blocking of Service

**M/s. Lehman Brothers Securities Pvt. Ltd.**
Shivsagar Estate,
Dr. Annie Besant Road,
1101 – 11th Floor,
Mumbai – 400 018
MAHARASHTRA
India

Invoice No. ILL/HQ/0607/005937
Cust Ref: VL1104
Acc No.: I03611
Billing Currency: INR
Bill Date: 01-May-07
**Pay by Date: Immediate**
Amount: 315,675.00
Deposit Due: 0.00

 **Payment Application**

Project India - Kensington

Company  Davis Langdon and Seah Consulting India Pvt. Ltd.

System Reference  PA-00405

Purchase order no.  Kensington - 4 5 6 - yet to finalize

## Payment Application

|  |  |
|---|---|
| Project | India - Kensington  Ref. P05 |
| System Reference | **PA-00405** |
| Purchase Order No. | Kensington - 4 5 6 - yet to finalize |
| Details Of Payment (Attach Info If Applicable) | M/s. TATA Communications Ltd. - Internet service for Project office - Invoice Ref. No. ILL/01-08/026882, ILL/02-08/028627, ILL/03-08/032831, ILL/06-08/038651 - 1 & Final |
| Company | Davis Langdon and Seah Consulting India Pvt. Ltd. |
| Created On | 23/09/2008 12:45:41 |
| Raised By | Deshmukh, Sachin  Direct Tel    Mobile Tel  +91 9833282893 |
| On Behalf Of | Sawant, Vikas |
| Controlled By | Deshmukh, Sachin |
| Active/Inactive | Active |
| Applicant Company | M/s. TATA Communications Ltd. |
| Applicant | Supplier |
| Currency | INR |
| Amount Of This Claim | 631407 |
| Type Of Application | Final |
|  | Pending Payment Certificate Approval |
|  | Please note: Payment will be made in accordance with terms and conditions of contract |

| Distribution | (Recipients E-Mailed) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Company | Name | Authorisation | Reason for Issue | Required By | Completed On | Issued On | Issued By | Accessed On |
| Davis Langdon and Seah Consulting India Pvt. Ltd. | Deshmukh, Sachin | Released (23/09/2008 12:45:40) | Control | 30/09/2008 12:45:40 | 23/09/2008 12:51:07 | 23/09/2008 12:45:40 | Deshmukh, Sachin | Read On 23/09/2008 12:45:41 |
| Company | Name | Authorisation | Reason for Issue | Required By | Completed On | Issued On | Issued By | Accessed On |

**Responses Issued (Brief): 2**

| Company | Name | Created On | Response |
|---|---|---|---|
| Davis Langdon and Seah Consulting India Pvt. Ltd. | Deshmukh, Sachin | 23/09/2008 12:51:06 | M/s. TATA Communications Ltd. - Internet service for Project office - Invoice Ref. No. ILL/01-08/026882, ILL/02-08/028627, ILL/03-08/032831, ILL/06-08/038651 - 1 & Final  Pls review the enclosed payment certificate & give your approval ASAP. |
| Lehman Brothers | Sawant, Vikas | 23/09/2008 21:06:09 | Approved |
| Company | Name | Created On | Response |

**Response Associated Items**

Responses Issued (Full): 2

System Reference **PA-00405/PA-R2-400**

**M/s. TATA Communications Ltd. - Internet service for Project office - Invoice Ref. No. ILL/01-08/026882, ILL/02-08/028627, ILL/03-08/032831, ILL/06-08/038651 - 1 &**
Contents **Final**

**Pls review the enclosed payment certificate & give your approval ASAP.**
Company Davis Langdon and Seah Consulting India Pvt. Ltd.
Created On 23/09/2008 12:51:06
Raised By Deshmukh, Sachin   Direct Tel      Mobile Tel +91 9833282893
Controlled By Deshmukh, Sachin
Uploaded Document TATA communication - 01 & Final.zip
Status Active
Are You An Approver? : No
Recommendation : Approve
Are You Entering : Yes
Certification Information?
Certified Amount
(Currency)
Certified Amount (Local
Currency)
Exchange Rate (USD) 0.02174
Certified Amount (USD) 13726.78
Exchange Rate (GBP) 0.01162
Certified Amount (GBP) 7336.94

System Reference **PA-00405/Response-1586**
Contents **Approved**
Company Lehman Brothers
Created On 23/09/2008 21:06:09
Raised By Moondra, Vikas   Direct Tel      Mobile Tel +91 9920545511
Controlled By Deshmukh, Sachin
Status Active
Are You An Approver? : Yes
Recommendation : Approve
Are You Entering Certification Information? : No
Certified Amount (Currency) ...Please Select...

Report generated and printed by Sachin Deshmukh of Davis Langdon and Seah Consulting India Pvt. Ltd. on 24/09/2008 08:59:42

*ι*

DAVIS LANGDON & SEAH CONSULTING INDIA PVT. LTD

Page 2

**INTERNET SERVICE CHARGES FOR PROJECT OFFICE IN THE
PREMISES LOCATED AT 14TH & 15TH FLOOR, CEEJAY HOUSE,
PHASE V AT WORLI, MUMBAI,
FOR LEHMAN BROTHERS SECURITIES PVT. LTD.**

**SUMMARY OF FINAL STATEMENT**

**INTERNET SERVICE CHARGES**

|  |  | (INR) |
|---|---|---|
| ORIGINAL PURCHASE ORDER SUM |  | **4,50,000.00** |

|  | Omissions (INR) | Additions (INR) |  |
|---|---|---|---|
| VARIATION TO WORK ORDER | (0.00) | 14,87,151.00 |  |
|  | (0.00)  · | 14,87,151.00 | 14,87,151.00 |
| **FINAL TOTAL SUM** |  | **INR** | **19,37,151.00** |

I/We agree to this Statement of Final Account.

.......... 24/9/08 ........................................
For and On Behalf of
LEHMAN BROTHERS SECURITIES PRIVATE LIMITED

Date: ....................................................

I/We agree to this Statement of Final Account and confirm that I/we have no further
claims on this Contract.

................................................
For and On Behalf of
M/S. TATA COMMUNICATIONS LIMITED.

Date: ....................................................

JOB NO: I1096
NOTE: Negative figures in Net Value column indicate a saving

DAVIS LANGDON AND SEAH CONSULTING INDIA PVT LTD                                          SCHEDULE 1

**INTERNET SERVICE CHARGES AT THE PREMISES LOCATED AT THE PREMISES LOCATED AT KENSINGTON BUILDING, 4TH, 5TH & 6TH FLOOR - LEHMAN BROTHERS, POWAI, MUMBAI**

**VALUATION FOR 1 & FINAL PAYMENT**

**SCHEDULE -1  MAIN SUMMARY**

**P&L no - 46652 KENSINGTON - CAPEX CRE / 32C UNDER09385 SUM ALLOCATED FACILITIES**

**Expense Head : CONSULTANTS**

| NO | ITEM | BUDGET PROVISIONAL AMOUNT Rs | FINAL EXECUTED AMOUNT Rs | RECOMMENDED AMOUNT Rs |
|---|---|---|---|---|
| 1.0 | INTERNET SERVICE CHARGES AT THE PREMISES LOCATED AT THE PREMISES LOCATED AT KENSINGTON BUILDING, 4TH, 5TH & 6TH FLOOR - LEHMAN BROTHERS; POWAI, MUMBAI | 1,000,000.00 | 631,407.00 | 631,407.00 |
| 2.0 | Less Retention at 0% on SR no 1 | | | 0.00 |
| | | | Sub-Total | 631,407.00 |
| 3.0 | ADD Unadjusted Mobilisation Advance (refer schedule 3 attached) | | | 0.00 |
| | | | Sub-Total | 631,407.00 |
| 4.0 | Less Amounts Previously Paid | | | 0.00 |
| 5.0 | ADD Add Service tax          12.36% Exempted | | Roundoff | - |
| 6.0 | RECOMMENDED AMOUNT | | | 631,407.00 |

In accordance with this payment certificate the Consultant M/s. TATA Communication Ltd. are entitled to receive the AMOUNT CERTIFIED
AMOUNT CERTIFIED  INR 6,31,407.00 (words)  Rupees Six Lacs Thirty One Thousand Four Hundred Seven Only
(Attach explanation if amount certified differs from the amount applied Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified )

PROJECT MANAGER   ...........................
Sterling Lomas Project Services India Pvt Ltd
Date

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

Note: The Accounts Department may deduct all taxes, TDS, ESIC & PF where applicable prior to issuance of payment

CERTIFIED BY                         AUTHORISED BY
                                     24|9|08
For Davis Langdon & Seah Consulting India    Abbas Mamia
Pvt. Ltd.                            For  Lehman Brothers
                                     Services India Pvt Ltd
Date                                 Date



## Payment Application

Project India - Kensington

Company  Davis Langdon and Seah Consulting India Pvt. Ltd.

System Reference PA-00405

Purchase order no.  Kensington - 4 5 6 - yet to finalize

## Payment Application

|  |  |
|---|---|
| Project | India - Kensington   Ref. P05 |
| System Reference | **PA-00405** |
| Purchase Order No. | Kensington - 4 5 6 - yet to finalize |
| Details Of Payment (Attach Info If Applicable) | M/s. TATA Communications Ltd. - Internet service for Project office - Invoice Ref. No. ILL/01-08/026882, ILL/02-08/028627, ILL/03-08/032831, ILL/06-08/038651 - 1 & Final |
| Company | Davis Langdon and Seah Consulting India Pvt. Ltd. |
| Created On | 23/09/2008 12:45:41 |
| Raised By | Deshmukh, Sachin  Direct Tel     Mobile Tel  +91 9833282893 |
| On Behalf Of | Sawant, Vikas |
| Controlled By | Deshmukh, Sachin |
| Active/Inactive | Active |
| Applicant Company | M/s. TATA Communications Ltd. |
| Applicant | Supplier |
| Currency | INR |
| Amount Of This Claim | 631407 |
| Type Of Application | Final |
|  | Pending Payment Certificate Approval |
|  | Please note: Payment will be made in accordance with terms and conditions of contract |

| Distribution | (Recipients E-Mailed) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Company | Name | Authorisation | Reason For Issue | Required By | Completed On | Issued On | Issued By | Accessed On |
| Davis Langdon and Seah Consulting India Pvt. Ltd. | Deshmukh, Sachin | Released (23/09/2008 12:45:40) | Control | 30/09/2008 12:45:40 | 23/09/2008 12:51:07 | 23/09/2008 12:45:40 | Deshmukh, Sachin | Read On 23/09/2008 12:45:41 |
| Company | Name | Authorisation | Reason For Issue | Required By | Completed On | Issued On | Issued By | Accessed On |

## Responses Issued (Brief): 2

| Company | Name | Created On | Response |
|---|---|---|---|
| Davis Langdon and Seah Consulting India Pvt. Ltd. | Deshmukh, Sachin | 23/09/2008 12:51:06 | M/s. TATA Communications Ltd. - Internet service for Project office - Invoice Ref. No. ILL/01-08/026882, ILL/02-08/028627, ILL/03-08/032831, ILL/06-08/038651 - 1 & Final Pls review the enclosed payment certificate & give your approval ASAP. |
| Lehman Brothers | Sawant, Vikas | 23/09/2008 21:06:09 | Approved |
| Company | Name | Created On | Response |

## Response Associated Items

Responses Issued (Full): 2

| | |
|---|---|
| System Reference | **PA-00405/PA-R2-400** |
| Contents | **M/s. TATA Communications Ltd. - Internet service for Project office – Invoice Ref. No. ILL/01-08/026882, ILL/02-08/028627, ILL/03-08/032831, ILL/06-08/038651 - 1 & Final**

**Pls review the enclosed payment certificate & give your approval ASAP.** |
| Company | Davis Langdon and Seah Consulting India Pvt. Ltd. |
| Created On | 23/09/2008 12:51:06 |
| Raised By | Deshmukh, Sachin   Direct Tel      Mobile Tel  +91 9833282893 |
| Controlled By | Deshmukh, Sachin |
| Uploaded Document | TATA communication - 01 & Final.zip |
| Status | Active |
| Are You An Approver? | : No |
| Recommendation | : Approve |
| Are You Entering Certification Information? | : Yes |
| Certified Amount (Currency) | |
| Certified Amount (Local Currency) | |
| Exchange Rate (USD) | 0.02174 |
| Certified Amount (USD) | 13726.78 |
| Exchange Rate (GBP) | 0.01162 |
| Certified Amount (GBP) | 7336.94 |

| | |
|---|---|
| System Reference | **PA-00405/Response-1586** |
| Contents | **Approved** |
| Company | Lehman Brothers |
| Created On | 23/09/2008 21:06:09 |
| Raised By | Moondra, Vikas   Direct Tel      Mobile Tel   +91 9920545511 |
| Controlled By | Deshmukh, Sachin |
| Status | Active |
| Are You An Approver? | : Yes |
| Recommendation | : Approve |
| Are You Entering Certification Information? | : No |
| Certified Amount (Currency) | ...Please Select... |

Report generated and printed by Sachin Deshmukh of Davis Langdon and Seah Consulting India Pvt. Ltd. on 24/09/2008 08:59:47

*C*

**DAVIS LANGDON & SEAH CONSULTING INDIA PVT. LTD**

Page 2

## INTERNET SERVICE CHARGES FOR PROJECT OFFICE IN THE PREMISES LOCATED AT 14TH & 15TH FLOOR, CEEJAY HOUSE, PHASE V AT WORLI, MUMBAI, FOR LEHMAN BROTHERS SECURITIES PVT. LTD.

### SUMMARY OF FINAL STATEMENT

### INTERNET SERVICE CHARGES

|  | Omissions (INR) | Additions (INR) | (INR) |
|---|---|---|---|
| ORIGINAL PURCHASE ORDER SUM |  |  | 4,50,000.00 |
| VARIATION TO WORK ORDER | (0.00) | 14,87,151.00 |  |
|  | (0.00) | 14,87,151.00 | 14,87,151.00 |
| **FINAL TOTAL SUM** |  | **INR** | **19,37,151.00** |

I/We agree to this Statement of Final Account.

.......... *24|4|08* ............................................
For and On Behalf of
LEHMAN BROTHERS SECURITIES PRIVATE LIMITED

Date: ...................................................................

I/We agree to this Statement of Final Account and confirm that I/we have no further claims on this Contract.

........................................................................
For and On Behalf of
M/S. TATA COMMUNICATIONS LIMITED.

Date: ...................................................................

JOB NO: I1096
NOTE:  Negative figures in Net Value column indicate a saving

DAVIS LANGDON AND SEAH CONSULTING INDIA PVT LTD

SCHEDULE 1

INTERNET SERVICE CHARGES AT THE PREMISES LOCATED AT THE PREMISES LOCATED AT KENSINGTON BUILDING, 4TH, 5TH & 6TH FLOOR - LEHMAN BROTHERS, POWAI, MUMBAI

VALUATION FOR 1 & FINAL PAYMENT

SCHEDULE -1 MAIN SUMMARY

P&L no - 46652 KENSINGTON - CAPEX CRE / 32C UNDER09385 SUM ALLOCATED FACILITIES

Expense Head : CONSULTANTS

| NO | ITEM | BUDGET PROVISIONAL AMOUNT Rs | FINAL EXECUTED AMOUNT Rs | RECOMMENDED AMOUNT Rs |
|---|---|---|---|---|
| 1.0 | INTERNET SERVICE CHARGES AT THE PREMISES LOCATED AT THE PREMISES LOCATED AT KENSINGTON BUILDING, 4TH, 5TH & 6TH FLOOR - LEHMAN BROTHERS, POWAI, MUMBAI | 1,000,000.00 | 631,407.00 | 631,407.00 |
| 2.0 | Less Retention at 0% on SR no 1 | | Sub-Total | 0.00 631,407.00 |
| 3.0 | ADD Unadjusted Mobilisation Advance (refer schedule 3 attached) | | Sub-Total | 0.00 631,407.00 |
| 4.0 | Less Amounts Previously Paid | | | 0.00 |
| 5.0 | ADD Add Service tax        12.36% Exempted | | Roundoff | - |
| 6.0 | RECOMMENDED AMOUNT | | | 631,407.00 |

In accordance with the payment certificate the Consultant M/s. TATA Communication Ltd. are entitled to receive the AMOUNT CERTIFIED.

AMOUNT CERTIFIED JNR 6,31,407.00 (words) Rupees Six Lacs Thirty One Thousand Four Hundred Seven Only

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified )

PROJECT MANAGER    ..........................
Sterling Lomas Project Services India Pvt Ltd
Date.

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

Note: The Accounts Department may deduct all taxes, TDS, ESIC & PF where applicable prior to issuance of payment

CERTIFIED BY

For Davis Langdon & Seah Consulting India
Pvt. Ltd

Date

AUTHORISED BY

24/9/08

Abbas Mantri
For  Lehman Brothers
Services India Pvt Ltd
Date