UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
                                           :

In re                                     :   Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.,   :   Case No. 08-13555 (JMP)
*et al.*,
                                     :   (Jointly Administered)

                    Debtors.   :

--------------------------------------------------------x

# FIRST AMENDED
# APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

     Diana G. Adams, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditors to the Official Committee of Unsecured Creditors of Lehman Brothers Holdings, Inc.:

1.    Wilmington Trust Company, as
      Indenture Trustee
      520 Madison Avenue, 33d Floor
      New York, New York 10022
      Attn: James J. McGiniey, Managing Debtor
      Phone Number (212) 415-0522
      Fax Number (212) 415-0513

2.    The Bank of NY Mellon
      101 Barclay - 8 W
      New York, New York 10286
      Attn: Gerard Facendola, Vice President Corporate Trust
      Phone Number (212) 815-5373

3.    Shinsei Bank, Limited
      1-8, Uchisaiwaicho 2- Chome
      Chiyoda - Ku, Tokyo
      100-8501
      Japan
      Attn: Edward P. Gilbert
      Phone Number 81-3-5510-6614
      Fax Number 81-3-4560-2846

4.  Mizuho Corporate Bank, Ltd. as Agent
    1251 Avenue of the Americas
    New York, New York  10020-1104
    Attn: Noel P. Purcell, Senior Vice President
    Phone Number (212) 282-3486
    Fax Number (212) 282-4490

5.  Metlife
    10 Park Avenue, P.O. Box 1902
    Morristown, New Jersey  07962-1902
    Attn: David Yu, Director
    Phone Number (973) 355-4581
    Fax Number (973) 355-4230

6.  The Vanguard Group Inc.
    P.O. Box 2600, V31
    Valley Forge, Pennsylvania  19482
    Attn: Stewart Hosansky, Principal/Senior Analyst
    Phone Number (800) 523-1036 x13346
    Fax Number (610) 407-2875

7.  Aegon USA Investment Management
    4333 Edgewood Road NE
    Cedar Rapids, Iowa  52499
    Attn: James K. Schaeffer, Director of Distressed Debt
    Phone Number (312) 596-3920
    Fax Number (800) 454-2664

Dated:   New York, New York            Respectfully submitted,
         October 3, 2008               DIANA G. ADAMS
                                       UNITED STATES TRUSTEE

                                By:    /s/ *Andrew D. Velez-Rivera*
                                       Trial Attorney
                                       33 Whitehall Street, 21st Floor
                                       New York, New York 10004
                                       Tel. No. (212) 510-0500
                                       Fax No. (212) 668-2255