MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Karen Ostad (KO-5596)
Todd M. Goren (TG-7061)

*Attorneys for CB Richard Ellis, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Chapter 11 |
| Debtors. | (Jointly Administered) |

**LIMITED OBJECTION OF CB RICHARD ELLIS, INC. TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE DEFAULTS UNDER CONTRACTS AND LEASES TO BE ASSUMED <u>AND ASSIGNED TO SUCCESSFUL PURCHASER</u>**

CB Richard Ellis, Inc. ("CBRE"), by and through its undersigned counsel, hereby submits this Limited Objection to the above-captioned Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser (the "Cure Notice"). In support of its objection, CBRE hereby represents as follows:

1

ny-837391

1.     The Cure Notice lists three contracts between CBRE and Lehman Brothers, Inc. ("LBI")[1] with cure amounts of $0.00, $0.00, and $33,549.00 (the "Proposed Cure Amounts")[2] to be assumed and assigned to Barclays Capital, Inc. as of the closing date of the sale (September 22, 2008). Because CBRE and LBI (and their respective affiliates) are parties to a multitude of contracts, it is impossible for CBRE to determine from a review of the Cure Notice which contracts the Debtors are attempting to assume and assign. Accordingly, CBRE cannot confirm that the Proposed Cure Amounts are accurate at this time.

2.     As a result, CBRE must file this protective objection to the Proposed Cure Amounts. CBRE requests that the Debtors provide CBRE with information to enable CBRE to determine which contracts are at issue, at which time CBRE will be in a position to confirm or dispute the Proposed Cure Amounts. CBRE reserves all rights to submit a further objection to the Proposed Cure Amounts at such time as the Debtors are able to provide CBRE with such requested information. In addition, CBRE has brokerage agreements with Lehman entities which may relate to properties that are subject to the Cure Notice, and, therefore, reserves all rights it has against the Debtors or any other party with respect to such agreements.

---

[1] Lehman Brothers, Inc. is not a Debtor herein, but is subject to a parallel proceeding under the Securities Investors Protection Act of 1970, which is pending as an adversary proceeding related to the Debtors' cases, Adv. Pro. No. 08-01420 (the "SIPA Adversary Proceeding"). To the extent necessary, CBRE requests that this objection be incorporated by reference in the SIPA Adversary Proceeding.

[2] The Debtors originally listed the Proposed Cure Amount on the third contract as $3,627.00. However, on October 1, 2008, the Debtors posted a revised Cure Notice that increased the Proposed Cure Amount on that contract to the amount set forth above.

WHEREFORE, for the reasons set forth herein, CBRE objects to the Proposed Cure Amounts set forth in the Cure Notice and requests that the Court grant such other and further relief as the Court may deem just and proper.

Dated: New York, New York
October 3, 2008

MORRISON & FOERSTER LLP

By: /s/ Karen Ostad
KAREN OSTAD (KO-5596)
TODD M. GOREN (TG-7061)
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

Attorneys for CB Richard Ellis, Inc.