**WOLLMUTH MAHER
& DEUTSCH LLP**
Paul R. DeFilippo (PD 9779)
Steven R. Wirth (SW 1145)
500 Fifth Avenue, 12th Floor
New York, NY 10110
Telephone:  (212) 382-3300
Facsimile:  (212) 382-0050
Email: pdifilippo@wmd-law.com
          swirth@wmd-law.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :   08-13555 (JMP)
                                                                  :
           Debtors.                                           :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of October, 2008 a true copy of the Objection of IPC Systems, Inc., as Successor to IPC Information Systems, Inc., to Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Barclay's Capital, Inc., filed on behalf of IPC Systems, Inc. in the above-captioned matter was served upon all parties listed on the attached service list *via* United States Mail.

                                              WOLLMUTH MAHER & DEUTSCH, LLP
                                              Attorneys for IPC Systems, Inc.

                              By:    /s/ Elissa I. Rosen
                                              Elissa I. Rosen
                                              Legal Assistant


Dated: October 3, 2008

**Service List**

Weil, Gotshal & Manges LLP
Attn: Lori R. Fife and Shai Y. Waisman
767 Fifth Avenue
New York, New York 10153
Attorneys for Lehman Brothers Holdings, Inc. and LB745 LLC

Hughes Hubbard & Reed LLP
Attn: Jeffery S. Margolin
One Battery Park Plaza
New York, New York 10004
Attorneys for the SIPC Trustee

Cleary Gottlieb Steen & Hamilton LLP
Attn: Lindsee P. Granfield and Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Attorneys for the Purchaser