UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS INC.,

        Debtor.

Case No. 08-13555 (jmp)
Chapter 11

-----------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jody Michelle Oster, a member in good standing of the bar of the State of Ohio, of the bar of the United States District Court for the Southern District of Ohio and of the bar of the Sixth and Ninth Circuit Courts of Appeal, request admission, *pro hac vice*, before the Honorable James M. Peck to represent The Huntington National Bank, a national banking association and creditor in the above referenced Chapter 11 proceeding. My address, e-mail and telephone information is as follows:

    Jody Michelle Oster, Esq.
    Legal Department
    The Huntington National Bank
    41 South High Street, 5th Floor
    Columbus, Ohio 43215.

    E-Mail: ECF.Oster@huntington.com
    Phone:  (614) 480-4540.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: September 30, 2008

                                      Jody Michelle Oster, Esq. (OH Bar. # 0041391)
                                      The Huntington National Bank
                                      41 South High Street, 5th Floor
                                      Columbus, Ohio 43215
                                      Telephone: (614) 480-4540
                                      Facsimile: (614) 480-5404