# SuccessFactors
**People Performance**

1500 Fashion Island Blvd
Suite 300
San Mateo CA 94404
United States
+1 650 645 2000
http://www.successfactors.com

**Statement**

Page 1 of 2
Date                9/29/2008
Acct. No.
Amount Due          $239,502.24
Amount Encl.

**Bill To**

Accounts Payable
Lehman Bothers Holdings Inc
P.O. Box 2339
Secaucus NJ 07096
United States

| Date | Description | Charge | Payment | Balance |
|---|---|---:|---:|---:|
| 5/1/2007 | Balance Forward | | | 0.00 |
| 5/31/2007 | Invoice #IN0005294 | 420,000.00 | | 420,000.00 |
| 5/31/2007 | Invoice #IN0005295 | 110,000.00 | | 530,000.00 |
| 5/31/2007 | Invoice #IN0005296 | 110,000.00 | | 640,000.00 |
| 6/25/2007 | Invoice #IN0005495 | 1,141.57 | | 641,141.57 |
| 6/25/2007 | Invoice #IN0005496 | 1,630.48 | | 642,772.05 |
| 7/10/2007 | Invoice #IN0005722 | 106.25 | | 642,878.30 |
| 7/18/2007 | Invoice #IN0005773 | 1,174.15 | | 644,052.45 |
| 7/18/2007 | Invoice #IN0005783 | 29.00 | | 644,081.45 |
| 7/18/2007 | Invoice #IN0005782 | 116.50 | | 644,197.95 |
| 7/23/2007 | Invoice #IN0005887 | 919.24 | | 645,117.19 |
| 7/24/2007 | Invoice #IN0005890 | 1,777.58 | | 646,894.77 |
| 7/26/2007 | Invoice #IN0005911 | 2,078.30 | | 648,973.07 |
| 8/7/2007 | Invoice #IN0006061 | 61.04 | | 649,034.11 |
| 8/15/2007 | Invoice #IN0006099 | 110,000.00 | | 759,034.11 |
| 8/22/2007 | Invoice #IN0006142 | 2,417.54 | | 761,451.65 |
| 8/23/2007 | Invoice #IN0006168 | 2,001.81 | | 763,453.46 |
| 8/29/2007 | Invoice #IN0006209 | 206.25 | | 763,659.71 |
| 9/10/2007 | Invoice #IN0006377 | 1,826.24 | | 765,485.95 |
| 9/23/2007 | Invoice #IN0006460 | 4,572.60 | | 770,058.55 |
| 9/23/2007 | Invoice #IN0006461 | 217.10 | | 770,275.65 |
| 9/25/2007 | Invoice #IN0006479 | 2,263.46 | | 772,539.11 |
| 9/26/2007 | Invoice #IN0006514 | 66.75 | | 772,605.86 |
| 9/30/2007 | Invoice #IN0006651 | 34,000.00 | | 806,605.86 |
| 10/8/2007 | Invoice #IN0006720 | 1,562.23 | | 808,168.09 |
| 10/8/2007 | Invoice #IN0006724 | 2,402.81 | | 810,570.90 |
| 10/9/2007 | Payment | | 235,485.95 | 575,084.95 |
| 10/10/2007 | Invoice #IN0006736 | 2,552.60 | | 577,637.55 |
| 10/16/2007 | Invoice #IN0006786 | 540,000.00 | | 1,117,637.55 |
| 10/22/2007 | Invoice #IN0006848 | 1,455.48 | | 1,119,093.03 |
| 10/22/2007 | Invoice #IN0006847 | 1,043.40 | | 1,120,136.43 |
| 10/23/2007 | Invoice #IN0006865 | 1,287.74 | | 1,121,424.17 |
| 10/23/2007 | Payment | | 110,000.00 | 1,011,424.17 |
| 10/23/2007 | Invoice #IN0006859 | 1,518.93 | | 1,012,943.10 |
| 10/30/2007 | Invoice #IN0006968 | 3,333.88 | | 1,016,276.98 |
| 10/30/2007 | Payment | | 420,000.00 | 596,276.98 |
| 11/13/2007 | Payment | | 41,119.91 | 555,157.07 |
| 11/15/2007 | Invoice #IN0007176 | 1,789.83 | | 556,946.90 |
| 11/19/2007 | Payment | | 11,823.19 | 545,123.71 |
| 11/19/2007 | Invoice #IN0007223 | 156.25 | | 545,279.96 |
| 11/20/2007 | Invoice #IN0007235 | 110,000.00 | | 655,279.96 |
| 11/29/2007 | Invoice #IN0007455 | 782.35 | | 656,062.31 |
| 12/5/2007 | Invoice #IN0007493 | 100,000.00 | | 756,062.31 |
| 12/10/2007 | Invoice #IN0007559 | 40.00 | | 756,102.31 |
| 12/27/2007 | Payment | | 111,946.08 | 644,156.23 |
| 12/31/2007 | Invoice #IN0007984 | 1,104.51 | | 645,260.74 |
| 1/15/2008 | Payment | | 540,000.00 | 105,260.74 |
| 1/22/2008 | Invoice #IN0008099 | 63,735.00 | | 168,995.74 |
| 1/24/2008 | Credit Memo #CM0000494 | | 40.00 | 168,955.74 |
| 1/30/2008 | Invoice #IN0008648 | 1,320.32 | | 170,276.06 |

# SuccessFactors
**People Performance**

## Statement

Page 2 of 2
Date 9/29/2008
Acct. No.

1500 Fashion Island Blvd
Suite 300
San Mateo CA 94404
United States
+1 650 645 2000
http://www.successfactors.com

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| 1/30/2008 | Invoice #IN0008611 | 472.50 | | 170,748.56 |
| 1/31/2008 | Invoice #IN0008290 | 10,000.00 | | 180,748.56 |
| 2/5/2008 | Payment | | 782.35 | 179,966.21 |
| 2/14/2008 | Invoice #IN0008507 | 397,519.00 | | 577,485.21 |
| 2/15/2008 | Payment | | 100,000.00 | 477,485.21 |
| 2/25/2008 | Invoice #IN0008679 | 51,200.00 | | 528,685.21 |
| 2/25/2008 | Invoice #IN0008683 | 51,200.00 | | 579,885.21 |
| 2/25/2008 | Invoice #IN0008681 | 51,200.00 | | 631,085.21 |
| 2/25/2008 | Invoice #IN0008682 | 51,200.00 | | 682,285.21 |
| 2/25/2008 | Invoice #IN0008678 | 51,200.00 | | 733,485.21 |
| 3/18/2008 | Payment | | 412,663.42 | 320,821.79 |
| 3/20/2008 | Invoice #IN0009032 | 664.58 | | 321,486.37 |
| 3/20/2008 | Invoice #IN0009046 | 581.50 | | 322,067.87 |
| 3/20/2008 | Invoice #IN0009122 | 837.63 | | 322,905.50 |
| 3/20/2008 | Invoice #IN0009068 | 1,008.12 | | 323,913.62 |
| 3/20/2008 | Invoice #IN0009073 | 1,405.91 | | 325,319.53 |
| 3/20/2008 | Invoice #IN0009081 | 819.49 | | 326,139.02 |
| 3/20/2008 | Invoice #IN0009082 | 313.05 | | 326,452.07 |
| 3/25/2008 | Invoice #IN0009190 | 1,512.97 | | 327,965.04 |
| 4/1/2008 | Payment | | 1,320.32 | 326,644.72 |
| 4/22/2008 | Payment | | 51,672.50 | 274,972.22 |
| 5/8/2008 | Invoice #IN0009858 | 926.62 | | 275,898.84 |
| 5/13/2008 | Invoice #IN0009909 | 60,000.00 | | 335,898.84 |
| 5/13/2008 | Credit Memo #CM0000686 | | 63,735.00 | 272,163.84 |
| 5/13/2008 | Invoice #IN0009910 | 3,735.00 | | 275,898.84 |
| 5/27/2008 | Payment | | 108,222.08 | 167,676.76 |
| 6/10/2008 | Payment | | 103,721.17 | 63,955.59 |
| 6/29/2008 | Invoice #IN0010508 | 460.04 | | 64,415.63 |
| 7/7/2008 | Payment | | 63,735.00 | 680.63 |
| 7/10/2008 | Invoice #IN0010771 | 490.70 | | 1,171.33 |
| 7/14/2008 | Invoice #IN0010790 | 463.56 | | 1,634.89 |
| 8/1/2008 | Payment | | 460.04 | 1,174.85 |
| 8/18/2008 | Payment | | 926.62 | 248.23 |
| 9/4/2008 | Invoice #IN0011588 | 1,754.01 | | 2,002.24 |
| 9/15/2008 | Invoice #IN0011679 | 237,500.00 | | 239,502.24 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
|---|---|---|---|---|---|
| 239,254.01 | 0.00 | 954.26 | 0.00 | -706.03 | $239,502.24 |