| Creditor | Amount | Address | City / State / Zip | Debtor |
|---|---|---|---|---|
| LOCATOR SERVICES GROUP, | $0.00 | 318 Newbury Street | Boston, MA 02115 | LBI |
| Maria Valdes PhD Inc. | $0.00 | 4580 East 7th Ave | Denver, CO 80220 | LBHI |
| WILLIAMS LEA, INC. | $1,200,000.00 | 233 South Wacker Drive, Suite 4850 | Chicago, Illinois 60606 | LBI |
| WILLIAMS LEA, INC. | $0.00 | 233 South Wacker Drive, Suite 4850 | Chicago, Illinois 60606 | LBI |
| BUSINESS OBJECTS(SUN LIMITED) | $0.00 | 1 DAG hammarskjold Plaza, 8th Floor | New York, NY 10017 | LBI |
| BYTE CONSULTING INC. | $0.00 | 352 Seventh Avenue | New York, NY 10001 | LBI |
| FIDELITY INVESTMENTS | $0.00 | 82 Devonshire St. | Boston, MA 02109 | LBI |
| FIDELITY INVESTMENTS | $0.00 | 82 Devonshire St. | Boston, MA 02109 | LBI |
| PROS Schedules, Inc. | $0.00 | Z2C | San Juan Capistrano, CA 92675 | LBI |
| RISKMETRICS GROUP INC. | $0.00 | 44 YoolYr Street | New York, NY 10005 | LBI |
| RUSSELL REYNOLDS ASSOCIATES LIMITED | $0.00 | 26531 Junipero Serra Road, Suite 200 | Vancouver, British Columbia V6B4J2 | LBI |
| EQUIFAX | $0.00 | 1550 Peachtree Street NW | New York, NY 10007 | LBI |
| EQUIFAX | $0.00 | 1550 Peachtree Street NW | Atlanta, GA 30309 | LBI |
| EQUIFAX | $0.00 | 1550 Peachtree Street NW | Atlanta, GA 30309 | LBI |
| EQUIFAX | $0.00 | 1550 Peachtree Street NW | Atlanta, GA 30309 | LBI |
| GAP PARTNERSHIP LIMITED | $0.00 | The Bury, Church Street, Chesham, Bucks, HP5 1JE | Denville, NJ 07834 | LBI |
| GAP PARTNERSHIP LIMITED | $0.00 | The Bury, Church Street, Chesham, Bucks, HP5 1JE | UK | LBI |
| UCA COMPUTER SYSTEMS INC. | $0.00 | 30 South Colonnade | UK | LBI |
| THOMSON FINANCIAL | $11,520.00 | 30 South Colonnade, Canary Wharf | London E14 5EP; 145516 | LBI |
| KEARNEY, LYNN, PHD | $0.00 | 1775 YORK AVENUE, APT# 20B | London E14 9TE | LBI |
| Reuters Limited | $0.00 | 3 Stewart Ct. | Dubai UAE | LBI |
| INTEGRASCREEN FZ, LLC | $0.00 | 185 Broadway | Dubai Media City Bldg 4 2nd floor Rm 217 | LBI |
| INTEGRASCREEN FZ, LLC | $0.00 | 30 South Colonnade | Dubai Media City Bldg 4 2nd floor Rm 217 | LBI |
| INSIGHT | $0.00 | PO BOX 73743 | New York, NY 10019 | LBHI |
| CROWNE PLAZA @ TIMES SQUARE | $33,078.50 | 1650 Broadway | Denver, CO 80211 | LBHI |
| COURIER, LLC | $0.00 | PO Box 11753 | Denver, CO 80211 | LBHI |
| COURIER, LLC | $0.00 | PO Box 11753 | Lake Forest, IL 60045 | LBHI |
| Expand Forum | $0.00 | 1000 Football Drive | NY, NY 10517 | LBHI |
| ANDERSON, ISABELLE | $0.00 | 330 Madison Ave | EC4N 6HH, UK | LBHI |
| INMARKETS LIMITED | $157,507.08 | 1272 Sugar Maple Drive | EC4N 6HH, UK | LBI |
| INMARKETS LIMITED | $0.00 | 78 Cannon Street | Martinsville, MD 21104 | LBI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd., 9th Floor | NY, NY 10128 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | One Tower Center Blvd. | East Brunswick, NJ 08816 | LBHI |
| TVERSA, INC. | $0.00 | 2000 Corporate Drive Suite 300 | Pittsburgh, PA 15090 | LBHI |
| TVERSA, INC. | $0.00 | 200 Corporate Drive | Pittsburgh, PA 15090 | LBHI |
| STARCITE INC | $0.00 | 1650 Arch Street, 18th F | Philadelphia, PA 19103 | LBI |
| STARCITE INC | $0.00 | 1650 Arch Street, 18th F | Philadelphia, PA 19103 | LBI |
| STARCITE INC | $0.00 | 1650 Arch Street, 18th F | Philadelphia, PA 19103 | LBI |
| B ENTERTAINMENT INC. | $0.00 | 3 Hadden Glen Road | Philadelphia, PA 19103 | LBI |
| OCP TANNER RECOGNITION COMPANY | $0.00 | 1930 South State Street | Salt Lake City, UT 845115 | LBI |
| TECHNOLOGY CONCEPTS GROUP, INC. | $145,098.14 | 67 Veronica Ave Suite 14 | Somerset, NJ 08873 | LBI |
| NET2S GROUP | $0.00 | 110 Wall Street, suite 400 | New York, NY 10005 | LBI |
| NET2S GROUP | $0.00 | 82 Wall Street, suite 400 | New York, NY 10005 | LBI |
| NET2S GROUP | $4,000.00 | 82 Wall Street, suite 400 | New York, NY 10005 | LBI |
| NET2S GROUP | $0.00 | 99 Wall St, 22nd Floor | New York, NY 10005 | LBI |
| ROMANO GATLAND OF ILLINOIS, LLC | $0.00 | 99 West Hoffman Avenue | New York, NY 10005 | LBI |
| JACOB PERSUASIVE SPEAKING | $0.00 | 484 W. 43RD STREET, SUITE #28-S | Lindenhurst, NY 11757 | LBI |
| JACOB PERSUASIVE SPEAKING | $0.00 | 484 W. 43RD STREET, SUITE #28-S | Brooklyn, NY 11219 | LBI |
| INTERNATIONAL FITNESS CLUB NETWORK, INC | $0.00 | 1110 Kidron High Road | NY, NY 10036 | LBI |
| CUSTOMER SERVICE EXPERTS, INC. | $240,593.94 | 116 Defense Highway, Suite 205 | Annapolis, MD 21401 | LBI |
| CLAYTON FIXED INCOME SERVICES, INC. | $135,276.15 | 1700 Lincoln Street, Suite 1600 | Denver, CO 80203 | LBI |
| CGI - NORTH AMERICA | $0.00 | Unit C3, Enterprise Business Park | Docklands, London, E14 9TE LBI | LBI |
| PREVENTURE | $0.00 | 2008 Nooseneck Hill Rd, 2 Milharbour | Coventry, RI 02816 | LBHI |