The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, Massachusetts 02115
(617) 859-0600
Kim Sherrie Sawyer (KS-8546)


Attorney for the Locator Services Group Ltd.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x\

In re:                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.            Case No. 08-13555

                                          Objection Deadline:  October 3, 2008

----------------------------------------------------------x

### <u>AFFIDAVIT OF SERVICE</u>

COMMONWEALTH OF MASSACHUETTS  )

                                          ) SS:

COUNTY OF SUFFOLK                         )


    I, Kim Sherrie Sawyer, am over the age of 18 and I hereby certify under penalties of perjury that on October 2, 2008 I caused a true copy of the ***Objection of the Locator Services Group Ltd. to Proposed Cure Amount Included On the Debtor's List of IT Closing Date Contracts And Reservation of Rights Regarding Assumption and Assignment of Closing Date Contracts*** to be served by electronic transmission [and First Class?] mail to the following:


Weil Gotshal & Manges, LLP            Huges Hubbard & Reed, LLP
767 Fifth Avenue                      One Battery Park Plaza
New York, New York  10153             New York, New York  1004
Attn: Lori Fife                       Attn:  Jason S. Margolin
     Shai Y. Waisman

Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, New York  10006
Attn:  Lindsee P. Granfield
     Lisa M. Schwitzer

/s/Kim Sherrie Sawyer
Kim Sherrie Sawyer

Sworn to before me this
2nd day of October, 2008, in Suffolk County, Massachusetts

/s/ Nancy P. Jordan
     Notary Public, Commonwealth of Massachusetts
     Commission Expires on July 25, 2014