UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                          :     Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*         :     08-13555 (JMP)
                                                :
                                                :     (Jointly Administered)
                        Debtors,                :
                                                :     Related Docket Nos. 107 and 258
                                                :
------------------------------------------------------------x

**Exhibit A**



Two Chatham Center
2nd Floor
Pittsburgh, PA 15219
Phone 412-201-6000
Toll Free 888-799-1744
Fax 412-201-6060
www.accessdc.com

To: Neuberger Berman, LLC
Lehman Brothers
605 Third Avenue, 2nd floor
New York, NY   10158
Ramesh Babu / Stacy Pence

Invoice No.   INV006426
Date:   9/25/2008
Terms:   Due Upon Receipt

## CRM Synchronization

Contract No.   NEU0212-07

This invoice represents a progress payment in accordance with ANNEX 3: PRICES, FEES, AND CHARGES in the Transaction Schedule. Specifically, for the completion of Milestone #2: Person, Office & Firm.

$83,950.00 = Completion of tasks in Milestone #2

**PROFESSIONAL FEE**                                                                                    $83,950.00

Remit To:   Access Data Corp.
P.O. Box 643627
Pittsburgh, PA 15264-3627

**TOTAL DUE THIS INVOICE:**                           $83,950.00

Boston        Chicago        Pittsburgh        New York        San Francisco



Two Chatham Center
2nd Floor
Pittsburgh, PA 15219
Phone 412-201-6000
Toll Free 888-799-1744
Fax 412-201-6060
www.accessdc.com

To: Neuberger Berman, LLC
Lehman Brothers
605 Third Avenue, 2nd floor
New York, NY 10158
Ramesh Babu / Stacy Pence

Invoice No.  INV006427
Date:        9/25/2008
Terms:       Due Upon Receipt

## CRM Synchronization

Contract No.  NEU0212-07

This invoice represents a progress payment in accordance with ANNEX 3: PRICES, FEES, AND CHARGES in the Transaction Schedule. Specifically, for the completion of Milestone #3: SV Person Territory Summary Files.

$69,900.00 = Completion of tasks in Milestone # 3

PROFESSIONAL FEE                                    $69,900.00

Remit To: Access Data Corp.          **TOTAL DUE THIS INVOICE:**        $69,900.00
          P.O. Box 643627
          Pittsburgh, PA 15264-3627

Boston     Chicago     Pittsburgh     New York     San Francisco



Two Chatham Center
2nd Floor
Pittsburgh, PA 15219
Phone 412-201-6000
Toll Free 888-799-1744
Fax 412-201-6060
www.accessdc.com

To: Neuberger Berman, LLC
605 3rd Avenue
2nd Floor
New York, NY   10158
Ramesh Babu / Stacy Pence

| | |
|---|---|
| Invoice No. | INV006428 |
| Date: | 9/25/2008 |
| Terms: | Due Upon Receipt |

## On Going Support

Contract No.   NUE0212-03

Monthly Stewardship fee for September 2008. This invoice has been prorated for the period of September 4, 2008 - September 30, 2008.

$4,523.81 = $5,000.00 x 19/21 business days

PROFESSIONAL FEE                                                                                           $4,523.81

---

Remit To:  Access Data Corp.           **TOTAL DUE THIS INVOICE:**              $4,523.81
P.O. Box 643627
Pittsburgh, PA 15264-3627

Boston          Chicago          Pittsburgh          New York          San Francisco