**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors, | : | |
| | : | Related Docket Nos. 107, 258 and ____ |

----------------------------------------------------------------x

## ORDER OF COURT

AND NOW, this _____ day of _____, 2008, and upon consideration of the Objection ("Cure Objection") of Access Data Corp. ("Access Data") filed in accordance with the provisions of the Order Under 11 U.S.C. §§ 105(a), 363 and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (Docket No. 258) to the proposed cure amount identified under the Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser (Docket No. 107), after proper notice and a hearing, it is hereby:

ORDERED, ADJUDGED and DECREED that Lehman Brothers Holdings Inc. ("LBHI") and Lehman Brothers, Inc. ("LBI") are hereby directed to cure any and all defaults existing as of the date of the assumption of the Access Data Agreements (as that term is defined in the Objection) pursuant to 11 U.S.C. § 365(b)(1)(A), it is further

ORDERED, ADJUDGED and DECREED that LBHI and LBI must immediately pay the Access Data Cure Amount (as that term is defined in the Objection) to Access Data, it is further

ORDERED, ADJUDGED and DECREED that this Court shall retain jurisdiction for any and all disputes related to this Order.

Dated: _____  _____
United States Bankruptcy Judge

\6614745.2