## THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK



| In re: | Chapter 7 |
|---|---|
| TRANSCARE CORPORATION | Case No. 16-10407 |
| Debtors. | |

### Request for Change of Address

BDO USA, LLP ("BDO"), a creditor and party-in-interest in the above captioned case does hereby request that the address on the creditors matrix be changed to:

> Laurence W. Goldberg
> Director, Receivables Management
> BDO USA, LLP
> 4135 Mendenhall Oaks Parkway. Suite 140
> High Point, NC 27265

Further, BDO requests that all notices to creditors, including, without limitation, notices required by Bankruptcy Rule 2002, be sent electronically to lgoldberg@bdo.com

Dated: _____05/11/18_____

_____
Laurence W. Goldberg
Director, Receivables Management
BDO USA, LLP
4135 Mendenhall Oaks Parkway. Suite 140
High Point, NC 27265
Phone: (336) 289.2009