David I. .Swan
Kenneth M. Misken (KMM2325)
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
1750 Tysons Blvd., Suite 1800
McLean, Virginia 22102
Tel:    703.712.5000
Fax:    703.712.5050
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Case No. 08-13555(JMP)<br>Chapter 11<br>(Jointly Administered) |

**SPRINT NEXTEL CORPORATION'S
REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), and § 1109(b) of the Bankruptcy Code, David I. Swan and Kenneth M. Misken appear as counsel for **S<small>PRINT</small> N<small>EXTEL</small> C<small>ORPORATION</small>, S<small>PRINT</small> S<small>OLUTIONS</small>, <small>INC</small>.,** and their affiliates ("Sprint") in the above-captioned bankruptcy case (the "Bankruptcy Case").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9001 and 9010 and §§ 342 and 1109(b) of the Bankruptcy Code, Sprint hereby requests that all documents filed with the Bankruptcy Court, all notices given or required to be given in the Bankruptcy Case, and all papers served or required to be served in any adversary proceeding, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this Bankruptcy Case:

> David I. Swan
> Kenneth M. Misken
> M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
> 1750 Tysons Blvd., Suite 1800
> McLean, VA  22102
> Tel:  (703) 712-5000
> Fax:  (703) 712-5050
> dswan@mcguirewoods.com
> kmisken@mcguirewoods.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints,

demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, telex, facsimile transmission, electronic mail or otherwise that:  (a) affect or seek to affect in any way any rights or interests of any creditor or party in interest in this case, including Sprint, with respect to, without limitation, (i) the Debtors, (ii) property of the estate or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtors may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by Sprint.

**PLEASE TAKE FURTHER NOTICE** that Sprint intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive:  (a) the right of Sprint to have final orders and non-core matters entered only after de novo review by a District Court Judge; (b) the right of Sprint to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of Sprint to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which Sprint is or may be entitled.

Dated:  October 3, 2008              **MCGUIREWOODS LLP**

/s/ Kenneth M. Misken
David I. Swan
Kenneth M. Misken (KMM2325)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA  22102
Tel:  (703) 712-5000
Fax:  (703) 712-5050
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

*Counsel for Sprint Nextel Corporation, Sprint Solutions, Inc., and their Affiliates*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing pleading was sent first-class U.S. mail, postage prepaid, this 3rd day of October, 2008 to the following:

>Lori R. Fife, Esq.
>Shai Y. Waisman, Esq.
>**Weil, Gotshal & Manges LLP**
>767 Fifth Avenue
>New York, NY  10153-0119
>*Counsel to the Debtors*
>
>Jeffrey S. Margolin, Esq.
>**Hughes Hubbard & Reed LLP**
>One Battery Park Plaza
>New York, NY 10004
>*Counsel to the SIPC Trustee*
>
>Lindsee P. Granfield, Esq.
>Lisa M. Schweitzer, Esq.
>**Cleary Gottlieb Steen & Hamilton LLP**
>One Liberty Plaza
>New York, NY  10006
>*Counsel to the Purchaser*
>
>Tracy Hope Davis, Esq.
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, NY  10004-2112
>
>Dennis F. Dunne, Esq.
>Luc A. Despins, Esq.
>Wilbur F. Foster, Jr., Esq.
>**Milbank, Tweed, Hadley & McCloy, LLP**
>1 Chase Manhattan Plaza
>New York, NY  10005-1401
>*Counsel to the Official Committee of Unsecured Creditors*

>>/s/  Kenneth M. Misken
>>Kenneth M. Misken