David I. Swan
Kenneth M. Misken (KMM2325)
McGuireWoods LLP
1750 Tysons Blvd., Suite 1800
McLean, VA 22102
Tel:    703.712.5481
Fax:   703.712.5287
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE LEHMAN BROTHERS HOLDINGS, INC., et al.<br><br>Debtors. | Chapter 11<br>Case No. 08-13555(JPM)<br>Jointly Administered |

**OBJECTION OF SPRINT SOLUTIONS, INC. TO DEBTORS' PROPOSED CURE
AMOUNT OF ASSUMED AND ASSIGNED EXECUTORY CONTRACT**

Sprint Solutions, Inc. ("Sprint"), by and through undersigned counsel, respectfully submits its objection to the Debtors' proposed cure amount of the Custom Service Agreement (including all amendments) by and between Sprint and Lehman Brothers Holdings Inc. (LBHI) and/or its affiliates (the "Custom Service Agreement"),[1] which has been assumed by LBHI and assigned to the Purchaser.[2] LBHI owes Sprint $1,084,194.33 for telecommunication services provided to LBHI under the Custom Service Agreement.  Therefore, LBHI (or the Purchaser) must pay Sprint this outstanding balance because the Custom Service Agreement has been assumed and assigned.

1.    Before LBHI filed for bankruptcy protection, LBHI and Sprint entered into the Custom Service Agreement under which Sprint agreed to provide LBHI telecommunication services which included wireline and wireless telephone services.

---

[1] The Contract List (updated as of October 1, 2008) makes reference to the Custom Service Agreement as a "Master Agreement" with numerous amendments.  LBHI is referencing the Custom Service Agreement and the corresponding amendments thereto.
[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Sale Order.

1

2. On September 15, 2008, LBHI filed its voluntary petition under chapter 11 of the Bankruptcy Code.

3. On September 20, 2008, this Court entered the Order under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedures 2002, 6004, and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Leases (the "Sale Order").  See Doc. No. 258.  The Sale Order provided, among other things, for the assumption and assignment of the Closing Date Contracts in connection with the transfer of the Purchased Assets to the Purchaser, and that counterparties to the Closing Date Contracts have until October 3, 2008, to file objections to the proposed Cure Amounts.

4. The Custom Service Agreement is a Closing Date Contract.  However, LBHI listed the Cure Amount at $197,853.88.  Sprint objects to the Cure Amount because $1,084,194.33 is due and owing under the Custom Service Agreement.  Therefore, LBHI (or the Purchaser) must pay Sprint $1,084,194.33 to cure the defaults under the Custom Service Agreement, as required by the Sale Order and § 365(b) of the Bankruptcy Code.  A chart outlining the accounts and the amounts due and owing under the Custom Service Agreement is attached hereto as Exhibit A.[3]

Respectfully submitted,

/s/ Kenneth M. Misken
David I. Swan
Kenneth M. Misken (KMM2325)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
Tel:   703.712.5000
Fax:   703.712.5050
dswan@mcguirewoods.com
kmisken@mcguirewoods.com

*Counsel for Sprint Solutions, Inc.*

---

[3] The invoices under each account are voluminous and are available upon request.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing pleading was sent first-class U.S. mail, postage prepaid, this 3rd day of October, 2008 to the following:

Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153-0119
*Counsel to the Debtors*

Jeffrey S. Margolin, Esq.
**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, NY 10004
*Counsel to the SIPC Trustee*

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, NY  10006
*Counsel to the Purchaser*

Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
**Milbank, Tweed, Hadley & McCloy, LLP**
1 Chase Manhattan Plaza
New York, NY  10005-1401
*Counsel to the Official Committee of Unsecured Creditors*

                                          /s/  Kenneth M. Misken
                                          Kenneth M. Misken

**EXHIBIT A**

| ACCOUNT NUMBER | TOTAL OWED |
|---|---|
| 756885124 | ($7.35) |
| 164405312 | ($1,164.55) |
| 202869814 | $39,337.55 |
| 651988104 | $6,633.32 |
| 780450222 | $7,288.68 |
| 838114115 | $5,042.45 |
| 886956716 | $3,741.21 |
| 944010513 | ($2.35) |
| 950359812 | $147,353.68 |
| 013113804 | $1,777.09 |
| 013135169 | $27,631.94 |
| 013106493 | $1,151.68 |
| 922292307 | $0.00 |
| 922341077 | $244,422.25 |
| 923012575 | $37.27 |
| 925585310 | $26.01 |
| 624654180 | $19.59 |
| 925254395 | $287,912.41 |
| 925395269 | $125.16 |
| 925427151 | ($836.96) |
| 923658140 | $7.53 |
| 013150056 | ($1,221.13) |
| 013111938 | ($21,025.16) |
| 7020656 | $337,336.00 |
| **TOTAL:** | **$1,085,586.32** |