# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*<br><br>Debtors | Chapter 11 Case No.<br><br>08-13555 (JMP) |

## OBJECTION OF INFINITE COMPUTER SOLUTIONS, INC.
## TO CURE AMOUNT

Infinite Computer Solutions, Inc. ("ICS"), one of the vendors whose contract is listed as being assumed by the Purchaser pursuant to the Asset Purchase Agreement, hereby OBJECTS to the cure amount of $8,736.00 shown in Exhibit A of the vendor list.

As grounds for its objection, ICS states that at of September 20, 2008, the amount due ICS was Eighty-Two Thousand Seven Hundred Eighty Two and No/100 Dollars ($82,782.00), all as more fully shown on the attached Account Receivables Statement and the supporting invoices.

INFINITE COMPUTER SOLUTIONS, INC.

By _____
Ashoka Tankala
Senior Vice President - Finance and Operations

Filed by:

Charles H. Fleischer
Oppenheimer, Fleischer & Quiggle, P.C.
7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel: (301) 986-4056 / fax: (301) 951-0555
email: cfleischer@ofqlaw.com

## DECLARATION

I DECLARE UNDER PENALTY OF PERJURY as follows: (1) I am the Senior Vice President of Infinite Computer Solutions, Inc. ("ICS") and I am authorized to execute this Objection and make this Declaration on ICS's behalf; (2) Lehman Brothers was justly indebted to ICS in the amount of $82,782.00 as of September 20, 2008, no part of which has been paid; and (3) this Declaration and the foregoing Objection subscribed by me on behalf of ICS are true and correct.

_____
Ashoka Tankala

OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.

By _____
Charles H. Fleischer

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel: (301) 986-4056 / fax: (301) 951-0555
email: cfleischer@ofqlaw.com
*Attorneys for Infinite Computer Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Objection were, this 2d day of October, 2008, sent by regular mail, first-class postage prepaid, addressed as follows:

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife and Shai Y. Waisman
*Attorneys for Lehman Brothers Holdings, Inc. and LB745 LLC*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York NY 10004
Attn: Jeffery S. Margolin
*Attorneys for SIPC Trustee*

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield and Lisa M. Schweitzer
*Attorneys for Purchaser*

Charles H. Fleischer

**Lehman Brothers - Accounts Receivables Statement as on 20-Sep-08**

09-20-2008

| Customer | Inv # | Inv. Date | Description | Amount |
|---|---|---|---|---|
| LEHMAN BROTHERS | 06-06200 | 08-31-2006 | Sreerama Dharmapuri - 32 Hrs (8/28/06 to 8/31/06) | 5,280.00 |
| LEHMAN BROTHERS | 06-06395 | 09-30-2006 | Sreerama Dharmapuri - 150 Hrs (9/1/06 to 9/30/06) | 24,750.00 |
| LEHMAN BROTHERS | 06-34002 | 04-02-2008 | Varadaiah Gorla - 18 Days (10/8/07 - 10/31/07) | 2,592.00 |
| LEHMAN BROTHERS | 06-34003 | 04-02-2008 | Varadaiah Gorla - 21 Days (11/1/07 - 11/30/07) | 3,024.00 |
| LEHMAN BROTHERS | 06-34004 | 04-02-2008 | Varadaiah Gorla - 19 Days (12/1/07 - 12/31/07) | 2,736.00 |
| LEHMAN BROTHERS | 06-34001 | 04-30-2008 | Mohammed Shariff - 20 days (04/01/08 - 04/30/08) | 2,880.00 |
| LEHMAN BROTHERS | 06-34638 | 05-31-2008 | Mohammed Shariff- 21 Days (05/01/08 - 05/31/08) | 3,024.00 |
| LEHMAN BROTHERS | 06-35315 | 05-31-2008 | Xiaoping (Shirley) Wang- 16 Days(05/01- 05/31/08) | 9,984.00 |
| LEHMAN BROTHERS | 06-36322 | 06-30-2008 | Mohammed Shariff - 15 Days (06/01/08 to 06/30/08) | 2,160.00 |
| LEHMAN BROTHERS | 06-37053 | 07-04-2008 | Kannan Sachidhanantham - 4 Days(07/01 to 07/04/08) | 576.00 |
| LEHMAN BROTHERS | 06-37659 | 07-31-2008 | Mohammed Shariff- 19 Days (07/01 to 07/31/08) | 2,736.00 |
| LEHMAN BROTHERS | 06-37660 | 08-31-2008 | Mohammed Shariff- 19 Days (08/01/08 to 08/31/08) | 2,736.00 |
| LEHMAN BROTHERS | 06-38773 | 08-31-2008 | Xiaoping (Shirley) Wang-20 Days(08/01 to 08/31/08) | 12,480.00 |
| LEHMAN BROTHERS | 06-39173 | 09-16-2008 | Mohammed Shariff- 11 Days (09/01/08 to 09/16/08) | 1,584.00 |
| LEHMAN BROTHERS | | | Xiaoping (Shirley) Wang-estimated ((09/01/08 to 09/16/08) | 6,240.00 |
| | | | **TOTAL** | **82,782.00** |

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD  20850

Phone : (301) 795 1260
Fax    : (301) 330 8501
Federal ID : 51-0406223

# INVOICE



Invoice Number:  06-06200

Invoice Date:  08/31/06

Page:  1

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ  07302-6599

Terms

Customer ID    :    LEHMAN BROTHERS
P.O. Number   :
Project Name  :    Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R3278  Sreerama Dharmapuri - 32 Hrs (8/28/06 to 8/31/06) | 32 | 165.00 | 5,280.00 |

32 Hrs @165 Per hr

Total:    5,280.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call Paraj Diwanji at (301) 795 1260

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1260
Fax   : (301) 330 8501
Federal ID : 51-0406223

## INVOICE



Invoice Number: 06-06395

Invoice Date: 09/30/06

Page: 1

Bill To :
Lehman Brothers
Attn.:Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ 07302-6599

Terms

Customer ID    :   LEHMAN BROTHERS
P.O. Number    :
Project Name   :   Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R3278 Sreerama Dharmapuri - 150 Hrs (9/1/06 to 9/30/06) | 150 | 165.00 | 24,750.00 |

150Hrs @165 per hr

Total:    24,750.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call Paraj Diwanji at (301) 795 1260

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

## INVOICE



Invoice Number: 06-34002

Invoice Date: 04/02/08

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ 07302-6599

Page: 1

Terms

Customer ID   :   LEHMAN BROTHERS
P.O. Number   :
Project Name  :   Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R4208  Varadaiah Gorla - 18 Days (10/8/07 - 10/31/07) | 18 | 144.00 | 2,592.00 |

Total:    2,592.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

# INVOICE



Invoice Number: 06-34003

Invoice Date: 04/02/08

Page: 1

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ 07302-6599

Terms

Customer ID   :   LEHMAN BROTHERS
P.O. Number   :
Project Name  :   Others Time and Material

| Description | Hours | Rate | Amount |
| --- | --- | --- | --- |
| R4208  Varadaiah Gorla - 21 Days (11/1/07 - 11/30/07) | 21 | 144.00 | 3,024.00 |

Total:   3,024.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

**INVOICE**



Invoice Number: 06-34004

Invoice Date: 04/02/08

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ 07302-6599

Page: 1

Terms

Customer ID   : LEHMAN BROTHERS
P.O. Number   :
Project Name  : Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R4208  Varadaiah Gorla - 19 Days (12/1/07 - 12/31/07) | 19 | 144.00 | 2,736.00 |

Total: 2,736.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this Invoice, call Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

# INVOICE



Invoice Number: 06-34001

Invoice Date: 04/30/08

Page: 1

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ 07302-6599

Terms

Customer ID    :   LEHMAN BROTHERS
P.O. Number    :
Project Name   :   Others Time and Material

| Description | Days | Rate | Amount |
|---|---|---|---|
| R3431  Mohammed Shariff - 20 days (04/01/08 - 04/30/08) | 20 | 144.00 | 2,880.00 |

Total:    2,880.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

# INVOICE



Invoice Number: 06-34638

Invoice Date: 05/31/08

Page: 1

**Bill To :**
Lehman Brothers
Attn : Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ  07302-6599

Terms

Customer ID   : LEHMAN BROTHERS
P.O. Number   :
Project Name  : Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R3431  Mohammed Shariff- 21 Days (05/01/08 - 05/31/08) | 21 | 144.00 | 3,024.00 |

Total:  3,024.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD  20850

Phone : (301) 795 1286
Fax    : (301) 330 8501
Federal ID : 51-0406223

## **INVOICE**



Invoice Number:  06-35315

Invoice Date:  05/31/08

Page: 1

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ  07302-6599

Terms

Customer ID       :   LEHMAN BROTHERS
P.O. Number      :
Project Name     :   Others Time and Material

| Description | Days | Rate | Amount |
|---|---|---|---|
| R3513   Xiaoping (Shirley) Wang- 16 Days(05/01- 05/31/08) | 16 | 624.00 | 9,984.00 |

Total:     9,984.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call  Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD  20850

Phone : (301) 795 1286
Fax    : (301) 330 8501
Federal ID : 51-0406223

**INVOICE**



Invoice Number:  06-36322

Invoice Date:  06/30/08

Page:  1

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ  07302-6599

Terms

Customer ID    :    LEHMAN BROTHERS
P.O. Number   :
Project Name   :    Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R3431  Mohammed Shariff - 15 Days (06/01/08 to 06/30/08) | 15 | 144.00 | 2,160.00 |

Total:    2,160.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD  20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

## INVOICE



Invoice Number:  06-37053

Invoice Date:  07/04/08

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ  07302-6599

Page:  1

Terms

Customer ID    :    LEHMAN BROTHERS
P.O. Number    :
Project Name   :    Others Time and Material

| Description | Days | Rate | Amount |
|---|---|---|---|
| R3455  Kannan Sachidhanantham - 4 Days(07/01 to 07/04/08) | 4 | 144.00 | 576.00 |

Total:    576.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this Invoice, call  Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

# INVOICE



Invoice Number: 06-37659

Invoice Date: 07/31/08

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ 07302-6599

Page: 1

Terms

Customer ID   :   LEHMAN BROTHERS
P.O. Number   :
Project Name  :   Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R3431  Mohammed Shariff- 19 Days (07/01 to 07/31/08) | 19 | 144.00 | 2,736.00 |

Total:    2,736.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

# INVOICE



Invoice Number: 06-37660

Invoice Date: 08/31/08

Page: 1

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ 07302-6599

Terms

Customer ID   : LEHMAN BROTHERS
P.O. Number   :
Project Name  : Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R3431  Mohammed Shariff- 19 Days (08/01/08 to 08/31/08) | 19 | 144.00 | 2,736.00 |

Total:   2,736.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call  Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD  20850

**INVOICE**


infinite

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

Invoice Number:  06-38773

Invoice Date:  08/31/08

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ  07302-6599

Page: 1

Terms

Customer ID    :    LEHMAN BROTHERS
P.O. Number    :
Project Name   :    Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R3513  Xiaoping (Shirley) Wang-20 Days(08/01 to 08/31/08) | 20 | 624.00 | 12,480.00 |

Total:   12,480.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call  Hariharan Ganesan at (301) 795 1286

Infinite Computer Solutions, Inc.
5 Choke Cherry Road
Suite 320
Rockville, MD 20850

Phone : (301) 795 1286
Fax   : (301) 330 8501
Federal ID : 51-0406223

# INVOICE



Invoice Number: 06-39173

Invoice Date: 09/16/08

Bill To :
Lehman Brothers
Attn :Helga Minderjahn
70 Hudson Street
11 th Floor
Jersey City, NJ 07302-6599

Page: 1

Terms

Customer ID   : LEHMAN BROTHERS
P.O. Number   :
Project Name  : Others Time and Material

| Description | Hours | Rate | Amount |
|---|---|---|---|
| R3431  Mohammed Shariff - 11 Days (09/01/08 to 09/16/08) | 11 | 144.00 | 1,584.00 |

Total:    1,584.00

Make all cheques payable to : Infinite Computer Solutions, Inc.
If you have any questions concerning this invoice, call  Hariharan Ganesan at (301) 795 1286