HOLLAND & KNIGHT LLP
Peter A. Zisser (PZ-9634)
195 Broadway
New York, NY 10007
T - 2122 513-3200
F - 212 385-9010
Email: peter.zisser@hklaw.com

Attorneys for SAS Institute Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-113555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC. et al, | (Jointly Administered) |
| Debtors | |

-----------------------------------------------------------X

## OBJECTION OF SAS INSTITUTE INC. TO DEBTORS' PROPOSED CURE AMOUNTS

SAS Institute Inc. ("SAS"), by and through its attorneys, Holland & Knight LLP, hereby submits this objection (the "Objection") to proposed cure amounts with respect to the assumption and assignment of certain agreements (including all supplements, amendments, addendums, statements and schedules relating thereto), by and between SAS and the Debtors and/or their Affiliates and; and in support thereof, respectfully states as follows:

Background

1.  On or about September 20, 2008, the Court entered the Order Under 11 U.S.C. §§ 105(a), 363 and 365 and Federal Rules of Bankruptcy Procedures 2002, 6004, and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Leases [Docket No. 258] (the "Sale Order").

2. The Sale Order provided, *inter alia*, for the assumption and assignment of various executory contracts in connection with the transfer of the Debtors' assets to the purchaser, and that counterparties to such contracts shall have until October 3, 2008 to file objections to the cure amounts of their respective executory contracts.

3. Included on Debtor's List of Closing Date Contracts (the "List") are twenty-six (26) contracts between SAS and the Debtor proposed to be assumed and assigned pursuant to the Asset Purchase Agreement (the "SAS Contracts"). The SAS Contracts appear on pages 48-49 of the List, which are attached hereto as Exhibit A and are incorporated by this reference.

4. There is insufficient detail in the List to allow SAS to discern exactly which of the many contracts SAS has with Debtor are proposed to be assumed and assigned.

5. Furthermore, the Original and Revised Cure Amounts listed for the SAS Contracts is zero dollars, *i.e.*, Debtor's List states that there is no cure amount owing with respect to the SAS Contracts.

6. SAS contests the information on the List and asserts that it is owed a total of three-hundred-and-seventy-seven-thousand, five-hundred-and-fifty-seven dollars and seventy-four cents ($377,557.74) to cure defaults under the SAS Contracts (the "SAS Cure Amount"). The SAS Cure Amount is documented by a series of invoices, which are attached hereto as Exhibit B and incorporated by this reference.

[The balance of this page intentionally left blank]

WHEREFORE, SAS respectfully requests that this Court (i) deny the relief requested in the Sale Order with respect to the SAS Contracts, (ii) find that the proper cure amount owed to SAS is the SAS Cure Amount as define herein of $377,557.74, and (iii) grant such other and further relief as deemed just and appropriate.

| | |
|---|---|
| New York, New York<br>October 3, 2008 | HOLLAND & KNIGHT LLP<br><br>By:  /s/ Peter A. Zisser<br>       Peter A. Zisser (PZ-9634)<br>195 Broadway<br>New York, NY 10007<br>T - 2122 513-3200<br>F - 212 385-9010<br>Email: peter.zisser@hklaw.com<br><br>Attorneys for SAS Institute Inc. |

# 5649127_v1