| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity | Original Cure Amount | Revised Cure Amount |
|---|---|---|---|---|---|---|
| RISK METRICS GROUP INC | | | 44 Wall Street<br>NY, NY 10005 | Unknown | $0.00 | $0.00 |
| RISKMETRICS | | Karen Nemeth | Attn: Legal Dept | Unknown | $0.00 | $0.00 |
| RISKMETRICS GROUP | | | Not Specified | Unknown | $0.00 | $0.00 |
| ROGUE WAVE SOFTWARE INC | | | 5500 Flatiron Parkway<br>Boulder, CO 80301 | LBHI | $0.00 | $0.00 |
| ROGUE WAVE SOFTWARE INC | | | Not Specified | LBHI | $0.00 | $0.00 |
| ROGUE WAVE SOFTWARE INC | | | Not Specified | LBHI | $0.00 | $0.00 |
| ROGUE WAVE SOFTWARE INC | | | Not Specified | Unknown | $0.00 | $0.00 |
| ROGUE WAVE SOFTWARE INC | | | Not Specified | Unknown | $0.00 | $0.00 |
| ROGUE WAVE SOFTWARE INC | | | Not Specified | Unknown | $0.00 | $0.00 |
| ROGUE WAVE SOFTWARE INC | | | Not Specified | Unknown | $0.00 | $0.00 |
| ROGUE WAVE SOFTWARE INC | | | Not Specified | Unknown | $0.00 | $0.00 |
| Rogue Wave Software, Inc. | | Rogue Wave Software, Inc. | 5500 Flatiron Parkway,<br>Boulder, CO 80301 | LBI | $0.00 | $0.00 |
| ROLFE & NOLAN | Master Agreement | | Rolfe & Nolan Systems Inc. 120 South Riverside<br>Plaza Suite 1430 Chicago IL 60606 | LBI | $524,009.73 | $524,009.73 |
| ROLFE & NOLAN | Master Agreement | | Rolfe & Nolan Systems Inc. 120 South Riverside<br>Plaza Suite 1430 Chicago IL 60606 | LBI | $0.00 | $0.00 |
| ROLFE & NOLAN | Master Agreement | | Rolfe & Nolan Systems Inc. 120 South Riverside<br>Plaza Suite 1430 Chicago IL 60606 | LBI | $0.00 | $0.00 |
| ROLFE & NOLAN | | | Rolfe & Nolan Systems Inc. 120 South Riverside<br>Plaza Suite 1430 Chicago IL 60606 | Unknown | $0.00 | $0.00 |
| ROLFE & NOLAN SYSTEMS INC. | Other | | Rolfe & Nolan Systems Inc. 120 South Riverside<br>Plaza Suite 1430 Chicago IL 60606 | Unknown | $0.00 | $0.00 |
| ROYAL BLUE FINANCIAL PLC | TBD | | Fidessa Corporation 17 State Street 42nd Floor<br>New York NY 10004 | Unknown | $0.00 | $0.00 |
| RSA DATA SECURITY | Amendment / Addendum / Schedule | | 888 Seventh Ave 35th Fl New York NY 10106 | LBI | $0.00 | $0.00 |
| RSA DATA SECURITY | Maintenance Renewal Quote | | 888 Seventh Ave 35th Fl New York NY 10106 | LBI | $0.00 | $0.00 |
| RSA Security Inc. | | RSA Security Inc. | N/A | LBI | $0.00 | $0.00 |
| RSA Security Inc. | | RSA Security Inc. | 20 Crosby Drive<br>Bedford, MA 01730 | LBI | $0.00 | $0.00 |
| RSA SECURITY INC | | | | Unknown | $0.00 | $0.00 |
| SAGIENT RESEARCH | Amendment / Addendum / Schedule | | N/A | Lehman Brothers Inc. | $40,000.00 | $40,000.00 |
| SAS INSTITUTE INC | Master Agreement | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Amendment / Addendum / Schedule | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Amendment / Addendum / Schedule | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Master Agreement | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Side Letter | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Supplement | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Supplement | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Supplement | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Supplement | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Amendment / Addendum / Schedule | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Supplement | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Supplement | | SAS Campus Drive<br>Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |

EXHIBIT _A_
PAGE _1_ OF _2_

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity | Original Cure Amount | Revised Cure Amount |
|---|---|---|---|---|---|---|
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Trial | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SAS INSTITUTE INC | Maintenance Renewal Quote | | SAS Campus Drive Cary, North Carolina 27513 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Other | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings Inc. | $254,408.00 | $254,408.00 |
| Satyam Computer Services Ltd. | | Satyam Computer Services Ltd. | Mayfair Centre, SP Road, Secunderabad, Andhra Pradesh, India 500003 | LBHI. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Master Agreement | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Master Agreement | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | TBD | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | TBD | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Amendment / Addendum / Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |
| SATYAM COMPUTER SERVICES, LTD | Transaction Schedule | | Mayfair Center, SP Road Secunderabad - Andhra Pradesh India 500 003 | Lehman Brothers Holdings, Inc. | $0.00 | $0.00 |

EXHIBIT A
PAGE 2 OF 2