*GIDB*

**SAS INSTITUTE INC.**
SAS Campus Drive
Cary, NC 27513 USA
Tel: 919 677 8000
Fax: 919 677 4444
www.sas.com

**Invoice 7226975**
License Agreement No.: 01577

Customer No.: 15518    Page 1 of 1

Federal ID No. 561133017
Central Invoicing: (919) 531 9400
Customer Support: (800) 727 0025 US

**Invoice To:**
IPS Dept
Lehman Brothers Inc
PO Box 2339
Secaucus, NJ 07096-2339

**Ship To:**
Matthew Rothman
Lehman Brothers Inc
745 7th Ave
New York, NY 10019-6801

**Payment Instructions**
Reference invoice #7226975 on your remittance.

Mail Payment Only To:
SAS Institute Inc.
PO Box 406922
Atlanta, GA 30384-6922

Credit Card Payments:   www.sas.com/paysas

Transfer Payment To:
Bank of America
Account #: 000041138108
Routing #: 053-000-196 (ACH)
Routing #: 026-009-593 (WIRE)
Name: SAS Institute Inc.

| Invoice Date | Purchase Order No. | Customer Contract No. | Terms of Payment |
|---|---|---|---|
| 11-JUL-08 | LBUSA-0070406 | | Net 60 days |

Submit name and/or address corrections to Customer Support at support.sas.com/adminservices/ or call 800-727-0025.

**Total Amount Due**
$56,002.79

| ID | Description | Amount |
|---|---|---|
| 536095 | 15AUG2008 - 14AUG2009 UXWN32-4P1C | |
| | LINX Base SAS | 8,130.00 |
| | LINX SAS/ACCESS Interface to PC Files | 6,460.00 |
| | LINX SAS/ACCESS Interface to DB2 | 6,460.00 |
| | LINX SAS/ETS | 6,700.00 |
| | LINX SAS/STAT | 6,700.00 |
| 536096 | 15AUG2008 - 14AUG2009 UXWN32-4P1C | |
| | LINX Base SAS | 4,065.00 |
| | --- 50.00% product discount | |
| | LINX SAS/ACCESS Interface to PC Files | 3,230.00 |
| | --- 50.00% product discount | |
| | LINX SAS/ACCESS Interface to DB2 | 3,230.00 |
| | --- 50.00% product discount | |
| | LINX SAS/ETS | 3,350.00 |
| | --- 50.00% product discount | |
| | LINX SAS/STAT | 3,350.00 |
| | --- 50.00% product discount | |
| | Tax Summary | |
| | CITY - 4.00 % | 2,067.00 |
| | COUNTY - 0.38 % | 193.79 |
| | STATE - 4.00 % | 2,067.00 |

| | | |
|---|---|---|
| Total Tax  New York NY  New York County | | $4,327.79 |
| **Total** | U.S. Funds | $56,002.79 |

Internal Information
TBH/FINL/N1 /NOAUTO

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS and all other SAS Institute Inc. in the USA and other countries. ® indicates USA registration. Other brand and product names are trademarks of their respective companies. Copyright © 2005, SAS Institute Inc . All rights reserved.

EXHIBIT _B_
PAGE _1_ OF _8_

**§.sas.**

SAS INSTITUTE INC.
SAS Campus Drive
Cary, NC 27513 USA
Tel: 919 677 8000
Fax: 919 677 4444
www.sas.com

*GIDB*

## Invoice 7230498

License Agreement No.: 01577

Customer No.: 15518    Page 1 of 1

| Federal ID No. 561133017 | Central Invoicing: (919) 531 9400 | |
|---|---|---|
| | Customer Support: (800) 727 0025 US | **Ship To:** |

**Invoice To:**
IPS Dept
Lehman Brothers Inc
PO Box 2339
Secaucus, NJ 07096-2339

Mr. Kamal Taparia
Lehman Brothers Inc
Fl 14
745 7th Ave
New York, NY 10019-6801

**Payment Instructions**
Reference invoice #7230498 on your remittance.

Mail Payment Only To:
SAS Institute Inc.
PO Box 406922
Atlanta, GA 30384-6922

Credit Card Payments:    www.sas.com/paysas

Transfer Payment To:
Bank of America
Account #: 000041138108
Routing #: 053-000-196 (ACH)
Routing #: 026-009-593 (WIRE)
Name: SAS Institute Inc.

| Invoice Date 18-AUG-08 | Purchase Order No. | Customer Contract No. | Terms of Payment Net 60 days |
|---|---|---|---|
| | Submit name and/or address corrections to Customer Support at support.sas.com/adminservices/ or call 800-727-0025. | | **Total Amount Due** $58,858.49 |

| ID | Description | Amount |
|---|---|---|
| 544619 | 30SEP2008 - 29SEP2009 DL385-2P2C | |
| | LINX SAS Analytics Pro | 14,830.00 |
| | --- 4 processor(s) | |
| | LINX SAS/ACCESS Interface to SYBASE | 6,460.00 |
| | --- 4 processor(s) | |
| | LINX SAS/ACCESS Interface to DB2 | 6,460.00 |
| | --- 4 processor(s) | |
| | LINX SAS/ASSIST | 6,460.00 |
| | --- 4 processor(s) | |
| | LINX SAS/ETS | 6,700.00 |
| | --- 4 processor(s) | |
| | LINX SAS/IML | 6,700.00 |
| | --- 4 processor(s) | |
| | LINX SAS/INSIGHT | 6,700.00 |
| | --- 4 processor(s) | |
| | Tax Summary | |
| | CITY - 4.00 % | 2,172.40 |
| | COUNTY - 0.38 % | 203.69 |
| | STATE - 4.00 % | 2,172.40 |

| Total Tax    New York NY    New York County | | $4,548.49 |
|---|---|---|
| **Total** | U.S. Funds | $58,858.49 |

Internal Information
TBH/FINL/N1 /NOAUTO

SAS and all other SAS Institute Inc. product or service names are registered trademarks of SAS and all other SAS Institute Inc. in the USA and other countries.
® indicates USA registration. Other brand and product names are trademarks of their respective companies. Copyright © 2005, SAS Institute Inc. All rights reserved.

EXHIBIT B
PAGE 2 OF 8

GIDB

**SAS INSTITUTE INC.**
SAS Campus Drive
Cary, NC 27513 USA
Tel: 919 677 8000
Fax: 919 677 4444
www.sas.com

**Invoice 7231085**
License Agreement No.: 01577

Customer No.: 15518    Page 1 of 1

Federal ID No. 561133017
Central Invoicing: (919) 531 9400
Customer Support: (800) 727 0025 US

**Invoice To:**
IPS Dept
Lehman Brothers Inc
PO Box 2339
Secaucus, NJ 07096-2339

**Ship To:**
Mr. Kamal Taparia
Lehman Brothers Inc
Fl 14
745 7th Ave
New York, NY 10019-6801

**Payment Instructions**
Reference invoice #7231085 on your remittance.

Mail Payment Only To:
SAS Institute Inc.
PO Box 406922
Atlanta, GA 30384-6922

Credit Card Payments:    www.sas.com/paysas

Transfer Payment To:
Bank of America
Account #: 000041138108
Routing #: 053-000-196 (ACH)
Routing #: 026-009-593 (WIRE)
Name: SAS Institute Inc.

| Invoice Date | Purchase Order No. | Customer Contract No. | Terms of Payment |
|---|---|---|---|
| 27-AUG-08 | LBUSA-0000073036 | | Immediate |

Submit name and/or address corrections to Customer Support at support.sas.com/adminservices/ or call 800-727-0025.

**Total Amount Due**
$58,111.70

| ID | Description | Amount |
|---|---|---|
| 540831 | 15MAY2008 - 14MAY2009 | |
| | DL380-2P2C | |
| | LINX SAS Analytics Pro | 14,830.00 |
| | LINX SAS/ACCESS Interface to SYBASE | 6,460.00 |
| | LINX SAS/ACCESS Interface to DB2 | 6,460.00 |
| | LINX SAS/ASSIST | 6,460.00 |
| | LINX SAS/ETS | 6,700.00 |
| | LINX SAS/IML | 6,700.00 |
| | LINX SAS/INSIGHT | 6,700.00 |
| | Tax Summary | |
| | STATE - 7.00 % | 3,801.70 |
| | Replaces invoice 7218329 | |

| Total Tax | Jersey City NJ Hudson County | | $3,801.70 |
|---|---|---|---|
| **Total** | | U.S. Funds | **$58,111.70** |

Internal Information
TBH/FINL/N1 /USERGEN

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS and all other SAS Institute Inc. in the USA and other countries. ® indicates USA registration. Other brand and product names are trademarks of their respective companies. Copyright © 2005, SAS Institute Inc. All rights reserved.

EXHIBIT B
PAGE 3 OF 8

**§.sas**

SAS INSTITUTE INC.
SAS Campus Drive
Cary, NC 27513 USA
Tel: 919 677 8000
Fax: 919 677 4444
www.sas.com

*GIDB*

# Invoice 7233015

License Agreement No.: 01577

Customer No.: 15518    Page 1 of 2

Federal ID No. 561133017
Central Invoicing: (919) 531 9400
Customer Support: (800) 727 0025 US

**Invoice To:**
IPS Dept
Lehman Brothers Inc
PO Box 2339
Secaucus, NJ 07096-2339

**Ship To:**
Mr. Kamal Taparia
Lehman Brothers Inc
Fl 14
745 7th Ave
New York, NY 10019-6801

**Payment Instructions**
Reference invoice #7233015 on your remittance.

Mail Payment Only To:
SAS Institute Inc.
PO Box 406922
Atlanta, GA 30384-6922

Credit Card Payments:   www.sas.com/paysas

Transfer Payment To:
Bank of America
Account #: 000041138108
Routing #: 053-000-196 (ACH)
Routing #: 026-009-593 (WIRE)
Name: SAS Institute Inc.

| Invoice Date | Purchase Order No. | Customer Contract No. | Terms of Payment |
|---|---|---|---|
| 10-SEP-08 | LBUSA-0000073433 | | Immediate |

Submit name and/or address corrections to Customer Support at support.sas.com/adminservices/ or call 800-727-0025.

**Total Amount Due**
$63,356.02

| ID | Description | Amount |
|---|---|---|
| 36920 | 15MAY2008 - 14MAY2009<br>UXWN32-2P1C<br>LINX SAS Analytics Pro<br>LINX SAS/ACCESS Interface to SYBASE<br>LINX SAS/ACCESS Interface to DB2<br>LINX SAS/ASSIST<br>LINX SAS/ETS<br>LINX SAS/IML<br>LINX SAS/INSIGHT | 8,470.00<br>3,400.00<br>3,400.00<br>3,400.00<br>3,520.00<br>3,520.00<br>3,520.00 |
| 501540 | 15MAY2008 - 14MAY2009<br>UXWN32-2P1C<br>LINX SAS Analytics Pro<br>--- 4 processor(s) | 8,470.00 |
| | LINX SAS/ACCESS Interface to SYBASE<br>--- 4 processor(s) | 3,400.00 |
| | LINX SAS/ACCESS Interface to DB2<br>--- 4 processor(s) | 3,400.00 |
| | LINX SAS/ASSIST<br>--- 4 processor(s) | 3,400.00 |
| | LINX SAS/ETS<br>--- 4 processor(s) | 3,520.00 |
| | LINX SAS/IML<br>--- 4 processor(s) | 3,520.00 |
| | LINX SAS/INSIGHT<br>--- 4 processor(s) | 3,520.00 |

Total Tax   New York NY  New York County    $4,896.02

**Total**    U.S. Funds    $63,356.02

Internal Information
TBH/FINL/N1 /USERGEN

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS and all other SAS Institute Inc. in the USA and other countries.
® indicates USA registration. Other brand and product names are trademarks of their respective companies. Copyright © 2005, SAS Institute Inc. All rights reserved.

EXHIBIT B
PAGE 4 OF 8

**§.sas.**

SAS INSTITUTE INC.
SAS Campus Drive
Cary, NC 27513 USA
Tel: 919 677 8000
Fax: 919 677 4444
www.sas.com

*GIDB*

# Invoice 7233015

License Agreement No.: 01577

Customer No.: 15518    Page 2 of 2

**Federal ID No.** 561133017    **Central Invoicing:** (919) 531 9400
**Customer Support:** (800) 727 0025 US

**Ship To:**
Mr. Kamal Taparia
Lehman Brothers Inc
Fl 14
745 7th Ave
New York, NY 10019-6801

**Invoice To:**
IPS Dept
Lehman Brothers Inc
PO Box 2339
Secaucus, NJ 07096-2339

**Payment Instructions**
Reference invoice #7233015 on your remittance.

| Mail Payment Only To: | SAS Institute Inc.<br>PO Box 406922<br>Atlanta, GA 30384-6922 |

Credit Card Payments:   www.sas.com/paysas

| Transfer Payment To: | Bank of America<br>Account #: 000041138108<br>Routing #: 053-000-196 (ACH)<br>Routing #: 026-009-593 (WIRE)<br>Name: SAS Institute Inc. |

| Invoice Date | Purchase Order No. | Customer Contract No. | Terms of Payment |
|---|---|---|---|
| 10-SEP-08 | LBUSA-0000073433 | | Immediate |

| Submit name and/or address corrections to Customer Support at support.sas.com/adminservices/ or call 800-727-0025. | Total Amount Due<br>$63,356.02 |

| ID | Description | Amount |
|---|---|---|
| | Tax Summary | |
| | CITY - 4.00 % | 2,338.40 |
| | COUNTY - 0.38 % | 219.22 |
| | STATE - 4.00 % | 2,338.40 |
| | Replaces invoice 7218330 | |

| Total Tax   New York NY  New York County | $4,896.02 |
| **Total** | U.S. Funds   $63,356.02 |

Internal Information
TBH/FINL/N1 /USERGEN

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS and all other SAS Institute Inc. in the USA and other countries.
® indicates USA registration. Other brand and product names are trademarks of their respective companies. Copyright © 2005, SAS Institute Inc . All rights reserved.

EXHIBIT B
PAGE 5 OF 8

**§sas.**

SAS INSTITUTE INC.
SAS Campus Drive
Cary, NC 27513 USA
Tel: 919 677 8000
Fax: 919 677 4444
www.sas.com

*GIDB*

# Credit Memo 7235601

License Agreement No.: 01577

Customer No.: 15518    Page 1 of 1

Federal ID No. 561133017    Central Invoicing: (919) 531 9400
Customer Support: (800) 727 0025 US

**Ship To:**
Matthew Rothman
Lehman Brothers Inc
745 7th Ave
New York, NY 10019-6801

**Invoice To:**
IPS Dept
Lehman Brothers Inc
PO Box 2339
Secaucus, NJ 07096-2339

| Invoice Date | Purchase Order No. | Customer Contract No. | Terms of Payment |
|---|---|---|---|
| 30-SEP-08 | LBUSA-0070406 | | |
| | Submit name and/or address corrections to Customer Support at support.sas.com/adminservices/ or call 800-727-0025. | | **Total Credit** ($10,501.54) |

| ID | Description | Amount |
|---|---|---|
| 536095 | 15AUG2008 - 14AUG2009<br>UXWN32-4P1C<br>LINX SAS/ACCESS Interface to PC Files | (6,460.00) |
| 536096 | 15AUG2008 - 14AUG2009<br>UXWN32-4P1C<br>LINX SAS/ACCESS Interface to PC Files<br>— 50.00% product discount | (3,230.00) |
| | Tax Summary | |
| | CITY - 4.00 %<br>COUNTY - 0.00 %<br>STATE - 4.00 % | (387.60)<br>(36.34)<br>(387.60) |
| | 100% of Credit Memo Applied to Invoice 7226975<br>**************************************************<br>Credit Memo Confirmation<br>This is not a request for payment<br>************************************************** | |

| Total Tax   New York NY  New York County | | ($811.54) |
|---|---|---|
| **Total Credit** | U.S. Funds | ($10,501.54) |
| | | Internal Information |

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS and all other SAS Institute Inc. in the USA and other countries.
® indicates USA registration. Other brand and product names are trademarks of their respective companies. Copyright © 2005, SAS Institute Inc . All rights reserved.



EXHIBIT B
PAGE 6 OF 8

§.sas.

SAS INSTITUTE INC.
SAS Campus Drive
Cary, NC 27513 USA
Tel: 919 677 8000
Fax: 919 677 4444
www.sas.com

*GIDB*
# Invoice 7236050
License Agreement No.: 01577

Customer No.: 15518    Page 1 of 1

Federal ID No. 561133017    Central Invoicing: (919) 531 9400
Customer Support: (800) 727 0025 US

**Invoice To:**
IPS Dept
Lehman Brothers Inc
PO Box 2339
Secaucus, NJ 07096-2339

**Ship To:**
Software Manager
Lehman Brothers Inc
Fl 9
70 Hudson St
Jersey City, NJ 07302-4585

**Payment Instructions**
Reference invoice #7236050 on your remittance.

Mail Payment Only To:
SAS Institute Inc.
PO Box 406922
Atlanta, GA 30384-6922

Credit Card Payments:   www.sas.com/paysas

Transfer Payment To:
Bank of America
Account #: 000041138108
Routing #: 053-000-196 (ACH)
Routing #: 026-009-593 (WIRE)
Name: SAS Institute Inc.

| Invoice Date | Purchase Order No. | Customer Contract No. | Terms of Payment |
|---|---|---|---|
| 30-SEP-08 | | | Net 60 days |

Submit name and/or address corrections to Customer Support at support.sas.com/adminservices/ or call 800-727-0025.

**Total Amount Due**
$67,474.20

| ID | Description | Amount |
|---|---|---|
| 539784 | 30JUN2008 - 29JUN2009<br>DL580-4P2C<br>LINX SAS Analytics Pro<br>Enterprise Guide<br>— 31 user(s)<br>LINX SAS Integration Technologies<br>LINX SAS/ACCESS Interface to ODBC | 22,170.00<br>7,620.00<br><br><br>23,600.00<br>9,670.00 |
| | Tax Summary | |
| | STATE - 7.00 % | 4,414.20 |
| | Replaces Inv 7224117 | |

Total Tax   Jersey City NJ  Hudson County    $4,414.20

**Total**    U.S. Funds    $67,474.20

Internal Information
BSK/FINL/N1 /USERGEN

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS Institute Inc. in the USA and other countries.
® indicates USA registration. Other brand and product names are trademarks of their respective companies.

EXHIBIT B
PAGE 7 OF 8

*GIDB*

# Invoice 7236058

License Agreement No.: 01577

**§sas.**
SAS INSTITUTE INC.
SAS Campus Drive
Cary, NC 27513 USA
Tel: 919 677 8000
Fax: 919 677 4444
www.sas.com

Customer No.: 15518    Page 1 of 1

Federal ID No. 561133017    Central Invoicing: (919) 531 9400
Customer Support: (800) 727 0025 US

**Ship To:**

**Invoice To:**
IPS Dept
Lehman Brothers Inc
PO Box 2339
Secaucus, NJ 07096-2339

Software Manager
Lehman Brothers Inc
Fl 9
70 Hudson St
Jersey City, NJ 07302-4585

**Payment Instructions**
Reference invoice #7236058 on your remittance.

Mail Payment Only To:
SAS Institute Inc.
PO Box 406922
Atlanta, GA 30384-6922

Credit Card Payments:    www.sas.com/paysas

Transfer Payment To:
Bank of America
Account #: 000041138108
Routing #: 053-000-196 (ACH)
Routing #: 026-009-593 (WIRE)
Name: SAS Institute Inc.

| Invoice Date | Purchase Order No. | Customer Contract No. | Terms of Payment |
|---|---|---|---|
| 30-SEP-08 | | | Net 60 days |

| | | Total Amount Due |
|---|---|---|
| Submit name and/or address corrections to Customer Support at support.sas.com/adminservices/ or call 800-727-0025. | | $84,256.08 |

| ID | Description | Amount |
|---|---|---|
| 539784 | 01JAN2008 - 31AUG2008<br>Global Sftw Lic-Cure For Unauthorized Use | 78,744.00 |
| | Tax Summary | |
| | STATE - 7.00 % | 5,512.08 |

| Total Tax | Jersey City NJ  Hudson County | | $5,512.08 |
|---|---|---|---|
| **Total** | | U.S. Funds | $84,256.08 |

Internal Information
BSK/FINL/N1 /USERGEN

SAS and all other SAS Institute Inc. product or service names are registered trademarks or trademarks of SAS Institute Inc. in the USA and other countries.
® indicates USA registration. Other brand and product names are trademarks of their respective companies.

EXHIBIT  B
PAGE  8  OF  8