Peter A. Zisser, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189
Telephone: (212) 513-3357
Facsimile:  (212) 385-9010

Attorneys for SAS Institute, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,    Chapter 11

                                                          Case No. 08-13555 (JMP)

                            Debtors.            (Jointly Administered)
-----------------------------------------------------------x

**CERTIFICATE OF SERVICE**

        I, Wilfred Lancaster, do hereby certify under penalty of perjury, that I caused copies the Objection of SAS Institute Inc. to Debtors' Proposed Cure Amounts, to be served by first-class U.S. Mail upon the parties listed below, this 3rd day of October, 2008.

Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

1

2

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Lindsee Grantfield, Esq.
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, New Yook 10006

/s/Wilfred Lancaster
Wilfred Lancaster

Sworn to before me this
3rd day of October 2008.

/s/Peter A. Zisser
   Notary Public

Notary Public, State of New York
Qualified in NY County
No. 4997100
Commission expires 7/2/2010

#5636220_v1