# **EXHIBIT B**

[Due to the voluminous nature of the Wipro Contracts, they are not included herewith; but hard copies have been provided to counsel for (i) the Debtors, (ii) the SIPC Trustee, and (iii) the Purchaser.]