## CERTIFICATE OF SERVICE

I, Howard J. Berman, certify that on October 3, 2008, a true copy of the foregoing **Objection of Wipro Limited and Wipro Inc., to Debtors' Proposed Cure Amount** was served by electronic and hand delivery to the parties identified below:

<u>Attorneys for the Debtors</u>
Weil, Gotshal & Manges LLP
Attn: Lori R. Fife and Shai Y. Waisman
Attorneys for Lehman Brothers Holdings, Inc. and LB745 LLC
767 Fifth Avenue
New York, NY 10153-0119

<u>Attorneys for the SIPC Trustee</u>
Hughes Hubbard & Reed LLP
Attn: Jeffery S. Margolin
Attorneys for the SIPC Trustee
One Battery Park Plaza
New York, NY 10004

<u>Attorneys for the Purchaser</u>
Cleary Gottlieb Steen & Hamilton LLP
Attn: Lindsee P. Granfield and Lisa M. Schweitzer
Attorneys for the Purchaser
One Liberty Plaza
New York NY 10006

                                                  /s/Howard J. Berman
                                                  Howard J. Berman