**ROBINSON & COLE LLP**　　　　　　　　　　　　Objection Deadline:  October 3, 2008
885 Third Avenue
28th Floor
New York, New York 10022
Telephone: (212) 451-2900
Facsimile:  (212) 451-2999
Email:  cmajor@rc.com
Christopher J. Major, Esq. (CM 7218)

Attorneys for FactSet Research Systems Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re<br><br>LEHMAN BROTHERS HOLDING INC., et al.,<br><br>　　　Debtors. | :<br>:<br>:<br>:<br>:<br>: | CHAPTER 11<br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
|---|---|---|

<u>**OBJECTION OF FACTSET RESEARCH SYSTEMS INC. TO DEBTORS' PROPOSED CURE AMOUNT PURSUANT TO THE ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**</u>

　　　FactSet Research Systems Inc. ("FactSet"), by its undersigned counsel, Robinson & Cole LLP, hereby submits its objection (the "Objection") in accordance with the Court's September 19, 2008 Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) the Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order), to the cure amount listed on the List of IT-Closing Date Contracts, which appears online at http://chapter 11.epiqsystems.com/Lehman (the "Assumed and Assigned Contract List").

## BACKGROUND

1.  FactSet and Lehman Brothers, Inc. ("LBI") together with its affiliates (collectively "Lehman"), are parties to that certain Master License Agreement along with certain schedules thereto (the "FactSet Contract").[1] Pursuant to the FactSet Contract, FactSet provided a proprietary integrated online market data platform and related software critical to Lehman's various global business units. The customized services (a) facilitate ongoing investment banking deal-related valuation analysis and presentation material production in pursuit of new divisional business; (b) enable sell-side investment research operations to utilize shared services supplemented by additional specialty services to produce research report illustrations and value securities as well as to enable the division to monitor its contributions to its clients for remuneration; and (c) facilitate the client's investment management businesses through services in support of, among other things, its benchmarks and fund asset allocation decisions.

2.  On September 15, 2008 and September 16, 2008, respectively, Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("LB 745") filed petitions for relief under Chapter 11, Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York. The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.  On September 19, 2008, the Securities Investor Protection Corporation commenced an action under the Securities Investor Protection Act of 1970

---

[1] The FactSet Contract is not attached hereto because it contains confidential and proprietary information. If required, FactSet will file copies of the FactSet Contract under seal or otherwise provide copies to the Court for an in camera review.

in the United States District Court for the Southern District of New York (the "SIPA Action") against LBI, a wholly owned subsidiary of LBHI. The SIPA Action was subsequently transferred to the Bankruptcy Court.

4. On September 19, 2008, the Bankruptcy Court entered the Sale Order, which, among other things, approved the sale of certain assets to Barclays Capital Inc. ("Barclays"), including certain contracts designated for assumption and assignment at the closing of the sale (the "Closing Date Contracts"). The Sale Order further provided for any creditor that is a party to a Closing Date Contract to object to the proposed cure amount stated in the Assumed and Assigned Contract List on or before October 3, 2008.

## **OBJECTION TO CURE AMOUNT**

5. Pursuant to Section 365 of the Bankruptcy Code, a debtor-in-possession which seeks to assume and assign an executory contract must: (a) cure, or provide adequate assurance that it will promptly cure, any defaults under the executory contract; (b) compensate the counterparty to the executory contract for any actual pecuniary loss to such party resulting from such defaults; and (c) provide adequate assurance of future performance under the assumed and assigned contract. See 11 U.S.C. § 365(b)(1) and (f)(2).

6. The Debtors have assumed and assigned the FactSet Contract. In the Assumed and Assigned Contract List, updated as of October 1, 2008, the cure amount is listed as $1,131,827.91. However, the actual cure amount should be $1,350,100.78.[2] Therefore, FactSet

---

[2] The back-up documentation reveals FactSet's confidential and proprietary pricing information and further potentially discloses the Debtor's business methods, which are subject to a confidentiality agreement. Thus, FactSet has not attached the documentation to this Objection. FactSet will make the documentation available during the required good faith negotiations with the Debtors and/or Barclays. In addition, if necessary, FactSet will file copies of the FactSet Contract under seal or otherwise provide copies to the Court for an in camera review.

3

objects to the proposed cure amount. In addition, FactSet objects to any undue delay in the payment of the cure amount.

## CONTACT INFORMATION

7. For purposes of resolving this Objection, FactSet requests that parties contact the following persons:

> Allison M. Bruce
> V.P. Investment Banking Group
> FactSet Research Systems, Inc.
> Telephone: (212) 476-4390
> Facsimile: (203) 810-3176
> E-mail: Abruce@factset.com
>
> Rachel Stern, Esq.
> General Counsel
> FactSet Research Systems Inc.
> Telephone: (203) 810-1813
> Facsimile: (203) 810-3013
> E-mail: Rstern@FactSet.com
>
> Christopher J. Major, Esq.
> Robinson & Cole LLP
> Telephone: (212) 451-2900
> Facsimile: (212) 451-2999
> Email: cmajor@rc.com

## RESERVATION OF RIGHTS

8. FactSet reserves its right to object to any attempt by the Debtors to assume and assign only a part or parts of the FactSet Contract or any attempt by the Debtors, Barclays, and/or another purchaser of the Debtors' assets to cure only certain defaults existing under the FactSet Contract. FactSet also reserves its right to object to any failure by the Debtors, Barclays, and/or another purchaser of the Debtors' assets to provide FactSet with adequate assurance of payment for FactSet's past, present, or future performance. Furthermore, FactSet reserves all of its rights under Section 365 of the Bankruptcy Code or other applicable laws and rules. FactSet

4

reserves its rights to amend or supplement this objection, to introduce evidence supporting this Objection, and to present arguments and/or evidence at a hearing on the Objection.

## CONCLUSION

**WHEREFORE**, FactSet respectfully requests that the Court enter an Order directing Debtors and/or Barclays to: (1) immediately pay FactSet the total cure amount of $1,350,100.78; (2) provide FactSet with adequate assurance of payment for all past, present, and future services rendered by FactSet, whether or not invoiced as of the date hereof; and (3) granting such other and further relief as the Bankruptcy Court deems just and proper.

Dated: October 3, 2008
      New York, New York

                        ROBINSON & COLE LLP
                       Attorneys for FactSet Research Systems Inc.

                       By:  /s/ Christopher J. Major
                          Christopher J. Major
                          885 Third Avenue
                          28th Floor
                          New York, New York
                          Telephone: (212) 451-2900
                          Facsimile: (212) 451-2999
                          Email: cmajor@rc.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2008, I caused a copy of the foregoing to be filed and served via the Court's ECF System on all parties receiving such notice and as indicated below:

| VIA E-MAIL | VIA E-MAIL |
|---|---|
| Andy Velez-Rivera, Esquire<br>Paul Schwartzberg, Esquire<br>Brian Shoichi Masumoto, Esquire<br>Linda Riffkin, Esquire<br>Tracy Hope Davis, Esquire<br>The Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>(U.S. Trustee)<br>E-mail: andy.velezriver@usdoj.gov<br>paul.schwartzberg@usdoj.gov<br>brian.masumoto@usdoj.gov<br>linda.riffkin@usdoj.gov<br>tracy.hopedavis@usdoj.gov | Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(Counsel to Debtors)<br>E-mail: richard.krasnow@weil.com<br>lori.fife@weil.com<br>shai.waisman@weil.com<br>jacqueline.marcus@weil.com |
| **VIA E-MAIL**<br>James B. Kobak, Esquire<br>David Wiltenburg, Esquire<br>Jeff Margolin, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>(Counsel to James Giddens as SIPA Trustee of Lehman Brothers Inc.)<br>E-mail: kobak@hugheshubbard.com<br>wiltenburg@hugheshubbard.com<br>margolin@hugheshubbard.com | **VIA E-MAIL**<br>Dennis F. Dunne, Esquire<br>Dennis O'Donnell, Esquire<br>Evan Fleck, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(Counsel of Official Committee of Unsecured Creditors)<br>E-mail: DDunne@milbank.com<br>DODonnell@milbank.com<br>EFleck@milbank.com |

/s/ Christopher J. Major
Christopher J. Major (CM 7218)