# Exhibit A

Frictionless Commerce, Inc. 400 Technology Square, 9th Floor, Cambridge MA 02139

# Frictionless Commerce, Inc.

Lehman Brothers, Inc.
Accounts Payable
PO Box 2339
Secaucus NJ  07096-2339

| Invoice No. 6278000083 as of 02/08/2008 | 48,768.75 USD |
|---|---|
| Sold-to-Party: | 845903, Lehman Brothers, Inc., New York, NY, United States |
| Ship-to-Party: | 845903, Lehman Brothers, Inc., New York, NY, United States |
| Bill-to-Party: | 845903, Lehman Brothers, Inc., New York, NY, United States |
| Contact person: | Mary Anderson tel. +1 610-661-1071, mary.anderson@sap.com |

Master Software License & Maintenance Agmt. Effective 8/12/03 for E-Sourcing Software.

| Item | Product / Settlement period | | | Amount |
|---|---|---|---|---|
| 000020 | Software Maintenance Your order: LBUSA-0000051629 01/01/2008 - 12/31/2008 our order no. 10385025 | | | |
| | Fixed amount: 45,000.00 USD for 12 month(s) | | | 45,000.00 USD |
| | Total net value | | | 45,000.00 USD |
| | State Tax | 4.000 % of | 45,000.00 USD | 1,800.00 USD |
| | City Tax | 4.000 % of | 45,000.00 USD | 1,800.00 USD |
| | Local Tax | 0.375 % of | 45,000.00 USD | 168.75 USD |
| | **Invoice Total** | | | **48,768.75 USD** |

NOTE: If payment of this invoice requires the issuance of a Purchase Order, then please advise the contact listed above via email and provide the purchase order number. A revised invoice will be issued thereafter. Failure to advise Frictionless Commerce of the PO requirement or notifying Frictionless Commerce of the requirement after issuance of the invoice will not extend the payment terms.
Payment terms: Payment is due net thirty (30) days. Interest will accrue daily on all unpaid balances at the prime rate or as set forth in the Frictionless Commerce License Agreement.

If you have any questions regarding the amount of your invoice, please contact the person listed above.
If you have any questions regarding the services, please call CustomerCare at 1-800-677-SAP1.

Please remit payment to the following (indicate invoice # on remittance)
Checks: Frictionless Commerce, Inc C/O Treasury Department 3999 WestChester Pike Newtown Square, PA 19073
Wires: Frictionless Commerce, Inc Account # 62159 48474 Citizens Bankof PA ABA # 036076150 SWIFT CODE CTZIUS33 Philadelphia, PA
Federal Tax Identification Number: # 04 - 3424272