# EXHIBIT B

Schedule of Cure Amounts

7

6245/13576-010 Current/12150717v5

Lehman Outstanding Invoices

| LOB | Customer Number: | Invoice Number: (TRX) | Customer Name | PO Number | Invoice Date: | Payment Due By: | Amount Due | Tax | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| WFS | 1020801 | 450629 | Cisco Systems Capital | LBUSA-0000061280 | 7/17/2008 | 8/16/2008 | 450288.00 | 0 | 450288 |
| WFS | 1020804 | 450624 | Cisco Systems Capital | LBUSA-0000061297 | 7/17/2008 | 8/16/2008 | 1478660.00 | 0 | 1478660 |
| WFS | 1020805 | 450630 | Cisco Systems Capital | LBUSA-0000061155 | 7/17/2008 | 8/16/2008 | 255780.00 | 0 | 255780 |
| WFS | 1020807 | 450631 | Cisco Systems Capital | LBUSA-0000061028 | 7/17/2008 | 8/16/2008 | 197130.00 | 0 | 197130 |
| WFS | 1020808 | 450625 | Cisco Systems Capital | LBUSA-0000061156 | 7/17/2008 | 8/16/2008 | 93046.00 | 0 | 93046 |
| WFS | 1020810 | 450626 | Cisco Systems Capital | LBUSA-0000060997 | 7/17/2008 | 8/16/2008 | 145428.00 | 0 | 145428 |
| WFS | 1020811 | 450627 | Cisco Systems Capital | LBUSA-0000061006 | 7/17/2008 | 8/16/2008 | 88680.00 | 0 | 88680 |
| WFS | 1020813 | 450632 | Cisco Systems Capital | LBUSA-0000061055 | 7/17/2008 | 8/16/2008 | 91220.00 | 0 | 91220 |
| WFS | 1020814 | 450628 | Cisco Systems Capital | LBUSA-0000061209 | 7/17/2008 | 8/16/2008 | 38046.00 | 0 | 38046 |
| WFS | 1020811 | 458465 | Cisco Systems Capital | LBUSA-0000069575 | 10/3/2008 | 11/2/2008 | 1756906.00 | 0 | 1756906 |
| WFS | 1020807 | 458466 | Cisco Systems Capital | LBUSA-0000069574 | 10/3/2008 | 11/2/2008 | 369603.20 | 0 | 369603.2 |
| WFS | 1020813 | 458467 | Cisco Systems Capital | LBUSA-0000069574 | 10/3/2008 | 11/2/2008 | 1013748.60 | 0 | 1013748.6 |
| WFS | 1020810 | 458464 | Cisco Systems Capital | LBUSA-0000069574 | 10/3/2008 | 11/2/2008 | 2578468.00 | 0 | 2578468 |
| WFS | 1020807 | 458471 | Cisco Systems Capital | LBUSA-0000069574 | 10/3/2008 | 11/2/2008 | 220780.50 | 0 | 220780.5 |
| WFS | 1020813 | 458472 | Cisco Systems Capital | LBUSA-0000069574 | 10/3/2008 | 11/2/2008 | 2659690.80 | 0 | 2659690.8 |
| Sub Total | | | | | | | 11,437,475.10 | 0.00 | 11,437,475.10 |

| LOB | Customer Number: | Invoice Number: (TRX) | Customer Name | PO Number | Invoice Date: | Payment Due By: | Amount Due | Tax | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| WFS | 1020114 | 454945 | Lehman Brothers | LBUSA- 0000068287 | 8/27/2008 | 9/26/2008 | 116960.10 | 8187.21 | 125147.31 |
| WFS | 1020515 | 454943 | Lehman Brothers | LBUSA-0000067883 | 8/27/2008 | 9/26/2008 | 159942.80 | 11196 | 171138.8 |
| WFS | 1020516 | 454946 | Lehman Brothers | LBUSA-0000067593 | 8/27/2008 | 9/26/2008 | 67337.00 | 4690.84 | 72027.84 |
| WFS | 1020617 | 454944 | Lehman Brothers | LBUSA-0000064761 | 7/17/2008 | 8/16/2008 | 30061.20 | 2093.78 | 32154.98 |
| WFS | 1020646 | 446633 | Lehman Brothers | LBUSA-0000061005 | 5/23/2008 | 6/22/2008 | 182526.00 | 12708.22 | 195234.22 |
| WFS | 1020800 | 454947 | Lehman Brothers | LBUSA-0000066734 | 8/27/2008 | 9/26/2008 | 56004.60 | 3864.32 | 59868.92 |
| WFS | 1020812 | 458307 | Lehman Brothers | LBUSA-0000063831 | 8/30/2008 | 10/30/2008 | 31624.20 | 2196.19 | 33820.39 |
| WFS | 1020515 | 20501193 | Lehman Brothers | LBUSA-0000067542 | 8/30/2008 | 10/30/2008 | 491613.12 | 34360.42 | 525973.54 |
| WFS | BTA-2000074 | 20501195 | Lehman Brothers | LBUSA-0000069731 | 9/23/2008 | 10/3/2008 | 43765.20 | 2954.16 | 46719.36 |
| WFS | 1020812 | 458308 | Lehman Brothers | LBUSA-0000070050 | 9/30/2008 | 10/30/2008 | 29372.00 | 2042.04 | 31414.04 |
| Sub Total | | | | | | | 1,209,206.22 | 84,293.18 | 1,293,499.40 |
| **Total WFS** | | | | | | | **$12,646,681.32** | **$84,293.18** | **$12,730,974.50** |

| LOB | Customer Number: | Invoice Number: (TRX) | Customer Name | PO Number | Invoice Date: | Payment Due By: | Amount Due | Tax | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| Radianz UK | BA-149299-3317743 | RZUK1-65751 | LEHMAN BROTHERS COMMERCIAL CORPO | 10/1/2008 | 10/31/2008 | | 2190.00 | 0 | 2190 |
| Radianz UK | BA-135640-1791333 | RZUK1-65282 | LEHMAN BROTHERS INTERNATIONAL ITAL | 10/1/2008 | 10/31/2008 | | 7740.00 | 0 | 7740 |

Lehman Outstanding Invoices

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Radianz UK | BA-50637-467400 | RZUK1-64593 | LEHMAN BROTHERS JAPAN INC | | 10/1/2008 | 10/31/2008 | 96658.61 | 0 | 96658.61 |
| Radianz UK | BA-2373-104602 | RZUK1-64408 | LEHMAN BROTHERS LIMITED | | 10/1/2008 | 10/31/2008 | 154640.94 | 27,062.24 | 181703.18 |
| Radianz US | BA-9362-353504 | RZUT1-43738 | Lehman Brothers Inc. | | 10/1/2008 | 10/31/2008 | 354966.99 | 43226.94 | 398193.93 |
| Radianz UK | BA-158566-4083217 | RZUK1-65941 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 10/1/2008 | 10/31/2008 | 490.00 | 0 | 490 |
| Radianz US | BA-9362-353504 | RZUT1-42905 | Lehman Brothers Inc. | | 9/1/2008 | 10/1/2008 | 357109.26 | 47465.32 | 404574.58 |
| Radianz UK | BA-149299-3317743 | RZUK1-63994 | LEHMAN BROTHERS COMMERCIAL CORPO | | 9/1/2008 | 10/1/2008 | 2190.00 | 0 | 2190 |
| Radianz UK | BA-149299-3317743 | RZUK1-62239 | LEHMAN BROTHERS COMMERCIAL CORPO | | 8/1/2008 | 9/1/2008 | 2190.00 | 0 | 2190 |
| Radianz UK | BA-149299-3317743 | RZUK1-60520 | LEHMAN BROTHERS COMMERCIAL CORPO | | 7/1/2008 | 8/1/2008 | 2190.00 | 0 | 2190 |
| Radianz UK | BA-135640-1791333 | RZUK1-63525 | LEHMAN BROTHERS INTERNATIONAL ITAL | | 9/1/2008 | 10/1/2008 | 7740.00 | 0 | 7740 |
| Radianz UK | BA-158566-4083217 | RZUK1-64184 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 9/1/2008 | 10/1/2008 | 490.00 | 0 | 490 |
| Radianz UK | BA-158566-4083217 | RZUK1-62429 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 8/1/2008 | 9/1/2008 | 490.00 | 0 | 490 |
| Radianz UK | BA-158566-4083217 | RZUK1-60709 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 7/1/2008 | 8/1/2008 | 490.00 | 0 | 490 |
| Radianz UK | BA-158566-4083217 | RZUK1-58997 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 6/1/2008 | 7/1/2008 | 490.00 | 0 | 490 |
| Radianz UK | BA-158566-4083217 | RZUK1-57304 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 5/1/2008 | 6/1/2008 | -2041.67 | 0 | -2041.67 |
| Radianz UK | BA-158566-4083217 | RZUK1-55675 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 4/1/2008 | 5/1/2008 | 490.00 | 0 | 490 |
| Radianz UK | BA-158566-4083217 | RZUK1-54065 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 3/1/2008 | 4/1/2008 | 490.00 | 0 | 490 |
| Radianz UK | BA-158566-4083217 | RZUK1-52483 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 2/1/2008 | 3/1/2008 | 490.00 | 0 | 490 |
| Radianz UK | BA-158566-4083217 | RZUK1-50923 | LEHMAN BROTHERS AUSTRALIA HOLDING | | 2/1/2008 | 3/1/2008 | 2061.67 | 0 | 2061.67 |
| Radianz UK | BA-2373-104602 | RZUK1-62651 | LEHMAN BROTHERS LIMITED | | 9/1/2008 | 10/1/2008 | 188817.81 | 33043.2 | 221861.01 |
| Radianz UK | BA-50637-467400 | RZUK1-62836 | LEHMAN BROTHERS JAPAN INC | | 9/1/2008 | 10/1/2008 | 115277.00 | 0 | 115277 |
| Radianz UK | BA-50637-467400 | RZUK1-61080 | LEHMAN BROTHERS JAPAN INC | | 8/1/2008 | 9/1/2008 | 119642.15 | 0 | 119642.15 |
| Radianz UK | BA-2373-104602 | RZUK1-60896 | LEHMAN BROTHERS LIMITED | | 8/1/2008 | 9/1/2008 | 169001.97 | 29575.42 | 198577.39 |
| *Total Radianz* | | | | | | | 1,584,294.73 | 180,373.12 | 1,764,667.85 |
| **Total GFS** | | | | | | | $14,230,976.05 | $264,666.30 | $14,495,642.35 |

| LOB | Customer Number: | Invoice Number: (TRX) | Customer Name | PO Number | Invoice Date: | Payment Due By: | Amount Due | Tax | Total Due |
|---|---|---|---|---|---|---|---|---|---|
| BT America's | | | | | | | | | |
| **Total Other BTAmerica's invoices in US & ROW** | | | | | | | **169,823.42** | | **$ 169,823.42** |
| *Total BT America* | | | | | | | 169,823.42 | 0.00 | 169,823.42 |
| **Total BT** | | | | | | | $14,400,799.47 | $264,666.30 | $14,665,465.77 |

*\*1 Cisco Systems Capital is included in this Schedule as a result of a three-party agreement among BT, Lehman, and Cisco under which Cisco Systems Capital is financing purchases of equipment by Lehman.*