HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. |  |

### ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS

　　PLEASE TAKE NOTICE that Holme Roberts & Owen LLP through one of its attorneys, Bradford E. Dempsey, enters its appearance on behalf of

**Costello Maione Schuch Inc.**
**dba**
**CMS Innovative Consultants**

(the "Creditor"), creditor and party-in-interest herein.  Pursuant to Rules 9010 and 2002(g), Fed. R. Bankr. P., the undersigned hereby and requests that copies of including, but not limited to, all notices, pleadings, motions, applications, responses, objections, complaints, all papers and notices filed in adversary proceedings in this case, financial reports, plans of reorganization, schedules, statements of affairs and other documents filed and/or served in this case be sent to or served upon:

　　　　Bradford E. Dempsey, Esq.
　　　　Holme Roberts & Owen LLP
　　　　1700 Lincoln, Suite 4100
　　　　Denver, Colorado 80203
　　　　(303) 861-7000
　　　　Fax: (303) 866-0200
　　　　E-Mail:  brad.dempsey@hro.com

　　Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any rights including: (i) the Creditor's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the Creditor's right to a

#1362882 v1 den

jury trial in any proceeding; (iii) the Creditor's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention; or (iv) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which the Creditor is or may be entitled under any agreements, in law or in equity, all of which rights claims, actions, defenses, reclamations, setoffs, and recoupments these creditors expressly reserves.  The Creditor does not, by this Entry of Appearance, Request for Notice and Reservation of Rights, submit to the jurisdiction of this Court, or any other Court, in this case.

Dated this 3rd day of October, 2008.

HOLME ROBERTS & OWEN LLP

By: /s/ Bradford E. Dempsey_____
Bradford E. Dempsey (#30160) (admitted *pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba
CMS Innovative Consultants*

#1362882 v1 den

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (admitted *pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
In re                               )    Chapter 11
                                    )
LEHMAN BROTHERS HOLDINGS INC.       )    Case Nos. 08-13555-JMP
*et al.*                            )    (Jointly Administered)
                    Debtors.        )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS** was served to all parties receiving notice through CM/ECF, and that copies were placed in the United States Mail, postage pre-paid, addressed to the following:

Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Shai Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

#1362882 v1 den

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Paul Aronzon
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017

                HOLME ROBERTS & OWEN LLP

                By:  /s/Bradford E. Dempsey_____
                Bradford E. Dempsey (CO #30160) (admitted *pro hac vice*)

#1362882 v1 den