## CERTIFICATE OF SERVICE

I, Donald K. Ludman, hereby certify that on October 3, 2008, I caused true and correct copies of the attached creditor, Frictionless Commerce, Inc.'s, **Objection of Frictionless Commerce, Inc. to Debtors' Proposed Cure Amount** to be served upon the following via facsimile and regular mail:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife, Esquire
Attn: Shai Y. Waisman, Esquire
*Attorneys for Lehman Brothers Holdings, Inc. and LB745 LLC*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffery S. Margolin, Esquire
*Attorneys for the SIPC Trustee*

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
Attn: Lindsee P. Granfield, Esquire
Attn: Lisa M. Schweitzer, Esquire
*Attorneys for the Purchaser*

Dated: October 3, 2008                               By:  */s/ Donald K. Ludman*