CURTIS PETRAN

Bankruptcy Court

Lehman Brothers Case

James W. Giddens

LBI-SIPA Liquidation

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Re: **Address of Curtis Pettit Petran (jr)**

Sirs,

If there are any accounts in the name of Curtis P. Petran (jr) at Lehman the correct address for Curtis Petran is 29 Green Street, Jamaica Plain, ma. 02130.

This address can be used to send any information on the accounts of Curtis Pettit Petran at Lehman Brothers.

Any transfer of assets can be sent to Morgan Stanley (any office USA) to account 574 400 477 or the account of Curtis Petran there.

Please send this to any and all locations where the address of Curtis Petran would be needed for assets at Lehman Brothers. Including the Court and James W.Giddens, Trustee in this matter.

Thank you for your swift action on this matter.

Sincerely,

*[signature]*

Curtis Petran

29 Green Street

Jamaica Plain, Ma. 02130