Daniel J. Flanigan (NY #4266250)
Polsinelli Shalton Flanigan Suelthaus PC
7 Penn Plaza, Suite 600
New York, New York 10001
(212) 684-0199
Fax: (212) 684-0197
dflanigan@polsinelli.com

Christopher A. Ward (DE #3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
(302) 252-0920
Fax No. (302) 252-0921
cward@polsinelli.com

Attorneys for BATS Holdings, Inc.
and The Standard Register Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

**LEHMAN BROTHERS HOLDINGS,**
**INC., et al.,**

                    **Debtors.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Chapter 11**

**Case No.: 08-13555 (JMP)**

**MOTION FOR ADMISSION OF CHRISTOPHER A. WARD**
**TO PRACTICE, *PRO HAC VICE***

I, Christopher A. Ward, a member in good standing of the bar in the State of Delaware and the bars of the U.S. District for the District of Delaware and Third Circuit Court of Appeals, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent BATS Holdings, Inc. and The Standard Register Company, interested parties in the above-referenced case. My contact information is as follows:

        Christopher A. Ward
        Polsinelli Shalton Flanigan Suelthaus PC
        222 Delaware Avenue, Suite 1101
        Wilmington, DE  19801
        (302) 252-0920
        Fax No. (302) 252-0921
        cward@polsinelli.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  October 3, 2008
       Wilmington, Delaware


                        */s/  Christopher A. Ward*
                        Christopher A. Ward (No. 3877)

Respectfully Submitted,

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC

By: */s/ Daniel J. Flanigan*
    Daniel J. Flanigan (NY #4266250)
    7 Penn Plaza, Suite 600
    New York, New York 10001
    (212) 684-0199
    Fax: (212) 684-0197
    dflanigan@polsinelli.com

    Christopher A. Ward (DE #3877)
    222 Delaware Avenue, Suite 1101
    Wilmington, Delaware 19801
    (302) 252-0922
    Fax No. (302) 252-0921
    cward@polsinelli.com

    Attorneys for BATS Holdings, Inc.
    and The Standard Register Company