| Vendor Name | Original Cure Total | Revised Cure Total | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| MCAFEE INC | $0.00 | $0.00 | 3965 Freedom Circle Blvd. | | Santa Clara, CA 95054 | LBI |
| MCAFEE INC | $0.00 | $0.00 | 3965 Freedom Circle Blvd. | | Santa Clara, CA 95054 | LBI |
| RITZ CARLTON | $0.00 | $239,671.37 | Central Park South | | New York, NY 10019 | LBHIZ |
| FIREHOUSE FINANCIAL COMMUNICATIONS, LLC | $0.00 | $0.00 | 22 Mountain Avenue | | Malden, MA 02148 | LBI |
| NFS | $0.00 | $0.00 | 39 Broadway | Suite 2020 | New York, NY 10006 | LBI |
| SYMANTEC | $14,525.66 | $0.00 | 2 Wall Street | 6th floor | New York, NY 10005 | LBHI |
| SYMANTEC | $0.00 | $0.00 | 2 Wall St | | Ny. Ny 10005 | LBHI |
| CYVEILLANCE | $95,000.00 | $95,000.00 | | | | LBI |
| SourceCorp Statement Solutions | $0.00 | $0.00 | 4434 112th St | | Des Moines, IO 50322-2085 | LBI |
| SourceCorp Statement Solutions | $0.00 | $0.00 | 4434 112th St | | Des Moines, IO 50322-2085 | LBI |
| SourceCorp Statement Solutions | $0.00 | $0.00 | 4434 112th St | | Des Moines, IO 50322-2085 | LBI |
| Insight | $0.00 | $0.00 | | | | LBHI |
| ATLAS VAN LINES INC | $0.00 | $18,749.00 | | | Evansville, Indiana | LBI |
| First American | $0.00 | $0.00 | 4 First American Way | | Santa Anna, CA, 92707 | LBHI |
| First American | $0.00 | $0.00 | 4 First American Way | | Santa Anna, CA, 92707 | LBHI |
| First American | $0.00 | $0.00 | 4 First American Way | | Santa Anna, CA, 92707 | LBHI |
| First American | $0.00 | $0.00 | 4 First American Way | | Santa Anna, CA, 92707 | LBHI |
| First American | $0.00 | $0.00 | 4 First American Way | | Santa Anna, CA, 92707 | LBHI |
| First American | $0.00 | $0.00 | 4 First American Way | | Santa Anna, CA, 92707 | LBHI |
| WILLIAMS LEA, INC. | $1,200,000.00 | $0.00 | 233 South Wacker Drive, Suite 4850 | | Chicago, Illinois 60606 | LBHI |
| WILLIAMS LEA, INC. | $0.00 | $0.00 | 233 South Wacker Drive, Suite 4850 | | Chicago, Illinois 60606 | LBHI |
| WILLIAMS LEA, INC. | $0.00 | $0.00 | 1 DAG hammaskjold Plaza, 8th Floor | | New York, New York 10017 | LBI |
| BUSINESS OBJECTS(UK) LIMITED | $0.00 | $0.00 | 840 Cambie Street | Vancouver, British Columbia V6B4J2 | 604-974-2189 | LBI |
| FIDELITY INVESTMENTS | $0.00 | $0.00 | 82 Devonshire St. | R6A | Boston, MA 02109 | LBHI |
| FIDELITY INVESTMENTS | $0.00 | $0.00 | 82 Devonshire St. | Z2C | Boston, MA 02109 | LBHI |
| PRG Schultz | $0.00 | $0.00 | 263311 Junipero Serra Road | Suite 200 | San Juan Capistrano, CA 92675 | LBI |
| RISKMETRICS GROUP INC. | $0.00 | $0.00 | 44 Wall Street | | New York, NY 10005 | LBI |
| EQUIFAX | $0.00 | $0.00 | 1550 Peachtree Street NW | | Atlanta, GA 30309 | LBHI |
| EQUIFAX | $0.00 | $0.00 | 1550 Peachtree Street NW | | Atlanta, GA 30309 | LBI |
| EQUIFAX | $0.00 | $0.00 | 1550 Peachtree Street NW | | Atlanta, GA 30309 | LBI |
| GAP PARTNERSHIP LIMITED | $0.00 | $0.00 | The Bury, Church Street, Chesham, Bucks, HP5 1JE | | UK | LBHI |
| GAP PARTNERSHIP LIMITED | $0.00 | $0.00 | The Bury, Church Street, Chesham, Bucks, HP5 1JE | | UK | LBHI |
| THOMSON FINANCIAL | $11,028.53 | $0.00 | 195 Broadway | | NY, NY 10007 | LBHI |
| THOMSON FINANCIAL | $0.00 | $0.00 | 195 Broadway | | NY, NY 10007 | LBHI |
| Reuters Limited | $0.00 | $0.00 | 30 South Colonnade | Canary Wharf | London E14 SEP, 145516 | LBI |
| INTEGRASCREEN FZ, LLC | $0.00 | $0.00 | PO BOX 73743 | Dubai Media City Blg 4 2nd floor Rm | Dubai UAE | LBHI |
| INTEGRASCREEN FZ, LLC | $0.00 | $0.00 | PO BOX 73743 | Dubai Media City Blg 4 2nd floor Rm | Dubai UAE | LBHI |
| INSIGHT | $0.00 | $0.00 | | | | LBI |
| CROWNE PLAZA @ TIMES SQUARE | $0.00 | $88,956.75 | 1605 Broadway | | New York, NY 10019 | LBI |
| COURIER, LLC | $3,076.50 | $3,076.50 | PO Box 11753 | | Denver, CO 80211 | LBHI |
| COURIER, LLC | $0.00 | $0.00 | PO Box 11753 | | Denver, CO 80211 | LBHI |
| CHICAGO BEARS FOOTBALL CLUB, INC | $0.00 | $0.00 | 1000 Football Drive | | Lake Forest IL 60045 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | $0.00 | $0.00 | One Tower Center Blvd. | 9th Floor | East Brunswick, NJ 08816 | LBHI |
| STARCITE INC | $0.00 | $90,000.00 | 1650 Arch Street, 18th F | | Philadelphia, PA 19103 | LBHI |
| STARCITE INC | $0.00 | $0.00 | 1650 Arch Street, 18th F | | Philadelphia, PA 19103 | LBHI |
| TECHNOLOGY CONCEPTS GROUP, INC | $0.00 | $0.00 | 67 Veronica Ave Suite 14 | | Somerst, NJ 08873 | LBI |
| NET2S GROUP | $0.00 | $0.00 | 82 Wall Street | suite 400 | New York, NY 10005 | LBHI |
| NET2S GROUP | $0.00 | $0.00 | 82 Wall Street | suite 400 | New York, NY 10005 | LBHI |
| NET2S GROUP | $0.00 | $0.00 | 82 Wall Street | suite 400 | New York, NY 10005 | LBHI |
| NET2S GROUP | $0.00 | $0.00 | 110 Wall St | 22nd Floor | New York, NY 10005 | LBHI |
| CLAYTON FIXED INCOME SERVICES, INC | $240,593.94 | $240,593.94 | 1700 Lincoln Street | Suite 1600 | Denver, CO 80203 | LBHI |
| EYP MISSION CRITICAL FACILITIES | $0.00 | $0.00 | 440 Park Ave. South 14th Fl | | NY, NY | LBHI |
| WOLTERS KLUWER FINANCIAL SERVICES | $0.00 | $52,858.47 | 6815 Saukview Drive | | Saint Cloud, MN 56303 | LBHI |
| WOLTERS KLUWER FINANCIAL SERVICES | $0.00 | $0.00 | 6815 Saukview Drive | | Saint Cloud, MN 56303 | LBHI |
| WOLTERS KLUWER FINANCIAL SERVICES | $0.00 | $0.00 | 6815 Saukview Dr | | Saint Cloud, MN 56303 | LBHI |
| WOLTERS KLUWER FINANCIAL SERVICES | $0.00 | $0.00 | 6815 Saukview Dr | | Saint Cloud, MN 56303 | LBHI |
| WOLTERS KLUWER FINANCIAL SERVICES | $0.00 | $0.00 | 6815 Saukview Dr | | Saint Cloud, MN 56303 | LBHI |
| W NEW YORK TIMES SQUARE | $0.00 | $0.00 | 1567 broadway | | New York, NY 10020 | LBI |
| Vurv | $0.00 | $0.00 | | | | LBI |
| MACKENZIE BROWN, LLC | $0.00 | $0.00 | 1001 Ave. of Americas | 11th Flr. | New York, Ny 10018 | LBHI |