# EXHIBIT B1

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:
Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 8/1/2008 | I-08080348 | 7/31/2008 | 9/1/2008 | Net 30 Days | 8/1/2008 | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee June 21, 2008 - July 20, 2008 | 3,241.17 | $6,482.34 |
| | 1 Temp Coverage (Pro-rated) | 145.853 | $1,458.53 |
| | Chicago - LEH-01097 | | |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| 0.00 | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | **SUBTOTAL** | | $7,940.87 |
| | Sales tax | 8.25% | $0.00 |
| | **GRAND TOTAL** | | $7,940.87 |

Questions regarding this invoice, please contact Christopher Beverwyk at (312) 681-6388

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or (iii) the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12d of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:
Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 9/1/2008 | I-08090019 | 8/31/2008 | 10/1/2008 | Net 30 Days | 9/1/2008 | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee July 21, 2008 - August 20, 2008 | 3,241.17 | $6,482.34 |
| | 1 Temp Coverage (Pro-rated) | | $2,301.23 |
| | Chicago - LEH-01097 | | |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| 0.00 | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | SUBTOTAL | | $8,783.57 |
| | Sales tax | 8.25% | $0.00 |
| | GRAND TOTAL | | $8,783.57 |

Questions regarding this invoice, please contact Christopher Beverwyk at (312) 681-6388

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 10/1/2008 | I-08100143 | 9/30/2008 | 11/1/2008 | Net 30 Days | 10/1/2008 | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee August 21, 2008 - September 21, 2008 | 3,241.17 | $6,482.34 |
| | 1 Temp Coverage (Pro-rated) | | $745.47 |
| | Chicago - LEH-01097 | | |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| 0.00 | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | SUBTOTAL | | $7,227.81 |
| | Sales tax | 8.25% | $0.00 |
| | GRAND TOTAL | | $7,227.81 |

Questions regarding this invoice, please contact Christopher Beverwyk at (312) 681-6388

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
75 Remittance Drive, Suite 6418
Chicago, IL 60675-6418

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms Net 30 Days | Issue Date | Page |
|---|---|---|---|---|---|---|
| 1/1/2007 | I-06014953 | 12/31/2006 | 1/1/2007 | | 1/1/2007 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee November 21, 2006 - December 20, 2006 | Constant | $4,476.00 |
| | Cost Recovery | | $105.00 |
| | Los Angeles - LEH-01098 | | |
| 0.00 | Hand Labor | 15.50 | $0.00 |
| 1.00 | Overtime Weekday Rate/Hour | 30.00 | $30.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | $0.00 |
| | SUBTOTAL | | $4,506.00 |
| | Sales tax | 8.25% | $2.48 |
| | GRAND TOTAL | | $4,508.48 |

Questions regarding this invoice, please contact Bridget Pucheu (212) 526-9584

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY  10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms<br>Net 30 Days | Issue Date | Page |
|---|---|---|---|---|---|---|
| 8/1/2008 | I-08080011 | 7/31/2008 | 9/1/2008 | | 8/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee June 21, 2008 - July 20, 2008<br>Los Angeles - LEH-01098 | Constant | $4,476.00 |
| 0.00 | Hand Labor | 15.50 | $0.00 |
| 11.00 | Overtime Weekday Rate/Hour | 30.00 | $330.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | $0.00 |
| | SUBTOTAL | | $4,806.00 |
| | Sales tax | 8.25% | $27.23 |
| | GRAND TOTAL | | $4,833.23 |

Questions regarding this invoice, please contact Suzanne Sikora 415-538-4726

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year; or (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction.  Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER.
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms<br>Net 30 Days | Issue Date | Page |
|---|---|---|---|---|---|---|
| 9/1/2008 | I-08090025 | 8/31/2008 | 10/1/2008 | | 9/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee July 21, 2008 - August 20, 2008<br>Los Angeles - LEH-01098 | Constant | $4,476.00 |
| 0.00 | Hand Labor | 15.50 | $0.00 |
| 9.75 | Overtime Weekday Rate/Hour | 30.00 | $292.50 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | $0.00 |
| | SUBTOTAL | | $4,768.50 |
| | Sales tax | 8.25% | $24.13 |
| | GRAND TOTAL | | $4,792.63 |

Questions regarding this invoice, please contact Suzanne Sikora 415-538-4726

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:
Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms Net 30 Days | Issue Date | Page |
|---|---|---|---|---|---|---|
| 10/1/2008 | I-08100172 | 9/30/2008 | 11/1/2008 | Net 30 Days | 10/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee August 21, 2008 - September 20, 2008 Los Angeles - LEH-01098 | Constant | $4,476.00 |
| 0.00 | Hand Labor | 15.50 | $0.00 |
| 3.00 | Overtime Weekday Rate/Hour | 30.00 | $90.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | $0.00 |

SUBTOTAL $4,566.00

Sales tax 8.25% $7.43

GRAND TOTAL $4,573.43

Questions regarding this invoice, please contact Suzanne Sikora 415-538-4726

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and/or services performed covered by this invoice, it has fully complied with Section 12(a) of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 8/1/2008 | I-08080016 | 7/31/2008 | 9/1/2008 | Net 30 Days | 8/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee  June 21, 2008 - July 20, 2008 Boston - LEH-03318 | 4,900.00 | $4,900.00 |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| 0.00 | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | SUBTOTAL | | $4,900.00 |
| | Sales tax | 5.00% | $0.00 |
| | GRAND TOTAL | | $4,900.00 |

Questions regarding this invoice, please contact Mark Edwards at (617) 371-2353

If payment is not received by the due date stated on this invoice, we will charge you interest at the lessor of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

1

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 9/1/2008 | I-08090528 | 8/31/2008 | 10/1/2008 | Net 30 Days | 9/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee  July 21, 2008 - August 20, 2008 | 4,900.00 | $4,900.00 |
| | Boston - LEH-03318 | | |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| 0.00 | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | **SUBTOTAL** | | $4,900.00 |
| | Sales tax | 5.00% | $0.00 |
| | **GRAND TOTAL** | | $4,900.00 |

Questions regarding this invoice, please contact Mark Edwards at (617) 371-2353

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 10/1/2008 | I-08100114 | 9/30/2008 | 11/1/2008 | Net 30 Days | 10/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee  August 21, 2008 - September 21, 2008 Boston - LEH-03318 | 4,900.00 | $4,900.00 |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| 0.00 | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | **SUBTOTAL** | | $4,900.00 |
| | Sales tax | 5.00% | $0.00 |
| | **GRAND TOTAL** | | $4,900.00 |

Questions regarding this invoice, please contact Mark Edwards at (617) 371-2353

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, or (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

**1**

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 8/1/2008 | I-08080008 | 7/31/2008 | 9/1/2008 | Net 30 Days | 8/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee June 21, 2008 to July 20, 2008 | Constant | $3,600.00 |
| 168.00 | Total Employee Hours - PCS San Francisco | | |
| 168.00 | Fermin Laude | 21.5000 | $3,612.00 |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | CPC Overflow | | 0.00 |

SUBTOTAL 7,212.00

Sales tax   8.25%   0.00

GRAND TOTAL   7,212.00

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with your or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed governed by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

1

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10319
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 9/1/2008 | I-08090018 | 8/31/2008 | 10/1/2008 | Net 30 Days | 9/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee July 21, 2008 to August 20, 2008 | Constant | $3,600.00 |
| 168.00 | Total Employee Hours - PCS San Francisco | | |
| 168.00 | Fermin Laude | 21.5000 | $3,612.00 |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | CPC Overflow | | 0.00 |
| | SUBTOTAL | | 7,212.00 |
| | Sales tax | 8.25% | 0.00 |
| | GRAND TOTAL | | 7,212.00 |

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year; (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:
Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms Net 30 Days | Issue Date | Page |
|---|---|---|---|---|---|---|
| 10/1/2008 | I-08100173 | 9/30/2008 | 11/1/2008 | | 10/1/2008 | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Monthly Management Fee August 21, 2008 to September 20, 2008 | Constant | $3,600.00 |
| 168.00 | Total Employee Hours - PCS San Francisco | | |
| 168.00 | Fermin Laude | 21.5000 | $3,612.00 |
| 0.00 | Hand Labor | 15.50 | 0.00 |
| 0.00 | Overtime Weekday Rate/Hour | 30.00 | 0.00 |
| 0.00 | Overtime Weekend/Holiday Rate/Hour | 35.00 | 0.00 |
| | CPC Overflow | | 0.00 |

SUBTOTAL                                                                                  7,212.00

Sales tax                                                              8.25%              0.00

GRAND TOTAL                                                                              7,212.00

**1**

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, or (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended

Williams Lea

SOLD TO:
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms<br>Net 30 Days | Issue Date | Page |
|---|---|---|---|---|---|---|
| 8/1/2008 | I-07080018 | 7/22/2008 | 8/1/2008 | | 8/1/2008 | |

*This invoice is being re-submit for payment

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 182,859 | Black and White Total | | $5,558.91 |
| 57,856 | Color Total | | $14,174.72 |
| 5.25 | Hand Labor | | $81.38 |
| | **SUBTOTAL** | | $19,815.01 |
| | Sales tax | 5.755% | $1,140.35 |
| | **GRAND TOTAL** | | $20,955.36 |

Questions regarding this invoice, please contact Bridget Pucheu (212) 526-4411

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended

1

Williams Lea Inc.

**SOLD TO:**
Lehman Brothers Inc
745 7th Ave,
New York, NY  10019
Attn: Dorothy Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA INC.

REMIT TO POST OFFICE BOX AS INDICATED:
Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Customer Order No. | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|---|
| 09/01/08 | I-08090148 | LEH-03381 | 8/31/2008 | 10/01/08 | Net 30 Days | 9/1/2008 | 1 of 1 |

**For billing period: 7/21/08 - 8/20/08**

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 9,501,793 | **Total Black & White Copies - Center & Convenience & MFP ( Billable )** | | | |
| 4,329,414 | 1st Tier:  0 - 7,173,762 (includes Convenience) | | $0.0304 | $131,614.19 |
| | 2nd Tier: 7,173,763 - 8,393,302 | | $0.0270 | $0.00 |
| | 3rd Tier:  8,393,303 + | | $0.0239 | $0.00 |
| 5,331,868 | MFP | | $0.0298 | $158,889.67 |
| 140,511 | Menlo Park, CA | | $0.0304 | $4,271.53 |
| | | | | |
| 871,868 | **Total Color Copies - Center & Convenience ( Billable )** | | | |
| 828,107 | 1st Tier: 0 - 1,729,044 (including Network Copies) | | $0.2450 | $202,886.22 |
| | 2nd Tier: 1,726,045 - 2,174,615 | | $0.1235 | $0.00 |
| | 3rd Tier:  2,174,615 + | | $0.1800 | $0.00 |
| 43,761 | Menlo Park, CA | | $0.2450 | $10,721.45 |
| | | | | |
| 71,464 | **Total Convenience Color Copies \*** | | | |
| | 745 7th Ave. | 19,231 | $4,948.08 | |
| | 399 Park Ave. | 0 | $0.00 | |
| | 605 Third Ave. | 0 | $0.00 | |
| | 1301 6th Ave. | 5,535 | $1,424.14 | |
| | 70 Hudson St. (DRA) | 0 | $0.00 | |
| | HP5550 | 46,698 | $12,015.26 | |
| | | 71,464 | $18,387.48 | |
| | | | | |
| 800,404 | **Total Color Copies - Center \*** | | | |
| | 745 7th Ave. | 456,138 | $117,362.99 | |
| | 605 Third Ave. | 88,208 | $22,695.66 | |
| | 399 Park Ave. | 149,220 | $38,393.87 | |
| | 745 7th Ave., 21ST FLOOR | 63,077 | $16,229.53 | |
| | Menlo Park, CA | 43,781 | $11,259.58 | |
| | | 800,404 | $205,941.63 | |
| | | | | |
| 3,079,525 | **Total Black & White Copies - Center \*** | | | |
| | 745 7th Ave. | 2,587,705 | $77,821.65 | |
| | 605 Third Ave. | 134,577 | $4,047.22 | |
| | 399 Park Ave. | 197,615 | $5,943.00 | |
| | 745 7th Ave., 21ST FLOOR | 19,117 | $574.92 | |
| | Menlo Park, CA | 140,511 | $4,225.67 | |
| | | 3,079,525 | $92,612.46 | |
| | | | | |
| 992,209 | **Lehman Brothers Total Black & White Copies - Convenience \*** | | | |
| | 70 Hudson St. | 74,235 | $2,232.52 | |
| | 101 Hudson St. | 2,157 | $64.87 | |
| | 399 Park Ave. | 133,828 | $4,024.59 | |
| | 1301 6th Ave. | 113,570 | $3,415.46 | |
| | 745 7th Ave. | 556,925 | $16,748.75 | |
| | 85 10th Ave. | 288 | $8.66 | |
| | Livingston, NJ | 37 | $1.11 | |
| | 1271 6th Ave. | 110,869 | $3,334.23 | |
| | Atlanta, GA | 100 | $3.01 | |
| | 50 Broadway, NY | 200 | $6.01 | |
| | | 992,209 | $29,839.31 | |
| | | | | |
| 5,331,868 | **MFP 4345 printers** | 5,331,868 | $160,348.57 | |
| | | | | |
| 398,191 | **Neuberger Berman Total Black & White Copies - Convenience \*** | | | |
| | 605 Third Ave. | 378,927 | $11,395.71 | |
| | 220 East 42nd St. | 19,264 | $579.34 | |
| | | 398,191 | $11,975.05 | |
| | | | | |
| 110.70 | **Hand Labor** | | $15.50 | $1,715.85 |
| 85.75 | 745 7th Ave. | | | |
| 7.20 | 605 Third Ave. | | | |
| 17.75 | 399 Park Ave. | | | |
| 6.00 | Menlo Park, CA | | $15.50 | $93.00 |
| | | | | |
| 0.00 | **Overtime-Weekday** | | $30.00 | $0.00 |
| 0.00 | 745 7th Ave. | | | |
| 0.00 | 605 Third Ave. | | | |
| 0.00 | 399 Park Ave. | | | |
| 7.00 | Menlo Park, CA | | $30.00 | $210.00 |
| | | | | |
| 0.00 | **Overtime-Weekend / Holiday** | | $35.00 | $0.00 |
| 0.00 | 745 7th Ave. | | | |
| 0.00 | 605 Third Ave. | | | |
| 0.00 | 399 Park Ave. | | | |
| 12.00 | Menlo Park, CA | | $35.00 | $420.00 |
| | | | | |
| 81 | **CD/DVD Burning** | | | $833.89 |
| 50 | **Laptop Rental** | | | $625.00 |
| 57 | **Lamination Charges** | | | $2,541.00 |
| 6 | **Outside Production** | | | $410.00 |
| 0 | **CIC Overflow Charges\*\*** | | | $0.00 |
| 6 | **Administrative Charge back** | | | $1,341.38 |
| 26 | **Branch Equipment Charges** | | | $17,631.22 |
| 1 | **FTE, Menlo Park, CA PNL 48021** | | | $4,515.00 |
| | | | | |
| | **Subtotal** | | | $539,119.40 |
| | New York Sales Tax | | 8.375% | $242.90 |
| | New York Sales Tax less Tax Exemption-Form ST-121.2 | | | $0.00 |
| | Menlo Park, CA Sales Tax | | 5.750% | $29,689.37 |
| | New Jersey Sales Tax (tax exempt) | | 8.250% | $1,677.31 |
| | | | | $0.00 |
| | | | | |
| | **GRAND TOTAL** | | | $570,728.98 |

\* Blended Rate at Lehman's Request          \*\* CIC charges reflect contracted site billing rates

Questions regarding this invoice, please contact the Site Manager, Luther Hoffmann at 212-526-9584

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

Williams Lea Inc.

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA INC.

SOLD TO:
Lehman Brothers Inc.
745 7th Ave.
New York, NY 10019
Attn: Dorothy Gross

REMIT TO POST OFFICE BOX AS INDICATED:
Williams Lea Inc.
14027 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Customer Order No. | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|---|
| 10/01/08 | I-08160176 | LEH-03381 | 9/30/2008 | 11/01/08 | Net 30 Days | 10/1/2008 | 1 of 1 |

**For billing period: 8/21/08 - 9/21/08**

| QUANTITY | DESCRIPTION | | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 6,941,106 | **Total Black & White Copies - Center & Convenience & MFP ( Billable )** | | | |
| 2,675,647 | 1st Tier: 0 - 7,173,762 (includes Convenience) | | $0.0304 | $87,419.67 |
| | 2nd Tier: 7,173,763 - 8,393,302 | | $0.0270 | $0.00 |
| | 3rd Tier: 8,393,303 + | | $0.0239 | $0.00 |
| 3,998,059 | MFP | | $0.0298 | $119,142.16 |
| 67,400 | Menlo Park, CA | | $0.0304 | $2,048.96 |
| 541,521 | **Total Color Copies - Center & Convenience ( Billable )** | | | |
| 523,530 | 1st Tier: 0 - 1,726,044 (including Network Copies) | | $0.2450 | $128,264.85 |
| | 2nd Tier: 1,726,045 - 2,174,815 | | $0.1235 | $0.00 |
| | 3rd Tier: 2,174,815 + | | $0.1800 | $0.00 |
| 17,991 | Menlo Park, CA | | $0.2450 | $4,407.80 |
| 29,535 | **Total Convenience Color Copies \*** | | | |
| | 745 7th Ave. | 10,659 | $2,611.46 | |
| | 399 Park Ave. | 0 | $0.00 | |
| | 605 Third Ave. | 0 | $0.00 | |
| | 1301 6th Ave. | 3,981 | $975.35 | |
| | 70 Hudson St. (DRA) | 0 | $0.00 | |
| | HP5550 | 14,895 | $3,649.28 | |
| | | 29,535 | $7,236.08 | |
| 511,986 | **Total Color Copies - Center \*** | | | |
| | 745 7th Ave. | 338,830 | $83,013.35 | |
| | 605 Third Ave. | 44,491 | $10,900.30 | |
| | 399 Park Ave. | 92,251 | $22,601.50 | |
| | 745 7th Ave., 21ST FLOOR | 18,423 | $4,513.64 | |
| | Menlo Park, CA | 17,991 | $4,407.80 | |
| | | 511,986 | $125,436.57 | |
| 1,884,885 | **Total Black & White Copies - Center \*** | | | |
| | 745 7th Ave. | 1,540,139 | $46,287.96 | |
| | 605 Third Ave. | 121,455 | $3,650.26 | |
| | 399 Park Ave. | 149,484 | $4,482.65 | |
| | 745 7th Ave. 21ST FLOOR | 6,407 | $192.56 | |
| | Menlo Park, CA | 67,400 | $2,025.67 | |
| | | 1,884,885 | $56,649.10 | |
| 779,399 | **Lehman Brothers Total Black & White Copies - Convenience \*** | | | |
| | 70 Hudson St. | 51,807 | $1,557.03 | |
| | 101 Hudson St. | 2,585 | $77.69 | |
| | 399 Park Ave. | 102,629 | $3,084.45 | |
| | 1301 6th Ave. | 91,600 | $2,752.98 | |
| | 745 7th Ave. | 468,065 | $14,067.41 | |
| | 85 10th Ave. | 327 | $9.83 | |
| | Livingston, NJ | 408 | $12.26 | |
| | 1271 6th, Ave. | 61,778 | $1,856.70 | |
| | Atlanta, GA | 100 | $3.01 | |
| | 50 Broadway, NY | 100 | $3.01 | |
| | | 779,399 | $23,424.37 | |
| 3,998,059 | **MFP 4345 printers** | 3,998,059 | $120,159.27 | |
| 278,763 | **Neuberger Berman Total Black & White Copies - Convenience\*** | | | |
| | 605 Third Ave | 265,181 | $7,969.86 | |
| | 220 East 42nd St. | 13,582 | $408.20 | |
| | | 278,763 | $8,378.06 | |
| 59.60 | **Hand Labor** | | $15.50 | $923.80 |
| 34.55 | 745 7th Ave | | | |
| 6.50 | 605 Third Ave | | | |
| 18.55 | 399 Park Ave | | | |
| 0.00 | Menlo Park, CA | | $15.50 | $0.00 |
| 0.00 | **Overtime-Weekday** | | $30.00 | $0.00 |
| 0.00 | 745 7th Ave | | | |
| 0.00 | 605 Third Ave | | | |
| 0.00 | 399 Park Ave | | | |
| 4.00 | Menlo Park, CA | | $30.00 | $120.00 |
| 90.00 | **Overtime-Weekend / Holiday** | | $35.00 | $3,150.00 |
| 90.00 | 745 7th Ave | | | |
| 0.00 | 605 Third Ave | | | |
| 0.00 | 399 Park Ave | | | |
| 10.00 | Menlo Park, CA | | $35.00 | $350.00 |
| 61 | **CD/DVD Burning** | | | $813.75 |
| 47 | **Laptop Rental** | | | $587.50 |
| 27 | **Lamination Charges** | | | $694.00 |
| 16 | **Outside Production** | | | $2,039.00 |
| 0 | **CIC Overflow Charges\*\*** | | | $0.00 |
| 6 | **Administrative Charge back** | | | $1,337.11 |
| 26 | **Branch Equipment Charges** | | | $13,195.78 |
| 1 | **FTE, Menlo Park, CA PNL 48021** | | | $4,615.00 |
| | **Subtotal** | | | $369,299.38 |
| | New York Sales Tax | | 8.375% | $229.34 |
| | New York Sales Tax less Tax Exemption-Form ST-121.2 | | 5.755% | $20,250.08 |
| | Menlo Park, CA Sales Tax | | 8.250% | $952.20 |
| | New Jersey Sales Tax (tax exempt) | | | $0.00 |
| | **GRAND TOTAL** | | | $390,731.00 |

\* Blended Rate at Lehman's Request              \*\* CIC charges reflect contracted site billing rates

Questions regarding this invoice, please contact the Site Manager, Luther Hoffmann at 212-526-6584

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted
in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended

Williams Lea

**SOLD TO:**
Lehman Brothers Inc.
745 7th Avenue
New York, NY 10019
Attn: Dorothy A. Gross

PLEASE MAKE CHECKS PAYABLE TO WILLIAMS LEA
AND IDENTIFY PAYMENT WITH INVOICE NUMBER
REMIT TO POST OFFICE BOX AS INDICATED:

Williams Lea Inc.
14927 Collections Center
Chicago, IL 60693

| Invoice Date | Invoice Number | Completion Date | Payable Date | Terms | Issue Date | Page |
|---|---|---|---|---|---|---|
| 9/10/2008 | I-08100002 | 9/9/2008 | 10/1/2008 | Net 30 Days | 9/10/2008 | |

*This invoice is being re-submit for payment

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | CIC Invoice | | $25,221.98 |

| | | |
|---|---|---|
| **SUBTOTAL** | | |
| Sales tax | 5.755% | $0.00 |
| | | $1,451.52 |
| **GRAND TOTAL** | | $26,673.50 |

Questions regarding this invoice, please contact Bridget Pucheu (212) 526-4411

If payment is not received by the due date stated on this invoice, we will charge you interest at the lesser of (i) eighteen percent (18%) per year, (ii) the interest rate stated in our contract with you or the maximum interest rate permitted
in your jurisdiction. Seller represents that with respect to the production of all goods produced and services performed covered by this invoice, it has fully complied with Section 12a of the Fair Labor Standards Act of 1938 as amended.

# EXHIBIT B2

4034-LEHUK-2004

<u>DATED: September 16, 2005</u>

**LEHMAN BROTHERS SERVICES (INDIA) PRIVATE LIMITED**

**AND**

**WILLIAMS LEA INC.**

**AGREEMENT FOR THE PROVISION OF MAILROOM,
REPROGRAPHIC AND ASSOCIATED SERVICES**

Commercial-in-Confidence

# SOFTWARE LICENSE AND SUPPORT AGREEMENT

This SOFTWARE LICENSE AND SUPPORT AGREEMENT ("Agreement") is made this 9th day of December 2002 (the "Effective Date") by and between Bowne Business Solutions, Inc. located at 555 Fifth Avenue, 4th Floor, New York, New York 10017 ("Vendor") and Lehman Brothers Inc., with an office at 745 Seventh Avenue, New York, New York 10019 (together with its affiliates, "Lehman").

## MASTER AGREEMENT:
## NON-IT SERVICES

**Supplier Name: WILLIAMS LEA INCORPORATED**

**Supplier Address: 233 South Wacker Drive, Suite 4850, Chicago, Illinois 60606**

**Supplier Jurisdiction of Incorporation: A Delaware Corporation**

**Tax ID: 13-3160717**

**Telephone #:+1 (312) 6816400**

**Fax #:+1 (312) 6816363**

**Master Agreement No.:  CON000000021954**

**Master Agreement Effective Date:  October 21, 2007**

THIS MASTER AGREEMENT – NON-IT SERVICES (the **"Master Agreement"**) is made as of the Master Agreement Effective Date specified above (the "**Effective Date**") between Lehman Brothers Holdings Inc., a Delaware corporation, having an office and place of business at 745 Seventh Avenue, New York, New York 10019, (the **"Customer"**) and the Supplier specified above (the "**Supplier**").  As used in this Master Agreement (as defined below), **"Party"** means either Customer or Supplier and **"Parties"** means both Customer and Supplier.