UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## **OBJECTION TO CURE AMOUNT**

Informatica Corporation, a contractual counter-party under one or more executory contracts which the Court has ordered assumed and assigned, hereby objects to the cure amount proffered by the Debtor. The correct amount is $161,840. Attached hereto as Exhibit A are true and correct copies of the outstanding invoices. Informatica Corporation reserves all of its rights and remedies herein.

| | |
|---|---|
| Dated: New York, New York.<br>October 3, 2008 | Respectfully submitted,<br><br>MANATT, PHELPS & PHILLIPS, LLP<br>Kenneth D. Friedman<br><br>By:    /s/ Kenneth D. Friedman<br>　　　Kenneth D. Friedman, (KF-6186)<br>　　　Bar No. NY 2637320<br>　　　7 Times Square<br>　　　New York, NY  10036<br>　　　(212) 790-4500<br><br>　　　Carl L. Grumer, Bar No. CA 066045<br>　　　Manatt, Phelps & Phillips, LLP<br>　　　11355 West Olympic Boulevard<br>　　　Los Angeles, CA 90064<br>　　　(310) 312-4000<br><br>　　　Attorneys for Contractual Counter-Party,<br>　　　INFORMATICA CORPORATION |

80433833.1