## Informatica Corporation - Outstanding Invoices to Lehman Brothers Inc.

| Invoice Date | Invoice # | Invoice Amount |
|---|---|---|
| 9/15/2008 | 00033932 | $58,000 |
| 7/3/2008 | 5715-28117 | $2,720 |
| 6/26/2008 | 5799 | $36,480 |
| 6/26/2008 | 5798 | $36,480 |
| 6/18/2008 | 5444-26607C | -$480 |
| 6/12/2008 | 5470-27710 | $2,720 |
| 6/12/2008 | 5470-27711 | $2,720 |
| 6/9/2008 | 5715-27628 | $2,720 |
| 5/21/2008 | 5635 | $20,480 |
| | | $161,840 |

# INFORMATICA
The Data Integration Company™

## INVOICE

| | |
|---|---|
| Invoice: | 00033932 |
| Invoice Date: | September 15, 2008 |
| Page: | 1 of 1 |

| | |
|---|---|
| Payment Terms: | Net 30 |
| Due Date: | October 15, 2008 |
| Purchase Order No.: | LBUSA-0000073260 |
| Customer I.D | 5940 |
| Contract No. | 0047253 |
| Date Shipped | September 11, 2008 |
| Shipping Method | ESD |

**Remit Payment to:**
P.O. Box 49085
San Jose, CA 95161-9085
FED ID #77-0333710

**Bill To:**
Lehman Brothers
Attn:    Accounts Payable Dept
P.O. Box 2339
Secaucus NJ 07096
United States

**Ship To:**
Lehman Brothers
Attn:   Navin Rajapakse
70 Hudson Street
Jersey City NJ 07302
United States

For billing questions, please call:    Angie Bala    Tel: 650-385-5000    Fax: 650-385-5500

| Line | Item Number | Description | Maint. From | Maint. To | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 0000005028-0001 | PowerExchange for Unlimited data types (per repository) Production License | | | 2.00 | EA | 25,000.00 | 50,000.00 |
| 2 | 0000005028-0011 | PowerExchange for Unlimited data types (per repository) ELA Premium Maintenance | 09/12/2008 | 09/11/2009 | 2.00 | EA | 4,000.00 | 8,000.00 |
| | | | | Subtotal: | | | | 58,000.00 |
| | | | | **AMOUNT DUE:** | | | | **58,000.00 USD** |

**Remit Payment to:**
Informatica Corporation
P.O. Box 49085
San Jose, CA 95161-9085

**Wiring/ACH Instructions:**
Comerica Bank - California
Routing#: 121137522
Account#: 1891379917
San Jose CA 95110

# Informatica Corporation

Redwood City, CA
TID 77-0333710

# Invoice

| Date | Invoice # |
|---|---|
| 7/3/2008 | 5715-28117 |

**Bill To**

Lehman Brothers
ATTN: Accounts Payable
P.O. Box 2339
Secaucus, New Jersey 07096

| P.O. No. | Terms |
|---|---|
| LBUSA-0000068712 | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Deodatta Desai (81-5715-28117-28-53149) PowerCenter 8.x Level I Developer (7/29/2008) New York, NY - Informatica Corp. | 2,720.00 | 2,720.00 |

**Remit Payment To:**

**Informatica Corporation
PO Box 712512
Cincinnati, OH 45271-2512**

| Phone # | 614-436-0187 | **Total** | $2,720.00 |
|---|---|---|---|

# Informatica Corporation

Redwood City, CA
TID 77-0333710

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2008 | 5799 |

**Bill To**

Image Processing
Attn: Accounts Payable
PO Box 2339
Secaucus, NJ  07096-2339

| P.O. No. | Terms |
|---|---|
| Signed Training Agreement | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Informatica Global Education Services Onsite Event: PowerCenter 8 Level I Developer (6/10/08 - 6/13/08) 10 Attendees, Instructor Vernon Pierce.<br>Location:<br>70 Hudson Street<br>5th Floor<br>Jersey City, NJ 07302 | 20,480.00 | 20,480.00 |
| 5 | Additional students | 3,200.00 | 16,000.00 |

**Remit Payment To:**

**Informatica Corporation
PO Box 712512
Cincinnati, OH 45271-2512**

| Phone # | 614-436-0187 | **Total** | $36,480.00 |
|---|---|---|---|

# Informatica Corporation

Redwood City, CA
TID 77-0333710

# Invoice

| Date | Invoice # |
|---|---|
| 6/26/2008 | 5798 |

**Bill To**

Image Processing
Attn: Accounts Payable
PO Box 2339
Secaucus, NJ 07096-2339

| P.O. No. | Terms |
|---|---|
| Signed Training Agreement | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Informatica Global Education Services Onsite Event: PowerCenter 8 Level I Developer (6/3/08 - 6/06/08)<br>10 Attendees, Instructor Vernon Pierce<br>Location:<br>70 Hudson Street<br>5th Floor<br>Jersey City, NJ 07032 | 20,480.00 | 20,480.00 |
| 5 | Additional students | 3,200.00 | 16,000.00 |

**Remit Payment To:**

**Informatica Corporation
PO Box 712512
Cincinnati, OH 45271-2512**

| Phone # | 614-436-0187 | **Total** | $36,480.00 |
|---|---|---|---|

Informatica Corporation

Redwood City, CA

TID 77-0333710

# Credit Memo

| Date | Credit No. |
|---|---|
| 6/18/2008 | 5444-26607C |

| Customer |
|---|
| Image Processing<br>Attn: Accounts Payable<br>PO Box 2339<br>Secaucus, NJ 07096-2339 |

| P.O. No. | Project |
|---|---|
| LBUSA-0000061293 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Elaiyaraja Kuppannan (81-5444-26607-28-50363) PowerCenter 8 Level I Developer (5/6/2008) New York, NY - Informatica Corp.<br><br>06/18/08 registration updated with client discount by MM - EC | -1 | 480.00 | -480.00 |

| | |
|---|---|
| **Total** | $-480.00 |
| **Invoices** | $0.00 |
| **Balance Credit** | $-480.00 |

# Informatica Corporation

Redwood City, CA
TID 77-0333710

# Invoice

| Date | Invoice # |
|---|---|
| 6/12/2008 | 5470-27710 |

**Bill To**

Image Processing
Attn: Accounts Payable
PO Box 2339
Secaucus, NJ 07096-2339

| P.O. No. | Terms |
|---|---|
| LBUSA-0000067438 | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Sonal Kekatpuray (81-5470-27710-28-52421) PowerCenter 8 Level I Developer (6/17/2008) New York, NY - Informatica Corp. | 2,720.00 | 2,720.00 |

**Remit Payment To:**

**Informatica Corporation
PO Box 712512
Cincinnati, OH 45271-2512**

| Phone # | 614-436-0187 | **Total** | **$2,720.00** |
|---|---|---|---|

# Informatica Corporation

Redwood City, CA
TID 77-0333710

# Invoice

| Date | Invoice # |
|---|---|
| 6/12/2008 | 5470-27711 |

**Bill To**

Image Processing
Attn: Accounts Payable
PO Box 2339
Secaucus, NJ 07096-2339

| P.O. No. | Terms |
|---|---|
| LBUSA-0000067451 | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Rajat Chatterjee (81-5470-27711-28-52423) PowerCenter 8 Level I Developer (6/17/2008) New York, NY - Informatica Corp. | 2,720.00 | 2,720.00 |

**Remit Payment To:**

**Informatica Corporation
PO Box 712512
Cincinnati, OH 45271-2512**

| Phone # | 614-436-0187 | **Total** | $2,720.00 |

# Informatica Corporation

Redwood City, CA
TID 77-0333710

# Invoice

| Date | Invoice # |
|---|---|
| 6/9/2008 | 5715-27628 |

**Bill To**

Image Processing
Attn: Accounts Payable
PO Box 2339
Secaucus, NJ 07096-2339

| P.O. No. | Terms |
|---|---|
| LBUSA-0000066700 | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Armando Tiu (81-5715-27628-28-52248) PowerCenter 8 Level I Developer (7/29/2008) New York, NY - Informatica Corp. | 2,720.00 | 2,720.00 |

**Remit Payment To:**

**Informatica Corporation
PO Box 712512
Cincinnati, OH 45271-2512**

| Phone # | 614-436-0187 | Total | $2,720.00 |
|---|---|---|---|

# Informatica Corporation

Redwood City, CA
TID 77-0333710

# Invoice

| Date | Invoice # |
|---|---|
| 5/21/2008 | 5635 |

**Bill To**

Image Processing
Attn: Accounts Payable
PO Box 2339
Secaucus, NJ  07096-2339

| P.O. No. | Terms |
|---|---|
| Training Agreement | Net 30 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Informatica Global Education Services Onsite Event: PowerCenter 8 Level I Developer (5/6/08 - 5/9/08) Instructor: Daniel Geoppo - 8 Attendees<br><br>Location: 1301 Avenue of the Americas<br>5th Floor<br>New York, NY 10019 | 20,480.00 | 20,480.00 |

**Remit Payment To:**

**Informatica Corporation**
**PO Box 712512**
**Cincinnati, OH 45271-2512**

| Phone # | 614-436-0187 | **Total** | $20,480.00 |
|---|---|---|---|