HERRICK, FEINSTEIN LLP
Andrew C. Gold
Two Park Avenue
New York, NY  10016
(212) 592-1400
Attorneys for AEW Capital Management, LP and Lyon Capital Ventures

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No.:  08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that AEW Capital Management, LP and Lyon Capital

Ventures (the "Parties") appear herein through their undersigned attorneys pursuant to Section

1109 of the United States Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 and

request that all notices (including those required by Rule 2002) in these jointly administered

cases or any related adversary proceeding be mailed to the undersigned, unless otherwise

directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for

service of copies of all papers, including but not limited to reports, pleadings, motions,

applications or petitions, schedules, plans, disclosure statements, and answering or reply papers

filed in the above-captioned cases or any related adversary proceeding by mailing one copy of

each, unless otherwise directed by the Court, to the following:

Herrick, Feinstein LLP
Attn.: Andrew C. Gold
Two Park Avenue
New York, New York 10016
Tel.: 212-592-1400
Fax: 212-592-1500
E-mail: agold@herrick.com

**PLEASE TAKE FURTHER NOTICE** that the Parties do not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, to waive any rights to which the Parties may be entitled including, but not limited to: (i) the Parties' rights to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) the Parties' rights to trial by jury in any proceeding related to these cases; (iii) the Parties' rights to move to withdraw the reference, or object thereto, in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which the Parties may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Parties expressly reserve.

Dated: New York, New York
        October 3, 2008

HERRICK, FEINSTEIN LLP

By:    /s/ Andrew C. Gold
        Andrew C. Gold
Two Park Avenue
New York, NY  10016
(212) 592-1400

Attorneys for AEW Capital Management, LP
 and Lyon Capital Ventures

HERRICK, FEINSTEIN LLP
Andrew C. Gold
Two Park Avenue
New York, NY 10016
(212) 592-1400
Attorneys for AEW Capital Management, LP and Lyon Capital Ventures

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

In re:                        :    Chapter 11
                        :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    Case No.:  08-13555 (JMP)
                        :

            Debtors.       :    (Jointly Administered)
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>CERTIFICATE OF SERVICE</u>

        The undersigned, an attorney at the law firm of Herrick, Feinstein LLP and duly

admitted as an attorney to the United States District Court for the Southern District of New York

hereby certifies that copies of the foregoing Notice of Appearance and Request for Notices and

Service of Papers, were served via first class mail, postage pre-paid upon those parties on the

annexed list on October 3, 2008.

Dated: New York, New York
       October 3, 2008

                                   /s/ Seth F. Kornbluth
                                   Seth F. Kornbluth

SERVICE LIST

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn:   Andrew D. Velez-Rivera, Esq.
          Paul K. Schwartzberg, Esq.
          Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Harvey Miller, Esq.
          Shai Waisman, Esq.
          Jacqueline Marcus, Esq.

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY  10017

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Attn:   James B. Kobak, Jr., Esq.
          Christopher K. Kiplok, Esq.
          Jeffrey S. Margolin, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:   Dennis F. Dunne, Esq.
          Luc A. Despins, Esq.
          Wilbur F. Foster, Jr., Esq.

Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017
Attn:   Paul Aronzon, Esq.
          Gregory A. Bray, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY  10006
Attn:   Lindsee P. Granfield, Esq.
          Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY   10004
Attn:   Robinson B. Lacy, Esq.
        Hydee R. Feldstein, Esq.