**ROBINSON & COLE** LLP                          **Objection Deadline: October 3, 2008**
885 Third Avenue
28th Floor
New York, New York 10022
Telephone: (212) 451-2900
Facsimile: (212) 451-2999
Email: cmajor@rc.com
Joseph L. Clasen, Esq. (JC 1759)
Christopher J. Major, Esq. (CM 7218)

Attorneys for Clayton Fixed Income Services, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | |
| LEHMAN BROTHERS HOLDING INC., et al., | : : | CHAPTER 11 Case No. 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## OBJECTION OF CLAYTON FIXED INCOME SERVICES, INC. TO DEBTORS' PROPOSED CURE AMOUNT PURSUANT TO THE ORDER UNDER 11 U.S.C. §§ 105(a), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) THE ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Clayton Fixed Income Services, Inc. ("Clayton"), by its undersigned counsel, Robinson

& Cole LLP, hereby submits its objection (the "Objection") in accordance with the Court's

September 19, 2008 Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of

Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of

Purchased Assets Free and Clear of Liens and Other Interests and (B) the Assumption and

Assignment of Executory Contracts and Unexpired Leases (the "Sale Order), to the cure amount

listed on the List of Non-IT Closing Date Contracts, which appears online at http://chapter

11.epiqsystems.com/Lehman (the "Assumed and Assigned Contract List").

STAM1-866777-1

## BACKGROUND

1.    Clayton provided credit risk management consulting services to Lehman Brothers

Holdings, Inc. ("LBHI") and Lehman Brothers, Inc. ("LBI") pursuant to a contract (the "Clayton

Contract"). The Clayton Contract was memorialized as follows: On or about January 28, 2004,

Clayton, then known as The Murrayhill Company, and LBHI entered into that certain Master

Consulting Agreement. In addition, on or about September 23, 1999, Clayton, then known as

The Murrayhill Company, entered into a letter agreement with LBI.

2.    On September 15, 2008 and September 16, 2008, respectively, Lehman Brothers

Holdings Inc. ("LBHI") and LB 745 LLC ("LB 745") filed petitions for relief under Chapter 11,

Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") with the

United States Bankruptcy Court for the Southern District of New York. The Debtors continue to

manage and operate their businesses as debtors-in-possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.

3.    On September 19, 2008, the Securities Investor Protection Corporation

commenced an action under the Securities Investor Protection Act of 1970

in the United States District Court for the Southern District of New York (the "SIPA Action")

against LBI, a wholly owned subsidiary of LBHI. The SIPA Action was subsequently

transferred to the Bankruptcy Court.

4.    On September 19, 2008, the Bankruptcy Court entered the Sale Order, which,

among other things, approved the sale of certain assets to Barclays Capital Inc. ("Barclays"),

including certain contracts designated for assumption and assignment at the closing of the sale

(the "Closing Date Contracts"). The Sale Order further provided for any creditor that is a party

to a Closing Date Contract to object to the proposed cure amount stated in the Assumed and

Assigned Contract List on or before October 3, 2008.

## OBJECTION TO CURE AMOUNT

5.      Pursuant to Section 365 of the Bankruptcy Code, a debtor-in-possession which

seeks to assume and assign an executory contract must: (a) cure, or provide adequate assurance

that it will promptly cure, any defaults under the executory contract; (b) compensate the

counterparty to the executory contract for any actual pecuniary loss to such party resulting from

such defaults; and (c) provide adequate assurance of future performance under the assumed and

assigned contract.  See 11 U.S.C. § 365(b)(1) and (f)(2).

6.      The Debtors have assumed and assigned the Clayton Contract.  In the Assumed

and Assigned Contract List, updated as of October 1, 2008, the cure amount for the Clayton

contract is listed as $240,593.94.  However, the actual cure amount should be $478,901.79.  The

unpaid invoices supporting the revised cure amount are annexed hereto as Exhibit A.  Therefore,

Clayton objects to the proposed cure amount.  In addition, Clayton objects to any undue delay in

the payment of the cure amount.

## CONTACT INFORMATION

7.      For purposes of resolving this Objection, Clayton requests that parties contact the

following persons:

> Christopher J. Major, Esq.
> Robinson & Cole LLP
> Telephone: (212) 451-2900
> Facsimile:  (212) 451-2999
> Email:  cmajor@rc.com

3

## **RESERVATION OF RIGHTS**

8.       Clayton reserves its right to object to any attempt by the Debtors to assume and

assign only a part or parts of the Clayton Contract or any attempt by the Debtors, Barclays,

and/or another purchaser of the Debtors' assets to cure only certain defaults existing under the

Clayton Contract.   Clayton also reserves its right to object to any failure by the Debtors,

Barclays, and/or another purchaser of the Debtors' assets to provide Clayton with adequate

assurance of payment for Clayton's past, present, or future performance.   Furthermore, Clayton

reserves all of its rights under Section 365 of the Bankruptcy Code or other applicable laws and

rules.   Clayton reserves its rights to amend or supplement this objection, to introduce evidence

supporting this Objection, and to present arguments and/or evidence at a hearing on the

Objection.

## CONCLUSION

**WHEREFORE**, Clayton respectfully requests that the Court enter an Order directing

Debtors and/or Barclays to: (1) immediately pay Clayton the total cure amount of $478,901.79;

(2) provide Clayton with adequate assurance of payment for all past, present, and future services

rendered by Clayton, whether or not invoiced as of the date hereof; and (3) granting such other

and further relief as the Bankruptcy Court deems just and proper.

Dated: October 3, 2008
     New York, New York

ROBINSON & COLE LLP
Attorneys for Clayton Fixed Income Services,
Inc.


By: /s/ Christopher J. Major
    Joseph L. Clasen (JC 1759)
    Christopher J. Major (CM 7218)
    885 Third Avenue
    28th Floor
    New York, New York
    Telephone: (212) 451-2900
    Facsimile: (212) 451-2999
    Email: cmajor@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2008, I caused a copy of the foregoing to be filed and served via the Court's ECF System on all parties receiving such notice and as indicated below:

| VIA E-MAIL | VIA E-MAIL |
|---|---|
| Andy Velez-Rivera, Esquire<br>Paul Schwartzberg, Esquire<br>Brian Shoichi Masumoto, Esquire<br>Linda Riffkin, Esquire<br>Tracy Hope Davis, Esquire<br>The Office of the United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004<br>(U.S. Trustee)<br>E-mail:  andy.velezriver@usdoj.gov<br>paul.schwartzberg@usdoj.gov<br>brian.masumoto@usdoj.gov<br>linda.riffkin@usdoj.gov<br>tracy.hopedavis@usdoj.gov | Richard P. Krasnow, Esquire<br>Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(Counsel to Debtors)<br>E-mail:  richard.krasnow@weil.com<br>lori.fife@weil.com<br>shai.waisman@weil.com<br>jacqueline.marcus@weil.com |
| VIA E-MAIL | VIA E-MAIL |
| James B. Kobak, Esquire<br>David Wiltenburg, Esquire<br>Jeff Margolin, Esquire<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>(Counsel to James Giddens as SIPA<br>Trustee of Lehman Brothers Inc.)<br>E-mail:  kobak@hugheshubbard.com<br>wiltenburg@hugheshubbard.com<br>margolin@hugheshubbard.com | Dennis F. Dunne, Esquire<br>Dennis O'Donnell, Esquire<br>Evan Fleck, Esquire<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005<br>(Counsel of Official Committee of<br>Unsecured Creditors)<br>E-mail:  DDunne@milbank.com<br>DODonnell@milbank.com<br>EFleck@milbank.com |

/s/ Christopher J. Major
Christopher J. Major (CM 7218)

**EXHIBIT A**

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000019622 |
| **Invoice Date:** | 6/24/2008 |

Mark Hittner
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096   USA

CREDIT RISK MANAGEMENT - WHOLE LOAN PORT

| | |
|---|---|
| February 2008 - $33,468,350.21 | 306.79 |
| March 2008 - $31,540,375.67 | 289.12 |
| April 2008 - $29,895,486.73 | 274.04 |
| ADJUSTMENT - AUGUST, SEPTEMBER, OCTOBER 2007 | (146.63) |
| ADJUSTMENT - NOVEMBER, DECEMBER 2007, JANUARY 2008 | (247.90) |

| | |
|---|---|
| **TOTAL** | 475.42 |

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000021541 |
| **Invoice Date:** | 7/25/2008 |

Mark Hittner
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096   USA

CREDIT RISK MANAGEMENT SERVICES - 2nd Qtr 2008 (April, May, June)
SASCO 2007-RNP1

| | |
|---|---:|
| April 08 - $831,755,537.95 x 1.25bps/12 | 8,664.12 |
| May 08 - $816,438,903.99 x 1.25bps/12 | 8,504.57 |
| June 08 - $800,185,375.06 x 1.25bps /12 | 8,335.26 |

| **TOTAL** | 25,503.95 |
|---|---:|

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000021545 |
| **Invoice Date:** | 7/25/2008 |

Michael Hitzmann & Khalil Kanaan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ 07096  USA

2nd Quarter 2008 (April, May, June) Credit Risk Manager Fee
See 2008 Lehman LXS Details.xls for Monthly Charges

| | |
|---|---|
| LXS 2006-17 | 16,023.18 |
| LXS 2006-19 | 10,693.57 |
| LXS 2006-20 | 9,389.70 |
| LXS 2007-1 | 12,417.19 |
| LXS 2007-3 | 18,173.10 |
| LXS 2006-16N | 29,002.44 |
| LXS 2006-18N | 13,529.34 |
| LXS 2007-2N | 18,878.48 |
| LXS 2007-4N | 30,778.33 |
| LXS 2007-5H | 12,735.44 |
| LXS 2007-6 | 24,142.27 |
| INDX 2006-AR14 | 14,691.53 |

**TOTAL**    210,454.57

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000022199 |
| **Invoice Date:** | 8/22/2008 |

Ellen Kienan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096   USA

CREDIT RISK MANAGEMENT SERVICES - JULY 2008

SASCO 2002-RM1                                                                                        2,660.00
Loans in Pool - 332 x $5 = $1,660.00
Base Fee = $1,000.00

**TOTAL**                          2,660.00

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000022200 |
| **Invoice Date:** | 8/22/2008 |

Ellen Kienan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096   USA

JULY 2008 BOND REPORTING FEE

LSSCO 99-2                                                                          1,500.00

**TOTAL**                          1,500.00

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000022886 |
| **Invoice Date:** | 9/25/2008 |

Ellen Kienan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096   USA

CREDIT RISK MANAGEMENT SERVICES - AUGUST

SASCO 2002-RM1  LOANS IN POOL - 332  x $5 = $1,660.00  Base Fee = $1,000.00                           2,660.00

**TOTAL**                2,660.00

Please remit payment to:

JP Morgan Chase Bank
SWIFT: CHASUS33
ABA/Routing number: 021000021
Account number : 114778965
For the account of Clayton Fixed Income Services

Please include the invoice number as your payment reference.

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000022888 |
| **Invoice Date:** | 9/25/2008 |

Ellen Kienan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ 07096 USA

AUGUST 2008 BOND REPORTING FEE

LSSCO 99-2                                                            1,500.00

**TOTAL**                            1,500.00

Please remit payment to:

JP Morgan Chase Bank
SWIFT: CHASUS33
ABA/Routing number: 021000021
Account number : 114778965
For the account of Clayton Fixed Income Services

Please include the invoice number as your payment reference.

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000022889 |
| **Invoice Date:** | 9/25/2008 |

Mark Hittner
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096  USA

CREDIT RISK MANAGEMENT - WHOLE LOAN PORT

| | |
|---|---|
| MAY 2008 - $28,994,111.77 | 265.78 |
| June 2008 - $27,896,527.13 | 255.72 |
| July 2008 - $27,168,813.38 | 249.05 |

**TOTAL**    770.55

Please remit payment to:

JP Morgan Chase Bank
SWIFT: CHASUS33
ABA/Routing number: 021000021
Account number : 114778965
For the account of Clayton Fixed Income Services

Please include the invoice number as your payment reference.

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| Invoice Number: | 0000022916 |
| Invoice Date: | 9/30/2008 |

Mark Hittner
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096   USA

CREDIT RISK MANAGEMENT SERVICES - 3rd Qtr 2008 (July, August, September)
SASCO 2007 RNP1

| | |
|---|---:|
| July 08 - $782,481,811.44 x 1.25bps/12 | 8,150.85 |
| August 08 - $763,145,428.11 x 1.25bps/12 | 7,949.43 |
| September 08 - $738,995,010.99 x 1.25bps/12 | |
| For Period of 09/01/08 to 09/15/08 | 3,848.93 |
| For Period of 09/16/08 to 09/19/08 | 1,026.38 |
| For Period of 09/20/08 to 09/30/08 | 2,822.55 |

**TOTAL**          23,798.14

Please remit payment to:

JP Morgan Chase Bank
SWIFT: CHASUS33
ABA/Routing number: 021000021
Account number : 114778965
For the account of Clayton Fixed Income Services

Please include the invoice number as your payment reference.

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| **Invoice Number:** | 0000022917 |
| **Invoice Date:** | 9/30/2008 |

Michael Hitzmann & Khalil Kanaan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ 07096  USA

3rd Quarter 2008 (July, August, September) Credit Risk Manager Fee
See 2008 Lehman LXS Details.xls for Monthly Charges

| | |
|---|---|
| LXS 2006-17 | 15,224.35 |
| LXS 2006-19 | 10,048.58 |
| LXS 2006-20 | 8,872.30 |
| LXS 2007-1 | 11,875.26 |
| LXS 2007-3 | 17,374.19 |
| LXS 2006-16N | 28,397.06 |
| LXS 2006-18N | 13,317.91 |
| LXS 2007-2N | 18,587.02 |
| LXS 2007-4N | 30,439.47 |
| LXS 2007-5H | 12,292.96 |
| LXS 2007-6 | 23,213.73 |
| INDX 2006-AR14 | 14,495.33 |

**TOTAL** 204,138.16

Please remit payment to:

JP Morgan Chase Bank
SWIFT: CHASUS33
ABA/Routing number: 021000021
Account number : 114778965
For the account of Clayton Fixed Income Services

Please include the invoice number as your payment reference.

Lehman Brothers, Inc
Credit Risk Management Services
July, August, September 2008

| Deal | Period | Balance | Rate | Fee |
|------|--------|---------|------|-----|
| LXS 2006-17 | July | 950,019,666.53 | 0.65 bps | 5,145.94 |
| | August | 936,532,766.40 | 0.65 bps | 5,072.89 |
| | September - 9/1 to 9/15 | 924,095,404.86 | 0.65 bps | 2,502.76 |
| | September - 9/16 to 9/19 | 924,095,404.86 | 0.65 bps | 667.40 |
| | September - 9/20 to 9/30 | 924,095,404.86 | 0.65 bps | 1,835.36 |
| | | | | 15,224.35 |
| LXS 2006-19 | July | 632,782,441.74 | 0.65 bps | 3,427.57 |
| | August | 617,813,461.36 | 0.65 bps | 3,346.49 |
| | September - 9/1 to 9/15 | 604,526,024.86 | 0.65 bps | 1,637.26 |
| | September - 9/16 to 9/19 | 604,526,024.86 | 0.65 bps | 436.60 |
| | September - 9/20 to 9/30 | 604,526,024.86 | 0.65 bps | 1,200.66 |
| | | | | 10,048.58 |
| LXS 2006-20 | July | 556,139,775.45 | 0.65 bps | 3,012.42 |
| | August | 547,149,906.90 | 0.65 bps | 2,963.73 |
| | September - 9/1 to 9/15 | 534,673,123.21 | 0.65 bps | 1,448.07 |
| | September - 9/16 to 9/19 | 534,673,123.21 | 0.65 bps | 386.15 |
| | September - 9/20 to 9/30 | 534,673,123.21 | 0.65 bps | 1,061.92 |
| | | | | 8,872.29 |
| LXS 2007-1 | July | 743,999,397.15 | 0.65 bps | 4,030.00 |
| | August | 731,573,791.30 | 0.65 bps | 3,962.69 |
| | September - 9/1 to 9/15 | 716,782,510.45 | 0.65 bps | 1,941.29 |
| | September - 9/16 to 9/19 | 716,782,510.45 | 0.65 bps | 517.68 |
| | September - 9/20 to 9/30 | 716,782,510.45 | 0.65 bps | 1,423.61 |
| | | | | 11,875.27 |
| LXS 2007-3 | July | 1,087,803,313.56 | 0.65 bps | 5,892.27 |
| | August | 1,068,379,098.39 | 0.65 bps | 5,787.05 |
| | September - 9/1 to 9/15 | 1,051,360,140.87 | 0.65 bps | 2,847.43 |
| | September - 9/16 to 9/19 | 1,051,360,140.87 | 0.65 bps | 759.32 |
| | September - 9/20 to 9/30 | 1,051,360,140.87 | 0.65 bps | 2,088.12 |
| | | | | 17,374.19 |
| LXS 2006-16N | July | 1,760,086,580.00 | 0.65 bps | 9,533.80 |
| | August | 1,750,708,956.81 | 0.65 bps | 9,483.01 |
| | September - 9/1 to 9/15 | 1,731,738,318.55 | 0.65 bps | 4,690.12 |
| | September - 9/16 to 9/19 | 1,731,738,318.55 | 0.65 bps | 1,250.70 |
| | September - 9/20 to 9/30 | 1,731,738,318.55 | 0.65 bps | 3,439.42 |
| | | | | 28,397.05 |
| LXS 2006-18N | July | 825,107,884.74 | 0.65 bps | 4,469.33 |
| | August | 819,660,849.97 | 0.65 bps | 4,439.83 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | September - 9/1 to 9/15 | 813,922,188.14 | 0.65 bps | 2,204.37 |
|  | September - 9/16 to 9/19 | 813,922,188.14 | 0.65 bps | 587.83 |
|  | September - 9/20 to 9/30 | 813,922,188.14 | 0.65 bps | 1,616.54 |
|  |  |  |  | 13,317.90 |
|  |  |  |  |  |
| LXS 2007-2N | July | 1,148,377,880.04 | 0.65 bps | 6,220.38 |
|  | August | 1,144,193,565.02 | 0.65 bps | 6,197.72 |
|  | September - 9/1 to 9/15 | 1,138,878,304.98 | 0.65 bps | 3,084.46 |
|  | September - 9/16 to 9/19 | 1,138,878,304.98 | 0.65 bps | 822.52 |
|  | September - 9/20 to 9/30 | 1,138,878,304.98 | 0.65 bps | 2,261.94 |
|  |  |  |  | 18,587.02 |
|  |  |  |  |  |
| LXS 2007-4N | July | 1,884,899,032.58 | 0.65 bps | 10,209.87 |
|  | August | 1,871,936,451.21 | 0.65 bps | 10,139.66 |
|  | September - 9/1 to 9/15 | 1,862,757,401.73 | 0.65 bps | 5,044.97 |
|  | September - 9/16 to 9/19 | 1,862,757,401.73 | 0.65 bps | 1,345.32 |
|  | September - 9/20 to 9/30 | 1,862,757,401.73 | 0.65 bps | 3,699.64 |
|  |  |  |  | 30,439.46 |
|  |  |  |  |  |
| LXS 2007-5H | July | 768,330,192.64 | 0.65 bps | 4,161.79 |
|  | August | 758,356,402.45 | 0.65 bps | 4,107.76 |
|  | September - 9/1 to 9/15 | 742,784,136.03 | 0.65 bps | 2,011.71 |
|  | September - 9/16 to 9/19 | 742,784,136.03 | 0.65 bps | 538.46 |
|  | September - 9/20 to 9/30 | 742,784,136.03 | 0.65 bps | 1,475.25 |
|  |  |  |  | 12,292.97 |
|  |  |  |  |  |
| LXS 2007-6 | July | 1,452,723,397.24 | 0.65 bps | 7,868.92 |
|  | August | 1,426,600,707.21 | 0.65 bps | 7,727.42 |
|  | September - 9/1 to 9/15 | 1,406,287,577.94 | 0.65 bps | 3,808.70 |
|  | September - 9/16 to 9/19 | 1,406,287,577.94 | 0.65 bps | 1,015.65 |
|  | September - 9/20 to 9/30 | 1,406,287,577.94 | 0.65 bps | 2,793.04 |
|  |  |  |  | 23,213.73 |
|  |  |  |  |  |
| INDX 2006-AF | July | 899,842,257.53 | 0.65 bps | 4,874.15 |
|  | August | 891,274,110.26 | 0.65 bps | 4,827.73 |
|  | September - 9/1 to 9/15 | 884,944,640.34 | 0.65 bps | 2,396.73 |
|  | September - 9/16 to 9/19 | 884,944,640.34 | 0.65 bps | 639.13 |
|  | September - 9/20 to 9/30 | 884,944,640.34 | 0.65 bps | 1,757.60 |
|  |  |  |  | 14,495.34 |

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| Invoice Number: | 0000022918 |
| Invoice Date: | 9/30/2008 |

Ellen Kienan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096  USA

SEPTEMBER 2008 BOND REPORTING FEE
LSSCO 99-2

| | |
|---|---|
| For Period of 09/01/08 to 09/15/08 | 750.00 |
| For Period of 09/16/08 to 09/19/08 | 200.00 |
| For Period of 09/20/08 to 09/30/08 | 550.00 |

**TOTAL**                1,500.00

Please remit payment to:

JP Morgan Chase Bank
SWIFT: CHASUS33
ABA/Routing number: 021000021
Account number : 114778965
For the account of Clayton Fixed Income Services

Please include the invoice number as your payment reference.

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

| | |
|---|---|
| Invoice Number: | 0000022919 |
| Invoice Date: | 9/30/2008 |

Ellen Kienan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096   USA

LOSS MITIGATION FEE SASCO 98-8

| | |
|---|---|
| July 08 - 92 - 43 x 9.5 | 465.50 |
| August 08 - 86 - 43 x 9.5 | 408.50 |
| September 08 - 85 - 39 x 9.5 | |
| For Period of 09/01/08 to 09/15/08 | 218.50 |
| For Period of 09/16/08 to 09/19/08 | 58.27 |
| For Period of 09/20/08 to 09/30/08 | 160.23 |

|  | **TOTAL** | 1,311.00 |
|---|---|---|

Please remit payment to:

JP Morgan Chase Bank
SWIFT: CHASUS33
ABA/Routing number: 021000021
Account number : 114778965
For the account of Clayton Fixed Income Services

Please include the invoice number as your payment reference.

# Invoice

**Clayton Fixed Income Services**
**1700 Lincoln, Suite 1600**
**Denver, CO 80203**

|  |  |
|---|---|
| Invoice Number: | 0000022920 |
| Invoice Date: | 9/30/2008 |

Ellen Kienan
Lehman Brothers, Inc.
c/o Image Processing Systems
Lehman Brothers Accounts Payable Dept.
PO Box 2339
Secaucus, NJ  07096   USA

CREDIT RISK MANAGEMENT SERVICES – SEPTEMBER 2008

SASCO 2002- RM1
LOANS IN POOL - 326 x $5 = $1,630.00
Base Fee = $1000.00

| | |
|---|---|
| For Period of 09/01/08 to 09/15/08 | 1,315.00 |
| For Period of 09/16/08 to 09/19/08 | 350.67 |
| For Period of 09/20/08 to 09/30/08 | 964.33 |

| | |
|---|---|
| **TOTAL** | 2,630.00 |

Please remit payment to:

JP Morgan Chase Bank
SWIFT: CHASUS33
ABA/Routing number: 021000021
Account number : 114778965
For the account of Clayton Fixed Income Services

Please include the invoice number as your payment reference.