UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br>*et al.*<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**STACEY B. SIMMONS,** being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and reside in Willingboro, New Jersey.

2. On October 3, 2008 I caused to be served a copy of the Objection to Cure Amount by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses indicated below:

Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153

*Attorneys for Lehman Brothers Holdings, Inc.*

Jeffery S. Margolin, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004

*Attorneys for SIPC Trustee*

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006

*Attorneys for Purchaser*

_____
STACEY B. SIMMONS

Sworn to before me this 3d
day of October, 2008

_____
Notary Public

MARY ELLA CONTE
Notary Public, State of New York
No. 01CO6099008
Qualified in Richmond County
Commission Expires ___9/22/11