# **EXHIBIT A-1**

**EXHIBIT A-1**

**PROPOSED CURE AMOUNT* FOR "HARD-DOLLAR AGREEMENTS"**

LBI is party to that certain Bloomberg Agreement #7427, dated March 23, 1989, by and between Bloomberg Finance L.P. (as assignee of Bloomberg L.P.) (Bloomberg Finance L.P., Bloomberg L.P. and their affiliates are collectively referred to herein as "Bloomberg") and LBI (as successor in interest to Shearson Lehman Hutton Inc.) (the "Master Agreement"), under which schedules have been executed by various Lehman entities, including LBI. Information for each schedule executed under the Master Agreement is set forth below.

* The amounts reflected herein are as of September 22, 2008. Further amounts may be due and owing under the LBI Bloomberg Contracts relating to the period commencing on September 23, 2008. The amounts indicated below have, in some instances, been reduced by certain credits provided by Bloomberg. Additionally, in some instances, amounts are owed on accounts that have been deactivated or for subscriptions that have been relocated to other accounts. Bloomberg hereby reserves all rights to setoff in connection with the Bloomberg Contracts.

**TERMINALS IN THE UNITED STATES:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 2873 | US | 7427 | 3 | $13,504.00 | | $13,504.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 4025 | US | 7427 | 53 | $260,544.83 | | $260,544.83 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 17766 | US | 7427 | 9 | $44,507.08 | | $44,507.08 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 19416 | US | 7427 | 9 | $44,945.00 | | $44,945.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 30716 | US | 7427 | 44 | $227,021.68 | -$50.00 | $226,971.68 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 61276 | US | 7427 | 7 | $31,712.00 | | $31,712.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 139441 | US | 7427 | 9 | $44,016.00 | | $44,016.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 159707 | US | 7427 | 6 | $27,332.00 | | $27,332.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 197272 | US | 7427 | 1 | $4,500.00 | | $4,500.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 207435 | US | 7427 | 24 | $114,885.25 | | $114,885.25 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 228886 | US | 7427 | 188 | $995,271.71 | $350.00 | $995,621.71 |
| LEHMAN BROTHERS. INC. | LEHMAN BROTHERS INC | 231944 | US | 7427 | 1298 | $6,738,187.03 | $8,800.00 | $6,746,987.03 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 237308 | US | 7427 | 1 | $4,913.44 | | $4,913.44 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 239031 | US | 7427 | 19 | $102,630.12 | -$200.00 | $102,430.12 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 241950 | US | 7427 | 10 | | -$21,566.08 | -$21,566.08 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 244297 | US | 7427 | 1 | $4,500.00 | | $4,500.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 245667 | US | 7427 | 3 | | -$900.00 | -$900.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 245673 | US | 7427 | 16 | | -$4,912.31 | -$4,912.31 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 245679 | US | 7427 | 5 | | | $0.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 253403 | US | 7427 | 3 | | $4,400.00 | $4,400.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 257688 | US | 7427 | 1 | $26,693.99 | | $26,693.99 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 276000 | US | 7427 | 0 | $6,660.36 | | $6,660.36 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 323246 | US | 7427 | 1 | $4,911.57 | | $4,911.57 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 398020 | US | 7427 | 23 | $133,244.79 | | $133,244.79 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 416886 | US | 7427 | 7 | | -$11,921.37 | -$11,921.37 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 429042 | US | 7427 | 0 | -$3,116.11 | | -$3,116.11 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 460894 | US | 7427 | 7 | $35,111.44 | | $35,111.44 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 525116 | US | 7427 | 26 | $129,897.56 | -$50.00 | $129,847.56 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 525628 | US | 7427 | 1 | $4,500.00 | | $4,500.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 533304 | US | 7427 | 1 | $5,463.19 | | $5,463.19 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 537969 | US | 7427 | 17 | $84,703.00 | | $84,703.00 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 543141 | US | 7427 | 4 | $18,364.00 | | $18,364.00 |

| Entity Name | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced | Unpaid Unbilled | Total Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 577019 | US | 7427 | 2 | $9,464.00 | -$50.00 | $9,414.00 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 580203 | US | 7427 | 1 | $4,536.00 | | $4,536.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 585367 | US | 7427 | 2 | $9,753.78 | | $9,753.78 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 586690 | US | 7427 | 43 | $249,571.00 | | $249,571.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC | 603659 | US | 7427 | 224 | $1,358,546.57 | -$300.00 | $1,358,246.57 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC. | 609640 | US | 7427 | 5 | $27,184.25 | | $27,184.25 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC. | 609788 | US | 7427 | 8 | $45,649.00 | | $45,649.00 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC. | 610820 | US | 7427 | 11 | $58,025.20 | | $58,025.20 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC. | 610841 | US | 7427 | 1 | $4,500.00 | | $4,500.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS, INC. | 631345 | US | 7427 | 0 | $1,625.64 | | $1,625.64 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 661008 | US | 7427 | 451 | | | $0.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 678614 | US | 7427 | 1 | $6,077.73 | | $6,077.73 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 691342 | US | 7427 | 1 | $4,500.00 | | $4,500.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 720491 | US | 7427 | 1 | $12,318.93 | | $12,318.93 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC. | 724976 | US | 7427 | 1 | $5,381.28 | | $5,381.28 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 730497 | US | 7427 | 1 | $4,758.75 | | $4,758.75 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 744993 | US | 7427 | 0 | $1,160.96 | | $1,160.96 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 749769 | US | 7427 | 0 | $3,115.50 | | $3,115.50 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 761572 | US | 7427 | 3 | $19,302.80 | | $19,302.80 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 763507 | US | 7427 | 2 | $209,246.91 | -$8,150.00 | $201,096.91 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 775443 | US | 7427 | 4 | $19,944.28 | | $19,944.28 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 595709 | US | 7427 | 2 | $13,824.40 | | $13,824.40 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS, INC. | 661948 | US | 7427 | 27 | $204,033.94 | | $204,033.94 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 30000290 | US | 7427 | 0 | $2,140.00 | | $2,140.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 30001392 | US | 7427 | 0 | $2,167.50 | | $2,167.50 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS, INC. | 30001874 | US | 7427 | 0 | $3,701.28 | | $3,701.28 |
| LEHMAN BROTHERS BANKHAUS AG | LEHMAN BROTHERS BANKHAUS AG | 13017 | US | 7427 | 0 | -$3,617.71 | | -$3,617.71 |
| LEHMAN 2008 HEALTHCARE | LEHMAN BROTHERS INC. | 769091 | US | 7427 | 0 | $2,140.00 | | $2,140.00 |
| LEHMAN BROTHERS-PHILADELPHIA | LEHMAN BROTHERS INC. | 458544 | US | 7427 | 6 | $33,577.80 | | $33,577.80 |
| LEHMAN BROTHERS ASSET MANAGEMENT LLC | LEHMAN BROTHERS INC. | 611598 | US | 7427 | 8 | $36,000.00 | | $36,000.00 |
| LEHMAN BROTHERS ASSET MANAGEMENT LLC | LEHMAN BROTHERS ASSET MANAGEMENT LLC | 725309 | US | 7427 | 2 | $6,502.52 | | $6,502.52 |
| TOWNSEND ANALYTICS LTD | TOWNSEND ANALYTICS LTD | 766604 | US | 7427 | 1 | $6,057.00 | | $6,057.00 |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS INC. | 18261 | US | 7427 | 0 | -$1,129.06 | | -$1,129.06 |
| LEHMAN BROTHERS BANKHAUS AG | LEHMAN BROTHERS BANKHAUS AG | 14117 | US | 7427 | 0 | -$5,270.35 | | -$5,270.35 |
| LEHMAN BROS INT. EU. IT. BRANCH | LEHMAN BROS INT. EU. IT. BRANCH | 252285 | US | 7427 | 0 | -$2,531.83 | | -$2,531.83 |

| *Total terminals in the US:* | | | | | **2605** | *Total $ owed for U.S.:* | | **$11,422,612.24** |

**TERMINALS IN CANADA:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 652787 | CND | 7427 | 1 | $4,725.00 | | $4,725.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC | 692621 | CND | 7427 | 1 | $8,141.70 | | $8,141.70 |

| *Total terminals in Canada:* | | | | | **2** | *Total $ owed for Canada:* | | **$12,866.70** |

**TERMINALS IN THE UNITED KINGDOM:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS, INC. | 615908 | ENG | 7427 | 8 | $185.65 | | $185.65 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS, INC. | 30009063 | ENG | 7427 | 1 | | | $0.00 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS, INC. | 555262 | ENG | 7427 | 3 | $3,458.03 | | $3,458.03 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS LTD. | 310979 | ENG | 7427 | 1044 | $4,111,385.34 | | $4,111,385.34 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS LTD | 702727 | ENG | 7427 | 2 | $26,618.45 | | $26,618.45 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS LTD | 623086 | ENG | 7427 | 3 | $16,639.18 | | $16,639.18 |
| LEHMAN BROTHERS INTERNATIONAL EUROPE | LEHMAN BROTHERS LTD | 382611 | ENG | 7427 | 11 | $71,703.14 | | $71,703.14 |
| LEHMAN BROTHERS SVCS INDIA PVT LTD | LEHMAN BROTHERS SVCS INDIA PVT LTD | 723785 | ENG | 7427 | 1 | $15,656.88 | | $15,656.88 |
| **Total terminals in the UK:** | | | | | **1073** | **Total $ owed for U.K:** | | **$4,245,646.67** |

**TERMINALS IN HONG KONG:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 460345 | HK | 7427 | 142 | $26,144.00 | $130,154.56 | $156,298.56 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 460353 | HK | 7427 | 62 | $102,661.30 | | $102,661.30 |
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | 460357 | HK | 7427 | 61 | $93,695.28 | | $93,695.28 |
| LEHMAN BROTHERS INC. | LEHMAN BROS ASIA HOLDINGS LTD | 657174 | HK | 7427 | 6 | $6,880.00 | | $6,880.00 |
| **Total terminals in Hong Kong:** | | | | | **271** | **Total $ owed for Hong Kong:** | | **$359,535.14** |

**TERMINALS IN MEXICO:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 82853 | MX | 7427 | 1 | $4,500.00 | | $4,500.00 |
| **Total terminals in Mexico:** | | | | | **1** | **Total $ owed for Mexico:** | | **$4,500.00** |

**TERMINALS IN ARGENTINA**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 126628 | AR | 7427 | 4 | $24,010.00 | | $24,010.00 |
| LEHMAN BROTHERS INTERNATIONAL | LEHMAN BROTHERS INC. | 135720 | AR | 7427 | 0 | $112.58 | | $112.58 |
| **Total terminals in Argentina:** | | | | | **4** | **Total $ owed for Argentina:** | | **$24,122.58** |

**TERMINALS IN ISRAEL:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS, INC. | 217808 | IS | 7427 | 2 | $4,950.00 | -$690.41 | $4,259.59 |

| Total terminals in Israel: | | | | | | | | 2 | Total $ owed for Israel: | | $4,259.59 |

**TERMINALS IN JAPAN:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS JAPAN INC. | 388915 | J | 7427 | 287 | $519,326.77 | | $519,326.77 |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS JAPAN INC. | 438885 | J | 7427 | 5 | $17,773.98 | | $17,773.98 |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS JAPAN INC. | 603856 | J | 7427 | 2 | $16,089.57 | | $16,089.57 |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS JAPAN INC. | 725434 | J | 7427 | 14 | $42,840.00 | | $42,840.00 |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS JAPAN INC. | 595705 | J | 7427 | 0 | $29,925.00 | | $29,925.00 |

| Total terminals in Japan: | | | | | | | | 308 | Total $ owed for Japan: | | $625,955.32 |

**TERMINALS IN INDIA:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS SVCS INDIA PVT LTD | LEHMAN BROTHERS SVCS INDIA PVT LTD | 508338 | IN | 7427 | 16 | $260,817.36 | | $260,817.36 |
| LEHMAN BROTHERS SVCS INDIA PVT LTD | LEHMAN BROTHERS SVCS INDIA PVT LTD | 775211 | IN | 7427 | 4 | -$9,359.29 | $3,700.00 | -$5,659.29 |
| LEHMAN BROTHERS SECURITIES PVT LTD | LEHMAN BROTHERS SECURITIES PVT LTD | 582041 | IN | 7427 | 23 | $159,914.26 | | $159,914.26 |
| LEHMAN BROTHERS ADVISORS PVT LTD | LEHMAN BROTHERS ADVISORS PVT LTD | 683397 | IN | 7427 | 11 | -$5,438.40 | $2,714.29 | -$2,724.11 |
| LEHMAN BROTHERS FINANCIAL SERVICES INDIA PVT LTD | LEHMAN BROTHERS FINANCIAL SERVICES INDIA PVT LTD | 655951 | IN | 7427 | 13 | $82,183.75 | | $82,183.75 |
| LEHMAN BROS FIXED INC SEC PVT LTD | LEHMAN BROS FIXED INC SEC PVT LTD | 749513 | IN | 7427 | 4 | $59,567.65 | | $59,567.65 |
| LEHMAN BROS STRUCTURED FIN SERV PLT | LEHMAN BROS STRUCTURED FIN SERV PLT | 30009711 | IN | 7427 | 21 | $96,910.50 | $3,015.61 | $99,926.11 |

| Total terminals in India: | | | | | | | | 92 | Total $ owed for India: | | $654,025.73 |

**TERMINALS IN SINGAPORE:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS SINGAPORE PTE LTD | LEHMAN BROTHERS SINGAPORE PTE LTD | 34797 | SP | 7427 | 74 | $253,641.36 | | $253,641.36 |

| Total terminals in Singapore: | | | | | | | | 74 | Total $ owed for Singapore: | | $253,641.36 |

**TERMINALS IN FRANCE:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS SA | LEHMAN BROTHERS SA | 728880 | F | 7427 | 48 | | -$7,750.00 | -$7,750.00 |

| | | | | | | | Total $ owed for France: | | -$7,750.00 |
|---|---|---|---|---|---|---|---|---|---|
| **Total terminals in France:** | | | | | | **48** | | | |

**TERMINALS IN SWITZERLAND:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INTERNATIONAL | LEHMAN BROTHERS INTERNATIONAL | 155492 | CH | 7427 | 36 | $74,061.08 | -$600.00 | $73,461.08 |
| LEHMAN BROTHERS INT'L EUROPE GENEVA | LEHMAN BROTHERS INT'L EUROPE GENEVA | 30009730 | CH | 7427 | 4 | | $592.72 | $592.72 |
| **Total terminals in Switzerland:** | | | | | **40** | **Total $ owed for Switzerland:** | | **$74,053.80** |

**TERMINALS IN GERMANY:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS BANKHAUS AG | LEHMAN BROTHERS BANKHAUS AG | 176853 | D | 7427 | 31 | $60,986.50 | | $60,986.50 |
| LEHMAN BROTHERS BANKHAUS AG | LEHMAN BROTHERS BANKHAUS AG | 141171036 | D | 7427 | 0 | -$1,276.00 | | -$1,276.00 |
| LEHMAN BROTHERS BANKHAUS AG | LEHMAN BROTHERS BANKHAUS AG | 11777 | D | 7427 | 0 | -$1,779.34 | | -$1,779.34 |
| LEHMAN BROTHERS BANKHAUS AG | LEHMAN BROTHERS BANKHAUS AG | 28378 | D | 7427 | 0 | -$6,777.50 | | -$6,777.50 |
| **Total terminals in Germany:** | | | | | **31** | **Total $ owed for Germany:** | | **$51,153.66** |

**TERMINALS IN ITALY:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROS INT. EU. IT. BRANCH | LEHMAN BROS INT EU. IT. BRANCH | 16067 | I | 7427 | 26 | $42,922.00 | -$900.00 | $42,022.00 |
| LEHMAN BROS INTNL. EUROPE ITA. BRANCH | LEHMAN BROS INTNL. EUROPE ITA. BRANCH | 265680 | I | 7427 | 2 | -$380.00 | $3,000.00 | $2,620.00 |
| **Total terminals in Italy:** | | | | | **28** | **Total $ owed for Italy:** | | **$44,642.00** |

**TERMINALS IN KOREA:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INVEST. KOREA INC | LEHMAN BROTHERS INVEST. KOREA INC | 194267 | KS | 7427 | 1 | $2,020.62 | | $2,020.62 |
| LEHMAN BROTHERS INT'L (EUROPE) SEOUL BRANCH | LEHMAN BROTHERS INC | 195364 | KS | 7427 | 26 | $181,830.76 | | $181,830.76 |
| LEHMAN BROTHERS BANKHAUS AG SEOUL BR | LEHMAN BROTHERS BANKHAUS AG SEOUL BR | 30007205 | KS | 7427 | 1 | -$156.72 | | -$156.72 |
| **Total terminals in  Korea:** | | | | | **28** | **Total $ owed for Korea:** | | **$183,694.66** |

**TERMINALS IN BRAZIL:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|

| | | | | | | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS DO BRASIL | LEHMAN BROTHERS DO BRASIL | 707314 | BR | 7427 | 10 | | | $49,246.02 |

| | | | | | **10** | **Total $ owed for Brazil:** | | **$49,246.02** |
|---|---|---|---|---|---|---|---|---|
| **Total terminals in Brazil:** | | | | | | | | |

**TERMINALS IN SPAIN:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INT'L (EUROPE) | LEHMAN BROTHERS INT'L (EUROPE) | 732835 | E | 7427 | 7 | -$1,683.50 | | -$1,683.50 |

| **Total terminals in Spain:** | | | | | **7** | **Total $ owed for Spain:** | | **-$1,683.50** |
|---|---|---|---|---|---|---|---|---|

**TERMINALS IN THE UNITED ARAB EMIRATES:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LBIE DUBAI BRANCH | LBIE DUBAI BRANCH | 682469 | EM | 7427 | 7 | | $3,669.77 | $3,669.77 |

| **Total terminals in United Arab Emirates:** | | | | | **7** | **Total $ owed for UAE:** | | **$3,669.77** |
|---|---|---|---|---|---|---|---|---|

**TERMINALS IN THE NETHERLANDS:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INTERNATIONAL EUROPE | LEHMAN BROTHERS INTERNATIONAL EUROPE | 157962 | NL | 7427 | 6 | $19,878.00 | | $19,878.00 |

| **Total terminals in the Netherlands:** | | | | | **6** | **Total $ owed for Netherlands:** | | **$19,878.00** |
|---|---|---|---|---|---|---|---|---|

**TERMINALS IN CHINA:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 499773 | CN | 7427 | 1 | | | $0.00 |
| LEHMAN BROTHERS ASIA LTD SH REP OFFICE | LEHMAN BROTHERS INC | 697715 | CN | 7427 | 1 | | | $0.00 |
| LEHMAN BROTHERS ASIA LTD SH REP OFFICE | LEHMAN BROTHERS ASIA LTD SH REP OFFICE | 754412 | CN | 7427 | 3 | | | $0.00 |

| **Total terminals in China:** | | | | | **5** | **Total $ owed for China:** | | **$0.00** |
|---|---|---|---|---|---|---|---|---|

**TERMINALS IN RUSSIA:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS OOO | LEHMAN BROTHERS OOO | 30013190 | SU | 7427 | 5 | $21,476.00 | $642.17 | $22,118.17 |
| LEHMAN BROTHERS OOO | LEHMAN BROTHERS OOO | 764210 | SU | 7427 | 0 | $9,868.00 | | $9,868.00 |

| **Total terminals in Russia:** | | | | | **5** | **Total $ owed for Russia:** | | **$31,986.17** |
|---|---|---|---|---|---|---|---|---|

**TERMINALS IN TAIWAN:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS SECURITIES TAIWAN LIMITED | LEHMAN BROTHERS SECURITIES TAIWAN LIMITED | 335190 | TI | 7427 | 3 | $5,101.10 | | $5,101.10 |
| LEHMAN BROTHERS SECURITIES TAIWAN LIMITED | LEHMAN BROTHERS SECURITIES TAIWAN LIMITED | 749874 | TI | 7427 | 1 | $3,202.50 | | $3,202.50 |
| LEHMAN BROTHERS SECURITIES TAIWAN LIMITED | LEHMAN BROTHERS SECURITIES TAIWAN LIMITED | 749886 | TI | 7427 | 1 | $3,208.80 | | $3,208.80 |
| *Total terminals in Taiwan:* | | | | | **5** | *Total $ owed for Taiwan:* | | **$11,512.40** |

**TERMINALS IN TURKEY**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS INTERNATIONAL EUROPE | LEHMAN BROTHERS LTD | 753561 | TR | 7427 | 3 | $15,805.00 | | $15,805.00 |
| *Total terminals in Turkey:* | | | | | **3** | *Total $ owed for Turkey:* | | **$15,805.00** |

**TERMINALS IN LUXEMBOURG:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS (LUXEMBOURG) S.A. | LEHMAN BROTHERS INC | 552814 | L | 7427 | 2 | -$920.00 | | -$920.00 |
| *Total terminals in Luxembourg:* | | | | | **2** | *Total $ owed for Luxembourg:* | | **-$920.00** |

**TERMINALS IN THAILAND:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | # of Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS (THAILAND) LTD | LEHMAN BROTHERS (THAILAND) LTD | 444353 | TH | 7427 | 1 | $512.63 | | $512.63 |
| *Total terminals in Thailand:* | | | | | **1** | *Total $ owed for Thailand:* | | **$512.63** |

| **TOTAL $ OWED FOR HARD DOLLAR ACCOUNTS:** | **$18,082,965.94** |
|---|---|