# **EXHIBIT A-2**

**EXHIBIT A-2**

**PROPOSED CURE AMOUNT* FOR "SOFT-DOLLAR AGREEMENTS"**

LBI is party to that certain Bloomberg Master Soft Dollar Agreement for Account No. 9246, dated December 14, 2000, by and between Bloomberg Finance L.P. (as assignee of Bloomberg L.P.) (Bloomberg Finance L.P., Bloomberg L.P. and their affiliates are collectively referred to herein as "Bloomberg") and LBI (the "Master Soft Dollar Agreement"), under which schedules have been executed by various Lehman entities, including LBI. LBI is also party to that certain Bloomberg Master Provider Agreement for Account No. 691888, dated May 16, 2007, by and between Bloomberg Finance L.P. (as assignee of Bloomberg L.P.) and LBI (the "Master Provider Agreement"), under which a schedule has been executed by LBI. Information for each schedule executed under the Master Soft Dollar Agreement and the Master Provider Agreement is set forth below.

\*  The amounts reflected herein are as of September 22, 2008.  Further amounts may be due and owning under the LBI Bloomberg Contracts relating to the period commencing on September 23, 2008.  Additionally, the amounts indicated below have, in some instances, been reduced by certain credits provided by Bloomberg.  Bloomberg hereby reserves all rights to setoff in connection with the Bloomberg Contracts.

**SOFT DOLLAR TERMINALS IN THE UNITED STATES:**

| CUSTOMER # | ENTITY NAME ON SCHEDULE | SOFT $ ACCT | COUNTRY | # TERMINALS | UNPAID INVOICED AMOUNTS | UNPAID UNBILLED AMOUNTS | TOTAL AMOUNT OWED |
|---|---|---|---|---|---|---|---|
| 48838 | LEHMAN BROTHERS INC | 9764 | US | 52 | -$541.88 | | -$541.88 |
| 234608 | LEHMAN BROTHERS INC | 9764 | US | 45 | $206,913.83 | | $206,913.83 |
| 354706 | LEHMAN BROTHERS INC | 9764 | US | 41 | $262.50 | $10,744.95 | $11,007.45 |
| 19539 | LEHMAN BROTHERS INC | 9764 | US | 35 | $217,649.11 | | $217,649.11 |
| 5976 | LEHMAN BROTHERS INC | 9764 | US | 32 | $167,048.00 | $4,342.29 | $171,390.29 |
| 75930 | LEHMAN BROTHERS INC | 9764 | US | 32 | $165,913.50 | | $165,913.50 |
| 306071 | LEHMAN BROTHERS INC | 9764 | US | 28 | $270.94 | | $270.94 |
| 52747 | LEHMAN BROTHERS INC | 9764 | US | 20 | | $105,338.90 | $105,338.90 |
| 237499 | LEHMAN BROTHERS INC | 9764 | US | 18 | $325.14 | $32,882.03 | $33,207.17 |
| 516701 | LEHMAN BROTHERS INC. | 9764 | US | 7 | $59,201.00 | | $59,201.00 |
| 516709 | LEHMAN BROTHERS INC | 9764 | US | 17 | $106.25 | -$6,971.53 | -$6,865.28 |
| 337530 | LEHMAN BROTHERS INC | 9764 | US | 17 | $89,805.00 | | $89,805.00 |
| 554913 | LEHMAN BROTHERS INC | 9764 | US | 17 | | $15,449.35 | $15,449.35 |
| 337542 | LEHMAN BROTHERS INC | 9764 | US | 15 | | | $0.00 |
| 90796 | LEHMAN BROTHERS INC | 9764 | US | 12 | $943.50 | | $943.50 |
| 530076 | LEHMAN BROTHERS INC | 9764 | US | 12 | $10,206.33 | | $10,206.33 |
| 352931 | LEHMAN BROTHERS INC | 9764 | US | 11 | $52,798.98 | | $52,798.98 |
| 63775 | LEHMAN BROTHERS INC | 9764 | US | 11 | -$3,197.06 | | -$3,197.06 |
| 65768 | LEHMAN BROTHERS INC | 9764 | US | 10 | | $10,940.34 | $10,940.34 |
| 579335 | LEHMAN BROTHERS INC | 9764 | US | 10 | | | $0.00 |
| 99681 | LEHMAN BROTHERS INC | 9764 | US | 9 | $46,701.47 | | $46,701.47 |
| 452648 | LEHMAN BROTHERS INC | 9764 | US | 9 | | $2,851.07 | $2,851.07 |
| 46092 | LEHMAN BROTHERS INC | 9764 | US | 8 | | $142.78 | $142.78 |
| 30002557 | LEHMAN BROTHERS INC | 9764 | US | 8 | $56,295.46 | $5,681.98 | $61,977.44 |
| 240345 | LEHMAN BROTHERS INC | 9764 | US | 8 | $44,707.16 | $10,329.02 | $55,036.18 |
| 161257 | LEHMAN BROTHERS INC | 9764 | US | 7 | $44,805.28 | | $44,805.28 |
| 516701 | LEHMAN BROTHERS INC | 9764 | US | 7 | | | $0.00 |
| 318735 | LEHMAN BROTHERS INC | 9764 | US | 7 | | $6,936.00 | $6,936.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 323078 | LEHMAN BROTHERS INC | 9764 | US | 7 | | | $0.00 |
| 553837 | LEHMAN BROTHERS INC | 9764 | US | 6 | $29,179.13 | | $29,179.13 |
| 387003 | LEHMAN BROTHERS INC | 9764 | US | 6 | | | $0.00 |
| 241193 | LEHMAN BROTHERS INC | 9764 | US | 6 | | | $0.00 |
| 96338 | LEHMAN BROTHERS INC | 9764 | US | 6 | $42,671.50 | | $42,671.50 |
| 51990 | LEHMAN BROTHERS INC | 9764 | US | 5 | | | $0.00 |
| 658001 | LEHMAN BROTHERS INC | 9764 | US | 5 | $38,579.42 | -$479.40 | $38,100.02 |
| 3602 | LEHMAN BROTHERS INC | 9764 | US | 5 | $28,616.85 | | $28,616.85 |
| 321542 | LEHMAN BROTHERS INC | 9764 | US | 5 | $352.22 | | $352.22 |
| 30002646 | LEHMAN BROTHERS INC | 9764 | US | 4 | | | $0.00 |
| 238676 | LEHMAN BROTHERS INC | 9764 | US | 3 | | | $0.00 |
| 610816 | LEHMAN BROTHERS INC | 9764 | US | 3 | $19,886.75 | | $19,886.75 |
| 166279 | LEHMAN BROTHERS INC | 9764 | US | 3 | | | $0.00 |
| 731171 | LEHMAN BROTHERS INC | 9764 | US | 3 | -$20.00 | | -$20.00 |
| 15312 | LEHMAN BROTHERS INC | 9764 | US | 3 | | | $0.00 |
| 65815 | LEHMAN BROTHERS INC | 9764 | US | 3 | | | $0.00 |
| 587652 | LEHMAN BROTHERS INC | 9764 | US | 3 | $15,800.00 | | $15,800.00 |
| 245028 | LEHMAN BROTHERS INC | 9764 | US | 3 | | | $0.00 |
| 675855 | LEHMAN BROTHERS INC | 9764 | US | 2 | | | $0.00 |
| 343439 | LEHMAN BROTHERS INC | 9764 | US | 2 | $9,000.00 | | $9,000.00 |
| 210060 | LEHMAN BROTHERS INC | 9764 | US | 2 | $12,029.40 | | $12,029.40 |
| 30010508 | LEHMAN BROTHERS INC | 9764 | US | 2 | | | $0.00 |
| 328098 | LEHMAN BROTHERS INC | 9764 | US | 2 | | | $0.00 |
| 259365 | LEHMAN BROTHERS INC | 9764 | US | 2 | $11,149.50 | | $11,149.50 |
| 736667 | LEHMAN BROTHERS INC | 9764 | US | 2 | $9,948.85 | | $9,948.85 |
| 18436 | LEHMAN BROTHERS INC | 9764 | US | 2 | $13,268.00 | | $13,268.00 |
| 5588 | LEHMAN BROTHERS INC | 9764 | US | 2 | $9,180.00 | | $9,180.00 |
| 122452 | LEHMAN BROTHERS INC | 9764 | US | 2 | $108.63 | | $108.63 |
| 145583 | LEHMAN BROTHERS INC | 9764 | US | 2 | -$473.05 | | -$473.05 |
| 201800 | LEHMAN BROTHERS INC | 9764 | US | 2 | | | $0.00 |
| 246046 | LEHMAN BROTHERS INC | 9764 | US | 2 | $18,454.22 | | $18,454.22 |
| 60615 | LEHMAN BROTHERS INC | 9764 | US | 2 | $9,225.00 | | $9,225.00 |
| 178616 | LEHMAN BROTHERS INC | 9764 | US | 2 | | | $0.00 |
| 261973 | LEHMAN BROTHERS INC | 9764 | US | 2 | $105.00 | | $105.00 |
| 21805 | LEHMAN BROTHERS INC | 9764 | US | 2 | $9,000.00 | | $9,000.00 |
| 754644 | LEHMAN BROTHERS INC | 9764 | US | 2 | $11,039.10 | | $11,039.10 |
| 771375 | LEHMAN BROTHERS INC | 9764 | US | 2 | $29,361.92 | | $29,361.92 |
| 358743 | LEHMAN BROTHERS INC | 9764 | US | 2 | | $1,279.80 | $1,279.80 |
| 179370 | LEHMAN BROTHERS INC | 9764 | US | 2 | | | $0.00 |
| 290326 | LEHMAN BROTHERS INC | 9764 | US | 2 | | | $0.00 |
| 30013605 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 514631 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 50723 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 690797 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 338358 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 406626 | LEHMAN BROTHERS INC | 9764 | US | 1 | $1,955.34 | | $1,955.34 |
| 31028 | LEHMAN BROTHERS INC | 9764 | US | 1 | $5,400.00 | | $5,400.00 |

| Customer # | Entity Name on Schedule | Soft $ Acct | Country | # Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|
| 132293 | LEHMAN BROTHERS INC | 9764 | US | 1 | $6,064.88 | | $6,064.88 |
| 646984 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 339579 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 625288 | LEHMAN BROTHERS INC | 9764 | US | 1 | $5,100.00 | | $5,100.00 |
| 13397 | LEHMAN BROTHERS INC | 9764 | US | 1 | $4,500.00 | | $4,500.00 |
| 63537 | LEHMAN BROTHERS INC | 9764 | US | 1 | $4,275.00 | | $4,275.00 |
| 71841 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 78035 | LEHMAN BROTHERS INC | 9764 | US | 1 | $4,275.00 | | $4,275.00 |
| 81015 | LEHMAN BROTHERS INC | 9764 | US | 1 | $481.50 | | $481.50 |
| 199216 | LEHMAN BROTHERS INC | 9764 | US | 1 | $5,400.00 | | $5,400.00 |
| 283631 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 356394 | LEHMAN BROTHERS INC | 9764 | US | 1 | $7,383.00 | | $7,383.00 |
| 359387 | LEHMAN BROTHERS INC | 9764 | US | 1 | $5,400.00 | | $5,400.00 |
| 580648 | LEHMAN BROTHERS INC | 9764 | US | 1 | $0.00 | | $0.00 |
| 674941 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 760590 | LEHMAN BROTHERS INC | 9764 | US | 1 | -$126.90 | | -$126.90 |
| 754155 | LEHMAN BROTHERS INC | 9764 | US | 1 | $9,000.00 | | $9,000.00 |
| 68891 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 740868 | LEHMAN BROTHERS INC | 9764 | US | 1 | | | $0.00 |
| 702465 | LEHMAN BROTHERS INC | 9764 | US | 1 | -$5,798.25 | | -$5,798.25 |
| 694989 | LEHMAN BROTHERS INC | 9764 | US | 1 | $6,648.49 | | $6,648.49 |
| 30012186 | LEHMAN BROTHERS INC | 9764 | US | 1 | $6,177.38 | | $6,177.38 |

| *Total soft dollar terminals in the US:* | **657** | *Total $ owed in the US:* | **$1,742,279.97** |
|---|---|---|---|

**SOFT DOLLAR TERMINALS IN GERMANY:**

| Customer # | Entity Name on Schedule | Soft $ Acct | Country | # Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|
| 467359 | LEHMAN BROTHERS INC | 9764 | D | 14 | | | $0.00 |
| 249095 | LEHMAN BROTHERS INC | 9764 | D | 10 | | $12,753.69 | $12,753.69 |

| *Total soft dollar terminals in Germany:* | **24** | *Total $ owed in Germany:* | **$12,753.69** |
|---|---|---|---|

**SOFT DOLLAR TERMINALS IN THE UNITED KINGDOM:**

| Customer # | Entity Name on Schedule | Soft $ Acct | Country | # Terminals | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|
| 689772 | LEHMAN BROTHERS INC | 9764 | ENG | 10 | $97,467.43 | | $97,467.43 |
| 251165 | LEHMAN BROTHERS INC | 9764 | ENG | 7 | $146.87 | | $146.87 |
| 768454 | LEHMAN BROTHERS INC | 9764 | ENG | 4 | $22,686.32 | | $22,686.32 |

| *Total soft dollar terminals in the UK:* | **21** | *Total $ owed in the UK:* | **$120,300.62** |
|---|---|---|---|

**SOFT DOLLAR TERMINALS IN HONG KONG:**

| CUSTOMER # | ENTITY NAME ON SCHEDULE | SOFT $ ACCT | COUNTRY | # TERMINALS | UNPAID INVOICED AMOUNTS | UNPAID UNBILLED AMOUNTS | TOTAL AMOUNT OWED |
|---|---|---|---|---|---|---|---|
| 534478 | LEHMAN BROTHERS INC | 9764 | HK | 13 | $150.00 | $3,507.37 | $3,657.37 |
| *Total soft dollar terminals in Hong Kong:* | | | | 13 | *Total $ owed in Hong Kong:* | | **$3,657.37** |

**SOFT DOLLAR TERMINALS IN FRANCE:**

| CUSTOMER # | ENTITY NAME ON SCHEDULE | SOFT $ ACCT | COUNTRY | # TERMINALS | UNPAID INVOICED AMOUNTS | UNPAID UNBILLED AMOUNTS | TOTAL AMOUNT OWED |
|---|---|---|---|---|---|---|---|
| 769850 | LEHMAN BROTHERS INC | 9764 | F | 11 | $68,393.00 | | $68,393.00 |
| *Total soft dollar terminals in France:* | | | | 11 | *Total $ owed in France:* | | **$68,393.00** |

**SOFT DOLLAR TERMINALS IN CANADA**

| CUSTOMER # | ENTITY NAME ON SCHEDULE | SOFT $ ACCT | COUNTRY | # TERMINALS | UNPAID INVOICED AMOUNTS | UNPAID UNBILLED AMOUNTS | TOTAL AMOUNT OWED |
|---|---|---|---|---|---|---|---|
| 174844 | LEHMAN BROTHERS INC | 9764 | CND | 4 | | | $0.00 |
| 284658 | LEHMAN BROTHERS INC | 9764 | CND | 1 | | | $0.00 |
| *Total soft dollar terminals in Canada:* | | | | 5 | *Total $ owed in Canada:* | | **$0.00** |

**SOFT DOLLAR TERMINALS IN JAPAN:**

| CUSTOMER # | ENTITY NAME ON SCHEDULE | SOFT $ ACCT | COUNTRY | # TERMINALS | UNPAID INVOICED AMOUNTS | UNPAID UNBILLED AMOUNTS | TOTAL AMOUNT OWED |
|---|---|---|---|---|---|---|---|
| 688532 | LEHMAN BROTHERS INC | 9764 | J | 3 | $21,942.07 | | $21,942.07 |
| 102467 | LEHMAN BROTHERS INC | 9764 | J | 1 | $5,501.23 | | $5,501.23 |
| 780694 | LEHMAN BROTHERS INC | 9764 | J | 1 | $5,786.99 | | $5,786.99 |
| *Total soft dollar terminals in Japan:* | | | | 5 | *Total $ owed in Japan:* | | $33,230.29 |

**SOFT DOLLAR TERMINALS IN BELGIUM:**

| CUSTOMER # | ENTITY NAME ON SCHEDULE | SOFT $ ACCT | COUNTRY | # TERMINALS | UNPAID INVOICED AMOUNTS | UNPAID UNBILLED AMOUNTS | TOTAL AMOUNT OWED |
|---|---|---|---|---|---|---|---|
| 734837 | LEHMAN BROTHERS INC | 9764 | B | 4 | $25,134.00 | | $25,134.00 |
| *Total soft dollar terminals in Belgium:* | | | | 4 | *Total $ owed in Belgium:* | | **$25,134.00** |

**SOFT DOLLAR TERMINALS IN TAIWAN**

| CUSTOMER # | ENTITY NAME ON SCHEDULE | SOFT $ ACCT | COUNTRY | # TERMINALS | UNPAID INVOICED AMOUNTS | UNPAID UNBILLED AMOUNTS | TOTAL AMOUNT OWED |
|---|---|---|---|---|---|---|---|
| 691876 | LEHMAN BROTHERS INC | 691888 | TI | 1 | | | $0.00 |

| *Total soft dollar terminals in Taiwan:* | 1 | *Total $ owed in Taiwan:* | $0.00 |
|---|---|---|---|

| **TOTAL $ OWED FOR SOFT DOLLAR ACCOUNTS:** | **$2,005,748.94** |
|---|---|