# **<u>EXHIBIT A-3</u>**

# EXHIBIT A-3

## PROPOSED CURE AMOUNT* FOR OTHER BLOOMBERG PRODUCTS

LBI is party to the following agreements: (i) Bloomberg Agreement #7427, dated March 23, 1989, by and between Bloomberg Finance L.P. (as assignee of Bloomberg L.P.) (Bloomberg Finance L.P., Bloomberg L.P. and their affiliates are collectively referred to herein as "Bloomberg") and LBI (as successor in interest to Shearson Lehman Hutton Inc.) and (ii) Bloomberg Per Security Datalicense Agreement #2682064, dated April 15, 2008, by and between Bloomberg Finance L.P. and LBI; under which schedules have been executed by various Lehman entities, including LBI. Additionally, Lehman Brothers Holdings Inc ("LBHI") is a party to that certain Bloomberg Datalicense Agreement #228051, dated February 7, 1997, by and between Bloomberg Finance L.P. (as assignee of Bloomberg L.P.) and LBHI, under which schedules have been executed by various Lehman entities, including LBI and LBHI. Information for each schedule executed under such agreements is set forth below.

\* The amounts reflected herein are as of September 22, 2008. Further amounts may be due and owning under the LBI Bloomberg Contracts relating to the period commencing on September 23, 2008. Additionally, the amounts indicated below have, in some instances, been reduced by certain credits provided by Bloomberg. Bloomberg hereby reserves all rights to setoff in connection with the Bloomberg Contracts.

**OTHER BLOOMBERG PRODUCTS PROVIDED IN THE UNITED STATES:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | Customer Type | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS | LEHMAN BROTHERS | 230258 | US | 7427 | Contributor | $1,300.50 | | $1,300.50 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 278377 | US | 7427 | Trading System | $1,300.50 | | $1,300.50 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 448427 | US | 7427 | Trading System | $21,675.01 | | $21,675.01 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 471339 | US | 7427 | Circuit Account | $44,694.34 | | $44,694.34 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS INC. | 473770 | US | 7427 | Tradebook | $642.00 | | $642.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 508675 | US | 7427 | Trading System | $642.00 | | $642.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 472838 | US | 7427 | Circuit Account | $1,284.00 | | $1,284.00 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 166471 | US | 228051 | Data License | -$75,259.34 | $31,301.64 | -$43,957.70 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 248893 | US | 228051 | Data License | $2,140.00 | | $2,140.00 |
| LEHMAN BROTHERS | LEHMAN BROTHERS | 310975 | US | 228051 | Data License | $61,641.87 | $69,212.42 | $130,854.29 |
| LEHMAN BROTHERS INC. | LEHMAN BROTHERS INC. | 380751 | US | 228051 | Data License | $35,244.52 | $16,306.80 | $51,551.32 |
| LEHMAN BROTHERS | LEHMAN BROTHERS | 405758 | US | 228051 | Data License | $93,624.98 | | $93,624.98 |
| LEHMAN BROTHERS HOLDINGS INC. | LEHMAN BROTHERS HOLDINGS INC. | 526423 | US | 228051 | Data License | $2,760.67 | $908.59 | $3,669.26 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS | 30001624 | US | 2682064 | Data License | $19,901.56 | $7,291.67 | $27,193.23 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS | 30001626 | US | 2682064 | Data License | $263,784.06 | $104,372.73 | $368,156.79 |

***Total $ owed in the US:*** **$704,770.52**

**OTHER BLOOMBERG PRODUCTS PROVIDED IN THE UNITED KINGDOM:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | Customer Type | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS | LEHMAN BROTHERS | 601128 | ENG | 7427 | Contributor | -$297.70 | | -$297.70 |
| DATA FEED/LEHMAN BROTHERS | LEHMAN BROTHERS INC. | 351511 | ENG | 7427 | Contributor | $5,569.50 | | $5,569.50 |
| LEHMAN BROTHERS, INC. | LEHMAN BROTHERS LTD. | 265273 | ENG | 7427 | Disaster Recovery | $10,810.00 | | $10,810.00 |
| LEHMAN BROTHERS, LIMITED | LEHMAN BROTHERS, LIMITED | 672174 | ENG | 228051 | Data License | $2,467.46 | $2,087.00 | $4,554.46 |
| LEHMAN BROTHERS HOLDINGS INC. | LEHMAN BROTHERS LTD. | 319575 | ENG | 228051 | Data License | $4,512.40 | $2,144.20 | $6,656.60 |

***Total $ owed in the UK:*** **$27,292.86**

**OTHER BLOOMBERG PRODUCTS PROVIDED IN JAPAN:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | Customer Type | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS JAPAN INC. | 537789 | J | 7427 | Trading System | $32,812.51 | | $32,812.51 |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS INC. | 603021 | J | 7427 | Data Feed | $1,260.00 | | $1,260.00 |
| LEHMAN BROTHERS JAPAN INC. | LEHMAN BROTHERS JAPAN INC. | 437052 | J | 228051 | Data License | $3,675.00 | $44.60 | $3,719.60 |

| | |
|---|---|
| *Total $ owed in Japan:* | **$37,792.11** |

**OTHER BLOOMBERG PRODUCTS PROVIDED IN SINGAPORE:**

| Entity Name on Schedule | Payer/Billing Name | Customer # | Country | Agreement # | Customer Type | Unpaid Invoiced Amounts | Unpaid Unbilled Amounts | Total Amount Owed |
|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | LEHMAN BROTHERS HOLDINGS INC. | 53135 | SG | 228051 | Data License | -$7,039.20 | | -$7,039.20 |

| | |
|---|---|
| *Total $ owed in Singapore:* | **-$7,039.20** |

| | |
|---|---|
| **TOTAL $ OWED FOR OTHER BLOOMBERG PRODUCTS:** | **$762,816.29** |