Jeffrey Kurtzman (JK-7689)
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
260 S. Broad Street
Philadelphia, PA 19102
Telephone: (215) 569-4493
Facsimile: (215) 568-6603
Attorneys for PJM Interconnection, L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, INC., |  |
| Debtor. |  |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears for PJM Interconnection, L.L.C., a creditor and party-in-interest in the above-captioned case, and pursuant to the Federal Rules of Bankruptcy Procedures hereby demands that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon the undersigned at the address of its counsel as set forth below:

> Jeffrey Kurtzman, Esquire
> KLEHR, HARRISON, HARVEY,
> BRANZBURG & ELLERS, LLP
> 260 S. Broad Street
> Philadelphia, PA 19102

PLEASE TAKE NOTICE that to the extent this is a case under Chapter 11 of the Bankruptcy Code, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes all notices and pleadings referred to in the above-mentioned Federal Rules of Bankruptcy Procedure

PHIL1 809191-1

together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents which, in any way, affect any of the above-captioned debtors or their property.

PLEASE TAKE FURTHER NOTICE that PJM Interconnection, L.L.C. does not intend for this notice of appearance or any later appearance, pleading, claim, or suit to constitute a waiver of (1) the right of PJM Interconnection, L.L.C. to have final orders in non-core matters entered only after de novo review by the District Court, (2) the right of PJM Interconnection, L.L.C. to a trial by jury in any proceeding so triable in this case or in any case, controversy or proceeding related to this case, (3) the right of PJM Interconnection, L.L.C. to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other right, claim, action, defense, set off or recoupment to which PJM Interconnection, L.L.C. is or may be entitled.

Dated: October 3, 2008

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By: _____
Jeffrey Kurtzman, Esquire (JK-7689)
260 S. Broad Street
Philadelphia, PA 19102
Telephone: (215) 569-4493
Facsimile: (215) 568-6603

Counsel for PJM Interconnection, L.L.C.