UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of October, 2008, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers to be served on all parties listed below by first-class mail, postage prepaid as follows:

| | |
|---|---|
| Harvey R. Miller, Esquire<br>Jacqueline Marcus, Esquire<br>Shai Waisman, Esquire<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY  10153 | James W. Giddens, as Trustee for<br>SIPA Liquidation of Lehman Brothers, Inc.<br>c/o Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY  10004 |
| Andrew D Velez-Rivera,<br>U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004 | James Tecce, Esquire<br>Sushell Kirpalani, Esquire<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010 |

_____
JEFFREY KURTZMAN, ESQUIRE

PHIL1 809191-1