## Exhibit A

| Vendor Name+ | Original Cure Total | Revised Cure Total | Notification Address 1 | Notification Address 2 | Notification City, State Zip |
|---|---|---|---|---|---|
| CME GAINS | $3,163,450.51 | $0.00 | | | |
| CME Exchange | $2,195,334.67 | $0.00 | | | |
| CBOT Exchange | $2,127,790.84 | $0.00 | | | |
| NYMEX Exchange | $731,643.91 | $0.00 | | | |
| CME Brokerage | $636,158.50 | $0.00 | | | |
| CBOT Brokerage | $530,279.60 | $0.00 | | | |
| CBOT Clearing | $454,907.67 | $0.00 | | | |
| NYMEX Brokerage | $179,977.00 | $0.00 | | | |
| Comex Exchange | $106,601.58 | $0.00 | | | |
| COMEX Brokerage | $25,525.75 | $0.00 | | | |

| Vendor Name | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity | Original Cure Total | Revised Cure Total |
|---|---|---|---|---|---|---|
| Chicago Board of Trade | Master Agreement | | 141 West Jackson Boulevard Chicago Illinois 60604 | Unknown | $0.00 | $0.00 |
| Chicago Board of Trade | TBD | | 141 West Jackson Boulevard Chicago Illinois 60604 | Unknown | $0.00 | $0.00 |
| Chicago Board of Trade | TBD | | 141 West Jackson Boulevard Chicago Illinois 60604 | Unknown | $0.00 | $0.00 |
| Chicago Board of Trade | Master Agreement | | 141 West Jackson Boulevard Chicago Illinois 60604 | Unknown | $0.00 | $0.00 |
| Chicago Board of Trade | Master Agreement | | 141 West Jackson Boulevard Chicago Illinois 60604 | Unknown | $0.00 | $0.00 |
| Chicago Board of Trade | Amendment/Addendum/Schedule | | 141 West Jackson Boulevard Chicago Illinois | Unknown | $0.00 | $0.00 |

| Vendor Name | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity | Original Cure Total | Revised Cure Total |
|---|---|---|---|---|---|---|
| | | | 60604 | | | |
| Chicago Board of Trade | Amendment/Addendum/Schedule | | 141 West Jackson Boulevard Chicago Illinois 60604 | Unknown | $0.00 | $0.00 |
| Chicago Mercantile | TBD | | 141 West Jackson Boulevard Chicago Illinois 60604 | Unknown | $0.00 | $0.00 |
| Chicago Mercantile Exchange | TBD | | 30 S. Wacker Drive Chicago Illinois 60606 | Unknown | $377,851.24 | $377,851.24 |
| Chicago Mercantile Exchange | Standalone Agreement | | 30 S. Wacker Drive Chicago Illinois 60606 | Unknown | $0.00 | $0.00 |
| Chicago Mercantile Exchange | Master Agreement | | 30 S. Wacker Drive Chicago Illinois 60606 | Unknown | $0.00 | $0.00 |
| Chicago Mercantile Exchange | Amendment/Addendum/Schedule | | 30 S. Wacker Drive Chicago Illinois 60606 | Unknown | $0.00 | $0.00 |
| Chicago Mercantile Exchange | Amendment/Addendum/Schedule | | 30 S. Wacker Drive Chicago Illinois 60606 | Unknown | $0.00 | $0.00 |
| Chicago Mercantile Exchange | Amendment/Addendum/Schedule | | 30 S. Wacker Drive Chicago Illinois 60606 | Unknown | $0.00 | $0.00 |
| Chicago Mercantile Exchange | Amendment/Addendum/Schedule | | 30 S. Wacker Drive Chicago Illinois 60606 | Unknown | $0.00 | $0.00 |
| CMA, Inc. | Amendment/Addendum/Schedule | | 1120 Ave of Americas 20th floor, New York, NY 10035 | LB | $0.00 | $0.00 |

| Vendor Name + | Cure amounts |
|---|---:|
| Chicago Board of Trade | $0.00 |
| Chicago Mercantile Exchange | $0 |
| CMA, Inc. | $0.00 |