SQUIRE, SANDERS & DEMPSEY L.L.P.
Stephen D. Lerner (2067841)
350 Park Avenue
New York, NY 10022
(212) 872-9800 - phone
(212) 872-9815 - facsimile

*Attorneys Broadridge Securities Processing Solutions, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
Lehman Brothers Holdings, Inc., et al.,                        :    Case No. 08-13555 (JMP)
                                                               :
                                Debtors.                       :    Jointly Administered
                                                               :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Broadridge Securities Processing Solutions, Inc. and, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, requests that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the e-mail addresses indicated:

1

>Stephen D. Lerner (SL 7598)
>Squire, Sanders & Dempsey L.L.P.
>221 E. Fourth Street, Suite 2900
>Cincinnati, Ohio 45202
>Telephone: 513.361.1200
>Fax: 513.361.1201
>E-mail: slerner@ssd.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, email or otherwise, that affects the Debtor or property of the Debtor.

October 3, 2008

>Respectfully submitted,
>
>SQUIRE, SANDERS & DEMPSEY L.L.P.
>
>/s/Stephen D. Lerner
>Stephen D. Lerner (2067841)
>350 Park Avenue
>New York, NY 10022
>(212) 872-9800 - phone
>(212) 872-9815 – facsimile
>
>*Attorneys Broadridge Securities Processing Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was served, via filing through the Court's ECF system this 3rd day of October, 2008.

                                            */s/ Stephen D. Lerner*
                                            Stephen D. Lerner