**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
: 
In re                                                                          :    **Chapter 11 Case No.**
                                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :    **08-13555 (JMP)**
                                                                                  :
       Debtors.                           :    **(Jointly Administered)**
                                                                                  :
                                                                                  :
-------------------------------------------------------------------x

## ORDER PURSUANT TO LOCAL BANKRUPTCY
## RULE 1007-2(e) SCHEDULING INITIAL CASE CONFERENCE

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), having filed petitions for reorganization under chapter 11 of the title 11 of the United States Code on September 15, 2008 and periodically thereafter, and the Court having determined that a case management conference will aid in the efficient conduct of these chapter 11 cases, it is

ORDERED, pursuant to 11 U.S.C. § 105(d), that an initial case management conference will be conducted by the Honorable James M. Peck, United States Bankruptcy Court, One Bowling Green, New York, New York 10004 on October 16, 2008, at 10:00 a.m. (Prevailing Eastern Time), or as soon thereafter as counsel may be heard, to consider the efficient administration of these cases, which may include, *inter alia*, such topics as the retention of professionals, the creation of a committee to review budget and fee requests, the use of alternative dispute resolution, timetables, and the scheduling of additional case management conferences; and it is further

ORDERED, that the Debtors shall give notice by mail of this order at least seven days prior to the scheduled conference to (i) the United States Trustee for the Southern District of New York, (ii) the Official Creditors' Committee, (iii) the Securities and Exchange Commission, (iv) the Internal Revenue Service, (v) the United States Attorney for the Southern District of New York, and (vi) and all persons and entities that have formally appeared and requested service in these cases pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and this Court's case management order, dated September 22, 2008 [Docket No. #285], and shall promptly file proof of service of such notice with the Clerk of the Court.

Dated:  New York, New York
        October 3, 2008

                                                *s/ James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE