## 7000. Charges for Membership, Services, and Equipment

### 7001. Membership Fees

**(a)** Each Nasdaq member will be assessed a membership fee of $3,000 per year and a trading rights fee of $500 per month. The membership fee will be imposed on all persons that are Nasdaq members as of a date determined by Nasdaq in December of each year, and the trading rights fee will be assessed on all persons that are Nasdaq members as of a date determined by Nasdaq in each month. The fees are not refundable in the event that a person ceases to be a Nasdaq member following the date on which the fees are assessed.

**(b)** Applicants for membership in Nasdaq will be assessed a non-refundable application fee of $2,000.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-059 eff. Dec. 19, 2006; amended by SR-NASDAQ-2007-044 eff. Apr. 25, 2007; amended by SR-NASDAQ-2007-083 eff. Oct. 1, 2007.

### 7002. Sales Fee

A Sales Fee is assessed by Nasdaq to each member for sales of securities through Nasdaq transaction execution systems with respect to which Nasdaq is obligated to pay a fee to the SEC under Section 31 of the Act. The Sales Fee is collected indirectly from members through their clearing firms by NSCC on behalf of Nasdaq. The amount of the Sales Fee is equal to (i) the Section 31 fee rate multiplied by (ii) the member's aggregate dollar amount of covered sales resulting from transactions through Nasdaq transaction execution systems during any computational period.

Adopted by SEC Release 34-53128 (Jan. 13, 2006).

### 7003. Registration and Processing Fees

(a) The following fees will be collected and retained by FINRA via the Web CRD registration system for the registration of associated persons of Nasdaq members that are not also FINRA members:

**(1)** $85 for each initial Form U4 filed for the registration of a representative or principal;

**(2)** $95 for the additional processing of each initial or amended Form U4 or Form U5 that includes the initial reporting, amendment, or certification of one or more disclosure events or proceedings;

**(3)** $30 annually for each of the member's registered representatives and principals for system processing;

**(4)** $13 for processing and posting to the CRD system each set of fingerprints submitted by the member, plus a pass-through of any other charge imposed by the United States Department of Justice for processing each set of fingerprints;

**(5)** $13 for processing and posting to the CRD system each set of fingerprint results and identifying information that has been processed through a self-regulatory organization other than NASD; and

**(6)** a $75 session fee for each individual who is required to complete the Regulatory Element of the Continuing Education Requirements pursuant to Nasdaq Rule 1120.

(b) The following fees will be collected via the Web CRD registration system for the registration of associated persons of Nasdaq members:

**(1)** $55 for each initial Form U4 filed for the registration of a representative or principal.

**(2)** $55 for each registration U4 transfer or re-licensing of a representative or principal.

Adopted by SR-NASDAQ-2006-015 eff. July 17, 2006; amended by SR-NASDAQ-2007-099 eff. Jan. 1, 2008.

### 7010. System Services

### 7011. Nasdaq SIP: Nasdaq Level 1 Service

**(a)** The charge to be paid by the subscriber for each terminal receiving Nasdaq Level 1 Service is $20 per month. This Service includes the following data:

**(1)** inside bid/ask quotations calculated for securities listed in The Nasdaq Stock Market;

**(2)** last sale information on Nasdaq-listed securities; and

Nasdaq Level 1 Service also includes inside/bid ask quotations calculated for securities quoted in the NASD's OTC Bulletin Board (OTCBB), individual quotations or indications of interest of broker/dealers utilizing the NASD's OTCBB service, and last sale information for securities classified as non-exchange listed securities under the NASD's 6600 Rule Series. Pursuant to an OTCBB and OTC Equities Transfer and Services Agreement, NASD has outsourced the operation of the NASD's OTCBB service to Nasdaq.

**(b)** Non-Professional Services

**(1)** The charge to be paid by non-professional subscribers for access to Nasdaq Level 1 Service or the Last Sale Information Service through an authorized vendor shall be $1.00 per interrogation device per month.

**(2)** A "non-professional" is a natural person who is neither:

**(A)** registered or qualified in any capacity with the Commission, the Commodities Futures Trading Commission, any state securities agency, any securities exchange or association, or any commodities or futures contract market or association;

**(B)** engaged as an "investment adviser" as that term is defined in Section 201(11) of the Investment Advisors Act of 1940 (whether or not registered or qualified under that Act); nor

**(C)** employed by a bank or other organization exempt from registration under federal or state securities laws to perform functions that would require registration or qualification if such functions were performed for an organization not so exempt.

**(3)** Nasdaq may waive all or part of the foregoing charges with respect to the services offered by a vendor.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-024 eff. July 31, 2006.

## 7012. Nasdaq Level 2/3 Service

The charge to be paid by the subscriber for each terminal receiving Nasdaq Level 2 or Nasdaq Level 3 Service shall be $150 per month plus $140 per month communication charge, plus equipment related charges as detailed in Rules 7030 and 7040. Equipment related charges may include an installation charge, a site survey, a terminal charge and conversion, removal and relocation charges.

Adopted by SEC Release 34-53128 (Jan. 13, 2006).

## 7013. Consolidated Quotation Service

The charge to be paid by the subscriber for each terminal receiving Consolidated Quotation Service shall be $50 per month and $.02 per quotation request plus the monthly charges established by the NYSE and AMEX for receiving last sale information and bid/ask quotations plus equipment related charges as detailed in Rules 7030, and 7040. Equipment related charges may include an installation charge, a site survey, a terminal charge and conversion, removal and relocation charges.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2007-007 eff. Feb. 12, 2007; amended by SR-NASDAQ-2007-056 eff. Feb. 12, 2007; amended by SR-NASDAQ-2007-087 eff. Nov. 1, 2007; amended by SR-NASDAQ-2008-036 eff. May 1, 2008; amended by SR-NASDAQ-2008-048 eff. June 2, 2008.

## 7014. Reserved

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2007-007 eff. Feb. 12, 2007; Reserved by SR-NASDAQ-2007-056 eff. Feb. 12, 2007.

## 7015. Access Services.

The following charges are assessed by Nasdaq for connectivity to the Nasdaq Market Center (NMC), the NASD/NASDAQ Trade Reporting Facility, and the NASD's OTCBB Service. The fees established under Rule 7015 for non-Nasdaq members using Nasdaq services for connectivity to the NMC, the NASD/NASDAQ Trade Reporting Facility, or the NASD's OTCBB Service shall be the fees established for members under this Rule 7015, as in effect on the date of Nasdaq's registration as a national securities exchange and as amended by SR-NASDAQ-2006-024 and SR-NASDAQ-2006-025, and as applied to non-members by SR-NASDAQ-2006-026.

**(a)** Nasdaq Information Exchange (QIX)

| | |
|---|---|
| Port pair (plus optional proprietary quote information port) | $1200 per month |
| ECN direct connection port pair | $1200 per month |
| Unsolicited message port | $1000 per month |

**(b)** Financial Information Exchange (FIX)

| Options | Price |
| --- | --- |
| FIX Trading Port | $400/port/month |
| FIX Port for Services Other than Trading | $500/port/month |

**(c)** Computer to Computer Interface (CTCI)

Stations

| Fee Component | Fee |
| --- | --- |
| 1st Station | $200/Station/month |
| Each Additional Station | $600/Station/month |

The bandwidth-based fees in the table below apply to CTCI subscribers that have not transitioned off of Nasdaq-supported circuits.

Bandwidth

| Fee Component | Fee |
| --- | --- |
| Single 56kb line with single hub and router (for remote disaster recovery sites only) | $900/month |
| Option 1 | |
| Dual 56kb lines (one for redundancy) and single hub and router | $1,000/month |
| Option 2 | |
| Dual 56kb lines (one for redundancy), dual hubs (one for redundancy), and dual router (one for redundancy) | $1,200/month |
| Option 3 | |
| Dual TI lines (one for redundancy), dual hubs (one for redundancy), and dual routers (one for redundancy). Includes base bandwidth of 128kb | $2,500/month |
| Bandwidth Enhancement Fee (for TI subscribers only) | |

| | |
|---|---|
| Per 64kb increase above 128kb TI base | $200/month |
| Option 1, 2, or 3 with Message Queue software enhancement | Fee for Option 1, 2, or 3 (including any Bandwidth Enhancement Fee) plus 20% |
| Installation Fee | $2,000 per site for dual hubs and routers |
| | $1,000 per site for single hub and router |
| Relocation Fee (for the movement of TCF/IP-capable lines within a single location) | $1,700 per relocation |

**(d)** New Nasdaq Workstation

| | |
|---|---|
| Nasdaq Workstation Trader | $475 per user per month (including data entitlement package) |
| Nasdaq Workstation Post Trade | See Rule 7015(e) |

**(e)** Specialized Services Related to NASD/NASDAQ Trade Reporting Facility

| | |
|---|---|
| CTCI fee | $575/month |
| WebLink ACT or Nasdaq Workstation Post Trade | $375.00/month (full functionality) or $200.00/month (up to an average of twenty transactions per day each month) (For the purposes of this service only, a transaction is defined as an original trade entry, either on trade date or as-of transactions per month.) |
| | For a trial period ending September 30, 2007, the above fee shall not be imposed on any number of workstations equal to, or less than, the number of away market centers from which a clearing firm elects to have Nasdaq's Risk Management System receive execution drop copies, |
| ACT Workstation | $525/logon/month |

**(f)** TradeInfo

Members not subscribing to the Nasdaq Workstation using TradeInfo will be charged a fee of $95 per user per month.

**(g)** Other Port Fees

The following port fees shall apply in connection with the use of other trading telecommunication protocols:

- $400 per month for each port pair, other than Multicast ITCH® data feed pairs, for which the fee is $1000 per month.
- Internet Ports: An additional $200 per month for each Internet port that requires additional bandwidth.

**(h)** VTE Terminal Fees

- Each ID is subject to a minimum commission fee of $100 per month unless it executes a minimum of 100,000 shares.
- Each ID receiving market data is subject to pass-through fees for use of these services. Pricing for these services is determined by the exchanges and/or market center.
- Each ID that is given web access is subject to a $100 monthly fee.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-024 eff. July 31, 2006; amended by SR-NASDAQ-2006-025 eff. Aug. 1, 2006; amended by SR-NASDAQ-2006-026 eff. Aug. 1, 2006; amended by SR-NASDAQ-2006-062 eff. Dec. 20, 2006; amended by SR-NASDAQ-2007-007 eff. Feb. 12, 2007; amended by SR-NASDAQ-2007-057 eff. June 5, 2007; amended by SR-NASDAQ-2007-075 eff. Oct. 1, 2007.

### 7016. Nasdaq Risk Management

(a) Effective November 1, 2006, clearing brokers using the Nasdaq Risk Management Service will be assessed a charge of $0.025 per side per trade monitored by Nasdaq Risk Management and a charge of $17.25 per month per correspondent executing broker monitored by Nasdaq Risk Management, up to a maximum charge of $7,500 per month per correspondent executing broker.

(b) Users of NASDAQ Pre-trade Risk Management ("PRM") will be assessed a charge of $100 per month per PRM-enabled port.

(c) Users of PRM services specified below will be assessed the following charges in addition to the applicable PRM-enabled port charges:

| | |
|---|---|
| PRM Modules | $500 per month per PRM Module |
| Aggregate Total Checks | $0.025 per each eligible side, capped at $2,000 per month per PRM Module |
| …PRM Workstation Add-ons to an existing NASDAQ Workstation or WeblinkACT 2.0 | $100 per each…PRM Workstation Add-on…per month beginning July 2006 (no charge for any PRM Workstation Add-ons in April, May and June 2008 |

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-066 eff. Nov. 1, 2006; amended by SR-NASDAQ-2006-067 eff. Mar. 6, 2007; amended by SR-NASDAQ-2008-003 eff. Jan. 7, 2008; amended by SR-NASDAQ-2008-030 eff. Apr. 7, 2008.

### 7017. National Quotation Data Service (NQDS)

**(a)** Except as provided below, the charge to be paid for each interrogation or display device receiving all or any portion of the information disseminated through the NQDS shall be $50.00 per month. The NQDS information that will be provided through the service consists of individual market maker quotations, Nasdaq Level 1 Service and the Last Sale Information Service.

**(b)** For a pilot period ending December 31, 2007, the charge to be paid by a non-professional for each interrogation or display device receiving all or any portion of the NQDS information disseminated through an authorized vendor shall be $10.00 per month.

**(c)** A "non-professional" is a natural person who is neither:

**(1)** registered or qualified in any capacity with the Commission, the Commodities Futures Trading Commission, any state securities agency, any securities exchange or association, or any commodities or futures contract market or association;

**(2)** engaged as an "investment adviser" as that term defined in Section 201(11) of the Investment Advisors Act of 1940 (whether or not registered or qualified under that Act); nor

**(3)** employed by a bank or other organization exempt from registration under federal or state securities laws to perform functions that would require registration or qualification if such functions were performed for an organization not so exempt.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-024 eff. July 31, 2006; amended by SR-NASDAQ-2007-030 eff. Jan. 1, 2007.

### 7018. Nasdaq Market Center Order Execution and Routing

**(a)** The following charges shall apply to the use of the order execution and routing services of the Nasdaq Market Center by members for all securities that it trades.

### (1) Fees for Execution and Routing of Orders in Nasdaq-Listed Securities

| | |
|---|---|
| Charge to member entering order that executes in the Nasdaq Market Center or attempts to execute in the Nasdaq Market Center for the full size of the order prior to routing: | |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of (i) more than 35 million shares of liquidity provided, and (ii) more than 55 million shares of liquidity accessed and/or routed. Orders that do not attempt to execute in the Nasdaq Market Center for the full size of the order prior to routing are not counted in determining shares of liquidity routed. | $0.0029 per share executed for securities priced at $1 or more per share<br>0.1% of the total transaction cost for executions in the Nasdaq Market Center of securities priced at less than $1 per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Other members | $0.0030 per share executed for securities priced at $1 or more per share (or $0.00295 per share executed in the Nasdaq Market Center if the member has an average daily volume through the Nasdaq Market Center in all securities during the month of more than 55 million shares of liquidity accessed)<br>0.1% of the total transaction cost for executions in the Nasdaq Market Center of securities priced at less than $1 per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Charge to member entering order that does not attempt to execute in the Nasdaq Market Center for the full size of the order prior to routing | $0.0035 per share executed for a Directed Intermarket Sweep Order for securities priced at $1 or more per share<br>$0.0035 per share executed for an order that attempts to execute solely against displayed interest in the Nasdaq Market Center prior to routing<br>$0.0035 per share executed for other orders for securities priced at $1 or more per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |

| | |
|---|---|
| Surcharge for order routed to the American Stock Exchange and charged a fee by the specialist: | $0.01 per share executed |
| Credit to member providing liquidity through the Nasdaq Market Center: | |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of more than 35 million shares of liquidity provided | $0.0015 per share executed for quotes/orders that are not displayed<br>$0.0031 per share executed for other quotes/orders<br>$0 for quotes/orders at less than $1.00 per share |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of more than 20 million shares of liquidity provided | $0.001 per share executed for quotes/orders that are not displayed<br>$0.0025 per share executed for other quotes/orders<br>$0 for quotes/orders at less than $1.00 per share |
| Other members | $0.001 per share executed for quotes/orders that are not displayed<br>$0.0020 per share executed for other quotes/orders<br>$0 for quotes/orders at less than $1.00 per share |
| Order that executes at NYSE Arca as an odd lot transaction: | $0.005 per share executed for an order that does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE Arca as an odd lot transaction<br>$0.004 per share executed for other orders executed at NYSE Arca as an odd lot transaction<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |

**(2) Fees for Execution of Securities Listed on the New York Stock Exchange ("NYSE"); Fees for Routing of Orders in Securities Listed on NYSE to Venues other than NYSE; Fees for Routing of Exchange-Traded Funds to NYSE**

| | |
|---|---|
| Charge to member entering order that executes in the Nasdaq Market Center or attempts to execute in the Nasdaq Market Center for the full size of the order prior to routing: | |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of (i) more than 35 million shares of liquidity provided, and (ii) more than 55 million shares of liquidity | $0.0029 per share executed for securities priced at $1 or more per share<br>0.1% of the total transaction cost for executions in the Nasdaq Market Center of securities priced at less than $1 per share |

| | |
|---|---|
| accessed and/or routed. Orders that do not attempt to execute in the Nasdaq Market Center for the full size of the order prior to routing are not counted in determining shares of liquidity routed. | 0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Other members | $0.0030 per share executed for securities priced at $1 or more per share (or $0.00295 per share executed in the Nasdaq Market Center if the member has an average daily volume through the Nasdaq Market Center in all securities during the month of more than 55 million shares of liquidity accessed) 0.1% of the total transaction cost for executions in the Nasdaq Market Center of securities priced at less than $1 per share 0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Charge to member entering order that does not attempt to execute in the Nasdaq Market Center for the full size of the order prior to routing | $0.0035 per share executed for a Directed Intermarket Sweep Order for securities priced at $1 or more per share $0.0035 per share executed for an order that attempts to execute solely against displayed interest in the Nasdaq Market Center prior to routing $0.0030 per share executed for other orders for securities priced at $1 or more per share that execute on the NYSE $0.0035 per share executed for other orders for securities priced at $1 or more per share that execute on venues other than the NYSE 0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Surcharge for order routed to the American Stock Exchange and charged a fee by the specialist: | $0.01 per share executed |
| Credit to member providing liquidity through the Nasdaq Market Center: | |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of more than 35 million shares of liquidity provided | $0.0015 per share executed for quotes/orders that are not displayed $0.0028 per share executed for other quotes/orders $0 for quotes/orders at less than $1.00 per share) |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of more than 20 million shares of liquidity provided | $0.001 per share executed for quotes/orders that are not displayed $0.0025 per share executed for other quotes/orders $0 for quotes/orders at less than $1.00 per share |

| | |
|---|---|
| Other members | $0.001 per share executed for quotes/orders that are not displayed<br>$0.0020 per share executed for other quotes/orders<br>$0 for quotes/orders at less than $1.00 per share) |
| Order that executes at the NYSE as an odd lot transaction: | $0.03 per share executed for an order that does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE as an odd lot<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| The odd lot portion of a partial round lot order that executes at the NYSE: | $0.01 per share executed if the order does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE as the odd lot portion of a partial round lot<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Order that executes at NYSE Arca as an odd lot transaction: | $0.04 per share executed for an order that does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE Arca as an odd lot transaction<br>$0.03 per share executed for other orders executed at NYSE Arca as an odd lot transaction<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |

**(3) Fees for Routing Orders in Securities Other than Exchange-Traded Funds to NYSE**

| | |
|---|---|
| Order that attempts to execute in the Nasdaq Market Center for the full size of the order prior to routing and being executed at NYSE: | No charge for orders that add liquidity at the NYSE after routing<br>$0.0008 per share executed for orders designated as eligible only to remove liquidity from the NASDAQ book for securities priced at $1 or more per share<br>$0.00075 per share executed for other orders for securities priced at $1 or more per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Order that does not attempt to execute in the Nasdaq Market Center for the full size of the order prior to routing and being executed at NYSE: | |
| Members with an average daily volume | No charge for orders that add liquidity at the |

| | |
|---|---|
| through the Nasdaq Market Center in all securities during the month of more than 35 million shares of liquidity provided | NYSE after routing<br>$0.001 per share executed for a Directed Intermarket Sweep Order for securities priced at $1 or more per share<br>$0.001 per share executed for an order that attempts to execute solely against displayed interest in the Nasdaq Market Center prior to routing<br>$0.0009 per share executed for other orders for securities priced at $1 or more per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Members with an average daily volume in all securities during the month of more than 50 million shares of liquidity routed to the NYSE without attempting to execute in the Nasdaq Market Center in any respect (other than Directed Intermarket Sweep Orders) | No charge for orders that add liquidity at the NYSE after routing<br>$0.001 per share executed for a Directed Intermarket Sweep Order for securities priced at $1 or more per share<br>$0.001 per share executed for an order that attempts to execute solely against displayed interest in the Nasdaq Market Center prior to routing<br>$0.0009 per share executed for other orders for securities priced at $1 or more per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Other members | No charge for orders that add liquidity at the NYSE after routing<br>$0.001 per share executed for a Directed Intermarket Sweep Order for securities priced at $1 or more per share<br>$0.001 per share executed for an order that attempts to execute solely against displayed interest in the Nasdaq Market Center prior to routing<br>$0.001 per share executed for other orders for securities priced at $1 or more per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Order that is routed to NYSE and then routed to another venue for execution: | A pass-through of any routing fees charged to Nasdaq by NYSE |
| Order that executes in the NYSE closing process as a "market-at-the-close" or "limit-at-the-close" order: | $0.0004 per share executed |
| Order that executes at the NYSE as an odd lot transaction: | $0.03 per share executed for an order that does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE as an odd lot<br>$0.0004 per share executed for all other orders executed at NYSE as an odd lot<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |

| | |
|---|---|
| The odd lot portion of a partial round lot order that executes at the NYSE: | $0.01 per share executed if the order does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE as the odd lot portion of a partial round lot<br>$0.0004 per share executed for all other orders executed at NYSE as the odd lot portion of a partial round lot<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Order that executes in the NYSE opening process as an "at the opening" or "at the opening only" order: | No charge |

**(4) Fees for Execution and Routing of Orders in Securities Listed on Exchanges other than Nasdaq and NYSE**

| | |
|---|---|
| Charge to member entering order that executes in the Nasdaq Market Center or attempts to execute in the Nasdaq Market Center for the full size of the order prior to routing: | |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of (i) more than 35 million shares of liquidity provided, and (ii) more than 55 million shares of liquidity accessed and/or routed. Orders that do not attempt to execute in the Nasdaq Market Center for the full size of the order prior to routing are not counted in determining shares of liquidity routed. | $0.0029 per share executed for securities priced at $1 or more per share<br>0.1% of the total transaction cost for executions in the Nasdaq Market Center of securities priced at less than $1 per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Other members | $0.0030 per share executed for securities priced at $1 or more per share (or $0.00295 per share executed in the Nasdaq Market Center if the member has an average daily volume through the Nasdaq Market Center in all securities during the month of more than 55 million shares of liquidity accessed)<br>0.1% of the total transaction cost for executions in the Nasdaq Market Center of securities priced at less than $1 per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Charge to member entering order that does not attempt to execute in the Nasdaq Market Center for the full size of the order prior to routing | $0.0035 per share executed for a Directed Intermarket Sweep Order for securities priced at $1 or more per share<br>$0.0035 per share executed for an order that attempts to execute solely against displayed interest in the Nasdaq Market Center prior to |

| | routing<br>$0.0035 per share executed for other orders for securities priced at $1 or more per share<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| --- | --- |
| Surcharge for order routed to the American Stock Exchange and charged a fee by the specialist: | $0.01 per share executed |
| Credit to member providing liquidity through the Nasdaq Market Center: | |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of more than 35 million shares of liquidity provided | $0.0015 per share executed for quotes/orders that are not displayed<br>$0.0028 per share executed for other quotes/orders<br>$0 for quotes/orders at less than $1.00 per share |
| Members with an average daily volume through the Nasdaq Market Center in all securities during the month of more than 20 million shares of liquidity provided | $0.001 per share executed for quotes/orders that are not displayed<br>$0.0025 per share executed for other quotes/orders<br>$0 for quotes/orders at less than $1.00 per share) |
| Other members | $0.001 per share executed for quotes/orders that are not displayed<br>$0.0020 per share executed for other quotes/orders<br>$0 for quotes/orders at less than $1.00 per share) |
| Order that executes at the NYSE as an odd lot transaction: | $0.03 per share executed for an order that does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE as an odd lot<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| The odd lot portion of a partial round lot order that executes at the NYSE: | $0.01 per share executed if the order does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE as the odd lot portion of a partial round lot<br>0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share |
| Order that executes at NYSE Arca as an odd lot transaction: | $0.04 per share executed for an order that does not attempt to execute in the Nasdaq Market Center prior to routing and being executed at NYSE Arca as an odd lot transaction |

$0.03 per share executed for other orders that execute at NYSE Arca as an odd lot transaction
0.3% of the total transaction cost for routed orders in securities priced at less than $1 per share

**(b)** For purposes of assessing Nasdaq Market Center fees and credits hereunder, (1) a Discretionary Order that executes prior to being displayed as a Quote/Order will always be deemed to be accessing liquidity unless it is executed by (or receives delivery of) a displayed Discretionary Order at a price in the discretionary price range of the displayed Discretionary Order, and (2) a Discretionary Order that executes after being displayed as a Quote/Order will always be deemed to be providing liquidity, unless the displayed Discretionary Order executes against (or is delivered to) a Quote/Order that has not been designated "Immediate or Cancel," at a price in its discretionary price range.

**(c)** Closing Cross

| | |
|---|---|
| Market-on-Close and Limit-on-Close orders executed in the Nasdaq Closing Cross | $0.0005 per share executed |
| All other quotes and orders executed in the Nasdaq Closing Cross | No charge for execution |

**(d)** Opening Cross

| | |
|---|---|
| Market-on-Open, Limit-on-Open, Good-till-Cancelled, Immediate-or-Cancel, and Day orders executed in the Nasdaq Opening Cross | $0.0005 per share executed for the net number of buy and sell shares up to a maximum of $10,000 per firm per month |
| All other quotes and orders executed in the Nasdaq Opening Cross | No charge for execution |

**(e)** IPO/Halt Cross

Members shall be assessed the following Nasdaq Market Center execution fees for quotes and orders executed in the Nasdaq IPO/Halt Cross:

| | |
|---|---|
| All quotes and orders executed in the Nasdaq IPO/Halt Cross | $0.0005 per share executed. |

**(f)** Crossing Network

| | |
|---|---|
| All orders executed in the Nasdaq Crossing Network | No charge for execution |
| Credit for eligible executions through the Crossing Network from September 1, 2008 through September 30, 2008 | $0.0010 per share |

For the purposes of this subsection "eligible executions" are all executions of trades through the Nasdaq Crossing Network other than those executions that have the same market participant on both sides of the trade.

**(g)** Reporting Charges for Trades Executed through the Nasdaq Market Center

| Reporting of transactions automatically executed through the Nasdaq Market Center System ("Nasdaq Market Center Covered Transactions") | |
| --- | --- |
| Average daily volume of transaction reports for Nasdaq Market Center Covered Transactions during the month to which a participant is a party: | Fee per side for transaction reports of the Nasdaq Market Center Covered Transactions to which such participant is a party: |
| 0 to 14,999 | $0.029 |
| 15,000 or more | $0.00 |

**(h)** Notwithstanding the foregoing, the following charges shall apply to transactions in a Qualified Security by one of its Designated Liquidity Providers:

| Charge to Designated Liquidity Provider entering Order that executes in the Nasdaq Market Center or attempts to execute in the Nasdaq Market Center prior to routing: | $0.003 per share executed for securities priced at $1 or more per share (For securities priced at less than $1 per share, the normal execution fee under 7018(a) will apply) |
| --- | --- |
| Credit to Designated Liquidity Provider providing liquidity through the Nasdaq Market Center: | $0.004 per share executed (or $0, in the case of executions against Quotes/Orders in the Nasdaq Market Center at less than $1.00 per share) |

For purposes of this paragraph:

**(1)** A security may be designated as a "Qualified Security" if:

**(A)** it is an exchange-traded fund or index-linked security listed on Nasdaq pursuant to Nasdaq Rule 4420(i), (j), (l), or (m);

**(B)** there has been no time at which its average daily volume on Nasdaq has exceeded 10,000,000 shares during two calendar months of any three calendar-month period; and

**(C)** it has at least one Designated Liquidity Provider.

The security will cease to be a Qualified Security at the end of the second calendar month that causes the condition described in paragraph (B) not to be satisfied.

**(2)** A "Designated Liquidity Provider" is a registered Nasdaq market maker for a Qualified Security that has committed to maintain minimum performance standards. Designated Liquidity Providers shall be selected by Nasdaq based on factors including, but not limited to, experience with making markets in exchange-traded funds and index-linked securities, adequacy of capital, willingness to promote Nasdaq as a marketplace, issuer preference, operational capacity, support personnel, and history of adherence to Nasdaq rules and securities laws. Nasdaq may limit the number of Designated Liquidity Providers in a security, or modify a previously established limit, upon prior written notice to members.

The minimum performance standards applicable to a Designated Liquidity Provider may be determined from time to time by Nasdaq and may vary depending on the price, liquidity, and volatility of the Qualified Security in which the Designated Liquidity Provider is registered. The performance measurements will include (A) percent of time at the national best bid (best offer) ("NBBO"); (B) percent of executions better than the NBBO; (C) average displayed size; and (D) average quoted spread.

**(i)** For purposes of determining a member's average daily volume for this rule, any day that the market is not open for the entire trading day will be excluded from such calculation.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-023 eff. July 31, 2006; amended by SR-NASDAQ-2006-055 eff. Nov. 1, 2006; amended by SR-NASDAQ-2006-051 eff. Dec. 1, 2006; amended by SR-NASDAQ-2006-068 eff. Dec. 28, 2006; amended by SR-NASDAQ-2007-003 eff. Feb. 1, 2007; amended by SR-NASDAQ-2007-017 eff. Mar. 1, 2007; amended by SR-NASDAQ-2007-026 eff. Mar. 22, 2007; amended by SR-NASDAQ-2007-036 eff. Mar. 30, 2007; amended by SR-NASDAQ-2007-038 eff. Apr. 3, 2007; amended by SR-NASDAQ-2007-055 eff. May 29, 2007; amended by SR-NASDAQ-2007-062 eff. June 21, 2007; amended by SR-NASDAQ-2007-064 eff. July 2, 2007; amended by SR-NASDAQ-2007-061 eff. July 18, 2007; amended by SR-NASDAQ-2007-077 eff. Sept. 4, 2007; amended by SR-NASDAQ-2007-082 eff. Oct. 1, 2007; amended by SR-NASDAQ-2007-089 eff. Nov. 1, 2007; amended by SR-NASDAQ-2007-087 eff. Nov. 1, 2007; amended by SR-NASDAQ-2007-095 eff. Dec. 3, 2007; amended by SR-NASDAQ-2008-001 eff. Jan. 2, 2008; amended by SR-NASDAQ-2008-009 eff. Feb. 1, 2008; amended by SR-NASDAQ-2008-029 eff. Mar. 31, 2008; amended by SR-NASDAQ-2008-036 eff. May 1, 2008; amended by SR-NASDAQ-2008-048 eff. June 2, 2008; amended by SR-NASDAQ-2008-070 eff. Sept. 1, 2008.

**7019. Market Data Distributor Fees**

**(a)** Nasdaq Market Data Distributors shall be assessed the following annual administrative fee:

| | |
|---|---|
| Delayed distributor | $250 |
| 0-999 real-time terminals | $500 |
| 1,000-4,999 real-time terminals | $1,250 |
| 5,000-9,999 real-time terminals | $2,250 |
| 10,000+ real-time terminals | $3,750 |

Nasdaq may waive all or part of the foregoing charges.

**(b)** The charge to be paid by Distributors of the following Nasdaq Market Center real time data feeds shall be:

| | Monthly Direct Access Fee | Monthly Internal Distributor Fee | Monthly External Distributor Fee |
|---|---|---|---|
| Issue Specific Data | | | |
| Dynamic Intraday | | | |
| TotalView | $2,000 | $1,000 | $2,500 |
| OpenView | $1,000 | $500 | $1,250 |

Market Summary
Statistics

| | | | |
|---|---|---|---|
| Intraday | $500 | $50 | $1,500 |

Real Time Index

**(c)** A "distributor" of Nasdaq data is any entity that receives a feed or data file of Nasdaq data directly from Nasdaq or indirectly through another entity and then distributes it either internally (within that entity) or externally (outside that entity). All distributors shall execute a Nasdaq distributor agreement. Nasdaq itself is a vendor of its data feed(s) and has executed a Nasdaq distributor agreement and pays the distributor charge.

**(d)** "Direct Access" means a telecommunications interface with Nasdaq for receiving Nasdaq data via a Nasdaq-operated website, system or application, the MCI Financial Extranet, or via an Extranet access provider or other such provider that is fee-liable under Rule 7025.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2007-032 eff. Apr. 1, 2007; amended by SR-NASDAQ-2008-019 eff. August 20, 2008.

### 7020. Automated Voice Response Service Fee

The monthly charge to be paid by the subscriber for access to Nasdaq Level 1 Service and Last Sale Information Service through automated voice response services shall be $21.25 for each voice port.

Adopted by SEC Release 34-53128 (Jan. 13, 2006).

### 7021. NasdaqTrader.com Trading and Compliance Data Package Fee

The charge to be paid by a Nasdaq Member for each entitled user receiving Nasdaq Trading and Compliance Data Package via NasdaqTrader.com is $130 per month (monthly maximum of 25 Historical Research Reports) or $160 per month (monthly maximum of 100 Historical Research Reports). The Nasdaq Trading and Compliance Data Package includes:

**(a)** Monthly Compliance Report Cards (Member Firm's information only)

**(b)** Monthly Summaries

**(c)** Historical Research Reports

Nasdaq may modify the contents of the Nasdaq Trading and Compliance Data Package from time to time based on subscriber interest.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-024 eff. July 31, 2006.

### 7022. Historical Research and Administrative Reports

**(a)** The charge to be paid by the purchaser of an Historical Research Report regarding a Nasdaq security through the NasdaqTrader.com website shall be determined in accordance with the following schedule:

| | Number of fields of information in the report | | |
|---|---|---|---|
| | **1-10** | **11-15** | **16 or more** |
| A. Market Summary Statistics | | | |
| For a day | $10 | $15 | $20 |
| For a month, quarter, or year | $15 | $20 | $25 |

B. Index Weighting
Information

| | | | |
|---|---|---|---|
| For a day | $15 | $30 | $45 |

C. Nasdaq Issues
Summary Statistics

| | | | |
|---|---|---|---|
| For a security for a day | $10 | $15 | $20 |
| For a security for a month, quarter, or year | $20 | $30 | $40 |
| For all issues for a day | $50 | $75 | $100 |
| For all issues for a month, quarter or year | $100 | $150 | $200 |

D. Intra-Day Quote
and Intra-Day Time
and Sales Data

| | | | |
|---|---|---|---|
| For a security and/or a market participant for a day | $15 | $25 | $35 |
| For all market participants for a day or for all securities for a day | $30 | $40 | $50 |

E. Member Trading
Activity Reports

| | | | |
|---|---|---|---|
| For a security and a market participant for a day | $15 | $25 | $50 |
| For all securities for a market participant for a day | $30 | $50 | $75 |

F. Nasdaq may, in its discretion, choose to make a report that purchasers wish to obtain every trading day available on a subscription discount basis. In such cases, the price for a subscription to receive a report every trading day in a month shall be the applicable rate to receive the report for a day times 20; the price for a subscription to receive a report every trading day in a quarter shall be the applicable rate to receive the report for a day times 60; and the price for a subscription to receive a report every trading day in a year shall be the applicable rate to receive the report for a day times 240.

**(b)** The charge to be paid by the purchaser of an Historical Research Report regarding a Nasdaq security that wishes to obtain a license to redistribute the information contained in the report to subscribers shall be determined in accordance with the following schedule:

| | Number of subscribers | | | | |
|---|---|---|---|---|---|
| | 1-500 | 501-999 | 1,000-4999 | 5,000-9,999 | 10,000+ |
| A. Market Summary Statistics | | | | | |
| More often than once a month | $250 | $350 | $450 | $550 | $750 |
| Once a month, quarter, or year | $125 | $175 | $225 | $275 | $375 |
| B. Index Weighting Information | | | | | |
| More often than once a month | $300 | $1,500 | $2,500 | $3,500 | $5,000 |
| Once a month, quarter, or year | $275 | $550 | $600 | $750 | $1,000 |
| C. Nasdaq Issues Summary Statistics | | | | | |
| More often than once a month | $500 | $600 | $700 | $800 | $1,000 |
| Once a month, quarter, or year | $250 | $300 | $350 | $400 | $500 |
| D. Intra-Day Quote and Intra-Day Time and Sales Data | | | | | |
| For a security and/or a market participant for a day | $200 | $300 | $400 | $500 | $700 |
| For all market participants for a day or for all securities for a day | $1,000 | $1,500 | $2,500 | $3,500 | $5,000 |

**(c)** Administrative Reports — $25 per user, per month.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2007-039 eff. May 21, 2007.

**7023. Nasdaq TotalView**

**(a)** TotalView Entitlement

The TotalView entitlement allows a subscriber to see all individual Nasdaq Market Center participant orders and quotes displayed in the system as well as the aggregate size of such orders and quotes at each price level in the execution functionality of the Nasdaq Market Center, including the NQDS feed.

**(1)**

**(A)** Except as provided in (a)(1)(B) and (C), for the TotalView entitlement there shall be a $70 monthly charge for each controlled device.

**(B)** Except as provided in (a)(1)(C), a non-professional subscriber, as defined in Rule 7011(b), shall pay $14 per month for each controlled device.

**(C)** As an alternative to (a)(1)(A) and (B), a broker-dealer distributor may purchase an enterprise license at a rate of $25,000 for non-professional subscribers or $100,000 per month for both professional and non-professional subscribers. The enterprise license entitles a distributor to provide TotalView and OpenView to an unlimited number of internal users, whether such users receive the data directly or through third-party vendors, and external users with whom the firm has a brokerage relationship. The enterprise license shall not apply to relevant Level 1 and NQDS fees.

**(2)** 30-Day Free-Trial Offer. Nasdaq shall offer all new individual subscribers and potential new individual subscribers a 30-day waiver of the user fees for TotalView. This waiver shall not include the incremental fees assessed for the NQDS-only service, which are $30 for professional users and $9 for non-professional users per month. This fee waiver period shall be applied on a rolling basis, determined by the date on which a new individual subscriber or potential individual subscriber is first entitled by a distributor to receive access to TotalView. A distributor may only provide this waiver to a specific individual subscriber once.

For the period of the offer, the TotalView fee of $40 per professional user and $5 per non-professional user per month shall be waived.

**(b)** A "controlled device" is any device that a distributor of the Nasdaq data entitlement package(s) permits to: (1) access the information in the Nasdaq data entitlement package(s); or (2) communicate with the distributor so as to cause the distributor to access the information in the Nasdaq data entitlement package(s). If a controlled device is part of an electronic network between computers used for investment, trading or order routing activities, the burden shall be on the distributor to demonstrate that the particular controlled device should not have to pay for an entitlement. For example, in some display systems the distributor gives the end user a choice to see the data or not; a user that chooses not to see it would not be charged. Similarly, in a non-display system, users of controlled devices may have a choice of basic or advanced computerized trading or order routing services, where only the advanced version uses the information. Customers of the basic service then would be excluded from the entitlement requirement.

**(c)** OpenView

**(1)** The OpenView entitlement package consists of all individual Nasdaq Market Center participant orders and quotes in non-Nasdaq exchange-listed securities in the system. There shall be a charge of $6 per month per controlled device for Open View. Beginning April 1, 2007 through September 30, 2007, there shall be no fee for the distribution of OpenView data for distributors that receive OpenView data via the Nasdaq Level 2 data feed or the OpenView Basic data feed.

**(2)** Non-Professional Services

**(a)** For a pilot period ending March 30, 2008, the charge to be paid by non-professional subscribers for access to OpenView Service through an authorized vendor shall be $1.00 per interrogation device per month.

**(b)** The term "non-professional" shall have the same meaning as in Nasdaq Rule 7011(b).

**(3)** The OpenView Top-of-File ("OpenView TOF") entitlement package consists of the Nasdaq aggregate best bid and offer quotation for non-Nasdaq exchange-listed securities in the system. There shall be no fee for the distribution of the OpenView TOF.

**(d)** Historical TotalView Information — ModelView

Nasdaq will make historical TotalView information, under the ModelView entitlement package, available via NasdaqTrader.com. ModelView shall contain historical TotalView information regarding aggregate displayed and reserve liquidity at each price level in the Nasdaq Market Center. ModelView shall be available for a subscription fee of $2,000 per month.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-052 eff. Dec. 7, 2006; amended by SR-NASDAQ-2007-033 eff. Mar. 30, 2007; amended by SR-NASDAQ-2007-034 eff. Mar. 30, 2007; amended by SR-NASDAQ-2007-035 eff. Mar. 30, 2007.

**7024. Reserved**
Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-007 eff. May 8, 2006; amended by SR-NASDAQ-2008-048 eff. June 2, 2008.

**7025. Extranet Access Fee**
Extranet providers that establish a connection with Nasdaq to offer direct access connectivity to market data feeds shall be assessed a monthly access fee of $750 per recipient Customer Premises Equipment ("CPE") Configuration. If an extranet provider uses multiple CPE Configurations to provide market data feeds to any

recipient, the monthly fee shall apply to each such CPE Configuration. For purposes of this Rule 7025, the term "Customer Premises Equipment Configuration" shall mean any line, circuit, router package, or other technical configuration used by an extranet provider to provide a direct access connection to Nasdaq market data feeds to a recipient's site.

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-024 eff. July 31, 2006.

### 7026. Reserved

Reserved by SR-NASDAQ-2007-043 eff. Aug. 9, 2007. Amended by SR-NASDAQ-2006-014 eff. July 7, 2006.
Adopted by SEC Release 34-53128 (Jan. 13, 2006).

### 7027. Aggregation of Activity of Affiliated Members

**(a)** For purposes of applying any provision of Rules 7013, 7014, 7015, 7018, 7024, or 7026 that reflects a charge assessed, or credit provided, by Nasdaq, a member may request that Nasdaq aggregate its activity with the activity of its affiliates. A member requesting aggregation of affiliate activity shall be required to certify to Nasdaq the affiliate status of entities whose activity it seeks to aggregate prior to receiving approval for aggregation, and shall be required to inform Nasdaq immediately of any event that causes an entity to cease to be an affiliate. In addition, Nasdaq reserves the right to request information to verify the affiliate status of an entity.

**(b)** For purposes of applying any provision of Rules 7013, 7014, 7015, 7018, 7024, or 7026 that reflects a charge assessed, or credit provided, by Nasdaq, references to an entity (including references to a "member," a "participant," or a "Nasdaq Quoting Market Participant") shall be deemed to include the entity and its affiliates that have been approved for aggregation.

**(c)** For purposes of this Rule 7027, the terms set forth below shall have the following meanings:

**(1)** An "affiliate" of a member shall mean any wholly owned subsidiary, parent, or sister of the member that is also a member.

**(2)** A "wholly owned subsidiary" shall mean a subsidiary of a member, 100% of whose voting stock or comparable ownership interest is owned by the member, either directly or indirectly through other wholly owned subsidiaries.

**(3)** A "parent" shall mean an entity that directly or indirectly owns 100% of the voting stock or comparable ownership interest of a member.

**(4)** A "sister" shall mean an entity, 100% of whose voting stock or comparable ownership interest is owned by a parent that also owns 100% of the voting stock or comparable ownership interest of a member.

Adopted by SEC Release 34-53128 (Jan. 13, 2006).

### 7028. Special Options

| | | |
|---|---|---|
| Receive only Printer | | $100/month |
| Local Posting | Permits subscriber to use Nasdaq Level 3 terminals to enter quotations simultaneously into an internal computer system. | $ 10/month |
| Dual Keyboard | | $ 15/month |
| Non-Continuous Access to Nasdaq Level 1 and Last Sale information | Permits vendor to process and distribute Level 1 and LastSale to its subscribers on a non-continuous or Information query-response basis. | $.005/query |

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-024 eff. July 31, 2006.

**7029. Installation, Removal or Relocation**

Upon installation, removal, relocation of terminal and related equipment, or combination thereof, the subscriber shall pay charges incurred by Nasdaq, on behalf of the subscriber for the work being performed by the maintenance organization retained by Nasdaq.

Adopted by SEC Release 34-53128 (Jan. 13, 2006).

**7030. Other Services**

**(a)** Daily Reports to Newspapers

Reports for regular public release, such as a list of closing quotations or market summary information for newspaper publication, shall be produced in a format acceptable to most publishers without charge. Should such information be transmitted to another location at the request of any firm, a charge may be imposed for such services by Nasdaq.

**(b)** Other Requests for Data

Nasdaq may impose and collect compensatory charges for data Nasdaq supplied upon request, where there is no provision elsewhere in this Rule 7000 Series for charges for such service or sale.

**(c)** Correspondents

The charge for registration and display of a correspondent firm for a registered market maker shall be $3.50 per month for each correspondent displayed per security.

**(d)** Nasdaq Testing Facility

**(1)** Subscribers that conduct tests of their Nasdaq access protocols connection (which includes computer-to-computer interface (CTCI), Financial Information Exchange (FIX) interface, and Nasdaq Information Exchange (QIX) interface) or market data vendor feeds through the Nasdaq Testing Facility (NTF) shall pay the following charges:

| | |
|---|---|
| $285/hour | For Active Connection testing using current Nasdaq access protocols during the normal operating hours of the NTF; |
| No Charge | For Idle Connection testing using current Nasdaq access protocols; |
| $333/hour | For Active Connection testing using current Nasdaq access protocols at all times other than the normal operating hours of the NTF. |

**(2)**

**(A)** An "Active Connection" commences when the user begins to send and/or receive a transaction to and from the NTF and continues until the earlier of disconnection or the commencement of an Idle Connection.

**(B)** An "Idle Connection" commences after a Period of Inactivity and continues until the earlier of disconnection or the commencement of an Active Connection. If a Period of Inactivity occurs immediately after subscriber's connection to the NTF is established and is then immediately followed by an Idle Connection, then such Period of Inactivity shall also be deemed a part of the Idle Connection.

**(C)** A "Period of Inactivity" is an uninterrupted period of time of specified length when the connection is open but the NTF is not receiving from or sending to subscriber any transactions. The length of the Period of Inactivity shall be such period of time between 10 minutes and 60 minutes in length as Nasdaq may specify from time to time by giving notice to users of the NTF.

**(3)** The foregoing hourly fees shall not apply to market data vendor feed testing, or testing occasioned by:

**(A)** new or enhanced services and/or software provided by Nasdaq;

**(B)** modifications to software and/or services initiated by Nasdaq in response to a contingency; or

**(C)** testing by a subscriber of a Nasdaq service that the subscriber has not used previously, except if more than 30 days have elapsed since the subscriber commenced the testing of such Nasdaq service.

**(4)** Subscribers that conduct access protocol or market data vendor feed tests using a dedicated circuit shall pay a monthly fee, in addition to any applicable hourly fee described in section (d)(1) above, in accordance with the following schedule:

| Service | Description | Price |
|---|---|---|
| NTF Market Data | Test Market Data Vendor Feeds over a 56kb dedicated circuit | $1,100/circuit/month |
| NTF CTCI/and/or FIX | CTCI and/or FIX service over a 56kb dedicated circuit | $1,100/circuit/month |
| NTF Test Suite | FIX service and CTCI service over two 56kb circuits (128 kb) | $1,800/2 circuits/month |
| NTF Circuit Installation | Installation of any service option including SDP configuration | $700/circuit/installation |

**(5)** New NTF subscribers that sign a one-year agreement for dedicated testing service shall be eligible to receive 90-calendar days free dedicated testing service.

**(6)** "New NTF subscribers" are subscribers that

**(A)** have never had dedicated testing service; or

**(B)** have not had dedicated testing service within the last 6 calendar months.

Adopted by SEC Release 34-53128 (Jan. 13, 2006).

## 7031. Partial Month Charges

Distributors may elect to have the charges for the month of commencement or termination of service be billed on a full month basis or prorated based on the number of trade days in that month.

Adopted by SEC Release 34-53128 (Jan. 13, 2006).

## 7032. Late Fees

**(a)** All charges imposed by Nasdaq that are past due 45 days or more will be subject to a late fee computed by taking the summation of one and one-half percent (1 1/2%) of the amount past due for the first month plus one and one-half percent (1 1/2%) of the amount past due for any month thereafter, compounded by late fees assessed for previous months.

**(b)** To illustrate how late fees are assessed, if an account is past due $1,000 for 45 days, the late fee would be $30.22. This charge reflects a charge of $15 for the first month past due ($1,000 × 1 1/2%) and $15.22 for the second month past due ($1,015 × 1 1/2%).

Adopted by SEC Release 34-53128 (Jan. 13, 2006).

## 7033. Reserved

Adopted by SEC Release 34-53128 (Jan. 13, 2006); amended by SR-NASDAQ-2006-024 eff. July 31, 2006; amended by SR-NASDAQ-2007-093 eff. December 19, 2007; amended by SR-NASDAQ-2007-100 eff. February 19, 2008; reserved by SR-NASDAQ-2008-019 eff. August 20, 2008.

## 7034. Reserved

Reserved by SR-NASDAQ-2007-075 eff. Oct. 1, 2007.

### 7035. Nasdaq Annual Administrative Fee

The Nasdaq Annual Administrative Fee shall be assessed to market data distributors that receive any proprietary Nasdaq data feed product. Each such distributor shall, on an annual basis, be assessed the higher of the applicable Nasdaq Annual Administrative Fees:

| | |
|---|---|
| Delayed Nasdaq distributor | $500 |
| Real-Time Nasdaq distributor (includes delayed fee, if applicable) | $1,000 |

Nasdaq may waive the foregoing fee for colleges and universities for devices used by students and professors in performing university or college research or classroom-related activities.

Adopted by SR-NASDAQ-2006-024 eff. July 31, 2006.

### 7036. Nasdaq Market Analytics Data Package

**(a)** The Market Analytics Data Package will consist of one or more of the following products:

**(1)** Market Velocity—a real-time data product distributed over a data feed that indicates the level of market activity by measuring the frequency and/or size of orders submitted to the trading system, including immediate-or-cancel or routed orders that are not visible in the quote montage.

**(2)** Market Forces—a real-time data product distributed over a real-time data feed that uses the same order and share volume information as used in (1) above, but categorizes the orders by whether they are buys or sells to provide an indication of market direction.

**(3)** Competitive Volume Weighted Average Price (CVWAP)—provides the best and worst average price performance by actual market makers trading on the Nasdaq Market Center execution system. CVWAP is an intra-day, query-response product that requires vendors to send Nasdaq query parameters and Nasdaq to make calculations and reply with results not including market participant identities.

**(4)** CVWAP Leaders—is a periodic market maker leader board that enables institutional investors to identify the firms with the most experience trading a particular stock or type of stock by ranking the firms by share volume weighted by execution quality. CVWAP Leaders is a delayed list of issues and participants that is calculated from all trades reported to the Nasdaq Market Center execution system over an extended period of time, such as a week.

**(b)** Standard Charge

**(1)** 30-Day Free-Trial Offer. Nasdaq shall offer all new Market Analytics subscribers and potential new Market Analytics subscribers a 30-day waiver of the user fees for the Market Analytics Data Package. This waiver may be provided only once to a specific new subscriber or potential subscriber.

**(2)** The following charges shall apply to Market Analytics subscribers and to new subscribers after the conclusion of the 30-day waiver period:

**(A)** Monthly Distributor Fee with Subscriber Fees. Organizations will, at least, pay a distributor fee of $2,000/month. They will receive 10 free subscriber licenses. Subsequent subscriber licenses will cost $1/month for non-professionals and $10/month for professionals.

**(B)** Monthly Enterprise License. Organizations may choose to pay an enterprise license of $4,000/month. The enterprise license will include the distributor fee and unlimited subscriber fees.

**(C)** Annual Enterprise License. Organizations that choose to sign on to receive the service for at least 12 months will pay an enterprise license of $36,000/year. The annual enterprise license will include the distributor fee and unlimited subscriber fees.

Nasdaq will not distinguish between direct and indirect distributors or internal and external distributors as it does with other data products. For the definition of "distributor," see Rule 7019.

Adopted by SR-NASDAQ-2006-024 eff. July 31, 2006.

### 7037. Nasdaq FilterView Service

The Nasdaq FilterView service shall allow a Distributor to receive a sub-set of an existing real-time data feed distributed by Nasdaq. FilterView service shall be available for a subscription fee of $500 per month per sub-set of data, in addition to the fees associated with the relevant underlying data feed. There shall be no incremental user charges for distributors related to use of the FilterView service.

Adopted by SR-NASDAQ-2006-028 eff. August 4, 2006.

## 7038. Step-Outs and Sales Fee Transfers

(a) A Nasdaq member may enter a non-tape, non-clearing submission into the Automated Confirmation Transaction Service ("ACT") for the purpose of transferring all or a portion of the obligation to pay a Rule 7002 Sales Fee or similar fee of another selfregulatory organization that is associated with a previously executed trade to one or more other Nasdaq members.

(b) A Nasdaq member may enter a non-tape, clearing-only submission into ACT for the purpose of transferring securities from one member to another, provided that the transfer does not constitute a transaction in securities that is otherwise subject to reporting that has not, in fact, been previously and separately reported as a transaction. When submitting a non-tape, clearing-only submission that is used to transfer a position from one member to another member, the submitting member may also indicate that the obligation to pay a Sales Fee or similar fee associated with the position should be transferred.

(c) When ACT is used to transfer a position along with a Sales Fee or similar fee, all parties to the transfer must be Nasdaq members and may be party to an agreement authorizing the transferring party to enter into "locked in" trades on its behalf. When ACT is used to transfer Sales Fees or similar fees without an accompanying transfer of a securities position, the clearing firms for the trades in question must be parties to an agreement authorizing such transfers between themselves and/or the firms on whose behalf they clear trades.

(d) A Nasdaq member is prohibited from using a non-tape, clearing-only ACT submission for the purpose of effecting a transaction required to be trade reported or reporting a trade for regulatory purposes. Submission of non-tape, clearing, or non-tape, non-clearing records into ACT by Nasdaq members does not satisfy any obligation such members may have to report transactions as required by the applicable rules of other self-regulatory organizations.

(e) Each party to a non-tape, clearing-only submission under this rule will pay a fee of $0.029. In addition, a party that uses a non-tape, clearing-only submission or a non-tape, non-clearing submission to transfer a Sales Fee or similar fee will pay a fee of 10% of the dollar value of the transferred fee, with a minimum charge of $0.025 and a maximum charge of $0.25.

(f) Parties with or without an agreement between them allowing a transferring party to enter "locked trades" on the other's behalf may use ACT's "match/compare" functionality to transfer a position. Each party to such matched/compared transfer will be assessed a fee of $0.0144 per 100 shares, with a minimum of 400 shares, up to maximum of 7,500 shares, except in cases where the same participant is on both sides of a transfer in which case the applicable per side fees will be assessed once, rather than twice.

Adopted by SR-NASDAQ-2007-058 eff. Aug. 1, 2007; amended by SR-NASDAQ-2007-086 eff. Nov. 5, 2007; amended by SR-NASDAQ-2008-033 eff. September 17, 2008.

## 7041. Nasdaq Regulation Reconnaissance Service

(a) The Nasdaq Regulation Reconnaissance Service shall allow participating subscribers to receive a real-time surveillance alert and report module for a subscription fee of $1,000/MPID/month.

Adopted by SR-NASDAQ-2007-081 eff. Sept. 26, 2007; amended by SR-NASDAQ-2008-056 eff. June 19, 2008.

## 7042. Non-Tape Riskless Submissions

Nasdaq members may make non-tape submissions into the Automated Confirmation Transaction Service ("ACT") to facilitate riskless transactions taking place on national securities exchanges, or over-the-counter, as follows:

(a) For riskless transactions in which a member, after having received an order to buy a security, purchases the security at the same price to satisfy the order to buy or, after having received an order to sell, sells the security at the same price to satisfy the order to sell, the member may submit, for the offsetting "riskless" portion of the transaction either:

(i) a clearing-only report with a capacity indicator of "riskless principal", "agency" or "intra-broker" if a clearing report is necessary to clear the transaction; or

(ii) a non-tape, non-clearing report with a capacity indicator of "riskless principal", "agency" or "intra-broker" if a clearing report is not necessary to clear the transaction.

(b) Nothing in this Rule shall relieve any member or other party from its obligation to fully and properly report transactions as required by the applicable rules of other selfregulatory organizations.

Adopted by SR-NASDAQ-2008-033 eff. September 17, 2008.

## 7043 Inclusion of Transaction Fees in Clearing Reports Submitted to ACT

(a) Nasdaq members may agree in advance to transfer a transaction fee charged by one member to another member on a transaction effected on an exchange or otherwise, through the submission of a clearing report to the Automated Confirmation Transaction Service ("ACT"). Such report, inclusive of the transaction fee, will be submitted to the National Securities Clearing Corporation for processing. To facilitate the transfer of the transaction fee, the report submitted to ACT shall provide, in addition to all other information required to be submitted, a total per share or contract price amount, inclusive of the transaction fee. Such reports shall only be submitted where there exists a written agreement between the members permitting the submission of fee-inclusive clearing reports between them. Nothing in this paragraph shall relieve a member from its obligations under Nasdaq rules and the federal securities laws. The ability to transfer transaction fees as described above shall be limited to transactions and/or submissions made pursuant to Rule 7038 or 7042.

(b) The fee for submission of the above shall be $0.03 per side.

Adopted by SR-NASDAQ-2008-033 eff. September 17, 2008.

## 7050. NASDAQ Options Market

The following charges shall apply to the use of the order execution and routing services of the NASDAQ Options Market by members for all securities.

**(1)** Fees for Execution of Contracts on the NASDAQ Options Market

| | |
|---|---|
| Charge to member entering order that executes in the NASDAQ Options Market | $0.45 per executed contract |
| For a pilot period ending July 31, 2009, charge for members or non-members entering order via the Options Intermarket Linkage that executes in the Nasdaq Options Market | |
| Credit to member providing liquidity through the NASDAQ Options Market: | $0.30 per executed contract |

**(2)** Opening Cross

| | |
|---|---|
| All orders executed in the Opening Cross | $0.05 per side per executed contract |

**(3)** Closing Cross

| | |
|---|---|
| Charge to member entering Market-On-Close and Limit-On-Close orders executed in the NASDAQ Options Market Closing Cross | $0.45 per executed contract |
| Credit to member entering all other orders executed in the NASDAQ Options Market Closing Cross | $0.30 per executed contract |

**(4)** Fees for executions of contracts other than those executed on the NASDAQ Options Market shall include execution and clearing fees charged to NASDAQ for executing on away markets. The current fees and a historical record of applicable fees shall be posted on the NasdaqTrader.com website.

Adopted by SR-NASDAQ-2008-027 eff. March 27, 2008; amended by SR-NASDAQ-2008-058 eff. June 30, 2008; amended by SR-NASDAQ-2008-059 eff. July 1, 2008; amended by SR-NASDAQ-2008-066 eff. August 1, 2008; amended by SR-NASDAQ-2008-055 eff. August 4, 2008.

PORTAL FEES

- **FEE SCHEDULE**

The filing fee is $2000 for an application covering a security or group of identifiable securities issuable as a "single" security and covered by the same offering document.  An additional $200 fee is required for each security in addition to the first that requires eligibility.  The exception to this rule applies when the applicant is filing for a program.  In this case, the filing fee would be a flat fee of $4000. The following examples are intended to clarify the application of the filing fee in various situations:

| | |
|---|---|
| **Depository Receipts** | In most instances, a single depository receipt is, for purposes of filing fees, designated as a class of securities, subject to a filing fee of $2000.  However, if U.S. purchasers are given the option of acquiring either the restricted depository receipt or the restricted underlying securities evidenced by the depository receipt, and the applicant desires to make both the depository receipt and the underlying instrument PORTAL eligible, PORTAL would require an additional $200 for each underlying instrument. |
| **Unit Offering** | (Offering involving multiple securities which may be collectively sold as a unit) |
| **Non-Separable Units** | For purposes of filing fees, non-separable units and all components thereof are deemed to be a single class of securities, subject to a $2000 PORTAL filing fee.  As the components are non-separable, no additional fees would be required. |
| **Separable Units** | Separable units and all components thereof are also deemed to be a single class of securities for PORTAL purposes and subject to a $2000 fee.  However, an additional $200 fee will also be required for each separately tradable component security which is made PORTAL eligible. |
| **Example**: | EFG Corporation is offering separable units consisting of 8% notes due 1999 and restricted common stock.  The filing fee would be as follows:<br>**$2000** for the Units<br>**$200** for the notes<br>**$200** for the stock<br><br>**$2400** Total for Units and each separately tradable security to be made eligible. |
| **Convertible Securities** | If the Units consisted of a convertible security (such as a convertible bond), the security issuable upon conversion or exercise, would require an additional $200.  If the conversion is into common stock which is not listed on any national exchange, then an additional $200 would be required to make the common stock eligible.  If the common stock is listed, then a statement indicating that the |

|  | conversion premium will be at least 10% or more upon conversion of the security, is required in order to comply with Rule 144A(d)(3). There is no additional fee required for the listed stock. |
| --- | --- |
| **Applying for the convertible security at a later date** | If the applicant were to apply to make the common stock eligible for PORTAL at a later date, pursuant a separate or amended offering document, a separate application would be required and the filing fee for the separate application would be $2000. |
| **Multiple securities not trading as a unit** | Private offerings frequently involve multiple securities. In such offerings, the fee is $2000 plus $200 for each additional security to be made PORTAL eligible. If any of the securities are investment grade (rated "A" or higher by Standard and Poor's or Moody's), they do not need to be made PORTAL eligible. |
| **Medium-Term Notes and Other Similar Programs** | In the case of offerings involving multiple securities, where various traunches may be issued in the future and where the actual number of securities to be issued under the program cannot be determined at the time of the PORTAL filing, the PORTAL Market charges a flat fee of $4000 which covers the program and 11 PORTAL ID's. These 11 ID's are created and released when PORTAL is notified that an additional offering is intended. |
| **Exchange Offerings** | An offering that has already been approved for PORTAL may be exchanged for another type of security being issued by the same company. The exchange is treated as an amendment at an additional cost of $200. |

## XLE FEE SCHEDULE[1]
### Page 1 of 3

**Transaction Fees**

| Execution Fees* | |
|---|---|
| **Fee to Remove Liquidity (Per Share Executed)** | **Credit for Providing Liquidity (Per Share Executed)** |
| $0.0030 | None |

\* Securities executed on XLE with a per share price below $1.00 that remove liquidity, will be charged 0.1% (i.e., 10 basis points) of total dollar value of the transaction.  There is no credit for providing liquidity for shares with a per share price below $1.00.

**Routing Fees**

Fee for Routing Liquidity, All Tiers (Per Share Executed)+………………………………$0.0036 per share

+ Excluding single-sided odd lot orders executed at an away market. See Miscellaneous Transaction Fees.

---

[1] Per XLE  Participant Organization.  For purposes of these fees, an XLE Participant Organization refers to a Sponsored Participant, a Sponsoring Member Organization, and a member organization without Sponsored Participant(s).  Sponsoring Member Organizations are responsible for the fees generated by their Sponsored Participant(s).

September 2008

Page 2 of 3

**Miscellaneous Transaction Fees**

Execution Fee for all IOC Cross and Mid-Point Cross Orders entered over technology provided by the Phlx, including odd lot IOC and Mid-Point Cross Orders:[2] *………………………………
For All Tiers – $0.0023 per share per side, maximum charge of $50.00 per trade side
Execution Fee for all other IOC Cross and Mid-Point Cross Orders, including all other odd lot IOC Cross and Mid-Point Cross Orders: *……….………………..… For All Tiers – No Charge
Execution Fee for Single-Sided Odd Lot Orders executed on XLE against an XLE Participant: * ……………………………………………………………..… For All Tiers – $0.003 per share
Routing Fee for Single-Sided Odd Lot Orders executed
at an away market: *………………………………………For All Tiers – $0.03 per share
  * Applicable to orders initially entered as odd-lot orders [6]

**Covered Sale Fee**
Each member and member organization engaged in executing sale transactions on the Exchange or executing transactions on another exchange or on a Participant in FINRA's Alternative Display Facility ("ADF Participant"), which were routed through the Exchange's Routing Facility, as described in Rule 185(g), during any computational period shall pay a Covered Sale Fee equal to (i) the Section 31 fee rate multiplied by (ii) the member's aggregate dollar amount of covered sales.[3]

**System Fees**
Monthly FIX Computer-to-Computer Interface (CTCI) Port Fee[4] …………………..$100 per port
Monthly Phlx Systems Fee[5] …………..……………………..………………..…..…… No Charge
Depth of Book Data Feed Fee[6]……………………………………………..…….……   No Charge

Quarterly Market Data Revenue Sharing for Tape A (NYSE), Tape B (Amex and other non-NASDAQ, non-NYSE exchanges), and Tape C (Nasdaq) Securities

50% of gross market data revenue for trades executed on XLE will be shared with the member organization responsible for providing the liquidity portion of the trade. Sponsored Participant trades will be credited to the applicable Sponsoring Member

---

[2] Phlx provides optional technology to XLE Participants for the entry of two-sided orders into XLE.
[3] A Sponsoring Member Organization is responsible for the fees generated in connection with its Sponsored Participant's sale transaction.

[4] A port is defined as an IP address assigned by the Exchange for connectivity to XLE.
[5] Per device, for use of optional Phlx technology to enter in two-sided orders and related clearing information.
[6] The Depth of Book feed will be provided on a subscription basis.  The feed will display every order, except the undisplayed portion of a Reserve Order, within XLE at each price level.

September 2008

Page 3 of 3

**Listing Fees for Structured Equity Products**[7]

Original Listing Fee per
security…………………………………………………………………………….$5,000
Continued Listing Fee per security[8]……………………………………  $500 per month

_____

[7] Structured  Equity Products are securities listed pursuant to the categories entitled Other Securities, Equity Linked Notes, Basket Linked Notes, Index Linked Exchangeable Notes and Index Linked Securities.  *See* Phlx Rule 803(f), (h), (k), (m) and (n).

[8] The Continued Listing Fee will be assessed beginning on the first calendar month following the listing of the security.

September 2008

## SUMMARY OF EQUITY OPTION, AND MNX, NDX, RUT AND RMN CHARGES (p. 1/6)

OPTION COMPARISON CHARGE** (applicable to all trades – except specialist trades)

| | |
|---|---|
| Registered Option Trader # | $.03 per contract |
| Firm / Proprietary[1] + | $.04 per contract |
| Customer Executions, Broker-Dealer Orders | No charge |

OPTION TRANSACTION CHARGE**

| | |
|---|---|
| Customer Executions | No charge |
| Customer Executions in MNX and NDX | $.12 per contract |
| Firm / Proprietary[2] + | $.20 per contract |
| Firm / Proprietary Facilitation + | $.10 per contract |
| Registered Option Trader (on-floor) *# | $.19 per contract |
| Specialist * ϑ # | $.21 per contract |
| Broker/Dealer[3] (AUTOM-delivered) | $.45 per contract |
| Broker/Dealer[4] (non-AUTOM-delivered) | $.25 per contract |

# Registered Option Traders (on-floor) and specialists that exceed 4.5 million contracts ("Volume Threshold") in a given month will be assessed $.01 per contract on contract volume above the Volume Threshold instead of the applicable options comparison and transaction charges described above. The Exchange will aggregate the trading activity of separate Registered Option Trader (on-floor) and specialist member organizations for purposes of the Volume Threshold if there is at least 75% common ownership between the member organizations as reflected on each member organization's Form BD, Schedule A. The contract volume associated with the charges, rebates or credits described in notes *, ϑ and ** will not be included in the Volume Threshold calculation. The Volume Threshold does not include contracts that are executed electronically as part of a Complex Order.

** These charges will not be assessed on contracts that are executed electronically as part of a Complex Order. When contra-party to non-AUTOM delivered customer orders, ROT transaction and comparison charges and Specialist transaction charges will not be assessed on additional qualifying transactions on option contracts that number greater than 14,000, calculated per day: (1) per equity option overlying the same underlying security; (2) per RUT option; (3) per RMN option; (4) per MNX option; and (5) per NDX option. A per contract side license fee will be imposed after the 14,000 cap is met in connection with certain products that carry license fees. For a complete list of these product symbols and applicable license fees, see the $60,000 Firm Related Equity Option and Index Option Cap Fee Schedule.

+ Subject to a maximum fee of $60,000, except for certain license fees which are assessed per contract side – see $60,000 "Firm Related" Equity Option and Index Option Cap.

* The transaction and comparison charges will be capped at $1,000 for dividend, merger and short stock interest strategies executed on the same trading day in the same options class. Equity option transaction and comparison charges for dividend, merger and short stock interest strategies combined will be further capped at $25,000 per member organization per month. A $0.05 per contract side license fee is imposed for dividend and short stock interest strategies in connection with certain products that carry license fees. For a complete list of these product symbols, see the $60,000 Firm-Related Equity Option and Index Option Cap Fee Schedule. The license fee is assessed on every transaction and is not subject to the $1,000 or $25,000 caps, nor does it count towards reaching the caps. The $1,000 and $25,000 caps and the $0.05 per contract side license fee are subject to a pilot program scheduled to expire on March 1, 2009. A dividend strategy is defined as transactions done to achieve a dividend arbitrage involving the purchase, sale and exercise of in-the-money options of the same class, executed prior to the date on which the underlying stock goes ex-dividend. A merger strategy is defined as transactions done to achieve a merger arbitrage involving the purchase, sale and exercise of options of the same class and expiration date, executed prior to the date on which shareholders of record are required to elect their respective form of consideration, *i.e.*, cash or stock. A short stock interest strategy is defined as transactions done to achieve a short stock interest arbitrage involving the purchase, sale and exercise of in-the-money options of the same class.

ϑ A per contract fee credit equal to the applicable transaction fee applies to specialists that incur option transaction charges when a customer order is delivered electronically via Phlx XL or via the Exchange's Options Floor Broker Management System and is then executed via the Intermarket Options Linkage as a P/A Order. The fee credit is scheduled to expire on July 31, 2009.

---

[1] For the purpose of this Summary of Equity Option Charges, the Firm / Proprietary comparison or transaction charge applies to member organizations for orders for the proprietary account of any member or non-member broker-dealer that derives more than 35% of its annual, gross revenues from commissions and principal transactions with customer. Member organizations will be required to verify this amount to the Exchange by certifying that they have reached this threshold and by submitting a copy of their annual report, which was prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). In the event that a firm has not been in business for one year, the most recent quarterly reports, prepared in accordance with GAAP, will be accepted.

[2] See footnote 1.

[3] For the purpose of this Summary of Equity Option Charges, this charge applies to members for transactions, received from other than the floor of the Exchange, for any account (i) in which the holder of beneficial interest is a member or non-member broker-dealer or (ii) in which the holder of beneficial interest is a person associated with or employed by a member or non-member broker-dealer. This includes transactions for the account of an ROT entered from off-floor.

[4] See footnote 3.

*September  2008*

**SUMMARY OF EQUITY OPTION, AND MNX, NDX, RUT AND RMN CHARGES (p. 2/6)**

OPTION TRANSACTION CHARGE

| | |
|---|---|
| Linkage "P" Orders[5] | $.25 per contract |
| Linkage "P/A" Orders[5] | $.15 per contract |

Floor Broker Linkage P/A Fee and Options Specialist Unit Credit[5]

Floor brokers will be charged an amount equal to the transaction fee(s) assessed on options specialist units by another exchange in connection with customer orders that are delivered to the limit order book via FBMS and executed via Linkage as P/A orders. Options specialist units will be credited an amount equal to the transaction fee(s) assessed on them by another exchange in connection with executing customer orders that are delivered to the limit order book via FBMS and executed via Linkage as P/A orders.

CANCELLATION FEE

$1.10 per order for each cancelled AUTOM-delivered order in excess of the number of orders executed on the Exchange by a member organization in a given month. The cancellation fee is not assessed in a month in which fewer than 500 AUTOM-delivered orders are cancelled.

SPECIALIST DEFICIT (Shortfall) FEE

$.35 per contract for specialists trading any top 120 equity option if 12% of the total national monthly contract volume ("volume threshold") for such top 120 equity option is not effected on the PHLX. The fee shall be limited to the following caps imposed per month per option, subject to the Transition Period described below:

▪ If Phlx volume in any top 120 equity option, except options on Nasdaq-100 Index Tracking Stock[SM] (traded under the symbol QQQQ),[6] is less than or equal to 50 percent of the current volume threshold (presently 6 percent), a cap of $10,000 will apply,

▪ If Phlx volume in any top 120 equity option, except options on QQQQ, is greater than 50 percent of the current volume threshold (presently 6 percent) and less than the volume threshold, a cap of $5,000 will apply,

▪ If Phlx volume in options on QQQQ, is less than or equal to 50 percent of the current volume threshold (presently 6 percent), a cap of $20,000 will apply,

▪ If Phlx volume in options on QQQQ, is greater than 50 percent of the current volume threshold (presently 6 percent) and less than the volume threshold, a cap of $10,000 will apply.

When a specialist unit's trading volume in any top 120 equity option, effected on the Exchange in one month, exceeds 15% of the total national contract volume for such top 120 equity option in that same month, a shortfall credit of $0.35 per contract will be applied to such specialist unit's invoice, the dollar amount of which shall (i) directly correspond to the number of contracts of such top 120 equity option in excess of 15% of the total national contract volume for such top 120 equity option, and (ii) offset any shortfall fee charged to such specialist unit with respect to any other top 120 equity option traded in that same month; provided that such shortfall credit shall not (a) exceed the total amount of any shortfall fee charged to such specialist unit with respect to any other top 120 equity option traded in that same month, and (b) be applied against any other Exchange charges on the invoice(s) of such specialist unit or subsidiary of such specialist unit. Any excess shortfall credit will not be carried over to subsequent months.

---

[5] Fees for Linkage "P" and "P/A" Orders are subject to a pilot program scheduled to expire July 31, 2009. The Floor Broker Linkage P/A Fee and Options Specialist Unit Credit is subject to a pilot program that is scheduled to expire on July 31, 2009.
[6] The Nasdaq-100®, Nasdaq-100 Index®, Nasdaq®, The Nasdaq Stock Market®, Nasdaq-100 Shares[SM], Nasdaq-100 Trust[SM], Nasdaq-100 Index Tracking Stock[SM], and QQQ[SM] are trademarks or service marks of The Nasdaq Stock Market, Inc. *(Nasdaq)* and have been licensed for use for certain purposes by the Philadelphia Stock Exchange pursuant to a License Agreement with Nasdaq. The Nasdaq-100 Index® (the *Index*) is determined, composed, and calculated by Nasdaq without regard to the Licensee, the Nasdaq-100 Trust[SM], or the beneficial owners of Nasdaq-100 Shares[SM]. Nasdaq has complete control and sole discretion in determining, comprising, or calculating the Index or in modifying in any way its method for determining, comprising, or calculating the Index in the future.

*September  2008*

**SUMMARY OF EQUITY OPTION, AND MNX, NDX, RUT AND RMN CHARGES (p. 3/6)**

Transition Period

For any top 120 equity option listed after February 1, 2004 and for any top 120 equity option acquired by a new specialist unit** within the first 60-days of operations, the following thresholds will apply, with a cap of $10,000 for the first 4 full months of trading per month per option provided that the total monthly market share effected on the Phlx in that top 120 equity option is equal to or greater than 50% of the volume threshold in effect:

| | |
|---|---|
| First full month of trading: | 0% national market share |
| Second full month of trading: | 3% national market share |
| Third full month of trading: | 6% national market share |
| Fourth full month of trading: | 9% national market share |
| Fifth full month of trading (and thereafter): | 12% national market share |

** A new specialist unit is one that is approved to operate as a specialist unit by the Options Allocation, Evaluation, and Securities Committee on or after February 1, 2004 and is a specialist unit that is not currently affiliated with an existing options specialist unit as reported on the member organization's Form BD, which refers to direct and indirect owners, or as reported in connection with any other financial arrangement, such as is required by Exchange Rule 783.

REAL-TIME RISK MANAGEMENT FEE

$.0025 per contract for firms/members receiving information on a real-time basis

PAYMENT FOR ORDER FLOW FEES*

(1) For trades resulting from either Directed or non-Directed Orders that are delivered electronically and executed on the Exchange: Assessed on ROTs, specialists and Directed ROTs on those trades when the specialist unit or Directed ROT elects to participate in the payment for order flow program.***

(2) No payment for order flow fees will be assessed on trades that are not delivered electronically or on transactions corresponding with an outbound Linkage Principal Acting as Agent ("P/A") order.

| | |
|---|---|
| QQQQ and other options that are trading in the Penny Pilot Program | $0.25 per contract |
| Remaining Equity Options | $0.70 per contract |

*See Appendix A for additional fees.*

*Assessed on transactions resulting from customer orders and are available to be disbursed by the Exchange according to the instructions of the specialist units/specialists or Directed ROTs to order flow providers who are members or member organizations, who submit, as agent, customer orders to the Exchange or non-members or non-member organizations who submit, as agent, customer orders to the Exchange through a member or member organization who is acting as agent for those customer orders. The payment for order flow fees will remain in effect as a pilot program that is scheduled to expire on May 27, 2009.*
*Any excess payment for order flow funds billed but not utilized by the specialist or Directed ROT will be carried forward unless the Directed ROT or specialist elects to have those funds rebated to the applicable ROT, Directed ROT or specialist on a pro rata basis, reflected as a credit on the monthly invoices. At the end of each calendar quarter, the Exchange will calculate the amount of excess funds from the previous quarter and subsequently rebate excess funds on a pro-rata basis to the applicable ROT, Directed ROT or specialist who paid into that pool of funds.*

**September  2008**

**SUMMARY OF EQUITY OPTION, AND MNX, NDX, RUT AND RMN CHARGES (p. 4/6)**

# STREAMING QUOTE TRADER FEES

Category I                                              No Charge
SQT is Eligible to trade:[7]
- Up to 200 equity and index options issues
- Not eligible for a permit credit

Category II                                             $2200.00 per calendar month
SQT is Eligible to trade
- Up to 400 equity and index options issues
- Maximum permit credit is $2200.00 per month[8]

Category III                                            $3200.00 per calendar month
SQT is Eligible to trade:
- Up to 600 equity and index options issues
- Maximum permit credit is $3200.00 per month.

Category IV                                             $4200.00 per calendar month
SQT is Eligible to trade:
- Up to 800 equity and index options issues
- Maximum permit credit is $4200.00 per month.

Category V                                              $5200.00 per calendar month
SQT is Eligible to trade:
- Up to 1000 equity and index options issues
- Maximum permit credit is $5200.00 per month.

Category VI                                             $6200.00 per calendar month
SQT is Eligible to trade:
- Up to 1200 equity and index options issues
- Maximum permit credit is $6200.00 per month.

Category VII                                            $7200.00 per calendar month
SQT is Eligible to trade:
- All listed equity and index options
- Maximum permit credit is $7200.00 per month

---

[7] A member organization will be assessed an SQT fee based on the aggregate amount of equity options and index options traded by the SQTs in that member organization

[8] A member organization will be eligible to receive monthly credit against the SQT fee for the number of actual permits issued to the member organization that are utilized by an SQT.

*September  2008*

**SUMMARY OF EQUITY OPTION, AND MNX, NDX, RUT AND RMN CHARGES (p. 5/6)**


**REMOTE STREAMING QUOTE TRADER FEES**


Category I:                                 $1700.00 per calendar month
    RSQT is Eligible to trade:
- 1 issue selected from the top 5 national volume leaders.
- 1 issue selected from the 6th to 10th national volume leaders.
- 3 issues selected from the 11th to 25th national volume leaders.
- 4 issues selected from the 26th to 50th national volume leaders.
- 1 index issue.
- 190 other issues.

Maximum credit is $1200 per calendar month[9]


Category II:                                $3200.00 per calendar month
    RSQT is Eligible to trade:
- 2 issues selected from the top 5 national volume leaders.
- 2 issues selected from the 6th to 10th national volume leaders.
- 6 issues selected from the 11th to 25th national volume leaders.
- 8 issues selected from the 26th to 50th national volume leaders.
- 2 index issues.
- 380 other issues.

Maximum credit is $2200.00 per calendar month

Category III:                               $4700.00 per calendar month
    RSQT is Eligible to trade:
- 3 issues selected from the top 5 national volume leaders.
- 3 issues selected from the 6th to 10th national volume leaders.
- 9 issues selected from the 11th to 25th national volume leaders.
- 12 issues selected from the 26th to 50th national volume leaders.
- 3 index issues.
- 570 other issues.

Maximum credit is $3200.00 per calendar month.

Category IV:                                $6200.00 per calendar month
    RSQT is Eligible to trade:
- 4 issues selected from the top 5 national volume leaders.
- 4 issues selected from the 6th to 10th national volume leaders.
- 12 issues selected from the 11th to 25th national volume leaders.
- 16 issues selected from the 26th to 50th national volume leaders.
- 5 index issues.
- 759 other issues.

Maximum credit is $4200.00 per calendar month.

---

[9] RSQT member organizations' fees are subject to credits based on the number of permits applicable to such member organization, subject to the maximum allowable permit credit applicable to each RSQT category.  For a complete schedule of permit fees, see Appendix A.

*September  2008*

**SUMMARY OF EQUITY OPTION, AND MNX, NDX, RUT AND RMN CHARGES (p. 6/6)**

Category V:                              $7700.00 per calendar month
 RSQT is Eligible to trade:
- 5 issues selected from the top 5 national volume leaders.
- 5 issues selected from the 6th to 10th national volume leaders.
- 15 issues selected from the 11th to 25th national volume leaders.
- 20 issues selected from the 26th to 50th national volume leaders.
- 7 index issues.
- 948 other issues.

 Maximum credit is $5200.00 per calendar month.

Category VI:                             $9200.00 per calendar month
 RSQT is Eligible to trade:
- 5 issues selected from the top 5 national volume leaders.
- 5 issues selected from the 6th to 10th national volume leaders.
- 15 issues selected from the 11th to 25th national volume leaders.
- 25 issues selected from the 26th to 50th national volume leaders.
- 9 index issues.
- 1141 other issues.

 Maximum credit is $6200.00 per calendar month.

Category VII:                            $10,700.00 per calendar month
 RSQT is eligible to trade all equity option and index option issues.
 Maximum credit is $7200.00 per calendar month.

*September  2008*

## SUMMARY OF INDEX OPTION CHARGES (p. 1/1)

OPTION COMPARISON CHARGE (applicable to all trades – except specialist trades)[%]

| | |
|---|---|
| Registered Option Trader | $.03 per contract |
| Firm (Proprietary and Customer Executions) [10] + | $.04 per contract |

OPTION TRANSACTION CHARGE[%]

| | |
|---|---|
| Customer Executions | $.40 per contract |
| Firm/Proprietary**[11]+ | $.20 per contract |
| Firm/Proprietary Facilitation+ | $.20 per contract |
| Registered Option Trader | $.21 per contract |
| Specialist | $.24 per contract |

CANCELLATION FEE

$1.10 per order for each cancelled AUTOM-delivered order in excess of the number of orders executed on the Exchange by a member organization in a given month.  The cancellation fee is not assessed in a month in which fewer than 500 AUTOM-delivered orders are cancelled.  The cancellation fee will not apply to Complex Orders that are submitted electronically.

REAL-TIME RISK MANAGEMENT FEE

$.0025 per contract for firms/members receiving information on a real-time basis

*See Appendix A for additional fees.*
+    Subject to a maximum fee of $60,000, except for certain license fees which are assessed per contract side – see $60,000 "Firm Related" Equity Option and Index Option Cap.
***Non-clearing firm members' proprietary transactions are eligible for the "firm" rate based upon submission of a PHLX rebate request form with supportive documentation within thirty (30) days of invoice date.*
[%]    These charges will not be assessed on contracts that are executed electronically as part of a Complex Order.

---

[10] For the purpose of this Summary of Index Option Charges, the Firm / Proprietary comparison or transaction charge applies to member organizations for orders for the proprietary account of any member or non-member broker-dealer that derives more than 35% of its annual, gross revenues from commissions and principal transactions with customers.  Member organizations will be required to verify this amount to the Exchange by certifying that they have reached this threshold and by submitting a copy of their annual report, which was prepared in accordance with Generally Accepted Accounting Principles ("GAAP").  In the event that a firm has not been in business for one year, the most recent quarterly reports, prepared in accordance with GAAP, will be accepted.
[11] See footnote 10.

*September  2008*

## $60,000 "FIRM RELATED" EQUITY OPTION AND INDEX OPTION CAP

"Firm related" transaction and comparison charges for equity and index options, in the aggregate, for one billing month will not exceed $60,000 per month, per member organization, except when a member organization who trades KSX, KIX, BKX, KRX, MFX, HAI, MNX, NDX, RUT and RMN options exceeds the $60,000 cap, a license fee of $0.10 per contract side for KSX, KIX, BKX, KRX, MFX, HAI, MNX and NDX or $0.15 per contract side for RUT and RMN will be in addition, once the cap is reached. When calculating the $60,000 cap, all equity option and index option transaction and comparison charges for products without license fees are calculated first and then equity option and index option transaction and comparison charges for products with license fees that are assessed by the Exchange after the $60,000 cap is reached are calculated.

*See Appendix A for additional fees.*

"KBW," "Keefe, Bruyette & Woods Capital Markets Index," and "KBW Capital Markets Index" are trademarks of Keefe, Bruyette & Woods, Inc. and have been licensed for use by the Philadelphia Stock Exchange, Inc.  Keefe, Bruyette & Woods, Inc. makes no recommendations concerning the advisability of investing in options based on the KBW Capital Markets Index.

"Hapoalim American Israeli Index" is a trademark of Hapoalim Securities USA, Inc and has been licensed for use by the Exchange.

Russell 2000® is a trademark and service mark of the Frank Russell Company, used under license. Neither Frank Russell Company's publication of the Russell Indexes nor its licensing of its trademarks for use in connection with securities or other financial products derived from a Russell Index in any way suggests or implies a representation or opinion by Frank Russell Company as to the attractiveness of investment in any securities or other financial products based upon or derived from any Russell Index.  Frank Russell Company is not the issuer of any such securities or other financial products and makes no express or implied warranties of merchantability or fitness for any particular purpose with respect to any Russell Index or any data included or reflected therein, nor as to results to be obtained by any person or any entity from the use of the Russell Index or any data included or reflected therein.

NASDAQ®, NASDAQ-100 ® and NASDAQ-100 Index® are registered trademarks of The NASDAQ OMX Group, Inc. (which with its affiliates are the "Corporations") and are licensed for use by the Philadelphia Stock Exchange, Inc. in connection with the trading of options products based on the NASDAQ-100 Index®.  The options products have not been passed on by the Corporations as to their legality or suitability.  The options products are not issued, endorsed, sold, or promoted by the Corporations.  The Corporations make no warranties and bear no liability with respect to the options products.

*September  2008*

**SUMMARY OF U.S. DOLLAR-SETTLED FOREIGN CURRENCY OPTION\* CHARGES**
**(p. 1/1)**

OPTION COMPARISON CHARGE (applicable to all trades – except specialist trades)[%]

| | |
|---|---|
| Registered Option Trader | $.03 per contract |
| Firm (Proprietary)[12] + | $.04 per contract |
| Customer Executions | No Charge |

OPTION TRANSACTION CHARGE[%]

| | |
|---|---|
| Customer Executions | $.40 per contract \*\*\* |
| Firm/Proprietary\*\*[13]+ | $.20 per contract |
| Firm/Proprietary Facilitation+ | $.20 per contract |
| Registered Option Trader | $.21 per contract |
| Specialist | $.24 per contract |

CANCELLATION FEE

$1.10 per order for each cancelled AUTOM-delivered order in excess of the number of orders executed on the Exchange by a member organization in a given month.  The cancellation fee is not assessed in a month in which fewer than 500 AUTOM-delivered orders are cancelled.  The cancellation fee will not apply to Complex Orders that are submitted electronically.

REAL-TIME RISK MANAGEMENT FEE

$.0025 per contract for firms/members receiving information on a real-time basis

*See Appendix A for additional fees.*
+    Subject to a maximum fee of $60,000, except for certain license fees which are assessed per contract side – see $60,000 "Firm Related" Equity Option and Index Option Cap.
\* U.S. dollar-settled foreign currency options include XDB, XDE, XDN, XDS, XDA and XDC.
\*\*Non-clearing firm members' proprietary transactions are eligible for the "firm" rate based upon submission of a PHLX rebate request form with supportive documentation within thirty (30) days of invoice date.
\*\*\* Subject to a maximum charge of $4,000 per trade per side.
[%]    These charges will not be assessed on contracts that are executed electronically as part of a Complex Order.

---

[12] For the purpose of this Summary of U.S. Dollar-Settled Foreign Currency Option Charges, the Firm / Proprietary comparison or transaction charge applies to member organizations for orders for the proprietary account of any member or non-member broker-dealer that derives more than 35% of its annual, gross revenues from commissions and principal transactions with customers.  Member organizations will be required to verify this amount to the Exchange by certifying that they have reached this threshold and by submitting a copy of their annual report, which was prepared in accordance with Generally Accepted Accounting Principles ("GAAP").  In the event that a firm has not been in business for one year, the most recent quarterly reports, prepared in accordance with GAAP, will be accepted.
[13] See footnote 12.

*September  2008*

**SUMMARY OF PHYSICAL DELIVERY CURRENCY OPTION CHARGES\*\***


OPTION COMPARISON CHARGE (applicable to all trades – except specialist trades)

    Firm (Proprietary and Customer Executions)         $.05 per contract
        and Registered Option Trader


OPTION TRANSACTION CHARGE\*

    Customer Executions         $.28 per contract
    Firm (Proprietary Executions)         $.23 per contract
    Registered Option Trader and Specialist         $.14 per contract


FLOOR BROKERAGE TRANSACTION FEE

    $.05 per contract, for floor brokers executing transactions for their own member firm.


**Volume Discount for Physical Delivery Currency Options
Transaction Charge Activity**


\*Volume discounts will be available based upon total Customer Executions and Firm Proprietary activity per billing period.  The discount will apply to the number of contracts executed within the specified ranged (i.e., member XYZ executed 340,000 contracts for his Customer and Firm in a billing period.  All contracts will be billed at the normal rates, however, rebates of $.10 will be given for 140,000 contracts.)


| Number of Contracts | Reduction |
| --- | --- |
| 200,001 – 400,000 | $.10 per contract |
| 400,001 or more | $.20 per contract |


*See Appendix A for additional fees.*

\*\* U.S. dollar-settled foreign currency options are subject to a separate fee schedule. See Summary of U.S. Dollar-Settled Foreign Currency Option Charges.

*September  2008*

APPENDIX A

Permit Fees[1]
Order Flow Provider Permit Fee
    a.  Permits used only to submit orders to XLE, foreign currency options trading floor or options trading floor (one trading venue only)   $  200.00 per month
    b.  Permits used only to submit orders to more than one trading venue   $  300.00 per month

Floor Broker, Specialist, ROT (including RSQTs and SQTs), Off-Floor Trader, Market Maker Authorized Traders, or XLE Sponsoring Member Organization[2] Permit Fee
    a.  First Permit   $ 1,200.00 per month
    b.  Additional permits for members in the same organization   $ 1,000.00 per month

| | |
|---|---|
| Excess Permit Holders | $  200.00 per month |
| Other Permit Holders[3] | $  200.00 per month |
| | |
| Foreign Currency User Fee | $ 1,200.00 monthly |
| Application Fee | $  350.00 |
| Initiation Fee[4] | $ 1,500.00 |
| Sponsoring Member Organization Application Fee for Each Sponsored Participant | $ 1,850.00 |
| Account Fee | $   50.00 monthly for each account beyond the number of permits billed to that member organization |
| | |
| Transfer Fee for FCO Participant | $  500.00 |
| Trading Post/Booth | $  250.00 monthly |
| Trading Post with Kiosk | $  375.00 monthly |
| Kiosk Construction Fee (when requested by specialist) | Pass-through cost |
| Controller Space | $  250.00 monthly |
| Floor Facility Fees | $  125.00 monthly |
| Shelf Space on Equity Option Trading Floor | $  125.00 monthly |
| Direct Wire to the Floor | $   20.00 monthly |
| Wireless Telephone System | $  100.00 monthly |

---

[1] The Exchange has established the date of notification of termination of a permit as the date that permit fee billing will cease. Additionally, a permit holder will be billed only one monthly permit fee if the holder transfers from one member organization to another previously unrelated member organization as a result of a merger, partial sale or other business combination during a monthly permit fee period in order to avoid double billing in the month the merger or business combination occurred. These policies will be effective as of February 2, 2004.

[2] The XLE Sponsoring Member Organization permit fee applies to a Sponsoring Member Organization whose only function is to sponsor a Sponsored Participant.

[3] A permit holder or the member organization they solely qualify must apply for "other" status in writing to the Membership Services Department. This status requires that a permit holder or the member organization have no transaction activity for the applicable monthly billing period. Should a permit holder actively transact business during a particular month, the highest applicable monthly permit fee will apply to such permit holder and member organization for that monthly period. The "other" status only applies to permit holders who solely qualify their member organization. These policies will be effective as of February 2, 2004.

[4] This fee is imposed on a member upon election, on a non-member FCO participant upon the purchase of an FCO participation, and on persons or entities registering as approved lessors.

*January 2008*

## APPENDIX A

| | |
|---|---|
| Tether Initial Connectivity Fee | $ 1,100.00 per initial connection |
| Tether Monthly Service Fee | $    150.00 monthly |
| Execution Services/Communication Charge | $    200.00 monthly |

PHLX CCH Guide[5]                                     $    200.00 annually

Option Report Service
    (New York)                                     $    600.00 monthly
    (Chicago)                                     $    800.00 monthly

Instinet, Reuters Equipment                     cost passed through
Hyperfeed Fee                                     100% of cost passed through

Review/Process Subordinated Loans             $      25.00

Examinations  Fee[6]

      Number of Off-Floor Traders
      in the Same Member Organization

| | |
|---|---|
| 0-10 | $ 2,100 per month |
| 11-50 | $ 2,600 per month |
| 51-200 | $ 5,000 per month |
| Over 200 | $12,500 per month |

Registered Representative /Member Exchange/Off-Floor Trader Registration:[7]

| | |
|---|---|
| Initial | $      55.00 ∝ |
| Renewal | $      55.00 annually ∝ |
| Transfer | $      55.00 ∝ |
| Termination | $      30.00 ∝ |

∝ FINRA, on behalf of the Exchange, will bill and collect these fees.

---

[5] PHLX Guides will be provided to new members/member organizations without charge but there will be a $200/year charge for renewals.  Alternatively, members/member organizations can get access to the PHLX Guide at no cost through the internet.

[6] This fee is applicable to member/participant organizations for which the PHLX is the DEA. The following organizations are exempt:  organizations operating through one or more PHLX markets that demonstrated that 25% or more of its revenue as reflected on the most recently  submitted FOCUS Report or transactions as reflected on its purchase and sales blotter are derived from securities transactions on the Phlx.

[7] For the purposes of these fees, the registered representative categories include registered options principals, general securities representatives, general securities sales supervisors and United Kingdom limited general securities registered representatives. See Phlx Rule 604. The Member Exchange category refers to Exchange permit holders.

*January 2008*

# APPENDIX A

| | |
|---|---|
| FINRA CRD Processing Fee[8] | $   85.00 |
| FINRA Disclosure Processing Fee[9] | $   95.00 |
| FINRA Annual System Processing Fee[10] | $   30.00 |
| FINRA Fingerprint Card Processing Fee – 1st Submission[11] | $   30.25 |
| FINRA Fingerprint Card Processing Fee – 2nd submission[12] | $   13.00 |
| FINRA Fingerprint Card Processing Fee– 3rd submission[13] | $   30.25 |
| FINRA Processing Fee for Fingerprint Results[14] | $   13.00 |

Trading Floor Personnel Registration Fee[15]        $     25.00 monthly

Fee for Certain Stock Execution Clerks[16]        $   500.00 monthly

Continuing Education Fee[17]        $     75.00

Computer Equipment Services,
    Repairs or Replacements        $   100.00 per service call and
        $     75.00 per hour (Two hour min)
    Computer Relocation Requests        $   100.00 per service call and
        $     75.00 per person, per hour
        (Two hour minimum)

---

[8] The FINRA CRD Processing Fee is paid directly to FINRA for all initial, transfer, relicense and dual registration Form U4 filings.

[9] The FINRA Disclosure Processing Fee, applicable to Form U4, Form U5 and amendments thereto, will be paid directly to FINRA for all registration, transfer or termination filings with new or amended disclosure information or that require certification, as well as any amendment to disclosure information.  This fee applies to any filing containing a disclosure that was not previously disclosed on Web CRD.

[10] The FINRA Annual System Processing Fee is assessed only during renewals and is paid directly to FINRA.

[11] The FINRA Fingerprint Card Processing Fee is for first card submissions and is paid directly to FINRA.

[12] This FINRA Fingerprint Card Processing Fee is for second card submissions and is paid directly to FINRA.

[13] This FINRA Fingerprint Card Processing Fee is for third card submissions and is paid directly to FINRA.

[14] The FINRA Processing Fee for Fingerprint Results applies to results submitted by other self-regulatory organizations; this fee is paid directly to FINRA.

[15] This fee is imposed on member/participant organizations for individuals who are employed by such member/participant organizations and who work on the Exchange's trading floor, such as clerks, interns, stock execution clerks that handle equity orders that are part of an options contingency order and other associated persons, but who are not registered as members or participants.

[16] This fee is imposed on member organizations for individuals who are employed by such member organization, who are not registered as members, and who work on the Exchange's options trading floor handling stand-alone stock execution orders, such as to hedge traders' options positions.  The monthly $25 Trading Floor Personnel Registration Fee is included in the monthly $500 Fee for Certain Stock Execution Clerks.

[17] This fee will be assessed as to each individual who is required to complete the Regulatory Element of the Continuing Education Requirements pursuant to Exchange Rule 640.  This fee is paid directly to FINRA.

*January 2008*

# APPENDIX A

| | |
|---|---|
| SQF Port Fee and Corresponding Credit (up to the amount of the SQF port fee) | $ 250.00 per port per month for the first 5 active SQF ports.[18] $1,000.00 per port per month for each additional active SQF port (over the first 5 active SQF ports). |
| | Credit of $0.02 per side for every option contract executed on the Phlx in that same month from the same member organization (excluding executions resulting from dividend, merger and short stock interest strategies) when the member organization or one of its employees is designated as a specialist, an SQT or RSQT and the transaction is billed according to the specialist or ROT transaction and/or comparison rates. [19] |
| Appeal Fee for Appeals to the Board of Governors[20] | $ 250.00 |

---

[18] Active ports refer to ports that receive inbound quotes at any time within that month.

[19] SQTs and RSQTs are assessed fees pursuant to the ROT rates as SQTs and RSQTs are ROTs.  See Exchange Rule 1014(b)(ii)(A) and (B).

[20] This fee will apply to an appeal from a decision of a Standing Committee with the exception of appeals from a decision of the Business Conduct Committee, the Hearing Officer , Hearing Panels or Nominating Elections and Governance Committee.  This fee will be refunded to appellant in the event the Board of Governors overturns the decision of the Standing Committee.

*January 2008*

## Market Access Provider Subsidy*

| | |
|---|---|
| Market Access Provider Subsidy[1] | $0.10 per contract (the "Subsidy Rate") for Eligible Contracts in the immediately preceding calendar month that exceed the monthly Baseline Order Flow for the MAP[2] |
| Monthly MAP Volume Bonus[3] | $  50,000.00 |
| MAP Marketing Subsidy[4] | $  25,000.00 |

For the purposes of the Market Access Provider Subsidy, the Monthly MAP Volume Bonus, and the MAP Marketing Subsidy, the terms shall have the meanings set forth in footnotes 3, 4 and 5.

*  Contracts that are executed electronically as part of a Complex Order are not Eligible Contracts.

---

[1] The Market Access Provider Subsidy is a per contract fee payable by the Exchange to Eligible MAPs for Eligible Contracts submitted by MAPs for execution, and are so executed, on the Exchange.

[2] If the Exchange elects to extend the Priority Routing Covenant (as defined in footnote 5) for additional one year terms beyond the end of the calendar year that commences after the date of execution of the agreement described in sub-paragraph (8) under the definition of "Eligible MAP" in footnote 5(b) below, then the Market Access Provider Subsidy during such extension periods for such MAP shall be increased by $0.01 per contract above the Subsidy Rate then in effect at the date of such renewal, so long as such covenant remains in effect.

[3] The Exchange will pay each Eligible MAP $50,000 per month (the "Monthly MAP Volume Bonus") for each month in which the Eligible Contracts of such Eligible MAP in the immediately preceding calendar month exceeds the higher of (1) 1,500,000 or (2) three times the Baseline Order Flow of such Eligible MAP.  The Monthly MAP Volume Bonus shall be in addition to the amount for any Market Access Provider Subsidy that is payable.

[4]        The Exchange will pay each eligible MAP $25,000.00 per month (the "MAP Marketing Subsidy") for a maximum of three (3) months, provided that the Eligible MAP uses the MAP Marketing Subsidy to: (i) promote the Subsidy program, (ii) provide technical assistance and information to its customers on the equity options order routing functionality that pertains to the Subsidy program, and (iii) analyze the volume based usage of such order routing functionality by the Eligible MAP and its customers, in each case with a view towards the successful launch of the Eligible MAP's participation in the Subsidy for Eligible MAPs.

        The maximum aggregate Marketing Subsidy that an Eligible MAP is entitled to receive is $75,000 (*i.e.*, 3 monthly payments).  The Exchange's obligation to pay this Marketing Subsidy will be conditioned upon: (a) execution by the Eligible MAP of an agreement with the Exchange and compliance in all respects with the requirements specified therein and (b) continued participation of the Eligible MAP in the Subsidy program, including compliance in all respects with the requirements of the program.

[5] (a)        "Market Access Provider" or "MAP" means any Phlx member organization that offers to its customers automated order routing systems and electronic market access to U.S. options markets.

  (b)        "Eligible MAP" means a MAP eligible for the Market Access Provider Subsidy and who is required to:

        (1)  submit any required Exchange applications and/or forms for Exchange approval to participate as an Eligible MAP;

(2)  provide to its customers systems that enable the electronic routing of equity option orders to all of the U.S. options exchanges, including Phlx;

(3)  provide to its customers current consolidated market data from the U.S. options exchanges;

(4)  interface with Phlx's API to access the Exchange's electronic options trading platform, Phlx XL;

(5)  offer to its customers a customized interface and routing functionality (including sweep function described below) such that:

> (A)  Phlx will be the default destination for all equity option orders (whether marketable or not), provided that in the case of marketable orders, Phlx is at the national best bid or offer ("NBBO") on the appropriate side of the market (i.e., the contra-side of the order that is routed to Phlx), regardless of size or time, up to Phlx's disseminated size; and

> (B)  the MAP's option order routing functionality incorporates a feature that causes orders at a specified price to be routed simultaneously to multiple exchanges with a single click (a "sweep function"), which is configured to route all such orders (or, if  such orders are for a size larger than the size disseminated by the Phlx on the opposite side of the market, at least the portion of the order that corresponds to Phlx's disseminated size) to Phlx as the default destination for execution for a size up to the full size quoted on the Phlx, provided that, in the case of marketable orders, the Phlx disseminated price on the appropriate side of the market is at the NBBO;

(6)  configure its own option order routing functionality such that it is configured as described in sub-paragraph 5(A) and (B) above, with respect to all equity option orders  as to which the MAP has discretion as to routing ("MAP Routing Orders");

(7)  ensure that the customized functionality described in sub-paragraphs (5) and (6) above permits users submitting option orders through such system(s) to manually override the Phlx as the default destination on an order-by-order basis; and

(8)  enter into and maintain an agreement with the Exchange to function as an Eligible MAP and be in compliance with all terms thereof.

(c)      "Eligible Contracts" means contracts that result from the execution on the Phlx of (1) equity option orders (other than crosses) sent electronically to an Eligible MAP (and routed to Phlx electronically by the Eligible MAP) by its customers, and (2) MAP Routing Orders (other than crosses) sent electronically by the Eligible MAP.  The term "Eligible Contracts" does not include contracts that are executed electronically as part of a Complex Order.

(d)      "Baseline Order Flow" for an Eligible MAP means the higher of:  (1) 500,000 contracts, or (2) the average contracts per month, calculated for the 3-month period immediately preceding the Eligible MAP entering into the agreement with Phlx as described in sub-paragraph (b)(8) above, that resulted from the execution on the Phlx of equity option orders (other than crosses) routed to Phlx electronically by such Eligible MAP.  Contracts that are executed electronically as part of a Complex Order are not included in the calculation of Baseline Order Flow.

(e)      "Priority Routing Covenant" means an Eligible MAP's agreement with Phlx to refrain from entering into arrangements with other exchanges or execution venues where such exchange or execution venue will have the same routing position as, or priority over, Phlx as the default destination for option orders described in sub-paragraphs (b)(5) and (b)(6) above, unless Phlx otherwise consents.

September  2008

## Market Access Provider Subsidy*

| | |
|---|---|
| Market Access Provider Subsidy[1] | $0.10 per contract (the "Subsidy Rate") for Eligible Contracts in the immediately preceding calendar month that exceed the monthly Baseline Order Flow for the MAP[2] |
| Monthly MAP Volume Bonus[3] | $  50,000.00 |
| MAP Marketing Subsidy[4] | $  25,000.00 |

For the purposes of the Market Access Provider Subsidy, the Monthly MAP Volume Bonus, and the MAP Marketing Subsidy, the terms shall have the meanings set forth in footnotes 3, 4 and 5.

*  Contracts that are executed electronically as part of a Complex Order are not Eligible Contracts.

---

[1]The Market Access Provider Subsidy is a per contract fee payable by the Exchange to Eligible MAPs for Eligible Contracts submitted by MAPs for execution, and are so executed, on the Exchange.

[2] If the Exchange elects to extend the Priority Routing Covenant (as defined in footnote 5) for additional one year terms beyond the end of the calendar year that commences after the date of execution of the agreement described in sub-paragraph (8) under the definition of "Eligible MAP" in footnote 5(b) below, then the Market Access Provider Subsidy during such extension periods for such MAP shall be increased by $0.01 per contract above the Subsidy Rate then in effect at the date of such renewal, so long as such covenant remains in effect.

[3]The Exchange will pay each Eligible MAP $50,000 per month (the "Monthly MAP Volume Bonus") for each month in which the Eligible Contracts of such Eligible MAP in the immediately preceding calendar month exceeds the higher of (1) 1,500,000 or (2) three times the Baseline Order Flow of such Eligible MAP.  The Monthly MAP Volume Bonus shall be in addition to the amount for any Market Access Provider Subsidy that is payable.

[4]    The Exchange will pay each eligible MAP $25,000.00 per month (the "MAP Marketing Subsidy") for a maximum of three (3) months, provided that the Eligible MAP uses the MAP Marketing Subsidy to: (i) promote the Subsidy program, (ii) provide technical assistance and information to its customers on the equity options order routing functionality that pertains to the Subsidy program, and (iii) analyze the volume based usage of such order routing functionality by the Eligible MAP and its customers, in each case with a view towards the successful launch of the Eligible MAP's participation in the Subsidy for Eligible MAPs.

    The maximum aggregate Marketing Subsidy that an Eligible MAP is entitled to receive is $75,000 (*i.e.*, 3 monthly payments).  The Exchange's obligation to pay this Marketing Subsidy will be conditioned upon: (a) execution by the Eligible MAP of an agreement with the Exchange and compliance in all respects with the requirements specified therein and (b) continued participation of the Eligible MAP in the Subsidy program, including compliance in all respects with the requirements of the program.

[5](a)    "Market Access Provider" or "MAP" means any Phlx member organization that offers to its customers automated order routing systems and electronic market access to U.S. options markets.

  (b)    "Eligible MAP" means a MAP eligible for the Market Access Provider Subsidy and who is required to:

        (1)  submit any required Exchange applications and/or forms for Exchange approval to participate as an Eligible MAP;

(2)  provide to its customers systems that enable the electronic routing of equity option orders to all of the U.S. options exchanges, including Phlx;

(3)  provide to its customers current consolidated market data from the U.S. options exchanges;

(4)  interface with Phlx's API to access the Exchange's electronic options trading platform, Phlx XL;

(5)  offer to its customers a customized interface and routing functionality (including sweep function described below) such that:

> (A)  Phlx will be the default destination for all equity option orders (whether marketable or not), provided that in the case of marketable orders, Phlx is at the national best bid or offer ("NBBO") on the appropriate side of the market (i.e., the contra-side of the order that is routed to Phlx), regardless of size or time, up to Phlx's disseminated size; and

> (B)  the MAP's option order routing functionality incorporates a feature that causes orders at a specified price to be routed simultaneously to multiple exchanges with a single click (a "sweep function"), which is configured to route all such orders (or, if  such orders are for a size larger than the size disseminated by the Phlx on the opposite side of the market, at least the portion of the order that corresponds to Phlx's disseminated size) to Phlx as the default destination for execution for a size up to the full size quoted on the Phlx, provided that, in the case of marketable orders, the Phlx disseminated price on the appropriate side of the market is at the NBBO;

(6)  configure its own option order routing functionality such that it is configured as described in sub-paragraph 5(A) and (B) above, with respect to all equity option orders  as to which the MAP has discretion as to routing ("MAP Routing Orders");

(7)  ensure that the customized functionality described in sub-paragraphs (5) and (6) above permits users submitting option orders through such system(s) to manually override the Phlx as the default destination on an order-by-order basis; and

(8)  enter into and maintain an agreement with the Exchange to function as an Eligible MAP and be in compliance with all terms thereof.

(c)       "Eligible Contracts" means contracts that result from the execution on the Phlx of (1) equity option orders (other than crosses) sent electronically to an Eligible MAP (and routed to Phlx electronically by the Eligible MAP) by its customers, and (2) MAP Routing Orders (other than crosses) sent electronically by the Eligible MAP.  The term "Eligible Contracts" does not include contracts that are executed electronically as part of a Complex Order.

(d)       "Baseline Order Flow" for an Eligible MAP means the higher of:  (1) 500,000 contracts, or (2) the average contracts per month, calculated for the 3-month period immediately preceding the Eligible MAP entering into the agreement with Phlx as described in sub-paragraph (b)(8) above, that resulted from the execution on the Phlx of equity option orders (other than crosses) routed to Phlx electronically by such Eligible MAP.  Contracts that are executed electronically as part of a Complex Order are not included in the calculation of Baseline Order Flow.

(e)       "Priority Routing Covenant" means an Eligible MAP's agreement with Phlx to refrain from entering into arrangements with other exchanges or execution venues where such exchange or execution venue will have the same routing position as, or priority over, Phlx as the default destination for option orders described in sub-paragraphs (b)(5) and (b)(6) above, unless Phlx otherwise consents.

## Options Floor Broker Subsidy

- Tiered per contract floor broker options subsidy payable to member organizations with Exchange registered floor brokers for eligible contracts (as defined below) that are entered into the Exchange's Floor Broker Management System ("FBMS") and subsequently executed on the Exchange, subject to two threshold volume requirements:

  (1)    more than an average of 75,000 executed contracts per day in the applicable month; and

  (2)    at least 40,000 executed contracts or more per day for at least eight trading days during that same month.

In addition, the following applies:

- Customer-to-customer executions will count towards reaching the 75,000 contract and 40,000 contract thresholds, but a per contract subsidy will not be paid on any customer-to-customer executions.

- Orders entered through FBMS but executed away through Linkage, as well as dividend, merger and short stock interest strategies will not count towards the 75,000 contract or the 40,000 contract thresholds nor will a per contract subsidy be paid on these transactions.

- Only the largest component of a Complex Order (i.e., the component that includes the greatest number of contracts) will count towards the 75,000 contract and the 40,000 contract thresholds.  The Options Floor Broker Subsidy does not apply to any contracts that are executed as part of a Complex Order.

**Per Contract Average Daily Volume Subsidy Payment**:

| Tier I | Tier II | Tier III | Tier IV | Tier V |
|---|---|---|---|---|
| 75,001 to 100,000 | 100,001 to 200,000 | 200,001 to 300,000 | 300,001 to 400,000 | 400,001 and greater |
| $0.01 per contract | $0.04 per contract | $0.05 per contract | $0.06 per contract | $0.07 per contract |

The per contract subsidy is paid based on the average daily contract volume on customer-to-non-customer as well as non-customer-to-non-customer transactions for that month in excess of 75,000 contracts.  Payments will be made at the stated rate for each tier for those contracts that fall within that tier.  Based on the amount of customer-to-customer contracts, a member organization could enter Tier II or a higher tier due to the amount of customer-to-customer contract volume.

In the event that two or more member organizations with Exchange registered floor brokers each entered one side of a transaction into FBMS, then the executed contracts would be divided among each such qualifying member organization that participates in that transaction.

*September 2008*

*Updated 11/27/2006*

## STOCK CLEARING CORPORATION OF PHILADELPHIA FEE SCHEDULE

Page 1 of 3

1.  **ACCOUNT FEES**

    Maintenance Fee

    $150.00 per month for RIO accounts
    with 20 or fewer trades per month
    $250.00 per month for RIO accounts
    with over 20 trades per month
    $650.00 per month for margin accounts

    Additional Suffix

    $32.00 per month per suffix

2.  **TRADE RECORDING FEES**

    XLE Trades

    Blue Tickets[1]

    $ 0.47 per side

    XLE Market Maker Trades
        Cleared Via a SCCP                 $0.30 per trade maximum
        Margin Account                     $100,000 per month

    Proprietary Trades Cleared Via a
        SCCP Margin Account                $0.47 per trade

    All Other XLE Trades                   No Charge

    NON-XLE Trades

    Yellow Tickets[2]                      $0.47 per side

---

[1] A Blue Ticket refers to a Phlx XLE execution where the clearing information is submitted to SCCP from a source other than XLE.
[2] Yellow tickets are used for clearing only transactions, which are non-Phlx XLE executions.

**STOCK CLEARING CORPORATION OF PHILADELPHIA FEE SCHEDULE**

Page 2 of 3

3.   **TRANSACTION FEES  Blue tickets and Yellow tickets**

| | |
|---|---|
| RIO Accounts | $0.0012 per share per side |
| Margin Accounts | $0.035 per $1,000 of contract value per side |
| Maximum Value Charge | $25.00 per trade per side |

4.   **TREASURY TRANSACTIONS**

| | |
|---|---|
| Per trade transaction | $40.00 (plus pass through costs) |
| Per transfer | $10.00 (plus pass through costs) |

5.   **MARGIN ACCOUNT INTEREST**

| | |
|---|---|
| Charge on net debit balances | ½% above bank broker call rate |

6   **RESEARCH FEES**

| | |
|---|---|
| Per photocopy of input forms | $4.00 |
| Per microfiche copy | $4.00 |
| Items less than 90 days old | No charge |
| Items 1 year old or less | $15.00 per hour |
| Items over 1 year old | $15.00 per hour, $25.00 minimum, Plus archive retrieval costs |

**STOCK CLEARING CORPORATION OF PHILADELPHIA FEE SCHEDULE**

Page 3 of 3

7. **COMPUTER TRANSMISSIONS/TAPES**

| | |
|---|---|
| Purchase and Sale Trade Data (daily) | $100.00 per month |
| Purchase and Sale Trades plus T+2<br>　　Settling Trades (daily) | $150.00 per month |
| Miscellaneous | $150.00 per month; includes 6<br>　　Tapes/transmissions |
| | $25.00 per additional<br>　　Tape/transmission |

8. **P&L STATEMENT CHARGES**　　　　　　　$0.01 per line

9. **BUY-INS**　　　　　　　$5.00 per item

10. **TRADE TICKET ADJUSTMENT FEE**

| | |
|---|---|
| 0 to 5 Trade Ticket adjustments per month | No Charge |
| 6 to 10 Trade Ticket adjustments per month | $50 per ticket adjustment for tickets 6-10 |
| 11 to 15 Trade Ticket adjustments per month | $100 per ticket adjustment for tickets 11-15 |
| 16 to 20 Trade Ticket adjustments per month | $200 per ticket adjustment for tickets 16-20 |
| 21 or more Trade Ticket adjustment per month | $300 per ticket adjustment for tickets in excess of 20 |