# EXHIBIT B

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity | Original Cure Total | Revised Cure Total |
|---|---|---|---|---|---|---|
| NASD NASDAQ, INC | Standalone Agreement | The Nasdaq Stock market Inc, attn Edward Knight, | Office of General Counsel, 1801 K street, N.W, Washington DC, 20006 | LBHI | $0.00 | $0.00 |
| NASD NASDAQ, INC | Standalone Agreement | The Nasdaq Stock market Inc, attn Edward Knight, | Office of General Counsel, 1801 K street, N.W, Washington DC, 20006 | LBHI | $0.00 | $0.00 |
| NASD NASDAQ, INC | Standalone Agreement | NASD, Office of General Counsel – Contracts Group | National Associate of Securities Dealers, Inc, 1735 K Street, N.W. 10th floor, Washington DC 20006 | LBHI | $0.00 | $0.00 |
| NASD NASDAQ, INC | Standalone Agreement | NASD, Office of General Counsel – Contracts Group | National Associate of Securities Dealers, Inc, 1735 K Street, N.W. 10th floor, Washington DC 20006 | LBHI | $0.00 | $0.00 |
| NASDAQ | Amendment / Addendum / Schedule | The Nasdaq Stock market Inc, attn Edward Knight, | Office of General Counsel, 1801 K street, N.W, Washington DC, 20006 | LBHI | $0.00 | $0.00 |
| NASDAQ | Amendment / Addendum / Schedule | The Nasdaq Stock market Inc, attn Edward Knight, | Office of General Counsel, 1801 K street, N.W, Washington DC, 20006 | LBHI | $0.00 | $0.00 |
| NASDAQ STOCK MARKET INC | Master Agreement | NASD, Office of General Counsel – Contracts Group | National Associate of Securities Dealers, Inc, 1735 K Street, N.W. 10th floor, | LBHI | $0.00 | $0.00 |

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity | Original Cure Total | Revised Cure Total |
|---|---|---|---|---|---|---|
| | | | Washington DC 20006 | | | |
| NASDAQ STOCK MARKET INC | Master Agreement | NASD, Office of General Counsel – Contracts Group | National Associate of Securities Dealers, Inc, 1735 K Street, N.W. 10th floor, Washington DC 20006 | LBHI | $0.00 | $0.00 |
| NASDAQ STOCK MARKET INC | Amendment / Addendum / Schedule | | | Unknown | $0.00 | $0.00 |
| NASDAQ STOCK MARKET INC | Amendment / Addendum / Schedule | | | Unknown | $0.00 | $0.00 |
| NASDAQ STOCK MARKET INC. | Amendment / Addendum / Schedule | The Nasdaq Stock market Inc, attn Edward Knight, | Office of General Counsel, 1801 K street, N.W, Washington DC, 20006 | LBI | $0.00 | $0.00 |
| NASDAQ STOCK MARKET INC. | Amendment / Addendum / Schedule | The Nasdaq Stock market Inc, attn Edward Knight, | Office of General Counsel, 1801 K street, N.W, Washington DC, 20006 | LBI | $0.00 | $0.00 |
| OMX | Termination Letter | Peter Belling | Copenhagen Stock Exchange, P.O. Box 1040 DK-1007 Copenhagen K. Denmark | Unknown | $0.00 | $0.00 |
| OMX NORDIC EXCHANGE | Master Agreement | Claus Thorball | | Unknown | $0.00 | $0.00 |
| OMX NORDIC EXCHANGE | Side Letter | Claus Thorball, Berit Lorenzen | | Unknown | $0.00 | $0.00 |
| Philadelphia Board of Trade | Master Agreement | Walt Smith with copy to Jurij Trypupenko | 1900 Market Street, Philadelphia, PA 19103 | LBHI | $0.00 | $0.00 |

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity | Original Cure Total | Revised Cure Total |
|---|---|---|---|---|---|---|
| THE NASDAQ STOCK MARKET, INC. | Master Agreement | N/A | One Liberty Plaza, 165 Broadway, Ny, Ny 10006 | Lehman Brothers Holdings Inc | $0.00 | $0.00 |
| THE NASDAQ STOCK MARKET, INC. | Master Agreement | N/A | N/A | N/A | $0.00 | $0.00 |
| THE NASDAQ STOCK MARKET, INC. | Amendment / Addendum / Schedule | N/A | 1735 K Street, NW, Washington, DC 20006 | N/A | $0.00 | $0.00 |
| THE NASDAQ STOCK MARKET, INC. | Side Letter | N/A | N/A | N/A | $0.00 | $0.00 |
| THE NASDAQ STOCK MARKET, INC. | Side Letter | N/A | N/A | N/A | $0.00 | $0.00 |
| THE NASDAQ STOCK MARKET, INC. | Side Letter | N/A | N/A | N/A | $0.00 | $0.00 |

| Vendor Name+ | Cure amounts |
|---|---|
| NASD NASDAQ, INC | $0.00 |
| NASDAQ | $0.00 |
| NASDAQ STOCK MARKET INC. | $0.00 |
| OMX | $0.00 |
| OMX NORDIC EXCHANGE | $0.00 |
| Philadelphia Board of Trade | $0.00 |
| THE NASDAQ STOCK MARKET, INC. | $0.00 |

| Vendor Name+ | Original Cure Total | Revised Cure Notice | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| NASDAQ TECHNOLOGY SERVICES LLC | $0.00 | $0.00 | | | | |
| PHILADELPHIA Transaction Fees | $789,267.98 | $0.00 | | | | |
| NASDAQ - Workstation | $350,622.45 | $0.00 | | | | |
| NASDAQ - ACT (Clearance) | $142,580.06 | $0.00 | | | | |

3

4

| Vendor Name+ | Original Cure Total | Revised Cure Notice | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| TOTAL | | | | | | |
| NASDAQ - ACES | $6.80 | $0.00 | | | | |