## Exhibit C

| Business line | Customer Account Number | Name on Customer Account | Invoice Date | Invoice Number | Invoices outstanding -- without rebate consideration |
|---|---|---|---|---|---|
| NTS | 100002371 | LEHMAN BROTHERS INC. | | OA-168816 | $ - |
| SCCP | 100071534 | LEHMAN BROTHERS | | OA-171064 | $ - |
| SCCP | 100071534 | LEHMAN BROTHERS | | OA-170912 | $ - |
| NTS | 100002371 | LEHMAN BROTHERS INC. | 39670 | 0808NTS008253 | $ (1,301.02) |
| SHAR | 900000613 | LEHMAN BROTHERS HOLDINGS, INC | 39595 | LEH0408 | $ 760.00 |
| PORT | 100061690 | LEHMAN BROTHERS INC. | 39639 | 214443563 | $ 2,000.00 |
| PORT | 100061703 | LEHMAN BROTHERS INC. | 39517 | 214443079 | $ 2,000.00 |
| PORT | 100068684 | LEHMAN BROTHERS INC. | 39609 | 214443435 | $ 2,000.00 |
| PORT | 100068684 | LEHMAN BROTHERS INC. | 39609 | 214443480 | $ 2,400.00 |
| SHAR | 900000613 | LEHMAN BROTHERS HOLDINGS, INC | 39093 | LEH1206 | $ 3,860.00 |
| NTS | 100058711 | LEHMAN BROTHERS INC. | 39670 | 0808NTS021726 | $ 4,890.00 |
| NTS | 100058711 | LEHMAN BROTHERS INC. | 39701 | 0908NTS048304 | $ 4,890.00 |
| SHAR | 900000613 | LEHMAN BROTHERS HOLDINGS, INC | 39552 | LEH0308 | $ 7,825.00 |
| SHAR | 900000613 | LEHMAN BROTHERS HOLDINGS, INC | 39639 | LEH0608 | $ 15,410.00 |
| PHLX | 100071129 | LEHMAN BROTHERS INC. | 39701 | 0908PHLX049919 | $ 19,625.07 |

2

| | | | | | |
|---|---|---|---|---|---|
| NTS | 100056812 | LEHMAN BROTHERS INC. | 39701 | 0908NTS048046 | $ 31,008.60 |
| MDD | 100006909 | LEHMAN BROTHERS INC. | 39701 | 0908MDD039608 | $ 58,233.57 |
| MDD | 100006909 | LEHMAN BROTHERS INC. | 39670 | 0808MDD017864 | $ 59,141.63 |
| NTS | 100002371 | LEHMAN BROTHERS INC. | 39547 | 0408NTS051861 | $ 110,776.08 |
| PHLX | 100071130 | LEHMAN BROTHERS INC. | 39701 | 0908PHLX049920 | $ 710,333.46 |
| NTS | 100002371 | LEHMAN BROTHERS INC. | 39701 | 0908NTS047069 | $ 5,240,037.16 |
| NTS | 100002371 | LEHMAN BROTHERS INC. | 39670 | 0808NTS020486 | $ 8,677,359.26 |
| | | | | | |
| **Grand Totals** | | | | | **$14,951,248.81** |

2