SQUIRE, SANDERS & DEMPSEY L.L.P.
Stephen D. Lerner (2067841)
1095 Avenue of the Americas, 31st Floor
New York, NY 10036
(212) 872-9800 - phone
(212) 872-9815 - facsimile

*Counsel for Broadridge Securities Processing Solutions, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                         :    Chapter 11
                                               :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., et al.,        :
                                               :    (Jointly Administered)
          Debtor.                              :
                                               :    Hon. James M. Peck
---------------------------------------------------------------x

**OBJECTION OF BROADRIDGE SECURITIES PROCESSING SOLUTIONS, INC. TO PROPOSED CURE AMOUNT**

Broadridge Securities Processing Solutions, Inc. (f/k/a ADP Financial Information Services, Inc.) ("Broadridge"), by and through its undersigned counsel, files this objection (the "Objection") to Lehman Brothers Holdings, Inc.'s ("LBHI") stated cure amount to be paid in connection with the proposed assumption and assignment of Broadridge's contract with Lehman Brothers, Inc. ("LBI") to Barclays Capital, Inc. ("Barclays") and, in support hereof, respectfully states as follows[1]:

**PRELIMINARY STATEMENT**

The    Debtors    (as    defined    below)    assert    on    the    schedules    located    at

---

[1] The Debtors (as defined below) list various names on the Updated Schedules (as defined below) and the Original Schedules (as defined below) in apparent reference to Broadridge ("ADP Brokerage Services, Inc.," "ADP Financial Services," "Broadridge" and "Broadridge Securities Processing Solutions, Inc."). One of these, ADP Brokerage Services, Inc., is listed seven times. Notwithstanding any separate references to Broadridge entities by the Debtors, all services are provided by Broadridge under a single contract defined below as the Broadridge Agreement.

http://chapter11.epiqsystems.com/Lehman and titled "List of IT Closing Date Contracts (updated as of 10/1/2008 9:00 PM)" and "List of Non-IT Closing Date Contracts (excluding Corporate Real Estate) (updated as of 10/1/2008 9:00 PM)" (together, the "Updated Schedules"), that the aggregate cure amount for Broadridge's contract with LBI is $2,237,063.53. While Broadridge has no objection to the assumption and assignment of its contract with LBI to Barclays, Broadridge objects on the grounds that the Debtors have incorrectly calculated the cure amount necessary to cure all defaults. Broadridge asserts that the correct amount necessary to cure its contract with LBI is $5,825,552.37. The schedule of invoices supporting this amount is attached hereto as **Exhibit** A.

## BACKGROUND

1.      Broadridge and LBI are parties to that certain Master Services Agreement dated April 11, 2000, as amended from time to time, and related Schedules (collectively, the "Broadridge Agreement"). Pursuant to the Broadridge Agreement, Broadridge provides various securities-related services including trade processing, electronic proxy voting, prospectus mailing, dividend check processing, and other services. In the ordinary course, Broadridge issues invoices to LBI for payment of its services.

2.      On September 15, 2008 (the "Petition Date"), LBHI, the parent company of LBI, commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On September 16, 2008, LB 745 LLC ("LB 745") commenced a voluntary case under chapter 11 of the Bankruptcy Code. On September 23, 2008, PAMI Statler Arms LLC ("PAMI Statler Arms," together with LBHI and LB 745, the "Debtors") commenced a voluntary case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to the Bankruptcy Code.

3. On September 17, 2008, the Debtors filed the Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets (the "Sale Procedures Motion") including an Asset Purchase Agreement (the "Asset Purchase Agreement") that contemplated a sale of certain of the Debtors' assets, including certain of LBI's assets, to Barclays. On September 17, 2008, an order was entered approving the Sale Procedures Motion, and this Court approved the sale on September 20, 2008. The sale to Barclays closed on September 22, 2008.

4. On September 19, 2008, schedules of executory contracts and unexpired leases that the Debtors planned to assume and assign to Barclays pursuant to the Asset Purchase Agreement along with proposed cure amounts were posted on the Debtors' case information website (the "Original Schedules"). Various listings referencing Broadridge entities (but without any specific references to the Broadridge Agreement) appeared on the Original Schedules with cure amounts listed next to each name, although no information was provided with respect to how the cure amounts were calculated. The Broadridge listings indicated an aggregate proposed cure amount of $3,667,488.05 (the "Original Proposed Cure Amount").

5. Subsequently on October 1, 2008, the Debtors posted the Updated Schedules on their website which indicated a modified aggregate proposed cure amount for all of the Broadridge entities listed of $2,237,063.53 (the "Updated Proposed Cure Amount").

## **OBJECTION**

6. Broadridge objects to the Debtors' proposed cure amount on the grounds that: (i) the Debtors have not disclosed how they determined the Updated Proposed Cure Amount and (ii) the Debtors have incorrectly calculated the cure amount necessary to cure all defaults under the

Broadridge Agreement. Because the Debtors' Updated Schedules contain references to multiple Broadridge entities, Broadridge objects to each of the listings and cure amounts contained in the Updated Schedules.

7. Broadridge asserts that as of the close of business on September 19, 2008 (the last business day prior to the closing of Barclays' acquisition of LBI's assets), LBI owed to Broadrige under the Broadridge Agreement the sum of $5,825,552.37. Attached hereto as **Exhibit A** is a schedule of invoices (and amounts) issued by Broadridge to LBI establishing the cure amount of $5,825,552.37. Therefore, Broadridge objects to the assumption and assignment of the Broadridge Agreement unless, as required by sections 365(b)(1)(A) and 365(f)(2) of the Bankruptcy Code, Broadridge receives prompt payment of cure in the amount of $5,825,552.37, rather than the Updated Proposed Cure Amount. The actual invoices and other documentation that supports Broadridge's stated cure amount is voluminous and not attached to this Objection. Such documentation is being provided by Broadridge to the Debtors and Barclays.

**WHEREFORE,** Broadridge respectfully requests that the Court grant its Objection and find that the cure amount due Broadridge under the Broadridge Agreement is not less than $5,825,552.37 and grant such other relief as may be just.

| | |
|---|---|
| October 3, 2008 | Respectfully submitted,<br><br>SQUIRE, SANDERS & DEMPSEY L.L.P.<br><br>/s/Stephen D. Lerner<br>Stephen D. Lerner (2067841)<br>1095 Avenue of the Americas, 31st Floor<br>New York, NY 10036<br>(212) 872-9800 - phone<br>(212) 872-9815 - facsimile<br><br>*Counsel for Broadridge Securities Processing Solutions, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via filing through the Court's ECF system this 3rd day of October, 2008.

> */s/ Stephen D. Lerner*
> Stephen D. Lerner

# EXHIBIT A TO OBJECTION OF BROADRIDGE SECURITIES PROCESSING SOLUTIONS, INC. TO PROPOSED CURE AMOUNT[1]

| SBU | Inv # | Service Description | Invoice Date | Invoice Amount |
|---|---|---|---|---|
| IC | SH03302 | Global Proxy | 07/01/2008 | 3,609.74 |
| IC | GP08155030 | Global Proxy | 06/03/2008 | 11,904.00 |
| IC | GP08184029 | Global Proxy | 07/15/2008 | 27,609.50 |
| IC | GP08217030 | Global Proxy | 08/13/2008 | 2,724.00 |
| IC | GP08247029 | Global Proxy | 09/03/2008 | 2,076.00 |
| IC | GP08276030 | Global Proxy | 10/02/2008 | 2,605.63 |
| IC | SH03615 | Sharelink Dividend | 10/02/2008 | 3,609.61 |
| IC | SH03616 | Sharelink Dividend | 10/02/2008 | 3,545.05 |
| IC | SH03617 | Sharelink Dividend | 10/02/2008 | 3,592.91 |
| IC | SH03618 | Sharelink Dividend | 10/02/2008 | 2,308.23 |
| ID | PS15669 | Postsale | 04/25/2008 | 83,815.18 |
| ID | PS15884 | Postsale | 05/28/2008 | 125,888.90 |
| ID | PS16114 | Postsale | 06/26/2008 | 93,647.99 |
| ID | PS16353 | Postsale | 07/25/2008 | 103,367.22 |
| ID | PS16582 | Postsale | 08/26/2008 | 74,658.79 |
| ID | PS16836 | Postsale | 09/20/2008 | 58,351.91 |
| ID | PS17017 | Postsale | 09/19/2008 | 44,053.69 |
| ID | 38041 | Transaction Reporting | 06/30/2007 | 7,000.00 |
| ID | 39878 | Transaction Reporting | 06/30/2007 | 1,400.00 |
| ID | 6565i | Transaction Reporting | 01/31/2008 | 15,028.49 |
| ID | 6593-I | Transaction Reporting | 05/30/2008 | 94,664.07 |
| ID | 6587-I | Transaction Reporting | 05/30/2008 | 206,231.75 |
| ID | 6608-I | Transaction Reporting | 06/30/2008 | 144,751.45 |
| ID | 6614-I | Transaction Reporting | 06/30/2008 | 82,920.26 |
| ID | 6630-I | Transaction Reporting | 07/31/2008 | 870.83 |
| ID | 6631-I | Transaction Reporting | 07/31/2008 | 2,471.38 |
| ID | 6632-I | Transaction Reporting | 07/31/2008 | 203,194.07 |
| ID | 6633-I | Transaction Reporting | 07/31/2008 | 9,572.80 |
| ID | 6635-I | Transaction Reporting | 07/31/2008 | 577.68 |
| ID | 6637-I | Transaction Reporting | 07/31/2008 | 158.93 |
| ID | 6638-I | Transaction Reporting | 07/31/2008 | 119,225.82 |
| ID | 6640-I | Transaction Reporting | 07/31/2008 | 569.50 |
| ID | 6641-I | Transaction Reporting | 07/31/2008 | 1,564.46 |
| ID | 6654i | Transaction Reporting | 08/31/2008 | 2,303.34 |
| ID | 6655i | Transaction Reporting | 08/31/2008 | 173,041.42 |
| ID | 6656i | Transaction Reporting | 08/31/2008 | 8,474.86 |
| ID | 6660i | Transaction Reporting | 08/31/2008 | 134.79 |
| ID | 6661i | Transaction Reporting | 08/31/2008 | 82,023.18 |
| ID | 6663i | Transaction Reporting | 08/31/2008 | 2,496.45 |
| ID | 6665i | Transaction Reporting | 08/31/2008 | 17,061.49 |

---

[1] Notwithstanding later dates associated with some invoices, all amounts listed on this Exhibit A reflect activity only through the close of business on September 19, 2008 (the last business day prior to the closing of Barclays' acquisition of LBI's assets).

A - 1

# EXHIBIT A TO OBJECTION OF BROADRIDGE SECURITIES PROCESSING SOLUTIONS, INC. TO PROPOSED CURE AMOUNT

| SBU | Inv # | Service Description | Invoice Date | Invoice Amount |
|---|---|---|---|---|
| ID | 6589-I | Transaction Reporting | 05/30/2008 | 38,257.52 |
| ID | 6589A | Transaction Reporting | 05/30/2008 | 8,480.42 |
| ID | 6591-I | Transaction Reporting | 05/30/2008 | 50,939.63 |
| ID | 6610-I | Transaction Reporting | 06/30/2008 | 37,693.73 |
| ID | 6612-I | Transaction Reporting | 06/30/2008 | 48,809.18 |
| ID | 6634-I | Transaction Reporting | 07/31/2008 | 38,800.21 |
| ID | 6636-I | Transaction Reporting | 07/31/2008 | 51,576.77 |
| ID | 6642-I | Transaction Reporting | 07/31/2008 | 899.26 |
| ID | 6657i | Transaction Reporting | 08/31/2008 | 32,736.01 |
| ID | 6658i | Transaction Reporting | 08/31/2008 | 525.32 |
| ID | 6659i | Transaction Reporting | 08/31/2008 | 47,969.75 |
| ID | 6662i | Transaction Reporting | 08/31/2008 | 9,444.82 |
| ID | 6664i | Transaction Reporting | 08/31/2008 | 615.01 |
| ID | 6666i | Transaction Reporting | 08/31/2008 | 8,521.91 |
| ID | 6675-I | Transaction Reporting | 09/19/2008 | 2,706.23 |
| ID | 6676-I | Transaction Reporting | 09/19/2008 | 118,125.77 |
| ID | 6677-I | Transaction Reporting | 09/19/2008 | 8,721.04 |
| ID | 6681-I | Transaction Reporting | 09/19/2008 | 105.50 |
| ID | 6682-I | Transaction Reporting | 09/19/2008 | 77,517.92 |
| ID | 6683-I | Transaction Reporting | 09/19/2008 | 2,360.81 |
| ID | 6674-I | Transaction Reporting | 09/19/2008 | 14,367.53 |
| ID | 6678-I | Transaction Reporting | 09/19/2008 | 19,062.64 |
| ID | 6679-I | Transaction Reporting | 09/19/2008 | 162.27 |
| ID | 6673-I | Transaction Reporting | 09/19/2008 | 7,493.08 |
| ID | 6680-I | Transaction Reporting | 09/19/2008 | 46,351.67 |
| ID | 6684-I | Transaction Reporting | 09/19/2008 | 312.56 |
| ID | OS2009 | Transaction Reporting | 09/12/2008 | 54.02 |
| ID | OS2043 | Transaction Reporting | 09/24/2008 | 30.51 |
| ID | 40453 | Postedge/Confirms | 03/31/2008 | 4.16 |
| ID | 40996 | Postedge/Confirms | 05/31/2008 | 15.69 |
| ID | 41416 | Postedge/Confirms | 06/30/2008 | 8,000.00 |
| ID | 41615 | Postedge/Confirms | 07/31/2008 | 8,000.00 |
| ID | 41858 | Postedge/Confirms | 08/31/2008 | 8,000.00 |
| ID | 41859 | Postedge/Confirms | 08/31/2008 | 5.71 |
| ID | 6685-I | Postedge/Confirms | 09/30/2008 | 5,333.00 |
| BPS | 41162 | Telecommunications | 06/30/2008 | 34,275.75 |
| BPS | 41426 | Year-end -BPS | 06/30/2008 | 26,349.47 |
| BPS | 41429 | Client Enhancements | 06/30/2008 | 19,375.00 |
| BPS | 41478 | Telecommunications | 07/31/2008 | 29,763.09 |
| BPS | 41591 | XML | 07/31/2008 | 4,000.00 |

A - 2

**EXHIBIT A TO OBJECTION OF BROADRIDGE SECURITIES PROCESSING SOLUTIONS, INC. TO PROPOSED CURE AMOUNT**

| SBU | Inv # | Service Description | Invoice Date | Invoice Amount |
|---|---|---|---|---|
| BPS | 41594 | Client Enhancements | 07/31/2008 | 38,750.00 |
| BPS | 41766 | Telecommunications | 09/30/2008 | 29,763.09 |
| BPS | 41860 | BPS Trade Processing | 09/30/2008 | 1,480,535.17 |
| BPS | 41861 | BPS Ancillary Services | 09/30/2008 | 8,085.00 |
| BPS | 41863 | Disaster Recovery | 09/30/2008 | 72,242.00 |
| BPS | 41864 | Client Enhancements | 09/30/2008 | 19,375.00 |
| BPS | 41862 | Data Collections | 09/30/2008 | 650.00 |
| BPS | 6691 | Advantage | 09/30/2008 | 5,299.98 |
| BPS | 6690 | BPS Trade Processing | 09/30/2008 | 1,348,310.23 |
| BPS | 6688 | Client Enhancements | 09/30/2008 | 98,750.00 |
| BPS | 6686 | Data Collections | 09/30/2008 | 433.33 |
| BPS | 6687 | Disaster Recovery | 09/30/2008 | - |
| BPS | 6689 | Telecommunications | 09/30/2008 | 29,763.09 |
| BPS | 41415 | BPS Year-end | 06/30/2008 | 15,186.27 |
| BPS | 41857 | BPS Ancillary | 08/31/2008 | 7,050.00 |
| BPS | 41764 | Telecommunications | 08/31/2008 | 1,699.00 |
| BPS | 6693 | Ancillary | 09/30/2008 | 4,699.99 |
| BPS | 6692 | Telecommunications | 09/30/2008 | 1,699.00 |
| SIS | 1252 | OMS & Conversion Support | 08/31/2008 | 9,100.00 |
| SIS | 1255 | OMS | 09/30/2008 | 333.33 |
| Wilco | 4534 | Special Processing | 08/31/2008 | 8,000.00 |
| Wilco | 4535 | Telecommunications | 08/31/2008 | 813.14 |
| Wilco | 4578 | Special Processing | 09/30/2008 | 5,333.28 |
| Wilco | 4579 | Telecommunications | 09/30/2008 | 813.14 |
| **Total Lehman Receivables as of 09/19/2008** | | | | **$ 5,825,552.37** |

A - 3

CINCINNATI/73111.8