# EXHIBIT A TO OBJECTION OF BROADRIDGE SECURITIES PROCESSING SOLUTIONS, INC. TO PROPOSED CURE AMOUNT[1]

| SBU | Inv # | Service Description | Invoice Date | Invoice Amount |
|---|---|---|---|---|
| IC | SH03302 | Global Proxy | 07/01/2008 | 3,609.74 |
| IC | GP08155030 | Global Proxy | 06/03/2008 | 11,904.00 |
| IC | GP08184029 | Global Proxy | 07/15/2008 | 27,609.50 |
| IC | GP08217030 | Global Proxy | 08/13/2008 | 2,724.00 |
| IC | GP08247029 | Global Proxy | 09/03/2008 | 2,076.00 |
| IC | GP08276030 | Global Proxy | 10/02/2008 | 2,605.63 |
| IC | SH03615 | Sharelink Dividend | 10/02/2008 | 3,609.61 |
| IC | SH03616 | Sharelink Dividend | 10/02/2008 | 3,545.05 |
| IC | SH03617 | Sharelink Dividend | 10/02/2008 | 3,592.91 |
| IC | SH03618 | Sharelink Dividend | 10/02/2008 | 2,308.23 |
| ID | PS15669 | Postsale | 04/25/2008 | 83,815.18 |
| ID | PS15884 | Postsale | 05/28/2008 | 125,888.90 |
| ID | PS16114 | Postsale | 06/26/2008 | 93,647.99 |
| ID | PS16353 | Postsale | 07/25/2008 | 103,367.22 |
| ID | PS16582 | Postsale | 08/26/2008 | 74,658.79 |
| ID | PS16836 | Postsale | 09/20/2008 | 58,351.91 |
| ID | PS17017 | Postsale | 09/19/2008 | 44,053.69 |
| ID | 38041 | Transaction Reporting | 06/30/2007 | 7,000.00 |
| ID | 39878 | Transaction Reporting | 06/30/2007 | 1,400.00 |
| ID | 6565i | Transaction Reporting | 01/31/2008 | 15,028.49 |
| ID | 6593-I | Transaction Reporting | 05/30/2008 | 94,664.07 |
| ID | 6587-I | Transaction Reporting | 05/30/2008 | 206,231.75 |
| ID | 6608-I | Transaction Reporting | 06/30/2008 | 144,751.45 |
| ID | 6614-I | Transaction Reporting | 06/30/2008 | 82,920.26 |
| ID | 6630-I | Transaction Reporting | 07/31/2008 | 870.83 |
| ID | 6631-I | Transaction Reporting | 07/31/2008 | 2,471.38 |
| ID | 6632-I | Transaction Reporting | 07/31/2008 | 203,194.07 |
| ID | 6633-I | Transaction Reporting | 07/31/2008 | 9,572.80 |
| ID | 6635-I | Transaction Reporting | 07/31/2008 | 577.68 |
| ID | 6637-I | Transaction Reporting | 07/31/2008 | 158.93 |
| ID | 6638-I | Transaction Reporting | 07/31/2008 | 119,225.82 |
| ID | 6640-I | Transaction Reporting | 07/31/2008 | 569.50 |
| ID | 6641-I | Transaction Reporting | 07/31/2008 | 1,564.46 |
| ID | 6654i | Transaction Reporting | 08/31/2008 | 2,303.34 |
| ID | 6655i | Transaction Reporting | 08/31/2008 | 173,041.42 |
| ID | 6656i | Transaction Reporting | 08/31/2008 | 8,474.86 |
| ID | 6660i | Transaction Reporting | 08/31/2008 | 134.79 |
| ID | 6661i | Transaction Reporting | 08/31/2008 | 82,023.18 |
| ID | 6663i | Transaction Reporting | 08/31/2008 | 2,496.45 |
| ID | 6665i | Transaction Reporting | 08/31/2008 | 17,061.49 |

---

[1] Notwithstanding later dates associated with some invoices, all amounts listed on this Exhibit A reflect activity only through the close of business on September 19, 2008 (the last business day prior to the closing of Barclays' acquisition of LBI's assets).

CINCINNATI/73111.8

### EXHIBIT A TO OBJECTION OF BROADRIDGE SECURITIES PROCESSING SOLUTIONS, INC. TO PROPOSED CURE AMOUNT

| SBU | Inv # | Service Description | Invoice Date | Invoice Amount |
|---|---|---|---|---|
| ID | 6589-I | Transaction Reporting | 05/30/2008 | 38,257.52 |
| ID | 6589A | Transaction Reporting | 05/30/2008 | 8,480.42 |
| ID | 6591-I | Transaction Reporting | 05/30/2008 | 50,939.63 |
| ID | 6610-I | Transaction Reporting | 06/30/2008 | 37,693.73 |
| ID | 6612-I | Transaction Reporting | 06/30/2008 | 48,809.18 |
| ID | 6634-I | Transaction Reporting | 07/31/2008 | 38,800.21 |
| ID | 6636-I | Transaction Reporting | 07/31/2008 | 51,576.77 |
| ID | 6642-I | Transaction Reporting | 07/31/2008 | 899.26 |
| ID | 6657i | Transaction Reporting | 08/31/2008 | 32,736.01 |
| ID | 6658i | Transaction Reporting | 08/31/2008 | 525.32 |
| ID | 6659i | Transaction Reporting | 08/31/2008 | 47,969.75 |
| ID | 6662i | Transaction Reporting | 08/31/2008 | 9,444.82 |
| ID | 6664i | Transaction Reporting | 08/31/2008 | 615.01 |
| ID | 6666i | Transaction Reporting | 08/31/2008 | 8,521.91 |
| ID | 6675-I | Transaction Reporting | 09/19/2008 | 2,706.23 |
| ID | 6676-I | Transaction Reporting | 09/19/2008 | 118,125.77 |
| ID | 6677-I | Transaction Reporting | 09/19/2008 | 8,721.04 |
| ID | 6681-I | Transaction Reporting | 09/19/2008 | 105.50 |
| ID | 6682-I | Transaction Reporting | 09/19/2008 | 77,517.92 |
| ID | 6683-I | Transaction Reporting | 09/19/2008 | 2,360.81 |
| ID | 6674-I | Transaction Reporting | 09/19/2008 | 14,367.53 |
| ID | 6678-I | Transaction Reporting | 09/19/2008 | 19,062.64 |
| ID | 6679-I | Transaction Reporting | 09/19/2008 | 162.27 |
| ID | 6673-I | Transaction Reporting | 09/19/2008 | 7,493.08 |
| ID | 6680-I | Transaction Reporting | 09/19/2008 | 46,351.67 |
| ID | 6684-I | Transaction Reporting | 09/19/2008 | 312.56 |
| ID | OS2009 | Transaction Reporting | 09/12/2008 | 54.02 |
| ID | OS2043 | Transaction Reporting | 09/24/2008 | 30.51 |
| ID | 40453 | Postedge/Confirms | 03/31/2008 | 4.16 |
| ID | 40996 | Postedge/Confirms | 05/31/2008 | 15.69 |
| ID | 41416 | Postedge/Confirms | 06/30/2008 | 8,000.00 |
| ID | 41615 | Postedge/Confirms | 07/31/2008 | 8,000.00 |
| ID | 41858 | Postedge/Confirms | 08/31/2008 | 8,000.00 |
| ID | 41859 | Postedge/Confirms | 08/31/2008 | 5.71 |
| ID | 6685-I | Postedge/Confirms | 09/30/2008 | 5,333.00 |
| BPS | 41162 | Telecommunications | 06/30/2008 | 34,275.75 |
| BPS | 41426 | Year-end -BPS | 06/30/2008 | 26,349.47 |
| BPS | 41429 | Client Enhancements | 06/30/2008 | 19,375.00 |
| BPS | 41478 | Telecommunications | 07/31/2008 | 29,763.09 |
| BPS | 41591 | XML | 07/31/2008 | 4,000.00 |

# EXHIBIT A TO OBJECTION OF BROADRIDGE SECURITIES PROCESSING SOLUTIONS, INC. TO PROPOSED CURE AMOUNT

| SBU | Inv # | Service Description | Invoice Date | Invoice Amount |
|---|---|---|---|---|
| BPS | 41594 | Client Enhancements | 07/31/2008 | 38,750.00 |
| BPS | 41766 | Telecommunications | 09/30/2008 | 29,763.09 |
| BPS | 41860 | BPS Trade Processing | 09/30/2008 | 1,480,535.17 |
| BPS | 41861 | BPS Ancillary Services | 09/30/2008 | 8,085.00 |
| BPS | 41863 | Disaster Recovery | 09/30/2008 | 72,242.00 |
| BPS | 41864 | Client Enhancements | 09/30/2008 | 19,375.00 |
| BPS | 41862 | Data Collections | 09/30/2008 | 650.00 |
| BPS | 6691 | Advantage | 09/30/2008 | 5,299.98 |
| BPS | 6690 | BPS Trade Processing | 09/30/2008 | 1,348,310.23 |
| BPS | 6688 | Client Enhancements | 09/30/2008 | 98,750.00 |
| BPS | 6686 | Data Collections | 09/30/2008 | 433.33 |
| BPS | 6687 | Disaster Recovery | 09/30/2008 | - |
| BPS | 6689 | Telecommunications | 09/30/2008 | 29,763.09 |
| BPS | 41415 | BPS Year-end | 06/30/2008 | 15,186.27 |
| BPS | 41857 | BPS Ancillary | 08/31/2008 | 7,050.00 |
| BPS | 41764 | Telecommunications | 08/31/2008 | 1,699.00 |
| BPS | 6693 | Ancillary | 09/30/2008 | 4,699.99 |
| BPS | 6692 | Telecommunications | 09/30/2008 | 1,699.00 |
| SIS | 1252 | OMS & Conversion Support | 08/31/2008 | 9,100.00 |
| SIS | 1255 | OMS | 09/30/2008 | 333.33 |
| Wilco | 4534 | Special Processing | 08/31/2008 | 8,000.00 |
| Wilco | 4535 | Telecommunications | 08/31/2008 | 813.14 |
| Wilco | 4578 | Special Processing | 09/30/2008 | 5,333.28 |
| Wilco | 4579 | Telecommunications | 09/30/2008 | 813.14 |
| **Total Lehman Receivables as of 09/19/2008** | | | | **$ 5,825,552.37** |

CINCINNATI/73111.8