SALANS
   Lee P. Whidden
   Paul C. Gunther
Rockefeller Center
620 Fifth Avenue
New York, NY  10020-2457
Tel:  (212) 632-5500
Fax:  (212) 632-5555

*Attorneys for GL Trade Americas Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| **In re** | |
| | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | |
|              **Debtors.** | **08-13555 (JMP)** |
| | **(Jointly Administered)** |

------------------------------------------------------------------x

**DECLARATION OF KEVIN DOWNING IN SUPPORT OF**
**RESERVATION OF RIGHTS AND LIMITED OBJECTION OF GL**
**TRADE AND GL TRADE AMERICAS INC. TO ASSUMPTION AND**
**ASSIGNMENT OF CONTRACTS AND PROPOSED CURE AMOUNTS**

      KEVIN DOWNING, declares under penalty of perjury as follows:

      1.      I am the Chief Financial Officer of GL Trade Americas Inc. ("GL Trade").

      2.      I am competent to make this Declaration which is based upon my own personal knowledge and upon review of information and documents that comprise the business records of GL Trade.

      3.      I submit this Declaration in support of the "Reservation of Rights and Limited Objection of GL Trade to Assumption and Assignment of Contracts and Proposed Cure Amounts".

NewYork 1212215.2

4. Attached hereto as Exhibit A are true and correct copies of the following open invoices evidencing outstanding amounts owed by Lehman Brothers to GL Trade under existing contracts and license agreements:

| INVOICE NO. | DATE | AMOUNT |
|---|---|---|
| US081183 | 7/21/2008 | $ 69,442.93 |
| US081210 | 7/23/2008 | $ 33,960.00 |
| US081211 | 7/23/2008 | $ 7,200.00 |
| US081461 | 8/11/2008 | $ 26,044.77 |
| US081474 | 8/14/2008 | $ 10,080.00 |
| US081479 | 8/15/2008 | $ 8,000.00 |
| US081515 | 8/15/2008 | $ 16,176.20 |
| US081516 | 8/15/2008 | $ 16,176.20 |
| US081730 | 9/15/2008 | $ 26,399.42 |
| US081731 | 9/15/2008 | $ 21,119.54 |
| US081732 | 9/15/2008 | $ 28,599.98 |
| US081750 | 9/17/2008 | $ 71,104.50 |
| **TOTAL AMOUNT** | | **$ 334,303.54** |

Dated: New York, New York
October 3, 2008

/s/ Kevin Downing
KEVIN DOWNING

NewYork 1212215.2