# Invoice



GL TRADE

| Number | Date |
|---|---|
| US081183 | 07/21/08 |

**Installation address**
**Lehman Brothers**
710 Hudson Street
10th floor

07302        Jersey City
UNITED STATES

| Contract reference | Main contract+amendment |
|---|---|
| Contract schedule | PO #61927 |
| Signed on | 01/09/2002 |
| Rental period from | 07/01/2008 to 09/30/2008 |

**Lehman Brothers**
ACCOUNTS PAYABLE
Image Processing Systems
PO Box 2339
                                NJ
07096        Secaucus
UNITED STATES

| Qty | Description | Amount in USD |
|---|---|---|
| 1 | Equipment - Smart Route maintenance | 1,548.91 |
| 1 | Development - Smart Route maintenance | 1,299.96 |
| 1 | Software - Smart Route maintenance | 5,333.12 |
| 1 | Global Ice Port Fee | 2,356.20 |
| 1 | Communication lines | 6,093.61 |
| 1 | Disaster Recovery Plus | 3,249.92 |
| 1 | VPN Concentrator Use | 162.36 |
| 1 | VPN Test Server Port Fees | 649.98 |
| 1 | Transaction fees MAC | 48,748.87 |
| | **Total** | **69,442.93** |

| Previous CPI value | 211.08 |
|---|---|
| Current CPI value | 214.82 |
| Applied increase | 1.77 % |

| | Net | Tax rate | Tax amount |
|---|---|---|---|
| 1 | 69,442.93 | 0.000 % | 0.00 |
| 2 | 0.00 | 0.000 % | 0.00 |

**TOTAL TO PAY**

**69,442.93** USD

Payment terms:    Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice



GL TRADE

| Number | Date |
|---|---|
| US081210 | 07/23/08 |

**Installation address**
**LEHMAN BROTHERS INC**
745 Seventh Avenue

|  | NY |
|---|---|
| 10019 | NEW YORK |

UNITED STATES

**LEHMAN BROTHERS INC**
Accounts Payable
745 Seventh Avenue

|  | NY |
|---|---|
| 10019 | NEW YORK |

UNITED STATES

| Contract reference | US/LEHMAN (/0807/001 |
|---|---|
| Contract schedule | Appendix M |
| Signed on | 07/17/2008 |
| Rental period from | to |

| Qty | Description- PO# LBUSA-72780 | Am |
|---|---|---|
|  | **Deposit invoice** |  |
| 2 | GL WIN Trading Station | 7,200.00 |
| 1 | GL NET Contributor License(5 Broker- BM&F) | 15,000.00 |
| 1 | * Basic Installation & Set up | 5,880.00 |
| 1 | * GL Professional Services:implementation project | 5,880.00 |
|  | Total | 33,960.00 |

| Previous CPI value | | Net | Tax rate | Tax amount | TOTAL TO PAY |
|---|---|---|---|---|---|
| Current CPI value | 1 | 33,960.00 | 0.000 % | 0.00 | 33,960.00 USD |
| Applied increase | 2 | 0.00 | 0.000 % | 0.00 | |

Payment terms:   Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice

GL TRADE

| Number | Date |
|---|---|
| US081211 | 07/23/08 |

**Installation address**
**LEHMAN BROTHERS, INC**
Avenida Brigadeiro Faria Lima No.36

        Sao Paulo
04538-132    Sao Paulo
BRAZIL

**LEHMAN BROTHERS INC**
Accounts Payable
745 Seventh Avenue

              NY
10019    NEW YORK
UNITED STATES

| | |
|---|---|
| Contract reference | US/LEHMAN (/0807/001 |
| Contract schedule | Appendix M |
| Signed on | 07/17/2008 |
| Rental period from | to |

| Qty | Description- PO# LBUSA-72780 | Am |
|---|---|---|
| | **Deposit invoice** | |
| 2 | GL WIN Trading Station | 7,200.00 |
| | **Total** | **7,200.00** |

| Previous CPI value | | Net | Tax rate | Tax amount | TOTAL TO PAY |
|---|---|---|---|---|---|
| Current CPI value | 1 | 7,200.00 | 0.000 % | 0.00 | **7,200.00 USD** |
| Applied increase | 2 | 0.00 | 0.000 % | 0.00 | |

**Payment terms:** Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice


GL TRADE

| Number | Date |
|---|---|
| US081461 | 08/11/08 |

**Installation address**
**Lehman Brother CV**
Roppongi Hills Mori Tower
6-10-1 Roppongi, Minako-ku

106-6131    Tokyo
JAPAN

Lehman Brothers CV
TECHNOLOGY EXPENSES
70 Hudson Street
10th Floor
                            NJ
07302        Jersey City
UNITED STATES

| Contract reference | US/LEHMAN C/0806/002 |
|---|---|
| Contract schedule | 1 Appendix O |
| Signed on | 04/12/2007 |
| Rental period from | 08/27/2008 to 08/26/2009 |

| Qty | Description | Amount in USD |
|---|---|---|
| 1 | GL CLEARVISION Server maintenance OSE | 26,044.77 |

| | | Total | 26,044.77 |
|---|---|---|---|

| Previous CPI value | 207.94 |
|---|---|
| Current CPI value | 216.63 |
| Applied increase | 4.18 % |

| | Net | Tax rate | Tax amount |
|---|---|---|---|
| 1 | 26,044.77 | 0.000 % | 0.00 |
| 2 | 0.00 | 0.000 % | 0.00 |

**TOTAL TO PAY**

**26,044.77** USD

Payment terms:    Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice



GL TRADE

| Number | Date |
|---|---|
| US081474 | 08/14/08 |

**Installation address**
LEHMAN BROTHERS INC
745 Seventh Avenue
NY
10019      NEW YORK
UNITED STATES

LEHMAN BROTHERS INC

745 Seventh Avenue
NY
10019      NEW YORK
UNITED STATES

| Contract reference | US/LEHMAN (/0808/004 |
|---|---|
| Contract schedule | Add 2 Appendix M |
| Signed on | 08/12/2008 |
| Rental period from | to |

| Qty | Description | Amount in USD |
|---|---|---|
|  | **Deposit invoice** |  |
| 2 | GL WIN Trading Station | 7,200.00 |
| 1 | * Basic Installation & Set Up | 1,440.00 |
| 1 | * Implementation project and management | 1,440.00 |
|  | **Total** | **10,080.00** |

| Previous CPI value | | Net | Tax rate | Tax amount | TOTAL TO PAY |
|---|---|---|---|---|---|
| Current CPI value | 1 | 10,080.00 | 0.000 % | 0.00 | **10,080.00** USD |
| Applied increase | 2 | 0.00 | 0.000 % | 0.00 | |

**Payment terms:**   Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice


GL TRADE

| Number | Date |
|---|---|
| US081479 | 08/15/08 |

**Installation address**
LEHMAN BROTHERS INC
745 Seventh Avenue
                    NY
10019        NEW YORK
UNITED STATES

LEHMAN BROTHERS INC

745 Seventh Avenue
                    NY
10019        NEW YORK
UNITED STATES

| | |
|---|---|
| **Contract reference** | US/LEHMAN (/0808/003 |
| **Contract schedule** | Add 1 to Appendix M |
| **Signed on** | 08/11/2008 |
| **Rental period from** | to |

| Qty | Description | Amount in USD |
|---|---|---|
| | **Deposit invoice** | |
| 1 | GL FIX Drop Copy-Lehman Risk System | 3,000.00 |
| 1 | * One-time Fix certification | 5,000.00 |
| | Total | **8,000.00** |

| Previous CPI value | | Net | Tax rate | Tax amount | TOTAL TO PAY |
|---|---|---|---|---|---|
| Current CPI value | 1 | 8,000.00 | 0.000 % | 0.00 | **8,000.00** USD |
| Applied increase | 2 | 0.00 | 0.000 % | 0.00 | |

Payment terms:    Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice


GL TRADE

| Number | Date |
|---|---|
| US081515 | 08/15/08 |

**Installation address**
**Lehman Brothers CV**
70 Hudson Street
10th Floor

07302   Jersey City
UNITED STATES

Lehman Brothers CV
TECHNOLOGY EXPENSES
70 Hudson Street
10th Floor
                    NJ
07302   Jersey City
UNITED STATES

| Contract reference | US/LEHMAN C/0603/013 |
|---|---|
| Contract schedule | #1 Appendix J |
| Signed on | 03/03/2006 |
| Rental period from | 09/29/2008 to 09/28/2009 |

| QTY | Description - PO # LBUSA 72929 | Amount in USD |
|---|---|---|
| 1 | Yearly maintenance NYMEX | 16,176.20 |
| | Total | 16,176.20 |

| Previous CPI value | 208.35 |
|---|---|
| Current CPI value | 218.81 |
| Applied increase | 5.02 % |

| | Net | Tax rate | Tax amount |
|---|---|---|---|
| 1 | 16,176.20 | 0.000 % | 0.00 |
| 2 | 0.00 | 0.000 % | 0.00 |

**TOTAL TO PAY**
**16,176.20** USD

Payment terms:   Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice


GL TRADE

| Number | Date |
|---|---|
| US081516 | 08/15/08 |

**Installation address**
**Lehman Brothers CV**
70 Hudson Street
10th Floor

07302        Jersey City
UNITED STATES

Lehman Brothers CV
TECHNOLOGY EXPENSES
70 Hudson Street
10th Floor                    NJ
07302        Jersey City
UNITED STATES

| Contract reference | US/LEHMAN C/0603/014 |
|---|---|
| Contract schedule | #1 Appendix K |
| Signed on | 03/03/2006 |
| Rental period from | 09/29/2008  to  09/28/2009 |

| Qty | Description - PO # LBUSA 72930 | Amount in USD |
|---|---|---|
| 1 | Yearly maintenance CV2RISC | 16,176.20 |
| | Total | 16,176.20 |

| Previous CPI value | 208.35 |
|---|---|
| Current CPI value | 218.81 |
| Applied increase | 5.02 % |

| | Net | Tax rate | Tax amount |
|---|---|---|---|
| 1 | 16,176.20 | 0.000 % | 0.00 |
| 2 | 0.00 | 0.000 % | 0.00 |

**TOTAL TO PAY**
**16,176.20 USD**

**Payment terms:**   Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice



GL TRADE

| Number | Date |
|---|---|
| US081730 | 09/15/08 |

**Installation address**
**Lehman Brother CV**
Roppongi Hills Mori Tower
6-10-1 Roppongi, Minako-ku
106-6131    Tokyo
JAPAN

Lehman Brothers CV
**TECHNOLOGY EXPENSES**
70 Hudson Street
10th Floor
07302    NJ    Jersey City
UNITED STATES

| | |
|---|---|
| Contract reference | US/LEHMAN C/0712/001 |
| Contract schedule | Schedule 1 Appendix L |
| Signed on | 10/23/2006 |
| Rental period from | 10/22/2008 to 10/21/2009 |

| Qty | Description | Amount in USD |
|---|---|---|
| 1 | Maintenance CV Tokyo TFX | 26,399.42 |

|  |  | Total | 26,399.42 |
|---|---|---|---|

| Previous CPI value | 208.30 |
|---|---|
| Current CPI value | 219.96 |
| Applied increase | 5.60 % |

| | Net | Tax rate | Tax amount |
|---|---|---|---|
| 1 | 26,399.42 | 0.000 % | 0.00 |
| 2 | 0.00 | 0.000 % | 0.00 |

**TOTAL TO PAY**
**26,399.42 USD**

**Payment terms:    Payment immediately upon receipt of invoice**

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice



GL TRADE

| Number | Date |
|---|---|
| US081731 | 09/15/08 |

**Installation address**
Lehman Brothers CV
70 Hudson Street
10th Floor

07302    Jersey City
UNITED STATES

Lehman Brothers CV
TECHNOLOGY EXPENSES
70 Hudson Street
10th Floor
                    NJ
07302    Jersey City
UNITED STATES

| Contract reference | US/LEHMAN C/0703/017 |
|---|---|
| Contract schedule | Schedule 1 Appendix L |
| Signed on | 10/23/2006 |
| Rental period from | 10/12/2008 to 10/11/2009 |

| Qty | Description | Amount in USD |
|---|---|---|
| 1 | Maintenance CV Montreal ME | 21,119.54 |
| | **Total** | **21,119.54** |

| Previous CPI value | 208.30 |
|---|---|
| Current CPI value | 219.96 |
| Applied increase | 5.60 % |

| | Net | Tax rate | Tax amount |
|---|---|---|---|
| 1 | 21,119.54 | 0.000 % | 0.00 |
| 2 | 0.00 | 0.000 % | 0.00 |

**TOTAL TO PAY**

**21,119.54 USD**

**Payment terms:**    Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**

# Invoice


GL TRADE

| Number | Date |
|---|---|
| US081732 | 09/15/08 |

**Installation address**
Lehman Brothers CV
70 Hudson Street
10th Floor

07302        Jersey City
UNITED STATES

Lehman Brothers CV
ACCOUNTS PAYABLE
Image Processing Systems
PO Box 2339
                              NJ
07096        Secaucus
UNITED STATES

Contract reference   US/LEHMAN C/0504/011
Contract schedule
Signed on              03/18/2005
Rental period from   12/01/2008   to   11/30/2009

| Qty | Description | Amount in USD |
|---|---|---|
| 1 | CME CV Maintenance | 14,299.99 |
| 1 | CBOT CV Maintenance | 14,299.99 |
| | Total | 28,599.98 |

| Previous CPI value | 205.35 |
|---|---|
| Current CPI value | 213.52 |
| Applied increase | 3.98 % |

| | Net | Tax rate | Tax amount |
|---|---|---|---|
| 1 | 28,599.98 | 0.000 % | 0.00 |
| 2 | 0.00 | 0.000 % | 0.00 |

**TOTAL TO PAY**
**28,599.98** USD

Payment terms:   Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509

# Invoice


GL TRADE

| Number | Date |
|---|---|
| US081750 | 09/17/08 |

**Installation address**
**Lehman Brothers**
710 Hudson Street
10th floor
               NJ
07302    Jersey City
UNITED STATES

**Lehman Brothers**
ACCOUNTS PAYABLE
Image Processing Systems
PO Box 2339
               NJ
07096    Secaucus
UNITED STATES

| | |
|---|---|
| **Contract reference** | Main contract+amendment |
| **Contract schedule** | PO # 61927 |
| **Signed on** | 01/09/2002 |
| **Rental period from** | 10/01/2008  to  12/31/2008 |

| Qty | Description | Amount in USD |
|---:|---|---:|
| 1 | Equipment - Smart Route maintenance | 1,585.97 |
| 1 | Development - Smart Route maintenance | 1,331.07 |
| 1 | Software - Smart Route maintenance | 5,460.73 |
| 1 | Global Ice Port Fee | 2,412.57 |
| 1 | Communication lines | 6,239.41 |
| 1 | Disaster Recovery Plus | 3,327.68 |
| 1 | VPN Concentrator Use | 166.25 |
| 1 | VPN Test Server Port Fees | 665.54 |
| 1 | Transaction fees MAC | 49,915.28 |
| | **Total** | **71,104.50** |

| Previous CPI value | 214.82 |
|---|---:|
| Current CPI value | 219.96 |
| Applied increase | 2.39 % |

| | Net | Tax rate | Tax amount |
|---|---:|---:|---:|
| 1 | 71,104.50 | 0.000 % | 0.00 |
| 2 | 0.00 | 0.000 % | 0.00 |

**TOTAL TO PAY**

**71,104.50** USD

**Payment terms:**   Payment immediately upon receipt of invoice

Interest shall be charged on all over due payments at legal rate.
Title of goods remain with GL Trade / GL Trade Americas Inc. until full payment is received
GST # : 86086 8421 RT0001
PST # : 9566-3134
QST # : 1208197726
Bank : Société Générale - New York
Account # 0185094
ABA# 026004226

**GL TRADE AMERICAS INC.**
**261 Madison Avenue, 16th Fl. - New York, NY, 10016 Tel: (212) 599-0510 / Fax: (212) 599-0509**