**EXHIBIT "A"**

## Timko, James

**From:** Lisa M SCHWEITZER [lschweitzer@cgsh.com]
**Sent:** Sunday, September 28, 2008 12:46 PM
**To:** Timko, James
**Cc:** Seth Kleinman
**Subject:** SunGard/Lehman

James -

To confirm our conversation earlier today, you told me that (i) Sungard is a party to multiple contracts with LBI and LBHI, (ii) Sungard contracts wer assumed and assigned to Barclays as Closing Date Contracts, and (iii) some of the Sungard agreements are confidential in nature such that you want to ensure confidentiality is not affected by the need to publicly file the list of contracts and/or contracts with the court in the context of a cure objection.

By this email, I confirm that based on your above statements, to satisfy the October 3rd cure objection deadline for Closing Date Contracts, you may send a letter to Cleary Gottlieb, my attention on or before October 3rd that identifies the Sungard contracts with LBI and LBHI, and your proposed cure amounts for those contracts, in lieu of filing a formal objection with the Bankruptcy Court. Any invoices or suporting documents you have for the cure numbers would greatly facilitate coming to agreement on numbers.

Regards,
Lisa

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2629 | f: +1 212 225 3999

www.clearygottlieb.com | lschweitzer@cgsh.com

```
This message is being sent from a law firm and may contain
confidential or privileged information.  If you are not
the intended recipient, please advise the sender
immediately by reply e-mail and delete this message and
any attachments without retaining a copy.
```


EXHIBIT A

10/3/2008