UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,            Case No. 08-13555-jmp

               Debtors.            (Jointly Administered)
--------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                   ) ss.:
COUNTY OF NASSAU             )

    I, **Laurie Gomez**, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Meyer, Suozzi, English & Klein, P.C.

    On the 3rd day of October, 2008, I served true copies of the **The Sungard Entities' Objection to the Proposed Cure Amounts for "Closing Date Contracts" Assigned Pursuant to Debtors' Sale of Assets to Barclays Capital Inc. Pursuant to Court's Sale Order Dated September 20, 2008** by first class mail postage prepaid upon the persons listed on attached service list.

                                          /s/ Laurie Gomez
                                          Laurie Gomez

Sworn to before me this
3rd day of October, 2008

/s/ Kathleen L. Giddens
Notary Public, State of New York
No. 01G16170171
Qualified in Nassau County
Commission Expires July 2, 2011

## Service List

Honorable James M. Peck
United States Bankruptcy Court, SDNY
One Bowling green, Courtroom 601
New York, NY 10004

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq. Paul Schwartzberg, Esq.
   Brian Masumoto, Esq. Linda Rifkin, Esq.
   Tracy Hope Davis, Esq.

Cleary Gotliebb LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield, Esq.
   Lisa Schweiger, Esq.

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: James B. Kobak, Esq.
   David Wiltenberg, Esq.
   Jeff Margolin, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Esq.
   Lori R. Fife, Esq.
   Shai Y. Waisman, Esq.
   Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10004
Attn: Dennis F. Dunne, Esq.
   Dennis O'Donnell, Esq.
   Evan Fleck, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
   Hydee R. Feldstein, Esq.

685262