# EXHIBIT 1

## **EXHIBIT 1**

**1.**  Amended and Restated Master Agreement For Development, Maintenance, Infrastructure and Other Information Technology Services Among Lehman Brothers Holdings Inc. Tata America International Corporation and Tata Consultancy Services Limited, dated as of November 26, 2007 – Due to its confidential nature, please contact Tata's counsel for copies.