**EXHIBIT 2**

## Exhibit 2 - TCS Outstanding As of Oct 3rd 2008

| Geography | Billing Month | Outstanding Amount (GBP) | Outstanding Amount (USD) |
|---|---|---|---|
| APAC | May' 2008 | | $6,641.16 |
| | Jun' 2008 | | $49,726.14 |
| | Jul' 2008 | | $44,892.29 |
| | Aug' 2008 | | $102,007.87 |
| | Sep' 2008 | | $56,342.73 |
| | Oct' 2008 | | $1,392.35 |
| **APAC Total** | | | **$261,002.54** |
| | | | |
| UK | Jun' 2008 | £32,077.50 | $389,774.52 |
| | Jul' 2008 | £38,657.50 | $372,632.58 |
| | Aug' 2008 | £32,253.75 | $379,060.31 |
| | Sep' 2008 | £33,193.75 | $343,915.17 |
| | Oct' 2008 | £5,111.25 | $40,603.82 |
| **UK Total** | | **£141,293.75** | **$1,525,986.40** |
| | | | |
| US | Jan' 2008 | | $51,789.02 |
| | Apr' 2008 | | $18,224.95 |
| | May' 2008 | | $53,398.68 |
| | Jun' 2008 | | $31,740.32 |
| | Jul' 2008 | | $788,165.90 |
| | Aug' 2008 | | $793,057.95 |
| | Sep' 2008 | | $749,080.71 |
| | Oct' 2008 | | $90,777.13 |
| **US Total** | | | **$2,576,234.66** |
| | | | |
| **Grand Total** | | **£141,293.75** | **$4,363,223.60** |