**EXHIBIT 3**

Exhibit 3 - Invoice Details

| Geography | Billing Period | Invoice Number | Statement Of Work (SOW) | Currency | Outstanding Amount | Document Name (Attached in Exhibit 4) |
|---|---|---|---|---|---|---|
| US | Jan' 2008 | TANI200833749 | Amendment to Schedule 177 | USD | $25,038.74 | 200801 Jan US BOR US Phase 1 |
| US | Jan' 2008 | TAFI200834465 | Amendment to Schedule 177 | USD | $26,750.28 | 200801 Jan US BOR US Phase 1-Offshore |
| US | Apr' 2008 | UKNI200812520 | MSA increase; No schedule | USD | $1,200.00 | 200804 Apr US 2100786 2% BOR Onsite |
| US | Apr' 2008 | UKFI200812476 | MSA increase; No schedule | USD | $17,024.95 | 200804 Apr US 2100787 2% BOR ITS Cameo Offshore |
| US | May' 2008 | UKFI200901307 | Schedule 84 | USD | $41,674.32 | 200805 May US 2014130 - ITS Cameo Offshore |
| US | May' 2008 | UKNI200901399 | SA-210 Amendment # 1 | USD | $9,724.36 | 200805 May US 2102834 - PWX Support Onsite |
| US | May' 2008 | TAND200906083 | Not Applicable | USD | $2,000.00 | 200805 May WAM Offshore |
| US | Jun' 2008 | UKFI200903588 | SA-210 Amendment # 1 | USD | $29,740.32 | 200806 Jun US 2102835 PWX Offshore |
| US | Jun' 2008 | TAND200906084 | Not Applicable | USD | $2,000.00 | 200806 Jun WAM Offshore |
| US | Jul' 2008 | UKFI200904250 | Schedule 84 | USD | $43,758.00 | 200807 Jul US 2014130 ITS Cameo Offshore |
| US | Jul' 2008 | UKNI200903991 | SA-210 Amendment # 1 | USD | $8,878.43 | 200807 Jul US 2012834 PWX Onsite |
| US | Jul' 2008 | UKFI200904414 | SA-210 Amendment # 1 | USD | $30,959.26 | 200807 Jul US 2012835 PWX Offshore |
| US | Jul' 2008 | TAND200906085 | Not Applicable | USD | $2,000.00 | 200807 Jul WAM Offshore |
| US | Jul' 2008 | TAND200905836 | Not Applicable | USD | $885.00 | 200807 Jul OTG |
| US | Jul' 2008 | BEN Extract | SA-200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212 (yet to be executed) and amendments | USD | $678,909.36 | 200807 Jul US BEN Master |
| US | Jul' 2008 | BEN Update | SA-200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212 (yet to be executed) and amendments | USD | $22,775.85 | 200807 Jul US BEN Additional Update |
| US | Aug' 2008 | TAND200906086 | Not Applicable | USD | $2,000.00 | |
| US | Aug' 2008 | UKFI200905681 | Schedule 84 | USD | $41,371.20 | 200808 Aug US 2014130 ITS Cameo Offshore |

## Exhibit 3 - Invoice Details

| Geography | Billing Period | Invoice Number | Statement Of Work (SOW) | Currency | Outstanding Amount | Document Name (Attached in Exhibit 4) |
|---|---|---|---|---|---|---|
| US | Aug' 2008 | BEN Extract | SA-200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212 (yet to be executed) and amendments | USD | $700,569.90 | 200808 Aug US BEN Master |
| US | Aug' 2008 | BEN Update | SA-200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212 (yet to be executed) and amendments | USD | $49,116.85 | 200808 Aug US BEN Additional Update |
| US | Sep 15th to 30th' 2008 | UKFI200907263 | Schedule 84 | USD | $22,731.80 | 200809 Sep 15-30 US 2014130 ITS Offshore |
| US | Sep 15th to 30th' 2008 | UKFI200907266 | SA-210 Amendment # 1 | USD | $12,691.92 | 200809 Sep 15-30 US 2102835 MIDM Offshore |
| US | Sep 15th to 30th' 2008 | Not Applicable | SA-200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212 (yet to be executed) and amendments | USD | $395,268.06 | 200809 Sep 15-30 US Billing Details |
| US | Sep 1st to 14th' 2008 | UKFI200906201 | Schedule 84 | USD | $16,291.26 | 200809 Sep 1-14 US 2014130 ITS Offshore |
| US | Sep 1st to 14th' 2008 | UKFI200906207 | SA-210 Amendment # 1 | USD | $8,524.49 | 200809 Sep1-14 US 2102835 MIDM Offshore |
| US | Sep 1st to 14th' 2008 | Not Applicable | SA-200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212 (yet to be executed) and amendments | USD | $293,573.18 | 200809 Sep 1-14 US Billing Details |
| US | Oct 1st to 3rd' 2008 | TCS102008-USD-to | Schedule 84 | USD | $5,786.18 | 200810 Oct 1-3 US ITS & MIDM and Billing Details |
| US | Oct 1st to 3rd' 2008 | Not Applicable | SA-200, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211, 212 (yet to be executed) and amendments | USD | $84,990.95 | 200810 Oct 1-3 US Billing Details |
| UK | Jun' 2008 | TCS062008-USD-1 | Sch: 15,84,42,93 | USD | $378,348.82 | 200806 June UK Billing Details USD-1 |
| UK | Jun' 2008 | TCS062008-MCD | Sch: 15,84,42,93 | USD | $11,425.70 | 200806 June UK MCD Billing Details USD-1 |
| UK | Jun' 2008 | TCS062008-GBP-1 | FID MO Deriv (Sch No Pending | GBP | £32,077.50 | 200806 June UK Billing Details GBP-1 |

Exhibit 3 - Invoice Details

| Geography | Billing Period | Invoice Number | Statement Of Work (SOW) | Currency | Outstanding Amount | Document Name (Attached in Exhibit 4) |
|---|---|---|---|---|---|---|
| UK | Jul' 2008 | TCS072008-USD-1 | Sch: 15,84,42,93 | USD | $372,632.58 | 200807 Jul UK Billing Details USD-1 |
| UK | Jul' 2008 | TCS072008-GBP-1 | FID MO Deriv (Sch No Pending | GBP | £38,657.50 | 200807 Jul UK Billing Details GBP-1 |
| UK | Aug' 2008 | TCS082008-USD-1 | Sch: 15,84,42,93 | USD | $379,060.31 | 200808 Aug UK Billing Details USD-1 |
| UK | Aug' 2008 | TCS082008-GBP-1 | FID MO Deriv (Sch No Pending | GBP | £32,253.75 | 200808 Aug UK Billing Details GBP-1 |
| UK | Sep 15th to 30th' 2008 | TCS092008-USD-2 | Sch: 15,84,42,93 | USD | $186,721.03 | 200809 Sep 15-30 UK Billing Details USD-2 |
| UK | Sep 15th to 30th' 2008 | TCS092008-GBP-2 | FID MO Deriv (Sch No Pending | GBP | £19,916.25 | 200809 Sep 15-30 UK Billing Details GBP-2 |
| UK | Sep 1st to 14th' 2008 | TCS092008-USD-1 | Sch: 15,84,42,93 | USD | $157,194.14 | 200809 Sep 1-14 UK Billing Details USD-1 |
| UK | Sep 1st to 14th' 2008 | TCS092008-GBP-1 | FID MO Deriv (Sch No Pending | GBP | £13,277.50 | 200809 Sep 1-14 UK Billing Details GBP-1 |
| UK | Oct 1st to 3rd' 2008 | TCS102008-USD-1 | Sch: 15,84,42,93 | USD | $40,603.82 | 200810 Oct 1-3 UK Billing Details USD-1 |
| UK | Oct 1st to 3rd' 2008 | TCS102008-GBP-1 | FID MO Deriv (Sch No Pending | GBP | £5,111.25 | 200810 Oct 1-3 UK Billing Details GBP-1 |
| APAC | May' 2008 | JOFI200900068 | Schedule Not received yet | USD | 6641.16 | 200805 May APAC JOFI200900068 & JOFI200900069.pdf |
| APAC | Jun' 2008 | JOFI200900234 | 122 | USD | 9724.35 | 200806 Jun APAC JODI200900234 to JODI200900238.pdf |
| APAC | Jun' 2008 | JOFI200900235 | 163 | USD | 9724.35 | 200806 Jun APAC JODI200900234 to JODI200900238.pdf |
| APAC | Jun' 2008 | JOFI200900238 | 186 | USD | 10210.57 | 200806 Jun APAC JODI200900234 to JODI200900238.pdf |
| APAC | Jun' 2008 | JOFI200900152 | 151 | USD | 5348.31 | 200806 Jun APAC JOFI200900151 & JOFI200900152.pdf |
| APAC | Jun' 2008 | JOFI200900180 | Schedule Not received yet | USD | 3182.38 | 200806 Jun APAC JOFI200900178 to JOFI200900180.pdf |
| APAC | Jun' 2008 | JOFI200900186 | 122 , 183 | USD | 8353.80 | 200806 Jun APAC JOFI200900186 to JOFI200900188.pdf |
| APAC | Jun' 2008 | JOFI200900187 | Schedule Not received yet | USD | 3182.38 | 200806 Jun APAC JOFI200900186 to JOFI200900188.pdf |
| APAC | Jul' 2008 | JOFI200900242 | Schedule Not received yet | USD | 9746.39 | 200807 Jul APAC JOFI200900239 to JOFI200900242.pdf |
| APAC | Jul' 2008 | JOFI200900232 | Schedule Not received yet | USD | 2658.01 | 200807 Jul APAC JOFI200900232 & JOFI200900233.pdf |

Exhibit 3 - Invoice Details

| Geography | Billing Period | Invoice Number | Statement Of Work (SOW) | Currency | Outstanding Amount | Document Name (Attached in Exhibit 4) |
|---|---|---|---|---|---|---|
| APAC | Jul' 2008 | JOFI200900238 | 122 , 183 | USD | 8353.80 | 200807 Jul APAC JOFI200900237 & JOFI200900238.pdf |
| APAC | Jul' 2008 | JODI200900335 | Schedule Not received yet | USD | 3712.94 | 200807 Jul APAC JODI200900333 to JODI200900335.pdf |
| APAC | Jul' 2008 | JOFI200900240 | 163 | USD | 10210.57 | 200807 Jul APAC JOFI200900239 to JOFI200900242.pdf |
| APAC | Jul' 2008 | JOFI200900241 | 151 | USD | 10210.58 | 200807 Jul APAC JOFI200900239 to JOFI200900242.pdf |
| APAC | Aug' 2008 | JODI200900442 | 186 | USD | 8265.69 | 200808 Aug APAC JODI200900442 & JODI200900443.pdf |
| APAC | Aug' 2008 | JODI200900443 | 125 | USD | 10210.57 | 200808 Aug APAC JODI200900442 & JODI200900443.pdf |
| APAC | Aug' 2008 | JOFI200900298 | 122 | USD | 3132.68 | 200808 Aug APAC JOFI200900298 to JOFI200900300.pdf |
| APAC | Aug' 2008 | JOFI200900299 | 185 | USD | 4176.90 | 200808 Aug APAC JOFI200900298 to JOFI200900300.pdf |
| APAC | Aug' 2008 | JOFI200900300 | Schedule Not received yet | USD | 2923.83 | 200808 Aug APAC JOFI200900298 to JOFI200900300.pdf |
| APAC | Aug' 2008 | JOFI200900301 | 122 , 183 | USD | 6683.04 | 200808 Aug APAC JOFI200900301 & JOFI200900302.pdf |
| APAC | Aug' 2008 | JOFI200900302 | Schedule Not received yet | USD | 1461.92 | 200808 Aug APAC JOFI200900301 & JOFI200900302.pdf |
| APAC | Aug' 2008 | JODI200900445 | Schedule Not received yet | USD | 10210.57 | 200808 Aug APAC JODI200900445 & JODI200900446.pdf |
| APAC | Aug' 2008 | JODI200900446 | Schedule Not received yet | USD | 10210.57 | 200808 Aug APAC JODI200900445 & JODI200900446.pdf |
| APAC | Aug' 2008 | JOFI200900303 | 151 | USD | 10210.57 | 200808 Aug APAC JOFI200900303 to JOFI200900306.pdf |
| APAC | Aug' 2008 | JOFI200900304 | 163 | USD | 10210.57 | 200808 Aug APAC JOFI200900303 to JOFI200900306.pdf |
| APAC | Aug' 2008 | JOFI200900305 | Schedule Not received yet | USD | 9724.34 | 200808 Aug APAC JOFI200900303 to JOFI200900306.pdf |
| APAC | Aug' 2008 | JOFI200900306 | Schedule Not received yet | USD | 9724.34 | 200808 Aug APAC JOFI200900303 to JOFI200900306.pdf |

## Exhibit 3 - Invoice Details

| Geography | Billing Period | Invoice Number | Statement Of Work (SOW) | Currency | Outstanding Amount | Document Name (Attached in Exhibit 4) |
|---|---|---|---|---|---|---|
| APAC | Aug' 2008 | JOFI200900328 | Schedule Not received yet | USD | 4862.28 | 200808 Aug APAC JOFI200900328.pdf |
| APAC | Sep 15th to 30th' 2008 | JOFI200900815 | Schedule Not received yet | USD | 5555.53 | |
| APAC | Sep 1st to 14th' 2008 | JOFI200900801 | Schedule Not received yet | USD | 4641.17 | 200809 Sep APAC 2093768-JOFI200900801_senthil.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900802 | Schedule Not received yet | USD | 4641.17 | 200809 Sep APAC 2093768-JOFI200900802_kiran.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900803 | Schedule Not received yet | USD | 4641.17 | 200809 Sep APAC 2093768-JOFI200900803_harisudan.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900804 | 163 | USD | 4641.17 | 200809 Sep APAC 2093768-JOFI200900804_anantha.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900805 | 151 | USD | 4641.17 | 200809 Sep APAC 2093768-JOFI200900805_devalin.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900806 | Schedule Not received yet | USD | 4641.17 | 200809 Sep APAC 2093768-JOFI200900806_yuvaraja.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900807 | Schedule Not received yet | USD | 5105.29 | 200809 Sep APAC 2093768-JOFI200900807_param.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900808 | Schedule Not received yet | USD | 1989.00 | 200809 Sep APAC 2093768-JOFI200900808_kaustabh.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900809 | 122 , 183 | USD | 3978.01 | 200809 Sep APAC 2093768-JOFI200900809_guru_harsha.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900810 | Schedule Not received yet | USD | 1989.00 | 200809 Sep APAC 2093768-JOFI200900810_srinivasa.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900811 | 185 | USD | 1989.00 | 200809 Sep APAC 2093768-JOFI200900811_sharmila.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900812 | 122 | USD | 1591.20 | 200809 Sep APAC 2093768-JOFI200900812_sivakumar.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900813 | 125 | USD | 5105.29 | 200809 Sep APAC 2093768-JOFI200900813_ramesh.pdf |
| APAC | Sep 1st to 14th' 2008 | JOFI200900814 | 186 | USD | 1193.40 | 200809 Sep APAC 2093768-JOFI200900814_shoba.pdf |
| APAC | Oct 1st to 3rd' 2008 | | Schedule Not received yet | USD | 1392.35 | |