**EXHIBIT 4**

 **AMERICA**

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

101  PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

---

**M/S**   **Lehman Brothers Inc.**

    70, Hudson Street
    11th Floor
    Jersey City
    NJ 07302

| | |
|---|---|
| **Invoice No.** | TAFI200834465 |
| **Date** | 31-JAN-2008 |
| **Work Order No.** | 2091083 |

**Attention**      Jeff Fricchione
**Project**        Back-Office Reporting-US Offs Ph-1
**Reference**
**Location**       Chennai, India

---

| Description | Amount  (USD) |
|---|---|
| jan-08 | 26,750.28 |
| **Total Amount :** | **26,750.28** |

Total Amount Payable :
**US Dollars Twenty-Six Thousand Seven Hundred Fifty And Twenty-Eight Cents Only.**

---

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

                                           **TCS AMERICA**
                 **(A DIVISION OF TATA AMERICA**
               **INTERNATIONAL CORPORATION)**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
70, Hudson Street
11th Floor
Jersey City
NJ 07302

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| TAFI200834465 | Back-Office Reporting-US Offs Ph-1 | 26,750.28 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

 **AMERICA**

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

101  PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

---

**M/S   Lehman Brothers Inc.**

70, Hudson Street
11th Floor
Jersey City
NJ 07302

| | |
|---|---|
| **Invoice No.** | TANI200833749 |
| **Date** | 01-FEB-2008 |
| **Work Order No.** | 2091081 |

**Attention**     Jeff Fricchione
**Project**        Back-Office Reporting-US Ph-1
**Reference**
**Location**       Jersey city, USA

---

| Description | Amount  (USD) |
|---|---:|
| Jan-08 | 25,038.74 |
| **Total Amount :** | **25,038.74** |

Total Amount Payable :

**US Dollars Twenty-Five Thousand Thirty-Eight And Seventy-Four Cents Only.**

---

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

**TCS AMERICA
(A DIVISION OF TATA AMERICA
INTERNATIONAL CORPORATION)**

---

FOR OFFICE USE ONLY

---

**This is a computer generated invoice and does not need signature**

## PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
70, Hudson Street
11th Floor
Jersey City
NJ 07302

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| TANI200833749 | Back-Office Reporting-US Ph-1 | 25,038.74 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

# **TATA** CONSULTANCY SERVICES LIMITED



18, Grosvenor Place
London SW1X 7HS  UK

---

**M/S**  **Lehman Brothers Inc.**

25 Bank Street
London
E145LE

| | |
|---|---|
| **Invoice No.** | UKNI200812520 |
| **Date** | 28-MAR-2008 |
| **Work Order No.** | 2100786 |

| | |
|---|---|
| **Attention** | Mr. Peter Nag |
| **Project** | Billing 2% increase for the month of Jun - Nov '07 |
| **Reference** | |
| **Location** | London, UK |
| **Delivery Cente** | Chennai-Sholinganallur - STP |

---

| Description | Amount  (USD) | Rate | Eq. amount in  GBP |
|---|---|---|---|
| 2% Rate increase Jun-Nov-07 | 1,200.00 | .5033 | 603.96 |
| **Total Amount :** | **1,200.00** | | **603.96** |

Total Amount Payable :

**US Dollars One Thousand Two Hundred Only.**

---

VAT No.: 884 2557 88

Please make your payments to our Bank account: Tata Consultancy Services Limited,
Account No: 57090861, Sort Code: 40-03-17, Bank Name: HSBC,
or cheques payable to Tata Consultancy Services Limited and mail it our office at
18 Grosvenor Place, London SW1X 7HS, under intimation to our Country Manager.

**TATA CONSULTANCY SERVICES
LIMITED**

---

**CORPORATE OFFICE  :TCS House, Raveline Street, Fort, Mumbai 400 001,India
Phone : 91 22 67789999 , Fax : 91 22 67789000.**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
25 Bank Street
London
E145LE

**To :**

**Tata Consultancy Services Limited**

18, Grosvenor Place
London SW1X 7HS  UK

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| UKNI200812520 | Billing 2% increase for the month of Jun - Nov '07 | 1,200.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

# **TATA** CONSULTANCY SERVICES LIMITED



415/21-24, Kumaran Nagar  Sholinganallur, Old Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

| | |
|---|---|
| **M/S  Lehman Brothers Inc.** | |
| 25 Bank Street | |
| London | |
| E145LE | **Invoice No.**  UKFI200812476 |
| | **Date**  28-MAR-2008 |
| | **Work Order No.**  2100787 |

| | |
|---|---|
| **Attention** | Mr. Peter Nag |
| **Project** | Billing 2% increase for the month of Jun - Nov '07 |
| **Reference** | |
| **Location** | Chennai, India |
| **Delivery Cente** | Chennai-Sholinganallur - STP |

| Description | Amount  (USD) | Rate | Eq. amount in  GBP |
|---|---|---|---|
| One time billing for 2% hike in the rates | 17,024.95 | .5033 | 8,568.66 |
| **Total Amount :** | **17,024.95** | | **8,568.66** |

Total Amount Payable :

**US Dollars Seventeen Thousand Twenty-Four And Ninety-Five Cents Only.**

NOTE: VAT to U.K. Customer Account

Please make your payments to our Bank account: Tata Consultancy Services Limited ,
Account No: 57090861, Sort Code: 40-03-17, Bank Name: HSBC,
or cheques payable to Tata Consultancy Services Limited and mail it our office at
18 Grosvenor Place, London SW1X 7HS, under intimation to our Country Manager.

**TATA CONSULTANCY SERVICES
LIMITED**

**CORPORATE OFFICE  :TCS House, Raveline Street, Fort, Mumbai 400 001,India
Phone : 91 22 67789999 , Fax : 91 22 67789000.**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
25 Bank Street
London
E145LE

**To :**

**Tata Consultancy Services Limited**

415/21-24, Kumaran Nagar  Sholinganallur, Old
Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| UKFI200812476 | Billing 2% increase for the month of Jun - Nov '07 | 17,024.95 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900068 |
| **Invoice Date** | 27-MAY-2008 |
| **Due Date** | 27-MAY-2008 |
| **Work Order No.** | 2093768 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Lehman Outsourcing (OTG-SGP) |
| **Reference** | 981773 / PO 8175 |
| **Location** | Singapore, Singapore |

---

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 6,324.91 |
| JAP CTAX@5% | 316.25 |
| **Total Amount :** | **6,641.16** |

Total Amount Payable :

**US Dollars Six Thousand Six Hundred Forty-One And Sixteen Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                   :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No. :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

Phone: 81-45-640-4375    Fax: 81-45-640-4379

---

FOR OFFICE USE ONLY

---

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.     JOFI200900068**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| M, Ms. Sasi Rekha | CRF\|Consulting\|TR\|Team Member | 18-MAY-08 | 31-MAY-08 | 0.6504  Month(s) | 9,724.35 | 6,324.91 |
| **TOTAL** | | | | | | **6,324.91** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900068 | Lehman Outsourcing (OTG-SGP) | 6,641.16 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED


**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900069 |
| **Invoice Date** | 27-MAY-2008 |
| **Due Date** | 27-MAY-2008 |
| **Work Order No.** | 2093768 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Lehman Outsourcing (OTG-SGP) |
| **Reference** | 981773 / PO 8175 |
| **Location** | Singapore, Singapore |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 9,724.35 |
| JAP CTAX@5% | 486.22 |
| **Total Amount :** | **10,210.57** |

Total Amount Payable :

**US Dollars Ten Thousand Two Hundred Ten And Fifty-Seven Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

Phone: 81-45-640-4375    Fax: 81-45-640-4379

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.      JOFI200900069**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| Patil, Mr. Kiran | CRF|Consulting|TR|Team Member | 01-MAY-08 | 31-MAY-08 | 1  Month(s) | 9,724.35 | 9,724.35 |
| **TOTAL** | | | | | | **9,724.35** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900069 | Lehman Outsourcing (OTG-SGP) | 10,210.57 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

# **TATA** CONSULTANCY SERVICES LIMITED



415/21-24, Kumaran Nagar  Sholinganallur, Old Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

---

**M/S**  **Lehman Brothers Inc.**

25 Bank Street
London
E145LE

| | |
|---|---|
| **Invoice No.** | UKFI200901307 |
| **Date** | 31-MAY-2008 |
| **Work Order No.** | 2014130 |

**Attention**       Mr. Peter Nag
**Project**         Lehman - Outsourcing for OTG UK
**Reference**
**Location**        Chennai, India
**Delivery Cente**  Chennai-Sholinganallur - STP

---

| Description | Amount  (USD) | Rate | Eq. amount in  GBP |
|---|---|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 41,674.32 | .5064 | 21,103.88 |
| **Total Amount :** | **41,674.32** | | **21,103.88** |

Total Amount Payable :

**US Dollars Forty-One Thousand Six Hundred Seventy-Four And Thirty-Two Cents Only.**

---

NOTE: VAT to U.K. Customer Account

Please make your payments to our Bank account: Tata Consultancy Services Limited ,
Account No: 57090861, Sort Code: 40-03-17, Bank Name: HSBC,
or cheques payable to Tata Consultancy Services Limited and mail it our office at
18 Grosvenor Place, London SW1X 7HS, under intimation to our Country Manager.

**TATA CONSULTANCY SERVICES
LIMITED**

---

**CORPORATE OFFICE  :TCS House, Raveline Street, Fort, Mumbai 400 001,India
Phone : 91 22 67789999 , Fax : 91 22 67789000.**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

## ANNEXURE

**Invoice No.    UKFI200901307**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Reddy, Mr. Nalamalapu Subbarami | CRF\|Consulting\|ITA\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Bhattacharjee, Ms. Malabika | CRF\|Consulting\|TR\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Raman, Mr. Kumaran Ganapathi | CRF\|Consulting\|ITA\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Rath, Mr. Ashwin Kumar | CRF\|Consulting\|TR\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| I, Ms. Anusuya | CRF\|Consulting\|TR\|Team Member | 20-MAY-08 | 30-MAY-08 | 0.476 Month(s) | 3,978.00 | 1,894.32 |
| Sanata, Ms. Madhavi | CRF\|Consulting\|TR\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Gopalasamy, Ms. Deepanandha Vadhana | CRF\|Consulting\|TR\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Kumar, Mr. Kaushal | CRF\|Consulting\|TR\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Katta, Ms. Praveena Laxmi | CRF\|Consulting\|TR\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Murugesan, Mr. Babu | CRF\|Consulting\|ITA\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Ganesh, Mr. Arun | CRF\|Consulting\|TR\|Team Member | 01-MAY-08 | 30-MAY-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | **41,674.32** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
25 Bank Street
London
E145LE

**To :**

**Tata Consultancy Services Limited**

415/21-24, Kumaran Nagar  Sholinganallur, Old
Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| UKFI200901307 | Lehman - Outsourcing for OTG UK | 41,674.32 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

# **TATA** CONSULTANCY SERVICES LIMITED



18, Grosvenor Place
London SW1X 7HS  UK

---

**M/S**   **Lehman Brothers Inc.**

    745 Seventh Avenue
    15th Floor,
    New York, USA
    NY 10019

| | |
|---|---|
| **Invoice No.** | UKNI200901399 |
| **Date** | 31-MAY-2008 |
| **Work Order No.** | 2102834 |

| | |
|---|---|
| **Attention** | Mr. Peter Nag |
| **Project** | MIDM and Power Exchange Support |
| **Reference** | |
| **Location** | London, UK |
| **Delivery Cente** | Chennai-Sholinganallur - STP |

---

| Description | Amount  (USD) | Rate | Eq. amount in  GBP |
|---|---|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 9,724.36 | .5064 | 4,924.42 |
| **Total Amount :** | **9,724.36** | | **4,924.42** |

Total Amount Payable :

**US Dollars Nine Thousand Seven Hundred Twenty-Four And Thirty-Six Cents Only.**

---

VAT No.: 884 2557 88

Please make your payments to our Bank account: Tata Consultancy Services Limited,
Account No: 57090861, Sort Code: 40-03-17, Bank Name: HSBC,
or cheques payable to Tata Consultancy Services Limited and mail it our office at
18 Grosvenor Place, London SW1X 7HS, under intimation to our Country Manager.

**TATA CONSULTANCY SERVICES
LIMITED**

---

**CORPORATE OFFICE  :TCS House, Raveline Street, Fort, Mumbai 400 001,India
Phone : 91 22 67789999 , Fax : 91 22 67789000.**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

# ANNEXURE

**Invoice No.        UKNI200901399**

| Emp No. | Emp Name | Role | From Period | To Period | Units | S.Rate | Amt (USD) |
|---------|----------|------|-------------|-----------|-------|--------|-----------|
| 130407 | Samanta, Mr. Joydeep | CRF\|Consulting\|TR \|Team Member | 01-MAY-08 | 31-MAY-08 | 1 Month(s) | 9,724.35 | 9,724.36 |
| **TOTAL** | | | | | | | **9,724.36** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
745 Seventh Avenue
15th Floor,
New York, USA
NY 10019

**To :**

**Tata Consultancy Services Limited**

18, Grosvenor Place
London SW1X 7HS  UK

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| UKNI200901399 | MIDM and Power Exchange Support | 9,724.36 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

 **AMERICA**

101  PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

**M/S    Lehman Brothers Inc.**

745 Seventh Avenue
15th Floor
New York
NY 10019, USA

| | |
|---|---|
| **Debit Note No.** | TAND200906083 |
| **Date** | 16-SEP-2008 |
| **Work Order No.** | 2015449 |

**Attention**
**Project**        LB-Wealth Asset Management Outsourcing) - Offshore
**Reference**
**Location**        Bangalore, India

| **DEBIT NOTE**<br>**Description** | **Amount  (USD)** |
|---|---|
| Incidental Charges (Travel, etc) for the Month of May 2008 | 2,000.00 |
| **Total Amount :** | **2,000.00** |

Total Amount Payable :

**US Dollars Two Thousand Only.**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

**TCS AMERICA**
**(A DIVISION OF TATA AMERICA**
**INTERNATIONAL CORPORATION)**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
745 Seventh Avenue
15th Floor
New York
NY 10019, USA

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| TAND200906083 | LB-Wealth Asset Management Outsourcing) - Offshore | 2,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED


**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900151 |
| **Invoice Date** | 23-JUN-2008 |
| **Due Date** | 23-JUN-2008 |
| **Work Order No.** | 2093768 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Lehman Outsourcing (OTG-SGP) |
| **Reference** | 981773 / PO 8175 |
| **Location** | Singapore, Singapore |

---

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 9,724.35 |
| JAP CTAX@5% | 486.22 |
| **Total Amount :** | **10,210.57** |

Total Amount Payable :

**US Dollars Ten Thousand Two Hundred Ten And Fifty-Seven Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:               :Bank of America, Tokyo Branch
Swift:              :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No. :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

Phone: 81-45-640-4375    Fax: 81-45-640-4379

---

FOR OFFICE USE ONLY

---

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.      JOFI200900151**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| Patil, Mr. Kiran | CRF\|Consulting\|TR\|Team Member | 01-JUN-08 | 30-JUN-08 | 1  Month(s) | 9,724.35 | 9,724.35 |
| **TOTAL** | | | | | | **9,724.35** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900151 | Lehman Outsourcing (OTG-SGP) | 10,210.57 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900152 |
| **Invoice Date** | 23-JUN-2008 |
| **Due Date** | 23-JUN-2008 |
| **Work Order No.** | 2093768 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Lehman Outsourcing (OTG-SGP) |
| **Reference** | 981773 / PO 8175 |
| **Location** | Singapore, Singapore |

---

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 5,093.63 |
| JAP CTAX@5% | 254.68 |
| **Total Amount :** | **5,348.31** |

Total Amount Payable :

**US Dollars Five Thousand Three Hundred Forty-Eight And Thirty-One Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN LIMITED**

Phone: 81-45-640-4375   Fax: 81-45-640-4379

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.    JOFI200900152**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| Sarkar, Mr. Devalin | CRF\|Consulting\|ASE\|Team Member | 14-JUN-08 | 30-JUN-08 | 0.5238  Month(s) | 9,724.00 | 5,093.63 |
| **TOTAL** | | | | | | **5,093.63** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|----------------|---------|-----------------|
| JOFI200900152 | Lehman Outsourcing (OTG-SGP) | 5,348.31 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900178 |
| **Invoice Date** | 25-JUN-2008 |
| **Due Date** | 25-JUN-2008 |
| **Work Order No.** | 2039144 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Laura Support |
| **Reference** | 92570 |
| **Location** | Bangalore, India |

---

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 3,978.00 |
| JAP CTAX@5% | 198.90 |
| **Total Amount :** | **4,176.90** |

Total Amount Payable :

**US Dollars Four Thousand One Hundred Seventy-Six And Ninety Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                   :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.      JOFI200900178**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Guda, Mr. Sivakumar Venkata | CRF\|Consulting\|TR\|Team Member | 01-JUN-08 | 30-JUN-08 | 1  Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | **3,978.00** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|----------------|---------|-----------------|
| JOFI200900178 | Laura Support | 4,176.90 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED


**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900179 |
| **Invoice Date** | 25-JUN-2008 |
| **Due Date** | 25-JUN-2008 |
| **Work Order No.** | 2039144 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Laura Support |
| **Reference** | 92570 |
| **Location** | Bangalore, India |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 3,978.00 |
| JAP CTAX@5% | 198.90 |
| **Total Amount :** | **4,176.90** |

Total Amount Payable :

**US Dollars Four Thousand One Hundred Seventy-Six And Ninety Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                      :Bank of America, Tokyo Branch
Swift:                     :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.    JOFI200900179**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Banu, Ms. Sharmila | Developer | 02-JUN-08 | 30-JUN-08 | 1  Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | **3,978.00** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900179 | Laura Support | 4,176.90 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900180 |
| **Invoice Date** | 25-JUN-2008 |
| **Due Date** | 25-JUN-2008 |
| **Work Order No.** | 2039144 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Laura Support |
| **Reference** | 92570 |
| **Location** | Bangalore, India |

---

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 3,030.84 |
| JAP CTAX@5% | 151.54 |
| **Total Amount :** | **3,182.38** |

Total Amount Payable :

**US Dollars Three Thousand One Hundred Eighty-Two And Thirty-Eight Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:               :Bank of America, Tokyo Branch
Swift:              :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No. :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN LIMITED**

**Phone: 81-45-640-4375   Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.**   **JOFI200900180**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Mohanasundaram, Mr. Paramasivam | CRF\|Consulting\|AST/A SC\|Team Member | 09-JUN-08 | 30-JUN-08 | 0.7619  Month(s) | 3,978.00 | 3,030.84 |
| **TOTAL** | | | | | | **3,030.84** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900180 | Laura Support | 3,182.38 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900186 |
| **Invoice Date** | 26-JUN-2008 |
| **Due Date** | 26-JUN-2008 |
| **Work Order No.** | 2042468 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | J-Surv |
| **Reference** | 92942 |
| **Location** | Chennai, India |

---

| Description | Amount  (USD) |
|---|---:|
| Fees for services rendered by our personnel as per Annexure attached: | 7,956.00 |
| JAP CTAX@5% | 397.80 |
| **Total Amount :** | **8,353.80** |

Total Amount Payable :

**US Dollars Eight Thousand Three Hundred Fifty-Three And Eighty Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                      :Bank of America, Tokyo Branch
Swift:                      :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.        JOFI200900186**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| V, Mr. Gurumoorthy | CRF\|Consulting\|ASE\|Team Member | 01-JUN-08 | 30-JUN-08 | 1  Month(s) | 3,978.00 | 3,978.00 |
| Harsha, Ms. Thirunagari | CRF\|Consulting\|ASE\|Team Member | 01-JUN-08 | 30-JUN-08 | 1  Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | **7,956.00** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900186 | J-Surv | 8,353.80 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900187 |
| **Invoice Date** | 26-JUN-2008 |
| **Due Date** | 26-JUN-2008 |
| **Work Order No.** | 2042468 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | J-Surv |
| **Reference** | 92942 |
| **Location** | Chennai, India |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 3,030.84 |
| JAP CTAX@5% | 151.54 |
| **Total Amount :** | **3,182.38** |

Total Amount Payable :

**US Dollars Three Thousand One Hundred Eighty-Two And Thirty-Eight Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

Phone: 81-45-640-4375   Fax: 81-45-640-4379

---

FOR OFFICE USE ONLY

---

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.      JOFI200900187**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Kuppusami, Mr. Harisudan | CRF\|Consulting\|ITA\|Team Member | 09-JUN-08 | 30-JUN-08 | 0.7619  Month(s) | 3,978.00 | 3,030.84 |
| **TOTAL** | | | | | | **3,030.84** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900187 | J-Surv | 3,182.38 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED


**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900188 |
| **Invoice Date** | 26-JUN-2008 |
| **Due Date** | 26-JUN-2008 |
| **Work Order No.** | 2042468 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | J-Surv |
| **Reference** | 92942 |
| **Location** | Chennai, India |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 2,083.68 |
| JAP CTAX@5% | 104.18 |
| **Total Amount :** | **2,187.86** |

Total Amount Payable :

**US Dollars Two Thousand One Hundred Eighty-Seven And Eighty-Six Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.        JOFI200900188**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt (USD) |
|---|---|---|---|---|---|---|
| Balakrishnan, Mr. Senthil Kumar | CRF|Consulting|ITA|Team Member | 01-JUN-08 | 30-JUN-08 | 0.5238 Month(s) | 3,978.00 | 2,083.68 |
| **TOTAL** | | | | | | **2,083.68** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900188 | J-Surv | 2,187.86 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED 

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JODI200900234 |
| **Invoice Date** | 23-JUN-2008 |
| **Due Date** | 23-JUN-2008 |
| **Work Order No.** | 2024415 |

**Attention**      Simon B. Lucocq
**Project**        2014131 Sales Credit Reporting
**Reference**      X

---

**Description**                                                      **Amount (USD)**
**Fees for Computer Software services rendered**

Fees for services rendered by our personnel as per Annexure attached:        9,261.29

JAP CTAX@5%                                                                     463.06

                                            **Total Amount :**                **9,724.35**

Total Amount Payable :

**US Dollars Nine Thousand Seven Hundred Twenty-Four And Thirty-Five Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                :Bank of America, Tokyo Branch
Swift:               :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

                                            **TATA CONSULTANCY SERVICES JAPAN
                                            LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**


**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.    JODI200900234**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Ramachandran, Mr. Subramanian | Developer | 01-JUN-08 | 28-JUN-08 | 0.95238  Month(s) | 9,724.00 | 9,260.94 |
| **TOTAL** | | | | | | **9,261.29** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| JODI200900234 | 2014131 Sales Credit Reporting | 9,724.35 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JODI200900235 |
| **Invoice Date** | 23-JUN-2008 |
| **Due Date** | 23-JUN-2008 |
| **Work Order No.** | 2024415 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | 2014131 Sales Credit Reporting |
| **Reference** | X |

---

| Description<br>**Fees for Computer Software services rendered** | **Amount (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 9,261.29 |
| JAP CTAX@5% | 463.06 |
| **Total Amount :** | **9,724.35** |

Total Amount Payable :

**US Dollars Nine Thousand Seven Hundred Twenty-Four And Thirty-Five Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                   :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No. :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.    JODI200900235**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| Ganiga K.M, Mr. Anantha Prasad | Developer | 01-JUN-08 | 28-JUN-08 | 0.95238  Month(s) | 9,724.00 | 9,260.94 |
| **TOTAL** | | | | | | **9,261.29** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JODI200900235 | 2014131 Sales Credit Reporting | 9,724.35 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JODI200900236 |
| **Invoice Date** | 23-JUN-2008 |
| **Due Date** | 23-JUN-2008 |
| **Work Order No.** | 2024415 |

**Attention**      Simon B. Lucocq
**Project**         2014131 Sales Credit Reporting
**Reference**      X

---

**Description**                                                                        **Amount  (USD)**
**Fees for Computer Software services rendered**

Fees for services rendered by our personnel as per Annexure attached:        9,261.29

JAP CTAX@5%                                                                      463.06

                                                        **Total Amount :**        **9,724.35**

Total Amount Payable :

**US Dollars Nine Thousand Seven Hundred Twenty-Four And Thirty-Five Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                  :Bank of America, Tokyo Branch
Swift:                  :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

---

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.    JODI200900236**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Varma, Mr. Rudraraju Ramesh | Developer | 01-JUN-08 | 30-JUN-08 | 0.95238  Month(s) | 9,724.00 | 9,260.94 |
| **TOTAL** | | | | | | **9,261.29** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JODI200900236 | 2014131 Sales Credit Reporting | 9,724.35 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JODI200900237 |
| **Invoice Date** | 23-JUN-2008 |
| **Due Date** | 23-JUN-2008 |
| **Work Order No.** | 2024415 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | 2014131 Sales Credit Reporting |
| **Reference** | X |

| Description<br>**Fees for Computer Software services rendered** | **Amount  (USD)** |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 4,630.64 |
| JAP CTAX@5% | 231.53 |
| **Total Amount :** | **4,862.17** |

Total Amount Payable :

**US Dollars Four Thousand Eight Hundred Sixty-Two And Seventeen Cents Only.**

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.      JODI200900237**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Banerjee, Mr. Kaustabh | Developer | 01-JUN-08 | 15-JUN-08 | 0.4762 Month(s) | 9,724.00 | 4,630.57 |
| **TOTAL** | | | | | | **4,630.64** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| JODI200900237 | 2014131 Sales Credit Reporting | 4,862.17 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED


**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JODI200900238 |
| **Invoice Date** | 23-JUN-2008 |
| **Due Date** | 23-JUN-2008 |
| **Work Order No.** | 2024415 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | 2014131 Sales Credit Reporting |
| **Reference** | X |

---

| Description | Amount  (USD) |
|---|---|
| **Fees for Computer Software services rendered** | |
| Fees for services rendered by our personnel as per Annexure attached: | 9,724.35 |
| JAP CTAX@5% | 486.22 |
| **Total Amount :** | **10,210.57** |

Total Amount Payable :

**US Dollars Ten Thousand Two Hundred Ten And Fifty-Seven Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No. :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.        JODI200900238**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Hombal, Mr. Shobha | Developer | 01-JUN-08 | 30-JUN-08 | 1  Month(s) | 9,724.00 | 9,724.00 |
| **TOTAL** | | | | | | **9,724.35** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| JODI200900238 | 2014131 Sales Credit Reporting | 10,210.57 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

# **TATA** CONSULTANCY SERVICES LIMITED



415/21-24, Kumaran Nagar  Sholinganallur, Old Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

**M/S**  **Lehman Brothers Inc.**

25 Bank Street
London
E145LE

| | |
|---|---|
| **Invoice No.** | UKFI200903588 |
| **Date** | 30-JUN-2008 |
| **Work Order No.** | 2102835 |

| | |
|---|---|
| **Attention** | Mr. Peter Nag |
| **Project** | MIDM and Power Exchange Support |
| **Reference** | |
| **Location** | Chennai, India |
| **Delivery Cente** | Chennai-Sholinganallur - STP |

| Description | Amount  (USD) | Rate | Eq. amount in  GBP |
|---|---|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 29,740.32 | .5070 | 15,078.34 |
| **Total Amount :** | **29,740.32** | | **15,078.34** |

Total Amount Payable :

**US Dollars Twenty-Nine Thousand Seven Hundred Forty And Thirty-Two Cents Only.**

NOTE: VAT to U.K. Customer Account

Please make your payments to our Bank account: Tata Consultancy Services Limited ,
Account No: 57090861, Sort Code: 40-03-17, Bank Name: HSBC,
or cheques payable to Tata Consultancy Services Limited and mail it our office at
18 Grosvenor Place, London SW1X 7HS, under intimation to our Country Manager.

**TATA CONSULTANCY SERVICES
LIMITED**

**CORPORATE OFFICE  :TCS House, Raveline Street, Fort, Mumbai 400 001,India
Phone : 91 22 67789999 , Fax : 91 22 67789000.**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

## ANNEXURE

**Invoice No.**    **UKFI200903588**

| Emp No. | Emp Name | Role | From Period | To Period | Units | S.Rate | Amt (USD) |
|---|---|---|---|---|---|---|---|
| 159664 | Subramanian, Ms. Ramya | CRF\|Consulting\|ASE\|Team Member | 01-JUN-08 | 30-JUN-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 188127 | Raju, Mr. Suganthan | CRF\|Consulting\|TR\|Team Member | 01-JUN-08 | 30-JUN-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 188138 | Haribabu, Mr. Gokulnath | CRF\|Consulting\|TR\|Team Member | 01-JUN-08 | 30-JUN-08 | 0.476 Month(s) | 3,978.00 | 1,894.32 |
| 207618 | Muhammad, Mr. Nadeem | CRF\|Consulting\|TR\|Team Member | 01-JUN-08 | 30-JUN-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 210046 | Kata, Mr. Jayasimha Chowdary | CRF\|Consulting\|TR\|Team Member | 01-JUN-08 | 30-JUN-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 222438 | Enjepurapu, Mr. Srinivas | CRF\|Consulting\|ITA\|Team Member | 01-JUN-08 | 30-JUN-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 223175 | S, Mr. Senthil Murugan | CRF\|Consulting\|ASE\|Team Member | 01-JUN-08 | 30-JUN-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 238044 | Agarwal, Mr. Saurabh | CRF\|Consulting\|TR\|Team Member | 01-JUN-08 | 30-JUN-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | | **29,740.32** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
25 Bank Street
London
E145LE

**To :**

**Tata Consultancy Services Limited**

415/21-24, Kumaran Nagar  Sholinganallur, Old
Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| UKFI200903588 | MIDM and Power Exchange Support | 29,740.32 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

 **AMERICA**

101 PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

| | | |
|---|---|---|
| **M/S** | **Lehman Brothers Inc.** | |
| | 745 Seventh Avenue | |
| | 15th Floor | |
| | New York | **Debit Note No.** TAND200906084 |
| | NY 10019, USA | **Date** 16-SEP-2008 |
| | | **Work Order No.** 2015449 |
| **Attention** | | |
| **Project** | LB-Wealth Asset Management Outsourcing) - Offshore | |
| **Reference** | | |
| **Location** | Bangalore, India | |

**DEBIT NOTE**
Description

**Amount (USD)**

Incidental Charges (Travel, etc) for the Month of June 2008      2,000.00

**Total Amount :**     **2,000.00**

Total Amount Payable :

**US Dollars Two Thousand Only.**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

**TCS AMERICA**
**(A DIVISION OF TATA AMERICA**
**INTERNATIONAL CORPORATION)**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**