# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
745 Seventh Avenue
15th Floor
New York
NY 10019, USA

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| TAND200906084 | LB-Wealth Asset Management Outsourcing) - Offshore | 2,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS



**TATA CONSULTANCY Services**
**18, Grosvenor Place**
**London**
**SW1X 7HS**
**UK**
**VAT Number: 503 5435 76**

**Consolidation Date:**          **6/30/2008**    **Consolidation number:**    **TCS062008-GBP-1**

| EMPLOYEE_NAME | ORG_UNIT_N AME | SUPERVISOR_NAME | ASSIGNMENT START DATE | Ccy | Amount | VAT | TOTAL | Invoice Number | Invoice Date | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|
| Yogesh Singla | Fixed Income | May Karia | 14-Jan-08 | GBP | 11,550.00 | 2,021.25 | 13,571.25 | UKNI200903225 | 30-Jun | |
| Ragavendran Periagaram(rperiaga) | IR Workflow | Gwilliam, Jacalene(jgwillia) | 14-Jan-08 | USD | 9,000.00 | 1,575.00 | 10,575.00 | UKNI200903225 | 30-Jun | |
| Narendra Singhal | IR Workflow | Gwilliam, Jacalane(jgwillia) | 24-Apr-06 | GBP | 6,750.00 | 1,181.25 | 7,931.25 | UKNI200903225 | 30-Jun | 5 days vacation |
| Total | | | | | 27,300.00 | 4,777.50 | 32,077.50 | | | |



**TATA CONSULTANCY Services**
**18, Grosvenor Place**
**London**
**SW1X 7HS**
**UK**
**VAT Number: 503 5435 76**

## USD Invoice

Consolidation Date: 6/30/2008                     Consolidation number:     TCS062008-USD-1

| SoW # | EMPLOYEE_NAME | ORG_UNIT_NAME | SUPERVISOR_NAME | ASSIGNMENT START DATE | Ccy | Amount | VAT | TOTAL | Invoice # | Invoice Date | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | Amaresh Gopalaswamy (agopalas) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Southgate Matthew C (msouthga) | 1-Jan-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903278 | 30-Jun | |
| 84 | Ganta, Swapna (sganta) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Robinson Ian J (irobinso) | 25-Jan-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903278 | 30-Jun | |
| 84 | Ilango, Siva (silango) | 43736 - ITS/56 | Southgate Matthew C (msouthga) | 1-Apr-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903278 | 30-Jun | |
| 15 | Maruthavanan, Vivegananthan (vmarutha) | 43266 - INF - ENGINEERING | Filali, Salim (sfilali) | 8-Jul-04 | USD | 7,871.78 | 1,377.56 | 9,249.34 | UKNI200903273 | 30-Jun | Four days holidays - sick |
| 15 | Prakash, Riju (riprakas) | 43266 - INF - ENGINEERING | Filali, Salim (sfilali) | 6-Jun-04 | USD | 9,724.36 | 1,701.76 | 11,426.12 | UKNI200903273 | 30-Jun | |
| PND | Varun Rawal (vrawal) | CATS Syndicate | Price, Martin(mprice) | 1-Feb-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903271 | 30-Jun | |
| 42 | Prateek Jain(pratejai) | FID/NPL | Price, Martin(mprice) | 15-Aug-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903271 | 30-Jun | |
| 84 | Chakravarti, Deeptanil  (dechakra) | GMC SUPPORT | Smith David (dasmith) | 9-Oct-06 | USD | 6,945.86 | 1,215.53 | 8,161.39 | UKNI200903271 | 30-Jun | Ten days Vacation |
| 84 | Lavanya Gonuguntla(lgonugun) | 40537 - NETTING/56 | Nick Moore (nmoore) | 1-Jun-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903271 | 30-Jun | |
| 93 | Tula, Kalpana(ktula) | Risk Support | Fox, Andrew (afox) | 28-Oct-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903271 | 30-Jun | |
| 42 | Iniyavan Swamikannu (iswamika) | 43404 - CASH TRADING/56 | Darling David P (ddarling) | 1-Jan-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903271 | 30-Jun | |
| 84 | Vigneshini, Saranya (svignesh) | GMC SUPPORT | Smith David (dasmith) | 21-Apr-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903271 | 30-Jun | |
| 84 | Joseph, Daniel (danjosep) | ITD - Risk Technology | Stephen D Maxwell (maxwells) | 6-May-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903271 | 30-Jun | |
| 42 | Mondal, Priyanka (pmondal) | IMD | Muhiuddin, Selim (smuhiudd) | 24-Apr-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903271 | 30-Jun | |
| PND | Hota, Jyadeep (jhota) | IR Workflow | Gwilliam, Jacalene(jgwillia) | 22-Oct-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903276 | 30-Jun | Two days Vacation |
| PND | Sahu, Ipsita (isahu) | IR Workflow | Gwilliam, Jacalene(jgwillia) | 13-Oct-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903276 | 30-Jun | Three days Leave - sick |
| 42 | Kalita, Manoj(mkalita) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 25-Oct-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903275 | 30-Jun | |
| PND | Subramanian, Senthilmurugan(sentsubr) | CATS Syndicate | Price, Martin(mprice) | 8-Oct-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903275 | 30-Jun | |
| PND | Pasha, Syed I (spasha) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 15-Oct-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903275 | 30-Jun | |
| PND | Kalyanaraman, Abhishek(akalyana) | Dynamix Credit Derivatives | Moane, Fergal(fmoane) | 17-Sep-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903275 | 30-Jun | |
| 42 | Annavi, Haridas (hannavi) | FTG | Bonakdarian,Nasser (nbonakda) | 21-Jan-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903275 | 30-Jun | Two days vacation |
| 84 | Sowmiya Doraiappan (sdoariap) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Smith David (dasmith) | 10-Dec-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903272 | 30-Jun | |
| 84 | Ponnurangam, Suresh (sponnura) | GSSR | Smith David (dasmith) | 3-Jan-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903272 | 30-Jun | |
| 84 | Kaur, Rajbir (rkaur) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Sinclair Phillip (psinclai) | 21-Sep-05 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903272 | 30-Jun | |
| 84 | Kotra, Malikanand(mkotra) | IQBOX | Atkinson, Jim (jeatkins) | 12-Feb-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903272 | 30-Jun | |
| 42 | Kumar Kaliswamy, Suresh (skumarka) | Fixed Income - NPL | Price Martin J (mprice) | 16-Jan-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903272 | 30-Jun | |
| 84 | Thangamani Ravindran (travindi) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Sinclair Phillip (psinclai) | 31-May-05 | USD | 4,862.00 | 850.85 | 5,712.85 | UKNI200903274 | 30-Jun | Twelve Days Vacation |
| 84 | Deepalakshmi Subramanian(desubram) | MIFID INITIATIVE | Smith David (dasmith) | 1-Apr-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903274 | 30-Jun | |
| 84 | Ranganath Magadi (rmagadi) | MIFID INITIATIVE | Simon Connell | 1-Apr-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903274 | 30-Jun | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | Raj, Jaya (jaraj) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 7-Feb-05 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | |
| 84 | Sanyal Dibyojyothi(dsanyal) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 2-Jun-08 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | Joined in place of Maheshwara Reddy |
| 84 | Nararyanan Suresh Anand(surnaray) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Jun-06 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | |
| 84 | Chandrasekaran Premkumar (pchandra) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 15-Aug-06 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | |
| 84 | Vijay Shankar(vshankar) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Apr-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | |
| 84 | Racharla, Rajyalakshmi(rracharl) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 26-Apr-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | |
| 84 | Vimala Siddappa (vsiddapp) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 3-Oct-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | |
| 84 | Krishnasamy Umapriya(umkrishn) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Oct-06 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | |
| 84 | Jayashree G (jayagovinf) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 9-Jun-08 | USD | 3,030.84 | 0.00 | 3,030.84 | UKFI200903608 | 30-Jun | Joined  on 13-Jun-2008 |
| 84 | L, Maheswaran(mahl) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Nov-07 | USD | 947.16 | 0.00 | 947.16 | UKFI200903608 | 30-Jun | Left  on 13-June-2008 |
| 84 | Venkatasubramanian Chandramouli(cvenkata) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Jun-06 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903608 | 30-Jun | |
| 42 | Prashant Kumar(prashkum) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 7-Jan-08 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903610 | 30-Jun | |
| 42 | Isaac Varghese (ivarghes) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 26-Aug-03 | USD | 2,841.48 | 0.00 | 2,841.48 | UKFI200903610 | 30-Jun | |
| 42 | Das, Chiranjib (cdas) | 43264 - FTG EUROPE | Nasser Bonakdarian | 25-Apr-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903610 | 30-Jun | |
| 84 | Lixy Cyril (licyril) | Swift Support | Darby Paul (pdarby) | 1-Dec-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200903610 | 30-Jun | |
| 84 | Bhawani Singh Gour (bgour) | 43407 - OTG Europe | Darby Paul (pdarby) | 4-Jun-08 | USD | 3,599.14 | 0.00 | 3,599.14 | UKFI200903610 | 30-Jun | Joined on 04-Jun-08 |
| | | | | | | 330,660.32 | 47,688.50 | 378,348.82 | | | |



**TATA CONSULTANCY Services**
**18, Grosvenor Place**
**London**
**SW1X 7HS**
**UK**
**VAT Number: 503 5435 76**

Att:Accounts Payable
Lehman Brothers Ltd
PO Box 50559
London
E14 5WU
Lehman VAT: 446931528

# MCD Invoice

| Consolidation Date: | 6/30/2008 | Consolidation number: | TCS062008-MCD-1 |
|---|---|---|---|

| SoW # | EMPLOYEE_NAME | ORG_UNIT_NAME | SUPERVISOR_NAME | ASSIGNMENT START DATE | Ccy | Amount | VAT | TOTAL | Invoice # | Invoice Date | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Manjunath Karanji (mkaranji) | SPML Packaging | Monksfield, Dean (dmonksfi) | 1-Jun-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903273 | 30-Jun | |
| | | | | | | | | | | | |
| | | | | | | 9,724.00 | 1,701.70 | 11,425.70 | | | |

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900232 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2039144 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Laura Support |
| **Reference** | 92570 |
| **Location** | Bangalore, India |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 2,531.44 |
| JAP CTAX@5% | 126.57 |
| **Total Amount :** | **2,658.01** |

Total Amount Payable :

**US Dollars Two Thousand Six Hundred Fifty-Eight And One Cent Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375   Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.** **JOFI200900232**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt (USD) |
|----------|------|-------------|-----------|-------|-----------|-----------|
| Mohanasundaram, Mr. Paramasivam | CRF\|Consulting\|AST/ASC\|Team Member | 01-JUL-08 | 17-JUL-08 | 0.6364 Month(s) | 3,978.00 | 2,531.44 |
| **TOTAL** | | | | | | **2,531.44** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900232 | Laura Support | 2,658.01 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900233 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2039144 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Laura Support |
| **Reference** | 92570 |
| **Location** | Bangalore, India |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 3,978.00 |
| JAP CTAX@5% | 198.90 |
| **Total Amount :** | **4,176.90** |

Total Amount Payable :

**US Dollars Four Thousand One Hundred Seventy-Six And Ninety Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                     :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

**ANNEXURE**

**Invoice No.      JOFI200900233**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Banu, Ms. Sharmila | Developer | 01-JUL-08 | 31-JUL-08 | 1  Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | **3,978.00** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| JOFI200900233 | Laura Support | 4,176.90 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900237 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2042468 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | J-Surv |
| **Reference** | 92942 |
| **Location** | Chennai, India |

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 3,797.16 |
| JAP CTAX@5% | 189.86 |
| **Total Amount :** | **3,987.02** |

Total Amount Payable :

**US Dollars Three Thousand Nine Hundred Eighty-Seven And Two Cents Only.**

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                     :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

**ANNEXURE**

**Invoice No.      JOFI200900237**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| Balakrishnan, Mr. Senthil Kumar | CRF\|Consulting\|ITA\|Team Member | 01-JUL-08 | 31-JUL-08 | 0.9545  Month(s) | 3,978.00 | 3,797.16 |
| **TOTAL** | | | | | | **3,797.16** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900237 | J-Surv | 3,987.02 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900238 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2042468 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | J-Surv |
| **Reference** | 92942 |
| **Location** | Chennai, India |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 7,956.00 |
| JAP CTAX@5% | 397.80 |
| **Total Amount :** | **8,353.80** |

Total Amount Payable :

**US Dollars Eight Thousand Three Hundred Fifty-Three And Eighty Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                  :Bank of America, Tokyo Branch
Swift:                 :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

Phone: 81-45-640-4375    Fax: 81-45-640-4379

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.     JOFI200900238**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| V, Mr. Gurumoorthy | CRF|Consulting|ASE| Team Member | 01-JUL-08 | 31-JUL-08 | 1  Month(s) | 3,978.00 | 3,978.00 |
| Harsha, Ms. Thirunagari | CRF|Consulting|ASE| Team Member | 01-JUL-08 | 31-JUL-08 | 1  Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | **7,956.00** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900238 | J-Surv | 8,353.80 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900239 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2093768 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Lehman Outsourcing (OTG-SGP) |
| **Reference** | 981773 / PO 8175 |
| **Location** | Singapore, Singapore |

---

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 9,724.35 |
| JAP CTAX@5% | 486.22 |
| **Total Amount :** | **10,210.57** |

Total Amount Payable :

**US Dollars Ten Thousand Two Hundred Ten And Fifty-Seven Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                   :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

Phone: 81-45-640-4375    Fax: 81-45-640-4379

---

FOR OFFICE USE ONLY

---

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

**Invoice No.       JOFI200900239**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| Patil, Mr. Kiran | CRF|Consulting|TR|Team Member | 01-JUL-08 | 31-JUL-08 | 1  Month(s) | 9,724.35 | 9,724.35 |
| **TOTAL** | | | | | | **9,724.35** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900239 | Lehman Outsourcing (OTG-SGP) | 10,210.57 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED


**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900240 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2093768 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Lehman Outsourcing (OTG-SGP) |
| **Reference** | 981773 / PO 8175 |
| **Location** | Singapore, Singapore |

---

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 9,724.35 |
| JAP CTAX@5% | 486.22 |
| **Total Amount :** | **10,210.57** |

Total Amount Payable :

**US Dollars Ten Thousand Two Hundred Ten And Fifty-Seven Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.    JOFI200900240**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Ganiga K.M, Mr. Anantha Prasad | CRF|Consulting|ITA|Team Member | 01-JUL-08 | 31-JUL-08 | 1  Month(s) | 9,724.35 | 9,724.35 |
| **TOTAL** | | | | | | **9,724.35** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**
14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900240 | Lehman Outsourcing (OTG-SGP) | 10,210.57 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900241 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2093768 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Lehman Outsourcing (OTG-SGP) |
| **Reference** | 981773 / PO 8175 |
| **Location** | Singapore, Singapore |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 9,724.36 |
| JAP CTAX@5% | 486.22 |
| **Total Amount :** | **10,210.58** |

Total Amount Payable :

**US Dollars Ten Thousand Two Hundred Ten And Fifty-Eight Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                        :Bank of America, Tokyo Branch
Swift:                        :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

## ANNEXURE

Invoice No.    JOFI200900241

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt (USD) |
|---|---|---|---|---|---|---|
| Sarkar, Mr. Devalin | CRF\|Consulting\|ASE\|Team Member | 31-JUL-08 | 31-JUL-08 | 0.5 Month(s) | 9,724.35 | 4,862.18 |
| Sarkar, Mr. Devalin | CRF\|Consulting\|ASE\|Team Member | 01-JUL-08 | 01-JUL-08 | 0.5 Month(s) | 9,724.35 | 4,862.18 |
| **TOTAL** | | | | | | **9,724.36** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900241 | Lehman Outsourcing (OTG-SGP) | 10,210.58 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED


**TATA**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900242 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2093768 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Lehman Outsourcing (OTG-SGP) |
| **Reference** | 981773 / PO 8175 |
| **Location** | Singapore, Singapore |

---

| Description | Amount (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 9,282.28 |
| JAP CTAX@5% | 464.11 |
| **Total Amount :** | **9,746.39** |

Total Amount Payable :

**US Dollars Nine Thousand Seven Hundred Forty-Six And Thirty-Nine Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                      :Bank of America, Tokyo Branch
Swift:                     :BOFAJPJX
Beneficiary Name:    :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.        JOFI200900242**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt (USD) |
|---|---|---|---|---|---|---|
| Kuppusami, Mr. Harisudan | CRF\|Consulting\|ITA\|Team Member | 01-JUL-08 | 30-JUL-08 | 0.9545 Month(s) | 9,724.35 | 9,282.28 |
| **TOTAL** | | | | | | **9,282.28** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900242 | Lehman Outsourcing (OTG-SGP) | 9,746.39 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED 

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JODI200900333 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2090147 |

| | |
|---|---|
| **Attention** | Mr. Peter Nag |
| **Project** | Lehman Brothers Tokyo Projects- Chennai |
| **Reference** | |

**Description**                                                      **Amount  (USD)**
**Fees for Computer Software services rendered**

Fees for services rendered by our personnel as per Annexure attached:          9,724.35

JAP CTAX@5%                                                            486.22

**Total Amount :**          **10,210.57**

Total Amount Payable :

**US Dollars Ten Thousand Two Hundred Ten And Fifty-Seven Cents Only.**

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                  :Bank of America, Tokyo Branch
Swift:                 :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375   Fax: 81-45-640-4379**

**This is a computer generated invoice and does not need signature.**

**ANNEXURE**

**Invoice No.      JODI200900333**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Kothandan, Mr. Yuvaraja | Developer | 01-JUL-08 | 31-JUL-08 | 1  Month(s) | 9,724.00 | 9,724.00 |
| **TOTAL** | | | | | | **9,724.35** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JODI200900333 | Lehman Brothers Tokyo Projects- Chennai | 10,210.57 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JODI200900334 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2090147 |

**Attention**    Mr. Peter Nag

**Project**    Lehman Brothers Tokyo Projects- Chennai

**Reference**

---

**Description**                                                                    **Amount  (USD)**
**Fees for Computer Software services rendered**

Fees for services rendered by our personnel as per Annexure attached:          9,724.35

JAP CTAX@5%                                                                        486.22

                                                        **Total Amount :**      **10,210.57**

Total Amount Payable :

**US Dollars Ten Thousand Two Hundred Ten And Fifty-Seven Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                 :Bank of America, Tokyo Branch
Swift:                :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No. :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

**This is a computer generated invoice and does not need signature.**

**ANNEXURE**

**Invoice No.    JODI200900334**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| Dasari, Mr. Srinivasa Rao | Developer | 01-JUL-08 | 31-JUL-08 | 1  Month(s) | 9,724.35 | 9,724.35 |
| **TOTAL** | | | | | | **9,724.35** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
  ARK MORI Bldg, 36th Floor
  12-32 Akasaka 1-Chome
  Tokyo, Minato-Ku - 107-6036
  Japan

**To :**

**TATA Consultancy Services Japan Limited**
  14th Floor, Queen's Tower A, 2-3-1, Minatomirai
  Nishi-ku, Yokohama-shi,
  Kanagawa 220-6014,
  Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JODI200900334 | Lehman Brothers Tokyo Projects- Chennai | 10,210.57 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JODI200900335 |
| **Invoice Date** | 29-JUL-2008 |
| **Due Date** | 29-JUL-2008 |
| **Work Order No.** | 2090147 |

| | |
|---|---|
| **Attention** | Mr. Peter Nag |
| **Project** | Lehman Brothers Tokyo Projects- Chennai |
| **Reference** | |

---

| Description | Amount (USD) |
|---|---|
| **Fees for Computer Software services rendered** | |
| Fees for services rendered by our personnel as per Annexure attached: | 3,536.13 |
| JAP CTAX@5% | 176.81 |
| **Total Amount :** | **3,712.94** |

Total Amount Payable :

**US Dollars Three Thousand Seven Hundred Twelve And Ninety-Four Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                    :BOFAJPJX
Beneficiary Name:  :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.    JODI200900335**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Mohanasundaram, Mr. Paramasivam | CRF\|Consulting\|AST/ASC\|Team Member | 18-JUL-08 | 31-JUL-08 | 0.36364  Month(s) | 9,724.35 | 3,536.16 |
| **TOTAL** | | | | | | **3,536.13** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount   (USD) |
|---|---|---|
| JODI200900335 | Lehman Brothers Tokyo Projects- Chennai | 3,712.94 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

 **AMERICA**

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

101  PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

**M/S    Lehman Brothers Inc.**

745 Seventh Avenue
15th Floor
New York
NY 10019, USA

| | |
|---|---|
| **Debit Note No.** | TAND200905836 |
| **Date** | 07-AUG-2008 |
| **Work Order No.** | 2012422 |

**Attention**
**Project**            Operations Technology - Outsourcing
**Reference**
**Location**          Jersey city, USA

| **DEBIT NOTE**<br>Description | **Amount  (USD)** |
|---|---|
| MOBILE PHONE REIMBURSEMENT FOR ASSOCIATES ON PRODUCTION SUPPORT - APR2007 TO MAR2008 | 885.00 |
| **Total Amount :** | **885.00** |

Total Amount Payable :

**US Dollars Eight Hundred Eighty-Five Only.**

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

**TCS AMERICA
(A DIVISION OF TATA AMERICA
INTERNATIONAL CORPORATION)**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
745 Seventh Avenue
15th Floor
New York
NY 10019, USA

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| TAND200905836 | Operations Technology - Outsourcing | 885.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS



**TATA CONSULTANCY Services**
**18, Grosvenor Place**
**London**
**SW1X 7HS**
**UK**
**VAT Number: 503 5435 76**

**Att:Accounts Payable**
**Lehman Brothers Ltd**
**PO Box 50559**
**London**
**E14 5WU**
**Lehman VAT: 446931528**

# GBP Invoice

Consolidation Date:        7/30/2008   Consolidation number:    TCS072008-GBP-1

| SoW # | EMPLOYEE_NAME | ORG_UNIT_NAME | SUPERVISOR_NAME | ASSIGNMENT START DATE | Ccy | Amount | VAT | TOTAL | Invoice Number | Invoice Date | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | Yogesh Singla | Fixed Income | May Karia | 14-Jan-08 | GBP | 12,650.00 | 2,213.75 | 14,863.75 | UKNI200903966 | 30-Jul-08 | |
| PND | Ragavendran Periagaram(rperiaga) | IR Workflow | Gwilliam, Jacalene(jgwillia) | 14-Jan-08 | GBP | 9,900.00 | 1,732.50 | 11,632.50 | UKNI200903989 | 30-Jul-08 | 1 Day - Sick |
| 135 | Narendra Singhal | IR Workflow | Gwilliam, Jacalane(jgwillia) | 24-Apr-06 | GBP | 10,350.00 | 1,811.25 | 12,161.25 | UKNI200903966 | 30-Jul-08 | |
| | Total | | | | | 32,900.00 | 5,757.50 | 38,657.50 | | | |



**TATA CONSULTANCY Services**
**18, Grosvenor Place**
**London**
**SW1X 7HS**
**UK**
**VAT Number: 503 5435 76**

Att:Accounts Payable
Lehman Brothers Ltd
PO Box 50559
London
E14 5WU
Lehman VAT: 446931528

# USD Invoice

Consolidation Date:                    7/30/2008                    Consolidation number:        TCS072008-USD-1

| SoW # | EMPLOYEE_NAME | ORG_UNIT_NAME | SUPERVISOR_NAME | ASSIGNMENT START DATE | Ccy | Amount | VAT | TOTAL | Invoice # | Invoice Date | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | Amaresh Gopalaswamy (agopalas) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Southgate Matthew C (msouthga) | 1-Jan-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903932 | 30-Jul-08 | |
| 84 | Ganta, Swapna (sganta) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Robinson Ian J (irobinso) | 25-Jan-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903932 | 30-Jul-08 | |
| 84 | Ilango, Siva (silango) | 43736 - ITS/56 | Southgate Matthew C (msouthga) | 1-Apr-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903932 | 30-Jul-08 | |
| 15 | Maruthavanan, Viveganananthan (vmarutha) | 43266 - INF - ENGINEERING | Filali, Salim (sfilali) | 8-Jul-04 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903929 | 30-Jul-08 | |
| 15 | Prakash, Riju (riprakas) | 43266 - INF - ENGINEERING | Filali, Salim (sfilali) | 6-Jun-04 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903929 | 30-Jul-08 | |
| PND | Varun Rawal (vrawal) | CATS Syndicate | Price, Martin(mprice) | 1-Feb-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903928 | 30-Jul-08 | |
| 42 | Prateek Jain(pratejai) | FID/NPL | Price, Martin(mprice) | 15-Aug-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903928 | 30-Jul-08 | |
| 84 | Chakravarti, Deeptanil  (dechakra) | GMC SUPPORT | Smith David (dasmith) | 9-Oct-06 | USD | 8,032.87 | 1,405.75 | 9,438.62 | UKNI200903928 | 30-Jul-08 | Four Days Vacation |
| 84 | Lavanya Gonuguntla(lgonugun) | 40537 - NETTING/56 | Nick Moore (nmoore) | 1-Jun-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903928 | 30-Jul-08 | |
| 93 | Tula, Kalpana(ktula) | Risk Support | Fox, Andrew (afox) | 28-Oct-06 | USD | 8,032.87 | 1,405.75 | 9,438.62 | UKNI200903928 | 30-Jul-08 | Four Days - Personal |
| 42 | Iniyavan Swamikannu (iswamika) | 43404 - CASH TRADING/56 | Darling David P (ddarling) | 1-Jan-08 | USD | 8,878.43 | 1,553.73 | 10,432.16 | UKNI200903928 | 30-Jul-08 | Two days - Sick |
| 84 | Vigneshini, Saranya (svignesh) | GMC SUPPORT | Smith David (dasmith) | 21-Apr-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903928 | 30-Jul-08 | |
| 84 | Joseph, Daniel (danjosep) | ITD - Risk Technology | Stephen D Maxwell (maxwells) | 6-May-08 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903928 | 30-Jul-08 | |
| 42 | Prashant Kumar(prashkum) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 28-Jul-08 | USD | 1,691.13 | 295.95 | 1,987.08 | UKNI200903928 | 30-Jul-08 | Joining Onsite on 28th July 2008 |
| 42 | Mondal, Priyanka (pmondal) | IMD | Muhiuddin, Selim (smuhiudd) | 24-Apr-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903928 | 30-Jul-08 | Leaving the WON on 29th July, 2008 |
| PND | Hota, Jyadeep (jhota) | IR Workflow | Gwilliam, Jacalene(jgwillia) | 22-Oct-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903989 | 30-Jul-08 | |
| PND | Sahu, Ipsita (isahu) | IR Workflow | Gwilliam, Jacalene(jgwillia) | 13-Oct-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903989 | 30-Jul-08 | |
| 42 | Kalita, Manoj(mkalita) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 25-Oct-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903988 | 30-Jul-08 | |
| PND | Subramanian, Senthilmurugan(sentsubr) | CATS Syndicate | Price, Martin(mprice) | 8-Oct-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903988 | 30-Jul-08 | |
| PND | Pasha, Syed I (spasha) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 15-Oct-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903988 | 30-Jul-08 | |
| 42 | Annavi, Haridas (hannavi) | FTG | Bonakdarian,Nasser (nbonakda) | 21-Jan-07 | USD | 9,724.34 | 1,701.76 | 11,426.10 | UKNI200903988 | 30-Jul-08 | |
| 84 | Sowmiya Doraiappan (sdoariap) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Smith David (dasmith) | 10-Dec-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903985 | 30-Jul-08 | |
| 84 | Ponnurangam, Suresh (sponnura) | GSSR | Smith David (dasmith) | 3-Jan-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903985 | 30-Jul-08 | |
| 84 | Kaur, Rajbir (rkaur) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Sinclair Phillip (psinclai) | 21-Sep-05 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903985 | 30-Jul-08 | |
| 84 | Kotra, Malikanand(mkotra) | IQBOX | Atkinson, Jim (jeatkins) | 12-Feb-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903985 | 30-Jul-08 | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | Kumar Kaliswamy, Suresh (skumarka) | Fixed Income - NPL | Price Martin J (mprice) | 16-Jan-06 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903985 | 30-Jul-08 | |
| 84 | Thangamani Ravindran (travindi) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Sinclair Phillip (psinclai) | 31-May-05 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903986 | 30-Jul-08 | |
| 84 | Deepalakshmi Subramanian(desubram) | MIFID INITIATIVE | Smith David (dasmith) | 1-Apr-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903986 | 30-Jul-08 | |
| 84 | Ranganath Magadi (rmagadi) | MIFID INITIATIVE | Simon Connell | 1-Apr-07 | USD | 9,724.00 | 1,701.70 | 11,425.70 | UKNI200903986 | 30-Jul-08 | |
| 84 | Raj, Jaya (jaraj) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 7-Feb-05 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Sanyal Dibyojyothi(dsanyal) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 2-Jun-08 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Nararyanan Suresh Anand(surnaray) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Jun-06 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Chandrasekaran Premkumar (pchandra) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 15-Aug-06 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Vijay Shankar(vshankar) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Apr-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Racharla, Rajyalakshmi(rracharl) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 26-Apr-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Vimala Siddappa (vsiddapp) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 3-Oct-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Krishnasamy Umapriya(umkrishn) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Oct-06 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Jayashree G (jayagovinf) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 9-Jun-08 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 84 | Venkatasubramanian Chandramouli(cvenkata) | 47080 - STRATEGIC INITIATIVES-EUR/56 | Atkinson, Jim (JeAtkins) | 1-Jun-06 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904251 | 1-Aug-08 | |
| 42 | Prashant Kumar(prashkum) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 7-Jan-08 | USD | 3,286.17 | 0.00 | 3,286.17 | UKFI200904252 | 1-Aug-08 | Left for Onsite and worked at offshore for 19 days |
| 42 | Isaac Varghese (ivarghes) | 43400 - MARKET/CLIENT KNOWLEDGE/56 | Forward Edward S (sforward) | 26-Aug-03 | USD | 691.83 | 0.00 | 691.83 | UKFI200904252 | 1-Aug-08 | Released after 4th of July |
| 42 | Das, Chiranjib (cdas) | 43264 - FTG EUROPE | Nasser Bonakdarian | 25-Apr-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904252 | 1-Aug-08 | |
| 84 | Lixy Cyril (licyril) | Swift Support | Darby Paul (pdarby) | 1-Dec-07 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904252 | 1-Aug-08 | |
| 84 | Bhawani Singh Gour (bgour) | 43407 - OTG Europe | Darby Paul (pdarby) | 4-Jun-08 | USD | 3,978.00 | 0.00 | 3,978.00 | UKFI200904252 | 1-Aug-08 | |
| | | | | | | | | | | | |
| | | | | | | 325,428.66 | 47,203.92 | 372,632.58 | | | |

# **TATA** CONSULTANCY SERVICES LIMITED



18, Grosvenor Place
London SW1X 7HS  UK

**M/S**   **Lehman Brothers Inc.**

745 Seventh Avenue
15th Floor,
New York, USA
NY 10019

| | |
|---|---|
| **Invoice No.** | UKNI200903991 |
| **Date** | 30-JUL-2008 |
| **Work Order No.** | 2102834 |

**Attention**       Mr. Peter Nag
**Project**          MIDM and Power Exchange Support
**Reference**
**Location**         London, UK
**Delivery Cente**  Chennai-Sholinganallur - STP

| Description | Amount  (USD) | Rate | Eq. amount in  GBP |
|---|---|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 8,878.43 | .5014 | 4,451.64 |
| **Total Amount :** | **8,878.43** | | **4,451.64** |

Total Amount Payable :

**US Dollars Eight Thousand Eight Hundred Seventy-Eight And Forty-Three Cents Only.**

VAT No.: 884 2557 88

Please make your payments to our Bank account: Tata Consultancy Services Limited,
Account No: 57090861, Sort Code: 40-03-17, Bank Name: HSBC,
or cheques payable to Tata Consultancy Services Limited and mail it our office at
18 Grosvenor Place, London SW1X 7HS, under intimation to our Country Manager.

**TATA CONSULTANCY SERVICES
LIMITED**

**CORPORATE OFFICE  :TCS House, Raveline Street, Fort, Mumbai 400 001,India
Phone : 91 22 67789999 , Fax : 91 22 67789000.**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

**ANNEXURE**

**Invoice No.** **UKNI200903991**

| Emp No. | Emp Name | Role | From Period | To Period | Units | S.Rate | Amt (USD) |
|---|---|---|---|---|---|---|---|
| 130407 | Samanta, Mr. Joydeep | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 0.913 Month(s) | 9,724.00 | 8,878.40 |
| **TOTAL** | | | | | | | **8,878.43** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
745 Seventh Avenue
15th Floor,
New York, USA
NY 10019

**To :**

**Tata Consultancy Services Limited**

18, Grosvenor Place
London SW1X 7HS  UK

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| UKNI200903991 | MIDM and Power Exchange Support | 8,878.43 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

# **TATA** CONSULTANCY SERVICES LIMITED



415/21-24, Kumaran Nagar  Sholinganallur, Old Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

**M/S  Lehman Brothers Inc.**

25 Bank Street
London
E145LE

| | |
|---|---|
| **Invoice No.** | UKFI200904414 |
| **Date** | 01-AUG-2008 |
| **Work Order No.** | 2102835 |

| | |
|---|---|
| **Attention** | Mr. Peter Nag |
| **Project** | MIDM and Power Exchange Support |
| **Reference** | |
| **Location** | Chennai, India |
| **Delivery Cente** | Chennai-Sholinganallur - STP |

| Description | Amount  (USD) | Rate | Eq. amount in  GBP |
|---|---|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 30,959.26 | .5008 | 15,504.40 |
| **Total Amount :** | **30,959.26** | | **15,504.40** |

Total Amount Payable :

**US Dollars Thirty Thousand Nine Hundred Fifty-Nine And Twenty-Six Cents Only.**

NOTE: VAT to U.K. Customer Account

Please make your payments to our Bank account: Tata Consultancy Services Limited ,
Account No: 57090861, Sort Code: 40-03-17, Bank Name: HSBC,
or cheques payable to Tata Consultancy Services Limited and mail it our office at
18 Grosvenor Place, London SW1X 7HS, under intimation to our Country Manager.

**TATA CONSULTANCY SERVICES
LIMITED**

**CORPORATE OFFICE  :TCS House, Raveline Street, Fort, Mumbai 400 001,India
Phone : 91 22 67789999 , Fax : 91 22 67789000.**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

**ANNEXURE**

Invoice No.    UKFI200904414

| Emp No. | Emp Name | Role | From Period | To Period | Units | S.Rate | Amt (USD) |
|---|---|---|---|---|---|---|---|
| 159664 | Subramanian, Ms. Ramya | CRF\|Consulting\|ASE\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 188127 | Raju, Mr. Suganthan | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 188138 | Haribabu, Mr. Gokulnath | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 207618 | Muhammad, Mr. Nadeem | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 210046 | Kata, Mr. Jayasimha Chowdary | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 222438 | Enjepurapu, Mr. Srinivas | CRF\|Consulting\|ITA\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 223175 | S, Mr. Senthil Murugan | CRF\|Consulting\|ASE\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| 238044 | Agarwal, Mr. Saurabh | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 0.783 Month(s) | 3,978.00 | 3,113.26 |
| | | | | **TOTAL** | | | **30,959.26** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
25 Bank Street
London
E145LE

**To :**

**Tata Consultancy Services Limited**

415/21-24, Kumaran Nagar  Sholinganallur, Old
Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| UKFI200904414 | MIDM and Power Exchange Support | 30,959.26 |
| | | |
| | | |
| | | |
| | | |
| | **Total** | |

COMMENTS

# **TATA** CONSULTANCY SERVICES LIMITED



415/21-24, Kumaran Nagar  Sholinganallur, Old Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

---

**M/S**  **Lehman Brothers Inc.**

25 Bank Street
London
E145LE

| | |
|---|---|
| **Invoice No.** | UKFI200904250 |
| **Date** | 01-AUG-2008 |
| **Work Order No.** | 2014130 |

**Attention**      Mr. Peter Nag
**Project**         Lehman - Outsourcing for OTG UK
**Reference**
**Location**        Chennai, India
**Delivery Cente**  Chennai-Sholinganallur - STP

---

| Description | Amount  (USD) | Rate | Eq. amount in  GBP |
|---|---|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 43,758.00 | .5008 | 21,914.01 |
| **Total Amount :** | **43,758.00** | | **21,914.01** |

Total Amount Payable :

**US Dollars Forty-Three Thousand Seven Hundred Fifty-Eight Only.**

---

NOTE: VAT to U.K. Customer Account

Please make your payments to our Bank account: Tata Consultancy Services Limited ,
Account No: 57090861, Sort Code: 40-03-17, Bank Name: HSBC,
or cheques payable to Tata Consultancy Services Limited and mail it our office at
18 Grosvenor Place, London SW1X 7HS, under intimation to our Country Manager.

**TATA CONSULTANCY SERVICES
LIMITED**

---

**CORPORATE OFFICE  :TCS House, Raveline Street, Fort, Mumbai 400 001,India
Phone : 91 22 67789999 , Fax : 91 22 67789000.**

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature**

**ANNEXURE**

**Invoice No.    UKFI200904250**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Reddy, Mr. Nalamalapu Subbarami | CRF\|Consulting\|ITA\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Bhattacharjee, Ms. Malabika | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Raman, Mr. Kumaran Ganapathi | CRF\|Consulting\|ITA\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Rath, Mr. Ashwin Kumar | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| I, Ms. Anusuya | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Sanata, Ms. Madhavi | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Gopalasamy, Ms. Deepanandha Vadhana | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Kumar, Mr. Kaushal | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Katta, Ms. Praveena Laxmi | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Murugesan, Mr. Babu | CRF\|Consulting\|ITA\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| Ganesh, Mr. Arun | CRF\|Consulting\|TR\|Team Member | 01-JUL-08 | 31-JUL-08 | 1 Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | **43,758.00** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
25 Bank Street
London
E145LE

**To :**

**Tata Consultancy Services Limited**

415/21-24, Kumaran Nagar  Sholinganallur, Old
Mahabalipuram
Chennai - 600 119, INDIA
Ph : 91-044-4961445 , Fax :91-044-4961994

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| UKFI200904250 | Lehman - Outsourcing for OTG UK | 43,758.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total |  |

COMMENTS

| Emplid | Name | Location | Month | UX-BEN Diff | Comments |
|---|---|---|---|---|---|
| 10287739 | Jayaraman, Jayathilak | Chennai | July | $3,978.00 | BEN ID Not Setup |
| 10257736 | VALLINAYAGAM ,SHANKARA | Chennai | July | $3,098.00 | Missing complete BEN TS download from Lehman. |
| 10289259 | Kalyandurg P, Kranthi Sudha | Chennai | July | $1,989.00 | Missing BEN TS for 10 days |
| 10222357 | PANDEY, UDAY | Mumbai | July | $1,193.40 | Missing BEN TS for for 6 days |
| 10258613 | ARUMUGAM, KARTHIKEYAN | Chennai | July | $1,000.00 | BEN ID Not Setup |
| 10289135 | Dalal, Sonu S | Chennai | July | $2,652.00 | BEN ID Not Setup |
| 10264216 | RAJASEKHAR, GULAPALA | Chennai | July | $994.50 | Missing BEN TS for Uday for 5 days |
| 10285607 | Stalin Selvam | Bangalore | July | $3,978.00 | Missing BEN TS from Lehman |
| 10286782 | Praveen Samudrala | Bangalore | July | $1,119.00 | Wrong BEN entry as NB |
| 10288962 | Mallana Wastari | Bangalore | July | $1,000.00 | BEN ID not setup |
| 10236997 | Prince Jebasingh,Samuel | Jersey City | July | $116.42 | |
| 10265568 | Talluri,Andalla Tayaramma | Jersey City | July | $511.81 | |
| 10225921 | Ramadoss,Jayakumar | Jersey City | July | $1,070.11 | |
| 10234362 | Rizvi,Hidayat | Jersey City | July | -$319.88 | |
| 10265918 | Saikia,Bidyut Jyoti | Jersey City | July | $69.94 | |
| 10275039 | Sondur,Praveen | Jersey City | July | $69.94 | |
| 10235887 | Naraparaju,Anand Vardhan | Jersey City | July | $2.56 | |
| 10235621 | Shrivastava,Gaurav | Jersey City | July | $1,023.61 | |
| 80004690 | Ranjan Pal,Priya | Jersey City | July | $0.01 | |
| 10265342 | Verma,Neha | Jersey City | July | $511.81 | |
| 10219810 | Kopelli,Jeevan | New York | July | $139.68 | |
| 10238817 | Marappan,Balamurali | Jersey City | July | $349.08 | |
| 10256464 | Jyothi, Ms. Kala (Kala) | Jersey City | July | $581.74 | |
| 10222357 | Pandey, Mr. Uday Kumar (P.Uday Kumar) | Jersey City | July | -$2,015.70 | |
| 10226696 | VISHNU KUMRAN, Mr. K. V. (K.V.Vishnu Kumran) | Jersey City | July | $104.70 | |
| 10251532 | FUKE, Mr. AMOL PURUSHOTTAM (FUKE) | Jersey City | July | -$441.87 | |
| | | | | | |
| | Total | | | $22,775.85 | |

| HRID | Name | | | | | | Amount | | | | |
|------|------|---|---|---|---|---|--------|---|---|---|---|
| 10226911 | Achuthan,Shibin | 104465 | 43475 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Service |
| 10283086 | ANURADHA,,MEKALA | CAD-105-000116 | 22151 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Loan Funding Portal |
| 80004754 | Appakutty,Subashini | 2007001810 | 26025 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10279751 | Aritakula,Madhusudan | 2007001468 | 29284 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10255311 | Augustine,Tom | 2006000641 | 29281 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Analysis and Requirements |
| 10264227 | AYYADURAI,BOOMINATHAN | 2008000624 | 26031 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10251532 | BHUMI REDDY, DEEPIKA | 104770 | 27921 | 0 | 0 | 0 | 3902.54 | 10024 | 7/27/2008 | 8525522 | User Support |
| 10251532 | BHUMI REDDY, DEEPIKA | 104770E | 27921 | 0 | 0 | 0 | 5821.81 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10262955 | Bose,Sundaramoorthi | 103635 | 43475 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Service |
| 10278193 | Butt,Meenakshi | 102408 | 29281 | 0 | 0 | 0 | 3580.2 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10256464 | Challam,Kala Jyothi | 50838 | 23115 | 0 | 0 | 0 | 1535.42 | 10024 | 7/27/2008 | 8525522 | Development |
| 10256464 | Challam,Kala Jyothi | 50838 | 23115 | 0 | 0 | 0 | 2047.23 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10256464 | Challam,Kala Jyothi | 2007001688 | 23115 | 0 | 0 | 0 | 1023.62 | 10024 | 7/27/2008 | 8525522 | Expenditures |
| 10256464 | Challam,Kala Jyothi | FIN-105-000182 | 23115 | 0 | 0 | 0 | 3582.66 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10256464 | Challam,Kala Jyothi | FIN-105-000302 | 23115 | 0 | 0 | 0 | 511.81 | 10024 | 7/27/2008 | 8525522 | Execution Roll-up |
| 10272185 | Chavan,Nirmala | 2008000941 | 26246 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10252712 | Cherukuri,Sreelatha | OTG-105-000014 | 29286 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | mandatory development |
| 10268894 | Chinnappan,Shinola Arul | 102408 | 27987 | 0 | 0 | 0 | 3779.1 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10216721 | Dinesh Ambat | 2008001161 | 22908 | 0 | 0 | 0 | 1417.16 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10216721 | Dinesh Ambat | 2008001163 | 22908 | 0 | 0 | 0 | 1019.36 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10216721 | Dinesh Ambat | 2008001165 | 22908 | 0 | 0 | 0 | 1541.47 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10266957 | Earni,Srinivasa A. | 103764 | 52954 | 0 | 0 | 0 | 3779.1 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10240367 | Ganesh,Deepa | 102497E | 52212 | 0 | 0 | 0 | 2983.5 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10271811 | Gingade,Srikanth | 103921 | 52954 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10283075 | Gowd,Chandrasekhar E | 100693E | 27273 | 0 | 0 | 0 | 1989 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10283075 | Gowd,Chandrasekhar E | 100693 | 27273 | 0 | 0 | 0 | 1989 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10277901 | Hiremath,Raviraj | 2006000305 | 29292 | 0 | 0 | 0 | 1790.1 | 10024 | 7/27/2008 | 8525522 | Batch Process Monitoring |
| 10277901 | Hiremath,Raviraj | 2007001466 | 29292 | 0 | 0 | 0 | 1790.1 | 10024 | 7/27/2008 | 8525522 | Exception Reporting |
| 10235887 | Ilango,Siva | 102507 | 29281 | 0 | 0 | 0 | 6236.38 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Remedy Tickets |
| 10235887 | Ilango,Siva | 102507 | 29281 | 0 | 0 | 0 | 383.86 | 10024 | 7/27/2008 | 8525522 | Maintenance - Metrics for the reports |
| 10235887 | Ilango,Siva | 102507 | 29281 | 0 | 0 | 0 | 1215.54 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Monitoring and Notifications |
| 10235887 | Ilango,Siva | 102507 | 29281 | 0 | 0 | 0 | 895.66 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Incidents |
| 10235887 | Ilango,Siva | 102507 | 29281 | 0 | 0 | 0 | 190.65 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Abends |
| 10235887 | Ilango,Siva | 102507 | 29281 | 0 | 0 | 0 | 607.77 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - E-mail Management |
| 10235887 | Ilango,Siva | 102507 | 29281 | 0 | 0 | 0 | 191.93 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Meetings |
| 10240765 | Indumathy,Nallamuthu | 2006000305 | 29292 | 0 | 0 | 0 | 99.45 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10240765 | Indumathy,Nallamuthu | 2007001369 | 29292 | 0 | 0 | 0 | 596.7 | 10024 | 7/27/2008 | 8525522 | Data Feeds |
| 10240765 | Indumathy,Nallamuthu | 2007001466 | 29292 | 0 | 0 | 0 | 2884.05 | 10024 | 7/27/2008 | 8525522 | Bluesheets Submission API |
| 10258023 | Joseph Raj,Edison | 2008000619 | 26031 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10276147 | Kadur,Chandrashekar | 104835 | 26062 | 0 | 0 | 0 | 3779.1 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10289259 | Kalyandurg P,Kranthi Sudha | 2008002868 | 22151 | 0 | 0 | 0 | 1989 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10222728 | Kanagavel,Ganesh Kumar | 2008002876 | 27987 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10288135 | Karuppaiah,Anusha | 103635 | 43475 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Service |
| 10229675 | Karuppasamy,Balasubramanian | 103635 | 43475 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Service |
| 10259227 | Kizekkedathu,Sreejith | 104465 | 43475 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Service |
| 10219810 | Kopelli,Jeevan | 2008000036E | 28239 | 0 | 0 | 0 | 8700.73 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10225992 | Krishnamoorthy,Venkatakrishnan | CAD-105-000116 | 22151 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Loan Funding Portal |
| 10271264 | Krishnan,Vinoth Kumar | 104863 | 27987 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10259698 | Kulkarni,Pradeep G | EIS105-103852E | 22908 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10271623 | KUMAR, VINODH | 50550 | 27921 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Form Development |
| 10258459 | Kumar,Aruna | 100379E | 27921 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | OTB Adjustments - Front End |
| 10286782 | Kumar,Praveen Samudrala | 2008002808 | 25033 | 0 | 0 | 0 | 2859.19 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10216595 | Kumar,Ravi | 104783 | 22341 | 0 | 0 | 0 | 3580.2 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10283017 | Kumar,Reddy S. | CAD-105-000116 | 22151 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Loan Funding Portal |
| 10280659 | Kumar,Rishi | 2008002808 | 25033 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10266912 | Kumar,Sathish | CAD-105-000117 | 22151 | 0 | 0 | 0 | 497.25 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10266912 | Kumar,Sathish | CAD-105-000117 | 22151 | 0 | 0 | 0 | 2983.5 | 10024 | 7/27/2008 | 8525522 | Maintenance & Support |
| 10266912 | Kumar,Sathish | 2008002868 | 22151 | 0 | 0 | 0 | 497.25 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10257573 | Kuttapannair,Suneesh Kumar | 2008002808 | 25033 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10234319 | Lad,Manish | CAD-105-000117 | 22151 | 0 | 0 | 0 | 745.88 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10234319 | Lad,Manish | CAD-105-000117 | 22151 | 0 | 0 | 0 | 248.62 | 10024 | 7/27/2008 | 8525522 | Maintenance & Support |
| 10234319 | Lad,Manish | 2008002868 | 22151 | 0 | 0 | 0 | 2983.5 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10239573 | Lobo,Amol | 2008002808 | 25033 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10238817 | Marappan,Balamurali | OTG-105-000019 | 29295 | 0 | 0 | 0 | 4094.46 | 10024 | 7/27/2008 | 8525522 | Futures - Small Enhancements |
| 10238817 | Marappan,Balamurali | 50734 | 29295 | 0 | 0 | 0 | 3070.85 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10266951 | Mayilswami,Sasirekha | 2007002161 | 22341 | 0 | 0 | 0 | 522.11 | 10024 | 7/27/2008 | 8525522 | Infrastructure Projects |
| 10266951 | Mayilswami,Sasirekha | 2007002161 | 22341 | 0 | 0 | 0 | 2386.8 | 10024 | 7/27/2008 | 8525522 | SL1/SL2 - Batch Support |
| 10266951 | Mayilswami,Sasirekha | 2007002161 | 22341 | 0 | 0 | 0 | 919.91 | 10024 | 7/27/2008 | 8525522 | SL1/SL2 - Helpdesk |
| 10266951 | Mayilswami,Sasirekha | 2007002161 | 22341 | 0 | 0 | 0 | 149.17 | 10024 | 7/27/2008 | 8525522 | SL1/SL2 - PS Asia Assistance |
| 10240573 | Mohammad,Amzad | 102507 | 29281 | 0 | 0 | 0 | 1215.54 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Monitoring and Notifications |
| 10240573 | Mohammad,Amzad | 102507 | 29281 | 0 | 0 | 0 | 351.87 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Abends |
| 10240573 | Mohammad,Amzad | 102507 | 29281 | 0 | 0 | 0 | 6301.63 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Remedy Tickets |
| 10240573 | Mohammad,Amzad | 102507 | 29281 | 0 | 0 | 0 | 31.99 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - War-on-Abends database |
| 10240573 | Mohammad,Amzad | 102507 | 29281 | 0 | 0 | 0 | 1183.56 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - E-mail Management |
| 10240573 | Mohammad,Amzad | 102507 | 29281 | 0 | 0 | 0 | 415.84 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Incidents |
| 10240573 | Mohammad,Amzad | 102507 | 29281 | 0 | 0 | 0 | 223.92 | 10024 | 7/27/2008 | 8525522 | Maintenance - AM - Meetings |
| 10264877 | Mohammed,Nasir | 104418 | 22908 | 0 | 0 | 0 | 1093.45 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10264877 | Mohammed,Nasir | 104566 | 22908 | 0 | 0 | 0 | 1094.2 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10264877 | Mohammed,Nasir | EIS105-104418E | 22908 | 0 | 0 | 0 | 1392.55 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10280653 | Mohiyuddin,Nooruddin Ghouse | 2008001009 | 26246 | 0 | 0 | 0 | 2431.09 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10280653 | Mohiyuddin,Nooruddin Ghouse | 2008002812 | 26246 | 0 | 0 | 0 | 7293.26 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10286780 | Mothukuri,Leela | 2008002808 | 25033 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10288518 | Murali,Priyadharshini | 103635 | 43475 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Service |
| 10259238 | Muthiah,Jeyaganesan | 103635 | 43475 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Service |
| 10235256 | Nagarajan,Rangaswamy | 2008002868 | 21843 | 0 | 0 | 0 | 4926.15 | 10024 | 7/27/2008 | 8525522 | Business Objects |
| 10235256 | Nagarajan,Rangaswamy | CAD-105-000117 | 21843 | 0 | 0 | 0 | 4798.2 | 10024 | 7/27/2008 | 8525522 | Business Objects |
| 10225919 | Narang,Jitender | 104465 | 43475 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Service |
| 10287444 | Pai,Narasimha D | FIN-105-000182 | 23115 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10235041 | Palagiri,Ramesh Babu | 2006001072 | 29288 | 0 | 0 | 0 | 4862.17 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10235041 | Palagiri,Ramesh Babu | OTG-105-000001 | 29288 | 0 | 0 | 0 | 4862.17 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10277862 | Panda,Kalyani | 2007001067 | 28113 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10222357 | Pandey,Uday | 2008002868 | 22151 | 0 | 0 | 0 | 1951.11 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10222357 | Pandey,Uday | CAD-105-000117 | 22151 | 0 | 0 | 0 | 4851.26 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10222357 | Pandey,Uday | CAD-105-000117 | 22151 | 0 | 0 | 0 | 959.64 | 10024 | 7/27/2008 | 8525522 | Maintenance & Support |
| 10219117 | Panemangalore,Deepak Indra | 104465 | 43475 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Service |
| 80005086 | Papasani,Venkateswara | 2007001559 | 22418 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Execution |
| 80005590 | Paramasivan,Ganesh Kumar | 2008001075 | 25034 | 0 | 0 | 0 | 6845.43 | 10024 | 7/27/2008 | 8525522 | Execution |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 80005590 | Paramasivan,Ganesh Kumar | 2008001082 | 25034 | 0 | 0 | 0 | 2878.92 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10288520 | Po Reddy,Kayva Reddy | 103635 | 43475 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Service |
| 10236997 | Prince Jebasingh,Samuel | 2007002161 | 22341 | 0 | 0 | 0 | 703.74 | 10024 | 7/27/2008 | 8525522 | SL1/SL2 - Batch Support |
| 10236997 | Prince Jebasingh,Samuel | 2007002161 | 22341 | 0 | 0 | 0 | 4926.15 | 10024 | 7/27/2008 | 8525522 | SL1/SL2 - Helpdesk |
| 80005716 | Prince,Vasantharaj | 2006000608 | 29285 | 0 | 0 | 0 | 4414.34 | 10024 | 7/27/2008 | 8525522 | Execution |
| 80005716 | Prince,Vasantharaj | 2006000611 | 29285 | 0 | 0 | 0 | 5310.01 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10255900 | Rajan Pulliyil,Anney Kriupa | 104806 | 26025 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10264216 | Rajasekhar,Gulapala | 2008002870 | 22151 | 0 | 0 | 0 | 2983.5 | 10024 | 7/27/2008 | 8525522 | Automatic Confirm Generation - Template creation |
| 10257486 | Rajendran,Anand | 2008000619 | 26031 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10225921 | Ramadoss,Jayakumar | 2008000624 | 26031 | 0 | 0 | 0 | 5118.08 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10284072 | Ramani,Srinivasan | 2008000619 | 26031 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10239695 | Ramarajan,Panneerselvam | 103635 | 43475 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Service |
| 10220905 | Ramasubramanian,Krishnaswami | CAD-105-000117 | 22151 | 0 | 0 | 0 | 319.88 | 10024 | 7/27/2008 | 8525522 | LCA Intranet |
| 10220905 | Ramasubramanian,Krishnaswami | CAD-105-000117 | 22151 | 0 | 0 | 0 | 959.64 | 10024 | 7/27/2008 | 8525522 | Maintenance & Support |
| 10220905 | Ramasubramanian,Krishnaswami | CAD-105-000117 | 22151 | 0 | 0 | 0 | 1343.5 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10220905 | Ramasubramanian,Krishnaswami | 2008002868 | 22151 | 0 | 0 | 0 | 1215.54 | 10024 | 7/27/2008 | 8525522 | LCA Intranet |
| 10220905 | Ramasubramanian,Krishnaswami | 2008002868 | 22151 | 0 | 0 | 0 | 5821.81 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10220905 | Ramasubramanian,Krishnaswami | CAD-105-000117 | 22151 | 0 | 0 | 0 | 63.98 | 10024 | 7/27/2008 | 8525522 | Vortex |
| 10263395 | Ramaswami,Arthi | 103635 | 43475 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Service |
| 10218728 | Ramjee,Srinivasan | 2008002871 | 22151 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 80004690 | Ranjan Pal,Priya | FIN-105-000067 | 21105 | 0 | 0 | 0 | 2814.94 | 10024 | 7/27/2008 | 8525522 | Execution Roll-up |
| 80004690 | Ranjan Pal,Priya | FIN105-000068E | 21105 | 0 | 0 | 0 | 1535.42 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 80004690 | Ranjan Pal,Priya | 2006000950 | 21105 | 0 | 0 | 0 | 5373.98 | 10024 | 7/27/2008 | 8525522 | EFG P&L Shorts Reporting - Europe |
| 10241362 | Raveendran,Ashish | 103635 | 43475 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Service |
| 80004275 | Ravichandran,Kali | 20060000800 | 52954 | 0 | 0 | 0 | 7421.21 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 80004275 | Ravichandran,Kali | 20060000800 | 52954 | 0 | 0 | 0 | 2303.14 | 10024 | 7/27/2008 | 8525522 | User Support |
| 10241797 | Rebba,Sivaramakrishna | 103954 | 28708 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10234362 | Rizvi,Hidayat | 2008002869 | 22151 | 0 | 0 | 0 | 2750.97 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10234362 | Rizvi,Hidayat | 2008002869 | 22151 | 0 | 0 | 0 | 3646.63 | 10024 | 7/27/2008 | 8525522 | User / System support |
| 10234362 | Rizvi,Hidayat | 2008002870 | 22151 | 0 | 0 | 0 | 3646.63 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10221135 | Ryali,Bharadwaj | CAD-105-000116 | 22151 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Loan Funding Portal |
| 10267460 | Sagar,Jerusha | 102497E | 52212 | 0 | 0 | 0 | 3580.2 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10265918 | Saikia,Bidyut Jyoti | 2006000113 | 26031 | 0 | 0 | 0 | 9212.54 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10260178 | Sankar,Mathanraj | 103635 | 43475 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Service |
| 10234930 | Sankar,Sai | 103764 | 52954 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10225285 | Sankaran,Dhamodharan | CAD-105-000117 | 22151 | 0 | 0 | 0 | 248.62 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10225285 | Sankaran,Dhamodharan | CAD-105-000117 | 22151 | 0 | 0 | 0 | 745.88 | 10024 | 7/27/2008 | 8525522 | Maintenance & Support |
| 10225285 | Sankaran,Dhamodharan | 2008002868 | 22151 | 0 | 0 | 0 | 2983.5 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10282786 | Santhanandam,Sudharsana | 2008002870 | 22151 | 0 | 0 | 0 | 5038.8 | 10024 | 7/27/2008 | 8525522 | Automatic Confirm Generation - Template creation |
| 10235207 | Selvaraj,Amalraj David | 2008000619 | 26031 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10260957 | Selvaraj,Tamizhselvan | 2008002868 | 22151 | 0 | 0 | 0 | 1491.75 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10260957 | Selvaraj,Tamizhselvan | CAD-105-000117 | 22151 | 0 | 0 | 0 | 497.25 | 10024 | 7/27/2008 | 8525522 | Entity Master |
| 10260957 | Selvaraj,Tamizhselvan | CAD-105-000117 | 22151 | 0 | 0 | 0 | 1989 | 10024 | 7/27/2008 | 8525522 | Maintenance & Support |
| 10235621 | Shrivastava,Gaurav | 102437 | 29295 | 0 | 0 | 0 | 383.86 | 10024 | 7/27/2008 | 8525522 | Infrastructure Projects |
| 10235621 | Shrivastava,Gaurav | 102437 | 29295 | 0 | 0 | 0 | 127.95 | 10024 | 7/27/2008 | 8525522 | SL3 |
| 10235621 | Shrivastava,Gaurav | 2008002643 | 29295 | 0 | 0 | 0 | 4990.13 | 10024 | 7/27/2008 | 8525522 | Analysis Task |
| 10235621 | Shrivastava,Gaurav | OTG-105-000019 | 29295 | 0 | 0 | 0 | 1023.62 | 10024 | 7/27/2008 | 8525522 | Futures - Small Enhancements |
| 10235621 | Shrivastava,Gaurav | OTG-105-000019 | 29295 | 0 | 0 | 0 | 2175.18 | 10024 | 7/27/2008 | 8525522 | Options Small Enhancements |
| 10247367 | Shukla,Anuja | 2008002801 | 25033 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Execution |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10254258 | Singh,Alka | 2008002808 | 25033 | 0 | 0 | 0 | 3779.1 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10270843 | Sirigiri,Ravindra Babu | FIN105-000182E | 23115 | 0 | 0 | 0 | 3580.2 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10224405 | Snigdho Das | 2008001290 | 26156 | 0 | 0 | 0 | 2047.23 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10224405 | Snigdho Das | 2008003220 | 26156 | 0 | 0 | 0 | 7677.12 | 10024 | 7/27/2008 | 8525522 | SEPL |
| 10239855 | Solanki,Amitkumar Hasmukhlal | OTG-105-000007 | 40598 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10275039 | Sondur,Praveen | 2006002304 | 27695 | 0 | 0 | 0 | 4606.27 | 10024 | 7/27/2008 | 8525522 | Services |
| 10275039 | Sondur,Praveen | 2007002147 | 27695 | 0 | 0 | 0 | 4606.27 | 10024 | 7/27/2008 | 8525522 | Services |
| 10227681 | Sreenivasan,Sivaprasad | 100379 | 27921 | 0 | 0 | 0 | 5118.08 | 10024 | 7/27/2008 | 8525522 | Debit card maintenance |
| 10227681 | Sreenivasan,Sivaprasad | 100379 | 27921 | 0 | 0 | 0 | 4606.27 | 10024 | 7/27/2008 | 8525522 | FRA Cleanup |
| 10269957 | Sripathirao,Vishwanath | 2008001161 | 22908 | 0 | 0 | 0 | 795.6 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10269957 | Sripathirao,Vishwanath | 2008001165 | 22908 | 0 | 0 | 0 | 2386.8 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10269957 | Sripathirao,Vishwanath | 2008001163 | 22908 | 0 | 0 | 0 | 795.6 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10235649 | Sundarachar,Sridevi H. | 102408 | 27987 | 0 | 0 | 0 | 9724.35 | 10024 | 7/27/2008 | 8525522 | Mandatory requests |
| 10265568 | Talluri,Andalla Tayaramma | 102483 | 52954 | 0 | 0 | 0 | 9212.54 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10282270 | Tripaty, Madhu | 2006001072 | 29298 | 0 | 0 | 0 | 2784.6 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10263088 | Varampati,Devendra | 2007001067 | 28113 | 0 | 0 | 0 | 3779.1 | 10024 | 7/27/2008 | 8525522 | Execution |
| 80005811 | Vedaguiry,Shivakumar | 2008001082 | 25034 | 0 | 0 | 0 | 2942.9 | 10024 | 7/27/2008 | 8525522 | Execution |
| 80005811 | Vedaguiry,Shivakumar | 2008001075 | 25034 | 0 | 0 | 0 | 6781.45 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10233077 | Venkatachalam,Muthu | 2006000113 | 26031 | 0 | 0 | 0 | 7165.31 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10233077 | Venkatachalam,Muthu | 2008000625 | 26031 | 0 | 0 | 0 | 2559.04 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10257571 | Venugopal,Ananth | 2008002808 | 25033 | 0 | 0 | 0 | 3779.1 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10265342 | Verma,Neha | 2008000619 | 22808 | 0 | 0 | 0 | 9212.54 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10226696 | Viswanathan Vishnukumran | FIN-105-000010 | 28221 | 0 | 0 | 0 | 6909.41 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10226696 | Viswanathan Vishnukumran | FTG2006-000224 | 28221 | 0 | 0 | 0 | 2047.23 | 10024 | 7/27/2008 | 8525522 | Small Enhancements |
| 10259998 | Yadav,Kamalakar | 2008000619 | 26031 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10261947 | Yedla,Jagadish | 103847 | 28113 | 0 | 0 | 0 | 3779.1 | 10024 | 7/27/2008 | 8525522 | Maintenance |
| 10254899 | Yerrapatruni,Subhashini | 102507 | 29281 | 0 | 0 | 0 | 1006.93 | 10024 | 7/27/2008 | 8525522 | Maintenance - CH - Abends |
| 10254899 | Yerrapatruni,Subhashini | 102507 | 29281 | 0 | 0 | 0 | 2274.92 | 10024 | 7/27/2008 | 8525522 | Maintenance - CH - JIRA |
| 10254899 | Yerrapatruni,Subhashini | 102507 | 29281 | 0 | 0 | 0 | 236.19 | 10024 | 7/27/2008 | 8525522 | Maintenance - CH - Meetings |
| 10254899 | Yerrapatruni,Subhashini | 102507 | 29281 | 0 | 0 | 0 | 422.66 | 10024 | 7/27/2008 | 8525522 | Maintenance - CH - Monitoring and Notifications |
| 10254899 | Yerrapatruni,Subhashini | 102507 | 29281 | 0 | 0 | 0 | 12.43 | 10024 | 7/27/2008 | 8525522 | Maintenance - CH - Remedy Tickets |
| 10254899 | Yerrapatruni,Subhashini | 102507 | 29281 | 0 | 0 | 0 | 24.86 | 10024 | 7/27/2008 | 8525522 | Maintenance - CH - War-on-Abends database |
| 10284666 | Yeruva,Ravi Shankar Reddy | 2008000619 | 26031 | 0 | 0 | 0 | 3978 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10255236 | SRINIVASAN, DEVA MANOHARI | CAD-105-000015 | 22808 | 0 | 0 | 0 | 2237.62 | 10024 | 7/27/2008 | 8525522 | Project Development |
| 10255236 | SRINIVASAN, DEVA MANOHARI | 2008000714 | 22808 | 0 | 0 | 0 | 745.88 | 10024 | 7/27/2008 | 8525522 | Execution |
| 10262318 | SANTHOSH, PADHI | 2008002870 | 22151 | 0 | 0 | 0 | 2652 | 10024 | 7/27/2008 | 8525522 | Automatic Confirm Generation - Template creation |

**678909.36**

 **AMERICA**

(A DIVISION OF TATA AMERICA INTERNATIONAL CORPORATION)

101  PARK AVENUE
26th FLOOR, NEW YORK
NY 10178
USA

---

**M/S**    **Lehman Brothers Inc.**

745 Seventh Avenue
15th Floor
New York
NY 10019, USA

| | |
|---|---|
| **Debit Note No.** | TAND200906085 |
| **Date** | 16-SEP-2008 |
| **Work Order No.** | 2015449 |

**Attention**

**Project**        LB-Wealth Asset Management Outsourcing) - Offshore

**Reference**

**Location**        Bangalore, India

---

| **DEBIT NOTE**<br>Description | **Amount  (USD)** |
|---|---|
| Incidental Charges (Travel, etc) for the Month of July 2008 | 2,000.00 |
| **Total Amount :** | **2,000.00** |

Total Amount Payable :

**US Dollars Two Thousand Only.**

---

Please make checks payable to TCS America and mail to
TCS America
12977 Collections Center Drive
Chicago, Illinois 60693

**TCS AMERICA
(A DIVISION OF TATA AMERICA
INTERNATIONAL CORPORATION)**

---

FOR OFFICE USE ONLY

---

**This is a computer generated invoice and does not need signature**

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
745 Seventh Avenue
15th Floor
New York
NY 10019, USA

**To :**

**TCS America**
12977 COLLECTIONS CENTER DRIVE
CHICAGO, ILLINOIS 60693
USA

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| TAND200906085 | LB-Wealth Asset Management Outsourcing) - Offshore | 2,000.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S  Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900298 |
| **Invoice Date** | 28-AUG-2008 |
| **Due Date** | 28-AUG-2008 |
| **Work Order No.** | 2039144 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Laura Support |
| **Reference** | 92570 |
| **Location** | Bangalore, India |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 2,983.50 |
| JAP CTAX@5% | 149.18 |
| **Total Amount :** | **3,132.68** |

Total Amount Payable :

**US Dollars Three Thousand One Hundred Thirty-Two And Sixty-Eight Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                   :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375   Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.    JOFI200900298**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|---|---|---|---|---|---|---|
| Guda, Mr. Sivakumar Venkata | CRF\|Consulting\|TR\|Team Member | 01-AUG-08 | 31-AUG-08 | 0.75  Month(s) | 3,978.00 | 2,983.50 |
| **TOTAL** | | | | | | **2,983.50** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900298 | Laura Support | 3,132.68 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS

**TATA** CONSULTANCY SERVICES JAPAN LIMITED



14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

---

**M/S Lehman Brothers Inc.**

ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

| | |
|---|---|
| **Invoice No.** | JOFI200900299 |
| **Invoice Date** | 28-AUG-2008 |
| **Due Date** | 28-AUG-2008 |
| **Work Order No.** | 2039144 |

| | |
|---|---|
| **Attention** | Simon B. Lucocq |
| **Project** | Laura Support |
| **Reference** | 92570 |
| **Location** | Bangalore, India |

---

| Description | Amount  (USD) |
|---|---|
| Fees for services rendered by our personnel as per Annexure attached: | 3,978.00 |
| JAP CTAX@5% | 198.90 |
| **Total Amount :** | **4,176.90** |

Total Amount Payable :

**US Dollars Four Thousand One Hundred Seventy-Six And Ninety Cents Only.**

---

Please remit funds (under intimation to our Resident Manager),
quoting Invoice number to:
Bank:                    :Bank of America, Tokyo Branch
Swift:                   :BOFAJPJX
Beneficiary Name:   :TATA  Consultancy Services Japan Limited
Beneficiary A/c No.  :Current Account 21542033 (If transfer by ATM or Firm Banking System,
please omit first digit.)

**TATA CONSULTANCY SERVICES JAPAN
LIMITED**

**Phone: 81-45-640-4375    Fax: 81-45-640-4379**

---

FOR OFFICE USE ONLY

---

**This is a computer generated invoice and does not need signature.**

# ANNEXURE

**Invoice No.    JOFI200900299**

| Emp Name | Role | From Period | To Period | Units | Std. Rate | Amt  (USD) |
|----------|------|-------------|-----------|-------|-----------|------------|
| Banu, Ms. Sharmila | Developer | 01-AUG-08 | 31-AUG-08 | 1  Month(s) | 3,978.00 | 3,978.00 |
| **TOTAL** | | | | | | **3,978.00** |

# PAYMENT ADVICE

(To be filled in by client )

**From :**

**M/S  Lehman Brothers Inc.**
ARK MORI Bldg, 36th Floor
12-32 Akasaka 1-Chome
Tokyo, Minato-Ku - 107-6036
Japan

**To :**

**TATA Consultancy Services Japan Limited**

14th Floor, Queen's Tower A, 2-3-1, Minatomirai
Nishi-ku, Yokohama-shi,
Kanagawa 220-6014,
Japan

Please find payment enclosed

| Invoice Number | Project | Amount    (USD) |
|---|---|---|
| JOFI200900299 | Laura Support | 4,176.90 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total** |  |

COMMENTS