EMC Corporation
Lehman Brothers Holdings Inc. and Lehman Brothers, Inc.

Exhibit A

| BE Contracts | | | | |
|---|---|---|---|---|
| **Invoice Date** | **Invoice #** | **Account ID** | **Invoice Total** | **Customer PO #** |
| 6/16/2008 | BES36919 | FLEH20.001.00L | $50,000.00 | |
| 7/3/2008 | BES37050 | FLEH12.001.00T | $5,027.01 | |
| 7/31/2008 | BES37545 | FLEH16.001.00L | $26,000.00 | |
| 8/4/2008 | BES37623-B | FLEH01.007 | $26,000.00 | |
| 8/4/2008 | BES37624 | FLEH01.014 | $27,000.00 | |
| 8/4/2008 | BES37628 | FLEH05.003 | $28,350.00 | PSTS-36-CON24106 |
| 8/4/2008 | BES37629 | FLEH09.001 | $26,000.00 | |
| 8/22/2008 | BES37756 | FLEH01.020.00L | $21,000.00 | |
| 8/29/2008 | BES37923 | FLEH01.018.00L | $18,000.00 | |
| 8/29/2008 | BES37941 | FLEH01.019.00L | $25,000.00 | |
| 8/29/2008 | BES37924 | FLEH06.005.00L | $28,000.00 | TSR #1017965 |
| 8/29/2008 | BES37925 | FLEH06.010.00L | $28,000.00 | TSR1024345 |
| 8/29/2008 | BES37926 | FLEH16.001.00L | $26,000.00 | TSR #1018109 |
| 8/29/2008 | BES37927 | FLEH16.002.00L | $26,000.00 | |
| 8/29/2008 | BES37928 | FLEH19.003.00L | $20,000.00 | |
| 8/29/2008 | BES37929 | FLEH22.001.00L | $21,000.00 | |
| 9/4/2008 | BES38010 | FLEH01.007 | $34,575.00 | |
| 9/4/2008 | BES38011 | FLEH01.014 | $28,350.00 | |
| 9/4/2008 | BES38012 | FLEH03.011 | $32,000.00 | |
| 9/4/2008 | BES38013 | FLEH05.002 | $51,660.00 | PSTS-36-CON24106 |
| 9/4/2008 | BES38014 | FLEH09.001 | $24,700.00 | |
| 9/15/2008 | BES38293 | FLEH01.007 | $11,475.00 | |
| 9/15/2008 | BES38462 | FLEH01.018.00L | $9,000.00 | |
| 9/15/2008 | BES38463 | FLEH01.019.00L | $13,125.00 | |
| 9/15/2008 | BES38464 | FLEH01.020.00L | $21,000.00 | |
| 9/15/2008 | BES38465 | FLEH01.024.00L | $12,500.00 | |
| 9/15/2008 | BES38294 | FLEH03.011 | $14,400.00 | |
| 9/15/2008 | BES38295 | FLEH05.002 | $22,680.00 | PSTS-36-CON24106 |
| 9/15/2008 | BES38466 | FLEH06.005.00L | $14,000.00 | TSR #1017965 |
| 9/15/2008 | BES38467 | FLEH06.010.00L | $14,000.00 | TSR1024345 |
| 9/15/2008 | BES38296 | FLEH09.001 | $11,700.00 | |
| 9/15/2008 | BES38468 | FLEH16.001.00L | $13,000.00 | TSR #1018109 |
| 9/15/2008 | BES38469 | FLEH16.002.00L | $13,000.00 | |

EMC Corporation
Lehman Brothers Holdings Inc. and Lehman Brothers, Inc.

| | | | | |
|---|---|---|---|---|
| 9/15/2008 | BES38470 | FLEH19.004.00L | $11,250.00 | |
| 9/15/2008 | BES38471 | FLEH21.002.00L | $15,000.00 | |
| 9/15/2008 | BES38472 | FLEH22.002.00L | $14,000.00 | |
| 9/15/2008 | BES38473 | FLEH23.001.00L | $35,000.00 | |
| 9/30/2008 | BES38474 | FLEH01.018.00L | $9,000.00 | |
| 9/30/2008 | BES38475 | FLEH01.019.00L | $13,125.00 | |
| 9/30/2008 | BES38476 | FLEH01.020.00L | $14,700.00 | |
| 9/30/2008 | BES38477 | FLEH01.024.00L | $12,500.00 | |
| 9/30/2008 | BES38478 | FLEH06.005.00L | $14,000.00 | TSR #1017965 |
| 9/30/2008 | BES38479 | FLEH06.010.00L | $14,000.00 | TSR1024345 |
| 9/30/2008 | BES38480 | FLEH16.001.00L | $13,000.00 | TSR #1018109 |
| 9/30/2008 | BES38481 | FLEH16.002.00L | $13,000.00 | |
| 9/30/2008 | BES38482 | FLEH19.004.00L | $11,250.00 | |
| 9/30/2008 | BES38483 | FLEH21.002.00L | $5,000.00 | |
| 9/30/2008 | BES38484 | FLEH22.002.00L | $14,000.00 | |
| 10/2/2008 | BES38365 | FLEH01.007 | $8,925.00 | |
| 10/2/2008 | BES38366 | FLEH03.011 | $12,000.00 | |
| 10/2/2008 | BES38367 | FLEH05.002 | $30,240.00 | PSTS-36-CON24106 |
| 10/2/2008 | BES38368 | FLEH09.001 | $15,600.00 | |
| 10/3/2008 | BES38222 | FLEH16.001.00T | $398.00 | TSR #1018109 |
| | | **SUBTOTAL:** | **$1,018,530.01** | |

**Services Contracts**

| Invoice Date | Payment Due Date | Document # | Invoice Total | Sales Order # | Customer PO # |
|---|---|---|---|---|---|
| 11/26/2007 | 12/26/2007 | 5202069390 | $536.61 | 62104438 | LBUSA0000042955/1295-1161005177 |
| 5/11/2008 | 6/10/2008 | 5204050652 | $6,526.00 | 62443272 | LBUSA-0000056271 |
| 5/11/2008 | 6/10/2008 | 5204050653 | $7,072.55 | 62443216 | LBUSA-0000056271 |
| 8/11/2008 | 9/10/2008 | 5204051781 | $6,526.00 | 62443272 | LBUSA-0000056271 |
| 8/11/2008 | 9/10/2008 | 5204051782 | $7,072.55 | 62443216 | LBUSA-0000056271 |
| 1/11/2008 | 2/10/2008 | | $12,227.96 | 62442957 | PSO# 631997 |

EMC Corporation
Lehman Brothers Holdings Inc. and Lehman Brothers, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 3/26/2008 | 4/25/2008 | 5207122014 | $18,000.00 | 62442957 | PSO# 631997 |
| 10/8/2008 | 9/8/2008 | 5207134476 | $170,534.09 | 62599641 | LBUSA-00000061291 |
| 10/29/2008 | 9/29/2008 | 5207137550 | $172,891.00 | 62599641 | SOW 683490 |
| 9/5/2008 | 10/5/2008 | 5207134263 | $6,760.00 | 62865822 | LBUSA-0000072755 |
| | | 5207134263 | $472,208.00 | 62442957 62599641 | PSO# 631997 LBUSA-0000072755 |
| | | **SUBTOTAL:** | **$880,354.76** | | |
| **Evaluation and Rental Contracts** | | | | | |
| <u>Date</u> | <u>SO #</u> | <u>Quote #</u> | Cost | | |
| 9/5/2006 | 61685658 | 1000833905 | | | |
| 5/30/2007 | 62067069 | 1001191426 | | | |
| 10/22/2007 | 62313511 | 1001417207 | | | |
| 12/31/2007 | 62443272 | 1001491104 | | | |
| 12/31/2007 | 62443216 | 1001491171 | $529,297.00 | | |
| 4/9/2008 | 62619157 | 1001621887 | | | |
| 4/9/2008 | 62619063 | 1001655605 | | | |
| 7/3/2008 | 62773709 | 1001764254 | | | |
| 8/29/2008 | 62860756 | 1001865567 | | | |
| | | **SUBTOTAL:** | **$529,297.00** | | |
| | | **TOTAL:** | **$2,428,181.77** | | |