EMC Corporation

Lehman Brothers Holdings Inc. and Lehman Brothers, Inc.

Exhibit A

**BE Contracts**

| Invoice Date | Invoice # | Account ID | Invoice Total | Customer PO # |
|---|---|---|---|---|
| 6/16/2008 | BES36919 | FLEH20.001.00L | $50,000.00 | |
| 7/13/2008 | BES37050 | FLEH12.001.00T | $5,027.01 | |
| 7/31/2008 | BES37545 | FLEH16.001.00L | $26,000.00 | |
| 7/31/2008 | BES37623-B | FLEH01.007 | $26,000.00 | |
| 8/4/2008 | BES37624 | FLEH01.014 | $27,000.00 | |
| 8/4/2008 | BES37628 | FLEH05.003 | $28,350.00 | PSTS-36-CON24106 |
| 8/4/2008 | BES37629 | FLEH09.001 | $26,000.00 | |
| 8/22/2008 | BES37756 | FLEH01.020.00L | $21,000.00 | |
| 8/29/2008 | BES37923 | FLEH01.018.00L | $18,000.00 | |
| 8/29/2008 | BES37941 | FLEH01.019.00L | $25,000.00 | |
| 8/29/2008 | BES37924 | FLEH06.005.00L | $28,000.00 | TSR #1017965 |
| 8/29/2008 | BES37925 | FLEH06.010.00L | $28,000.00 | TSR1024345 |
| 8/29/2008 | BES37926 | FLEH16.001.00L | $26,000.00 | TSR #1018109 |
| 8/29/2008 | BES37927 | FLEH16.002.00L | $26,000.00 | |
| 8/29/2008 | BES37928 | FLEH19.093.00L | $20,000.00 | |
| 8/29/2008 | BES37929 | FLEH22.001.00L | $21,000.00 | |
| 8/4/2008 | BES38010 | FLEH01.007 | $34,575.00 | |
| 9/4/2008 | BES38011 | FLEH01.014 | $28,350.00 | |
| 9/4/2008 | BES38012 | FLEH03.011 | $32,000.00 | |
| 9/4/2008 | BES38013 | FLEH05.002 | $51,660.00 | PSTS-36-CON24106 |
| 9/4/2008 | BES38014 | FLEH09.001 | $24,700.00 | |
| 9/15/2008 | BES38293 | FLEH01.007 | $11,475.00 | |
| 9/15/2008 | BES38294 | FLEH03.011 | $14,400.00 | |
| 9/15/2008 | BES38295 | FLEH05.002 | $22,680.00 | PSTS-36-CON24106 |
| 9/15/2008 | BES38462 | FLEH01.018.00L | $9,000.00 | |
| 9/15/2008 | BES38463 | FLEH01.019.00L | $13,125.00 | |
| 9/15/2008 | BES38464 | FLEH01.020.00L | $21,000.00 | |
| 9/15/2008 | BES38465 | FLEH01.024.00L | $12,500.00 | |
| 9/15/2008 | BES38466 | FLEH06.005.00L | $14,000.00 | TSR #1017965 |
| 9/15/2008 | BES38467 | FLEH06.010.00L | $14,000.00 | TSR1024345 |
| 9/15/2008 | BES38296 | FLEH09.001 | $11,700.00 | |
| 9/15/2008 | BES38468 | FLEH16.001.00L | $13,000.00 | TSR #1018109 |
| 9/15/2008 | BES38469 | FLEH16.002.00L | $13,000.00 | |

**EMC Corporation**

Lehman Brothers Holdings Inc. and Lehman Brothers, Inc.

**Exhibit A**

| Invoice Date | Delivery # | Document # | Invoice Total | Sales Order # | Customer PO# |
|---|---|---|---|---|---|
| 9/15/2008 | BES38470 | FLEH19.004.00L | $11,250.00 | | |
| 9/15/2008 | BES38471 | FLEH21.002.00L | $15,000.00 | | |
| 9/15/2008 | BES38472 | FLEH22.002.00L | $14,000.00 | | |
| 9/15/2008 | BES38473 | FLEH23.001.00L | $35,000.00 | | |
| 9/15/2008 | BES38474 | FLEH01.018.00L | $9,000.00 | | |
| 9/30/2008 | BES38475 | FLEH01.019.00L | $13,125.00 | | |
| 9/30/2008 | BES38476 | FLEH01.020.00L | $14,700.00 | | |
| 9/30/2008 | BES38477 | FLEH01.024.00L | $12,500.00 | | |
| 9/30/2008 | BES38478 | FLEH06.005.00L | $14,000.00 | TSR #1017965 | |
| 9/30/2008 | BES38479 | FLEH06.010.00L | $14,000.00 | TSR1024345 | |
| 9/30/2008 | BES38480 | FLEH16.001.00L | $13,000.00 | TSR #1018109 | |
| 9/30/2008 | BES38481 | FLEH16.002.00L | $13,000.00 | | |
| 9/30/2008 | BES38482 | FLEH19.004.00L | $11,250.00 | | |
| 9/30/2008 | BES38483 | FLEH21.002.00L | $5,000.00 | | |
| 9/30/2008 | BES38484 | FLEH22.002.00L | $14,000.00 | | |
| 10/2/2008 | BES38365 | FLEH01.007 | $8,925.00 | | |
| 10/2/2008 | BES38366 | FLEH03.011 | $12,000.00 | | |
| 10/2/2008 | BES38867 | FLEH05.002 | $30,240.00 | | PSTS-36-CON24106 |
| 10/2/2008 | BES38868 | FLEH05.001 | $15,600.00 | | |
| 10/2/2008 | BES38368 | FLEH09.001 | | | |
| 10/3/2008 | BES38222 | FLEH16.001.00T | $398.00 | TSR #1018109 | |

**SUBTOTAL: $1,018,530.01**

**Services Contracts**

| Invoice Date | Payment Due Date | Document # | Invoice Total | Sales Order # | Customer PO# |
|---|---|---|---|---|---|
| 11/26/2007 | 12/26/2007 | 5202069390 | $536.61 | 62104438 | LBUSA000042955/1295-116100S177 |
| 5/11/2008 | 6/10/2008 | 5204050652 | $6,526.00 | 62443272 | LBUSA-000056271 |
| 5/11/2008 | 6/10/2008 | 5204050653 | $7,072.55 | 62443216 | LBUSA-000056271 |
| 8/11/2008 | 9/10/2008 | 5204051781 | $6,526.00 | 62443272 | LBUSA-000056271 |
| 8/11/2008 | 9/10/2008 | 5204051782 | $7,072.55 | 62443216 | LBUSA-000056271 |
| 1/11/2008 | 2/10/2008 | | $12,227.96 | 62442957 | PSO# 631997 |

EMC Corporation
Lehman Brothers Holdings Inc. and Lehman Brothers, Inc.

Exhibit A

| Date | | SO # | Cost | | |
|---|---|---|---|---|---|
| 3/26/2008 | 4/25/2008 | 520712014 | $18,000.00 | 62442957 | PSOH 631997 |
| 10/8/2008 | 9/8/2008 | 520134476 | $170,534.09 | 62599641 | LBUSA-0000061291 |
| 10/29/2008 | 9/29/2008 | 520137550 | $172,891.00 | 62599641 | SOW 683490 |
| 9/5/2008 | 10/5/2008 | 520134263 | $6,760.00 | 62865822 | LBUSA-0000072755 |
| | | 520134268 | $472,208.00 | 62442957 / 62599641 | PSOH 631997 / LBUSA-0000072755 |
| | | | **SUBTOTAL: $880,354.76** | | |

**Evaluation and Rental Contracts**

| Date | SO # | Quote # | Cost | | |
|---|---|---|---|---|---|
| 9/5/2006 | 61685658 | 1000833905 | | | |
| 5/30/2007 | 62067069 | 1001191426 | | | |
| 10/22/2007 | 62313511 | 1001417207 | | | |
| 12/31/2007 | 62443272 | 1001491104 | | | |
| 12/31/2007 | 62443216 | 1001491171 | $529,297.00 | | |
| 4/9/2008 | 62619157 | 1001621887 | | | |
| 4/9/2008 | 62619063 | 1001655605 | | | |
| 7/3/2008 | 62773709 | 1001764254 | | | |
| 8/29/2008 | 62860756 | 1001865567 | | | |
| | | **SUBTOTAL:** | **$529,297.00** | | |
| | | **TOTAL:** | **$2,428,181.77** | | |

BE Contracts Invoices

Lehman Brothers - Outstanding Invoices -    As of 9/30/08 (BES Practice)

| Project Code/Project Name | | Invoice Date | Invoice # | Invoice Total | PO # | Pre or Post Filing Period |
|---|---|---|---|---|---|---|
| FLEH01 007 / LEHMAN WMR CLIENT REVIEW | T&M | 8/4/2008 | 37623 | 26,000.00 | | PRE |
| FLEH01 007 / LEHMAN WMR CLIENT REVIEW | T&M | 9/4/2008 | 38010 | 34,575.00 | | PRE |
| FLEH01 007 / LEHMAN WMR CLIENT REVIEW | T&M | 9/15/2008 | 38293 | 11,475.00 | | PRE |
| FLEH01 007 / LEHMAN WMR CLIENT REVIEW | T&M | 10/2/2008 | 38365 | 8,925.00 | | POST |
| FLEH01.014 / LEH WMR INTEGRA TEST MGMT | T&M | 8/4/2008 | 37624 | 27,000.00 | | PRE |
| FLEH01.014 / LEH WMR INTEGRA TEST MGMT | T&M | 9/4/2008 | 38011 | 28,350.00 | | PRE |
| FLEH01 018 00L / LB CRC ENHANCEMENTS | FIX | 8/29/2008 | 37923 | 18,000.00 | | PRE |
| FLEH01 018.00L / LB CRC ENHANCEMENTS | FIX | 9/15/2008 | 38462 | 9,000.00 | | PRE |
| FLEH01 018 00L / LB CRC ENHANCEMENTS | FIX | 9/30/2008 | 38474 | 9,000.00 | | POST |
| FLEH01 019 00L / LB CLIENT REVIEW IMP (2) | FIX | 8/29/2008 | 37941 | 25,000.00 | | PRE |
| FLEH01 019 00L / LB CLIENT REVIEW IMP (2) | FIX | 9/15/2008 | 38463 | 13,125.00 | | PRE |
| FLEH01 019 00L / LB CLIENT REVIEW IMP (2) | FIX | 9/30/2008 | 38475 | 13,125.00 | | POST |
| FLEH01 020 00L / LB IMD CRC PHASE2 DEV 2 | FIX | 8/22/2008 | 37756 | 21,000.00 | | PRE |
| FLEH01 020 00L / LB IMD CRC PHASE2 DEV 2 | FIX | 9/15/2008 | 38464 | 21,000.00 | | PRE |
| FLEH01 020 00L / LB IMD CRC PHASE2 DEV 2 | FIX | 9/30/2008 | 38476 | 14,700.00 | | POST |
| FLEH01 024 00L / LB IMD PIPELINE REPORTING | FIX | 9/15/2008 | 38465 | 12,500.00 | | PRE |
| FLEH01 024.00L / LB IMD PIPELINE REPORTING | FIX | 9/30/2008 | 38477 | 12,500.00 | | POST |
| FLEH03 011 / LB CLIENT REVIEW PROJ MGM | T&M | 9/4/2008 | 38012 | 32,000.00 | | PRE |
| FLEH03.011 / LB CLIENT REVIEW PROJ MGM | T&M | 9/15/2008 | 38294 | 14,400.00 | | PRE |
| FLEH03.011 / LB CLIENT REVIEW PROJ MGM | T&M | 10/2/2008 | 38366 | 12,000.00 | | POST |
| FLEH05 002 / LB- DATA CONSOLIDATION | T&M | 9/4/2008 | 38013 | 51,650.00 | PSTS-36-CON24106 | PRE |
| FLEH05 002 / LB- DATA CONSOLIDATION | T&M | 9/15/2008 | 38295 | 22,680.00 | PSTS-36-CON24106 | PRE |
| FLEH05.002 / LB- DATA CONSOLIDATION | T&M | 10/2/2008 | 38367 | 30,240.00 | PSTS-36-CON24106 | POST |
| FLEH05.003 / LB WMR IR TOOLS | T&M | 8/4/2008 | 37628 | 28,350.00 | PSTS-36-CON24106 | PRE |
| FLEH06 005 00L / LB PRIME SERV P M PMO(2) | FIX | 8/29/2008 | 37924 | 28,000.00 | TSR #1017965 | PRE |
| FLEH06 005.00L / LB PRIME SERV P M PMO(2) | FIX | 9/15/2008 | 38446 | 14,000.00 | TSR #1017965 | PRE |
| FLEH06.005 00L / LB PRIME SERV P M PMO(2) | FIX | 9/30/2008 | 38478 | 14,000.00 | TSR #1017965 | POST |
| FLEH06.010 00L / LB EQUITIES GOV & STANDAR | FIX | 8/29/2008 | 37925 | 28,000.00 | TSR1024345 | PRE |
| FLEH06 010.00L / LB EQUITIES GOV & STANDAR | FIX | 9/15/2008 | 38467 | 14,000.00 | TSR1024345 | PRE |
| FLEH06 010.00L / LB EQUITIES GOV & STANDAR | FIX | 9/30/2008 | 38479 | 14,000.00 | TSR1024345 | POST |
| FLEH09 001 / LB:CUST OTG FOR CLEARANCE | T&M | 8/4/2008 | 37629 | 26,000.00 | | PRE |
| FLEH09 001 / LB:CUST OTG FOR CLEARANCE | T&M | 9/4/2008 | 38014 | 24,700.00 | | PRE |
| FLEH09 001 / LB:CUST OTG FOR CLEARANCE | T&M | 9/15/2008 | 38296 | 11,700.00 | | PRE |
| FLEH09 001 / LB:CUST OTG FOR CLEARANCE | T&M | 10/2/2008 | 38368 | 15,600.00 | | POST |
| FLEH12 001.00T / LB PIPELINE ANALYTICS IMP | FIX | 7/3/2008 | 37050 | 5,027.01 | | PRE |
| FLEH16.001 00L / LB RISK IT PMO HUGHES | FIX | 9/15/2008 | 38468 | 13,000.00 | TSR #1018109 | PRE |
| FLEH16 001 00L / LB RISK IT PMO HUGHES | FIX | 7/31/2008 | 37545 | 26,000.00 | | PRE |
| FLEH16 001 00L / LB RISK IT PMO HUGHES | FIX | 8/29/2008 | 37926 | 26,000.00 | | PRE |
| FLEH16 001 00L / LB RISK IT PMO HUGHES | FIX | 9/30/2008 | 38480 | 13,000.00 | | POST |
| FLEH16 001 00T / LB RISK IT PMO HUGHES | FIX | 10/3/2008 | 38222 | 398 | | POST |
| FLEH16 002 00L / LB FINANCE TECH PMO INFRA | FIX | 8/29/2008 | 37927 | 26,000.00 | | PRE |
| FLEH16 002 00L / LB FINANCE TECH PMO INFRA | FIX | 9/15/2008 | 38469 | 13,000.00 | | PRE |
| FLEH16 002 00L / LB FINANCE TECH PMO INFRA | FIX | 9/30/2008 | 38481 | 13,000.00 | | POST |
| FLEH19.003.00L / LB GLOBAL REQ ROLLOUT-CS | FIX | 8/29/2008 | 37928 | 20,000.00 | | PRE |
| FLEH19 004 00L / LB ePRO PLANNING FOR 09 | FIX | 9/15/2008 | 38470 | 11,250.00 | | PRE |
| FLEH19 004.00L / LB ePRO PLANNING FOR 09 | FIX | 9/30/2008 | 38482 | 11,250.00 | | POST |
| FLEH20 001 00L / LB eCLIENT USE CASE | FIX | 6/16/2008 | 36919 | 50,000.00 | | PRE |
| FLEH21 002.00L / LB DATACERT FUNC SPEC REV | FIX | 9/15/2008 | 38471 | 15,000.00 | | PRE |
| FLEH21 002.00L / LB DATACERT FUNC SPEC REV | FIX | 9/30/2008 | 38483 | 5,000.00 | | POST |
| FLEH22 001.00L / LB FIXED INCOME/RATES PMO | FIX | 8/29/2008 | 37929 | 21,000.00 | | PRE |
| FLEH22 002 00L / LEH FIXED INCOME RT PMO | FIX | 9/15/2008 | 38472 | 14,000.00 | | PRE |
| FLEH22 002 00L / LEH FIXED INCOME RT PMO | FIX | 9/30/2008 | 38484 | 14,000.00 | | POST |
| FLEH23 001 00L / LB DB ROADMAP PHASE I | FIX | 9/15/2008 | 38473 | 35,000.00 | | PRE |
| **Subtotal for LEHMAN BROTHERS** | | | | 1,018,630.01 | | |



**where information lives**®

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

June 16, 2008

JAYSON LASHIN
LEHMAN BROTHERS HOLDINGS INC.
399 PARK AVENUE
NEW YORK, NY   10022

**Invoice # BES36919**

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*  ***To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers eClient Use Case project:***

|  |  |
|---|---|
| **Total Due:** | **$50,000.00** |

Billing Summary

| | |
|---|---|
| Previously Billed: | $0.00 |
| Current Bill: | $50,000.00 |
| Total Billed to Date: | $50,000.00 |
| Total Amount to be Billed (outstanding): | $0.00 |
| Total Contract Value: | $50,000.00 |

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

July 03, 2008

**Payment Due Upon Receipt**

**Invoice # BES37050**

LEHMAN BROTHERS HOLDINGS INC.
JOSEPH SCLAFANI
605 THIRD AVENUE
20TH FLOOR
NEW YORK, NY  10158

To bill you for Travel and Living Expenses incurred by BusinessEdge Solutions in connection with Project LB PIPELINE
ANALYTICS IMP, processed during the month of June, 2008

**EXPENSES**

KOTTAPALLI, SURENDRA

| | | | | |
|---|---|---|---|---|
| March 10 | - | March 13 | $998.66 | |
| March 24 | - | March 27 | $1,275.31 | |
| April 14 | - | April 18 | $1,437.71 | |
| April 20 | - | April 24 | $1,315.33 | |
| | | | $5,027.01 | $5,027.01 |

**Total EXPENSES :**                    **$5,027.01**

Details verified and on file at BusinessEdge

Tracy Van Rensburg
Billing Manager

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburg, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**

UnaSense - Print Page

**SURENDRA KOTTAPALLI (03233)**
Finance and Insurance (FIN_INS)
Purpose: Lehman Brothers Project. 3/10 thru 3/14/2008

Newyork, NY

Expense Voucher: 149815
Status: EXTRACTED

| Project # | Project | TaskAllocation |
|---|---|---|
| 1. | FIN FLEH12.001/LB_PIPELINE_ANALYTI | 100% |

| | Date | Expense Type | Amount (USD) | Payment Type | Project Type | Comments |
|---|---|---|---|---|---|---|
| 1 | 3/10/08 | TRANSPORTATION_AIR | $357.50 | Employee | DIR_BILL | Flight from CLT to LGA |
| 2. | 3/10/08 | HOTEL_ROOM/TAX_TIPS | $179.24 | Employee | DIR_BILL | Grand Union Hotel at $155/night Total for 3 days with Tax 537.72 |
| 3. | 3/10/08 | TRANSPORTATION_TAXI | $22.10 | Employee | DIR_BILL | Taxi from LGA airport to Manhattan |
| 4. | 3/11/08 | HOTEL_ROOM/TAX_TIPS | $179.24 | Employee | DIR_BILL | Grand Union Hotel at $155/night Total for 3 days with Tax 537.72 |
| 5. | 3/12/08 | HOTEL_ROOM/TAX_TIPS | $179.24 | Employee | DIR_BILL | Grand Union Hotel at $155/night Total for 3 days with Tax 537.72 |
| 6. | 3/12/08 | MEALS | $20.30 | Employee | DIR_BILL | curry n curry rest, ny |
| 7. | 3/13/08 | TRANSPORTATION_TAXI | $41.64 | Employee | DIR_BILL | Taxi from Manhattan to LGA airport |
| 8. | 3/13/08 | MEALS | $19.40 | Employee | DIR_BILL | New Spades Noodles rest, Ny |
| | | Total Expenses: | $998.66 | USD | | |
| | | (-) Company Paid: | $0.00 | USD | | |
| | | (-) Advances: | $0.00 | USD | | |
| | | Cash Returned: | $0.00 | USD | | |
| | | Total Reimbursement: | $998.66 | USD | | |

[+] Approval History

UnaSense - Print Page

Page 1 of 1

**SURENDRA KOTTAPALLI (03233)**　　　　　New York, NY　　　　Expense Voucher: 149828
Finance and Insurance (FIN_INS)　　　　　　　　　　　　　　　　　　Status: EXTRACTED
Purpose: Lehman brothers Expenses, 3/24 to 3/27

| Project # | Project | TaskAllocation | |
|---|---|---|---|
| 1. FIN FLEH12.001/LB_PIPELINE_ANALYTI | | 100% | |

| | Date | Expense Type | Amount (USD) | Payment Type | Project Type | Comments |
|---|---|---|---|---|---|---|
| 1. | 3/24/08 | TRANSPORTATION_AIR | $357.50 | Employee | DIR_BILL | Flight from CLT to LGA and back |
| 2. | 3/24/08 | HOTEL_ROOM/TAX_TIPS | $259.15 | Employee | DIR_BILL | EconoLodge, Manhattan 3 nights with tax - 777.45 |
| 3. | 3/24/08 | TRANSPORTATION_TAXI | $28.50 | Employee | DIR_BILL | Taxi from LGA airport to Manhattan |
| 4. | 3/25/08 | HOTEL_ROOM/TAX_TIPS | $259.15 | Employee | DIR_BILL | EconoLodge, Manhattan 3 nights with tax - 777.45 |
| 5. | 3/25/08 | MEALS | $14.55 | Employee | DIR_BILL | meals exp, Frontier rest, ny |
| 6. | 3/26/08 | HOTEL_ROOM/TAX_TIPS | $259.15 | Employee | DIR_BILL | EconoLodge, Manhattan 3 nights with tax - 777.45 |
| 7. | 3/26/08 | MEALS | $22.60 | Employee | DIR_BILL | spicefusion rest, ny |
| 8. | 3/27/08 | TRANSPORTATION_TAXI | $38.11 | Employee | DIR_BILL | Taxi from Manhattan to LGA airport |
| 9. | 3/27/08 | MEALS | $14.00 | Employee | DIR_BILL | bombay grill rest, ny |
| 10. | 3/27/08 | MEALS | $22.60 | Employee | DIR_BILL | spicefusion rest, ny |
| | | **Total Expenses:** | $1,275.31 | USD | | |
| | | **(-) Company Paid:** | $0.00 | USD | | |
| | | **(-) Advances:** | $0.00 | USD | | |
| | | **Cash Returned:** | $0.00 | USD | | |
| | | **Total Reimbursement:** | $1,275.31 | USD | | |

☐ Approval History

UnaSense - Print Page                                        Page 1 of 1

**SURENDRA KOTTAPALLI (03233)**                 Newyork , NY        Expense Voucher: 150740
Finance and Insurance (FIN_INS)                                          Status: EXTRACTED
Purpose: Lehman Brothers expenses, 4/14 thru 4/18

| Project # | Project | Task | Allocation |
|---|---|---|---|
| 1. | FIN FLEH12.001/LB_PIPELINE_ANALYTI | | 100% |

| | Date | Expense Type | Amount (USD) | Payment Type | Project Type | Comments |
|---|---|---|---|---|---|---|
| 1. | 4/14/08 | TRANSPORTATION_AIR | $437.50 | Employee | DIR_BILL | Flight from CLT to LGA and back |
| 2. | 4/14/08 | HOTEL_ROOM/TAX_TIPS | $217.77 | Employee | DIR_BILL | La quinta manhattan 4 nights 188 89/night with total tax incl - 871.08 |
| 3. | 4/14/08 | TRANSPORTATION_TAXI | $30.27 | Employee | DIR_BILL | Taxi from LGA to Manhattan |
| 4. | 4/14/08 | MEALS | $18.10 | Employee | DIR_BILL | curry n curry rest, ny |
| 5. | 4/15/08 | MEALS | $14.95 | Employee | DIR_BILL | curry n curry rest, ny |
| 6. | 4/15/08 | HOTEL_ROOM/TAX_TIPS | $217.77 | Employee | DIR_BILL | La quinta manhattan 4 nights 188 89/night with total tax incl - 871.08 |
| 7. | 4/16/08 | MEALS | $13.90 | Employee | DIR_BILL | bombay grill, ny |
| 8. | 4/16/08 | HOTEL_ROOM/TAX_TIPS | $217.77 | Employee | DIR_BILL | La quinta manhattan 4 nights 188 89/night with total tax incl - 871.08 |
| 9. | 4/17/08 | MEALS | $17.85 | Employee | DIR_BILL | curry n curry rest, ny |
| 10. | 4/17/08 | HOTEL_ROOM/TAX_TIPS | $217.77 | Employee | DIR_BILL | La quinta manhattan 4 nights 188 89/night with total tax incl - 871.08 |
| 11. | 4/18/08 | TRANSPORTATION_TAXI | $34.06 | Employee | DIR_BILL | Taxi from Manhattan to LGA |
| | | Total Expenses: | $1,437.71 | USD | | |
| | | (-) Company Paid: | $0.00 | USD | | |
| | | (-) Advances: | $0.00 | USD | | |
| | | Cash Returned: | $0.00 | USD | | |
| | | Total Reimbursement: | $1,437.71 | USD | | |

| ⊞ Approval History |
|---|

UnaSense - Print Page

Page 1 of 1

**SURENDRA KOTTAPALLI (03233)**                Newyork, NY                 Expense Voucher: 150741
**Finance and Insurance (FIN_INS)**                                                          Status: EXTRACTED
Purpose: Lehman Brothers expenses, 4/20 thru 4/24

| Project # | Project | Task | Allocation |
|---|---|---|---|
| 1. | FIN FLEH12.001/LB_PIPELINE_ANALYTI | | 100% |

| | Date | Expense Type | Amount (USD) | Payment Type | Project Type | Comments |
|---|---|---|---|---|---|---|
| 1. | 4/20/08 | TRANSPORTATION_AIR | $537.50 | Employee | DIR_BILL | Initially booked at $312.50 But changed it to start on Sunday evening Change in AirFee + rebooking fee $225.00 = 537 50 |
| 2. | 4/20/08 | HOTEL_ROOM/TAX_TIPS | $156.55 | Employee | DIR_BILL | La Quinta hotel for 4 nights with taxes - 626.18 |
| 3. | 4/20/08 | MEALS | $19.20 | Employee | DIR_BILL | shanghai mong rest. ny |
| 4. | 4/20/08 | TRANSPORTATION_TAXI | $40.00 | Employee | DIR_BILL | Taxi from LGA to Manhattan |
| 5. | 4/20/08 | TOLLS | $5.00 | Employee | DIR_BILL | |
| 6. | 4/21/08 | HOTEL_ROOM/TAX_TIPS | $156.55 | Employee | DIR_BILL | La Quinta hotel for 4 nights with taxes - 626 18 |
| 7. | 4/21/08 | MEALS | $11.00 | Employee | DIR_BILL | Pho 32 rest, ny |
| 8. | 4/22/08 | HOTEL_ROOM/TAX_TIPS | $156.55 | Employee | DIR_BILL | La Quinta hotel for 4 nights with taxes - 626 18 |
| 9. | 4/22/08 | MEALS | $19.85 | Employee | DIR_BILL | curry n curry rest, ny |
| 10. | 4/23/08 | HOTEL_ROOM/TAX_TIPS | $156.55 | Employee | DIR_BILL | La Quinta hotel for 4 nights with taxes - 626 18 |
| 11. | 4/23/08 | MEALS | $16.20 | Employee | DIR_BILL | curry n curry rest, ny |
| 12. | 4/24/08 | TRANSPORTATION_TAXI | $40.38 | Employee | DIR_BILL | Taxi from Manhattan to LGA airport |
| | | Total Expenses: | $1,315.33 | USD | | |
| | | (-) Company Paid: | $0.00 | USD | | |
| | | (-) Advances: | $0.00 | USD | | |
| | | Cash Returned: | $0.00 | USD | | |
| | | Total Reimbursement: | $1,315.33 | USD | | |

⊞ Approval History



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

July 31, 2008

JOHN BAUMGARD
LEHMAN BROTHERS HOLDINGS, INC.
1271 SIXTH AVE.
NEW YORK, NY   10020

**Invoice # BES37545**

**Payment Term:  DUE ON RECEIPT**

**P.O. #  TSR #1018109**

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers Risk IT PMO Hughes project:*

*Payment #4*

FLEH16.001

|  |  |
|---|---|
| **Total Due:** | **$26,000.00** |

Billing Summary

| | |
|---|---|
| Previously Billed: | $81,000.00 |
| Current Bill: | $26,000.00 |
| Total Billed to Date: | $107,000.00 |
| Total Amount to be Billed (outstanding): | $104,000.00 |
| Total Contract Value: | $211,000.00 |

**Wiring Instructions:**

| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 4, 2008

LEHMAN BROTHERS HOLDINGS INC.
EUGENIA ANTIPAS, VP
399 PARK AVE., 11TH FLOOR
NEW YORK, NY 10022

Payment Due Upon Receipt
Acct ID: FLEH01.007
Invoice # BES37623-B

To bill for Professional Services rendered by BusinessEdge Solutions for the period July 1 - July 31, 2008 in connection with Project LEHMAN WMR CLIENT REVIEW

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| PATEL, CHANDNI | 20 000 | $1,300 00 | $26,000.00 |

|  |  |  |  |
|--|--|--|--|
| | | Total Due: | $26,000.00 |

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 4, 2008

Payment Due Upon Receipt
Acct ID: FLEH01.014
Invoice # BES37624

LEHMAN BROTHERS HOLDINGS INC.
EUGENIA ANTIPAS, VP
399 PARK AVE., 11TH FLOOR
NEW YORK, NY 10022

To bill for Professional Services rendered by BusinessEdge Solutions for the period July 1 - July 31, 2008 in connection with Project LEH WMR INTEGRA TEST MGMT

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|---------------------|----------------|
| BARAM, KAREN | 20.000 | $1,350.00 | $27,000.00 |
| | | **Total Due:** | **$27,000.00** |

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

Please Remit to:
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**

# EMC².

### where information lives®

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 4, 2008

**Payment Due Upon Receipt**
Acct ID: FLEH05.003
Invoice # BES37628

LEHMAN BROTHERS HOLDINGS INC.
KIRTI MEHTA
605 THIRD AVE.
20TH FLOOR
NEW YORK, NY 10158

To bill for Professional Services rendered by BusinessEdge Solutions for the period July 1 - July 31, 2008 in connection with Project LB WMR IR TOOLS

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| VORA, KAPIN R | 21.000 | $1,350.00 | $28,350.00 |
| | | **Total Due:** | $28,350.00 |

**Wiring Instructions:**
Bank Name:           Mellon Financial
Bank Location:       Pittsburgh, PA 15262
ABA #:               043000261
Account #:           101-3356
SWIFT Code:          MELNUS3P
Beneficiary Name:    EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 4, 2008

Payment Due Upon Receipt
Acct ID: FLEH09.001
Invoice # BES37629

**LEHMAN BROTHERS HOLDINGS INC.**
**VIRAL SHAH**
**70 HUDSON STREET, 11TH FLOOR**
**JERSEY CITY, NJ 07302**

To bill for Professional Services rendered by BusinessEdge Solutions for the period July 1 - July 31, 2008 in connection with Project LB:CUST OTG FOR CLEARANCE

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| RIVERA, ERIC | 20.000 | $1,300.00 | $26,000.00 |

|  |  | **Total Due:** | **$26,000.00** |
|--|--|----------------|----------------|

**Wiring Instructions:**
Bank Name:        Mellon Financial
Bank Location:    Pittsburgh, PA 15262
ABA #:            043000261
Account #:        101-3356
SWIFT Code:       MELNUS3P
Beneficiary Name: EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 22, 2008

**Invoice # BES37756**

KIRTI MEHTA
LEHMAN BROTHERS HOLDINGS INC.
605 THIRD AVE. 20TH FLOOR
NEW YORK, NY   10158

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. IMD CRC Phase 2 Development (2) project:*

*Payment #8*

| | |
|---|---|
| **Total Due:** | **$21,000.00** |

Billing Summary

| | |
|---|---|
| Previously Billed: | $154,000.00 |
| Current Bill: | $21,000.00 |
| Total Billed to Date: | $175,000.00 |
| Total Amount to be Billed (outstanding): | $77,700.00 |
| Total Contract Value: | $252,700.00 |

**Wiring Instructions:**
Bank Name:
Bank Location:         Mellon Financial
ABA #:                     Pittsburgh, PA 15262
Account #:               043000261
SWIFT Code:            101-3356
Beneficiary Name:    MELNUS3P
                                EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 29, 2008

KIRTI MEHTA
LEHMAN BROTHERS HOLDINGS INC.
605 THIRD AVE. 20TH FLOOR
NEW YORK, NY   10158

**Invoice # BES37923**

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. CRC Enhancements project:*

*Payment #9*

| | |
|---|---|
| **Total Due:** | **$18,000.00** |

Billing Summary

| | |
|---|---|
| Previously Billed: | $214,000.00 |
| Current Bill: | $18,000.00 |
| Total Billed to Date: | $232,000.00 |
| Total Amount to be Billed (outstanding): | $54,000.00 |
| Total Contract Value: | $286,000.00 |

**Wiring Instructions:**
| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



# EMC²

## where information lives®

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 29, 2008

KIRTI MEHTA
LEHMAN BROTHERS HOLDINGS INC.
605 THIRD AVE. 20TH FLOOR
NEW YORK, NY 10158

**Invoice # BES37941**

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. Client Review Implementation (2) project:*

*Payment #9*

|  |  |
|---|---|
| **Total Due:** | **$25,000.00** |

## Billing Summary

| | |
|---|---|
| Previously Billed: | $206,000.00 |
| Current Bill: | $25,000.00 |
| Total Billed to Date: | $231,000.00 |
| Total Amount to be Billed (outstanding): | $47,250.00 |
| Total Contract Value: | $278,250.00 |

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 29, 2008

STUART STAKOFF
LEHMAN BROTHERS HOLDINGS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

Invoice # BES37924

**Payment Term:  DUE ON RECEIPT**

**P.O. #  TSR # 1017965**

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the*
*Lehman Prime Services Product Mgmt PMO (2)*
*project:*

*Payment #12*

*E-mailed*
*DL 8/29/08*

| | |
|---|---|
| **Total Due:** | **$28,000.00** |

Billing Summary

| | |
|---|---|
| Previously Billed: | $348,000.00 |
| Current Bill: | $28,000.00 |
| Total Billed to Date: | $376,000.00 |
| Total Amount to be Billed (outstanding): | $84,000.00 |
| Total Contract Value: | $460,000.00 |

**Wiring Instructions:**
| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 29, 2008

Invoice # BES37925

STUART STAKOFF
LEHMAN BROTHERS HOLDINGS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY   10019

**Payment Term:  DUE ON RECEIPT**

**P.O. #  TSR1024345**

*Fixed Price Billing ~*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers Equities Governance and Standards project:*

*Payment #4*

**Total Due:**          **$28,000.00**

Billing Summary

| | |
|---|---|
| Previously Billed: | $66,000.00 |
| Current Bill: | $28,000.00 |
| Total Billed to Date: | $94,000.00 |
| Total Amount to be Billed (outstanding): | $28,000.00 |
| Total Contract Value: | $122,000.00 |

**Wiring Instructions:**
Bank Name:            Mellon Financial
Bank Location:        Pittsburgh, PA 15262
ABA #:                043000261
Account #:            101-3356
SWIFT Code:           MELNUS3P
Beneficiary Name:     EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 29, 2008

JOHN BAUMGARD
LEHMAN BROTHERS HOLDINGS, INC.
1301 SIXTH AVE., 5TH FLOOR
NEW YORK, NY  10020

**Invoice #** BES37926

**Payment Term:** DUE ON RECEIPT

**P.O. #** TSR #1018109

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers Risk IT PMO Hughes project:*

*Payment #5*

**Total Due:**     **$26,000.00**

Billing Summary

| | |
|---|---|
| Previously Billed: | $107,000.00 |
| Current Bill: | $26,000.00 |
| Total Billed to Date: | $133,000.00 |
| Total Amount to be Billed (outstanding): | $78,000.00 |
| Total Contract Value: | $211,000.00 |

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 29, 2008

Invoice # BES37927

JOHN BAUMGARD
LEHMAN BROTHERS HOLDINGS, INC.
1301 SIXTH AVE. 5TH FLOOR
NEW YORK, NY   10020

**Payment Term: DUE ON RECEIPT**

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers Finance Technology PMO project:*

*Payment #1*

| | |
|---|---|
| **Total Due:** | **$26,000.00** |

Billing Summary

| | |
|---|---|
| Previously Billed: | $0.00 |
| Current Bill: | $26,000.00 |
| Total Billed to Date: | $26,000.00 |
| Total Amount to be Billed (outstanding): | $78,000.00 |
| Total Contract Value: | $104,000.00 |

**Wiring Instructions:**

| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 29, 2008

**Invoice # BES37928**

MIKE CAPLAN
LEHMAN BROTHERS HOLDINGS INC.
1301 AVE OF THE AMERICAS
NEW YORK, NY  10019

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the*
*Lehman Brothers Global Requisition Rollout - Current State project:*

*Payment #1*

**Total Due:**          **$20,000.00**

Billing Summary

| | |
|---|---|
| Previously Billed: | $0.00 |
| Current Bill: | $20,000.00 |
| Total Billed to Date: | $20,000.00 |
| Total Amount to be Billed (outstanding): | $25,000.00 |
| Total Contract Value: | $45,000.00 |

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:               043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**where information lives®**

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

August 29, 2008

**Invoice # BES37929**

**Payment Term: DUE ON RECEIPT**

MARK LUNSTEAD
LEHMAN BROTHERS HOLDINGS INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY   10019

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Fixed Income/Rates PMO & Governance project:*

*Payment #3*

**Total Due:**          **$21,000.00**

Billing Summary

| | |
|---|---|
| Previously Billed: | $35,000.00 |
| Current Bill: | $21,000.00 |
| Total Billed to Date: | $56,000.00 |
| Total Amount to be Billed (outstanding): | $0.00 |
| Total Contract Value: | $56,000.00 |

**Wiring Instructions:**
Bank Name:              Mellon Financial
Bank Location:          Pittsburgh, PA 15262
ABA #:                  043000261
Account #:              101-3356
SWIFT Code:             MELNUS3P
Beneficiary Name:       EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



*Split by consultant*
*# BES38010A+B*

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 4, 2008

LEHMAN BROTHERS HOLDINGS INC.
EUGENIA ANTIPAS, VP
399 PARK AVE., 11TH FLOOR
NEW YORK, NY 10022

Payment Due Upon Receipt
Acct ID: FLEH01.007
Invoice # BES38010

To bill for Professional Services rendered by BusinessEdge Solutions for the period August 1 - August 31, 2008 in connection with Project LEHMAN WMR CLIENT REVIEW

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| GONG, JIE | 21.000 | $1,275.00 | $26,775.00 |
| PATEL, CHANDNI | 6.000 | $1,300.00 | $7,800.00 |
| | | **Total Due:** | **$34,575.00** |

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



# EMC²
## where information lives®

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 4, 2008

LEHMAN BROTHERS HOLDINGS INC.
EUGENIA ANTIPAS, VP
399 PARK AVE., 11TH FLOOR
NEW YORK, NY 10022

Payment Due Upon Receipt
Acct ID: FLEH01.014
Invoice # BES38011

To bill for Professional Services rendered by BusinessEdge Solutions for the period August 1 - August 31, 2008 in connection with Project LEH WMR INTEGRA TEST MGMT

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| BARAM, KAREN | 21 000 | $1,350.00 | $28,350.00 |
| | | **Total Due:** | $28,350.00 |

**Wiring Instructions:**
Bank Name:
Bank Location:     Mellon Financial
BA #:     Pittsburgh, PA 15262
    043000261
Account #:     101-3356
SWIFT Code:     MELNUS3P
Beneficiary Name:     EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 4, 2008

Payment Due Upon Receipt
Acct ID: FLEH03.011
Invoice # BES38012

LEHMAN BROTHERS HOLDINGS INC.
KIRTI MEHTA
605 3RD AVE.
20TH FLOOR
NEW YORK, NY 10158

To bill for Professional Services rendered by BusinessEdge Solutions for the period August 1 - August 31, 2008 in connection with Project LB CLIENT REVIEW PROJ MGM

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| MILLER, MICHAEL A. | 20.000 | $1,600.00 | $32,000.00 |
| | | **Total Due:** | **$32,000.00** |

**Wiring Instructions:**
Bank Name:
Bank Location:
BA #:
Account #:
WIFT Code:
Beneficiary Name:

Mellon Financial
Pittsburgh, PA 15262
043000261
101-3356
MELNUS3P
EMC Corporation; BusinessEdge Division

**Please Remit to:**
EMC Corporation
P.O. Box 757514
Philadelphia, PA 19175-7514



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 4, 2008

Payment Due Upon Receipt
Acct ID: FLEH05.002
Invoice # BES38013
P.O. #PSTS-36-CON24106

LEHMAN BROTHERS HOLDINGS INC.
KIRTI MEHTA
605 THIRD AVE.
20TH FLOOR
NEW YORK, NY 10158

To bill for Professional Services rendered by BusinessEdge Solutions for the period August 1 - August 31, 2008 in connection with Project LB- DATA CONSOLIDATION

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| RAJAGOPAL, VENKATAKRISHNA | 20.000 | $1,260.00 | $25,200.00 |
| SINGH, DEVENDRA | 21.000 | $1,260.00 | $26,460.00 |
| | | Total Due: | $51,660.00 |

Wiring Instructions:
Bank Name:
Bank Location:          Mellon Financial
                        Pittsburgh, PA 15262
BA #:                   043000261
ccount #:               101-3356
WIFT Code:              MELNUS3P
eneficiary Name:        EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 4, 2008

Payment Due Upon Receipt
Acct ID: FLEH09.001
Invoice # BES38014

LEHMAN BROTHERS HOLDINGS INC.
VIRAL SHAH
70 HUDSON STREET, 11TH FLOOR
JERSEY CITY, NJ 07302

To bill for Professional Services rendered by BusinessEdge Solutions for the period August 1 - August 31, 2008 in connection with Project LB:CUST OTG FOR CLEARANCE

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| RIVERA, ERIC | 19.000 | $1,300.00 | $24,700.00 |

|  |  | Total Due: | $24,700.00 |

**Wiring Instructions:**
Bank Name:        Mellon Financial
Bank Location:    Pittsburgh, PA 15262
ABA #:            043000261
Account #:        101-3356
SWIFT Code:       MELNUS3P
Beneficiary Name: EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

Payment Due Upon Receipt

Acct ID: FLEH01.007

LEHMAN BROTHERS - IMD DIVISION
EMILY GOLDMAN
399 PARK AVE., 11TH FLOOR
NEW YORK, NY 10022

Invoice # BES38293

To bill for Professional Services rendered by BusinessEdge Solutions for the period September 1 - September 14, 2008 in connection with Project LEHMAN WMR CLIENT REVIEW

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| GONG, JIE | 9.000 | $1,275.00 | $11,475.00 |

|  | Total Due: | $11,475.00 |
|--|-----------|-----------|

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

**Invoice #** BES38462

KIRTI MEHTA
LEHMAN BROTHERS - IMD DIVISION
605 THIRD AVE. 20TH FLOOR
NEW YORK, NY  10158

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. CRC Enhancements project:*

*Payment #10*

*(Services Performed  September 1 - September 14, 2008)*

**Total Due:**        **$9,000.00**

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**where information lives®**

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

KIRTI MEHTA
LEHMAN BROTHERS - IMD DIVISION
605 THIRD AVE   20TH FLOOR
NEW YORK, NY   10158

**Invoice # BES38463**

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*      ***To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. Client Review Implementation (2) project:***

*Payment #10*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**          $13,125.00

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:                043000261
Account #:          101-3356
SWIFT Code:        MELNUS3P
Beneficiary Name:  EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

KIRTI MEHTA
LEHMAN BROTHERS - IMD DIVISION
605 THIRD AVE. 20TH FLOOR
NEW YORK. NY  10158

**Invoice # BES38464**

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. IMD CRC Phase 2 Development (2) project:*

*Payment #9*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**          $21,000.00

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



# EMC²

**where information lives®**

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

KIRTI MEHTA
LEHMAN BROTHERS - IMD DIVISION
605 THIRD AVE  20TH FLOOR
NEW YORK, NY  10158

**Invoice #** BES38465

**Payment Term:   DUE ON RECEIPT**

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers IMD Pipeline Reporting Phase 2 project:*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**      $12,500.00

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

Payment Due Upon Receipt
Acct ID: FLEH03.011
Invoice # BES38294

LEHMAN BROTHERS - IMD DIVISION
KIRTI MEHTA
605 3RD AVE.
20TH FLOOR
NEW YORK, NY 10158

To bill for Professional Services rendered by BusinessEdge Solutions for the period September 1 - September 14, 2008 in connection with Project LB CLIENT REVIEW PROJ MGM

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| MILLER, MICHAEL A | 9 000 | $1,600 00 | $14,400 00 |

|  |  |
|--|--|
| Total Due: | $14,400.00 |

**Wiring Instructions:**

| | |
|--|--|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

LEHMAN BROTHERS - IMD DIVISION
KIRTI MEHTA
605 THIRD AVE.
20TH FLOOR
NEW YORK, NY 10158

**Payment Due Upon Receipt**
**Acct ID: FLEH05.002**
**Invoice # BES38295**
**P.O. #PSTS-36-CON24106**

To bill for Professional Services rendered by BusinessEdge Solutions for the period September 1 - September 14, 2008 in connection with Project LB- DATA CONSOLIDATION

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| RAJAGOPAL, VENKATAKRISHNA | 9.000 | $1,260.00 | $11,340.00 |
| SINGH, DEVENDRA | 9.000 | $1,260.00 | $11,340.00 |

|  | | | |
|--|--|--|--|
| **Total Due:** | | | $22,680.00 |

**Wiring Instructions:**
| | |
|--|--|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburg, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

STUART STAKOFF
LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

**Invoice #** BES38466

**Payment Term:  DUE ON RECEIPT**

**P.O. #  TSR # 1017965**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Prime Services Product Mgmt PMO (2) project:*

*Payment #13*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**        **$14,000.00**

**Wiring Instructions:**
Bank Name:
Bank Location:
ABA #:
Account #:
SWIFT Code:
Beneficiary Name:

Mellon Financial
Pittsburgh, PA 15262
043000261
101-3356
MELNUS3P
EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

STUART STAKOFF
LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY   10019

**Invoice # BES38467**

**Payment Term:  DUE ON RECEIPT**

**P.O. # TSR1024345**

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers Equities Governance and Standards project:*

*Payment #5*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**          $14,000.00

---

**Wiring Instructions:**
Bank Name:            Mellon Financial
Bank Location:        Pittsburgh, PA 15262
ABA #:                043000261
Account #:            101-3356
SWIFT Code:           MELNUS3P
Beneficiary Name:     EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**where information lives®**

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

LEHMAN BROTHERS, INC.
VIRAL SHAH
70 HUDSON STREET, 11TH FLOOR
JERSEY CITY, NJ 07302

Payment Due Upon Receipt

Acct ID: FLEH09.001

Invoice # BES38296

To bill for Professional Services rendered by BusinessEdge Solutions for the period September 1 - September 14, 2008 in connection with Project LB:CUST OTG FOR CLEARANCE

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| RIVERA, ERIC | 9.000 | $1,300.00 | $11,700.00 |

|  |  |
|--|--|
| Total Due: | $11,700.00 |

**Wiring Instructions:**
Bank Name:
Bank Location:        Mellon Financial
ABA #:               Pittsburgh, PA 15262
Account #:           043000261
SWIFT Code:          101-3356
Beneficiary Name:    MELNUS3P
                     EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**where information lives®**

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

JOHN BAUMGARD
LEHMAN BROTHERS, INC.
1301 SIXTH AVE , 5TH FLOOR
NEW YORK, NY   10020

**Invoice # BES38468**

**Payment Term:  DUE ON RECEIPT**

**P.O. # TSR #1018109**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers Risk IT PMO Hughes project:*

*Payment #6*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**        **$13,000.00**

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

**Invoice # BES38469**

**Payment Term:  DUE ON RECEIPT**

JOHN BAUMGARD
LEHMAN BROTHERS, INC.
1301 SIXTH AVE. 5TH FLOOR
NEW YORK, NY  10020

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the*
*Lehman Brothers Finance Technology PMO project:*

*Payment #2*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**        **$13,000.00**

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**where information lives®**

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

**Invoice # BES38470**

**Payment Term:  DUE ON RECEIPT**

MIKE CAPLAN
LEHMAN BROTHERS HOLDINGS INC.
1301 AVE OF THE AMERICAS
NEW YORK, NY   10019

*Fixed Price Billing -*     *To bill for professional services rendered by BusinessEdge Solutions in connection with*
*Lehman Brothers ePro Planning for 09 project:*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**          **$11,250.00**

**Wiring Instructions:**

| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

**Invoice # BES38471**

JULIE WOO
LEHMAN BROTHERS HOLDINGS INC.
70 HUDSON STREET, 11TH FLOOR
JERSEY CITY, NJ   07302

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*       *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers DataCert Func Spec Review:*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**          $15,000.00

---

**Wiring Instructions:**
| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

**Invoice # BES38472**

MARK LUNSTEAD
LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY  10019

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Fixed Income Research Technology PMO Infrastructure project:*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**    $14,000.00

**Wiring Instructions:**
Bank Name:               Mellon Financial
Bank Location:           Pittsburgh, PA 15262
ABA #:                   043000261
Account #:               101-3356
SWIFT Code:              MELNUS3P
Beneficiary Name:        EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 15, 2008

**Invoice # BES38473**

**Payment Term: DUE ON RECEIPT**

JACKIE FROMMER
LEHMAN BROTHERS HOLDINGS INC.
1301 AVE OF THE AMERICAS
NEW YORK, NY   10019

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the*
*Lehman Brothers Direct Banking Roadmap Phase 1 project:*

*(Services Performed September 1 - September 14, 2008)*

**Total Due:**    $35,000.00

**Wiring Instructions:**
Bank Name:            Mellon Financial
Bank Location:        Pittsburgh, PA 15262
ABA #:                043000261
Account #:            101-3356
SWIFT Code:           MELNUS3P
Beneficiary Name:     EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



# EMC²

**where information lives®**

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

**Invoice # BES38474**

**Payment Term:  DUE ON RECEIPT**

KIRTI MEHTA
LEHMAN BROTHERS - IMD DIVISION
605 THIRD AVE.  20TH FLOOR
NEW YORK, NY   10158

*Fixed Price Billing -*      *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. CRC Enhancements project:*

*Payment #10-A*

*(Services Performed  September 15 - September 30, 2008)*

**Total Due:**          **$9,000.00**

**Wiring Instructions:**
Bank Name:              Mellon Financial
Bank Location:          Pittsburgh, PA 15262
ABA #:                  043000261
Account #:              101-3356
SWIFT Code:             MELNUS3P
Beneficiary Name:       EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**where information lives®**

EMC Corporation
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

KIRTI MEHTA
LEHMAN BROTHERS - IMD DIVISION
605 THIRD AVE. 20TH FLOOR
NEW YORK, NY   10158

**Invoice # BES38475**

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. Client Review Implementation (2) project:*

*Payment #10-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**        **$13,125.00**

**Wiring Instructions:**
Bank Name:        Mellon Financial
Bank Location:    Pittsburgh, PA 15262
ABA #:            043000261
Account #:        101-3356
SWIFT Code:       MELNUS3P
Beneficiary Name: EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

KIRTI MEHTA
LEHMAN BROTHERS - IMD DIVISION
605 THIRD AVE  20TH FLOOR
NEW YORK, NY  10158

**Invoice # BES38476**

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Bros. IMD CRC Phase 2 Development (2) project:*

*Payment #9-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**        $14,700.00

**Wiring Instructions:**

| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



where information lives®

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

KIRTI MEHTA
LEHMAN BROTHERS - IMD DIVISION
605 THIRD AVE. 20TH FLOOR
NEW YORK, NY   10158

**Invoice # BES38477**

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers IMD Pipeline Reporting Phase 2 project:*

*Payment #1-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**          $12,500.00

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:       Pittsburgh, PA 15262
ABA #:               043000261
Account #:           101-3356
SWIFT Code:          MELNUS3P
Beneficiary Name:    EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

STUART STAKOFF
LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY   10019

**Invoice # BES38478**

**Payment Term:  DUE ON RECEIPT**

**P.O. #  TSR # 1017965**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Prime Services Product Mgmt PMO (2) project:*

*Payment #13-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**        $14,000.00

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

STUART STAKOFF
LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY   10019

**Invoice # BES38479**

**Payment Term:  DUE ON RECEIPT**

**P.O. #  TSR1024345**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the*
*Lehman Brothers Equities Governance and Standards project:*

*Payment #5-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**            $14,000.00

**Wiring Instructions:**
| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

JOHN BAUMGARD
LEHMAN BROTHERS, INC.
1301 SIXTH AVE., 5TH FLOOR
NEW YORK, NY   10020

**Invoice # BES38480**

**Payment Term:  DUE ON RECEIPT**

**P.O. #  TSR #1018109**

*Fixed Price Billing -*   *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers Risk IT PMO Hughes project:*

*Payment #6-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**       $13,000.00

---

**Wiring Instructions:**
| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

**Invoice # BES38481**

JOHN BAUMGARD
LEHMAN BROTHERS, INC.
1301 SIXTH AVE  5TH FLOOR
NEW YORK, NY   10020

**Payment Term:  DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the*
*Lehman Brothers Finance Technology PMO project:*

*Payment #2-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**        $13,000.00

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**where information lives®**

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

**Invoice # BES38482**

**Payment Term:  DUE ON RECEIPT**

MIKE CAPLAN
LEHMAN BROTHERS HOLDINGS INC.
1301 AVE OF THE AMERICAS
NEW YORK, NY   10019

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with*
*Lehman Brothers ePro Planning for 09 project:*

*Payment #1-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**          $11,250.00

**Wiring Instructions:**
Bank Name:            Mellon Financial
Bank Location:        Pittsburgh, PA 15262
ABA #:                043000261
Account #:            101-3356
SWIFT Code:           MELNUS3P
Beneficiary Name:     EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

**Invoice #** BES38483

JULIE WOO
LEHMAN BROTHERS HOLDINGS INC.
70 HUDSON STREET, 11TH FLOOR
JERSEY CITY, NJ   07302

**Payment Term:** **DUE ON RECEIPT**

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Brothers DataCert Func Spec Review:*

*Payment #1-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**          $5,000.00

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



# EMC²

### where information lives®

**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

September 30, 2008

**Invoice # BES38484**

**Payment Term:  DUE ON RECEIPT**

MARK LUNSTEAD
LEHMAN BROTHERS, INC.
1301 AVENUE OF THE AMERICAS
NEW YORK, NY   10019

*Fixed Price Billing -*    *To bill for professional services rendered by BusinessEdge Solutions in connection with the Lehman Fixed Income Research Technology PMO Infrastructure project:*

*Payment #1-A*

*(Services Performed September 15 - September 30, 2008)*

**Total Due:**        $14,000.00

**Wiring Instructions:**
Bank Name:           Mellon Financial
Bank Location:       Pittsburgh, PA 15262
ABA #:               043000261
Account #:           101-3356
SWIFT Code:          MELNUS3P
Beneficiary Name:    EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

October 2, 2008

Payment Due Upon Receipt
Acct ID: FLEH01.007
Invoice # BES38365

LEHMAN BROTHERS - IMD DIVISION
EMILY GOLDMAN
399 PARK AVE., 11TH FLOOR
NEW YORK, NY 10022

To bill for Professional Services rendered by BusinessEdge Solutions for the period September 15 - September 30, 2008 in connection with Project LEHMAN WMR CLIENT REVIEW

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| GONG, JIE | 7.000 | $1,275.00 | $8,925.00 |

|  |  | Total Due: | $8,925.00 |

**Wiring Instructions:**
Bank Name:              Mellon Financial
Bank Location:          Pittsburgh, PA 15262
ABA #:                  043000261
Account #:              101-3356
SWIFT Code:             MELNUS3P
Beneficiary Name:       EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

October 2, 2008

Payment Due Upon Receipt
Acct ID: FLEH03.011
Invoice # BES38366

**LEHMAN BROTHERS - IMD DIVISION**
**KIRTI MEHTA**
**605 3RD AVE**
**20TH FLOOR**
**NEW YORK, NY 10158**

To bill for Professional Services rendered by BusinessEdge Solutions for the period September 15 - September 30, 2008 in connection with Project LB CLIENT REVIEW PROJ MGM

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| MILLER, MICHAEL A | 7.500 | $1,600.00 | $12,000.00 |

|  |  | **Total Due:** | $12,000.00 |

**Wiring Instructions:**
| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

October 2, 2008

Payment Due Upon Receipt
Acct ID: FLEH05.002

LEHMAN BROTHERS - IMD DIVISION
KIRTI MEHTA
605 THIRD AVE.
20TH FLOOR
NEW YORK, NY 10158

Invoice # BES38367
P.O. #PSTS-36-CON24106

To bill for Professional Services rendered by BusinessEdge Solutions for the period September 15 - September 30, 2008 in connection with Project LB- DATA CONSOLIDATION

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|----------------------|----------------|
| RAJAGOPAL, VENKATAKRISHNA | 12.000 | $1,260.00 | $15,120.00 |
| SINGH, DEVENDRA | 12.000 | $1,260.00 | $15,120.00 |

| | | |
|---|---|---|
| **Total Due:** | | $30,240.00 |

**Wiring Instructions:**

| | |
|---|---|
| Bank Name: | Mellon Financial |
| Bank Location: | Pittsburgh, PA 15262 |
| ABA #: | 043000261 |
| Account #: | 101-3356 |
| SWIFT Code: | MELNUS3P |
| Beneficiary Name: | EMC Corporation; BusinessEdge Division |

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

October 2, 2008

Payment Due Upon Receipt
Acct ID: FLEH09.001
Invoice # BES38368

LEHMAN BROTHERS, INC.
VIRAL SHAH
70 HUDSON STREET, 11TH FLOOR
JERSEY CITY, NJ 07302

To bill for Professional Services rendered by BusinessEdge Solutions for the period September 15 - September 30, 2008 in connection with Project LB:CUST OTG FOR CLEARANCE

| Name | Days | Standard Fee Per Day | Amount to Bill |
|------|------|---------------------|----------------|
| RIVERA, ERIC | 12.000 | $1,300.00 | $15,600.00 |

| | Total Due: | $15,600.00 |
|---|---|---|

**Wiring Instructions:**
Bank Name:
Bank Location:
ABA #:
Account #:
SWIFT Code:
Beneficiary Name:

Mellon Financial
Pittsburgh, PA 15262
043000261
101-3356
MELNUS3P
EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**



**EMC Corporation**
One Tower Center Boulevard
East Brunswick, NJ 08816
T 732.828.3200
F 732.839.3600

# INVOICE

October 3, 2008

LEHMAN BROTHERS, INC.
JOHN BAUMGARD
1301 SIXTH AVE.
5TH FLOOR
NEW YORK, NY 10020

Payment Due Upon Receipt
Acct ID: FLEH16.001.00T
Invoice # 38222
P.O. #TSR #1018109

To bill for Travel and Living in connection with Project LB RISK IT PMO HUGHES, processed during the month of September 2008

HUGHES, JAMES K

| | | | | |
|---|---|---|---|---|
| July 28 | - | August 29 | $398 00 | |
| | | | $398 00 | $398 00 |

Total Due:    $398.00

**Wiring Instructions:**
Bank Name:          Mellon Financial
Bank Location:      Pittsburgh, PA 15262
ABA #:              043000261
Account #:          101-3356
SWIFT Code:         MELNUS3P
Beneficiary Name:   EMC Corporation; BusinessEdge Division

**Please Remit to:**
**EMC Corporation**
**P.O. Box 757514**
**Philadelphia, PA 19175-7514**

JAMES K. HUGHES (02502)
Finance and Insurance (FIN_INS)
Purpose: lehman project

new york

Expense Voucher: 157038
Status: EXTRACTED

Project #
Project
1. FIN FLEH16.001/LB_RISK_IT_PMO_HUGH

TaskAllocation
100%

| Date | Expense Type | Amount (USD) | Payment Type | Project Type | Comments |
|------|-------------|-------------|-------------|-------------|----------|
| 1. 7/28/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 2. 7/29/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 3. 7/30/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 4. 7/31/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 5. 7/31/08 | TRANSPORTATION_RAIL | $76.00 | Employee | DIR_BILL | Subway fare 19 days @$4 day |
| 6. 8/1/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 7. 8/4/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 8. 8/5/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 9. 8/6/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 10. 8/7/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 11. 8/18/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 12. 8/19/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 13. 8/20/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 14. 8/21/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 15. 8/22/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 16. 8/25/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 17. 8/26/08 | TRANSPORTATION_RAIL | $227.00 | Employee | DIR_BILL | NJ transit monthly chatham to ny penn |
| 18. 8/26/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 19. 8/27/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 20. 8/28/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |
| 21. 8/29/08 | PARKING_OTHER | $5.00 | Employee | DIR_BILL | train station parking |

Total Expenses: $398.00 USD
(-) Company Paid: $0.00 USD
(-) Advances: $0.00 USD
Cash Returned: $0.00 USD
Total Reimbursement: $398.00 USD

Approval History