Exhibit B

Remaining Invoices

# EMC²

**EMC Corporation**
176 South Street

where information lives® Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:

04-268009

| Document No. |
|---|
| 5202063390 |
| **Document Date** |
| 11/26/07 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 62104438 | North Ameri Misc | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | LBI SA000004295S/1295-1161004177 | 12-26-07 |

## Invoice

Page 1

**Bill To:**
LEHMAN BROTHERS
PO BOX 2339

SECAUCUS NJ 07096
UNITED STATES

**ShipTo:**
LEHMAN BROTHERS INC
70 HUDSON ST

JERSEY CITY NJ 07302
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | | Shipping Terms | | Shipped Via | | Date Shipped | | PAS Project# |
|---|---|---|---|---|---|---|---|---|---|---|
| 62104438 | US156009_132161326 | | | | | | | | | 0.0 |
| **Item** | | | **Description** | | | **Qty** | **Unit Price** | | | **Extended Price** |
| PS-CUS-SMAEXP | SMARTS BILLBACK EXPNS | | | | | 1.0 | 180.0 | | | 180.00 |
| PS-CUS-SMAEXP | SMARTS BILLBACK EXPNS | | | | | 1.0 | 321.5 | | | 321.50 |
| | | | | | | | Tax: | | | 35.11 |
| | | | | | | | Total: | | | $ 536.61 |

All prices are in USD

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

Past Due Amounts will bear interest at rate of 1.5% per month

Comments: If you have questions, for prompt attention, please contact us at invoiceinquires@emc.com.

**EMC²**

EMC Corporation
176 South Street
where information lives. Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

| Document No. |
|---|
| 5204050652 |
| **Document Date** |
| 05/11/08 |

# Invoice

Page 1

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 62443272 | Tijuana Johnson | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | LBUSA-0000056271 | 06-10-08 |

**Bill To:**
LEHMAN BROTHERS
PO BOX 2339
SECAUCUS NJ 07096
UNITED STATES

**ShipTo:**
LEHMAN BROTHERS
27 COMMERCE DR
CRANFORD NJ 07016
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| | US158089_13216132 6 | | DESTINATION | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| LEASE ITEM | LEASE ITEM IMPORTED FROM INFOLEASE | 1.0 | 6526.0 | 6,526.00 |
| | | Tax: | | |
| | | Total: | | $ 6,526.00 |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

**EMC²**

**EMC Corporation**
176 South Street
where information lives* Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

# Invoice

Page 1

| Document No. | 5204050653 |
|---|---|
| Document Date | 05/11/08 |

| EMC Sales Order No. | 62443216 |
|---|---|
| Waybill No. | |

| EMC Sales Contact | Tijuana Johnson |
|---|---|
| Customer PO | LBUSA-0000056271 |

| Payment Terms | NET 30 |
|---|---|
| Due Date | 06-10-08 |

**Bill To:**
LEHMAN BROTHERS
PO BOX 2339
SECAUCUS NJ 07096
UNITED STATES

**ShipTo:**
LEHMAN BROTHERS INC
85 10TH AVE
FL 7
NEW YORK NY 10011
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| | US158089_132161326 | | DESTINATION | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| LEASE ITEM | LEASE ITEM IMPORTED FROM INFOLEASE | 1.0 | 6526.0 | 6,526.00 |
| | | Tax: | | 546.55 |
| | | Total: | | $ 7,072.55 |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

# EMC²

where information lives®

**EMC Corporation**
176 South Street
Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | Document No. |
|---|---|---|---|
| 62443272 | Tijuana Johnson | NET 30 | 5204051781 |
| Waybill No. | Customer PO | Due Date | Document Date |
| | LBUSA-0000056271 | 09-10-08 | 08/11/08 |

# Invoice
Page 1

**Bill To:**
LEHMAN BROTHERS
PO BOX 2339
SECAUCUS NJ 07096
UNITED STATES

**ShipTo:**
LEHMAN BROTHERS
27 COMMERCE DR
CRANFORD NJ 07016
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| | US158089_132161326 | | DESTINATION | | | 0.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| LEASE ITEM | LEASE ITEM IMPORTED FROM INFOLEASE | 1.0 | 6526.0 | 6,526.00 |
| | | Tax: | | |
| | | Total: | | $ 6,526.00 |

All prices are in USD

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Past Due Amounts will bear interest at rate of 1.5% per month

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

**EMC²**
where information lives™

**EMC Corporation**
176 South Street
Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

# Invoice

Page 1

| Document No. | 5204051782 |
| Document Date | 08/11/08 |

| EMC Sales Order No. | 62443216 |
| Waybill No. | |

| EMC Sales Contact | Tijuana Johnson |
| Customer PO | LBUSA-0000056271 |

| Payment Terms | NET 30 |
| Due Date | 09-10-08 |

**Bill To:**
LEHMAN BROTHERS
PO BOX 2339
SECAUCUS NJ 07096
UNITED STATES

**ShipTo:**
LEHMAN BROTHERS INC
85 10TH AVE
FL 7
NEW YORK NY 10011
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| | US158089_132161326 | | DESTINATION | | | 0.0 |

| Item | Description | | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|
| LEASE ITEM | LEASE ITEM IMPORTED FROM INFOLEASE | | 1.0 | 6526.0 | 6,526.00 |
| | | Tax: | | | 546.55 |
| | | Total: | | | $ 7,072.55 |

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

Comments: If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

**EMC²**

**EMC Corporation**
**176 South Street**
where information lives, Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:
04-268009

# Invoice

Page 1

| Document No. |
|---|
| 5207116770 |

| Document Date |
|---|
| 01/11/08 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 62442957 | Tijuana Johnson | NET 30 |

| Waybill No. | Customer PO | Due Date |
|---|---|---|
|  | PSO# 631997 | 02-10-08 |

**Bill To:**
LEHMAN BROTHERS INC
70 HUDSON STREET
9TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

**ShipTo:**
LEHMAN BROTHERS INC
70 HUDSON STREET
9TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO342986 | US3557_42195527 |  |  |  |  | 806381.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PS-CUS-EMC | GENERIC CUSTOM SERVICES | 1.0 | 11428.0 | 11,428.00 |
|  |  |  | Tax: | 799.96 |
|  |  |  | Total: | $ 12,227.96 |

All prices are in USD

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

**EMC²**

**EMC Corporation**
**176 South Street**
where information lives™ Hopkinton, MA 01748-9103
*(508) 435-1000*
*EMC Tax Code:*
*04-268009*

# Invoice

Page 1

| Document No. | 5207122014 |
|---|---|
| **Document Date** | 03/26/08 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 62442957 | Tijuana Johnson | NET 30 |
| **Waybill No.** | **Customer PO** | **Due Date** |
| | PSO# 631997 | 04-25-08 |

**Bill To:** LEHMAN BROTHERS INC
70 HUDSON STREET
9TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

**ShipTo:** LEHMAN BROTHERS INC
70 HUDSON STREET
9TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO342986 | US3557_42195527 | | | | | 806381.0 |

| Item | Description | Qty | Unit Price | Extended Price |
|---|---|---|---|---|
| PS-CUS-EMC | GENERIC CUSTOM SERVICES | 1.0 | 18000.0 | 18,000.00 |
| | | Tax: | | |
| | | Total: | | $ 18,000.00 |

All prices are in USD

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

Past Due Amounts will bear interest at rate of 1.5% per month

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**EMC²**

EMC Corporation
176 South Street
where information lives* Hopkinton, MA 01748-9103
(508) 435-1000
EMC Tax Code:
04-268009

# Invoice

Page 1

| Document No. |
|---|
| 5207134476 |

| Document Date |
|---|
| 09/08/08 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
|---|---|---|
| 62599641 | Tijuana Johnson | NET 30 |
| Waybill No. | Customer PO | Due Date |
| | LBUSA-0000061291 | 10-08-08 |

**Bill To:**
LEHMAN BROTHERS
70 HUDSON ST
FL 9
JERSEY CITY NJ 07302
UNITED STATES

**ShipTo:**
LEHMAN BROTHERS
70 HUDSON ST
FL 9
JERSEY CITY NJ 07302
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO372296 | US158089_132252178 | | | | | 828049.0 |

| Item | Description | | | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| PS-CUS-RESID | RESIDENCIES EFFORTS | | | 1.0 | 110934.09 | 110,934.09 |
| PS-CUS-EMC | GENERIC CUSTOM SERVICES | | | 1.0 | 59600.0 | 59,600.00 |

| | |
|---|---|
| Tax | |
| Total | $ 170,534.09 |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

# EMC²

where information lives®

**EMC Corporation**
176 South Street
Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:
04-268009

# Invoice

Page 1

| Document No. |
| --- |
| 5207137550 |

| Document Date |
| --- |
| 09/29/08 |

| EMC Sales Order No. | EMC Sales Contact | Payment Terms |
| --- | --- | --- |
| 62599641 | Tijuana Johnson | NET 30 |
| Waybill No. | Customer PO | Due Date |
| | SOW 683490 | 10-29-08 |

**Bill To:**
LEHMAN BROTHERS
70 HUDSON ST
FL 9

JERSEY CITY NJ 07302
UNITED STATES

**ShipTo:**
LEHMAN BROTHERS
70 HUDSON ST
FL 9

JERSEY CITY NJ 07302
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | PAS Project# |
| --- | --- | --- | --- | --- | --- |
| CPQO372296 | US158089_132252178 | | | All prices are in USD | 828049.0 |

| Item | Description | Qty | Unit Price | Date Shipped | Extended Price |
| --- | --- | --- | --- | --- | --- |
| PS-CUS-RESID | RESIDENCIES EFFORTS | 1.0 | 112467.18 | 112467.18 | 112,467.18 |
| PS-CUS-EMC | GENERIC CUSTOM SERVICES | 1.0 | 60423.82 | 60423.82 | 60,423.82 |
| | | **Tax:** | | | |
| | | **Total:** | | | $ 172,891.00 |

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

Remit To:
EMC Corporation
4246 Collections Center Drive
Chicago, IL  60693

# EMC²

**where information lives** · EMC Corporation
176 South Street
Hopkinton, MA 01748-9103

(508) 435-1000

EMC Tax Code:
04-268009

**Invoice**

Page 1

| EMC Sales Order No. | EMC Sales Contact | Payment Terms | | Document No. |
|---|---|---|---|---|
| 62865822 | Tijuana Johnson | NET 30 | | 5207134263 |
| Waybill No. | Customer PO | Due Date | | Document Date |
| | LBUSA-0000072755 | 10-05-08 | | 09/05/08 |

**Bill To:**
LEHMAN BROTHERS
PO BOX 2339
SECAUCUS NJ 07096
UNITED STATES

**ShipTo:**
AURORA LOAN SERVICES INC
10350 PARK MEADOWS DR

LITTLETON CO 80124
UNITED STATES

| Deal Number | Customer Number/Location | Customer Tax Code | Shipping Terms | Shipped Via | Date Shipped | PAS Project# |
|---|---|---|---|---|---|---|
| CPQO423594 | US158089_132161326 | | | | | 910371.0 |

| Item | Description | | | Qty | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| PS-BAS-CEBLK | EMC CUSTOMER ENGINEER 4 HOUR BLOCK | | | 4.0 | 1690.0 | 6,760.00 |
| | | | | Tax: | | |
| | | | | Total: | | $ 6,760.00 |

All prices are in USD

Past Due Amounts will bear interest at rate of 1.5% per month

The commodities are licensed by the U.S. Diversion contrary to US Law is prohibited.

**Remit To:**
EMC Corporation
4246 Collections Center Drive
Chicago, IL 60693

**Comments:** If you have questions, for prompt attention, please contact us at invoiceinquiries@emc.com.

Sep 03 08 02:45p                                                                    P.1

SO# 62865822

# EMC²
### where information lives

**Fax Cover Sheet**

**DMS Document Type:** Sales Orders
**Fax #:** 1-508-898-4411

┌─────────────────────────────────────────────────────────────┐
│ Is order Shipping (Select one):    [           ]              │
│ If partial shipment, list all MODELS that should NOT ship     │
│ in the **Comments** section below.                           │
│                                                               │
│ List all RMA's in the "Comments" section below if applicable: │
└─────────────────────────────────────────────────────────────┘

**Total Pages:**       _____

**Date:**              9/3/2008                    INVOICE #

**From:**              Loren Bednor        **To:**    5207134263

**GRO Analyst:***      LUGINBUHL, NICOLE

**Quote Number:***     1    0    0    1    8    6    7    6    5    1

**Bill To Customer:**      Lehman Brothers

**Ship To Customer:**      Aurora Loan Services

**Install At Customer:**   _____

**EMC/ESG Order**          _____

**Doc. Type 1:**           _____

**Doc. Type 2:**           _____

** Comments **

_____

_____

_____

* Required field for OCR

Sep 03 08 02:45p                                                                                          p.2

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000072755 | Sep-03-2008 | | 1 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 30 | Destination, PPD | | Common |

| Buyer | Phone | | Currency |
|---|---|---|---|
| Holmes,Mary | 1 201 499 6460 | | USD |

**Vendor:** 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

**Ship To:** AU3XXVBLDG  **Attn:** Dukart,Scott
10350 Park Meadows Drive
AURORA LOAN SERVICES
Littleton CO 80124
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt? N     Tax Exempt ID:          Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | PARKRIDGE 6 POWER DOWN PROJECT - EMC ON-SITE BREAK/FIX SUPPORT | | 1.00 EA | 6,760.00 | 6,760.00 | Sep-17-2008 |

Schedule Total          6,760.00

Item Total          6,760.00

TSR #978895

Total PO Amount          6,760.00

## PURCHASE ORDER TERMS AND CONDITIONS

ACCEPTANCE, TERM; TERMINATION -- These terms and conditions (the "T&Cs") constitute Customer's acceptance of Supplier's offer (the "Offer," together with the T&Cs, the "Order") to sell and/or license products and/or services, as applicable, to the Customer identified in this Order.  Customer's acceptance of this Order is expressly subject to the terms and conditions contained herein, unless otherwise expressly agreed to in a writing signed by Customer pursuant to the Section titled "Miscellaneous" below. If ongoing services are to be provided pursuant to this Order, the term of such services shall be one year unless otherwise specified in the T&Cs or in a writing signed by the parties  Customer may renew services under the same T&Cs at any time by providing written notice to Supplier for subsequent one-year terms unless Supplier provides notice of non-renewal to Customer no later than sixty days prior to the end of the then-current term. If neither party gives notice of renewal or non-renewal, upon the expiration of the term, this Order shall continue month-to-month under these T&Cs.

FEES -- Invoices shall be sent to Customer's address set forth in this Order. Undisputed invoices shall be payable within sixty (60) days of receipt. Supplier shall not invoice any products or services provided hereunder at a price higher than that shown on this Order, which price includes all applicable federal, state and local taxes.  If the price is omitted on the Order, the price will be the lowest prevailing market price for such products or services. Customer shall not be responsible for any charges for delivery, installation, transportation or packaging. Supplier will not be entitled to reimbursement from Customer for any expenses it incurs in connection with fulfilling this Order.

DELIVERY AND ACCEPTANCE; RISK OF LOSS, CUSTOMER'S PROPERTY -- Title and risk of loss shall remain with Supplier until products purchased under this Order have been delivered to Customer at the location specified in the Order and have been accepted by Customer. If Supplier does not comply with Customer's delivery schedule, Customer may either approve a revised schedule or terminate the Order without liability. Upon delivery, Customer may inspect all products and services purchased hereunder to determine if they meet all applicable requirements, and are otherwise in good condition. suitable for their intended business use, IF, IN THE REASONABLE JUDGMENT OF CUSTOMER, THE PRODUCTS OR SERVICES ARE UNSATISFACTORY, CUSTOMER MAY REJECT SUCH PRODUCTS OR SERVICES. Customer shall return rejected products to Supplier at Supplier's expense. Except for Software licensed to Customer hereunder, all products and services provided to Customer under this Order shall be and remain the personal property of Customer.  Any developed works or other intellectual property or materials created by Supplier under this Order shall be owned exclusively by Customer.

SOFTWARE -- This Section will apply to the extent that this Order includes Software (embedded or stand-alone). Unless otherwise specified in the T&Cs or in another applicable agreement between the parties, Supplier grants to Customer a worldwide, perpetual, royalty-free license to use, display and perform the Software identified in this Order in the ordinary course of Customer's business operations and for its own business purposes, including, but not limited to, processing its own

Signature not required on emailed POs

Sep 03 08 02:45p

P.3

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

Vendor:   0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Dispatch via E-Mail

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| LBUSA-0000072755 | | Sep-03-2008 | | 2 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Destination, PPD | | | Common |
| Buyer | | Phone | | Currency |
| Holmes,Mary | | 1 201 499 6468 | | USD |

Ship To:   AU3XXVBLDG   Attn:  Dukart,Scott
10350 Park Meadows Drive
AURORA LOAN SERVICES
Littleton CO 80124
United States

Bill To:    P O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt? N     Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt  Due Date |
|---|---|---|---|---|

Information and that of its affiliates and clients as part of its business. Use includes use by or on behalf of Customer or Customer's affiliates, and use by third parties under contract to provide services to Customer or its affiliates, on any number of PCs and in any number of instances, subject to the restrictions set forth herein. If applicable, Use also includes the right of Customer to freely use and distribute, internally within Customer, among Customer's affiliates, and with Customer's clients, data produced by the Software, including data in any proprietary formats used by the Software. Customer may make a reasonable number of copies of the Software solely for backup, training, archiving, testing and disaster recovery. "Software" means the software programs listed in this Order and any upgrades, updates, enhancements, modifications, alterations, improvements, revisions, releases, and new versions. Customer may transfer the Software from one hardware platform or operating system to another (or both) for which the Software is or becomes generally available, at no additional charge Customer will not modify, reverse assemble, or reverse compile any part of the Software, except as permitted by applicable law. Customer may make copies of and incorporate any documentation for the Software in other works prepared for Customer's business, so long as all intellectual property notices of Supplier are included as they appear on or in the documentation.

COMPLIANCE WITH LAWS – In connection with the products provided and/or services performed hereunder. Supplier shall at Supplier's sole cost, comply with, and shall require all Suppliers, subcontractors and/or consultants retained by Supplier to comply with (i) all requirements of applicable laws. orders, rules and regulations of governmental authorities, and (ii) all policies, rules and regulations of Customer (including, without limitation, Customer's policies regarding security and testing for controlled substances) and of the building in which the products are provided and/or the services are to be performed. Supplier shall not file any mechanic's or materialman's lien or claim against Customer's property nor against the buildings in which the products are provided and/or the services are performed, nor shall Supplier suffer or permit any such lien to be filed by any of its subcontractors and/or consultants.

CONFIDENTIALITY – Supplier shall preserve as confidential all information related to the business activities of Customer and its affiliates, clients, and entities with whom Customer does business that may be obtained by Supplier from any source (such information, together with the existence and terms of this Order, constituting the "Confidential Information") Supplier shall hold Confidential Information in trust and confidence for Customer and shall not disclose Confidential Information to any person, firm or enterprise, or use any Confidential Information for its own benefit or the benefit of any other party, unless specifically authorized by Customer in writing, and to limit access and disclosure of such Confidential Information to Supplier's personnel on a "need to know" basis only. Confidential Information does not include any particular information that the Supplier can demonstrate (i) is currently in the public domain, (ii) was previously known to Supplier free from any obligation to keep it confidential, (iii) was or is publicly disclosed by or on behalf of the Customer either prior to or subsequent to the receipt of such information by Supplier, (iv) is independently developed by the Supplier without any access to or use of Confidential Information of Customer, or (v) is rightfully obtained by Supplier from a third party lawfully in possession of the Confidential Information and who is not bound by confidentiality obligations to Customer. Supplier may disclose Confidential Information of Customer if required to do so under applicable law, rule or order provided that Supplier, where reasonably practicable and to the extent legally permissible, provides Customer with prior written notice of the required disclosure so that Customer may seek a protective order or other appropriate remedy, and provided further that Supplier discloses no more Confidential Information of the Customer than is reasonably necessary in order to respond to the required disclosure. At any time at the request and option of the Customer and in the event of termination or expiration of the Order (or any part thereof), Supplier agrees to promptly:  (i) return to Customer the Confidential Information; or (ii) destroy or permanently erase (on all forms of recordation) the Confidential Information and, if requested by Customer, acknowledge in writing that all such Confidential Information has been destroyed or permanently erased. In addition, Supplier acknowledges and agrees that any disclosure of Confidential Information will in no way be construed to be an assignment, transfer, or conveyance of title to or ownership rights in such Confidential Information.

Signature not required on emailed POs

Sep 03 08 02:45p                                                                    p.4

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000072755 | Sep-03-2008 | | 3 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | | Phone | Currency |
| Holmes,Mary | | 1 201 499 6468 | USD |

Ship To: AU3XXVBLDG  Attn:  Dukart,Scott
10350 Park Meadows Drive
AURORA LOAN SERVICES
Littleton CO 80124
United States

Bill To: P.O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt?  N      Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt  Due Date |
|---|---|---|---|---|

WARRANTY -- Supplier warrants that all products sold under this Order are free from defects in material, workmanship and design, and that all services provided under this Order shall be performed in a high-quality, professional and workmanlike manner by qualified personnel.

PUBLICITY -- Supplier will not use the name or marks of, refer to, or identify Customer (or any related entity) in publicity releases, interviews, promotional or marketing materials, public announcements, customer listings, testimonials or advertising without the prior written consent of Customer in each such instance.

INSURANCE -- Supplier at its sole cost and expense, shall maintain with insurance companies having a Best's rating of A or better. (i) comprehensive general liability insurance in an amount not less than $2,000,000 and (ii) automobile liability insurance in an amount not less than $1,000,000 and (iii) worker's compensation insurance as required by law.  Such policies shall include an endorsement naming Customer and any other entities designated by the Customer as additional insureds and shall include a waiver by the insurance carrier of any subrogation rights.  Within ten (10) days after the date hereof., Supplier shall deliver to Customer binders or certificates of insurance showing that each policy of insurance which Supplier is required to maintain hereunder is in full force and effect and that the premium therefore has been paid in full and providing that such policies may not be canceled, supplemented, amended or modified before the expiration date thereof without issuing company giving at least thirty (30) days prior written notice to Customer.

INDEMNIFICATION -- Supplier shall, at its own expense, indemnify, defend and hold harmless Customer, Customer's parent, subsidiaries and affiliates and any additional indemnified parties that may be designated by Customer, together with the respective partners, agents, officers, directors and employees of all of the foregoing, from and against any loss, cost, expense, claim, injury or damage (including, without limitation, reasonable attorneys' fees and expenses), whether incurred due to third party claims or otherwise, arising or resulting from or caused by (i) any act or omission or willful misconduct of Supplier or any consultant, engineer or other party retained by Supplier or any of its or their partners, directors, officers, employees, agents or subcontractors; (ii) any breach or default by Supplier in the performance of any of its obligations under this Order, or (iii) any claim that any product and/or services furnished by or on behalf of Supplier, or the use thereof by Customer, constitutes  an infringement, misappropriation or unlawful use or disclosure of any intellectual property rights of a third party.

LIMITATION OF LIABILITY -- IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR LOST PROFITS OR LOST REVENUE, OR FOR ANY INDIRECT, INCIDENTAL. SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS ORDER; PROVIDED, HOWEVER, THAT THE FOREGOING LIMITATION OF LIABILITY WILL NOT APPLY TO ANY OF THE FOLLOWING: (A) SUPPLIER'S INDEMNIFICATION OBLIGATIONS HEREUNDER; (B)  SUPPLIER'S BREACH OF ITS CONFIDENTIALITY OBLIGATIONS UNDER THIS ORDER; OR (C) ANY UNLAWFUL OR WILLFUL MISCONDUCT BY SUPPLIER.

RECORD RETENTION AND INSPECTION -- During the term of this Order and for a period of at least three (3) years after the date of the final payment under this Order, Supplier will maintain complete and accurate accounting records in connection with products provided and Services performed under this Order, in accordance with generally accepted accounting principles applied on a consistent basis, to substantiate its charges hereunder.  Such records will include, without limitation, payroll records, attendance cards, time tracking sheets and job summaries.  Supplier will provide Customer or its designees access to such records for audit purposes during the term of this Order and for three (3) years after the date of the final payment under this Order.

BREACH/REMEDIES -- In the event of any breach of this Order by Supplier, Customer may (reserving cumulatively all other remedies and rights under this Order, at law and in equity) terminate this Order, in whole or in part, by giving Supplier thirty (30) days' prior written notice of termination thereof; provided, however, that such termination will not be effective if Supplier has cured the breach of which it has been notified prior to the expiration of such thirty (30) day notice period. Additionally, Customer may terminate this Order for convenience by giving Supplier written notice

Signature not required on emailed POs

# Purchase Order

**Lehman Brothers - Americas**
70 Hudson Street
LEHMAN BROTHERS
Jersey City NJ 07302
United States

Vendor:   0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000072755 | Sep-03-2008 | | 4 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 30 | Destination, PPD | | Common |

| Buyer | | Phone | Currency |
|---|---|---|---|
| Holmes,Mary | | 1 201 499 6468 | USD |

Ship To:    AU3XXVBLDG   Attn:   Dukart,Scott
10350 Park Meadows Drive
AURORA LOAN SERVICES
Littleton CO 80124
United States

Bill To:    P.O. Box 2339
Secaucus NJ 07096
United States

Tax Exempt?  N    Tax Exempt ID:

Replenishment Option:  Standard

| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt  Due Date |
|---|---|---|---|---|

specifying the termination date. In such event, Customer will be obliged to pay Supplier at the agreed upon rates for all products and services accepted by Customer up to the effective date of termination. subject to a refund of any unearned, prepaid fees, but will not be liable for any other termination-related charges

MISCELLANEOUS -- Except to the extent the parties have entered into an agreement covering the products and/or services provided hereunder (in which case such other agreement's terms shall apply), (a) this Order constitutes the entire agreement between the Customer and the Supplier and voids all prior agreements concerning the subject matter hereof; and (b) no modification, amendment, supplement to, or waiver of this Order or any of its provisions shall be binding upon the parties unless made in a writing duly signed by both parties, and specifically referencing these T&Cs, and stating that such modification, amendment, or supplement is made to modify, amend or supplement these T&Cs.  No amendment or modification to these T&Cs may be executed via electronic signatures unless the parties first agree in a writing that is not an electronic communication to be bound by electronic signatures. Any purchase order printed on a form provided by Supplier may be used for convenience only, but these T&Cs shall solely control the terms of this Order, and any such terms contained on any form(s) received from Supplier shall be of no force and effect. Failure or delay on the part of Customer to exercise any right hereunder shall not operate as a waiver thereof. Any services performed by Supplier will be performed as an independent contractor, and Supplier will be solely responsible for any applicable payroll or income taxes. This Order shall be governed under the laws of the State of New York, excluding its conflicts of laws rules.  If any term. provision or part of these T&Cs is to any extent held invalid, void or unenforceable by a court of competent jurisdiction, the remainder of these T&Cs will not be impaired or affected thereby, and each term, provision and part will continue in full force and effect, and will be valid and enforceable to the fullest extent permitted by law.  Supplier may not assign this Order or delegate any of its responsibilities hereunder without the prior written consent of the Customer, and any such purported assignment or delegation shall be null and void. Customer may freely assign this order to any affiliate, or to any entity acquiring all or substantially all of its assets or which is a successor by merger to Customer, or to any party acquiring that portion of Customer's business to which the products and/or services purchased or licensed under this Order pertain. Any provision of this Order that contemplates performance or observance subsequent to termination or expiration of the Order (including confidentiality, limitation of liability, indemnification provisions and perpetual licenses) will survive termination or expiration of this Order and continue in full force and effect thereafter.

Signature not required on emailed Pos

Sep 03 08 02:46p                                                                    P.6

## Quote

# EMC²
where information lives

176 SOUTH ST
HOPKINTON MA 01748
United States

Quote Prepared By: Johnson Tijuana A
Email: johnson_Joni@emc.com
Quote #: 1001867651
Date: 03-Sep 2008
Contract
GSA Deal? No

| Prepared For: | Bill To, | Ship To: | Install: |
|---|---|---|---|
| AURORA LOAN SERVICES INC | LEHMAN BROTHERS | AURORA LOAN SERVICES INC | AURORA LOAN SERVICES INC |
| Scott Dukart | ATTN ACCOUNTS Payable | Scott Dukart | Mark A. Bienclinger |
| 720 945-5956 | 201-624-2000 | 720 945-5955 | 720 945- 5136 |
| 10350 PARK MEADOWS DR | PO BOX 2339 | 10350 PARK MEADOWS DR | 10350 PARK MEADOWS DR |
| LITTLETON, CO 80124 | SECAUCUS, NJ 07006 | LITTLETON, CO 80124 | LITTLETON, CO 80124 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | | MISCELLANEOUS | | | | | |
| 1 | 4 | PS-BAS-CEBLK | EMC CUSTOMER ENGINEER 4 HOUR BLOCK | EA | 6,760 | 0% | 6,760 | |
| | | | Services Sub-total | | $ 6,760 | 0% | $ 6,760 | |

EMC Confidential

Sep 03 08 02:46p                                                                    p.7

Page 2 of 3

# EMC²
where information lives

178 SOUTH ST
HOPKINTON, MA 01740
United States

**Quote**

Quote Prepared By  Johnson, Tijuana A
Email  johnson_toni@emc.com
Quote #  1001867651
Date  03-Sep-2008
Contract
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| AURORA LOAN SERVICES INC | LEHMAN BROTHERS | AURORA LOAN SERVICES INC | AURORA LOAN SERVICES INC |
| Scott Dukart | ATTN ACCOUNTS  Payable | Scott Dukart | Mark A. Brendinger |
| 720-945-5955 | 201-524-2000 | 720-945-5955 | 720 945-5135 |
| 10350 PARK MEADOWS DR | PO BOX 2339 | 10350 PARK MEADOWS DR | 10350 PARK MEADOWS DR |
| LITTLETON, CO 80124 | SECAUCUS, NJ 07096 | LITTLETON, CO 80124 | LITTLETON, CO 80124 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Proposal Summary

| Hardware Summary | | | $ 0 | 0% | $ 0 | $ 0 |
|---|---|---|---|---|---|---|
| Software Summary | | | $ 0 | 0% | $ 0 | $ 0 |
| Services Summary | | | $ 6,760 | 0% | $ 6,760 | |

| Total Price (USD) | | | | | $ 6,760 | |
|---|---|---|---|---|---|---|

Post Coverage Maintenance Fees

| Annual HW Maintenance Fee | | $ 0 |
|---|---|---|
| Annual SW Maintenance Fee | | $ 0 |

Note  These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance  Also, the highest level of maintenance is assumed if
maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations)

EMC Confidential

**Quote**

# EMC²
### where information lives

176 SOUTH ST
HOPKINTON, MA 01748
United States

Quote Prepared By: Johnson, Tijuana A
Email: johnson_tan@emc.com
Quote #: 1001887651
Date: 03-Sep-2008
Contract
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| AURORA LOAN SERVICES INC | LEHMAN BROTHERS | AURORA LOAN SERVICES INC | AURORA LOAN SERVICES INC |
| Scott Dukart | ATTN ACCOUNTS Payable | Scott Dukart | Mark A. Brandinger |
| 720-945-6855 | 201-524-2000 | 720-945-6855 | 720 945-6136 |
| 10350 PARK MEADOWS DR | PO BOX 2330 | 10350 PARK MEADOWS DR | 10350 PARK MEADOWS DR |
| LITTLETON, CO 80124 | SECAUCUS NJ 07096 | LITTLETON, CO 80124 | LITTLETON, CO 80124 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer, or if none, to the appropriate, then current, standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request, are

    Equipment and Software - EMC's Basic Ordering Agreement (BOA)
    Lease of Products - EMC's Master Lease Agreement (MLA)
    Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
    Consulting, Technical Solutions, Professional or customized Training Services - EMC's Consulting and Training Services Agreement (CTS)
    Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system in which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges. Customer Education Passports are valid for one (1) year from date of invoice

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities, if any, during the EMC warranty and/or maintenance period. If Customer disconnects, or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay, the amount of EMC's then current, standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period

SPECIAL NOTICE FOR EMC SELECT PRODUCTS  Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer, all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC. EMC does not assume any liability to Customer for such EMC Select products or service whatsoever. Customer shall have recourse only to the manufacturer, not EMC, for all such warranty service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms. EMC Select Products are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

SPECIAL NOTICE FOR EMC SOFTWARE  Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote. Once accepted, the Quote, including the payment obligations, becomes a binding order under the applicable agreement

Agreed by the undersigned, authorized Customer representative
By (Sign) _____
Name (Print) _____
Title _____
Date _____

Rev 050501

## Fax Cover Sheet

SO# 62442957

**EMC²**
where information lives'

**DMS Document Type: Sales Orders**
**Fax #: 1-508-898-4411**

> Is order Shipping (Select one):
> If partial shipment, list all **MODELS** that should NOT ship in the **Comments** section below.
>
> List all RMA's in the "Comments" section below if applicable:

**Total Pages:**

**Date:**            12/31/2007

INVOICED  5207 116 770
AND      5207 122 014

**From:**            Mike Hovermann (NY/NJ)        **To:** O'LEARY, ERIN

**GRO Analyst:***    O'LEARY, ERIN

**Quote Number:***    1    0    0    1    4    9    3    8    5    0

**Bill To Customer:**    Lehman

**Ship To Customer:**    Lehman

**Install At Customer:**

**EMC/ESG Order**        EMC Only

**Doc. Type 1:**        PSOW-Prof Stmt Work

**Doc. Type 2:**        Other

** Comments **

Please book $87,940 on PS-CUS-EMC.

Paperwork includes PCR. BOE is in Synergy.

* Required field for OCR

Fax sent by :                                    12-31-07 14:25    Pg: 2/13



# Lehman OnDemand Centera Migration Project

## Statement of Work

*Prepared for:*

**Lehman Brothers**
70 Hudson Street
Jersey City, NJ 07032
United States

Date: 12/20/07

*Prepared by:*

**EMC Corporation**
2 Penn Plaza
18th Floor
New York City, NY 10001
United States

Version 3
Opportunity #/SOW Number: 631997
PAS Number: 806381
DirectExpress Number: 1001493850

This *Statement of Work* is the *Confidential Information* of *EMC Corporation*

Fax sent by  :                                         12-31-07 14:25    Pg:  3/13

EMC Corporation                                                    *Statement of Work*

# Table of Contents

1.0 Executive Summary ................................................................................................ 1

  1.1 Background and Requirements ............................................................................ 1
  1.2 Objectives ........................................................................................................... 1
  Out of Scope .............................................................................................................. 5
  2.3.7 Location ........................................................................................................... 6
  2.3.8 Primary EMC and Lehman Contacts ............................................................... 6

4.0 Project Guidelines .................................................................................................. 6

  4.1    Change in Scope ............................................................................................. 6
  4.2 Work Hours and Time Off ................................................................................... 7
  4.3 Completion Criteria ............................................................................................. 7

5.0 Terms and Conditions ............................................................................................ 7

6.0 Project Fees and Payment ...................................................................................... 7

  6.1 Notices ................................................................................................................. 7
  6.2 Fees and Invoicing ............................................................................................... 8

7.0 Authorization ......................................................................................................... 9

*EMC Corporation*

*Statement of Work*

## 1.0 Executive Summary

This Statement of Work ("SOW") sets forth the terms under which Lehman Brothers (referred to as Lehman throughout this document) has formally engaged EMC Corporation to provide the project consulting and implementation services ("Consulting Services") described in this SOW.

These services will be focused on the refresh of two (2) G3 Centera's with two (2) G4 Centera's.

### 1.1 Background and Requirements

Lehman has asked EMC to provide the consulting services described within this Statement of Work to assist with the effective and timely migration of data off of two Loaner G4 Centera's Centera to two (2) G4 and G4LP (current Mobius Centera's). In addition provide the Data Erasure services to cleanup the original Mobius Centera's prior to migrating the OnDemand application and the two (2) 9 month loaner Centera's.

This Statement of Work outlines the detailed scope and high-level tasks as well as both EMC and Lehman resources required to complete this effort. This service engagement uses EMC Technology Services resources to required to complete this effort

### 1.2 Objectives

To successfully install two net new Centera's with 72TB of raw capacity. Migrate the objects stored by Mobius on 2 pairs of Centeras (#1043 & #4679) to the OnDemand application serially (1 pair at a time) using a pair of 12 nodes Gen4LP Centeras.
Migrate Centera data in a like for like Centera configuration from Loaner G4 Centera's to original Mobius Centera's and setup IP replication between the frames.

**Project Scope:**

Currently Lehman Centera pairs have bi-directional replication.

| Cranford | Livingston |
|---|---|
| APM00072901043  → | APM00073600790 |
| Gov Edition | |
| •24 Nodes G4LP | |
| •72TB Raw Capacity | |
| •31TB Used Capacity | |
| •5TB Growth in 3 months | |
| | |
| APM00062504679  → | APM00062504681 |
| CE+ | |
| •32 Nodes G4 | |
| •64TB Raw Capacity | |
| •28TB Used Capacity | |
| •4TB Growth in 3 months | |

Step 1: EMC will install 2 loaner Centera's, 1 each in Livingston & Cranford. These will be replicated pairs. (EMC Base Implementation services x2)

Step 2: **Lehman** to read the Mobius objects stored on the original Centera #1043, then write these objects using OnDemand to the loaner Centera until all the objects stored on the Centera by Mobius are written to the loaner Centera by OnDemand. **This Phase is the responsibility of Lehman. Lehman controls the time and effort.**

SOW#:631997
PAS#: 806381
Confidential
Lehman Centera Migration Project
Page 1
12/04/2007

*EMC Corporation*                                                    *Statement of Work*

Step 3: After Phase 1 is finished, EMC needs to:
- Wipe out the original Centera (**Data Erasure Services 4 Frames**)
- Do a C2C migration from the loaner Centera to the original Centera pair #1043

Step 4: EMC to wipe the loaner Centera pair (**Data Erasure Services 2 Frames**) and prep it for the move of Application #2

Step 5: Same as Phase 2 but for Centera #4679. **This Phase is a customer led effort. Lehman controls the time and effort.**

Phase 6: Same as Phase 3 but for Centera pair #4679

Phase 7: EMC to wipe the loaner Centera (**Data Erasure Services**) and return it to EMC

Note: Lehman expects an approximately 50% reduction in the amount of data to migrate due to "clean up" activity that will be possible during the migration.

The expectation is that the 12 Node loaners will provide sufficient capacity to complete the migrations. EMC will continue to monitor the ingest rate & utilization percentage of the frames. In the event that the expected reductions are not achieved we will be able to see that via the utilization trending, notify Lehman and a change order will be written, submitted for review and approval prior to taking direct action to upgrade the units.

*Here are expected requirements to perform this service:*
- Modems and active phone lines for all clusters involved in migration.
- Appropriate number of network connections for the each new cluster.
- Appropriate number of IP Addresses for each new clusters
- Floor space and power supplies for two (2) new Gen4 clusters.
- Available network bandwidth must meet or exceed EMC specified Required Network Bandwidth *as defined in the planning and design phase.*
- Raw capacity used includes clips, blobs, and a mirrored copy for each cluster.
- Net user capacity used excludes the protection copies and/or fragments.
- The Cranford Mobius migration does not exceed 12.7 million unique clips per cluster.
- The Livingston Mobius migration does not exceed 12.7 million unique clips per cluster.

During this engagement, EMC delivers Planning & Design tasks including:
- *Installation of two Centera Content Addressable Storage (CAS) systems in Cranford and Livingston Datacenters configured with ?? terabytes of raw storage.*

- *EMC Centera Integration Assurance*
  - o During the *EMC Centera Integration Assurance* engagement, EMC:
  - o *Meets with Lehman to ensure that the environment and operational implementation requirements (hardware, software, and infrastructure) are met, and provides Lehman with a list of needed/beneficial updates.*
  - o *Plans and schedules the engagement's installation and configuration tasks.*
  - o *Verifies that all information within all EMC installation pre-documents (CCRF) is completed, verified, and approved (following the EMC Customer Service Change Control procedure) before installation timeframe.*
  - o *Installs Centera Integration Assurance Services within Lehman's environment as defined in the CCRF.*
  - o *Coordinates all resources (EMC and Lehman) necessary to complete the installation.*
  - o *Configure Health Check e-mail home functions per specifications, with EMC Support Center.*
  - o *Configures up to two racks (up to 64 nodes) and up to eight access nodes/IP interfaces for the primary Centera (at a maximum of two locations).*

*EMC Corporation*                                                    *Statement of Work*

- o  Configures email notification as dictated by the Centera configuration providing:
  - ▪  SMTP and SNMP for non-compliant environments.
  - ▪  SMTP configuration for compliant environments.
- o  Configures Centera Viewer and/or CLI on the designated user station.
- o  Configures all necessary IP information including but not limited to IP addresses, DNS, and gateway.
- o  Configures replication (if appropriate) and verifies that the target Centera is available and operational.
- o  Verifies that the environment is prepared for Centera installation.
- o  Verifies the installation and/or configuration results.
- o  Verifies Centera readiness for third-party/Lehman applications.
- o  Reviews the EMC Centera Integration Assurance Service acceptance requirements with Lehman assigned resource(s).
- o  Tests and verifies that the:
- o  Centera storage pool is available and operating.
  - ▪  Centera is available and operational within the network environment.
  - ▪  Centera is operating at proper access speeds. This verification includes Centera-specific access speed not application access speed.
  - ▪  Tests and verifies that Centera replication is available and functioning properly.
- o  Provides the applicable Centera Integration Assurance Services documentation.
- o  Validates the Configuration Guide and updates it as needed based on the implementation and required changes.

- ▪  **EMC Data Migration for Centera Conceptual Plan to be based on the following:**

- ▪  Reviews and inventories source and target cluster:
  - o  Health
  - o  Capacity
  - o  Capacity used
  - o  Node object counts
  - o  Estimated object sizes
  - o  Ingest rates
- ▪  Delivers Implementation and Testing tasks including:
  - o  Configures and sets up the data migration process:
  - o  Replication configuration and topology.
  - o  Install and configure C2C Tool client and server software.
  - o  Reviews and inventories source and target cluster health, capacity, capacity used, node object counts, estimated object sizes, and ingest rates.
  - o  If target has data written to it, then compares C-Clips from both source and target clusters and EMC will determine if there are any differences.
  - o  Initializes the data migration process.
  - o  Remotely monitors the data migration process.
  - o  Researches, corrects where reasonably possible, and minimally reports data migration exceptions and corruption that are:
    - ▪  Related to the data migration process.
    - ▪  Not caused by application errors, application abuse of storage system, or user abuse of storage system.
- ▪  Documentation, Functional Overview, and Acceptance
  - o  Uninstall C2C tool from source and target clusters
  - o  Submit final configuration documentation

*EMC Corporation*                                                                    *Statement of Work*

- ### *EMC Centera Centera Data Erasure*

The EMC® *Certified Data Erasure* service to be provided under this SOW ("Services") overwrites all addressable locations on each disk with pattern of random data using a seven-pass algorithm that aligns with Department of Defense (DoD) 5220.22-M recommendation for sanitizing unclassified data on magnetic non-removable rigid disk.

Upon completion of the erasure process, as detailed herein, this Services offering provides a Certificate of Completion for all disk(s) erased in accordance with this SOW. The Services provided under this SOW also enable Customer to retain failed disks from the specified arrays that cannot be erased and are removed as part of warranty or maintenance service, without breaching their EMC warranty or maintenance agreement

For further information concerning DoD 5220.22-M, *National Industrial Security Program Operating Manual*, standards refer to:

- ### *Scope of Services*

Experienced EMC personnel or authorized agents work with Customer staff to deliver the engagement. The scope of this SOW is limited to the following system serial numbers ("Systems") and data center locations only:

| System Serial Number | Data Centera Location |
|---|---|
| APM00072901043 | Cranford |
| APM00062504679 | Cranford |
| APM00073600790 | Livingston |
| APM00062504681 | Livingston |
| Loaner Centera 12 Node | Livingston |
| Loaner Centera 12 Node | Cranford |

Once the data on the identified Systems has been over-written, it can not be recovered.

During this engagement, EMC:

- Conducts a kick-off meeting to review project scope, expectations, communication plans, and availability of required resources.
- Verifies that the environment meets all hardware and software requirements.
- Validates the site.
- Verifies with the customer which Systems are to be erased, that they are no longer needed or have been migrated, and that the Systems are off-line or otherwise not in use by any application.
- Performs the data erasure process in accordance with the option selected by the customer (if applicable) on all disks in the Systems listed above.
- Following completion of the erasure process, EMC shall provide a Completion Report with the erasure status for all disks erased and a Certificate of Completion in accordance with this SOW.
- Leaves any disk(s) that could not be erased under this SOW in the Customer's possession, and does not remove said disk(s) from the specified site.

*EMC Corporation*                                              *Statement of Work*

- Provides replacement disk(s), as to those arrays specified herein, pursuant to the terms of the Customer's existing warranty or maintenance contract.
- **For the Loaner Centera's reset the Systems listed above to factory default state. The unique cluster identity (cluster-ID) of the former Centera System will be destroyed.**

### Out of Scope

EMC provides the Customer with the following deliverables:

| Milestone | Deliverable |
|---|---|
| *Implementation and Testing* | • Data erasure as defined in the *Project Scope* section above. |
| *Documentation, Functional Overview, and Acceptance* | • Completion Report identifying the erasure status of each drive<br>• Certificate of Completion |

- *Customer Obligations for Centera Data Erasure*

The Customer must provide EMC with access to required staff at various times throughout the project. EMC is aware that the staff is dedicated to the daily operations of the facilities and will make every effort to limit the demands on these people.

Prior to and during the engagement, the Customer must:

- Prior to, during, and after this SOW, Customer has responsibility for purging and/or erasing and/or destroying any and all retained disks.
- Be responsible for security and control of the disks to be retained and for establishing and maintaining necessary and appropriate disk chain of custody policies and processes for said disks and/or the data center location(s) where the Service is to be performed.
- Verify that the Systems listed above are to be erased prior to engagement.
- Verify that the Systems listed above are no longer in use, and the data is no longer needed, or has been migrated or otherwise backed-up.

### Out of Scope:

- Configuring robot, tape devices on Solaris
- Configuring robot, tape devices in Veritas Netbackup
- Configuring client backup software, master/media server backup software
- Configuring Veritas Netbackup policies, jobs, scheduling, etc.
- Configuring tape device on Network Appliance NAS devices (ONTAP)
- Configuring for NDMP backups in Veritas Netbackup and Network Appliance NAS devices
- Installing and configuring host HBA's
- Running FC cables to any host
- Performance analysis of existing backup and new backup environment, including backup hosts, SAN and LAN (except for CDL)

During the **Test and Acceptance** process, the services outside the scope include, but are not limited to, the following:

Lehman-specific tests not negotiated prior to the implementation.

SOW#:631997
PAS#: 806381

Confidential
Lehman Centera Migration Project

Page 5
12/04/2007

*EMC Corporation*                                                                    *Statement of Work*

### 2.3.7 Location

The Services shall be performed primarily at Lehman's facilities located at 70 Hudson Street, Jersey City, NJ and Cranford datacenter (work sites). However, EMC shall have the option of performing appropriate portions such as planning and documentation at an EMC selected location (the "EMC site").

### 2.3.8 Primary EMC and Lehman Contacts

Refer to the following table for the EMC and Lehman primary contacts and the method to contact them.

**Table 1.      Primary Contacts**

|  | EMC Contact | EMC Contact |
|---|---|---|
| Name | Mike Ryan | Michael Ryan |
| Title | Client Solutions Director | Division Manager |
| Office Number |  |  |
| Mobile Number | 973 632-1601 |  |
| E-mail Address | . ryan_mike@emc.com |  |

## 4.0  Project Guidelines

### 4.1      Change in Scope

*Process*

The EMC Primary Contact has overall responsibility for the change process. When a change is desired, the requestor (EMC or Lehman) notifies the EMC Primary Contact who will:

Prepare a preliminary Project Change Request Form to identify the nature of the requested change;

Acknowledge receipt of the Change Request;

Conduct an initial Impact Assessment to determine the effects, if any on the consulting and implementation service's schedule as well as any costs associated with utilizing resources to perform a full Change Request analysis. If the Impact Assessment indicates using resources to analyze the Change Request affects the consulting and implementation services schedule or costs, EMC shall obtain Lehman's approval before performing the Change Request analysis;

Report the Change Request status in the Progress Reports.

*Review and Approval*

If Lehman approves a full Change Request analysis, EMC shall prepare a *Project Change Request Form* detailing the change and its justification for the change, directing the analysis effort to the appropriate resources. EMC will incorporate this analysis into a final *Project Change Request Form* containing estimated cost, schedule and resource requirements, technical feasibility, and recommended disposition such as:

Implementation without adjusting current cost or delivery schedule

Implementation with impact to Lehman's cost of delivery schedule

Recommendation as a follow-on project

If EMC finds the project not technically or economically feasible, EMC will provide an explanation detailing the reason.

*EMC Corporation*                                          *Statement of Work*

EMC shall reviews the *Project Change Request Form* with Lehman and mark it as "accepted" or "withdrawn," for signature by both parties. If "accepted", the parties shall revise the SOW to update relevant descriptions of consulting and implementation services and invoicing. EMC agrees to contact Lehman IT Procurement immediately upon approval of any Project Change Request Form requiring additional fees and to include Lehman IT Procurement in all discussions regarding cost.

### 4.2  Work Hours and Time Off

Normal work hours for the resources will be from Monday at 8:00am through Friday at 5:00pm, five days a week. However, EMC acknowledges and agrees that work outside of these hours may be required for the successful and timely completion of the work specified in this Statement of Work. EMC agrees to assign its personnel as necessary for the successful and timely completion of this work at no additional charge to Lehman.

"Normal work hours" shall mean the period during a working day that Lehman expects that a professional performing services for the Lehman should devote to his duties and responsibilities in connection with this Statement of Work. Such period (i) shall consist of substantially all of the professional's business time during such working day (defined as a minimum of 8 hours, excluding lunch hour), (ii) shall include substantially all of Lehman's regular business hours (9:00AM to 5:00PM), unless Lehman shall have otherwise agreed, and (iii) shall include such additional time as the professional's duties and responsibilities in connection with this Statement of Work may reasonably require.

### 4.3  Completion Criteria

The services to be performed during each Phase and the deliverable, if any, associated with the Phase are described above. The acceptance criteria for each Phase will be Lehman's validation in writing of the successful completion of the applicable portion of the services and presentation of a conforming deliverable, such validation not to be unreasonably withheld.

If EMC, in its reasonable opinion, judges that it has delivered the services and deliverables for a particular Service specified herein, EMC shall send Lehman a written notification certifying such delivery and requesting Lehman's acceptance. If Lehman is satisfied with the performance for that phase, its signature will indicate acceptance. If Lehman indicates that EMC has not satisfactorily completed the phase, the parties will meet and use good faith to resolve difficulties.

## 5.0  Terms and Conditions

This SOW is issued under the Amendment to Data Processing Technical Services Agreement between EMC Corporation and Lehman Brothers signed on March 30, 2007. If there is any disagreement between the terms and conditions of this SOW and the terms and conditions of the Data Processing Technical Services Agreement, the terms and conditions of the Data Processing Technical Services Agreement shall govern.

## 6.0  Project Fees and Payment

### 6.1  Notices

With the exception of Purchase Orders, acknowledgements, invoices, payments and other usual and routine communications, all other notices or writings required or permitted under this *SOW*, including but not limited to notices of default or breach, shall be signed by an authorized

*EMC Corporation*                                                    *Statement of Work*

representative of the sender, sent to the respective individuals identified below (which may be changed by written notice to the other), and shall be deemed to have been received (i) when hand delivered to such individuals by a representative of the sender, or (ii) three (3) days after having been sent postage prepaid, by registered or certified first class mail, return receipt requested, or (iii) when sent by electronic transmission, with written confirmation by the method of transmission, or (iv) one (1) day after deposit with an overnight carrier for next-day delivery, with written verification of delivery.

### Table 2.        Responsible Parties

| For EMC | For Lehman |
|---------|------------|
| EMC Corporation | Lehman |
| 176 South Street | 70 Hudson Street |
| Hopkinton, MA 01748 | Jersey City, NJ 07302 |
| United States | United States |

### 6.2 Fees and Invoicing

The total fixed-fee for the Consulting Services identified in this *Statement of Work* (inclusive of travel and related expenses) is USD $87,940

Travel and related expenses incurred by EMC in its performance of the services hereunder are included in the stated fees.

Inclusive in the EMC solution are sufficient resources to successfully complete the project as outlined within this SOW. If Lehman requires resources above the stated resources, or if the project extends past September 1, 2008, EMC will provide additional resources on a Time and Material basis. To ensure the Lehman is continually aware of the status of the project, the EMC Project Manager will provide written updates to the Lehman twice a month of the project status. If strategic dates are missed or changed it is the responsibility of the EMC Project Manager to escalate to Lehman's management.

*EMC Corporation*                                                    *Statement of Work*

EMC shall invoice Lehman in accordance with the information provided in the following Schedule.

### Table 3.    Milestone / Event Schedule

| Milestone / Event | Amount Due (USD) |
|---|---|
| *Lehman Signature of this Statement of Work* | $11,428 |
| *Lehman Acceptance of the Completion of Centera Implementation* | $18,000 |
| *Lehman Acceptable of the Completion of the CE+ Centera Migrations* | $13,665 |
| *Lehman Acceptable of the Completion of the Gov Edition Centera Migrations* | $14,046 |
| *Centera Data Erasure Services for Two 12 Node Centera* | $5,600 |
| *Centera Data Erasure Services for Two 24 Node Centera* | $11,200 |
| *Centera Data Erasure Services for Two 32 Node Centera* | $14,000 |
| **Total** | **$87,940** |

EMC uses a standard Milestone Completion Form (MCF) as the basis for all services invoicing. If Lehman signs the Milestone Completion Form, EMC is authorized to issue the applicable invoice. All payments under this Agreement shall be due within thirty (30) days of the date of receipt of each invoice.

The results, accuracy, and contents of EMC's deliverables are dependent in part upon the content and accuracy of information provided by Lehman. Once a schedule has been mutually agreed upon, EMC shall make reasonable efforts to accommodate changes requested by Lehman.

To the extent possible, Lehman shall send the EMC Project Manager notice of postponements or delays at least ten business days in advance of the scheduled event. If EMC is not reasonably able to "work-around" the postponement or delay, especially in instances where the consulting and implementation services require participation by Lehman personnel that become unavailable, EMC's committed dates will be extended by the period of such postponement or delay.

## 7.0 Authorization

This Statement of Work # 631997 is the complete and exclusive agreement between EMC and Lehman with regard to its subject matter, and supersedes all prior oral or written proposals, agreements, representations and other communications between the parties with respect to the consulting and implementation services and shall prevail notwithstanding any different, conflicting or additional terms and conditions which may appear on any order or other document submitted by Lehman.

All parties hereby acknowledge that they have read and do understand this SOW and all attachments hereto, and agree to all terms and conditions stated herein.

IN WITNESS WHEREOF, the parties have caused the Statement of Work to be signed on the respective dates indicated below.

Fax sent by  :                                    12-31-07 14:27    Pg: 13/13

LEHMAN BROTHERS    12/31/2007 12:03 PM  PAGE    7/008    LEHMAN BROTHERS

*EMC Corporation*                                              *Statement of Work*

| Acceptance of Statement of Work - Number 631997 | |
|---|---|
| **For EMC Corporation** | **For EMC Corporation** |
| Signature | Signature |
| Printed Name -- Mike Ryan | Printed Name |
| Title – Client Solutions Director | Title |
| Date    12/31/07 | Date |

# Lehman Piscataway Data Center Migration Project SOW

**RE-DIRECT**

| Prepared for: | Prepared by: |
|---|---|
| **Lehman Brothers** | **EMC Corporation** |
| 70 Hudson Street | |
| Jersey City, NJ 07032 | 2 Penn Plaza |
| Date: 3/27/2008 | 18th Floor |
| | New York City, NY 10001 |

## 1.0  Executive Summary

This Statement of Work ("SOW") sets forth the terms under which Lehman Brothers (referred to as Lehman throughout this document) has formally engaged EMC Corporation to provide the project consulting and implementation services ("Consulting Services") described in this SOW.

### 1.1 Background and Requirements

Lehman has asked EMC to provide the consulting services described within this SOW. Lehman has requested EMC Professional Services to scope the planning and management of a data migration of Lehman Storage Area Network data as part of a technology relocation project to move from multiple data centers to a new data center in Piscataway NJ.

### 1.2 Objectives

| Serial No: | Purpose | Array | Location | Current TB's |
|---|---|---|---|---|
| • HK187430988 | General | DMX1000 P2 | LIVINGSTON | 18.7 |
| • HK187721115 | General | DMX2000 M2 | LIVINGSTON | 35.0 |
| • HK187721176 | General | DMX2000 M2 | LIVINGSTON | 33.9 |
| • HK187720313 | General | DMX2000 M2 | LIVINGSTON | 33.9 |
| • TN187401225 | Equities | DMX1000 M2 | LIVINGSTON | 17.5 |
| • HK187750771 | General | DMX2000 M2 | LIVINGSTON | 34.5 |
| • HK187721725 | General | DMX2000 M2 | LIVINGSTON | 33.3 |
| • SA387720013 | General | DMX2000 M2 | 85-10th Ave | 40.2 |
| Total | | | | **284.9** |

**Note:** EMC has included the extension of the maintenance on the Serial Numbers above to December 31, 2008.

## 2.0    Project Scope:

### 2.1    Services

**Planning Design & Discovery**

One EMC SAN/Migration Consultant to analyze and identify VCM and Zoning cleanup of all source arrays and switches in these data centers.

EMC will complete the following activities:
* Pre-migration layout

SOW#: 683490
PAS#: xxx DXP: 1001619607
Confidential
Lehman Piscataway DC Migration Project
Page 1
03/27/2008

- Operational Environment sanitized for migration to DMX4

- Host remediation list (Remediation is the responsibility of Lehman)

- Creation of server migration schedule using the Lehman Brothers provided the list of frames

- EMC will generate the list of hosts provided access to grabs or the WWN to hosts are provided and EMC resources are given access to the onsite SAN team  This is needed to allow for unforeseen add-hoc changes in the week to week migration schedule that typically occur.

## Implementation & Migration of tier 1 (146g) Storage

- The scope of this project is based on 4 dedicated resources for a 5 month data migration project migrating over a maximum of 10 migration weekends of a maximum of 75 servers per migration weekend. There are 400 servers targeted to move in this SOW for 2008. In the event that additional server moves are required due to EMC's inability to migrate the agreed upon number of servers EMC will extend the SAN/Migration residents at zero cost to Lehman to complete the originally agreed upon list of servers. This extension at zero cost cannot exceed two weeks.

- Migrations to the new arrays will be like-for-like except for migrations to the "value storage".

- As we work through the plan we will determine the weekends the migrations will occur but as a planning target we assume this will happen sometime over the July - October 2008 timeframe with data erasure and clean up occurring in early November.

## Value Storage (1tb drives) Migration:

- Migrate approximately 40 raw TB's of data from various DMX 2's with 146G drives to one DMX4 with 1TB drives (value storage).  The volume size on the 1 TB drives is 32GB.  Due to the volume size difference between these DMX2 to DMX4, SRDF or any block level migration will not produce a final optimized migration configuration. To produce an optimal migration configuration a file level migration must be used. Each server migrated to value storage will be evaluated and the most efficient migration process will be determined.

- Migration could be performed in a variety of ways.  If the migration involves new servers at the target side (Piscataway), a host based process can migrate data from source to target in one stage.

- If the migration involves a physical move of the server, data can be migrated via SRDF between the 8G source and the 32G target volumes.  Data from each source 8G volume will be migrated with SRDF to a 32G target.  When the server is moved to target side, appropriate storage on 32G volumes will be assigned to the server and host based tools will be used to migrate from the initial SRDF volumes to the final volumes.  After this process the initial SRDF volumes will be removed from the server.  This migration will be a two stage process.

- EMC is responsible for migrations to the DMX4-950 "value storage" array for a maximum of 100 servers  The migration approach selected will not introduce any new infrastructure into the environment  In the event new infrastructure is required (ie RecoverPoint) a request for change in services will be documented and require mutual agreement prior to proceeding with the move of "value storage".

- As we work through the plan we will determine the weekends the migrations will occur but as a planning target we assume this will happen sometime over the July - October 2008 timeframe with data erasure and clean up occurring in early November.

## The timeline will be:

- June - 1 dedicated resource onsite to start cleanup (which may require host based migration within the same datacenter only) & finalize migration plans

- July 1st - 3 additional dedicated resources onsite  Migrations begin

- July - October –Migration of data off 8 DMX frames with approximately 400 servers.

- November  - Data erasure & final clean ups

- In order to mutually protect Lehman Brothers and EMC resource allocation against any unforeseen delays in the implementation/migration phase the following understanding is agreed upon by both parties:

- During the Planning and Design Phase of the SOW a migration schedule will be established thereby determining a resource allocation schedule

- Also during the Planning and Design phase Lehman Brothers and EMC PM will discuss the dedicated resource deployment schedule. For example, it may be advantageous to provide a staggered deployment of the 3 Migration resources so there is a phase in and phase out approach whereby resources can be deployed beyond the November 2nd timeframe to perform any cleanup remaining.

- In the event that the migration schedules as agreed upon in the planning and design are extended beyond 4 weeks Lehman Brothers must provide EMC 4 weeks advanced noticed in order for EMC to withdraw their resources and schedule a mutually agreeable re-start date at zero cost to Lehman Brothers.

- If Lehman Brothers requires resources above the stated resources, or if the project extends past December 31st, 2008, EMC will provide additional resources on a Time and Material basis. To ensure Lehman Brothers is continually aware of the status of the project, the EMC Project Manager will provide written updates twice a month of the project status. If strategic dates are missed or changed it is the responsibility of the EMC Project Manager to escalate to Lehman Brothers management.

- The distribution of servers to be migrated and cutover per migration event is equally amortized across 8 semi-monthly migration periods.

EMC to provide the following resources during this engagement:

- Four 4 dedicated SAN/Migration resources as staff augmentation and 1 Sr. Advisory Consultant

- Each of the four dedicated SAN/Migration resources work days are 10 hours in length with a minimum of five work days with in every week

- The lead Architect/Consultant Dan Considine or Luis Pacheco will be engaged for a total of 5 months broken out as follows:
    - 20 Days (1 month) for Planning, Design and Host Cleanup
    - 10 weeks @ 6 days=60 days  (migration weeks)
    - 10 weeks @ 5 days=50 days (non-migration and clean-up weeks)

- Three (3) additional SAN/Migration resources will be engaged after the initial 20 day plan/design/cleanup for a total of 5 months for implementation, migration and post migration cleanup broken out as follows:
    - 10 weeks @ 6 days=60 days @ 3 people = 180 days (migration weeks)
    - 10 weeks @ 5 days=50 days @ 3 people = 150 days (non-migration and clean-up weeks)

- One SAN/Migration Sr. Advisory Consultant Luis Pacheco or Dan Considine to provide quality control and pre-migration audit for 5 to 8 hrs per month in an advisory capacity

- Note that the 4 SAN/Migration resource end dates may vary due to different start dates and different days worked during the time. Once these resources are deployed, it is our understanding that they will be deployed fulltime until their specified time duration is complete and/or the work effort in this SOW is complete.

- One (1) **Regional Technical Specialist** for forty (40) 8 hour days.

- One (1) **Customer Engineer** resource for forty four (44) 8 hour days.

- One (1) **Project Manager** resource for one hundred five 8 hour (105) days.

- One (1) **Sr. Solution Architect** resource for twenty (20) 8 hour days.

- One (1) **Sr. Performance Specialist** resource for fifty eight (58) 8 hour days

### *EMC Symmetrix Performance Analysis (Pre & Post Migration)*

**Project Scope:**

EMC will provide Performance analysis expertise to ensure the optimal placement of data from the EMC environment. The Sr. Performance Analysis will conduct the pre and post migration analysis over the course of the migrations.

SOW#: 683490
PAS#: xxx DXP: 1001619607

Confidential
Lehman Piscataway DC Migration Project

Page 3
03/27/2008

- Prior to each Server Group move the Performance Analysis will assess each server at the Symmetrix level (EMC grabs) and provide Lehman with performance information which will be used to tune performance. establish optimal volume layout and SAN design where appropriate

- As a result of each pre migration performance snapshot  migration will be optimized to provide balanced performance on the DMX

- Lehman has requested that EMC perform the iostat data collection on 60 critical applications. This may require separate department logins for subset of the 60 critical migrated servers. Lehman is committed to providing this necessary logins so the EMC Performance Specialist does not consume his hours obtaining these authorizations.

- Exchange and NAS host are out of scope

SOW#: 683490
PAS#: xxx DXP: 1001619607

Confidential
Lehman Piscataway DC Migration Project

Page 4
03/27/2008

- ➢ Pre-Migration Performance Analysis and Base lining
  - 1 DMX 2000 frame at 8510 DC (Local + SRDF; Local migrates to PDC, SRDF migrates to Cranford existing frame), 5 DMX 2000 in Livingston, 2 DMX 1000 in Livingston
  - 60 open systems servers iostat (Solaris, Linux), all 400 servers analyzed per server move group at an array level
- ➢ Post-Migration Performance Analysis and Base lining
  - 4 DMX-4 (Piscataway Data Center), 1 DMX-3 (Cranford)
  - 60 open systems servers iostat, all 400 servers analyzed per server move group at an array level
- ➢ Data Requirements
  - WLA EMC Performance Manager (TTP interval files – 30 days)
  - Symcli data from each Symmetrix array – one time only (root login required on application host)
  - Bin Files – one time only
  - Appropriate host performance data (IOSTAT data – 7 days)
- ➢ Components Analyzed For Each Symmetrix DMX
  - I/O Profile of the overall array
  - Fiber Adapter Channels , Cache Utilizations
  - Disk Directors, Remote Fibre Director
  - Device Utilizations, Disk Utilizations (Physical)

## Deliverables

- At the completion of the performance analysis, EMC will provide a completed balanced DMX performance report providing a snapshot of the performance environment after the migration, including any tuning recommendations provided to Lehman.
- Complete detailed performance analysis for each Symmetrix
- Symmetrix Performance Profile Dashboard
- Enterprise Symmetrix IO Performance Load Dashboard
- Device Group Performance Profiles Report
- Host Performance Profiles 60 hosts post migration (iostat output)
- A list of server anomalies that are out of performances specifications and may require SA and/or DBA intervention

### EMC Certified Data Erasure for 8 DMXs to be defined by Lehman Brothers

These erasure functions are usually performed via three over- writes of the existing data from a combination of the random patterns available. EMC Certified Data Erasure is DOD-Compliant, regardless of the specific supported approaches used within this service.

1. Service Processor invoked Erasure for Symmetrix and/or DMX arrays.

EMC Customer Service technicians invoke a Service Processor based utility to fully erase the data on a Symmetrix and/or DMX Storage Array This erasure can only be performed on an entire storage subsystem. There is no capability to erase single LUNs or physical drives. It is critical to note that physical mirrors, including established BCVs or Replication pairs, will be overwritten when the specified device is overwritten

## 2.2    Out of Scope:

- VMware server migrations (ie VM motion) out of scope  EMC will be responsible for moving storage related to VMware servers where SRDF is the method of migration.

- Scheduling of host outages or cutovers with end-users (to be complete by Lehman).
- All server migrations are "array" based; with no host based migrations are in-scope except within datacenters for clean up only

### 2.3  Location

The Services shall be performed primarily at Lehman's facilities located at 70 Hudson Street, Jersey City, NJ and 8510, Livingston and Piscataway datacenter (work sites). However, EMC shall have the option of performing appropriate portions such as planning and documentation at an EMC selected location (the "EMC site").

### 2.4 Primary EMC and Lehman Contacts

Refer to the following table for the EMC and Lehman primary contacts and the method to contact them.

**Table 1.    Primary Contacts**

|  | EMC Contact | Lehman Contact |
|---|---|---|
| Name | Mike Ryan | Sara O'Neill |
| Title | Client Solutions Director | Vice President |
| Office Number | 973 632-1601 | 201 499-6527 |
| Mobile Number |  |  |
| E-mail Address | ryan_mike@emc.com | sara@lehman.com |

# 4.0 Project Guidelines

### 4.1 Change in Scope

*Process*

The EMC Primary Contact has overall responsibility for the change process. When a change is desired, the requestor (EMC or Lehman) notifies the EMC Primary Contact who will:

- Prepare a preliminary Project Change Request Form to identify the nature of the requested change;

- Acknowledge receipt of the Change Request;

- Conduct an initial Impact Assessment to determine the effects, if any on the consulting and implementation service's schedule as well as any costs associated with utilizing resources to perform a full Change Request analysis. If the Impact Assessment indicates using resources to analyze the Change Request affects the consulting and implementation services schedule or costs, EMC shall obtain Lehman's approval before performing the Change Request analysis;

*Review and Approval*

If Lehman approves a full Change Request analysis, EMC shall prepare a *Project Change Request Form* detailing the change and its justification for the change, directing the analysis effort to the appropriate resources. EMC will incorporate this analysis into a final *Project Change Request Form* containing estimated cost, schedule and resource requirements, technical feasibility, and recommended disposition such as:

If EMC finds the project not technically or economically feasible, EMC will provide an explanation detailing the reason. EMC shall reviews the *Project Change Request Form* with Lehman and mark it as "accepted" or "withdrawn," for signature by both parties. If "accepted", the parties shall revise the SOW to update relevant descriptions of consulting and implementation services and invoicing  EMC agrees to contact Lehman IT Procurement immediately upon approval of any Project Change Request Form requiring additional fees and to include Lehman IT Procurement in all discussions regarding cost.

SOW#: 683490
PAS#: xxx DXP: 1001619607
Confidential
Lehman Piscataway DC Migration Project
Page 6
03/27/2008

## 5.0 Terms and Conditions

This SOW is issued under the Amendment to Data Processing Technical Services Agreement between EMC Corporation and Lehman Brothers signed on March 30, 2007. If there is any disagreement between the terms and conditions of this SOW and the terms and conditions of the Data Processing Technical Services Agreement, the terms and conditions of the Data Processing Technical Services Agreement shall govern.

## 6.0 Project Fees and Payment

The total fixed-fee for the Consulting Services identified in this *SOW* (inclusive of travel and related expenses) is USD $106,000 Sales re-direct.

Travel and related expenses incurred by EMC in its performance of the services hereunder are included in the stated fees.

EMC uses a standard Milestone Completion Form (MCF) as the basis for all services invoicing. If BNYM signs the Milestone Completion Form, or does not file a written notice outlining any issues with work performed within seven (7) days after receipt of the MCF, the Services shall be deemed to be delivered. EMC is authorized to issue the applicable invoice upon delivery of a signed MCF. Payment is due within thirty (30) days after the date of the invoice.

EMC shall invoice Lehman in accordance with the information provided in the following Schedule.

**Table 2.        Milestone / Event Schedule**

| Milestone / Event | Amount Due (USD) |
|---|---|
| *Lehman Inception Fee* | |
| *Completion of Phase I – Planning & Design Phase* | |
| *Completion of Phase II – Migration of 1st 100 servers* | |
| *Completion of Phase II – Migration of 2nd 100 servers* | |
| *Completion of Phase II – Migration of 3rd 100 servers* | |
| *Completion of Phase II – Migration of 4th 100 servers* | |
| | |
| *DMX  Data Erasure Services on 8 arrays (Billed on inception of SOW)* | |
| *Lehman Acceptance of the Pre-Migration Performance Analysis* | |
| *Lehman Acceptance of the Post-Migration Performance Analysis* | |
| **Total** | **$106,000** |

## 7.0 Authorization

This SOW # *683490*, together with the Customer Agreement and Amendment 1 to the Customer Agreement (each of which are incorporated by reference into this SOW) is the complete and exclusive agreement between EMC and Lehman with regard to its subject matter, and supersedes all prior oral or written proposals, agreements, representations and other communications between the parties with respect to the consulting and implementation services and shall prevail notwithstanding any different, conflicting or additional terms and conditions which may appear on any order or other document submitted by Lehman.

All parties hereby acknowledge that they have read and do understand this SOW and all attachments hereto, and agree to all terms and conditions stated herein.

IN WITNESS WHEREOF, the parties have caused the SOW to be signed on the respective dates indicated below.

| Acceptance of SOW - Number 683490 | |
|---|---|
| **For EMC Corporation** | **For EMC Corporation** |
| Signature | Signature |
| Printed Name – ~~Mike Ryan~~ _Jeff Green_ | Printed Name _Mike Graynbery_ |
| Title – Client Solutions Director | Title _Global Account Manager_ |
| Date    3/28/08 | Date 3/28/08 |

SOW#: 683490
PA5#: xxx DXP: 1001619607

Confidential
Lehman Piscataway DC Migration Project

Page 8
03/27/2008

# Purchase Order

## Lehman Brothers - Americas
70 Hudson Street
Jersey City NJ 07302-4585
United States

**Vendor:** 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

### CHANGE ORDER
**Dispatch via E-Mail**

| Purchase Order | | Date | Revision | | Page |
|---|---|---|---|---|---|
| LBUSA-0000061291 | | Mar-28-2008 | 1 - Mar-28-2008 | | 1 |
| **Payment Terms** | **Freight Terms** | | | | **Ship Via** |
| Net 30 | Destination, PPD | | | | Common |
| **Buyer** | | **Phone** | | | **Currency** |
| Foster,Pamela | | 1 201 499 2042 | | | USD |

**Ship To:** PSCXXVBLDG  Attn:  Artov,Roman
40 Corporate Place South
Piscataway NJ 08854-6144
United States

**Bill To:** P.O. Box 2339
Secaucus NJ 07096-2339
United States

| Tax Exempt? N | Tax Exempt ID: | | Replenishment Option: | Standard | | | |
|---|---|---|---|---|---|---|---|
| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
| 1- 1 | EMC Professional Services for Piscataway DC Buildout and Migration" | | 1.00 EA | 1,187,120.00 | 1,187,120.00 | Apr-11-2008 |

Schedule Total          1,187,120.00

Item Total          1,187,120.00

QUOTE # 1001619607

Total PO Amount          1,187,120.00

## PURCHASE ORDER TERMS AND CONDITIONS

ACCEPTANCE; TERM; TERMINATION -- These terms and conditions (the "T&Cs") constitute Customer's acceptance of Supplier's offer (the "Offer," together with the T&Cs, the "Order") to sell and/or license products and/or services, as applicable, to the Customer identified in this Order.  Customer's acceptance of this Order is expressly subject to the terms and conditions contained herein, unless otherwise expressly agreed to in a writing signed by Customer pursuant to the Section titled "Miscellaneous" below. If ongoing services are to be provided pursuant to this Order, the term of such services shall be one year unless otherwise specified in the T&Cs or in a writing signed by the parties. Customer may renew services under the same T&Cs at any time by providing written notice to Supplier for subsequent one-year terms unless Supplier provides notice of non-renewal to Customer no later than sixty days prior to the end of the then-current term. If neither party gives notice of renewal or non-renewal. upon the expiration of the term, this Order shall continue month-to-month under these T&Cs.

FEES -- Invoices shall be sent to Customer's address set forth in this Order.  Undisputed invoices shall be payable within sixty (60) days of receipt. Supplier shall not invoice any products or services provided hereunder at a price higher than that shown on this Order, which price includes all applicable federal, state and local taxes.  If the price is omitted on the Order, the price will be the lowest prevailing market price for such products or services  Customer shall not be responsible for any charges for delivery, installation, transportation or packaging. Supplier will not be entitled to reimbursement from Customer for any expenses it incurs in connection with fulfilling this Order

DELIVERY AND ACCEPTANCE; RISK OF LOSS; CUSTOMER'S PROPERTY -- Title and risk of loss shall remain with Supplier until products purchased under this Order have been delivered to  Customer at the location specified in the Order and have been accepted by Customer If Supplier does not comply with Customer's delivery schedule, Customer may either approve a revised schedule or terminate the Order without liability  Upon delivery, Customer may inspect all products and services purchased hereunder to determine if they meet all applicable requirements, and are otherwise in good condition, suitable for their intended business use. IF, IN THE REASONABLE JUDGMENT OF CUSTOMER, THE PRODUCTS OR SERVICES ARE UNSATISFACTORY, CUSTOMER MAY REJECT SUCH PRODUCTS OR SERVICES  Customer shall return rejected products to Supplier at Supplier's expense.  Except for Software licensed to Customer hereunder, all products and services provided to Customer under this Order shall be and remain the personal property of Customer.  Any developed works or other intellectual property or materials created by Supplier under this Order shall be owned exclusively by Customer.

SOFTWARE  -- This Section will apply to the extent that this Order includes Software (embedded or stand-alone). Unless otherwise specified in the T&Cs or in another applicable agreement between the parties, Supplier grants to Customer a worldwide, perpetual, royalty-free license to use, display and perform the Software identified in this Order in the ordinary course of Customer's business operations and for its own business purposes, including, but not limited to, processing its own

**Signature not required on emailed Pos**

# *Lehman Piscataway Data Center Migration Project SOW*

*Prepared for:*

**Lehman Brothers**
70 Hudson Street
Jersey City, NJ 07032
Date: 3/27/2008

*Prepared by:*

**EMC Corporation**

2 Penn Plaza
18th Floor
New York City, NY 10001

## 1.0  Executive Summary

This Statement of Work ("SOW") sets forth the terms under which Lehman Brothers (referred to as Lehman throughout this document) has formally engaged EMC Corporation to provide the project consulting and implementation services ("Consulting Services") described in this SOW

### 1.1 Background and Requirements

Lehman has asked EMC to provide the consulting services described within this SOW. Lehman has requested EMC Professional Services to scope the planning and management of a data migration of Lehman Storage Area Network data as part of a technology relocation project to move from multiple data centers to a new data center in Piscataway NJ.

### 1.2 Objectives

| Serial No: | Purpose | Array | Location | Current TB's |
|---|---|---|---|---|
| • HK187430988 | General | DMX1000 P2 | LIVINGSTON | 18.7 |
| • HK187721115 | General | DMX2000 M2 | LIVINGSTON | 35.0 |
| • HK187721176 | General | DMX2000 M2 | LIVINGSTON | 33.9 |
| • HK187720313 | General | DMX2000 M2 | LIVINGSTON | 33.9 |
| • TN187401225 | Equities | DMX1000 M2 | LIVINGSTON | 17.5 |
| • HK187750771 | General | DMX2000 M2 | LIVINGSTON | 34.5 |
| • HK187721725 | General | DMX2000 M2 | LIVINGSTON | 33.3 |
| • SA387720013 | General | DMX2000 M2 | 85-10th Ave | 40.2 |
| Total | | | | 284.9 |

Note: EMC has included the extension of the maintenance on the Serial Numbers above to December 31, 2008.

## 2.0    Project Scope:

### 2.1    Services

**Planning Design & Discovery**

One EMC SAN/Migration Consultant to analyze and identify VCM and Zoning cleanup of all source arrays and switches in these data centers.

EMC will complete the following activities:
* Pre-migration layout
* Operational Environment sanitized for migration to DMX4
* Host remediation list (Remediation is the responsibility of Lehman)

SOW#: 683490
PAS#: xxx DXP: 1001619607

Confidential
Lehman Piscataway DC Migration Project

Page 1
03/27/2008

- Creation of server migration schedule using the Lehman Brothers provided the list of frames
- EMC will generate the list of hosts provided access to grabs or the WWN to hosts are provided and EMC resources are given access to the onsite SAN team. This is needed to allow for unforeseen add-hoc changes in the week to week migration schedule that typically occur.

## Implementation & Migration of tier 1 (146g) Storage

- The scope of this project is based on 4 dedicated resources for a 5 month data migration project migrating over a maximum of 10 migration weekends of a maximum of 75 servers per migration weekend. There are 400 servers targeted to move in this SOW for 2008. In the event that additional server moves are required due to EMC's inability to migrate the agreed upon number of servers EMC will extend the SAN/Migration residents at zero cost to Lehman to complete the originally agreed upon list of servers. This extension at zero cost cannot exceed two weeks.
- Migrations to the new arrays will be like-for-like except for migrations to the "value storage".
- As we work through the plan we will determine the weekends the migrations will occur but as a planning target we assume this will happen sometime over the July - October 2008 timeframe with data erasure and clean up occurring in early November.

## Value Storage (1tb drives) Migration:

- Migrate approximately 40 raw TB's of data from various DMX 2's with 146G drives to one DMX4 with 1TB drives (value storage). The volume size on the 1 TB drives is 32GB. Due to the volume size difference between these DMX2 to DMX4, SRDF or any block level migration will not produce a final optimized migration configuration. To produce an optimal migration configuration a file level migration must be used. Each server migrated to value storage will be evaluated and the most efficient migration process will be determined.
- Migration could be performed in a variety of ways. If the migration involves new servers at the target side (Piscataway), a host based process can migrate data from source to target in one stage.
- If the migration involves a physical move of the server, data can be migrated via SRDF between the 8G source and the 32G target volumes. Data from each source 8G volume will be migrated with SRDF to a 32G target. When the server is moved to target side, appropriate storage on 32G volumes will be assigned to the server and host based tools will be used to migrate from the initial SRDF volumes to the final volumes. After this process the initial SRDF volumes will be removed from the server. This migration will be a two stage process.
- EMC is responsible for migrations to the DMX4-950 "value storage" array for a maximum of 100 servers. The migration approach selected will not introduce any new infrastructure into the environment. In the event new infrastructure is required (ie RecoverPoint) a request for change in services will be documented and require mutual agreement prior to proceeding with the move of "value storage"
- As we work through the plan we will determine the weekends the migrations will occur but as a planning target we assume this will happen sometime over the July - October 2008 timeframe with data erasure and clean up occurring in early November.

## The timeline will be:

- June - 1 dedicated resource onsite to start cleanup (which may require host based migration within the same datacenter only) & finalize migration plans
- July 1st - 3 additional dedicated resources onsite. Migrations begin
- July - October -Migration of data off 8 DMX frames with approximately 400 servers.
- November - Data erasure & final clean ups
- In order to mutually protect Lehman Brothers and EMC resource allocation against any unforeseen delays in the implementation/migration phase the following understanding is agreed upon by both parties:
  - During the Planning and Design Phase of the SOW a migration schedule will be established thereby determining a resource allocation schedule
  - Also during the Planning and Design phase Lehman Brothers and EMC PM will discuss the dedicated resource deployment schedule. For example, it may be advantageous to provide a staggered deployment of the 3 Migration resources so there is a phase in and phase out approach

SOW#: 683490
PAS#: xxx DXP: 1001619607

Confidential
Lehman Piscataway DC Migration Project

Page 2
03/27/2008

whereby resources can be deployed beyond the November 2nd timeframe to perform any cleanup remaining.

- In the event that the migration schedules as agreed upon in the planning and design are extended beyond 4 weeks Lehman Brothers must provide EMC 4 weeks advanced noticed in order for EMC to withdraw their resources and schedule a mutually agreeable re-start date at zero cost to Lehman Brothers.

- If Lehman Brothers requires resources above the stated resources, or if the project extends past December 31st, 2008, EMC will provide additional resources on a Time and Material basis. To ensure Lehman Brothers is continually aware of the status of the project, the EMC Project Manager will provide written updates twice a month of the project status. If strategic dates are missed or changed it is the responsibility of the EMC Project Manager to escalate to Lehman Brothers management.

- The distribution of servers to be migrated and cutover per migration event is equally amortized across 8 semi-monthly migration periods.

EMC to provide the following resources during this engagement:

- Four 4 dedicated SAN/Migration resources as staff augmentation and 1 Sr. Advisory Consultant.

- Each of the four dedicated SAN/Migration resources work days are 10 hours in length with a minimum of five work days with in every week

- The lead Architect/Consultant Dan Considine or Luis Pacheco will be engaged for a total of 5 months broken out as follows:
    - 20 Days (1 month) for Planning, Design and Host Cleanup
    - 10 weeks @ 6 days=60 days  (migration weeks)
    - 10 weeks @ 5 days=50 days (non-migration and clean-up weeks)

- Three (3) additional SAN/Migration resources will be engaged after the initial 20 day plan/design/cleanup for a total of 5 months for implementation, migration and post migration cleanup broken out as follows:
    - 10 weeks @ 6 days=60 days @ 3 people = 180 days (migration weeks)
    - 10 weeks @ 5 days=50 days @ 3 people = 150 days (non-migration and clean-up weeks)

- One SAN/Migration Sr. Advisory Consultant Luis Pacheco or Dan Considine to provide quality control and pre-migration audit for 5 to 8 hrs per month in an advisory capacity.

- Note that the 4 SAN/Migration resource end dates may vary due to different start dates and different days worked during the time. Once these resources are deployed, it is our understanding that they will be deployed fulltime until their specified time duration is complete and/or the work effort in this SOW is complete.

- One (I') **Regional Technical Specialist** for forty (40) 8 hour days.

- One (1) **Customer Engineer** resource for forty four (44) 8 hour days.

- One (1) **Project Manager** resource for one hundred five 8 hour (105) days.

- One (1) **Sr. Solution Architect** resource for twenty (20) 8 hour days.

- One (1) **Sr. Performance Specialist** resource for fifty eight (58) 8 hour days

## *EMC Symmetrix Performance Analysis (Pre & Post Migration)*

**Project Scope:**

EMC will provide Performance analysis expertise to ensure the optimal placement of data from the EMC environment. The Sr. Performance Analysis will conduct the pre and post migration analysis over the course of the migrations.

- Prior to each Server Group move the Performance Analysis will assess each server at the Symmetrix level (EMC grabs) and provide Lehman with performance information which will be used to tune performance, establish optimal volume layout and SAN design where appropriate

SOW# 683490
PAS#: xxx DXP  1001619607

Confidential
Lehman Piscataway DC Migration Project

Page 3
03/27/2008

- As a result of each pre migration performance snapshot  migration will be optimized to provide balanced performance on the DMX

- Lehman has requested that EMC perform the iostat data collection on 60 critical applications  This may require separate department logins for subset of the 60 critical migrated servers. Lehman is committed to providing this necessary logins so the EMC Performance Specialist does not consume his hours obtaining these authorizations.

- Exchange and NAS host are out of scope

  ➢ Pre-Migration Performance Analysis and Base lining

    - 1 DMX 2000 frame at 8510 DC (Local + SRDF; Local migrates to PDC, SRDF migrates to Cranford existing frame),  5 DMX 2000 in Livingston  2 DMX 1000 in Livingston

    - 60 open systems servers iostat (Solaris, Linux), all 400 servers analyzed per server move group at an array level

  ➢ Post-Migration Performance Analysis and  Base lining

    - 4 DMX-4 (Piscataway Data Center), 1 DMX-3 (Cranford)

    - 60 open systems servers iostat, all 400 servers analyzed per server move group at an array level

  ➢ Data Requirements

    - WLA EMC Performance Manager (TTP interval files – 30 days)

    - Symcli data from each Symmetrix array – one time only (root login required on application host)

    - Bin Files – one time only

    - Appropriate host performance data (IOSTAT data – 7 days)

  ➢ Components Analyzed For Each Symmetrix DMX

    - I/O Profile of the overall array

    - Fiber Adapter Channels , Cache Utilizations

    - Disk Directors, Remote Fibre Director

    - Device Utilizations, Disk Utilizations (Physical)

## Deliverables

- At the completion of the performance analysis, EMC will provide a completed balanced DMX performance report providing a snapshot of the performance environment after the migration, including any tuning recommendations provided to Lehman.

- Complete detailed performance analysis for each Symmetrix

- Symmetrix Performance Profile Dashboard

- Enterprise Symmetrix IO Performance Load Dashboard

- Device Group Performance Profiles Report

- Host Performance Profiles 60 hosts post migration (iostat output)

- A list of server anomalies that are out of performances specifications and may require SA and/or DBA intervention

## EMC Certified Data Erasure for 8 DMXs to be defined by Lehman Brothers

These erasure functions are usually performed via three over-writes of the existing data from a combination of the random patterns available. EMC Certified Data Erasure is DOD-Compliant, regardless of the specific supported approaches used within this service

1  Service Processor invoked Erasure for Symmetrix and/or DMX arrays.

SOW#: 683490
PAS# xxx DXP: 1001619607
Confidential
Lehman Piscataway DC Migration Project
Page 4
03/27/2008

EMC Customer Service technicians invoke a Service Processor based utility to fully erase the data on a Symmetrix and/or DMX Storage Array. This erasure can only be performed on an entire storage subsystem. There is no capability to erase single LUNs or physical drives. It is critical to note that physical mirrors, including established BCVs or Replication pairs, will be overwritten when the specified device is overwritten.

### 2.2    Out of Scope:

-   VMware server migrations (ie VM motion) out of scope. EMC will be responsible for moving storage related to VMware servers where SRDF is the method of migration.

-   Scheduling of host outages or cutovers with end-users (to be complete by Lehman).
-   All server migrations are "array" based; with no host based migrations are in-scope except within datacenters for clean up only.

### 2.3   Location

The Services shall be performed primarily at Lehman's facilities located at 70 Hudson Street, Jersey City, NJ and 8510, Livingston and Piscataway datacenter (work sites). However, EMC shall have the option of performing appropriate portions such as planning and documentation at an EMC selected location (the "EMC site").

### 2.4 Primary EMC and Lehman Contacts

Refer to the following table for the EMC and Lehman primary contacts and the method to contact them.

#### Table 1.    Primary Contacts

| Name | EMC Contact | Lehman Contact |
|---|---|---|
| | Mike Ryan | Sara O'Neill |
| Title | Client Solutions Director | Vice President |
| Office Number | 973 632-1601 | |
| Mobile Number | | 201 499-6527 |
| E-mail Address | ryan_mike@emc.com | sara@lehman.com |

## 4.0 Project Guidelines

### 4.1 Change in Scope

#### Process

The EMC Primary Contact has overall responsibility for the change process. When a change is desired, the requestor (EMC or Lehman) notifies the EMC Primary Contact who will:

*   Prepare a preliminary Project Change Request Form to identify the nature of the requested change;

*   Acknowledge receipt of the Change Request;

*   Conduct an initial Impact Assessment to determine the effects, if any on the consulting and implementation service's schedule as well as any costs associated with utilizing resources to perform a full Change Request analysis. If the Impact Assessment indicates using resources to analyze the Change Request affects the consulting and implementation services schedule or costs, EMC shall obtain Lehman's approval before performing the Change Request analysis;

#### Review and Approval

If Lehman approves a full Change Request analysis, EMC shall prepare a *Project Change Request Form* detailing the change and its justification for the change, directing the analysis effort to the appropriate resources. EMC will incorporate this analysis into a final *Project Change Request Form* containing estimated cost, schedule and resource requirements, technical feasibility, and recommended disposition such as:

SOW#: 683490
PAS#: xxx DXP: 1001619607
Confidential
Lehman Piscataway DC Migration Project
Page 5
03/27/2008

If EMC finds the project not technically or economically feasible, EMC will provide an explanation detailing the reason. EMC shall reviews the *Project Change Request Form* with Lehman and mark it as "accepted" or "withdrawn," for signature by both parties. If "accepted", the parties shall revise the SOW to update relevant descriptions of consulting and implementation services and invoicing. EMC agrees to contact Lehman IT Procurement immediately upon approval of any Project Change Request Form requiring additional fees and to include Lehman IT Procurement in all discussions regarding cost.

## 5.0 Terms and Conditions

This SOW is issued under the Amendment to Data Processing Technical Services Agreement between EMC Corporation and Lehman Brothers signed on March 30, 2007. If there is any disagreement between the terms and conditions of this SOW and the terms and conditions of the Data Processing Technical Services Agreement, the terms and conditions of the Data Processing Technical Services Agreement shall govern.

## 6.0 Project Fees and Payment

The total fixed-fee for the Consulting Services identified in this *SOW* (inclusive of travel and related expenses) is USD **$1,187,120.00**

Travel and related expenses incurred by EMC in its performance of the services hereunder are included in the stated fees

EMC uses a standard Milestone Completion Form (MCF) as the basis for all services invoicing. If BNYM signs the Milestone Completion Form, or does not file a written notice outlining any issues with work performed within seven (7) days after receipt of the MCF, the Services shall be deemed to be delivered. EMC is authorized to issue the applicable invoice upon delivery of a signed MCF. Payment is due within thirty (30) days after the date of the invoice.

EMC shall invoice Lehman in accordance with the information provided in the following Schedule.

**Table 2.    Milestone / Event Schedule**

| Milestone / Event | Amount Due (USD) |
|---|---|
| *Lehman Inception Fee* | $237,424.00 |
| *Completion of Phase I – Planning & Design Phase* | $166,175.00 |
| *Completion of Phase II – Migration of 1st 100 servers* | $170,534.25 |
| *Completion of Phase II – Migration of 2nd 100 servers* | $170,534.25 |
| *Completion of Phase II – Migration of 3rd 100 servers* | $170,534.25 |
| *Completion of Phase II – Migration of 4th 100 servers* | $170,534.25 |
| *DMX Data Erasure Services on 8 arrays (Billed on inception of SOW)* | $26,400.00 |
| *Lehman Acceptance of the Pre-Migration Performance Analysis* | $37,492.00 |
| *Lehman Acceptance of the Post-Migration Performance Analysis* | $37,492.00 |
| **Total** | **1,187,120.00** |

## 7.0 Authorization

This SOW # *683490*, together with the Customer Agreement and Amendment 1 to the Customer Agreement (each of which are incorporated by reference into this SOW) is the complete and exclusive agreement between EMC and Lehman with regard to its subject matter, and supersedes all prior oral or written proposals, agreements, representations and other communications between the parties with respect to the consulting and implementation services and shall prevail notwithstanding any different, conflicting or additional terms and conditions which may appear on any order or other document submitted by Lehman.

All parties hereby acknowledge that they have read and do understand this SOW and all attachments hereto, and agree to all terms and conditions stated herein.

SOW#: 683490
PAS#: xxx DXP: 1001619607

Confidential
Lehman Piscataway DC Migration Project

Page 6
03/27/2008

IN WITNESS WHEREOF, the parties have caused the SOW to be signed on the respective dates indicated below.

| Acceptance of SOW – Number 683490 | |
|---|---|
| For EMC Corporation | For Lehman Brothers Inc |
| Signature | Signature |
| Printed Name – Mike Ryan | Printed Name  MAGAN SAINI |
| Title – Client Solutions Director | Title  VP |
| Date  3/28/2008 | Date  03/28/2008 |

SOW#: 683490
PAS#: xxx DXP: 1001619607
Confidential
Lehman Piscataway DC Migration Project
Page 7
03/27/2008

p. 2

Dec 31 07 03:40p

# Purchase Order

**Lehman Brothers - Americas**
1301 Sixth Avenue
New York NY 10019
United States

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Net 30 | Destination, PPD | | Common |
| **Buyer** | | **Phone** | **Currency** |
| Foster, Pamela | | 1 212 320 7438 | USD |
| **Ship To:** | See Detail Below | | |

Bill To:    P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt? N    Tax Exempt ID:    Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1- 1 CENTERA ON DEMAND MIGRATION RENTAL - NEW YORK (2X12 node centerra frame 9 month rental) | | 1.00MON | 58,734.00 | 58,734.00 | Jan-14-2008 |

Ship To:    85AXXVHARD
85 10th Avenue
New York NY 10011
United States

Schedule Total                    58,734.00

Quote #1001491171

Item Total                    58,734.00

| 2- 1 CENTERA ON DEMAND MIGRATIONRENTAL NEW YORK (2X12 node centerra frame 9 month rental) | | 1.00MON | 58,734.00 | 58,734.00 | Jan-14-2008 |

Ship To:    27CXXVBLDG    Attn:  Saini,Magan
27 Commerce Drive
Cranford NJ 07016-3610
United States

Schedule Total                    58,734.00

Quote #1001491104

Item Total                    58,734.00

Total PO Amount              117,468.00

## PURCHASE ORDER TERMS AND CONDITIONS

ACCEPTANCE, TERM; TERMINATION -- These terms and conditions (the "T&Cs") constitute Customer's acceptance of Supplier's offer (the "Offer," together with the T&Cs, the "Order") to sell and/or license products and/or services, as applicable, to the Customer identified in this Order. Customer's acceptance of this Order is expressly subject to the terms and conditions contained herein, unless otherwise expressly agreed to in a writing signed by Customer pursuant to the Section titled "Miscellaneous" below. If ongoing services are to be provided pursuant to this Order, the term of such services shall be one year unless otherwise specified in the T&Cs or in a writing signed by the parties. Customer may renew services under the same T&Cs at any time by providing written notice to Supplier for subsequent one-year terms unless Supplier provides notice of non-renewal to Customer no later than sixty days prior to the end of the then-current term. If neither party gives notice of renewal or non-renewal, upon the expiration of the term, this Order shall continue month-to-month under these T&Cs.

FEES -- Invoices shall be sent to Customer's address set forth in this Order. Undisputed invoices shall be payable within sixty (60) days of receipt. Supplier shall not invoice any products or services provided hereunder at a price higher than that shown on this Order, which price includes all applicable federal, state and local taxes. If the price is omitted on the Order, the price will be the lowest prevailing market price for such products or services. Customer shall not be responsible for any charges for delivery, installation, transportation or packaging. Supplier will not be entitled to reimbursement from Customer for any expenses it incurs in connection with fulfilling this Order.

**Signature not required on emailed POs**

P.3

Dec 31 07 03:41p

# Purchase Order

## Lehman Brothers - Americas
1301 Sixth Avenue
New York NY 10019
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 2 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 30 | Destination, PPD | | Common |

| Buyer | | Phone | Currency |
|---|---|---|---|
| Foster,Pamela | | 1 212 320 7438 | USD |

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Ship To:    See Detail Below

Bill To:    P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt: N     Tax Exempt ID:                    Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

DELIVERY AND ACCEPTANCE; RISK OF LOSS; CUSTOMER'S PROPERTY -- Title and risk of loss shall remain with Supplier until products purchased under this Order have been delivered to Customer at the location specified in the Order and have been accepted by Customer. If Supplier does not comply with Customer's delivery schedule, Customer may either approve a revised schedule or terminate the Order without liability. Upon delivery, Customer may inspect all products and services purchased hereunder to determine if they meet all applicable requirements, and are otherwise in good condition. suitable for their intended business use. IF, IN THE REASONABLE JUDGMENT OF CUSTOMER, THE PRODUCTS OR SERVICES ARE UNSATISFACTORY, CUSTOMER MAY REJECT SUCH PRODUCTS OR SERVICES. Customer shall return rejected products to Supplier at Supplier's expense. Except for Software licensed to Customer hereunder, all products and services provided to Customer under this Order shall be and remain the personal property of Customer. Any developed works or other intellectual property or materials created by Supplier under this Order shall be owned exclusively by Customer

SOFTWARE -- This Section will apply to the extent that this Order includes Software (embedded or stand-alone). Unless otherwise specified in the T&Cs or in another applicable agreement between the parties, Supplier grants to Customer a worldwide, perpetual, royalty-free license to use, display and perform the Software identified in this Order in the ordinary course of Customer's business operations and for its own business purposes, including, but not limited to, processing its own information and that of its affiliates and clients as part of its business. Use includes use by or on behalf of Customer or Customer's affiliates, and use by third parties under contract to provide services to Customer or its affiliates, on any number of PCs and in any number of instances, subject to the restrictions set forth herein. If applicable, Use also includes the right of Customer to freely use and distribute, internally within Customer, among Customer's affiliates, and with Customer's clients, data produced by the Software, including data in any proprietary formats used by the Software. Customer may make a reasonable number of copies of the Software solely for backup, training, archiving, testing and disaster recovery. "Software" means the software programs listed in this Order and any upgrades, updates, enhancements, modifications, alterations. improvements, revisions, releases, and new versions. Customer may transfer the Software from one hardware platform or operating system to another (or both) for which the Software is or becomes generally available, at no additional charge. Customer will not modify, reverse assemble, or reverse compile any part of the Software, except as permitted by applicable law. Customer may make copies of and incorporate any documentation for the Software in other works prepared for Customer's business, so long as all intellectual property notices of Supplier are included as they appear on or in the documentation.

COMPLIANCE WITH LAWS -- In connection with the products provided and/or services performed hereunder, Supplier shall at Supplier's sole cost, comply with, and shall require all Suppliers, subcontractors and/or consultants retained by Supplier to comply with (i) all requirements of applicable laws, orders, rules and regulations of governmental authorities, and (ii) all policies, rules and regulations of Customer (including, without limitation, Customer's policies regarding security and testing for controlled substances) and of the building in which the products are provided and/or the services are to be performed. Supplier shall not file any mechanic's or materialman's lien or claim against Customer's property nor against the buildings in which the products are provided and/or the services are performed, nor shall Supplier suffer or permit any such lien to be filed by any of its subcontractors and/or consultants.

CONFIDENTIALITY -- Supplier shall preserve as confidential all information related to the business activities of Customer and its affiliates, clients, and entities with whom Customer does business that may be obtained by Supplier from any source (such information, together with the existence and terms of this Order, constituting the "Confidential Information") Supplier shall hold Confidential Information in trust and confidence for Customer and shall not disclose Confidential Information to any person, firm or enterprise, or use any Confidential Information for its own benefit or the benefit of any other party, unless specifically authorized by Customer in writing, and to limit access and disclosure of such Confidential Information to Supplier's personnel on a "need to know" basis only. Confidential Information does not include any particular information that the Supplier can demonstrate (i) is currently in the public domain, (ii) was previously known to Supplier free from any obligation to keep it confidential, (iii) was or is publicly disclosed by or on behalf of the Customer either prior to or subsequent to the receipt of such information by Supplier, (iv) is independently developed by the Supplier without any access to or use of Confidential Information of Customer, or (v) is rightfully obtained by Supplier from a third party lawfully in possession of the Confidential Information and who is not bound by confidentiality obligations to Customer. Supplier

Signature not required on emailed POs

p. 4

Dec 31 07 03:41P

# Purchase Order

**Lehman Brothers - Americas**
1301 Sixth Avenue
New York NY 10019
United States

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 3 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Foster, Pamela | 1 212 320 7438 | | USD |

Ship To: See Detail Below

Bill To: P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt? N    Tax Exempt ID:    Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt Due Date |
|---|---|---|---|---|

may disclose Confidential Information of Customer if required to do so under applicable law, rule or order provided that Supplier, where reasonably practicable and to the extent legally permissible, provides Customer with prior written notice of the required disclosure so that Customer may seek a protective order or other appropriate remedy, and provided further that Supplier discloses no more Confidential Information of the Customer than is reasonably necessary in order to respond to the required disclosure  At any time at the request and option of the Customer and in the event of termination or expiration of the Order (or any part thereof), Supplier agrees to promptly:  (i) return to Customer the Confidential Information; or (ii) destroy or permanently erase (on all forms of recordation) the Confidential Information and, if requested by Customer, acknowledge in writing that all such Confidential Information has been destroyed or permanently erased.  In addition, Supplier acknowledges and agrees that any disclosure of Confidential Information will in no way be construed to be an assignment, transfer, or conveyance of title to or ownership rights in such Confidential Information

WARRANTY — Supplier warrants that all products sold under this Order are free from defects in material, workmanship and design, and that all services provided under this Order shall be performed in a high-quality, professional and workmanlike manner by qualified personnel.

PUBLICITY -- Supplier will not use the name or marks of, refer to, or identify Customer (or any related entity) in publicity releases, interviews, promotional or marketing materials, public announcements, customer listings, testimonials or advertising without the prior written consent of Customer in each such instance.

INSURANCE — Supplier at its sole cost and expense, shall maintain with insurance companies having a Best's rating of A or better, (i) comprehensive general liability insurance in an amount not less than $2,000,000 and (ii) automobile liability insurance in an amount not less than $1,000,000 and (iii) worker's compensation insurance as required by law.  Such policies shall include an endorsement naming Customer and any other entities designated by the Customer as additional insureds and shall include a waiver by the insurance carrier of any subrogation rights. Within ten (10) days after the date hereof , Supplier shall deliver to Customer binders or certificates of insurance showing that each policy of insurance which Supplier is required to maintain hereunder is in full force and effect and that the premium therefore has been paid in full and providing that such policies may not be canceled, supplemented, amended or modified before the expiration date thereof without issuing company giving at least thirty (30) days prior written notice to Customer

INDEMNIFICATION — Supplier shall, at its own expense, indemnify, defend and hold harmless Customer, Customer's parent, subsidiaries and affiliates and any additional indemnified parties that may be designated by Customer, together with the respective partners, agents, officers, directors and employees of all of the foregoing, from and against any loss, cost, expense, claim, injury or damage (including, without limitation, reasonable attorneys' fees and expenses), whether incurred due to third party claims or otherwise, arising or resulting from or caused by (i) any act or omission or willful misconduct of Supplier or any consultant, engineer or other party related by Supplier or any of its or their partners, directors, officers, employees, agents or subcontractors; (ii) any breach or default by Supplier in the performance of any of its obligations under this Order, or (iii) any claim that any product and/or services furnished by or on behalf of Supplier, or the use thereof by Customer, constitutes an infringement, misappropriation or unlawful use or disclosure of any intellectual property rights of a third party

LIMITATION OF LIABILITY -- IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR LOST PROFITS OR LOST REVENUE, OR FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS ORDER; PROVIDED, HOWEVER, THAT THE FOREGOING LIMITATION OF LIABILITY WILL NOT APPLY TO ANY OF THE FOLLOWING: (A) SUPPLIER'S INDEMNIFICATION OBLIGATIONS HEREUNDER; (B) SUPPLIER'S BREACH OF ITS CONFIDENTIALITY OBLIGATIONS UNDER THIS ORDER; OR (C) ANY UNLAWFUL OR WILLFUL MISCONDUCT BY SUPPLIER.

RECORD RETENTION AND INSPECTION -- During the term of this Order and for a period of at least three (3) years after the date of the final payment under this Order, Supplier will maintain complete and accurate accounting records in connection with products provided and Services performed under this Order, in accordance with generally accepted accounting principles applied on a consistent basis. to substantiate its charges hereunder.  Such records will include, without limitation, payroll records,

**Signature not required on emailed POs**

p. 5

Dec 31 07 03:41P

# Purchase Order

## Lehman Brothers - Americas
1301 Sixth Avenue
New York NY 10019
United States

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 4 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 30 | Destination, PPD | | Common |

| Buyer | | Phone | Currency |
|---|---|---|---|
| Foster, Pamela | | 1 212 320 7438 | USD |

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Ship To: See Detail Below

Bill To: P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt? N    Tax Exempt ID:    Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|

attendance cards, time tracking sheets and job summaries. Supplier will provide Customer or its designees access to such records for audit purposes during the term of this Order and for three (3) years after the date of the final payment under this Order.

BREACH/REMEDIES – In the event of any breach of this Order by Supplier, Customer may (reserving cumulatively all other remedies and rights under this Order, at law and in equity) terminate this Order, in whole or in part, by giving Supplier thirty (30) days' prior written notice of termination thereof; provided, however, that such termination will not be effective if Supplier has cured the breach of which it has been notified prior to the expiration of such thirty (30) day notice period. Additionally, Customer may terminate this Order for convenience by giving Supplier written notice specifying the termination date. In such event, Customer will be obliged to pay Supplier at the agreed upon rates for all products and services accepted by Customer up to the effective date of termination, subject to a refund of any unearned, prepaid fees, but will not be liable for any other termination-related charges.

MISCELLANEOUS -- Except to the extent the parties have entered into an agreement covering the products and/or services provided hereunder (in which case such other agreement's terms shall apply), (a) this Order constitutes the entire agreement between the Customer and the Supplier and voids all prior agreements concerning the subject matter hereof; and (b) no modification, amendment, supplement to, or waiver of this Order or any of its provisions shall be binding upon the parties unless made in a writing duly signed by both parties, and specifically referencing these T&Cs, and stating that such modification, amendment, or supplement is made to modify, amend or supplement these T&Cs. No amendment or modification to these T&Cs may be executed via electronic signatures unless the parties first agree in a writing that is not an electronic communication to be bound by electronic signatures. Any purchase order printed on a form provided by Supplier may be used for convenience only, but these T&Cs shall solely control the terms of this Order, and any such terms contained on any form(s) received from Supplier shall be of no force and effect. Failure or delay on the part of Customer to exercise any right hereunder shall not operate as a waiver thereof. Any services performed by Supplier will be performed as an independent contractor, and Supplier will be solely responsible for any applicable payroll or income taxes. This Order shall be governed under the laws of the State of New York, excluding its conflicts of laws rules. If any term, provision or part of these T&Cs is to any extent held invalid, void or unenforceable by a court of competent jurisdiction, the remainder of these T&Cs will not be impaired or affected thereby, and each term, provision and part will continue in full force and effect, and will be valid and enforceable to the fullest extent permitted by law. Supplier may not assign this Order or delegate any of its responsibilities hereunder without the prior written consent of the Customer, and any such purported assignment or delegation shall be null and void. Customer may freely assign this order to any affiliate, or to any entity acquiring all or substantially all of its assets or which is a successor by merger to Customer, or to any party acquiring that portion of Customer's business to which the products and/or services purchased or licensed under this Order pertain. Any provision of this Order that contemplates performance or observance subsequent to termination or expiration of the Order (including confidentiality, limitation of liability, indemnification provisions and perpetual licenses) will survive termination or expiration of this Order and continue in full force and effect thereafter.

Signature not required on emailed POs

EMC²
where information lives

# BASIC RENTAL AGREEMENT

Reference Number: ________

EMC Corporation ("EMC"), 171 South St., Hopkinton, MA 01748 and Lehman Brothers ("Customer"), agree that the Basic Rental Agreement ("BRA") shall govern the rental of EMC Equipment and Software listed on a Schedule, and the provision of services, to Customer.

1. DEFINITIONS:

A. "Equipment" means the hardware identified on each Schedule.

B. "Software" means (i) "Core Software" (the programming and/or microcode [illegible] included by EMC with Equipment to enable it to perform its basic functions), (ii) "Enterprise Storage Software" (the programming, other than Core Software, licensed or distributed by EMC and identified on each Schedule), and (iii) all EMC documentation.

C. "Rental Order" means a document (typically Customer's purchase order form or EMC's standard customer order form), which is signed by Customer, and specifies Equipment and/or Software ("Product(s)") and incidental related services [illegible] which are not provided under a separate, signed agreement) which Customer wishes to obtain from EMC under this BRA and sufficient other information to complete the transaction.

D. "Installation Site" means the location specified on the Schedule.

2. RENTAL, ORDER, AND TERMINATION: [illegible]

3. TITLE, RISK OF LOSS, SHIPMENT AND PRODUCT RETURN: [illegible] ... Products must be returned to EMC by Customer in the same condition as received, normal wear and tear excepted. Customer shall pay EMC all standard charges for repair, replacement or refurbishment, if needed, caused by Customer's failure to comply.

4. WARRANTY:

Limitation and Exclusion: DURING THE RENTAL PERIOD, EMC WARRANTS THAT PRODUCTS WILL OPERATE IN ACCORDANCE WITH EMC'S PUBLISHED SPECIFICATIONS. EMC MAKES NO OTHER EXPRESS WARRANTIES, WRITTEN OR ORAL, AND ALL OTHER EXPRESS AND IMPLIED WARRANTIES ARE SPECIFICALLY EXCLUDED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT, AND ANY WARRANTY ARISING BY STATUTE, OPERATION OF LAW, COURSE OF DEALING OR PERFORMANCE, OR USAGE OF TRADE.

5. SOFTWARE:

A. License: [illegible]

B. Ownership: Software is licensed only. [illegible]

[illegible]

6. INDEMNITY: [illegible] ... THIS SECTION STATES CUSTOMER'S SOLE AND EXCLUSIVE REMEDY AND EMC'S ENTIRE LIABILITY FOR INFRINGEMENT CLAIMS.

7. LIMITATIONS OF LIABILITY: EXCEPT AS PROVIDED OTHERWISE IN SECTION 6 ABOVE, EMC'S TOTAL LIABILITY AND CUSTOMER'S SOLE AND EXCLUSIVE REMEDY FOR ANY CLAIM OF ANY TYPE WHATSOEVER, ARISING OUT OF PRODUCT OR SERVICE PROVIDED HEREUNDER, SHALL BE LIMITED TO PROVEN DIRECT DAMAGES CAUSED BY EMC'S SOLE NEGLIGENCE IN AN AMOUNT NOT TO EXCEED [illegible] FOR DAMAGE TO REAL OR TANGIBLE PERSONAL PROPERTY. EXCEPT FOR CLAIMS ARISING UNDER SECTION [illegible] ABOVE, NEITHER PARTY SHALL (a) HAVE LIABILITY TO THE OTHER FOR ANY SPECIAL, CONSEQUENTIAL, EXEMPLARY, INCIDENTAL, OR INDIRECT DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, REVENUES, DATA AND/OR USE), EVEN IF ADVISED OF THE POSSIBILITY THEREOF; AND (b) BRING ANY CLAIM BASED ON PRODUCT OR SERVICE PROVIDED HEREUNDER MORE THAN EIGHTEEN (18) MONTHS AFTER THE CAUSE OF ACTION ACCRUES.

8. PRODUCT MAINTENANCE: [illegible]

9. MISCELLANEOUS: [illegible]

EMC CORPORATION ("EMC")
By: [signature]
Name (Print): ~~Chantal vanLede Lyon~~
Date: 12-31-07 Title: ~~Managing Counsel Commercial Law Group~~

By: [signature] ("Customer")
Name (Print): [illegible]
Date: 12/31/07 Title: SVP

[illegible small print]

CONTRACTS APPROVED

## SCHEDULE

### Basic Rental Agreement

EMC Corporation
171 South St.
Hopkinton, MA 01748

This Schedule does hereby incorporate by reference the terms and conditions of the Basic Rental Agreement that is dated on or about _December 31 2007_ (the "BRA") between EMC and the Customer identified in the signature block at the end of this Schedule. The Schedule Effective Date is the last date of signature below.

**1.0**  RENTAL PERIOD: - This Rental Period begins on delivery of the Products and unless otherwise sooner terminated in accordance with the BLA, shall terminate on the _30_ day of _SEPTEMBER_, 20_09_.

**2.0**  INSTALLATION SITE - The Product(s) shall be installed and used only at: _85 10TH AVE_
_7TH FLOOR, NEW YORK, N.Y. 10011_

**3.0**  LIST OF PRODUCT(S)

**A.**  EQUIPMENT LIST

| Part/Model/Serial No. | Description | Quantity |
|---|---|---|
| | See Attached Equipment List | |
| | | |
| | | |

**B.**  SOFTWARE LIST

| Part/Model No. | Description | Quantity |
|---|---|---|
| | See Attached Equipment List | |
| | | |
| | | |

**4.0**  RENTAL FEE: The monthly rental fee for the Products listed above above shall be $_____.

IN WITNESS WHEREOF, the parties have caused this Schedule to be signed on the respective dates indicated below.

EMC Corporation  ("EMC")                                        ("CUSTOMER")

By: _Chantal Lyon_                          By: _Sona O'Neill_
Name (Print): _Chantal vanLede Lyon_        Name (Print): _Sona O'Neill_
Title: _Managing Counsel_                   Title: _SVP_
        _Commercial Law Group_
Date: _12.31.07_                            Date: _12/31/07_

p. 8

Dec 31 07 03:43p

**Quote Data**

GSA Deal? No
GSA Contract #:

Prepared By: Johnson, Tiuana A
Quote Name  Lehman – 12 Node Loaner £5 10th
Quote # 1001491171

Date: 03-Dec-2007

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| Lehman Brothers | Lehman Brothers | LEHMAN BROTHERS INC | |
| | ATTN: ACCOUNTS PAYABLE | Tory Velazquez | |
| | | 212-526-8202 | |
| 85 10TH AVE | PO Box 2329 | 85 10TH AVE | |
| 7TH FLOOR | Secaucus  NJ 07096-2329 | 7TH FLOOR | |
| NEW YORK, NY 10011 | US | NEW YORK, NY 10011 | |
| US | | US | |

| Line # | Qty | Product ID | Description | Units |
|---|---|---|---|---|
| 1 | 1 | CNRGPLLICHW | CENTERA GNU GENERAL PUBLIC LICENSE | EA |
| 2 | 1 | CNRRK | 40U T RACK SP POWER | EA |
| 3 | 1 | PW40U-US | Dual 40U Rack Power Card US | EA |
| 4 | 2 | CNRMODEMG4 | CNR MODEM GEN 4 | EA |
| 5 | 3 | CNR4N845WG4 | MIRR SW RTU LIC | EA |
| 6 | 3 | CNR4NREPLIC | 4NODE REPLICATION SW LIC | EA |
| 7 | 3 | CNR4NCEPLSLIC | NODE COMP PLUS SW LIC | EA |
| 8 | 1 | CNRCONSOLESW | CONSOLE SW LICENSE | EA |
| 9 | 1 | CC-CNRKEYN-B | CC 8.0 STORAGE AGENT FOR CENTERA LICENSE KEY CARD | EA |
| 10 | 1 | WU-PREHW-001 | PREMIUM HARDWARE SUPPORT – WARR UPG | EA |
| 11 | 1 | M-PRESW-001 | PREMIUM SOFTWARE SUPPORT | EA |
| 12 | 1 | M-PRESW-004 | PREMIUM SW SUPPORT – OPEN SW | EA |
| 13 | 4 | CNR2H7MEXG4LP | 2NODE 750GB MANF EXPAN LOW POWER G4 | EA |
| 14 | 1 | CNR4N7MB4G4LP | 4NODE 750GB MANF BASE LOW POWER G4 | EA |

| | | |
|---|---|---|
| Total Price (USD) | $ 58,734 | (38,528 per mo.) |

p. 9

Dec 31 07 03:44p

Page 1 of 3

# EMC²
### where information lives

176 South St
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By: Johnson, Tijuana A
Email: johnson_tony@emc.com
Quote #: 1001491171
Date: 31-Dec-2007
Contract:
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | Lehman Brothers | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Tony Velasquez | ATTN: ACCOUNTS PAYABLE | Tony Velasquez | Tony Velasquez |
| 212-526-6292 | | 212-526-6292 | 212-526-6292 |
| 85 10TH AVE | PO Box 2329 | 85 10TH AVE | 85 10TH AVE |
| 7TH FLOOR | Secaucus, NJ 07096-2329 | 7TH FLOOR | 7TH FLOOR |
| NEW YORK, NY 10011 | US | NEW YORK, NY 10011 | NEW YORK, NY 10011 |
| US | | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | 12 Node G4 LP Centera | | | | | | |
| | | SYSTEM | CENTERA SOLUTION | | | | | |
| 1 | 1 | CNRGPLUCHW | CENTERA GNU GENERAL PUBLIC LICENSE | EA | 0 | 0% | 0 | 0 |
| 2 | 1 | CNRRK | 40U T RACK SP POWER | EA | 4,200 | 98% | 82 | 0 |
| 3 | 1 | PW40U-US | Dual 40U Rack Power Cord US | EA | 800 | 98% | 17 | 0 |
| 4 | 2 | CNRMODEMG4 | CNR MODEM G2/4 | EA | 0 | 0% | 0 | 0 |
| 5 | 4 | CNR2N2MEXG4LP | 2NODE 750GB MANF EXPAN LOW POWER G4 | EA | 58,400 | 96% | 1,272 | 4,008 |
| 6 | 1 | CNR4NT4BAG4LP | 4NODE 750GB MANF BASE LOW POWER G4 | EA | 39,400 | 98% | 859 | 2,759 |
| | | | **Hardware Sub-total** | | $ 102,600 | 98% | $ 2,240 | $ 6,846 |
| 1 | 3 | CNR4N3SWG4 | MIRR SW RTU LIC | EA | 98,100 | 70% | 23,430 | 8,667 |
| 2 | 3 | CNR4NREPLIC | 4NODE REPLICATION SW LIC | EA | 15,000 | 70% | 4,500 | 2,250 |
| 3 | 3 | CNR4NCDPLSLIC | NODE CDUP PLUS SW LIC | EA | 18,600 | 70% | 5,580 | 2,790 |
| 4 | 1 | CNRCONSOLESW | CONSOLE SW LICENSE | EA | 0 | 0% | 0 | 0 |
| 5 | 1 | CC-CNRKEY6-B | CC 6.0 STORAGE AGENT FOR CENTERA LICENSE KEY CARD | EA | 0 | 0% | 0 | 0 |
| | | | **Software Sub-total** | | $ 131,700 | 70% | $ 39,510 | $ 11,907 |
| 1 | 1 | M-PRESW-001 | PREMIUM SOFTWARE SUPPORT | EA | 21,806 | 45% | 12,992 | |
| | | | See Maintenance Schedule for more details | | | | | |
| 2 | 1 | M-PRESW-004 | PREMIUM SW SUPPORT - OPEN EW | EA | 0 | 0% | 0 | |
| | | | See Maintenance Schedule for more details | | | | | |
| 3 | 1 | WU-PREHW-001 | PREMIUM HARDWARE SUPPORT - WARR UPG | EA | 4,890 | 0% | 4,890 | |
| 4 | 1 | | HW MAINTENANCE | EA | 0 | 0% | 0 | |
| | | | Includes months 25-36 @ $ 0/mo. | | | | | |
| | | | **Maintenance and Warranty Upgrade Sub-total** | | $ 26,876 | 37% | $ 16,982 | |
| | | | Configuration Sub-total | | | | | |
| | | | Hardware Sub-total | | $ 102,600 | 98% | $ 2,240 | $ 6,846 |
| | | | Software Sub-total | | $ 131,700 | 70% | $ 39,510 | $ 11,907 |
| | | | Services Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 26,876 | 37% | $ 16,982 | |
| | | | **Configuration Total** | | $ 261,276 | 76% | $ 58,732 | $ 18,762 |

p. 10

Dec 31 07 03:44p

Page 2 of 3

# EMC²
### where information lives

178 South St
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By: Johnson, Tijuana A
Email johnson_tax@emc.com
Quote # 1001491171
Date: 31-Dec-2007
Contract:
GSA Dea?? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | Lehman Brothers | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Tony Velasquez | ATTN: ACCOUNTS PAYABLE | Tony Velazquez | Tony Velazquez |
| 212-526-6292 | | 212-526-8292 | 212-526-6292 |
| 85 10TH AVE | PO Box 2329 | 85 10TH AVE | 85 10TH AVE |
| 7TH FLOOR | Secaucus, NJ 07096-2309 | 7TH FLOOR | 7TH FLOOR |
| NEW YORK, NY 10011 | US | NEW YORK, NY 10011 | NEW YORK, NY 10011 |
| US | | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

**Proposal Summary**

| | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|
| Hardware Summary | $ 182,800 | 98% | $ 2,240 | $ 6,640 |
| Software Summary | $ 131,700 | 70% | $ 39,510 | $ 11,907 |
| Services Summary | $ 0 | 0% | $ 0 | |

| | Total List Price (USD) | Discount | Total Deal Price (USD) | |
|---|---|---|---|---|
| Prepaid HW Maintenance Summary | $ 0 | 0% | $ 0 | |
| Prepaid SW Maintenance Summary | $ 21,985 | 45% | $ 12,092 | |
| HW Warranty Upgrade Summary | $ 4,890 | 0% | $ 4,890 | |

| Total Price (USD) | | | $ 58,732 | |
|---|---|---|---|---|

**Post Coverage Maintenance Fees**

| Annual HW Maintenance Fee | $ 6,340 |
|---|---|
| Annual SW Maintenance Fee | $ 11,907 |

Note: These prices reflect the maintenance price of any mixed on this quote for which EMC sells maintenance. Also, the highest level of maintenance is assumed if maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations).

EMC Confidential

p. 11

Dec 31 07 03:44p

Page 3 of 3

# EMC²

where information lives

176 South St
HOPKINTON, MA 01748
United States

Quote

Quote Prepared By: Johnson, Teanna A
Email: johnson_toni@emc.com
Quote #: 1001401171
Date: 31-Dec-2007
Contract: ,
GSA Deal? No

| Prepared For: | Bill To: | Ship To, | Insure: |
|---|---|---|---|
| LEHMAN BROTHERS INC | Lehman Brothers | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Tony Velasquez | ATTN ACCOUNTS PAYABLE | Tony Velasquez | Tony Velasquez |
| 212-526-8292 | | 212-526-8292 | 212-526-8292 |
| 85 10TH AVE | PO Box 2330 | 85 10TH AVE | 85 10TH AVE |
| 7TH FLOOR | Secaucus, NJ 07096-2330 | 7TH FLOOR | 7TH FLOOR |
| NEW YORK, NY 10011 | US | NEW YORK, NY 10011 | NEW YORK, NY 10011 |
| US | | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes:

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer; or, if none, to the appropriate, then current, standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request, are:

Equipment and Software - EMC's Basic Ordering Agreement (BOA)
Lease of Products - EMC's Master Lease Agreement (MLA)
Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
Consulting, Technical Solutions, Professional or customized Training Services - EMC's Consulting and Training Services Agreement (CTS)
Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system at which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges. Customer Education Passports are valid for one (1) year from date of invoice.

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities. If any, during the EMC warranty and/or maintenance period. If Customer disconnects, or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay, the amount of EMC's then current, standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period.

SPECIAL NOTICE FOR EMC SELECT PRODUCTS. Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer: all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC. EMC does not assume any liability to Customer for such EMC Select products or service whatsoever. Customer shall have recourse only to the manufacturer, not EMC, for all such warranty, service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms. EMC Select Products are listed on the EMC Product Notice website located at: http://www.emc.com/products/warranty_maintenance/index.jsp.

SPECIAL NOTICE FOR EMC SOFTWARE: Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at: http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote. Once accepted, the Quote, including the payment obligations, becomes a binding order under the applicable agreement.

Agreed by the undersigned, authorized Customer representative:
By (Sign): _____
Name (Print): _____
Title: _____
Date: _____

Rev 060501

EMC Confidential

21290+0909        xeroxiax                    11:01:25 a m    09-05-2006        1 /6

# SO
# 61685658

## Fax Cover Sheet

**EMC²**
where information lives*

**DMS Document Type: Sales Orders**
**Fax #: 1-508-898-4411**

Is order Shipping (Select one):
If partial shipment, list all __MODELS__ that should NOT ship
in the **Comments** section below.

List all RMA's in the "Comments" section below if applicable:

| | |
|---|---|
| **Total Pages:** | 6 |
| **Date:** | 9/5/2006 |
| **From:** | Norma Nicastro |
| **To:** | |

**GRO Analyst:*** O'LEARY, ERIN

**Quote Number:*** 1 0 0 0 8 3 3 9 0 5

| | |
|---|---|
| **Bill To Customer:** | Lehman |
| **Ship To Customer:** | Lehman |
| **Install At Customer:** | Lehman |
| **EMC/ESG Order** | |
| **Doc. Type 1:** | |
| **Doc. Type 2:** | |

** Comments **

* Required field for OCR

11:01:31 a m    09-05-2006    2 /6

Page 1 of 3

# EMC²

**where information lives**

176 South St
HOPKINTON, MA 01748
United States

Quote

Quote Prepared By: Rapseik, Christopher
Email: rapseik_christopher@emc.com
Quote #: 1000833905
Date: 05-Sep-2006
Contract:

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC<br>GORDON MARLER<br>201-490-4764<br>70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY, NJ 07302<br>US | LEHMAN BROTHERS INC<br>ATTN: ACCOUNTS PAYABLE<br><br>70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY, NJ 07302<br>US | LEHMAN BROTHERS INC<br>ALEX BLACK<br>201-524-2061<br>70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY, NJ 07302<br>US | LEHMAN BROTHERS INC<br>n/a<br>n/a<br>70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY, NJ 07302<br>US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | DMX-3 2500 Eval | | | | | | |
| | | SYSTEM | SYMM7 2 PAIR SOLUTION | | | | | |
| 1 | 16 | SB-15-DIR | STOR BAY 15SLT DR ENCL | EA | 80,000 | 100% | 0 | 5,600 |
| 2 | 4 | DMX2G1030001B | 300GB 10K 296.91GB ONEDRV | EA | 12,520 | 100% | 0 | 920 |
| 3 | 8 | DMX2G1030006B | 300GB 10K 2078.37GB 7+1 | EA | 201,520 | 100% | 0 | 14,743 |
| 4 | 16 | DMX2G10146&B | 146GB 10K 1013.67GB 7+1 | EA | 272,000 | 100% | 0 | 19,855 |
| 5 | 8 | DMX3-M9-8GB | DMX3 M9 8GB MEM DIR | EA | 215,500 | 100% | 0 | 15,095 |
| 6 | 4 | DMX3-06000 | 8PT FC DIR 6MS | EA | 262,500 | 100% | 0 | 18,375 |
| 7 | 2 | DMX3-PCBL3DHR | DMX3 PWR CBL H9L-R5TOL 30 | EA | 5,400 | 100% | 0 | 0 |
| 8 | 4 | DMX-ACON3P-50 | AC CONNECTOR 3 PHASE | EA | 2,400 | 100% | 0 | 168 |
| 9 | 4 | SD-BBU | STOR BAY BATTERY BACK-U | EA | 13,600 | 100% | 0 | 952 |
| 10 | 1 | 24S-CONFIG005 | 24S-CONFIG005KIT | EA | 0 | 0% | 0 | 0 |
| 11 | 3 | DMX3-PWRMOD | DMX3 PWR MOD 24 SYS | EA | 42,300 | 100% | 0 | 2,961 |
| 12 | 1 | DMX3-DBDIR-3D | DMX3 DRV BAY DCON 3D | EA | 27,000 | 100% | 0 | 1,890 |
| 13 | 1 | DMX3-2DAPAIR | DMX3 DISK DIR 2 PAIR | EA | 150,200 | 100% | 0 | 10,514 |
| 14 | 1 | DMX3-SYS24-3D | DMX3 24 SLOT SYS BAY 3D | EA | 112,000 | 100% | 0 | 7,840 |
| | | Hardware Sub-total | | | $1,397,640 | 100% | $0 | $98,913 |

| | | | | | |
|---|---|---|---|---|---|
| Configuration Sub-total | | | | | |
| Hardware Sub-total | $1,397,640 | 100% | $0 | $98,913 | |
| Software Sub-total | $0 | 0% | $0 | $0 | |
| Services Sub-total | $0 | 0% | $0 | | |
| Maintenance and Warranty Upgrade Sub-total | $0 | 0% | $0 | | |
| Configuration Total | $1,397,640 | 100% | $0 | $98,913 | |

212-9646969          xeroxfax                                    11:01:41 a m     09-05-2006        3 /6

Page 2 of 3

# EMC$^2$

**where information lives**
176 South St
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By: Rapasik, Christopher
Email: rapasik_christopher@emc.com
Quote #: 1000033905
Date: 05-Sep-2006
Contract:

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| GORDON MAILER | ATTN: ACCOUNTS PAYABLE | ALEX BLACK | n/a |
| 201-490-4754 | | 201-524-2081 | n/a |
| 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET |
| 9TH FLOOR | 9TH FLOOR | 9TH FLOOR | 9TH FLOOR |
| JERSEY CITY, NJ 07302 | JERSEY CITY  NJ 07302 | JERSEY CITY  NJ 07302 | JERSEY CITY  NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

**Proposal Summary**

| | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|
| Hardware Summary | $ 1,397,540 | 100% | $ 0 | $ 98,913 |
| Software Summary | $ 0 | 0% | $ 0 | $ 0 |
| Services Summary | $ 0 | 0% | $ 0 | |

| Total Price (USD) | $ 0 |
|---|---|

**Post Coverage Maintenance Fees**

| Annual HW Maintenance Fee | $ 98,913 |
|---|---|
| Annual SW Maintenance Fee | $ 0 |

Note: These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance.  Also, the highest level of maintenance is assumed if maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations).

2123040909          xeroxfax                                                    11:01:48 a m    09-05-2006          4 /6

Page 3 of 3

## Quote

# EMC²
### where Information lives
176 South St
HOPKINTON, MA 01748
United States

Quote Prepared By: Rapeek, Christopher
Email: rapeek_christopher@emc.com
Quote #: 1000833905
Date: 05-Sep-2006
Contract:

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| GORDON MARLER | ATTN: ACCOUNTS PAYABLE | ALEX BLACK | n/a |
| 201-420-4784 | | 201-524-2061 | n/a |
| 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET |
| 9TH FLOOR | 9TH FLOOR | 9TH FLOOR | 9TH FLOOR |
| JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes:

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer. or, if none, to the appropriate, then current, standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request, are:

    Equipment and Software - EMC's Basic Ordering Agreement (BOA)
    Lease of Products - EMC's Master Lease Agreement (MLA)
    Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
    Consulting, Technical Solutions, Professional or customized Training Services - EMC's Consulting and Training Services Agreement (CTB)
    Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system in which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges. Customer Education Passports are valid for one (1) year from date of invoice.

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities, if any, during the EMC warranty and/or maintenance period. If Customer disconnects, or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay, the amount of EMC's then current, standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period.

SPECIAL NOTICE FOR EMC SELECT PRODUCTS:  Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer. all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC. EMC does not assume any liability to Customer for such EMC Select products or service whatsoever. Customer shall have recourse only to the manufacturer, not EMC, for all such warranty, service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms. EMC Select Products are listed on the EMC Product Notice website located at: http://www.emc.com/products/warranty_maintenance/index.jsp.

SPECIAL NOTICE FOR EMC SOFTWARE:  Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at: http://www.emc.com/products/warranty_maintenance/index.jsp.

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote. Once accepted, the Quote, including the payment obligations, becomes a binding order under the applicable agreement.

Agreed by the undersigned, authorized Customer representative:
By (Sign): _____
Name (Print): _____
Title: _____
Date: _____

Rev 060501

212-3040909          xeroxiax                                                          11:02:02 a m      09-05-2006          5 /6

## Nicastro, Norma

**From:** Martin, Kasha
**Sent:** Tuesday, September 05, 2006 9:02 AM
**To:** DeGaetano, Marc
**Cc:** Wing, Michael; OBrien, Andy; Nicastro, Norma; Grynberg, Mike
**Subject:** RE: DMX-3 PreApproval Template.xls

Approved. Norma, please enter a return date of 11/15 once the RMA is opened.  Thanks- Kasha

-----Original Message-----
From: DeGaetano, Marc
Sent: Wednesday, August 30, 2006 11:48 AM
To: Martin, Kasha
Cc: Wing, Michael; OBrien, Andy; Nicastro, Norma; Grynberg, Mike
Subject: DMX-3 PreApproval Template.xls
Importance: High

Kasha,

Can you please see attached and let me know if you approve?  I have already received verbal agreement from Andy.

Thanks.

Marc De Gaetano
Global Account Manager - Lehman Brothers
EMC Corporation
11 Penn Plaza, 11th Floor
New York, NY 10001
Direct: (212) 519-8304
Cell: (917) 757- 6235
Fax: (212) 564-6909
Email: degaetano_marc@emc.com
Web: http://www.emc.com

1

212 JU48909          xeroxiax                                  11:02:10 a m      09-05-2006          6 /6

**Delane Division**
**Pre-Approval Form**

**Account Name:**

Lehman Brothers

**District Manager:**

Mike Wing

**Rep:**

Mike Grynberg

**Quote #:**

1000833905

**Cost of Item:**

$296,405

**Anticipated Revenue:** (if applicable)

$1,000,000

**Anticipated Margin:** (if applicable)

40.0%

**Type of Order:** (select from menu)

Loan

**Loan/Eval Period** (if applicable)

60 days

**List type of cab or upgrade** (or attach copy of Quote Analysis). Ex: DMX2000, NS700

DMX-3

**Price Floor being Broken** (or attach copy of Quote Analysis): Note: If Price Floor 5 is broken, Price Floor 5 Approval Template will need to be submitted prior to quote being approved.

**Detailed Justification:**

Lehman will be doing a technology refresh from DMX-2 to DMX-3 and need to certify the technology in their own environment.

2007-05-30  12:26                                    >> RightFax                    P 1/7

SO# 6206 7069

## Fax Cover Sheet

**EMC²**
where information lives

DMS Document Type: Sales Orders
Fax #: 1-508-898-4411

| |
|---|
| Is order Shipping (Select one): [          ] |
| If partial shipment, list all **MODELS** that should NOT ship |
| in the **Comments** section below |
| List all RMA's in the "Comments" section below if applicable. |

Total Pages: _____

Date:              5/30/2007  _____

From:              Norma Nicastro _____    To: Erin O'Leary _____

GRO Analyst:*      O'LEARY, ERIN

Quote Number:*      1    0    0    1    1    9    1    4    2    6

Bill To Customer:      Lehman  _____

Ship To Customer:      Lehman  _____

Install At Customer:   Lehman  _____

EMC/ESG Order      _____

Doc. Type 1:                Email  _____

Doc. Type 2:          EMC Quote Proposal  _____

** Comments **

_____
_____
_____

* Required field for OCR

2007-05-30  12:26

>> RightFax

P 2/7

Page 1 of 3

# EMC²
## where information lives

176 So ath St
HOPKINTON  MA 01748
United States

Quote Prepared By: Grynberg, Michael
Email: grynberg_mike@emc.com
Quote #: 1001 91296
Date: 30-May-2007
Revised:
GSA Deal? No

**Quote**

| Prepared For | Bill To | Ship To | Install |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC<br>Accounts Payable | LEHMAN BROTHERS INC<br>Charles Richards<br>2014996977 | LEHMAN BROTHERS INC<br>n/a<br>n/a |
| 70 HUDSON STREET<br>5TH FLOOR<br>JERSEY CITY NJ 07302<br>US | 70 HUDSON STREET<br>4TH FLOOR<br>JERSEY CITY NJ 07302<br>US | 70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY, NJ 07302<br>US | 70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY / NJ 07302<br>US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Amount (USD) |
|---|---|---|---|---|---|---|---|---|
| | | EDL 4100 for Lab | | | | | | |
| | | SYSTEM | PS1 FOR DL4000-CL | | | | | |
| 1 | 1 | DL4100 | LX3 a6 Array for Single Engine DL | EA | 15 000 | 100% | 0 | 11,050 |
| 2 | 1 | RACK-40U-40 | 40U COMMON RACK  4 PDP | EA | 4 200 | 100% | 0 | 0 |
| 3 | 1 | DL 4000-DAE | FULLY LOADED 4GB STILE1T0 DAE W/NORTNG1AR 600G | EA | 30 100 | 100% | 0 | 3 110 |
| 4 | 1 | DL VAULT DAE | 4GB STILETTO VAULT DAE W/(6) 146GB FC DRIVES | EA | 6,000 | 100% | 0 | 956 |
| 5 | 1 | PW40U-60 US | RACK-40U 60 PWR CORD US | EA | 1 150 | 100% | 0 | 0 |
| 6 | 1 | DL-ENGINE 5U | SUNTEL BASED SERVER W/3 2 GHZ CPU & 2G-1 RAM | EA | 30 000 | 100% | 0 | 2 000 |
| | | | Hardware Sub-total | | $ 186,350 | 100% | $ 0 | $ 18 100 |
| 1 | 1 | PS-DAYS CDL | CDL IMPLEMENTATION DS | EA | 15,820 | 100% | 0 | |
| | | | Services Sub-total | | $ 15,820 | 100% | $ 0 | |
| | 1 | | HW MAINTENANCE<br>Includes months 25-36 @ $ 0/mo | eA | 0 | 0% | 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 0 | 0% | $ 0 | |

Configuration Sub-total

| | | | |
|---|---|---|---|
| Hardware Sub-total | $ 186,350 | 100% | $ 0 | $ 12,100 |
| Software Sub-total | $ 0 | 0% | $ 0 | $ 0 |
| Services Sub-total | $ 16 020 | 100% | $ 0 | |
| Maintenance and Warranty Upgrade Sub-total | $ 0 | 0% | $ 0 | |
| Configuration Total | $ 201,070 | 100% | $ 0 | $ 18,100 |

Quote

# EMC²
where information lives

176 South St
HOPKINTON MA 01748
United States

Quote Prepared by: Grynberg Michael
Email: grynberg michael@emc.com
Quote #: 130-191426
Date: 30 May 2007
Contract:
GSA Sched No:

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC<br>Accounts Payable | LEHMAN BROTHERS INC<br>Charles Richards<br>201456897 | LEHMAN BROTHERS INC<br>n/a<br>n/a |
| 70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY NJ 07302<br>US | 70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY, NJ 07302<br>US | 70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY, NJ 07302<br>US | 70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY NJ 07302<br>US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Proposal Summary

| | | | |
|---|---|---|---|
| Hardware Summary | $ 188,350 | 100% | $ 0 | $ 18,194 |
| Software Summary | $ 0 | 0% | $ 0 | $ 0 |
| Services Summary | $ 18,620 | 100% | $ 0 | |

| | |
|---|---|
| Total Price (USD) | $ 0 |

Post Coverage Maintenance Fees

| | |
|---|---|
| Annual HW Maintenance Fee | $ 18,194 |
| Annual SW Maintenance Fee | $ 0 |

Note: These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance. Also, the highest level of maintenance is selected if maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations)

2007-05-30 12:27                                     >> RightFax                    P 4/7

Quote

EMC²
where information lives

175 South St
HOPKINTON, MA 01748
United States

Quote Prepared By: Grynberg, Michael
Email: grynberg_mike@emc.com
Quote #: 1001151426
Date: 30 May 2007
Contract:
CSA Deal# hu

| Prepared For | Bill To: | Ship To. | Install |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC<br>Accounts Payable | LEHMAN BROTHERS INC<br>Chakra Richards | LEHMAN BROTHERS INC |
| 70 HUDSON STREET<br>9TH FLOOR<br>JERSEY CITY  NJ 07302<br>US | 70 HUDSON STREET<br>5TH FLOOR<br>JERSEY CITY  NJ 07302<br>US | 70 HUDSON STREET<br>5TH FLOOR<br>JERSEY CITY  NJ 07302<br>US | 70 HUDSON STREET<br>5TH FLOOR<br>JERSEY CITY  NJ 07302<br>US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer, or if none, to the appropriate then current, standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request, are:

Equipment and Software - EMC's Basic Ordering Agreement (BOA)
Lease of Products - EMC's Master Lease Agreement (MLA)
Maintenance Services  EMC's Continuous Coverage Product Maintenance Agreement (CCPMA) or Support Exhibit
Consulting, Technical Solutions, Professional or Customized Training Services - EMC's Consulting and Training Services Agreement (CTS)
Subscriptions  EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment registers and additions in a's between each it al of the servicing system in which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges Customer Education Passports are valid for one (1) year from date of invoice.

The prices on this Quote are dependent upon EMC's use of the applicable remote access capabilities, if any, during the EMC warranty and/or maintenance period. If Customer does not elect, or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay, the amount of EMC's then current, standard surcharge for all imported products during the affected portion of the EMC warranty and/or maintenance period.

SPECIAL NOTICE FOR EMC SELECT PRODUCTS  Notwithstanding any contrary terms or conditions of any agreement between the parties, or any order submitted by or the acceptance by Customer, of products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC. EMC does not assume any liability to Customer for such EMC Select products or service whatsoever. Customer shall have recourse only to the manufacturer, not EMC, for all such warranty service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms. EMC Select Products are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

SPECIAL NOTICE FOR EMC SO-+WARE  Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing this Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending or other writing. Once EMC accepting this Quote. Once accepted, the Quote, including the payment obligations, becomes a binding order under the applicable agreement.

Agreed by the undersigned authorized Customer representative
By (Sign) _____
Name (Print) _____
Title _____
Date _____

Rev 090501

**Delane Division**
**Pre-Approval Form**

| | |
|---|---|
| **Account Name:** | Lehman Brothers |
| **District Manager:** | Mike Wing |
| **Rep:** | Mike Grynberg |
| **Quote #:** | 1001191426 |
| **Cost of Item:** | $46,207 |
| **Anticipated Revenue:** (if applicable) | $46,207 |
| **Anticipated Margin:** (if applicable) | 0.0% |
| **Type of Order:** (select from menu) | Loan |
| **Loan/Eval Period** (if applicable) | |
| **List type of cab or upgrade** (or attach copy of Quote Analysis)  Ex  DMX2000 NS700 | EDL 4100 |
| **Price Floor being Broken** (or attach copy of Quote Analysis)  Note: if Price Floor 5 is broken. Price Floor 5 Approval Template will need to be submitted prior to quote being approved | |
| **Detailed Justification:** | Lehman currently has a beta box in there lab that was installed as a poc.  EMC engineering wants the box back and we need to give them a replacement.  We will bundle this into Q2 business. |

**Nicastro, Norma**

**From:** Stewart, Seth
**Sent:** Thursday, May 24, 2007 5:19 PM
**To:** Nicastro, Norma; DeMaria, Robert; OBrien, Andy
**Cc:** Bromfield, Danielle
**Subject:** RE: EDI Lab Unit

Approved

**From:** Nicastro, Norma
**Sent:** Thursday, May 24, 2007 11:16 AM
**To:** DeMaria, Robert; Stewart, Seth; OBrien, Andy
**Cc:** Bromfield, Danielle
**Subject:** RE: EDL Lab Unit

seth,

can you approve this?

**From:** DeMaria, Robert
**Sent:** Friday, May 18, 2007 3:21 PM
**To:** Stewart, Seth; OBrien, Andy
**Cc:** Bromfield, Danielle; Nicastro, Norma
**Subject:** RE: EDL Lab Unit

No, if they will be needed it will come under a separate cover.

Robert C. DeMaria
Global Account Manager – Lehman Brothers
EMC Corporation
Mobile # 732-233-0849
Office # 212-519-8246

$EMC^2$

 information infrastructure
is a fundamentally new approach to putting information first,
putting it to work, and leveraging its value.

store        protect        optimize        leverage

**From:** Stewart, Seth
**Sent:** Friday, May 18, 2007 8:46 AM
**To:** DeMaria, Robert; OBrien, Andy
**Cc:** Bromfield, Danielle; Nicastro, Norma
**Subject:** RE: EDL Lab Unit

Robert,

Are we shipping as a loaner?  Are there services required to set the box up?

Thanks
Seth

**From:** DeMaria, Robert
**Sent:** Thursday, May 17, 2007 3:17 PM
**To:** OBrien, Andy
**Cc:** Stewart, Seth; Bromfield, Danielle; Nicastro, Norma
**Subject:** FW: EDL Lab Unit

Andy,

Need this to get approved asap please.  We cannot install the NAS units without this.

thanks!

Robert C. DeMaria
Global Account Manager – Lehman Brothers
EMC Corporation
Mobile # 732-233-0849
Office # 212 519-8246



information infrastructure                    EMC²

is a fundamentally new approach to putting information first,
putting it to work, and leveraging its value.

   store       protect   ·   optimize      leverage

SO#
6231 3511

## Fax Cover Sheet

**EMC²**
where information lives'

DMS Document Type: Sales Orders
Fax #: 1-508-898-4411

Is order Shipping (Select one):
If partial shipment, list all **MODELS** that should **NOT** ship in the **Comments** section below.

List all RMA's in the "Comments" section below if applicable:

**Total Pages:** _____

**Date:** 10/22/2007

**From:** Loren Bednor          **To:** Erin O'Leary

**GRO Analyst:*** O'LEARY, ERIN

**Quote Number:*** 1 0 0 1 4 1 7 2 0 7

**Bill To Customer:** Lehman Brothers

**Ship To Customer:** Lehman Brothers

**Install At Customer:** _____

**EMC/ESG Order** _____

**Doc. Type 1:** Email

**Doc. Type 2:** EMC Quote Proposal

** Comments **

_____

_____

_____

* Required field for OCR

Oct 22 07 08:43a          e                          212-301-7001                    p.2

**Delane Division**
**Pre-Approval Form**

PROCESS. This completed form should be sent to your DM, then to the AM, who will send their approval to the Business Manager  Upon approval by the Business Manager, the coordinator can have corporate book the order

| | |
|---|---|
| **Account Name:** | Lehman Brothers |
| **District Manager:** | Michael Wing |
| **Rep:** | Mike Grynberg/Toni Johnson |
| **Quote #:** | 1001417207 |
| **Cost (COGS from DXP quote analysis):** | $334,505 - Hardware<br>$215,940 - Software |
| **Anticipated Revenue:** (if applicable) | $6,000,000 |
| **Date needed and why** (if applicable)  Date should tie to a migration schedule, install date or start of POC  ASAP/today is not acceptable | Week of November 5th |
| **Date requested** | 10/18/2007 |
| **Type of Order:** (select from menu) | Loan |
| **Loan/Eval Period- expiration date** (if applicable) | 31-Jan-08 |
| **Type of cab or upgrade** (or attach copy of Quote Analysis)  Ex  DMX2000, NS700 | DMX2500 (see attached configuration) |
| **Services required** (if services are required, which CSM/L was contacted and when? What is the date POC services need to commence?) | |
| **Justification:** | Eval of equipment |
| **Detailed Justification:** | Lehman Bros is building a new datacenter, schedule to open in April 2008  Lehman's policy is to only install equipment into a production site after it has been evaluated in there Lab and meets the documented requirements. With the features and functions of DMX4 it would be the preferred Tier 1 stroage option but Lehman wants to get first hand access to ensure the techology meets their standards and will install and perform within acceptable guidelines. |

**Guidelines:**

Definitions  Evals will convert to revenue, loaners will return to EMC, swaps the old gear will return to EMC and new gear remain at the customer  $0 sales are giveaways

Detailed justification must include a compelling reason to send the specific equipment  The promise of a future deal is not adequate
Several fields will be used for tracking, including return date and justification- please make these as accurate as possible
Railkits, cables, and other small requests should be $0 sales due to the effort involved in tracking RMA's.
Multiple quotes can go on 1 form, with total cogs and equipment lists

| **Required for Swaps:** | Model/Description/Count- from DXP | COGS |
|---|---|---|
| Items needed- this request | | |
| Items to be returned- from original sale | | |
| Original SO# and date | | $          - |

Oct 22 07 08:43a        e                              212-301-7001                    p.3

**Quote**

# EMC²
### where Information lives

176 South St
HOPKINTON, MA 01748
United States

Quote Prepared By  Johnson, Tijuana A
Email  johnson_tnt@emc.com
Quote #: 1001417207
Date: 22-Oct-2007
Contract
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Philip Smith | Accounts Payable | Gordon Marker | n/a |
| | | 201-499-4764 | n/a |
| 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET |
| 8TH FLOOR | 9TH FLOOR | 9TH FLOOR | 9TH FLOOR |
| JERSEY CITY, NJ 07302 | JERSEY CITY  NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY  NJ 07302 |
| US | US | US | U3 |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | **DMX4 2500 Eval** | | | | | | |
| | | **SYSTEM** | **SYMMT.5 2 PAIR SOLUTION** | | | | | |
| 1 | 16 | SB4-15-DIR | DMX4 STOR BAY 15SLT DR ENCL | EA | 80,500 | 100% | 0 | 6,272 |
| 2 | 2 | DMX4151491B | 146GB 15K 144 61GB ONEDRV | EA | 5,670 | 100% | 0 | 414 |
| 3 | 6 | DMX4151456B | 146GB 15K 1013 67GB 7-1 | CA | 161,440 | 100% | 0 | 13,247 |
| 4 | 4 | DMX4153001B | 300GB15K 295 61GBONEDRV | EA | 18,630 | 100% | 0 | 1,356 |
| 5 | 2 | DMX472500018 | 500GB 7.2K 493 191GB ONEDRV | EA | 5,420 | 100% | 0 | 396 |
| 6 | 3 | DMX472500EB | 500GB 7.2K 3452 33GB 7+1 | EA | 65,040 | 100% | 0 | 4,749 |
| 7 | 14 | DMX416300EB | 300GB 15K 2071 33GB7+1 | EA | 520,800 | 100% | 0 | 38,022 |
| 8 | 6 | DMX4-MEM-16GB | 16 GB GLOBAL MEMORY DIR | EA | 181,800 | 100% | 0 | 12,726 |
| 9 | 4 | DMX4-80000B | DMX4 8PT FC DIR 8/05S | EA | 338,460 | 100% | 0 | 23,551 |
| 10 | 4 | DMX-ACON3P-50 | AC CONNECTOR 3 PHASE | EA | 2,400 | 100% | 0 | 168 |
| 11 | 6 | DMX4-PCBL3DHR | DMX4 PWR CBL HBL/RSTOL 3D | EA | 18,150 | 100% | 0 | 0 |
| 12 | 3 | DMX4-PWRMOD | DMX4 PWR MOD 24 SYS | EA | 47,370 | 100% | 0 | 3,315 |
| 13 | 1 | 24S-CONFIG0S | 24S-CONFIG0SKIT | EA | 0 | 0% | 0 | 0 |
| 14 | 4 | SB-BBU | STOR BAY BATTERY BACK-U | EA | 13,600 | 100% | 0 | 952 |
| 15 | 1 | DMX4-D8DR-3D | DMX4 DRV BAY DCON 3D | EA | 29,625 | 100% | 0 | 2,074 |
| 16 | 1 | DMX4-2DAPAIR | DMX4-DISK DIR 2 PAIR | EA | 168,220 | 100% | 0 | 11,775 |
| 17 | 1 | DMX4-SYS24-3D | DMX4 24 SLOT SYS BAY 3D | EA | 112,895 | 100% | 0 | 7,903 |
| | | | **Hardware Sub-total** | | **$ 1,797,090** | **100%** | **$ 0** | **$ 125,919** |
| 1 | 1 | TF-M-RN-OPN | R1 FOR TF-M ON OPEN SYSTE | EA | 0 | 0% | 0 | 0 |
| 2 | 1 | SRDFCG-RN-OPN | RT FOR SRDFCG ON OPEN SYS | EA | 0 | 0% | 0 | 0 |
| 3 | 1 | SRDF-S-RN-OPN | RT FOR SRDF-S ON OPEN SYS | EA | 0 | 0% | 0 | 0 |
| 4 | 1 | TFSNAP-RN-OPN | RT FOR TFSNAP ON OPEN SYS | EA | 0 | 0% | 0 | 0 |
| 5 | 1 | SYMPRCNT-RN-O | RT KIT OPEN SYSTEMS HOST ON DMX WITH SYMPRCNT | EA | 0 | 0% | 0 | 0 |
| 6 | 1 | DYNCP-RN-OPN | RT KIT FOR OPEN SYSTEMS HOSTS ATTACHED TO DMX | EA | 0 | 0% | 0 | 0 |
| 7 | 1 | SRDF-A-RN-OPN | RT FOR SRDFA ON OPEN SYS | EA | 0 | 0% | 0 | 0 |
| 8 | 1 | TF-CLN-RN-OPN | RT FOR TFCLONE ON OPEN SY | EA | 0 | 0% | 0 | 0 |
| 9 | 43 | CC-OPTM-C04 | SYMM OPT 1TB (41-60TB) | EA | 65,790 | 100% | 0 | 9,690 |
| 10 | 43 | CC-SM-C04 | SAN MAN 1TB (41-60TB) | EA | 54,070 | 100% | 0 | 11,524 |
| 11 | 1 | CC-ADV-BASE | SAN ADV BASE LICENSE | EA | 7,655 | 100% | 0 | 1,385 |
| 12 | 43 | CC-ADV-C04 | SAN ADV 1TB (41-60TB) | EA | 39,345 | 100% | 0 | 7,095 |
| 13 | 43 | OR-DM-C04 | OR-DM 1TB (41-60TB) | EA | 230,050 | 100% | 0 | 34,520 |
| 14 | 1 | OR-DM-BASE | OR-DM BASE LICENSE | EA | 32,940 | 100% | 0 | 4,941 |
| 15 | 43 | SRDF-CG-C04 | SRDF-CG 1TB (41-60TB) | EA | 35,690 | 100% | 0 | 5,373 |
| 16 | 1 | TF-CLONE-BASE | TF-CLONE BASE LICENSE | EA | 29,070 | 100% | 0 | 4,361 |
| 17 | 43 | TF-CLONE-C04 | TF-CLONE 1TB (41-60TB) | EA | 114,380 | 100% | 0 | 17,158 |
| 18 | 43 | SRDF-A-C04 | SRDF-A 1TB (41-60TB) | EA | 221,020 | 100% | 0 | 33,152 |
| 19 | 1 | SRDF-A-BASE | SRDF-A BASE LICENSE | EA | 32,940 | 100% | 0 | 4,941 |
| 20 | 1 | SRDFSADD-BASE | SRDFSADD BASE LICENSE | EA | 16,470 | 100% | 0 | 2,471 |
| 21 | 43 | SRDFS-ADD-C04 | SRDFS-ADD 1TB (41-60TB) | EA | 110,080 | 100% | 0 | 16,511 |
| 22 | 43 | TFSNAPADD-C04 | TFSNAP-ADD 1TB (41-60TB) | EA | 56,760 | 100% | 0 | 8,514 |
| 23 | 43 | CC-SYMPK-C04 | SYMM PKG 1TB (41-60TB) | EA | 177,590 | 100% | 0 | 26,650 |
| 24 | 1 | CC-OPTM-BASE | SYMM OPT BASE LICENSE | EA | 17,900 | 100% | 0 | 2,665 |
| 25 | 1 | SRDF-CG-BASE | SRDF-CG BASE LICENSE | EA | 5,310 | 100% | 0 | 797 |
| 26 | 43 | TF-M-C04 | TF-M 1TB (41-60TB) | EA | 28,380 | 100% | 0 | 4,257 |
| 27 | 1 | TF-M-BASE | TF-M BASE LICENSE | EA | 7,280 | 100% | 0 | 1,094 |
| 28 | 12 | CC-SM-N04 | SAN MAN 1TB (41-60TB) NLT3 | EA | 8,940 | 100% | 0 | 1,608 |
| 29 | 12 | CC-ADV-N04 | SAN ADV 1TB (41-60TB) NLT3 | EA | 5,520 | 100% | 0 | 996 |
| 30 | 12 | CC-SYMPK-N04 | SYMM PKG 1TB (41-60TB) NLT3 | EA | 24,780 | 100% | 0 | 3,720 |
| 31 | 12 | OR-DM-N04 | OR-DM 1TB (41-60TB) NLT3 | EA | 32,100 | 100% | 0 | 4,812 |
| 32 | 12 | SRDF-CG-N04 | SRDF-CG 1TB (41-60TB) NLT3 | EA | 4,960 | 100% | 0 | 744 |
| 33 | 12 | CC-OPTM-N04 | SYMM OPT 1TB (41-60TB) NLT3 | EA | 9,180 | 100% | 0 | 1,360 |
| 34 | 12 | TF-M-N04 | TF-M 1TB (41-60TB) NLT3 | EA | 3,960 | 100% | 0 | 600 |
| 35 | 12 | SRDFS-ADD-N04 | SRDFS-ADD 1TB (41-60TB) NLT3 | EA | 15,360 | 100% | 0 | 2,304 |
| 36 | 12 | TF-CLONE-N04 | TF-CLONE 1TB (41-60TB) NLT3 | EA | 15,060 | 100% | 0 | 2,400 |
| 37 | 12 | SRDF-A-N04 | SRDF-A 1TB (41-60TB) NLT3 | EA | 30,840 | 100% | 0 | 4,632 |
| 38 | 12 | TFSNAPADD-N04 | TFSNAP-ADD 1TB (41-60TB) NLT3 | EA | 7,020 | 100% | 0 | 1,108 |
| 39 | 43 | PPME-OR-C04 | PPME-OR 1TB (41-60TB) | EA | 102,125 | 100% | 0 | 18,403 |
| 40 | 1 | PPME-OR-BASE | PPME-OR BASE LICENSE | EA | 14,650 | 100% | 0 | 2,637 |
| 41 | 12 | PPME-OR-N04 | PPME-OR 1TB (41-60TB) NLT3 | EA | 14,280 | 100% | 0 | 2,568 |
| 42 | 43 | SYMPRCNT-C04 | SYMM PRIORITY CONTROLS 1TB (41-60TB) | EA | 71,380 | 100% | 0 | 10,707 |
| 43 | 12 | SYMPRCNT-N04 | SYMM PRIORITY CONTROLS 1TB (41-60TB) NLT3 | EA | 9,900 | 100% | 0 | 1,500 |
| 44 | 43 | DYNCP-C04 | DYNAMIC CACHE PARTITIONING 1TB (41-60TB) | EA | 71,380 | 100% | 0 | 10,707 |
| 45 | 12 | DYNCP-N04 | DYNAMIC CACHE PARTITIONING 1TB (41-60TB) NLT3 | EA | 9,900 | 100% | 0 | 1,500 |
| 46 | 1 | SYMPRCNT-BASE | SYMM PRIORITY CONTROLS BASE LICENSE | EA | 9,100 | 100% | 0 | 1,379 |
| 47 | 1 | DYNCP-BASE | DYNAMIC CACHE PARTITIONING BASE LICENSE | EA | 9,100 | 100% | 0 | 1,379 |
| 48 | 1 | CC-SM6-BASE | EMC CONTROLCENTER 6 0 SAN MGR BASE | EA | 12,780 | 100% | 0 | 2,300 |
| 49 | 1 | CC-SYMPK6-BAS | EMC CONTROLCENTER 6 0 SYMMETRIX PACKAGE BASE | EA | 21,990 | 100% | 0 | 3,299 |
| 50 | 1 | CC-INST-KIT6 | EMC CONTROLCENTER 6 0 INSTALLATION KIT | EA | 0 | 0% | 0 | 0 |
| 51 | 1 | SMC-SW-KIT6 | SMC 6 0 SOFTWARE KIT | EA | 0 | 0% | 0 | 0 |

**Quote**

# EMC²
### where Information lives

176 South St
HOPKINTON, MA 01748
United States

Quote Prepared By: Johnson Tianna A
Email: johnson_tonk@emc.com
Quote #: 1001417207
Date: 22-Oct-2007
Contract
CSA Deal? No

| Prepared For | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Philip Smith | Accounts Payable | Gordon Marler | n/a |
| | | 201-469-4764 | n/a |
| 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET |
| 9TH FLOOR | 9TH FLOOR | 9TH FLOOR | 9TH FLOOR |
| JERSEY CITY NJ 07302 | JERSEY CITY NJ 07302 | JERSEY CITY NJ 07302 | JERSEY CITY NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | | Software Sub-total | | $ 1,799,195 | 100% | $ 0 | $ 278,094 |
| 1 | 1 | | SW MAINTENANCE Includes months 1-12 @ $ 0/mo | EA | 0 | 0% | 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Configuration Sub-total | | | | | |
| | | | Hardware Sub-total | | $ 1,797,090 | 100% | $ 0 | $ 126,919 |
| | | | Software Sub-total | | $ 1,799,195 | 100% | $ 0 | $ 278,094 |
| | | | Services Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Configuration Total | | $ 3,596,285 | 100% | $ 0 | $ 405,813 |

EMC Confidential

Oct 22 07 08:44a          e                          212-301-7001                    p.5

Page 3 of 4

**Quote**

# EMC²
where information lives

175 South St
HOPKINTON MA 01748
United States

Quote Prepared By  Johnson, Tijuana A
Email: johnson_tom@emc.com
Quote # 1001417207
Date  22-Oct-2007
Contract:
GSA Deal7 No

| Prepared For | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Philip Smith | Accounts Payable | Gordon Marler | n/a |
| | | 201-499-4764 | n/a |
| 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET |
| 9TH FLOOR | 9TH FLOOR | 9TH FLOOR | 9TH FLOOR |
| JERSEY CITY NJ 07302 | JERSEY CITY NJ 07302 | JERSEY CITY NJ 07302 | JERSEY CITY NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Proposal Summary

| | | | |
|---|---|---|---|
| Hardware Summary | $ 1,707,090 | 100% | $ 0 | $ 126,915 |
| Software Summary | $ 1,799,195 | 100% | $ 0 | $ 278,094 |
| Services Summary | $ 0 | 0% | $ 0 | |

| | |
|---|---|
| Total Price (USD) | $ 0 |

Post Coverage Maintenance Fees

| | |
|---|---|
| Annual HW Maintenance Fee | $ 126,915 |
| Annual SW Maintenance Fee | $ 278,094 |

Note. These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance  Also, the highest level of maintenance is assumed if maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations)

Oct 22 07 08:44a        e                          212-301-7001                    p.6

**Quote**

# EMC²
where information lives

170 South St
HOPKINTON, MA 01748
United States

Quote Prepared By: Johnson, Tijuana A
Email: johnson_tom@emc.com
Quote #: 1001417207
Date: 22-Oct-2007
Contract
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Philip Smith | Accounts Payable | Gordon Marler | n/a |
| | | 201-499-4784 | n/a |
| 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET | 70 HUDSON STREET |
| 9TH FLOOR | 9TH FLOOR | 9TH FLOOR | 9TH FLOOR |
| JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes.

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer, or, if none is the appropriate, then current standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request are

Equipment and Software - EMC's Basic Ordering Agreement (BOA)
Lease of Products - EMC's Master Lease Agreement (MLA)
Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
Consulting, Technical Solutions, Professional or customized Training Services - EMC's Consulting and Training Services Agreement (CTS)
Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system in which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges. Customer Education Passports are valid for one (1) year from date of invoice.

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities. If any, during the EMC warranty and/or maintenance period. If Customer disconnects, or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay, the amount of EMC's then current, standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period.

SPECIAL NOTICE FOR EMC SELECT PRODUCTS: Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer: all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC. EMC does not assume any liability to Customer for such EMC Select products or service whatsoever. Customer shall have recourse only to the manufacturer, not EMC for all such warranty, service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms. EMC Select Products are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

SPECIAL NOTICE FOR EMC SOFTWARE: Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote. Once accepted, this Quote, including the payment obligations, becomes a binding order under the applicable agreement.

Agreed by the undersigned, authorized Customer representative
By (Sign) _____
Name (Print) _____
Title _____
Date _____

Rev 060501

Dec 31 07 03:29p                                                        p.1

SO# 6244 3272

# EMC²
*where information lives*

## Fax Cover Sheet

**DMS Document Type: Sales Orders**
**Fax #: 1-508-898-4411**

Is order Shipping (Select one):
If partial shipment, list all **MODELS** that should NOT ship in the **Comments** section below.

List all RMA's in the "Comments" section below if applicable:

**Total Pages:**

**Date:**        12/31/2007

**From:**        Loren Bednor          **To:** Erin O'Leary

**GRO Analyst:***        O'LEARY, ERIN

**Quote Number:***        1   0   0   1   4   9   1   1   0   4

**Bill To Customer:**        Lehman Brothers

**Ship To Customer:**        Lehman Brothers

**Install At Customer:**

**EMC/ESG Order**

**Doc. Type 1:**        Email

**Doc. Type 2:**        EMC Quote Proposal

**** Comments ****

* Required field for OCR

p. 2

Dec 31 07 03:30p

# Purchase Order

**Lehman Brothers - Americas**
1301 Sixth Avenue
New York NY 10019
United States

Vendor:   0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Foster, Pamela | 1 212 320 7438 | | USD |
| Ship To: | See Detail Below | | |

Bill To:     P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt?  N      Tax Exempt ID:              Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1- 1 | CENTERA ON DEMAND MIGRATION RENTAL - NEW YORK (2X12 node centerra frame 9 month rental) | | 1.00 MON | 58,734.00 | 58,734.00 | Jan-14-2008 |

Ship To:   85AXXVHARD
85 10th Avenue
New York NY 10011
United States

Schedule Total                          58,734.00

Quote #1001491171

Item Total                          58,734.00

| 2- 1 | CENTERA ON DEMAND MIGRATION RENTAL NEW YORK (2X12 node centerra frame 9 month rental) | | 1.00 MON | 58,734.00 | 58,734.00 | Jan-14-2008 |

Ship To:   27CXXVBLDG   Attn:   Saini,Magan
27 Commerce Drive
Cranford NJ 07016-3610
United States

Schedule Total                          58,734.00

Quote #1001491104

Item Total                          58,734.00

Total PO Amount                          117,468.00

PURCHASE ORDER TERMS AND CONDITIONS
ACCEPTANCE; TERM; TERMINATION -- These terms and conditions (the "T&Cs") constitute Customer's
acceptance of Supplier's offer (the "Offer," together with the T&Cs, the "Order") to sell and/or
license products and/or services, as applicable, to the Customer identified in this Order.  Customer'
s acceptance of this Order is expressly subject to the terms and conditions contained herein, unless
otherwise expressly agreed to in a writing signed by Customer pursuant to the Section titled
"Miscellaneous" below. If ongoing services are to be provided pursuant to this Order, the term of
such services shall be one year unless otherwise specified in the T&Cs or in a writing signed by the
parties. Customer may renew services under the same T&Cs at any time by providing written notice to
Supplier for subsequent one-year terms unless Supplier provides notice of non-renewal to Customer no
later than sixty days prior to the end of the then-current term. If neither party gives notice of
renewal or non-renewal, upon the expiration of the term, this Order shall continue month-to-month
under these T&Cs

FEES -- Invoices shall be sent to Customer's address set forth in this Order.  Undisputed invoices
shall be payable within sixty (60) days of receipt. Supplier shall not invoice any products or
services provided hereunder at a price higher than that shown on this Order, which price includes all
applicable federal, state and local taxes.  If the price is omitted on the Order, the price will be
the lowest prevailing market price for such products or services.  Customer shall not be responsible
for any charges for delivery, installation, transportation or packaging.  Supplier will not be
entitled to reimbursement from Customer for any expenses it incurs in connection with fulfilling this
Order.

Signature not required on emailed POs

Dec 31 07 03:30p

# Purchase Order

## Lehman Brothers - Americas
1301 Sixth Avenue
New York NY 10019
United States

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 2 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 30 | Destination, PPD | | Common |

| Buyer | Phone | | Currency |
|---|---|---|---|
| Foster, Pamela | 1 212 320 7438 | | USD |

Vendor:  0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Ship To:    See Detail Below

Bill To:    P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt?  N     Tax Exempt ID:                    Replenishment Option:  Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

DELIVERY AND ACCEPTANCE; RISK OF LOSS; CUSTOMER'S PROPERTY -- Title and risk of loss shall remain with Supplier until products purchased under this Order have been delivered to Customer at the location specified in the Order and have been accepted by Customer. If Supplier does not comply with Customer's delivery schedule, Customer may either approve a revised schedule or terminate the Order without liability. Upon delivery, Customer may inspect all products and services purchased hereunder to determine if they meet all applicable requirements, and are otherwise in good condition, suitable for their intended business use. IF, IN THE REASONABLE JUDGMENT OF CUSTOMER, THE PRODUCTS OR SERVICES ARE UNSATISFACTORY, CUSTOMER MAY REJECT SUCH PRODUCTS OR SERVICES. Customer shall return rejected products to Supplier at Supplier's expense. Except for Software licensed to Customer hereunder, all products and services provided to Customer under this Order shall be and remain the personal property of Customer. Any developed works or other intellectual property or materials created by Supplier under this Order shall be owned exclusively by Customer.

SOFTWARE -- This Section will apply to the extent that Order includes Software (embedded or stand-alone). Unless otherwise specified in the T&Cs or in another applicable agreement between the parties, Supplier grants to Customer a worldwide, perpetual, royalty-free license to use, display and perform the Software identified in this Order in the ordinary course of Customer's business operations and for its own business purposes, including, but not limited to, processing its own information and that of its affiliates and clients as part of its business. Use includes use by or on behalf of Customer or Customer's affiliates, and use by third parties under contract to provide services to Customer or its affiliates, on any number of PCs and in any number of instances. subject to the restrictions set forth herein. If applicable, Use also includes the right of Customer to freely use and distribute, internally within Customer, among Customer's affiliates, and with Customer's clients, data produced by the Software, including data in any proprietary formats used by the Software. Customer may make a reasonable number of copies of the Software solely for backup, training, archiving, testing and disaster recovery. "Software" means the software programs listed in this Order and any upgrades, updates, enhancements, modifications, alterations, improvements, revisions, releases, and new versions. Customer may transfer the Software from one hardware platform or operating system to another (or both) for which the Software is or becomes generally available, at no additional charge. Customer will not modify, reverse assemble, or reverse compile any part of the Software, except as permitted by applicable law. Customer may make copies of and incorporate any documentation for the Software in other works prepared for Customer's business, so long as all intellectual property notices of Supplier are included as they appear on or in the documentation.

COMPLIANCE WITH LAWS -- In connection with the products provided and/or services performed hereunder, Supplier shall at Supplier's sole cost, comply with, and shall require all Suppliers, subcontractors and/or consultants retained by Supplier to comply with (i) all requirements of applicable laws, orders, rules and regulations of governmental authorities, and (ii) all policies, rules and regulations of Customer (including, without limitation, Customer's policies regarding security and testing for controlled substances) and of the building in which the products are provided and/or the services are to be performed. Supplier shall not file any mechanic's or materialman's lien or claim against Customer's property nor against the buildings in which the products are provided and/or the services are performed, nor shall Supplier suffer or permit any such lien to be filed by any of its subcontractors and/or consultants.

CONFIDENTIALITY -- Supplier shall preserve as confidential all information related to the business activities of Customer and its affiliates, clients, and entities with whom Customer does business that may be disclosed by Supplier from any source (such information, together with the existence and terms of this Order, constituting the "Confidential Information"). Supplier shall hold Confidential Information in trust and confidence for Customer and shall not disclose Confidential Information to any person, firm or enterprise, or use any Confidential Information for its own benefit or the benefit of any other party, unless specifically authorized by Customer in writing, and to limit access and disclosure of such Confidential Information to Supplier's personnel on a "need to know" basis only. Confidential Information does not include any particular information that the Supplier can demonstrate (i) is currently in the public domain, (ii) was previously known to Supplier free from any obligation to keep it confidential, (iii) was or is publicly disclosed by or on behalf of the Customer either prior to or subsequent to the receipt of such information by Supplier, (iv) is independently developed by the Supplier without any access to or use of Confidential Information of Customer, or (v) is rightfully obtained by Supplier from a third party lawfully in possession of the Confidential Information and who is not bound by confidentiality obligations to Customer. Supplier

Signature not required on emailed Pos

P. 4

Dec 31 07 03:30p

# Purchase Order

## Lehman Brothers - Americas
1301 Sixth Avenue
New York NY 10019
United States

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 3 |

| Payment Terms | Freight Terms | | Ship Via |
|---|---|---|---|
| Net 30 | Destination, PPD | | Common |

| Buyer | Phone | | Currency |
|---|---|---|---|
| Foster, Pamela | 1 212 320 7438 | | USD |

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Ship To:    See Detail Below

Bill To:    P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt? N    Tax Exempt ID:    Replenishment Option: Standard

| Line-Sch | Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|

may disclose Confidential Information of Customer if required to do so under applicable law, rule or order provided that Supplier, where reasonably practicable and to the extent legally permissible, provides Customer with prior written notice of the required disclosure so that Customer may seek a protective order or other appropriate remedy, and provided further that Supplier discloses no more Confidential Information of the Customer than is reasonably necessary in order to respond to the required disclosure. At any time at the request and option of the Customer and in the event of termination or expiration of the Order (or any part thereof), Supplier agrees to promptly: (i) return to Customer the Confidential Information; or (ii) destroy or permanently erase (on all forms of recordation) the Confidential Information and, if requested by Customer, acknowledge in writing that all such Confidential Information has been destroyed or permanently erased. In addition, Supplier acknowledges and agrees that any disclosure of Confidential Information will in no way be construed to be an assignment, transfer, or conveyance of title to or ownership rights in such Confidential Information.

WARRANTY – Supplier warrants that all products sold under this Order are free from defects in material, workmanship and design, and that all services provided under this Order shall be performed in a high-quality, professional and workmanlike manner by qualified personnel.

PUBLICITY – Supplier will not use the name or marks of, refer to, or identify Customer (or any related entity) in publicity releases, interviews, promotional or marketing materials, public announcements, customer listings, testimonials or advertising without the prior written consent of Customer in each such instance.

INSURANCE – Supplier at its sole cost and expense, shall maintain with insurance companies having a Best's rating of A or better, (i) comprehensive general liability insurance in an amount not less than $2,000,000 and (ii) automobile liability insurance in an amount not less than $1,000,000 and (iii) worker's compensation insurance as required by law. Such policies shall include an endorsement naming Customer and any other entities designated by the Customer as additional insureds and shall include a waiver by the insurance carrier of any subrogation rights. Within ten (10) days after the date hereof , Supplier shall deliver to Customer binders or certificates of insurance showing that each policy of insurance which Supplier is required to maintain hereunder is in full force and effect and that the premium therefore has been paid in full and providing that such policies may not be canceled, supplemented, amended or modified before the expiration date thereof without issuing company giving at least thirty (30) days prior written notice to Customer

INDEMNIFICATION -- Supplier shall, at its own expense, indemnify, defend and hold harmless Customer, Customer's parent, subsidiaries and affiliates and any additional indemnified parties that may be designated by Customer, together with the respective partners, agents, officers, directors and employees of all of the foregoing, from and against any loss, cost, expense, claim, injury or damage (including, without limitation, reasonable attorneys' fees and expenses), whether incurred due to third party claims or otherwise, arising or resulting from or caused by (i) any act or omission or willful misconduct of Supplier or any consultant, engineer or other party retained by Supplier or any of its or their partners, directors, officers, employees, agents or subcontractors; (ii) any breach or default by Supplier in the performance of any of its obligations under this Order, or (iii) any claim that any product and/or services furnished by or on behalf of Supplier, or the use thereof by Customer, constitutes an infringement, misappropriation or unlawful use or disclosure of any intellectual property rights of a third party.

LIMITATION OF LIABILITY -- IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR LOST PROFITS OR LOST REVENUE, OR FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS ORDER; PROVIDED, HOWEVER. THAT THE FOREGOING LIMITATION OF LIABILITY WILL NOT APPLY TO ANY OF THE FOLLOWING: (A) SUPPLIER'S INDEMNIFICATION OBLIGATIONS HEREUNDER; (B) SUPPLIER'S BREACH OF ITS CONFIDENTIALITY OBLIGATIONS UNDER THIS ORDER; OR (C) ANY UNLAWFUL OR WILLFUL MISCONDUCT BY SUPPLIER

RECORD RETENTION AND INSPECTION – During the term of this Order and for a period of at least three (3) years after the date of the final payment under this Order, Supplier will maintain complete and accurate accounting records in connection with products provided and Services performed under this Order, in accordance with generally accepted accounting principles applied on a consistent basis, to substantiate its charges hereunder. Such records will include, without limitation, payroll records,

Signature not required on emailed POs

Dec 31 07 03:31p

# Purchase Order

**Lehman Brothers - Americas**
1301 Sixth Avenue
New York NY 10019
United States

**Dispatch via E-Mail**

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| LBUSA-0000056271 | | Dec-31-2007 | | 4 |
| Payment Terms | Freight Terms | | | Ship Via |
| Net 30 | Destination, PPD | | | Common |
| Buyer | | Phone | | Currency |
| Foster,Pamela | | 1 212 320 7438 | | USD |

**Vendor: 0000002368**
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Ship To:    See Detail Below

Bill To:    P.O. Box 2339
Secaucus NJ 07096-2339
United States

| Tax Exempt? N    Tax Exempt ID: | Replenishment Option: Standard | | | | |
|---|---|---|---|---|---|
| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |

attendance cards, time tracking sheets and job summaries. Supplier will provide Customer or its
designees access to such records for audit purposes during the term of this Order and for three (3)
years after the date of the final payment under this Order.

BREACH/REMEDIES – In the event of any breach of this Order by Supplier, Customer may (reserving
cumulatively all other remedies and rights under this Order, at law and in equity) terminate this
Order, in whole or in part, by giving Supplier thirty (30) days' prior written notice of termination
thereof; provided, however, that such termination will not be effective if Supplier has cured the
breach of which it has been notified prior to the expiration of such thirty (30) day notice period.
Additionally, Customer may terminate this Order for convenience by giving Supplier written notice
specifying the termination date. In such event, Customer will be obliged to pay Supplier at the
agreed upon rates for all products and services accepted by Customer up to the effective date of
termination, subject to a refund of any unearned, prepaid fees, but will not be liable for any other
termination-related charges.

MISCELLANEOUS – Except to the extent the parties have entered into an agreement covering the
products and/or services provided hereunder (in which case such other agreement's terms shall apply),
(a) this Order constitutes the entire agreement between the Customer and the Supplier and voids all
prior agreements concerning the subject matter hereof; and (b) no modification, amendment, supplement
to, or waiver of this Order or any of its provisions shall be binding upon the parties unless made in
a writing duly signed by both parties, and specifically referencing these T&Cs and stating that such
modification, amendment, or supplement is made to modify, amend or supplement these T&Cs. No
amendment or modification to these T&Cs may be executed via electronic signatures unless the parties
first agree in a writing that is not an electronic communication to be bound by electronic
signatures. Any purchase order printed on a form provided by Supplier may be used for convenience
only, but these T&Cs shall solely control the terms of this Order, and any such terms contained on
any form(s) received from Supplier shall be of no force and effect. Failure or delay on the part of
Customer to exercise any right hereunder shall not operate as a waiver thereof. Any services
performed by Supplier will be performed as an independent contractor, and Supplier will be solely
responsible for any applicable payroll or income taxes. This Order shall be governed under the laws
of the State of New York, excluding its conflicts of laws rules. If any term, provision or part of
these T&Cs is to any extent held invalid, void or unenforceable by a court of competent jurisdiction,
the remainder of these T&Cs will not be impaired or affected thereby, and each term, provision and
part will continue in full force and effect, and will be valid and enforceable to the fullest extent
permitted by law. Supplier may not assign this Order or delegate any of its responsibilities
hereunder without the prior written consent of the Customer, and any such purported assignment or
delegation shall be null and void. Customer may freely assign this order to any affiliate, or to any
entity acquiring all or substantially all of its assets or which is a successor by merger to
Customer, or to any party acquiring that portion of Customer's business to which the products and/or
services purchased or licensed under this Order pertain. Any provision of this Order that
contemplates performance or observance subsequent to termination or expiration of this Order
(including confidentiality, limitation of liability, indemnification provisions and perpetual
licenses) will survive termination or expiration of this Order and continue in full force and effect
thereafter.

Signature not required on emailed POs

p.6

Dec 31 07 03:31p

LEHMAN BROTHERS     12/31/2007 12:03 PM  PAGE   3/008   LEHMAN BROTHERS

# EMC²
where information lives

## BASIC RENTAL AGREEMENT

Reference Number: _____

EMC Corporation ("EMC"), 171 South St., Hopkinton, MA 01748, and _____ ("Customer") _____ agree that the Basic Rental Agreement ("BRA") shall govern the rental of EMC Equipment and Software listed on a Schedule, and the provision of services.

**1. DEFINITIONS:**

[body legal text illegible]

**2. RENTAL, ORDERS, AND TERMINATIONS.**

[body legal text illegible]

**3. TITLE, RISK OF LOSS, SHIPMENT AND PRODUCT RETURN.**

[body legal text illegible]

**4. WARRANTY.**

[body legal text illegible]

**5. SOFTWARE:**

[body legal text illegible]

**7. LIMITATIONS OF LIABILITY.**

[body legal text illegible]

**8. PRODUCT MAINTENANCE.**

[body legal text illegible]

**9. MISCELLANEOUS.**

[body legal text illegible]

EMC CORPORATION ("EMC")

By: _____     By: _____     ("Customer")

Name (Print): Chantal vanLade Lyon     Name (Print): Scott O'Reilly

Managing Counsel

Commercial Law Group

Date: 12-31-07   Title: _____     Date: 12/31/07   Title: SVP

p. 7

Dec 31 07 03:32p

LEHMAN BROTHERS        12/31/2007 12:03 PM   PAGE   4/006   LEHMAN BROTHERS

## SCHEDULE

### Basic Rental Agreement

EMC Corporation
171 South St.
Hopkinton, MA 01748

This Schedule does hereby incorporate by reference the terms and conditions of the Basic Rental Agreement that is dated on or about _December 31 2007_ (the "BRA") between EMC and the Customer identified in the signature block at the end of this Schedule. The Schedule Effective Date is the last date of signature below.

1.0    RENTAL PERIOD: - This Rental Period begins on delivery of the Products and unless otherwise sooner terminated in accordance with the BLA, shall terminate on the _30_ day of _September_, 20_08_.

2.0    INSTALLATION SITE - The Product(s) shall be installed and used only at: _85 10TH Ave_
_7th Floor, New York, N.Y. 10011_

3.0    LIST OF PRODUCT(S)

A.    EQUIPMENT LIST

| Part/Model/Serial No. | Description | Quantity |
|---|---|---|
|  | SEE ATTACHED EQUIPMENT LIST |  |
|  |  |  |
|  |  |  |
|  |  |  |

B.    SOFTWARE LIST

| Part/Model No. | Description | Quantity |
|---|---|---|
|  | SEE ATTACHED EQUIPMENT LIST |  |
|  |  |  |
|  |  |  |

4.0    RENTAL FEE: The monthly rental fee for the Products listed above above shall be $_____

IN WITNESS WHEREOF, the parties have caused this Schedule to be signed on the respective dates indicated below.

EMC Corporation   ("EMC")                                    ("CUSTOMER")

By: _Chantal Lyon_                           By: _Sara O'Neill_
Name (Print): _Chantal vanLede Lyon_         Name (Print): _Sara O'Neill_
Title: _Managing Counsel_                     Title: _SVP_
       _Commercial Law Group_
Date: _12·31·07_                              Date: _12/31/07_

**Quote Data**

GSA Deal? No

GSA Contract #:

Prepared By: Johnson, Tijuana A

Quote Name: Lehman - 12 Node Loaner Cranford

Quote #: 1001491104

Date: 31-Dec-2007

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| Lehman Brothers | Lehman Brothers | Lehman Brothers | Lehman Brothers |
| Jack Gittleman | ATTN: ACCOUNTS PAYABLE | Jack Gittleman | Jack Gittleman |
| 201-499-6743 | | 201-499-6743 | 201-499-6743 |
| 27 Commerce Place | PO Box 2339 | 27 Commerce Place | 27 Commerce Place |
| Cranford, NJ 07016 | Secaucus, NJ 07096-2339 | Cranford, NJ 07016 | Cranford, NJ 07016 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units |
|---|---|---|---|---|
| 1 | 1 | CNRGPLLICHW | CENTERA GNU GENERAL PUBLIC LICENSE | EA |
| 2 | 1 | CNRRK | 40U T RACK SP POWER | EA |
| 3 | 1 | PW40U-US | Dual 40U Rack Power Cord US | EA |
| 4 | 2 | CNRMODEMG4 | CNR MODEM GEN 4 | EA |
| 5 | 3 | CNR4NMSWG4 | MIRR SW RTU LIC | EA |
| 6 | 3 | CNR4NREPLIC | 4NODE REPLICATION SW LIC | EA |
| 7 | 3 | CNR4NCEPLSLIC | NODE COMP PLUS SW LIC | EA |
| 8 | 1 | CNRCONSOLESW | CONSOLE SW LICENSE | EA |
| 9 | 1 | CC-CNRKEY6-B | CC 6.0 STORAGE AGENT FOR CENTERA LICENSE KEY CARD | EA |
| 10 | 1 | M-PRESW-001 | PREMIUM SOFTWARE SUPPORT | EA |
| 11 | 1 | M-PRESW-004 | PREMIUM SW SUPPORT - OPEN SW | EA |
| 12 | 4 | CNR2N7MEXG4LP | 2NODE 750GB MANF EXPAN LOW POWER G4 | EA |
| 13 | 1 | CNR4N7MBAG4LP | 4NODE 750GB MANF BASE LOW POWER G4 | EA |
| 14 | 1 | WU-PREHW-001 | PREMIUM HARDWARE SUPPORT - WARR UPG | EA |

Total Price (USD)          $ 58,732     ($6,526 a month)

p. 9

Dec 31 07 03:33p

# EMC²
where information lives

Quote

Quote Prepared By: Johnson, Tijuana A
Email: johnson_tani@emc.com
Quote #: 1001491104
Date: 31-Dec-2007
Contract:
GSA Deal? No

170 South St
HOPKINTON, MA 01748
United States

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| Lehman Brothers | Lehman Brothers | Lehman Brothers | Lehman Brothers |
| Jack Gitleman | ATTN: ACCOUNTS PAYABLE | Jack Gitleman | Jack Gitleman |
| 201-499-6743 | | 201-499-6743 | 201-499-6743 |
| 27 Commerce Place | PO Box 2339 | 27 Commerce Place | 27 Commerce Place |
| Cranford, NJ 07016 | Secaucus  NJ 07096-2339 | Cranford, NJ 07016 | Cranford, NJ 07016 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | 12 Node G4 LP Centera | | | | | | |
| | | SYSTEM | CENTERA SOLUTION | | | | | |
| 1 | 1 | CNRGPLLICHW | CENTERA GNU GENERAL PUBLIC LICENSE | EA | 0 | 0% | 0 | 0 |
| 2 | 1 | CNRRK | 40U T RACK SP POWER | EA | | 0% | | 0 |
| 3 | 1 | PW40U-US | Dual 40U Rack Power Cord US | EA | 4,200 | 98% | 92 | 0 |
| 4 | 2 | CNRMODEMCH | CNR MODEM GEN 4 | EA | 800 | 98% | 17 | 0 |
| 5 | 4 | CNRN7MEXGHLP | 2NODE 750GB MANF EXPAN LOW POWER G4 | EA | 0 | 0% | 0 | 0 |
| 6 | 1 | CNRN7MBAG4LP | 4NODE 750GB MANF BASE LOW POWER G4 | EA | 58,400 | 98% | 1,272 | 4,098 |
| | | | | EA | 39,400 | 98% | 850 | 2,750 |
| | | | Hardware Sub-total | | $ 102,800 | 98% | $ 2,240 | $ 6,848 |
| | | | | | | | | |
| 1 | 3 | CNRHNMSWG4 | MIRR SW RTU LIC | EA | 98,100 | 70% | 29,430 | 6,867 |
| 2 | 3 | CNRNRREPLIC | 4NODE REPLICATION SW LIC | EA | 15,000 | 70% | 4,500 | 2,250 |
| 3 | 3 | CNRANCCPLSLIC | NODE COMP PLUS SW LIC | EA | 18,500 | 70% | 5,580 | 2,790 |
| 4 | 1 | CNRCONSOLESW | CONSOLE SW LICENSE | EA | 0 | 0% | 0 | 0 |
| 5 | 1 | CC-CNRKEY6-B | CC 6.0 STORAGE AGENT FOR CENTERA LICENSE KEY CARD | EA | 0 | 0% | 0 | 0 |
| | | | Software Sub-total | | $ 131,700 | 70% | $ 39,510 | $ 11,907 |
| | | | | | | | | |
| 1 | 1 | M-PRESW-001 | PREMIUM SOFTWARE SUPPORT | EA | 21,906 | 45% | 12,092 | |
| | | | See Maintenance Schedule for more details | | | | | |
| 2 | 1 | M-PRESW-004 | PREMIUM SW SUPPORT - OPEN SW | EA | 0 | 0% | 0 | |
| | | | See Maintenance Schedule for more details | | | | | |
| 3 | 1 | WU-PREHW-001 | PREMIUM HARDWARE SUPPORT - WARR UPG | EA | 4,890 | 0% | 4,890 | |
| 4 | 1 | | HW MAINTENANCE | EA | 0 | 0% | 0 | |
| | | | Includes months 25-36 @ $ 0/mo. | | | | | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 26,876 | 37% | $ 16,982 | |
| | | | | | | | | |
| | | | Configuration Sub-total | | | | | |

| | | | | | |
|---|---|---|---|---|
| Hardware Sub-total | $ 102,800 | 98% | $ 2,240 | $ 6,848 |
| Software Sub-total | $ 131,700 | 70% | $ 39,510 | $ 11,907 |
| Services Sub-total | $ 0 | 0% | $ 0 | |
| Maintenance and Warranty Upgrade Sub-total | $ 26,876 | 37% | $ 16,982 | |
| Configuration Total | $ 261,376 | 78% | $ 58,732 | $ 18,752 |

P. 10

Dec 31 07 03:33P

Page 2 of 3

# EMC²
where information lives

176 South St
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By: Johnson, Tijuana, A
Email: johnson_tom@emc.com
Quote # 1001491104
Date: 31-Dec-2007
Contract:
GSA Dealt No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| Lehman Brothers | Lehman Brothers | Lehman Brothers | Lehman Brothers |
| Jack Gittleman | ATTN ACCOUNTS PAYABLE | Jack Gittleman | Jack Gittleman |
| 201-499-6743 | | 201-499-6743 | 201-499-6743 |
| 27 Commerce Place | PO Box 2339 | 27 Commerce Place | 27 Commerce Place |
| Cranford, NJ 07016 | Secaucus, NJ 07096-2339 | Cranford, NJ 07016 | Cranford, NJ 07016 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

**Proposal Summary**

| | | | |
|---|---|---|---|
| Hardware Summary | $ 102,800 | 98% | $ 2,240 | $ 8,846 |
| Software Summary | $ 131,700 | 70% | $ 39,510 | $ 11,807 |
| Services Summary | $ 0 | 0% | $ 0 | |

| | | | |
|---|---|---|---|
| Prepaid HW Maintenance Summary | $ 0 | 0% | $ 0 | |
| Prepaid SW Maintenance Summary | $ 21,988 | 45% | $ 12,092 | |
| HW Warranty Upgrade Summary | $ 4,890 | 0% | $ 4,890 | |

| | |
|---|---|
| Total Price (USD) | $ 58,732 |

**Post Coverage Maintenance Fees**

| | |
|---|---|
| Annual HW Maintenance Fee | $ 8,846 |
| Annual SW Maintenance Fee | $ 11,807 |

Note: These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance. Also, the highest level of maintenance is assumed if maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations).

EMC Confidential

p. 11

Dec 31 07 03:33p

Quote

# EMC²
### where information lives

175 South St
HOPKINTON, MA 01748
United States

Quote Prepared By: Johnson, Tijuana A
Email: johnson_tonx@emc.com
Quote #: 1001491104
Date: 31-Dec-2007
Contract:
GSA Deal? No

| Prepared For: | Bill To: | Ship To. | Install: |
|---|---|---|---|
| Lehman Brothers | Lehman Brothers | Lehman Brothers | Lehman Brothers |
| Jack Gistaman | ATTN ACCOUNTS PAYABLE | Jack Gistaman | Jack Gistaman |
| 201-499-6743 | | 201-499-6743 | 201-499-6743 |
| 27 Commerce Place | PO Box 2339 | 27 Commerce Place | 27 Commerce Place |
| Cranford, NJ 07016 | Secaucus, NJ 07096-2339 | Cranford, NJ 07016 | Cranford, NJ 07016 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes:

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer, or, if none, to the appropriate, then current, standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request, are:

Equipment and Software - EMC's Basic Ordering Agreement (BOA)
Lease of Products - EMC's Master Lease Agreement (MLA)
Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
Consulting, Technical Solutions, Professional or customized Training Services - EMC's Consulting and Training Services Agreement (CTS)
Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system in which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges. Customer Education Passports are valid for one (1) year from date of invoice.

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities, if any, during the EMC warranty and/or maintenance period. If Customer disconnects, or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay, the amount of EMC's then current, standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period

SPECIAL NOTICE FOR EMC SELECT PRODUCTS. Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer, all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC. EMC does not assume any liability to Customer for such EMC Select products or service whatsoever. Customer shall have recourse only to the manufacturer, not EMC, for all such warranty, service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms. EMC Select Products are listed on the EMC Product Notice website located at:
http://www.emc.com/products/warranty_maintenance/index.jsp

SPECIAL NOTICE FOR EMC SOFTWARE   Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at:
http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote. Once accepted, the Quote, including the payment obligations, becomes a binding order under the applicable agreement

Agreed by the undersigned, authorized Customer representative
By (Sign) _____
Name (Print) _____
Title _____
Date _____

Rev 060501

Dec 31 07 03:40p

p. 1

SO # 6244321

# EMC²
where information lives°

**DMS Document Type: Sales Orders**
**Fax #: 1-508-898-4411**

## Fax Cover Sheet

Is order Shipping (Select one):
If partial shipment, list all MODELS that should NOT ship
In the **Comments** section below.

List all RMA's in the "Comments" section below if applicable:

**Total Pages:** _____

**Date:** 12/31/2007

**From:** Loren Bednor          **To:** Erin O'Leary

**GRO Analyst:*** O'LEARY, ERIN

**Quote Number:*** 1  0  0  1  4  9  1  1  7  1

**Bill To Customer:** Lehman Brothers

**Ship To Customer:** Lehman Brothers

**Install At Customer:** _____

**EMC/ESG Order** _____

**Doc. Type 1:** Email

**Doc. Type 2:** EMC Quote Proposal

** Comments **

_____

_____

_____

* Required field for OCR

p. 2

Dec 31 07 03:40p

# Purchase Order

**Lehman Brothers - Americas**
1301 Sixth Avenue
New York NY 10019
United States

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Foster, Pamela | 1 212 320 7438 | | USD |

**Vendor:** 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Ship To:    See Detail Below

Bill To:    P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt? N     Tax Exempt ID:                    Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|
| 1- 1  CENTERA ON DEMAND MIGRATION RENTAL – NEW YORK (2X12 node centerra frame 9 month rental) | | 1.00MON | 58,734.00 | 58,734.00 | Jan-14-2008 |

Ship To:    85AXXVHARD
85 10th Avenue
New York NY 10011
United States

Schedule Total          58,734.00

Quote #1001491171

Item Total          58,734.00

| 2- 1  CENTERA ON DEMAND MIGRATIONRENTAL– NEW YORK (2X12 node centerra frame 9 month rental) | | 1 00MON | 58,734.00 | 58,734.00 | Jan-14-2008 |

Ship To:    27CXXVBLDG   Attn:   Saini,Megan
27 Commerce Drive
Cranford NJ 07016-3610
United States

Schedule Total          58,734.00

Quote #1001491104

Item Total          58,734.00

Total PO Amount          117,468.00

## PURCHASE ORDER TERMS AND CONDITIONS

ACCEPTANCE, TERM; TERMINATION – These terms and conditions (the "T&Cs") constitute Customer's acceptance of Supplier's offer (the "Offer," together with the T&Cs, the "Order") to sell and/or license products and/or services, as applicable, to the Customer identified in this Order. Customer's acceptance of this Order is expressly subject to the terms and conditions contained herein, unless otherwise expressly agreed to in a writing signed by Customer pursuant to the Section titled "Miscellaneous" below. If ongoing services are to be provided pursuant to this Order, the term of such services shall be one year unless otherwise specified in the T&Cs or in a writing signed by the parties. Customer may renew services under the same T&Cs at any time by providing written notice to Supplier for subsequent one-year terms unless Supplier provides notice of non-renewal to Customer no later than sixty days prior to the end of the then-current term. If neither party gives notice of renewal or non-renewal, upon the expiration of the term, this Order shall continue month-to-month under these T&Cs.

FEES -- Invoices shall be sent to Customer's address set forth in this Order. Undisputed invoices shall be payable within sixty (60) days of receipt. Supplier shall not invoice any products or services provided hereunder at a price higher than that shown on this Order, which price includes all applicable federal, state and local taxes. If the price is omitted on the Order, the price will be the lowest prevailing market price for such products or services. Customer shall not be responsible for any charges for delivery, installation, transportation or packaging. Supplier will not be entitled to reimbursement from Customer for any expenses it incurs in connection with fulfilling this Order.

Signature not required on emailed POs

p. 3

Dec 31 07 03:41P

# Purchase Order

## Lehman Brothers - Americas
1301 Sixth Avenue
New York NY 10019
United States

Dispatch via E-Mail

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 2 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Foster, Pamela | 1 212 320 7438 | | USD |

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

Ship To: See Detail Below

Bill To: P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt? N    Tax Exempt ID:          Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt Due Date |
|---|---|---|---|---|

DELIVERY AND ACCEPTANCE; RISK OF LOSS; CUSTOMER'S PROPERTY -- Title and risk of loss shall remain with Supplier until products purchased under this Order have been delivered to Customer at the location specified in the Order and have been accepted by Customer. If Supplier does not comply with Customer's delivery schedule, Customer may either approve a revised schedule or terminate the Order without liability. Upon delivery, Customer may inspect all products and services purchased hereunder to determine if they meet all applicable requirements, and are otherwise in good condition, suitable for their intended business use, IF, IN THE REASONABLE JUDGMENT OF CUSTOMER, THE PRODUCTS OR SERVICES ARE UNSATISFACTORY, CUSTOMER MAY REJECT SUCH PRODUCTS OR SERVICES. Customer shall return rejected products to Supplier at Supplier's expense. Except for Software licensed to Customer hereunder, all products and services provided to Customer under this Order shall be and remain the personal property of Customer. Any developed works or other intellectual property or materials created by Supplier under this Order shall be owned exclusively by Customer

SOFTWARE -- This Section will apply to the extent that this Order includes Software (embedded or stand-alone). Unless otherwise specified in the T&Cs or in another applicable agreement between the parties, Supplier grants to Customer a worldwide, perpetual, royalty-free license to use, display and perform the Software identified in this Order in the ordinary course of Customer's business operations and that of its affiliates and clients as part of its business. Use includes use by or on behalf of Customer or Customer's affiliates, and use by third parties under contract to provide services to Customer or its affiliates, on any number of PCs and in any number of instances, subject to the restrictions set forth herein. If applicable, Use also includes the right of Customer to freely use and distribute, internally within Customer, among Customer's affiliates, and with Customer's clients, data produced by the Software, including data in any proprietary formats used by the Software. Customer may make a reasonable number of copies of the Software solely for backup, training, archiving, testing and disaster recovery. "Software" means the software programs listed in this Order and any upgrades, updates, enhancements, modifications, alterations, improvements, revisions, releases, and new versions. Customer may transfer the Software from one hardware platform or operating system to another (or both) for which the Software is or becomes generally available, at no additional charge. Customer will not modify, reverse assemble, or reverse compile any part of the Software, except as permitted by applicable law. Customer may make copies of and incorporate any documentation for the Software in other works prepared for Customer's business, so long as all intellectual property notices of Supplier are included as they appear on or in the documentation.

COMPLIANCE WITH LAWS -- In connection with the products provided and/or services performed hereunder, Supplier shall at Supplier's sole cost, comply with, and shall require all Suppliers, subcontractors and/or consultants retained by Supplier to comply with (i) all requirements of applicable laws, orders, rules and regulations of governmental authorities, and (ii) all policies, rules and regulations of Customer (including, without limitation, Customer's policies regarding security and testing for controlled substances) and of the building in which the products are provided and/or the services are to be performed. Supplier shall not file any mechanic's or materialman's lien or claim against Customer's property nor against the buildings in which the products are provided and/or the services are performed, nor shall Supplier suffer or permit any such lien to be filed by any of its subcontractors and/or consultants.

CONFIDENTIALITY -- Supplier shall preserve as confidential all information related to the business activities of Customer and its affiliates, clients, and entities with whom Customer does business that may be obtained by Supplier from any source (such information, together with the existence and terms of this Order, constituting the "Confidential Information"). Supplier shall hold Confidential Information in trust and confidence for Customer and shall not disclose Confidential Information to any person, firm or enterprise, or use any Confidential Information for its own benefit or the benefit of any other party, unless specifically authorized by Customer in writing, and to limit access and disclosure of such Confidential Information to Supplier's personnel on a "need to know" basis only. Confidential Information does not include any particular information that the Supplier can demonstrate (i) is currently in the public domain, (ii) was previously known to Supplier free from any obligation to keep it confidential, (iii) was or is publicly disclosed by or on behalf of the Customer either prior to or subsequent to the receipt of such information by Supplier, (iv) is independently developed by the Supplier without any access to or use of Confidential Information of Customer, or (v) is rightfully obtained by Supplier from a third party lawfully in possession of the Confidential Information and who is not bound by confidentiality obligations to Customer. Supplier

Signature not required on emailed POs

p. 4

Dec 31 07 03:41p

# Purchase Order

## Lehman Brothers - Americas
1301 Sixth Avenue
New York NY 10019
United States

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

**Dispatch via E-Mail**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| LBUSA-0000056271 | Dec-31-2007 | | 3 |
| Payment Terms | Freight Terms | | Ship Via |
| Net 30 | Destination, PPD | | Common |
| Buyer | Phone | | Currency |
| Foster, Pamela | 1 212 320 7438 | | USD |
| Ship To: | See Detail Below | | |

Bill To:  P.O. Box 2339
Secaucus NJ 07096-2339
United States

| Tax Exempt?  N | Tax Exempt ID: | Replenishment Option:  Standard | | | |
|---|---|---|---|---|---|
| Line-Sch  Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt | Due Date |

may disclose Confidential Information of Customer if required to do so under applicable law, rule or order provided that Supplier, where reasonably practicable and to the extent legally permissible, provides Customer with prior written notice of the required disclosure so that Customer may seek a protective order or other appropriate remedy, and provided further that Supplier discloses no more Confidential Information of the Customer than is reasonably necessary in order to respond to the required disclosure  At any time at the request and option of the Customer and in the event of termination or expiration of the Order (or any part thereof), Supplier agrees to promptly:  (i) return to Customer the Confidential Information; or (ii) destroy or permanently erase (on all forms of recordation) the Confidential Information and, if requested by Customer, acknowledge in writing that all such Confidential Information has been destroyed or permanently erased.  In addition, Supplier acknowledges and agrees that any disclosure of Confidential Information will in no way be construed to be an assignment, transfer, or conveyance of title to or ownership rights in such Confidential Information

WARRANTY – Supplier warrants that all products sold under this Order are free from defects in material, workmanship and design, and that all services provided under this Order shall be performed in a high-quality, professional and workmanlike manner by qualified personnel.

PUBLICITY – Supplier will not use the name or marks of, refer to, or identify Customer (or any related entity) in publicity releases, interviews, promotional or marketing materials, public announcements, customer listings, testimonials or advertising without the prior written consent of Customer in each such instance.

INSURANCE – Supplier at its sole cost and expense, shall maintain with insurance companies having a Best's rating of A or better, (i) comprehensive general liability insurance in an amount not less than $2,000,000 and (ii) automobile liability insurance in an amount not less than $1,000,000 and (iii) worker's compensation insurance as required by law.  Such policies shall include an endorsement naming Customer and any other entities designated by the Customer as additional insureds and shall include a waiver by the insurance carrier of any subrogation rights.  Within ten (10) days after the date hereof, Supplier shall deliver to Customer binders or certificates of insurance showing that each policy of insurance which Supplier is required to maintain hereunder is in full force and effect and that the premium therefore has been paid in full and providing that such policies may not be canceled, supplemented, amended or modified before the expiration date thereof without issuing company giving at least thirty (30) days prior written notice to Customer

INDEMNIFICATION – Supplier shall, at its own expense, indemnify, defend and hold harmless Customer, Customer's parent, subsidiaries and affiliates and any additional indemnified parties that may be designated by Customer, together with the respective partners, agents, officers, directors and employees of all of the foregoing, from and against any loss, cost, expense, claim, injury or damage (including, without limitation, reasonable attorneys' fees and expenses), whether incurred due to third party claims or otherwise, arising or resulting from or caused by (i) any act or omission or willful misconduct of Supplier or any consultant, engineer or other party retained by Supplier or any of its or their partners, directors, officers, employees, agents or subcontractors; (ii) any breach or default by Supplier in the performance of any of its obligations under this Order, or (iii) any claim that any product and/or services furnished by or on behalf of Supplier, or the use thereof by Customer, constitutes  an infringement, misappropriation or unlawful use or disclosure of any intellectual property rights of a third party

LIMITATION OF LIABILITY – IN NO EVENT WILL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR LOST PROFITS OR LOST REVENUE, OR FOR ANY INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY OR CONSEQUENTIAL DAMAGES ARISING OUT OF OR IN CONNECTION WITH THIS ORDER; PROVIDED, HOWEVER, THAT THE FOREGOING LIMITATION OF LIABILITY WILL NOT APPLY TO ANY OF THE FOLLOWING: (A) SUPPLIER'S INDEMNIFICATION OBLIGATIONS HEREUNDER; (B)  SUPPLIER'S BREACH OF ITS CONFIDENTIALITY OBLIGATIONS UNDER THIS ORDER; OR (C) ANY UNLAWFUL OR WILLFUL MISCONDUCT BY SUPPLIER.

RECORD RETENTION AND INSPECTION – During the term of this Order and for a period of at least three (3) years after the date of the final payment under this Order, Supplier will maintain complete and accurate accounting records in connection with products provided and Services performed under this Order, in accordance with generally accepted accounting principles applied on a consistent basis, to substantiate its charges hereunder.  Such records will include, without limitation, payroll records,

Signature not required on emailed Pos

P.5

Dec 31 07 03:41P

# Purchase Order

**Lehman Brothers - Americas**
1301 Sixth Avenue
New York NY 10019
United States

Vendor: 0000002368
EMC CORPORATION
P.O. BOX 7777
PHILADELPHIA PA 19175-3550

**Dispatch via E-Mail**

| Purchase Order | | Date | Revision | Page |
|---|---|---|---|---|
| LBUSA-0000056271 | | Dec-31-2007 | | 4 |
| Payment Terms | | Freight Terms | | Ship Via |
| Net 30 | | Destination, PPD | | Common |
| Buyer | | Phone | | Currency |
| Foster, Pamela | | 1 212 320 7438 | | USD |
| Ship To: | See Detail Below | | | |

Bill To: P.O. Box 2339
Secaucus NJ 07096-2339
United States

Tax Exempt? N   Tax Exempt ID: _____   Replenishment Option: Standard

| Line-Sch Item/Description | Mfg ID | Quantity UOM | PO Price | Extended Amt Due Date |
|---|---|---|---|---|

attendance cards, time tracking sheets and job summaries. Supplier will provide Customer or its designees access to such records for audit purposes during the term of this Order and for three (3) years after the date of the final payment under this Order.

BREACH/REMEDIES – In the event of any breach of this Order by Supplier, Customer may (reserving cumulatively all other remedies and rights under this Order, at law and in equity) terminate this Order, in whole or in part, by giving Supplier thirty (30) days' prior written notice of termination thereof; provided, however, that such termination will not be effective if Supplier has cured the breach of which it has been notified prior to the expiration of such thirty (30) day notice period. Additionally, Customer may terminate this Order for convenience by giving Supplier written notice specifying the termination date. In such event, Customer will be obliged to pay Supplier at the agreed upon rates for all products and services accepted by Customer up to the effective date of termination, subject to a refund of any unearned, prepaid fees, but will not be liable for any other termination-related charges

MISCELLANEOUS -- Except to the extent the parties have entered into an agreement covering the products and/or services provided hereunder (in which case such other agreement's terms shall apply), (a) this Order constitutes the entire agreement between the Customer and the Supplier and voids all prior agreements concerning the subject matter hereof; and (b) no modification, amendment, supplement to, or waiver of this Order or any of its provisions shall be binding upon the parties unless made in a writing duly signed by both parties, and specifically referencing these T&Cs, and stating that such modification, amendment, or supplement is made to modify, amend or supplement these T&Cs. No amendment or modification to these T&Cs may be executed via electronic signatures unless the parties first agree in a writing that is not an electronic communication to be bound by electronic signatures  Any purchase order printed on a form provided by Supplier may be used for convenience only, but these T&Cs shall solely control the terms of this Order, and any such terms contained on any form(s) received from Supplier shall be of no force and effect  Failure or delay on the part of Customer to exercise any right hereunder shall not operate as a waiver thereof. Any services performed by Supplier will be performed as an independent contractor, and Supplier will be solely responsible for any applicable payroll or income taxes. This Order shall be governed under the laws of the State of New York, excluding its conflicts of laws rules. If any term, provision or part of these T&Cs is to any extent held invalid, void or unenforceable by a court of competent jurisdiction, the remainder of these T&Cs will not be impaired or affected thereby, and each term, provision and part will continue in full force and effect, and will be valid and enforceable to the fullest extent permitted by law. Supplier may not assign this Order or delegate any of its responsibilities hereunder without the prior written consent of the Customer, and any such purported assignment or delegation shall be null and void. Customer may freely assign this order to any affiliate, or to any entity acquiring all or substantially all of its assets or which is a successor by merger to Customer, or to any party acquiring that portion of Customer's business to which the products and/or services purchased or licensed under this Order pertain. Any provision of this Order that contemplates performance or observance subsequent to termination or expiration of the Order (including confidentiality, limitation of liability, indemnification provisions and perpetual licenses) will survive termination or expiration of this Order and continue in full force and effect thereafter.

Signature not required on emailed Pos

p. 6

# EMC²



where information lives

## BASIC RENTAL AGREEMENT

Reference Number: _____

EMC CORPORATION (EMC²)
By: _____    ('Customer')

Name (Print):    Chandra vanLede Lyon
                 Managing Counsel
Date: 12.31.07    Title: Commercial Law Group

By: _____
Name (Print): Sara O'Reilly
Date: 12/31/07    Title: SVP

p.7

## SCHEDULE

### Basic Rental Agreement

EMC Corporation
171 South St.
Hopkinton, MA 01748

This Schedule does hereby incorporate by reference the terms and conditions of the Basic Rental Agreement that is dated on or about _December 31 2007_ (the "BRA") between EMC and the Customer identified in the signature block at the end of this Schedule. The Schedule Effective Date is the last date of signature below.

**1.0**    RENTAL PERIOD: - This Rental Period begins on delivery of the Products and unless otherwise sooner terminated in accordance with the BLA, shall terminate on the _30_ day of _SEPTEMBER_ , 20_08_.

**2.0**    INSTALLATION SITE - The Product(s) shall be installed and used only at _B5 10TH AVE_

_7TH FLOOR NEW YORK, N.Y. 10011_

**3.0**    LIST OF PRODUCT(S)

**A.**    EQUIPMENT LIST

| Part/Model/Serial No. | Description | Quantity |
|---|---|---|
|  | SEE ATTACHED EQUIPMENT LIST |  |
|  |  |  |
|  |  |  |
|  |  |  |

**B.**    SOFTWARE LIST

| Part/Model No. | Description | Quantity |
|---|---|---|
|  | SEE ATTACHED EQUIPMENT LIST |  |
|  |  |  |
|  |  |  |
|  |  |  |

**4.0**    RENTAL FEE: The monthly rental fee for the Products listed above above shall be $_____.

IN WITNESS WHEREOF, the parties have caused this Schedule to be signed on the respective dates indicated below.

EMC Corporation   ("EMC")                                                    ("CUSTOMER")

By: _Chantal Lyon_                          By: _Sara O'Neill_

Name (Print): _Chantal vanLede Lyon_        Name (Print): _Sara O'Neill_

Title: _Managing Counsel_                   Title: _SIP_
       _Commercial Law Group_

Date: _12.31.07_                            Date: _12/31/07_

p.8

Dec 31 07 03:43p

**Quote Data**
GSA Deal? No
GSA Contract #:

Prepared By: Johnson, Tijuana A
Quote Name - Lehman – 12 Node Loaner 65 10th
Quote # 1001491171

Date: 03-Dec-2007

| Prepared For: | | | Bill To: | Ship To: | | Install: |
|---|---|---|---|---|---|---|
| Lehman Brothers | | | Lehman Brothers | LEHMAN BROTHERS INC | | |
| | | | ATTN  ACCOUNTS PAYABLE | Tony Velazquez | | |
| | | | | 212-526-8202 | | |
| 65 10TH AVE | | | PO Box 2329 | 65 10TH AVE | | |
| 7TH FLOOR | | | Secaucus  NJ 07096-2329 | 7TH FLOOR | | |
| NEW YORK NY 10011 | | | US | NEW YORK, NY 10011 | | |
| US | | | | US | | |

| Line # | Qty | Product ID | Description | Units |
|---|---|---|---|---|
| 1 | 1 | CNRGPULICHW | CENTERA GNU GENERAL PUBLIC LICENSE | EA |
| 2 | 1 | CNRBK | 40U T RACK SP POWER | EA |
| 3 | 1 | PW40U-US | Dual 40U Rack Power Cord US | EA |
| 4 | 2 | CNR4MODEMG4 | CNR MODEM GEN 4 | EA |
| 5 | 3 | CNR4N4SWG4 | MIRR SW RTU LIC | EA |
| 6 | 3 | CNR4NREPLIC | 4NODE REPLICATION SW LIC | EA |
| 7 | 3 | CNR4NCEPLSLIC | NODE COMP PLUS SW LIC | EA |
| 8 | 1 | CNRCONSOLESW | CONSOLE SW LICENSE | EA |
| 9 | 1 | CC-CNRKEY6-B | CC 6.0 STORAGE AGENT FOR CENTERA LICENSE KEY CARD | EA |
| 10 | 1 | WU-PREHW-001 | PREMIUM HARDWARE SUPPORT - WARR UPG | EA |
| 11 | 1 | M-PRESW-001 | PREMIUM SOFTWARE SUPPORT | EA |
| 12 | 1 | M-PRESW-004 | PREMIUM SW SUPPORT - OPEN SW | EA |
| 13 | 4 | CNR2NTMEXG4LP | 2NODE 750GB MANF EXPAN LOW POWER G4 | EA |
| 14 | 1 | CNR4NTMB4G4LP | 4NODE 750GB MANF BASE LOW POWER G4 | EA |

Total Price (USD)                                        $ 98,734    [$8,528 per mo.]

p.9

Dec 31 07 03:44P

Page 1 of 3

**EMC²**
where information lives

176 South St
HOPKINTON· MA 01748
United States

**Quote**

Quote Prepared By: Johnson, Tijuana A
Email: johnson_tina@emc.com
Quote # 1001491171
Date 31-Dec-2007
Contract:
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | Lehman Brothers | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Tony Velasquez | ATTN  ACCOUNTS PAYABLE | Tony Velasquez | Tony Velasquez |
| 212-526-0292 | | 212-526-0292 | 212-526-0292 |
| 85 10TH AVE | PO Box 2339 | 85 10TH AVE | 85 10TH AVE |
| 7TH FLOOR | Secaucus, NJ 07096-2339 | 7TH FLOOR | 7TH FLOOR |
| NEW YORK  NY 10011 | US | NEW YORK, NY 10011 | NEW YORK  NY 10011 |
| US | | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | 12 Node G4 LP Centera | | | | | | |
| | | SYSTEM | CENTERA SOLUTION | | | | | |
| 1 | 1 | CNRGPLUCHW | CENTERA GNU GENERAL PUBLIC LICENSE | EA | 0 | 0% | 0 | 0 |
| 2 | 1 | CNRRK | 40U T RACK &P POWER | EA | 4 200 | 98% | 92 | 0 |
| 3 | 1 | PW40U-US | Dual 40U Rack Power Cord US | EA | 800 | 98% | 17 | 0 |
| 4 | 2 | CNRMODEMG4 | CNR MODEM GEN 4 | EA | 0 | 0% | 0 | 0 |
| 5 | 4 | CNR2N74EXG4LP | 2NODE 750GB MANF EXPAN LOW POWER G4 | EA | 58,400 | 98% | 1,272 | 4,038 |
| 6 | 1 | CNR4N7MBAG4LP | 4NODE 750GB MANF BASE LOW POWER G4 | EA | 39,400 | 98% | 859 | 2,758 |
| | | | Hardware Sub-total | | $ 102,800 | 98% | $ 2,240 | $ 6,840 |
| 1 | 3 | CNR4NSWD4 | MHR SW RTU LIC | EA | 98,100 | 70% | 29,430 | 6,867 |
| 2 | 3 | CNR4NREPLIC | 4NODE REPLICATION SW LIC | EA | 15,000 | 70% | 4,500 | 2,250 |
| 3 | 3 | CNRANCEPLSLIC | NODE COMP PLUS SW LIC | EA | 18,500 | 70% | 5,550 | 2 790 |
| 4 | 1 | CNRCONSOLESW | CONSOLE SW LICENSE | EA | 0 | 0% | 0 | 0 |
| 5 | 1 | CC-CNRKEY0-0 | CC 6.0 STORAGE AGENT FOR CENTERA LICENSE KEY CARD | EA | 0 | 0% | 0 | 0 |
| | | | Software Sub-total | | $ 131,700 | 70% | $ 39,510 | $ 11,907 |
| 1 | 1 | M-PRESW-001 | PREMIUM SOFTWARE SUPPORT | EA | 21,806 | 45% | 12,092 | |
| | | | See Maintenance Schedule for more detais | | | | | |
| 2 | 1 | M-PRESW-004 | PREMIUM SW SUPPORT - OPEN SW | EA | 0 | 0% | 0 | |
| | | | See Maintenance Schedule for more details | | | | | |
| 3 | 1 | WU-PREHW-001 | PREMIUM HARDWARE SUPPORT - WARR UPG | EA | 4,890 | 0% | 4 890 | |
| 4 | 1 | | HW MAINTENANCE | EA | 0 | 0% | 0 | |
| | | | includes months 25-36 @ $ 0/mo. | | | | | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 26,876 | 37% | $ 16,982 | |
| | | | Configuration Sub-total | | | | | |
| | | | Hardware Sub-total | | $ 102,800 | 98% | $ 2,240 | $ 6,840 |
| | | | Software Sub-total | | $ 131,700 | 70% | $ 39,510 | $ 11,907 |
| | | | Services Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 26,876 | 37% | $ 16,982 | |
| | | | Configuration Total | | $ 261,376 | 76% | $ 58,732 | $ 18,752 |

EMC Confidential

**Quote**

# EMC²
### where information lives

176 South St
HOPKINTON, MA 01748
United States

Quote Prepared By: Johnson, Tijuana A
Email johnson_toni@emc.com
Quote # 1001401171
Date: 31-Dec-2007
Contract
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | Lehman Brothers | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Tony Velasquez | ATTN: ACCOUNTS PAYABLE | Tony Velazquez | Tony Velazquez |
| 212-526-8292 | | 212-526-8292 | 212-526-8292 |
| 05 10TH AVE | PO Box 2339 | 85 10TH AVE | 85 10TH AVE |
| 7TH FLOOR | Secaucus, NJ 07096-2339 | 7TH FLOOR | 7TH FLOOR |
| NEW YORK, NY 10011 | US | NEW YORK- NY 10011 | NEW YORK- NY 10011 |
| US | | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Cust Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

**Proposal Summary**

| | | | |
|---|---|---|---|
| Hardware Summary | $ 102,800 | 98% | $ 2,240 | $ 8,846 |
| Software Summary | $ 131,700 | 70% | $ 39,510 | $ 11,907 |
| Services Summary | $ 0 | 0% | $ 0 | |

| | | | |
|---|---|---|---|
| Prepaid NW Maintenance Summary | $ 0 | 0% | $ 0 | |
| Prepaid SW Maintenance Summary | $ 21,985 | 45% | $ 12,092 | |
| HW Warranty Upgrade Summary | $ 4,890 | 0% | $ 4,890 | |

| Total Price (USD) | $ 58,732 |
|---|---|

**Post Coverage Maintenance Fees**

| Annual HW Maintenance Fee | $ 8,846 |
|---|---|
| Annual SW Maintenance Fee | $ 11,907 |

Note: These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance. Also, the highest level of maintenance is assumed if maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations).

EMC Confidential

Dec 31 07 03:44p

Quote

# EMC²
## where information lives

176 South St
HOPKINTON, MA 01748
United States

Quote Prepared By: Johnson, Tapana A
Email: Johnson_toni@emc.com
Quote #: 1001481171
Date: 31-Dec-2007
Contract:
GSA Deal? No

| | | |
|---|---|---|
| **Prepared For:** | **Bill To:** | **Ship To:** | **Install:** |
| LEHMAN BROTHERS INC | Lehman Brothers | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Tony Velasquez | ATTN: ACCOUNTS PAYABLE | Tony Velasquez | Tony Velasquez |
| 212-526-8292 | | 212-526-8292 | 212-526-8292 |
| 85 10TH AVE | PO Box 2339 | 85 10TH AVE | 85 10TH AVE |
| 7TH FLOOR | Secaucus, NJ 07096-2339 | 7TH FLOOR | 7TH FLOOR |
| NEW YORK, NY 10011 | US | NEW YORK, NY 10011 | NEW YORK, NY 10011 |
| US | | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes:

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer, or, if none, to the appropriate, then current, standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request, are:

Equipment and Software - EMC's Basic Ordering Agreement (BOA)
Lease of Products - EMC's Master Lease Agreement (MLA)
Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
Consulting, Technical Solutions, Professional or customized Training Services - EMC's Consulting and Training Services Agreement (CTS)
Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system on which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges. Customer Education Passports are valid for one (1) year from date of invoice.

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities. If any, during the EMC warranty and/or maintenance period. If Customer disconnects, or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay, the amount of EMC's then current, standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period.

SPECIAL NOTICE FOR EMC SELECT PRODUCTS: Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer. all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC. EMC does not assume any liability to Customer for such EMC Select products or service whatsoever. Customer shall have recourse only to the manufacturer, not EMC, for all such warranty, service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms. EMC Select Products are listed on the EMC Product Notice website located at: http://www.emc.com/products/warranty_maintenance/index.jsp.

SPECIAL NOTICE FOR EMC SOFTWARE: Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at: http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote. Once accepted, the Quote, including the payment obligations, becomes a binding order under the applicable agreement.

Agreed by the undersigned, authorized Customer representative:
By (Sign): _____
Name (Print): _____
Title: _____
Date: _____

Rev 060501

EMC Confidential

Apr 09 08 03:40p                                                          P.1

SO#6261915-7

**EMC²**
where information lives·

## Fax Cover Sheet

DMS Document Type: Sales Orders
Fax #: 1-508-898-4411

| | |
|---|---|
| Is order Shipping (Select one): | |

If partial shipment, list all <u>MODELS</u> that should NOT ship
in the **Comments** section below.

List all RMA's in the "Comments" section below if applicable:

**Total Pages:** _____

**Date:** 4/9/2008

**From:** Loren Bednor            **To:** Erin O'Leary

**GRO Analyst:*** O'LEARY, ERIN

**Quote Number:*** 1   0   0   1   6   2   1   8   8   7

**Bill To Customer:** Lehman Brothers

**Ship To Customer:** Lehman Brothers

**Install At Customer:** _____

**EMC/ESG Order** _____

**Doc. Type 1:** Email

**Doc. Type 2:** EMC Quote Proposal

**\*\* Comments \*\***

_____

_____

_____

\* Required field for OCR

Apr 09 08 03:40p                                                                    P.2

**Delane Division**
**Pre-Approval Form**

PROCESS: This completed form should be sent to your DM, then to the AM, who will send their approval to the Business Manager. Upon approval by the Business Manager, the coordinator can have corporate book the order.

| | |
|---|---|
| **Account Name:** | Lehman |
| **District Manager:** | Mike Wing |
| **Rep:** | Toni Johnson |
| **Quote #:** | 1001621887 |
| **Cost (COGS from DXP quote analysis):** | $8,838 |
| **Anticipated Revenue:** (if applicable) | $200,000 |
| **Date needed and why** (if applicable) Date should tie to a migration schedule, install date or start of POC. ASAP/today is not acceptable | 4/8/2008 |
| **Date requested** | 4/2/2008 |
| **Type of Order:** (select from menu) | Loan |
| **Loan/Eval Period- expiration date** (if applicable) | 10/31/2008 |
| **Type of cab or upgrade** (or attach copy of Quote Analysis) Ex: DMX2000, NS700 | |
| **Services required** (If services are required, which CSM/L was contacted and when? What is the data POC services need to commence?) | |
| **Justification:** | Eval of equipment |
| **Detailed Justification:** | Lehman is upgrading to Exchange 2007. As part of the solution, Avamar will be used for backup. Currently no other customer is using Avamar to backup Exchange, Lehman needs to validate this option before they purchase it as part of the Exchange 2007 storage purchase in late Q2. |

**Guidelines:**

Definitions: Evals will convert to revenue, loaners will return to EMC, swaps the old gear will return to EMC and new gear remain at the customer, $0 sales are giveaways

Detailed Justification must include a compelling reason to send the specific equipment. The promise of a future deal is not adequate
Several fields will be used for tracking, including return date and justification- please make these as accurate as possible.
Railkits, cables, and other small requests should be $0 sales due to the effort involved in tracking RMA's
Multiple quotes can go on 1 form, with total cogs and equipment lists.

| **Required for Swaps:** | Model/Description/Count- from DXP | | COGS |
|---|---|---|---|
| Items needed- this request | | | |
| Items to be returned- from original sale | | | |
| Original SO# and date | | $ | - |

Apr 09 08 03:40p                                                                    p.3

# EMC²
### where information lives

**Quote**

Quote Prepared By: Johnson, Tijuana A
Email: johnson_toni@emc.com
Quote #: 1001621807
Date: 09-Apr-2008
Contract:
GSA Deal? No

176 SOUTH ST
HOPKINTON MA 01748
United States

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC<br>Philip Smith<br><br>70 HUDSON ST<br>FL 9<br>JERSEY CITY NJ 07302<br>US | LEHMAN BROTHERS INC<br>Accounts Payable<br><br>70 HUDSON ST<br>FL 9<br>JERSEY CITY NJ 07302<br>US | LEHMAN BROTHERS INC<br>Philip Smith<br><br>70 HUDSON ST<br>FL 9<br>JERSEY CITY NJ 07302<br>US | LEHMAN BROTHERS INC<br>Phil Smith<br>201-409-4447<br>70 HUDSON ST<br>FL 9<br>JERSEY CITY, NJ 07302<br>US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | lehmanlab | | | | | | |
| | | SYSTEM | AVAMAR SOLUTION | | | | | |
| 1 | 1 | PW40U-60-US | RACK-40U-60 PWR CORD US | EA | 1,150 | 100% | 0 | 0 |
| 2 | 1 | AVM1NODEFG1 | 1 NODE FIELD INSTALLED AVAMAR GEN1 (2U) | EA | 13,000 | 100% | 0 | 1,300 |
| | | | Hardware Sub-total | | $ 14,150 | 100% | $ 0 | $ 1,300 |
| 1 | 1 | 456-100-318 | AVAMAR OPEN FILE SOLUTION FOR WINNT WIN2K CLIENTS | EA | 100 | 100% | 0 | 18 |
| 2 | 1 | 456-100-309 | AVAMAR 1 TB INCR CAPACITY LICENSE (0-14TB) | EA | 17,000 | 100% | 0 | 3,060 |
| | | | Software Sub-total | | $ 17,100 | 100% | $ 0 | $ 3,078 |
| 1 | 1 | CE-AVAXIADMIN | EMC Avamar Administration ValuePak | EA | 2,970 | 100% | 0 | |
| | | | Services Sub-total | | $ 2,970 | 100% | $ 0 | |
| 1 | 1 | M-ENHSWL-003 | ENHANCED SOFTWARE SUPPORT<br>Includes months 1-12 @ 3 0/mo | EA | 3,078 | 100% | 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 3,078 | 100% | $ 0 | |
| | | | Configuration Sub-total | | | | | |
| | | | Hardware Sub-total | | $ 14,150 | 100% | $ 0 | $ 1,300 |
| | | | Software Sub-total | | $ 17,100 | 100% | $ 0 | $ 3,078 |
| | | | Services Sub-total | | $ 2,970 | 100% | $ 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 3,078 | 100% | $ 0 | |
| | | | Configuration Total | | $ 37,298 | 100% | $ 0 | $ 4,378 |

EMC Confidential

Apr 09 08 03:40p

Quote

# EMC²
### where information lives

176 SOUTH ST
HOPKINTON, MA 01748
United States

Quote Prepared By: Johnson, Tauana A
Email: johnson_joni@emc.com
Quote #: 1001621667
Date: 09-Apr-2008
Contract:
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Philip Smith | Accounts Payable | Philip Smith | Phil Smith |
| | | | 201 490-4447 |
| 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST |
| FL 9 | FL 9 | FL 9 | FL 9 |
| JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint UP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

#### Proposal Summary

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Hardware Summary | | $ 14,160 | 100% | $ 0 | $ 1,300 |
| | | | Software Summary | | $ 17,100 | 100% | $ 0 | $ 3,078 |
| | | | Services Summary | | $ 2,970 | 100% | $ 0 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Prepaid HW Maintenance Summary | | $ 0 | 0% | $ 0 | |
| Prepaid SW Maintenance Summary | | $ 3,078 | 100% | $ 0 | |
| HW Warranty Upgrade Summary | | $ 0 | 0% | $ 0 | |

| | | |
|---|---|---|
| Total Price (USD) | | $ 0 |

#### Post Coverage Maintenance Fees

| | |
|---|---|
| Annual HW Maintenance Fee | $ 1,300 |
| Annual SW Maintenance Fee | $ 3,078 |

Note: These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance. Also, the highest level of maintenance is assumed if maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations)

Apr 09 08 03:41p                                                                    p.5

# EMC²
### where information lives

176 SOUTH ST
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By  Johnson, Tquana A
Email  johnson_tona@emc.com
Quote #  1001621837
Date  09-Apr-2008
Contract
GSA Deal?  No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| Philip Smith | Accounts Payable | Philip Smith | Phil Smith |
| 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST | 201-499-4447 |
| FL 9 | FL 9 | FL 9 | 70 HUDSON ST |
| JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY  NJ 07302 | FL 9 |
| US | US | US | JERSEY CITY  NJ 07302 |
| | | | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer  or  if none, to the appropriate  then current  standard EMC Agreement for the products or services quoted  These standard agreements  copies of which shall be made available upon request  are

    Equipment and Software - EMC's Basic Ordering Agreement (BOA)
    Lease of Products - EMC's Master Lease Agreement (MLA)
    Maintenance Services  EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
    Consulting, Technical Solutions, Professional or customized Training Services  EMC's Consulting and Training Services Agreement (CTS)
    Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer  if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system in which the upgrade or add-on is installed  Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges  Customer Education Passports are valid for one (1) year from date of invoice

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities  if any, during the EMC warranty and/or maintenance period  If Customer disconnects, or otherwise does not allow the use of such remote access capability  then EMC shall invoice, and Customer shall pay, the amount of EMC's then current  standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period

SPECIAL NOTICE FOR EMC SELECT PRODUCTS  Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer  all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC  EMC does not assume any liability to Customer for such EMC Select products or service whatsoever  Customer shall have recourse only to the manufacturer, not EMC, for all such warranty, service or support obligations  Customer's purchase order for EMC Select Products signifies agreement to these terms  EMC Select Products are listed on the EMC Product Notice website located at:
http://www.emc.com/products/warranty_maintenance/index.jsp

SPECIAL NOTICE FOR EMC SOFTWARE  Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at
http://www.emc.com/products/warranty_maintenance/index.pp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote  Once accepted, the Quote, including the payment obligations, becomes a binding order under the applicable agreement

Agreed by the undersigned, authorized Customer representative
By (Sign) _____
Name (Print) _____
Title _____
Date _____

Rev 060501

**EMC Confidential**

Apr 09 08 02:22p                                                          P.1

SO#626l9063

## Fax Cover Sheet

**EMC²**
where information lives

DMS Document Type: Sales Orders
Fax #: 1-508-898-4411

Is order Shipping (Select one):
If partial shipment, list all <u>MODELS</u> that should NOT ship
in the **Comments** section below.

List all RMA's in the "Comments" section below if applicable:

| Total Pages: | |
|---|---|
| **Date:** | 4/9/2008 |
| **From:** | Loren Bednor |

**To:** Erin O'Leary

**GRO Analyst:*** O'LEARY, ERIN

**Quote Number:***   1   0   0   1   6   5   5   6   0   5

| | |
|---|---|
| **Bill To Customer:** | Lehman Brothers |
| **Ship To Customer:** | Lehman Brothers |
| **Install At Customer:** | |
| **EMC/ESG Order** | |
| **Doc. Type 1:** | Email |
| **Doc. Type 2:** | EMC Quote Proposal |

** Comments **

\* Required field for OCR

Apr 09 08 02:22p                                                                    P.2

**Delane Division**
**Pre-Approval Form**

PROCESS: This completed form should be sent to your DM, then to the AM, who will send their approval to the Business Manager. Upon approval by the Business Manager, the coordinator can have corporate book the order

| | |
|---|---|
| **Account Name:** | Lehman |
| **District Manager:** | Mike Wing |
| **Rep:** | Toni Johnson |
| **Quote #:** | 1001655605 |
| **Cost (COGS from DXP quote analysis):** | $38,198 |
| **Anticipated Revenue:** (if applicable) | A minimun of $392,000 |
| **Date needed and why** (if applicable) Date should tie to a migration schedule, install date or start of POC  ASAP/today is not acceptable. | 4/8/2008 |
| **Date requested** | 4/2/2008 |
| **Type of Order:** (select from menu) | Loan |
| **Loan/Eval Period- expiration date** (if applicable) | 10/31/2008 |
| **Type of cab or upgrade** (or attach copy of Quote Analysis). Ex: DMX2000, NS700 | |
| **Services required** (If services are required, which CSM/L was contacted and when? What is the date POC services need to commence?) | |
| **Justification:** | Eval of equipment |
| **Detailed Justification:** | Lehman is looking to establish a second tier of storage that will offer a lower cost to their end users.  We included a DMX950 with 1TB drives in a Q1 deal but Lehman hasn't qualified or quantified the impact of the 1TB drives in their environment  This equipment will go into their lab for them to gain this experience. |

Guidelines:
Definitions: Evals will convert to revenue. loaners will return to EMC, swaps the old gear will return to EMC and new gear remain at the customer, $0 sales are giveaways
Detailed justification must include a compelling reason to send the specific equipment.  The promise of a future deal is not adequate
Several fields will be used for tracking, including return date and justification- please make these as accurate as possible.
Railkits, cables, and other small requests should be $0 sales due to the effort involved in tracking RMA's.
Multiple quotes can go on 1 form, with total cogs and equipment lists.

| **Required for Swaps:** | Model/Description/Count- from DXP | | COGS |
|---|---|---|---|
| Items needed- this request | | | |
| Items to be returned- from original sale | | | |
| Original SO# and date | | $ | - |

Apr 09 08 02:22p

Page 1 of 3

# EMC²
### where information lives

176 SOUTH ST
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By: Johnson, Tijuana A
Email: johnson_tjon@emc.com
Quote #: 1001655605
Date: 09-Apr-2008
Contract
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC<br>Accounts Payable | LEHMAN BROTHERS INC<br>Philip Smith | LEHMAN BROTHERS INC<br>PM Smith<br>201-499-4447 |
| 70 HUDSON ST<br>FL 9<br>JERSEY CITY NJ 07302<br>US | 70 HUDSON ST<br>FL 9<br>JERSEY CITY NJ 07302<br>US | 70 HUDSON ST<br>FL 9<br>JERSEY CITY NJ 07302<br>US | 70 HUDSON ST<br>FL 9<br>JERSEY CITY NJ 07302<br>US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | Lab DMX4 add 32 - 1TB Drives | | | | | | |
| | | SYSTEM | UPGRADE SOLUTION | | | | | |
| 1 | 2 | DA47210001BU | 1000GB7.2K 986 58GBONEDRV U | EA | 12,540 | 100% | 0 | 655 |
| 2 | 4 | DA47210000BU | 1000GB 7.2K 690G 55GB7+1 U | EA | 200,040 | 100% | 0 | 10,473 |
| 3 | 2 | DMX472S001BU | 500GB 7.2K 493 191GB ONEDRV U | EA | 7,590 | 100% | 0 | 396 |
| 4 | 2 | DMX4-MEM-600U | 6 GB GLOBAL MEMORY DIR UPG | EA | 67,950 | 100% | 0 | 3,547 |
| | | | Hardware Sub-total | | $288,720 | 100% | $0 | $15,071 |
| | | | Configuration Sub-total | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hardware Sub-total | | | $288,720 | 100% | $0 | $15,071 |
| Software Sub-total | | | $0 | 0% | $0 | $0 |
| Services Sub-total | | | $0 | 0% | $0 | |
| Maintenance and Warranty Upgrade Sub-total | | | $0 | 0% | $0 | |
| Configuration Total | | | $288,720 | 100% | $0 | $15,071 |

EMC Confidential

Apr 09 08 02:22p

## EMC²
### where Information lives

175 SOUTH ST
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By  Johnson, Tijuana A
Email  johnson_tion@emc.com
Quote #  1001855805
Date  09-Apr-2008
Contact
GSA Deal?  No

| Prepared For: | Bill To | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC | LEHMAN BROTHERS INC |
| | Accounts Payable | Philip Smith | Phil Smith |
| 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST | 201-499-4447 |
| FL 9 | FL 9 | FL 9 | 70 HUDSON ST |
| JERSEY CITY, NJ 07302 | JERSEY CITY  NJ 07302 | JERSEY CITY  NJ 07302 | FL 9 |
| US | US | US | JERSEY CITY, NJ 07302 |
| | | | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Proposal Summary

| | | | | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|
| Hardware Summary | | | | $ 258,720 | 100% | $ 0 | $ 15,071 |
| Software Summary | | | | $ 0 | 0% | $ 0 | $ 0 |
| Services Summary | | | | $ 0 | 0% | $ 0 | |

| Total Price (USD) | $ 0 |
|---|---|

Post Coverage Maintenance Fees

| Annual HW Maintenance Fee | $ 15,071 |
|---|---|
| Annual SW Maintenance Fee | $ 0 |

Note  These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance  Also, the highest level of maintenance is assumed if
maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations)

**Quote**

# EMC² #
where information lives

176 SOUTH ST
HOPKINTON MA 01748
United States

Quote Prepared By: Johnson, Tyuana A
Email: johnson_tya@emc.com
Quote #: 1001656665
Date: 09-Apr-2008
Contract:
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS INC | LEHMAN BROTHERS INC<br>Accounts Payable | LEHMAN BROTHERS INC<br>Philip Smith | LEHMAN BROTHERS INC<br>Phil Smith<br>201-499-4447 |
| 70 HUDSON ST<br>FL 9<br>JERSEY CITY, NJ 07302<br>US | 70 HUDSON ST<br>FL 9<br>JERSEY CITY, NJ 07302<br>UB | 70 HUDSON ST<br>FL 9<br>JERSEY CITY, NJ 07302<br>US | 70 HUDSON ST<br>FL 9<br>JERSEY CITY, NJ 07302<br>US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Amount (USD) |
|---|---|---|---|---|---|---|---|---|

Notes

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer, or, if none, to the appropriate, then current, standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request, are

Equipment and Software - EMC's Basic Ordering Agreement (BOA)
Lease of Products   EMC's Master Lease Agreement (MLA)
Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
Consulting, Technical Solutions, Professional or customized Training Services - EMC's Consulting and Training Services Agreement (CTS)
Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system in which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges. Customer Education Passports are valid for one (1) year from date of invoice.

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities, if any, during the EMC warranty and/or maintenance period. If Customer disconnects, or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay, the amount of EMC's then current standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period

SPECIAL NOTICE FOR EMC SELECT PRODUCTS   Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer, all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC. EMC does not assume any liability to Customer for such EMC Select products or service whatsoever. Customer shall have recourse only to the manufacturer, not EMC, for all such warranty, service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms. EMC Select Products are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

SPECIAL NOTICE FOR EMC SOFTWARE   Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC  (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote. Once accepted, the Quote, including the payment obligations, becomes a binding order under this applicable agreement

Agreed by the undersigned, authorized Customer representative
By (Sign) _____
Name (Print) _____
Title _____
Date _____

Rev 060501

EMC Confidential

Jul 03 08 11:42a                                                    P.1 ____

SO# 62 773 709

**EMC²**
where information lives

## Fax Cover Sheet

DMS Document Type: Sales Orders
Fax #: 1-508-898-4411

| | |
|---|---|
| Is order Shipping (Select one): | |
| If partial shipment, list all MODELS that should NOT ship in the **Comments** section below. | |
| List all RMA's in the "Comments" section below if applicable: | |

Total Pages: _____

Date: 7/3/2008

From: Loren Bednor          To: Erin O'Leary

GRO Analyst:*     O'LEARY, ERIN

Quote Number:*    1    0    0    1    7    6    4    2    5    4

Bill To Customer:     Lehman Brothers

Ship To Customer:     Lehman Brothers

Install At Customer:

EMC/ESG Order

Doc. Type 1:              Email

Doc. Type 2:        EMC Quote Proposal

** Comments **

* Required field for OCR

Jul 03 08 11:43a

Delano Division
Pre-Approval Form

PROCESS: This completed form should be sent to your DM, then to the AM, who will send their approval to the Business Manager. Upon approval by the Business Manager, the coordinator can have corporate book the order

| | |
|---|---|
| **Account Name:** | Lehman |
| **District Manager:** | Mike Wing |
| **Rep:** | Toni Johnson |
| **Quote #:** | 1001764254 |
| **Cost (COGS from DXP quote analysis):** | $21,693 |
| **Anticipated Revenue:** (if applicable) | $0 |
| **Date needed and why** (if applicable). Date should be to a migration schedule, install date or start of POC ASAP/today is not acceptable | 6/30/2008 |
| **Date requested** | 7/9/2008 |
| **Type of Order:** (select from menu) | Loan |
| **Loan/Eval Period- expiration date** (if applicable) | 12/1/2008 |
| **Type of cab or upgrade** (or attach copy of Quote Analysis) Ex: DMX2000, NS700 | |
| **Services required** (if services are required, which CSML was contacted and when? What is the date POC services need to commence?) | |
| **Justification:** | Migration |
| **Detailed Justification:** | In Q12008 we sold Lehman a DMX950 with 1TB drives. 1 TB drives require Lehman to increase their hyper sizes. Migrating data from smaller to larger hyper sizes and retaining the ability to grow into the additional spaces requires a different migration than SRDF. To facilitate this move we need temporary space to move the data before the final move to the larger hypers. By loaning Lehman these drives EMC will be used to move the data instead of Incipient's LUN Stacking solution. |

Guidelines:
Definitions: Evals will convert to revenue, loaners will return to EMC, swaps the old gear will return to EMC and new gear remain at the customer, $0 sales are giveaways
Detailed justification must include a compelling reason to send the specific equipment. The promise of a future deal is not adequate
Several fields will be used for tracking, including return date and justification- please make these as accurate as possible
Railkits, cables, and other small requests should be $0 sales due to the effort involved in tracking RMA's.
Multiple quotes can go on 1 form, with total cogs and equipment lists.

| Required for Swaps: | Model/Description/Count- from DXP | COGS |
|---|---|---|
| Items needed- this request | | |
| Items to be returned- from original sale | | |
| Original SO# and date | | $            - |

Jul 03 08 11:43a

P.3 _____

**Bednor, Loren**

From:     Stewart, Seth
Sent:     Tuesday, July 01, 2008 6:04 PM
To:       Johnson, Toni; OBrien, Andy
Cc:       Grynberg, Mike; Wing, Michael; Bednor, Loren; Gonzalez, Belinda
Subject:  RE: Lehman - Value Storage Loaner drives

Approved.

From: Johnson, Toni
Sent: Monday, June 30, 2008 4:22 PM
To: OBrien, Andy; Stewart, Seth
Cc: Grynberg, Mike; Wing, Michael; Bednor, Loren; Gonzalez, Belinda
Subject: FW: Lehman - Value Storage Loaner drives

Seth & Andy,

Attached is a request for (44) 300GB (COGs $21,693) drives to assist Lehman with the
migration to Value Storage. We have met with Lehman's System Admins, Sara and Mark's
teams and gotten approval from all for our migration strategy using EMC and SANpulse
only. By lending these drives to Lehman we keep Incipient out of Lehman as a migration
solution. Please review and let me know if you have any questions. We need to get these
drives on site by early next week to keep the migrations on schedule.

Thanks.

Toni Johnson
Senior Account Manager
**EMC$^2$**
2 Penn Plaza - 18th Floor
New York, NY 10001
**Mobile: 973 641-6123**
Direct: 212-937-2624
Fax: 212-564-6909
Email: johnson_toni@emc.com



NY/NJ Division                                    EMC$^2$
                                            where information lives

7/3/2008

Jul 03 08 11:43a

Quote

# EMC²
### where information lives

176 SOUTH ST
HOPKINTON, MA 01748
United States

Quote Prepared By: Johnson, Tiyana A
Email  johnson_toni@emc com
Quote #  1001764254
Date  03-Jul-2008
Contract
GSA Deal?  No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS |
| Bill Noise | ATTN  ACCOUNTS PAYABLE | Bill Noise | Rick Salmon |
| 570-807-6509 | | 570-807-6580 | 201-499-9512 |
| 40 CORPORATE PL S | PO BOX 2330 | 40 CORPORATE PL S | 40 CORPORATE PL S |
| PISCATAWAY  NJ 08854 | SECAUCUS, NJ 07096 | PISCATAWAY  NJ 08854 | PISCATAWAY  NJ 08854 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | | Value Storage adding to support 80B LUNS | | | | | |
| | | SYSTEM | UPGRADE SOLUTION | | | | | |
| 1 | 4 | DF4103001BU | 300GB10K 295 9:G8ONEDRV U | EA | 15,900 | 100% | 0 | 830 |
| 2 | 5 | DF4103006BU | 300GB 10K 2CT1 39GB7+1 U | EA | 159,000 | 100% | 0 | 8 300 |
| 3 | 1 | 6S-CNFG3-120 | CONFIG3 120 DRIVES | EA | 0 | 0% | 0 | 0 |
| | | | Hardware Sub-total | | $ 174,900 | 100% | $ 0 | $ 9,130 |

Configuration Sub-total

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Hardware Sub-total | | $ 174,900 | 100% | $ 0 | $ 9,130 |
| | | | Software Sub-total | | $ 0 | 0% | $ 0 | $ 0 |
| | | | Services Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Configuration Total | | $ 174,900 | 100% | $ 0 | $ 9,130 |

# EMC²
### where information lives

176 SOUTH ST
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By  Johnson  Tijuana A
Email: johnson_toni@emc.com
Quote # 1001784254
Date  03-Jul-2008
Contact:
GSA Deal?  No

| Prepared For: | Bill To: | Ship To | Install: |
|---|---|---|---|
| LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS |
| Bill Horse | ATTN  ACCOUNTS PAYABLE | Bill Horse | Rick Salmon |
| 570-807-6569 | | 570-807-6569 | 201-409-9612 |
| 40 CORPORATE PL S | PO BOX 2339 | 40 CORPORATE PL S | 40 CORPORATE PL S |
| PISCATAWAY  NJ 08854 | SECAUCUS  NJ 07096 | PISCATAWAY  NJ 08854 | PISCATAWAY  NJ 08864 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Dest Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

**Proposal Summary**

| | | | |
|---|---|---|---|
| Hardware Summary | $ 174,900 | 100% | $ 0 | $ 9,130 |
| Software Summary | $ 0 | 0% | $ 0 | $ 0 |
| Services Summary | $ 0 | 0% | $ 0 | |

| | |
|---|---|
| Total Price (USD) | $ 0 |

**Post Coverage Maintenance Fees**

| | |
|---|---|
| Annual HW Maintenance Fee | $ 9,130 |
| Annual SW Maintenance Fee | $ 0 |

Note: These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance  Also, the highest level of maintenance is assumed if
maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations)

Jul 03 08 11:44a                                                                    P.6

# EMC²
where information lives

176 SOUTH ST
HOPKINTON MA 01748
United States

**Quote**

Quote Prepared By  Johnson, Tijuana A
Email  johnson_tijni@emc.com
Quote #  1001764254
Date  03-Jul-2006
Contract
GSA Deal?  No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS |
| Bill Hosse | ATTN  ACCOUNTS PAYABLE | Bill Hosse | Rick Salmon |
| 570-807-6589 | | 570-807-6589 | 201-469-6012 |
| 40 CORPORATE PL S | PO BOX 2339 | 40 CORPORATE PL 9 | 40 CORPORATE PL S |
| PISCATAWAY  NJ 08854 | SECAUCUS  NJ 07096 | PISCATAWAY  NJ 08854 | PISCATAWAY  NJ 08854 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes

The Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer  or  if none  to the appropriate  then current  standard EMC Agreement for the products or services quoted  These standard agreements  copies of which shall be made available upon request  are

Equipment and Software - EMC's Basic Ordering Agreement (BOA)
Lease of Products - EMC's Master Lease Agreement (MLA)
Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
Consulting  Technical Solutions, Professional or customized Training Services  -EMC's Consulting and Training Services Agreement (CTS)
Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co terminus with that of the existing system in which the upgrade or add-ons installed  Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges  Customer Education Passports are valid for one (1) year from date of invoice

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities  if any, during the EMC warranty and/or maintenance period  If Customer disconnects, or otherwise does not allow the use of such remote access capability, then EMC shall invoice  and Customer shall pay  the amount of EMC's then current  standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period

SPECIAL NOTICE FOR EMC SELECT PRODUCTS  Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer, all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and are not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC  EMC does not assume any liability to Customer for such EMC Select products or service whatsoever  Customer shall have recourse only to the manufacturer, not EMC, for all such warranty, service or support obligations  Customer's purchase order for EMC Select Products signifies agreement to these terms  EMC Select Products are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

SPECIAL NOTICE FOR EMC SOFTWARE  Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote  or (iii) sending an email or other writing to EMC accepting the Quote  Once accepted  the Quote  including the payment obligations  becomes a binding order under the applicable agreement

Agreed by the undersigned  authorized Customer representative
By (Sign)  _____
Name (Print)  _____
Title  _____
Date  _____

Rev 060501

## SCHEDULE

## Basic Loaner Agreement

EMC Corporation
171 South St.
Hopkinton. MA 01748

This Schedule does hereby incorporate by reference the terms and conditions of the Basic Loan Agreement that is dated on or about _____7·2·2008_____ (the "BLA") between EMC and the Customer identified in the signature block at the end of this Schedule. The Schedule Effective Date is the last date of signature below.

1.0    LOAN PERIOD: - The Loan Period begins on delivery of the Products and unless otherwise sooner terminated in accordance with the BLA, shall terminate on the _1_ day of _DECEMBER_____, 20 08.

2.0    INSTALLATION SITE - The Product(s) shall be installed and used only at: _LEHMAN  BROTHER_ _40  CORPORATE  PLACE 5, PISCATAWAY, N.J.  08854_ _____

3.0    LIST OF PRODUCT(S)

A.    EQUIPMENT LIST

| Part/Model/Serial No. | Description | Quantity |
|---|---|---|
| DF4103001BU | 300GB  DRIVES - SPARES | 4 |
| DF4103mBBU | 300GBB  DRIVES - 7+1 | 5 |
| | | |
| | | |

B.    SOFTWARE LIST

| Part/Model No. | Description | Quantity |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

4.0    RENTAL FEE: The monthly rental fee which Customer agrees to pay EMC should the Products not be returned by the date specified in paragraph 1.0 above shall be $__0____.

IN WITNESS WHEREOF, the parties have caused this Schedule to be signed on the respective dates indicated below.

| EMC Corporation  ("EMC") | ("CUSTOMER") |
|---|---|
| By:_____ | By:__Major Sm_____ |
| Name (Print):_____ | Name (Print):_MAGAN SAINI__ |
| Title:_____ | Title:_VP_____ |
| Date:_____ | Date:_07/03/2008_____ |

BLA Rev01122R

Aug 29 08 11:03a                                                    P.1

SO# 62860756

**EMC²**
where information lives

## Fax Cover Sheet

DMS Document Type: Sales Orders
Fax #: 1-508-898-4411

Is order Shipping (Select one):
If partial shipment, list all <u>MODELS</u> that should NOT ship in the **Comments** section below.

List all RMA's in the "Comments" section below if applicable:

Total Pages: _____

Date: _____8/29/2008_____

From: _____Loren Bednor_____          To: _____

GRO Analyst:*      LUGINBUHL, NICOLE

Quote Number:*      1    0    0    1    8    6    5    5    6    7

Bill To Customer:    Lehman Brothers

Ship To Customer:    Lehman Brothers

Install At Customer: _____

EMC/ESG Order       _____

Doc. Type 1:        _____

Doc. Type 2:        _____

** Comments **

* Required field for OCR

p.2

Aug 29 08 11:03a

**Delane Division**
**Pre-Approval Form**

PROCESS:  This completed form should be sent to your DM, then to the AM, who will send their approval to the Business Manager.  Upon approval by the Business Manager, the coordinator can have corporate book the order

| | |
|---|---|
| **Account Name:** | Lehman |
| **District Manager:** | Mike Wing |
| **Rep:** | Toni Johnson |
| **Quote #:** | 1001865567 |
| **Cost (COGS from DXP quote analysis):** | $21,404 |
| **Anticipated Revenue:** (if applicable) | $0 |
| **Date needed and why** (if applicable)  Date should tie to a migration schedule, install date or start of POC  ASAP/today is not acceptable | 9/8/2008 |
| **Date requested** | 8/28/2008 |
| **Type of Order:** (select from menu) | Loan |
| **Loan/Eval Period- expiration date** (if applicable) | 3/31/2009 |
| **Type of cab or upgrade** (or attach copy of Quote Analysis)  Ex:  DMX2000, NS700 | See attachment |
| **Services required** (if services are required, which CSM/L was contacted and when? What is the date POC services need to commence?) | |
| **Justification:** | Proof of Concept |
| **Detailed Justification:** | Lehman is upgrading to Exchange 2007.  We are competing against a DAS solution proposed by Microsoft and HP |

Guidelines:
Definitions. Evals will convert to revenue, loaners will return to EMC, swaps the old gear will return to EMC and new gear remain at the customer, $0 sales are giveaways
Detailed justification must include a compelling reason to send the specific equipment   The promise of a future deal is not adequate
Several fields will be used for tracking, including return date and justification- please make these as accurate as possible
Railkits, cables, and other small requests should be $0 sales due to the effort involved in tracking RMA's
Multiple quotes can go on 1 form, with total cogs and equipment lists

| Required for Swaps: | Model/Description/Count- from DXP | COGS |
|---|---|---|
| Items needed- this request | | |
| Items to be returned- from original sale | | |
| Original SO# and date | | $          - |

**Bednor, Loren**

| | |
|---|---|
| **From:** | Stewart, Seth |
| **Sent:** | Thursday, August 28, 2008 2:59 PM |
| **To:** | Johnson, Toni |
| **Cc:** | Bednor, Loren; Wing, Michael; Grynberg, Mike; OBrien, Andy |
| **Subject:** | RE: Lehman - Loaner Request |

Thanks Toni. Allocations (Don Ho) has said he can work some magic and secure the box in early October.

Loren - please move forward with the AX4 and DMX4 requests. Hold off until October to process the DMX3. Let me know if you have any questions

**From:** Johnson, Toni
**Sent:** Thursday, August 28, 2008 2:08 PM
**To:** Stewart, Seth
**Cc:** Bednor, Loren; Wing, Michael; Grynberg, Mike; OBrien, Andy
**Subject:** RE: Lehman - Loaner Request

Seth,

We can wait until Oct, but we must have a DMX3. The DMX3 will be used to test features; software and microcode before it's rolled out onto DMX3 in production.

Thanks.

Toni Johnson
Senior Account Manager
**EMC²**
2 Penn Plaza - 18th Floor
New York, NY 10001
**Mobile: 973 641-6123**
Direct: 212-937-2624
Fax: 212-564-6909
Email: johnson_toni@emc.com



NY/NJ Division                                    EMC²
                                              where information lives

8/29/2008

Aug 29 08 11:04a

# EMC²
### where information lives

176 SOUTH ST
HOPKINTON, MA 01748
United States

**Quote**

Quote Prepared By: Quota House, North America
Email:
Quote #: 1001685567
Date: 29-Aug-2008
Contract:
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS |
| | ATTN ACCOUNTS PAYABLE | Phil Smith | |
| | | 201-499-5500 | |
| 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST |
| FL 9 | FL 9 | FL 9 | FL 9 |
| JERSEY CITY NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY NJ 07302 | JERSEY CITY, NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|
| | | Lehman Lab AX4-5F | | | | | | |
| | | SYSTEM | P5I FOR AX4-5 | | | | | |
| 1 | 1 | AX4-5F | 2U DUAL SP DPE FC FRONT END W 1U SPS | EA | 6,875 | 100% | 0 | 1,255 |
| 2 | 3 | AX4-5DAE | 2U SAS/SATA 12 DRIVE DAE | EA | 9,000 | 100% | 0 | 3,105 |
| 3 | 1 | V-AX451401SK | 4 - 146 GB 15K SAS W VAULT SOFTWARE | EA | 2,080 | 100% | 0 | 0 |
| 4 | 44 | AX-SS15-146 | 146GB 15K SAS DRIVE | EA | 22,880 | 100% | 0 | 0 |
| 5 | 1 | AX4-5SPS | SECOND SPS OPTIONAL | EA | 690 | 100% | 0 | 0 |
| 6 | 4 | AX4-5CFG | FACTORY CONFIG SERVICES AX4-5 DPE / DAE | EA | 100 | 100% | 0 | 0 |
| 7 | 1 | AX4-5EXPAN | AX4-5 Expansion Pack | EA | 2,500 | 100% | 0 | 0 |
| 8 | 4 | AX13-PWR-12 | 2 C13 PWRCORDS W/ NEMA 5-15 PLUGS 125V 10A | EA | 0 | 0% | 0 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Hardware Sub-total | | $ 46,125 | 100% | $ 0 | $ 4,460 |
| | | | | | | | | |
| | | | Configuration Sub-total | | | | | |
| | | | Hardware Sub-total | | $ 46,125 | 100% | $ 0 | $ 4,460 |
| | | | Software Sub-total | | $ 0 | 0% | $ 0 | $ 0 |
| | | | Services Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Maintenance and Warranty Upgrade Sub-total | | $ 0 | 0% | $ 0 | |
| | | | Configuration Total | | $ 46,125 | 100% | $ 0 | $ 4,460 |

EMC Confidential

Quote

# EMC²
### where information lives

176 SOUTH ST
HOPKINTON, MA 01748
United States

Quote Prepared By: Quota House, North America
Email
Quote #: 1001855567
Date: 29-Aug-2008
Contract
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS |
| | ATTN: ACCOUNTS PAYABLE | Phil Smith | |
| | | 201-499-6500 | |
| 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST |
| FL 9 | FL 9 | FL 9 | FL 9 |
| JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

**Proposal Summary**

| | | | |
|---|---|---|---|
| Hardware Summary | $ 45,125 | 100% | $ 0 | $ 4,450 |
| Software Summary | $ 0 | 0% | $ 0 | $ 0 |
| Services Summary | $ 0 | 0% | $ 0 | |

| Total Price (USD) | $ 0 |
|---|---|

**Post Coverage Maintenance Fees**

| Annual HW Maintenance Fee | $ 4,450 |
|---|---|
| Annual SW Maintenance Fee | $ 0 |

Note: These prices reflect the maintenance price of any model on this quote for which EMC sells maintenance. Also, the highest level of maintenance is assumed if maintenance was not already ordered for those items (if maintenance was ordered, the level ordered will be used for these calculations)

EMC Confidential

p. 6

Aug 29 08 11:05a

Quote

# EMC²
### where information lives

175 SOUTH ST
HOPKINTON, MA 01748
United States

Quote Prepared By  Quota House, North America
Email
Quote #: 1001865567
Date  29-Aug-2008
Contract
GSA Deal? No

| Prepared For: | Bill To: | Ship To: | Install: |
|---|---|---|---|
| LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS | LEHMAN BROTHERS |
| | ATTN ACCOUNTS PAYABLE | Phil Smith | |
| | | 201-499-8600 | |
| 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST | 70 HUDSON ST |
| FL 9 | FL 9 | FL 9 | FL 9 |
| JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 | JERSEY CITY, NJ 07302 |
| US | US | US | US |

| Line # | Qty | Product ID | Description | Units | Total List Price (USD) | Discount | Total Deal Price (USD) | Maint LP Annual (USD) |
|---|---|---|---|---|---|---|---|---|

Notes

This Quote is subject to the terms and conditions specified in the applicable signed agreement between EMC and Customer, or, if none, to the appropriate, then current  standard EMC Agreement for the products or services quoted. These standard agreements, copies of which shall be made available upon request, are

Equipment and Software - EMC's Basic Ordering Agreement (BOA)
Lease of Products - EMC's Master Lease Agreement (MLA)
Maintenance Services - EMC's Continuous Coverage Product Maintenance Agreement (CCPM) or Support Exhibit
Consulting, Technical Solutions, Professional or customized Training Services - EMC's Consulting and Training Services Agreement (CTS)
Subscriptions - EMC's Subscription Agreement

Unless specified otherwise in the terms and conditions specified in an applicable signed agreement between EMC and Customer, if any, the warranty for Equipment upgrades and add-ons is co-terminus with that of the existing system in which the upgrade or add-on is installed. Pricing is valid for a period of thirty (30) days from the date of this Quote and does not include any applicable taxes or freight charges. Customer Education Passports are valid for one (1) year from date of invoice

The prices on this Quote are dependent upon EMC's use of its applicable remote access capabilities. If any, during the EMC warranty and/or maintenance period. If Customer disconnects  or otherwise does not allow the use of such remote access capability, then EMC shall invoice, and Customer shall pay  the amount of EMC's then current, standard surcharge for all impacted products during the affected portion of the EMC warranty and/or maintenance period.

SPECIAL NOTICE FOR EMC SELECT PRODUCTS.  Notwithstanding any contrary terms or conditions in any agreement between the parties, or any order submitted by or Quote accepted by, Customer  all products distributed by EMC pursuant to the "EMC Select" program are pass-through products only and we not covered by any warranty obligation from EMC and are not covered by any maintenance or service provision by EMC  EMC does not assume any liability to Customer for such EMC Select products or service whatsoever  Customer shall have recourse only to the manufacturer, not EMC, for all such warranty, service or support obligations. Customer's purchase order for EMC Select Products signifies agreement to these terms  EMC Select Products are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

SPECIAL NOTICE FOR EMC SOFTWARE  Additional use rights and restrictions governing Software are listed on the EMC Product Notice website located at http://www.emc.com/products/warranty_maintenance/index.jsp

Customer may accept this Quote by (i) signing the Quote and returning it to EMC, (ii) issuing a purchase order to EMC for the products and/or services identified on the Quote, or (iii) sending an email or other writing to EMC accepting the Quote  Once accepted, this Quote, including the payment obligations, becomes a binding order under the applicable agreement

Agreed by the undersigned, authorized Customer representative
By (Sign): _____
Name (Print): _____
Title: _____
Date: _____

Rev 060501

EMC Confidential