HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler Architecture, Design & Planning, P.C., and*
*Gensler and Associates/Architects, Inc.*
*and*
*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. |  |

## VERIFIED STATEMENT OF HOLME ROBERTS & OWEN LLP PURSUANT TO FED. R. BANKR. P. 2019(a)

Holme Roberts & Owen LLP ("Counsel") hereby submits this verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and states as follows:

1. Counsel appears in these cases on behalf of the following (the "Entities"):

| M. Arthur Gensler Jr. & Associates, Inc., Gensler Architecture, Design & Planning, P.C., and Gensler and Associates/Architects, Inc. | 2 Harrison Street, Suite 400 San Francisco, CA 94105 |
|---|---|
| Costello Maione Schuch Inc. dba CMS Innovative Consultants | Eight Fletcher Place Melville, NY 11747 |

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

#1362589 v1 den

3. East of the Entities separately requested that Counsel represent them in connection with the Debtors' chapter 11 cases.

4. As of the date hereof, Counsel does not hold a claim against the Debtors.

5. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement these statements.

Dated: Denver, Colorado
October 3, 2008.

By:_____ /s/ Bradford E. Dempsey _____
Bradford E. Dempsey (#30160)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc., Gensler Architecture, Design & Planning, P.C., and Gensler and Associates/Architects, Inc.*

*and*

*Attorneys for Costello Maione Schuch Inc. dba CMS Innovative Consultants*

2

#1362589 v1 den

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler Architecture, Design & Planning, P.C., and*
*Gensler and Associates/Architects, Inc.*
*and*
*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| LEHMAN BROTHERS HOLDINGS INC. | ) | Case Nos. 08-13555-JMP |
| *et al.* | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

CERTIFICATE OF SERVICE

  I hereby certify that on October 3, 2008, a true and correct copy of the foregoing **VERIFIED STATEMENT OF HOLME ROBERTS & OWEN LLP PURSUANT TO FED. R. BANKR. P. 2019(a)** was served to all parties receiving notice through CM/ECF, and that copies were placed in the United States Mail, postage pre-paid, addressed to the following:

#1362589 v1 den

Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Shai Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzon
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

                    HOLME ROBERTS & OWEN LLP

                    By: /s/ Bradford E. Dempsey
                    Bradford E. Dempsey (#30160)