# S T A T E M E N T   O F   A C C O U N T



**TSX** group    **TSX**

STATEMENT AS OF  09/24/08
CUSTOMER #        9989
LOCATION #        VU1651
PAGE NO           1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
70 HUDSON STREET
10TH FLOOR
JERSEY CITY , NJ    07302
USA

STATEMENT AS OF  09/24/08
CUSTOMER #        9989
LOCATION #        VU1651
PAGE NO           1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 08/15/08 | INV | VU805635 | USD | 4,410.00 | 4,410.00 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| VU805635 | 4,410.00 |

**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 4,410.00 | 0.00 | 0.00 | 0.00 | 4,410.00 |

PLEASE PAY THIS AMOUNT      4,410.00

PLEASE PAY
THIS AMOUNT      4,410.00 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

**TSX**

--------------------------------------------------------------------------------

| | |
|---|---|
| ATTN MICHAEL LI | INVOICE: VU805635 |
| LEHMAN BROTHERS INC. | ACCOUNT: VU001651 |
| 70 HUDSON STREET | |
| 10TH FLOOR | INVOICE DATE: 15-AUG-2008 |
| JERSEY CITY NJ 07302 | INVOICE PERIOD: AUGUST 2008 |
| UNITED STATES | PAGE: 1 OF 2 |

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # ------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____     SIGNATURE ------------------------------------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>\* REALTIME - EXTERNAL DATAFEE<br>745 7TH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019 | | | | | |
| | CONS CDN DATA | RU | 1 | EXT | 3,000.00 |
| | \* SUB-TOTAL \* | | | | 3,000.00 |
| LEHMAN BROTHERS INC.<br>RE: DELAYED DATA FEED<br>70 HUDSON STREET 10TH FL.<br>JERSEY CITY NJ 07302 | | | | | |
| | DELAYED TL1/CL1 | RU US50082 | 1 | EXT | 400.00 |
| | \* SUB-TOTAL \* | | | | 400.00 |
| LEHMAN BROTHERS INC.<br>RE: DELAYED DATAFEED<br>GLOBAL SWITCH HOUSE<br>3 NUTMEG LANE, EAST INDIA DOC<br>LONDON  E14 2AX | | | | | |
| | DELAYED TL1/CL1 | RF UK61551 | 4 | EXT | 400.00 |
| | \* SUB-TOTAL \* | | | | 400.00 |
| LEHMAN BROTHERS INC.<br>RE: DELAYED DATAFEED<br>25 BANK STREET<br>LONDON  E14 5LE | | | | | |
| | DELAYED TL1/CL1 | RF UK66070 | 4 | EXT | 400.00 |
| | \* SUB-TOTAL \* | | | | 400.00 |

\*\* TOTAL AMOUNT DUE \*\*     US $4,410.00

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

| | |
|---|---|
| ATTN MICHAEL LI | INVOICE:        VU805635 |
| LEHMAN BROTHERS INC. | ACCOUNT:       VU001651 |
| 70 HUDSON STREET | |
| 10TH FLOOR | INVOICE DATE:   15-AUG-2008 |
| JERSEY CITY NJ 07302 | INVOICE PERIOD: AUGUST 2008 |
| UNITED STATES | PAGE:      2 OF 2 |

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/_____

CVC NUMBER ___  ___  ___  ___          SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | * PRE TAX TOTAL * | | | | 4,200.00 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 210.00 |
| | ** TOTAL AMOUNT DUE ** | | | | US $4,410.00 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:     RU=REUTERS;          RF=REUTERS UK;

USE:     EXT=EXTERNAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER

## IMPORTANT NOTICE REGARDING
### EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T

**TSX group** **TSX**

STATEMENT AS OF   09/24/08
CUSTOMER #        9989
LOCATION #        SU21340
PAGE NO           1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
10880 WILSHIRE BLVD
21ST FLOOR
LOS ANGELES , CA   90024
USA

STATEMENT AS OF   09/24/08
CUSTOMER #        9989
LOCATION #        SU21340
PAGE NO           1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 03/31/08 | INV | SU786616 | USD | 103.00 | 103.00 |
| 04/30/08 | INV | SU790551 | USD | 121.80 | 121.80 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| SU786616 | 103.00 |
| SU790551 | 121.80 |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 224.80 | 224.80 |

PLEASE PAY THIS AMOUNT           224.80

PLEASE PAY
THIS AMOUNT       224.80 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

**TSX**

---

ATTN ACCOUNTS PAYABLE
LEHMAN BROTHERS
10880 WILSHIRE BLVD
21ST FLOOR
LOS ANGELES CA 90024
UNITED STATES

INVOICE:        SU786616
ACCOUNT:        SU021340

INVOICE DATE:   31-MAR-2008
INVOICE PERIOD: MARCH 2008
PAGE:     1 OF 1

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # ------------------------------------

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

SIGNATURE ------------------------------------

**********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS | | | | | |
| 10880 WILSHIRE BLVD | | | | | |
| 21ST FLOOR | | | | | |
| LOS ANGELES CA 90024 | | | | | |
| | CEG(CAN EX GRP) | TW 4D96ED5716 | 0 | PRO | 0.00 |
| | | FOR FEB 2008 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 4D96ED5716 | 0 | PRO | 0.00 |
| | | FOR FEB 2008 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| | ** TOTAL AMOUNT DUE ** | | | | US $103.00 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:   TW=TOWNSEND;

USE:   PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM

SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER

ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

--------------------------------------------------------------------

ATTN ACCOUNTS PAYABLE
LEHMAN BROTHERS
10880 WILSHIRE BLVD
21ST FLOOR
LOS ANGELES CA 90024
UNITED STATES

INVOICE:        SU790551
ACCOUNT:        SU021340

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:    1 OF 1

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____        SIGNATURE ------------------------------------
*********************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS | | | | | |
| 10880 WILSHIRE BLVD | | | | | |
| 21ST FLOOR | | | | | |
| LOS ANGELES CA 90024 | | | | | |
| | CEG(CAN EX GRP) | TW 4D96ED5716 | 1 | PRO | 58.00 |
| | | FOR MAR 2008 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 116.00 |
| | * PRE TAX TOTAL * | | | | 116.00 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 5.80 |
| | ** TOTAL AMOUNT DUE ** | | | | US $121.80 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    TW=TOWNSEND;
USE:    PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

## IMPORTANT NOTICE REGARDING
## EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T

**TSX group**

STATEMENT AS OF   09/24/08
CUSTOMER #        9989
LOCATION #        SU20900
PAGE NO           1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
27 COMMERCE DRIVE
CRANFORD NJ   07016
USA

STATEMENT AS OF   09/24/08
CUSTOMER #        9989
LOCATION #        SU20900
PAGE NO           1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 12/31/07 | INV | SU776677 | USD | 54.00 | 54.00 |
| 01/31/08 | INV | SU781585 | USD | 58.00 | 58.00 |
| 02/29/08 | INV | SU785227 | USD | 58.00 | 58.00 |
| 03/31/08 | INV | SU788849 | USD | 58.00 | 58.00 |
| 04/30/08 | INV | SU792933 | USD | 60.90 | 60.90 |
| 05/31/08 | INV | SU796708 | USD | 60.90 | 60.90 |
| 06/30/08 | INV | SU800526 | USD | 60.90 | 60.90 |
| 07/31/08 | INV | SU805071 | USD | 60.90 | 60.90 |
| 08/31/08 | INV | SU808885 | USD | 60.90 | 60.90 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| SU776677 | 54.00 |
| SU781585 | 58.00 |
| SU785227 | 58.00 |
| SU788849 | 58.00 |
| SU792933 | 60.90 |
| SU796708 | 60.90 |
| SU800526 | 60.90 |
| SU805071 | 60.90 |
| SU808885 | 60.90 |



TERMS: NET 30 DAYS
SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 60.90 | 60.90 | 60.90 | 60.90 | 288.90 | 532.50 |

PLEASE PAY THIS AMOUNT          532.50

PLEASE PAY
THIS AMOUNT      532.50 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

TSX

---

ATTN ACCOUNTS PAYABLE
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
UNITED STATES

INVOICE:           SU776677
ACCOUNT:           SU020900

INVOICE DATE:   31-DEC-2007
INVOICE PERIOD: DECEMBER 2007
PAGE:    1 OF 1

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ----------------------------------------

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___. ___. ___. ___.

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

SIGNATURE ---------------------------------------

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>27 COMMERCE DRIVE<br>CRANFORD NJ 07016 | | | | | |
| | CEG(CAN EX GRP) | BL 040053891 | 1 | PRO | 54.00 |
| | * SUB-TOTAL * | | | | 54.00 |
| | ** TOTAL AMOUNT DUE ** | | | | US $54.00 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN ACCOUNTS PAYABLE
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
UNITED STATES

INVOICE:        SU781585
ACCOUNT:        SU020900

INVOICE DATE:   31-JAN-2008
INVOICE PERIOD: JANUARY 2008
PAGE:    1 OF 1

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____        SIGNATURE ---------------------------------
*********************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|

LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016

| | CEG(CAN EX GRP) | BL 040053891 | 1 | PRO | 58.00 |
|---|---|---|---|---|---|
| | * SUB-TOTAL * | | | | 58.00 |
| | ** TOTAL AMOUNT DUE ** | | | | US $58.00 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

--------------------------------------------------------------------------

ATTN ACCOUNTS PAYABLE
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
UNITED STATES

INVOICE:          SU785227
ACCOUNT:          SU020900

INVOICE DATE:   29-FEB-2008
INVOICE PERIOD: FEBRUARY 2008
PAGE:    1 OF 1

( )  VISA  ( )  MASTERCARD  ( )  AMEX

CARD # ------------------------------------     **CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____          SIGNATURE -------------------------------------
*****************************************************************************

SERVICE LOCATION   PRODUCT _____   SUPPLIER/ACCT   UNITS   USE   AMOUNT
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016

            CEG(CAN EX GRP)  BL 040053891           1 PRO       58.00
                    * SUB-TOTAL *                               58.00

                 ** TOTAL AMOUNT DUE **                    US $58.00

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

        FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
              MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
                   E-MAIL MARKETDATA@TSXDATALINX.COM
        SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
                      TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

--------------------------------------------------------------------------------

```
ATTN ACCOUNTS PAYABLE                    INVOICE:        SU788849
LEHMAN BROTHERS INC.                     ACCOUNT:        SU020900
27 COMMERCE DRIVE
CRANFORD NJ 07016                        INVOICE DATE:   31-MAR-2008
UNITED STATES                            INVOICE PERIOD: MARCH 2008
                                         PAGE:    1 OF 1

                                         ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD #  -----------------------------------    CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                               INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE  _____ / _____

CVC NUMBER  ____ ____ ____ ____     SIGNATURE ------------------------------------
*********************************************************************************
SERVICE LOCATION    PRODUCT_____    SUPPLIER/ACCT   UNITS    USE    AMOUNT____
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
               CEG(CAN EX GRP)   BL 040053891        1 PRO          58.00
                       * SUB-TOTAL *                                58.00

                   ** TOTAL AMOUNT DUE **                     US $58.00
```

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
         MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
               E-MAIL MARKETDATA@TSXDATALINX.COM
    SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
              TORONTO STOCK EXCHANGE

### IMPORTANT NOTICE REGARDING
### EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

--------------------------------------------------------------

ATTN ACCOUNTS PAYABLE
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
UNITED STATES

INVOICE:           SU792933
ACCOUNT:           SU020900

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:        1 OF 1

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # --------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____          SIGNATURE --------------------------------------

*******************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. 27 COMMERCE DRIVE CRANFORD NJ 07016 | | | | | |
| | CEG(CAN EX GRP) | BL 040053891 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| | * PRE TAX TOTAL * | | | | 58.00 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 2.90 |
| | ** TOTAL AMOUNT DUE ** | | | | US $60.90 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
        WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:      BL=BLOOMBERG;
USE:     PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

---

ATTN ACCOUNTS PAYABLE
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
UNITED STATES

INVOICE:        SU796708
ACCOUNT:        SU020900

INVOICE DATE:   31-MAY-2008
INVOICE PERIOD: MAY 2008
PAGE:     1 OF 1

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____        SIGNATURE ------------------------------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|

LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016

```
                CEG(CAN EX GRP)  BL 040053891        1 PRO        58.00
                      * SUB-TOTAL *                               58.00
                      * PRE TAX TOTAL *                           58.00
     GST# 10525 5327 RT   * TOTAL GST DUE *                        2.90
                      ** TOTAL AMOUNT DUE **              US $60.90
```

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
        WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:     BL=BLOOMBERG;
USE:     PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

----------------------------------------------------------------

ATTN ACCOUNTS PAYABLE
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
UNITED STATES

INVOICE:          SU800526
ACCOUNT:          SU020900

INVOICE DATE:    30-JUN-2008
INVOICE PERIOD:  JUNE 2008
PAGE:     1 OF 1

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ----------------------------------

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____          SIGNATURE ----------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00**

*****************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>27 COMMERCE DRIVE<br>CRANFORD NJ 07016 | | | | | |
| | CEG(CAN EX GRP)  BL 040053891 | | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| | * PRE TAX TOTAL * | | | | 58.00 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 2.90 |
| | ** TOTAL AMOUNT DUE ** | | | | US $60.90 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

-----------------------------------------------------------------------------------

```
ATTN ACCOUNTS PAYABLE              INVOICE:        SU805071
LEHMAN BROTHERS INC.               ACCOUNT:        SU020900
27 COMMERCE DRIVE
CRANFORD NJ 07016                  INVOICE DATE:   31-JUL-2008
UNITED STATES                      INVOICE PERIOD: JULY 2008
                                   PAGE:    1 OF 1

                                ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------------   CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                              INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____      SIGNATURE ------------------------------------
```
*****************************************************************************

```
SERVICE LOCATION   PRODUCT          SUPPLIER/ACCT   UNITS   USE   AMOUNT

LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
             CEG(CAN EX GRP)  BL 040053891         1 PRO       58.00
                      * SUB-TOTAL *                            58.00
                      * PRE TAX TOTAL *                        58.00
     GST# 10525 5327 RT    * TOTAL GST DUE *                    2.90
                      ** TOTAL AMOUNT DUE **              US $60.90
```

```
TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

       FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
              MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
                      E-MAIL MARKETDATA@TSXDATALINX.COM
          SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
   ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
                      TORONTO STOCK EXCHANGE
```

## IMPORTANT NOTICE REGARDING
## EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

--------------------------------------------------------------------------

```
ATTN ACCOUNTS PAYABLE                 INVOICE:        SU808885
LEHMAN BROTHERS INC.                  ACCOUNT:        SU020900
27 COMMERCE DRIVE
CRANFORD NJ 07016                     INVOICE DATE:   31-AUG-2008
UNITED STATES                         INVOICE PERIOD: AUGUST 2008
                                      PAGE:     1 OF 1

                                      ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------   CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                        INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____      SIGNATURE -------------------------------
```
**********************************************************************************
```
SERVICE LOCATION   PRODUCT _____   SUPPLIER/ACCT  UNITS   USE   AMOUNT ____

LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
              CEG(CAN EX GRP)  BL 040053891        1 PRO        58.00
                     * SUB-TOTAL *                              58.00

                     * PRE TAX TOTAL *                          58.00

     GST# 10525 5327 RT    * TOTAL GST DUE *                     2.90

                     ** TOTAL AMOUNT DUE **             US $60.90
```

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    BL=BLOOMBERG;
USE:   PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T

**TSX group**



STATEMENT AS OF   09/24/08
CUSTOMER #            9989
LOCATION #          SU17911
PAGE NO                 1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
70 HUDSON STREET
10TH FLOOR
JERSEY CITY , NJ    07302
USA

STATEMENT AS OF   09/24/08
CUSTOMER #            9989
LOCATION #          SU17911
PAGE NO                 1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 08/31/08 | INV | SU807494 | USD | 928.20 | 928.20 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| SU807494 | 928.20 |

**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 928.20 | 0.00 | 0.00 | 0.00 | 0.00 | 928.20 |

PLEASE PAY THIS AMOUNT        928.20

PLEASE PAY
THIS AMOUNT       928.20 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

TSX

------------------------------------------------------------------------

```
ATTN MICHAEL LI                    INVOICE:        SU807494
LEHMAN BROTHERS INC.               ACCOUNT:        SU017911
70 HUDSON STREET
10TH FLOOR                         INVOICE DATE:    31-AUG-2008
JERSEY CITY NJ 07302               INVOICE PERIOD:  AUGUST 2008
UNITED STATES                      PAGE:      1 OF 1

                                   ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------------   CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                              INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE ------ / ------

CVC NUMBER ---- ---- ---- ----       SIGNATURE ------------------------------------
```
*******************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| FBO: NEUBERGER BERMAN | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 111 RIVER STREET | | | | | |
| HOBOKEN NJ | | | | | |
| | CEG(CAN EX GRP) | DM 0054905965 | 8 | PRO | 464.00 |
| | MARKET BY PRICE | DM 0054905965 | 5 | PRO | 125.00 |
| | TSXV MKT/PRICE | DM 0054905965 | 2 | PRO | 24.00 |
| | MARKET BOOK | DM 0054905965 | 5 | PRO | 225.00 |
| | TSXV MKT. BOOK | DM 0054905965 | 2 | PRO | 46.00 |
| | * SUB-TOTAL * | | | | 884.00 |
| | * PRE TAX TOTAL * | | | | 884.00 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 44.20 |
| | ** TOTAL AMOUNT DUE ** | | | | US $928.20 |

```
TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:   DM=DFMGR;
USE:    PRO=PROFESSIONAL;
```

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T

**tsx** group **TSX**

STATEMENT AS OF  09/24/08
CUSTOMER #       9989
LOCATION #       SC11738
PAGE NO          1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON  M5X 1J2

LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2397
SOCAUCUS , NJ   07094
USA

STATEMENT AS OF  09/24/08
CUSTOMER #       9989
LOCATION #       SC11738
PAGE NO          1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 08/31/08 | INC | SC806575 | CAD | 103.95- | 103.95- |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| SC806575 | 103.95- |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN CAD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 103.95- | 0.00 | 0.00 | 0.00 | 0.00 | 103.95- |

CREDIT ON ACCOUNT      103.95-

CREDIT
ON ACCOUNT     103.95- CAD

YOUR ACCOUNT IS IN A CREDIT POSITION, SHOULD YOU REQUIRE ADDITIONAL INFORMATION PLEASE
CONTACT THE FINANCE DEPARTMENT AT (416)947-4470, FAX (416)947-4727
OR EMAIL: ACCOUNTING@TSX.COM

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS, INC
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SOCAUCUS NJ 07094
UNITED STATES

INVOICE:        SC806575
ACCOUNT:        SC011738

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    1 OF 2

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD #   -----------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____        SIGNATURE ---------------------------------

************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| RBC DOMINION SECURITIES INC. ROYAL TRUST TOWER PO BOX 7500 STATION A TORONTO ON M5W 1P9 | | | | | |
| | MARKET BOOK | TW 8FD013FC57 | 5 | PRO | 250.00 |
| | TSX INFO FEE | TW 8FD013FC57 | 5 | PRO | 215.00 |
| | * SUB-TOTAL * | | | | 465.00 |
| GE ASSET MANAGEMENT CANADA 1 PLACE VILLE MARIE MONTREAL PQ H3B 2B2 | | | | | |
| | MARKET BY PRICE | BL 013220068 | 1 | PRO | 30.00 |
| | OLD FREQ YRLY | | 1 | PRO | 150.00 CR |
| | TSX INFO FEE | BL 013220068 | 2 | PRO | 86.00 |
| | OLD FREQ YRLY | | 2 | PRO | 430.00 CR |
| | TSXV INFO FEE | BL 013220068 | 1 | PRO | 25.00 |
| | OLD FREQ YRLY | | 1 | PRO | 125.00 CR |
| | * SUB-TOTAL * | | | | 564.00 CR |
| | * PRE TAX TOTAL * | | | | 99.00 CR |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 4.95 CR |
| | ** TOTAL AMOUNT DUE ** | | | | CAN $103.95 CR |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    TW=TOWNSEND;        BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

## IMPORTANT NOTICE REGARDING
### EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS, INC
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SOCAUCUS NJ 07094
UNITED STATES

INVOICE:          SC806575
ACCOUNT:          SC011738

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:       2 OF 2

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/_____

CVC NUMBER  ___ ___ ___ ___        SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T

**TSX group** **TSX**

STATEMENT AS OF  09/24/08
CUSTOMER #         9989
LOCATION #      NEW YORK2
PAGE NO              1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
1301 AVENUE OF THE AMERICAS
3RD FLOOR
NEW YORK , NY   10019
USA

STATEMENT AS OF  09/24/08
CUSTOMER #         9989
LOCATION #      NEW YORK2
PAGE NO              1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 08/31/07 | RIN | 000000001079271 | CAD | 530.00 | 530.00 |
| 09/30/07 | RIN | 000000001079897 | CAD | 4,240.00 | 4,240.00 |
| 06/30/08 | RIN | 000000001091230 | CAD | 4,725.00 | 4,725.00 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| 000000001079271 | 530.00 |
| 000000001079897 | 4,240.00 |
| 000000001091230 | 4,725.00 |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN CAD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 4,725.00 | 0.00 | 4,770.00 | 9,495.00 |

PLEASE PAY THIS AMOUNT        9,495.00

PLEASE PAY
THIS AMOUNT        9,495.00 CAD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

TSX group 

**LEHMAN BROTHERS**
1301 AVENUE OF THE AMERICAS
3RD FLOOR
NEW YORK, NY
10019
USA
Attn: ELIZA TAM

| | |
|---|---|
| **Invoice Date** | 31 Aug 2007 |
| **Invoice Number** | 1079271 |
| **Account Number** | 9989 |
| **Order Number** | 31329 |
| **Order Period** | Aug-07 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| SESSION BUNDLE SET-UP FEE | | 1 | 500.00 | 500.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 500.00 |
| GST (Registration #10525 5327 RT) | 30.00 |
| PST | 0.00 |
| **Total Amount Due CAD** | **$530.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page    1



**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario M5X 1J2

| | |
|---|---|
| Invoice No. | 1079271 |
| Customer No. | 9989 |
| Invoice Date | 31 Aug 2007 |
| Amount Due $ CAD | 530.00 |
| Due Date | 30 Sep 2007 |
| Amount Remitted $ | |

Charge my:    {  } Master Card    {  } American Express    {  } Visa    Maximum Charge is $10,000.00

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Expiration Date_____

CVC Number: _ _ _ _

Name (please print)_____    Signature as shown on card: _____

# Invoice

tsx group **TSX**

| | |
|---|---|
| **LEHMAN BROTHERS**<br>1301 AVENUE OF THE AMERICAS<br>3RD FLOOR<br>NEW YORK, NY<br>10019<br>USA<br>Attn: ELIZA TAM | **Invoice Date**    30 Sep 2007<br>**Invoice Number**    1079897<br>**Account Number**    9989<br>**Order Number**    31329<br>**Order Period**    Sep-07 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| SESSION BUNDLE SET-UP FEE<br>WO 2211 8 FIX BUNDLES | | 8 | 500.00 | 4,000.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 4,000.00 |
| GST (Registration #10525 5327 RT) | 240.00 |
| PST | 0.00 |
| **Total Amount Due CAD** | **$4,240.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page   1

---



Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5J 1J2

| | |
|---|---|
| Invoice No. | 1079897 |
| Customer No. | 9989 |
| Invoice Date | 30 Sep 2007 |
| Amount Due $  CAD | 4,240.00 |
| Due Date | 30 Oct 2007 |
| Amount Remitted $ | |

Charge my:     { } Master Card     { } American Express     { } Visa     Maximum Charge is $10,000.00

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     Expiration Date_____

CVC Number: _ _ _ _ _

Name (please print)_____     Signature as shown on card: _____

# Invoice



TSX group

**LEHMAN BROTHERS**
1301 AVENUE OF THE AMERICAS
3RD FLOOR
NEW YORK, NY
10019
USA
Attn: ELIZA TAM

| | |
|---|---|
| Invoice Date | 30 Jun 2008 |
| Invoice Number | 1091230 |
| Account Number | 9989 |
| Order Number | 31329 |
| Order Period | Jun-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| SESSION BUNDLE SET-UP FEE<br>9 FIX OE BUNDLES FOR BK 90 OFFICE 12-17 | | 9 | 500.00 | 4,500.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 4,500.00 |
| GST (Registration #10525 5327 RT) | 225.00 |
| PST | 0.00 |
| **Total Amount Due CAD** | **$4,725.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page    1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1091230 |
| Customer No. | 9989 |
| Invoice Date | 30 Jun 2008 |
| Amount Due $  CAD | 4,725.00 |
| Due Date | 30 Jul 2008 |
| Amount Remitted $ | |

Charge my:    {  } Master Card    {  } American Express    {  } Visa    **Maximum Charge is $10,000.00**

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Expiration Date_____

CVC Number: _ _ _ _ _

Name (please print)_____    Signature as shown on card: _____