# STATEMENT OF ACCOUNT



**TSX** group

STATEMENT AS OF   09/24/08
CUSTOMER #          9989
LOCATION #          MD8395
PAGE NO                1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

IMAGE PROCESSING SYSTEMS
C/O LEHMAN BROTHERS INC.
NON-REAL TIME DATA
SECAUCUS , NJ    07096
USA

STATEMENT AS OF   09/24/08
CUSTOMER #          9989
LOCATION #          MD8395
PAGE NO                1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 08/31/08 | INV | 000000001093348 | USD | 1,060.50 | 1,060.50 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| 000000001093348 | 1,060.50 |

**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 1,060.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,060.50 |

PLEASE PAY THIS AMOUNT          1,060.50

PLEASE PAY
THIS AMOUNT        1,060.50 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

tsx group 

| | |
|---|---|
| **IMAGE PROCESSING SYSTEMS** | |
| C/O LEHMAN BROTHERS INC. | |
| NON-REAL TIME DATA | |
| P.O. BOX 2097 | |
| SECAUCUS, NJ | |
| 07096 | |
| USA | |
| Attn: SRV CODE:   NRT TSE #:  983889 | |

| | |
|---|---|
| **Invoice Date** | 31 Aug 2008 |
| **Invoice Number** | 1093348 |
| **Account Number** | 9989 |
| **Order Number** | 1093348 |
| **Order Period** | Aug-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADES AND QUOTES, DAILY | VENDOR #: 488 PURCH | 1 | 1,010.00 | 1,010.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,010.00 |
| GST (Registration #10525 5327 RT) | 50.50 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,060.50** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1

---



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1093348 |
| Customer  No. | 9989 |
| Invoice Date | 31 Aug 2008 |
| Amount Due $  USD | 1,060.50 |
| Due Date | 30 Sep 2008 |
| Amount Remitted $ | |

Charge my:    { } Master Card    { } American Express    { } Visa        Maximum Charge is $10,000.00

Card Number: __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __        Expiration Date_____

CVC Number: __ __ __ — __ __ __

Name (please print)_____        Signature as shown on card: _____

S T A T E M E N T   O F   A C C O U N T

**TSX group**  **TSX**

STATEMENT AS OF   09/24/08
CUSTOMER #        9989
LOCATION #        IDX8419
PAGE NO           1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

IMAGE PROCESSING SYSTEMS
C/O LEHMAN BROTHERS INC.
NON-REAL TIME DATA
SECAUCUS , NJ   07096
USA

STATEMENT AS OF   09/24/08
CUSTOMER #        9989
LOCATION #        IDX8419
PAGE NO           1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 08/31/08 | INV | 000000001093309 | USD | 1,060.50 | 1,060.50 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| 000000001093309 | 1,060.50 |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 1,060.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,060.50 |

PLEASE PAY THIS AMOUNT        1,060.50

PLEASE PAY
THIS AMOUNT     1,060.50 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice



TSX group

**IMAGE PROCESSING SYSTEMS**
C/O LEHMAN BROTHERS INC.
NON-REAL TIME DATA
P.O. BOX 2097
SECAUCUS, NJ
07096
USA
Attn: SRV CODE: NRT TSR#:  1007375

| | |
|---|---|
| **Invoice Date** | 31 Aug 2008 |
| **Invoice Number** | 1093309 |
| **Account Number** | 9989 |
| **Order Number** | 1093309 |
| **Order Period** | Aug-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| S&P/TSX INDEX FILE, DAILY | VENDOR #: 488 PURCH | 1 | 160.00 | 160.00 |
| INDEX STOCK FILE 1 DAILY (S&P/TSX COMP.) | VENDOR #: 488 PURCH | 1 | 650.00 | 650.00 |
| INDEX NOTICE | VENDOR #: 488 PURCH | 1 | 200.00 | 200.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,010.00 |
| GST (Registration #10525 5327 RT) | 50.50 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,060.50** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1



**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1093309 |
| Customer No. | 9989 |
| Invoice Date | 31 Aug 2008 |
| Amount Due $  USD | 1,060.50 |
| Due Date | 30 Sep 2008 |
| Amount Remitted $ | |

Charge my:     {  } Master Card     {  } American Express     {  } Visa        **Maximum Charge is $10,000.00**

Card Number: _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _    Expiration Date _____

CVC Number: _ _ _ _

Name (please print) _____    Signature as shown on card: _____

# S T A T E M E N T   O F   A C C O U N T

**TSX** group

| | |
|---|---|
| STATEMENT AS OF | 09/24/08 |
| CUSTOMER # | 9989 |
| LOCATION # | 70HUDSON |
| PAGE NO | 1 |

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
70 HUDSON STREET
10TH FLOOR
JERSEY CITY , NJ   07302-4585
USA

| | |
|---|---|
| STATEMENT AS OF | 09/24/08 |
| CUSTOMER # | 9989 |
| LOCATION # | 70HUDSON |
| PAGE NO | 1 |

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 03/31/07 | INV | 000000001074195 | USD | 4,800.00 | 4,800.00 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| 000000001074195 | 4,800.00 |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 | 4,800.00 |

PLEASE PAY THIS AMOUNT        4,800.00

| PLEASE PAY THIS AMOUNT | 4,800.00 USD |
|---|---|

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY. SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT (416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

tsx group **TSX**

**LEHMAN BROTHERS**
70 HUDSON STREET
10TH FLOOR
JERSEY CITY, NJ
07302-4585
USA
Attn:  MICHAEL WANG

| | |
|---|---|
| Invoice Date | 31 Mar 2007 |
| Invoice Number | 1074195 |
| Account Number | 9989 |
| Order Number | 1074195 |
| Order Period | Mar-07 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| EQUITY TRADES AND QUOTES: ALL ISSUES | MICHAEL WANG | 12 | 400.00 | 4,800.00 * |
| PROVIDED CLIENT AN ADDITIONAL 2 MONTH JAN&FEB2007 | | | | |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 4,800.00 |
| GST (Registration #10525 5327 RT) | 0.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$4,800.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1074195 |
| Customer No. | 9989 |
| Invoice Date | 31 Mar 2007 |
| Amount Due $  USD | 4,800.00 |
| Due Date | 30 Apr 2007 |
| Amount Remitted $ | |

Charge my:    {  } Master Card    {  } American Express    {  } Visa      **Maximum Charge is $10,000.00**

Card Number: __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __      Expiration Date _____

CVC Number: __ __ __ __

Name (please print) _____      Signature as shown on card: _____

# STATEMENT OF ACCOUNT

**TSX** group

**TSX**

STATEMENT AS OF   09/24/08
CUSTOMER #         9989
LOCATION #         SHSCNR
PAGE NO            1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
1301 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK , NY   10019
USA

STATEMENT AS OF   09/24/08
CUSTOMER #         9989
LOCATION #         SHSCNR
PAGE NO            1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 01/31/08 | DM | 000000001084397 | CAD | 308.22 | 308.22 |
| 02/29/08 | DM | 000000001085613 | CAD | 378.08 | 378.08 |
| 03/31/08 | DM | 000000001086866 | CAD | 7,109.04 | 7,109.04 |
| 04/30/08 | DM | 000000001088158 | CAD | 784.66 | 784.66 |
| 05/30/08 | DM | 000000001089829 | CAD | 407.95 | 407.95 |
| 06/30/08 | DM | 000000001090880 | CAD | 109.59 | 109.59 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| 000000001084397 | 308.22 |
| 000000001085613 | 378.08 |
| 000000001086866 | 7,109.04 |
| 000000001088158 | 784.66 |
| 000000001089829 | 407.95 |
| 000000001090880 | 109.59 |



**TERMS: DUE UPON RECEIPT**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN CAD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 109.59 | 8,987.95 | 9,097.54 |

PLEASE PAY THIS AMOUNT        9,097.54

PLEASE PAY
THIS AMOUNT      9,097.54 CAD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

*Shorcan*

**Shorcan Brokers Limited**
20 Adelaide Street East, Suite 1000, Toronto, ON  M5C2T6
T (416) 360-2500 • F (416) 862-5422 • finance@shorcan.com • www.shorcan.com

tsx group

---

**LEHMAN BROS.**
1301 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK, NY  10019
USA
ATTN:   JASON GOLDBERG

| | |
|---|---|
| Invoice Date | 31 Jan 2008 |
| Invoice Number | 1084397 |
| Account Number | 9989 |
| Transaction ID | SHSCNR-JAN08 |

**Product/Service** | **Amount**
---|---

MONTHLY REPO COMMISSION | 308.22

| | |
|---|---|
| Subtotal | 308.22 |
| GST (Registration #898162532) | 0.00 |

**Total Amount Due CAD** | **$308.22**

---

Billing Inquiries  (416) 360-2500
TSX Account Inquiries  (416) 947-4470
Terms:    **Due Upon Receipt**

TSX GROUP OPERATES CANADA'S TWO NATIONAL STOCK EXCHANGES, TORONTO STOCK EXCHANGE SERVING THE SENIOR EQUITY MARKET
AND TSX VENTURE EXCHANGE SERVING THE PUBLIC VENTURE EQUITY MARKET, NATURAL GAS EXCHANGE (NGX),
A LEADING NORTH AMERICAN EXCHANGE FOR THE TRADING AND CLEARING OF NATURAL GAS AND ELECTRICITY CONTRACTS
AND SHORCAN BROKERS LIMITED, THE COUNTRY'S FIRST FIXED INCOME INTER-DEALER BROKER.  TSX GROUP ALSO OWNS THE EQUICOM GROUP INC.,
A LEADING PROVIDER OF INVESTOR RELATIONS AND RELATED CORPORATE COMMUNICATION SERVICES IN CANADA.
TSX GROUP IS HEADQUARTERED IN TORONTO AND MAINTAINS OFFICES IN MONTREAL, WINNIPEG, CALGARY AND VANCOUVER.

---



**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1084397 |
| Customer No. | 9989 |
| Invoice Date | 31 Jan 2008 |
| Amount Due $ CAD | 308.22 |
| Due Date | 31 Jan 2008 |
| Amount Remitted $ | |

**WE APPRECIATE YOUR BUSINESS.**

# Invoice

**Shorcan**

Shorcan Brokers Limited
20 Adelaide Street East, Suite 1000, Toronto, ON  M5C2T6
T (416) 360-2500 • F (416) 862-5422 • finance@shorcan.com • www.shorcan.com

tsx group

| | |
|---|---|
| **LEHMAN BROS.** | |
| 1301 AVENUE OF THE AMERICAS | |
| 8TH FLOOR | |
| NEW YORK, NY  10019 | |
| USA | |
| ATTN:  JASON GOLDBERG | |

| | |
|---|---|
| Invoice Date | 29 Feb 2008 |
| Invoice Number | 1085613 |
| Account Number | 9989 |
| Transaction ID | SHSCNR-FEB08 |

| Product/Service | Amount |
|---|---|
| MONTHLY REPO COMMISSION | 378.08 |
| | |
| Subtotal | 378.08 |
| GST (Registration #898162532) | 0.00 |
| **Total Amount Due CAD** | **$378.08** |

Billing Inquiries  (416) 360-2500
TSX Account Inquiries  (416) 947-4470
Terms:    **Due Upon Receipt**

TSX GROUP OPERATES CANADA'S TWO NATIONAL STOCK EXCHANGES, TORONTO STOCK EXCHANGE SERVING THE SENIOR EQUITY MARKET
AND TSX VENTURE EXCHANGE SERVING THE PUBLIC VENTURE EQUITY MARKET, NATURAL GAS EXCHANGE (NGX),
A LEADING NORTH AMERICAN EXCHANGE FOR THE TRADING AND CLEARING OF NATURAL GAS AND ELECTRICITY CONTRACTS
AND SHORCAN BROKERS LIMITED, THE COUNTRY'S FIRST FIXED INCOME INTER-DEALER BROKER.  TSX GROUP ALSO OWNS THE EQUICOM GROUP INC.,
A LEADING PROVIDER OF INVESTOR RELATIONS AND RELATED CORPORATE COMMUNICATION SERVICES IN CANADA.
TSX GROUP IS HEADQUARTERED IN TORONTO AND MAINTAINS OFFICES IN MONTREAL, WINNIPEG, CALGARY AND VANCOUVER.



**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1085613 |
| Customer No. | 9989 |
| Invoice Date | 29 Feb 2008 |
| Amount Due $ CAD | 378.08 |
| Due Date | 29 Feb 2008 |
| Amount Remitted $ | |

**WE APPRECIATE YOUR BUSINESS.**

# Invoice

**Shorcan**

Shorcan Brokers Limited
20 Adelaide Street East, Suite 1000, Toronto, ON  M5C2T6
T (416) 360-2500 • F (416) 862-5422 • finance@shorcan.com • www.shorcan.com

TSX group

---

**LEHMAN BROS.**
1301 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK, NY  10019
USA
ATTN:   JASON GOLDBERG

| | |
|---|---|
| **Invoice Date** | 31 Mar 2008 |
| **Invoice Number** | 1086866 |
| **Account Number** | 9989 |
| **Transaction ID** | SHSCNR-MAR08 |

| Product/Service | Amount |
|---|---|
| MONTHLY REPO COMMISSION | 7,109.04 |
| | |
| Subtotal | 7,109.04 |
| GST (Registration #898162532) | 0.00 |
| **Total Amount Due CAD** | **$7,109.04** |

Billing Inquiries   (416) 360-2500
TSX Account Inquiries   (416) 947-4470
Terms:   **Due Upon Receipt**

TSX GROUP OPERATES CANADA'S TWO NATIONAL STOCK EXCHANGES, TORONTO STOCK EXCHANGE SERVING THE SENIOR EQUITY MARKET
AND TSX VENTURE EXCHANGE SERVING THE PUBLIC VENTURE EQUITY MARKET, NATURAL GAS EXCHANGE (NGX),
A LEADING NORTH AMERICAN EXCHANGE FOR THE TRADING AND CLEARING OF NATURAL GAS AND ELECTRICITY CONTRACTS
AND SHORCAN BROKERS LIMITED, THE COUNTRY'S FIRST FIXED INCOME INTER-DEALER BROKER.  TSX GROUP ALSO OWNS THE EQUICOM GROUP INC.,
A LEADING PROVIDER OF INVESTOR RELATIONS AND RELATED CORPORATE COMMUNICATION SERVICES IN CANADA.
TSX GROUP IS HEADQUARTERED IN TORONTO AND MAINTAINS OFFICES IN MONTREAL, WINNIPEG, CALGARY AND VANCOUVER.

---



**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1086866 |
| Customer No. | 9989 |
| Invoice Date | 31 Mar 2008 |
| Amount Due $ CAD | 7,109.04 |
| Due Date | 31 Mar 2008 |
| Amount Remitted $ | |

**WE APPRECIATE YOUR BUSINESS.**

# Invoice

*Shorcan*

**Shorcan Brokers Limited**
20 Adelaide Street East, Suite 1000, Toronto, ON M5C2T6
T (416) 360-2500 • F (416) 862-5422 • finance@shorcan.com • www.shorcan.com

TSX group

LEHMAN BROS.
1301 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK, NY  10019
USA
ATTN:   JASON GOLDBERG

| | |
|---|---|
| **Invoice Date** | 30 Apr 2008 |
| **Invoice Number** | 1088158 |
| **Account Number** | 9989 |
| **Transaction ID** | SHSCNR-APR08 |

| **Product/Service** | **Amount** |
|---|---|
| MONTHLY REPO COMMISSION | 784.66 |
| | |
| Subtotal | 784.66 |
| GST (Registration #898162532) | 0.00 |
| **Total Amount Due CAD** | **$784.66** |

Billing Inquiries   (416) 360-2500
TSX Account Inquiries   (416) 947-4470
Terms:   **Due Upon Receipt**

TSX GROUP OPERATES CANADA'S TWO NATIONAL STOCK EXCHANGES, TORONTO STOCK EXCHANGE SERVING THE SENIOR EQUITY MARKET
AND TSX VENTURE EXCHANGE SERVING THE PUBLIC VENTURE EQUITY MARKET, NATURAL GAS EXCHANGE (NGX),
A LEADING NORTH AMERICAN EXCHANGE FOR THE TRADING AND CLEARING OF NATURAL GAS AND ELECTRICITY CONTRACTS
AND SHORCAN BROKERS LIMITED, THE COUNTRY'S FIRST FIXED INCOME INTER-DEALER BROKER.  TSX GROUP ALSO OWNS THE EQUICOM GROUP INC.,
A LEADING PROVIDER OF INVESTOR RELATIONS AND RELATED CORPORATE COMMUNICATION SERVICES IN CANADA.
TSX GROUP IS HEADQUARTERED IN TORONTO AND MAINTAINS OFFICES IN MONTREAL, WINNIPEG, CALGARY AND VANCOUVER.



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1088158 |
| Customer No. | 9989 |
| Invoice Date | 30 Apr 2008 |
| Amount Due $ CAD | 784.66 |
| Due Date | 30 Apr 2008 |
| Amount Remitted $ | |

**WE APPRECIATE YOUR BUSINESS.**

# Invoice

**Shorcan**

Shorcan Brokers Limited
20 Adelaide Street East, Suite 1000, Toronto, ON  M5C2T6
T (416) 360-2500 • F (416) 862-5422 • finance@shorcan.com • www.shorcan.com

TSX group

LEHMAN BROS.
1301 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK, NY  10019
USA
ATTN:   JASON GOLDBERG

| | |
|---|---|
| **Invoice Date** | 30 May 2008 |
| **Invoice Number** | 1089829 |
| **Account Number** | 9989 |
| **Transaction ID** | SHSCNR-MAY08 |

| **Product/Service** | **Amount** |
|---|---|
| MONTHLY REPO COMMISSION | 407.95 |
| Subtotal | 407.95 |
| GST (Registration #898162532) | 0.00 |
| **Total Amount Due CAD** | **$407.95** |

Billing Inquiries   (416) 360-2500
TSX Account Inquiries   (416) 947-4470
Terms:     **Due Upon Receipt**

TSX GROUP OPERATES CANADA'S TWO NATIONAL STOCK EXCHANGES, TORONTO STOCK EXCHANGE SERVING THE SENIOR EQUITY MARKET
AND TSX VENTURE EXCHANGE SERVING THE PUBLIC VENTURE EQUITY MARKET, NATURAL GAS EXCHANGE (NGX),
A LEADING NORTH AMERICAN EXCHANGE FOR THE TRADING AND CLEARING OF NATURAL GAS AND ELECTRICITY CONTRACTS
AND SHORCAN BROKERS LIMITED, THE COUNTRY'S FIRST FIXED INCOME INTER-DEALER BROKER.  TSX GROUP ALSO OWNS THE EQUICOM GROUP INC.,
A LEADING PROVIDER OF INVESTOR RELATIONS AND RELATED CORPORATE COMMUNICATION SERVICES IN CANADA.
TSX GROUP IS HEADQUARTERED IN TORONTO AND MAINTAINS OFFICES IN MONTREAL, WINNIPEG, CALGARY AND VANCOUVER.

**TSX**

**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1089829 |
| Customer No. | 9989 |
| Invoice Date | 30 May 2008 |
| Amount Due $ CAD | 407.95 |
| Due Date | 30 May 2008 |
| Amount Remitted $ | |

**WE APPRECIATE YOUR BUSINESS.**

# Invoice

*Shorcan*

**Shorcan Brokers Limited**
20 Adelaide Street East, Suite 1000, Toronto, ON  M5C2T6
T (416) 360-2500 • F (416) 862-5422 • finance@shorcan.com • www.shorcan.com

tsx group

**LEHMAN BROS.**
1301 AVENUE OF THE AMERICAS
8TH FLOOR
NEW YORK, NY  10019
USA
ATTN:   JASON GOLDBERG

| | |
|---|---|
| **Invoice Date** | 30 Jun 2008 |
| **Invoice Number** | 1090880 |
| **Account Number** | 9989 |
| **Transaction ID** | SHSCNR-JUN08 |

| Product/Service | Amount |
|---|---|
| MONTHLY REPO COMMISSION | 109.59 |
| | |
| Subtotal | 109.59 |
| GST (Registration #898162532) | 0.00 |
| **Total Amount Due CAD** | **$109.59** |

Billing Inquiries   (416) 360-2500
TSX Account Inquiries   (416) 947-4470
Terms:   **Due Upon Receipt**

TSX GROUP OPERATES CANADA'S TWO NATIONAL STOCK EXCHANGES, TORONTO STOCK EXCHANGE SERVING THE SENIOR EQUITY MARKET
AND TSX VENTURE EXCHANGE SERVING THE PUBLIC VENTURE EQUITY MARKET, NATURAL GAS EXCHANGE (NGX),
A LEADING NORTH AMERICAN EXCHANGE FOR THE TRADING AND CLEARING OF NATURAL GAS AND ELECTRICITY CONTRACTS
AND SHORCAN BROKERS LIMITED, THE COUNTRY'S FIRST FIXED INCOME INTER-DEALER BROKER.  TSX GROUP ALSO OWNS THE EQUICOM GROUP INC.,
A LEADING PROVIDER OF INVESTOR RELATIONS AND RELATED CORPORATE COMMUNICATION SERVICES IN CANADA.
TSX GROUP IS HEADQUARTERED IN TORONTO AND MAINTAINS OFFICES IN MONTREAL, WINNIPEG, CALGARY AND VANCOUVER.



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1090880 |
| Customer No. | 9989 |
| Invoice Date | 30 Jun 2008 |
| Amount Due $ CAD | 109.59 |
| Due Date | 30 Jun 2008 |
| Amount Remitted $ | |

**WE APPRECIATE YOUR BUSINESS.**

# STATEMENT OF ACCOUNT

**TSX**

tsx group

STATEMENT AS OF  09/24/08
CUSTOMER #         9989
LOCATION #         2-745-7TH
PAGE NO            1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
745 - 7TH AVENUE
2ND FLOOR
NEW YORK , NY   10019
USA

STATEMENT AS OF  09/24/08
CUSTOMER #         9989
LOCATION #         2-745-7TH
PAGE NO            1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 01/31/08 | INV | 000000001084468 | USD | 1,596.00 | 1,596.00 |
| 02/29/08 | INV | 000000001085696 | USD | 1,596.00 | 1,596.00 |
| 03/31/08 | INV | 000000001087033 | USD | 1,596.00 | 1,596.00 |
| 04/30/08 | INV | 000000001088264 | USD | 1,596.00 | 1,596.00 |
| 05/31/08 | INV | 000000001089431 | USD | 1,596.00 | 1,596.00 |
| 06/30/08 | INV | 000000001090980 | USD | 1,596.00 | 1,596.00 |
| 07/31/08 | INV | 000000001092041 | USD | 1,596.00 | 1,596.00 |
| 08/31/08 | INV | 000000001093298 | USD | 1,596.00 | 1,596.00 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| 000000001084468 | 1,596.00 |
| 000000001085696 | 1,596.00 |
| 000000001087033 | 1,596.00 |
| 000000001088264 | 1,596.00 |
| 000000001089431 | 1,596.00 |
| 000000001090980 | 1,596.00 |
| 000000001092041 | 1,596.00 |
| 000000001093298 | 1,596.00 |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 1,596.00 | 1,596.00 | 1,596.00 | 1,596.00 | 6,384.00 | 12,768.00 |

PLEASE PAY THIS AMOUNT        12,768.00

PLEASE PAY
THIS AMOUNT        12,768.00 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice



tsx group

**LEHMAN BROTHERS**
745 - 7TH AVENUE
2ND FLOOR
NEW YORK, NY
10019
USA
Attn: BEN CHRNELICH

| | |
|---|---|
| **Invoice Date** | 31 Jan 2008 |
| **Invoice Number** | 1084468 |
| **Account Number** | 9989 |
| **Order Number** | 1084468 |
| **Order Period** | Jan-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADING SUMMARY, DAILY | RAMESH REGULAPATI | 1 | 570.00 | 570.00 |
| BROKER BLOCK SUMMARY | RAMESH REGULAPATI | 1 | 280.00 | 280.00 |
| ATTRIBUTED TRADING SUMMARY | RAMESH REGULAPATI | 1 | 670.00 | 670.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,520.00 |
| GST (Registration #10525 5327 RT) | 76.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,596.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1

---



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1084468 |
| Customer No. | 9989 |
| Invoice Date | 31 Jan 2008 |
| Amount Due $  USD | 1,596.00 |
| Due Date | 01 Mar 2008 |
| Amount Remitted $ | |

Charge my:    {  } Master Card    {  } American Express    {  } Visa      **Maximum Charge is $10,000.00**

Card Number: _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _    Expiration Date _ _ _ _ _ _ _ _ _ _

CVC Number: _ _ _ _

Name (please print) _____    Signature as shown on card: _____

# Invoice

tsx group

TS**X**

**LEHMAN BROTHERS**
745 - 7TH AVENUE
2ND FLOOR
NEW YORK, NY
10019
USA
Attn: BEN CHRNELICH

| | |
|---|---|
| **Invoice Date** | 29 Feb 2008 |
| **Invoice Number** | 1085696 |
| **Account Number** | 9989 |
| **Order Number** | 1085696 |
| **Order Period** | Feb-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADING SUMMARY, DAILY | RAMESH REGULAPATI | 1 | 570.00 | 570.00 |
| BROKER BLOCK SUMMARY | RAMESH REGULAPATI | 1 | 280.00 | 280.00 |
| ATTRIBUTED TRADING SUMMARY | RAMESH REGULAPATI | 1 | 670.00 | 670.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,520.00 |
| GST (Registration #10525 5327 RT) | 76.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,596.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1

---



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1085696 |
| Customer No. | 9989 |
| Invoice Date | 29 Feb 2008 |
| Amount Due $  USD | 1,596.00 |
| Due Date | 30 Mar 2008 |
| Amount Remitted $ | |

Charge my:      { } Master Card      { } American Express      { } Visa      **Maximum Charge is $10,000.00**

Card Number: __ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __        Expiration Date_____

CVC Number: __ __ __ __

Name (please print)_____        Signature as shown on card: _____

# Invoice

**TSX**

tsx group

| | |
|---|---|
| **LEHMAN BROTHERS**<br>745 - 7TH AVENUE<br>2ND FLOOR<br>NEW YORK, NY<br>10019<br>USA<br>Attn: BEN CHRNELICH | **Invoice Date** 31 Mar 2008<br>**Invoice Number** 1087033<br>**Account Number** 9989<br>**Order Number** 1087033<br>**Order Period** Mar-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADING SUMMARY, DAILY | RAMESH REGULAPATI | 1 | 570.00 | 570.00 |
| BROKER BLOCK SUMMARY | RAMESH REGULAPATI | 1 | 280.00 | 280.00 |
| ATTRIBUTED TRADING SUMMARY | RAMESH REGULAPATI | 1 | 670.00 | 670.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,520.00 |
| GST (Registration #10525 5327 RT) | 76.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,596.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1

---



**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice  No. | 1087033 |
| Customer  No. | 9989 |
| Invoice  Date | 31 Mar 2008 |
| Amount Due $  USD | 1,596.00 |
| Due  Date | 30 Apr 2008 |
| Amount Remitted $ | |

Charge my:    {  } Master Card    {  } American Express    {  } Visa     **Maximum Charge is $10,000.00**

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Expiration Date_____

CVC Number: _ _ _ _

Name (please print)_____    Signature as shown on card: _____

# Invoice

**TSX**

tsx group

| | |
|---|---|
| **LEHMAN BROTHERS** | |
| 745 - 7TH AVENUE | |
| 2ND FLOOR | |
| NEW YORK, NY | |
| 10019 | |
| USA | |
| Attn: BEN CHRNELICH | |

| | |
|---|---|
| **Invoice Date** | 30 Apr 2008 |
| **Invoice Number** | 1088264 |
| **Account Number** | 9989 |
| **Order Number** | 1088264 |
| **Order Period** | Apr-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADING SUMMARY, DAILY | RAMESH REGULAPATI | 1 | 570.00 | 570.00 |
| BROKER BLOCK SUMMARY | RAMESH REGULAPATI | 1 | 280.00 | 280.00 |
| ATTRIBUTED TRADING SUMMARY | RAMESH REGULAPATI | 1 | 670.00 | 670.00 |



* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,520.00 |
| GST (Registration #10525 5327 RT) | 76.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,596.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1088264 |
| Customer No. | 9989 |
| Invoice Date | 30 Apr 2008 |
| Amount Due $ USD | 1,596.00 |
| Due Date | 30 May 2008 |
| Amount Remitted $ | |

Charge my:    { } Master Card    { } American Express    { } Visa        **Maximum Charge is $10,000.00**

Card Number: _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _        Expiration Date _____

CVC Number: _ _ _  _ _ _ _

Name (please print) _____        Signature as shown on card: _____

# Invoice

tsx group  **TSX**

| | |
|---|---|
| **LEHMAN BROTHERS** | |
| 745 - 7TH AVENUE | |
| 2ND FLOOR | |
| NEW YORK, NY | |
| 10019 | |
| USA | |
| Attn: BEN CHRNELICH | |

| | |
|---|---|
| **Invoice Date** | 31 May 2008 |
| **Invoice Number** | 1089431 |
| **Account Number** | 9989 |
| **Order Number** | 1089431 |
| **Order Period** | May-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADING SUMMARY, DAILY | RAMESH REGULAPATI | 1 | 570.00 | 570.00 |
| BROKER BLOCK SUMMARY | RAMESH REGULAPATI | 1 | 280.00 | 280.00 |
| ATTRIBUTED TRADING SUMMARY | RAMESH REGULAPATI | 1 | 670.00 | 670.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,520.00 |
| GST (Registration #10525 5327 RT) | 76.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,596.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1089431 |
| Customer No. | 9989 |
| Invoice Date | 31 May 2008 |
| Amount Due $  USD | 1,596.00 |
| Due Date | 30 Jun 2008 |
| Amount Remitted $ | |

Charge my:    { } Master Card    { } American Express    { } Visa    **Maximum Charge is $10,000.00**

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Expiration Date_____

CVC Number: _ _ _ _ _ _

Name (please print)_____    Signature as shown on card: _____

# Invoice

TSX group 

**LEHMAN BROTHERS**
745 - 7TH AVENUE
2ND FLOOR
NEW YORK, NY
10019
USA
Attn: BEN CHRNELICH

| | |
|---|---|
| **Invoice Date** | 30 Jun 2008 |
| **Invoice Number** | 1090980 |
| **Account Number** | 9989 |
| **Order Number** | 1090980 |
| **Order Period** | Jun-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADING SUMMARY, DAILY | VENDOR #: 488 PURCH | 1 | 570.00 | 570.00 |
| BROKER BLOCK SUMMARY | VENDOR #: 488 PURCH | 1 | 280.00 | 280.00 |
| ATTRIBUTED TRADING SUMMARY | VENDOR #: 488 PURCH | 1 | 670.00 | 670.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,520.00 |
| GST (Registration #10525 5327 RT) | 76.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,596.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1

---



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1090980 |
| Customer No. | 9989 |
| Invoice Date | 30 Jun 2008 |
| Amount Due $  USD | 1,596.00 |
| Due Date | 30 Jul 2008 |
| Amount Remitted $ | |

Charge my:    {  } Master Card    {  } American Express    {  } Visa    **Maximum Charge is $10,000.00**

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Expiration Date _____

CVC Number: _ _ _ _ _

Name (please print) _____    Signature as shown on card: _____

# Invoice

tsx group 

**LEHMAN BROTHERS**
745 - 7TH AVENUE
2ND FLOOR
NEW YORK, NY
10019
USA
Attn: BEN CHRNELICH

| | |
|---|---|
| **Invoice Date** | 31 Jul 2008 |
| **Invoice Number** | 1092041 |
| **Account Number** | 9989 |
| **Order Number** | 1092041 |
| **Order Period** | Jul-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADING SUMMARY, DAILY | VENDOR #: 488 PURCH | 1 | 570.00 | 570.00 |
| BROKER BLOCK SUMMARY | VENDOR #: 488 PURCH | 1 | 280.00 | 280.00 |
| ATTRIBUTED TRADING SUMMARY | VENDOR #: 488 PURCH | 1 | 670.00 | 670.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,520.00 |
| GST (Registration #10525 5327 RT) | 76.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,596.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1092041 |
| Customer No. | 9989 |
| Invoice Date | 31 Jul 2008 |
| Amount Due $  USD | 1,596.00 |
| Due Date | 30 Aug 2008 |
| Amount Remitted $ | |

Charge my:    { } Master Card    { } American Express    { } Visa        **Maximum Charge is $10,000.00**

Card Number: _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _        Expiration Date_____

CVC Number: _ _ _ _

Name (please print)_____    Signature as shown on card: _____

# Invoice

tsx group 

**LEHMAN  BROTHERS**
745 - 7TH AVENUE
2ND FLOOR
NEW YORK, NY
10019
USA
Attn: BEN CHRNELICH

| | | |
|---|---|---|
| **Invoice  Date** | 31 Aug 2008 |
| **Invoice  Number** | 1093298 |
| **Account  Number** | 9989 |
| **Order  Number** | 1093298 |
| **Order  Period** | Aug-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TRADING SUMMARY, DAILY | VENDOR #: 488 PURCH | 1 | 570.00 | 570.00 |
| BROKER BLOCK SUMMARY | VENDOR #: 488 PURCH | 1 | 280.00 | 280.00 |
| ATTRIBUTED TRADING SUMMARY | VENDOR #: 488 PURCH | 1 | 670.00 | 670.00 |



\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,520.00 |
| GST (Registration #10525 5327 RT) | 76.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$1,596.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4722
Order Inquiries  (416)947-4452 or email: marketdata@tsxdatalinx.com

Page    1

---



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| Invoice  No. | 1093298 |
|---|---|
| Customer  No. | 9989 |
| Invoice  Date | 31 Aug 2008 |
| Amount  Due  $  USD | 1,596.00 |
| Due  Date | 30 Sep 2008 |
| Amount  Remitted  $ | |

Charge my:     { } Master Card     { } American Express     { } Visa         **Maximum Charge is $10,000.00**

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _         Expiration Date_____

CVC Number: _ _ _ _

Name (please print)_____     Signature as shown on card: _____