# S T A T E M E N T   O F   A C C O U N T

**TSX group** **TSX**

STATEMENT AS OF   09/24/08
CUSTOMER #          9989
LOCATION #         SU7959
PAGE NO                 1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
70 HUDSON STREET
10TH FLOOR
JERSEY CITY , NJ    07302
USA

STATEMENT AS OF   09/24/08
CUSTOMER #          9989
LOCATION #         SU7959
PAGE NO                 1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 04/30/08 | INV | SU790172 | USD | 45,031.60 | 45,031.60 |
| 08/31/08 | INV | SU806622 | USD | 43,930.43 | 43,930.43 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| SU790172 | 45,031.60 |
| SU806622 | 43,930.43 |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 43,930.43 | 0.00 | 0.00 | 0.00 | 45,031.60 | 88,962.03 |

PLEASE PAY THIS AMOUNT        88,962.03

PLEASE PAY
THIS AMOUNT      88,962.03 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

## TSX

--------------------------------------------------------------------

```
ATTN MICHAEL LI                     INVOICE:       SU790172
LEHMAN BROTHERS INC.                ACCOUNT:       SU007959
70 HUDSON STREET
10TH FLOOR                          INVOICE DATE:   30-APR-2008
JERSEY CITY NJ 07302                INVOICE PERIOD: APRIL 2008
UNITED STATES                       PAGE:    1 OF 15

                                    ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------      CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                           INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____        SIGNATURE ------------------------------
```

******************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| 555 CALIFORNIA STREET | | | | | |
| 30TH FLOOR | | | | | |
| SAN FRANCISCO CA 94104 | | | | | |
| | CEG(CAN EX GRP) | RU US38169 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 190 SOUTH LASALLE STREET | | | | | |
| CHICAGO IL 60603 | | | | | |
| | CEG(CAN EX GRP) | BL 040050006 | 1 | PRO | 40.00 |
| | CEG(CAN EX GRP) | BL 040053732 | 1 | PRO | 40.00 |
| | MARKET BY PRICE | BL 040053732 | 0 | PRO | 0.00 |
| | * SUB-TOTAL * | | | | 80.00 |
| LEHMAN BROTHERS INC. | | | | | |
| GERTRUDIS ECHENIQUE 130 OF. 1 | | | | | |
| SANTIAGO | | | | | |
| | CEG(CAN EX GRP) | RU CL0068 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 260 FRANKLIN STREET | | | | | |
| 14TH FLOOR | | | | | |
| BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BL 040050007 | 2 | PRO | 80.00 |
| | CEG(CAN EX GRP) | BL 040053713 | 2 | PRO | 80.00 |
| | * SUB-TOTAL * | | | | 160.00 |

```
                        ** TOTAL AMOUNT DUE **      US $45,031.60
```

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU790172
ACCOUNT:        SU007959

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:       2 OF 15

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

*******************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 101 HUDSON STREET JERSEY CITY NJ 07302 | CEG(CAN EX GRP) | DM 0054908531 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 190 SOUTH LASALLE STREET CHICAGO IL | CEG(CAN EX GRP) | DM 0054900396 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. 1111 BRICKELL AVENUE 12TH FLOOR - SUITE 1200 MIAMI FL 33131 | CEG(CAN EX GRP) | BL 040050317 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. RE:  INTERNAL DISTRIBUTION 399 PARK AVENUE NEW YORK NY 00000 | CEG(CAN EX GRP) | DM 0054909043 | 4 | PRO | 160.00 |
| | * SUB-TOTAL * | | | | 160.00 |

** TOTAL AMOUNT DUE **        US $45,031.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU790172
ACCOUNT:        SU007959

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:   3 OF 15

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>745 SEVENTH AVENUE<br>NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BD T39266321 | 2 | PRO | 80.00 |
| | CEG(CAN EX GRP) | BL 040050358 | 87 | PRO | 3,480.00 |
| | CEG(CAN EX GRP) | BL 040053729 | 56 | PRO | 2,240.00 |
| | MARKET BY PRICE | BL 040050358 | 8 | PRO | 200.00 |
| | MARKET BY PRICE | BL 040053729 | 5 | PRO | 125.00 |
| | MARKET BOOK | BL 040050358 | 7 | PRO | 315.00 |
| | MARKET BOOK | BL 040053729 | 11 | PRO | 495.00 |
| | CEG(CAN EX GRP) | IX LHM NBN | 36 | PRO | 1,440.00 |
| | CEG(CAN EX GRP) | TW 151053 | 27 | PRO | 1,080.00 |
| | | REV MAR 2008 | 25 | PRO | 1,000.00 CR |
| | | FOR MAR 2008 | 30 | PRO | 1,200.00 |
| | MARKET BOOK | TW 151053 | 25 | PRO | 1,125.00 |
| | | REV MAR 2008 | 25 | PRO | 1,125.00 CR |
| | | FOR MAR 2008 | 27 | PRO | 1,215.00 |
| | * SUB-TOTAL * | | | | 10,870.00 |
| LEHMAN BROTHERS INC.<br>RE: INTERNAL DISTRIBUTION<br>745, 7TH AVENUE<br>NEW YORK NY | | | | | |
| | CEG(CAN EX GRP) | DM 0054903271 | 104 | PRO | 4,160.00 |
| | | REV JAN 2008 | 94 | PRO | 3,760.00 CR |
| | | REV FEB 2008 | 94 | PRO | 3,760.00 CR |
| | | REV MAR 2008 | 94 | PRO | 3,760.00 CR |
| | | FOR JAN 2008 | 100 | PRO | 4,000.00 |

** TOTAL AMOUNT DUE **        US $45,031.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU790172
ACCOUNT:        SU007959

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:    4 OF 15

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 745, 7TH AVENUE NEW YORK NY | | | | | |
| | CEG(CAN EX GRP) | FOR FEB 2008 | 100 | PRO | 4,000.00 |
| | | FOR MAR 2008 | 104 | PRO | 4,160.00 |
| | TSXV MKT/ORDER | DM 0054903271 | 14 | PRO | 105.00 |
| | | REV JAN 2008 | 15 | PRO | 112.50 CR |
| | | REV FEB 2008 | 15 | PRO | 112.50 CR |
| | | REV MAR 2008 | 15 | PRO | 112.50 CR |
| | | FOR JAN 2008 | 14 | PRO | 105.00 |
| | | FOR FEB 2008 | 14 | PRO | 105.00 |
| | | FOR MAR 2008 | 14 | PRO | 105.00 |
| | MARKET BY PRICE | DM 0054903271 | 13 | PRO | 325.00 |
| | | REV JAN 2008 | 16 | PRO | 400.00 CR |
| | | REV FEB 2008 | 16 | PRO | 400.00 CR |
| | | REV MAR 2008 | 16 | PRO | 400.00 CR |
| | | FOR JAN 2008 | 15 | PRO | 375.00 |
| | | FOR FEB 2008 | 13 | PRO | 325.00 |
| | | FOR MAR 2008 | 13 | PRO | 325.00 |
| | TSXV MKT/PRICE | DM 0054903271 | 14 | PRO | 168.00 |
| | | REV JAN 2008 | 15 | PRO | 180.00 CR |
| | | REV FEB 2008 | 15 | PRO | 180.00 CR |
| | | REV MAR 2008 | 15 | PRO | 180.00 CR |
| | | FOR JAN 2008 | 14 | PRO | 168.00 |
| | | FOR FEB 2008 | 14 | PRO | 168.00 |
| | | FOR MAR 2008 | 14 | PRO | 168.00 |
| | MARKET BOOK | DM 0054903271 | 24 | PRO | 1,080.00 |

** TOTAL AMOUNT DUE **        US $45,031.60

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU790172
ACCOUNT:        SU007959

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:   5 OF 15

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

*************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>RE: INTERNAL DISTRIBUTION<br>745, 7TH AVENUE<br>NEW YORK NY | | | | | |
| | MARKET BOOK | REV JAN 2008 | 24 | PRO | 1,080.00 CR |
| | | REV FEB 2008 | 24 | PRO | 1,080.00 CR |
| | | FOR JAN 2008 | 23 | PRO | 1,035.00 |
| | | FOR FEB 2008 | 21 | PRO | 945.00 |
| | ALGO LEVEL 2 | DM 0054900180 | 1 | INF | 3,000.00 |
| | TL1/CL1 FEED | RU US44696 | 2 | INF | 600.00 |
| | TL2/CL2 FEED | RU US44696 | 2 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 10,504.50 |
| LEHMAN BROTHERS INC.<br>399 PARK AVENUE<br>FLOORS 5, 6, AND 15<br>NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BD SAXPPK1700 | 31 | PRO | 1,240.00 |
| | | REV MAR 2008 | 33 | PRO | 1,320.00 CR |
| | | FOR MAR 2008 | 31 | PRO | 1,240.00 |
| | CEG(CAN EX GRP) | BL 040050353 | 22 | PRO | 880.00 |
| | MARKET BY PRICE | BL 040050353 | 5 | PRO | 125.00 |
| | MARKET BOOK | BL 040050353 | 2 | PRO | 90.00 |
| | CEG(CAN EX GRP) | RU US53920 | 8 | PRO | 320.00 |
| | CEG(CAN EX GRP) | TW 6929781675 | 3 | PRO | 120.00 |
| | MARKET BOOK | TW 6929781675 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 2,830.00 |

** TOTAL AMOUNT DUE **        US $45,031.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU790172
ACCOUNT:        SU007959

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:    6 OF 15

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. RE:   INTERNAL DISTRIBUTION 25 BANK STREET, CANARY WHARF LONDON   E14 | | | | | |
| | CEG(CAN EX GRP) | DM 0054909878 | 48 | PRO | 1,920.00 |
| | TL1/CL1 FEED | RF UK66070 | 4 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 2,520.00 |
| LEHMAN BROTHERS INC. 25 BANK STREET LONDON   E14 5NQ | | | | | |
| | CEG(CAN EX GRP) | BL 040050415 | 24 | PRO | 960.00 |
| | MARKET BY PRICE | BL 040050415 | 4 | PRO | 100.00 |
| | MARKET BOOK | BL 040050415 | 1 | PRO | 45.00 |
| | CEG(CAN EX GRP) | TW E54812B863 | 3 | PRO | 120.00 |
| | MARKET BOOK | TW E54812B863 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 1,360.00 |
| LEHMAN BROTHERS INC. RE:   INTERNAL DISTRIBUTION 70 HUDSON STREET JERSEY CITY NJ 07302 | | | | | |
| | CEG(CAN EX GRP) | DM 0054905030 | 6 | PRO | 240.00 |
| | MARKET BOOK | DM 0054905030 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 375.00 |

** TOTAL AMOUNT DUE **        US $45,031.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

```
ATTN MICHAEL LI                    INVOICE:          SU790172
LEHMAN BROTHERS INC.               ACCOUNT:          SU007959
70 HUDSON STREET
10TH FLOOR                         INVOICE DATE:    30-APR-2008
JERSEY CITY NJ 07302               INVOICE PERIOD: APRIL 2008
UNITED STATES                      PAGE:    7 OF 15

                                   ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____    CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                   INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___         SIGNATURE _____
```
***************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>RE: INTERNAL DISTRIBUTION<br>3 NUTMEG LANE, GBL SWITCH HSE<br>EAST INDIA DOCK<br>LONDON  E14 2AX | | | | | |
| | TL1/CL1 FEED | RF UK61551 | 4 INF | | 600.00 |
| | * SUB-TOTAL * | | | | 600.00 |
| LEHMAN BROTHERS INC.<br>RE:   INTERNAL DISTRIBUTION<br>2 PEACH TREE ROAD<br>LIVINGSTON NJ 07039 | | | | | |
| | TL1/CL1 FEED | RU US51007 | 2 INF | | 600.00 |
| | TL2/CL2 FEED | RU US51007 | 2 INF | | 600.00 |
| | * SUB-TOTAL * | | | | 1,200.00 |
| FURNO & DEL CASTANO CAP. PTNR<br>25 BANK STREET<br>LONDON  E14 5NQ | | | | | |
| | CEG(CAN EX GRP) | BL 040053471 | 4 PRO | | 160.00 |
| | * SUB-TOTAL * | | | | 160.00 |
| LEHMAN BROTHERS JAPAN INC.<br>6-10-1 ROPPONGI<br>PONGI HILLS, MORI TOWER 30F<br>MINATO-KU<br>TOKYO  106-6131 | | | | | |
| | CEG(CAN EX GRP) | BL 040053386 | 1 PRO | | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |

** TOTAL AMOUNT DUE **                US $45,031.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:          SU790172
ACCOUNT:          SU007959

INVOICE DATE:    30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:     8 OF 15

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___          SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 040053650 | 1 | PRO | 40.00 |
| | MARKET BY PRICE | BL 040053650 | 1 | PRO | 25.00 |
| | * SUB-TOTAL * | | | | 65.00 |
| LEHMAN BROTHERS INC. 10520 CONSTELLATION BLVD. CONSTELLATION PLACE 25TH FLOOR LOS ANGELES CA 90067 | | | | | |
| | CEG(CAN EX GRP) | BL 040053667 | 3 | PRO | 120.00 |
| | * SUB-TOTAL * | | | | 120.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 1301 AVE OF THE AMERICAS NEW YORK NY 10021 | | | | | |
| | CEG(CAN EX GRP) | DM 0054909137 | 15 | PRO | 600.00 |
| | MARKET BOOK | DM 0054909137 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 645.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 605 3RD AVE. NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) REV JAN 2008 | DM 0054909605 | 1 | PRO | 40.00 CR |

** TOTAL AMOUNT DUE **          US $45,031.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:         SU790172
ACCOUNT:         SU007959

INVOICE DATE:    30-APR-2008
INVOICE PERIOD:  APRIL 2008
PAGE:    9 OF 15

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CVC NUMBER  ___  ___  ___  ___      SIGNATURE _____

CARD EXPIRY DATE  _____ / _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 605 3RD AVE. NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | REV FEB 2008 | 1 | PRO | 40.00 CR |
| | | REV MAR 2008 | 1 | PRO | 40.00 CR |
| | * SUB-TOTAL * | | | | 120.00 CR |
| LEHMAN BROTHERS INC. 3414 PEACHTREE ROAD 2ND FLOOR ATLANTA GA 30326 | | | | | |
| | CEG(CAN EX GRP) | RU US50202 | 2 | PRO | 80.00 |
| | * SUB-TOTAL * | | | | 80.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 85 TENTH AVENUE NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | DM 0054907542 | 2 | PRO | 80.00 |
| | | REV FEB 2008 | 1 | PRO | 40.00 CR |
| | | REV MAR 2008 | 1 | PRO | 40.00 CR |
| | | FOR FEB 2008 | 2 | PRO | 80.00 |
| | | FOR MAR 2008 | 2 | PRO | 80.00 |
| | MARKET BY PRICE | DM 0054907542 | 2 | PRO | 50.00 |
| | | REV FEB 2008 | 1 | PRO | 25.00 CR |
| | | REV MAR 2008 | 1 | PRO | 25.00 CR |
| | | FOR FEB 2008 | 2 | PRO | 50.00 |
| | | FOR MAR 2008 | 2 | PRO | 50.00 |

** TOTAL AMOUNT DUE **          US $45,031.60

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU790172
ACCOUNT:        SU007959

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:     10 OF 15

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/ _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 85 TENTH AVENUE | | | | | |
| NEW YORK NY 10011 | | | | | |
| | TSXV MKT/PRICE | DM 0054907542 | 2 | PRO | 24.00 |
| | | REV FEB 2008 | 1 | PRO | 12.00 CR |
| | | REV MAR 2008 | 1 | PRO | 12.00 CR |
| | | FOR FEB 2008 | 2 | PRO | 24.00 |
| | | FOR MAR 2008 | 2 | PRO | 24.00 |
| | MARKET BOOK | DM 0054907542 | 2 | PRO | 90.00 |
| | | REV FEB 2008 | 1 | PRO | 45.00 CR |
| | | REV MAR 2008 | 1 | PRO | 45.00 CR |
| | | FOR FEB 2008 | 2 | PRO | 90.00 |
| | | FOR MAR 2008 | 2 | PRO | 90.00 |
| | TSXV MKT. BOOK | DM 0054907542 | 2 | PRO | 46.00 |
| | | REV FEB 2008 | 1 | PRO | 23.00 CR |
| | | REV MAR 2008 | 1 | PRO | 23.00 CR |
| | | FOR FEB 2008 | 2 | PRO | 46.00 |
| | | FOR MAR 2008 | 2 | PRO | 46.00 |
| | TL1/CL1 FEED | RU US45551 | 2 | INF | 600.00 |
| | TL1/CL1 DIRECT | SA NYSE070008 | 1 | INF | 1,000.00 |
| | SFTI L1 CONN. | SA | 1 | INF | 400.00 |
| | SFTI L2 CONNECT | SA | 1 | INF | 300.00 |
| | TL2/CL2 DIRECT | SA NYSE070008 | 1 | INF | 1,500.00 |
| | * SUB-TOTAL * | | | | 4,380.00 |

** TOTAL AMOUNT DUE **        US $45,031.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

```
ATTN MICHAEL LI                    INVOICE:        SU790172
LEHMAN BROTHERS INC.               ACCOUNT:        SU007959
70 HUDSON STREET
10TH FLOOR                         INVOICE DATE:   30-APR-2008
JERSEY CITY NJ 07302               INVOICE PERIOD: APRIL 2008
UNITED STATES                      PAGE:   11 OF 15
```

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER __ __ __ __          SIGNATURE _____

*************************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| WINCHESTER BUILDING, OFF HIGH | | | | | |
| HIRANANDANI BUSINESS PARK, PO | | | | | |
| MUMBAI   400076 | | | | | |
| | CEG(CAN EX GRP) | DM 0054901165 | 4 PRO | | 160.00 |
| | | FOR FEB 2008 | 4 PRO | | 160.00 |
| | | FOR MAR 2008 | 4 PRO | | 160.00 |
| | * SUB-TOTAL * | | | | 480.00 |
| | | | | | |
| LEHMAN BROTHERS INTERNATIONAL | | | | | |
| TAL STRASSE 82 | | | | | |
| ZURICH   8001 | | | | | |
| | CEG(CAN EX GRP) | BL 040050230 | 3 PRO | | 120.00 |
| | * SUB-TOTAL * | | | | 120.00 |
| | | | | | |
| LEHMAN BROTHERS INC. | | | | | |
| 125 HIGH STREET | | | | | |
| BOSTON MA 02110-270 | | | | | |
| | CEG(CAN EX GRP) | TW 17B22CF835 | 2 PRO | | 80.00 |
| | MARKET BOOK | TW 17B22CF835 | 1 PRO | | 45.00 |
| | | REV MAR 2008 | 2 PRO | | 90.00 CR |
| | | FOR MAR 2008 | 1 PRO | | 45.00 |
| | * SUB-TOTAL * | | | | 80.00 |

```
LEHMAN BROTHERS JAPAN INC.
RE:INTERNAL DISTRIBUTION
6-10-1 ROPPONGI
31F ROPPONGI HILLS MORI TOWER
MINATO-KU   106-6131
```

** TOTAL AMOUNT DUE **          US $45,031.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU790172
ACCOUNT:        SU007959

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:   12 OF 15

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS JAPAN INC. | | | | | |
| RE:INTERNAL DISTRIBUTION | | | | | |
| 6-10-1 ROPPONGI | | | | | |
| 31F ROPPONGI HILLS MORI TOWER | | | | | |
| MINATO-KU  106-6131 | | | | | |
| | TL1/CL1 FEED | RU JP19075 | 2 | INF | 600.00 |
| | TL2/CL2 FEED | RU JP19075 | 2 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 1,200.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 8 SOUND SHORE DRIVE | | | | | |
| SUITE #302 | | | | | |
| GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | BL 040053897 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 27 COMMERCE | | | | | |
| CRANFORD NJ 07090 | | | | | |
| | CEG(CAN EX GRP) | DM 0054905864 | 2 | PRO | 80.00 |
| | REV FEB 2008 | | 1 | PRO | 40.00 CR |
| | REV MAR 2008 | | 1 | PRO | 40.00 CR |
| | FOR FEB 2008 | | 2 | PRO | 80.00 |
| | FOR MAR 2008 | | 2 | PRO | 80.00 |
| MARKET BY PRICE | DM 0054905864 | | 2 | PRO | 50.00 |
| | REV FEB 2008 | | 1 | PRO | 25.00 CR |
| | REV MAR 2008 | | 1 | PRO | 25.00 CR |
| | FOR FEB 2008 | | 2 | PRO | 50.00 |

** TOTAL AMOUNT DUE **        US $45,031.60

---

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice



ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU790172
ACCOUNT:        SU007959

INVOICE DATE:   30-APR-2008
INVOICE PERIOD: APRIL 2008
PAGE:   13 OF 15

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 27 COMMERCE | | | | | |
| CRANFORD NJ 07090 | | | | | |
| | MARKET BY PRICE | FOR MAR 2008 | 2 | PRO | 50.00 |
| | TSXV MKT/PRICE | DM 0054905864 | 2 | PRO | 24.00 |
| | | REV FEB 2008 | 1 | PRO | 12.00 CR |
| | | REV MAR 2008 | 1 | PRO | 12.00 CR |
| | | FOR FEB 2008 | 2 | PRO | 24.00 |
| | | FOR MAR 2008 | 2 | PRO | 24.00 |
| | MARKET BOOK | DM 0054905864 | 2 | PRO | 90.00 |
| | | REV FEB 2008 | 1 | PRO | 45.00 CR |
| | | REV MAR 2008 | 1 | PRO | 45.00 CR |
| | | FOR FEB 2008 | 2 | PRO | 90.00 |
| | | FOR MAR 2008 | 2 | PRO | 90.00 |
| | TSXV MKT. BOOK | DM 0054905864 | 2 | PRO | 46.00 |
| | | REV FEB 2008 | 1 | PRO | 23.00 CR |
| | | REV MAR 2008 | 1 | PRO | 23.00 CR |
| | | FOR FEB 2008 | 2 | PRO | 46.00 |
| | | FOR MAR 2008 | 2 | PRO | 46.00 |
| | TL1/CL1 DIRECT | SA NYSE070006 | 1 | INF | 1,000.00 |
| | SFTI L1 CONN. | SA | 1 | INF | 400.00 |
| | SFTI L2 CONNECT | SA | 1 | INF | 300.00 |
| | TL2/CL2 DIRECT | SA NYSE070006 | 1 | INF | 1,500.00 |
| | * SUB-TOTAL * | | | | 3,780.00 |

** TOTAL AMOUNT DUE **        US $45,031.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:           SU790172
ACCOUNT:           SU007959

INVOICE DATE:    30-APR-2008
INVOICE PERIOD:  APRIL 2008
PAGE:    14 OF 15

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___       SIGNATURE _____
**********************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. 85 10TH AVENUE 7TH FLOOR NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | BL 040050387 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. 7 PLACE D'IENA PARIS  75116 | | | | | |
| | CEG(CAN EX GRP) | BL 040053903 | 6 | PRO | 240.00 |
| | * SUB-TOTAL * | | | | 240.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 1271 SIXTH AVENUE NEW YORK NY 10020 | | | | | |
| | CEG(CAN EX GRP) | DM 0054900023 | 1 | PRO | 40.00 |
| | | REV JAN 2008 | 3 | PRO | 120.00 CR |
| | | REV FEB 2008 | 3 | PRO | 120.00 CR |
| | | REV MAR 2008 | 3 | PRO | 120.00 CR |
| | | FOR MAR 2008 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 280.00 CR |
| | * PRE TAX TOTAL * | | | | 41,929.50 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 3,102.10 |
| | ** TOTAL AMOUNT DUE ** | | | | US $45,031.60 |

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:          SU790172
ACCOUNT:          SU007959

INVOICE DATE:     30-APR-2008
INVOICE PERIOD:   APRIL 2008
PAGE:     15 OF 15

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___          SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:     RU=REUTERS;          BL=BLOOMBERG;        DM=DFMGR;
              BD=BRIDGE;           IX=ILX SYSTEM;       TW=TOWNSEND;
              RF=REUTERS UK;       SA=SFTI;
USE:    PRO=PROFESSIONAL;    INF=INTERNAL DATAFEED FLAT FEE;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE TORONTO STOCK EXCHANGE

---

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

--------------------------------------------------------------------------

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU806622
ACCOUNT:        SU007959

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    1 OF 11

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # -------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____        SIGNATURE ------------------------------------

*********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. 555 CALIFORNIA STREET 30TH FLOOR SAN FRANCISCO CA 94104 | | | | | |
| | CEG(CAN EX GRP) | RU US38169 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. 190 SOUTH LASALLE STREET CHICAGO IL 60603 | | | | | |
| | CEG(CAN EX GRP) | BL 040050006 | 1 | PRO | 40.00 |
| | CEG(CAN EX GRP) | BL 040053732 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 80.00 |
| LEHMAN BROTHERS INC. 101 HUDSON STREET 28TH FLOOR JERSEY CITY NJ 07302 | | | | | |
| | CEG(CAN EX GRP) | RU US49977 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. GERTRUDIS ECHENIQUE 130 OF. 1 SANTIAGO | | | | | |
| | CEG(CAN EX GRP) | RU CL0068 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. 260 FRANKLIN STREET 14TH FLOOR | | | | | |

** TOTAL AMOUNT DUE **        US $43,930.43

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

```
ATTN MICHAEL LI                        INVOICE:          SU806622
LEHMAN BROTHERS INC.                   ACCOUNT:          SU007959
70 HUDSON STREET
10TH FLOOR                             INVOICE DATE:     31-AUG-2008
JERSEY CITY NJ 07302                   INVOICE PERIOD:   AUGUST 2008
UNITED STATES                          PAGE:     2 OF 11

                                       ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____  CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                        INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____
```

**************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>260 FRANKLIN STREET<br>14TH FLOOR<br>BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BL 040053713 | 4 | PRO | 160.00 |
| | * SUB-TOTAL * | | | | 160.00 |
| LEHMAN BROTHERS INC.<br>RE: INTERNAL DISTRIBUTION<br>101 HUDSON STREET<br>JERSEY CITY NJ 07302 | | | | | |
| | CEG(CAN EX GRP) | DM 0054908531 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC.<br>1111 BRICKELL AVENUE<br>12TH FLOOR - SUITE 1200<br>MIAMI FL 33131 | | | | | |
| | CEG(CAN EX GRP) | BL 040050317 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC.<br>RE:  INTERNAL DISTRIBUTION<br>399 PARK AVENUE<br>NEW YORK NY 00000 | | | | | |
| | CEG(CAN EX GRP) | DM 0054909043 | 2 | PRO | 80.00 |
| | * SUB-TOTAL * | | | | 80.00 |

```
                        ** TOTAL AMOUNT DUE **        US $43,930.43
```

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU806622
ACCOUNT:        SU007959

INVOICE DATE:    31-AUG-2008
INVOICE PERIOD:  AUGUST 2008
PAGE:    3 OF 11

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____/_____

CVC NUMBER ___  ___  ___  ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>745 SEVENTH AVENUE<br>NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BD T39266321 | 3 | PRO | 120.00 |
| | CEG(CAN EX GRP) | BL 040050358 | 81 | PRO | 3,240.00 |
| | CEG(CAN EX GRP) | BL 040053729 | 58 | PRO | 2,320.00 |
| | MARKET BY PRICE | BL 040050358 | 7 | PRO | 175.00 |
| | MARKET BY PRICE | BL 040053729 | 4 | PRO | 100.00 |
| | MARKET BOOK | BL 040050358 | 8 | PRO | 360.00 |
| | MARKET BOOK | BL 040053729 | 16 | PRO | 720.00 |
| | CEG(CAN EX GRP) | IX LHM NBN | 38 | PRO | 1,520.00 |
| | CEG(CAN EX GRP) | TW 151053 | 29 | PRO | 1,160.00 |
| | MARKET BOOK | TW 151053 | 29 | PRO | 1,305.00 |
| | * SUB-TOTAL * | | | | 11,020.00 |
| LEHMAN BROTHERS INC.<br>RE: INTERNAL DISTRIBUTION<br>745, 7TH AVENUE<br>NEW YORK NY | | | | | |
| | CEG(CAN EX GRP) | DM 0054903271 | 105 | PRO | 4,200.00 |
| | TSXV MKT/ORDER | DM 0054903271 | 13 | PRO | 97.50 |
| | MARKET BY PRICE | DM 0054903271 | 13 | PRO | 325.00 |
| | TSXV MKT/PRICE | DM 0054903271 | 13 | PRO | 156.00 |
| | MARKET BOOK | DM 0054903271 | 23 | PRO | 1,035.00 |
| | ALGO LEVEL 2 | DM 0054900180 | 1 | INF | 3,000.00 |
| | TL1/CL1 FEED | RU US44696 | 2 | INF | 600.00 |
| | TL2/CL2 FEED | RU US44696 | 2 | INF | 600.00 |
| | ** TOTAL AMOUNT DUE ** | | | | US $43,930.43 |

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:         SU806622
ACCOUNT:        SU007959

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:   4 OF 11

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | * SUB-TOTAL * | | | | 10,013.50 |
| LEHMAN BROTHERS INC. | | | | | |
| 399 PARK AVENUE | | | | | |
| FLOORS 5, 6, AND 15 | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BD SAXPPK1700 | 26 | PRO | 1,040.00 |
| | CEG(CAN EX GRP) | BL 040050353 | 21 | PRO | 840.00 |
| | MARKET BY PRICE | BL 040050353 | 3 | PRO | 75.00 |
| | MARKET BOOK | BL 040050353 | 5 | PRO | 225.00 |
| | CEG(CAN EX GRP) | RU US53920 | 10 | PRO | 400.00 |
| | | REV JUL 2008 | 9 | PRO | 360.00 CR |
| | | FOR JUL 2008 | 10 | PRO | 400.00 |
| | CEG(CAN EX GRP) | TW 6929781675 | 2 | PRO | 80.00 |
| | MARKET BOOK | TW 6929781675 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 2,790.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 25 BANK STREET, | | | | | |
| CANARY WHARF | | | | | |
| LONDON  E14 | | | | | |
| | CEG(CAN EX GRP) | DM 0054909878 | 40 | PRO | 1,600.00 |
| | TL1/CL1 FEED | RF UK66070 | 4 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 2,200.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 25 BANK STREET | | | | | |
| LONDON  E14 5NQ | | | | | |

** TOTAL AMOUNT DUE **      US $43,930.43

## IMPORTANT NOTICE REGARDING
## EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:          SU806622
ACCOUNT:          SU007959

INVOICE DATE:     31-AUG-2008
INVOICE PERIOD:   AUGUST 2008
PAGE:    5 OF 11

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____/ _____

CVC NUMBER ___  ___  ___  ___          SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| 25 BANK STREET | | | | | |
| LONDON   E14 5NQ | | | | | |
| | CEG(CAN EX GRP) | BL 040050415 | 25 | PRO | 1,000.00 |
| | MARKET BY PRICE | BL 040050415 | 4 | PRO | 100.00 |
| | MARKET BOOK | BL 040050415 | 1 | PRO | 45.00 |
| | CEG(CAN EX GRP) | TW E54812B863 | 4 | PRO | 160.00 |
| | MARKET BOOK | TW E54812B863 | 4 | PRO | 180.00 |
| | * SUB-TOTAL * | | | | 1,485.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE:  INTERNAL DISTRIBUTION | | | | | |
| 70 HUDSON STREET | | | | | |
| JERSEY CITY NJ 07302 | | | | | |
| | CEG(CAN EX GRP) | DM 0054905030 | 5 | PRO | 200.00 |
| | MARKET BOOK | DM 0054905030 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 290.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 3 NUTMEG LANE, GBL SWITCH HSE | | | | | |
| EAST INDIA DOCK | | | | | |
| LONDON   E14 2AX | | | | | |
| | TL1/CL1 FEED | RF UK61551 | 4 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 600.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE:  INTERNAL DISTRIBUTION | | | | | |
| 2 PEACH TREE ROAD | | | | | |

                              ** TOTAL AMOUNT DUE **        US $43,930.43

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:         SU806622
ACCOUNT:         SU007959

INVOICE DATE:    31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    6 OF 11

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___         SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE:   INTERNAL DISTRIBUTION | | | | | |
| 2 PEACH TREE ROAD | | | | | |
| LIVINGSTON NJ 07039 | | | | | |
| | TL1/CL1 FEED | RU US51007 | 2 | INF | 600.00 |
| | TL2/CL2 FEED | RU US51007 | 2 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 1,200.00 |
| LEHMAN BROTHERS JAPAN INC. | | | | | |
| 6-10-1 ROPPONGI | | | | | |
| PONGI HILLS, MORI TOWER 30F | | | | | |
| MINATO-KU | | | | | |
| TOKYO   106-6131 | | | | | |
| | CEG(CAN EX GRP) | BL 040053386 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 1301 AVENUE OF THE AMERICAS | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 040053650 | 1 | PRO | 40.00 |
| | MARKET BOOK | BL 040053650 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 85.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 10520 CONSTELLATION BLVD. | | | | | |
| CONSTELLATION PLACE | | | | | |
| 25TH FLOOR | | | | | |
| LOS ANGELES CA 90067 | | | | | |
| | CEG(CAN EX GRP) | BL 040053667 | 2 | PRO | 80.00 |

** TOTAL AMOUNT DUE **         US $43,930.43

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU806622
ACCOUNT:        SU007959

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    7 OF 11

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

*************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | * SUB-TOTAL * | | | | 80.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 1301 AVE OF THE AMERICAS NEW YORK NY 10021 | | | | | |
| | CEG(CAN EX GRP) | DM 0054909137 | 15 | PRO | 600.00 |
| | * SUB-TOTAL * | | | | 600.00 |
| LEHMAN BROTHERS INC. 3414 PEACHTREE ROAD 2ND FLOOR ATLANTA GA 30326 | | | | | |
| | CEG(CAN EX GRP) | RU US50202 | 2 | PRO | 80.00 |
| | * SUB-TOTAL * | | | | 80.00 |
| LEHMAN BROTHERS INC. 50 BROADWAY NEW YORK NY 10014 | | | | | |
| | CEG(CAN EX GRP) | BL 040053924 | 3 | PRO | 120.00 |
| | MARKET BOOK | BL 040053924 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 255.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 85 TENTH AVENUE NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | DM 0054907542 | 2 | PRO | 80.00 |
| | MARKET BY PRICE | DM 0054907542 | 2 | PRO | 50.00 |
| | TSXV MKT/PRICE | DM 0054907542 | 2 | PRO | 24.00 |

** TOTAL AMOUNT DUE **        US $43,930.43

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

```
ATTN MICHAEL LI                    INVOICE:        SU806622
LEHMAN BROTHERS INC.               ACCOUNT:        SU007959
70 HUDSON STREET
10TH FLOOR                         INVOICE DATE:   31-AUG-2008
JERSEY CITY NJ 07302               INVOICE PERIOD: AUGUST 2008
UNITED STATES                      PAGE:   8 OF 11
```

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___          SIGNATURE _____

`**********************************************************************`

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 85 TENTH AVENUE | | | | | |
| NEW YORK NY 10011 | | | | | |
| | MARKET BOOK | DM 0054907542 | 2 | PRO | 90.00 |
| | TSXV MKT. BOOK | DM 0054907542 | 2 | PRO | 46.00 |
| | TL1/CL1 FEED | RU US45551 | 2 | INF | 600.00 |
| | TL1/CL1 DIRECT | SA NYSE070008 | 1 | INF | 1,000.00 |
| | SFTI L1 CONN. | SA | 1 | INF | 400.00 |
| | SFTI L2 CONNECT | SA | 1 | INF | 600.00 |
| | TL2/CL2 DIRECT | SA NYSE070008 | 1 | INF | 1,500.00 |
| | * SUB-TOTAL * | | | | 4,390.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| WINCHESTER BUILDING, OFF HIGH | | | | | |
| HIRANANDANI BUSINESS PARK, PO | | | | | |
| MUMBAI  400076 | | | | | |
| | CEG(CAN EX GRP) | DM 0054901165 | 4 | PRO | 160.00 |
| | * SUB-TOTAL * | | | | 160.00 |
| LEHMAN BROTHERS INTERNATIONAL | | | | | |
| TAL STRASSE 82 | | | | | |
| ZURICH  8001 | | | | | |
| | CEG(CAN EX GRP) | BL 040050230 | 3 | PRO | 120.00 |
| | * SUB-TOTAL * | | | | 120.00 |

** TOTAL AMOUNT DUE **          US $43,930.43

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU806622
ACCOUNT:        SU007959

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:   9 OF 11

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS JAPAN INC. | | | | | |
| RE:INTERNAL DISTRIBUTION | | | | | |
| 6-10-1 ROPPONGI | | | | | |
| 31F ROPPONGI HILLS MORI TOWER | | | | | |
| MINATO-KU  106-6131 | | | | | |
| | ANA LEVEL 1 | DM 0054906278 | 1 | INF | 1,000.00 |
| | CEG(CAN EX GRP) | DM 0054906278 | 2 | PRO | 80.00 |
| | TL1/CL1 FEED | RU JP19075 | 2 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 1,680.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 8 SOUND SHORE DRIVE | | | | | |
| SUITE #302 | | | | | |
| GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | BL 040053897 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 27 COMMERCE | | | | | |
| CRANFORD NJ 07090 | | | | | |
| | CEG(CAN EX GRP) | DM 0054905864 | 2 | PRO | 80.00 |
| | MARKET BY PRICE | DM 0054905864 | 2 | PRO | 50.00 |
| | TSXV MKT/PRICE | DM 0054905864 | 2 | PRO | 24.00 |
| | MARKET BOOK | DM 0054905864 | 2 | PRO | 90.00 |
| | TSXV MKT. BOOK | DM 0054905864 | 2 | PRO | 46.00 |
| | TL1/CL1 DIRECT | SA NYSE070006 | 1 | INF | 1,000.00 |
| | SFTI L1 CONN. | SA | 1 | INF | 400.00 |

** TOTAL AMOUNT DUE **        US $43,930.43

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU806622
ACCOUNT:        SU007959

INVOICE DATE:    31-AUG-2008
INVOICE PERIOD:  AUGUST 2008
PAGE:        10 OF 11

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 27 COMMERCE CRANFORD NJ 07090 | | | | | |
| | SFTI L2 CONNECT | SA | 1 | INF | 600.00 |
| | TL2/CL2 DIRECT | SA NYSE070006 | 1 | INF | 1,500.00 |
| | * SUB-TOTAL * | | | | 3,790.00 |
| LEHMAN BROTHERS INC. 85 10TH AVENUE 7TH FLOOR NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | BL 040050387 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. 7 PLACE D'IENA PARIS  75116 | | | | | |
| | CEG(CAN EX GRP) | BL 040053903 | 4 | PRO | 160.00 |
| | * SUB-TOTAL * | | | | 160.00 |
| LEHMAN BROTHERS INC. 42 BROOK STREET LONDON  W1K 5DB | | | | | |
| | CEG(CAN EX GRP) | BL 040050025 | 4 | PRO | 160.00 |
| | * SUB-TOTAL * | | | | 160.00 |
| LEHMAN BROTHERS INC. 8 FINANCE STREET 26/F, TWO INTERNATIONAL FINAN | | | | | |

** TOTAL AMOUNT DUE **        US $43,930.43

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

| | |
|---|---|
| ATTN MICHAEL LI<br>LEHMAN BROTHERS INC.<br>70 HUDSON STREET<br>10TH FLOOR<br>JERSEY CITY NJ 07302<br>UNITED STATES | INVOICE:        SU806622<br>ACCOUNT:       SU007959<br><br>INVOICE DATE:   31-AUG-2008<br>INVOICE PERIOD: AUGUST 2008<br>PAGE:    11 OF 11 |

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____/ _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC.<br>8 FINANCE STREET<br>26/F, TWO INTERNATIONAL FINAN<br>E CTR<br>HONG KONG | | | | | |
| | CEG(CAN EX GRP) | BL 040053489 | 1 PRO | | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| | * PRE TAX TOTAL * | | | | 41,838.50 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 2,091.93 |
| | ** TOTAL AMOUNT DUE ** | | | | US $43,930.43 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
         WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    RU=REUTERS;          BL=BLOOMBERG;        DM=DFMGR;
             BD=BRIDGE;           IX=ILX SYSTEM;       TW=TOWNSEND;
             RF=REUTERS UK;       SA=SFTI;
USE:    PRO=PROFESSIONAL;    INF=INTERNAL DATAFEED FLAT FEE;

         FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
             MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
                     E-MAIL MARKETDATA@TSXDATALINX.COM
         SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
                     TORONTO STOCK EXCHANGE

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2