# S T A T E M E N T   O F   A C C O U N T

**TSX group**

PLEASE REMIT TO

| | |
|---|---|
| STATEMENT AS OF | 09/24/08 |
| CUSTOMER # | 9989 |
| LOCATION # | SU21790 |
| PAGE NO | 1 |

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2397
SEACAUCUS , NJ    07094
USA

| | |
|---|---|
| STATEMENT AS OF | 09/24/08 |
| CUSTOMER # | 9989 |
| LOCATION # | SU21790 |
| PAGE NO | 1 |

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT |
|---|---|---|---|---|---|
| 07/31/08 | INV | SU802595 | USD | 16,315.95 | 16,315.95 |
| 08/31/08 | INV | SU806852 | USD | 21,844.20 | 21,844.20 |

| INVOICE NUMBER | BALANCE DUE |
|---|---|
| SU802595 | 16,315.95 |
| SU806852 | 21,844.20 |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 21,844.20 | 16,315.95 | 0.00 | 0.00 | 0.00 | 38,160.15 |

PLEASE PAY THIS AMOUNT          38,160.15

| | |
|---|---|
| PLEASE PAY THIS AMOUNT | 38,160.15 USD |

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:          SU802595
ACCOUNT:          SU021790

INVOICE DATE:    31-JUL-2008
INVOICE PERIOD: JULY 2008
PAGE:    1 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------------

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____        SIGNATURE ------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

**************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| GENERAL ELECTRIC INVEST. CORP<br>3003 SUMMER STREET<br>6TH FLOOR<br>STAMFORD CT 06905 | | | | | |
| | CEG(CAN EX GRP) | BL 013220003 | 10 | PRO | 580.00 |
| | MARKET BY PRICE | BL 013220003 | 6 | PRO | 150.00 |
| | * SUB-TOTAL * | | | | 730.00 |
| HARRIS ASSOCIATES INC.<br>2 NORTH LASALLE STREET<br>SUITE 500<br>CHICAGO IL 60602 | | | | | |
| | MARKET BOOK | TW 38392C60DF | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 45.00 |
| OECHSLE INTERNATIONAL ADVISOR<br>125 HIGH STREET<br>20TH FLOOR<br>BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BL 136710013 | 5 | PRO | 290.00 |
| | MARKET BY PRICE | BL 136710013 | 1 | PRO | 25.00 |
| | * SUB-TOTAL * | | | | 315.00 |
| OPPENHEIMER FUNDS INC.<br>225 LIBERTY STREET<br>2 WORLD FINANCIAL CENTER<br>11TH FLOOR<br>NEW YORK NY 10281-100 | | | | | |
| | CEG(CAN EX GRP) | BD T45656200 | 10 | PRO | 580.00 |

** TOTAL AMOUNT DUE **          US $16,315.95

---

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

| | |
|---|---|
| ATTN MICHAEL PASSANTINO | INVOICE: SU802595 |
| LEHMAN BROTHERS INC. | ACCOUNT: SU021790 |
| 745 SEVENTH AVENUE | |
| 2ND FLOOR | INVOICE DATE: 31-JUL-2008 |
| NEW YORK NY 10019 | INVOICE PERIOD: JULY 2008 |
| UNITED STATES | PAGE: 2 OF 18 |

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/ _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

*****************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| OPPENHEIMER FUNDS INC. | | | | | |
| 225 LIBERTY STREET | | | | | |
| 2 WORLD FINANCIAL CENTER | | | | | |
| 11TH FLOOR | | | | | |
| NEW YORK NY 10281-100 | | | | | |
| | CEG(CAN EX GRP) | BL 032760025 | 10 | PRO | 580.00 |
| | MARKET BY PRICE | BL 032760025 | 1 | PRO | 25.00 |
| | MARKET BOOK | BL 032760025 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 1,230.00 |
| TEACHER RET. SYSTEM OF TEXAS | | | | | |
| 1000 RED RIVER STREET | | | | | |
| 4TH FLOOR-WEST BUILDING | | | | | |
| AUSTIN TX 78701 | | | | | |
| | CEG(CAN EX GRP) | BL 059760001 | 2 | PRO | 116.00 |
| | OLD FREQ YRLY | | 2 | PRO | 696.00 CR |
| | CEG(CAN EX GRP) | BL 059760004 | 4 | PRO | 232.00 |
| | OLD FREQ YRLY | | 4 | PRO | 1,392.00 CR |
| | MARKET BY PRICE | BL 059760001 | 2 | PRO | 50.00 |
| | OLD FREQ YRLY | | 2 | PRO | 300.00 CR |
| | MARKET BY PRICE | BL 059760004 | 2 | PRO | 50.00 |
| | OLD FREQ YRLY | | 2 | PRO | 300.00 CR |
| | * SUB-TOTAL * | | | | 2,240.00 CR |
| TUDOR INVESTMENT CORP. | | | | | |
| 53 MAIN STREET | | | | | |
| NANTUCKET MA 02554 | | | | | |
| | CEG(CAN EX GRP) | BL 077280023 | 1 | PRO | 58.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:        SU802595
ACCOUNT:        SU021790

INVOICE DATE:   31-JUL-2008
INVOICE PERIOD: JULY 2008
PAGE:      3 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___       SIGNATURE _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | | \* SUB-TOTAL \* | | | 58.00 |
| TUDOR INVESTMENT CORP. 14 EAST TRISTRAM ROAD NANTUCKET MA 02554 | | | | | |
| | CEG(CAN EX GRP) | BL 077280060 | 1 | PRO | 58.00 |
| | | \* SUB-TOTAL \* | | | 58.00 |
| TUDOR INVESTMENT CORP. 50 ROWES WHARF SECOND FLOOR BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BD S954912707 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 077280026 | 3 | PRO | 174.00 |
| | CEG(CAN EX GRP) | BL 077280027 | 5 | PRO | 290.00 |
| | | \* SUB-TOTAL \* | | | 522.00 |
| TUDOR INVESTMENT CORP. 119 WASHINGTON AVENUE SUITE 505 MIAMI FL 33139 | | | | | |
| | CEG(CAN EX GRP) | BL 077280049 | 0 | PRO | 0.00 |
| | | \* SUB-TOTAL \* | | | 0.00 |
| TUDOR INVESTMENT CORP. 1275 KING STREET GREENWICH CT 06831 | | | | | |
| | CEG(CAN EX GRP) | BL 077280033 | 1 | PRO | 58.00 |
| | | \* SUB-TOTAL \* | | | 58.00 |

\*\* TOTAL AMOUNT DUE \*\*        US $16,315.95

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:        SU802595
ACCOUNT:        SU021790

INVOICE DATE:   31-JUL-2008
INVOICE PERIOD: JULY 2008
PAGE:   4 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/ _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| STANDARD PACIFIC CAPITAL LLC<br>101 CALIFORNIA STREET<br>36TH FLOOR<br>SAN FRANCISCO CA 94111 | | | | | |
| | MARKET BY PRICE | IX S 2 ZZ1 | 1 PRO | | 25.00 |
| | * SUB-TOTAL * | | | | 25.00 |
| HANSBERGER GLOBAL INVESTORS<br>401 EAST LAS OLAS BLVD.<br>FORT LAUDRDALE FL 33301 | | | | | |
| | CEG(CAN EX GRP) | TW A6E72584BA | 1 PRO | | 58.00 |
| | MARKET BOOK | TW A6E72584BA | 1 PRO | | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| EFG CAPITAL INTERNATIONAL COR<br>701 BRICKELL AVENUE<br>9TH FLOOR<br>MIAMI FL 33131 | | | | | |
| | CEG(CAN EX GRP) | TW B11FF9F8A2 | 3 PRO | | 174.00 |
| | MARKET BOOK | TW B11FF9F8A2 | 3 PRO | | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| WEINTRAUB CAPITAL MANAGEMENT<br>44 MONTGOMERY STREET<br>41ST FLOOR<br>SAN FRANSISCO CA 94104 | | | | | |
| | CEG(CAN EX GRP) | BD T420586495 | 2 PRO | | 116.00 |
| | CEG(CAN EX GRP) | BL 606000002 | 2 PRO | | 116.00 |
| | CEG(CAN EX GRP) | TW C05345A52C | 2 PRO | | 116.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

| | |
|---|---|
| INVOICE: | SU802595 |
| ACCOUNT: | SU021790 |
| INVOICE DATE: | 31-JUL-2008 |
| INVOICE PERIOD: | JULY 2008 |
| PAGE: | 5 OF 18 |

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| WEINTRAUB CAPITAL MANAGEMENT | | | | | |
| 44 MONTGOMERY STREET | | | | | |
| 41ST FLOOR | | | | | |
| SAN FRANSISCO CA 94104 | | | | | |
| | MARKET BOOK | TW C05345A52C | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 438.00 |
| BLACKROCK ADVISORS LLC | | | | | |
| 1 FINANCIAL CENTER | | | | | |
| 32ND FLOOR | | | | | |
| BOSTON MA 02111 | | | | | |
| | CEG (CAN EX GRP) | BL 1635350002 | 2 | PRO | 116.00 |
| | CEG (CAN EX GRP) | BL 1635350100 | 10 | PRO | 580.00 |
| | MARKET BY PRICE | BL 1635350100 | 2 | PRO | 50.00 |
| | TSXV MKT/PRICE | BL 1635350100 | 3 | PRO | 36.00 |
| | * SUB-TOTAL * | | | | 782.00 |
| BLACKROCK ADVISORS LLC | | | | | |
| 2929 ARCH STREET | | | | | |
| 16TH FLOOR | | | | | |
| PHILADELPHIA PA 19104 | | | | | |
| | CEG (CAN EX GRP) | BL 1635350102 | 8 | PRO | 464.00 |
| | * SUB-TOTAL * | | | | 464.00 |
| VICTORY CAPITAL MANAGEMENT | | | | | |
| 127 PUBLIC SQUARE | | | | | |
| 19TH FLOOR | | | | | |
| CLEVELAND OH 44114-130 | | | | | |
| | CEG (CAN EX GRP) | BL 015830166 | 1 | PRO | 58.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:        SU802595
ACCOUNT:        SU021790

INVOICE DATE:   31-JUL-2008
INVOICE PERIOD: JULY 2008
PAGE:   6 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD #  _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE  _____/_____

CVC NUMBER  ___ ___ ___ ___        SIGNATURE  _____

**********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | * SUB-TOTAL * | | | | 58.00 |
| EAGLE ASSET MGMT | | | | | |
| 880 CARILLON PKWY | | | | | |
| ST.PETERSBURG FL 33716 | | | | | |
| | CEG(CAN EX GRP) | TW 9657022639 | 7 | PRO | 406.00 |
| | MARKET BOOK | TW 9657022639 | 7 | PRO | 315.00 |
| | * SUB-TOTAL * | | | | 721.00 |
| STEINBERG PRIEST CAPITAL MGMT | | | | | |
| 12 EAST 49TH ST | | | | | |
| SUITE 1202 | | | | | |
| NEW YORK NY 10017 | | | | | |
| | CEG(CAN EX GRP) | BL 059170002 | 6 | PRO | 348.00 |
| | OLD FREQ YRLY | | 6 | PRO | 2,088.00 CR |
| | * SUB-TOTAL * | | | | 1,740.00 CR |
| HUNTER GLOBAL INVESTORS L.P | | | | | |
| 485 MADISON AVENUE | | | | | |
| 22ND FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 5AB3AA60FD | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 5AB3AA60FD | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| BALYASNY ASSET MANAGEMENT | | | | | |
| 650 MADISON AVENUE | | | | | |
| 19TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 3788945F08 | 1 | PRO | 58.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

**TSX**

# Invoice

| | |
|---|---|
| ATTN MICHAEL PASSANTINO | INVOICE:        SU802595 |
| LEHMAN BROTHERS INC. | ACCOUNT:        SU021790 |
| 745 SEVENTH AVENUE | |
| 2ND FLOOR | INVOICE DATE:   31-JUL-2008 |
| NEW YORK NY 10019 | INVOICE PERIOD: JULY 2008 |
| UNITED STATES | PAGE:     7 OF 18 |

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| BALYASNY ASSET MANAGEMENT | | | | | |
| 650 MADISON AVENUE | | | | | |
| 19TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | MARKET BOOK | TW 3788945F08 | 1 | PRO | 45.00 |
| | | * SUB-TOTAL * | | | 103.00 |
| SUTTONBROOK CAPITAL MGMT LP | | | | | |
| 598 MADISON AVENUE | | | | | |
| 6TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 8A2BB57CBD | 5 | PRO | 290.00 |
| | MARKET BOOK | TW 8A2BB57CBD | 5 | PRO | 225.00 |
| | | * SUB-TOTAL * | | | 515.00 |
| TRELLUS PARTNERS | | | | | |
| 350 MADISON AVENUE | | | | | |
| 9TH FLOOR | | | | | |
| NEW YORK NY 10017 | | | | | |
| | CEG(CAN EX GRP) | TW 8C490F7F4B | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 8C490F7F4B | 3 | PRO | 135.00 |
| | | * SUB-TOTAL * | | | 309.00 |
| DRAWBRIDGE GLBL MACRO MSTR. | | | | | |
| 1345 AVENUE OF THE AMERICAS | | | | | |
| NEW YORK NY 10015 | | | | | |
| | CEG(CAN EX GRP) | TW 057A946AD0 | 6 | PRO | 348.00 |
| | CEG(CAN EX GRP) | TW 79D042317D | 0 | PRO | 0.00 |
| | MARKET BOOK | TW 057A946AD0 | 6 | PRO | 270.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

# TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:          SU802595
ACCOUNT:          SU021790

INVOICE DATE:    31-JUL-2008
INVOICE PERIOD:  JULY 2008
PAGE:    8 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___          SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| DRAWBRIDGE GLBL MACRO MSTR. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10015 | | | | | |
| | MARKET BOOK | TW 79D042317D | 0 | PRO | 0.00 |
| | * SUB-TOTAL * | | | | 618.00 |
| POLYGON INVESTMENT PARTNERS 598 MADISON AVE. 14TH FLOOR NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW C3736D4008 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW C3736D4008 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| FORTIS INVESTMENTS 75 STATE STREET BOSTON MA 02109 | | | | | |
| | CEG(CAN EX GRP) | BL 201640245 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 201640246 | 3 | PRO | 174.00 |
| | MARKET BY PRICE | BL 201640246 | 1 | PRO | 25.00 |
| | * SUB-TOTAL * | | | | 257.00 |
| WESLEY CAPITAL 717 FIFTH AVENUE 14TH FLOOR NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BL 2277010004 | 8 | PRO | 464.00 |
| | * SUB-TOTAL * | | | | 464.00 |

** TOTAL AMOUNT DUE **          US $16,315.95

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:         SU802595
ACCOUNT:         SU021790

INVOICE DATE:    31-JUL-2008
INVOICE PERIOD:  JULY 2008
PAGE:    9 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___          SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| AMPERE CAPITAL MGMT. LP 75 ROCKEFELLER PLAZA 27TH FLOOR-IT ROOM NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BL 2477800004 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 2477800005 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 116.00 |
| TREATY OAK CAPITAL MANAGEMENT 301 CONGRESS AVENUE, SUITE 520 AUSTIN TX 78701 | | | | | |
| | CEG(CAN EX GRP) | TW 545372C505 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 545372C505 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| CALAMOS ADVISORS LLC 2020 CALAMOS COURT NAPERVILLE IL 60563 | | | | | |
| | CEG(CAN EX GRP) | BL 084720004 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 084720005 | 5 | PRO | 290.00 |
| | MARKET BOOK | BL 084720004 | 1 | PRO | 45.00 |
| | MARKET BOOK | BL 084720005 | 5 | PRO | 225.00 |
| | * SUB-TOTAL * | | | | 618.00 |
| CALAMOS ASSET MANAGEMENT 2020 CALAMOS COURT NAPERVILLE IL 60563 | | | | | |
| | CEG(CAN EX GRP) | TW 120168 | 3 | PRO | 174.00 |

** TOTAL AMOUNT DUE **          US $16,315.95

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:        SU802595
ACCOUNT:        SU021790

INVOICE DATE:    31-JUL-2008
INVOICE PERIOD:  JULY 2008
PAGE:    10 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

**************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| CALAMOS ASSET MANAGEMENT 2020 CALAMOS COURT NAPERVILLE IL 60563 | | | | | |
| | MARKET BOOK | TW 120168 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| DIAMONDBACK CAPITAL MGMT. LLC ONE LANDMARK SQUARE 15TH FLOOR STAMFORD CT 06901 | | | | | |
| | CEG(CAN EX GRP) | TW BABB4D633B | 4 | PRO | 232.00 |
| | REV JUN 2008 | | 3 | PRO | 174.00 CR |
| | FOR JUN 2008 | | 4 | PRO | 232.00 |
| | MARKET BOOK | TW BABB4D633B | 4 | PRO | 180.00 |
| | REV JUN 2008 | | 3 | PRO | 135.00 CR |
| | FOR JUN 2008 | | 4 | PRO | 180.00 |
| | * SUB-TOTAL * | | | | 515.00 |
| VANTAGE FOREST PROD. MASTER L 5847 SAN FELIPE SUITE 1700 HOUSTON TX 77057 | | | | | |
| | CEG(CAN EX GRP) | TW 94AC48ACDF | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 94AC48ACDF | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |

WEXFORD CAPITAL LLC
411 WEST PUTNAM AVENUE
SUITE #125
GREENWICH CT 06830

** TOTAL AMOUNT DUE **        US $16,315.95

## IMPORTANT NOTICE REGARDING
## EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:        SU802595
ACCOUNT:        SU021790

INVOICE DATE:   31-JUL-2008
INVOICE PERIOD: JULY 2008
PAGE:   11 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/ _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| WEXFORD CAPITAL LLC | | | | | |
| 411 WEST PUTNAM AVENUE | | | | | |
| SUITE #125 | | | | | |
| GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | TW 4D5AB66FDF | 4 | PRO | 232.00 |
| | MARKET BOOK | TW 4D5AB66FDF | 4 | PRO | 180.00 |
| | * SUB-TOTAL * | | | | 412.00 |
| ANGLIAN COMMODITY FUND LTD. | | | | | |
| 375 PARK AVENUE | | | | | |
| SUITE 2908 | | | | | |
| NEW YORK NY 10152 | | | | | |
| | CEG(CAN EX GRP) | TW A1F4E0D584 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW A1F4E0D584 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| ABDIEL CAPITAL ADVISORS | | | | | |
| 410 PARK AVENUE | | | | | |
| SUITE #530 | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 48F71E7448 | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 48F71E7448 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| RIVEREDGE CAPITAL PARTNERS LL | | | | | |
| 3 WEST MAIN ST. | | | | | |
| SUITE 301 | | | | | |
| IRVINGTON NY 10533 | | | | | |
| | CEG(CAN EX GRP) | TW 4CDE02485C | 1 | PRO | 58.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

| | |
|---|---|
| INVOICE: | SU802595 |
| ACCOUNT: | SU021790 |

INVOICE DATE:   31-JUL-2008
INVOICE PERIOD: JULY 2008
PAGE:    12 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| RIVEREDGE CAPITAL PARTNERS LL<br>3 WEST MAIN ST.<br>SUITE 301<br>IRVINGTON NY 10533 | | | | | |
| | MARKET BOOK | TW 4CDE02485C | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| MHR MANAGEMENT LLC<br>40 WEST 5TH STREET<br>24TH FLOOR<br>NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 534780002 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| STEINBERG ASSET MGMT LLC<br>12 EAST 49TH STREET<br>NEW YORK NY 10017 | | | | | |
| | CEG(CAN EX GRP) | TW 45350C26EE | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 45350C26EE | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| CATALPA CAPITAL LLC<br>220 EAST 42ND STREET<br>39TH FLOOR<br>NEW YORK NY 10017 | | | | | |
| | MARKET BOOK | TW 4C153C551B | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 45.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:         SU802595
ACCOUNT:         SU021790

INVOICE DATE:    31-JUL-2008
INVOICE PERIOD:  JULY 2008
PAGE:    13 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| WESLEY CAPITAL MGMT LLC | | | | | |
| 717 FIFTH AVENUE | | | | | |
| 14TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 0C2B8C07FE | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 0C2B8C07FE | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| PLATINUM MANAGEMENT (NY) LLC | | | | | |
| 152 WEST 57TH STREET | | | | | |
| 54TH FLOOR | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | TW 902E0D34CC | 7 | PRO | 406.00 |
| | MARKET BOOK | TW 902E0D34CC | 7 | PRO | 315.00 |
| | * SUB-TOTAL * | | | | 721.00 |
| MERCHANTS GATE CAPITAL LP | | | | | |
| 712 FIFTH AVENUE | | | | | |
| 19TH FLOOR | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 7089070001 | 3 | PRO | 174.00 |
| | CEG(CAN EX GRP) | BL 7089070002 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 232.00 |
| TLP TRADING LLC | | | | | |
| 225 EAST DEERPATH ROAD | | | | | |
| LAKE FOREST IL 60045 | | | | | |
| | CEG(CAN EX GRP) | TW 9A31FD28A5 | 6 | PRO | 348.00 |
| | MARKET BOOK | TW 9A31FD28A5 | 6 | PRO | 270.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

```
ATTN MICHAEL PASSANTINO          INVOICE:        SU802595
LEHMAN BROTHERS INC.             ACCOUNT:        SU021790
745 SEVENTH AVENUE
2ND FLOOR                        INVOICE DATE:   31-JUL-2008
NEW YORK NY 10019                INVOICE PERIOD: JULY 2008
UNITED STATES                    PAGE:   14 OF 18

                                 ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____   CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                     INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___    SIGNATURE _____
```

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | | * SUB-TOTAL * | | | 618.00 |
| NEUBERGER BERMAN LLC | | | | | |
| 605 3RD AVENUE | | | | | |
| NEW YORK NY 10158 | | | | | |
| | CEG(CAN EX GRP) | TW 9A08F5828C | 14 | PRO | 812.00 |
| | | REV JUN 2008 | 13 | PRO | 754.00 CR |
| | | FOR JUN 2008 | 14 | PRO | 812.00 |
| | MARKET BOOK | TW 9A08F5828C | 13 | PRO | 585.00 |
| | | REV JUN 2008 | 12 | PRO | 540.00 CR |
| | | FOR JUN 2008 | 13 | PRO | 585.00 |
| | | * SUB-TOTAL * | | | 1,500.00 |
| MERCURY GENERAL CORP&AFFILIAT | | | | | |
| 4484 WILSHIRE BOULEVARD | | | | | |
| LOS ANGELES CA 90010 | | | | | |
| | CEG(CAN EX GRP) | TW 979F9ACDE1 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 979F9ACDE1 | 1 | PRO | 45.00 |
| | | * SUB-TOTAL * | | | 103.00 |
| BREEN INVESTORS | | | | | |
| 4400 POST OAK PARKWAY | | | | | |
| SUITE #2200 | | | | | |
| HOUSTON TX 77027 | | | | | |
| | CEG(CAN EX GRP) | TW 7C3D23FD65 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 7C3D23FD65 | 3 | PRO | 135.00 |
| | | * SUB-TOTAL * | | | 309.00 |

```
                    ** TOTAL AMOUNT DUE **        US $16,315.95
```

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

```
ATTN MICHAEL PASSANTINO          INVOICE:        SU802595
LEHMAN BROTHERS INC.             ACCOUNT:        SU021790
745 SEVENTH AVENUE
2ND FLOOR                        INVOICE DATE:    31-JUL-2008
NEW YORK NY 10019                INVOICE PERIOD:  JULY 2008
UNITED STATES                    PAGE:     15 OF 18

                                 ( ) VISA ( ) MASTERCARD ( ) AMEX
```

CARD # _____   **CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___  ___  ___  ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| STELLIAM INVESTMENT MGMT LP 31 WEST 52ND STREET UNIT #16 NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | TW 6C7901CA0B | 5 | PRO | 290.00 |
| | MARKET BOOK | TW 6C7901CA0B | 5 | PRO | 225.00 |
| | * SUB-TOTAL * | | | | 515.00 |
| GS INVESTMENT STRATEGIES LLC 85 BROAD STREET NEW YORK NY 10004 | | | | | |
| | CEG(CAN EX GRP) | TW 3FA6CC84D9 | 19 | PRO | 1,102.00 |
| | REV JUN 2008 | | 17 | PRO | 986.00 CR |
| | FOR JUN 2008 | | 19 | PRO | 1,102.00 |
| | MARKET BOOK | TW 3FA6CC84D9 | 19 | PRO | 855.00 |
| | REV JUN 2008 | | 17 | PRO | 765.00 CR |
| | FOR JUN 2008 | | 19 | PRO | 855.00 |
| | * SUB-TOTAL * | | | | 2,163.00 |
| OPCO DISTRESSED ADVISERS, LLC 125 BROAD STREET 15TH FLOOR NEW YORK NY 10004 | | | | | |
| | CEG(CAN EX GRP) | TW 7DEE13B960 | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 7DEE13B960 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |

**\*\* TOTAL AMOUNT DUE \*\***        US $16,315.95

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:         SU802595
ACCOUNT:         SU021790

INVOICE DATE:    31-JUL-2008
INVOICE PERIOD:  JULY 2008
PAGE:    16 OF 18

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___  ___  ___  ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| SARACEN ENERGY LP | | | | | |
| FIVE GREENWAY PLAZA | | | | | |
| SUITE 1310 | | | | | |
| HOUSTON TX 77046 | | | | | |
| | CEG(CAN EX GRP) | TW DA4E724AE6 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW DA4E724AE6 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| MKM PARTNERS LLC | | | | | |
| ONE SOUND SHORE DRIVE | | | | | |
| 3RD FLOOR | | | | | |
| GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | TW B6715BBC62 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW B6715BBC62 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| EJF CAPITAL LLC | | | | | |
| 2107 WILSON BOULEVARD | | | | | |
| SUITE 410 | | | | | |
| ARLINGTON VA 22201 | | | | | |
| | CEG(CAN EX GRP) | TW 53AB332453 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 53AB332453 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| EVA ADVISERS LLC | | | | | |
| 120 FIFTH AVENUE | | | | | |
| SUITE 600 | | | | | |
| NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | TW 65F5FF282E | 1 | PRO | 58.00 |

** TOTAL AMOUNT DUE **        US $16,315.95

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

INVOICE:        SU802595
ACCOUNT:        SU021790

INVOICE DATE:   31-JUL-2008
INVOICE PERIOD: JULY 2008
PAGE:   17 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/ _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| EVA ADVISERS LLC<br>120 FIFTH AVENUE<br>SUITE 600<br>NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | FOR JUN 2008 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 116.00 |
| BAM CAPITAL, LLC<br>44 WALL STREET<br>SUITE 1603<br>NEW YORK NY 10005 | | | | | |
| | CEG(CAN EX GRP) | TW BA744C36D3 | 1 | PRO | 58.00 |
| | | FOR JUN 2008 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW BA744C36D3 | 1 | PRO | 45.00 |
| | | FOR JUN 2008 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| SENTINEL TRUST COMPANY<br>2001 KIRBY DRIVE<br>SUITE 1210<br>HOUSTON TX 77019 | | | | | |
| | CEG(CAN EX GRP) | TW 1218526A9C | 1 | PRO | 58.00 |
| | | FOR JUN 2008 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 1218526A9C | 1 | PRO | 45.00 |
| | | FOR JUN 2008 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| | * PRE TAX TOTAL * | | | | 15,539.00 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 776.95 |

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
745 SEVENTH AVENUE
2ND FLOOR
NEW YORK NY 10019
UNITED STATES

| | |
|---|---|
| INVOICE: | SU802595 |
| ACCOUNT: | SU021790 |

INVOICE DATE: 31-JUL-2008
INVOICE PERIOD: JULY 2008
PAGE:  18 OF 18

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___    SIGNATURE _____

**********************************************************************************

** TOTAL AMOUNT DUE **    US $16,315.95

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:  BL=BLOOMBERG;       TW=TOWNSEND;       BD=BRIDGE;
           IX=ILX SYSTEM;
USE:   PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM

SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER

ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

## IMPORTANT NOTICE REGARDING
### EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

**Please remit to:**
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

```
ATTN MICHAEL PASSANTINO          INVOICE:        SU806852
LEHMAN BROTHERS INC.             ACCOUNT:        SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                    INVOICE DATE:   31-AUG-2008
SEACAUCUS NJ 07094               INVOICE PERIOD: AUGUST 2008
UNITED STATES                    PAGE:   1 OF 19
```

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # ------------------------------------  **CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____      SIGNATURE ------------------------------------

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| GENERAL ELECTRIC INVEST. CORP<br>3003 SUMMER STREET<br>6TH FLOOR<br>STAMFORD CT 06905 | | | | | |
| | CEG(CAN EX GRP) | BL 013220003 | 10 | PRO | 580.00 |
| | MARKET BY PRICE | BL 013220003 | 6 | PRO | 150.00 |
| | * SUB-TOTAL * | | | | 730.00 |
| HARRIS ASSOCIATES INC.<br>2 NORTH LASALLE STREET<br>SUITE 500<br>CHICAGO IL 60602 | | | | | |
| | MARKET BOOK | TW 38392C60DF | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 45.00 |
| OECHSLE INTERNATIONAL ADVISOR<br>125 HIGH STREET<br>20TH FLOOR<br>BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BL 136710013 | 5 | PRO | 290.00 |
| | MARKET BY PRICE | BL 136710013 | 1 | PRO | 25.00 |
| | * SUB-TOTAL * | | | | 315.00 |
| OPPENHEIMER FUNDS INC.<br>225 LIBERTY STREET<br>2 WORLD FINANCIAL CENTER<br>11TH FLOOR<br>NEW YORK NY 10281-100 | | | | | |
| | CEG(CAN EX GRP) | BD T45656200 | 9 | PRO | 522.00 |

**\*\* TOTAL AMOUNT DUE \*\***      US $21,844.20

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:    31-AUG-2008
INVOICE PERIOD:  AUGUST 2008
PAGE:        2 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| OPPENHEIMER FUNDS INC. | | | | | |
| 225 LIBERTY STREET | | | | | |
| 2 WORLD FINANCIAL CENTER | | | | | |
| 11TH FLOOR | | | | | |
| NEW YORK NY 10281-100 | | | | | |
| | CEG(CAN EX GRP) | REV JUL 2008 | 10 | PRO | 580.00 CR |
| | | FOR JUL 2008 | 9 | PRO | 522.00 |
| | CEG(CAN EX GRP) | BL 032760025 | 10 | PRO | 580.00 |
| | MARKET BY PRICE | BL 032760025 | 1 | PRO | 25.00 |
| | MARKET BOOK | BL 032760025 | 1 | PRO | 45.00 |
| | | * SUB-TOTAL * | | | 1,114.00 |
| TEACHER RET. SYSTEM OF TEXAS | | | | | |
| 1000 RED RIVER STREET | | | | | |
| 4TH FLOOR-WEST BUILDING | | | | | |
| AUSTIN TX 78701 | | | | | |
| | CEG(CAN EX GRP) | BL 059760001 | 2 | PRO | 116.00 |
| | CEG(CAN EX GRP) | BL 059760004 | 4 | PRO | 232.00 |
| | MARKET BY PRICE | BL 059760001 | 2 | PRO | 50.00 |
| | MARKET BY PRICE | BL 059760004 | 2 | PRO | 50.00 |
| | | * SUB-TOTAL * | | | 448.00 |
| TUDOR INVESTMENT CORP. | | | | | |
| 53 MAIN STREET | | | | | |
| NANTUCKET MA 02554 | | | | | |
| | CEG(CAN EX GRP) | BL 077280023 | 1 | PRO | 58.00 |
| | | * SUB-TOTAL * | | | 58.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    3 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| TUDOR INVESTMENT CORP. 14 EAST TRISTRAM ROAD NANTUCKET MA 02554 | | | | | |
| | CEG(CAN EX GRP) | BL 077280060 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| TUDOR INVESTMENT CORP. 50 ROWES WHARF SECOND FLOOR BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BD S954912707 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 077280026 | 3 | PRO | 174.00 |
| | CEG(CAN EX GRP) | BL 077280027 | 5 | PRO | 290.00 |
| | * SUB-TOTAL * | | | | 522.00 |
| TUDOR INVESTMENT CORP. 119 WASHINGTON AVENUE SUITE 505 MIAMI FL 33139 | | | | | |
| | CEG(CAN EX GRP) | BL 077280049 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| TUDOR INVESTMENT CORP. 1275 KING STREET GREENWICH CT 06831 | | | | | |
| | CEG(CAN EX GRP) | BL 077280033 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    4 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| STANDARD PACIFIC CAPITAL LLC | | | | | |
| 101 CALIFORNIA STREET | | | | | |
| 36TH FLOOR | | | | | |
| SAN FRANCISCO CA 94111 | | | | | |
| | MARKET BY PRICE | IX S 2 ZZ1 | 1 PRO | | 25.00 |
| | * SUB-TOTAL * | | | | 25.00 |
| HANSBERGER GLOBAL INVESTORS | | | | | |
| 401 EAST LAS OLAS BLVD. | | | | | |
| FORT LAUDRDALE FL 33301 | | | | | |
| | CEG(CAN EX GRP) | TW A6E72584BA | 1 PRO | | 58.00 |
| | MARKET BOOK | TW A6E72584BA | 1 PRO | | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| EFG CAPITAL INTERNATIONAL COR | | | | | |
| 701 BRICKELL AVENUE | | | | | |
| 9TH FLOOR | | | | | |
| MIAMI FL 33131 | | | | | |
| | CEG(CAN EX GRP) | TW B11FF9F8A2 | 3 PRO | | 174.00 |
| | MARKET BOOK | TW B11FF9F8A2 | 3 PRO | | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| RIDGECREST PARTNERS LP | | | | | |
| 220E 42ND STREET | | | | | |
| 29TH FLOOR | | | | | |
| NEW YORK NY 10017 | | | | | |
| | MARKET BOOK | TW 146B4808DE | 1 PRO | | 45.00 |
| | | FOR JUL 2008 | 1 PRO | | 45.00 |
| | * SUB-TOTAL * | | | | 90.00 |

** TOTAL AMOUNT DUE **      US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:         SU806852
ACCOUNT:         SU021790

INVOICE DATE:    31-AUG-2008
INVOICE PERIOD:  AUGUST 2008
PAGE:    5 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE \_\_\_\_\_ / \_\_\_\_\_

CVC NUMBER \_\_\_ \_\_\_ \_\_\_ \_\_\_        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| WEINTRAUB CAPITAL MANAGEMENT 44 MONTGOMERY STREET 41ST FLOOR SAN FRANSISCO CA 94104 | | | | | |
| | CEG(CAN EX GRP) | BD T420586495 | 2 | PRO | 116.00 |
| | CEG(CAN EX GRP) | BL 606000002 | 2 | PRO | 116.00 |
| | CEG(CAN EX GRP) | TW C05345A52C | 2 | PRO | 116.00 |
| | MARKET BOOK | TW C05345A52C | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 438.00 |
| BLACKROCK ADVISORS LLC 1 FINANCIAL CENTER 32ND FLOOR BOSTON MA 02111 | | | | | |
| | CEG(CAN EX GRP) | BL 1635350002 | 2 | PRO | 116.00 |
| | CEG(CAN EX GRP) | BL 1635350100 | 10 | PRO | 580.00 |
| | MARKET BY PRICE | BL 1635350100 | 2 | PRO | 50.00 |
| | TSXV MKT/PRICE | BL 1635350100 | 3 | PRO | 36.00 |
| | * SUB-TOTAL * | | | | 782.00 |
| BLACKROCK ADVISORS LLC 2929 ARCH STREET 16TH FLOOR PHILADELPHIA PA 19104 | | | | | |
| | CEG(CAN EX GRP) | BL 1635350102 | 8 | PRO | 464.00 |
| | * SUB-TOTAL * | | | | 464.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

**TSX**

# Invoice

```
ATTN MICHAEL PASSANTINO            INVOICE:        SU806852
LEHMAN BROTHERS INC.               ACCOUNT:        SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                      INVOICE DATE:   31-AUG-2008
SEACAUCUS NJ 07094                 INVOICE PERIOD: AUGUST 2008
UNITED STATES                      PAGE:    6 OF 19
```

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER  ___ ___ ___ ___     SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| VICTORY CAPITAL MANAGEMENT | | | | | |
| 127 PUBLIC SQUARE | | | | | |
| 19TH FLOOR | | | | | |
| CLEVELAND OH 44114-130 | | | | | |
| | CEG(CAN EX GRP) | BL 015830166 | 1 PRO | | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| EAGLE ASSET MGMT | | | | | |
| 880 CARILLON PKWAY | | | | | |
| ST.PETERSBURG FL 33716 | | | | | |
| | CEG(CAN EX GRP) | TW 9657022639 | 7 PRO | | 406.00 |
| | MARKET BOOK | TW 9657022639 | 7 PRO | | 315.00 |
| | * SUB-TOTAL * | | | | 721.00 |
| STEINBERG PRIEST CAPITAL MGMT | | | | | |
| 12 EAST 49TH ST | | | | | |
| SUITE 1202 | | | | | |
| NEW YORK NY 10017 | | | | | |
| | CEG(CAN EX GRP) | BL 059170002 | 6 PRO | | 348.00 |
| | * SUB-TOTAL * | | | | 348.00 |
| HUNTER GLOBAL INVESTORS L.P | | | | | |
| 485 MADISON AVENUE | | | | | |
| 22ND FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 5AB3AA60FD | 1 PRO | | 58.00 |
| | MARKET BOOK | TW 5AB3AA60FD | 1 PRO | | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# TSX

# Invoice

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:    31-AUG-2008
INVOICE PERIOD:  AUGUST 2008
PAGE:    7 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER __ __ __ __        SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| BALYASNY ASSET MANAGEMENT | | | | | |
| 650 MADISON AVENUE | | | | | |
| 19TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG (CAN EX GRP) | TW 3788945F08 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 3788945F08 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| SUTTONBROOK CAPITAL MGMT LP | | | | | |
| 598 MADISON AVENUE | | | | | |
| 6TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG (CAN EX GRP) | TW 8A2BB57CBD | 5 | PRO | 290.00 |
| | MARKET BOOK | TW 8A2BB57CBD | 5 | PRO | 225.00 |
| | * SUB-TOTAL * | | | | 515.00 |
| TRELLUS PARTNERS | | | | | |
| 350 MADISON AVENUE | | | | | |
| 9TH FLOOR | | | | | |
| NEW YORK NY 10017 | | | | | |
| | CEG (CAN EX GRP) | TW 8C490F7F4B | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 8C490F7F4B | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| DRAWBRIDGE GLBL MACRO MSTR. | | | | | |
| 1345 AVENUE OF THE AMERICAS | | | | | |
| NEW YORK NY 10015 | | | | | |
| | CEG (CAN EX GRP) | TW 057A946AD0 | 6 | PRO | 348.00 |
| | REV JUL 2008 | | 6 | PRO | 348.00 CR |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:          SU806852
ACCOUNT:          SU021790

INVOICE DATE:     31-AUG-2008
INVOICE PERIOD:   AUGUST 2008
PAGE:   8 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

****************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| DRAWBRIDGE GLBL MACRO MSTR. | | | | | |
| 1345 AVENUE OF THE AMERICAS | | | | | |
| NEW YORK NY 10015 | | | | | |
| | CEG(CAN EX GRP) | FOR JUL 2008 | 7 | PRO | 406.00 |
| | MARKET BOOK | TW 057A946AD0 | 6 | PRO | 270.00 |
| | | REV JUL 2008 | 6 | PRO | 270.00 CR |
| | | FOR JUL 2008 | 7 | PRO | 315.00 |
| | * SUB-TOTAL * | | | | 721.00 |
| POLYGON INVESTMENT PARTNERS | | | | | |
| 598 MADISON AVE. | | | | | |
| 14TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW C3736D4008 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW C3736D4008 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| FORTIS INVESTMENTS | | | | | |
| 75 STATE STREET | | | | | |
| BOSTON MA 02109 | | | | | |
| | CEG(CAN EX GRP) | BL 201640245 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 201640246 | 4 | PRO | 232.00 |
| | MARKET BY PRICE | BL 201640246 | 1 | PRO | 25.00 |
| | * SUB-TOTAL * | | | | 315.00 |
| WESLEY CAPITAL | | | | | |
| 717 FIFTH AVENUE | | | | | |
| 14TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:   9 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| WESLEY CAPITAL<br>717 FIFTH AVENUE<br>14TH FLOOR<br>NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BL 2277010004 | 8 | PRO | 464.00 |
| | * SUB-TOTAL * | | | | 464.00 |
| AMPERE CAPITAL MGMT. LP<br>75 ROCKEFELLER PLAZA<br>27TH FLOOR-IT ROOM<br>NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BL 2477800004 | 0 | PRO | 0.00 |
| | CEG(CAN EX GRP) | BL 2477800005 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| TREATY OAK CAPITAL MANAGEMENT<br>301 CONGRESS AVENUE,<br>SUITE 520<br>AUSTIN TX 78701 | | | | | |
| | CEG(CAN EX GRP) | TW 545372C505 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 545372C505 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| CALAMOS ADVISORS LLC<br>2020 CALAMOS COURT<br>NAPERVILLE IL 60563 | | | | | |
| | CEG(CAN EX GRP) | BL 084720004 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 084720005 | 5 | PRO | 290.00 |
| | MARKET BOOK | BL 084720004 | 1 | PRO | 45.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# TSX

# Invoice

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    10 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___  ___  ___  ___      SIGNATURE _____
**********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| CALAMOS ADVISORS LLC | | | | | |
| 2020 CALAMOS COURT | | | | | |
| NAPERVILLE IL 60563 | | | | | |
| | MARKET BOOK | BL 084720005 | 5 | PRO | 225.00 |
| | * SUB-TOTAL * | | | | 618.00 |
| CALAMOS ASSET MANAGEMENT | | | | | |
| 2020 CALAMOS COURT | | | | | |
| NAPERVILLE IL 60563 | | | | | |
| | CEG(CAN EX GRP) | TW 120168 | 3 | PRO | 174.00 |
| | REV JUL 2008 | | 3 | PRO | 174.00 CR |
| | FOR JUL 2008 | | 4 | PRO | 232.00 |
| | MARKET BOOK | TW 120168 | 3 | PRO | 135.00 |
| | REV JUL 2008 | | 3 | PRO | 135.00 CR |
| | FOR JUL 2008 | | 4 | PRO | 180.00 |
| | * SUB-TOTAL * | | | | 412.00 |
| DIAMONDBACK CAPITAL MGMT. LLC | | | | | |
| ONE LANDMARK SQUARE | | | | | |
| 15TH FLOOR | | | | | |
| STAMFORD CT 06901 | | | | | |
| | CEG(CAN EX GRP) | TW BABB4D633B | 4 | PRO | 232.00 |
| | MARKET BOOK | TW BABB4D633B | 4 | PRO | 180.00 |
| | * SUB-TOTAL * | | | | 412.00 |
| VANTAGE FOREST PROD. MASTER L | | | | | |
| 5847 SAN FELIPE | | | | | |
| SUITE 1700 | | | | | |
| HOUSTON TX 77057 | | | | | |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:    31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:     11 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| VANTAGE FOREST PROD. MASTER L<br>5847 SAN FELIPE<br>SUITE 1700<br>HOUSTON TX 77057 | | | | | |
| | CEG(CAN EX GRP) | TW 94AC48ACDF | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 94AC48ACDF | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| WEXFORD CAPITAL LLC<br>411 WEST PUTNAM AVENUE<br>SUITE #125<br>GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | TW 4D5AB66FDF | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 4D5AB66FDF | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| ANGLIAN COMMODITY FUND LTD.<br>375 PARK AVENUE<br>SUITE 2908<br>NEW YORK NY 10152 | | | | | |
| | CEG(CAN EX GRP) | TW A1F4E0D584 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW A1F4E0D584 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| ABDIEL CAPITAL ADVISORS<br>410 PARK AVENUE<br>SUITE #530<br>NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 48F71E7448 | 2 | PRO | 116.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

```
ATTN MICHAEL PASSANTINO              INVOICE:          SU806852
LEHMAN BROTHERS INC.                 ACCOUNT:          SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                        INVOICE DATE:     31-AUG-2008
SEACAUCUS NJ 07094                   INVOICE PERIOD:   AUGUST 2008
UNITED STATES                        PAGE:    12 OF 19
```

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

*************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| ABDIEL CAPITAL ADVISORS | | | | | |
| 410 PARK AVENUE | | | | | |
| SUITE #530 | | | | | |
| NEW YORK NY 10022 | | | | | |
| | MARKET BOOK | TW 48F71E7448 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| RIVEREDGE CAPITAL PARTNERS LL | | | | | |
| 3 WEST MAIN ST. | | | | | |
| SUITE 301 | | | | | |
| IRVINGTON NY 10533 | | | | | |
| | CEG(CAN EX GRP) | TW 4CDE02485C | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 4CDE02485C | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| MHR MANAGEMENT LLC | | | | | |
| 40 WEST 5TH STREET | | | | | |
| 24TH FLOOR | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 534780002 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| STEINBERG ASSET MGMT LLC | | | | | |
| 12 EAST 49TH STREET | | | | | |
| NEW YORK NY 10017 | | | | | |
| | CEG(CAN EX GRP) | TW 45350C26EE | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 45350C26EE | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |

** TOTAL AMOUNT DUE **      US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    13 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| KSM FINANCIAL INSTRUMENTS | | | | | |
| JABOTINSKY 7 | | | | | |
| RAMAT-GAN | | | | | |
| | CEG(CAN EX GRP) | TW 2BF6AA2DF2 | 2 | PRO | 116.00 |
| | | FOR JUL 2008 | 2 | PRO | 116.00 |
| | CEG(CAN EX GRP) | TW 5EF88FFD4B | 2 | PRO | 116.00 |
| | | FOR JUL 2008 | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 2BF6AA2DF2 | 2 | PRO | 90.00 |
| | | FOR JUL 2008 | 2 | PRO | 90.00 |
| | MARKET BOOK | TW 5EF88FFD4B | 2 | PRO | 90.00 |
| | | FOR JUL 2008 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 824.00 |
| CATALPA CAPITAL LLC | | | | | |
| 220 EAST 42ND STREET | | | | | |
| 39TH FLOOR | | | | | |
| NEW YORK NY 10017 | | | | | |
| | MARKET BOOK | TW 4C153C551B | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 45.00 |
| WESLEY CAPITAL MGMT LLC | | | | | |
| 717 FIFTH AVENUE | | | | | |
| 14TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 0C2B8C07FE | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 0C2B8C07FE | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |

** TOTAL AMOUNT DUE **          US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

```
ATTN MICHAEL PASSANTINO            INVOICE:        SU806852
LEHMAN BROTHERS INC.               ACCOUNT:        SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                      INVOICE DATE:   31-AUG-2008
SEACAUCUS NJ 07094                 INVOICE PERIOD: AUGUST 2008
UNITED STATES                      PAGE:    14 OF 19

                                   ( ) VISA ( ) MASTERCARD ( ) AMEX
```

CARD # _____   **CREDIT CARD PAYMENTS ONLY ACCEPTED FOR**
**INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___   SIGNATURE _____

`*******************************************************************`

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| PLATINUM MANAGEMENT (NY) LLC | | | | | |
| 152 WEST 57TH STREET | | | | | |
| 54TH FLOOR | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | TW 902E0D34CC | 7 | PRO | 406.00 |
| | MARKET BOOK | TW 902E0D34CC | 7 | PRO | 315.00 |
| | * SUB-TOTAL * | | | | 721.00 |
| MERCHANTS GATE CAPITAL LP | | | | | |
| 712 FIFTH AVENUE | | | | | |
| 19TH FLOOR | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 7089070001 | 3 | PRO | 174.00 |
| | CEG(CAN EX GRP) | BL 7089070002 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 232.00 |
| TLP TRADING LLC | | | | | |
| 225 EAST DEERPATH ROAD | | | | | |
| LAKE FOREST IL 60045 | | | | | |
| | CEG(CAN EX GRP) | TW 9A31FD28A5 | 6 | PRO | 348.00 |
| | MARKET BOOK | TW 9A31FD28A5 | 6 | PRO | 270.00 |
| | * SUB-TOTAL * | | | | 618.00 |
| NEUBERGER BERMAN LLC | | | | | |
| 605 3RD AVENUE | | | | | |
| NEW YORK NY 10158 | | | | | |
| | CEG(CAN EX GRP) | TW 9A08F5828C | 9 | PRO | 522.00 |
| | MARKET BOOK | TW 9A08F5828C | 8 | PRO | 360.00 |
| | * SUB-TOTAL * | | | | 882.00 |

```
              ** TOTAL AMOUNT DUE **        US $21,844.20
```

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:   15 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| MERCURY GENERAL CORP&AFFILIAT | | | | | |
| 4484 WILSHIRE BOULEVARD | | | | | |
| LOS ANGELES CA 90010 | | | | | |
| | CEG(CAN EX GRP) | TW 979F9ACDE1 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 979F9ACDE1 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| BREEN INVESTORS | | | | | |
| 4400 POST OAK PARKWAY | | | | | |
| SUITE #2200 | | | | | |
| HOUSTON TX 77027 | | | | | |
| | CEG(CAN EX GRP) | TW 7C3D23FD65 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 7C3D23FD65 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| STELLIAM INVESTMENT MGMT LP | | | | | |
| 31 WEST 52ND STREET | | | | | |
| UNIT #16 | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | TW 6C7901CA0B | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 6C7901CA0B | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| GS INVESTMENT STRATEGIES LLC | | | | | |
| 85 BROAD STREET | | | | | |
| NEW YORK NY 10004 | | | | | |
| | CEG(CAN EX GRP) | TW 3FA6CC84D9 | 21 | PRO | 1,218.00 |
| | REV JUL 2008 | | 19 | PRO | 1,102.00 CR |
| | FOR JUL 2008 | | 21 | PRO | 1,218.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

**TSX**

# Invoice

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:   16 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| GS INVESTMENT STRATEGIES LLC | | | | | |
| 85 BROAD STREET | | | | | |
| NEW YORK NY 10004 | | | | | |
| | MARKET BOOK | TW 3FA6CC84D9 | 21 | PRO | 945.00 |
| | REV JUL 2008 | | 19 | PRO | 855.00 CR |
| | FOR JUL 2008 | | 21 | PRO | 945.00 |
| | * SUB-TOTAL * | | | | 2,369.00 |
| OPCO DISTRESSED ADVISERS, LLC | | | | | |
| 125 BROAD STREET | | | | | |
| 15TH FLOOR | | | | | |
| NEW YORK NY 10004 | | | | | |
| | CEG(CAN EX GRP) | TW 7DEE13B960 | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 7DEE13B960 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| SARACEN ENERGY LP | | | | | |
| FIVE GREENWAY PLAZA | | | | | |
| SUITE 1310 | | | | | |
| HOUSTON TX 77046 | | | | | |
| | CEG(CAN EX GRP) | TW DA4E724AE6 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW DA4E724AE6 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| MKM PARTNERS LLC | | | | | |
| ONE SOUND SHORE DRIVE | | | | | |
| 3RD FLOOR | | | | | |
| GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | TW B6715BBC62 | 3 | PRO | 174.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TS✗**

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:          SU806852
ACCOUNT:          SU021790

INVOICE DATE:    31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:     17 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___          SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| MKM PARTNERS LLC | | | | | |
| ONE SOUND SHORE DRIVE | | | | | |
| 3RD FLOOR | | | | | |
| GREENWICH CT 06830 | | | | | |
| | MARKET BOOK | TW B6715BBC62 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| D5 ADVISORS LLC | | | | | |
| 46-62 SOUTHFIELD AVENUE | | | | | |
| SUITE 200 | | | | | |
| STAMFORD CT 06902 | | | | | |
| | CEG(CAN EX GRP) | TW 4BD7D41015 | 1 | PRO | 58.00 |
| | FOR JUL 2008 | | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 4BD7D41015 | 1 | PRO | 45.00 |
| | FOR JUL 2008 | | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| EJF CAPITAL LLC | | | | | |
| 2107 WILSON BOULEVARD | | | | | |
| SUITE 410 | | | | | |
| ARLINGTON VA 22201 | | | | | |
| | CEG(CAN EX GRP) | TW 53AB332453 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 53AB332453 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| EVA ADVISERS LLC | | | | | |
| 120 FIFTH AVENUE | | | | | |
| SUITE 600 | | | | | |
| NEW YORK NY 10011 | | | | | |

**\*\* TOTAL AMOUNT DUE \*\*          US $21,844.20**

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# TSX

# Invoice

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    18 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___       SIGNATURE _____
*************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| EVA ADVISERS LLC<br>120 FIFTH AVENUE<br>SUITE 600<br>NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | TW 65F5FF282E | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| BAM CAPITAL, LLC<br>44 WALL STREET<br>SUITE 1603<br>NEW YORK NY 10005 | | | | | |
| | CEG(CAN EX GRP) | TW BA744C36D3 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW BA744C36D3 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| SENTINEL TRUST COMPANY<br>2001 KIRBY DRIVE<br>SUITE 1210<br>HOUSTON TX 77019 | | | | | |
| | CEG(CAN EX GRP) | TW 1218526A9C | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 1218526A9C | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| RAMSEY QUANTITATIVE SYSTEMS<br>1515 ORMSBY STATION CT<br>LOUISVILLE KY 40223 | | | | | |
| | CEG(CAN EX GRP) | TW 269591536C | 2 | PRO | 116.00 |
| | | FOR JUL 2008 | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 269591536C | 2 | PRO | 90.00 |

** TOTAL AMOUNT DUE **        US $21,844.20

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

**TSX**

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU806852
ACCOUNT:        SU021790

INVOICE DATE:   31-AUG-2008
INVOICE PERIOD: AUGUST 2008
PAGE:    19 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

**********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| RAMSEY QUANTITATIVE SYSTEMS 1515 ORMSBY STATION CT LOUISVILLE KY 40223 | | | | | |
| | MARKET BOOK    FOR JUL 2008 | | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 412.00 |
| | * PRE TAX TOTAL * | | | | 20,804.00 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 1,040.20 |
| | ** TOTAL AMOUNT DUE ** | | | | US $21,844.20 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:   BL=BLOOMBERG;      TW=TOWNSEND;        BD=BRIDGE;
            IX=ILX SYSTEM;
USE:    PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2