# S T A T E M E N T   O F   A C C O U N T



**TSX** group

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON    M5X 1J2

STATEMENT AS OF   09/30/08
CUSTOMER #        9989
LOCATION #        SU21790
PAGE NO           1

LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2397
SEACAUCUS , NJ    07094
USA

STATEMENT AS OF   09/30/08
CUSTOMER #        9989
LOCATION #        SU21790
PAGE NO           1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT | | INVOICE NUMBER | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|
| 07/31/08 | INV | SU802595 | USD | 16,315.95 | 16,315.95 | | SU802595 | 16,315.95 |
| 08/31/08 | INV | SU806852 | USD | 21,844.20 | 21,844.20 | | SU806852 | 21,844.20 |
| 09/30/08 | INV | SU810706 | USD | 19,899.60 | 19,899.60 | | SU810706 | 19,899.60 |



TERMS: NET 30 DAYS
SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 41,743.80 | 0.00 | 16,315.95 | 0.00 | 0.00 | 58,059.75 |

PLEASE PAY THIS AMOUNT        58,059.75

PLEASE PAY
THIS AMOUNT        58,059.75 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU810706
ACCOUNT:        SU021790

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:    1 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------------

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____      SIGNATURE ----------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00**

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| GENERAL ELECTRIC INVEST. CORP | | | | | |
| 3003 SUMMER STREET | | | | | |
| 6TH FLOOR | | | | | |
| STAMFORD CT 06905 | | | | | |
| | CEG(CAN EX GRP) | BL 013220003 | 10 | PRO | 580.00 |
| | MARKET BY PRICE | BL 013220003 | 6 | PRO | 150.00 |
| | * SUB-TOTAL * | | | | 730.00 |
| HARRIS ASSOCIATES INC. | | | | | |
| 2 NORTH LASALLE STREET | | | | | |
| SUITE 500 | | | | | |
| CHICAGO IL 60602 | | | | | |
| | MARKET BOOK | TW 38392C60DF | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 45.00 |
| OECHSLE INTERNATIONAL ADVISOR | | | | | |
| 125 HIGH STREET | | | | | |
| 20TH FLOOR | | | | | |
| BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BL 136710013 | 5 | PRO | 290.00 |
| | MARKET BY PRICE | BL 136710013 | 1 | PRO | 25.00 |
| | * SUB-TOTAL * | | | | 315.00 |
| OPPENHEIMER FUNDS INC. | | | | | |
| 225 LIBERTY STREET | | | | | |
| 2 WORLD FINANCIAL CENTER | | | | | |
| 11TH FLOOR | | | | | |
| NEW YORK NY 10281-100 | | | | | |
| | CEG(CAN EX GRP) | BD T45656200 | 9 | PRO | 522.00 |

** TOTAL AMOUNT DUE **      US $19,899.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

```
ATTN MICHAEL PASSANTINO                 INVOICE:        SU810706
LEHMAN BROTHERS INC.                    ACCOUNT:        SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                           INVOICE DATE:   30-SEP-2008
SEACAUCUS NJ 07094                      INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                           PAGE:    2 OF 19

                                        ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____      CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                        INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___   SIGNATURE _____
****************************************************************************
```

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| OPPENHEIMER FUNDS INC. | | | | | |
| 225 LIBERTY STREET | | | | | |
| 2 WORLD FINANCIAL CENTER | | | | | |
| 11TH FLOOR | | | | | |
| NEW YORK NY 10281-100 | | | | | |
| | CEG(CAN EX GRP) | BL 032760025 | 10 | PRO | 580.00 |
| | MARKET BY PRICE | BL 032760025 | 1 | PRO | 25.00 |
| | MARKET BOOK | BL 032760025 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 1,172.00 |
| TEACHER RET. SYSTEM OF TEXAS | | | | | |
| 1000 RED RIVER STREET | | | | | |
| 4TH FLOOR-WEST BUILDING | | | | | |
| AUSTIN TX 78701 | | | | | |
| | CEG(CAN EX GRP) | BL 059760001 | 2 | PRO | 116.00 |
| | CEG(CAN EX GRP) | BL 059760004 | 4 | PRO | 232.00 |
| | MARKET BY PRICE | BL 059760001 | 2 | PRO | 50.00 |
| | MARKET BY PRICE | BL 059760004 | 2 | PRO | 50.00 |
| | * SUB-TOTAL * | | | | 448.00 |
| TUDOR INVESTMENT CORP. | | | | | |
| 53 MAIN STREET | | | | | |
| NANTUCKET MA 02554 | | | | | |
| | CEG(CAN EX GRP) | BL 077280023 | 1 | PRO | 58.00 |
| | * SUB-TOTAL * | | | | 58.00 |
| TUDOR INVESTMENT CORP. | | | | | |
| 14 EAST TRISTRAM ROAD | | | | | |
| NANTUCKET MA 02554 | | | | | |

```
                        ** TOTAL AMOUNT DUE **     US $19,899.60
```

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU810706
ACCOUNT:        SU021790

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:   3 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CVC NUMBER ___ ___ ___ ___

CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00

CARD EXPIRY DATE _____/_____

SIGNATURE _____

**************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| TUDOR INVESTMENT CORP. | | | | | |
| 14 EAST TRISTRAM ROAD | | | | | |
| NANTUCKET MA 02554 | | | | | |
| | CEG(CAN EX GRP) | BL 077280060 | 1 | PRO | 58.00 |
| | | * SUB-TOTAL * | | | 58.00 |
| TUDOR INVESTMENT CORP. | | | | | |
| 50 ROWES WHARF | | | | | |
| SECOND FLOOR | | | | | |
| BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BD S954912707 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 077280026 | 3 | PRO | 174.00 |
| | CEG(CAN EX GRP) | BL 077280027 | 5 | PRO | 290.00 |
| | | * SUB-TOTAL * | | | 522.00 |
| TUDOR INVESTMENT CORP. | | | | | |
| 119 WASHINGTON AVENUE | | | | | |
| SUITE 505 | | | | | |
| MIAMI FL 33139 | | | | | |
| | CEG(CAN EX GRP) | BL 077280049 | 1 | PRO | 58.00 |
| | | * SUB-TOTAL * | | | 58.00 |
| TUDOR INVESTMENT CORP. | | | | | |
| 1275 KING STREET | | | | | |
| GREENWICH CT 06831 | | | | | |
| | CEG(CAN EX GRP) | BL 077280033 | 1 | PRO | 58.00 |
| | | FOR OCT 2007 | 1 | PRO | 54.00 |
| | | FOR NOV 2007 | 1 | PRO | 54.00 |
| | | FOR DEC 2007 | 1 | PRO | 54.00 |

** TOTAL AMOUNT DUE **        US $19,899.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

| | |
|---|---|
| ATTN MICHAEL PASSANTINO | INVOICE: SU810706 |
| LEHMAN BROTHERS INC. | ACCOUNT: SU021790 |
| IMAGE PROCESSING SYSTEMS | |
| P.O. BOX 2397 | INVOICE DATE: 30-SEP-2008 |
| SEACAUCUS NJ 07094 | INVOICE PERIOD: SEPTEMBER 2008 |
| UNITED STATES | PAGE: 4 OF 19 |

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CVC NUMBER ___ ___ ___ ___    SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| TUDOR INVESTMENT CORP. | | | | | |
| 1275 KING STREET | | | | | |
| GREENWICH CT 06831 | | | | | |
| | CEG(CAN EX GRP) | FOR JAN 2008 | 1 | PRO | 58.00 |
| | | FOR FEB 2008 | 1 | PRO | 58.00 |
| | | FOR MAR 2008 | 1 | PRO | 58.00 |
| | | FOR APR 2008 | 1 | PRO | 58.00 |
| | | FOR MAY 2008 | 1 | PRO | 58.00 |
| | | \* SUB-TOTAL \* | | | 510.00 |
| LEHMAN BROTHERS INC. | | | | | |
| IMAGE PROCESSING SYSTEMS | | | | | |
| P.O. BOX 2397 | | | | | |
| SEACAUCUS NJ 07094 | | | | | |
| | - ADJUSTMENT - | | | | 232.00 CR |
| | CR BL60600002 WEINTRAUB 2 CEG | | | | |
| | - ADJUSTMENT - | | | | 232.00 CR |
| | CR BD420586495 WEINTRAUB 2CEG | | | | |
| | \* SUB-TOTAL \* | | | | 464.00 CR |
| STANDARD PACIFIC CAPITAL LLC | | | | | |
| 101 CALIFORNIA STREET | | | | | |
| 36TH FLOOR | | | | | |
| SAN FRANCISCO CA 94111 | | | | | |
| | MARKET BY PRICE | IX S 2 ZZ1 | 1 | PRO | 25.00 CR |
| | | REV AUG 2008 | | | |
| | \* SUB-TOTAL \* | | | | 25.00 CR |

** TOTAL AMOUNT DUE **          US $19,899.60

## IMPORTANT NOTICE REGARDING
### EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:          SU810706
ACCOUNT:          SU021790

INVOICE DATE:     30-SEP-2008
INVOICE PERIOD:   SEPTEMBER 2008
PAGE:     5 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___

<u>CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00</u>

SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| HANSBERGER GLOBAL INVESTORS | | | | | |
| 401 EAST LAS OLAS BLVD. | | | | | |
| FORT LAUDRDALE FL 33301 | | | | | |
| | CEG(CAN EX GRP) | TW A6E72584BA | 1 | PRO | 58.00 |
| | MARKET BOOK | TW A6E72584BA | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| EFG CAPITAL INTERNATIONAL COR | | | | | |
| 701 BRICKELL AVENUE | | | | | |
| 9TH FLOOR | | | | | |
| MIAMI FL 33131 | | | | | |
| | CEG(CAN EX GRP) | TW B11FF9F8A2 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW B11FF9F8A2 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| RIDGECREST PARTNERS LP | | | | | |
| 220E 42ND STREET | | | | | |
| 29TH FLOOR | | | | | |
| NEW YORK NY 10017 | | | | | |
| | MARKET BOOK | TW 146B4808DE | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 45.00 |
| WEINTRAUB CAPITAL MANAGEMENT | | | | | |
| 44 MONTGOMERY STREET | | | | | |
| 41ST FLOOR | | | | | |
| SAN FRANSISCO CA 94104 | | | | | |
| | CEG(CAN EX GRP) | BD | 0 | PRO | 0.00 |
| | CEG(CAN EX GRP) | BL | 0 | PRO | 0.00 |
| | CEG(CAN EX GRP) | TW C05345A52C | 2 | PRO | 116.00 |

** TOTAL AMOUNT DUE **     US $19,899.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

*TSX*

```
ATTN MICHAEL PASSANTINO          INVOICE:        SU810706
LEHMAN BROTHERS INC.             ACCOUNT:        SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                    INVOICE DATE:    30-SEP-2008
SEACAUCUS NJ 07094               INVOICE PERIOD:  SEPTEMBER 2008
UNITED STATES                    PAGE:     6 OF 19

                                 ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____    CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                 INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___          SIGNATURE _____
```

***************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| WEINTRAUB CAPITAL MANAGEMENT<br>44 MONTGOMERY STREET<br>41ST FLOOR<br>SAN FRANSISCO CA 94104 | | | | | |
| | MARKET BOOK | TW C05345A52C | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| BLACKROCK ADVISORS LLC<br>1 FINANCIAL CENTER<br>32ND FLOOR<br>BOSTON MA 02111 | | | | | |
| | CEG(CAN EX GRP) | BL 1635350100 | 10 | PRO | 580.00 |
| | CEG(CAN EX GRP) | BL<br>REV JUL 2008 | 2 | PRO | 116.00 CR |
| | | REV AUG 2008 | 2 | PRO | 116.00 CR |
| | MARKET BY PRICE | BL 1635350100 | 2 | PRO | 50.00 |
| | TSXV MKT/PRICE | BL 1635350100 | 3 | PRO | 36.00 |
| | * SUB-TOTAL * | | | | 434.00 |
| BLACKROCK ADVISORS LLC<br>2929 ARCH STREET<br>16TH FLOOR<br>PHILADELPHIA PA 19104 | | | | | |
| | CEG(CAN EX GRP) | BL 1635350102 | 8 | PRO | 464.00 |
| | * SUB-TOTAL * | | | | 464.00 |
| VICTORY CAPITAL MANAGEMENT<br>127 PUBLIC SQUARE<br>19TH FLOOR<br>CLEVELAND OH 44114-130 | | | | | |

```
                           ** TOTAL AMOUNT DUE **      US $19,899.60
```

## IMPORTANT NOTICE REGARDING
## EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

*TSX*

```
ATTN MICHAEL PASSANTINO              INVOICE:      SU810706
LEHMAN BROTHERS INC.                 ACCOUNT:      SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                        INVOICE DATE:   30-SEP-2008
SEACAUCUS NJ 07094                   INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                        PAGE:    7 OF 19
```

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| VICTORY CAPITAL MANAGEMENT | | | | | |
| 127 PUBLIC SQUARE | | | | | |
| 19TH FLOOR | | | | | |
| | CEG(CAN EX GRP) | BL 015830166 | 3 | PRO | 174.00 |
| | * SUB-TOTAL * | | | | 174.00 |
| EAGLE ASSET MGMT | | | | | |
| 880 CARILLON PKWAY | | | | | |
| ST.PETERSBURG FL 33716 | | | | | |
| | CEG(CAN EX GRP) | TW 9657022639 | 5 | PRO | 290.00 |
| | MARKET BOOK | TW 9657022639 | 5 | PRO | 225.00 |
| | * SUB-TOTAL * | | | | 515.00 |
| STEINBERG PRIEST CAPITAL MGMT | | | | | |
| 12 EAST 49TH ST | | | | | |
| SUITE 1202 | | | | | |
| NEW YORK NY 10017 | | | | | |
| | CEG(CAN EX GRP) | BL 059170002 | 6 | PRO | 348.00 |
| | * SUB-TOTAL * | | | | 348.00 |
| HUNTER GLOBAL INVESTORS L.P | | | | | |
| 485 MADISON AVENUE | | | | | |
| 22ND FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 5AB3AA60FD | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 5AB3AA60FD | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |

**  TOTAL AMOUNT DUE  **        US $19,899.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU810706
ACCOUNT:        SU021790

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:     8 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00

****************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| BALYASNY ASSET MANAGEMENT 650 MADISON AVENUE 19TH FLOOR NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 3788945F08 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 3788945F08 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| SUTTONBROOK CAPITAL MGMT LP 598 MADISON AVENUE 6TH FLOOR NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 8A2BB57CBD | 5 | PRO | 290.00 |
| | MARKET BOOK | TW 8A2BB57CBD | 5 | PRO | 225.00 |
| | * SUB-TOTAL * | | | | 515.00 |
| TRELLUS PARTNERS 350 MADISON AVENUE 9TH FLOOR NEW YORK NY 10017 | | | | | |
| | CEG(CAN EX GRP) | TW 8C490F7F4B | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 8C490F7F4B | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| DRAWBRIDGE GLBL MACRO MSTR. 1345 AVENUE OF THE AMERICAS NEW YORK NY 10015 | | | | | |
| | CEG(CAN EX GRP) | TW 057A946AD0 | 6 | PRO | 348.00 |
| | MARKET BOOK | TW 057A946AD0 | 6 | PRO | 270.00 |

** TOTAL AMOUNT DUE **      US $19,899.60

## IMPORTANT NOTICE REGARDING
## EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

```
ATTN MICHAEL PASSANTINO              INVOICE:      SU810706
LEHMAN BROTHERS INC.                 ACCOUNT:      SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                        INVOICE DATE:   30-SEP-2008
SEACAUCUS NJ 07094                   INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                        PAGE:    9 OF 19

                                     ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____  CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                     INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___    SIGNATURE _____
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | | * SUB-TOTAL * | | | 618.00 |
| POLYGON INVESTMENT PARTNERS | | | | | |
| 598 MADISON AVE. | | | | | |
| 14TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW C3736D4008 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW C3736D4008 | 3 | PRO | 135.00 |
| | | * SUB-TOTAL * | | | 309.00 |
| FORTIS INVESTMENTS | | | | | |
| 75 STATE STREET | | | | | |
| BOSTON MA 02109 | | | | | |
| | CEG(CAN EX GRP) | BL 201640245 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 201640246 | 4 | PRO | 232.00 |
| | MARKET BY PRICE | BL 201640246 | 1 | PRO | 25.00 |
| | | * SUB-TOTAL * | | | 315.00 |
| WESLEY CAPITAL | | | | | |
| 717 FIFTH AVENUE | | | | | |
| 14TH FLOOR | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BL 2277010004 | 8 | PRO | 464.00 |
| | | * SUB-TOTAL * | | | 464.00 |
| AMPERE CAPITAL MGMT. LP | | | | | |
| 75 ROCKEFELLER PLAZA | | | | | |
| 27TH FLOOR-IT ROOM | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BL 2477800005 | 1 | PRO | 58.00 |

**                                  ** TOTAL AMOUNT DUE **     US $19,899.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:       SU810706
ACCOUNT:       SU021790

INVOICE DATE:    30-SEP-2008
INVOICE PERIOD:  SEPTEMBER 2008
PAGE:      10 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

SIGNATURE _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | * SUB-TOTAL * | | | | 58.00 |
| TREATY OAK CAPITAL MANAGEMENT | | | | | |
| 301 CONGRESS AVENUE, | | | | | |
| SUITE 520 | | | | | |
| AUSTIN TX 78701 | | | | | |
| | CEG(CAN EX GRP) | TW 545372C505 | 4 | PRO | 232.00 |
| | MARKET BOOK | TW 545372C505 | 4 | PRO | 180.00 |
| | * SUB-TOTAL * | | | | 412.00 |
| CALAMOS ADVISORS LLC | | | | | |
| 2020 CALAMOS COURT | | | | | |
| NAPERVILLE IL 60563 | | | | | |
| | CEG(CAN EX GRP) | BL 084720004 | 1 | PRO | 58.00 |
| | CEG(CAN EX GRP) | BL 084720005 | 5 | PRO | 290.00 |
| | MARKET BOOK | BL 084720004 | 1 | PRO | 45.00 |
| | MARKET BOOK | BL 084720005 | 5 | PRO | 225.00 |
| | * SUB-TOTAL * | | | | 618.00 |
| CALAMOS ASSET MANAGEMENT | | | | | |
| 2020 CALAMOS COURT | | | | | |
| NAPERVILLE IL 60563 | | | | | |
| | CEG(CAN EX GRP) | TW 120168 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 120168 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| DIAMONDBACK CAPITAL MGMT. LLC | | | | | |
| ONE LANDMARK SQUARE | | | | | |
| 15TH FLOOR | | | | | |
| STAMFORD CT 06901 | | | | | |

** TOTAL AMOUNT DUE **          US $19,899.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

| | |
|---|---|
| INVOICE: | SU810706 |
| ACCOUNT: | SU021790 |
| INVOICE DATE: | 30-SEP-2008 |
| INVOICE PERIOD: | SEPTEMBER 2008 |
| PAGE: | 11 OF 19 |

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| DIAMONDBACK CAPITAL MGMT. LLC | | | | | |
| ONE LANDMARK SQUARE | | | | | |
| 15TH FLOOR | | | | | |
| STAMFORD CT 06901 | | | | | |
| | CEG(CAN EX GRP) | TW BABB4D633B | 4 | PRO | 232.00 |
| | MARKET BOOK | TW BABB4D633B | 4 | PRO | 180.00 |
| | * SUB-TOTAL * | | | | 412.00 |
| VANTAGE FOREST PROD. MASTER L | | | | | |
| 5847 SAN FELIPE | | | | | |
| SUITE 1700 | | | | | |
| HOUSTON TX 77057 | | | | | |
| | CEG(CAN EX GRP) | TW 94AC48ACDF | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 94AC48ACDF | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| WEXFORD CAPITAL LLC | | | | | |
| 411 WEST PUTNAM AVENUE | | | | | |
| SUITE #125 | | | | | |
| GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | TW 4D5AB66FDF | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 4D5AB66FDF | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| ANGLIAN COMMODITY FUND LTD. | | | | | |
| 375 PARK AVENUE | | | | | |
| SUITE 2908 | | | | | |
| NEW YORK NY 10152 | | | | | |
| | CEG(CAN EX GRP) | TW A1F4E0D584 | 3 | PRO | 174.00 |

**  ** TOTAL AMOUNT DUE **      US $19,899.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

| | |
|---|---|
| INVOICE: | SU810706 |
| ACCOUNT: | SU021790 |
| INVOICE DATE: | 30-SEP-2008 |
| INVOICE PERIOD: | SEPTEMBER 2008 |
| PAGE: | 12 OF 19 |

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| ANGLIAN COMMODITY FUND LTD.<br>375 PARK AVENUE<br>SUITE 2908<br>NEW YORK NY 10152 | | | | | |
| | MARKET BOOK | TW A1F4E0D584 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| ABDIEL CAPITAL ADVISORS<br>410 PARK AVENUE<br>SUITE #530<br>NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 48F71E7448 | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 48F71E7448 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| RIVEREDGE CAPITAL PARTNERS LL<br>3 WEST MAIN ST.<br>SUITE 301<br>IRVINGTON NY 10533 | | | | | |
| | CEG(CAN EX GRP) | TW 4CDE02485C | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 4CDE02485C | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| MHR MANAGEMENT LLC<br>40 WEST 5TH STREET<br>24TH FLOOR<br>NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 534780002 | 2 | PRO | 116.00 |
| | * SUB-TOTAL * | | | | 116.00 |

** TOTAL AMOUNT DUE **      US $19,899.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

```
ATTN MICHAEL PASSANTINO              INVOICE:         SU810706
LEHMAN BROTHERS INC.                 ACCOUNT:         SU021790
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                        INVOICE DATE:    30-SEP-2008
SEACAUCUS NJ 07094                   INVOICE PERIOD:  SEPTEMBER 2008
UNITED STATES                        PAGE:   13 OF 19

                                     ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____  CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                     INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___  SIGNATURE _____
```

*****************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| STEINBERG ASSET MGMT LLC 12 EAST 49TH STREET NEW YORK NY 10017 | | | | | |
| | CEG(CAN EX GRP) | TW 45350C26EE | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 45350C26EE | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| KSM FINANCIAL INSTRUMENTS JABOTINSKY 7 RAMAT-GAN | | | | | |
| | CEG(CAN EX GRP) | TW 2BF6AA2DF2 | 2 | PRO | 116.00 |
| | CEG(CAN EX GRP) | TW 5EF88FFD4B | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 2BF6AA2DF2 | 2 | PRO | 90.00 |
| | MARKET BOOK | TW 5EF88FFD4B | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 412.00 |
| CATALPA CAPITAL LLC 220 EAST 42ND STREET 39TH FLOOR NEW YORK NY 10017 | | | | | |
| | MARKET BOOK | TW 4C153C551B | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 45.00 |
| WESLEY CAPITAL MGMT LLC 717 FIFTH AVENUE 14TH FLOOR NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | TW 0C2B8C07FE | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 0C2B8C07FE | 1 | PRO | 45.00 |

```
                    ** TOTAL AMOUNT DUE **      US $19,899.60
```

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

---

| | |
|---|---|
| ATTN MICHAEL PASSANTINO | INVOICE:        SU810706 |
| LEHMAN BROTHERS INC. | ACCOUNT:       SU021790 |
| IMAGE PROCESSING SYSTEMS | |
| P.O. BOX 2397 | INVOICE DATE:    30-SEP-2008 |
| SEACAUCUS NJ 07094 | INVOICE PERIOD: SEPTEMBER 2008 |
| UNITED STATES | PAGE:      14 OF 19 |

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

<u>CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00</u>

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | | \* SUB-TOTAL \* | | | 103.00 |
| PLATINUM MANAGEMENT (NY) LLC | | | | | |
| 152 WEST 57TH STREET | | | | | |
| 54TH FLOOR | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | TW 902E0D34CC | 7 | PRO | 406.00 |
| | MARKET BOOK | TW 902E0D34CC | 7 | PRO | 315.00 |
| | | \* SUB-TOTAL \* | | | 721.00 |
| MERCHANTS GATE CAPITAL LP | | | | | |
| 712 FIFTH AVENUE | | | | | |
| 19TH FLOOR | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 7089070001 | 3 | PRO | 174.00 |
| | CEG(CAN EX GRP) | BL 7089070002 | 1 | PRO | 58.00 |
| | | \* SUB-TOTAL \* | | | 232.00 |
| TLP TRADING LLC | | | | | |
| 225 EAST DEERPATH ROAD | | | | | |
| LAKE FOREST IL 60045 | | | | | |
| | CEG(CAN EX GRP) | TW 9A31FD28A5 | 6 | PRO | 348.00 |
| | MARKET BOOK | TW 9A31FD28A5 | 6 | PRO | 270.00 |
| | | \* SUB-TOTAL \* | | | 618.00 |
| NEUBERGER BERMAN LLC | | | | | |
| 605 3RD AVENUE | | | | | |
| NEW YORK NY 10158 | | | | | |
| | CEG(CAN EX GRP) | TW 9A08F5828C | 9 | PRO | 522.00 |
| | MARKET BOOK | TW 9A08F5828C | 8 | PRO | 360.00 |

\*\* TOTAL AMOUNT DUE \*\*        US $19,899.60

<u>IMPORTANT NOTICE REGARDING</u>
<u>EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES</u>

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:          SU810706
ACCOUNT:          SU021790

INVOICE DATE:     30-SEP-2008
INVOICE PERIOD:   SEPTEMBER 2008
PAGE:      15 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

**************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | * SUB-TOTAL * | | | | 882.00 |
| MERCURY GENERAL CORP&AFFILIAT | | | | | |
| 4484 WILSHIRE BOULEVARD | | | | | |
| LOS ANGELES CA 90010 | | | | | |
| | CEG(CAN EX GRP) | TW 979F9ACDE1 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 979F9ACDE1 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| BREEN INVESTORS | | | | | |
| 4400 POST OAK PARKWAY | | | | | |
| SUITE #2200 | | | | | |
| HOUSTON TX 77027 | | | | | |
| | CEG(CAN EX GRP) | TW 7C3D23FD65 | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 7C3D23FD65 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| STELLIAM INVESTMENT MGMT LP | | | | | |
| 31 WEST 52ND STREET | | | | | |
| UNIT #16 | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | TW 6C7901CA0B | 3 | PRO | 174.00 |
| | MARKET BOOK | TW 6C7901CA0B | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| GS INVESTMENT STRATEGIES LLC | | | | | |
| 85 BROAD STREET | | | | | |
| NEW YORK NY 10004 | | | | | |
| | CEG(CAN EX GRP) | TW 3FA6CC84D9 | 21 | PRO | 1,218.00 |
| | MARKET BOOK | TW 3FA6CC84D9 | 21 | PRO | 945.00 |

** TOTAL AMOUNT DUE **      US $19,899.60

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

**Please remit to:**
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU810706
ACCOUNT:        SU021790

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:    16 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

*******************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | * SUB-TOTAL * | | | | 2,163.00 |
| OPCO DISTRESSED ADVISERS, LLC | | | | | |
| 125 BROAD STREET | | | | | |
| 15TH FLOOR | | | | | |
| NEW YORK NY 10004 | | | | | |
| | CEG(CAN EX GRP) | TW 7DEE13B960 | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 7DEE13B960 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 206.00 |
| SARACEN ENERGY LP | | | | | |
| FIVE GREENWAY PLAZA | | | | | |
| SUITE 1310 | | | | | |
| HOUSTON TX 77046 | | | | | |
| | CEG(CAN EX GRP) | TW DA4E724AE6 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW DA4E724AE6 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| MKM PARTNERS LLC | | | | | |
| ONE SOUND SHORE DRIVE | | | | | |
| 3RD FLOOR | | | | | |
| GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | TW B6715BBC62 | 3 | PRO | 174.00 |
| | MARKET BOOK | TW B6715BBC62 | 3 | PRO | 135.00 |
| | * SUB-TOTAL * | | | | 309.00 |
| D5 ADVISORS LLC | | | | | |
| 46-62 SOUTHFIELD AVENUE | | | | | |
| SUITE 200 | | | | | |
| STAMFORD CT 06902 | | | | | |

** TOTAL AMOUNT DUE **        US $19,899.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

---

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU810706
ACCOUNT:        SU021790

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:    17 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| D5 ADVISORS LLC<br>46-62 SOUTHFIELD AVENUE<br>SUITE 200<br>STAMFORD CT 06902 | | | | | |
| | CEG(CAN EX GRP) | TW 4BD7D41015 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 4BD7D41015 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| EJF CAPITAL LLC<br>2107 WILSON BOULEVARD<br>SUITE 410<br>ARLINGTON VA 22201 | | | | | |
| | CEG(CAN EX GRP) | TW 53AB332453 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 53AB332453 | 1 | PRO | 45.00 |
| | * SUB-TOTAL * | | | | 103.00 |
| EVA ADVISERS LLC<br>120 FIFTH AVENUE<br>SUITE 600<br>NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | TW 65F5FF282E | 0 | PRO | 0.00 |
| | * SUB-TOTAL * | | | | 0.00 |
| BAM CAPITAL, LLC<br>44 WALL STREET<br>SUITE 1603<br>NEW YORK NY 10005 | | | | | |
| | CEG(CAN EX GRP) | TW BA744C36D3 | 1 | PRO | 58.00 |
| | MARKET BOOK | TW BA744C36D3 | 1 | PRO | 45.00 |

** TOTAL AMOUNT DUE **        US $19,899.60

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

TSX

# Invoice

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU810706
ACCOUNT:        SU021790

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:     18 OF 19

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00**

*************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | | * SUB-TOTAL * | | | 103.00 |
| SENTINEL TRUST COMPANY | | | | | |
| 2001 KIRBY DRIVE | | | | | |
| SUITE 1210 | | | | | |
| HOUSTON TX 77019 | | | | | |
| | CEG(CAN EX GRP) | TW 1218526A9C | 1 | PRO | 58.00 |
| | MARKET BOOK | TW 1218526A9C | 1 | PRO | 45.00 |
| | | * SUB-TOTAL * | | | 103.00 |
| RAMSEY QUANTITATIVE SYSTEMS | | | | | |
| 1515 ORMSBY STATION CT | | | | | |
| LOUISVILLE KY 40223 | | | | | |
| | CEG(CAN EX GRP) | TW 269591536C | 2 | PRO | 116.00 |
| | MARKET BOOK | TW 269591536C | 2 | PRO | 90.00 |
| | | * SUB-TOTAL * | | | 206.00 |
| | | * PRE TAX TOTAL * | | | 18,952.00 |
| GST# 10525 5327 RT | | * TOTAL GST DUE * | | | 947.60 |
| | | ** TOTAL AMOUNT DUE ** | | | US $19,899.60 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:   BL=BLOOMBERG;      TW=TOWNSEND;       BD=BRIDGE;
            IX=ILX SYSTEM;
USE:   PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS INC.
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SEACAUCUS NJ 07094
UNITED STATES

INVOICE:        SU810706
ACCOUNT:        SU021790

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:    19 OF 19

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T



**tsx** group

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

| | |
|---|---|
| STATEMENT AS OF | 09/30/08 |
| CUSTOMER # | 9989 |
| LOCATION # | SU7959 |
| PAGE NO | 1 |

LEHMAN BROTHERS
70 HUDSON STREET
10TH FLOOR
JERSEY CITY , NJ   07302
USA

| | |
|---|---|
| STATEMENT AS OF | 09/30/08 |
| CUSTOMER # | 9989 |
| LOCATION # | SU7959 |
| PAGE NO | 1 |

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT | INVOICE NUMBER | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 04/30/08 | INV | SU790172 | USD | 45,031.60 | 45,031.60 | SU790172 | 45,031.60 |
| 08/31/08 | INV | SU806622 | USD | 43,930.43 | 43,930.43 | SU806622 | 43,930.43 |
| 09/30/08 | INV | SU810505 | USD | 45,962.18 | 45,962.18 | SU810505 | 45,962.18 |



TERMS: NET 30 DAYS
SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 89,892 61 | 0.00 | 0.00 | 0.00 | 45,031.60 | 134,924.21 |

PLEASE PAY THIS AMOUNT        134,924.21

PLEASE PAY
THIS AMOUNT     134,924.21 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

```
ATTN MICHAEL LI                      INVOICE:        SU810505
LEHMAN BROTHERS INC.                 ACCOUNT:        SU007959
70 HUDSON STREET
10TH FLOOR                           INVOICE DATE:   30-SEP-2008
JERSEY CITY NJ 07302                 INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                        PAGE:    1 OF 12

                                     ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # -------------------------     CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                     INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____ / _____

CVC NUMBER  ____ ____ ____ ____      SIGNATURE ----------------------------
```

**************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| 555 CALIFORNIA STREET | | | | | |
| 30TH FLOOR | | | | | |
| SAN FRANCISCO CA 94104 | | | | | |
| | CEG(CAN EX GRP) | RU US38169 | 2 PRO | | 80.00 |
| | | REV AUG 2008 | 1 PRO | | 40.00 CR |
| | | FOR AUG 2008 | 2 PRO | | 80.00 |
| | CEG(CAN EX GRP) | TW F0B36A3132 | 1 PRO | | 40.00 |
| | | FOR AUG 2008 | 1 PRO | | 40.00 |
| | MARKET BOOK | TW F0B36A3132 | 1 PRO | | 45.00 |
| | | FOR AUG 2008 | 1 PRO | | 45.00 |
| | * SUB-TOTAL * | | | | 290.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 190 SOUTH LASALLE STREET | | | | | |
| CHICAGO IL 60603 | | | | | |
| | CEG(CAN EX GRP) | BL 040050006 | 1 PRO | | 40.00 |
| | CEG(CAN EX GRP) | BL 040053732 | 1 PRO | | 40.00 |
| | * SUB-TOTAL * | | | | 80.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 101 HUDSON STREET | | | | | |
| 28TH FLOOR | | | | | |
| JERSEY CITY NJ 07302 | | | | | |
| | CEG(CAN EX GRP) | RU US49977 | 1 PRO | | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |

```
                    ** TOTAL AMOUNT DUE **          US $45,962.18
```

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:          SU810505
ACCOUNT:          SU007959

INVOICE DATE:     30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:      2 OF 12

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___          SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. GERTRUDIS ECHENIQUE 130 OF. 1 SANTIAGO | | | | | |
| | CEG(CAN EX GRP) | RU CL0068 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. 260 FRANKLIN STREET 14TH FLOOR BOSTON MA 02110 | | | | | |
| | CEG(CAN EX GRP) | BL 040053713 | 4 | PRO | 160.00 |
| | * SUB-TOTAL * | | | | 160.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 101 HUDSON STREET JERSEY CITY NJ 07302 | | | | | |
| | CEG(CAN EX GRP) | DM 0054908531 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. 1111 BRICKELL AVENUE 12TH FLOOR - SUITE 1200 MIAMI FL 33131 | | | | | |
| | CEG(CAN EX GRP) | BL 040050317 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 399 PARK AVENUE | | | | | |

** TOTAL AMOUNT DUE **          US $45,962.18

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

```
ATTN MICHAEL LI                          INVOICE:        SU810505
LEHMAN BROTHERS INC.                     ACCOUNT:        SU007959
70 HUDSON STREET
10TH FLOOR                               INVOICE DATE:   30-SEP-2008
JERSEY CITY NJ 07302                     INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                            PAGE:      3 OF 12

                                         ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ........ _____          CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                          INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____/ _____

CVC NUMBER  ___ ___ ___ ___    SIGNATURE _____
```

****************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 399 PARK AVENUE | | | | | |
| NEW YORK NY 00000 | | | | | |
| | CEG(CAN EX GRP) | DM 0054909043 | 2 | PRO | 80.00 |
| | * SUB-TOTAL * | | | | 80.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 745 SEVENTH AVENUE | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BD T39266321 | 3 | PRO | 120.00 |
| | CEG(CAN EX GRP) | BL 040050358 | 83 | PRO | 3,320.00 |
| | CEG(CAN EX GRP) | BL 040053729 | 58 | PRO | 2,320.00 |
| | MARKET BY PRICE | BL 040050358 | 6 | PRO | 150.00 |
| | MARKET BY PRICE | BL 040053729 | 5 | PRO | 125.00 |
| | MARKET BOOK | BL 040050358 | 9 | PRO | 405.00 |
| | MARKET BOOK | BL 040053729 | 16 | PRO | 720.00 |
| | CEG(CAN EX GRP) | IX LHM NBN | 38 | PRO | 1,520.00 |
| | CEG(CAN EX GRP) | TW 151053 | 32 | PRO | 1,280.00 |
| | | REV AUG 2008 | 29 | PRO | 1,160.00 CR |
| | | FOR AUG 2008 | 32 | PRO | 1,280.00 |
| | MARKET BOOK | TW 151053 | 32 | PRO | 1,440.00 |
| | | REV AUG 2008 | 29 | PRO | 1,305.00 CR |
| | | FOR AUG 2008 | 32 | PRO | 1,440.00 |
| | * SUB-TOTAL * | | | | 11,655.00 |

```
                    ** TOTAL AMOUNT DUE **           US $45,962.18
```

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

```
ATTN MICHAEL LI                    INVOICE:        SU810505
LEHMAN BROTHERS INC.               ACCOUNT:        SU007959
70 HUDSON STREET
10TH FLOOR                         INVOICE DATE:   30-SEP-2008
JERSEY CITY NJ 07302               INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                      PAGE:   4 OF 12

                                   ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____ CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                   INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___         SIGNATURE _____
*********************************************************************************
```

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 745, 7TH AVENUE | | | | | |
| NEW YORK NY | | | | | |
| | CEG(CAN EX GRP) | DM 0054903271 | 105 | PRO | 4,200.00 |
| | TSXV MKT/ORDER | DM 0054903271 | 13 | PRO | 97.50 |
| | MARKET BY PRICE | DM 0054903271 | 13 | PRO | 325.00 |
| | TSXV MKT/PRICE | DM 0054903271 | 13 | PRO | 156.00 |
| | MARKET BOOK | DM 0054903271 | 23 | PRO | 1,035.00 |
| | ALGO LEVEL 2 | DM 0054900180 | 1 | INF | 3,000.00 |
| | TL1/CL1 FEED | RU US44696 | 2 | INF | 600.00 |
| | TL2/CL2 FEED | RU US44696 | 2 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 10,013.50 |
| LEHMAN BROTHERS INC. | | | | | |
| 399 PARK AVENUE | | | | | |
| FLOORS 5, 6, AND 15 | | | | | |
| NEW YORK NY 10022 | | | | | |
| | CEG(CAN EX GRP) | BD SAXPPK1700 | 26 | PRO | 1,040.00 |
| | CEG(CAN EX GRP) | BL 040050353 | 21 | PRO | 840.00 |
| | MARKET BY PRICE | BL 040050353 | 3 | PRO | 75.00 |
| | MARKET BOOK | BL 040050353 | 5 | PRO | 225.00 |
| | CEG(CAN EX GRP) | RU US53920 | 10 | PRO | 400.00 |
| | CEG(CAN EX GRP) | TW 6929781675 | 2 | PRO | 80.00 |
| | MARKET BOOK | TW 6929781675 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 2,750.00 |

```
                    ** TOTAL AMOUNT DUE **         US $45,962.18
```

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU810505
ACCOUNT:        SU007959

INVOICE DATE:    30-SEP-2008
INVOICE PERIOD:  SEPTEMBER 2008
PAGE:      5 OF 12

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

*****************************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 25 BANK STREET, CANARY WHARF LONDON  E14 | | | | | |
| | CEG(CAN EX GRP) | DM 0054909878 | 40 | PRO | 1,600.00 |
| | TL1/CL1 FEED | RF UK66070 | 4 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 2,200.00 |
| LEHMAN BROTHERS INC. 25 BANK STREET LONDON  E14 5NQ | | | | | |
| | CEG(CAN EX GRP) | BL 040050415 | 25 | PRO | 1,000.00 |
| | MARKET BY PRICE | BL 040050415 | 4 | PRO | 100.00 |
| | MARKET BOOK | BL 040050415 | 1 | PRO | 45.00 |
| | CEG(CAN EX GRP) | TW E54812B863 | 2 | PRO | 80.00 |
| | MARKET BOOK | TW E54812B863 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 1,315.00 |
| LEHMAN BROTHERS INC. RE: INTERNAL DISTRIBUTION 70 HUDSON STREET JERSEY CITY NJ 07302 | | | | | |
| | CEG(CAN EX GRP) | DM 0054905030 | 5 | PRO | 200.00 |
| | MARKET BOOK | DM 0054905030 | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 290.00 |

** TOTAL AMOUNT DUE **        US $45,962.18

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

*TSX*

# Invoice

```
ATTN MICHAEL LI                    INVOICE:        SU810505
LEHMAN BROTHERS INC.               ACCOUNT:        SU007959
70 HUDSON STREET
10TH FLOOR                         INVOICE DATE:   30-SEP-2008
JERSEY CITY NJ 07302               INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                      PAGE:     6 OF 12
```

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___     SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 3 NUTMEG LANE, GBL SWITCH HSE | | | | | |
| EAST INDIA DOCK | | | | | |
| LONDON   E14 2AX | | | | | |
| | TL1/CL1 FEED | RF UK61551 | 4 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 600.00 |
| | | | | | |
| LEHMAN BROTHERS INC. | | | | | |
| RE:  INTERNAL DISTRIBUTION | | | | | |
| 2 PEACH TREE ROAD | | | | | |
| LIVINGSTON NJ 07039 | | | | | |
| | TL1/CL1 FEED | RU US51007 | 2 | INF | 600.00 |
| | TL2/CL2 FEED | RU US51007 | 2 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 1,200.00 |
| | | | | | |
| LEHMAN BROTHERS JAPAN INC. | | | | | |
| 6-10-1 ROPPONGI | | | | | |
| PONGI HILLS, MORI TOWER 30F | | | | | |
| MINATO-KU | | | | | |
| TOKYO   106-6131 | | | | | |
| | CEG(CAN EX GRP) | BL 040053386 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| | | | | | |
| LEHMAN BROTHERS INC. | | | | | |
| 1301 AVENUE OF THE AMERICAS | | | | | |
| NEW YORK NY 10019 | | | | | |
| | CEG(CAN EX GRP) | BL 040053650 | 1 | PRO | 40.00 |
| | MARKET BOOK | BL 040053650 | 1 | PRO | 45.00 |

**\*\* TOTAL AMOUNT DUE \*\***     US $45,962.18

---

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.

If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

| | |
|---|---|
| ATTN MICHAEL LI<br>LEHMAN BROTHERS INC.<br>70 HUDSON STREET<br>10TH FLOOR<br>JERSEY CITY NJ 07302<br>UNITED STATES | INVOICE:        SU810505<br>ACCOUNT:        SU007959<br><br>INVOICE DATE:   30-SEP-2008<br>INVOICE PERIOD: SEPTEMBER 2008<br>PAGE:    7 OF 12 |

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

CVC NUMBER ___ ___ ___ ___    SIGNATURE _____

CARD EXPIRY DATE _____/_____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| | | * SUB-TOTAL * | | | 85.00 |
| LEHMAN BROTHERS INC.<br>10520 CONSTELLATION BLVD.<br>CONSTELLATION PLACE<br>25TH FLOOR<br>LOS ANGELES CA 90067 | | | | | |
| | CEG(CAN EX GRP) | BL 040053667 | 2 PRO | | 80.00 |
| | | * SUB-TOTAL * | | | 80.00 |
| LEHMAN BROTHERS INC.<br>RE: INTERNAL DISTRIBUTION<br>1301 AVE OF THE AMERICAS<br>NEW YORK NY 10021 | | | | | |
| | CEG(CAN EX GRP) | DM 0054909137 | 15 PRO | | 600.00 |
| | | * SUB-TOTAL * | | | 600.00 |
| LEHMAN BROTHERS INC.<br>3414 PEACHTREE ROAD<br>2ND FLOOR<br>ATLANTA GA 30326 | | | | | |
| | CEG(CAN EX GRP) | RU US50202 | 2 PRO | | 80.00 |
| | | * SUB-TOTAL * | | | 80.00 |
| LEHMAN BROTHERS INC.<br>50 BROADWAY<br>NEW YORK NY 10014 | | | | | |
| | CEG(CAN EX GRP) | BL 040053924 | 2 PRO | | 80.00 |
| | MARKET BOOK | BL 040053924 | 2 PRO | | 90.00 |
| | | * SUB-TOTAL * | | | 170.00 |

** TOTAL AMOUNT DUE **        US $45,962.18

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

---

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU810505
ACCOUNT:        SU007959

INVOICE DATE:    30-SEP-2008
INVOICE PERIOD:  SEPTEMBER 2008
PAGE:    8 OF 12

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___    SIGNATURE _____

<u>CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00</u>

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 85 TENTH AVENUE | | | | | |
| NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | DM 0054907542 | 2 | PRO | 80.00 |
| | MARKET BY PRICE | DM 0054907542 | 2 | PRO | 50.00 |
| | TSXV MKT/PRICE | DM 0054907542 | 2 | PRO | 24.00 |
| | MARKET BOOK | DM 0054907542 | 2 | PRO | 90.00 |
| | TSXV MKT. BOOK | DM 0054907542 | 2 | PRO | 46.00 |
| | TL1/CL1 FEED | RU US45551 | 2 | INF | 600.00 |
| | TL1/CL1 DIRECT | SA NYSE070008 | 1 | INF | 1,000.00 |
| | SFTI L1 CONN. | SA | 1 | INF | 400.00 |
| | SFTI L2 CONNECT | SA | 1 | INF | 600.00 |
| | TL2/CL2 DIRECT | SA NYSE070008 | 1 | INF | 1,500.00 |
| | \* SUB-TOTAL \* | | | | 4,390.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| WINCHESTER BUILDING, OFF HIGH | | | | | |
| HIRANANDANI BUSINESS PARK, PO | | | | | |
| MUMBAI  400076 | | | | | |
| | CEG(CAN EX GRP) | DM 0054901165 | 4 | PRO | 160.00 |
| | TL1/CL1 FEED | RU IN41386 | 2 | INF | 600.00 |
| | FOR AUG 2008 | | 2 | INF | 600.00 |
| | \* SUB-TOTAL \* | | | | 1,360.00 |

** TOTAL AMOUNT DUE **          US $45,962.18

<u>IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES</u>

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU810505
ACCOUNT:        SU007959

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:   9 OF 12

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____/_____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INTERNATIONAL | | | | | |
| TAL STRASSE 82 | | | | | |
| ZURICH  8001 | | | | | |
| | CEG(CAN EX GRP) | BL 040050230 | 3 | PRO | 120.00 |
| | * SUB-TOTAL * | | | | 120.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 125 HIGH STREET | | | | | |
| BOSTON MA 02110-270 | | | | | |
| | CEG(CAN EX GRP) | TW 17B22CF835 | 2 | PRO | 80.00 |
| | FOR AUG 2008 | | 2 | PRO | 80.00 |
| | MARKET BOOK | TW 17B22CF835 | 2 | PRO | 90.00 |
| | FOR AUG 2008 | | 2 | PRO | 90.00 |
| | * SUB-TOTAL * | | | | 340.00 |
| LEHMAN BROTHERS JAPAN INC. | | | | | |
| RE:INTERNAL DISTRIBUTION | | | | | |
| 6-10-1 ROPPONGI | | | | | |
| 31F ROPPONGI HILLS MORI TOWER | | | | | |
| MINATO-KU  106-6131 | | | | | |
| | ANA LEVEL 1 | DM 0054906278 | 1 | INF | 1,000.00 |
| | CEG(CAN EX GRP) | DM 0054906278 | 2 | PRO | 80.00 |
| | TL1/CL1 FEED | RU JP19075 | 2 | INF | 600.00 |
| | * SUB-TOTAL * | | | | 1,680.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 8 SOUND SHORE DRIVE | | | | | |
| SUITE #302 | | | | | |
| GREENWICH CT 06830 | | | | | |

** TOTAL AMOUNT DUE **        US $45,962.18

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

```
ATTN MICHAEL LI                      INVOICE:        SU810505
LEHMAN BROTHERS INC.                 ACCOUNT:        SU007959
70 HUDSON STREET
10TH FLOOR                           INVOICE DATE:   30-SEP-2008
JERSEY CITY NJ 07302                 INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                        PAGE:    10 OF 12
```

( ) VISA  ( ) MASTERCARD  ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___   SIGNATURE _____
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| 8 SOUND SHORE DRIVE | | | | | |
| SUITE #302 | | | | | |
| GREENWICH CT 06830 | | | | | |
| | CEG(CAN EX GRP) | BL 040053897 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |
| LEHMAN BROTHERS INC. | | | | | |
| RE: INTERNAL DISTRIBUTION | | | | | |
| 27 COMMERCE | | | | | |
| CRANFORD NJ 07090 | | | | | |
| | CEG(CAN EX GRP) | DM 0054905864 | 2 | PRO | 80.00 |
| | MARKET BY PRICE | DM 0054905864 | 2 | PRO | 50.00 |
| | TSXV MKT/PRICE | DM 0054905864 | 2 | PRO | 24.00 |
| | MARKET BOOK | DM 0054905864 | 2 | PRO | 90.00 |
| | TSXV MKT. BOOK | DM 0054905864 | 2 | PRO | 46.00 |
| | TL1/CL1 DIRECT | SA NYSE070006 | 1 | INF | 1,000.00 |
| | SFTI L1 CONN. | SA | 1 | INF | 400.00 |
| | SFTI L2 CONNECT | SA | 1 | INF | 600.00 |
| | TL2/CL2 DIRECT | SA NYSE070006 | 1 | INF | 1,500.00 |
| | * SUB-TOTAL * | | | | 3,790.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 85 10TH AVENUE | | | | | |
| 7TH FLOOR | | | | | |
| NEW YORK NY 10011 | | | | | |
| | CEG(CAN EX GRP) | BL 040050387 | 1 | PRO | 40.00 |
| | * SUB-TOTAL * | | | | 40.00 |

```
              ** TOTAL AMOUNT DUE **        US $45,962.18
```

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

```
ATTN MICHAEL LI                    INVOICE:        SU810505
LEHMAN BROTHERS INC.               ACCOUNT:        SU007959
70 HUDSON STREET
10TH FLOOR                         INVOICE DATE:   30-SEP-2008
JERSEY CITY NJ 07302               INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                      PAGE:     11 OF 12

                                   ( ) VISA ( ) MASTERCARD ( ) AMEX
```

CARD # _____    CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                          INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE _____/ _____

CVC NUMBER ___ ___ ___ ___      SIGNATURE _____

**********************************************************************

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| 7 PLACE D'IENA | | | | | |
| PARIS   75116 | | | | | |
| | CEG(CAN EX GRP) | BL 040053903 | 4 | PRO | 160.00 |
| | | * SUB-TOTAL * | | | 160.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 11 WALL STREET | | | | | |
| NEW YORK   10005 | | | | | |
| | CEG(CAN EX GRP) | BD T672433806 | 1 | PRO | 40.00 |
| | | FOR AUG 2008 | 1 | PRO | 40.00 |
| | MARKET BY PRICE | BD T672433806 | 1 | PRO | 25.00 |
| | | FOR AUG 2008 | 1 | PRO | 25.00 |
| | MARKET BOOK | BD T672433806 | 1 | PRO | 45.00 |
| | | FOR AUG 2008 | 1 | PRO | 45.00 |
| | | * SUB-TOTAL * | | | 220.00 |
| LEHMAN BROTHERS INC. | | | | | |
| 42 BROOK STREET | | | | | |
| LONDON   W1K 5DB | | | | | |
| | CEG(CAN EX GRP) | BL | 4 | PRO | 160.00 CR |
| | | REV JUL 2008 | | | |
| | | REV AUG 2008 | 4 | PRO | 160.00 CR |
| | | * SUB-TOTAL * | | | 320.00 CR |
| LEHMAN BROTHERS INC. | | | | | |
| 8 FINANCE STREET | | | | | |
| 26/F, TWO INTERNATIONAL FINAN | | | | | |
| E CTR | | | | | |
| HONG KONG | | | | | |

                          ** TOTAL AMOUNT DUE **        US $45,962.18

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

*TSX*

# Invoice

ATTN MICHAEL LI
LEHMAN BROTHERS INC.
70 HUDSON STREET
10TH FLOOR
JERSEY CITY NJ 07302
UNITED STATES

INVOICE:        SU810505
ACCOUNT:        SU007959

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:    12 OF 12

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| LEHMAN BROTHERS INC. | | | | | |
| 8 FINANCE STREET | | | | | |
| 26/F, TWO INTERNATIONAL FINAN | | | | | |
| E CTR | | | | | |
| HONG KONG | | | | | |
| | CEG(CAN EX GRP) | BL 040053489 | 2 PRO | | 80.00 |
| | MARKET BY PRICE | BL 040053489 | 1 PRO | | 25.00 |
| | * SUB-TOTAL * | | | | 105.00 |
| | * PRE TAX TOTAL * | | | | 43,773.50 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 2,188.68 |
| | ** TOTAL AMOUNT DUE ** | | | | US $45,962.18 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    RU=REUTERS;        TW=TOWNSEND;        BL=BLOOMBERG;
             DM=DFMGR;          BD=BRIDGE;          IX=ILX SYSTEM;
             RF=REUTERS UK;     SA=SFTI;
USE:    PRO=PROFESSIONAL;    INF=INTERNAL DATAFEED FLAT FEE;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T



TSX group

|  |  |
|---|---|
| STATEMENT AS OF | 09/30/08 |
| CUSTOMER # | 9989 |
| LOCATION # | SC11738 |
| PAGE NO | 1 |

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2397
SOCAUCUS , NJ   07094
USA

|  |  |
|---|---|
| STATEMENT AS OF | 09/30/08 |
| CUSTOMER # | 9989 |
| LOCATION # | SC11738 |
| PAGE NO | 1 |

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT | INVOICE NUMBER | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 08/31/08 | INC | SC806575 | CAD | 103.95· | 103.95· | SC806575 | 103.95· |
| 09/30/08 | INV | SC810460 | CAD | 636.30 | 636.30 | SC810460 | 636.30 |



TERMS: NET 30 DAYS
SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN CAD

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 532.35 | 0.00 | 0.00 | 0.00 | 0.00 | 532.35 |

PLEASE PAY THIS AMOUNT        532.35

PLEASE PAY
THIS AMOUNT        532.35 CAD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

--------------------------------------------------------------------------------

```
ATTN MICHAEL PASSANTINO              INVOICE:          SC810460
LEHMAN BROTHERS, INC                 ACCOUNT:          SC011738
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397                        INVOICE DATE:    30-SEP-2008
SOCAUCUS NJ 07094                    INVOICE PERIOD:  SEPTEMBER 2008
UNITED STATES                        PAGE:     1 OF 2

                                     ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # ------------------------------    CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                         INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE  ------ / ------

CVC NUMBER  ---- ---- ---- ----      SIGNATURE -----------------------------------
*****************************************************************************
SERVICE LOCATION    PRODUCT          SUPPLIER/ACCT   UNITS    USE   AMOUNT
-------------------------            ----------------------------------------
RBC DOMINION SECURITIES INC.
ROYAL TRUST TOWER
PO BOX 7500
STATION A
TORONTO ON M5W 1P9
         MARKET BOOK       TW 8FD013FC57         5 PRO        250.00
         TSX INFO FEE      TW 8FD013FC57         5 PRO        215.00
                 * SUB-TOTAL *                                465.00

GE ASSET MANAGEMENT CANADA
1 PLACE VILLE MARIE
MONTREAL PQ H3B 2B2
         MARKET BY PRICE   BL 013220068         1 PRO         30.00
         TSX INFO FEE      BL 013220068         2 PRO         86.00
         TSXV INFO FEE     BL 013220068         1 PRO         25.00
                 * SUB-TOTAL *                               141.00

                 * PRE TAX TOTAL *                           606.00

   GST# 10525 5327 RT     * TOTAL GST DUE *                   30.30

                 ** TOTAL AMOUNT DUE **             CAN $636.30
```

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    TW=TOWNSEND;        BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS, INC
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SOCAUCUS NJ 07094
UNITED STATES

INVOICE:          SC810460
ACCOUNT:          SC011738

INVOICE DATE:     30-SEP-2008
INVOICE PERIOD:   SEPTEMBER 2008
PAGE:             2 OF 2

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___        SIGNATURE _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# STATEMENT OF ACCOUNT



**TSX** group

|  |  |
|--|--|
| STATEMENT AS OF | 09/30/08 |
| CUSTOMER # | 9989 |
| LOCATION # | SC11738 |
| PAGE NO | 1 |

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
IMAGE PROCESSING SYSTEMS
PO BOX 2397
SOCAUCUS , NJ   07094
USA

|  |  |
|--|--|
| STATEMENT AS OF | 09/30/08 |
| CUSTOMER # | 9989 |
| LOCATION # | SC11738 |
| PAGE NO | 1 |

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT | INVOICE NUMBER | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 08/31/08 | INC | SC806575 | CAD | 103.95- | 103.95- | SC806575 | 103.95- |
| 09/30/08 | INV | SC810460 | CAD | 636.30 | 636.30 | SC810460 | 636.30 |



TERMS: NET 30 DAYS
SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN CAD

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 532.35 | 0.00 | 0.00 | 0.00 | 0.00 | 532.35 |

PLEASE PAY THIS AMOUNT          532.35

PLEASE PAY
THIS AMOUNT          532.35 CAD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

--------------------------------------------------------------------------------

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS, INC
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SOCAUCUS NJ 07094
UNITED STATES

INVOICE:        SC810460
ACCOUNT:        SC011738

INVOICE DATE:   30-SEP-2008
INVOICE PERIOD: SEPTEMBER 2008
PAGE:     1 OF 2

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # -----------------------------------

CARD EXPIRY DATE _____ / _____

CVC NUMBER ____ ____ ____ ____        SIGNATURE -------------------------------------

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| SERVICE LOCATION | PRODUCT | SUPPLIER/ACCT | UNITS | USE | AMOUNT |
|---|---|---|---|---|---|
| RBC DOMINION SECURITIES INC. | | | | | |
| ROYAL TRUST TOWER | | | | | |
| PO BOX 7500 | | | | | |
| STATION A | | | | | |
| TORONTO ON M5W 1P9 | | | | | |
| | MARKET BOOK | TW 8FD013FC57 | 5 | PRO | 250.00 |
| | TSX INFO FEE | TW 8FD013FC57 | 5 | PRO | 215.00 |
| | * SUB-TOTAL * | | | | 465.00 |
| GE ASSET MANAGEMENT CANADA | | | | | |
| 1 PLACE VILLE MARIE | | | | | |
| MONTREAL PQ H3B 2B2 | | | | | |
| | MARKET BY PRICE | BL 013220068 | 1 | PRO | 30.00 |
| | TSX INFO FEE | BL 013220068 | 2 | PRO | 86.00 |
| | TSXV INFO FEE | BL 013220068 | 1 | PRO | 25.00 |
| | * SUB-TOTAL * | | | | 141.00 |
| | * PRE TAX TOTAL * | | | | 606.00 |
| GST# 10525 5327 RT | * TOTAL GST DUE * | | | | 30.30 |
| | ** TOTAL AMOUNT DUE ** | | | | CAN $636.30 |

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:    TW=TOWNSEND;        BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

**IMPORTANT NOTICE REGARDING
EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# Invoice

TSX

ATTN MICHAEL PASSANTINO
LEHMAN BROTHERS, INC
IMAGE PROCESSING SYSTEMS
P.O. BOX 2397
SOCAUCUS NJ 07094
UNITED STATES

INVOICE:        SC810460
ACCOUNT:        SC011738

INVOICE DATE:    30-SEP-2008
INVOICE PERIOD:  SEPTEMBER 2008
PAGE:      2 OF 2

( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # _____

CARD EXPIRY DATE _____ / _____

CVC NUMBER ___ ___ ___ ___       SIGNATURE _____

**CREDIT CARD PAYMENTS ONLY ACCEPTED FOR INVOICES LESS THAN $10,000.00**

*********************************************************************************

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

## IMPORTANT NOTICE REGARDING
### EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T



TSX group

STATEMENT AS OF  09/30/08
CUSTOMER #        9989
LOCATION #        SU20900
PAGE NO           1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS
27 COMMERCE DRIVE
CRANFORD NJ   07016
USA

STATEMENT AS OF  09/30/08
CUSTOMER #        9989
LOCATION #        SU20900
PAGE NO           1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT | INVOICE NUMBER | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 12/31/07 | INV | SU776677 | USD | 54.00 | 54.00 | SU776677 | 54.00 |
| 01/31/08 | INV | SU781585 | USD | 58.00 | 58.00 | SU781585 | 58.00 |
| 02/29/08 | INV | SU785227 | USD | 58.00 | 58.00 | SU785227 | 58.00 |
| 03/31/08 | INV | SU788849 | USD | 58.00 | 58.00 | SU788849 | 58.00 |
| 04/30/08 | INV | SU792933 | USD | 60.90 | 60.90 | SU792933 | 60.90 |
| 05/31/08 | INV | SU796708 | USD | 60.90 | 60.90 | SU796708 | 60.90 |
| 06/30/08 | INV | SU800526 | USD | 60.90 | 60.90 | SU800526 | 60.90 |
| 07/31/08 | INV | SU805071 | USD | 60.90 | 60.90 | SU805071 | 60.90 |
| 08/31/08 | INV | SU808885 | USD | 60.90 | 60.90 | SU808885 | 60.90 |
| 09/30/08 | INV | SU812720 | USD | 60.90 | 60.90 | SU812720 | 60.90 |



TERMS: NET 30 DAYS
SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 121.80 | 0.00 | 60.90 | 60.90 | 349.80 | 593.40 |

PLEASE PAY THIS AMOUNT          593.40

PLEASE PAY
THIS AMOUNT        593.40 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ATTN ACCOUNTS PAYABLE              INVOICE:        SU812720
LEHMAN BROTHERS INC.               ACCOUNT:        SU020900
27 COMMERCE DRIVE
CRANFORD NJ 07016                  INVOICE DATE:   30-SEP-2008
UNITED STATES                      INVOICE PERIOD: SEPTEMBER 2008
                                   PAGE:     1 OF 1

                                   ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # - - - - - - - - - - - - - - - - - - - - - - - -    CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                                          INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE  - - - - - - / - - - - - -

CVC NUMBER  - - -  - - -  - - -        SIGNATURE - - - - - - - - - - - - - - - - - - - - - - - -
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SERVICE LOCATION   PRODUCT            SUPPLIER/ACCT  UNITS   USE   AMOUNT
- - - - - - - - - - - - - - - - - -
LEHMAN BROTHERS INC.
27 COMMERCE DRIVE
CRANFORD NJ 07016
              CEG(CAN EX GRP)  BL 040053891        1 PRO      58.00
                         * SUB-TOTAL *                        58.00

                         * PRE TAX TOTAL *                    58.00

    GST# 10525 5327 RT   * TOTAL GST DUE *                     2.90

                         ** TOTAL AMOUNT DUE **       US $60.90
```

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:   BL=BLOOMBERG;
USE:    PRO=PROFESSIONAL;

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

**IMPORTANT NOTICE REGARDING**
**EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES**

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2

# S T A T E M E N T   O F   A C C O U N T



**TSX** group

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

STATEMENT AS OF  09/30/08
CUSTOMER #        9989
LOCATION #        SU17911
PAGE NO           1

LEHMAN BROTHERS
70 HUDSON STREET
10TH FLOOR
JERSEY CITY , NJ   07302
USA

STATEMENT AS OF  09/30/08
CUSTOMER #        9989
LOCATION #        SU17911
PAGE NO           1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT | | INVOICE NUMBER | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|
| 08/31/08 | INV | SU807494 | USD | 928.20 | 928.20 | | SU807494 | 928.20 |
| 09/30/08 | INV | SU811359 | USD | 928.20 | 928.20 | | SU811359 | 928.20 |



TERMS: NET 30 DAYS
SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 1,856.40 | 0.00 | 0.00 | 0.00 | 0.00 | 1,856.40 |

PLEASE PAY THIS AMOUNT          1,856.40

PLEASE PAY
THIS AMOUNT       1,856.40 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT.  SOME OF THE ITEMS ARE NOW PAST DUE
AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY.
SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT
(416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
ATTN MICHAEL LI                    INVOICE:        SU811359
LEHMAN BROTHERS INC.               ACCOUNT:        SU017911
70 HUDSON STREET
10TH FLOOR                         INVOICE DATE:   30-SEP-2008
JERSEY CITY NJ 07302               INVOICE PERIOD: SEPTEMBER 2008
UNITED STATES                      PAGE:     1 OF 1

                                   ( ) VISA ( ) MASTERCARD ( ) AMEX

CARD # - - - - - - - - - - - - - - - - - - - - -    CREDIT CARD PAYMENTS ONLY ACCEPTED FOR
                                                    INVOICES LESS THAN $10,000.00
CARD EXPIRY DATE  - - - - - / - - - - -

CVC NUMBER  - - -  - - -  - - -  - - -     SIGNATURE - - - - - - - - - - - - - - - - - - - - - - -
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
SERVICE LOCATION    PRODUCT        SUPPLIER/ACCT  UNITS   USE   AMOUNT
LEHMAN BROTHERS INC.
FBO: NEUBERGER BERMAN
RE: INTERNAL DISTRIBUTION
111 RIVER STREET
HOBOKEN NJ
              CEG(CAN EX GRP)  DM 0054905965      8 PRO    464.00
              MARKET BY PRICE  DM 0054905965      5 PRO    125.00
              TSXV MKT/PRICE   DM 0054905965      2 PRO     24.00
              MARKET BOOK      DM 0054905965      5 PRO    225.00
              TSXV MKT. BOOK   DM 0054905965      2 PRO     46.00
                               * SUB-TOTAL *              884.00

                               * PRE TAX TOTAL *          884.00

   GST# 10525 5327 RT          * TOTAL GST DUE *           44.20

                               ** TOTAL AMOUNT DUE **   US $928.20

TERMS: NET 30. A 1.5% PER MONTH INTEREST CHARGE
       WILL BE ADDED TO FEES OUTSTANDING AFTER 30 DAYS.

SUPPLIER:  DM=DFMGR;
USE:   PRO=PROFESSIONAL;
```

FINANCE INQUIRIES 416-947-4722, FAX 416-947-4727, E-MAIL ACCOUNTING@TSX.COM
MARKET DATA INQUIRIES 416-947-4778, FAX 416-947-4708,
E-MAIL MARKETDATA@TSXDATALINX.COM
SERVICE CHANGES REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER
ALL SUBSCRIBER CANCELLATIONS REQUIRE A 30 DAY NOTICE SUBMITTED TO YOUR DATA SUPPLIER AND THE
TORONTO STOCK EXCHANGE

## IMPORTANT NOTICE REGARDING
## EFT (ELECTRONIC FUNDS TRANSFER) PAYMENTS - BANK WIRES

When making an EFT payment, details of your remittance **must** be provided to your bank as well as by
email to accounting@tsx.com or fax 416-947-4727.
If you require our banking details to process your EFT payment, please e-mail your request to
accounting@tsx.com.

Please remit to:
**TSX Inc.**
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario
M5X 1J2