# TSX VENTURE EXCHANGE

# MEMBER'S AGREEMENT

In consideration of acceptance by the TSX Venture Exchange, a division of TSX Venture Exchange Inc. (the "Exchange") as a member <u>Lehman Brothers Canada Inc.</u> (the "Member") agrees with the Exchange as follows:

1. In this Agreement, capitalized terms have the meanings assigned to such terms in Rule A1.01 of the Exchange.

2. The Member agrees that it will comply with and be bound by Exchange Requirements that are or may be in force from time to time and of which the Exchange has provided public notice.

3. Without limiting the generality of paragraph 2, the Member agrees:

   a) to obtain prior approval of a change in control as required by Exchange Requirements;

   b) to notify the Exchange prior to changing the recognized Self-Regulatory Organization of which it is a member or ceasing to be a member of a recognized Self-Regulatory Organization;

   c) to provide, or to provide access to, any information or document that the Exchange requests and to cooperate with any review or investigation by or on behalf of the Exchange;

   d) to indemnify the Exchange as provided in the Rules; and

   e) that neither this Agreement nor Member status is transferable or assignable by the Member or its affiliates.

4. The Member submits to the jurisdiction of the Exchange and agrees that Member status may be revoked, terminated or suspended at any time in accordance with Exchange Requirements. If such status is revoked or terminated, the Member agrees to terminate its connection with the Exchange forthwith and to take all steps necessary to dissociate itself from the business and affairs of the Exchange and other Members of the Exchange.

5. This Agreement shall be governed by and construed in accordance with the laws of the Province of Alberta and the laws of Canada applicable therein, without regard to conflicts of law rules.

6. The Member hereby acknowledges that it has expressly required this document and all other documents required or permitted to be given or entered into pursuant hereto to be drawn up in the English language only. Les parties reconnaissent avoir expressement demande que la presente document ainsi que tout autre document a etre ou pouvant etre donne ou conclu en vertu des dispositions des presentes, soit redige en langue anglaise seulement.

Dated at Toronto this 21 day of March, 2007.

Lehman Brothers Canada, Inc.
Name of Member

BY:

_____
Signature

Geoffrey Belsher
Name and title of director, officer or partner

_____
Signature

Les Moskalewicz
Name and title of director, officer or partner

The Exchange hereby accepts the entitiy named above as a Member.

Dated at Toronto this 21st day of August, 2007.

**TSX VENTURE EXCHANGE INC.**

BY:

_____
Signature
President, TSX Markets
Title