# STATEMENT OF ACCOUNT

**TSX group** **TSX**

STATEMENT AS OF 09/24/08
CUSTOMER # 14700
LOCATION # TORONTO2
PAGE NO 1

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON  M5X 1J2

LEHMAN BROTHERS CANADA INC.
BCE PLACE, TD CANADA TRUST TOWER
161 BAY STREET, SUITE 4230
TORONTO , ON  M5J 2S1

STATEMENT AS OF 09/24/08
CUSTOMER # 14700
LOCATION # TORONTO2
PAGE NO 1

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT | INVOICE NUMBER | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 08/31/08 | INV | 000000001093780 | CAD | 53,646.27 | 21,079.16 | 000000001093780 | 21,079.16 |

**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN CAD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 21,079.16 | 0.00 | 0.00 | 0.00 | 0.00 | 21,079.16 |

PLEASE PAY THIS AMOUNT        21,079.16

PLEASE PAY THIS AMOUNT    21,079.16 CAD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT. SOME OF THE ITEMS ARE NOW PAST DUE AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY. SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT (416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

TSX group **TSX**

LEHMAN BROTHERS CANADA INC.
BCE PLACE, TD CANADA TRUST TOWER
161 BAY STREET, SUITE 4230
TORONTO, ON
M5J 2S1
Attn: LES MOSKALEWICZ

| | |
|---|---|
| Invoice Date | 31 Aug 2008 |
| Invoice Number | 1093780 |
| Account Number | 14700 |
| Order Number | 31327 |
| Order Period | Aug-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TSX MONTHLY SERVICE FEE | | 1 | 1,500.00 | 1,500.00 |
| TSXV MONTHLY SERVICE FEE | | 1 | 750.00 | 750.00 |
| TSX OPENING AUCTION | | 1 | 1,697.40 | 1,697.40 |
| TSXV OPENING AUCTION | | 1 | 0.00 | 0.00 |
| TSX MBF TRADING | | 1 | 0.00 | 0.00 |
| TSX HIGH CLOB | | 1 | 26,966.79 | 26,966.79 |
| TSX HIGH CLOB DISCOUNT | | | 0.00 | 0.00 |
| EXCESS NET TSX CREDIT TO TSXV | | | 0.00 | 0.00 |
| TSXV HIGH CLOB | | | 576.86 | 576.86 |
| TSXV HIGH CLOB DISCOUNT | | | 0.00 | 0.00 |
| EXCESS NET TSXV CREDIT TO TSX | | | 0.00 | 0.00 |
| TSX LOW CLOB | | 1 | 1,072.36 | 1,072.36 |
| TSX LOW CLOB DISCOUNT | | | 0.00 | 0.00 |
| TSXV LOW CLOB | | | 205.60 | 205.60 |
| TSXV LOW CLOB DISCOUNT | | 1 | 0.00 | 0.00 |
| TSX MOC | | 1 | 17,315.70 | 17,315.70 |
| TSX SPECIAL CROSSES | | 1 | 30.00 | 30.00 |
| TSXV SPECIAL CROSSES | | 1 | 0.00 | 0.00 |
| TSX EXTENDED TRADING | | 1 | 1.00 | 1.00 |
| TSX SETTLEMENT TERMS | | 1 | 0.00 | 0.00 |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page   1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Invoice No. | 1093780 |
| Customer No. | 14700 |
| Invoice Date | 31 Aug 2008 |
| Amount Due $ CAD | 53,646.27 |
| Due Date | 30 Sep 2008 |
| Amount Remitted $ | |

Charge my:  { } Master Card   { } American Express   { . } Visa      Maximum Charge is $10,000.00

Card Number: __ __ __ __  __ __ __ __  __ __ __ __  __ __ __ __      Expiration Date _____

CVC Number: __ __ __ __

Name (please print) _____ Signature as shown on card: _____

# Invoice



TSX group

| | | Invoice Date | 31 Aug 2008 |
| | | Invoice Number | 1093780 |
| | | Account Number | 14700 |
| | | Order Number | 31327 |
| | | Order Period | Aug-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TSX ATX TRADING | | 1 | 0.00 | 0.00 |
| TSX RIGHTS/WARRANTS | | 1 | 0.00 | 0.00 |
| TSX NOTES/DEBENTURES | | 1 | 0.00 | 0.00 |
| TSX EXCHANGEABLES | | 1 | 94.00 | 94.00 |
| TSX ETF TRADING | | 1 | 379.47 | 379.47 |
| TSX RT TRADING | | | 0.00 | 0.00 |
| NEX TRADING | | | 0.00 | 0.00 |
| TSX MGF AUTOFILL | | | 502.50 | 502.50 |

\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 51,091.68 |
| GST (Registration #10525 5327 RT) | 2,554.59 |
| PST | 0.00 |
| Total Amount Due CAD | $53,646.27 |

**Do Not Pay This Invoice Collected By Your Bank 14th Business Day of Month**

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page  2



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario M5X 1J2

| Invoice No. | 1093780 |
| Customer No. | 14700 |
| Invoice Date | 31 Aug 2008 |
| Amount Due $ CAD | 53,646.27 |
| Due Date | 30 Sep 2008 |
| Amount Remitted $ | |

Charge my:   { } Master Card   { } American Express   { . } Visa    Maximum Charge is $10,000.00

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _      Expiration Date_____

CVC Number: _ _ _ _

Name (please print) _____ Signature as shown on card: _____

# Invoice

**TMX** Groupe TMX Group

LEHMAN BROTHERS CANADA INC.
BCE PLACE, TD CANADA TRUST TOWER
161 BAY STREET, SUITE 4230
TORONTO, ON
M5J 2S1
Attn: LES MOSKALEWICZ

| | |
|---|---|
| Invoice Date | 30 Sep 2008 |
| Invoice Number | 1094898 |
| Account Number | 14700 |
| Order Number | 31327 |
| Order Period | Sep-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TSX MONTHLY SERVICE FEE | | 1 | 1,500.00 | 1,500.00 |
| TSXV MONTHLY SERVICE FEE | | 1 | 750.00 | 750.00 |
| TSX OPENING AUCTION | | 1 | 562.80 | 562.80 |
| TSXV OPENING AUCTION | | 1 | 3.12 | 3.12 |
| TSX MBF TRADING | | 1 | 0.00 | 0.00 |
| TSX HIGH CLOB | | 1 | 1,411.57 | 1,411.57 |
| TSX HIGH CLOB DISCOUNT | | 1 | 0.00 | 0.00 |
| EXCESS NET TSX CREDIT TO TSXV | | 1 | 0.00 | 0.00 |
| TSXV HIGH CLOB | | 1 | 1,077.03 | 1,077.03 |
| TSXV HIGH CLOB DISCOUNT | | 1 | 0.00 | 0.00 |
| EXCESS NET TSXV CREDIT TO TSX | | 1 | 0.00 | 0.00 |
| TSX LOW CLOB | | 1 | 1,633.60 | 1,633.60 |
| TSX LOW CLOB DISCOUNT | | 1 | 0.00 | 0.00 |
| TSXV LOW CLOB | | 1 | 141.28 | 141.28 |
| TSXV LOW CLOB DISCOUNT | | 1 | 0.00 | 0.00 |
| TSX MOC | | 1 | 2,456.70 | 2,456.70 |
| TSX SPECIAL CROSSES | | 1 | 0.00 | 0.00 |
| TSXV SPECIAL CROSSES | | 1 | 0.00 | 0.00 |
| TSX EXTENDED TRADING | | 1 | 3.20 | 3.20 |
| TSX SETTLEMENT TERMS | | 1 | 0.00 | 0.00 |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page 1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario M5X 1J2

| | |
|---|---|
| Invoice No. | 1094898 |
| Customer No. | 14700 |
| Invoice Date | 30 Sep 2008 |
| Amount Due $ CAD | 9,880.43 |
| Due Date | 30 Oct 2008 |
| Amount Remitted $ | |

Charge my:   { } Master Card    { } American Express    { } Visa        Maximum Charge is $10,000.00

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        Expiration Date _____

CVC Number: _ _ _ _

Name (please print) _____   Signature as shown on card: _____

# Invoice

**TMX** Groupe TMX Group

| | |
|---|---|
| Invoice Date | 30 Sep 2008 |
| Invoice Number | 1094898 |
| Account Number | 14700 |
| Order Number | 31327 |
| Order Period | Sep-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TSX ATX TRADING | | 1 | 0.00 | 0.00 |
| TSX RIGHTS/WARRANTS | | 1 | 0.00 | 0.00 |
| TSX NOTES/DEBENTURES | | 1 | 0.00 | 0.00 |
| TSX EXCHANGEABLES | | 1 | 76.00 | 76.00 |
| TSX FE TRADING | | 1- | 311.18 | 311.18- |
| TSX RT TRADING | | 1 | 0.00 | 0.00 |
| NEX TRADING | | 1 | 0.00 | 0.00 |
| TSX MGF AUTOFILL | | 1 | 124.13 | 124.13 |
| TSX MGF CORRECTION-JUL&AUG/08 | | 1- | 18.32 | 18.32- |

\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 9,409.93 |
| GST (Registration #10525 5327 RT) | 470.50 |
| PST | 0.00 |
| **Total Amount Due CAD** | **$9,880.43** |

**Do Not Pay This Invoice Collected By Your Bank 14th Business Day of Month**

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page 2



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario M5X 1J2

| | |
|---|---|
| Invoice No. | 1094898 |
| Customer No. | 14700 |
| Invoice Date | 30 Sep 2008 |
| Amount Due $ CAD | 9,880.43 |
| Due Date | 30 Oct 2008 |
| Amount Remitted $ | |

Charge my:   { } Master Card   { } American Express   { } Visa    Maximum Charge is $10,000.00

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    Expiration Date _____

CVC Number: _ _ _ _

Name (please print) _____    Signature as shown on card: _____

# Invoice 

Groupe TMX Group

**LEHMAN BROTHERS CANADA INC.**
BCE PLACE, TD CANADA TRUST TOWER
161 BAY STREET, SUITE 4230
TORONTO, ON
M5J 2S1

| | |
|---|---|
| Credit Invoice Date | 30 Sep 2008 |
| Credit Invoice Number | 95089 |
| Account Number | 14700 |
| Order Number | 0 |
| Order Period | Sep-08 |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| TSXV TRADING FEE CREDIT-SEP/08<br>BALANCE OF $0.00 REMAINING<br>** TRADING FEE CREDIT NOW FULLY USED - THANK YOU ** | | 1- | 1,221.43 | 1,221.43- |

\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 1,221.43- |
| GST (Registration #10525 5327 RT) | 61.07- |
| PST | 0.00 |
| **Total Credit Amount CAD** | **$1,282.50- CR** |

**Credit Note Do Not Pay**

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page    1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario  M5X 1J2

| | |
|---|---|
| Credit Invoice No. | 95089 |
| Customer No. | 14700 |
| Credit Inv Date | 30 Sep 2008 |
| Credit Amount $CAD | 1,282.50 |

Charge my:   { } Master Card    { } American Express    { } Visa      Maximum Charge is $10,000.00

Card Number: _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _     Expiration Date _____

CVC Number: _ _ _ _

Name (please print) _____  Signature as shown on card: _____