# STATEMENT OF ACCOUNT

**TSX group**

|  |  |
|---|---|
| STATEMENT AS OF | 09/24/08 |
| CUSTOMER # | 9989 |
| LOCATION # | PCB |
| PAGE NO | 1 |

PLEASE REMIT TO

TSX Inc.
The Exchange Tower
130 King Street West
Toronto, ON   M5X 1J2

LEHMAN BROTHERS SPECIAL FIN. INC.
745, 7TH AVENUE
3RD FLOOR
NEW YORK , NY   10019
USA

|  |  |
|---|---|
| STATEMENT AS OF | 09/24/08 |
| CUSTOMER # | 9989 |
| LOCATION # | PCB |
| PAGE NO | 1 |

| INVOICE DATE | TYPE | INVOICE NUMBER | CURRENCY | ORIGINAL AMOUNT | OPEN AMOUNT | INVOICE NUMBER | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| 02/29/08 | INV | 000000001085447 | USD | 2,800.00 | 2,800.00 | 000000001085447 | 2,800.00 |



**TERMS: NET 30 DAYS**
**SUMMARY OF OUTSTANDING BALANCE EXPRESSED IN USD**

| CURRENT | 1 - 30 DAYS | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | TOTAL AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |

PLEASE PAY THIS AMOUNT     2,800.00

PLEASE PAY THIS AMOUNT     2,800.00 USD

ENCLOSED FOR YOUR CONVENIENCE IS YOUR LATEST STATEMENT. SOME OF THE ITEMS ARE NOW PAST DUE AND WE ASK THAT YOU KINDLY ADDRESS THIS OVERSIGHT BY FORWARDING YOUR REMITTANCE TODAY. SHOULD YOU REQUIRE ADDITIONAL INFORMATION, PLEASE CONTACT THE FINANCE DEPARTMENT AT (416)947-4470, FAX (416)947-4727 OR EMAIL: ACCOUNTING@TSX.COM

SINCERELY,

FINANCE DEPARTMENT

# Invoice

TSX group 

| | |
|---|---|
| LEHMAN BROTHERS SPECIAL FIN. INC. | Invoice Date         29 Feb 2008 |
| 745, 7TH AVENUE | Invoice Number           1085447 |
| 3RD FLOOR | Account Number              9989 |
| NEW YORK, NY | Order Number             1085447 |
| 10019 | Order Period              Feb-08 |
| USA | |
| Attn: CLAUDIO ROBERTSON * | |

| Product/Service | Received By | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| INDEX LICENSE | | | | |
|   PCBOND INDEX LICENSE FEE JAN/08-DEC08 | | 1 | 2,800.00 | 2,800.00 |
|   DEX LONG TERM BOND INDEX | | | | |

\* PST APPLICABLE

| | |
|---|---|
| Subtotal | 2,800.00 |
| GST (Registration #10525 5327 RT) | 0.00 |
| PST | 0.00 |
| **Total Amount Due USD** | **$2,800.00** |

Terms: NET 30 DAYS
Billing Inquiries (416) 947-4415

Page    1



Please remit to:
TSX Inc.
The Exchange Tower
P.O. Box 421
130 King Street West
Toronto, Ontario M5X 1J2

| | |
|---|---|
| Invoice No. | 1085447 |
| Customer No. | 9989 |
| Invoice Date | 29 Feb 2008 |
| Amount Due $ USD | 2,800.00 |
| Due Date | 30 Mar 2008 |
| Amount Remitted $ | |

Charge my:    { } Master Card    { } American Express    { } Visa      Maximum Charge is $10,000.00

Card Number: _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        Expiration Date _____

CVC Number: _ _ _ _

Name (please print) _____ Signature as shown on card: _____