**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
Daniel J. Saval (DS-2437)

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
Todd A. Feinsmith (TF-1866)
Thomas H. Montgomery (TM-7183)

*Counsel to Staples Contract & Commercial, Inc. and Alpha Office Supplies, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
In re:                                        :    Chapter 11
                                              :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*      :    Case No. 08-13555 (JMP)
                                              :
             Debtors                          :
                                              :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      Christopher Michael Lau Kamg being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

      On the 3rd day of October, 2008, I caused to be served a true copy of the following document: *Objection of Staples Contract & Commercial, Inc. and Alpha Office Supplies, Inc. to Cure Amount Included on the Debtors' List of Non-IT Closing Date Contracts In Accordance With The Order Under 11 U.S.C. Section 105 (A), 363, And 365 And Federal Rules of*

1602516

*Bankruptcy Procedure 2002, 6004, And 6006 Authorizing And Approving (A) The Sale of Purchased Assets Free And Clear of Liens And Other Interests And (B) Assumption And Assignment of Executory Contracts And Unexpired Leases* on the parties listed below by hand delivery.

|  |  |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Lori Fife, Esq.<br>Shai Y. Waisman, Esq. | Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Attn: Jason S. Margolin, Esq. |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attn: Lindsee P. Granfield, Esq.<br>Lisa M. Schweitzer, Esq. | |

 /s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
3rd day of October, 2008.

 /s/ Vicki A. Goldstein
Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2011