**PROSKAUER ROSE LLP**

Attorneys for BT Americas Inc. and
Radianz Americas Inc.
1585 Broadway
New York, New York  10036
(212) 969-3000
Scott K. Rutsky (SR-0712)
Adam T. Berkowitz (AB 0817)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | Case No. 08-13555 (JMP) |
| <u>et</u> <u>al.</u>, | : | Jointly Administered |
| | : | |
| **Debtors.** | : | |

---------------------------------------------------------x

STATE OF NEW YORK    )
                                        ss.:
COUNTY OF NEW YORK  )

**AFFIDAVIT OF SERVICE BY
<u>OVERNIGHT MAIL AND ELECTRONIC MAIL</u>**

David C. Cooper, being duly sworn, deposes and says that:

1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2. On October 3, 2008, I caused true copies of the Joint Cure Amount Objection and Reservation of Rights of BT Americas Inc. and Radianz Americas Inc. (the "Objection") to be served via UPS Overnight Mail upon (i) Weil, Gotshal & Manges LLP, Attn: Lori R. Fife and Shai Y. Waisman, 767 Fifth Avenue, New York, NY 10153-0119; (ii) Hughes Hubbard & Reed LLP, Attn: Jeffery S. Margolin, One Battery Park Plaza, New York, NY 10004,

and (iii) Cleary Gottlieb Steen & Hamilton LLP, Attn: Lindsee P. Granfield and Lisa M. Schweitzer, One Liberty Plaza, New York, NY 10006.

2. On October 3, 2008, I also caused a true copy of the Objection, together with all related invoices, to be served via electronic mail upon Luke Barefoot of Cleary Gottlieb Steen & Hamilton LLP on behalf of Nancy Stanton of Barclays Capital Inc., Email: lbarefoot@cgsh.com.

/s/ David C. Cooper
David C. Cooper

Sworn to before me this
3rd day of October, 2008

/s/ Javier Santiago
Notary Public, State of New York
No. 01SA6185530
Qualified in New York County
Commission Expires April 21, 2012

2