# EXHIBIT A

CONSENT TO CURE AMOUNT
IN CONNECTION WITH ASSUMPTION AND ASSIGNMENT OF CONTRACTS
RE: CUSHMAN & WAKEFIELD, INC.

To:   Lehman Brothers Holdings Inc.
      LB 745 LLC
      Lehman Brothers Inc.
      Barclays Capital Inc.

Commencing on September 15, 2008 and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries, including LB 745 LLC ("745"), commenced voluntary cases under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (Jointly Administered, Case No. 08-13555). In addition, on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 (Case No. 08-01420) with respect to Lehman Brothers Inc. ("LBI", and together with LBHI and 745, the "Debtors").

On September 20, 2008, the Bankruptcy Court entered the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order") and the Order Approving, And Incorporating By Reference For The Purposes Of This Proceeding, An Order Authorizing The Sale Of Purchased Assets And Other Relief In The Lehman Brothers, Holdings Inc. Chapter 11 Proceedings (together with the Sale Order, the "Sale Orders"). (Capitalized terms not defined herein have the meanings ascribed to them in the Sale Order). The Sale Orders provide for the transfer of the Purchased Assets and the assumption and assignment of certain contracts (the "Closing Date Contracts") by the Debtors to Barclays Capital, Inc. ("Purchaser") as of the September 19, 2008 closing date (the "Closing Date") of the sale transaction.

Cushman & Wakefield, Inc. ("Counterparty" and/or "C&W") is a counterparty to certain Closing Date Contracts identified on Exhibit A that have been assumed and assigned to the Purchaser on the Closing Date. Exhibit A lists the cure amounts agreed upon by the relevant Debtors and Counterparty in connection with the assumption and assignment of the identified contracts (the "Cure Amounts"). Purchaser shall pay the Cure Amounts to Counterparty as soon as reasonably practicable.

By signing below, Counterparty agrees that upon payment of the Cure Amounts, Purchaser and the Debtors will have satisfied all conditions to the assumption and assignment of the Closing Date Contracts identified on Exhibit A (the "Contracts"), including the cure of all outstanding defaults of the Debtors under each of the Contracts, and that Counterparty will have no further claims on account of such Contracts against the Debtors or their estates. The signatory below represents that he has authority to sign on behalf of Counterparty. Payment of such Cure Amounts may be made by the Purchaser or the Debtors by check to the mailing address identified by Counterparty in Exhibit B.

By signing below, Purchaser acknowledges that it is responsible for all payments due and owing under the Contracts. As of this date, the parties believe that the Cure Amounts are the only readily ascertainable amounts due. Purchaser, however, acknowledges that the Contracts provide for certain

1

"true-ups" to be made periodically and that additional amounts may be determined to be due and owing on account of expenses that were incurred or that arose prior to the Closing Date.

Dated: October 2, 2008　　　　　　　　CUSHMAN & WAKEFIELD, INC.

By: _____
　　　FRANK FREDA
　　　Title: Executive Managing Director

Dated: October 2, 2008　　　　　　　　BARCLAYS CAPITAL, INC.


By: _____

　　　Title: _____

EXHIBIT A – SCHEDULE OF CLOSING DATE CONTRACTS AND CURE AMOUNTS

| CONTRACT | CURE AMOUNT |
|---|---|
| Amended and Restated Regional Property Management Agreement (as amended to date, the "Agreement") whereby Lehman engaged C&W, as its agent, to operate and maintain certain of Lehman's administrative, data center and branch offices, all as set forth in the Agreement (the "Services" | $2,081,170.92 |

EXHIBIT B – COUNTERPARTY REMITTANCE ADDRESS/CONTACT NAME FOR THE CHECK TO BE MAILED

Cushman & Wakefield, Inc.
Attn: Irene Montreuil
US Lead, Global Client Solutions
Cushman & Wakefield, Inc
88 Pine Street
New York, NY 10005
Tel : 212-709-0762
Fax: 212-635-0872

4