HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

## OBJECTION TO CURE AMOUNT

Costello Maione Schuch Inc. dba CMS Innovative Consultants ("CMS"), by and through its undersigned counsel, hereby objects to the Notice of Assumption and Assignment of Agreements of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser (the "Notice") with respect to cure amounts owing to CMS.

In support hereof, CMS states as follows:

1. CMS and Debtors are parties to a services agreement (the "Services Agreement").

2. The Services Agreement constitutes an executory contract which is subject to Bankruptcy Code § 365.

3. The Debtors have designated its agreements with CMS as an executory contract to be assumed and assigned in connection with the Debtors' asset sale. Among these agreements, the Debtors have listed CMS in at least two locations on the List of Non-IT Closing Date

#1362844 v2 den

Contracts (Excluding Corporate Real Estate) (updated as of 10/1/08) (the "List", relevant pages attached as Exhibit A), and set forth the following proposed cure amounts:

| Non-IT Closing Date Contracts (updated as of 10/1/08) PAGE Number/Vendor Name | Proposed Cure | Objection? | Actual Cure |
|---|---|---|---|
| 1 of 12 (top) CMS Innovative Solutions | $48,878.00 | Yes | $54,006.66 |
| 1 of 12 (bottom) CMS Innovative Solutions | $0.00 | Yes | $125,857.75 |

4.  Debtors' Proposed Cure Amounts are incorrect as to the agreements referenced on page 1 of the List. The correct cure amounts for these agreements is set forth in the table above as the "Actual Cure." Supporting documentation is attached hereto as Exhibit B. CMS reserves the right to amend this cure figure if necessary.

5.  Accordingly, pursuant to Paragraph T of the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (Doc. No. 258), CMS objects to the Debtors' Proposed Cure Amounts as to the agreement referenced on page 1 of the List and requests that the Court enter an order setting the cure amounts as the Actual Cure amounts set forth above.

WHEREFORE, CMS respectfully submits its objection to the Notice and requests that the Court enter an order setting the cure amounts as the Actual Cure amounts set forth above, and for such other and further relief as the Court deems just and proper.

#1362844 v2 den

DATED this 3rd day of October, 2008.

                HOLME ROBERTS & OWEN LLP

                By: /s/ Bradford E. Dempsey
                Bradford E. Dempsey (#30160) (admitted *pro hac vice*)

                *Attorneys for Costello Maione Schuch Inc. dba*
                *CMS Innovative Consultants*

#1362844 v2 den

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (admitted *pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, a true and correct copy of the foregoing **OBJECTION TO CURE AMOUNT** was served to all parties receiving notice through CM/ECF, and that copies were placed in the United States Mail, postage pre-paid, addressed to the following:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
    Attn:  Lori R. Fife
             Shai Y. Waisman

Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
    Attn:  Jeffrey S. Margolin

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
    Attn:  Lindsee P. Granfield
             Lisa M. Schweitzer

#1362844 v2 den

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

        HOLME ROBERTS & OWEN LLP

        By: /s/Bradford E. Dempsey
        Bradford E. Dempsey (CO #30160) (admitted *pro hac vice*)

#1362844 v2 den

# Exhibit A

| Vendor Name | Original Cure Total | Revised Cure Total | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| IRON MOUNTAIN | $552,161.24 | $554,194.34 | | | | LBI |
| IRON MOUNTAIN | $0.00 | $0.00 | | | | LBI |
| GARTNER GROUP INC | $0.00 | $0.00 | 1000 Campus Drive | | Collegeville, PA 19426 | LBI |
| PITNEY BOWES | $542,070.00 | $542,070.00 | 12600 Gateway Blvd | | Fort Myers , FL 33913 | LBI |
| PITNEY BOWES | $255,000.00 | $58,572.22 | 27 Waterview Drive | | Shelton, CT 06484 | LBI |
| PITNEY BOWES | $0.00 | $0.00 | One Elmcroft Road | | Shelton, CT 06484 | LBI |
| PITNEY BOWES | $0.00 | $0.00 | | | | LBI |
| PITNEY BOWES | $0.00 | $0.00 | 27 Waterview Drive | | Shelton, CT 06484 | LBI |
| IBM CORPORATION | $8,995,892.82 | $0.00 | | | | LBI |
| SHERATON NEW YORK HOTEL | $544,291.00 | $560,339.00 | 117 South Belt Line Rd | | Coppell Texas 75019 | LBHI |
| SHERATON NEW YORK HOTEL | $0.00 | $0.00 | 811 7th Ave | | NY, NY 10019 | LBI |
| SHERATON NEW YORK HOTEL | $0.00 | $0.00 | 811 7th Ave | | NY, NY 10019 | LBI |
| SHERATON NEW YORK HOTEL | $0.00 | $0.00 | 811 7th Ave | | NY, NY 10019 | LBI |
| BANK OF NEW YORK | $0.00 | $0.00 | 811 Seventh Avenue | | New York, NY 10019 | LBI |
| BANK OF NEW YORK | $635,503.13 | $635,503.13 | 1 Manhattanville Road | | Purchase, New York 10577 | LBHI |
| BANK OF NEW YORK | $0.00 | $0.00 | 3 Manhattanville Road | | Purchase, New York 10577 | LBI |
| IKON OFFICE SOLUTIONS INC. | $220,000.00 | $125,940.95 | 1738 Bass Road | | Macon, GA 31210 | LBHI |
| IKON OFFICE SOLUTIONS INC. | $0.00 | $0.00 | 1738 Bass Road | | Macon, GA 31210 | LBHI |
| IKON OFFICE SOLUTIONS INC. | $0.00 | $0.00 | 1738 Bass Road | | Macon, GA 31210 | LBHI |
| Mellon Bank NA | $0.00 | $0.00 | Three Mellon Bank Center | Room 3118 | Pittsburgh, PA 15259-0001 | LBHI |
| UNITED PARCEL SERVICE | $205,000.00 | $97,488.22 | 643 W 43rd Street | | New York, New York 10036 | LBI |
| UNITED PARCEL SERVICE | $0.00 | $0.00 | 643 W 43rd Street | | New York, New York 10036 | LBI |
| OMGEO LLC | $23,139.31 | $28,258.25 | 22 Thomson Place | | Boston, MA 02210 | LBI |
| OMGEO LLC | $0.00 | $0.00 | 22 Thomson Place | | Boston, MA 02210 | LBI |
| OMGEO LLC | $0.00 | $0.00 | 22 Thomson Place | | Boston, MA 02210 | LBI |
| FEDERAL EXPRESS | $106,645.52 | $106,645.52 | 1000 FedEx Drive | | Coraopolis, PA 15108 | LBI |
| FEDERAL EXPRESS | $0.00 | $0.00 | 1000 FedEx Drive | | Coraopolis, PA 15108 | LBHI |
| FEDERAL EXPRESS | $0.00 | $0.00 | 1000 FedEx Drive | | Coraopolis, PA 15108 | LBHI |
| ADVANTAGE HUMAN RESOURCING | $115,709.67 | $133,591.10 | 405 Lexington Avenue | 32nd Floor | New York, NY 10174 | LBI |
| MANDARIN ORIENTAL | $0.00 | $0.00 | | | | LBI |
| COFFEE DISTRIBUTING CORP | $0.00 | $0.00 | 200 Broadway | | Garden City, NY 11040 | LBI |
| GREENWICH ASSOCIATES | $176,900.00 | $176,900.00 | 8 Greenwich Office Park | | Greenwich, CT 06831 | LBI |
| ARIZONA BILTMORE | $597,860.00 | $597,859.37 | | | | LBI |
| AUTOMATED SECURITIES CLEARANCE LTD. | $51,528.57 | $418,359.20 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBI |
| AUTOMATED SECURITIES CLEARANCE LTD. | $0.00 | $0.00 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBI |
| AUTOMATED SECURITIES CLEARANCE LTD. | $0.00 | $0.00 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBI |
| AUTOMATED SECURITIES CLEARANCE LTD. | $0.00 | $0.00 | 545 Washington Boulevard | | Jersey City, NJ 07310 | LBI |
| BOSTON RED SOX | $177,021.00 | $0.00 | 100 Legends Way, Suite 200 | | Boston MA 02114 | LBI |
| BOURSE DE MONTREAL INC | $4,719.27 | $4,719.27 | | | | LBHI |
| CMS INNOVATIVE CONSULTANTS | $48,878.00 | $48,878.00 | | | | LBI |
| CMS INNOVATIVE CONSULTANTS | $0.00 | $0.00 | Eight Fletcher Place | | Melville NY 11747  | LBI |
| DATACERT, INC | $0.00 | $0.00 | | | | |
| ECLERX | $561,340.33 | $561,340.33 | 29 Bank Street | | Fort Mumbai, India | LBHI |
| ECLERX | $0.00 | $0.00 | 29 Bank Street | | Fort Mumbai, India | LBHI |
| ECLERX | $0.00 | $0.00 | 29 Bank Street | | | LBHI |
| EXCEL MEDIA SYSTEM INC | $515.00 | $515.00 | 145 W. 30th Street | | NY, NY 10001 | LBHI |
| FAIRMONT HOTEL | $0.00 | $620,250.00 | 950 Mason Street | | San Francisco, CA 94108 | LBI |
| FAIRMONT HOTEL | $0.00 | $0.00 | 950 Mason Street | | San Francisco, CA 94108 | LBI |
| FIDELITY INFORMATION SERVICES | $0.00 | $0.00 | 601 Riverside Avenue | | Jacksonville, Florida 32204 | LBHI |
| GLOBAL RESEARCH DISTRIBUTION | $356,657.78 | $375,333.80 | 128 West 26th Street | | New York, NY 10001 | LBI |
| GLOBAL RESEARCH DISTRIBUTION | $0.00 | $0.00 | 128 West 26th Street | | New York, NY 10001 | LBI |
| GLOBAL RESEARCH DISTRIBUTION | $0.00 | $0.00 | 128 West 26th Street | | New York, NY 10001 | LBI |
| I-DEAL LLC | $86,766.83 | $86,766.83 | | | | LBI |

# Exhibit B

Amounts due to CMS by Lehman Brothers as of 9/20/08 for services provided under Services Agreement.

| Invoice No. | Invoice Date | Invoice Amount |
|---|---|---|
| 5830 | 9/30/05 | $1,710.00 |
| 8042 | 9/29/06 | $11,612.81 |
| 9441 | 6/30/08 | $6,000.40 |
| 9510 | 7/31/08 | $4,003.90 |
| 9572 | 8/29/08 | $2,000.00 |
| 9127 | 1/31/08 | $3,260.90 |
| 9517 | 7/31/08 | $9,250.25 |
| 9447 | 6/30/08 | $11,040.10 |
| 9613 | 8/31/08 | $5,128.30 |
| 1431 | 9/15/08 | $24,275.81 |
| 1432 | 9/15/08 | $42,403.17 |
| 1434 | 9/15/08 | $8,378.47 |
| 1433 | 9/15/08 | $48,763.63 |
| 1435 | 9/15/08 | $2,036.94 |

**Total:** **$179,864.41**

#1362841 v2 den