Douglas J. Lipke
Dalius F. Vasys
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, Illinois 60601-1003
Tel. No. 312-609-7500
Fax No. 312-609-5005

Erin Zavalkoff-Babej (EZ 6792)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Tel. No. 212- 407-7700
Fax No. 212-407-7799

*Attorneys for Newedge USA, LLC and Affiliated Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2008, I caused to be served a true and correct copy of the **LIMITED OBJECTION OF NEWEDGE USA, LLC AND AFFILIATED ENTITIES TO DEBTORS' PROPOSED CURE AMOUNT** by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within this State, addressed to each person named below at the address indicated:

>   Lori R. Fife, Esq.
>   Shai Y. Waisman, Esq.
>   WEIL, GOTSHAL & MANGES, LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   *Attorneys for Lehman Brothers Holdings, Inc.
>   And LB745 LLC*

NEWYORK/#201057.1

Lindsee P. Grandfield, Esq.
Lisa Schweiger, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
*Attorneys for SIPC Trustee*

Jeffrey S. Margolin
HUGHES HUBBARD & REEL LLP
One Battery Park Plaza
New York, New York  10004
*Attorneys for Purchaser*

DATED:  October 3, 2008

                                                 s/ Erin Zavalkoff-Babej
                                                 Erin Zavalkoff-Babej