HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,
Gensler Architecture, Design & Planning, P.C., and
Gensler and Associates/Architects, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

## OBJECTION TO CURE AMOUNT

M. Arthur Gensler Jr. & Associates, Inc. Gensler Architecture, Design & Planning, P.C., and Gensler and Associates/Architecture, Inc. (collectively "Gensler"), by and through its undersigned counsel, hereby objects to the Notice of Assumption and Assignment of Agreements of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser (the "Notice") with respect to cure amounts owing to Gensler.

In support hereof, Gensler states as follows:

1.      Gensler and Debtor are parties to an agreement titled On-Call Architect Agreement Between Lehman Brothers Holdings, Inc. and Gensler Architecture, Design & Planning, P.C. (the "Master Agreement").

2.      The Agreement constitutes an executory contract which is subject to Bankruptcy Code § 365.

3.    The Debtors acknowledge the Master Agreement with Gensler and have designated the Master Agreement as an executory contract to be assumed and assigned in connection with the Debtors' asset sale.  Specifically, the Debtors have listed  the Master Agreement on the List of Corporate Real Estate Closing Date Contracts (updated as of 10/1/08) (the "List").  Debtors assert that the cure amount with respect to the Agreement is $150,256.18 ("Debtors' Cure Amount").  The relevant page from the List is attached hereto as Exhibit A.

4.    Debtors' Cure Amount is incorrect.  The correct cure amount is $269,653.40 Supporting documentation is attached hereto as Exhibit B.  Gensler reserves the right to amend this cure figure if necessary.

5.    Accordingly, pursuant to Paragraph T of the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (Doc. No. 258), Gensler objects to the Debtors' Cure Amount and requests that the Court enter an order setting the cure amount at $269,653.40.

WHEREFORE, Gensler respectfully submits its objection to the Notice and requests that the Court enter an Order setting the cure amount due to Gensler at $269,653.40, and for such other and further relief as the Court deems just and proper.

DATED this 3rd day of October, 2008.

HOLME ROBERTS & OWEN LLP

By: /s/ Bradford E. Dempsey
Bradford E. Dempsey (#30160) (admitted *pro hac vice*)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler Architecture, Design & Planning, P.C., and*
*Gensler and Associates/Architects, Inc.*

2

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (admitted *pro hac vice*)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler Architecture, Design & Planning, P.C., and*
*Gensler and Associates/Architects, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| LEHMAN BROTHERS HOLDINGS INC. | ) | Case Nos. 08-13555-JMP |
| *et al.* | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2008, a true and correct copy of the foregoing **OBJECTION TO CURE AMOUNT** was served to all parties receiving notice through CM/ECF, and that copies were placed in the United States Mail, postage pre-paid, addressed to the following:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
     Attn:   Lori R. Fife
             Shai Y. Waisman


Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
     Attn:   Jeffrey S. Margolin


Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
     Attn:   Lindsee P. Granfield
             Lisa M. Schweitzer

#1362836 v2 den

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

HOLME ROBERTS & OWEN LLP

By: /s/Bradford E. Dempsey
Bradford E. Dempsey (CO #30160) (admitted *pro hac vice*)

#1362836 v2 den

# Exhibit A

| Vendor Name+ | Type II | Notification Address 1 | Notification City, State Zip | Lehman Entity | Original Cure Amount | Revised Cure Amount |
|---|---|---|---|---|---|---|
| Collins Building Services | Standalone Agreement | 1775 Broadway | New York, NY 10019 | LBI | $1,239,145.15 | $1,239,145.15 |
| Columbia Center Property LLC | Lease | Columbia Center Property LLC c/o Beacon Capital Partners, LLC | Boston, MA 02169 | LBI | $12,211.06 | $415.72 |
| Constellation Plaza, LLC | Lease | Constellation Place LLC c/o JMB Realty Corporation | Chicago IL 60611-1575 | LBHI | $238,394.01 | $60,987.60 |
| Constellation Plaza, LLC | | Allen Matkins Leck Gamble & Mallory LLP | Los Angeles CA 90067 | LBHI | $0.00 | $0.00 |
| Corporate Park Associates | Lease | c/o Sadler Management Company, L.L.C. | Parsippany, New Jersey 07054 | LBHI | $154,704.35 | $0.00 |
| CT Tower Investment Inc. | Lease | Oxford Properties Group, TD Canada Trust Tower, Ground Floor | Toronto, Ontario M5H 2R4 | Lehman Brothers Canada, Inc. | $28,078.75 | $0.00 |
| Cushman & Wakefield | Property Management Agreement | Cushman & Wakefield Inc. | New York, NY 10019 | LBI | $307,107.06 | $1,691,841.64 |
| Cushman & Wakefield | Property Management Agreement | Cushman & Wakefield Inc. | New York, NY 10019 | LBI | $0.00 | $0.00 |
| Deutsche Bank Securities, Inc. | Sublease - 1301 (8&9) | Deutsche Bank AG, New York Branch | New York, NY 10005 | LBHI | $0.00 | $0.00 |
| Deutsche Bank Securities, Inc. | Sublease - 1301 (8&9) | 1301 Avenue of the Americas | New York, NY 10019 | LBHI | $329,650.00 | $0.00 |
| Danaher | | | | LBHI | $0.00 | $0.00 |
| Eastich No. 167 Corporation | Lease | | | LBI | $0.00 | $0.00 |
| Eaton Electrical Inc. | Master Agreement | Eastich No. 167 Corporation | Columbus OH 43231 | LBI | $2,445.26 | $0.00 |
| Energy Options Inc. | Standalone Agreement | 8629 Six Forks Rd. | Raleigh, NC 27615 | LBI | $7,244.00 | $7,244.00 |
| EnerNOC, Inc. | Standalone Agreement | 258 Campus Drive | Edison, NJ 08837 | LBI | $7,328.43 | $7,328.43 |
| EnerNOC, Inc. | Standalone Agreement | MD Energy LLC        c/o EnerNOC, Inc. | Stamford, CT 06902 | LBI | $0.00 | $0.00 |
| First Tech Corporation | Standalone Agreement | MD Energy LLC        c/o EnerNOC, Inc. | Stamford, CT 06902 | LBI | $0.00 | $0.00 |
| First Tech Corporation | Standalone Agreement | FirstTech Plaza | Cliffwood Beach, NJ 07735-6157 | LBI | $0.00 | $0.00 |
| First Tech Corporation | Standalone Agreement | FirstTech Plaza | Cliffwood Beach, NJ 07735-6157 | LBI | $19,401.62 | $19,401.62 |
| Foley Inc. | Standalone Agreement | FirstTech Plaza | Cliffwood Beach, NJ 07735-6157 | LBI | $0.00 | $0.00 |
| | Standalone Agreement | 855 Centennial Ave. | Plataaway, NJ 08855 | LBI | $1,480.00 | $1,480.00 |
| **GENSLER** | Master Agreement | Gensler Architecture, Design & Planning, P.C. | New York, NY 10020 | LBHI | $0.00 | $150,256.18 |
| Guardian Service Industries Inc | Standalone Agreement | 161 Avenue of the Americas, 4th Floor | New York, NY 10013 | LBI | $106,294.26 | $106,294.26 |
| Guggenheim Concourse, L.P. | Lease - TX, Houston | c/o Means Knaus LLC | Houston, TX 77027 | LBHI | $0.00 | $14,916.55 |
| H.O. PENN MACHINERY COMPANY, INC. | Standalone Agreement | 699 Brush Avenue | Bronx, NY 10465 | LBI | $72,197.93 | $4,777.17 |
| H.V.A.C. Mechanical Contractors, Inc. | Standalone Agreement | 1703 New York Ave. | Union City, NJ 07087 | LBI | $4,777.17 | $0.00 |
| HANOVER MOVING &STORAGE CO INC | Master Agreement | 15 Exchange Place, Suite 520 | Jersey City, NJ 07302 | LBI | $0.00 | $371,745.57 |
| HENEGAN | Master Agreement | Henegan Construction Co., Inc., 250 West 30th Street | New York, NY 10001 | LBHI | $0.00 | $0.00 |
| HENEGAN | Master Agreement | Henegan Construction Co., Inc., 250 West 30th Street | New York, NY 10001 | LBHI | $0.00 | $437,533.63 |
| Huron Consulting Group, Inc. | Sublease - 1301 (8th) | Huron Consulting Group LLC | Chicago, IL 60607 | LBHI | $83,730.67 | $0.00 |

# Exhibit B

Amounts due to Gensler by Lehman Brothers as of 9/20/08
for services provided under Master Agreement.

| Invoice No. | Invoice Date | Invoice Amount |
|---|---|---|
| Houston | | |
| 154371 | 01/30/03 | $9,212.50 |
| 160541 | 03/13/08 | $10,143.84 |
| 169244 | 05/07/08 | $2,081.55 |
| 173907 | 06/11/08 | $1,123.77 |
| 182737 | 08/07/08 | $3,506.25 |
| 187465 | 09/12/08 | $4,166.94 |
| | | |
| Newport Beach | | |
| 148062 | 12/18/07 | $846.16 |
| 172327 | 06/13/08 | $8,935.78 |
| 178402 | 07/14/08 | $33,353.46 |
| 183303 | 08/12/08 | $47,651.93 |
| 185302 | 09/15/08 | $19,297.63 |
| 188913 | 09/18/08 | $8,017.50 |
| 188950 | 09/22/08 | $4,311.25 |
| | | |
| New York | | |
| 175125 | 06/16/08 | $1,340.00 |
| 183384 | 08/11/08 | $86.17 |
| 183394 | 08/11/08 | $3680.00 |
| 183397 | 08/11/08 | $5,854.20 |
| 187041 | 09/15/08 | $10,732.32 |
| 187042 | 09/15/08 | $4,801.10 |
| 187045 | 09/15/08 | $14,404.51 |
| 187049 | 09/15/08 | $6,000.00 |
| 187050 | 09/15/08 | $950.00 |
| 187052 | 09/15/08 | $7.589.00 |
| 187054 | 09/15/08 | $5,789.01 |
| 187057 | 09/15/08 | $8,969.01 |
| 187062 | 09/15/08 | $4087.94 |
| | | |
| Piscataway NJ | | |
| 174627 | 06/18/08 | $21,011.64 |
| ***TBD*** | ***TBD*** | $21,710.51 |

**TOTAL CURE DUE**          **$269,653.40***

*Gensler reserves the right to amend this figure as necessary.