UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | ) Case no. 08-13555 (JMP) |
| Debtor. | ) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK    )

Gerald L. Willey, being duly sworn, deposes and says:

I am over the age of eighteen years, am employed in the offices of Mayer Brown LLP, 1675 Broadway, New York, New York, 10019. I am not a party to this action and reside in New York, New York.

On October 2, 2008, I caused true and correct copies of the following to be served on the parties on the attached service list by overnight mail:

**SP4 190 S. LaSalle, L.P.'s Objection to Debtor's Proposed Cure Amount**

_____
Gerald L. Willey

Sworn to before me this
3rd day of October, 2008

_____
NOTARY PUBLIC

CHERI M. WILLIAMS-PUGH
NOTARY PUBLIC STATE OF NEW YORK
LIC. #01WI6160907
COMM. EXP. 01/14/2012
COMMISSIONED IN QUEENS COUNTY

17536406

## Service List

Lori R. Fife
Shai Y. Waisman
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153-0119

Tracy Hope Davis
U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Lindsee P. Granfield
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James B. Kobak
David Wiltenburg
Jeff Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004