**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
In re                                                              :     Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :     Case No. 08-13555 (JMP)
:
        Debtors.                         :     (Jointly Administered)
:
---------------------------------------------------------------x    Related to Docket Entry No. 599

## CERTIFICATE OF SERVICE

I, William C. Price, hereby certify that on October 3, 2008, I caused to be served the Objection to Proposed Cure Amount for Access Data Corp. Contracts Submitted in Accordance with the Provisions of the Order Under 11 U.S.C. Sections 105(a), 363 and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of the Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases upon the parties listed on the attached Exhibit A via Electronic Mail and/or United States First Class Mail at the corresponding addresses as indicated.

Dated: October 3, 2008              */s/ William C. Price*
                                            William C. Price
                                           PA I.D. No. 90871
                                           McGuireWoods LLP
                                           625 Liberty Avenue, 23rd Floor
                                           Pittsburgh, PA  15222
                                           Telephone: (412) 667-7990
                                           Facsimile: (412) 667-7972
                                           wprice@mcguirewoods.com

                                           Counsel to Access Data Corp.