# EXHIBIT A

| | |
|---|---|
| Lori R. Fife<br>Shai Y. Waisman<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  101053-0119<br>lori.fife@weil.com<br>shai.waisman@weil.com<br><br>Counsel to Debtors | Lindsee P. Granfield<br>Lisa Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006<br>lgranfield@cgsh.com<br>lschweitzer@cgsh.com<br><br>Counsel to Purchaser |
| James B. Kobak<br>David Wiltenburg<br>Jeff Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>kobak@hugheshubbard.com<br>wiltenburg@hugheshubbard.com<br>margolin@hugheshubbard.com<br><br>Counsel to SIPA Trustee | Dennis F. Dunne<br>Milbank Tweed Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY  10005<br>DDunne@milbank.com<br><br>Counsel to Creditors' Committee |
| The Honorable James M. Peck<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green, Courtroom 601<br>New York, NY  10004 | Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 |

\6616883.1