UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                  Case No. 08-13555 (JMP)

                    Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOANNE LEE

UPON the motion of Douglas S. Heffer dated October 2, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Joanne Lee is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       October 3, 2008

                                            s/ *James M. Peck*
                                            UNITED STATES BANKRUPTCY JUDGE