UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                     Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,              Case No. 08-13555 (JMP)

                             Debtor.
-------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF EDWIN D. MASON

UPON the motion of Douglas S. Heffer dated October 2, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Edwin D. Mason is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         October 3, 2008

                                                 *s/ James M. Peck*
                                                 UNITED STATES BANKRUPTCY JUDGE