UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                  Case No. 08-13555 (JMP)

                           Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF WILLIAM C. PRICE

UPON the motion of William C. Price dated October 2, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that William C. Price is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         October 3, 2008

                                               *s/ James M. Peck*
                                               UNITED STATES BANKRUPTCY JUDGE