UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                Case No. 08-13555 (JMP)

                              Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JODY MICHELLE OSTER

UPON the motion of Jody Michelle Oster dated October 3, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jody Michelle Oster is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         October 3, 2008

                                                   *s/ James M. Peck*
                                                   UNITED STATES BANKRUPTCY JUDGE