**PILLSBURY WINTHROP SHAW PITTMAN LLP**
David A. Crichlow, Esq. (DC 2116)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
William B. Freeman, Esq. (Cal. # 137276) *(Admitted Pro Hac Vice)*
Mark D. Houle, Esq. (Cal. # 194861) *(Admitted Pro Hac Vice)*
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5443
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Attorneys for Union Bank of California, N.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x
In re:                                     :
                                           :
**LEHMAN BROTHERS HOLDINGS,**   :          **Chapter 11**
**INC., et al.,**                          :
                                           :          **Case Nos. 08-13555 (JMP)**
                    **Debtors.**           :
                                           :
                                           :
                                           :
———————————————————————x


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 30, 2008, a (i) Notice of Appearance and

Request for Notice and Service of Papers; a (ii) Motion to Practice *Pro Hac Vice* of Mark D.

Houle; and (iii) a Motion to Practice *Pro Hac Vice* of William B. Freeman (the "Filing") were

filed on behalf of Union Bank of California via the Court's CM/ECF system. Electronic notice

of said Filing was provided via the Court's CM/ECF system to all parties able to receive

electronic notice, as indicated in the Notices of Electronic Filing.  Such parties may access the

Filing through the Court's CM/ECF System.  The undersigned further certifies that copies of the

Filing were served via First Class Mail, postage prepaid, on this 3rd day of October, 2008, to

those parties not able to receive electronic notice, as indicated on the Notices of Electronic

Filings and on the attached mailing service list.


Dated: October 3, 2008
      New York, New York

Respectfully submitted,

**Pillsbury Winthrop Shaw Pittman LLP**

By:    /s/ David A. Crichlow
       David A. Crichlow, Esq. (DC 2116)
       1540 Broadway
       New York, New York 10036-4039
       Phone: (212) 858-1000
       Fax: (212) 858-1500
       E-Mail:  david.crichlow@pillsburylaw.com

       -and-

       William B. Freeman, Esq. (*Pro Hac Vice*)
       Mark D. Houle, Esq. (*Pro Hac Vice*)
       725 South Figueroa Street, Suite 2800
       Los Angeles, CA  90017-5443
       Telephone:  (213) 488-7100
       Facsimile:  (213) 629-1033
       E-mail:  bill.freeman@pillsburylaw.com
       E-mail:  mark.houle@pillsburylaw.com


       Attorneys for Union Bank of California,
       N.A.

Label Matrix for local noticing
0208-1
Case 08-13555-jmp
Southern District of New York
Manhattan
Wed Oct  1 16:27:04 EDT 2008

250 East Borrower, LLC
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018-1878

AboveNet Communications Inc.
360 Hamilton Avenue
White Plains, NY 10601-1811

Ad Hoc Committee of Bondholders
c/o Munsch Hardt Kopf & Harr, P.C.
Attn:  Kevin M. Lippman
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Amber Capital Investment Management
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Ameren Corporation and its subsidiaries
Armstrong Teasdale LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80166-0001

Arlington ISD
c/o Perdue Brandon Fielder, et al.
PO Box 13430
Arlington, Tx 76094-0430

Australia and New Zealand Banking Group Limi

Bank Of Montreal
111 West Monroe Street
12th Floor West
Chicago, IL 60603-4096

Bank of China, New York Branch
410 Madison Avenue
New York, NY 10017-1174

Brown Rudnick LLP
Seven Times Square
New York, NY 10036-6524

Burleson ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094-0430

Capgemini Financial Services USA, INC
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166-0005

Capgemini Financial Services USA, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005

Capital Moving & Storage Co., Inc.
97 Burma Road
Jersey City, NJ 07305-4601

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, PC
4411 North Central Expressway
Dallas, TX 75205-4210

Chapman and Cutler LLP
111 West Monroe Street
18th Floor
Chicago, IL 60603-4023

Chevron U.S.A., Inc.
575 Market Street
San Francisco, CA 94105-2854

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606-7408

City of Burleson
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder, et al
P. O. Box 13430
Arlington, TX 76094-0430

City of Farmers Branch
c/o Perdue, Brandon, Fielder, et al
Elizabeth Banda
PO BOX 13430
Arlington, TX 76094-0430

Collins Building Services
Court Square Place
24-01 44th Road
Long Island City, NY 11101-4605

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830-6290

CorrectNet, Inc.
c/o Westerman Ball Ederer Miller & Sharf
170 Old Country Road
Suite 400
Mineola, NY 11501-4311

Credit Suisse
11 Madison Avenue
New York, NY 10010-3629

DEUTSCHE BANK TRUST COMPANY AMERICAS
c/o Nixon Peabody
Attn: Amanda Darwin
100 Summer Street
Boston, MA 02110-2131

Dallas County
c/o Linebarger Goggan Blair & Sampson
Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

Duke Corporate Education, f/k/a Duke Corpora
310 Blackwell Street
Durham, NC 27701-3611

East 46th Borrower, LLC
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018-1878

Executive Fliteways, Inc.
c/o McBreen & Kopko
500 North Broadway, Suite 129
Jericho, NY 11753-2128

Exegy Incorporated
c/o Stinson Morrison Hecker LLP
Attn: Darrell W. Clark, Esq.
1150 18th Street, N.W.
Suite 800
Washington, DC 20036-3845

Federal Express Corporation
c/o Filardi Law Offices LLC
65 Trumbull Street
2nd Floor
New Haven, CT 06510-1031

Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, VA 22102-3107

Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045-0001

Fred Hutchinson Cancer Research Center
c/o Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

GLG Partners LP
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Hale Avenue Borrower, LLC
c/o Platzer, Swergold et al
1065 Avenue of the Americas
18th Floor
New York, NY 10018-1878

Harbinger Capital Partners Master Fund I, Lt
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

Harbinger Capital Partners Special Situation
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

Harris County
c/o John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203-4541

ING BANK, FSB
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524

Intuition Publishing, Inc.
245 Fifth Avenue
Suite 2204
, NY 10016-8714

Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

JPMORGAN CHASE BANK, N.A.
270 Park Avenue
NY, NY 10017-2014

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019-6801

Lewtan Technologies, Inc.
300 Fifth Avenue
Waltham, MA 02451-8725

M. Arthur Gensler Jr. & Associates, Inc.
Gensler-Architecture, Design & Planning
c/o Bradford E. Dempsey
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

Mack-Cali Realty LP
Wolff & Samson PC
c/o David N. Ravin, Esq.
One Boland Drive
West Orange, NJ 07052-3687

Mansfield ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, TX 76094-0430

Marshall Funds, Inc. and Marshall & Ilsley T
c/o Timothy F. Nixon
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202-3590

McLennan County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson
P.O. Box 17428
Austin, TX 78760-7428

Metropolitan Life Insurance Company
c/o Bingham McCutchen LLP
Attn: Mark W. Deveno
One State Street
Hartford, CT 06103-3100

Microsoft Corporation and Microsoft Licensin
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005-1401

Missouri Department of Revenue
P.O Box 475
Jefferson City, MO 65105-0475

Moody's Investors Service
c/o Satterlee Stephens Burke & Burke LLP
230 Park Avenue
Suite 1130
New York, NY 10169-1199

NYSE Euronext, Inc. and New York Stock Excha
Curtis, Mallet-Prevost, Colt & Mosle
101 Park Avenue
New York, NY 10178-0002

National Australia Bank Limited
245 Park Avenue
Floor 28
New York, NY 10167-2800

National Bank of Canada Inc., National Bank

New York State Department of Taxation and Fi

Normandy Hill Capital, L.P.
150 East 52nd Street
, NY 10022-6017

Office of Thrift Supervision
1700 G Street, N.W.
Washington, DC 20552-0004

Oracle USA, Inc.
Buchalter Nemer, P.C.
c/o Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Pursuit Capital Partners Master (Cayman) Ltd
333 Ludlow Street North Tower
4th Floor
Stamford, CT 06902-6991

Pursuit Opportunity Fund I Master Ltd.
333 Ludlow Street, North Tower
4th Floor
Stamford, ct 06902-6991

SUMMIT SYSTEMS, INC.
22
22 CORTLANDT STREET
NEW YORK, NY 10007-3146

Shinsei Bank, Limited
Vinson & Elkins LLP
666 Fiifth Avenue, 26th Floor
New York, NY 10103

Somerset Properties SPE, LLC
c/o Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039-1711

Svenska Handelsbanken AB (publ)

Tarrant County
c/o Linebarger Goggan Blair & Sampson
Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

The Joint Administrators of the Lehman Europ

The Royal Bank of Scotland plc

ThruPoint, Inc.
1372 Broadway, 6th Floor
New York, NY 10018-6121

Tiger Asia Fund, L.P.

Tiger Asia Overseas Fund, Ltd.

Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0100

TransCanada Pipelines Limited
TransCanada Pipelines Tower
450 First Street South West
CalgaryT2P5H1 Canada

U.S. Bank National Association
60 Livingston Avenue
Mailcode EP-MN-WS3D
St. Paul, MN 55107-2292

UBS Financial Services Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

UBS Financial Services Incorporated of Puert
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

UBS International Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4614

United Parcel Service, Inc.
c/o Faye Feinstein/Christopher Combest
Quarles & Brady LLP
500 W. Madison Street
Suite 3700
Chicago, IL 60661-2589

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

Wilmington Trust Company, as Indenture Trust
520 Madison Avenue
33rd Floor
New York, NY 10022-4213

Manhattan Division
One Bowling Green
New York, NY 10004-1415

ANDREW M. CUOMO
Attorney General of the
State of New York Attorney
for The New York State Department
120 Broadway - 24th Floor
New York, New York 10271-0002

ANDREW M. CUOMO
Attorney General of the State of New Yor
Attorney for The New York State
Department of Taxation and Finance
120 Broadway - 24th Floor
New York, New York 10271-0002

ANZ Banking Group Limited,
18th Floor Kyobo Building
1 Chongro 1 Ku, Chongro Ka,
Seoul Korea

Aaron L. Hammer, Esq.
Devon 1. Eggert, Esq.
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Ilinois  60606-6679

Abigail Snow, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169-0079

Abraham Gesser (AG-7531)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017-3982

Accenture LLP
c/o Aaron L. Hammer
Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Illinois 60606-6679

Aileen Venes
WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131-2346

Alan Dalsass
875 Third Ave, 5th Floor
New York, NY 10022-7221

Amanda Darwin
NIXON PEABODY, LLP
100 Summer Street
Boston, MA 02110-2131

Ameren Corporation and its subsidiaries
c/o Steven N. Cousins and Susan K. Ehler
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, Missouri 63102-2740

Amit K. Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

AmyWolf, Esq. (AW-6646)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Andrew C. Lourie
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7649

Andrew K. Glenn, Esq.
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway
New York, New York 10019-6708

Andrew Rosenblatt, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112-0129

Ann E. Acker
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603-4080

Ann Menard, Esq.
Ned Bannon
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0100

Antonia Golianopoulos, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Arlington ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Attn: Vicky Namken
IBM Corporation
13800 Diplomat Dr
Dallas, TX 75234-8812

Audrey D. Wisotsky, Esq.
Suite 400
301 Carnegie Center
Princeton, New Jersey 08540-6589

Australia National Bank
1177 Avenue of the
Americas, 6th Fl.
New York, NY 10036

Australia and New Zealand
Banking Group Limited,
Melbourne Office
Level 6, 100 Queen Street Victoria
Melbourne, VIC 3000 Australia

Avaya, Inc.
c/o Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068-1725
Attn: Vincent A. D'Agostino, Esq.

BATS Holdings, Inc.
c/o Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
7 Penn Plaza, Suite 600
New York, NY 10001-0017

BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin
Ronald J. Silverman
Steven Wilamowsky
399 Park Avenue
New York, NY 10022-4614

BINGHAM McCUTCHEN LLP
Mark W. Deveno
One State Street
Hartford, CT 06103-3100

BINGHAM McCUTCHEN LLP
P. Sabin Willett
One Federal Street
Boston, MA 02110-2012

BNP Paribas
787 7th Avenue
New York, NY 10019-6083

BP Canada Energy Company

Bank of China, New
York Branch
410 Madison Avenue
New York, New York 10017-1174
Attention: Chief Loan Officer

Bank of Montreal
Floor 12 West
111 West Monroe Street
Chicago, IL 60603-4096

Bank of Taiwan, New
York Agency
100 Wall Street,
11th Floor
New York, NY 10005-3701

Bill Hughes
Standard Chartered Bank
1 Madison Ave.
New York, NY 10010-3666

Bill Hughes SVP-FIG
Standard Chartered Bank
One Madison Avenue
New York, NY 10010-3666

Bradford E. Dempsey, Esq.
Holme Roberts & Owen LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203-4541

Bradley Turk, Esq.
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0100

Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Brian Trust, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Brian W. Bisignani, Esquire
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA 17101-1642

Brookfield Properties One WFC Co. LLC
Attn: Monica Lawless
Vice President, Leasing Counsel New York
Three World Financial Center
200 Vesey Street
New York, NY 10281-1021

Burleson ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

CARROLLTON-FARMERS BRANCH
INDEPENDENT SCHOOL DISTRICT
c/o Andrea Sheehan, Esq.
4411 N. Central Expressway
Dallas, Texas 75205-4210

Capgemini Financial Services USA, Inc.
c/o Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-0005
Attn: Carey D. Schreiber, Esq.

Capgemini Financial Services USA, Inc.
c/o Winston & Strawn LLP
Attn: Daniel J. McGuire Esq.
35 W. Wacker Drive
Chicago, ILL 60601-1695

Capgemini Financial Services USA, Inc.
c/o Winston & Strawn LLP
Attn: Myja K. Kjaer, Esq.
35 W. Wacker Drive
Chicago, ILL 60601-1695

Carey D. Schreiber (CS 3896)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-0005

Carren Shulman, Esq.
Russell Reid, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 24th Floor
New York, New York 10112-0015

Carrollton-Farmers Branch ISD
c/o Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expwy.
Dallas, Texas 75205-4210

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street
Second Floor
New Haven, CT 06510-1031

Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101-2338

Christopher M. Desiderio
NIXON PEABODY, LLP
437 Madison Avenue
New York, NY 10022-7039

Christopher R. Belmonte, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169-0079

Christopher R. Donoho III
Lovells LLP
590 Madison Avenue
New York, NY 10022-2524

Citibank N.A. Hong Kong Branch
Financial Institutions
Group Asia Pacific, 44/F
Citibank Tower, 3
Garden Rd,Central,Hong Kong

Citibank, NA
399 Park Avenue
New York, NY 10043-0001
Attn: Wafaa Orfy

City of Burleson
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

City of Farmers Branch
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Claude Montgomery, Esq.
Salans
620 Fifth Avenue
New York, New York 10020-2400

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
Attn: Lindsee P. Granfield, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006-1470
Attn: Lisa M. Schweitzer, Esq.

Contrarian Capital Management, LLC
Attn: Ethan Schwartz
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830-6290

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1618
Attention: Amanda Raboy

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1618
Attention: Dianne F. Coffino

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018-1618
Attention: Michael B. Hopkins

DAVID N. RAVIN, ESQ.
Wolff & Samson PC
The Offices At Crystal Lake
One Boland Drive
West Orange, NJ 07052-3686

Dallas County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Brayn Street, Suite 1600
Dallas, TX 75201-2644

Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112-1805

Daniel J. McGuire
Myja K. Kjaer
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601-1695

Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031

David LeMay Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112-0129

David M. Bennett
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533

David M. Friedman, Esq.
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway
New York, New York 10019-6708

David S. Heller
Latham & Watkins LLP
233 South Wacker Dr. Ste. 5800
Chicago, IL 60606-6362

David S. Rosner, Esq.
Kasowitz, Benson, Torres
& Friedman LLP
1633 Broadway
New York, New York 10019-6708

Denis Graham
KBC Bank
125 W. 55th St.
New York, NY 10019-5369

Deryck A. Palmer, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

Deutsche Bank Traust Company Americas
c/o Nixon Peabody LLP
Attn: Amanda Darwin
100 Summer Street
Boston MA 02110-2131

Dion W. Hayes
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4063

Dirk S. Roberts
SDNY Bar No. DR 8331
Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G Street, N.W.
Washington, D.C 20552-0004

DnB NOR Bank ASA
Postal address: NO-0021,
Oslo, Norway
Office: Stranden 21,
Aker Brygge

Dov Kleiner, Esq.
Vinson & Elkins LLP
666 Fifth Avenue, 26th Floor
New York, New York 10103-2600

Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1096
Douglas J. McGill, Esq.

Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932-1096
Robert K. Malone, Esq.

Duncan E. Barber
Steven T. Mulligan
Bieging Shapiro & Burrus LLP
4582 South Ulster Street Parkway
Suite 1650
Denver, Colorado 80237-2686

EHMD, LLC
c/o Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, MO 64112-1805

Eduardo J. Glas, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

Edward J. LoBello, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0002

Edward J. LoBello, Esquire
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0002

Eliot Cohen
Russell Investments
909 A Street
Tacoma, Washington 98402-5111

Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

Emmet, Marvin & Martin, LLP
120 Broadway
New York, New York 10271-3291
Attn: Edward P. Zujkowski, Esq.

Eric B. Fisher, Esq.
Butzel Long, a professional Corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017-2514

Ethan Schwartz
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830-6290

Eunice S.J. Yeh
Senior Vice President &
General Manager
100 Wall Street, 11th Floor
New York, NY 10005-3701

Executive Fliteways, Inc.
c/o McBreen & Kopko
500 North Broadway, Suite 129
Jericho, New York 11753-2128

Exegy Incorporated
c/o Stinson Morrison Hecker LLP
Attn:  Darrell W. Clark, Esq.
1150 18th Street, NW, Suite 800
Washington, DC 20036-3845

Federal Express Corporation
William B. Seligstein
Performance & Planning Analyst
3965 Airways Blvd., Module G 3rd Fl.
Memphis, Tennessee 38116-5017

First Commercial Bank
Co., Ltd, New York Agency
750 3rd Avenue, 34th floor
New York, NY 10017-2714

Frank F. McGrinn
Bartlett Hackett Feinberg, P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

Frank Sodano
BNP Paribas
787 7th Ave.
New York, NY 10019-6083

Franklin H. Top, III
James Heiser
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603-4080

Frederick B. Polak, Esq.
POST, POLAK, GOODSEL,
MACNEILL & STRAUCHLER, P.A.
575 Madison Avenue
New York, New York 10022-2511

Frederick D. Hyman, Esq.
Amit Trehan, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

Frederick D. Hyman, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

GE Capital Information Technology Solutions,
d/b/a IKON Financial Services
c/o J. Cory Falgowski, Esq., Reed Smith
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163

GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Attn: David N. Crapo, Esq.

GLG Partners LP and its funds
c/o Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112-0015

Gail Douglas
Svenska Handelsbanken
153 E. 53rd St 37th Floor
New York, NY 10022-4611

Gary D. Ticoll, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

General Electric Capital Corporation
c/o Paul, Hastings, Janofsky & Walker LL
Attn: Harvey A. Strickon
75 East 55th Street
New York, NY 10022-3205

George A. Davis, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

George Neofitidis
Director Financia Institutions Group
One Liberty Plaza
New York, New York 10006-1404

George Rosenberg
Arapahoe County Attorney?s Office
5334 S. Prince Street
Littleton, CO 80166-0001

Glenn E. Siegel
Donald M. Badaczewski
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797

Green Tree Servicing LLC
345 St. Peter Street
11000 Landmark Towers
Saint Paul, MN  55102-1639

Hanh V. Huynh, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

Harold S. Novikoff, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Harris County
c/o John Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Head Office: No. 36, Sec
3, Nanking, East Rd,
Taipei, Taiwan

Headstrong Services, LLC
c/o Brent C. Strickland, Esq.
Whiteford Taylor & Preston LLP
7 St. Paul Street
Baltimore, Maryland 21202-1697

Henegan Construction Co., Inc.
c/o Halperin Battaglia Raicht, LLP
555 Madison Avenue - 9th Floor
New York, NY 10022-3301
Attn: Walter Benzija, Esq.

Howard R. Hawkins, Jr. Esq.
Ellen M. Halstead, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

Howard R. Hawkins, Jr., Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

Howard S. Beltzer, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060

Howard Seife, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York 10112-0129

Hua Nan Commercial
Bank, Ltd
38 Chung-King South
Road Section 1
Taipei, Taiwan

IKON Office Solutions, Inc.
c/o J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163

ING BANK, FSB
c/o Pepper Hamilton LLP
Attn: Deborah Kovsky-Apap, Esq.
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1157

Ian N. Levy
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7649

Informal Noteholder Group
Akin Gump Strauss Hauer & Feld LLP
Attn: Michael Stamer
590 Madison Avenue
New York, NY 10022-8554

Interactive Data Corporation
c/o Douglas B. Rosner, Esq.
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Ira L. Herman
Demetra L. Liggins
THOMPSON & KNIGHT LLP
919 Third Avenue, 39th Floor
New York, New York 10022-3902

Ira L. Herman
Demetra L. Liggins
Thompson & Knight LLP
919 Third Avenue, 39th Floor
New York, NY 10022-3902

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, New York 10020-1104

Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791

Irena M. Goldstein, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6022

Israel Dahan, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

J. Douglas Bacon
Latham & Watkins LLP
233 South Wacker Dr. Ste. 5800
Chicago, IL 60606-6362
douglas.bacon@lw.com

J. Fred Berg, Jr., Esq.
Russin, Vecchi, Berg & Bernstein LLP
380 Lexington Avenue, Suite 1518
New York, NY 10168-1599

James C. Tecce, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

James E. Bird
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri 64112-1805

James E. Spiotto
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603-4080

James F. Wallack, Esq. (JW-4078)
Douglas B. Rosner, Esq. (DR-5690)
Gregory O. Kaden, Esq. (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

James Heiser
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL 60603-4080

James I. McClammy (JM-5592)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017-3982

James S. Carr, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178-0062

Janet M. Weiss, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

Jason C. Lee
Deputy General Manager
First Commercial Bank Co.,
Ltd, New York Agency
34th floor, 750, 3rd Avenue,
New York, NY 10017

Jeffrey G. Tougas, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5889

John F. Carberry, Esq.
Cummings & Lockwood LLC
Six Landmark Square
Stamford, CT 06901-2704

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281-1003

Johnson County
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave, Ste 4500
Seattle, WA 98154-1065

Joshua A. Feltman, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

KBC Bank
125 W. 55th St.
New York, NY 10019-5369

Karen E. Wagner (KW-3451)
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017-3982

Katharine L. Mayer, Esq.
McCarter & English, LLP
Renaissance Centre
405 North King Street
Wilmington, DE 19801-3717

Keith A. Simon
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4874
keith.simon@lw.com

Kevin M. Lippman
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-3302

Kevin M. Lippman
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659

Kurt F. Gwynne, Esq.
J. Cory Falgowski, Esq.
REED SMITH LLP
1201 N. Market Street
Suite 1500
Wilmington, DE 19801-1163

Kurt F. Gwynne, Esquire
J. Cory Falgowski, Esquire
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801-1163

LAW OFFICES OF GABRIEL DEL VIRGINIA
641 Lexington Avenue-21st Floor,
New York, New York 10022-4503
Attn.: Gabriel Del Virginia, Esq.

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760-7428

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201-2644

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attn: Eric H. Horn

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attn: Kenneth A. Rosen, Esq.

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068-1791
Attn: Vincent A. D?Agostino, Esq.

Lee D. Powar, Esq.
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2306

Linda Boyle
Time Warner Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124-5454

Linebarger Goggan Blair &
Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201-2637

Lloyds Bank
1251 Avenue of the
Americas, 39th Fl.,
P.O. Box 4873
New York, NY 10163-4873

Luc A. Despins
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1401

Luma Al-Shibib
Reed Smith LLP
599 Lexington Avenue
30th Floor
New York, New York 10022-6030

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Attn: John A. Pinatarelli, Esq.

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: Jordan A. Wishnew, Esq.

Mack-Cali Realty LP
c/o Wolff & Samson PC
One Boland Drive
West Orange, NJ 07052-3686

Madlyn Gleich Primoff, Esq.
Scott D. Talmadge, Esq.
Lauren Attard, Esq.
KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022-3598

Mansfield ISD
c/o Elizabeth Banda, Esq.
Perdue, Brandon, Fielder,et al
P. O. Box 13430
Arlington, Texas 76094-0430

Marc Chait
Standard Chartered Bank
1 Madison Avenue, 3rd Floor
New York, N.Y 10010-3666

Mark A. Speiser
Sherry J. Millman
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

Mark C. Ellenberg, Esq.
CADWALADER, WICKERSHAM &
TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC 20004-1218

Marshall Funds, Inc. and
Marshall & Ilsley Trust Co., N.A.
c/o Timothy F. Nixon, Godfrey & Kahn, S.
780 North Water Street
Milwaukee, WI 53202-3512

Martin J. Bienenstock, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6022

Martin J. Bienenstock, Esq.
Judy G.Z Liu, Esq.
Timothy Q. Karcher, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6022

Martin Jefferson Davis
Senior Trail Attorney
Office of Thrift Supervision
Northeast Region
Harborside Financial Center
Plaza Five..Jersey City, NJ 07311

Martin Jefferson Davis
Senior Trial Attorney
Office of Thrift Supervision
Northeast Region
Harborside Financial Center Plaza Five
Jersey City, New Jersey 07311

Matthew Tuck
Lloyds Bank
1251 Avenue of the Americas,
39th Fl., P.O. Box 4873
New York, NY 10020-1104

Maureen Cronin
My Chi To
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022-3916

Meredith A. Lahaie
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-8554

Michael Benner, Esq.
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0100

Michael Halevi
Australia National Bank
1177 Avenue of the
Americas, 6th Fl.
New York, NY 10036

Michael Halevi
Director, Financial
Institutions
ANZ Banking Group
1177 Avenue of Americas
New York, NY 10036-2730

Michael Mauerstein
MD - FIG
388 Greenwich Street
New York, NY 10013-2375

Michael Rosenthal, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

Michael S. Kim
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7649

Michael S. Stamer
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-8554

Microsoft Corporation/Licensing, GP
c/o Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA 98154-1065

Missouri Department of Revenue
Attn: Steven A. Ginther
P.O Box 475
Jefferson City, MO 65102-0475
(573)751-5531

Missouri Department of Revenue
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475,
Jefferson City, MO 65105-0475

Mizuho Corporate Bank Ltd.
1-3-3, Marunouchi
Chiyoda-ku, TKY
100-8210 Japan

Mizuho Corporate Bank,Ltd.
Global Syndicated Finance Division
1-3-3, Marunouchi,Chiyoda-ku
Tokyo, Japan 100-8210

Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave.
Suite 400
Anaheim, CA 92806-6075

Ms. Anne Marie Kennelly
Corporate Counsel
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304-1185

Ms. Ramona Neal
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Bosie, ID 83714-1021

My Chi To
Maureen A. Cronin
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022-3916

My Chi To
Maureen Cronin
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022-3916

NEAL S. MANN (NM-0617)
Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271-0002

National Australia Bank
245 Park Ave. 28th, Fl.
New York, NY 10167-2800

Ned Bannon
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY 10111-0100

Normandy Hill Capital, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022-6017
Attn: Matthew A. Cantor, Esq.

Normandy Hill Capital, L.P.
150 East 52nd Street- 10th floor
New York, NY 10022-6017

ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-1798
Attention: Raniero D'Aversa, Jr., E
Courtney M. Rogers, Esq.

Occidental Energy Marketing, Inc.
c/o McCarter & English, LLP
P.O. box 652
Newark, NJ 07101-0652

Oracle USA, Inc.
c/o Shawn M. Christianson
Buchalter Nemer
333 Market St., 25th Fl.
San Francisco, CA 94105-2126

P. Bruce Wright, Esq.
Elizabeth Page Smith, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6022

PAUL, HASTINGS, JANOFSKY & WALKER LLP
75 East 55th Street
New York, NY 10022-3205
Attention: Harvey A. Strickon (HS5210)

PEPPER HAMILTON LLP
Kay Standridge Kress (P39339)
Deborah Kovsky-Apap (P68258)
100 Renaissance Center, Suite 3600
Detroit, MI 48243-1101

PILLSBURY WINTHROP SHAW PITTMAN LLP
David A. Crichlow, Esq. (DC 2116)
1540 Broadway
New York, New York 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
William B. Freeman, Esq.
Mark D. Houle, Esq.
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017-5406

PRYOR CASHMAN LLP
Robert M. Fleischer (RF-9099)
Mark R. Jacobs (MJ-6248)
410 Park Avenue
New York, New York 10022-4407

Pamela A. Bosswick, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169-0079

Patrick L. Hayden
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0302

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5704

Peter A. Chapman
Bankruptcy Creditors' Service, Inc.
572 Fernwood Lane
Fairless Hills, PA 19030-3804

Peter A. Zisser, Esq.
Holland & Knight LLP
195 Broadway
New York, NY 10007-3190

Philip C. Dublin
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-8554

Philip John Nichols
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Platzer, Swergold, Karlin,
Levine, Goldberg & Jaslow, LLP
Counsel for East 46th Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018-1878
Attn: Sydney G. Platzer, Esq.

Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
Counsel for 250 East Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018-1878
Attn: Sydney G. Platzer, Esq.

Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
Counsel for Hale Avenue Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018-1878
Attn: Sydney G. Platzer, Esq.

Platzer, Swergold, Karlin, Levine, Goldberg
& Jaslow, LLP
Counsel for East 46th Borrower, LLC
1065 Avenue of the Americas, 18th Floor
New York, New York 10018-1878
Attn: Sydney G. Platzer, Esq.

Pursuit Capital Partners Master (Cayman) Ltd
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902-6991
Attention:?Lisa Roberts

Pursuit Capital Partners Master (Cayman) Ltd
333 Ludlow Street, North Tower, 4th Flr.
Stamford, CT 06902-6991
Attention:?Lisa Roberts

Pursuit Opportunity Fund I Master Ltd.
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902-6991
Attention:?Lisa Roberts

Pursuit Opportunity Fund I Master Ltd.
333 Ludlow Street, North Tower, 4th Flr.
Stamford, CT 06902-6991
Attention:?Lisa Roberts

Pursuit Opportunity Fund I Master Ltd.
C/O Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019-6771
Attention: Michael J. Edelman, Esq.

Pursuit Partners
333 Ludlow Street, North Tower
4th Floor
Stamford, CT 06902-6991
Attention: Lisa Roberts

Qwest Corp. and Qwest Communications Corp.
c/o J. Cory Falgowski, Esquire
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801-1163

Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039-1711
Attn: Jonathan I. Rabinowitz

Reed Smith LLP
599 Lexington Avenue
New York, New York 10022-7684
Attention: Paul A Rachmuth, Esq.

Rhett G. Campbell
Mitchell E. Ayer
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Rhett G. Campbell
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, TX 77002-4499

Richard G. Mason, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Richard J. Stahl, Esq.
STAHL ZELOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030-6044

Richard Levin, Esquire
Robert H. Trust, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7416

Robert E. Nies, Esq.
Wolff & Samson PC
The Offices At Crystal Lake
One Boland Drive
West Orange, NJ 07052-3686

Robert M. Fleischer (RF-9099)
Mark R. Jacobs (MJ-6248)
David C. Rose (DR-7876)
410 Park Avenue
New York, New York 10022-4407

Robert M. Hirsh
George P. Angelich
ARENT FOX LLP
1675 Broadway
New York, New York 10019-5820

Robert Sidorsky, Esq.
Butzel Long, a professional Corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017-2514

Robert W. Henoch
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7649

Robinson B. Lacy (RL 8282)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

Rolf Nagel Dahl
SVP International Financial
Institutions
Postal address: NO-0021,
Oslo, Norway Office:
 Stranden 21, Aker Brygge

Rosemarie O?Canto
National Australia Bank
245 Park Ave. 28th, Fl.
New York, NY 10167-2800

Russell L. Munsch
Munsch Hardt Kopf & Harr, P.C.
One American Center
600 Congress Avenue, Suite 2900
Austin, TX 78701-3057

SHEAR & KORZUN, P.C.
1 Washington Crossing Road
Pennington, New Jersey 08534-3506

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022-5813
Attn: Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.

Scott C. Shelley, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES,LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

Shari D. Leventhal
Assist General Counsel, Senior VP
Federal Reserve Bank of New York
33 Liberty Street
New York, New York 10045-0001

Shawn M. Christianson, Esq.
Buchalter Nemer
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, California 94105-2126

Shenwick & Associates
James H. Shenwick, Esq.
655 Third Avenue, 20th Floor
New York, New York 10017-5617

Shinkin Central Bank
8-1, Kyobashi 3-Chome
Chuo-Ku, Tokyo 104-
0031, Japan

Shinsei Bank Ltd.
1-8, Uchisaiwaicho
2-Chome Chiyoda - Ku,
Tokyo 100-8501 Japan

Shinsei Bank, Limited
1-8, Uchisaiwaicho 2-Chome,
Chiyoda-ku, Tokyo 100-850 1
Japan

Shuji Yamada, Deputy General Manager
Financial Institutions Dept.
Shinkin Central Bank
3-7, Yaesu 1-chome, Chuo-Ku
Tokyo 104-0028, Japan

Sophia J.H. Jing
FVP & General Manager
Taipei Fubon Bank,
New York Agency
100 Wall Street, 14th Floor,
New York, NY 10005-3701

Standard & Poor's
c/o Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Standard Chartered Bank
1 Madison Ave.
New York, NY 10010-3666

Standard Chartered Bank
One Madison Avenue
New York, NY 10010-3666

Stephen Small Vice President
Head of Financial Institutions
Bank of Tokyo-Mitsubishi
UFJ Trust Company
1251 Avenue of the Americas
New York, New York 10020-1104

Steven N. Cousins, Esq.
Susan K. Ehlers, Esq.
Armstrong Teasdale LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

Steven W. Perlstein
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022-7649

Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022-5813
Attn: Chester B. Salomon, Esq.
       Constantine D. Pourakis, Esq.

Sullivan & Cromwell, LLP
125 Broad Street
New York, New York 10004-2498
Attn: Hydee R. Feldstein, Esq.

Sullivan & Cromwell, LLP
125 Broad Street
New York, New York 10004-2498
Attn: Robin B. Lacy, Esq.

Susheel Kirpalani, Esq.
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1603

Svenska Handelsbanken
153 E. 53rd St 37th Floor
New York, NY 10022-4611

Taipei Fubon Bank, New
York Agency
100 Wall Street, 14th
Floor, NY NY 10005-3701

Tarrant County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2323 Brayn Street, Suite 1600
Dallas, TX 75201-2644

Telecom Italia Capital S.A.

Telecom Italia Capital S.A.
c/o Raniero D'Aversa, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-1798

Tetsuhiro Tomata, General Manager
Financial Institutions
Business Div. 2 Shinsei Bank Ltd.
1-8, Uchisaiwaicho 2-Chome
Chiyoda-Ku,Tokyo 100-8501,Japan

The Bank of New York
Mellon Corporation
101 Barclay Street
New York, NY 10286-0001
Attn: Chris O'Mahoney

The Bank of Nova Scotia.
Singapore Branch
1 Raffles Quay #20-01
One Raffles Quay North Tower
Singapore 048583

The Bank of Tokyo-Mitsubishi UFJ, Ltd.
1251 Avenue of the Americas
New York, NY 10020-1168
Attn: Monique L. Morreale, Esq.

Thomas E. MacWright Jr.
WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131-2346

Thomas R. Slome, Esq.
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530-9882

Timothy F. Nixon, Esq.
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI 53202-3590

Timothy T. Brock, Esq.
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, New York 10169-0079

Timothy White Managing Director
Head of Originations Corporate
and Investment Banking Department
1251 Avenue of the
Americas, 32nd Floor
New York, NY 10020-1104

Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0002
Attn: Hollace T. Cohen, Esq.
Attn: Paul H. Deuthch, Esq.

UFJ Bank Limited
2-7-1,Marunouchi Chiyoda-ku
TKY 100-8388  Japan

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2122

Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019-6771
Attn: Michael J. Edelman, Esq.

Vollers Excavating & Construction, Inc.
3311 U.S. Hwy 22
North Branch, NJ  08876
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

Vollers Excavating & Construction, Inc.
3311 U.S. Hwy. 22
North Branch, NJ 08867
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

Vollers Excavating & Construction, Inc.
3311 U.S. Hwy. 22
North Brancn, NJ 08876
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

Walter Benzija, Esq.
Julie D. Dyas, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue, 9th Floor
New York, New York 10022-3301

Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1401

| | | |
|---|---|---|
| William C. Heuer, Esq.<br>Dewey & LeBoeuf LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6022 | William F. Taylor, Jr., Esq.<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717 | William F. Taylor, Jr., Esquire<br>McCarter & English, LLP<br>Renaissance Centre, 8th Floor<br>405 North King Street<br>Wilmington, DE 19801-3717 |
| William Warren Smith<br>Chief Loan Officer, Deputy<br>General Manager<br>Bank of China, New York Branch<br>410 Madison Avenue<br>New York, NY 10017-1174 | Willkie Far & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099 | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Attn: Benito Romano, Esq. |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Attn: Mark Abrams, Esq. | Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Attn: Shelley Chapman, Esq. | Wilmington Trust Company<br>520 Madison Avenue, 33rd Floor<br>New York, New York 10022-4213<br>Attention: James J. McGinley |
| Wilmington Trust Company<br>520 Madison Avenue, 33rd Floor<br>New York, New York 10022-4213 | Wilmington Trust FSB<br>8400 Normandale Lake Blvd.<br>Suite 925<br>Bloomington, Minnesota 55437-3804<br>Attention: Julie J. Becker | Yas Imai, Senior Vice President<br>Head of Financial Institutions Group<br>Sumitomo Mitsui Banking Corporation<br>277 Park Avenue<br>New York, NY 10172-0077 |
| c/o Paul, Hastings, Janofsky & Walker LLP<br>Attn: Harvey A. Strickon<br>75 East 55th Street<br>New York, NY 10022-3205 | Ann E. Acker<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>18th Floor<br>Chicago, IL 60603-4023 | Epiq Bankruptcy Solutions, LLC Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017-2072<br>www.bsillc.com |
| Greg Georgas, et al<br>The Wilson Law Firm, P.C.<br>Suite 3250 Atlanta Plaza<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Jacqueline Marcus<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153-0119 |
| Kermit A. Rosenberg<br>1747 Pennsylvania Avenue, N.W<br>Suite 300<br>Washington, DC 20006-4642 | Shai Waisman<br>Weil, Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153-0119 | Thomas Earl Patton<br>1747 Pennsylvania Avenue, N.W.<br>Suite 300<br>Washington, DC 20006-4688 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)125 High Street, L.P. | (u)1301 Properties Owner, L.L.C. | (u)1301 Properties Owner, LP c/o Paramount Gr |
| (u)4Kids Entertainment Inc. | (u)8 Sound Shore Associates LLC | (u)ABM Industries, Inc. |

(u)AIG Financial Products Corporation

(u)AIG Global Investment Corporation

(u)AT&T Inc.

(u)Accenture LLP

(u)Access Data Corp.

(u)Allianz Global Investors AG

(u)Altova, Inc And Altova Gmbh

(u)Automated Securities Clearance LLC, succes

(u)Avaya  Inc.

(u)BATS Holdings, Inc.

(u)BHCO Master Ltd

(u)BNP Paribas

(u)BP Corporation North America Inc.

(u)Bank of New York Mellon

(u)Barclays Capital, Inc.

(u)Bay Harbour Management LC

(u)Bay Harbour Master Ltd.

(u)Blank Rome, LLP Attorneys for Thomson Reut

(u)Blank Rome, LLP Attorneys for the FX Allia

(u)Bloomberg Finance L.P.

(u)Bloomberg L.P.

(u)Bright Horizons Children's Centers LLC

(u)Brookfield Properties One WFC Co. LLC

(u)CD Representative, L.C.

(u)CNX Gas Company

(u)Caixa Geral de Depositos, S.A.

(u)Canadian Imperial Bank of Commerce, CIBC W

(du)Canadian Imperial Bank of Commerce, CIBC

(u)Cantor Fitzgerald

(u)Chevron Natural Gas

(u)Chicago Board Options Exchange, Incorporat

(u)Cisco Systems Capital Corporation and Cisc

(u)Citigroup Inc. and all of its affiliates,

(u)Cognizant Technology Solutions

(u)Commodity Futures Trading Commission

(u)Community Trust Bancorp Inc.

(u)Constellation Place, LLC

(u)Corporate Park Associates Inc.
C/O McLaughlin & Stern, LLP
260 Madison Avenue
New York

(u)Crossmark Conerstone Partners, L.P.

(u)Crossmark Corporate Advisers, L.P.

(u)Crossmark Corporate Investors II, L.P.

(u)Crossmark Corporate Investors, L.P.

(u)Crossmark Investment Advisers, L.P.

(u)Crossmark Investment Company, L.P.

(u)Customer Asset Protection Company

(u)DCI Umbrella Fund PLC

(u)DNB NOR BANK ASA

(u)Deutsche Bank Securities Inc.

(u)Direct Edge ECN LLC

(u)Direct Energy Business, LLC

(u)Diversified Credit Investments LLC as agen

(u)Dresdner Kleinwort Group Holdings LLC

(u)Dunn & Bradstreet

(u)EHMD, LLC

(u)EMC Corporation

(u)Elliott Associates, L.P.

(u)Elliott International L.P.

(u)Essex Equity Holdings USA, LLC. M. Brian

(u)European Bank for Reconstruction and Devel

(u)FMR LLC

(u)FXCM Holdings, LLC

(u)Factiva, Inc., Factiva Limited and Dow Jon

(u)Fannie Mae

(u)Financial Analytics, L.P.

(u)GE Capital Information Technology Solution

(u)Galleon Buccaneer?s Offshore, Ltd

(u)General Electric Capital Corporation

(u)Gensler Architecture, Design & Planning, P

(u)Gensler and Associates/Architecture, Inc.

(u)Goldman, Sachs & Co.

(u)Green Tree Servicing LLC

(u)HST Lessee SNYT Lessee

(u)HWA 555 Owners, LLC

(u)Hanover Moving & Storage Co. Inc.

(d)Harbinger Capital Partners Special Situati
c/o Bingham McCutchen
399 Park Avenue
New York, NY 10022-4614

(u)Headstrong Services, LLC

(u)Henegan Construction Co., Inc.

(u)Hilliard Farber & Co., Inc.

(u)ICAP North America Inc., and its various A

(u)Ikon Office Solutions, Inc.

(u)Informal LBHI Bondholder Group

(u)Institutional Benchmarks

(u)Interactive Data Corporation

(u)Interface Cable Assemblies and Services Co

(u)International Business Machines Corporatio

(u)IntraLinks, Inc.

(u)Iris Software, Inc.

(u)JFK International Air Terminal LLC

(u)James W. Giddens, as Trustee for the SIPA

(u)Jarden Corporation

| | | |
|---|---|---|
| (u)Johnson County | (u)Keane, Inc. | (u)LandAmerica Financial Group, Inc. |
| (u)Lehman Brothers Private Equity Funds | (u)Level 3 Communications, LLC | (u)LiquidPoint |
| (u)MSS Distressed & Opportunites 2 | (u)MSTD, Inc. | (u)Main Street Natural Gas, Inc. |
| (u)Markit Group Limited | (u)Meridian Comp Of New York, Inc. D/B/A CHD | (u)Misys IQ LLC |
| (u)Mizuho Corporate Bank, Ltd. | (u)Monument Realty LLC | (u)Morgan Stanley & Co. Incorporated and affi |
| (u)Murex North America Inc. | (u)NPD Group Inc. | (u)NetApp, Inc. and Network Appliance Limited |
| (u)Newport Global Opportunities Fund LP, et a | (u)Nippon Life Insurance Company | (u)Northgate Minerals Corporation |
| (u)Occidental Energy Marketing, Inc. | (u)Official Committee of Unsecured Creditors | (u)Overstock.com, Inc. |
| (u)PayReel, Inc. | (u)Qwest Corporation and Qwest Communications | (u)Reliance Globalcom Services, Inc. |
| (u)Rock-Forty-Ninth LLC | (u)Rockefeller Center Management Corporation | (u)Rockefeller Center North, Inc. |

(u)Rockefeller Group Development Corporation

(u)Russell Investment Group, Inc.

(u)SOCIETE GENERALE

(u)SP4 190 S. LaSalle, L.P.

(u)Shareholders of Novastar Financial, Inc.

(u)Standard & Poor's

(u)Structure Consulting Group, LLC

(u)Structure Tone Inc.

(u)SuccessFactors, Inc.

(u)Sumitomo Mitsui Banking Corporation, SMBC

(u)Sun Microsystems, Inc.

(u)SunGard Asset Management Systems LLC

(u)SunGard Availability Services LP

(u)SunGard Business Integration Ltd.

(u)SunGard Expert Solutions LLC

(u)SunGard Institutional Brokerage, Inc.

(u)SunGard Investment Systems LLC f/k/a SunGa

(u)SunGard Securities Finance LLC

(du)The Bank of New York Mellon

(u)The Bank of Tokyo-Mitsubishi UFJ, Ltd.

(u)The Chuo Mitsui Trust and Banking Co., Ltd

(u)The Liverpool Limited Partnership

(u)The TAARP Group, LLP

(u)The Toronto-Dominion Bank

(u)The Vanguard Group, Inc.

(u)The Walt Disney Company

(u)Thomson Reuters Corporation

(u)Thomson Reuters PLC

(u)TnT Expense Management, LLC

(u)Tradeweb Markets LLC

(u)Training the Street, Inc.

(u)Trophy Hunter Investments Ltd

(u)Union Bank of California, N.A.

(u)VVA, LLC

(u)Verizon Communications Inc.

(u)WSG Development Company

(u)Washington Mutual Bank and Washington Mutu

(u)Wells Fargo & Co.

(u)Wells Fargo, N.A.

(d)250 East Borrower, LLC
c/o Platzer, Swergold et al.
1065 Avenue of the Americas, 18th Floor
New York, NY 10018-1878

(du)8 Sound Shore Associates LLC

(du)AIG Financial Products Corporation

(du)AIG Global Investment Corporation

(u)AOZORA
1-3-1 Kudan-Minami,
Chiyoda-ku, Tokyo,
102-8660

(d)Arapahoe County Treasurer
5334 S. Prince Street
Littleton, CO 80166-0001

(d)Australia and New Zealand Banking Group Li

(u)BP Energy Company

(u)Canadian Imperial Bank of Commerce
CIBC World Markets Corp.
CIBC World Markets Inc.

(d)Capital Moving & Storage Co., Inc.
97 Burma Road
Jersey City, NJ 07305-4601

(u)Chuo Mitsui Trust &
Banking
3-33-1 Shiba, Minato-ku,
Tokyo, 105-0014

(u)Citigroup Inc.

(d)Collins Building Services, Inc.
Court Square Place
24-01 44th Road
Long Island City, NY 11101-4605

(d)Credit Suisse
11 Madison Avenue
New York, NY 10010-3629

(du)Deutsche Bank Securities Inc.

(d)Dirk S. Roberts, SDNY Bar No. DR 8331
Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G. Street, N.W.
Washington, D.C 20552-0004

(du)Dresdner Kleinwort Group Holdings LLC

(d)East 46th Borrower, LLC
c/o Platzer, Swergold et al.
1065 Avenue of the Americas, 18th Floor
New York, NY 10018-1878

(u)Factiva, Inc.

(d)Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, VA 22102-3107

(u)Federal Reserve Bank of New York

(d)Hale Avenue Borrower, LLC
c/o Platzer, Swergold et al.
1065 Avenue of the Americas, 18th Floor
New York, NY 10018-1878

(d)Harold S. Novikoff, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

(du)Headstrong Services, LLC

(u)IGI Resources, Inc.

(d)Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110-1610

(u)Koji Nomura, Joint General Manager
Financial Institutions Div.
Aozora Bank, Ltd.
1-3-1 Kudan-Minami,
Chiyoda-ku, Tokyo,102-8660

(d)Lewtan Technologies, Inc.
300 Fifth Avenue
Waltham, MA 02451-8725

(d)M. Arthur Gensler Jr. & Associates Inc.
Gensler-Architecture, Design & Planning
c/o Bradford E. Dempsey
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541

(d)McLennan County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
PO BOX 17428
Austin, TX 78760-7428

(d)Michael Halevi
Director, Financial Institutions
ANZ Banking Group
1177 Avenue of Americas
New York, NY 10036-2730

(du)Monument Realty LLC

(d)National Australia Bank Limited
245 Park Avenue
Floor 28
New York, NY 10167-2800

(d)National Bank of Canada Inc., National Ban

(u)Nippon Life Insurance Co.
1-6-6, Marunouchi,
Chiyoda-ku, Tokyo, 100-8288?

(u)Noriyuki Tsumura
Chuo Mitsui Trust & Banking
3-33-1 Shiba, Minato-ku,
Tokyo, 105-0014

(d)Pursuit Opportunity Fund I Master Ltd.
c/o Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019-6771
Attention: Michael J. Edelman, Esq.

(du)SOCIETE GENERALE

(du)SP4 190 S. LaSalle, L.P.

(d)Steven N. Cousins, Esq.
Susan K. Ehlers, Esq.
Armstrong Teasdale LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740

(u)Sumitomo Mitsubishi
Banking Corp
13-6 Nihobashi-
Kodenma-Cho, Chuo-ku,
Tokyo, 103-0001

(u)Sumitomo Mitsui Banking Corporation
SMBC Capital Markets, Inc.
Sumitomo Mitsui Banking Corporation Brus

(d)Svenska Handelsbanken AB (publ)

(u)Takayuki Murai
Deputy General Manager
Corporate Finance Dept. #1
Nippon Life Insurance Co.
1-6-6, Marunouchi, Chiyodaku,
Tokyo, 100-8288

(u)The Bank of New York
One Canada Square
Canary Wharf
London E14 5AL
Attn: Raymond Morison

(du)The Bank of New York Mellon

(d)Timothy White Managing Director
Head of Originations Corporate
and Investment Banking Department
1251 Avenue of the Americas,32nd Floor
New York, NY 10020-1104

(d)U.S. Bank National Association
60 Livingston Avenue
Mailcode EP-MN-WS3D
St. Paul, MN 55107-2292

(d)Vollers Excavating & Construction, Inc.
3311 U.S. Hwy. 22
North Branch, NJ 08876
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534-3506

(du)Washington Mutual Bank and
Washington Mutual, Inc.

(u)Colin B. Albaugh

(u)David M. Hendrickson                    (u)William Kuntz

End of Label Matrix
Mailable recipients    410
Bypassed recipients    218
Total                  628