SALANS
   Claude D. Montgomery
   Lee P. Whidden
Rockefeller Center
620 Fifth Avenue
New York, NY  10020-2457
Tel:  (212) 632-5500
Fax:  (212) 632-5555

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | CHAPTER 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Michael Kauffman, hereby certify that on October 3, 2008, I caused a true copy of Verified Statement of Salans pursuant to Bankruptcy Rule 2019, dated October 3, 2008, to be served on the parties listed below, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New York.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn.: Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Richard P. Krasnow, Esq.
Jacqueline Marcus, Esq.

Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn. Jeffrey S. Margolin, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn.: Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn.: Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis

NEWYORK.543346.1

-2-

| | |
|---|---|
| Millbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn.: Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. | Sullivan & Cromvell LLP<br>125 Broad Street<br>New York, NY 10004<br>Attn.: Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq. |
| Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York 10010<br>Attn.: James Tecce, Esq.<br>Susheel Kirpalani, Esq. |

/s/ Michael Kauffman
Michael Kauffman