SALANS
   Lee P. Whidden
   Paul C. Gunther
Rockefeller Center
620 Fifth Avenue
New York, NY  10020-2457
Tel:  (212) 632-5500
Fax:  (212) 632-5555
*Attorneys for GL Trade Americas Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | CHAPTER 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

       I, Michael Kauffman, hereby certify that on October 3, 2008, I caused a true copy of the Limited Objection and Reservation of Rights of GL Trade Americas Inc. to Assumption and Assignment of Contracts and Proposed Cure Amounts, dated October 3, 2008, to be served on the parties listed below, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New York.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn.: Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Richard P. Krasnow, Esq.
Jacqueline Marcus, Esq.

Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn. Jeffrey S. Margolin, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn.: Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn.: Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto

NEWYORK.543346.1

|  |  |
|---|---|
|  | Linda Riffkin |
|  | Tracy Hope Davis |
| Millbank, Tweed, Hadley & McCloy LLP | Sullivan & Cromvell LLP |
| 1 Chase Manhattan Plaza | 125 Broad Street |
| New York, NY 10005 | New York, NY 10004 |
| Attn.: Dennis F. Dunne, Esq. | Attn.: Robinson B. Lacy, Esq. |
| Dennis O'Donnell, Esq. | Hydee R. Feldstein, Esq. |
| Evan Fleck, Esq. |  |
| Epiq Bankruptcy Solutions, LLC | Quinn Emanuel Urquhart Oliver & Hedges |
| Claims Agent | 51 Madison Avenue, 22nd Floor |
| (f/k/a Bankruptcy Services LLC) | New York 10010 |
| 757 Third Avenue, 3rd Floor | Attn.: James Tecce, Esq. |
| New York, NY 10017 | Susheel Kirpalani, Esq. |

/s/ Michael Kauffman
Michael Kauffman

-2-