Amish R. Doshi (AD5996)
**DAY PITNEY LLP**
7 Times Square
New York, New York 10036-7311
Telephone:    (212) 297-5800
Facsimile:    (212) 916-2940
E-mail: adoshi@daypitney.com

BUCHALTER NEMER, PC
SHAWN M. CHRISTIANSON (CSB#114707)
333 Market Street, 25th Floor
San Francisco, California 94105-2126
Telephone:  (415) 227-0900
Facsimile:  (415) 227-0770

ORACLE USA, INC.
DEBORAH MILLER (CSB #95527)
PEGGY BRUGGMAN (CSB #184176)
500 Oracle Parkway
Redwood City, California  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorneys for Oracle U.S.A., Inc.

**Hearing Date:    TBD**
**Hearing Time:    TBD**
**Objection Date: October 3, 2008**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | **Case No.  08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |

**CERTIFICATION OF SERVICE REGARDING ORACLE'S**
**OPPOSITION TO NOTICE OF ASSUMPTION AND ASSIGNMENT OF,**
**AND AMOUNT NECESSARY TO CURE DEFAULTS UNDER CONTRACTS**
**AND LEASES TO BE ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1.       I am a paralegal employed by the firm of Day Pitney LLP.  My business address

is 200 Campus Drive, Florham Park, New Jersey.  Day Pitney is counsel to Oracle USA, Inc.,

successor-in-interest to Oracle Corporation, BEA Systems, Inc., PeopleSoft USA, Inc. and Siebel

in connection with the above-referenced matter.

2.      On October 3, 2008, I electronically filed Oracle's Opposition To Notice Of Assumption And Assignment Of, And Amount Necessary To Cure Defaults Under Contracts And Leases To Be Assumed And Assigned To Successful Purchaser with the United States Bankruptcy Court for the Southern District of New York thereby causing the parties entitled to receive notice via the Court's ECF system to be served and thereafter I caused copies to be served upon all parties on the annexed service list as noted thereon.

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated:  October 3, 2008

**Service List**

**Served Via Email, Facsimile And First Class Mail On 10/3/08**

Lori R. Fife, Esq.
Harvey R. Miller, Esq.
Shai Y. Waisman, Esq.
**Weil, Gotshal & Manges, LLP**
767 Fifth Avenue
New York, NY 10153
Fax No.: 212- 310-8007
lori.fife@weil.com
harvey.miller@weil.com
shai.waisman@weil.com
*Attorneys for the Debtors*

Jeffery S. Margolin, Esq.
**Hughes, Hubbard & Reed LLP**
One Battery Park Plaza
New York, NY 10004
Fax No.:  212-422-4726
margolin@hugheshubbard.com
*Attorneys for the SIPA Trustee*

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, NY 10006
Fax No.:  212-225-3999
lgranfield@cgsh.com
lschweitzer@cgsh.com
*Attorneys for the Purchaser*

James Tecce, Esq.
Susheel Kirpalani, Esq.
**Quinn Emanuel Urquhart Oliver & Hedges**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Fax No.: 212-849-7100
jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
Fax No.:  212-530-5219
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com
*Proposed Attorneys for Creditors' Committee*


**Served Via Facsimile And First Class Mail On 10/3/08**

Brian Shoichi Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax No.: 212-668-2255
Brian.masumoto@usdoj.gov