**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq. (PA 34545)
Bradley S. Tupi, Esquire, Esq. (BST1202)
Michael A. Shiner, Esq. (PA 78088)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                    ) Chapter 11 Case
                                                          )
LEHMAN BROTHERS HOLDINGS, INC., et al.  ) Case No. 08-13555 (JMP)
                                                          )
                                                          ) Jointly Administered
                              Debtors.                    )
------------------------------------------------------------x

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that undersigned counsels of Tucker Arensberg, P.C. hereby

enter their appearance in the above-captioned bankruptcy cases on behalf of Federal Home Loan

Bank of Pittsburgh, and that, pursuant to Rules 2002 and 9010 of the Federal Rules of

Bankruptcy Procedure and section 1109 of Title 11 of the United States Code, hereby requests

that all notices given or required to be given, and all papers served or required to be served in

these cases, be delivered to and served upon the following:

> **Beverly Weiss Manne, Esquire**
> **Bradley S. Tupi, Esquire**
> **Michael A. Shiner, Esquire**
> **Tucker Arensberg, P.C.**
> **1500 One PPG Place**
> **Pittsburgh, PA  15222**
> **Phone: (412) 566-1212**
> **FAX:   (412) 594-5619**
> **Email:** bmanne@tuckerlaw.com
>                btupi@tuckerlaw.com
>                mshiner@tuckerlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only those notices and papers referred to in Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, and demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

PLEASE TAKE FURTHER NOTICE that the foregoing request constitutes a request for service only, and does not constitute, and shall not be deemed to constitute, a waiver of any substantive right of Federal Home Loan Bank of Pittsburgh, the consent to the jurisdiction of the Bankruptcy Court, or the waiver of the right to a jury trial.

Dated: October 4, 2008

Respectfully submitted,

/s/ *Bradley S. Tupi*
Bradley S. Tupi, Esquire (BST1202)
Beverly Weiss Manne, Esquire (PA 34545)
Michael A. Shiner (PA 78088)
1500 One PPG Place
Pittsburgh, PA  15222
Phone: (412) 566-1212
Fax: (412) 594-5619

email: bmanne@tuckerlaw.com
        btupi@tuckerlaw.com
        mshiner@tuckerlaw.com

Attorneys for Federal Home Loan Bank of Pittsburgh