**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq. (PA 34545)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | ) Chapter 11 Case |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Beverly Weiss Manne, Esquire, a member in good standing of the bar in the Commonwealth of Pennsylvania, the bar of the U.S. Supreme Court, and the United States District Court for the Eastern, Middle and Western Districts of Pennsylvania and Western District of Michigan, request admission, ***pro hac vice***, before this Court to represent Federal Home Loan Bank of Pittsburgh, a creditor and claimant in the above-referenced case and any related adversary proceedings.

My address is Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, and telephone number is 412.594.5525. My email address is bmanne@tuckerlaw.com.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated:  October 4, 2008

New York, New York

*/s/ Beverly Weiss Manne*
TUCKER ARENSBERG, P.C.
Attorneys for Federal Home Loan Bank of Pittsburgh
1500 One PPG Place
Pittsburgh, PA 15222
412.594.5525

BANK_FIN:336360-1 020260-138012