**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq. (PA 34545)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                    ) Chapter 11 Case
                                                          )
LEHMAN BROTHERS HOLDINGS, INC., et al.    ) Case No. 08-13555 (JMP)
                                                          )
                                                          ) Jointly Administered
            Debtors.                                  )
------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the Motion of Beverly Weiss Manne, Esquire, a member in good standing of the bar in the Commonwealth of Pennsylvania and of *inter alia* the bar of the United States Supreme Court, and the U.S. District Court for the Western District of Pennsylvania, having requested admission, ***pro hac vice***, to represent the Federal Home Loan Bank of Pittsburgh, a creditor and claimant in the above-referenced case and any related adversary proceedings.

**ORDERED,** that Beverly Weiss Manne, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case and any related adversary proceedings, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

New York, New York                    _____
                                                  UNITED STATES BANKRUPTCY JUDGE

BANK_FIN:336361-1 020260-138012