**TUCKER ARENSBERG, P.C.**
Michel A. Shiner, Esq. (PA 78088)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5586
Fax: 412-594-5619
Email: mshiner@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| In re: | ) Chapter 11 Case |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Michael A. Shiner, Esquire, a member in good standing of the bar in the Commonwealth of Pennsylvania and of the bar of the U.S. District Court for the Western District of Pennsylvania, request admission, ***pro hac vice***, before this Court to represent Federal Home Loan Bank of Pittsburgh, a creditor and claimant in the above-referenced case and any related adversary proceedings.

My address is Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, and telephone number is 412.594.5525.  My email address is mshiner@tuckerlaw.com.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated:  October 4, 2008

New York, New York                    */s/ Michael A. Shiner*
                                      TUCKER ARENSBERG, P.C.
                                      Attorneys for Federal Home Loan Bank of Pittsburgh
                                      1500 One PPG Place
                                      Pittsburgh, PA 15222
                                      412.594.5586

BANK_FIN:336445-1 020260-138012