**TUCKER ARENSBERG, P.C.**
Michel A. Shiner, Esq. (PA 78088)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5586
Fax: 412-594-5619
Email: mshiner@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| In re: | ) Chapter 11 Case |
|---|---|
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |

--------------------------------------------------------------- x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Upon the Motion of Michael A. Shiner, Esquire, a member in good standing of the bar in the Commonwealth of Pennsylvania and of the bar of the U.S. District Court for the Western District of Pennsylvania, having requested admission, *pro hac vice*, to represent the Federal Home Loan Bank of Pittsburgh, a creditor and claimant in the above-referenced case and any related adversary proceedings.

**ORDERED,** that Michael A. Shiner, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case and any related adversary proceedings, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

New York, New York

UNITED STATES BANKRUPTCY JUDGE

BANK_FIN:336446-1 020260-138012