**TUCKER ARENSBERG, P.C.**
Gary P. Hunt, Esq. (PA 23556)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5518
Fax: 412-594-5619
Email: ghunt@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
In re:                                                             ) Chapter 11 Case
                                                                   )
LEHMAN BROTHERS HOLDINGS, INC., et al.    ) Case No. 08-13555 (JMP)
                                                                   )
                                                                   ) Jointly Administered
             Debtors.                                         )
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Gary P. Hunt, Esquire, a member in good standing of the bar in the Commonwealth of Pennsylvania and of the bar of the U.S. District Court for the Western District of Pennsylvania, request admission, ***pro hac vice***, before this Court to represent Federal Home Loan Bank of Pittsburgh, a creditor and claimant in the above-referenced case and any related adversary proceedings.

My address is Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, and telephone number is 412.594.5518. My email address is ghunt@tuckerlaw.com.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated: October 4, 2008

New York, New York            */s/ Gary P. Hunt*
                                              TUCKER ARENSBERG, P.C.
                                              Attorneys for Federal Home Loan Bank of Pittsburgh
                                              1500 One PPG Place
                                              Pittsburgh, PA 15222
                                              412.594.5518

BANK_FIN:336447-1 020260-138012