**TUCKER ARENSBERG, P.C.**
Michael J. Stauber, Esq. (PA 201022)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-3904
Fax: 412-594-5619
Email: mstauber@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                          ) Chapter 11 Case
                                                                )
LEHMAN BROTHERS HOLDINGS, INC., et al.   ) Case No. 08-13555 (JMP)
                                                                )
                                                                ) Jointly Administered
                        Debtors.                            )
----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Michael J. Stauber, Esquire, a member in good standing of the bar in the Commonwealth of Pennsylvania and of the bar of the U.S. District Court for the Western District of Pennsylvania, request admission, ***pro hac vice***, before this Court to represent Federal Home Loan Bank of Pittsburgh, a creditor and claimant in the above-referenced case and any related adversary proceedings.

My address is Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, and telephone number is 412.594.3904. My email address is mstauber@tuckerlaw.com.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated: October 4, 2008

New York, New York                 */s/ Michael J. Stauber*
                                                TUCKER ARENSBERG, P.C.
                                                Attorneys for Federal Home Loan Bank of Pittsburgh
                                                1500 One PPG Place
                                                Pittsburgh, PA 15222
                                                412.594.3904

BANK_FIN:336449-1 020260-138012