BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No. 130720)
Kenneth T. Law, Esq., (Calif. Bar No. 111779)

Attorneys for Cisco Systems, Inc. and
Cisco Systems Capital Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC.. *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 3rd day of October, 2008 true copies of

*Statement of Cure Amount And Reservation of Rights Of Cisco Systems, Inc. and Cisco Systems Capital Corporation To Order Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases* were served upon the parties listed on the attached service list *via* Federal Express delivery.

Dated: Palo Alto, California        BIALSON, BERGEN & SCHWAB
    October 4, 2008                Attorneys for Cisco Systems, Inc. and
                                                     Cisco Systems Capital Corporation


                                                By: /s/ Catherine Lee
                                                     Catherine Lee
                                                     Paralegal

## SERVICE LIST

<u>Attorneys for Debtors</u>
Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
767 Fifth Ave.
New York, NY 10153

<u>U.S. Trustee</u>
U.S. Trustee
Attn: Andy Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004

<u>Attorneys for the Official Committee of Unsecured Creditors</u>
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

<u>Attorneys for the Debtors' Postpetition Lenders</u>
Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq.
One Liberty Plaza
New York, NY 10006

<u>Attorneys for the SIPC Trustee</u>
Hughes Hubbard & Reed LLP
Attn: Jeffrey S. Margolin
One Battery Park Plaza
New York, NY 10004