BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 657-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No. 130720)
Kenneth T. Law, Esq., (Calif. Bar No. 111779)

Attorneys for Sun Microsystems, Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.. *et al.*,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 3rd day of October, 2008 true copies of (1) *Statement of Cure Amount And Reservation of Rights Of Sun Microsystems, Inc. To Order Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases*; and (2) *Amended Statement of Cure Amount And Reservation of Rights Of Sun Microsystems, Inc. To Order Authorizing And Approving The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases* were served upon the parties listed on the attached service list *via* Federal Express delivery.

| | |
|---|---|
| Dated: Palo Alto, California<br>October 4, 2008 | BIALSON, BERGEN & SCHWAB<br>Attorneys for Sun Microsystems, Inc.<br><br>By: /s/ Catherine Lee _____<br>      Catherine Lee<br>      Paralegal |

W:\S0454\124\Pldg\COS - Statement of Cure.doc

## SERVICE LIST

Attorneys for Debtors
Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
767 Fifth Ave.
New York, NY 10153

U.S. Trustee
U.S. Trustee
Attn: Andy Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004

Attorneys for the Official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Attorneys for the Debtors' Postpetition Lenders
Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq.
One Liberty Plaza
New York, NY 10006

Attorneys for the SIPC Trustee
Hughes Hubbard & Reed LLP
Attn: Jeffrey S. Margolin
One Battery Park Plaza
New York, NY 10004