**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                )
**In re**                                       )
                                                )    **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*   )
                                                )    **08-13555 (JMP)**
                    **Debtors**                 )
_____)

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert L. Holladay, Jr., a member in good standing of the Bar of the State of Mississippi and the Bar of the U.S. District Court for the Southern District of Mississippi, request admission, *pro hac vice*, before this honorable Court to represent Intechra LLC, a creditor in the above-referenced case.

My address is YoungWilliams P.A., P. O. Box 23059, Jackson, Mississippi 39225-3059, and my e-mail address is robert.holladay@youngwilliams.com. My telephone number is (601) 948-6100. I agree to pay the $25.00 fee upon approval by the Court admitting me to practice *pro hac vice*.

DATED October 3rd, 2008.

                                        Respectfully submitted,


                                        /Robert L. Holladay, Jr./
                                        Robert L. Holladay, Jr. (MS Bar No. 100713)
                                        **YoungWilliams P.A.**
                                        210 East Capitol Street, Suite 2000
                                        P. O. Box 23059
                                        Jackson, MS 39225-3059
                                        *tele*    601.948.6100
                                        *fax*     601.355.6136

                                        Counsel for Intechra LLC

_____

# ORDER

**ORDERED**,
that Robert L. Holladay, Jr., Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York    /s/_____
                              UNITED STATES BANKRUPTCY JUDGE