UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS, INC., et al.   Case No.: 08-13555 (JMP)

Chapter

Debtor.
------------------------------------------------------------x

Plaintiff   Adversary Proceeding No.: _____

v.

Defendant
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Charles H. Fleischer, a member in good standing of the bar in the State of Maryland and, if applicable, the bar of the U.S. District Court for the _____ District of Maryland, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Infinite Computer Solutions, Inc., a creditor/vendor in the above referenced ☒ case ☐ adversary proceeding.

Mailing address: Oppenheimer, Fleischer & Quiggle, P.C. 7700 Old Georgetown Road, Suite 800, Bethesda, MD 20814;

E-mail address: cfleischer@ofqlaw.com; telephone number (301) 986-4056.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 10/6/08
_____, New York

Charles H. Fleischer