UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:  LEHMAN BROTHERS HOLDINGS, INC., et al          Case No.: __08-13555 (JMP)__
                                                       Chapter

                        Debtor.
------------------------------------------------------------x


                        Plaintiff                      Adversary Proceeding
                                                       No.: _____

        v.


                        Defendant
------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *Pro Hac Vice*

__Charles H. Fleischer__, a member in good standing of the bar in the State of __Maryland__ and, if applicable, the bar of the U.S. District Court for the _____ District of __Maryland__, having requested admission, *pro hac vice*, to represent __Infinite Computer Solutions, Inc__, a __creditor/vendor__ in the above referenced ☒ case  ☐ adversary proceeding.

**ORDERED,**

that __Charles H. Fleischer__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☒ case  ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.


Dated: _____

_____, New York       /s/_____
                           UNITED STATES BANKRUPTCY JUDGE