David W. Dykhouse
Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Training the Street, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       :ss.:
COUNTY OF NEW YORK     )

      CHRISTINA I. BELANGER, being duly sworn, deposes and says:

      1.      I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

      2      On October 2, 2008, I electronically filed the following document:

      -    ***Limited Objection of Training the Street, Inc. to Debtors' Proposed Cure Amount***

with the Clerk of the Court using the CM/ECF system, which caused notification of such filing to be sent to the parties at the e-mail addresses listed on the attached service list.

2948679v.1

      3.      On October 3, 2008, I served the above document upon the following via e-mail directed to them at the e-mail addresses listed:

> Harvey R. Miller
> Jacqueline Marcus
> Shai Waisman
> Weil, Gotshal & Manges, LLP
> 767 Fifth Avenue
> New York, NY 10153
> (212) 310-8000
> Fax : (212) 310-8007
> Email: harvey.miller@weil.com
> Email: jacqueline.marcus@weil.com
> Email: shai.waisman@weil.com
>
> Dennis F. Dunne
> Luc A. Despins
> Wilbur F. Foster, Jr.
> MILBANK, TWEED, HADLEY & McCLOY LLP
> 1 Chase Manhattan Plaza
> New York, New York 10005
> Telephone: (212) 530-5000
> Facsimile: (212) 530-5219
> Email: ddunne@milbank.com
> Email: ldespins@milbank.com
> Email: wfoster@milbank.com

      4.      On October 3, 2008, I served the above document upon the following via fax directed to them at the fax number listed below:

> United States Trustee's Office
> 33 Whitehall Street, 21st Floor
> New York, New York 10004
> Tel. (212) 510-0500
> Fax. (212) 668-2255

      5.      October 3, 2008, I served the above document upon the following interested parties who did not receive notice electronically by depositing a true copy of said document in a postpaid wrapper in a mail depository maintained by the U.S. Postal Service

2948679v.1

located at 1133 Avenue of the Americas, New York, New York 10036, directed to them at the addresses listed on the attached service list.

*[signature]*
CHRISTINA I. BELANGER

Sworn to before me this
6th day of October, 2008

*[signature]*
Notary Public

PATRICK FAY
Notary Public, State of New York
No. 01FA6188765
Qualified in Kings County
Certificate Filed in New York County
Commission Expires June 16, 2012

2948679v.1

## E-Mail Service List

- Marc Abrams    maosbny@willkie.com, mabrams@willkie.com
- Ann E. Acker    acker@chapman.com
- Luma Al-Shibib    lalshibib@reedsmith.com
- George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com
- Lauren Attard    lattard@kayescholer.com, lattard@kayescholer.com;rcappiello@kayescholer.com
- Elizabeth Banda    kwilliams@pbfcm.com
- Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com
- Howard S. Beltzer    hbeltzer@morganlewis.com
- Walter Benzija    wbenzija@halperinlaw.net
- Scott Howard Bernstein    sbernstein@hunton.com
- Martin J. Bienenstock    martin.bienenstock@dl.com, tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com
- Michael V. Blumenthal    mblumenthal@crowell.com
- Martin G. Bunin    marty.bunin@alston.com
- Matthew Allen Cantor    info2@normandyhill.com
- John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com
- Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Darrell W. Clark    dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com
- Patrick M. Costello    pcostello@bbslaw.com
- Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com
- David N. Crapo    dcrapo@gibbonslaw.com
- David A. Crichlow    dcrichlow@pillsburywinthrop.com

2948679v.1

- Maureen A. Cronin    macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com;hzhang@debevoise.com;dalexander@debevoise.com;mcto@debevoise.com;mao-ecf@debevoise.com

- Leo T. Crowley    leo.crowley@pillsburylaw.com

- Vincent D'Agostino    vdagostino@lowenstein.com

- Israel Dahan    allison.dipasqua@cwt.com

- George A. Davis    wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

- Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

- Bradford E. Dempsey    brad.dempsey@hro.com

- Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

- Paul H. Deutch    paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

- Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com

- Thomas Alan Draghi    tdraghi@westermanllp.com

- Michael James Edelman    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

- Daniel Eggermann    deggermann@kramerlevin.com

- Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com

- Susan K. Ehlers    solsen@armstrongteasdale.com

- Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com

- Mark C. Ellenberg    mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

- David Elrod    delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

- Michael R. Enright    menright@rc.com

- Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

- Matthew Allen Feldman    maosbny@willkie.com, mfeldman@willkie.com

- Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

- Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com

2948679v.1

- Robert M. Fleischer     rfleischer@pryorcashman.com, docketing@pryorcashman.com
- Martin N. Flics     martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com
- Shawn Randall Fox     sfox@mcguirewoods.com
- Mark Freedlander     mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com
- David M. Friedman     ffigueroa@kasowitz.com
- Thomas M. Gaa     tgaa@bbslaw.com, catherine@bbslaw.com
- Steven A. Ginther     sdnyecf@dor.mo.gov
- Joseph M. Gitto     jgitto@nixonpeabody.com
- Eduardo J. Glas     eglas@mccarter.com
- Matthew J. Gold     mgold@kkwc.com, mattgoldesq@optonline.net
- Richard L. Gold     RLGold1977@aol.com
- Antonia Golianopoulos     agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com
- Todd M. Goren     tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com
- Lindsee Paige Granfield     maofiling@cgsh.com, lgranfield@cgsh.com;aluft@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com
- Ira S. Greene     isgreene@hhlaw.com, nduncan@hhlaw.com
- Paul C. Gunther     pgunther@salans.com, nkhalatova@salans.com
- Alan D. Halperin     ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net
- Howard R. Hawkins     howard.hawkins@cwt.com, allison.dipasqua@cwt.com
- Dion W. Hayes     dhayes@mcguirewoods.com, phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com
- James M. Heiser     heiser@chapman.com
- Ira L. Herman     ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com
- Neil E. Herman     Nherman@morganlewis.com
- Robert M. Hirsh     hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

2948679v.1

- Eric H. Horn    ehorn@lowenstein.com, elawler@lowenstein.com
- Frederick D. Hyman    fhyman@mayerbrownrowe.com
- John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com
- Gregory O. Kaden    gkaden@goulstonstorrs.com
- Richard S. Kanowitz    rkanowitz@cooley.com
- J. Michael Kelly    kellyjm@cooley.com
- Christopher K. Kiplok    kiplok@hugheshubbard.com
- Barry R. Kleiner    dkleiner@velaw.com
- Timothy J. Korzun    sheakkorzun@comcast.net
- Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com
- Darryl S. Laddin    bkrfilings@agg.com
- Robert Laplaca    rlaplaca@levettrockwood.com
- Francis J. Lawall    lawallf@pepperlaw.com
- David M. LeMay    dlemay@chadbourne.com
- Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com
- Shari D. Leventhal    shari.leventhal@ny.frb.org
- Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com
- Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com
- Fredrick J. Levy    flevy@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com
- Richard Levy    rlevy@pryorcashman.com
- David Liebov    liebovd@sullcrom.com
- Demetra Liggins    demetra.liggins@tklaw.com, nancy.miller@tklaw.com
- Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com
- Edward Joseph LoBello    elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com
- Eric Lopez Schnabel    schnabel.eric@dorsey.com

2948679v.1

- Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com
- Donald K. Ludman    dludman@brownconnery.com
- Robert K. Malone    robert.malone@dbr.com
- Julie A. Manning    bankruptcy@goodwin.com
- Jacqueline Marcus    jacqueline.marcus@weil.com
- Alan E. Marder    lgomez@msek.com
- Jeffrey S. Margolin    margolin@hugheshubbard.com
- Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com
- James I. McClammy    lehman.chapter11@dpw.com
- Frank McGinn    ffm@bostonbusinesslaw.com
- David C. McGrail    dmcgrail@davidmcgraillaw.com
- Michael T. Mervis    Mmervis@proskauer.com, Mmervis@proskauer.com
- Richard M. Meth    msteen@daypitney.com
- Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com
- Claude D. Montgomery    cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com
- Steven T. Mulligan    smulligan@bsblawyers.com
- Robert E. Nies    rnies@wolffsamson.com
- Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com
- Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com
- Kalman Ochs    ochska@ffhsj.com
- R. Stephen Painter    spainter@cftc.gov
- Steven W. Perlstein    steven.perlstein@kobrekim.com
- Thomas Pietrantonio    pietrantoniolaw@optonline.net
- Sydney G. Platzer    splatzer@platzerlaw.com
- Frederick B. Polak    lml@ppgms.com
- Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- Amanda Raboy    araboy@cov.com

2948679v.1

- John J. Rapisardi    john.rapisardi@cwt.com,
  zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com;sohyoung.choo@cwt.com

- Steven J. Reisman    sreisman@curtis.com,
  jbarucha@curtis.com;webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;jthomison@curtis.com;tbarnes@curtis.com

- Howard D. Ressler    hressler@diamondmccarthy.com

- Kenneth A. Reynolds    kreynolds@mklawnyc.com,
  jwalsh@mklawnyc.com;tcard@mklawnyc.com

- Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com

- Marc E. Richards    mrichards@blankrome.com

- Dirk S. Roberts    dirk.roberts@ots.treas.gov

- George Rosenberg    grosenberg@co.arapahoe.co.us

- Kermit A. Rosenberg    krosenberg@tighepatton.com

- Edward M. Rosensteel    info@rosebeck.com

- David A. Rosenzweig    DRosenzweig@Fulbright.com

- David S. Rosner    ffigueroa@kasowitz.com;dfliman@kasowitz.com

- Douglas B. Rosner    drosner@goulstonstorrs.com

- Chester B. Salomon    cs@stevenslee.com

- Diane W. Sanders    austin.bankruptcy@publicans.com

- Gregory B. Schiller    gshiller@zeislaw.com

- Carey D. Schreiber    cschreiber@winston.com

- Lisa M. Schweitzer    lschweitzer@cgsh.com,
  maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

- Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com

- Andrea Sheehan    sheehan@txschoollaw.com,
  coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

- Joseph E. Shickich    jshickich@riddellwilliams.com

- Glenn E. Siegel    Glenn.Siegel@dechert.com

2948679v.1

- Paul H. Silverman    PSilverman@mclaughlinstern.com
- Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- Thomas R. Slome    lgomez@msek.com
- Elizabeth Page Smith    esmith@llgm.com, strum@dl.com
- Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com
- Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com
- Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- Malani Sternstein    msternstein@sheppardmullin.com
- Brent C. Strickland    bstrickland@wtplaw.com
- Harvey A. Strickon    harveystrickon@paulhastings.com, frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com
- James Tecce    jamestecce@quinnemanuel.com
- My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com
- Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com;gwilley@mayerbrown.com
- Sarah Trum    strum@dl.com, lsaal@dl.com
- Brian Trust    btrust@mayerbrown.com
- Raymond J. Urbanik    rurbanik@munsch.com
- Gerard Uzzi    guzzi@whitecase.com, rkebrdle@whitecase.com
- Michael J. Venditto    mvenditto@reedsmith.com
- Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com
- Shai Waisman    shai.waisman@weil.com, amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@weil.com;sherri.toub@weil.com;camisha.simmons@weil.com;victoria.vron@weil.com;julio.gurdian@weil.com;matthew.curro@weil.com;michele.meises@weil.com
- Josephine Wang    jwang@sipc.org
- Rochelle R. Weisburg    rochellew@shiboleth.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- L. Matt Wilson    efile@willaw.com

2948679v.1

- Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com
- Erin Zavalkoff    ezavalkoff-babej@vedderprice.com
- Peter Alan Zisser    peter.zisser@hklaw.com, jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com
- Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

## Mail Service List

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Daniel S. Braverman
Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Eric Fisher
Bragar Wexler Eagle & Morgenstern, P.C.
885 Third Avenue
Suite 3040
New York, NY 10022

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

2948679v.1

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Neal S. Mann
New York State Attorney General's Office
120 Broadway
24th Floor
New York, NY 10271

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

2948679v.1

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Amy Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

2948679v.1