### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――――
                                                )
**In re**                                       )
                                                )     **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*    )
                                                )     **08-13555 (JMP)**
                              **Debtors**        )
―――――――――――――――――――――――――――――――)

### OBJECTION OF INTECHRA LLC
### TO CURE AMOUNT

Intechra LLC, a Mississippi limited liability company ("Intechra"), as counter-party to a Master Agreement with Debtor, as superseded by the General Terms and Conditions, effective September 5, 2008, and in accordance with the United States Bankruptcy Court for the Southern District of New York's Order, dated September 19, 2008, authorizing and approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interest and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, hereby files this, its **objection** to the scheduled cure amount of $103,991.08, as set forth in the List of IT Closing Date Contracts, updated as of October 1, 2008, and asserts an actual cure amount of $118,794.02.

As grounds for its objection, Intechra states that as of October 3, 2008, the amount due Intechra is $118,794.02, all as more fully shown on the attached schedule of account and invoices.

DATED October 3rd, 2008.

Respectfully submitted,

**INTECHRA LLC**

BY:    /Robert L. Holladay, Jr./
       **ROBERT L. HOLLADAY, JR.,**
       Robert L. Holladay, Jr. (MS Bar No. 100713)
       Kenneth D. Farmer (MS Bar No. 102793)
       **YoungWilliams PA**
       210 East Capitol Street, Suite 2000
       P.O. Box 23059
       Jackson, MS 39225-3059
       *tele*    601.948.6100
       *fax*     601.355.6136

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copy of the foregoing will be electronically filed with the Clerk of Court for the United States Bankruptcy Court, Southern District of New York, using the CM/ECF system as soon as possible, and served on the following via facsimile and overnight mail, this 3rd day of October, 2008, addressed as follows:

**Weil, Gotshal & Manges LLP**
*Attn*: Lori R. Fife and Shai Y. Waisman
767 Fifth Avenue
New York, NY 10153-0119
*Attorneys for Lehman Brothers Holding, Inc.,*
*and LB745 LLC*
Fax: (212) 310-8007

**Cleary Gottlieb Steen & Hamilton LLP**
*Attn*: Lindsee P. Granfield & Lisa M. Schweitzer
One Liberty Plaza
New York, NY 10006
*Attorneys for Purchaser*
Fax: (212) 225-3999

**Hughes Hubbard & Reed LLP**
*Attn*: Jeffery S. Margolin
One Battery Park Plaza
New York, NY 10004
*Attorneys for the SPIC Trustee*
Fax: (212) 422-4726

/ROBERT L. HOLLADAY, JR./_____
**Robert L. Holladay, Jr.**

| Customer | Customer Name | Balance | Transaction | Invoice Date | Days Open | 1 - 30 | 31 - 59 | 60 - 89 | 90 - 119 | 120 + |
|---|---|---|---|---|---|---|---|---|---|---|
| 3129 | LEHMAN BROTHERS [3129] | 1,431.36 | 70306IN-IN | 11/8/2007 | 324 | | | | | 1,431.36 |
| 3129 | LEHMAN BROTHERS [3129] | 1,000.00 | 0000070302-IN | 11/20/2007 | 312 | | | | | 1,000.00 |
| 3129 | LEHMAN BROTHERS [3129] | 511.34 | 0000070317-IN | 11/20/2007 | 312 | | | | | 511.34 |
| 3129 | LEHMAN BROTHERS [3129] | 2,732.85 | 0000071079-IN | 11/20/2007 | 312 | | | | | 2,732.85 |
| 3129 | LEHMAN BROTHERS [3129] | 503.60 | 0000088016-IN | 4/17/2008 | 165 | | | | | 503.60 |
| 3129 | LEHMAN BROTHERS [3129] | 900.00 | 0002062770-IN | 5/21/2008 | 131 | | | | | 900.00 |
| 3129 | LEHMAN BROTHERS [3129] | 900.00 | 0002062777-IN | 5/21/2008 | 131 | | | | | 900.00 |
| 3129 | LEHMAN BROTHERS [3129] | 3,010.80 | 0000093074-IN | 5/27/2008 | 125 | | | | | 3,010.80 |
| 3129 | LEHMAN BROTHERS [3129] | 88,030.40 | M91828   -IN | 5/30/2008 | 122 | | | | | 88,030.40 |
| 3129 | LEHMAN BROTHERS [3129] | 2,640.00 | I-2065783 -IN | 6/4/2008 | 118 | | | | 2,640.00 | |
| 3129 | LEHMAN BROTHERS [3129] | 2,268.00 | I-2065801 -IN | 6/5/2008 | 117 | | | | 2,268.00 | |
| 3129 | LEHMAN BROTHERS [3129] | 9,997.50 | M91154   -IN | 6/10/2008 | 112 | | | | 9,997.50 | |
| 3129 | LEHMAN BROTHERS [3129] | 1,889.47 | M104119   -IN | 8/28/2008 | 34 | | 1,889.47 | | | |
| 3129 | LEHMAN BROTHERS [3129] | 847.75 | M104144   -IN | 8/29/2008 | 33 | | 847.75 | | | |
| 3129 | LEHMAN BROTHERS [3129] | 2,130.95 | M104143   -IN | 9/15/2008 | 17 | 2,130.95 | | | | |
| | | 118,794.02 | | | | 2,130.95 | 2,737.22 | 0.0 | 14,905.50 | 99,020.35 |



# INVOICE
## 70306

| Client | Lehman Brothers [3129] |
|---|---|
| Client ID | 3129 |
| Purchase Order | |
| ARS Number | |
| Cost Center | |
| Reference 1 | 1293388/1293457 |
| Reference 2 | Los Angeles, CA |

| Invoice Date | 11/8/2007 |
|---|---|
| Manifest ID | 70306 |
| Freight Carrier | BCS Logistics Solutions |
| Receipt Date | 10/05/07 |

**Bill To:**

Lehman Brothers Accounts Payable Dept.

PO Box 2339

Secaucus, NJ, 07096
000-000-0000

**Pickup Location:**

Lehman Brothers
Peter Song
10250 Constellation Blvd.
MGM Tower
Los Angeles, CA, 90067
310-481-2647

| Description | Amount |
|---|---|
| Manifest Processing Fees | $949.32 |
| Tax | $0.00 |
| Freight | $482.04 |
| Manifest Value Recovery | $0.00 |
| **Total Due:** | **$1,431.36** |

**Remit To:**

Intechra, LLC
PO BOX 635498
Cincinnati, OH 45263

| Payment Due Date | 12/26/07 |
|---|---|
| Terms | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*



**Waste-free, Worry-free IT Asset Disposition.™**

# INVOICE
## 70302

| | |
|---|---|
| **Client** | Lehman Brothers [3129] |
| **Client ID** | 3129 |
| **Purchase Order** | |
| **ARS Number** | |
| **Cost Center** | |
| **Reference 1** | 1293325 |
| **Reference 2** | New York, NY |

| | |
|---|---|
| **Invoice Date** | 11/20/2007 |
| **Manifest ID** | 70302 |
| **Freight Carrier** | INTECHRA TRUCK |
| **Receipt Date** | 10/26/07 |

**Bill To:**

Joanne Smith

1301 6th Ave.
5th Floor
New York City, NY, 10019
212-320-3994

**Pickup Location:**

Lehman Brothers
James Baglino
50 Broadway
New York Stock Exchange
New York, NY, 10004
212-526-5714

| Description | Amount |
|---|---|
| **Manifest Processing Fees** | **$600.00** |
| **Tax** | **$0.00** |
| **Freight** | **$400.00** |
| **Manifest Value Recovery** | **$0.00** |
| **Total Due:** | **$1,000.00** |

**Remit To:**
Intechra, LLC
PO BOX 635498
Cincinnati, OH 45263

| **Payment Due Date** | 01/08/08 |
|---|---|
| **Terms** | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*


Waste-free, Worry-free IT Asset Disposition.™

# INVOICE
## 70317

| Client | Lehman Brothers [3129] |
|---|---|
| Client ID | 3129 |
| Purchase Order | |
| ARS Number | |
| Cost Center | |
| Reference 1 | 1293497 |
| Reference 2 | Seattle, WA |

| Invoice Date | 11/20/2007 |
|---|---|
| Manifest ID | 70317 |
| Freight Carrier | BCS Logistics Solutions |
| Receipt Date | 10/17/07 |

**Bill To:**

Lehman Brothers Accounts Payable Dept.

PO Box 2339

Secaucus, NJ, 07096

000-000-0000

**Pickup Location:**

Lehman Brothers
Darlene Turner
701 5th Avenue
Bank of America Tower
Seattle, WA, 98104
206-344-5885

| Description | Amount |
|---|---|
| Manifest Processing Fees | $261.34 |
| Tax | $0.00 |
| Freight | $250.00 |
| Manifest Value Recovery | $0.00 |
| Total Due: | $511.34 |

| Remit To: |
|---|
| Intechra, LLC |
| PO BOX 635498 |
| Cincinnati, OH 45263 |

| Payment Due Date | 01/08/08 |
|---|---|
| Terms | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*


Waste-free, Worry-free IT Asset Disposition.™

# INVOICE
## 71079

| | |
|---|---|
| **Client** | Lehman Brothers [3129] |
| **Client ID** | 3129 |
| **Purchase Order** | |
| **ARS Number** | |
| **Cost Center** | |
| **Reference 1** | 1293530 |
| **Reference 2** | Miami, FL |

| | |
|---|---|
| **Invoice Date** | 11/20/2007 |
| **Manifest ID** | 71079 |
| **Freight Carrier** | Onesource Freight |
| **Receipt Date** | 11/01/07 |

**Bill To:**

Lehman Brothers Accounts Payable Dept.

PO Box 2339

Secaucus, NJ, 07096

000-000-0000

**Pickup Location:**

Lehman Brothers
James Lanahan
1111 Brickell Avenue
Financial Center
Miami, FL, 33131
305-982-4431

| Description | Amount |
|---|---|
| **Manifest Processing Fees** | **$1,390.08** |
| **Tax** | **$0.00** |
| **Freight** | **$1,342.77** |
| **Manifest Value Recovery** | **$0.00** |
| **Total Due:** | **$2,732.85** |

**Remit To:**

Intechra, LLC
PO BOX 635498
Cincinnati, OH 45263

| **Payment Due Date** | 01/08/08 |
|---|---|
| **Terms** | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*



**Waste-free, Worry-free IT Asset Disposition.™**

# INVOICE
## 88016

| Client | Lehman Brothers [3129] |
|---|---|
| Client ID | 3129 |
| Purchase Order | |
| ARS Number | |
| Cost Center | |
| Reference 1 | 1470987/1470984 |
| Reference 2 | Dallas, TX |

| Invoice Date | 4/17/2008 |
|---|---|
| Manifest ID | 88016 |
| Freight Carrier | INTECHRA TRUCK |
| Receipt Date | 04/09/08 |

| Bill To: |
|---|
| Linda Kloter |
| 620 Pigeon Hill Road |
| Windsor, CT, 06095 |
| 860-502-1632 |

| Pickup Location: |
|---|
| Lehman Brothers |
| Debbie Cornwell |
| 200 Crescent CT |
| 4th Floor |
| Dallas, TX, 75201 |
| 214-720-5435 |

| Description | Amount |
|---|---|
| Manifest Processing Fees | $1,482.50 |
| Tax | $0.00 |
| Freight | $308.20 |
| Manifest Value Recovery | $1,287.10 |
| **Total Due:** | **$503.60** |

| Remit To: |
|---|
| Intechra, LLC |
| PO BOX 635498 |
| Cincinnati, OH 45263 |

| Payment Due Date | 05/30/08 |
|---|---|
| Terms | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*



**PLEASE REMIT TO:**
**INTECHRA, LLC.**
**PO BOX 635498**
**Cincinnati, OH 45263-5498**

**INVOICE** 2062770

620 Pigeon Hill Rd
Windsor, CT 06095
Customer Service :(800) 258 9112

| | |
|---|---|
| PO | Chris Thide |
| ARS | Agreement # CON16499 |
| Cost Center | Transactions Schedule #2-CON28750 |
| Reference 1 | Inverness -to-Scottsbluff dedicated move# 1 |
| Reference 2 | |

**BILL TO:**

Lehman Brothers [3129]
Lehman Brothers [3129]
70 Hudson Street
Joanne Smith

Jersey City, NJ 07302-4600
US

**SHIP TO:**

Lehman Brothers [3129]
Lehman Brothers [3129]
2617 College Park Drive
Attn: Tom Phillips-303-956-2145

Scottsbluff, NE 69361
US

| Sales Rep: | Date Sold: | Ship Via: | FOB Point: | Payment Method |
|---|---|---|---|---|
| LT | 5/1/2008 | Intechra Truck | Origin | Net Terms |

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|

| Qty | Product Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Shipping & Handling Equipment Tranfer-dedicated truck/van | $900.00 | $900.00 |

COMMENTS:

| | | |
|---|---|---|
| | Taxable Subtotal | $0.00 |
| | Non-Taxable Subtotal | $900.00 |
| | Sales Tax | $0.00 |
| | Shipping and Handling | $900.00 |
| | **TOTAL** | **$900.00** |

Pick up address:
Lehman Brothers
327 Inverness Drive South
Englewood, CO 80112
Attn:Tom Phillips-303-956-2145
 Dedicated- truck/van-Appointment pick-up MONDAY MAY 5th at 8:00AM
Equipment:
2 PC's, 1 Modem and 1 Printer
*PROPER PACK*- Inside pick up and delivey
Note: There will be a Lehman escort to follow the truck/van to destination location



**PLEASE REMIT TO:**
**INTECHRA, LLC.**
**PO BOX 635498**
**Cincinnati, OH 45263-5498**

620 Pigeon Hill Rd
Windsor, CT 06095
Customer Service :(800) 258 9112

**INVOICE** **2062777**

| | |
|---|---|
| PO | Chris Thide |
| ARS | Agreement # CON16499 |
| Cost Center | Transaction Schedule # 2-CON28750 |
| Reference 1 | Inverness to Scottsbluff-dedicated move # 2 |
| Reference 2 | |

**BILL TO:**

Lehman Brothers [3129]
Lehman Brothers [3129]
70 Hudson Street
Joanne Smith

Jersey City, NJ 07302-4600
US

**SHIP TO:**

Lehman Brothers [3129]
Lehman Brothers [3129]
2617 College Park Drive
Attn: Tom Phillips- 303-956-2145

Scottsbluff, NE 69361
US

| Sales Rep: | Date Sold: | Ship Via: | FOB Point: | Payment Method |
|---|---|---|---|---|
| LT | 5/1/2008 | Intechra Truck | Origin | Net Terms |

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|

| Qty | Product Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Shipping & Handling Equipment Transfer move # 2 | $900.00 | $900.00 |

COMMENTS:

| | |
|---|---|
| Taxable Subtotal | $0.00 |
| Non-Taxable Subtotal | $900.00 |
| Sales Tax | $0.00 |
| Shipping and Handling | $900.00 |
| **TOTAL** | **$900.00** |

Pick up location:
Lehman Brothers
327 Inverness Drive South
Englewood, CO 80112
Attn:Tom Phillips- 303-956-2145
Dedicated truck/van- Appointment P/U- WED. MAY 7TH AT 8:00AM
EQUIPMENT:
3 PC'S AND 2 MODEMS
*PROPER PACK*- INSIDE PICK UP AND DELIVERY
NOTE: There will be an Lehman escort vehicle to follow the truck/van to
destination site.



# INVOICE
## 91828

| Client | Lehman Brothers [3129] |
|---|---|
| Client ID | 3129 |
| Purchase Order | |
| ARS Number | |
| Cost Center | |
| Reference 1 | Inverness/Glendale Office Closing |
| Reference 2 | |

| Invoice Date | 5/30/2008 |
|---|---|
| Manifest ID | 91828 |
| Freight Carrier | INTECHRA TRUCK |
| Receipt Date | 05/20/08 |

**Bill To:**

Joanne Smith

1301 6th Ave.
5th Floor
New York City, NY, 10019
212-320-3994

**Pickup Location:**

Lehman Brothers
Tom Phillips
327 Inverness Drive South
Englewood, CO, 80112
303-956-2145

| Description | Amount |
|---|---|
| **Manifest Processing Fees** | **$0.00** |
| **Services** | **$88,025.00** |

| Service | Total |
|---|---|
| Miscellaneous Service - Client Operations | $87,485.00 |
| Client Site Processing - Data Erasure / Destruction | $540.00 |

| | |
|---|---|
| **Tax** | **$5.40** |
| **Freight** | **$0.00** |
| **Manifest Value Recovery** | **$0.00** |
| **Total Due:** | **$88,030.40** |

**Remit To:**

Intechra, LLC
PO BOX 635498
Cincinnati, OH 45263

| Payment Due Date | 07/14/08 |
|---|---|
| Terms | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*



# INVOICE
## 93074

| Client | Lehman Brothers [3129] |
|---|---|
| Client ID | 3129 |
| Purchase Order | Chris Thide |
| ARS Number | Agreement # CON 16499 |
| Cost Center | Transaction Schedule #2 CON28750 |
| Reference 1 | Copiers and Faxes from Parkridge |
| Reference 2 | |

| Invoice Date | 6/13/2008 |
|---|---|
| Manifest ID | 93074 |
| Freight Carrier | INTECHRA TRUCK |
| Receipt Date | 05/19/08 |

**Bill To:**

Joanne Smith

1301 6th Ave.
5th Floor
New York City, NY, 10019
212-320-3994

**Pickup Location:**

10350 Park Meadows Drive

Littleton, CO, 80124
720-945-4362

| Description | Amount |
|---|---|
| Manifest Processing Fees | $1,810.80 |
| Tax | $0.00 |
| Freight | $1,200.00 |
| Manifest Value Recovery | $0.00 |
| Total Due: | $3,010.80 |

| Remit To: |
|---|
| Intechra, LLC |
| PO BOX 635498 |
| Cincinnati, OH 45263 |

| Payment Due Date | 07/28/08 |
|---|---|
| Terms | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*



**PLEASE REMIT TO:**
**INTECHRA, LLC.**
**PO BOX 635498**
**Cincinnati, OH 45263-5498**

**INVOICE 2065783**

| | |
|---|---|
| PO | Sunrise, FL equipment redeploy |
| ARS | |
| Cost Center | |
| Reference 1 | |
| Reference 2 | |

2940 Eisenhower Rd
Carrollton, TX 75007
Customer Service :(800) 258 9112

**BILL TO:**

Lehman Brothers [3129]
Lehman Brothers [3129]
70 Hudson Street
Joanne Smith

Jersey City, NJ 07302-4600
US

**SHIP TO:**

Lehman Brothers [3129]
Lehman Brothers [3129]
1415 Ritner Highway
Floor 1
Jim Roberts- 717-254-2314
Carlisle, PA 17013
US

| Sales Rep: | Date Sold: | Ship Via: | FOB Point: | Payment Method |
|---|---|---|---|---|
| LT | 5/27/2008 | Intechra Truck | Origin | Net Terms |

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15228869 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PSF | AMA106472 | $0.00 |
| 1 | 15228870 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PS9 | AMA106481 | $0.00 |
| 1 | 15228871 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609S4 | AMA106143 | $0.00 |
| 1 | 15228872 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2V | AMA106456 | $0.00 |
| 1 | 15228545 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S8Y | AMA106587 | $0.00 |
| 1 | 15228546 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R22 | AMA106596 | $0.00 |
| 1 | 15228547 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141KMQ | AMA102569 | $0.00 |
| 1 | 15228549 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R30 | AMA106478 | $0.00 |
| 1 | 15228550 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CMM7162S8X | AMA106593 | $0.00 |
| 1 | 15228551 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R25 | AMA106595 | $0.00 |
| 1 | 15228552 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PRW | AMA106463 | $0.00 |
| 1 | 15228553 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S9D | AMA106604 | $0.00 |
| 1 | 15228554 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PRY | AMA106464 | $0.00 |
| 1 | 15228555 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141HGZX | AMA102578 | $0.00 |
| 1 | 15228556 | LCD Flat Panel Monitor | Hewlett Packard | L1745 | GE178A | CNK71609V4 | NO ASSET TAG | $0.00 |
| 1 | 15228557 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PRG | AMA106447 | $0.00 |
| 1 | 15228558 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | 7141KMD | AMA102577 | $0.00 |

## Customer Order Invoice    2065783    intechra

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15228559 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R23 | AMA106591 | $0.00 |
| 1 | 15228560 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PRX | AMA106462 | $0.00 |
| 1 | 15228561 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | 41KMH | AMA102579 | $0.00 |
| 1 | 15228562 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141HZK | AMA102560 | $0.00 |
| 1 | 15228563 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141HZM | AMA102573 | $0.00 |
| 1 | 15228564 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2P | AMA106600 | $0.00 |
| 1 | 15228565 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S8W | AMA106594 | $0.00 |
| 1 | 15228566 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R24 | AMA106588 | $0.00 |
| 1 | 15228567 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141J00 | AMA102572 | $0.00 |
| 1 | 15228568 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141HZW | AMA102561 | $0.00 |
| 1 | 15228569 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S96 | AMA106609 | $0.00 |
| 1 | 15228570 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7161PRK | AMA106451 | $0.00 |
| 1 | 15228571 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PSC | AMA106468 | $0.00 |
| 1 | 15228572 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S94 | AMA106577 | $0.00 |
| 1 | 15228573 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141KN1 | AMA102574 | $0.00 |
| 1 | 15228574 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141HZQ | AMA102568 | $0.00 |
| 1 | 15228575 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PS6 | AMA106480 | $0.00 |
| 1 | 15228576 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2H | AMA106608 | $0.00 |
| 1 | 15228577 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7123KCH | AMA102570 | $0.00 |
| 1 | 15228578 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141KNO | AMA102555 | $0.00 |
| 1 | 15228579 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R33 | AMA106487 | $0.00 |
| 1 | 15228580 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S9C | AMA106613 | $0.00 |
| 1 | 15228581 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141KMK | AMA102558 | $0.00 |
| 1 | 15228582 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PSG | AMA106469 | $0.00 |
| 1 | 15228587 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PRM | AMA106461 | $0.00 |
| 1 | 15228588 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S8D | AMA106597 | $0.00 |
| 1 | 15228589 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609V3 | AMA106129 | $0.00 |
| 1 | 15228590 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609V8 | AMA106131 | $0.00 |
| 1 | 15228591 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S9G | AMA106612 | $0.00 |

## Customer Order Invoice    2065783    intechra

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15228592 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S92 | AMA106616 | $0.00 |
| 1 | 15228597 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609SB | AMA106151 | $0.00 |
| 1 | 15228599 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609V7 | AMA106132 | $0.00 |
| 1 | 15228603 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307QN` | AMA106106 | $0.00 |
| 1 | 15228604 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609J5 | AMA106117 | $0.00 |
| 1 | 15228607 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609JK | AMA106105 | $0.00 |
| 1 | 15228608 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609S2 | AMA106125 | $0.00 |
| 1 | 15228609 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307QK | AMA106110 | $0.00 |
| 1 | 15228610 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609S7 | AMA106140 | $0.00 |
| 1 | 15228611 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307Q5 | AMA106120 | $0.00 |
| 1 | 15228612 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141KMG | AMA102564 | $0.00 |
| 1 | 15228613 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN714HZL | AMA102556 | $0.00 |
| 1 | 15228614 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PRZ | AMA106453 | $0.00 |
| 1 | 15228615 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PSD | AMA106473 | $0.00 |
| 1 | 15228616 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307Q0 | AMA106118 | $0.00 |
| 1 | 15228873 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609KL | AMA106114 | $0.00 |
| 1 | 15229092 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S98 | `AMA106606 | $0.00 |
| 1 | 15229093 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2J | AMA106607 | $0.00 |
| 1 | 15229094 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN716S91 | AMA106585 | $0.00 |
| 1 | 15229095 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R34 | AMA106482 | $0.00 |
| 1 | 15229096 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN714HZJ | AMA102575 | $0.00 |
| 1 | 15229097 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN716SBH | AMA106598 | $0.00 |
| 1 | 15229098 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | 7716030P0B | AMA106605 | $0.00 |
| 1 | 15229099 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | 7716030P0B25 | AMA106531 | $0.00 |
| 1 | 15229100 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN714KML | AMA102571 | $0.00 |
| 1 | 15229102 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S90 | AMA106583 | $0.00 |
| 1 | 15229103 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2G | AMA106579 | $0.00 |
| 1 | 15229104 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2Z | AMA106486 | $0.00 |
| 1 | 15229105 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN714KMW | AMA102563 | $0.00 |

Customer Order Invoice     2065783     intechra

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15229106 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141KMX | AMA102576 | $0.00 |
| 1 | 15229107 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2N | AMA106602 | $0.00 |
| 1 | 15229108 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PS | AMA106475 | $0.00 |
| 1 | 15229109 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PSO | AMA106450 | $0.00 |
| 1 | 15229110 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN714KMB | AMA102580 | $0.00 |
| 1 | 15229111 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN716PS5 | AMA106479 | $0.00 |
| 1 | 15229112 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN716R36 | AMA106471 | $0.00 |
| 1 | 15229113 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609S0 | AMA106130 | $0.00 |
| 1 | 15229114 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN714HRZ | AMA102567 | $0.00 |
| 1 | 15229115 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN714HZH | AMA102562 | $0.00 |
| 1 | 15229116 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162S9H | AMA106599 | $0.00 |
| 1 | 15229117 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN716PS1 | AMA106449 | $0.00 |
| 1 | 15229118 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN716R26 | AMA106592 | $0.00 |
| 1 | 15229119 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2S | AMA106452 | $0.00 |
| 1 | 15229120 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN716R2Q | AMA106618 | $0.00 |
| 1 | 15229121 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307QL | AMA106108 | $0.00 |
| 1 | 15229122 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CN714KMZ | AMA102557 | $0.00 |
| 1 | 15229123 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162R2R | AMA106459 | $0.00 |
| 1 | 15229124 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PS8 | AMA106465 | $0.00 |
| 1 | 15229128 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609D2 | NO ASSET TAG | $0.00 |
| 1 | 15229130 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609BC | AMA106116 | $0.00 |
| 1 | 15229132 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609DB | AMA106113 | $0.00 |
| 1 | 15229134 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609SC | AMA106137 | $0.00 |
| 1 | 15229136 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609RW | AMA106149 | $0.00 |
| 1 | 15229138 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609KK | AMA106104 | $0.00 |
| 1 | 15229140 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609SG | AMA106134 | $0.00 |
| 1 | 15229142 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609D9 | AMA106102 | $0.00 |
| 1 | 15229144 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609V6 | AMA106133 | $0.00 |
| 1 | 15229153 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609S8 | AMA106139 | $0.00 |

© Intechra - Waste-free, Worry-free IT Asset Disposition

## Customer Order Invoice    2065783

intechra ™

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15229156 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307PY | AMA106121 | $0.00 |
| 1 | 15229157 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71609BV | AMA106103 | $0.00 |
| 1 | 15229159 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307QD | AMA106112 | $0.00 |
| 1 | 15229161 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307QC | AMA106111 | $0.00 |
| 1 | 15229163 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK71307QM | AMA106107 | $0.00 |
| 1 | 15229164 | LCD Flat Panel Monitor | Hewlett Packard | HP 1745 | HSTD-2803 | CNK713082B | AMA106123 | $0.00 |

| Qty | Product Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Additional Freight Pick, Pack and Ship 110 LCD monitors- $24.00 each | $2,640.00 | $2,640.00 |
| 1 | Delivery Signature Required Delivery Signature Requested | $0.00 | $0.00 |

COMMENTS:

| | |
|---|---|
| Taxable Subtotal | $0.00 |
| Non-Taxable Subtotal | $2,640.00 |
| Sales Tax | $0.00 |
| Shipping and Handling | $0.00 |
| **TOTAL** | **$2,640.00** |



**PLEASE REMIT TO:**
**INTECHRA, LLC.**
**PO BOX 635498**
**Cincinnati, OH 45263-5498**

**INVOICE** 2065801

PO Sunrise, FL
equipment
redeploy

ARS

Cost Center

Reference 1

Reference 2

2940 Eisenhower Rd
Carrollton, TX 75007
Customer Service :(800) 258 9112

**BILL TO:**

Lehman Brothers [3129]
Lehman Brothers [3129]
70 Hudson Street
Joanne Smith

Jersey City, NJ 07302-4600
US

**SHIP TO:**

Lehman Brothers [3129]
Lehman Brothers [3129]
10350 Park Meadows Drive
Mark Brendlinger-720-945-5136
cell-303-506-7268
Littleton, CO 80112
US

| Sales Rep: | Date Sold: | Ship Via: | FOB Point: | Payment Method |
|---|---|---|---|---|
| LT | 5/27/2008 | Intechra Truck | Origin | Net Terms |

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15226860 | Printer | Hewlett Packard | LASERJET 4350TN | Q5408A | USGNX19542 | NO ASSET TAG | $0.00 |
| 1 | 15226861 | Printer | Hewlett Packard | LASERJET 4350TN | Q5408A | USBXN05374 | NO ASSET TAG | $0.00 |
| 1 | 15226862 | Scanner | Kodak | I260 SCANNER | 3J2577 | I15226862 | NO ASSET TAG | $0.00 |
| 1 | 15230067 | PC Workstation | Hewlett Packard | XW4400 WORKSTATION | RV654UC#ABA | 2UA7281CS3 | AMA117380 | $0.00 |
| 1 | 15230073 | Mass Storage Device | Hewlett Packard | STORAGEW ORKS | 335880-B21 | Z35BLYPN43 | NO ASSET TAG | $0.00 |
| 1 | 15230074 | Mass Storage Device | Hewlett Packard | STORAGEW ORKS | 302969-B21 | M01ZLMPX4M | NO ASSET TAG | $0.00 |
| 1 | 15230075 | Mass Storage Device | Hewlett Packard | STORAGEW ORKS | 302969-B21 | M05XLMPX4S | NO ASSET TAG | $0.00 |
| 1 | 15227152 | PC Computer | Hewlett Packard | dc7700s | AG156AWABA | 2UA7201B5R | AMA101622 | $0.00 |
| 1 | 15227154 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PF4 | AMA101494 | $0.00 |
| 1 | 15227155 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDJ | AMA101475 | $0.00 |
| 1 | 15227156 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDG | AMA101473 | $0.00 |
| 1 | 15227157 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDR | AMA101482 | $0.00 |
| 1 | 15227158 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PFF | AMA101503 | $0.00 |
| 1 | 15227159 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDC | NO ASSET TAG | $0.00 |
| 1 | 15227160 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDF | AMA101472 | $0.00 |
| 1 | 15227161 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDL | AMA101477 | $0.00 |
| 1 | 15227162 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDK | AMA101476 | $0.00 |

Customer Order Invoice    2065801    intechra

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15227163 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PF6 | AMA101496 | $0.00 |
| 1 | 15227164 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008PSF | 2UA7200PDS | AMA101483 | $0.00 |
| 1 | 15227165 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PF1 | AMA101491 | $0.00 |
| 1 | 15227166 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7201B6T | AMA101592 | $0.00 |
| 1 | 15227167 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PFB | AMA101500 | $0.00 |
| 1 | 15227170 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PF2 | AMA101492 | $0.00 |
| 1 | 15227171 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDZ | AMA101489 | $0.00 |
| 1 | 15227172 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7201B6X | AMA101589 | $0.00 |
| 1 | 15227173 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PF7 | AMA101497 | $0.00 |
| 1 | 15227174 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PFT | AMA101515 | $0.00 |
| 1 | 15227175 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7201B73 | AMA101583 | $0.00 |
| 1 | 15227176 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PFL | AMA101508 | $0.00 |
| 1 | 15227177 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PGS | AMA101544 | $0.00 |
| 1 | 15227178 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDD | AMA101471 | $0.00 |
| 1 | 15227179 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDW | AMA101486 | $0.00 |
| 1 | 15227180 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PFQ | AMA101512 | $0.00 |
| 1 | 15227181 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PFY | AMA101519 | $0.00 |
| 1 | 15227182 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7201B5W | AMA101621 | $0.00 |
| 1 | 15227183 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PFJ | AMA101506 | $0.00 |
| 1 | 15227184 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PF0 | AMA101490 | $0.00 |
| 1 | 15227185 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDN | AMA101479 | $0.00 |
| 1 | 15227186 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PFH | AMA101505 | $0.00 |
| 1 | 15227187 | PC Computer | Hewlett Packard | dc7700s | HSTNC-008P-SF | 2UA7200PDQ | AMA101481 | $0.00 |
| 1 | 15228945 | PC Computer | Hewlett Packard | dc7700S | HSTNC-008P-SF | 2UA7200PF9 | AMA101499 | $0.00 |
| 1 | 15228946 | PC Computer | Hewlett Packard | dc7700S | HSTNC-008P-SF | 2UA7200PDX | AMA101487 | $0.00 |
| 1 | 15227984 | Printer | Hewlett Packard | LASERJET 4350TN | Q5408A | USBXN05434 | NO ASSET TAG | $0.00 |
| 1 | 15228268 | Printer | Hewlett Packard | LASERJET 4250TN | Q5402A | CNBXB37291 | NO ASSET TAG | $0.00 |
| 1 | 15228270 | Printer | Hewlett Packard | LASERJET 4250TN | Q5402A | CNGXF09299 | NO ASSET TAG | $0.00 |
| 1 | 15228271 | Printer | Hewlett Packard | LASERJET 4250TN | Q5402A | USBXS08401 | NO ASSET TAG | $0.00 |

## Customer Order Invoice    2065801

intechra

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15228273 | Printer | Hewlett Packard | LASERJET 4350TN | Q5408A | USBXN05348 | NO ASSET TAG | $0.00 |
| 1 | 15228431 | Printer | Hewlett Packard | LASERJET 4350TN | Q5408A | USBXS08392 | NO ASSET TAG | $0.00 |
| 1 | 15228194 | Scanner | Kodak | I260 | 3B43 | I15228194 | NO ASSET TAG | $0.00 |
| 1 | 15228586 | Scanner | Kodak | I260 | 3B43 | I15228586 | AMA111271 | $0.00 |
| 1 | 15227287 | Server | Hewlett Packard | PROLIANT DL380 | 371293-405 | 4210LNZ284 | 963682 | $0.00 |
| 1 | 15227288 | Server | Hewlett Packard | PROLIANT DL380 | 371293-405 | USX52801CN | NO ASSET TAG | $0.00 |
| 1 | 15227289 | Server | Hewlett Packard | PROLIANT DL380 | 371293-405 | USX528017C | NO ASSET TAG | $0.00 |
| 1 | 15227290 | Server | Hewlett Packard | PROLIANT DL380 | 371293-405 | USX528034F | 0999339 | $0.00 |
| 1 | 15227291 | Server | Hewlett Packard | PROLIANT DL380 | 232098051 | USE508A157 | NO ASSET TAG | $0.00 |
| 1 | 15227292 | Server | Hewlett Packard | ULTRA A3 SCSI | EK1502 | M0AKLGP43T | NO ASSET TAG | $0.00 |
| 1 | 15227294 | Server | Hewlett Packard | PROLIANT DL380 | 373822001 | USE508A13N | NO ASSET TAG | $0.00 |
| 1 | 15227295 | Server | Hewlett Packard | PROLIANT DL380 | 373822001 | USX528017K | 0999350 | $0.00 |
| 1 | 15227296 | Server | Hewlett Packard | PROLIANT DL380 | 373822001 | USX52802YD | 0999301 | $0.00 |
| 1 | 15227297 | Server | Hewlett Packard | PROLIANT DL380 | 373822001 | USX52802Y4 | NO ASSET TAG | $0.00 |
| 1 | 15227298 | Server | Hewlett Packard | PROLIANT DL380 | 310587001 | USX503008R | NO ASSET TAG | $0.00 |
| 1 | 15227300 | Server | Hewlett Packard | PROLIANT DL380 | 232098028 | 311144-001 | NO ASSET TAG | $0.00 |
| 1 | 15228596 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162R2B | AMA106582 | $0.00 |
| 1 | 15228605 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162S95 | AMA106617 | $0.00 |
| 1 | 15228606 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162PS2 | AMA106448 | $0.00 |
| 1 | 15228493 | LCD Flat Panel Monitor | NEC | MULTISYNC LCD1970NX | LCD19+70NX-BK | 59323039YA | AMA003441 | $0.00 |
| 1 | 15228497 | LCD Flat Panel Monitor | NEC | MULTISYNC LCD1970NX | LCD19+70NX-BK | 59323049YA | AMA003437 | $0.00 |
| 1 | 15228501 | LCD Flat Panel Monitor | NEC | MULTISYNC LCD1970NX | LCD19+70NX-BK | 59323090YA | AMA003432 | $0.00 |
| 1 | 15228503 | LCD Flat Panel Monitor | NEC | MULTISYNC LCD1970NX | LCD19+70NX-BK | 59323098YA | AMA003443 | $0.00 |
| 1 | 15228504 | LCD Flat Panel Monitor | NEC | MULTISYNC LCD1970NX | LCD19+70NX-BK | 59323047YA | AMA003439 | $0.00 |
| 1 | 15229019 | PC Computer | Hewlett Packard | dc7700S | RG578AW#ABA | 2UA7200PFK | AMA101507 | $0.00 |
| 1 | 15229020 | PC Computer | Hewlett Packard | dc7700S | RG578AW#ABA | 2UA7200PFS | AMA101514 | $0.00 |
| 1 | 15229031 | PC Computer | Hewlett Packard | dc7700s | RG578AW#ABA | 2UA7201B72 | AMA101584 | $0.00 |
| 1 | 15229033 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PDM | AMA101478 | $0.00 |
| 1 | 15229034 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PDV | AMA101485 | $0.00 |
| 1 | 15229037 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PFR | AMA101513 | $0.00 |
| 1 | 15229041 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PFM | AMA101509 | $0.00 |
| 1 | 15229047 | PC Computer | Hewlett Packard | dc7700s | RG578AW#ABA | 2UA7200PFG | AMA101504 | $0.00 |
| 1 | 15229049 | PC Computer | Hewlett Packard | dc7700s | RG578AW#ABA | 2UA7200PF3 | AMA101493 | $0.00 |

Customer Order Invoice    2065801    intechra

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15229058 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PF5 | AMA101495 | $0.00 |
| 1 | 15229061 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PFV | AMA101516 | $0.00 |
| 1 | 15229071 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7201B6C | AMA101606 | $0.00 |
| 1 | 15229072 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PFN | AMA101510 | $0.00 |
| 1 | 15229073 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PFD | AMA101502 | $0.00 |
| 1 | 15229074 | PC Computer | Hewlett Packard | dc7700s | RG578AW#ABA | 2UA7200PFP | AMA101511 | $0.00 |
| 1 | 15229075 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PDY | AMA101488 | $0.00 |
| 1 | 15229076 | PC Computer | Hewlett Packard | dc7700S | RG578AW#ABA | 2UA7200PDT | AMA101484 | $0.00 |
| 1 | 15229079 | PC Computer | Hewlett Packard | dc7700S | RG578AW#ABA | 2UA7200PDP | AMA101480 | $0.00 |
| 1 | 15229080 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PFW | AMA101517 | $0.00 |
| 1 | 15229082 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7201B6V | AMA101591 | $0.00 |
| 1 | 15229084 | PC Computer | Hewlett Packard | dc7700s | RG578AW#ABA | 2UA7200PDH | AMA101474 | $0.00 |
| 1 | 15229087 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PF8 | AMA101498 | $0.00 |
| 1 | 15229088 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PFX | AMA101518 | $0.00 |
| 1 | 15229089 | PC Computer | Hewlett Packard | DC7700S | RG578AW#ABA | 2UA7200PFC | AMA101501 | $0.00 |
| 1 | 15229125 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | 7162PS4 | AMA106477 | $0.00 |
| 1 | 15229126 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN714HZS | AMA102553 | $0.00 |
| 1 | 15229129 | LCD Flat Panel Monitor | Hewlett Packard | HP1955 | HSTND-2801 | CNN7162S8Z | AMA106589 | $0.00 |
| 1 | 15229131 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162PRF | AMA106454 | $0.00 |
| 1 | 15229133 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162R2X | AMA106488 | $0.00 |
| 1 | 15229135 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162R2M | AMA106603 | $0.00 |
| 1 | 15229137 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162R2W | AMA106458 | $0.00 |
| 1 | 15229139 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162S9F | AMA106601 | $0.00 |
| 1 | 15229141 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162S92 | AMA106581 | $0.00 |
| 1 | 15229143 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN714KMC | AMA102566 | $0.00 |
| 1 | 15229145 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162R27 | AMA106586 | $0.00 |
| 1 | 15229146 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162S8V | AMA106590 | $0.00 |
| 1 | 15229149 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162PRJ | AMA106483 | $0.00 |
| 1 | 15229150 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN71620NS | AMA106539 | $0.00 |
| 1 | 15229151 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7141KMV | AMA102559 | $0.00 |
| 1 | 15229152 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN716RXN | AMA106540 | $0.00 |
| 1 | 15229154 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162PAC | AMA106484 | $0.00 |
| 1 | 15229155 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162S9B | AMA106614 | $0.00 |
| 1 | 15229158 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7162PRN | AMA106485 | $0.00 |

Customer Order Invoice    2065801    intechra ™

| QTY | Unit ID | Type | Manufacturer | Model | Part Number | Serial | Asset Tag | Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 15229160 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162QN7 | AMA106538 | $0.00 |
| 1 | 15229162 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162R2T | AMA106460 | $0.00 |
| 1 | 15229165 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | 418598 | CNN7162R2F | AMA106578 | $0.00 |
| 1 | 15229924 | LCD Flat Panel Monitor | Hewlett Packard | LP1965 | RA373A | CNN7141KMR | AMA102554 | $0.00 |

| Qty | Product Description | Unit Price | Line Total |
|---|---|---|---|
| 1 | Additional Freight Pick,pack and ship 15 servers/arrays, 31 LCD monitors, 60 PC's and 11 Printers/Scanners. 60 devices at $15.00 each and 57 devices at $24.00 each | $2,268.00 | $2,268.00 |
| 1 | Delivery Signature Required Delivery Signature Requested | $0.00 | $0.00 |

COMMENTS:

Please send a power cord and monitor cable with each monitor, power cord with each printer, and two power cords with each server /array. Once equipmnent is ready to ship- 3-5 day service level. Pick pack and ship.

| | |
|---|---|
| Taxable Subtotal | $0.00 |
| Non-Taxable Subtotal | $2,268.00 |
| Sales Tax | $0.00 |
| Shipping and Handling | $0.00 |
| **TOTAL** | **$2,268.00** |



Waste-free, Worry-free IT Asset Disposition.™

# INVOICE
## 91154

| Client | Lehman Brothers [3129] |
|---|---|
| Client ID | 3129 |
| Purchase Order | Parkkdge equipment removal |
| ARS Number | Agreement # CON 16499 |
| Cost Center | Transaction Schedule #2- CON28750 |
| Reference 1 | |
| Reference 2 | |

| Invoice Date | 6/12/2008 |
|---|---|
| Manifest ID | 91154 |
| Freight Carrier | INTECHRA TRUCK |
| Receipt Date | 05/29/08 |

**Bill To:**

Joanne Smith

1301 6th Ave.
5th Floor
New York City, NY, 10019
212-320-3994

**Pickup Location:**

10350 Park Meadows Drive

Littleton, CO, 80124

720-945-5136, ce

| Description | Amount |
|---|---|
| **Manifest Processing Fees** | $0.00 |
| **Services** | $9,997.50 |

| Service | Total |
|---|---|
| **Miscellaneous Service - Client Operations** | $9,997.50 |

| Description | Amount |
|---|---|
| **Tax** | $0.00 |
| **Freight** | $0.00 |
| **Manifest Value Recovery** | $0.00 |
| **Total Due:** | **$9,997.50** |

**Remit To:**

Intechra, LLC
PO BOX 635498
Cincinnati, OH 45263

| Payment Due Date | 07/25/08 |
|---|---|
| Terms | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*



Waste-free, Worry-free IT Asset Disposition.™

# INVOICE
## 104119

| | |
|---|---|
| **Client** | Lehman Brothers [3129] |
| **Client ID** | 3129 |
| **Purchase Order** | |
| **ARS Number** | |
| **Cost Center** | |
| **Reference 1** | 1610704 |
| **Reference 2** | San Francisco, CA |

| | |
|---|---|
| **Invoice Date** | 8/28/2008 |
| **Manifest ID** | 104119 |
| **Freight Carrier** | Associated Global Systems |
| **Receipt Date** | 08/20/08 |

**Bill To:**

Lehman Brothers Image Processing Services

PO Box 2339
c/o Lehman Brothers AP Dept.
Secaucus, NJ, 07096
000-000-0000

**Pickup Location:**

Lehman Brothers
Susan Wintersteen
555 California Street
30th Floor
San Francisco, CA, 94104
415-263-4440

| Description | Amount |
|---|---|
| **Manifest Processing Fees** | **$3,355.00** |
| **Tax** | **$0.00** |
| **Freight** | **$1,119.27** |
| **Manifest Value Recovery** | **$2,584.80** |
| **Total Due:** | **$1,889.47** |

**Remit To:**

Intechra, LLC
PO BOX 635498
Cincinnati, OH 45263

| | |
|---|---|
| **Payment Due Date** | 10/10/08 |

| | |
|---|---|
| **Terms** | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*



# INVOICE
## 104144

| Client | Lehman Brothers [3129] |
|---|---|
| Client ID | 3129 |
| Purchase Order | |
| ARS Number | |
| Cost Center | |
| Reference 1 | 1512687 |
| Reference 2 | Palm Beach, FL |

| Invoice Date | 8/29/2008 |
|---|---|
| Manifest ID | 104144 |
| Freight Carrier | Associated Global Systems |
| Receipt Date | 08/22/08 |

**Bill To:**

Lehman Brothers Image Processing Services

PO Box 2339
c/o Lehman Brothers AP Dept.
Secaucus, NJ, 07096
000-000-0000

**Pickup Location:**

Lehman Brothers
Julie Anne Burfield
450 Royal Palm Way
5th Floor
Palm Beach, FL, 33480
561-671-1270

| Description | Amount |
|---|---|
| Manifest Processing Fees | $799.40 |
| Tax | $0.00 |
| Freight | $535.35 |
| Manifest Value Recovery | $487.00 |
| **Total Due:** | **$847.75** |

**Remit To:**

Intechra, LLC
PO BOX 635498
Cincinnati, OH 45263

| Payment Due Date | 10/13/08 |
|---|---|
| Terms | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*


**Waste-free, Worry-free IT Asset Disposition.™**

# INVOICE
## 104143

| | | | |
|---|---|---|---|
| **Client** | Lehman Brothers [3129] | **Invoice Date** | 9/15/2008 |
| **Client ID** | 3129 | **Manifest ID** | 104143 |
| **Purchase Order** | | **Freight Carrier** | INTECHRA TRUCK |
| **ARS Number** | | **Receipt Date** | 09/02/08 |
| **Cost Center** | | | |
| **Reference 1** | 1494928 | | |
| **Reference 2** | Menlo Park, CA | | |

**Bill To:**

Lehman Brothers Image Processing Services

PO Box 2339
c/o Lehman Brothers AP Dept.
Secaucus, NJ, 07096
000-000-0000

**Pickup Location:**

Lehman Brothers
Eileen Maldonado
155 Linfield Drive
1st & 2nd Floors
Menlo Park, CA, 94205
650-289-6131

| Description | Amount |
|---|---|
| **Manifest Processing Fees** | **$4,088.40** |
| **Tax** | **$0.00** |
| **Freight** | **$0.00** |
| **Manifest Value Recovery** | **$1,957.45** |
| **Total Due:** | **$2,130.95** |

**Remit To:**

Intechra, LLC
PO BOX 635498
Cincinnati, OH 45263

| **Payment Due Date** | 10/27/08 |
|---|---|
| **Terms** | Net 30 Days |

For billing inquiries, please contact your Client Services Representative or email clientservices@intechra.com

## *Thank you for your continued business.*

*Intechra Corporate - 4270 I-55 N Ste 101  Jackson, MS  39211*
*Tax ID # 68-0580574*