CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112
tel:  (212) 408-5100
fax: (212) 408-5369
Howard Seife (HS 7995)
David LeMay (DL 9093)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
| In re | : | Chapter 11 Cases |
| --- | --- | --- |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC. et al.,** | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | Jointly Administered |

------------------------------------------------------------------------x

### STATEMENT PURSUANT TO RULE 2019
### OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
### REGARDING REPRESENTATION OF MULTIPLE PARTIES

The law firm of Chadbourne & Parke LLP ("C&P") files this Statement of Multiple Representation pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Statement"), and respectfully sets forth as follows:

1.  C&P is a law firm representing the parties in interest listed in Schedule A (the "Parties") with respect to the chapter 11 cases of the above-captioned debtors (the "Debtors").  The names and addresses of the Parties as of the date hereof are also set forth in Schedule A.

2.  Many of the Parties either directly or through their subsidiaries (a) were parties to various financial transactions with the Debtors and/or (b) hold or held certain accounts with the Debtors. Certain of the Parties either directly or through their subsidiaries hold claims against the Debtors or are, or were, parties to certain agreements with the Debtors that may be

NY3 - 474949.01

affected by the Debtors' chapter 11 cases. The specific nature and amount of the claims or interests held by some of the Parties or their subsidiaries may be set forth in proofs of claim or interest to be filed against the Debtors' estates.

   3. C&P was separately approached by each of the Parties or by their authorized representatives, who asked C&P to represent their interests during the pendency of these chapter 11 cases. C&P may similarly undertake additional representations of additional parties in interest and to the extent C&P does so, this Statement will be supplemented as appropriate.

   4. The undersigned certifies that this Statement is true and accurate, to the best of his knowledge and belief. C&P reserves the right to revise and supplement this Statement as need be.

Dated: New York, New York
   October 6, 2008

           **CHADBOURNE & PARKE LLP**

          By: */s/ David M. LeMay*
            Howard Seife (HS 7995)
            David LeMay (DL 9093)
            Members of the Firm
            30 Rockefeller Plaza
            New York, New York 10112
            Phone: (212) 408-5100
            Fax: (212) 541-5369

## SCHEDULE A

| CLIENT | ADDRESS |
|---|---|
| **Amber Capital Investment Management** (as investment manager to Amber Master Fund (Cayman) SPC) | Citigroup Center<br>153 East 53rd Street (57th Floor)<br>New York, NY 10022 |
| **Banesco Holding C.A.** | Edificio Ciudad Banesco, Avenida<br>Principal de Bello Monte<br>Entre Calle Sorbona y Calle Lincoln<br>Municipio Baruta<br>Caracas, Venezuela |
| **Cattolica Assicurazioni S.p.A.** | L.ge Cangrande<br>16 - 37126 Verona |
| **GLG Partners LP** (and its funds) | One Curzon Street<br>London W1J 5HB<br>United Kingdom |
| **Minardi Capital Corp.** | Calle Aquilino de la Guardia<br>Edificio IGRA<br>Panamá, Panamá, |

NY3 - 474949.01