Hearing Date: October 16, 2008 at 3:00 p.m.<br>
Response Deadline: October 10, 2008

**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq (PA 34545)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re: | ) Chapter 11 Case |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Relates to Document No. 435 |

---------------------------------------------------------------x

**RESPONSE AND JOINDER OF FEDERAL HOME LOAN BANK OF PITTSBURGH TO THE MOTION OF NEWPORT GLOBAL OPPORTUNITIES FUND LP, NEWPORT GLOBAL CREDIT FUND (MASTER) L.P., PEP CREDIT INVESTOR L.P. AND PROVIDENCE TMT SPEICAL SITUATIONS FUND L.P. FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS HOLDINGS INC. AND OTHER ENTITIES**

Federal Home Loan Bank of Pittsburgh ("**FHLB**") hereby joins in and responds to the Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers, Inc. and other entities (the "**Rule 2004 Discovery**"), and respectfully states as follows:

1. The FHLB is a creditor of Lehman Brothers Holdings, Inc. ("LBHI") by virtue of, among other things, LBHI's guaranty of obligations of certain of its affiliates, including Lehman Brothers Special Financing, Inc. ("LBSF").

2. LBSF filed a chapter 11 bankruptcy petition on October 3, 2008 at Bankruptcy No. 08-13888 (JMP).

3. LBSF and the FHLB were counterparties to an ISDA Master Agreement dated as of June 26, 1997 and amended as of April 21, 2003.

4. Movants Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. (hereinafter referred to as "Movants") seek discovery under Bankruptcy Rule 2004 in order to understand and evaluate the movement of property and transfer of funds between and among LBHI, third parties and/or LBHI's affiliates such as LBSF.

5. FHLB believes that LBHI and other parties possess information concerning the transfer of funds and valuable property owned by the FHLB, by the Debtors and by their affiliates, including LBSF. While the FHLB intended to conduct its own Rule 2004 examinations, it appears to be more efficient and expeditious to pursue discovery jointly with similarly situated parties such as Movants.

6. The information being sought from LBHI pursuant to the Rule 2004 Discovery relates to the Debtors' assets, business and financial affairs and the LBHI's relationship with its affiliates and certain third parties such as JP Morgan Chase.

7. Implementation of an orderly discovery mechanism in these cases through which interested parties can obtain information relating to the Debtors' assets and liabilities, as well as other relevant topics will help avoid undue burdens and unnecessary expense for all parties, including the Debtors' estates.

8. Provided that the parties agree to share all documents produced with other interested creditors and allow such creditors to participate in the depositions noticed pursuant to

the Rule 2004 Discovery, creditors will be able to expeditiously gather information concerning the assets and liabilities of the Debtors in an orderly, cost effective manner.

9. In addition to joining in the Rule 2004 Discovery Motion, FHLB requests that the Rule 2004 Discovery include (i) the deposition of corporate designee(s) for LBHI affiliates from whom and/or to whom assets were transferred, including, *inter alia*, LBSF, and (ii) production of documents concerning the movement of assets by and among LBHI, its affiliates (including LBSF), and/or third parties including JP Morgan Chase and the current status of such property.

WHEREFORE, Federal Home Loan Bank of Pittsburgh respectfully requests that this Court grant Movants' Rule 2004 Discovery Motion, and order that Federal Home Loan Bank of Pittsburgh be granted authority to participate in the depositions to be taken and access to and copies of documents and materials produced pursuant to the Rule 2004 Discovery, and that this Court grant such further and other relief as this Court deems just and proper.

Dated: October 6, 2008                           Respectfully submitted,

                                                 TUCKER ARENSBERG, P.C.

                                                 */s/ Bradley S. Tupi*
                                                 Beverly Weiss Manne, Esq. (PA ID 34545)
                                                 Bradley S. Tupi, Esq. (BST1202)
                                                 Michael A. Shiner, Esq. (PA ID 78088)
                                                 Gary P. Hunt, Esq. (PA ID 23556)
                                                 Michael J. Stauber, Esq. (PA ID 201022)
                                                 1500 One PPG Place
                                                 Pittsburgh, PA 15222
                                                 (412) 566-1212
                                                 bmanne@tuckerlaw.com
                                                 btupi@tuckerlaw.com
                                                 mshiner@tuckerlaw.com
                                                 ghunt@tuckerlaw.com
                                                 mstauber@tuckerlaw.com

                                                 Counsel for Federal Home Loan Bank of Pittsburgh

**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq (PA 34545)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re: | ) Chapter 11 Case |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Relates to Document No. _____ |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of Federal Home Loan Bank of Pittsburgh's Joinder to be served by first class mail, postage prepaid, by email and/or by first class Mail, postage prepaid, as follows:

See Attached Service List

*/s/ Beverly Weiss Manne*
Beverly Weiss Manne (PA ID 34545)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

Counsel for Federal Home Loan Bank of Pittsburgh

**STANDARD PARTIES SERVICE LIST – First Class Mail**

| | |
|---|---|
| <u>Attorneys for Debtors</u><br>Weil Gotshal & Manges LLP<br>Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Richard Krasnow<br>767 Fifth Ave.<br>New York, NY 10153<br>Email: harvey.miller@weil.com<br>Email: jacqueline.marcus@weil.com<br>Email: shai.waisman@weil.com | Honorable James M. Peck ("Chambers")<br>Courtroom 601<br>One Bowling Green<br>New York, New York 10004 |
| <u>U.S. Trustee</u><br>U.S. Trustee<br>Andy Velez-Rivera<br>Paul Schwartzberg,<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Milbank, Tweed, Hadley &<br>McCloy LLP,<br>Dennis F. Dunne<br>Dennis O'Donnell<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| <u>Attorneys for Unsecured Creditors Committee</u><br>Quinn Emanuel Urquhart Oliver & Hedges<br>James Tecce<br>Susheel Kirpalani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212-849-7000<br>Fax : 212 849-7100<br>Email: jamestecce@quinnemanuel.com<br>Email: susheelkirpalani@quinnemanuel.com | <u>Attorneys for DIP Lenders</u><br>Cleary Gotliebb LLP<br>Lindsee P. Granfield<br>**Lisa M. Schweitzer**<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>(212) 225-3999 (fax)<br>lschweitzer@cgsh.com<br>maofiling@cgsh.com |
| <u>Attorneys for the SIPC Trustee</u><br>Hughes Hubbard & Reed LLP<br>Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York, NY 10004<br> (212) 837-6375<br>Fax : (212) 422-4726<br>Email: margolin@hugheshubbard.com | |

08-13555-mg    Doc 692    Filed 10/06/08    Entered 10/06/08 16:02:57    Main Document
Pg 6 of 6

Other Parties: - First Class Mail and/or Email

| **Attorneys for Movants**<br><br>BROWN RUDNICK LLP<br>Edward S. Weisfelner<br>Andrew Dash<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Facsimile: (212) 209-4801<br><br>BROWN RUDNICK LLP<br>William R. Baldiga<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Facsimile: (617) 856-8201 | |