Hearing Date: October 16, 2008 at 3:00 p.m.
Response Deadline: October 10, 2008

**TUCKER ARENSBERG, P.C.**
Bradley S. Tupi, Esq. (BST 1202)
Beverly Weiss Manne, Esq. (PA 34545)
Michael A. Shiner, Esq. (PA 78088)
Gary P. Hunt, Esq. (PA 23556)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                          ) Chapter 11 Case
                                                                )
LEHMAN BROTHERS HOLDINGS, INC., et al.   ) Case No. 08-13555 (JMP)
                                                                )
                                                                ) Jointly Administered
                          Debtors.                              )
                                                                ) Relates to Document No. 435
---------------------------------------------------------------x

## ORDER

AND NOW, upon the Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers, Inc. Motion of Harbinger Funds for Leave to Conduct Rule 2004 Discovery of *inter alia* Debtor Lehman Brothers (the "Motion"), and after notice and hearing, and upon the Response and Joinder of the Federal Home Loan Bank of Pittsburgh, after due consideration, it is hereby, ORDERED, ADJUDGED and DECREED that:(1) the Motion is Granted; (2) the Rule 2004 Discovery shall also include (a) the deposition of corporate designee(s) for Lehman Brothers Holdings, Inc. affiliates

from whom and/or to whom assets were transferred, including, *inter alia*, Lehman Brothers Special Financing, Inc., and (b) production of documents concerning the movement of assets to and from Lehman Brothers Special Financing, Inc. and/or third parties including JP Morgan Chase and the current status of such property; and (3) the Federal Home Loan Bank of Pittsburgh is authorized to participate in aspects of the 2004 Examinations, including participation in all depositions and access to and copies of documents and materials produced pursuant to the Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. Rule 2004 Discovery.

Dated:

New York, New York

_____
HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

BANK_FIN:336514-1 020260-138012