UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: Chapter 11 Case No.
In re :
:
LEHMAN BROTHERS HOLDINGS INC., : 08-13555 (JMP)
:
Debtor. : CERTIFICATE OF
: SERVICE
:
:
------------------------------------------------------------------------ X

On the 2nd day of October 2008, the Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser with Proposed Order was served by Federal Express upon the entities listed on the attached service list.

Dated: New York, New York
October 3, 2008

        /s/Andrew M. Scott
        Andrew M. Scott

TO: SEE SERVICE LIST ATTACHED

## SERVICE LIST

**Richard B. Levin**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
(212) 474-3700 (fax)

**125 High Street, L.P.**
Office of the Bldg
125 High Street, L.P.
c/o Tishman Speyer Properties, L.P.
125 High Street, 14th Fl
Boston MA 02110

**1301 Properties Owner L.P.**
Mr. Roger S. Newman
1301 Properties Owner L.P.
c/o Paramount Group, Inc.
1633 Broadway Suite 1801
New York NY 10019

**270 Muñoz Rivera Partners, S.E.**
270 Muñoz Rivera Partners, S.E.
270 Muñoz Rivera Avenue, 9th Floor
Hato Rey, P.R. 00918

**Telwares, Inc.**
Attn: Bradford Lutz
Telwares, Inc. 55 Broad Street, 20th Floor
New York, NY 10004

**70 Hudson Street LLC**
General Counsel
cc: Controller 400 Plaza Drive
Secaucus, NJ 07094-3688

**AKF Engineers, LLP**
Robert L'Insalata
1501 Broadway, Suite 700
New York, NY 10036

**Archipelago Holdings, Inc.**
Chief Financial Officer
Archipelago Holdings, Inc.
100 South Wacker Drive, Suite 1800 Chicago, IL 60606

**Capital Moving & Storage**
Thomas Butler
97 Burma Road
Jersey City, NJ 07305

**CB RICHARD ELLIS**
Sr. Vice President-Legal
200 Park Avenue, 9th Floor
New York, NY 10166

**Clifford Chance US LLP (Sublandlord)**
Chief Operating Officer of Americas RegionClifford Chance US LLP
31 West 52nd Street
New York, NY 10019

**Clune Construction Company**
Vince Gutekanst
10 South LaSalle St., Suite 300
Chicago, IL 60603

**Columbia Center Property LLC**
"Columbia Center Property LLC
c/o Beacon Capital Partners, LLC"
200 State Street, 5th Floor
Boston, MA 02109

**Constellation Place, LLC**
General Counsel
Constellation Place LLC c/o JMB Realty Corporation
900 North Michigan Avenue
Chicago IL 60611-1575

**Corporate Park Associates**
Corporate Park Associates
c/o Sudler Management Company, L.L.C.
300 Interpace Parkway (Bldg. C)
Parsippany, New Jersey 07054

**Cushman & Wakefield**
Frank Freda
Cushman & Wakefield Inc.
51 West 52nd Street
New York, NY 10019

**Deutsche Bank Securities, Inc.**
Lease Administrator
Deutsche Bank AG, New York Branch
60 Wall Street, NYC60-3430
New York, NY  10005

**Eastrich No. 167 Corporation**
Paradigm Properties
Eastrich No. 167 Corporation
2600 Corporate Exchange Drive, Suite 175
Columbus OH 43231

**GENSLER**
Joseph Brancato
Gensler Architecture, Design & Planning, P.C.
One Rockefeller Plaza, Suite 500
New York, NY 10020

**Guggenheim Concourse, L.P.**
Doug Knaus
c/o Means Knaus LLC
2000 West Loop South, Suite 1920
Houston, TX  77027

**HANOVER MOVING &STORAGE CO INC**
Mr. Len Masucci
15 Exchange Place, Suite 520
Jersey City, NJ 07302

**HENEGAN**
Paulinus Bryce
Henegan Construction Co., Inc.
250 West 30th Street
New York, NY 10001

**Huron Consulting Group, Inc.**
Attn:  Chief Financial Officer Huron Consulting Group LLC
550 West Van Buren Street
Chicago, IL  60607

**HWA 555 Owners, LLC**
Attention: Corporate Secretary
HWA 555 Owners, LLC
c/o Shorentstein Realty Services, L.P.
555 California Street, 49th Floor
San Francisco, CA 94104

**Jaros, Baum and Bolles**
Walter Mehl
Jaros Baum & Bolles
80 Pine Street
New York, NY 10005

**JDJ Properties, Inc.**
JDJ Properties, Inc.
399 Main Street, Suite 200
Logan, UT 84321

**LB 745 LLC**
Middlefield Park
Managing Agent for Middlefield Park Associates
Middlefield Park Associates c/o Willis & Co.
3130 Alpine Road Suite 190
Portola Valley CA 94028

**MJH Wacker LLC**
Scott M. Stahr
MJH Wacker LLC
c/o Fulcrum Operating Company, LLC, Asset Manager
1250 South Grove Avenue, Suite 200
Barrington, IL 60010

**PREMIER RESTORATION**
Keith Eversley
60-01 31st Avenue
New York, NY 11337

**ROBERT DERECTOR**
Vincent Byrne
Robert Derector Associates
19 West 44th Street
New York, NY 10036

**Rockefeller Center Management Corporation**
President
Rockefeller Center Management Corporation
1221 Avenue of the Americas
New York, NY 10020

**San Diego-Frazee, LLC**
Attention:  Asset Management
San Diego-Frazee, LLC
c/o INVESCO Real Estate
"500 Three Galleria Tower
13155 Noel Road"
Dallas, TX 75244

**SP4 190 S. LaSalle, L.P.**
CBRE
190 S. LaSalle Street , Suite 2830
Chicago IL 60603