**TUCKER ARENSBERG, P.C.**
Bradley S. Tupi, Esq. (BST 1202)
Beverly Weiss Manne, Esq. (PA 34545)
Michael A. Shiner, Esq. (PA 78088)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      ) Chapter 11 Case
                                                            )
LEHMAN BROTHERS HOLDINGS, INC., et al.   ) Case No. 08-13555 (JMP)
                                                            )
                                                            ) Jointly Administered
             Debtors.                                       )
                                                            ) Relates to Document No. 671
                                                            )
------------------------------------------------------------x

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of Federal Home Loan Bank of Pittsburgh's NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS of Beverly Weiss Manne, Esquire, Bradley S. Tupi, Esquire and Michael A. Shiner, Esquire, to be served by first class mail, postage prepaid, by email and/or by first class Mail, postage prepaid, as follows:

See Attached Service List

*/s/ Beverly Weiss Manne*
Beverly Weiss Manne (PA ID 34545)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

Counsel for Federal Home Loan Bank of Pittsburgh

**STANDARD PARTIES SERVICE LIST – First Class Mail**

| | |
|---|---|
| Attorneys for Debtors<br>Weil Gotshal & Manges LLP<br>Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Richard Krasnow<br>767 Fifth Ave.<br>New York, NY 10153<br>Email: harvey.miller@weil.com<br>Email: jacqueline.marcus@weil.com<br>Email: shai.waisman@weil.com | Honorable James M. Peck ("Chambers")<br>Courtroom 601<br>One Bowling Green<br>New York, New York 10004 |
| U.S. Trustee<br>U.S. Trustee<br>Andy Velez-Rivera<br>Paul Schwartzberg,<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Milbank, Tweed, Hadley & McCloy LLP,<br>Dennis F. Dunne<br>Dennis O'Donnell<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| Attorneys for Unsecured Creditors Committee<br>Quinn Emanuel Urquhart Oliver & Hedges<br>James Tecce<br>Susheel Kirpalani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212-849-7000<br>Fax : 212 849-7100<br>Email: jamestecce@quinnemanuel.com<br>Email: susheelkirpalani@quinnemanuel.com | Attorneys for DIP Lenders<br>Cleary Gotliebb LLP<br>Lindsee P. Granfield<br>**Lisa M. Schweitzer**<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>(212) 225-3999 (fax)<br>lschweitzer@cgsh.com<br>maofiling@cgsh.com |
| Attorneys for the SIPC Trustee<br>Hughes Hubbard & Reed LLP<br>Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York, NY 10004<br> (212) 837-6375<br>Fax : (212) 422-4726<br>Email: margolin@hugheshubbard.com | |