Kelley Drye & Warren LLP
James S. Carr, Esq.
Howard S. Steel, Esq.
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

Attorneys Tata American International Corporation
and Tata Consultancy Services Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | Case No. 08-13555 (JMP) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of between Tata American International Corporation and Tata Consultancy Services Limited (collectively referred to as "Tata"), creditors, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demand that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses and further request that they be added to the Master Service List:

> Howard S. Steel, Esq.
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, New York  10178
> Tel: 212-808-7800
> Fax: 212-808-7897
> E-mail: KDWBankruptcyDepartment@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Tata's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Tata is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: New York, New York
October 6, 2008

KELLEY DRYE & WARREN LLP

By: */s/ James S. Carr*
James S. Carr
Howard S. Steel
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

Attorneys Tata American International Corporation
And Tata Consultancy Services Limited