UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
**In re:**                                              :
                                                        :    Chapter 11
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.,*:
                                                        :    Case No. 08-13555 (JMP)
                                                        :
**Debtors.**                                    :    (Jointly Administered)
                                                        :
---------------------------------------------------------------x

### VERIFIED STATEMENT OF WILMINGTON TRUST COMPANY IN ITS CAPACITY AS INDENTURE TRUSTEE PURSUANT TO BANKRUPTCY RULE 2019

Wilmington Trust Company ("Wilmington Trust"), in the capacity described below, having an address at 520 Madison Avenue, 33rd Floor, New York, New York, 10022 makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Verified Statement").

1. Wilmington Trust serves as indenture trustee for the holders of senior unsecured notes and other securities (the "Notes") in the principal amount of approximately 48 billion dollars issued pursuant to that certain Indenture dated as of September 1, 1987, as amended, supplemented or modified (the "Indenture"), between Lehman Brothers Holdings Inc. (formally known as Shearson Lehman Brothers Holdings Inc.) (the "Company") and Wilmington Trust, as Trustee  (as successor trustee to Citibank, N.A., as of May 14, 2008).

2. The terms and conditions of the securities are set forth in various documents in addition to the Notes and the Indenture.  These documents may include, prospecti, prospectus supplements, pricing supplements and term sheets, among other agreements.  Because of the large number and volume of such agreements, Wilmington

Trust has not attached copies of all agreements relevant to the securities. Any party wishing to obtain copies may send its request to Wilmington Trust, c/o Wilmington Trust FSB, at the address provided in this Verified Statement.

3. In addition to the outstanding principal amount set forth above, the fees, costs and expenses of Wilmington Trust in its capacity as indenture trustee (including the fees, costs and expenses of Wilmington Trust's counsel) are payable pursuant to the Indenture.

4. The names and addresses of the holders to whom the Notes were issued pursuant to the Indenture are registered and maintained by Citibank, N.A., in its capacity as Registrar, in accordance with the provisions of the Indenture. The names and addressees of the holders of the Notes may be furnished to any party in interest that is otherwise entitled (pursuant to the Indenture or applicable law) to such information, and in accordance with any relevant orders that may be entered by the Bankruptcy Court. The beneficial holders of the Notes may change from time to time during the course of these cases.

5. The claims held by the holders of the Notes are in the nature of claims for money loaned, as evidenced by the Notes and the Indenture.

6. Wilmington Trust holds rights as provided in the Indenture and the instruments executed and delivered in connection with the Indenture. In addition to Wilmington Trust's right to take action in its own name and in its capacity as indenture trustee to collect on the claims of the holders of the Notes, or otherwise as provided in the Indenture or applicable law, Wilmington Trust has claims for the reimbursement of its reasonable fees and expenses (including the reasonable fees and expenses of its counsel)

arising from its pre- and postpetition services and the performance of its duties under the Indenture.

7. Wilmington Trust reserves the right to supplement or amend this Verified Statement at any time.

8. The undersigned is authorized to make the foregoing statements and verifies that such statements are accurate.

Dated:     October 6, 2008

        WILMINGTON TRUST COMPANY
        520 Madison Avenue, 33rd Floor
        New York, New York 10022


        /s/  Julie J. Becker
        Julie J. Becker
        Vice President
        Wilmington Trust FSB
        50 South Sixth Street
        Suite 1290
        Minneapolis, Minnesota 55402-1544
        For and On  Behalf of Wilmington Trust Company