UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

Alison R. Ambeault, being duly sworn, deposes and says:

(I)   That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)  That on October 3, 2008 she caused the following to be served: *Supplement to Limited Objection of Bloomberg L.P. and Bloomberg Finance L.P. to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, and Objection to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser* [Docket No. 626] via electronic mail and overnight mail to the parties listed on Exhibit "A" and via overnight mail to the party listed on Exhibit "B."

*(signature)*

Alison R. Ambeault

Sworn to before me this

6th day of October 2008

*(signature)*
Notary Public

ADAM SCAVONE
Notary Public, State of New York
No. 01SC6184035
Qualified in New York County
Commission Expires March 24, 2012

## **EXHIBIT A**

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife and Shai Y. Waisman
shai.waisman@weil.com
lori.fife@weil.com
*Attorneys for the Debtors*


Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffery S. Margolin
margolin@hugheshubbard.com
*Attorneys for SIPA Trustee*


Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee Granfield & Lisa M. Schweitzer
lgranfield@cgsh.com
*Attorneys for Purchaser*

## EXHIBIT B

The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Brian Shoichi Masumoto, Esq.