Joel H. Levitin
Stephen J. Gordon
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York  10005
Telephone:  (212) 701-3000
Facsimile:  (212) 269-5420

*Attorneys for HYPO Investmentbank AG*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
                                                               :
**In re:**                                                     :    Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC. ,** *et al.*                   :    08-13555 (JMP)
                                                               :
                          **Debtors**.                         :    (Jointly Administered)
                                                               :
---------------------------------------------------------------X

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 3017, 9007, and 9010, HYPO Investmentbank AG ("HYPO Investmentbank"), by and through its undersigned attorneys, hereby appears in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

PLEASE TAKE FURTHER NOTICE that HYPO Investmentbank requests that all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be

given in the Debtors' cases be given and served upon Cahill Gordon & Reindel LLP, Eighty Pine Street, New York, New York 10005 (Attn: Joel H. Levitin, Esq., and Stephen J. Gordon, Esq.).

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as, a waiver of HYPO Investmentbank's (i) right to have final orders in non-core matters entered only after review *de novo* by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoffs, defenses, and recoupments are expressly reserved.

Dated: New York, New York  
      October 6, 2008

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

/s/ Joel H. Levitin  
Joel H. Levitin  
Stephen J. Gordon  
Eighty Pine Street  
New York, New York 10005  
Telephone: (212) 701-3000  
Facsimile: (212) 269-5420

*Attorneys for HYPO Investmentbank AG*