UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re                                                                :   Chapter 11 Case No.
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,**                                   :   08-13555 (JMP)
                                                                     :
                            Debtor.                                  :
                                                                     :
---------------------------------------------------------------------x


**NOTICE OF EXTENSION OF DEADLINE TO OBJECT TO REVISED SCHEDULES
FOR CERTAIN COUNTERPARTIES**


     PLEASE TAKE NOTICE that on October 1, 2008, Barclays Capital Inc. (the "Purchaser") updated the schedules of certain executory contracts and unexpired leases for assumption and assignment to the Purchaser as of the Closing (as defined in the Asset Purchase Agreement dated September 16, 2008). These schedules are available on the debtor's website at http://chapter11.epicsystems.com/lehman and have remained unchanged since October 1, 2008.

     PLEASE TAKE FURTHER NOTICE that the counterparties set forth on Exhibit B (attached to this Notice) have been affected by the updates referred to in the Notice Of Revisions To Schedules Of Certain Contracts And Leases Assumed And Assigned To Purchaser (Docket No. 504). Therefore, the objection deadline for the counterparties set forth on Exhibit B (and only those on Exhibit B) has been extended from October 3, 2008 at 4:00 p.m. (New York City time) until **October 16, 2008 at 4:00 p.m.** (New York City time). The objection deadline for all other counterparties remains unchanged.


Dated: October 6, 2008
       New York, New York

                                        **CLEARY GOTTLIEB STEEN &
                                        HAMILTON LLP**

                                        By: /s/ Lindsee P. Granfield
                                            Lindsee P. Granfield
                                            Lisa M. Schweitzer
                                        One Liberty Plaza
                                        New York, New York 10006
                                        Telephone: (212) 225-2000
                                        Facsimile: (212) 225-3999

                                        *Counsel to Barclays Capital Inc.*

# EXHIBIT B

| Vendor Name |
|---|
| 360 TREASURY SYSTEMS AG |
| Acclara |
| AchieveGlobal Inc. |
| ACL SERVICES LTD |
| ADDISON |
| ADP BROKERAGE SERVICES INC |
| ADVANCED INNOVATIVE MARKETING, LLC |
| Advanced Sec. |
| Advantage Data |
| ADVANTAGE HUMAN RESOURCING |
| ADVENT SOFTWARE |
| AE Bruggemann |
| Aegis Specialists |
| AFTERBURNER, INC. |
| AGS / STR / OTA |
| AGS Spec. |
| AIM Sec. |
| Aleph |
| Alpha Office Products / Staples |
| APPINTELLIGENCE INC |
| BUSINESS EDGE SOLUTIONS, INC |
| ECLERX |
| GLOBAL RESEARCH DISTRIBUTION |
| INTERSTATE ELECTRONICS COMPANY |
| McMurray, Joseph (Reynold's Channel) |
| OpenCrowd |
| STARCITE INC |