**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,**    :    08-13555 (JMP)
*et al.*                                                        :
        Debtors.                                    :    (Jointly Administered)
                                                                :
----------------------------------------------------------------x

**FIRST OMNIBUS NOTICE OF ASSUMPTION AND ASSIGNMENT**
**OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

      **PLEASE TAKE NOTICE** that, on September 20, 2008, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Sale Order") which, among other things, approved an Asset Purchase Agreement (the "Purchase Agreement") in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors").

      **PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sale Order and Section 2.5 of the Purchase Agreement, Barclays Capital, Inc. (the "Purchaser") has the right to designate certain of the Debtors' unexpired leases and executory contracts for assumption and assignment to Purchaser (collectively, the "Purchased Contracts").[1]

      **PLEASE TAKE FURTHER NOTICE** that, on October 3, 2008, the Bankruptcy Court entered an order (the "Procedures Order") which, among other things, approved expedited procedures for the assumption and assignment of Purchased Contracts to the Purchaser.

      **PLEASE TAKE FURTHER NOTICE** that the Purchaser hereby provides notice of the (i) assumption and assignment of the Purchased Contracts identified below as of the date hereof, and (ii) cure costs, if any, to be paid (the "Cure Amounts") pursuant to 11 U.S.C. § 365(b)(1)(A) in connection with the assumption and assignment of such Purchased Contracts.

---

[1] For purposes of this Notice and the Procedures Order (defined below), Purchased Contracts include PIM Leases (as such term is defined in that certain Clarification Letter with respect to the Purchase Agreement, dated September 20, 2008 (the "Clarification Letter")) that are designated for assumption and assignment by the Purchaser in accordance with the terms of the Clarification Letter.

1

**PLEASE TAKE FURTHER NOTICE** that any party in interest that objects to the proposed assignment or Cure Amount must file and serve a written objection so that such objection is filed with the Court and <u>actually received</u> by the following parties (the "<u>Objection Notice Parties</u>") no later than ten (10) days after the date on which this notice of the assignment was sent to the counterparty: (i) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 (Attn: Lori R. Fife and Shai Y. Waisman); (ii) the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis); (iii) the attorneys for the Purchaser, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield and Lisa M. Schweitzer); (iv) the attorneys for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Luc A. Despins, and Wilbur F. Foster, Jr.); and (v) the attorneys for the SIPA Trustee, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin).

**PLEASE TAKE FURTHER NOTICE** that, to the extent that any counterparty does not timely file an objection as set forth above, such counterparty is deemed to have consented to their respective Cure Amount and the assumption and assignment of their respective Purchased Contract to the Purchaser as set forth in the Assignment Notice, and shall be forever barred from objecting to the assignment or to the Cure Amount set forth below, including, without limitation, the right to assert any additional Cure Amounts or any other amounts with respect to the leases and contracts to be assumed and assigned.

**PLEASE TAKE FURTHER NOTICE** that, to the extent any objections to the Cure Amounts for such contracts are timely filed, the Debtors, Purchaser and the counterparty must meet and confer in good faith to attempt resolve any such objection without Court intervention. If the objecting party and the Purchaser determine that the objection cannot be resolved without judicial intervention, then such dispute will be determined by the Court upon written application by either party on 20 (twenty) days notice, with any response due to such an application 15 (fifteen) days after such application is filed. The Purchaser shall pay any Cure Amount as soon as reasonably practicable after the earliest of (i) the date on which the contracting counterparty consents in writing to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, (ii) the date on which the counterparty is deemed to have consented to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, or (iii) the date on which the Court enters an order determining the Cure Amount for such contract after the notice and hearing procedure set forth above.

Dated: October 6, 2008
New York, New York

                                 **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

                                 By: /s/ Lindsee P. Granfield
                                      Lindsee P. Granfield
                                      Lisa M. Schweitzer
                                 One Liberty Plaza
                                 New York, New York 10006
                                 Telephone: (212) 225-2000
                                 Facsimile: (212) 225-3999

                                 *Counsel to Barclays Capital Inc.*

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| 2 TRACK GLOBAL | CON000000016467 | $0.00 | Master Agreement | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | Lehman Brothers Holdings Inc. |
| 2 TRACK GLOBAL | CON000000020046 | $0.00 | Amendment / Addendum / Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | Lehman Brothers Holdings Inc. |
| 2 TRACK GLOBAL | CON000000021886 | $0.00 | Amendment / Addendum / Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | Lehman Brothers Holdings Inc. |
| 2 TRACK GLOBAL | CON000000022734 | $0.00 | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | Lehman Brothers Holdings Inc. |
| 2 TRACK GLOBAL | CON000000022735 | $0.00 | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | Lehman Brothers Holdings Inc. |
| 2 TRACK GLOBAL | CON000000022736 | $0.00 | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | Lehman Brothers Holdings Inc. |
| 2 TRACK GLOBAL | CON000000023882 | $0.00 | Transaction Schedule | N/A | 1270 Broadway, Suite 208, New York, NY 10001 | Lehman Brothers Holdings Inc. |
| ADITI TECHNOLOGIES PRIVATE LIMITED | CON000000027775 | $0.00 | Master Agreement | N/A | 2002 156th Ave NE, Suite 200, Bellevue, WA 98007 | Lehman Brothers Holdings Inc. |
| ADITI TECHNOLOGIES PRIVATE LIMITED | CON000000027792 | $0.00 | Supplement | N/A | 2002 156th Ave NE, Suite 200, Bellevue, WA 98007 | Lehman Brothers Holdings Inc. |
| ADITI TECHNOLOGIES PRIVATE LIMITED | CON000000028186 | $0.00 | Transaction Schedule | N/A | 2002 156th Ave NE, Suite 200, Bellevue, WA 98007 | Lehman Brothers Holdings Inc. |
| ADVANCED TECHNOLOGY SUPPORT | 001814-LEHNY-2006 | $0.00 | Transaction Schedule | N/A | 10075 Red Run Blvd., Suite 550, Owings Mills, MD 21117 | Lehman Brothers Holdings Inc. |
| ADVANCED TECHNOLOGY SUPPORT | 002032-LEHNY-2006 | $0.00 | Master Agreement | N/A | 10075 Red Run Blvd., Suite 550, Owings Mills, MD 21117 | Lehman Brothers Holdings Inc. |
| ADVANCED TECHNOLOGY SUPPORT | 002033-LEHNY-2006 | $0.00 | Supplement | N/A | 10075 Red Run Blvd., Suite 550, Owings Mills, MD 21117 | Lehman Brothers Holdings Inc. |
| ADVANCED TECHNOLOGY SUPPORT | 002035-LEHNY-2006 | $0.00 | Supplement | N/A | 10075 Red Run Blvd., Suite 550, Owings Mills, MD 21117 | Lehman Brothers Holdings Inc. |
| ADVANCED TECHNOLOGY SUPPORT | CON000000025514 | $0.00 | Amendment / Addendum / Schedule | N/A | 10075 Red Run Blvd., Suite 550, Owings Mills, MD 21117 | Lehman Brothers Holdings Inc. |
| ALLO COMMUNICATIONS | CON000000020661 | $0.00 | Standalone Agreement | N/A | 610 Broadway, Imperial, NE  69033 | Lehman Brothers Holdings Inc. |
| ALLO COMMUNICATIONS | CON000000020677 | $0.00 | Standalone Agreement | N/A | 610 Broadway, Imperial, NE  69033 | Lehman Brothers Holdings Inc. |
| ANGELPOINTS, INC. | CON000000021784 | $0.00 | Master Agreement | N/A | 30 Liberty Ship Way, Suite 3150  Sausalito, CA 94965 | Lehman Brothers Holdings Inc |
| ANGELPOINTS, INC. | CON000000021993 | $0.00 | Supplement | N/A | 30 Liberty Ship Way, Suite 3150  Sausalito, CA 94965 | Lehman Brothers Holdings Inc |
| ANGELPOINTS, INC. | CON000000021994 | $0.00 | Transaction Schedule | N/A | 30 Liberty Ship Way, Suite 3150  Sausalito, CA 94965 | Lehman Brothers Holdings Inc |
| APCON | CON000000021040 | $0.00 | Master Agreement | N/A | 9255 SW Pioneer Court, Wilsonville, OP 97070 | Lehman Brothers Holdings Inc |
| APCON | CON000000021162 | $0.00 | Supplement | N/A | 9255 SW Pioneer Court, Wilsonville, OP 97070 | Lehman Brothers Holdings Inc |
| APCON | CON000000021163 | $0.00 | Supplement | N/A | 9255 SW Pioneer Court, Wilsonville, OP 97070 | Lehman Brothers Holdings Inc |
| APCON | CON000000022567 | $0.00 | Transaction Schedule | N/A | 9255 SW Pioneer Court, Wilsonville, OP 97070 | Lehman Brothers Holdings Inc |
| APCON; INC. | CON000000022563 | $0.00 | Transaction Schedule | N/A | 9255 SW Pioneer Court, Wilsonville, OP 97070 | Lehman Brothers Holdings Inc |
| APPINTELLIGENCE INC | 002051-LEHNY-2006 | $0.00 | | N/A | 17 Research Park Drive, Weldon Spring, MO 63304 | Lehman Brothers Holdings Inc |
| APPINTELLIGENCE INC | CON000000011748 | $0.00 | Amendment / Addendum / Schedule | N/A | 17 Research Park Drive, Weldon Spring, MO 63304 | Lehman Brothers Holdings Inc |
| APPLABS INCORPORATED | CON000000021860 | $0.00 | Master Agreement | N/A | 1601 market Street Suite 801, Philadelphia PA 19103 | Lehman Brothers Holdings Inc |
| APPLABS INCORPORATED | CON000000021861 | $0.00 | Professional and Consulting | N/A | 1601 market Street Suite 801, Philadelphia PA 19103 | Lehman Brothers Holdings Inc |
| ASSENTIS TECHNOLOGIES, AG | CON000000022106 | $0.00 | Master Agreement | N/A | Lettenstrasse 7, 6343 Rotkreuz, Switzerland | Lehman Brothers Holdings Inc |
| ASSENTIS TECHNOLOGIES, AG | CON000000030100 | $0.00 | Transaction Schedule | N/A | Lettenstrasse 7, 6343 Rotkreuz, Switzerland | N/A |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| ASSENTIS TECHNOLOGIES, AG | CON000000031155 | $0.00 | Maintenance Renewal Quote | N/A | Lettenstrasse 7, 6343 Rotkreuz, Switzerland | N/A |
| ATEO | CON000000026274 | $0.00 | Amendment / Addendum / Schedule | N/A | 200 S Wacker Dr, Suite 3100 Chicago, IL 60606 | N/A |
| ATEO Corp. | CON000000025129 | $0.00 | Master Agreement | N/A | 200 S Wacker Dr, Suite 3100, Chicago IL 60606 | LBHI |
| ATEO Corp. | CON000000025134 | $0.00 | Supplement | N/A | 200 S Wacker Dr, Suite 3100, Chicago IL 60606 | LBHI |
| ATEO Corp. | CON000000026107 | $0.00 | Transaction Schedule | N/A | 200 S Wacker Dr, Suite 3100, Chicago IL 60606 | LBHI |
| ATEO LTD | CON000000027816 | $0.00 | Master Agreement | N/A | 200 S Wacker Dr, Suite 3100, Chicago IL 60606 | LBHI |
| ATLANTIC INFORMATION SERVICES | CON000000028590 | $0.00 | TBD | David Romeo | 68 Lombard Street, London,EC3V 9LJ | N/A |
| Atlantic Information Services LLc | CON000000020019 | $0.00 | TBD | Scott Turley | 83 Wooster Heights Road, Danbury, CT 06810 | LBHI |
| BURNETT GROUP | CON000000016271 | $0.00 | | N/A | 1133 Broadway Suite 1615 NY, NY 10010 | LB |
| BURNETT GROUP | CON000000016272 | $0.00 | | N/A | 1133 Broadway Suite 1615 NY, NY 10010 | LB |
| CELOXICA, INC. | CON000000028417 | $0.00 | Master Agreement | | 1133 Broadway Suite 706 New York, NY 10010 | LBHI |
| CELOXICA, INC. | CON000000028418 | $0.00 | Master Agreement | | 1133 Broadway Suite 706 New York, NY 10010 | LBHI |
| CIENA COMMUNICATIONS, INC. | CON000000014372 | $0.00 | Trial | | 1201 Winterson Road, Linthicum MD 21090 | LBHI |
| CIENA COMMUNICATIONS, INC. | CON000000020834 | $0.00 | Master Agreement | | 1201 Winterson Road, Linthicum MD 21090 | LBHI |
| CIENA COMMUNICATIONS, INC. | CON000000020840 | $0.00 | Transaction Schedule | | 1201 Winterson Road, Linthicum MD 21090 | LBHI |
| CIENA COMMUNICATIONS, INC. | CON000000026732 | $0.00 | Amendment / Addendum / Schedule | | 1201 Winterson Road, Linthicum MD 21090 | LBHI |
| CIENA COMMUNICATIONS, INC. | CON000000026734 | $0.00 | Amendment / Addendum / Schedule | | 1201 Winterson Road, Linthicum MD 21090 | LBHI |
| COLLABNET, INC | CON000000030831 | $0.00 | Maintenance Renewal Quote | | 8000 Marina Blvd, Suite 600 Brisbane, CA 94005-1865 | LBHI |
| CollabNet, Inc. | N/A. | $0.00 | | CollabNet, Inc. | 8000 Marina Boulevard, Suit 600 Brisbane, CA 94005-1865 | LBHI |
| COLUMN TECHNOLOGIES INC | CON000000012716 | $0.00 | Master Agreement | | 1400 Opus Place Suite 110, Downers Grove, IL 60515 | LBHI |
| COLUMN TECHNOLOGIES INC | CON000000014574 | $0.00 | Side Letter | | 1400 Opus Place Suite 110, Downers Grove, IL 60515 | Unknown |
| CommScope | CON000000026407 | $0.00 | TBD | | 1100 CommScope Place SE, Hickory, NC 28602 | LBHI |
| Commscope* | CON000000020833 | $0.00 | Master Agreement | | 1100 CommScope Place SE, Hickory, NC 28602 | LBHI |
| DATA KINETICS LTD | CON000000022342 | $0.00 | | N/A | 2460 Lancaster Road, Ottawa, Ontario, Canada K1B 4S5 | N/A |
| Davis Audio Visual | CON000000021779 | $0.00 | | N/A | 2100 Clay St., Denver, CO 80211 | LBHI |
| Davis Audio Visual | CON000000025332 | $0.00 | | Justin Swartz | 2100 Clay St., Denver, CO 80211 | LBHI |
| DIRECTLINK TECHNOLOGIES, CORP | CON000000015925 | $0.00 | | N/A | 2561 Bernville Road, Reading, PA 19612 | LBHI |
| DMD Systems Recovery Inc. | CON000000029567 | $0.00 | | N/A | 1315 E. Gibson Lane, Building E, Phoenix, AZ 85034 | LBHI |
| DMD Systems Recovery Inc. | CON000000029568 | $0.00 | | N/A | 1315 E. Gibson Lane, Building E, Phoenix, AZ 85034 | LBHI |
| DMD Systems Recovery Inc. | CON000000029569 | $0.00 | | N/A | 1315 E. Gibson Lane, Building E, Phoenix, AZ 85034 | LBHI |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| DMD Systems Recovery Inc. | CON000000029570 | $0.00 | | N/A | 1315 E. Gibson Lane, Building E, Phoenix, AZ 85034 | LBHI |
| DMD Systems Recovery Inc. | CON000000029571 | $0.00 | | N/A | 1315 E. Gibson Lane, Building E, Phoenix, AZ 85034 | LBHI |
| DSI TECHNOLOGY ESCROW SERVICES | CON000000024400 | $0.00 | | Contract Administration | Contract Administration, 9265 Sky Park Court, Suite 202, San Diego, CA 92123 | N/A |
| E4E BUSINESS SOLUTIONS | CON000000027646 | $0.00 | Master Agreement | N/A | 109 Koramangala Industrial Layout, 4th Cross 5th block - Koramangala, Bangalore, 560-095 | Unknown |
| E4E BUSINESS SOLUTIONS | CON000000027647 | $0.00 | Supplement | N/A | 109 Koramangala Industrial Layout, 4th Cross 5th block - Koramangala, Bangalore, 560-095 | Unknown |
| E4E BUSINESS SOLUTIONS | CON000000027648 | $0.00 | Transaction Schedule | N/A | 109 Koramangala Industrial Layout, 4th Cross 5th block - Koramangala, Bangalore, 560-095 | Unknown |
| ENVIRONMENTAL SYSTEMS RESEARCH | 001554-LEHNY-2006 | $0.00 | Master Agreement | N/A | 380 New York Street, Redlands, CA 92373 | Lehman Brothers Holdings Inc. |
| Environmental Systems Research Institute | 005190-LEHNY-2004 | $0.00 | Master Agreement | N/A | 380 New York Street, Redlands, CA 92373 | Lehman Brothers Holdings Inc. |
| ESSENTIAL TRADING SYSTEMS CORP | CON000000013523 | $0.00 | Master Agreement | N/A | 21 Sequin Drive, Glastonbury CT 06033 | Lehman Brothers Holding Inc. |
| ESSENTIAL TRADING SYSTEMS CORP | CON000000023040 | $0.00 | Transaction Schedule | N/A | 21 Sequin Drive, Glastonbury CT 06033 | Lehman Brothers Holding Inc. |
| EVOLUTION CONSULTING GROUP PLC | 1652-LEHUK-2002 | $0.00 | Master Agreement | N/A | P.O. Box 4848, Silver Spring, MD 20914 | N/A |
| EVOLUTION CONSULTING GROUP PLC | CON000000016098 | $0.00 | Master Agreement | N/A | P.O. Box 4848, Silver Spring, MD 20914 | N/A |
| EVOLUTION CONSULTING GROUP PLC | CON000000024169 | $0.00 | Maintenance Renewal Quote | N/A | P.O. Box 4848, Silver Spring, MD 20914 | N/A |
| Exzac LLC | CON000000027470 | $0.00 | TBD | Alon Even-Chen | 591 Summit Ave, Suite 410 Jersey City, NJ 07306 | Lehman Brothers Holding Inc. |
| Exzac LLC | CON000000027471 | $0.00 | TBD | Alon Even-Chen | 591 Summit Ave, Suite 410 Jersey City, NJ 07306 | Lehman Brothers Holding Inc. |
| Exzac LLC | CON000000027472 | $0.00 | TBD | Alon Even-Chen | 591 Summit Ave, Suite 410 Jersey City, NJ 07306 | Lehman Brothers Holding Inc. |
| Fatwire Corporation | CON000000029862 | $0.00 | Trial | N/A | 3330 old Country Road, Suite 207, Mineola, NY 11501 | LB Holdings Inc |
| FatWire Corporation | CON000000030220 | $0.00 | Transaction Schedule | N/A | 3330 old Country Road, Suite 207, Mineola, NY 11501 | LB Holdings Inc |
| FIDELITY INFORMATION SERVICES | CON000000015695 | $0.00 | Amendment / Addendum / Schedule | N/A | 601 Riverside Ave, Jacksonville, FL 32204 | LB |
| Fidelity Information Services | CON000000028744 | $0.00 | TBD | N/A | N/A | LB Holding Inc. |
| FIDELITY INFORMATION SERVICES | CON000000025316 | $0.00 | Other | N/A | 601 Riverside Ave, Jacksonville, FL 32204 | N/A |
| FIDELITY NATIONAL INFORMATION SERVICES | CON000000021799 | $0.00 | Side Letter | Marsha Currie | one F.N.B. Boulevard, Hermitage, PA 16148 | Lehman Brothers |
| FIDELITY NATIONAL INFORMATION SERVICES | CON000000023786 | $0.00 | Side Letter | Marsha Currie | one F.N.B. Boulevard, Hermitage, PA 16148 | Lehman Brothers |
| FIDELITY-INFORMATION SERVICES | CON000000012625 | $0.00 | Master Agreement | | one F.N.B. Boulevard, Hermitage, PA 16148 | Unknown |
| FINANCIAL ENGINEERING ASSOCIATES, INC | CON000000020393 | $0.00 | Master Agreement | N/A | 2100 Milvia St., Berkeley, California 94704-1113 | LB Holdings Inc |
| FUJITSU | 004130-LEHTK-2004 | $0.00 | Standalone Agreement | N/A | 4-1-1 Kamikodanaka, Kawasaki, Kanagawa, 211-8588 JAPAN | N/A |
| FUJITSU | 004251-LEHTK-2004 | $0.00 | Standalone Agreement | N/A | 4-1-1 Kamikodanaka, Kawasaki, Kanagawa, 211-8588 JAPAN | N/A |
| GALATEA ASSOCIATES, LLC | CON000000023797 | $0.00 | | | 20 Holland St. Suite 405 Somerville, MA 02144 | LBHI |
| GALATEA ASSOCIATES, LLC | CON000000023798 | $0.00 | | | 20 Holland St. Suite 405 Somerville, MA 02144 | LBHI |
| GALATEA ASSOCIATES, LLC | CON000000025890 | $0.00 | | | 20 Holland St. Suite 405 Somerville, MA 02144 | LBHI |
| GLOBAL RESEARCH DISTRIBUTION | CON000000027923 | $0.00 | | | 128 West 26th Street New York, NY 10001 | LBHI |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| GLOBAL RESEARCH DISTRIBUTION | CON000000027924 | $0.00 | | | 128 West 26th Street New York, NY 10001 | LBHI |
| GLOBAL RESEARCH DISTRIBUTION | CON000000027925 | $0.00 | | | 128 West 26th Street New York, NY 10001 | LBHI |
| GREYWARE AUTOMATION PRODUCTS | CON000000019417 | $0.00 | | | 3300 Big Horn Trail, Plano TX 75075 | LBHI |
| GREYWARE AUTOMATION PRODUCTS | CON000000019418 | $0.00 | | | 3300 Big Horn Trail, Plano TX 75075 | LBHI |
| GREYWARE AUTOMATION PRODUCTS | CON000000024804 | $0.00 | | | 3300 Big Horn Trail, Plano TX 75075 | LBHI |