**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                    :
**In re**                                           :    **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,**    :    **08-13555 (JMP)**
*et al.*                                            :
       **Debtors.**           :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------------x

### SECOND OMNIBUS NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on September 20, 2008, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Sale Order") which, among other things, approved an Asset Purchase Agreement (the "Purchase Agreement") in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sale Order and Section 2.5 of the Purchase Agreement, Barclays Capital, Inc. (the "Purchaser") has the right to designate certain of the Debtors' unexpired leases and executory contracts for assumption and assignment to Purchaser (collectively, the "Purchased Contracts").[1]

**PLEASE TAKE FURTHER NOTICE** that, on October 3, 2008, the Bankruptcy Court entered an order (the "Procedures Order") which, among other things, approved expedited procedures for the assumption and assignment of Purchased Contracts to the Purchaser.

**PLEASE TAKE FURTHER NOTICE** that the Purchaser hereby provides notice of the (i) assumption and assignment of the Purchased Contracts identified below as of the date hereof, and (ii) cure costs, if any, to be paid (the "Cure Amounts") pursuant to 11 U.S.C. § 365(b)(1)(A) in connection with the assumption and assignment of such Purchased Contracts.

---

[1] For purposes of this Notice and the Procedures Order (defined below), Purchased Contracts include PIM Leases (as such term is defined in that certain Clarification Letter with respect to the Purchase Agreement, dated September 20, 2008 (the "Clarification Letter")) that are designated for assumption and assignment by the Purchaser in accordance with the terms of the Clarification Letter.

1

**PLEASE TAKE FURTHER NOTICE** that any party in interest that objects to the proposed assignment or Cure Amount must file and serve a written objection so that such objection is filed with the Court and <u>actually received</u> by the following parties (the "<u>Objection Notice Parties</u>") no later than ten (10) days after the date on which this notice of the assignment was sent to the counterparty: (i) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 (Attn: Lori R. Fife and Shai Y. Waisman); (ii) the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis); (iii) the attorneys for the Purchaser, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield and Lisa M. Schweitzer); (iv) the attorneys for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Luc A. Despins, and Wilbur F. Foster, Jr.); and (v) the attorneys for the SIPA Trustee, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin).

**PLEASE TAKE FURTHER NOTICE** that, to the extent that any counterparty does not timely file an objection as set forth above, such counterparty is deemed to have consented to their respective Cure Amount and the assumption and assignment of their respective Purchased Contract to the Purchaser as set forth in the Assignment Notice, and shall be forever barred from objecting to the assignment or to the Cure Amount set forth below, including, without limitation, the right to assert any additional Cure Amounts or any other amounts with respect to the leases and contracts to be assumed and assigned.

**PLEASE TAKE FURTHER NOTICE** that, to the extent any objections to the Cure Amounts for such contracts are timely filed, the Debtors, Purchaser and the counterparty must meet and confer in good faith to attempt resolve any such objection without Court intervention. If the objecting party and the Purchaser determine that the objection cannot be resolved without judicial intervention, then such dispute will be determined by the Court upon written application by either party on 20 (twenty) days notice, with any response due to such an application 15 (fifteen) days after such application is filed. The Purchaser shall pay any Cure Amount as soon as reasonably practicable after the earliest of (i) the date on which the contracting counterparty consents in writing to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, (ii) the date on which the counterparty is deemed to have consented to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, or (iii) the date on which the Court enters an order determining the Cure Amount for such contract after the notice and hearing procedure set forth above.

Dated: October 6, 2008
New York, New York

        **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

        By: /s/ Lindsee P. Granfield
           Lindsee P. Granfield
           Lisa M. Schweitzer
        One Liberty Plaza
        New York, New York 10006
        Telephone: (212) 225-2000
        Facsimile: (212) 225-3999

        *Counsel to Barclays Capital Inc.*

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| GROUP 1 SOFTWARE | CON000000004953 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| GROUP 1 SOFTWARE | CON000000004954 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| GROUP 1 SOFTWARE | CON000000023248 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| GROUP 1 SOFTWARE | CON000000024766 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| GROUP 1 SOFTWARE | CON000000026669 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| GROUP 1 SOFTWARE | CON000000026992 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| GROUP 1 SOFTWARE | CON000000026993 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| GROUP 1 SOFTWARE | CON000000029065 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| GROUP 1 SOFTWARE | CON000000029066 | $0.00 | | | 4200 Parliament Place Suite 600 Lanham MD | LBHI |
| IESMARTSYSTEMS, LLC | CON000000025721 | $0.00 | Master Agreement | No contact | ieSmartSystems, LLC 15200 E. Hardy Street Houston, TX 77032 | LBHI |
| IESMARTSYSTEMS, LLC | CON000000025975 | $0.00 | Transaction Schedule | No contact | ieSmartSystems, LLC 15200 E. Hardy Street Houston, TX 77032 | LBHI |
| Incipient, Inc. | CON000000026510 | $0.00 | Trial | N/A | 230 3RD AVE, Waltham, MA 02451 | LBHI |
| INFOHRM GROUP INC | CON000000028024 | $0.00 | Master Agreement | N/A | The Infohrm Group, Inc 1023 15th St, NW, Level 9, Washington DC 20005 | LBHI |
| INFOHRM GROUP INC | CON000000029756 | $0.00 | Supplement | N/A | The Infohrm Group, Inc 1023 15th St, NW, Level 9, Washington DC 20006 | LBHI |
| INFOSOL, INC. | CON000000031032 | $0.00 | Maintenance Renewal Quote | N/A | InfoSol Inc 1831W. Rose Garden Lane, Suite 8, Phoenix, Az 85029 | Lehman Brothers |
| INNOVATION DATA PROCESSING INC | CON000000025556 | $0.00 | Amendment / Addendum / Schedule | NA | 275 Paterson Avenue, Little Falls, NJ 07424 | NA |
| INOVA SOLUTIONS, INC | CON000000014843 | $0.00 | Master Agreement | Lehman Brothers Inc. | 110 Avon Street, Charlottesville, VA 22902 | NA |
| INSTANT INFOSYSTEMS | CON000000021152 | $0.00 | Master Agreement | NA | 20000 Mariner Ave., STE 250, Torrance, CA 90503 | Lehman Brothers Holdings Inc. |
| INSTANT INFOSYSTEMS | CON000000021153 | $0.00 | Professional and Consulting | NA | 20000 Mariner Ave., STE 250, Torrance, CA 90503 | Lehman Brothers Holdings Inc. |
| INSTITUTIONAL INVESTOR | CON000000021092 | $0.00 | Amendment / Addendum / Schedule | Lehman Brothers Holdings Inc. | 225 Park Avenue South, New York, NY 10003 | NA |
| INSTITUTIONAL INVESTOR | CON000000024093 | $0.00 | Amendment / Addendum / Schedule | Lehman Brothers Holdings Inc. | 225 Park Avenue South, New York, NY 10003 | NA |
| INTERNET SECURITY SYSTEMS INC | CON000000011443 | $0.00 | Trial | Lehman Brothers Inc. | 600 Peachtree Dunwoody Road NE, 300 Embassy Row, Suite 500, Atlanta, GA 30328 | NA |
| INTERNET SECURITY SYSTEMS INC | CON000000027279 | $0.00 | Maintenance Renewal Quote | Lehman Brothers Inc. | 600 Peachtree Dunwoody Road NE, 300 Embassy Row, Suite 500, Atlanta, GA 30328 | NA |
| INTERNET SECURITY SYSTEMS INC | CON000000027287 | $0.00 | Maintenance Renewal Quote | Lehman Brothers Inc. | 600 Peachtree Dunwoody Road NE, 300 Embassy Row, Suite 500, Atlanta, GA 30328 | NA |
| Internet Security Systems, Inc. | 11440 | $0.00 | | Jon Ver Steeg Internet Security Systems, Inc. | 600 Peachtree Dunwoody Road NE, 300 Embassy Row, Suite 500, Atlanta, GA 30328 | LBHI |
| ITECH US, INC. | CON000000019475 | $0.00 | Master Agreement | No contact | 20 Kimball Ave.. Suite: 303N, S. Burlington VT 05403 | Lehman Brothers Holdings Inc. |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| ITECH US, INC. | CON000000021512 | $0.00 | Supplement | No contact | 20 Kimball Ave.. Suite: 303N, S. Burlington VT 05403 | Lehman Brothers Holdings Inc. |
| IVAR JACOBSON CONSULTING, LLC | CON000000021775 | $0.00 | Master Agreement | No contact | 36 Alexandar Street Alexandria, VA 22314 | LBHI |
| IVAR JACOBSON CONSULTING, LLC | CON000000021776 | $0.00 | Professional and Consulting | No contact | 36 Alexandar Street Alexandria, VA 22314 | LBHI |
| IXIA | CON000000027256 | $0.00 | Maintenance Renewal Quote | No contact | Ixia Worldwide 26601 West Agoura Road Calabasas, CA 91302 | Lehman Brothers |
| JadeLiquid | CON000000019296 | $0.00 | Maintenance Renewal Quote | Anthony Scotney | 301 Sandy Bay Road, Tasmania, Australia 7005 | LBHI |
| JadeLiquid | CON000000025712 | $0.00 | Maintenance Renewal Quote | Anthony Scotney | 301 Sandy Bay Road, Tasmania, Australia 7005 | LBHI |
| JCB PARTNERS | CON000000026805 | $0.00 | Master Agreement | N/A | 1050 17th Street, Suite 1710 Denver CO 80265 | LBHI |
| JCB PARTNERS | CON000000026806 | $0.00 | Transaction Schedule | N/A | 1050 17th Street, Suite 1710 Denver CO 80265 | LBHI |
| KELLY, LEGAN & GERARD, INC. | CON000000026361 | $0.00 | Master Agreement | General Council | 104 Fifth Ave, 19th Floor New York, NY 10011 | Unknown |
| Kelly, Legan & Gerard, Inc. | CON000000026362 | $0.00 | Supplement | General Council | 104 Fifth Ave, 19th Floor New York, NY 10011 | Unknown |
| KEYNOTE SYSTEMS, INC. | CON000000011421 | $0.00 | Master Agreement | Gena marrs, Assitant Contracts Administrator | 777 Mariners Island Blvd., San Mateo, CA 94404 | Unknown |
| KEYNOTE SYSTEMS, INC. | CON000000028735 | $0.00 | Amendment / Addendum / Schedule | Gena marrs, Assitant Contracts Administrator | 777 Mariners Island Blvd., San Mateo, CA 94404 | Unknown |
| KLD RESEARCH AND ANALYTICS INC | CON000000024135 | $0.00 | Amendment / Addendum / Schedule | Unknown | 250 Summer Street, 4th Floor, Boston, MA 02110 | Unknown |
| KLD RESEARCH AND ANALYTICS INC | CON000000025082 | $0.00 | Amendment / Addendum / Schedule | Unknown | 250 Summer Street, 4th Floor, Boston, MA 02110 | Unknown |
| KLD RESEARCH AND ANALYTICS INC | CON000000027687 | $0.00 | Amendment / Addendum / Schedule | Unknown | 250 Summer Street, 4th Floor, Boston, MA 02110 | Unknown |
| LAB ESCAPE, INC. | CON000000024573 | $0.00 | Master Agreement | LAB ESCAPE, INC. | 1465 Sand Hill Road, Suite 2052, Candler, NC 28715 | Lehman Brothers Holdings Inc. |
| LAB ESCAPE, INC. | CON000000024575 | $0.00 | Supplement | LAB ESCAPE, INC. | 1465 Sand Hill Road, Suite 2052, Candler, NC 28715 | Lehman Brothers Holdings Inc. |
| LATENTZERO INC | CON000000022267 | $0.00 | Amendment / Addendum / Schedule | n/a | 160 Federal Street, Boston MA 02110 | n/a |
| Levi, ray & Shoup, Inc. | 23384 | $0.00 | | Levi, Ray & Shoup, Inc. | 2401 West Monroe Street Springfield, IL 62704 | Lehman Bros. |
| Longview of America | CON000000029483 | $0.00 | TBD | Longview of America | 161 Washington Street, Suite 750, Conshohocken, PA 19428 | Lehman Brothers Holdings Inc. |
| Longview of America | CON000000029484 | $0.00 | TBD | Longview of America | 161 Washington Street, Suite 750, Conshohocken, PA 19428 | Lehman Brothers Holdings Inc. |
| Longview of America | CON000000029486 | $0.00 | TBD | Longview of America | 161 Washington Street, Suite 750, Conshohocken, PA 19428 | Lehman Brothers Holdings Inc. |
| Longview of America | CON000000029488 | $0.00 | TBD | Longview of America | 161 Washington Street, Suite 750, Conshohocken, PA 19428 | Lehman Brothers Holdings Inc. |
| Longview of America | CON000000029489 | $0.00 | TBD | Longview of America | 161 Washington Street, Suite 750, Conshohocken, PA 19428 | Lehman Brothers Holdings Inc. |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| M.A. PARTNERS, LLC | CON000000019437 | $0.00 | Master Agreement | Operations Department | 330 Madison Avenue, 9th floor, New York, NY 10017 | LBHI |
| M.A. PARTNERS, LLC | CON000000019438 | $0.00 | Professional and Consulting | not listed | 330 Madison Avenue, 9th floor, New York, NY 10017 | LBHI |
| MAINSTAR SOFTWARE CORPORATION | CON000000023626 | $0.00 | Maintenance Renewal Quote | | PO Box 4132, Bellevue, WA 98009 | Unknown |
| MDY ADVANCED TECHNOLOGIES INC | CON000000012645 | $0.00 | Master Agreement | not listed | 21-00 Route 208, South Fair lawn, NJ 07410 | LBHI |
| MDY ADVANCED TECHNOLOGIES INC | CON000000022205 | $0.00 | Amendment / Addendum / Schedule | unknown | 21-00 Route 208, South Fair lawn, NJ 07410 | unknown |
| Mega International | 22929 | $0.00 | | Mega International | 2 Commercial Street Sharon Commerce Center Sharon, MA 02067 | LBHI; PLTS-1 is with LBI |
| MEGA INTERNATIONAL | CON000000022929 | $0.00 | Master Agreement | | 2 Commercial Street Sharon Commerce Center Sharon, MA 02067 | Unknown |
| MEGA INTERNATIONAL | CON000000022930 | $0.00 | Supplement | | 2 Commercial Street Sharon Commerce Center Sharon, MA 02067 | Unknown |
| MEGA INTERNATIONAL | CON000000022931 | $0.00 | Supplement | | 2 Commercial Street Sharon Commerce Center Sharon, MA 02067 | Unknown |
| MEGA INTERNATIONAL | CON000000023059 | $0.00 | Transaction Schedule | | 2 Commercial Street Sharon Commerce Center Sharon, MA 02067 | Unknown |
| MEGA INTERNATIONAL | CON000000025320 | $0.00 | Transaction Schedule | | 2 Commercial Street Sharon Commerce Center Sharon, MA 02067 | Unknown |
| MILLIMAN, INC. | CON000000029041 | $0.00 | Master Agreement | Melinda Wilson | 150 Field Drive, Suite 180, Lake Forest, Il 60045 | Lehman Brothers |
| MILLIMAN, INC. | CON000000030653 | $0.00 | Master Agreement | Melinda Wilson | 150 Field Drive, Suite 180, Lake Forest, Il 60045 | Lehman Brothers |
| MORSE GROUP LIMITED | 1000.1-LEHUK-2002 | $0.00 | Master Agreement | | MORSE GROUP LIMITED, 19 Beford Square London WC1B 3HH | N/A |
| MORSE GROUP LIMITED | CON000000025791 | $0.00 | TBD | | MORSE GROUP LIMITED, 19 Beford Square London WC1B 3HH | N/A |
| Muller Data Corporation | CON000000025646 | $0.00 | Amendment / Addendum / Schedule | N/A | 22 Crosby Drive, Bedford, MA | N/A |
| Nansco Inc. | CON000000028437 | $0.00 | Master Agreement | Scott Kornbluth and Nansco Inc | 3481 Manchester Road,Wantagh, NY 11793 | LBHI |
| Nansco Inc. | CON000000028437 | $0.00 | Master Agreement | Scott Kornbluth and Nansco Inc | 3481 Manchester Road,Wantagh, NY 11793 | LBHI |
| Nansco Inc. | CON000000028465 | $0.00 | Transaction Schedule | Scott Kornbluth and Nansco Inc | 3481 Manchester Road,Wantagh, NY 11793 | LBHI |
| Nansco Inc. | CON000000028465 | $0.00 | Transaction Schedule | Scott Kornbluth and Nansco Inc | 3481 Manchester Road,Wantagh, NY 11793 | LBHI |
| National Software Escrow Agreement | CON000000025825 | $0.00 | Other | | national software escrow inc, 7005 mill road, brecksville ohio, 44141 | Lehman Brothers |
| National Software Escrow Agreement | CON000000025825 | $0.00 | Other | | national software escrow inc, 7005 mill road, brecksville ohio, 44141 | Lehman Brothers |
| National Software Escrow Agreement | CON000000025823 | $0.00 | Standalone Agreement | | national software escrow inc, 7005 mill road, brecksville ohio, 44141 | Unknown |
| NCR CORPORATION | 004024-LEHNY-2005 | $0.00 | Master Agreement | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | LBHI |
| NCR CORPORATION | 004024-LEHNY-2005 | $0.00 | Master Agreement | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | LBHI |
| NCR CORPORATION | CON000000024569 | $0.00 | Standalone Agreement | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | Unknown |
| NCR CORPORATION | CON000000024569 | $0.00 | Standalone Agreement | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | Unknown |
| NCR CORPORATION | CON000000024570 | $0.00 | Standalone Agreement | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | Unknown |
| NCR CORPORATION | CON000000024570 | $0.00 | Standalone Agreement | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | Unknown |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| NCR CORPORATION | CON000000024571 | $0.00 | Maintenance Renewal Quote | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | Unknown |
| NCR CORPORATION | CON000000024571 | $0.00 | Maintenance Renewal Quote | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | Unknown |
| NCR CORPORATION | CON000000030422 | $0.00 | Standalone Agreement | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | Unknown |
| NCR CORPORATION | CON000000030422 | $0.00 | Standalone Agreement | | NCR Corporation, 1700 S Patterson blvd, Dayton. Oh, 45479 | Unknown |
| NEOSCAPE, INC. | CON000000022564 | $0.00 | Master Agreement | | Neoscape Inc, 330 congress street, Boston, MA 02210 | LBHI |
| NEOSCAPE, INC. | CON000000022564 | $0.00 | Master Agreement | | Neoscape Inc, 330 congress street, Boston, MA 02210 | LBHI |
| NESS GLOBAL SERVICE, INC. | CON000000011662 | $0.00 | Master Agreement | | Ness Global services, Inc US Corportation, 160 technology Drive, Canonsburg, PA 15317 | LBHI |
| NESS GLOBAL SERVICE, INC. | CON000000011662 | $0.00 | Master Agreement | | Ness Global services, Inc US Corportation, 160 technology Drive, Canonsburg, PA 15317 | LBHI |
| NESS GLOBAL SERVICE, INC. | CON000000011743 | $0.00 | Amendment / Addendum / Schedule | | Ness Global services, Inc US Corportation, 160 technology Drive, Canonsburg, PA 15317 | LBHI |
| NESS GLOBAL SERVICE, INC. | CON000000011743 | $0.00 | Amendment / Addendum / Schedule | | Ness Global services, Inc US Corportation, 160 technology Drive, Canonsburg, PA 15317 | LBHI |
| NESS GLOBAL SERVICE, INC. | CON000000013479 | $0.00 | Master Agreement | | Ness Global services, Inc US Corportation, 160 technology Drive, Canonsburg, PA 15317 | Unknown |
| NESS GLOBAL SERVICE, INC. | CON000000013479 | $0.00 | Master Agreement | | Ness Global services, Inc US Corportation, 160 technology Drive, Canonsburg, PA 15317 | Unknown |
| NetEffect Inc. | CON000000024004 | $0.00 | Trial | | Neteffect Inc, 9211 waterford center blvd, austin, tx 78758 | LBHI |
| NetEffect Inc. | CON000000024004 | $0.00 | Trial | | Neteffect Inc, 9211 waterford center blvd, austin, tx 78758 | LBHI |
| NetEffect Inc. | CON000000024005 | $0.00 | Trial | | Neteffect Inc, 9211 waterford center blvd, austin, tx 78758 | LBHI |
| NetEffect Inc. | CON000000024005 | $0.00 | Trial | | Neteffect Inc, 9211 waterford center blvd, austin, tx 78758 | LBHI |
| NEW GENERATIONS SOFTWARE | CON000000028353 | $0.00 | Maintenance Renewal Quote | | New Generation Software Inc, 3835 north freeway blvd, Suite 200, sacremento CA 95834 | Unknown |
| NEW GENERATIONS SOFTWARE | CON000000028353 | $0.00 | Maintenance Renewal Quote | | New Generation Software Inc, 3835 north freeway blvd, Suite 200, sacremento CA 95834 | Unknown |
| NEXTEL COMMUNICATIONS | CON000000011347 | $0.00 | Master Agreement | | 6200 Sprint Pkwy, Overland Park, KS 66251 | Unknown |