**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                          :

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | **08-13555 (JMP)** |
| *et al.* | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-----------------------------------------------------------------x

### THIRD OMNIBUS NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on September 20, 2008, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Sale Order") which, among other things, approved an Asset Purchase Agreement (the "Purchase Agreement") in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sale Order and Section 2.5 of the Purchase Agreement, Barclays Capital, Inc. (the "Purchaser") has the right to designate certain of the Debtors' unexpired leases and executory contracts for assumption and assignment to Purchaser (collectively, the "Purchased Contracts").[1]

**PLEASE TAKE FURTHER NOTICE** that, on October 3, 2008, the Bankruptcy Court entered an order (the "Procedures Order") which, among other things, approved expedited procedures for the assumption and assignment of Purchased Contracts to the Purchaser.

**PLEASE TAKE FURTHER NOTICE** that the Purchaser hereby provides notice of the (i) assumption and assignment of the Purchased Contracts identified below as of the date hereof, and (ii) cure costs, if any, to be paid (the "Cure Amounts") pursuant to 11 U.S.C. § 365(b)(1)(A) in connection with the assumption and assignment of such Purchased Contracts.

---

[1]      For purposes of this Notice and the Procedures Order (defined below), Purchased Contracts include PIM Leases (as such term is defined in that certain Clarification Letter with respect to the Purchase Agreement, dated September 20, 2008 (the "Clarification Letter")) that are designated for assumption and assignment by the Purchaser in accordance with the terms of the Clarification Letter.

**PLEASE TAKE FURTHER NOTICE** that any party in interest that objects to the proposed assignment or Cure Amount must file and serve a written objection so that such objection is filed with the Court and <u>actually received</u> by the following parties (the "<u>Objection Notice Parties</u>") no later than ten (10) days after the date on which this notice of the assignment was sent to the counterparty: (i) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 (Attn: Lori R. Fife and Shai Y. Waisman); (ii) the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis); (iii) the attorneys for the Purchaser, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield and Lisa M. Schweitzer); (iv) the attorneys for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Luc A. Despins, and Wilbur F. Foster, Jr.); and (v) the attorneys for the SIPA Trustee,  Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin).

**PLEASE TAKE FURTHER NOTICE** that, to the extent that any counterparty does not timely file an objection as set forth above, such counterparty is deemed to have consented to their respective Cure Amount and the assumption and assignment of their respective Purchased Contract to the Purchaser as set forth in the Assignment Notice, and shall be forever barred from objecting to the assignment or to the Cure Amount set forth below, including, without limitation, the right to assert any additional Cure Amounts or any other amounts with respect to the leases and contracts to be assumed and assigned.

**PLEASE TAKE FURTHER NOTICE** that, to the extent any objections to the Cure Amounts for such contracts are timely filed, the Debtors, Purchaser and the counterparty must meet and confer in good faith to attempt resolve any such objection without Court intervention.  If the objecting party and the Purchaser determine that the objection cannot be resolved without judicial intervention, then such dispute will be determined by the Court upon written application by either party on 20 (twenty) days notice, with any response due to such an application 15 (fifteen) days after such application is filed.  The Purchaser shall pay any Cure Amount as soon as reasonably practicable after the earliest of (i) the date on which the contracting counterparty consents in writing to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, (ii) the date on which the counterparty is deemed to have consented to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, or (iii) the date on which the Court enters an order determining the Cure Amount for such contract after the notice and hearing procedure set forth above.

Dated: October 6, 2008
New York, New York

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**

By: /s/ Lindsee P. Granfield
    Lindsee P. Granfield
    Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| NSE.IT LIMITED | CON000000020644 | $0.00 | Amendment / Addendum / Schedule | | National Stock Exchange of India Ltd., Mumbai  400 051 India | Unknown |
| NSE.IT LIMITED | CON000000020645 | $0.00 | Supplement | | National Stock Exchange of India Ltd., Mumbai  400 051 India | Unknown |
| NSE.IT LIMITED | CON000000021664 | $0.00 | Master Agreement | | National Stock Exchange of India Ltd., Mumbai  400 051 India | Unknown |
| NSE.IT LIMITED | CON000000029919 | $0.00 | TBD | | National Stock Exchange of India Ltd., Mumbai  400 051 India | Unknown |
| OPEX CORPORATION | CON000000024516 | $0.00 | Amendment / Addendum / Schedule | | 305 Commerce Dr., Moorestown, NJ 08057-4234 | Unknown |
| OPEX CORPORATION | CON000000024624 | $0.00 | Amendment / Addendum / Schedule | | 305 Commerce Dr., Moorestown, NJ 08057-4234 | Unknown |
| PCS | CON000000022402 | $0.00 | Master Agreement | no attachment | 8682 Beach Blvd Ste 101B, Buena Park, CA 90620 | Unknown |
| PCS | CON000000022403 | $0.00 | Supplement | No attachment | 8682 Beach Blvd Ste 101B, Buena Park, CA 90620 | Unknown |
| Pebble Beach Resorts | | $15,000.00 | Contract: 2008 Economic Forum | Ann McAuliffe, Director of Sales | c/o The Inn at Spanish Bay, 2700 17 Mile Drive, Pebble Beach, CA 93953 | Lehman Brothers |
| Pebble Beach Resorts | | $5,000.00 | Contract: 2009 Economic Forum | Ann McAuliffe, Director of Sales | c/o The Inn at Spanish Bay, 2700 17 Mile Drive, Pebble Beach, CA 93953 | Lehman Brothers |
| Phi Software Inc. | CON000000027458 | $0.00 | Master Agreement | Nicholas Antzoulis | 138 Lookout Road, Mountain Lakes, New Jersey 07046 | LBHI |
| Portfolio Analytics Inc. | CON000000024465 | $0.00 | Master Agreement | | 1802 State Route 31, Unit 368, Clinton, NJ 08809 | LBHI |
| Portfolio Analytics Inc. | CON000000024466 | $0.00 | Supplement | | 1802 State Route 31, Unit 368, Clinton, NJ 08809 | LBHI |
| PREMIER PARTNERS INC | 001053-LEHNY-2006 | $0.00 | Master Agreement | | 48 Woodport Road, Second Floor, Sparta, NJ 07871 | Unknown |
| PREMIER PARTNERS INC | 004919-LEHNY-2005 | $0.00 | Master Agreement | | 48 Woodport Road, Second Floor, Sparta, NJ 07871 | Unknown |
| PRENAX INC | CON000000029957 | $0.00 | Master Agreement | | 10 Ferry Street, Suite 429, Concord, NH 03301 | Unknown |
| PRENAX INC | CON000000030132 | $0.00 | Side Letter | | 10 Ferry Street, Suite 429, Concord, NH 03301 | Unknown |
| PRENAX UK LTD | CON000000025802 | $0.00 | TBD | | Prenax Ltd., 12 Oval Road, London NW1 7DH | Unknown |
| Primeon Inc* | CON000000022240 | $0.00 | Master Agreement | | 18 Commerce Way, Woburn, MA 01801 | Unknown |
| Primeon Inc* | CON000000030600 | $0.00 | Supplement | | 18 Commerce Way, Woburn, MA 01801 | Unknown |
| Professional Computer Services | CON000000022404 | $0.00 | Transaction Schedule | | 27 22nd St E, Dickinson, ND 58601 | Unknown |
| Professional Computer Services | CON000000027456 | $0.00 | Master Agreement | | 27 22nd St E, Dickinson, ND 58601 | Unknown |
| Professional Computer Services | CON000000027457 | $0.00 | Transaction Schedule | | 27 22nd St E, Dickinson, ND 58601 | Unknown |
| PSI DATA SYSTEMS LIMITED | CON000000019466 | $0.00 | Master Agreement | | Sunningdale Embassy Golf Links Business Park, Intermediate Ring Road, Bangalore, 560 071, India | Unknown |
| PSI DATA SYSTEMS LIMITED | CON000000019467 | $0.00 | Other | | Sunningdale Embassy Golf Links Business Park, Intermediate Ring Road, Bangalore, 560 071, India | Unknown |
| PYXIS MOBILE, INC. | CON000000021524 | $0.00 | Master Agreement | | 1601 Trapelo Road, Waltham, MA  02451 | Unknown |
| PYXIS MOBILE, INC. | CON000000025083 | $0.00 | Supplement | | 1601 Trapelo Road, Waltham, MA  02451 | Unknown |
| PYXIS MOBILE, INC. | CON000000025084 | $0.00 | Supplement | | 1601 Trapelo Road, Waltham, MA  02451 | Unknown |
| PYXIS MOBILE, INC. | CON000000027593 | $0.00 | Transaction Schedule | | 1601 Trapelo Road, Waltham, MA  02451 | Unknown |
| PYXIS MOBILE, INC. | CON000000027989 | $0.00 | Supplement | | 1601 Trapelo Road, Waltham, MA  02451 | Unknown |
| Q2 Strategies, LLC | CON000000021465 | $0.00 | Master Non-IT | Q2 Strategies, LLC | 500 W 56th St Suite 1113, NY NY 10019 | LBHI |
| Q2 Strategies, LLC | CON000000021465 | $0.00 | Master Non-IT TS | Q2 Strategies, LLC | 501 W 56th St Suite 1113, NY NY 10019 | LBHI |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| Q2 Strategies, LLC | CON000000031224 | $0.00 | Master TS #1 | Q2 Strategies, LLC | 502 W 56th St Suite 1113, NY NY 10019 | LBHI |
| Rational Consulting | CON000000026655 | $0.00 | | | 807 Davis Street, Unit 503 Evanston, IL 60201 | LBHI |
| Rational Consulting | CON000000026677 | $0.00 | | | 807 Davis Street, Unit 503 Evanston, IL 60201 | LBHI |
| Rational Consulting | CON000000026676 | $0.00 | | | 807 Davis Street, Unit 503 Evanston, IL 60201 | Not Specified |
| RCG INFORMATON TECHNOLOGY, INC | CON000000020818 | $0.00 | | | 55 Broad Street NY. NY 10004 | LBHI |
| RESONATE INC | CON000000023491 | $0.00 | | | 385 Moffen Park Drive Sunnyvale, CA 94089 Attn: General Counsel | Unknown |
| RIDGE TECHNOLOGIES | 004376-LEHNY-2005 | $0.00 | | | 14 Aquarium Drive Secaucus, NJ 07094 | Unknown |
| RIDGE TECHNOLOGIES | 005010-LEHNY-2005 | $0.00 | | | 1111 Secaucus Rd Secaucus, NJ 07094 | Unknown |
| RIDGE TECHNOLOGIES | 005011-LEHNY-2005 | $0.00 | | | 1111 Secaucus Rd Secaucus, NJ 07094 | Unknown |
| ROBERT DERECTOR ASSOCIATES | CON000000011553 | $0.00 | | | 19 West 44th St, 10th Floor NY, NY 10036 | LBHI |
| ROBERT DERECTOR ASSOCIATES | CON000000022152 | $0.00 | | | 19 West 44th St, 10th Floor NY, NY 10036 | LBHI |
| SAGE SOFTWARE, INC | 002012-LEHNY-2006 | $0.00 | Trial | | 15195 NW Greenbrier Parkway, Beaverton, OR 97006 | Unknown |
| Sage Software, Inc. | N/A | $0.00 | | Sage Software, Inc. | 8800 North Gainey Center Drive, Scottsdale, AZ | LBHI |
| SCIENTIFIC COMPUTING ASSOC INC | CON000000027357 | $0.00 | Standalone Agreement | | One Century Tower, New Haven, CT 06510 | N/A |
| SCIENTIFIC COMPUTING ASSOC INC | CON000000031139 | $0.00 | TBD | | One Century Tower, New Haven, CT 06510 | N/A |
| SELECT MINDS | CON000000022486 | $0.00 | Amendment / Addendum / Schedule | | SelectMinds Inc. 149 5th Ave 6th Floor NY, NY 10010 | Lehman Brothers Holdings, Inc. |
| SELECT MINDS | CON000000023388 | $0.00 | Master Agreement | | SelectMinds Inc. 149 5th Ave 6th Floor NY, NY 10010 | Lehman Brothers Holdings, Inc. |
| SGP INTERNATIONAL, INC. | CON000000013587 | $0.00 | Master Agreement | | SGP International, Inc. 16 East 40th St New York, NY 10016 | Lehman Brothers Holdings Inc. |
| SGP INTERNATIONAL, INC. | CON000000013588 | $0.00 | Supplement | | SGP International, Inc. 16 East 40th St New York, NY 10016 | Lehman Brothers Holdings Inc. |
| SGP INTERNATIONAL, INC. | CON000000013589 | $0.00 | Amendment / Addendum / Schedule | | SGP International, Inc. 16 East 40th St New York, NY 10016 | N/A |
| SHERPA SOFTWARE PARTNERS | CON000000020400 | $0.00 | Trial | | Sherpa Software Oartners LP 1300 Old Pond Road Bridgeville, PA 15017 | Lehman Brothers Holdings Inc. |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| SHERPA SOFTWARE PARTNERS | CON000000022836 | $0.00 | Master Agreement | | Sherpa Software Oartners LP 1300 Old Pond Road Bridgeville, PA 15017 | Lehman Brothers Holdings Inc. |
| SHERPA SOFTWARE PARTNERS | CON000000022837 | $0.00 | Supplement | | Sherpa Software Oartners LP 1300 Old Pond Road Bridgeville, PA 15017 | N/A |
| STATPRO, INC. | CON000000022869 | $0.00 | | | 255 Magdalen Road Earlsfield London SW18 3PA | Unknown |
| STATPRO, INC. | CON000000023102 | $0.00 | | | 255 Magdalen Road Earlsfield London SW18 3PA | Unknown |
| STATPRO, INC. | CON000000023132 | $0.00 | | | 255 Magdalen Road Earlsfield London SW18 3PA | Unknown |
| STATPRO, INC. | CON000000024376 | $0.00 | | | 255 Magdalen Road Earlsfield London SW18 3PA | Unknown |
| STEALTHBITS TECHNOLOGIES, INC. | CON000000020663 | $0.00 | | | 55 Harristown Road Glen Rock NJ 07452 | Unknown |
| STEALTHBITS TECHNOLOGIES, INC. | CON000000021216 | $0.00 | | | 55 Harristown Road Glen Rock NJ 07452 | Unknown |
| STEALTHBITS TECHNOLOGIES, INC. | CON000000021917 | $0.00 | | | 55 Harristown Road Glen Rock NJ 07452 | Unknown |
| STEALTHBITS TECHNOLOGIES, INC. | CON000000027163 | $0.00 | | | 55 Harristown Road Glen Rock NJ 07452 | Unknown |
| STERLING COMMERCE INC. | 10170-LEHUK-2002 | $0.00 | | | 4600 Lakehurst Court, Dublin, OH 43016-2000 | Unknown |
| STORAGE TECHNOLOGY CORP | CON000000026292 | $0.00 | | | One StorageTek Drive Louisville CO 80028-4309 | Unknown |
| STORAGE TECHNOLOGY CORP | CON000000026308 | $0.00 | | John L. Backust | One StorageTek Drive Louisville CO 80028-4309 | Unknown |
| STRATEGIC SYSTEMS SOLUTIONS LTD | CON000000021460 | $0.00 | | | 10th Floor Silkhouse Court  7-17 Tithebarn Street Liverpool L2 2LZ | Unknown |
| STRATEGIC SYSTEMS SOLUTIONS, INC. | CON000000021913 | $0.00 | | | 113 Rock Road, Horsham PA 19044 | Unknown |
| STRATEGIC SYSTEMS SOLUTIONS, INC. | CON000000021914 | $0.00 | | | 113 Rock Road, Horsham PA 19044 | Unknown |
| STRATEGIC SYSTEMS SOLUTIONS, INC. | CON000000029518 | $0.00 | | | 113 Rock Road, Horsham PA 19044 | Unknown |
| Studio 1440 | CON000000028754 | $0.00 | | | 762 Brookshade Parkway Alpharetta GA 30004 | Unknown |
| Studio 1440 | CON000000028756 | $0.00 | | | 762 Brookshade Parkway Alpharetta GA 30004 | Unknown |
| Studio 1440 | CON000000028758 | $0.00 | | | 762 Brookshade Parkway Alpharetta GA 30004 | Unknown |
| SYNCSORT INC. | CON000000026376 | $0.00 | | Contracts Administration Department | 50 Tice Boulevard Woodcliff NJ 07677 | Unknown |
| SYNCSORT INC. | CON000000026378 | $0.00 | | Contracts Administration Department | 50 Tice Boulevard Woodcliff NJ 07677 | Unknown |
| SYNCSORT INC. | CON000000027534 | $0.00 | | Contracts Administration Department | 50 Tice Boulevard Woodcliff NJ 07677 | Unknown |
| SYSTEMS MANAGEMENT INTERNATIONAL | 004280-LEHNY-2004 | $0.00 | | Steve Dossett | Baltic House Kingston Crescent Portsmouth Hants Po2 8QL | Unknown |
| SYSTEMS MANAGEMENT INTERNATIONAL LLC | CON000000026358 | $0.00 | | Steve Dossett | Baltic House Kingston Crescent Portsmouth Hants Po2 8QL | Unknown |
| T ZERO PROCESSING SERVICES, LLC | CON000000019509 | $0.00 | TBD | Jennifer Collet | 875 Third Avenue, 29th Floor NY NY 10022 | Lehman Brothers Holdings Inc |
| T ZERO PROCESSING SERVICES, LLC | 001425-LEHNY-2006 | $0.00 | Master Agreement | Clive de Ruig | 875 Third Avenue, 29th Floor NY NY 10022 | N/A |
| T ZERO PROCESSING SERVICES, LLC | 001569-LEHNY-2006 | $0.00 | Master Agreement | Clive de Ruig | 875 Third Avenue, 29th Floor NY NY 10022 | N/A |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| Tabula Rosa Systems* | CON000000027652 | $0.00 | Trial | Paul J Babicki | 17 Cedar lane Titusville, NJ 08560 | Lehman Brothers Holdings Inc |
| TALKPOINT COMMUNICATIONS | 001280-LEHNY-2006 | $0.00 | Trial | Brian Iehon | 100 william St, 9th Fl, NY, Ny 10038 | Lehman Brothers Holdings Inc |
| TALKPOINT COMMUNICATIONS | CON000000027658 | $0.00 | Master Agreement | N/A | 100 william St, 9th Fl, NY, Ny 10038 | Lehman Brothers Holdings Inc |
| TALKPOINT COMMUNICATIONS | CON000000027940 | $0.00 | Supplement | N/A | 100 william St, 9th Fl, NY, Ny 10038 | Lehman Brothers Holdings Inc |
| TECHNO-COMP INC. | CON000000024166 | $0.00 | Master Agreement | N/A | One Executive Drive, Suite 250, Somerset, NJ 08873 | Lehman Brothers Holdings Inc |
| TECHNO-COMP INC. | CON000000024167 | $0.00 | Supplement | N/A | One Executive Drive, Suite 250, Somerset, NJ 08873 | Lehman Brothers Holdings Inc |
| TELEKURS (UK) LTD | CON000000021359 | $0.00 | TBD | N/A | 15 Appold Street, London, EC2A 2NE | Lehman Brothers |
| TELMEX USA, LLC | CON000000029662 | $0.00 | Amendment / Addendum / Schedule | N/A | 3350 SW 148 Avenue, Miramar, FL  33027 | Lehman Brothers Holdings Inc |
| TELMEX USA, LLC | CON000000028480 | $0.00 | Master Agreement | N/A | 3350 SW 148 Avenue, Miramar, FL  33027 | N/A |
| TERMA SOFTWARE | CON000000013694 | $0.00 | Master Agreement | N/A | 4430 Arapahoe Avenue, Suite 120, Boulder CO, 80303 | Lehman Brothers Holdings Inc |
| TERMA SOFTWARE | CON000000022536 | $0.00 | Supplement | N/A | 4430 Arapahoe Avenue, Suite 120, Boulder CO, 80303 | Lehman Brothers Holdings Inc |
| TERMA SOFTWARE | CON000000022537 | $0.00 | Transaction Schedule | N/A | 4430 Arapahoe Avenue, Suite 120, Boulder CO, 80303 | Lehman Brothers Holdings Inc |
| TRADE SETTLEMENT INC. | CON000000019543 | $0.00 | Supplement | | 27 West 24th street, Suite 405 New York, NY, 10010 | LBHI |
| TRADE SETTLEMENT INC. | CON000000024132 | $0.00 | TBD | | 27 West 24th street, Suite 405 New York, NY, 10010 | Unknown |
| TRAIANA INC | CON000000029971 | $0.00 | TBD | NA | 51 East 42nd St., 10th floor, New York, NY 10017 | NA |
| TRAIANA INC | CON000000030208 | $0.00 | TBD | NA | 51 East 42nd St., 10th floor, New York, NY 10017 | NA |