**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                                  :
**In re**                                                         :   **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,**                                :   **08-13555 (JMP)**
*et al.*                                                          :
           **Debtors.**                                           :   **(Jointly Administered)**
                                                                  :
----------------------------------------------------------------x

### FOURTH OMNIBUS NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, on September 20, 2008, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order (the "Sale Order") which, among other things, approved an Asset Purchase Agreement (the "Purchase Agreement") in the above-referenced chapter 11 cases of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (collectively, the "Debtors").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Sale Order and Section 2.5 of the Purchase Agreement, Barclays Capital, Inc. (the "Purchaser") has the right to designate certain of the Debtors' unexpired leases and executory contracts for assumption and assignment to Purchaser (collectively, the "Purchased Contracts").[1]

**PLEASE TAKE FURTHER NOTICE** that, on October 3, 2008, the Bankruptcy Court entered an order (the "Procedures Order") which, among other things, approved expedited procedures for the assumption and assignment of Purchased Contracts to the Purchaser.

**PLEASE TAKE FURTHER NOTICE** that the Purchaser hereby provides notice of the (i) assumption and assignment of the Purchased Contracts identified below as of the date hereof, and (ii) cure costs, if any, to be paid (the "Cure Amounts") pursuant to 11 U.S.C. § 365(b)(1)(A) in connection with the assumption and assignment of such Purchased Contracts.

---

[1] For purposes of this Notice and the Procedures Order (defined below), Purchased Contracts include PIM Leases (as such term is defined in that certain Clarification Letter with respect to the Purchase Agreement, dated September 20, 2008 (the "Clarification Letter")) that are designated for assumption and assignment by the Purchaser in accordance with the terms of the Clarification Letter.

1

**PLEASE TAKE FURTHER NOTICE** that any party in interest that objects to the proposed assignment or Cure Amount must file and serve a written objection so that such objection is filed with the Court and actually received by the following parties (the "Objection Notice Parties") no later than ten (10) days after the date on which this notice of the assignment was sent to the counterparty: (i) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 (Attn: Lori R. Fife and Shai Y. Waisman); (ii) the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis); (iii) the attorneys for the Purchaser, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield and Lisa M. Schweitzer); (iv) the attorneys for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Luc A. Despins, and Wilbur F. Foster, Jr.); and (v) the attorneys for the SIPA Trustee, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin).

**PLEASE TAKE FURTHER NOTICE** that, to the extent that any counterparty does not timely file an objection as set forth above, such counterparty is deemed to have consented to their respective Cure Amount and the assumption and assignment of their respective Purchased Contract to the Purchaser as set forth in the Assignment Notice, and shall be forever barred from objecting to the assignment or to the Cure Amount set forth below, including, without limitation, the right to assert any additional Cure Amounts or any other amounts with respect to the leases and contracts to be assumed and assigned.

**PLEASE TAKE FURTHER NOTICE** that, to the extent any objections to the Cure Amounts for such contracts are timely filed, the Debtors, Purchaser and the counterparty must meet and confer in good faith to attempt resolve any such objection without Court intervention. If the objecting party and the Purchaser determine that the objection cannot be resolved without judicial intervention, then such dispute will be determined by the Court upon written application by either party on 20 (twenty) days notice, with any response due to such an application 15 (fifteen) days after such application is filed. The Purchaser shall pay any Cure Amount as soon as reasonably practicable after the earliest of (i) the date on which the contracting counterparty consents in writing to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, (ii) the date on which the counterparty is deemed to have consented to the assumption and assignment of its Purchased Contract to the Purchaser and to the Cure Amount for such contract, or (iii) the date on which the Court enters an order determining the Cure Amount for such contract after the notice and hearing procedure set forth above.

Dated: October 6, 2008
New York, New York

           **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

           By: /s/ Lindsee P. Granfield
               Lindsee P. Granfield
               Lisa M. Schweitzer
           One Liberty Plaza
           New York, New York 10006
           Telephone: (212) 225-2000
           Facsimile: (212) 225-3999

           *Counsel to Barclays Capital Inc.*

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| TRANSACTION NETWORK SERVICES | CON000000023230 | $0.00 | Amendment / Addendum / Schedule | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES | CON000000024008 | $0.00 | Amendment / Addendum / Schedule | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES | CON000000025714 | $0.00 | Standalone Agreement | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES | CON000000027018 | $0.00 | Amendment / Addendum / Schedule | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES LTD | CON000000027483 | $0.00 | TBD | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES LTD | CON000000027555 | $0.00 | Amendment / Addendum / Schedule | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES LTD | CON000000028015 | $0.00 | Amendment / Addendum / Schedule | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES LTD | CON000000028031 | $0.00 | TBD | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES LTD | CON000000028092 | $0.00 | TBD | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TRANSACTION NETWORK SERVICES LTD | CON000000028153 | $0.00 | TBD | NA | 11480 Commerce Park Drive Suite 600, Reston, VA 20191 | Lehman Brothers |
| TREEHOUSE SOFTWARE INC | CON000000020262 | $0.00 | Amendment / Addendum / Schedule | NA | 400 Broad Street Sewickley, PA 15143 | Shearson Lehman Brothers Inc |
| TRIPLE CREEK ASSOCIATES, INC | 001325-LEHNY-2006 | $0.00 | Master Agreement | NA | 7730 E. Belleview Ave. Suite 200A; Greenwood Village, Co 80111 | LBHI |
| TRIPLE CREEK ASSOCIATES, INC | 001327-LEHNY-2006 | $0.00 | Supplement | NA | 7730 E. Belleview Ave. Suite 200A; Greenwood Village, Co 80111 | LBHI |
| Tri-Star Design, Inc. | CON000000023332 | $0.00 | Master Agreement | NA | 34 Hayden Rowe St, Suite 176, Hopkinton, MA 01748 | LBHI |
| Tri-Star Design, Inc. | CON000000023333 | $0.00 | Professional and Consulting | NA | 34 Hayden Rowe St, Suite 176, Hopkinton, MA 01748 | LBHI |
| Tri-Star Design, Inc. | CON000000029854 | $0.00 | Transaction Schedule | NA | 34 Hayden Rowe St, Suite 176, Hopkinton, MA 01748 | NA |
| TUFIN SOFTWARE | CON000000014746 | $0.00 | Master Agreement | | 5 Jabotinsky Street, Ramat Gan, 52520, Israel | LBHI |
| TUFIN SOFTWARE | CON000000014894 | $0.00 | Amendment / Addendum / Schedule | | 5 Jabotinsky Street, Ramat Gan, 52520, Israel | LBHI |
| TUFIN SOFTWARE | CON000000015667 | $0.00 | Transaction Schedule | | 5 Jabotinsky Street, Ramat Gan, 52520, Israel | LBHI |
| UBS Securities LLC* | CON000000026748 | $0.00 | Master Agreement | Head of Credit Fixed Income Distribution, UBS / Corporate Legal, UBS | 100 Liverpool Street, London, EC2M 2RH | LBHI |
| UBS Securities LLC* | CON000000026748 | $0.00 | Master Agreement | Head of Credit Fixed Income Distribution, UBS / Corporate Legal, UBS | 100 Liverpool Street, London, EC2M 2RH | Unknown |
| UBS Securities LLC* | CON000000026748 | $0.00 | Master Agreement | Head of Credit Fixed Income Distribution, UBS / Corporate Legal, UBS | 100 Liverpool Street, London, EC2M 2RH | Unknown |
| UBS Securities LLC* | CON000000026748 | $0.00 | Master Agreement | Head of Credit Fixed Income Distribution, UBS / Corporate Legal, UBS | 100 Liverpool Street, London, EC2M 2RH | Unknown |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| UNIFORM INFORMATION SERVICES | CON000000012557 | $0.00 | Master Agreement | N/A | 1250 Route 28, Branchburg, NJ 08876 | N/A |
| UNIFORM INFORMATION SERVICES | CON000000012557 | $0.00 | Master Agreement | N/A | 1250 Route 28, Branchburg, NJ 08876 | Unknown |
| UNIFORM INFORMATION SERVICES | CON000000012557 | $0.00 | Master Agreement | N/A | 1250 Route 28, Branchburg, NJ 08876 | Unknown |
| UNIFORM INFORMATION SERVICES | CON000000012557 | $0.00 | Master Agreement | N/A | 1250 Route 28, Branchburg, NJ 08876 | Unknown |
| UNIMAX SYSTEMS CORPORATION | CON000000021139 | $0.00 | Trial | N/A | 430 First Ave N., Suite 790, Minneapolis, MN 55401 | LBHI |
| UNIMAX SYSTEMS CORPORATION | CON000000021139 | $0.00 | Trial | N/A | 430 First Ave N., Suite 790, Minneapolis, MN 55401 | Unknown |
| UNIMAX SYSTEMS CORPORATION | CON000000021139 | $0.00 | Trial | N/A | 430 First Ave N., Suite 790, Minneapolis, MN 55401 | Unknown |
| UNIMAX SYSTEMS CORPORATION | CON000000021139 | $0.00 | Trial | N/A | 430 First Ave N., Suite 790, Minneapolis, MN 55401 | Unknown |
| UTC ASSOCIATES, INC | CON000000014706 | $0.00 | Master Agreement | N/A | 82 Wall St, Suite 7901-702, New York, NY 10005 | LBHI |
| UTC ASSOCIATES, INC | CON000000029079 | $0.00 | Transaction Schedule | N/A | 82 Wall St, Suite 7901-702, New York, NY 10005 | LBHI |
| Valtera Corporation | CON000000020761 | $0.00 | Master Agreement | N/A | 1701 Golf Road, 2-1100, Rolling Meadows, IL 60008 | LBHI |
| Valtera Corporation | CON000000021356 | $0.00 | Amendment / Addendum / Schedule | N/A | 1701 Golf Road, 2-1100, Rolling Meadows, IL 60008 | LBHI |
| VALUEMOMENTUM, INC. | CON000000023864 | $0.00 | Master Agreement | N/A | 3001 Hadley Road, Unit 8, South Plainfield, NJ 07080 | LBHI |
| VALUEMOMENTUM, INC. | CON000000023865 | $0.00 | Supplement | N/A | 3001 Hadley Road, Unit 8, South Plainfield, NJ 07080 | LBHI |
| VERICEPT | CON000000019698 | $0.00 | Trial | N/A | 555 Seventeenth Street, Suite 1500, Denver, CO 80202-3913 | LBHI |
| VERREX | 001358-LEHNY-2006 | $0.00 | Master Agreement | N/A | 1130 Route 22 West, Mountainside, NJ 07092 | N/A |
| VERREX | 001358-LEHNY-2006 | $0.00 | Master Agreement | N/A | 1130 Route 22 West, Mountainside, NJ 07092 | N/A |
| VIGNETTE EUROPE LIMITED | CON000000026050 | $0.00 | Master Agreement | N/A | 1301 South MoPac Expressway, Austin, TX 78746 | N/A |
| VIGNETTE EUROPE LIMITED | CON000000026050 | $0.00 | Master Agreement | N/A | 1301 South MoPac Expressway, Austin, TX 78746 | N/A |
| WARDS COMMUNICATIONS | CON000000026801 | $0.00 | Amendment / Addendum / Schedule | Lisa Williamson | 300 Town Center, Suite 275C, Southfield, MI 48075 | N/A |
| WARDS COMMUNICATIONS | CON000000026802 | $0.00 | Amendment / Addendum / Schedule | Lisa Williamson | 300 Town Center, Suite 275C, Southfield, MI 48075 | N/A |
| Washington Speakers Bureau |  | $25,000.00 | Contract Ken Venturi | Harry Rhoads | 1663 Prince Street, Alexandria, VA 22314 | Lehman Brothers |
| WATCHFIRE, INC. | CON000000029601 | $0.00 | Maintenance Renewal Quote | Sathit Chainam | IBM- PO Box 643600, Pittsburgh, PA 15264-3600 | N/A |
| WCN | CON000000023391 | $0.00 | TBD | N/A | Level One West Woodman Works, The Crescent London SW19 8DR | LBHI |
| WCN | CON000000028277 | $0.00 | TBD | N/A | Level One West Woodman Works, The Crescent London SW19 8DR | N/A |
| WCN | CON000000028278 | $0.00 | TBD | N/A | Level One West Woodman Works, The Crescent London SW19 8DR | N/A |
| Workshare | CON000000025857 | $0.00 | Master Agreement | N/A | 208 Utah Street, San Francisco, CA 94103 | N/A |
| WQ Hong Kong Ltd* | CON000000029627 | $0.00 | Supplement | N/A | Unit C-E, 19/F, Tsuen Wan International Centre, Tsuen Wan, Hong Kong | N/A |
| Xangati * | CON000000030273 | $0.00 | Trial | N/A | 10121 Miller Avenue, Suite 100, Cupertino, CA 95014 | LBHI |
| XPEDITE SYSTEMS INC. | CON000000011646 | $0.00 | Amendment / Addendum / Schedule | N/A | One Industrial Way West, Eatontown, NJ 07724 | no notification clause |
| XPEDITE SYSTEMS INC. | CON000000012644 | $0.00 | Amendment / Addendum / Schedule | N/A | One Industrial Way West, Eatontown, NJ 07724 | no notification clause |
| XPEDITE SYSTEMS INC. | CON000000013516 | $0.00 | TBD | N/A | One Industrial Way West, Eatontown, NJ 07724 | no notification clause |

| Vendor Name+ | Agreement ID | Cure Amount | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity |
|---|---|---|---|---|---|---|
| ZUM, LLC | CON000000019893 | $0.00 | | | ZUM LLC  107 W 86th St. 4h  NY NY 10024 | Unknown |
| ZUM, LLC | CON000000019895 | $0.00 | | | ZUM LLC  107 W 86th St. 4h  NY NY 10024 | Unknown |