**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------------x     Ref. Docket No. 504

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                         ) ss.:
COUNTY OF NEW YORK   )

       BRIDGET GALLERIE, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    I caused to be served true and correct copies of the "Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser," dated October 1, 2008, [Docket No. 504], by causing true and correct copies as follows:

    a)  delivered by email to those parties listed on the attached Exhibit "A" on October 1, 2008,

    b)  delivered by facsimile to those parties listed on the attached Exhibit "B" on October 1, 2008,

    c)  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C" on October 1, 2008, and to those parties listed on the attached Exhibit "D" on October 2, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Bridget Gallerie
Bridget Gallerie

Sworn to before me this
6th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

| EMAIL ADDRESSES | |
|---|---|
| acker@chapman.com | kmayer@mccarter.com |
| adarwin@nixonpeabody.com | kobak@hugheshubbard.com |
| aglenn@kasowitz.com | kovskyd@pepperlaw.com |
| agolianopoulos@mayerbrown.com | kressk@pepperlaw.com |
| ahammer@freebornpeters.com | krosen@lowenstein.com |
| akihiko_yagyuu@chuomitsui.jp | krubin@ozcap.com |
| amenard@tishmanspeyer.com | lacyr@sullcrom.com |
| andrew.lourie@kobrekim.com | lalshibib@reedsmith.com |
| angelich.george@arentfox.com | lattard@kayescholer.com |
| anne.kennelly@hp.com | ldespins@milbank.com |
| araboy@cov.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | linda.boyle@twtelecom.com |
| arwolf@wlrk.com | lmarinuzzi@mofo.com |
| asnow@ssbb.com | lml@ppgms.com |
| atrehan@mayerbrown.com | lschweitzer@cgsh.com |
| austin.bankruptcy@publicans.com | lwhidden@salans.com |
| avi.gesser@dpw.com | mabrams@willkie.com |
| bambacha@sec.gov | macl01@handelsbanken.se |
| bankoftaiwan@botnya.com | macronin@debevoise.com |
| bill.freeman@pillsburylaw.com | Malcolm@firstbankny.com |
| bill.hughes@us.standardchartered.com | mark.deveno@bingham.com |
| brad.dempsey@hro.com | mark.ellenberg@cwt.com |
| brehenyb@sec.gov | mark.houle@pillsbury.com |
| brian_corey@gtservicing.com | martin.davis@ots.treas.gov |
| bromano@willkie.com | masaki_konishi@noandt.com |
| btrust@mayerbrown.com | mbenner@tishmanspeyer.com |
| bturk@tishmanspeyer.com | mbienenstock@dl.com |
| cbelmonte@ssbb.com | mcto@debevoise.com |
| cdesiderio@nixonpeabody.com | mhopkins@cov.com |
| charles@filardi-law.com | michael.halevi@anz.com |
| chris.omahoney@bnymellon.com | michael.kim@kobrekim.com |
| cmontgomery@salans.com | Michael.mauerstein@citi.com |
| CMTB_LC11@chuomitsui.jp | michael.tan@fubon.com |
| cohena@sec.gov | Mitchell.Ayer@tklaw.com |
| cp@stevenslee.com | mjacobs@pryorcashman.com |
| crogers@orrick.com | mjedelman@vedderprice.com |
| cs@stevenslee.com | mkjaer@winston.com |
| cschreiber@winston.com | mlahaie@akingump.com |
| cshulman@sheppardmullin.com | mmickey@mayerbrown.com |
| cward@polsinelli.com | mmorreale@us.mufg.jp |
| dallas.bankruptcy@pulicans.com | monica.lawless@brookfieldproperties.com |
| Danna.Drori@usdoj.gov | mpage@kelleydrye.com |
| david.bennett@tklaw.com | mrosenthal@gibsondunn.com |
| david.crichlow@pillsburylaw.com | ms.wu@fubonny.com |
| david.heller@lw.com | mspeiser@stroock.com |
| dbarber@bsblawyers.com | mstamer@akingump.com |
| dcoffino@cov.com | mtuck@lloydstsb-usa.com |
| dcrapo@gibbonslaw.com | murai24234@nissay.co.jp |
| ddunne@milbank.com | nbannon@tishmanspeyer.com |
| deggert@freebornpeters.com | nbruce@lloydstsb-usa.com |
| demetra.liggins@tklaw.com | neal.mann@oag.state.ny.us |

| EMAIL ADDRESSES | |
|---|---|
| dennis.graham@kbc.be | newyork@sec.gov |
| deryck.palmer@cwt.com | nissay_10259-0154@mhmjapan.com |
| dflanigan@polsinelli.com | noriyuki_tsumura@chuomitui.jp |
| dfriedman@kasowitz.com | panosn@sec.gov |
| dhayes@mcguirewoods.com | paronzon@milbank.com |
| dirk.roberts@ots.treas.gov | paul.deutch@troutmansanders.com |
| dkleiner@velaw.com | pbosswick@ssbb.com |
| dladdin@agg.com | pdublin@akingump.com |
| dlemay@chadbourne.com | peter@bankrupt.com |
| dmcguire@winston.com | peter.zisser@hklaw.com |
| dodonnell@milbank.com | phayden@mcguirewoods.com |
| donald.badaczewski@dechert.com | pnichols@whitecase.com |
| douglas.bacon@lw.com | prachmuth@reedsmith.com |
| douglas.mcgill@dbr.com | pwright@dl.com |
| dravin@wolffsamson.com | r.stahl@stahlzelloe.com |
| drose@pryorcashman.com | ramona.neal@hp.com |
| drosner@goulstonstorrs.com | ranjit.mather@bnymellon.com |
| drosner@kasowitz.com | raymond.morison@bnymellon.com |
| ecohen@russell.com | rdaversa@orrick.com |
| edpe01@handelsbanken.se | rdicanto@nabny.com |
| efile@willaw.com | rfleischer@pryorcashman.com |
| efleck@milbank.com | rgmason@wlrk.com |
| eglas@mccarter.com | rhett.campbell@tklaw.com |
| ehorn@lowenstein.com | richard.lear@hklaw.com |
| ekbergc@lanepowell.com | rjohnson2@co.arapahoe.co.us |
| ellen.halstead@cwt.com | RLevin@cravath.com |
| elobello@blankrome.com | rmunsch@munsch.com |
| eschwartz@contrariancapital.com | rnies@wolffsamson.com |
| esmith@dl.com | robert.bailey@bnymellon.com |
| ezujkowski@emmetmarvin.com | robert.dombroff@bingham.com |
| fbp@ppgms.com | robert.henoch@kobrekim.com |
| feldsteinh@sullcrom.com | robert.malone@dbr.com |
| ffm@bostonbusinesslaw.com | roberts@pursuitpartners.com |
| fhyman@mayerbrown.com | rolfnagel.dahl@dnbnor.no |
| fishere@butzel.com | ronald.silverman@bingham.com |
| frank.sodano@americas.bnpparibas.com | rreid@sheppardmullin.com |
| frank.white@agg.com | RTrust@cravath.com |
| fred.berg@rvblaw.com | rwasserman@cftc.gov |
| gabriel.delvirginia@verizon.net | sabin.willett@bingham.com |
| gado01@handelsbanken.se | schapman@willkie.com |
| gary.ticoll@cwt.com | schristianson@buchalter.com |
| gauchb@sec.gov | scottshelley@quinnemanuel.com |
| gbray@milbank.com | scousins@armstrongteasdale.com |
| george.davis@cwt.com | sdnyecf@dor.mo.gov |
| george_neofitidis@scotiacapital.com | sehlers@armstrongteasdale.com |
| giddens@hugheshubbard.com | sharbeck@sipc.org |
| gkaden@goulstonstorrs.com | shari.leventhal@ny.frf.org |
| glenn.siegel@dechert.com | sheakkorzun@comcast.net |
| glee@mofo.com | sheehan@txschoollaw.com |
| grosenberg@co.arapahoe.co.us | shuji.yamada@escb.co.jp |
| hanh.huynh@cwt.com | shuji.yamada@e-scb.co.jp |

| EMAIL ADDRESSES | |
|---|---|
| harveystrickon@paulhastings.com | sidorsky@butzel.com |
| heiser@chapman.com | smillman@stroock.com |
| hirsh.robert@arentfox.com | spiotto@chapman.com |
| hollace.cohen@troutmansanders.com | splatzer@platzerlaw.com |
| howard.hawkins@cwt.com | ssmall@us.mufg.jp |
| hseife@chadbourne.com | steve.ginther@dor.mo.gov |
| hsnovikoff@wlrk.com | steven.perlstein@kobrekim.com |
| ian.levy@kobrekim.com | steven.wilamowsky@bingham.com |
| igoldstein@dl.com | susheelkirpalani@quinnemanuel.com |
| ilevee@lowenstein.com | tarbit@cftc.gov |
| info2@normandyhill.com | tbrock@ssbb.com |
| ira.herman@tklaw.com | tetsuhiro.toomata@shinseibank.com |
| israel.dahan@cwt.com | timothy.white@mizuhocbus.com |
| jacobsonn@sec.gov | tkarcher@dl.com |
| jafeltman@wlrk.com | tkiriakos@mayerbrown.com |
| james.mcclammy@dpw.com | tmacwright@whitecase.com |
| jamestecce@quinnemanuel.com | tnixon@gklaw.com |
| Jbecker@wilmingtontrust.com | tslome@msek.com |
| jbird@polsinelli.com | twatanabe@mofo.com |
| jbromley@cgsh.com | vdagostino@lowenstein.com |
| jcarberry@cl-law.com | wbenzija@halperinlaw.net |
| jdyas@halperinlaw.net | wfoster@milbank.com |
| jeffrey.sabin@bingham.com | wheuer@dl.com |
| jfalgowski@reedsmith.com | whitej@sec.gov |
| jhs7@att.net | wisotska@pepperlaw.com |
| jketten@wilkie.com | wsmith@bocusa.com |
| jliu@dl.com | wtaylor@mccarter.com |
| jmathis@lloydstsb-usa.com | yasuhiko_imai@smbcgroup.com |
| jmcginley@wilmingtontrust.com | |
| john.rapisardi@cwt.com | |
| jpintarelli@mofo.com | |
| jrabinowitz@rltlawfirm.com | |
| jshickich@riddellwilliams.com | |
| jtougas@mayerbrown.com | |
| jwallack@goulstonstorrs.com | |
| jwang@sipc.org | |
| jweiss@gibsondunn.com | |
| jwishnew@mofo.com | |
| k4.nomura@aozorabank.co.jp | |
| karen.wagner@dpw.com | |
| KDWBankruptcyDepartment@kelleydrye.com | |
| keith.simon@lw.com | |
| ken.higman@hp.com | |
| kgwynne@reedsmith.com | |
| kiplok@hugheshubbard.com | |
| klippman@munsch.com | |

**EXHIBIT "B"**

| | |
|---|---|
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| ANDREW D VELEZ-RIVERA OFFICE OF THE TRUSTEE | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |
| HUA NAN COMMERCIAL BANK LTD | 2-2331-6741 |

# EXHIBIT C

08-13555-mg    Doc 714    Filed 10/06/08    Entered 10/06/08 21:00:34    Main Document
Pg 9 of 18

| Claim Name | Address Information |
|---|---|
| 125 HIGH STREET, L.P. | OFFICE OF THE BLDG,C/O TISHMAN SPEYER PROPERTIES, L.P.,125 HIGH STREET, 14TH FL,   BOSTON, MA 02110 |
| 1301 PROPERTIES OWNER L.P. | MR. ROGER S. NEWMAN,C/O PARAMOUNT GROUP, INC.,1633 BROADWAY SUITE 1801,   NEW YORK, NY 10019 |
| 270 MU¤OZ RIVERA PARTNERS, S.E. | 270 MUNOZ RIVERA PARTNERS, S.E.,   HATO REY, PR 00918 |
| 70 HUDSON STREET LLC | GENERAL COUNSEL,CC:  CONTROLLER,400 PLAZA DRIVE,   SECAUCUS, NJ 07094-3688 |
| AKF ENGINEERS, LLP | ROBERT L'INSALATA,1501 BROADWAY, SUITE 700,   NEW YORK, NY 10036 |
| ARCHIPELAGO HOLDINGS, INC. | CHIEF FINANCIAL OFFICER,ARCHIPELAGO HOLDINGS, INC.,100 SOUTH WACKER DRIVE, STE 1800,   CHICAGO, IL 60606 |
| BEELINE.COM | 12724 GRAN BAY PARKWAY,   WEST JACKSONVILLE, FL 32258 |
| BROADRIDGE SECURITIES PROCESSING | SOLUTIONS, INC.,2 JOURNAL SQUARE PLZ,   JERSEY CITY, NJ 07305 |
| CAPITAL MOVING & STORAGE | THOMAS BUTLER,97 BURMA ROAD,   JERSEY CITY, NJ 07305 |
| CB RICHARD ELLIS | SR. VICE PRESIDENT-LEGAL,200 PARK AVENUE, 9TH FLOOR,   NEW YORK, NY 10166 |
| CLIFFORD CHANCE US LLP (SUBLANDLORD) | CHIEF OPERATING OFFICER OF,AMERICAS REGION,31 WEST 52ND STREET,   NEW YORK, NY 10019 |
| CLUNE CONSTRUCTION COMPANY | VINCE GUTEKANST,10 SOUTH LASALLE ST., SUITE 300,   CHICAGO, IL 60603 |
| COLUMBIA CENTER PROPERTY LLC | C/O BEACON CAPITAL PARTNERS, LL,200 STATE STREET, 5TH FLOOR,   BOSTON, MA 02109 |
| CONSTELLATION PLACE, LLC | GENERAL COUNSEL,C/O JMB REALTY CORPORATION,900 NORTH MICHIGAN AVENUE,   CHICAGO, IL 60611-1575 |
| CORPORATE PARK ASSOCIATES | CORPORATE PARK ASSOCIATES,C/O SUDLER MGMNT COMPANY, L.L.C.,300 INTERPACE PARKWAY (BLDG. C),   PARSIPPANY, NJ 07054 |
| CT TOWER INVESTMENT INC. | OXFORD PROPERTIES GROUP,TD CANADA TRUST TOWER, GROUND FL,P.O. BOX 505,   TORONTO, ON M5H 284 CA |
| CUSHMAN & WAKEFIELD | FRANK FREDA,CUSHMAN & WAKEFIELD INC.,51 WEST 52ND STREET,   NEW YORK, NY 10019 |
| DEUTSCHE BANK SECURITIES, INC. | LEASE ADMINISTRATOR,DEUTSCHE BANK AG, NEW YORK BRANCH,60 WALL STREET, NYC60-3430,   NEW YORK, NY 10005 |
| EASTRICH NO. 167 CORPORATION | PARADIGM PROPERTIES,EASTRICH NO. 167 CORPORATION,2600 CORP EXCHANGE DRIVE, STE 175,   COLUMBUS, OH 43231 |
| ENTERPRISE SOLUTION PROVIDERS, INC. | 711 WESTCHESTER AVE SUITE 101,   WHITE PLAINS, NY 10508 |
| FTSE | ALPHAGE HOUSE,PODIUM FLOOR 2 FORE ST.,   LONDON,   EC2Y 5DA GB |
| GENSLER | JOSEPH BRANCATO, GENSLER ARCHITECTURE,DESIGN & PLANNING, P.C.,ONE ROCKEFELLER PLAZA, SUITE 500,   NEW YORK, NY 10020 |
| GUGGENHEIM CONCOURSE, L.P. | DOUG KNAUS,C/O MEANS KNAUS LLC,2000 WEST LOOP SOUTH, SUITE 1920,   HOUSTON, TX 77027 |
| HANOVER MOVING &STORAGE CO INC | MR. LEN MASUCCI,15 EXCHANGE PLACE, SUITE 520,   JERSEY CITY, NJ 07302 |
| HENEGAN | PAULINUS BRYCE,HENEGAN CONSTRUCTION CO., INC.,250 WEST 30TH STREET,   NEW YORK, NY 10001 |
| HURON CONSULTING GROUP, INC. | ATTN:  CHIEF FINANCIAL OFFICER,HURON CONSULTING GROUP LLC,550 WEST VAN BUREN STREET,   CHICAGO, IL 60607 |
| HWA 555 OWNERS, LLC | ATTENTION: CORPORATE SECRETARY,C/O SHORENTSTEIN REALTY SERVICES, LP,555 CALIFORNIA STREET, 49TH FL,   SAN FRANCISCO, CA 94104 |
| JAROS, BAUM AND BOLLES | WALTER MEHL,JAROS BAUM & BOLLES,80 PINE STREET,   NEW YORK, NY 10005 |
| JDJ PROPERTIES, INC. | JDJ PROPERTIES, INC.,399 MAIN STREET, SUITE 200,   LOGAN, UT 84321 |
| MCAFEE INC | ATTN: GENERAL COUNSEL, MCAFEE, INC.,3965 FREEDOM CIRCLE,   SANTA CLARA, CA 95057 |
| MICROSOFT CORPORATION | LAW AND CORPORATE AFFAIRS,VOLUME,LICENSING GROUP,ONE MICROSOFT WAY,   REDMOND, WA 98052 |
| MICROSOFT LICENSING GP | DEPT 551, VOLUME LICENSING,6100 NEIL RD, SUITE 210,   RENO, NV 89511-1137 |
| MIDDLEFIELD PARK | MANAGING AGENT FOR MIDDLEFIELD,PARK ASSOCIATES, C/O WILLIS & CO.,3130 ALPINE ROAD SUITE 190,   PORTOLA VALLEY, CA 94028 |
| MJH WACKER LLC | SCOTT M. STAHR, C/O FULCRUM OPERATING,COMPANY, LLC, ASSET MANAGER,1250 SOUTH GROVE AVENUE, SUITE 200,   BARRINGTON, IL 60010 |

| Claim Name | Address Information |
|---|---|
| PRECISION ENGRAVING COMPANY | 243 DIXON AVENUE,   AMITYVILLE, NY 11701 |
| PREMIER RESTORATION | KEITH EVERSLEY,60-01 31ST AVENUE,   NEW YORK, NY 11337 |
| ROBERT DERECTOR | VINCENT BYRNE,ROBERT DERECTOR ASSOCIATES,19 WEST 44TH STREET,   NEW YORK, NY 10036 |
| ROCKEFELLER CENTER MANAGEMENT | CORPORATION,PRESIDENT,1221 AVENUE OF THE AMERICAS,   NEW YORK, NY 10020 |
| SAN DIEGO-FRAZEE, LLC | ATTN: ASSET MANAGEMENT,C/O INVESCO REAL ESTATE,500 THREE GALLERIA TOWER,13155 NOEL RD,   DALLAS, TX 75244 |
| SP4 190 S. LASALLE, L.P. | CBRE,190 S. LASALLE STREET , SUITE 2830,   CHICAGO, IL 60603 |
| SPRINT RECYCLING, INC. | MAITE QUINN,605 WEST 48TH STREET,   NEW YORK, NY 10036 |
| STANDARD & POORS CORP. | 55 WATER STREET,   NEW YORK, NY 10041 |
| STRUCTURE TONE INC. | HOLLY GALAGHER,STRUCTURE TONE INC.,770 BROADWAY,   NEW YORK, NY 10010 |
| STUART DEAN CO., INC. | KEVIN CULLEN,43-50 10TH STREET,   LONG ISLAND CITY, NY 11101 |
| SUMMIT SYSTEMS, INC | 1180 AVENUE OF AMERICAS,   NEW YORK, NY 10036 |
| SUNGARD ASSET MANAGEMENT | SENIOR VICE PRESIDENT,ONE MEMORIAL DRIVE,   CAMBRIDGE, MA 02142 |
| TEACHERS INSURANCE AND ANNUITY | ASSOCIATION OF AMERICA, FOR THE BENEFIT,OF ITS SEPARATE REAL ESTATE ACCOUNT,780 THIRD AVENUE,   NEW YORK, NY 10017 |
| TED MOUDIS ASSOCIATES | MARIBETH SCHWIND,ONE FINANCIAL PLACE,440 SOUTH LASALLE STREET,   CHICAGO, IL 60605 |
| TELWARES, INC. | ATTN:  BRADFORD LUTZ,TELWARES, INC.,55 BROAD STREET, 20TH FL,   NEW YORK, NY 10004 |
| TISHMAN SPEYER DEVELOPMENT, LLC | MICHAEL NORTON,TISHMAN SPEYER PROPERTIES, L.P.,45 ROCKEFELLER PLAZA,   NEW YORK, NY 10111 |
| VVA LC | LORENZO VASCOTTO,VVA LLC,117 EAST 31ST STREET,   NEW YORK, NY 10016 |
| WPGH, LLC, ATTN: MS. MARYLOU BERK, CHIEF | ADMIN. SERVICES OFFICER, C/O DRESDNER,KLEINWORT WASSERSTEINI SERVICES LLC,1301 AVENUE OF THE AMERICAS, 42ND FL,   NEW YORK, NY 10019 |

**Total Creditor Count 52**

**EXHIBIT D**

08-13555-mg    Doc 714    Filed 10/06/08    Entered 10/06/08 21:00:34    Main Document
Pg 12 of 18

| Claim Name | Address Information |
|---|---|
| ACHIEVEGLOBAL INC. | ATTN: LEGAL DEPARTMENT/CONTRACTS MANAGEMENT,170 WEST ELECTION ROAD,SUITE 201, DRAPER, UT 84020 |
| ACL SERVICES LTD | 1550 ALBERNI STREET, VANCOUVER, BC V6G 1A5 CA |
| ADDISON | ATTN: ROGER BYROM,20 EXCHANGE PLACE 9TH FLOOR, NEW YORK, NY 10005 |
| ADP BROKERAGE SERVICES INC | 2 JOURNAL SQUARE PLZ, JERSEY CITY, NJ 07306 |
| ADVANCED INNOVATIVE MARKETING, LLC | ATTN: ROBERT SERRETTI,1005 BROOKSIDE ROAD,SUITE 50, ALLENTOWN, PA 18106 |
| ADVANTAGE DATA | 33 ARCH STREET,SUITE 2103, BOSTON, MA 02108 |
| ADVANTAGE HUMAN RESOURCING | 405 LEXINGTON AVENUE,32ND FLOOR, NEW YORK, NY 10174 |
| AFTERBURNER, INC. | ATTN: JAMES MURPHY,1503 B NORTHSIDE DRIVE, ATLANTA, GA 30318 |
| ALEPH | 1700 SHATTUCK AVE, BERKELEY, CA 94709 |
| AMERICAN EXPRESS | ATTN: MICHAEL HARRINGTON,WORLD FINANCIAL CENTER, AMERICAN EXPRESS TOWER, NEW YORK, NY 10285 |
| AMERICAN EXPRESS TRAVEL RELATED | ATTN: TRAVEL GRP SVC CTR; ATTN CORP CARD UNIT,20022 NORTH 31ST AVENUE,PO BOX 53800, PHOENIX, AZ 85027 |
| AMERICAN MANAGEMENT ASSOC. | ATTN: LISA ZOBA,6 WINCHESTER DRIVE, EAST BRUNSWICK, NJ 08816 |
| AMERICAN MANAGEMENT ASSOC. | ATTN: CHIEF FINANCIAL OFFICER,1601 BROADWAY, NEW YORK, NY 10019 |
| ANA-DATA | ATTN: MOHAN PATEL,112 THIRD STREET, STAMFORD, CT 06905 |
| ANA-DATA CONSULTING INC | ATTN: MOHAN PATEL,112 THIRD STREET, STAMFORD, CT 06905 |
| ANDERSON, ISABELLE | ATTN: ISABELLE ANDERSON,1272 SUGAR MAPLE DRIVE, MARRIOTTSVILLE, MD 21104 |
| ANNA PHILLIPS CO UK | ATTN: ANNA PHILLIPS,PO BOX 19, PAR, PL24 2ZR GB |
| ANSCO ARENA LIMITED | 25 CANADA SQUARE,CANARY WHARFL; GBR, CANARY WHARFL, E14 5LQ GB |
| ARCSIGHT, INC | 5 RESULTS WAY,BUILDING #5, CUPERTINO, CA 95014 |
| ARIAL INTERNATIONAL, LLC | ATTN: TONY MALAGHAN,3800A BRIDGEPORT WAY W. #333, UNIVERSITY PLACE, WA 98466 |
| ATLAS VAN LINES INC | ATTN: KATHLEEN M THOMPSON, EVANSVILLE, IN |
| AUTOMATED SECURITIES CLEARANCE LTD. | ATTN: SATISH MUJUMDAR,545 WASHINGTON BOULEVARD, JERSEY CITY, NJ 07310 |
| AVATAR NEW YORK LLC | ATTN: CHARLES MCCOY,40 WORTH ST., SUITE 1219, NEW YORK, NY 10013 |
| B ENTERTAINMENT INC. | ATTN: LINDA CUTRONI, PRESIDENT,3 HIDDEN GLEN ROAD, SCARSDALE, NY 10583 |
| BERLITZ LANGUAGE CENTER | ATTN: DAN BOLGER,400 ALEXANDER PARK, PRINCETON, NJ 08540 |
| BOHNAMS | ATTN: M. NEILL, DIRECTOR, VALUATIONS DEPT.,MONTPELIER STREET, LONDON, SW7 1HH GB |
| BOSTON RED SOX | ATTN: SVP, SALES,100 LEGENDS WAY, SUITE 200, BOSTON, MA 02114 |
| BRIGHT HORIZONS | ATTN: SUSAN CUNNINGHAM,200 TALCOTT AVENUE SOUTH, WATERTOWN, MA 02472 |
| BYTE CONSULTING INC | 352 SEVENTH AVENUE,SUITE 1511, NEW YORK, NY 10001 |
| CARPENTER GROUP | ATTN: POLLY CARPENTER,72 SPRING STREET, NEW YORK, NY 10012 |
| CATHERINE ORENSTEIN | ATTN: CATHERINE ORENSTEIN,906 AMSTERDAM AVENUE, NEW YORK, NY 10025 |
| CDR ASSESSMENT GROUP | ATTN: GENERAL COUNSEL,1644 S. DENVER TULSA, TULSA, OK 74119 |
| CGI - NORTH AMERICA | ATTN: JOANNE ROGERS,P.O. BOX 23528, NEWARK, NJ 07189 |
| CHARGE & RIDE, INC. | 47-01 VERNO BLVD, LONG ISLAND CITY, NY 11101 |
| CHICAGO WHITE SOX | ATTN: BROOKS BOYER,333 WEST 35TH STREET, CHICAGO, IL 60616 |
| CORELOGIC | ATTN: GENERAL COUNSEL,10360 OLD PACERVILLE ROAD,SUITE 100, SACRAMENTO, CA 95827 |
| CREATIVE TECHNOLOGIES (CT) | ATTN: HANGAR 22,2501 MONARCH ST.,  , CA 94501 |
| CROWNE PLAZA @ TIMES SQUARE | ATTN: MICHELLE ILOWITE,1605 BROADWAY, NEW YORK, NY 10019 |
| CRSP | ATTN: DAVID K BARCLAY, COO,105 WEST ADAMS STREET,SUITE 1700, CHICAGO, IL 60603 |
| CUSTOMER SERVICE EXPERTS, INC | ATTN: LISE D'ANDREA,116 DEFENSE HIGHWAY,SUITE 205, ANNAPOLIS, MD 21401 |
| DISCOVERREADY | ATTN: STEVEN HARBER AND JAMES WAGNER,55 BROADWAY 21ST FL, NEW YORK, NY 10006 |
| DRIVE 495 | ATTN: STEVEN LIGHT,495 BROADWAY, NEW YORK, NY 10012 |
| DRYDEN PROCUREMENT TECHNOLOGIES | ATTN: BRIAN MCD,1410 RUSSELL ROAD,SUITE 204, PAOLI, PA 19301 |
| DYNAMIC COMMUNICATION | ATTN: BARBARA TANNENBAUM,121 BENEVOLENT STREET, PROVIDENCE, RI 02906 |

| Claim Name | Address Information |
|---|---|
| ECD INSIGHT US LTD | 48 WALL STREET, SUITE 1100,   NEW YORK, NY 10005 |
| ELLYN SPRAGINS | ATTN: ELLYN SPRAGINS, 322 SOUTH MAIN STREET,   PENNINGTON, NJ 08534 |
| EQUINOX FITNESS CLUB | ATTN: CHRIS GASKINS, MANAGER CORPORATE ACCOUNTS, 895 BROADWAY,   NEW YORK, NY 10003 |
| EUREST DINING SERVICES | ATTN: CHRIS HULICK, 11811 NORTH TATUM BLVD., SUITE 3078,   PHOENIX, AZ 85028 |
| EXECUTIVE TRANSPORTATION | 140 39TH STREET,   BROOKLYN, NY 11218 |
| EXPAND FORUM | 330 MADISON AVE,   NY, NY 10117 |
| EXZAC COMPANY | ATTN: ALON EVEN, 591 SUMMIT AVE,   JERSEY CITY, NJ 07306 |
| EXZAC LLC | ATTN: ALON EVEN, 591 SUMMIT AVE,   JERSEY CITY, NJ 07306 |
| EXZAC, INC.* | ATTN: ALON EVEN, 591 SUMMIT AVE,   JERSEY CITY, NJ 07306 |
| FAIRMONT HOTEL | ATTN: PHILIP CHANG, 950 MASON STREET,   SAN FRANCISCO, CA 94108 |
| FARATA SYSTEM | ATTN: YAKON FAIN, 5049 GREENWICH PRESERVE,   DELRAY BEACH, FL 33436 |
| FIDELITY INVESTMENTS | ATTN: BRIAN HICKEY, 82 DEVONSHIRE ST., Z2C,   BOSTON, MA 02109 |
| FIRST AMERICAN DEFAULT INFORMATION SERVI | ATTN: GENERAL COUNSEL, 1 FIRST AMERICAN WAY,   WESTLAKE, TX 76262 |
| FLYTE TYME WORLDWIDE | 81 FRANKLIN TURNPIKE,   MAHWAH, NJ 04730 |
| FORBES CONSULTING | ATTN: GARY E. BLUMENTHAL, 24 HARTWELL AVENUE, 3RD FL,   LEXINGTON, MA 02421 |
| FRAGOMEN DELRAY & BERNSEN | ATTN: CARMITA ALONSO, 515 MADISON AVENUE,   NEW YORK, NY 10022 |
| GERSON LEHRMAN GROUP INC. | 850 THIRD AVENUE, 9TH FLOOR,   NEW YORK, NY 10022 |
| GETTY IMAGES INC. | ATTN: GENERAL COUNSEL, 601 NORTH 34TH STREET,   SEATTLE, WA 98103 |
| GLASSHOUSE TECHNOLOGIES INC. | ATTN: KARL JOHNSEN, 200 CROSSING BOUOLEVARD,   FRAMINGHAM, MA |
| GLOBAL RESEARCH DISTRIBUTION | ATTN: GLOBAL RESEARCH DISTRIBUTION, INC., 128 WEST 26TH STRREET,   NEW YORK, NY 10001 |
| GOLDMAN SACHS | ATTN: CASEY EARLY, 85 BROAD STREET,   NEW YORK, NY 10004 |
| GRAYZ EVENTS | ATTN: GRAYZ, 13-15 WEST 54TH STREET,   NEW YORK, NY 10019 |
| GREENWICH TECHNOLOGIES  INC. | ATTN: JOHN G. COLON, 8 GREENWICH OFFICE PARK,   GREENWICH, CT 06831 |
| GROUP 1066, LLC | ATTN: GROUP 1066, LLC, 443 PARK AVENUE SOUTH, 7TH FLOOR,   NEW YORK, NY 10016 |
| HEWLETT, SYLVIA ANN | ATTN: SYLVIA ANN HEWLETT, C/O CENTER FOR WORK-LIFE POLICY, 1841 BROADWAY, SUITE 706,   NEW YORK, NY 10023 |
| IBM CORPORATION | ATTN: BILL SMITH, 117 SOUTH BELT LINE RD,   COPPELL, TX 75019 |
| IKON OFFICE SOLUTIONS INC. | 1738 BASS ROAD,   MACON, GA 31210 |
| INFORMA RESEARCH SERVICES, INC. | ATTN: MICHAEL ADLER, PRESIDENT, 26565 AGOURA ROAD, SUITE 300,   CALABASAS, CA 91302 |
| INFUSION DEVELOPMENT CORP. | 500 ROUTE 46 EAST,   CLIFTON, NJ 07011 |
| INMARKETS LIMITED | 78 CANNON STREET,   ENGLAND,   EC4N 6HH GB |
| INSTITUTE FOR CORPORATE PRODUCTIVITY INC | 411 1ST AVENUE SOUTH #403,   SEATTLE, WA 98104 |
| INSTITUTE FOR GLOBAL FUTURES | 2084 UNION STREET,   SAN FRANCISCO, CA 94123 |
| INSTITUTE FOR INTELLECTUAL CAPITAL | 11 HACKAMORE COURT,   ANCASTER, ON  CA |
| INTEGREON MANAGED SOLUTIONS, | ATTN: LOUISE MABEL, 1901 AVENUE OF THE STARS, SUITE 1080,   LOS ANGELES, CA 90067 |
| INTUITION PUBLISHING INC. | ATTN: JOHN O'TOOLE, 245 FIFTH AVENUE, SUITE 2204,   NEW YORK, NY 10016 |
| INVESTORS MORTGAGE ASSET RECOVERY | ATTN: ROBERT SIMPSON, 18818 TELLER AVENUE, SUITE 265,   IRVINE, CA 92612 |
| JACOBI PERSUASIVE SPEAKING | ATTN: JEFFERY JACOBI, 484 W. 43RD STREET, SUITE #28-S,   NY, NY 10036 |
| JACOBI VOICE DEVELOPMENT | ATTN: JEFFERY JACOBI, 484 W. 43RD STREET, SUITE #28-S,   NY, NY 10036 |
| JASPER, JANN | ATTN: JANN JASPER, 1169 LORAINE AVE.,   PLAINFIELD, NJ 07062 |
| JDW CONCEPTS LTD. | ATTN: JULIE WEIDINGER, 511 OAKBOURNE RD.,   WEST CHESTER, PA 19382 |
| KAP GROUP, LLC. | ATTN: MARTY AVERBUCH, 316 GOLDEN HILLS DR.,   PORTOLA VALLEY, CA 94028 |
| KEARNEY, LYNN, PHD | ATTN: LYNN KEARNEY, PHD, 1775 YORK AVENUE, APT# 20B,   NY, NY 10128 |
| KEPNER TREGOE INC | ATTN: PHILIP FRIEDRICH, 17 RESEARCH ROAD,   PRINCETON, NJ 08542 |
| KNOWLEDGE LAUNCH LLC | ATTN: JOHN TOLSMA, PO BOX 10066,   KNOXVILLE, TN 37939 |

| Claim Name | Address Information |
|---|---|
| KNOWLEDGE SERVICES | ATTN: CHRISTOPHER LANIER, PO BOX 361490, LOS ANGELES, CA 90036-9246 |
| KRAMER LEVIN NAFTALIS AND FRANKEL | ATTN: KEVIN B. LEBLANG, 1177 AVE OF THE AMERICAS, NY, NY 10036 |
| KREBSBACH & SNYDER | ATTN: THEODORE A. KREBSBACH, ONE EXCHANGE PLACE, SUITE 1600, NY, NY 10006 |
| LAUREN SONTAG | ATTN: LAUREN SONTAG, 14 MANOR DRIVE, GOLDENS BRIDGE, NY 10526 |
| LAWRENCE GLOSTEN AND RAVI JAGANNATHAM | ATTN: RAVI JAGANNATHAM, 127 BERTLING LANE, WINNETKA, IL |
| LAWRENCE GLOSTEN AND RAVI JAGANNATHAM | ATTN: LAWRENCE GLOSTEN, 400 RIVERSIDE DR., APT. 5D, NEW YORK, NY 10025 |
| LEADERSHIP SOLUTIONS CONSULTING LLC | ATTN: DONNA DENNIS, 66 WITHERSPOON ST., PRINCETON, NJ 08542 |
| LEAGUE FOR THE HARD OF HEARING | ATTN: LAURIE HANIN, 50 BROADWAY, 6TH FLR., NEW YORK, NY 10004 |
| LISA OSBORN | ATTN: LISA OSBORN, 17662 MILLER DRIVE, TUSTIN, CA 92780 |
| LOCATOR SERVICES GROUP, | ATTN: KIM SAWYER, 316 NEWBURY STREET, BOSTON, MA 02115 |
| LOCKE LORD BISSELL & LIDDELL LLP | ATTN: C.W. FLYNN, 2200 ROSS AVE., SUITE 2200, DALLAS, TX 75201-6776 |
| LOWENSTEIN SANDLER PC | ATTN: GARY WINGENS, 65 LIVINGSTON AVE., ROSELAND, NJ 07068-1791 |
| LYDIAN DATA SERVICES | ATTN: STEPHEN C. WILHOIT, 4850 T-REX AVE., SUITE 100, BOCA RATON, FL 33431 |
| MARIA VALDES PHD INC. | ATTN: MARIA VALDES PHD, 4500 EAST 7TH AVE., DENVER, CO 80220 |
| MARKETS.COM | 1740 BROADWAY, 23RD FLOOR, NEW YORK, NY 10019 |
| MASLOW MEDIA | ATTN: LINDA MASLOW, 2233 WISCONSON AVE, NW SUITE 400, WASHINGTON, DC 20007 |
| MELLON TRUST | ATTN: OPERATIONS MANAGER, 135 SANTILLI HWY., EVERETT, MA 02149 |
| MERENER NICOLAS | ATTN: NICHOLAS MERENER, 1428 CAPITAL FEDERAL, SAENZ VALIENTE, 1010 AR |
| MERRILL COMMUNICATIONS LLC | ATTN: MERRILL COMMUNICATIONS LLC, ONE MERRILL CIRCLE, ST PAUL, MN 55108 |
| MICHAEL STAPLETON ASSOCIATES | 47 WEST STREET ? 11TH FLOOR, NEW YORK, NY 10006 |
| MONITOR COMPANY GROUP, LP | ATTN: CHRISTOPHER MEYER, 2 CANAL PARK, CAMBRIDGE, MA 02141 |
| NEAL GERBER & EISENBERG | ATTN: H. NICHOLAS EISENBERG, NEAL GERBER & EISENBERG, TWO N. LASALLE STREET, CHICAGO, IL |
| NEW BOSTON SYSTEMS INC | ATTN: MATT GORSKI, 61 BROADWAY, SUITE 2705, NEW YORK, NY 10006 |
| NEW MEADOWLANDS STADIUM COMPANY LLC | ATTN: NEW MEADOWLAND STADIUM COMPANY, LLC, MARK BINGHAM, 50 WEST 57TH STREET, 2ND FLOOR, NEW YORK, NY 10019 |
| NEXNET INC. | ATTN: DAN IHRIG, PRESIDENT, 84 PHEASANT RUN, MILLWOOD, NY 10546 |
| NICHOLAS WARREN | ATTN: NICLOAS WARREN, 4 WEST 109TH STREET, APT 1D, NEW YORK, NY 10025 |
| OC TANNER RECOGNITION COMPANY | ATTN: O.C. TANNER RECOGNITION COMPANY, 1930 SOUTH STATE STREET, SALT LAKE CITY, UT 84511 |
| OMGEO LLC | ATTN: LAURIE CAMPBELL, 22 THOMSON PLACE, BOSTON, MA 02210 |
| PARKER CONSULTING LLC | ATTN: PARKER CONULTING LLC, 5 DAN BEARD LANE, READING, CT 06896 |
| PARTNERS IN CHANGE, INC | ATTN: PARTNERS IN CHANGE, INC., 105 TRENTO CIRCLE, MCMURRAY, PA 15317 |
| PEBBLE BEACH COMPANY | ATTN: GENERAL COUNSEL, POST OFFICE BOX 1767, PEBBLE BEACH, CA 93953 |
| PEI SYSTEMS, INC. | ATTN: P.O. BOX 1945, LONG ISLAND CITY, NY 11101 |
| PEOPLEANSWERS | ATTN: GABRIEL GONCALVES, 14185 DALLAS PKWY, SUITE 550, DALLAS, TX 75254 |
| PERFORMANCE IMPROVEMENT SOLUTIONS, INC | ATTN: LYNNE MORTON, 208 EAST 51ST STREET, #366, NEW YORK, NY 10022 |
| PERFORMANCE OF A LIFETIME | ATTN: MAUREEN KELLY, 920 BROADWAY, NEW YORK, NY 10010 |
| PERSONNEL DECISIONS INTL. CORP. | ATTN: LEGAL DEPARTMENT, 2000 PLAZA VII TOWER, 45 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402 |
| PINK ELEPHANT | ATTN: LOU CINO, 5575 NORTH SERVICE ROAD (VERY DIFFICULT TO READ), BURLINGTON, ON L7L 6NM CA |
| PITNEY BOWES | ATTN: JIM CONNOR, 27 WATERVIEW DRIVE, SHELTON, CT 06484 |
| PLUS ONE HEALTH MANAGEMENT, INC | ATTN: MR. CHRIS CIATTO, COO, 75 MAIDEN LANE, SUITE 801, NEW YORK, NY 10038 |
| PREVENTURE | ATTN: DAVID PICKERING, 2006 NOOSENECK HILL RD., COVENTRY, RI 02816 |
| PROFESSIONAL RESOURCE SCREENING, INC.* | ATTN: FIRST ADVANTAGE ENTERPRISE SCREENING, 805 EXECUTIVE CENTER DRIVE WEST, SUITE 300, ST. PETERSBURG, FL 33702 |
| PROTEGENT INC | ATTN: KEVIN CUMMINGS, 125 INDUSTRIAL ROAD, HINGHAM, MA 02043 |
| Q2 STRATEGIES | ATTN: MICHAEL DEL SORDO, 500 WEST 56TH STREET, SUITE 1113, NEW YORK, NY 10019 |
| REASON INC. | ATTN: NOT SPECIFIED, 80 MADISON AVENUE, 5H, NEW YORK, NY 10016 |

| Claim Name | Address Information |
|---|---|
| RENT-A-PC INC. | 265 OSER AVENUE,   HAUPPAUGE, NY 11788 |
| RESTAURANT ASSOCIATES | ATTN: LAURENCE B. JONES,120 WEST 45TH STREET,   NEW YORK, NY 10036 |
| RIGHT MANAGEMENT CONSULTANTS INC. | ATTN: HOWARD CHIN,100 PROSPECT ST.,   STAMFORD, CT 06901 |
| RITZ CARLTON | ATTN: MARIKA FUMES,CENTRAL PARK SOUTH,   NEW YORK, NY 10019 |
| RITZ CARLTON HOTEL-SOUTH BEACH | ATTN: ONE LINCOLN ROAD,   MIAMI BEACH, FL 33139 |
| ROMANO GATLAND OF ILLINOIS, LLC | ATTN: MARK ROMANO,99 WEST HOFFMAN AVENUE,   LINDENHURT, NY 11757 |
| RR DONNELLEY RECEIVABLES INC. | 75 PARK PLACE,   NEW YORK, NY 10007 |
| SECURE ACCESS & DIGITAL SYSTEMS | 38 WEST PARK AVENUE,   LONG BEACH, NY 11561 |
| SELECTMINDS, INC. | ATTN: ANNE BERKOWITCH,149 FIFTH AVENUE,6TH FLOOR,   NEW YORK, NY 10010 |
| SHERATON NEW YORK HOTEL | ATTN: TERRI OSHEA,811 7TH AVE,   NY, NY 10019 |
| SIEGEL & GALE | 10 ROCKERFELLER CENTER,   NY, NY 10020 |
| SILLS CUMMIS ZUCKERMAN RADIN TISCHMAN | ATTN: JEFFREY J. GREENBAUM,ONE RIVERFRONT PLAZA,   NEWARK, NJ 07102 |
| SKILLBRIDGE LLC* | 10 KING ARTHUR RD,   NORTH EASTON, MA 02356 |
| SMS GROUP LLC | ATTN: SMS GROUP LLC,530 FIFTH AVENUE,26TH FLOOR,   NEW YORK, NY 10036 |
| SOFTECH PLUS INC | ATTN: PO BOX 5284,   NORTH BERGEN, NJ 07042 |
| SOS SECURITY INCORPORATED | ATTN: P.O. BOX 6373,   PARSIPPANY, NJ 07054 |
| SPIRAL BINDING CO INC | ATTN: ANN MARIE BOGGIO,ONE MALTESE DRIVE,   TOTOWA, NJ 07511 |
| STARCITE INC | ATTN: WILLIAM GRAY,1650 ARCH STREET, 18TH F,   PHILADELPHIA, PA 19103 |
| STEBICH RIDDER INTERNATIONAL | ATTN: STEBICH RIDDER INTERNATIONAL, INC,599 ELEVENTH AVENUE,   NEW YORK, NY 10036 |
| STEIN ERIKSEN LODGE | ATTN: PATI J BARNES,7700 STEINWAY,   PARK CITY, UT 24060 |
| STRATEGIC PRODUCTS AND SERVICES | ATTN: STRATEGIC PRODUCT,3 WING DRIVE SUITE 100,   CEDAR KNOLLS, NJ 07927 |
| SUFFOLK PARTNERS, LLC | ATTN: ANATHONY MACARI,47 AUTUMN LANE,   NEW CANNAN, CT 06840 |
| SUSTAINABLE FINANCE LTD. | ATTN: MATT ARNOLD,1650 30TH STREET,NW,   WASHINGTON, DC 20007 |
| SYMANTEC | ATTN: STEVEN MESSICK,2 WALL STREET,6TH FLOOR,   NEW YORK, NY 10005 |
| T&M PROTECTION RESOURCES | 42 BROADWAY ? SUITE 1630,   NEW YORK, NY 10004 |
| TECHNICAL OPERATIONS INC. | 454 WEST 41 STREET,   NEW YORK, NY 10036 |
| THACHER PROFFITT & WOOD | ATTN: MICHAEL WILLIAMS,2 WORLD FINANCIAL CENTER,   NEW YORK, NY 10281 |
| THE RESEARCH ASSOCIATES | ATTN: SUNG LEE,248 WEST 35TH ST.,15TH FLOOR,   NEW YORK, NY 10001 |
| THE WHARTON SCHOOL - UNIV OF PA | 255 S. 38TH ST SUITE 200,   PHILADEPHIA, PA 19104-6359 |
| THOMSON FINANCIAL | ATTN: TERRY GLANNIOTIS,195 BROADWAY,   NY, NY 10007 |
| TIPPINGPOINT TECHNOLOGIES, INC. | ATTN: BILLY J. MURPHY,7501B NORTH CAPITAL OF TEXAS HIGHWAY,   AUSTIN, TX 78731 |
| TIVERSA, INC. | ATTN: ROBERT J. BLACK,200 CORPORATE DRIVE,SUITE 300,   PITTSBURGH, PA 15090 |
| TIVERSA, INC. | 2000 CORPORATE DRIVE SUITE 300,   PITTSBURG, PA 15090 |
| TRADEWEB ADDENDUM | 2200 PLAZA FIVE,   JERSEY CITY, NJ 07311-4993 |
| TRAINING THE STREET, INC. | ATTN: SCOTT ROSTAN/ TRAINING THE STREET,1214 GARDEN STREET,   HOBOKEN, NJ |
| TRANSPERFECT TRANSLATIONS | ATTN: CARRIE TATE,THREE PARK AVENUE, 39TH FLOOR,   NEW YORK, NY 10016 |
| TRICHYS, LLC | 16 W TOWNSHIP LINE RD Ú,   EAST NORRITON, PA 19401 |
| TRX | ATTN: DAVID CATHCART, CFO,6 WEST DRUID HILLS DRIVE,   ATLANTA, GA 30329 |
| TXG LTD | ATTN: MICHELLE WALDER,VENTNERS PLACE, 68 UPPER THAMES STREET,   LONDON,   EC4V 3BJ GB |
| UCA COMPUTER SYSTEMS INC. | ATTN: REHAN ANSARI,3 STEWART CT,   DENVILLE, NJ 07834 |
| UNITED PARCEL SERVICE | ATTN: KRISTEN BYRNES,643 W 43RD STREET,   NEW YORK, NY 10036 |
| US TECHNOLOGY RESOURCES, LLC | ATTN: SATENDRA GUPTA,95 ENTERPRISE,SUITE # 330,   ALISO VIEJO, CA 92656 |
| UTOG 2 WAY RADIO GROUP | 25-20 39TH AVENUE,   LONG ISLAND CITY, NY 11101 |
| VANGUARD INTEGRITY PROFESSIONALS | ATTN: YVONNE J. SHOUP,6625 EASTERN AVE,SUITE 100,   LAS VEGAS, NV 89119-3930 |
| VAS ASSOCIATES, INC. | ATTN: DONALD BARCLAY,1110 65TH STREET,   BROOKLYN, NY 11219 |
| VCA | ATTN: DAVE BERLIN,370 SEVENTH AVENUE, SUITE 550,   NEW YORK, NY |
| VIDEO CORPORATION OF AMERICA | ATTN: DAVID BERLIN,370 SEVENTH AVENNUE,SUITE 550,   NEW YORK, NY 10001 |

| Claim Name | Address Information |
|---|---|
| WAJSKOL DESIGN & COMMUNICATIONS | ATTN: JONATHAN WAJSKOL, 315 SEVENTH AVENUE, SUITE 11A,   NEW YORK, NY 10001 |
| WALT DISNEY PARKS AND RESORTS | ATTN: CATHY SEERY, PO BOX 10000,   LAKE BUENA VISTA, FL 32830-1000 |
| WFC RESOURCES, INC. | ATTN: SUSAN SEITEL, 5197 BEACHSIDE DRIVE,   MINNETONKA, MN 55343 |
| WILLIAMS LEA, INC. | ATTN: TIM RODBER, 233 SOUTH WACKER DRIVE, SUITE 4850,   CHICAGO, IL 60606 |
| WINNING MIND, LLC | ATTN: STEVEN KLEIN, 787 SEVENTH AVENUE,   NEW YORK, NY 10019 |
| WJM ASSOCIATES, INC. | ATTN: TIM MORIN, 675 THIRD AVENUE, SUITE 1610,   NEW YORK, NY 10017 |
| WOLTERS KLUWER FINANCIAL SERVICES | ATTN: CHARLES ROSS, 6815 SAUKVIEW DRIVE,   SAINT CLOUD, MN 56303 |
| XCAPER INDUSTRIES, LLC | 1929 MAIN STREET ? SUITE 102,   IRVINE, CA 92614 |

**Total Creditor Count 187**

# LEHMAN BROTHERS HOLDINGS, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,   KOREA |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,  102-8660 JAPAN |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,  VIC 3000 AUSTRALIA |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,  105-0014 JAPAN |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,   HONG KONG |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JAPAN |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,  100-8210 JAPAN |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,  104-0028 JAPAN |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,  104-0031 JAPAN |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,  103-0001 JAPAN |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,   TAIWAN |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,  048583 SINGAPORE |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,  100-8388 JAPAN |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 33**