**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
:
In re                                                            :   Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,   :   Case No. 08-13555 (JMP)
                                                                 :
        Debtors.                                         :   (Jointly Administered)
                                                                 :
------------------------------------------------------------------------x   Ref. Docket No. 564

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                        ) ss.:
COUNTY OF NEW YORK   )

   BRIDGET GALLERIE, being duly sworn, deposes and says:

   1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

   2.   I caused to be served true and correct copies of the "Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser," dated October 2, 2008 [Docket No. 564], by causing true and correct copies to be delivered as follows:
   (a) email to those parties listed on the attached Exhibit "A" on October 2, 2008,

   (b) facsimile to those parties listed on the attached Exhibit "B" on October 2, 2008; and

   (c) overnight courier to those parties listed on the attached Exhibit "C" on October 3, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Bridget Gallerie
Bridget Gallerie

Sworn to before me this
6th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

Email Service List

'acker@chapman.com'; 'adarwin@nixonpeabody.com'; 'aglenn@kasowitz.com'; 'agolianopoulos@mayerbrown.com'; 'ahammer@freebornpeters.com'; 'akihiko_yagyuu@chuomitsui.jp'; 'amenard@tishmanspeyer.com'; 'andrew.lourie@kobrekim.com'; 'angelich.george@arentfox.com'; 'anne.kennelly@hp.com'; 'araboy@cov.com'; 'arlbank@pbfcm.com'; 'arosenblatt@chadbourne.com'; 'arwolf@wlrk.com'; 'asnow@ssbb.com'; 'atrehan@mayerbrown.com'; 'austin.bankruptcy@publicans.com'; 'avi.gesser@dpw.com'; 'bambacha@sec.gov'; 'bankoftaiwan@botnya.com'; 'bill.freeman@pillsburylaw.com'; 'bill.hughes@us.standardchartered.com'; 'brad.dempsey@hro.com'; 'brehenyb@sec.gov'; 'brian_corey@gtservicing.com'; 'bromano@willkie.com'; 'btrust@mayerbrown.com'; 'bturk@tishmanspeyer.com'; 'cbelmonte@ssbb.com'; 'cdesiderio@nixonpeabody.com'; 'charles@filardi-law.com'; 'chris.omahoney@bnymellon.com'; 'cmontgomery@salans.com'; 'CMTB_LC11@chuomitsui.jp'; 'cohena@sec.gov'; 'cp@stevenslee.com'; 'crogers@orrick.com'; 'cs@stevenslee.com'; 'cschreiber@winston.com'; 'cshulman@sheppardmullin.com'; 'cward@polsinelli.com'; 'dallas.bankruptcy@pulicans.com'; 'Danna.Drori@usdoj.gov'; 'david.bennett@tklaw.com'; 'david.crichlow@pillsburylaw.com'; 'david.heller@lw.com'; 'dbarber@bsblawyers.com'; 'dclark@stinson.com'; 'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com'; 'ddunne@milbank.com'; 'deggert@freebornpeters.com'; 'demetra.liggins@tklaw.com'; 'dennis.graham@kbc.be'; 'deryck.palmer@cwt.com'; 'dflanigan@polsinelli.com'; 'dfriedman@kasowitz.com'; 'dhayes@mcguirewoods.com'; 'dirk.roberts@ots.treas.gov'; 'dkleiner@velaw.com'; 'dladdin@agg.com'; 'dlemay@chadbourne.com'; 'dludman@brownconnery.com'; 'dmcguire@winston.com'; 'dodonnell@milbank.com'; 'donald.badaczewski@dechert.com'; 'douglas.bacon@lw.com'; 'douglas.mcgill@dbr.com'; 'dravin@wolffsamson.com'; 'drose@pryorcashman.com'; 'drosner@goulstonstorrs.com'; 'drosner@kasowitz.com'; 'ecohen@russell.com'; 'edpe01@handelsbanken.se'; 'efile@willaw.com'; 'efleck@milbank.com'; 'eglas@mccarter.com'; 'ehollander@whitecase.com'; 'ehorn@lowenstein.com'; 'ekbergc@lanepowell.com'; 'ellen.halstead@cwt.com'; 'elobello@blankrome.com'; 'eschwartz@contrariancapital.com'; 'esmith@dl.com'; 'ezujkowski@emmetmarvin.com'; 'fbp@ppgms.com'; 'feldsteinh@sullcrom.com'; 'ffm@bostonbusinesslaw.com'; 'fhyman@mayerbrown.com'; 'fishere@butzel.com'; 'frank.sodano@americas.bnpparibas.com'; 'frank.white@agg.com'; 'fred.berg@rvblaw.com'; 'gabriel.delvirginia@verizon.net'; 'gado01@handelsbanken.se'; 'gary.ticoll@cwt.com'; 'gauchb@sec.gov'; 'gbray@milbank.com'; 'george.davis@cwt.com'; 'george_neofitidis@scotiacapital.com'; 'giddens@hugheshubbard.com'; 'gkaden@goulstonstorrs.com'; 'glee@mofo.com'; 'glenn.siegel@dechert.com'; 'grosenberg@co.arapahoe.co.us'; 'gschiller@zeislaw.com'; 'hanh.huynh@cwt.com'; 'harveystrickon@paulhastings.com'; 'heiser@chapman.com'; 'hirsh.robert@arentfox.com'; 'hollace.cohen@troutmansanders.com'; 'howard.hawkins@cwt.com'; 'hseife@chadbourne.com'; 'hsnovikoff@wlrk.com'; 'ian.levy@kobrekim.com'; 'igoldstein@dl.com'; 'ilevee@lowenstein.com'; 'info2@normandyhill.com'; 'ira.herman@tklaw.com'; 'israel.dahan@cwt.com'; 'jacobsonn@sec.gov'; 'jafeltman@wlrk.com'; 'james.mcclammy@dpw.com'; 'jamestecce@quinnemanuel.com'; 'Jbecker@wilmingtontrust.com';

Email Service List

'jbird@polsinelli.com'; 'jbromley@cgsh.com'; 'jcarberry@cl-law.com';
'jdyas@halperinlaw.net'; 'jeffrey.sabin@bingham.com'; 'jfalgowski@reedsmith.com';
'jherzog@gklaw.com'; 'jhs7@att.net'; 'jketten@wilkie.com'; 'jliu@dl.com';
'jmathis@lloydstsb-usa.com'; 'jmcginley@wilmingtontrust.com';
'john.rapisardi@cwt.com'; 'jpintarelli@mofo.com'; 'jrabinowitz@rltlawfirm.com';
'jshickich@riddellwilliams.com'; 'jtougas@mayerbrown.com';
'jwallack@goulstonstorrs.com'; 'jwang@sipc.org'; 'jweiss@gibsondunn.com';
'jwishnew@mofo.com'; 'k4.nomura@aozorabank.co.jp'; 'karen.wagner@dpw.com';
'KDWBankruptcyDepartment@kelleydrye.com'; 'keith.simon@lw.com';
'ken.higman@hp.com'; 'kgwynne@reedsmith.com'; 'kiplok@hugheshubbard.com';
'klippman@munsch.com'; 'kmayer@mccarter.com'; 'kobak@hugheshubbard.com';
'kovskyd@pepperlaw.com'; 'kressk@pepperlaw.com'; 'KReynolds@mklawnyc.com';
'krosen@lowenstein.com'; 'krubin@ozcap.com'; 'lacyr@sullcrom.com';
'lalshibib@reedsmith.com'; 'lattard@kayescholer.com'; 'ldespins@milbank.com';
'lgranfield@cgsh.com'; 'linda.boyle@twtelecom.com'; 'lmarinuzzi@mofo.com';
'lml@ppgms.com'; 'lschweitzer@cgsh.com'; 'lwhidden@salans.com';
'mabrams@willkie.com'; 'macl01@handelsbanken.se'; 'macronin@debevoise.com';
'Malcolm@firstbankny.com'; 'mark.deveno@bingham.com'; 'mark.ellenberg@cwt.com';
'mark.houle@pillsbury.com'; 'martin.davis@ots.treas.gov';
'masaki_konishi@noandt.com'; 'mbenner@tishmanspeyer.com'; 'mbienenstock@dl.com';
'mcto@debevoise.com'; 'mhopkins@cov.com'; 'michael.halevi@anz.com';
'michael.kim@kobrekim.com'; 'Michael.mauerstein@citi.com';
'michael.tan@fubon.com'; 'Mitchell.Ayer@tklaw.com'; 'mjacobs@pryorcashman.com';
'mjedelman@vedderprice.com'; 'mkjaer@winston.com'; 'mlahaie@akingump.com';
'mmickey@mayerbrown.com'; 'mmorreale@us.mufg.jp';
'monica.lawless@brookfieldproperties.com'; 'mpage@kelleydrye.com';
'mrosenthal@gibsondunn.com'; 'ms.wu@fubonny.com'; 'mspeiser@stroock.com';
'mstamer@akingump.com'; 'mtuck@lloydstsb-usa.com'; 'murai24234@nissay.co.jp';
'nbannon@tishmanspeyer.com'; 'nbruce@lloydstsb-usa.com';
'neal.mann@oag.state.ny.us'; 'newyork@sec.gov'; 'nissay_10259-0154@mhmjapan.com';
'oipress@travelers.com'; 'panosn@sec.gov'; 'paronzon@milbank.com';
'paul.deutch@troutmansanders.com'; 'pbosswick@ssbb.com'; 'pdublin@akingump.com';
'peter.zisser@hklaw.com'; 'peter@bankrupt.com'; 'phayden@mcguirewoods.com';
'pnichols@whitecase.com'; 'prachmuth@reedsmith.com'; 'pwright@dl.com';
'r.stahl@stahlzelloe.com'; 'ramona.neal@hp.com'; 'ranjit.mather@bnymellon.com';
'raymond.morison@bnymellon.com'; 'rdaversa@orrick.com'; 'rdicanto@nabny.com';
'rfleischer@pryorcashman.com'; 'rgmason@wlrk.com'; 'rhett.campbell@tklaw.com';
'richard.lear@hklaw.com'; 'rjohnson2@co.arapahoe.co.us'; 'RLevin@cravath.com';
'rmunsch@munsch.com'; 'rnies@wolffsamson.com'; 'robert.bailey@bnymellon.com';
'robert.dombroff@bingham.com'; 'robert.henoch@kobrekim.com';
'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov'; 'roberts@pursuitpartners.com';
'rolfnagel.dahl@dnbnor.no'; 'ronald.silverman@bingham.com';
'rreid@sheppardmullin.com'; 'RTrust@cravath.com'; 'rwasserman@cftc.gov';
'sabin.willett@bingham.com'; 'schapman@willkie.com'; 'schristianson@buchalter.com';
'scottshelley@quinnemanuel.com'; 'scousins@armstrongteasdale.com';
'sdnyecf@dor.mo.gov'; 'sehlers@armstrongteasdale.com'; 'sharbeck@sipc.org';

Email Service List

'shari.leventhal@ny.frb.org'; 'sheakkorzun@comcast.net'; 'sheehan@txschoollaw.com'; 'sidorsky@butzel.com'; 'smillman@stroock.com'; 'spiotto@chapman.com'; 'splatzer@platzerlaw.com'; 'ssmall@us.mufg.jp'; 'steve.ginther@dor.mo.gov'; 'steven.perlstein@kobrekim.com'; 'steven.wilamowsky@bingham.com'; 'susheelkirpalani@quinnemanuel.com'; 'tarbit@cftc.gov'; 'tbrock@ssbb.com'; 'tetsuhiro.toomata@shinseibank.com'; 'timothy.white@mizuhocbus.com'; 'tkarcher@dl.com'; 'tkiriakos@mayerbrown.com'; 'tmacwright@whitecase.com'; 'tnixon@gklaw.com'; 'tslome@msek.com'; 'twatanabe@mofo.com'; 'vdagostino@lowenstein.com'; 'wbenzija@halperinlaw.net'; 'wfoster@milbank.com'; 'wheuer@dl.com'; 'whitej@sec.gov'; 'wisotska@pepperlaw.com'; 'wsmith@bocusa.com'; 'wtaylor@mccarter.com'; 'yasuhiko_imai@smbcgroup.com'

**EXHIBIT "B"**

| | |
|---|---|
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| ANDREW D VELEZ-RIVERA OFFICE OF THE TRUSTEE | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |
| HUA NAN COMMERCIAL BANK LTD | 2-2331-6741 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| 360 TREASURY SYSTEMS AG | CHRISTOPH PERGER, 708 THIRD AVE, 7TH FLOOR, NEW YORK, NY 10017 |
| ADVANCED SEC. | 95 PLAISTOW RD STE 211, PLAISTOW, NH 03865-2827 |
| ADVENT SOFTWARE | 600 TOWNSEND STREET, SAN FRANCISCO, CA 94103 |
| AE BRUGGEMANN | 101 MERRITT 7, NORWALK, CT 06851 |
| AEGIS SPECIALISTS | 39 VICTORIA STREET, LONDON, SW1H OEU GB |
| AIM SEC. | 425 N GLOSTER ST, TUPELO, MS 38804-3625 |
| ALPHA OFFICE PRODUCTS / STAPLES | 1801 WASHINGTON BLVD, BALTIMORE, MD 21230 |
| ALTERNATIVE BUSINESS ACCOMMODATIONS | 1650 BROADWAY, SUITE 501, NEW YORK, NY 10019 |
| AMEREX FLOOR | 512 7TH AVE FL 9, NEW YORK, NY 10018-0861 |
| AMEREX NATURAL GAS | ONE SUGAR CREEK CENTER BLVD., SUITE 700, SUGAR LAND, TX 77478 |
| AMEREX POWER | ONE SUGAR CREEK CENTER BLVD., SUITE 700, SUGAR LAND, TX 77478 |
| AMEREX SING | ONE SUGAR CREEK CENTER BLVD., SUITE 700, SUGAR LAND, TX 77478 |
| AMERIVEST PARTNERS - AMEX-1LB-STK | 40 WALL STREET, 45TH FLOOR, NEW YORK, NY 10005 |
| AMERIVEST PARTNERS-OPT TOTAL | 40 WALL STREET, 45TH FLOOR, NEW YORK, NY 10005 |
| ANDREWS & KURTH | 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| ARIZONA BILTMORE | 2400 EAST MISSOURI AVE, PHOENIX, AZ 85016 |
| AUSTIN TETRA INC. | 6333 NORTH HIGHWAY 161, SUITE 100, IRVING, TX 75038 |
| AUTOMATED SECURITIES | 545 WASHINGTON BLVD FL 7, JERSEY CITY, NJ 07310-1620 |
| AXIOM GLOBAL PARTNER | GLOBAL HEADQUARTERS, 75 9TH AVENUE, NEW YORK, NY 10011 |
| AXIS | 100 APOLLO DRIVE, CHELMSFORD, MA 01824 |
| BANC OF AMERICA SECURITIES | 600 MONTGOMERY ST, SAN FRANCISCO, CA 94111-2702 |
| BATS TRADING LEHM | 8050 MARSHALL DRIVE, STE. 120, LENEXA, KS 66214 |
| BAXTER FX | 5TH FLOOR, THE ANCHORAGE, 17-19 SIR JOHN ROGERSON'S QUAY, DUBLIN 2, IE |
| BGC FINANCIAL | 3232 HOBBS RD, AMARILLO, TX 79109-3224 |
| BGC INTERNATIONAL | ONE CHURCHILL PLACE, CANARY WHARF, LONDON, E14 5RD GB |
| BIDS TRADING L.P. | 111 BROADWAY, SUITE 1603, NEW YORK, NY 10006 |
| BLACKWATCH BROKERAGE, INC. | 321 SUMMER STREET, BOSTON, MA 02210 |
| BLACKWATCH BROKERAGE, INC. T-ROWE PIECE | 321 SUMMER STREET, BOSTON, MA 02210 |
| BOSS SEC. NOW BLOOM SEC. | 5100 S. EASTERN AVE., LOS ANGELES, CA 90040-2938 |
| BOSTON OPTIONS EXCHANGE | 111 N CANAL ST, CHICAGO, IL 60606-7218 |
| BRENDAN CRYAN | 227 E 69TH ST APT 4A, NEW YORK, NY 10021-5433 |
| BROADRIDGE | 1981 MARCUS AVE, NEW HYDE PARK, NY 11042-1038 |
| BROKERXPRESS | 218 N JEFFERSON ST, CHICAGO, IL 60661-1121 |
| CALYON FLOOR | 666 3RD AVE FL 9, NEW YORK, NY 10017-4059 |
| CANTOR | 110 EAST 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD - LEHB TOTAL | 110 EAST 59TH STREET, NEW YORK, NY 10022 |
| CARL KLIEM | 251 RTE D'ARLON, , L - 1150 LU |
| CASEY SECURITIES TOTAL | 2230 OAK KNOLL RD, NOVATO, CA 94947-2837 |
| CBOE TRANSACTION FEES | 400 SOUTH LASALLE STREET, CHICAGO, IL 60605 |
| CBOT BROKERAGE | 400 SOUTH LASALLE STREET, CHICAGO, IL 60605 |
| CBOT CLEARING | 400 SOUTH LASALLE STREET, CHICAGO, IL 60605 |
| CBOT EXCHANGE | 400 SOUTH LASALLE STREET, CHICAGO, IL 60605 |
| CHANCELLOR DOUGALL & CO. NEUB | 440 SOUTH LASALLE STREET, FL 4, CHICAGO, IL 60605 |
| CHANCELLOR DOUGALL & CO.(AM) | 440 SOUTH LASALLE STREET, FL 4, CHICAGO, IL 60605 |
| CHAPDELAINE CORP | 80 MAIDEN LN, NEW YORK, NY 10038 |
| CHARLES RIVER BROKERAGE, LLC. | 7 NEW ENGLAND EXECUTIVE PARK, BURLINGTON, MA 01803 |
| CHATHAM | 2214 VESPER CIR, CORONA, CA 92879-3519 |
| CHD MERIDIAN HEALTHCARE | 4 HILLMAN DRIVE, SUITE 130, CHADDS FORD, PA 19317 |
| CHOICE NGA | 5314 S YALE AVE, SUITE 1000, TULSA, OK 74135 |

| Claim Name | Address Information |
|---|---|
| CHOICE PWR | 1360 POST OAK BLVD., SUITE 2100,  HOUSTON, TX 77056-3023 |
| CLIFFTON INS SERVICES | 2445 REBECCA LYNN WAY,  SANTA CLARA, CA 95050-5582 |
| CLS BANK | 39 BROADWAY FL 29,  NEW YORK, NY 10006-3053 |
| CME BROKERAGE | 20 SOUTH WACKER,  CHICAGO, IL 60606 |
| CME EXCHANGE | 20 SOUTH WACKER,  CHICAGO, IL 60606 |
| CME GAINS | 20 SOUTH WACKER,  CHICAGO, IL 60606 |
| COHEN SPECIALISTS | 2 RECTOR STREET,  NEW YORK, NY 10016 |
| COMEX BROKERAGE | 145 FRONT ST.,  BRIDGEPORT, CT 06606 |
| COMEX EXCHANGE | 145 FRONT ST.,  BRIDGEPORT, CT 06606 |
| CONTACT NETWORK CORPORATION | 35 THOMSON PLACE T3,  BOSTON, MA 02210 |
| CORPORATE TRANSPORTATION GROUP | 335 BOND ST,  BROOKLYN, NY 11231 |
| CREDIT SUISSE SECURITIES(USA), LLC | 11 MADISON AVE,  NEW YORK, NY 10010 |
| CREDITEX INC | 875 THIRD AVENUE,29TH FLOOR,  NEW YORK, NY 10022 |
| CURRENEX | 1230 AVENUE OF THE AMERICAS,18TH FLOOR,  NEW YORK, NY 10020 |
| CUTTONE & CO | 111 BROADWAY,10TH FLOOR,  NEW YORK, NY 10006 |
| CUTTONE & CO (DI GIOVANNA) | 111 BROADWAY,10TH FLOOR,  NEW YORK, NY 10006 |
| D&D SECURITIES TOTAL | 1420 PRINCE ST,  ALEXANDRIA, VA 22314 |
| DEUTSCHE BORSE | NEUE B RSENSTRAÁE 1,  FRANKFURT AM MAIN,  60487 DE |
| DIRECT EDGE | 545 WASHINGTON BOULEVARD,  JERSEY CITY, NJ 07310 |
| DRU STOCK (TIMOTHY) | 11 WALL STREET,NYSE TRADING FLOOR XU – 20,  NEW YORK, NY 10005 |
| DTCC DERIVATIVES | 55 WATER ST,22ND FL.,  NEW YORK, NY 10041-0099 |
| DUKE CORPORATE EDUCATION INC | 310 BLACKWELL STREET,  DURHAM, NC 27701-3611 |
| EBS | 2 BURLINGTON ROAD,  DUBLIN 4,   IE |
| EEX SPOT FEES | AUGUSTUSPLATZ 9,  LEIPZIG,  04109 DE |
| ENLACE INT S.A. DE C.V. | PRIVADA A NO. 22,  ZAPOPAN,   MX |
| ENLACE MEXICO | PRIVADA A NO. 22,  ZAPOPAN,   MX |
| EQUITEC TOTAL | 111 W JACKSON BLVD FL 20,  CHICAGO, IL 60604-3856 |
| EROOM SECURITIES | 440 S LA SALLE ST,  CHICAGO, IL 60605 |
| ESI INTERNATIONAL INC | 901 NORTH GLEBE ROAD,SUITE 200,  ARLINGTON, VA 22203 |
| EUROBROKERS | 133 HOUNDSDITCH,  LONDON,   GB |
| EXANE SA | EXANE INC,640 FIFTH AVENUE, 15TH FLOOR,  NEW YORK, NY 10019 |
| FARINA & ASSO. (FARINA) | FARINA AND ASSOCIATES, LTD.,999 E. BASSE ROAD, SUITE 180-186,  SAN ANTONIO, TX 78209 |
| FARINA & ASSOC. (CROTTY) | FARINA AND ASSOCIATES, LTD.,999 E. BASSE ROAD, SUITE 180-186,  SAN ANTONIO, TX 78209 |
| FIDELITY INVESTMENTS | 601 RIVERSIDE AVENUE,SUITE 180-186,  JACKSONVILLE, FL 32204 |
| FINRA – ACT (RELATED TO CLEARANCE) | 1990 M ST. NW,  WASHINGTON, DC 20036 |
| FINRA – OTCBB | 1990 M ST. NW,  WASHINGTON, DC 20036 |
| FIS | FIDELITY NATIONAL INFORMATION SERVICES,601 RIVERSIDE AVENUE,  JACKSONVILLE, FL 32204 |
| FLEXTRADE | FLEXTRADE SYSTEMS INC.,111 GREAT NECK ROAD,SUITE 314,  GREAT NECK, NY 11021 |
| FLEXTRADE LLC-27821 | 111 GREAT NECK ROAD,SUITE 314,  GREAT NECK, NY 11021 |
| FLEXTRADE LLC-36002 | 111 GREAT NECK ROAD,SUITE 314,  GREAT NECK, NY 11021 |
| FORTIS CLEARING AMERICA'S LLC #333 | 175 W JACKSON BLVD,#400,  CHICAGO, IL 60604-3027 |
| FOX RIVER | FOX RIVER INSURANCE &,FINANCIAL SERVICES (FOX RIVER INSURANCE),2508 N RICHMOND ST,  APPLETON, WI 54911-1970 |
| FREEDOM INTL BROKERAGE | 181 UNIVERSITY AVENUE,SUITE 1500,  TORONTO, ON M5H 3M7 CA |
| FX ALL | 900 3RD AVENUE,THIRD FLOOR,  NEW YORK, NY 10022 |
| GA CREDIT, LLC | 390 5TH AVENUE,  NEW YORK, NY 10018-8104 |
| GA OPTIONS | CREDIT DERIVATIVES,390 FIFTH AVENUE,SUITE 410,  NEW YORK, NY 10018 |

| Claim Name | Address Information |
|---|---|
| GARBAN | GARBAN SECURITIES, LLC, HARBORSIDE FINANCIAL CENTER, JERSEY CITY, NJ 07311 |
| GFI | 3 CABOT ROAD, WAYLAND, MA 01778 |
| GFI BROKERS STRUCT | 3 CABOT ROAD, WAYLAND, MA 01778 |
| GFI BROKERS UK | 3 CABOT ROAD, WAYLAND, MA 01778 |
| GFI CLEARED BROKER | 3 CABOT ROAD, WAYLAND, MA 01778 |
| GFI GROUP INC - BLEH | 55 WATER STREET, NEW YORK, NY 10041 |
| GFI GROUP INC. - EDLB - TOTAL | 55 WATER STREET, NEW YORK, NY 10041 |
| GFI GROUP INC. - EDLBIS TOTAL | 55 WATER STREET, NEW YORK, NY 10041 |
| GFI GROUP INC. - EDLBSW - SWAPS | 55 WATER STREET, NEW YORK, NY 10041 |
| GLOBAL COAL | 9 KING STREET, LONDON, ECZV8EA GB |
| HAMILTON EXECUTIONS | 71 BROADWAY, APT 12J, NEW YORK, NY 10006-2608 |
| HEIGHTS PARTNERS INC. | 7 HUBERT STREET, APT 7A, NEW YORK, NY 10013 |
| HOT SPOT | 620 MAIN ST, PEETZ, CO 80747-9900 |
| HTR INC. (HYBRID TRADING & RESOURCES) | 790 WATERVLIET SHAKER RD # 8, LATHAM, NY 12110-2207 |
| ICAP | HARBORSIDE FINANCIAL CENTER,1100 PLAZA FIVE, 12TH FLOOR, JERSEY CITY, NJ 07311-4996 |
| ICAP (TX) | 1990 POST OAK BLVD, SUITE 740, HOUSTON, TX 77056 |
| ICAP - UK | 2 BROADGATE, LONDON, ECZM7UR GB |
| ICAP CORPORATES (ACCOUNT 90021) TOTAL | HARBORSIDE FINANCIAL CENTER,1100 PLAZA FIVE, 12TH FLOOR, JERSEY CITY, NJ 07311-4996 |
| ICAP CORPORATES (ACCOUNT 90081) TOTAL | HARBORSIDE FINANCIAL CENTER,1100 PLAZA FIVE, 12TH FLOOR, JERSEY CITY, NJ 07311-4996 |
| ICAP ENERGY AS | HARBORSIDE FINANCIAL CENTER,1100 PLAZA FIVE, 12TH FLOOR, JERSEY CITY, NJ 07311-4996 |
| ICAP HYDE | 2 BROADGATE, LONDON, EC2M 7UR GB |
| ICAP STRUCTURED | 2 BROADGATE, LONDON, EC2M 7UR GB |
| ICE BROKER | 45884 ASHFORD CIR, NOVI, MI 48374-3649 |
| ILS BROKERS LTD. | 56 AHAD HAAM, TEL AVIV-JAFFA, 65202 IL |
| INFA | 100 CARDINAL WAY, REDWOOD CITY, CA 94063 |
| INSTINET | 3 TIMES SQ, NEW YORK, NY 10036-6564 |
| ISE - EXPENSE | 60 BROAD ST., NEW YORK, NY 10004 |
| ISE- TRANSACTION FEES | 60 BROAD ST., NEW YORK, NY 10004 |
| ITG INC - BRLEHL, BRLE9 | 380 MADISON AVENUE, NEW YORK, NY 10017 |
| ITG INC - BRLEHO | 380 MADISON AVENUE, NEW YORK, NY 10017 |
| IVG | 20 EAST GREENWAY PLAZA, SUITE 400, HOUSTON, TX 77046 |
| J. STREICHER & CO. L.L.C. | 19 RECTOR ST FRNT, NEW YORK, NY 10006-2402 |
| JAMES MINTZ GROUP | 32 AVENUE OF THE AMERICAS,21ST FLOOR, NEW YORK, NY 10013 |
| JEFFERIES EXECUTION SERVICES INC | 30 BROAD STREET, NEW YORK, NY 10004 |
| JOHN DOYLE INC. | 5266 VALLEY CREEK LN NE, SILVERTON, OR 97381-9012 |
| KABRIK TRADING LLC (BILL LONG) #808 | 11 BROADWAY STE 814, NEW YORK, NY 10004-1366 |
| KAHN SECURITIES, INC. | 555 MADISON AVENUE,22ND FLOOR, NEW YORK, NY 10022-3301 |
| KELLOGG CAPITAL GROUP LLC | 55 BROADWAY,4TH FLOOR, NEW YORK, NY 10006 |
| LAVA LONDON | 415 HAMILTON ROAD, LONDON, ON CANADA |
| LAVA TRADING INC. | 95 MORTON ST, NEW YORK, NY 10014 |
| LCMC | 7000 NORTH SHELDON ROAD, CANTON, MI 48187 |
| LEK SECURITIES CORP | LEK SECURITIES CORPORATION,140 BROADWAY - 29TH FLOOR, NEW YORK, NY 10005 |
| LIBERTY LONDON | GREAT MALBOROUGH STREET, LONDON, WIB5AH GB |
| LINEDATA SERVICES INC | 260 FRANKLIN STREET, BOSTON, MA 02110 |
| LIQUIDITY PARTNERS | 4545 POST OAK PLACE, SUITE 217, HOUSTON, TX 77027 |
| LIQUIDPOINT, LLC | 311 SOUTH WACKER DRIVE,SUITE 4700, CHICAGO, IL 60606 |

| Claim Name | Address Information |
| --- | --- |
| LOUIS CAPITAL MARKETS | 500 FIFTH AVENUE, 20TH FLOOR,   NEW YORK, NY 10110 |
| LOUIS CAPITAL MARKETS ISE | 78 FLEET STREET, 2ND FLOOR,   LONDON,   EC4Y1HY GB |
| M&J SECURITIES  ( BOWEN ) | M & J SECURITIES,120 BROADWAY SUITE 918,   NEW YORK, NY 10271 |
| MACGREGOR GROUP INC.-27821 | 321 SUMMER ST.,   BOSTON, MA 02210 |
| MACGREGOR GROUP INC.-36002 | 321 SUMMER ST.,   BOSTON, MA 02210 |
| MAN CAPITAL | MAN CAPITAL CORPORATION,17 STATE STREET,18TH FLOOR,   NEW YORK, NY 10017 |
| MAN FIN LONDON | MAN GROUP PLC, SUGAR QUAY,LOWER THAMES STREET,   LONDON,   EC3R 6DU GB |
| MAN FINANCIAL | 440 S LA SALLE ST STE 2000,   CHICAGO, IL 60605 |
| MAN SECURITIES NOW MF GLOBAL SECURITIES, | INC.,MF GLOBAL - SECURITIES,440 SOUTH LASALLE STREET, 20TH FLOOR,   CHICAGO, IL 60605 |
| MAN SECURITIES NOW MF GLOBAL SECURITIES, | INC. (SWAPS),MF GLOBAL - SWAPS,440 SOUTH LASALLE STREET, 20TH FLOOR,   CHICAGO, IL 60605 |
| MARKET RESEARCH.COM PROFOUND | 11200 ROCKVILLE PIKE SUITE 504,   ROCKVILLE, MD 20852 |
| MARKETAXESS | 140 BROADWAY, 42ND FLOOR,   NEW YORK, NY 10005 |
| MAXCOR | 60 EAST 42ND STREET SUITE 2330,   NEW YORK, NY 10165 |
| MICROHEDGE | 1 S. WACKER DR. SUITE,   CHICAGO, IL 60606 |
| MNR (DROWST) USED TO BE TEAM FOR EQUITEC | 111 W. JACKSON BLVD. FL.,   CHICAGO, IL 60604 |
| MURPHY & DURIEU | 120 BROADWAY,   NEW YORK, NY 10005 |
| MURPHY & DURIEU (CONVERTIBLES) | 120 BROADWAY,   NEW YORK, NY 10005 |
| MURPHY & DURIEU (PREFERRED STOCK) | 120 BROADWAY,   NEW YORK, NY 10005 |
| NASDAQ -  ACES | THE NASDAQ STOCK MARKET, 4 TIMES SQUARE,43RD AND BROADWAY,   NEW YORK, NY 10036 |
| NASDAQ -  WORKSTATION | THE NASDAQ STOCK MARKET, 4 TIMES SQUARE,43RD AND BROADWAY,   NEW YORK, NY 10036 |
| NASDAQ - ACT  (CLEARANCE) TOTAL | THE NASDAQ STOCK MARKET, 4 TIMES SQUARE,43RD AND BROADWAY,   NEW YORK, NY 10036 |
| NEOVEST, INC | NEOVEST, INC. 1145 S. 800 EAST, SUITE 31,   OREM, UT 84097 |
| NEW YORK HILTON AT ROCKEFELLER CENTER | NEW YORK HILTON &,TOWERS AT ROCKEFELLER CENTER,1335 AVENUE OF AMERICAS,   NEW YORK, NY 10019 |
| NEWEDGE | NEWEDGE USA, LLC,630 FIFTH AVENUE,ROCKEFELLER CENTER, SUITE 500,   NEW YORK, NY 10111 |
| NEWEDGE SING BROK | NEWEDGE FINANCIAL SINGAPORE PTE. LTD.,80 ROBINSON ROAD #27-00,   ,   68898 SG |
| NEWSWIRE18 PVT LTD.* | NEWSWIRE18 PVT.LTD,FIRANGI KALI TOWERS,   KOLKATA,   700012 IN |
| NOVA COMMODITIES | 351 ELLIOTT RD,   BRIDGETOWN, NS B0S 1M0 CA |
| NYFIX INC.(NYFIX JAVELIN) | NYFIX INC,333 LUDLOW STREET,   STAMFORD, CT 06902 |
| NYFIX MILLENNIUM | 333 LUDLOW STREET,   STAMFORD, CT 06902 |
| NYMEX BROKERAGE | JOHN IANNELLI BROKER/PRINCIPAL,ONE NORTH END AVENUE, BOX 1061,   NEW YORK, NY 10282 |
| NYMEX EXCHANGE | ONE NORTH END AVENUE, BOX 1061,   NEW YORK, NY 10282 |
| NYSE ARCA - BULLETIN BOARD TRADES | THE METROPOLITAN CORPORATE COUNSEL, INC,INC. 1180 WYCHWOOD RD.,   MOUNTAINSIDE, NJ 07092 |
| NYSE ARCA OPTIONS | NYSE EURONEXT,11 WALL STREET,   NEW YORK, NY 10005 |
| NYSE ARCA USED TO BE PACIFIC TRANSACTION | FEES,NYSE EURONEXT,11 WALL STREET,   NEW YORK, NY 10005 |
| NYSE MARKET INC. | NYSE EURONEXT,11 WALL STREET,   NEW YORK, NY 10005 |
| OCEANCONNECT BROKER | JOANNE CONSTANTINE, MANAGER - AMERICAS,OCEANCONNECT.COM INC.,44 SOUTH BROADWAY, 6TH FLOOR,   WHITE PLAINS, NY 10601 |
| OMGEO-ALERT & OASYS | 55 WATER STREET, 48TH FLOOR,   NEW YORK, NY 10041 |
| ORDER EXECUTION SERVICES HOLDINGS, INC | 194 NASAU STREET, SUITE 30,   PRINCETON, NJ 08542 |
| PALI CAPITAL INC | 650 5TH AVE.,   NEW YORK, NY 10019 |
| PERMEO TECHNOLOGIES  INC. | 1501 S. MOPAC, BLDG. 1, STE. A200,   AUSTIN, TX 78746 |
| PGB | ADMINISTRATION BUILDING,158 ROUTE 206 NORTH,   GLADSTON, NJ 07934 |
| PHOENIX CAPITAL PART | 110 CHADDS FORD COMMONS,   CHADDS FORD, PA 19317 |

| Claim Name | Address Information |
|---|---|
| PMG | PAPER MONEY GUARANTY, LLC, P.O. BOX 4755, SARASOTA, FL 34230 |
| PORTWARE LLC. | 120 BROADWAY, NEW YORK, NY 10271 |
| PREBON | 101 HUDSON STREET, FLOOR 24, JERSEY CITY, NJ 07302-3915 |
| PREBON CANADA | 1 TORONTO STREET, SUITE 803, TORONTO, ON M5C 2V6 CA |
| PREBON FINANCIAL - 40/LBFIN TOTAL | IS NOW 03 ACCOUNT, 101 HUDSON STREET, FLOOR 24, JERSEY CITY, NJ 07302 |
| PREBON FINANCIAL - 90/LBFIN TOTAL | IS NOW 02 ACCOUNT, 101 HUDSON STREET, FLOOR 24, JERSEY CITY, NJ 07302 |
| PREBON FINANCIAL- 01 SWAPS | 101 HUDSON STREET, FLOOR 24, JERSEY CITY, NJ 07302 |
| PREBON UK | 155 BISHOPSGATE, LONDON, GB |
| PRIMEX ENERGY BROKER | KINGS HOUSE, 4TH FLOOR, 10 HAYMARKET, LONDON, GB |
| PTR INC. TOTAL | 141 W. JACKSON BOULEVARD, CHICAGO, IL 60604-2929 |
| PTR INC. TOTAL PHILLY | 1900 MARKET STREET, PHILADELPHIA, PA 19103 |
| PURE TRADING | 220 BAY STREET, 9TH FLOOR, TORONTO, ON M5J 2W4 CA |
| PVM OIL | 5 MARINE VIEW PLAZA, SUITE 207, HOBOKEN, NJ 07030 |
| RAFFERTY | RAFFERTY CAPITAL MARKETS, LLC, 59 HILTON AVENUE, GARDEN CITY, NY 11530 |
| RESPONSIVE DATA SOLUTIONS | 1331 H ST. NW, WASHINGTON, DC 20005 |
| REUTERS | THE REUTERS BLDG., CANARY WHARF, LONDON, E14 5EP GB |
| REUTERS TRANSACTION SVCS LTD -27821 | 85 FLEET STREET, LONDON, EC4P 4AJ GB |
| REUTERS TRANSACTION SVCS LTD -36002 | 85 FLEET STREET, LONDON, EC4P 4AJ GB |
| ROBERT PEARS INC | ROBERT G. PEARS & CO INC, 40 WALL STREET, FLOOR 34, NEW YORK, NY 10005-1325 |
| ROYALBLUE FINANCIAL | NOW FIDESSA CORPORATION, ONE OLD JEWRY, LONDON, EC2R 8DN GB |
| RS (CANADA REG. FEES) | RS CANADA INC, 164 OAKDALE ROAD, NORTH YORK, ON M3N 2S5 CA |
| RTFX | 2420 S KEDZIE AVENUE, CHICAGO, IL 60623 |
| RUSSELL REYNOLDS ASSOCIATES LIMITED | 200 PARK AVENUE, FLOOR 23, NEW YORK, NY 10166-2399 |
| SCS ENERGY | 3900 KILROY AIRPORT WAY, SUITE 100, LONG BEACH, CA 90806-6816 |
| SCS FLOOR | SCS FLOORING SYSTEMS, 6330 SAN VICENTE BLVD, LOS ANGELES, CA 90048-5425 |
| SECURITIES TECHNOLOGY ANALYSIS CENTER | 1507 E 53RD STREET, SUITE 806, CHICAGO, IL 60615 |
| SPECTRON | SPECTRON ENERGY INC, SUITE 2420, 525 WASHINGTON BOULEVARD, JERSEY CITY, NJ 07310 |
| SPECTRON UK | SPECTRON GROUP LIMITED, SPECTRON ENERGY, SERVICES LTD, SPECTRON COMMODITIES LTD, FIRST FLOOR, 4 GROSVENOR PLACE, LONDON, SW1X 7DL GB |
| SPECTRON UK OIL | SW1X 7DL, LONDON, GB |
| STANDARD REGISTER | P.O. BOX 1167, DAYTON, OH 45401-1167 |
| STOCK CLEARING CORP OF PHILLY | 1900 MARKET STREET, PHILADELPHIA, PA 19103-3527 |
| STREET ACCOUNT | 110 BUFFALO WAY, SUITE B, JACKSON, WY 83001 |
| STUDENT OPTIONS | 220 MONTGOMERY STREET, BASEMENT 2, SAN FRANCISCO, CA 94104-3459 |
| SUNGARD - #0079 | SUNGARD, 680 EAST SWEDESFORD ROAD, WAYNE, PA 19087 |
| SUNGARD - #7312 | SUNGARD, 680 EAST SWEDESFORD ROAD, WAYNE, PA 19087 |
| SUNGARD INSTITUTIONAL BROKERAGE INC | SUNGARD, 680 EAST SWEDESFORD ROAD, WAYNE, PA 19087 |
| SUNGARD/ AUTOMATED SECURITIES (NB) | 1008 VIRGIL AVENUE, RIDGEFIELD, NJ 07657-1602 |
| SYNTEX | ELEVEN GREENWAY PLAZA, SUITE 2700, HOUSTON, TX 77046 |
| TFS (GERMANY) | TFS GMBH, GROSSE ESCHENHEIMER STRABE 39/39A, FRANKFURT AM MAIN, 60313 DE |
| TFS (TX) | TFS ENERGY, 3050 POST OAK BLVD, SUITE 530, HOUSTON, TX 77056 |
| TFS - ICAP | 17 STATE STREET, FLOOR 41, NEW YORK, NY 10004-1501 |
| TFS DERIVATIVES CORPORATION | 17 STATE STREET, FLOOR 41, NEW YORK, NY 10004-1501 |
| TFS DERIVATIVES TOTAL | 17 STATE STREET, FLOOR 41, NEW YORK, NY 10004-1501 |
| TFS OIL | TFS ENERGY, 3050 POST OAK BLVD, SUITE 530, HOUSTON, TX 77056 |
| THOMAS WEISEL PARTNERS | 390 PARK AVE, FL 2, NEW YORK, NY 10055-4608 |
| THOMSON FINANCIAL NETWORKS | 195 BROADWAY, NEW YORK, NY 10007-3100 |
| TJM INVESTMENTS, LLC | 377 OAK ST, STE 208, GARDEN CITY, NY 11530-6542 |

| Claim Name | Address Information |
|---|---|
| TOKYO FOREX & UEDA HARLOW LTD. | 32 OLD SLIP FL 10,   NEW YORK, NY 10005-3500 |
| TORONTO STOCK EXCHANGE | PO BOX 450,3RD FLOOR, 130 KING STREET W.,   TORONTO, ON M5X 1J2 CA |
| TRADEBOT | TRADEBOT SYSTEMS INC,320 ARMOUR ROAD,STE 210,   KANSAS CITY, MO 64116-3544 |
| TRADEWEB | 2200 PLAZA FIVE,HARBORSIDE FINANCIAL CENTER,   JERSEY CITY, NJ 07311 |
| TRADING SCREEN INC. | 30 IRVING PLACE,4TH FLOOR,   NEW YORK, NY 10003 |
| TRANSACTION NETWORK SERVICES-27821 | 11480 COMMERCE PARK DRIVE,SUITE 600,   RESTON VIRGINIA, VA 20191 |
| TRANSACTION NETWORK SERVICES-36002 | 11480 COMMERCE PARK DRIVE,SUITE 600,   RESTON VIRGINIA, VA 20191 |
| TRANSACTION NETWORK SERVICES-43825 | 11480 COMMERCE PARK DRIVE,SUITE 600,   RESTON VIRGINIA, VA 20191 |
| TRIOPTIMA - CREDITS | 1212 AVENUE OF THE AMERICAS, 3RD FL,   NEW YORK, NY 10036 |
| TRIOPTIMA - RATES | 1212 AVENUE OF THE AMERICAS, 3RD FL,   NEW YORK, NY 10036 |
| TSI | 500 CARDIGAN ROAD,   SHOREVIEW, MN 55126 |
| TULLET LIBERTY SECURITIES INC. | 108 COPORATE PARK DRIVE,SUITE 205,   WHITE PLAINS, NY 10604 |
| TULLET LIBERTY SECURITIES TOTAL | NOW COLLINS STEWART,108 COPORATE PARK DRIVE,SUITE 205,   WHITE PLAINS, NY 10604 |
| TULLET NOW COLLINS STEWART | 108 COPORATE PARK DRIVE,SUITE 205,   WHITE PLAINS, NY 10604 |
| TULLET TRADEBLADE | 108 COPORATE PARK DRIVE,SUITE 205,   WHITE PLAINS, NY 10604 |
| TULLETT | 108 COPORATE PARK DRIVE,SUITE 205,   WHITE PLAINS, NY 10604 |
| TULLETT PREBON SING | 108 COPORATE PARK DRIVE,SUITE 205,   WHITE PLAINS, NY 10604 |
| UNITED (GAS) | PO BOX 13238,   MELBOURNE, VI 08010 AUSTRALIA |
| UNITED (OIL) | 220 EASTLAND DR. SO.,   TWIN FALLS, ID 83301 |
| VAULT | 500 2ND AVE N,   CLANTON, AL 35045-3421 |
| VYAPAR CAPITAL MARKET PARTNERS | 44 WALL STREET,FLOOR 21,   NEW YORK, NY 10005-2425 |
| WEISKOPF SILVER & CO. | 230 PARK AVENUE,SUITE 1550,   NEW YORK, NY 10169 |
| WHITAKER SECURITIES LLC | 233 BROADWAY,   NEW YORK, NY 10279-0001 |
| WILLIAM O'NEILL & CO. INC. | 12655 BEATRICE STREET,   LOS ANGELES, CA 90066 |
| X CHANGE FINANCIAL | X CHANGE FINANCIAL ACCESS LLC (XFA),440 S LASALLE STREET,SUITE 390,   CHICAGO, IL 60605-1028 |

**Total Creditor Count 255**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,   KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,   HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,   TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 33**