| | |
|---|---|
| Robert M. Hirsh, Esq. | **Hearing Date and Time:  November 5, 2008 at 10:00 a.m.** |
| George P. Angelich, Esq. | **Objection Deadline:  October 31, 2008 at 4:00 p.m.** |

ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for The Vanguard Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS, INC.,
*et al.*,

      Debtors.
-----------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION
      Creditor,

  v.

LEHMAN BROTHERS, INC.

      Defendant.
-----------------------------------------------------------x

Case No. 08-13555 (JMP)

Jointly Administered

Adv. Pro. No. 08-01420 (JMP)

**NOTICE OF HEARING TO CONSIDER THE
MOTION OF THE VANGUARD GROUP, INC. FOR CLARIFICATION
AND RECONSIDERATION PURSUANT TO FED. R. CIV. P. 59(e), 60(b),
SECTION 105(a) OF THE BANKRUPTCY CODE, AND S.D.N.Y. L.B.R. 9023-1(A) OF
THE ORDER APPROVING SALE OF ASSETS TO BARCLAYS CAPITAL INC.,
TO CLARIFY AND MODIFY SO MUCH OF THAT ORDER AS MAY HAVE
<u>APPROVED THE TRANSFER OF SALE PROCEEDS TO LW-LLP INC.</u>**

   PLEASE TAKE NOTICE that upon the Motion (the "Motion") of The Vanguard Group, Inc., ("Vanguard"), for Clarification and Reconsideration Pursuant to Fed. R. Civ. P. 59(e), 60(b), Section 105(a) of the Bankruptcy Code, and S.D.N.Y. L.B.R. 9023-1(a) of the Order Approving Sale of Assets to Barclays Capital Inc., to Clarify and Modify So Much Of That Order As May Have Approved the Transfer of Sale Proceeds to LW-LLP Inc., a hearing (the

NYC/404066.1

"Hearing") will be held on **November 5, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court (the "Bankruptcy Court"), One Bowling Green, Courtroom 601, New York, New York 10004-1408;

**PLEASE TAKE FURTHER NOTICE**, that the Motion has been previously served upon parties and has been electronically filed with the Clerk of the Bankruptcy Court and may be examined with a password on the Bankruptcy Court's electronic filing system on the Internet at http://www.nysb.uscourts.gov or by requesting copies of the Motion from the undersigned counsel for Vanguard at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be submitted in accordance with General Order M-182 (which may be found at www.nysb.uscourts.gov) and filed with the Bankruptcy Court, with a courtesy copy delivered to Judge Peck's chambers and served upon the attorneys for Vanguard, Arent Fox LLP, 1675 Broadway, New York, New York 10019 (Attention: Robert M. Hirsh, Esq.), so as to be received no later **4:00 p.m., October 31, 2008**.

Dated:   New York, New York
         October 7, 2008

                                          ARENT FOX LLP
                                          *Attorneys for Vanguard Group, Inc.*

                                          By:   */s/ Robert M. Hirsh*
                                                Robert M. Hirsh, Esq.
                                                George P. Angelich, Esq.
                                                1675 Broadway
                                                New York, NY 10019
                                                (212) 484-3900