Hearing Date: November 5, 2008 at 10:00 a.m.
Objection Deadline: October 31, 2008 4:00 p.m.

**TUCKER ARENSBERG, P.C.**
Bradley S. Tupi, Esq. (BST 1202)
Beverly Weiss Manne, Esq. (PA 34545)
Michael A. Shiner, Esq. (PA 78088)
Gary P. Hunt, Esq. (PA 23556)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                                                    ) Chapter 11 Case
                                                                          )
LEHMAN BROTHERS HOLDINGS, INC., et al.     ) Case No. 08-13555 (JMP)
                                                                          )
                                                                          ) Jointly Administered
            Debtors.                                              )
                                                                          )  Relates to Document No. 258
-------------------------------------------------------------x

### ORDER

Upon the Motion of the Federal Home Loan Bank of Pittsburgh ("FHLB") for Clarification and Relief From Judgment Pursuant to Fed. R. Civ. P. 60(b), Section 105(a) of the Bankruptcy Code, Regarding the Court's Order Approving the Sale of Assets to Barclays Capital Inc. With Respect to Non-Debtor Assets (the "Motion"), and the Responses thereto, and after notice and hearing, after due consideration, it is hereby ORDERED, ADJUDGED and DECREED that: (1) the Motion of is <u>GRANTED;</u> and (2) the Sale Order is hereby clarified and modified to specifically provide that assets of non-Debtors, including the assets belong to FHLB including the FHLB Collateral or proceeds thereof (as set forth in the Motion), and the assets of Lehman Brothers Special Financing, Inc. are not "Purchased Assets" that were sold to Purchaser Barclays Capital Inc.

Dated:

New York, New York

                                                                HONORABLE JAMES M. PECK
                                                                UNITED STATES BANKRUPTCY JUDGE

bf335561