Hearing Date: November 5, 2008 at 10:00 a.m.
Response Deadline: October 31, 2008 4:00 p.m.

**TUCKER ARENSBERG, P.C.**
Bradley S. Tupi, Esq. (BST 1202)
Beverly Weiss Manne, Esq. (PA 34545)
Michael A. Shiner, Esq. (PA 78088)
Gary P. Hunt, Esq. (PA 23556)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                      ) Chapter 11 Case
                                            )
LEHMAN BROTHERS HOLDINGS, INC., et al.      ) Case No. 08-13555 (JMP)
                                            )
                                            ) Jointly Administered
                        Debtors.            )
                                            ) Relates to Document No. 258
                                            )
----------------------------------------------------------------x

**NOTICE OF HEARING ON THE MOTION OF THE FEDERAL HOME LOAN BANK OF PITTSBURGH FOR CLARIFICATION, AND RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 60(b), SECTION 105(a) OF THE BANKRUPTCY CODE, REGARDING THE COURT'S ORDER APPROVING THE SALE OF ASSETS TO BARCLAYS CAPITAL INC. <u>WITH RESPECT TO NON-DEBTOR ASSETS</u>.**

PLEASE TAKE NOTICE that Federal Home Loan Bank of Pittsburgh., (the "FHLB"), by their counsel Tucker Arensberg, P.C., have filed a Motion for Clarification, and Relief from Judgment pursuant to Fed R. Civ. P. 60(b), Section 105(a) of the Bankruptcy Code, regarding the Court's Order Approving the Sale of Assets to Barclays Capital Inc. with respect to Non-Debtor Assets (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") to consider the relief requested in the Motion has been scheduled for 10:00 a.m. (Eastern Time) on November 5, 2008 before the Honorable James M. Peck, United States Bankruptcy Judge, in the United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, Courtroom 601, New York, New York, 10004-1408.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the local Rules for the United States Bankruptcy Court for the Southern District of New York and the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [docket no. 285]; (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) by all other parties in interest; (d) be submitted in hard copy form to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and (e) be served upon the following parties: (i) counsel for the Federal Home Loan Bank of Pittsburgh, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, Pennsylvania 15222, Attention: Beverly Weiss Manne, Esq., (ii) counsel for the Debtors, Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq., (iii) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq., (iv) counsel for Debtors' Postpetition Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq., and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attention: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq., and (v) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope Davis, , in each case so as to be **received no later than 4:00 p.m. (Eastern Time) on October 31, 2008 (the "Response Deadline")**.

PLEASE TAKE FURTHER NOTICE that only responses made in writing and timely filed and received by the Response Deadline will be considered by the Bankruptcy Court at the Hearing. If no responses to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: October 7, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　TUCKER ARENSBERG, P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ Bradley S. Tupi*
　　　　　　　　　　　　　　　　　　　　　Beverly Weiss Manne, Esq. (PA ID 34545)
　　　　　　　　　　　　　　　　　　　　　Bradley S. Tupi, Esq. (BST1202)
　　　　　　　　　　　　　　　　　　　　　Michael A. Shiner, Esq. (PA ID 78088)
　　　　　　　　　　　　　　　　　　　　　Gary P. Hunt, Esq. (PA ID 23556)
　　　　　　　　　　　　　　　　　　　　　Michael J. Stauber, Esq. (PA ID 201022)
　　　　　　　　　　　　　　　　　　　　　1500 One PPG Place
　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　(412) 566-1212
　　　　　　　　　　　　　　　　　　　　　bmanne@tuckerlaw.com
　　　　　　　　　　　　　　　　　　　　　btupi@tuckerlaw.com
　　　　　　　　　　　　　　　　　　　　　mshiner@tuckerlaw.com
　　　　　　　　　　　　　　　　　　　　　ghunt@tuckerlaw.com
　　　　　　　　　　　　　　　　　　　　　mstauber@tuckerlaw.com

　　　　　　　　　　　　　　　　　　　　　Counsel for Federal Home Loan Bank of Pittsburgh

BANK_FIN:336590-1 020260-138012