**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq (PA 34545)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                                       ) Chapter 11 Case
                                                                                    )
LEHMAN BROTHERS HOLDINGS, INC., et al.   ) Case No. 08-13555 (JMP)
                                                                                    )
                                                                                    ) Jointly Administered
                                       Debtors.                          )
                                                                                    ) Relates to Document No. 258
----------------------------------------------------------------x

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of Federal Home

Loan Bank of Pittsburgh's Motion for Relief from Judgment to be served by first class mail,

postage prepaid, by email and/or by first class Mail, postage prepaid, as follows:

      See Attached Service List

Dated: October 7, 2008

                                */s/ Beverly Weiss Manne*
                                Beverly Weiss Manne (PA ID 34545)
                                TUCKER ARENSBERG, P.C.
                                1500 One PPG Place
                                Pittsburgh, PA 15222
                                (412) 566-1212

                                Counsel for Federal Home Loan Bank of Pittsburgh

**STANDARD PARTIES SERVICE LIST – First Class Mail**

| | |
|---|---|
| Attorneys for Debtors<br>Weil Gotshal & Manges LLP<br>Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Richard Krasnow<br>767 Fifth Ave.<br>New York, NY 10153<br>Email: harvey.miller@weil.com<br>Email: jacqueline.marcus@weil.com<br>Email: shai.waisman@weil.com | Honorable James M. Peck ("Chambers")<br>Courtroom 601<br>One Bowling Green<br>New York, New York 10004 |
| U.S. Trustee<br>U.S. Trustee<br>Andy Velez-Rivera<br>Paul Schwartzberg,<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Milbank, Tweed, Hadley &<br>McCloy LLP,<br>Dennis F. Dunne<br>Dennis O'Donnell<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| Attorneys for Unsecured Creditors Committee<br>Quinn Emanuel Urquhart Oliver & Hedges<br>James Tecce<br>Susheel Kirpalani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212-849-7000<br>Fax : 212 849-7100<br>Email: jamestecce@quinnemanuel.com<br>Email: susheelkirpalani@quinnemanuel.com | Attorneys for DIP Lenders<br>Cleary Gotliebb LLP<br>Lindsee P. Granfield<br>**Lisa M. Schweitzer**<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>(212) 225-3999 (fax)<br>lschweitzer@cgsh.com<br>maofiling@cgsh.com |
| Attorneys for the SIPC Trustee<br>Hughes Hubbard & Reed LLP<br>Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York, NY 10004<br> (212) 837-6375<br>Fax : (212) 422-4726<br>Email: margolin@hugheshubbard.com | |