UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                                         :   Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al.,  :   08-13555
:
                                          Debtors.   :
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                          : ss.:
COUNTY OF NEW YORK  )

       MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

1. I am over the age of 18 years and not a party to this action.

2. On the 6th day of October, 2008 I served the annexed NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS upon:

Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Shai Waisman, Esq.
Richard Krasnow, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Honorable James M. Peck
Courtroom 601
One Bowling Green
New York, NY 10004

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

-2-

| | |
|---|---|
| James Tecee, Esq.<br>Susheel Kirpalani, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Lindsee P. Granfield, Esq.<br>Lisa M. Schweitzer, Esq.<br>Cleary Gotliebb LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Jeffrey S. Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell<br>125 Broad Street<br>New York, NY 10004 |

by depositing a true and correct copy thereof in the letter drop maintained by the United States Postal Service located at 1 Hanover Square, New York, New York 10005 enclosed in stamped, sealed envelopes addressed to the above-mentioned individuals.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
7th day of October, 2008

_____
Notary Public

NICOLE DELUTRI
Notary Public, State of New York
No. 01DE6160981
Qualified in Richmond County
Commission Expires Feb. 12, 2011