UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555-jmp <br> (Jointly Administered) <br><br> Honorable James M. Peck |

### NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE BY THE PENSION BENEFIT GUARANTY CORPORATION

PLEASE TAKE NOTICE that the Pension Benefit Guaranty Corporation ("PBGC"), a wholly-owned United States Government Corporation under 29 U.S.C. § 1302, an agency of the United States Government under 28 U.S.C. § 451 and 11 U.S.C. § 101(27), a creditor under 11 U.S.C. § 101(10), and a party in interest in the above-captioned case under 11 U.S.C. § 1109(b), hereby files this notice of appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Section 1109(b) of Title 11, United States Code and Bankruptcy Rules 2002(j)(4), 3017(d) and 9007, that notice of all matters which may come before the Court concerning the above-captioned case and debtor be given to and served upon PBGC as follows:

> Stephanie Thomas
> Assistant Chief Counsel
> Sara B. Eagle, Esq.
> Colin B. Albaugh, Esq.
> Pension Benefit Guaranty Corporation
> Office of the Chief Counsel
> 1200 K Street, N.W.
> Washington, D.C. 20005
> Phone: (202) 326-4020, ext. 3176
> Fax: (202) 326-4112
> Emails: albaugh.colin@pbgc.gov
>    eagle.sara@pbgc.gov
>    and efile@pbgc.gov

PLEASE TAKE FURTHER NOTICE that this entry of appearance and request for notice is without prejudice to PBGC's rights, remedies and claims against other entities or any objection that may be made to the jurisdiction or venue of the Court or venue of this case, and shall not be deemed or construed to be a waiver of PBGC's rights: (i) to have final orders and non-core matters entered only after *de novo* review by a district court, (ii) to trial by jury in any proceedings so triable in this case or in any controversy or proceeding related to this case, (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which PBGC is or may be entitled in law or in equity, all of which PBGC expressly reserves.

Dated: October 7, 2008  
       Washington, D.C.

Respectfully submitted,

/s/ Colin B. Albaugh  
Stephanie Thomas (ST6782)  
Assistant Chief Counsel  
Sara B. Eagle (SE7044)  
Attorney  
Colin B. Albaugh (CA3283)  
Attorney  
Pension Benefit Guaranty Corporation  
Office of the Chief Counsel  
1200 K Street, N.W., Suite 340  
Washington, D.C. 20005  
Phone: (202) 326-4020, ext. 3176  
Fax: (202) 326-4112  
Emails: albaugh.colin@pbgc.gov  
        eagle.sara@pbgc.gov  
        and efile@pbgc.gov