UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555-jmp <br> (Jointly Administered) <br><br> Honorable James M. Peck |

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2008, the Pension Benefit Guaranty Corporation's Notice of Appearance and Request for Electronic Notice, was mailed by first class mail, postage pre-paid, on the following:

The Honorable James M. Peck
United States Bankruptcy Court
 for the Southern District of New York
One Bowling Green
New York, NY 10004
Courtroom 601

Lehman Brothers Holdings, Inc.
745 Seventh Avenue
New York, NY 10019

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumota, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Lindsee P. Granfiled, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004


/s/ Colin B. Albaugh
Colin B. Albaugh
Attorney