Stephen B. Selbst
Elizabeth L. Rose
HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Attorneys for COMPAGNIE FINANCIERE TRADITION SA, *et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
In re:                              :
                                    :   Chapter 11
LEHMAN BROTHERS HOLDING INC., *et al.*, :
                                    :   Case No. 08-13555 (JMP)
        Debtors.                    :
                                    :   (Jointly Administered)
------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Objection Of Compagnie Financiere Tradition Sa To Debtor's Proposed Cure Amounts was sent first-class U.S. mail, postage prepaid, this 3rd day of October, 2008 to the following:

> Lori R. Fife, Esq.
> Shai Y. Waisman, Esq.
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153-0119
> *Counsel to the Debtors*
>
> Jeffrey S. Morgolin, Esq.
> Hughes Hubbard & Reed LLP
> One Battery Park Plaza
> New York, NY 10004
> *Counsel to the SIPC Trustee*
>
> Lindsee P. Granfield, Esq.
> Lisa M. Schweitzer, Esq.
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, NY 10006
> *Counsel to the Purchaser*

HF 4390576v.1 #13592/0001

Tracy Hope Davis, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005-1401
*Counsel to the Official Committee of Unsecured Creditors*

/s/Michael Friedman
Michael Friedman

HF 4390576v.1 #13592/0001