**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
:
In re:                                                      :
:
Lehman Brothers Holdings, Inc.           :        Chapter 11
:
    Debtor.                                    :        Case No. 08-13555  (JMP)
:
:
-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                        ) ss.:
County of New York  )

        Laura Guido, being duly sworn, deposes and says:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas,

New York, NY  10104.

        2.    On October 3, 2008, I caused to be served a true and correct copy of the

following document upon the parties listed on <u>Exhibit A</u> attached hereto by overnight courier:

- Objection of CB Richard Ellis, Inc. to Debtors' Notice of Assumption and Assignments Of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser.

                                         /s/ Laura Guido
                                         Laura Guido

Sworn to before me on this
<u>7th</u> day of October 2008

/s/ Robin Riley
Notary Public

ROBIN RILEY
Notary Public, State of New York
No. 01RI6127004
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 23, 2009

ny-838118

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:    Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn:    Andrew D. Velez-Rivera, Esq.
         Paul K. Schwartzberg, Esq.
         Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Harvey Miller, Esq.
         Shai Waisman, Esq.
         Jacqueline Marcus, Esq.

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:    James B. Kobak, Jr.
         Christopher K. Kiplok, Esq.
         Jeffrey S. Margolin, Esq.

Cleary, Gottlieb, Steen and Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:    Lindsee Granfield, Esq.
         Lisa Schweitzer, Esq.