**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------x
                                              :
In re:                                        :
                                              :
Lehman Brothers Holdings, Inc.                :        Chapter 11
                                              :
          Debtor.                             :        Case No. 08-13555  (JMP)
                                              :
                                              :
-----------------------------------------------------x
```

<u>AFFIDAVIT OF SERVICE</u>

State of New York        )
                                    )        ss.:
County of New York       )

        Laura Guido, being duly sworn, deposes and says:

        1.       I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas,

New York, NY  10104.

        2.       On October 2, 2008, I caused to be served a true and correct copy of the

following document upon the parties listed on <u>Exhibit A</u> attached hereto by pre-paid first class U.S. mail:

- Notice of Appearance and Request for Service of All Pleadings and Documents [filed on behalf of Fondo Latinoamericano de Reservas, Individually and as a Trustee].

/s/ Laura Guido        
Laura Guido

Sworn to before me on this
<u>7th</u> day of October 2008

/s/ Robin Riley       
Notary Public

ROBIN RILEY
Notary Public, State of New York
No. 01RI6127004
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 23, 2009

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:    Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn:    Andrew D. Velez-Rivera, Esq.
         Paul K. Schwartzberg, Esq.
         Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:    Harvey Miller, Esq.
         Shai Waisman, Esq.
         Jacqueline Marcus, Esq.

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn:    Herb Baer

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:    James B. Kobak, Jr.
         Christopher K. Kiplok
         Jeffrey S. Margolin

Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn:    James Tecce
         Susheel Kirpalani