Greg T. Kupniewski (PA Bar No. 89872)
FLASTER/GREENBERG P.C.
Eight Penn Center, 15th Floor
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: (215) 279-9907
Facsimile: (215) 279-9394
Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al., | Case Nos. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Greg T. Kupniewski, a member in good standing of the bar in the Commonwealth of Pennsylvania and the bar in the State of New Jersey, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent American Express Travel Related Services Company, Inc. in the above referenced case.

Mailing address: Eight Penn Center, 1628 John F. Kennedy Blvd., 15th Floor, Philadelphia, PA 19103;

E-mail address: greg.kupniewski@flastergreenberg.com; Telephone number: (215) 279-9907. The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

FLASTER/GREENBERG P.C.

Dated:  October 2, 2008

*/s/ Greg T. Kupniewski*
Greg T. Kupniewski
Eight Penn Center
1628 John F. Kennedy Blvd., 15th Floor
Philadelphia, PA 19103

Attorneys for American Express Travel
Related Services Company, Inc.

Greg T. Kupniewski (PA Bar No. 89872)
FLASTER/GREENBERG P.C.
Eight Penn Center, 15th Floor
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: (215) 279-9907
Facsimile:  (215) 279-9394
Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al., | Case Nos. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

IT IS HEREBY ORDERED that, Greg T. Kupniewski, Esquire is admitted to practice, *pro hac vice*, in the above captioned case in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2008
         New York, New York

                                                                                   _____
                                                                                   THE HONORABLE JAMES M. PECK
                                                                                   UNITED STATES BANKRUPTCY JUDGE