**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                           :

**In re**                                           :        **Chapter 11 Case No.**

                                           :

**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,   :        **Case No. 08-13555 (JMP)**

                                           :

        **Debtors.**                           :        **(Jointly Administered)**

                                           :

------------------------------------------------------------------------x        **Ref. Docket No. 527**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                               ) ss.:
COUNTY OF NEW YORK   )

        BRIDGET GALLERIE, being duly sworn, deposes and says:

        1.     I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

        2.     On October 2, 2008, I caused to be served true and correct copies of the *Objection to Cure Amount, filed by MSCI Inc., f/k/a Morgan Stanley Capital International Inc.*, dated October 2, 2008 [Docket No. 527], by causing true and correct copies to be delivered via overnight courier and email upon:

        (a)     Weil, Gotshal & Manges LLP
                    767 Fifth Avenue
                    New York, NY 10153
                    Attn:   Lori R. Fife, Esq.
                             Shai Y. Waisman, Esq.
                    Lori.fife@weil.com
                    Shai.waisman@weil.com

        (b)     Hughes Hubbard & Reed LLP
                    One Battery Park Plaza
                    New York, NY 10004
                    Attn:   Jeffrey S. Margolin, Esq.
                    margolin@hugheshubbard.com

        (c)     Cleary Gottlieb Steen & Hamilton LLP
                    One Liberty Plaza
                    New York, NY 10006

Attn:   Lindsee P. Granfield, Esq.
         Lisa M. Schweitzer, Esq.
       lgranfield@cgsh.com
       lschweitzer@cgsh.com

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


/s/ Bridget Gallerie
Bridget Gallerie

Sworn to before me this
6th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009