**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
                     )  ss: Hartford
COUNTY OF HARTFORD   )

Linda J. Miller, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at One State Street, Hartford, Connecticut 06103.

2. That on the 29th day of September, 2008, I caused to be served a true copy of (i) Notice of Appearance and Request for Service of Papers [Doc. I.D. #413] and (ii) Motion of Metropolitan Life Insurance Company for Entry of an Order Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall [Doc. I.D. #416] by U.S. Mail, first class postage prepaid, upon those parties listed on the attached Service List A and by electronic transmission upon those parties listed on the attached Service List B.

/s/Linda J. Miller
Linda J. Miller

Sworn to before me this
7th day of October, 2008

/s/Holly R. Gionfriddo
Holly R. Gionfriddo
Notary Public, State of Connecticut
My Commission Expires: 6/30/2011

A/72675276.1

## Service List A

WEIL GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Esq.
  Lori R. Fife, Esq.
  Shai Y. Waisman, Esq.
  Jacqueline Marcus, Esq.

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
  Hydee R. Feldstein, Esq.

THE OFFICE OF THE UNITED STATES TRUSTEE
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera
  Paul Schwartzberg
  Brian Masumoto
  Linda Rifkin
  Tracy Hope Davis

ARENT FOX LLP
1675 Broadway
New York, NY 10019
Attention: Robert M. Hirsh
  George P. Angelich

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
  Dennis O'Donnell, Esq.

ARMSTRONG TEASDALE LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740
Attention: Steven N. Cousins, Esq.
  Susan K. Ehlers, Esq.

CLEARY GOTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
  Lisa Schweiger, Esq.

BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
Attention: Frank F. McGinn

BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Attention:  Edward J. LoBello, Esq.

COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018
Attention:  Michael B. Hopkins, Esq.
            Dianne F. Coffino, Esq.
            Amanda Raboy, Esq.

CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY  10281
Attention:  Deryck A. Palmer, Esq.
            John J. Rapisardi, Esq.
            George A. Davis, Esq.
            Gary D. Ticoll, Esq.
            Howard R. Hawkins, Esq.
            Ellen M. Halstead, Esq.
            Israel Dahan, Esq.
            Hanh V. Huynh, Esq.

CRAVATH, SWAINE & MOORE LLLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Attention:  Richard Levin, Esq.
            Robert H. Trust, Esq.

CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, NY  10012
Attention:  Howard Seife
            David M. LeMay
            Andrew Rosenblatt

DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY  10022
Attention:  My Chi To, Esq.
            Maureen Cronin, Esq.

CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, IL  60603
Attn:  James E. Spiotto
       Ann E. Acker
       Franklin H. Top, III
       James Heiser

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY  10019
Attention:  Martin J. Bienenstock, Esq.
            Judy G.Z. Liu, Esq.
            Timothy Q. Karcher, Esq.
            P. Bruce Wright, Esq.
            Elizabeth Page Smith, Esq.
            Irena M. Goldstein, Esq.
            William C. Heuer, Esq.

| | |
|---|---|
| FEDERAL RESERVE BANK OF NEW YORK<br>33 Liberty Street<br>New York, NY  10045-001<br>Attention:  Shari D. Leventhal | GODFREY & KAHN, S.C.<br>780 North Water Street<br>Milwaukee, WI 53202<br>Attn:  Timothy F. Nixon, Esq. |
| FILARDI LAW OFFICES LLC<br>65 Trumbull Street<br>Second Floor<br>New Haven, CT  06510<br>Attention:  Charles J. Filardi, Jr. | GOULSTON & STORRS, P.C.<br>400 Atlantic Avenue<br>Boston, MA  02110-3333<br>Attention:  James F. Wallack, Esq.<br>           Douglas B. Rosner, Esq.<br>           Gregory O. Kaden, Esq. |
| FREEBORN & PETERS LLP<br>311 South Wacker Drive, Suite 3000<br>Chicago, IL  60606<br>Attention:  Aaron L. Hammer, Esq.<br>           Devon J. Eggert, Esq. | GREEN TREE SERVICING LLC<br>345 St. Peter Street<br>1100 Landmark Towers<br>Saint Paul, MN  55102+1639<br>Attention:  Brian Corey |
| GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10016<br>Attention:  Michael A. Rosenthal, Esq.<br>           Janet M. Weiss, Esq. | HALPERIN BATTAGLIA RAICHT, LLP<br>555 Madison Avenue, 9th Floor<br>New York, NY  10022<br>Attention:  Walter Benzija, Esq.<br>           Julie D. Dyas, Esq. |

/72662308.1

| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>195 Broadway<br>New York, NY  10007-3189<br>Attention:  Peter A. Zisser, Esq. | KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY  10178<br>Attention:  James S. Carr, Esq. |
| HOLLAND & KNIGHT<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, DC 20006<br>Attention:  Richard E. Lear, Esq. | KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY  10022<br>Attention:  Michael S. Kim<br>          Robert W. Henoch<br>          Andrew C. Lourie<br>          Steven W. Perlstein<br>          Ian N. Levy |
| KATHRYN SHROEDER<br>ARAPAHOE COUNTY ATTORNEY<br>Arapahoe County<br>5334 S. Prince Street<br>Littleton, CO  80166<br>Attention:  George Rosenberg | LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, WA  98101-2338<br>Attention:  Charles R. Ekberg |
| KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY  10022<br>Attention:  Madlyn Gleich Primoff<br>          Scott D. Talmadge | LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY  10022<br>Attention:  Keith A. Simon |

/72662308.1

LATHAM & WATKINS
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Attention: David S. Heller
J. Douglas Bacon

LOWENSTEIN SANDLER PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10020
Attention: Ira M. Levee

LAW OFFICES OF ROBERT E. LUNA, P.C.
4411 N. Central Expressway
Dallas, TX 75205
Attention: Andrea Sheehan, Esq.

LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Attention: Ira M. Levee
Kenneth A. Rosen, Esq.
Vincent A. D'Agostino, Esq.
Eric H. Horn

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
Attention: John P. Dillman
Elizabeth Weller

MAYER BROWN LLP
1675 Broadway
New York, NY 10019
Attention: Frederick D. Hyman, Esq.
Amit Trehan, Esq.
Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Antonia Golianopoulos, Esq.

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP
1949 South I.H. 35
P.O. Box 17428
Austin, TX 78760
Attention: Diane W. Sanders

MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Attention: Thomas S. Kiriakos, Esq.
Melissa A. Mickey, Esq.

./72662308.1

McCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street
Wilmington, DE  19801
Attention:  Katharine L. Mayer, Esq.

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY  11530
Attention:  Thomas R. Slome

McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ  07101-0652
Attention: Eduardo J. Glas

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Attention:  Howard S. Beltzer, Esq.

McGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Attention:  Dion W. Hayes

MUNSCH HARDT KOPF & HARR, P.C.
One American Center
600 Congress Avenue, Suite 2900
Austin, TX  78701-3057
Attention:  Russell L. Munsch

McGUIRE WOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY  10105
Attention:  Patrick L. Hayden

MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX  75201-6659
Attention:  Kevin M. Lippman

/72662308.1

| | |
|---|---|
| NORMANDY HILL CAPITAL, L.P.<br>150 East 52nd Street, 10th Floor<br>New York, NY  10022<br>Attention:  Matthew A. Cantor, Esq. | PEPPER HAMILTON LLP<br>100 Renaissance Center, Suite 3600<br>Detroit, MU  48243-1157<br>Attention:  Kay Standridge Kress<br>              Deborah Kovsky-Apap |
| OFFICE OF THRIFT SUPERVISION<br>1700 G Street, N.W.<br>Washington, DC  20552<br>Attention:  Dirk S. Roberts | PLATZER, SWERGOLD, KARLIN, LEVINE,<br>GOLDBERG & JASLOW, LLP<br>1065 Avenue of the Americas, 18th Floor<br>New York, NY  10018<br>Attention: Sydney G. Platzer, Esq. |
| OFFICE OF THRIFT SUPERVISION<br>Harborside Financial Center Plaza Five<br>Jersey City, NJ  07311<br>Attention:  Martin Jefferson Davis | POLSINELLI SHALTON<br>FLANIGAN SUELTHAUS PC<br>7 Penn Plaza, Suite 600<br>New York, NY  10001<br>Attention:  Daniel J. Flanigan<br>              James E. Bird |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>75 East 55th Street<br>New York, NY  10022-3205<br>Attention:  Harvey A. Strickon | POLSINELLI SHALTON<br>FLANIGAN SUELTHAUS PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, DE  19801<br>Attention:  Christopher A. Ward |

/72662308.1

POLSINELLI SHALTON
FLANIGAN SUELTHAUS PC
700 W. 47th Street, Suite 1000
Kansas City, MO  64112
Attention:  Daniel J. Flanigan

REED SMITH LLP
1201 N. Market Street
Suite 1500
Wilmington, DE  19801
Attn:  Kurt F. Gwynne, Esq.
          J. Cory Falgowski, Esq.

PRYOR CASHMAN LLP
410 Park Avenue
New York, NY  10022
Attention:  Robert M. Fleischer
          Mark R. Jacobs
          David C. Rose

RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154-1192
Attention:  Joseph E. Shickich, Jr.

RABINOWITZ, LUBETKIN & TULLY, L.L.C
293 Eisenhower Parkway, Suite 100
Livingston, NJ
Attention:  Jonathan I. Rabinowitz

SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, NY  10169
Attention:  Christopher R. Belmonte
          Timothy T. Brock
          Pamela A. Bosswick
          Abigail Snow

REED SMITH LLP
599 Lexington Avenue
New York, NY  10022
Attention:  Paul A. Rachmuth, Esq.
          Luma Al-Shibib, Esq.

SALANS
620 Fifth Avenue
New York, NY  10020
Attention:  Claude Montgomery, Esq.
          Lee P. Whidden, Esq.

| | |
|---|---|
| SHENWICK & ASSOCIATES<br>655 Third Avenue, 20th Floor<br>New York, NY 10017<br>Attention: James H. Shenwick, Esq. | The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>Attn: Monique L. Morreale, Esq. |
| SHEPPARD, MULLIN,<br>RICHTER & HAMPTON, LLP<br>30 Rockefeller Plaza, 24th Floor<br>New York, NY 10112<br>Attention: Carren Shulman, Esq.<br>            Russel Reid, Esq. | THE WILSON LAW FIRM, P.C.<br>Atlanta Plaza, Suite 3250<br>950 East Paces Ferry Road<br>Atlanta, GA 30326<br>Attention: L. Matt Wilson, Esq. |
| STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>Attention: Chester B. Salomon, Esq.<br>            Constantine D. Pourakis, Esq. | THOMPSON & KNIGHT LLP<br>919 Third Avenue, 39th Floor<br>New York, NY 10022-3915<br>Attention: Ira L. Herman<br>            Demetra L. Liggins |
| STROOCK & STROOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>Attention: Mark A. Speiser<br>            Sherry J. Millman | THOMPSON & KNIGHT LLP<br>333 Clay Street, Suite 3300<br>Houston, TX 77002-4499<br>Attention: Rhett G. Campbell |

./72662308.1

TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Attention:  Hollace T. Cohen, Esq.
            Paul H. Deutch, Esq.

WINSTON & STRAWN LLP
200 Park Avenue
New York, New York  10166-4193
Attn:  Carey D. Schreiber

VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Attention:  Michael J. Edelman
            Erin Zavalkoff-Babej

WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Attn:  Daniel J. McGuire
       Myja K. Kjaer

WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY  10019-6150
Attention:  Harold S. Novikoff, Esq.
            Richard G. Mason, Esq.
            Joshua A. Feltman, Esq.
            Amy Wolf, Esq.

WOLFF & SAMSON PC
The Offices At Crystal Lake
One Boland Drive
West Orange, NJ  07052
Attention:  David N. Ravin, Esq.
            Robert E. Nies, Esq.

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
Attention:  Marc Abrams, Esq.
            Shelley Chapman, Esq.
            Benito Romano, Esq.

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524<br>Attn: Michael S. Stamer<br>       Philip C. Dublin<br>       Meredith A. Lahaie | CUMMINGS & LOCKWOOD LLC<br>Six Landmark Square<br>Stamford, CT 06901<br>Attn: John F. Carberry |
| ANDREW M. CUOMO<br>Attorney General of the State of NY<br>Attorney for The NY State Dept. of<br>  Taxation and Finance<br>120 Broadway - 24th Floor<br>New York, NY 10271<br>Attn: Neal S. Mann<br>      Assistant Attorney General | DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, New York 10017<br>Attn: Karen E. Wagner<br>      Abraham Gesser<br>      James I. McClammy |
| ARNALL GOLDEN GREGORY LLP<br>171 17th Street NW, Suite 2100<br>Atlanta, GA 30363-1031<br>Attn: Darryl S. Laddin<br>      Frank N. White | DRINKER BIDDLE & REATH LLP<br>500 Campus Drive<br>Florham Park, NJ 07932-1047<br>Attn: Robert K. Malone, Esq.<br>      Douglas J. McGill, Esq. |
| CADWALADER, WICKERSHAM & TAFT LLP<br>1201 F Street, N.W., Suite 1100<br>Washington, DC 20004<br>Attn: Mark C. Ellenberg | FEDERAL HOME LOAN MORTGAGE<br>  CORPORATION<br>8200 Jones Branch Drive – MS202<br>McLean, Virgina 22102<br>Attn: George Kielman<br>      Associate General Counsel for Litigation |

| | |
|---|---|
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>Attn: David M. Friedman, Esq.<br>David S. Rosner, Esq.<br>Andrew K. Glenn, Esq. | TISHMAN SPEYER PROPERTIES, L.P.<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Attn: Michael Benner, Esq.<br>Ann Menard, Esq.<br>Bradley Turk, Esq.<br>Ned Bannon |
| NIXON PEABODY, LLP<br>437 Madison Avenue<br>New York, NY 10022<br>Attn: Christopher M. Desiderio | VINSON & ELKINS LLP<br>666 Fifth Avenue, 26th Floor<br>New York, NY 10103<br>Attn: Dov Kleiner, Esq. |
| NIXON PEABODY, LLP<br>100 Summer Street<br>Boston, MA 02110<br>Attn: Amanda Darwin | CONTRARIAN CAPITAL MANAGEMENT, L.L.C.<br>411 West Putnam Avenue, Suite 425<br>Greenwich, CT 06830<br>Attn: Ethan Schwartz |
| SHEAK KORZUN, P.C.<br>1 Washington Crossing Road<br>Pennington, NJ 08534<br>Attn: Timothy J. Korzun, Esq. | WHITE & CASE LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>Attn: Philip John Nichols |

/72662308.1

WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131
Attn:  Thomas E. MacWright Jr.
         Aileen Venes

MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Attn:  John A. Pintarelli, Esq.
         Jordan A. Wishnew, Esq.

Brookfield Properties One WFC Co. LLC
Vice President, Leasing Counsel
New York Region
Three World Financial Center
200 Vesey Street
New York, NY  10281-1021
Attn:  Monica Lawless

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Attn:  J.R. Smith
         Jason W. Harbour

HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado  80203
Attn:  Bradford E. Dempsey, Esq.

LAW OFFICES OF GABRIEL DEL VIRGINIA
641 Lexington Avenue - 21st Floor
New York, NY  10022
Attn:  Gabriel Del Virginia, Esq.

STAHL ZELOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia  22030
Attn:  Richard J. Stahl, Esq.

MISSOURI DEPT. OF REVENUE
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO  65105-0475
Attn:  Steven A. Ginther

BUTZEL LONG, a professional corporation
380 Madison Avenue, 22nd Floor
New York, NY  10017
Attn:  Eric B. Fisher, Esq.
          Robert Sidorsky, Esq.

THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas  75201-2533
Attn:  David M. Bennett

DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036
Attn:  Glenn E. Siegel
          Donald M. Badaczewski

RUSSELL INVESTMENTS
909 A Street
Tacoma, Washington  98402-5120
Attn:  Eliot Cohen

EMMET, MARVIN & MARTIN, LLP
120 Broadway
New York, New York  10271
Attn:  Edward P. Zujkowski, Esq.

## SERVICE LIST B

LMarinuzzi@mofo.com; masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp;