**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
: 
In re:                                             :
                                                   :
Lehman Brothers Holdings, Inc.      :          Chapter 11
                                                   :
        Debtor.                            :          Case No. 08-13555  (JMP)
                                                   :
                                                   :
-------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                                )   ss.:
County of New York  )

        Douglas Keeton, being duly sworn, deposes and says:

        1.      I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas,

New York, NY  10104.

        2.      On October 7, 2008, I caused to be served a true and correct copy of the

following document upon the parties listed on Exhibit A attached hereto by pre-paid first class U.S. mail:

- Notice of Appearance and Request for Service of All Pleadings and Documents [filed on behalf of the Informal Group of Taiwan Financial Institutions].

                                                    /s/ Douglas Keeton
                                                    Douglas Keeton

Sworn to before me on this
<u>7th</u> day of October 2008


/s/ Melissa Hager
Notary Public

MELISSA A. HAGER
Notary Public, State of New York
No. 02HA5024023
Qualified in New York County
Commission Expires February 22, 2010


ny-838093

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn:   Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn:   Andrew D. Velez-Rivera, Esq.
        Paul K. Schwartzberg, Esq.
        Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey Miller, Esq.
        Shai Waisman, Esq.
        Jacqueline Marcus, Esq.

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
Attn:   Herb Baer

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:   James B. Kobak, Jr.
        Christopher K. Kiplok
        Jeffrey S. Margolin

Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn:   James Tecce, Esq.
        Susheel Kirpalani

ny-838093