David S. Rosner (DR-4214)
Andrew K. Glenn (AG-9934)
KASOWITZ, BENSON, TORRES
 & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Bay Harbour Management L.C., Bay Harbour Master Ltd.,
Trophy Hunter Investments, Ltd., BHCO Master, Ltd.,
MSS Distressed & Opportunities 2 and Institutional Benchmarks

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>　　　　　　　　Debtor. | Chapter 11 Case<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| SECURITIES INVESTOR PROTECTION<br>CORPORATION,<br>　　　　　　Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS INC.,<br><br>　　　　　　　　Debtors. | Adversary Proceeding No.<br><br>08-01420 (JMP) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 3, 2008, I caused the service of a true and correct copy of the *Objection of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks to Cure Amount* upon the parties listed on *Exhibit A* in the manner set forth thereon:

Dated: New York, New York
　　　　October 7, 2008

　　　　　　　　　　　　　　　　/s/ Alan Lungen
　　　　　　　　　　　　　　　　Alan Lungen

**Exhibit A**

*Via E-mail, Facsimile and Hand Delivery*
Lori Fife, Esq.
Shai Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8007
lori.fife@weil.com
shai.waisman@weil.com

*Via E-mail and Facsimile*
Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 422-4726
margolin@hugheshubbard.com

*Via E-mail and Facsimile*
Lisa M. Schweitzer, Esq.
Lindsee Granfield, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-3999
lschweitzer@cgsh.com
lgranfield@cgsh.com