SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Sally McDonald Henry

Attorneys for Chicago Mercantile Exchange Inc.,
New York Mercantile Exchange, Inc., Board of Trade
of the City of Chicago, Inc., CME Group Inc.,
Commodity Exchange, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
                                                               :
                                                               :
In re LEHMAN BROTHERS                     :    Chapter 11
    HOLDINGS INC., et al.,               :    Case No. 08-13555 (JMP)
                                                               :
            Debtors.                :
                                                               :    (Jointly Administered)
---------------------------------------------------------------:
                                                               :
                                                               :
                                                               :
                                                               :
SECURITIES INVESTOR PROTECTION            :
CORPORATION,                              :
            Plaintiff,                   :    Adversary Proceeding No.
                                                               :    08-01420 (JMP)
    v.                                    :
LEHMAN BROTHERS INC.                      :
            Debtor.                      :
                                                               :
            Debtors.                     :
                                                               :
---------------------------------------------------------------:

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      }
                                            }ss:
COUNTY OF NEW YORK   }

         BRIAN HARDEN, being duly sworn, deposes and says:

         1.     I am not a party to this action, am over 18 years of and reside in New York County, New York.

         2.     On October 3, 2008, I caused a true and correct copy of the Supplemental Objection Of The Chicago Mercantile Exchange To Cure Amounts In Connection With The Assumption And Assignment Of Contracts upon the parties listed on the attached Exhibit A, via first class United States Mail, postage prepaid.

         3.     On October 7, 2008, I caused a true and correct copy of the Supplemental Objection Of The Chicago Mercantile Exchange To Cure Amounts In Connection With The Assumption And Assignment Of Contracts upon the parties listed on the attached Exhibit B, via Federal Express overnight courier.

                                                                 /s/ Brian Harden
                                                                 Brian Harden

Sworn to before me this
7th day of October, 2008

/s/ A. Kaitlyn Zylich
Notary Public, State of New York
No. 01ZY6176995
Qualified in Tompkins County
Commission Expires November 5, 2011

EXHIBIT A

The Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Even Fleck, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.

## EXHIBIT B

James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:  James B. Kobak, Jr., Esq.