Hearing Date: October 16, 2008 at 10 a.m.
Objections Deadline: September 25, 2008

**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq. (PA 34545)
Bradley S. Tupi, Esquire, Esq. (BST1202)
Michael A. Shiner, Esq. (PA 78088)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                    ) Chapter 11 Case
                                                          )
LEHMAN BROTHERS HOLDINGS, INC., et al.    ) Case No. 08-13555 (JMP)
                                                          )
                                                          ) Jointly Administered
                    Debtors.                     )
                                                          ) Relates to Document Nos. 59, 89, 737
                                                          )
---------------------------------------------------------------x

## ORDER

Upon consideration of the Request of the Federal Home Loan Bank of Pittsburgh ("FHLB") for Allowance to File a Limited Objection Out of Time to Debtor's Motion for Order: (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders pursuant to Section 364 of Bankruptcy Code, and (iii) Scheduling Final Hearing (the "DIP Motion"), and considering the merits of the same, it is hereby ORDERED ADJUDGED and DECREED that, the Request is GRANTED and the Limited Objection to the DIP Motion filed by the Federal Home Loan Bank of Pittsburgh is deemed to have been timely filed.

Dated: October _____, 2008
New York, New York

HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

BANK_FIN:336653-1 020260-138012