UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                          :        Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,    :        Case No. 08-13555 (JMP)
:
Debtors.                                               :        (Jointly Administered)
:
------------------------------------------------------------------------x        Ref. Docket Nos. 415, 417, 420

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK    )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 29, 2008, I caused to be served true and correct copies of the following:

    a) "NOTICE OF MOTION PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE FOR AN ORDER (I) APPROVING DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT; (II) RESOLVING OBJECTIONS BY UTILITY COMPANIES; AND (III) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE," dated September 29, 2008, to which is attached the "DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 366 OF THE BANKRUPTCY CODE TO (i) APPROVE THE DEBTORS' PROPOSED FORM OF ADEQUATE ASSURANCE OF PAYMENT, (ii) ESTABLISH PROCEDURES FOR RESOLVING OBJECTIONS BY UTILITY COMPANIES, AND (iii) PROHIBIT UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE," dated September 29, 2008 [Docket 415],

    b) "AFFIDAVIT OF SHAI Y WAISMAN IN SUPPORT OF DEBTORS' REQUEST FOR A BRIDGE ORDER PURSUANT TO SECTIONS 105 AND 366 OF THE BANKRUPTCY CODE EXTENDING THE STAY UNDER SECTION 366 OF THE BANKRUPTCY CODE THROUGH THE TIME THE COURT ENTERS AN ORDER ON THE MOTION," dated September 29, 2008 [Docket 417], and

  c) "EX PARTE ORDER PURSUANT TO SECTIONS 105 AND 366 OF THE BANKRUPTCY CODE AND LOCAL RULE 9077-1, EXTENDING THE STAY UNDER SECTION 366 OF THE BANKRUPTCY CODE THROUGH OCTOBER 16, 2008 AND THE TIME THE COURT ENTERS AN ORDER WITH RESPECT TO THE MOTION," dated September 29, 2008 [Docket 420],

by causing true and correct copies to be delivered as follows:

  a) delivered by email to those parties listed on the attached Exhibit "A",

  b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

  c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C".

  3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                 /s/ Bridget Gallerie
                 Bridget Gallerie

Sworn to before me this
30th day of September, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

Exhibit A - EMAIL ADDRESSES

| | |
|---|---|
| acker@chapman.com | dkleiner@velaw.com |
| adarwin@nixonpeabody.com | dladdin@agg.com |
| aglenn@kasowitz.com | dlemay@chadbourne.com |
| agolianopoulos@mayerbrown.com | dmcguire@winston.com |
| ahammer@freebornpeters.com | dodonnell@milbank.com |
| akihiko_yagyuu@chuomitsui.jp | douglas.bacon@lw.com |
| amenard@tishmanspeyer.com | douglas.mcgill@dbr.com |
| andrew.lourie@kobrekim.com | dravin@wolffsamson.com |
| angelich.george@arentfox.com | drose@pryorcashman.com |
| araboy@cov.com | drosner@goulstonstorrs.com |
| arosenblatt@chadbourne.com | drosner@kasowitz.com |
| arwolf@wlrk.com | edpe01@handelsbanken.se |
| asnow@ssbb.com | efile@willaw.com |
| atrehan@mayerbrown.com | efleck@milbank.com |
| austin.bankruptcy@publicans.com | eglas@mccarter.com |
| avi.gesser@dpw.com | ehorn@lowenstein.com |
| bambacha@sec.gov | ekbergc@lanepowell.com |
| bankoftaiwan@botnya.com | ellen.halstead@cwt.com |
| bill.hughes@us.standardchartered.com | elobello@blankrome.com |
| brad.dempsey@hro.com | eschwartz@contrariancapital.com |
| brehenyb@sec.gov | esmith@dl.com |
| brian_corey@gtservicing.com | feldsteinh@sullcrom.com |
| bromano@willkie.com | ffm@bostonbusinesslaw.com |
| btrust@mayerbrown.com | fhyman@mayerbrown.com |
| bturk@tishmanspeyer.com | frank.sodano@americas.bnpparibas.com |
| cbelmonte@ssbb.com | frank.white@agg.com |
| cdesiderio@nixonpeabody.com | fred.berg@rvblaw.com |
| charles@filardi-law.com | gabriel.delvirginia@verizon.net |
| chris.omahoney@bnymellon.com | gado01@handelsbanken.se |
| cmontgomery@salans.com | gary.ticoll@cwt.com |
| CMTB_LC11@chuomitsui.jp | gauchb@sec.gov |
| cohena@sec.gov | gbray@milbank.com |
| cp@stevenslee.com | george.davis@cwt.com |
| cs@stevenslee.com | george_neofitidis@scotiacapital.com |
| cschreiber@winston.com | giddens@hugheshubbard.com |
| cshulman@sheppardmullin.com | gkaden@goulstonstorrs.com |
| cward@polsinelli.com | grosenberg@co.arapahoe.co.us |
| dallas.bankruptcy@pulicans.com | hanh.huynh@cwt.com |
| Danna.Drori@usdoj.gov | harveystrickon@paulhastings.com |
| david.heller@lw.com | heiser@chapman.com |
| dcoffino@cov.com | hirsh.robert@arentfox.com |
| ddunne@milbank.com | hollace.cohen@troutmansanders.com |
| deggert@freebornpeters.com | howard.hawkins@cwt.com |
| demetra.liggins@tklaw.com | hseife@chadbourne.com |
| dennis.graham@kbc.be | hsnovikoff@wlrk.com |
| deryck.palmer@cwt.com | ian.levy@kobrekim.com |
| dflanigan@polsinelli.com | igoldstein@dl.com |
| dfriedman@kasowitz.com | ilevee@lowenstein.com |
| dhayes@mcguirewoods.com | info2@normandyhill.com |
| dirk.roberts@ots.treas.gov | ira.herman@tklaw.com |

Exhibit A - EMAIL ADDRESSES

| | |
|---|---|
| israel.dahan@cwt.com | mark.ellenberg@cwt.com |
| jacobsonn@sec.gov | martin.davis@ots.treas.gov |
| jafeltman@wlrk.com | masaki_konishi@noandt.com |
| james.mcclammy@dpw.com | mbenner@tishmanspeyer.com |
| Jbecker@wilmingtontrust.com | mbienenstock@dl.com |
| jbird@polsinelli.com | mcto@debevoise.com |
| jbromley@cgsh.com | mhopkins@cov.com |
| jcarberry@cl-law.com | michael.halevi@anz.com |
| jdyas@halperinlaw.net | michael.kim@kobrekim.com |
| jeffrey.sabin@bingham.com | Michael.mauerstein@citi.com |
| jfalgowski@reedsmith.com | michael.tan@fubon.com |
| jhs7@att.net | Mitchell.Ayer@tklaw.com |
| jketten@wilkie.com | mjacobs@pryorcashman.com |
| jliu@dl.com | mjedelman@vedderprice.com |
| jmathis@lloydstsb-usa.com | mkjaer@winston.com |
| jmcginley@wilmingtontrust.com | mlahaie@akingump.com |
| john.rapisardi@cwt.com | mmickey@mayerbrown.com |
| jpintarelli@mofo.com | mmorreale@us.mufg.jp |
| jrabinowitz@rltlawfirm.com | monica.lawless@brookfieldproperties.com |
| jshickich@riddellwilliams.com | mrosenthal@gibsondunn.com |
| jtougas@mayerbrown.com | ms.wu@fubonny.com |
| jwallack@goulstonstorrs.com | mspeiser@stroock.com |
| jwang@sipc.org | mstamer@akingump.com |
| jweiss@gibsondunn.com | mtuck@lloydstsb-usa.com |
| jwishnew@mofo.com | murai24234@nissay.co.jp |
| k4.nomura@aozorabank.co.jp | nbannon@tishmanspeyer.com |
| karen.wagner@dpw.com | nbruce@lloydstsb-usa.com |
| KDWBankruptcyDepartment@kelleydrye.com | neal.mann@oag.state.ny.us |
| keith.simon@lw.com | newyork@sec.gov |
| kgwynne@reedsmith.com | noriyuki_tsumura@chuomitui.jp |
| kiplok@hugheshubbard.com | panosn@sec.gov |
| klippman@munsch.com | paronzon@milbank.com |
| kmayer@mccarter.com | paul.deutch@troutmansanders.com |
| kobak@hugheshubbard.com | pbosswick@ssbb.com |
| kovskyd@pepperlaw.com | pdublin@akingump.com |
| kressk@pepperlaw.com | peter.zisser@hklaw.com |
| krosen@lowenstein.com | phayden@mcguirewoods.com |
| krubin@ozcap.com | pnichols@whitecase.com |
| lacyr@sullcrom.com | prachmuth@reedsmith.com |
| lalshibib@reedsmith.com | pwright@dl.com |
| lattard@kayescholer.com | r.stahl@stahlzelloe.com |
| ldespins@milbank.com | ranjit.mather@bnymellon.com |
| lgranfield@cgsh.com | raymond.morison@bnymellon.com |
| lmarinuzzi@mofo.com | rdicanto@nabny.com |
| lschweitzer@cgsh.com | rfleischer@pryorcashman.com |
| lwhidden@salans.com | rgmason@wlrk.com |
| mabrams@willkie.com | rhett.campbell@tklaw.com |
| macl01@handelsbanken.se | richard.lear@hklaw.com |
| macronin@debevoise.com | rjohnson2@co.arapahoe.co.us |
| Malcolm@firstbankny.com | RLevin@cravath.com |

Exhibit A - EMAIL ADDRESSES

| |
|---|
| rmunsch@munsch.com |
| rnies@wolffsamson.com |
| robert.bailey@bnymellon.com |
| robert.dombroff@bingham.com |
| robert.henoch@kobrekim.com |
| robert.malone@dbr.com |
| roberts@pursuitpartners.com |
| rolfnagel.dahl@dnbnor.no |
| ronald.silverman@bingham.com |
| rreid@sheppardmullin.com |
| RTrust@cravath.com |
| rwasserman@cftc.gov |
| sabin.willett@bingham.com |
| schapman@willkie.com |
| scousins@armstrongteasdale.com |
| sehlers@armstrongteasdale.com |
| sharbeck@sipc.org |
| shari.leventhal@ny.frf.org |
| sheakkorzun@comcast.net |
| sheehan@txschoollaw.com |
| shuji.yamada@escb.co.jp |
| shuji.yamada@e-scb.co.jp |
| smillman@stroock.com |
| spiotto@chapman.com |
| splatzer@platzerlaw.com |
| ssmall@us.mufg.jp |
| steven.perlstein@kobrekim.com |
| steven.wilamowsky@bingham.com |
| tarbit@cftc.gov |
| tbrock@ssbb.com |
| tetsuhiro.toomata@shinseibank.com |
| timothy.white@mizuhocbus.com |
| tkarcher@dl.com |
| tkiriakos@mayerbrown.com |
| tmacwright@whitecase.com |
| tnixon@gklaw.com |
| tslome@msek.com |
| vdagostino@lowenstein.com |
| wbenzija@halperinlaw.net |
| wfoster@milbank.com |
| wheuer@dl.com |
| whitej@sec.gov |
| wisotska@pepperlaw.com |
| wsmith@bocusa.com |
| wtaylor@mccarter.com |
| yasuhiko_imai@smbcgroup.com |

**EXHIBIT "B"**

| | |
|---|---|
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| ANDREW D VELEZ-RIVERA OFFICE OF THE TRUSTEE | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |
| HUA NAN COMMERCIAL BANK LTD | 2-2331-6741 |

LEHMAN BROTHERS HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AT&T | P.O. 8100,ACCT NO: 21652380929717,   AURORA, IL 60507 |
| AT&T | P.O. 8100,ACCT NO: 21658901352743,   AURORA, IL 60507 |
| AT&T | P.O. 8100,ACCT NO: 21668597353643,   AURORA, IL 60507 |
| AT&T | P.O. 8100,ACCT NO: 21669668000105,   AURORA, IL 60507 |
| AT&T | P.O. 8100,ACCT NO: 21677106051260,   AURORA, IL 60507 |
| AT&T | P.O. 8100,ACCT NO: 21666406100148,   AURORA, IL 60507 |
| AT&T | P.O. 8100,ACCT NO: 21624162554334,   AURORA, IL 60507 |
| CLEVELAND PUBLIC POWER | P.O. 5637,ACCT NO: 4310005958,   CLEVELAND, OH 44101 |
| COMED | PO BOX 805379 (BILL PAYMENT CENTER),ACCT NO: 5136190018, 5136191015, 5136193019,5136194007,5136195004,   CHICAGO, IL 60680 |
| CON EDISON | JAF STATION, P.O. BOX 1701,ACCT NO: 42-7201-0008-0000-2,   NEW YORK, NY 10116 |
| CON EDISON | JAF STATION,P.O. BOX 1701,ACCT NO: 49-4071-0009-0100-3,   NEW YORK, NY 10116 |
| CON EDISON | JAF STATION,P.O. BOX 1701,ACCT NO: 49-4143-7020-1000-1,   NEW YORK, NY 10116 |
| CON EDISON | JAF STATION, P.O. BOX 1701,ACCT NO: 3870000000,   NEW YORK, NY 10116 |
| CON EDISON | JAF STATION, P.O. BOX 1701,ACCT NO: 49-4143-7020-1100-9,   NEW YORK, NY 10116 |
| DIVISION OF WATER | P.O. 94540,ACCT NO: 01483643001-1,   CLEVELAND, OH 44101 |
| DOMINION | P.O. 26225,ACCT NO: 53325,   RICHMOND, VA 23260 |
| HESS CORPORATION | PO BOX 905243,ACCT NO: 510066/510087,   CHARLOTTE, NC 28290 |
| HESS CORPORATION | PO BOX 905243,ACCT NO: 504587/504588,   CHARLOTTE, NC 28290 |
| HESS CORPORATION | P.O. BOX 905243,ACCT NO: 510068 / 510089,   CHARLOTTE, NC 28290 |
| HESS CORPORATION | P.O. BOX 905243,ACCT NO: 440665 / 498953,   CHARLOTTE, NC 28290 |
| HESS CORPORATION | P.O. BOX 905243,ACCT NO: 440665 / 440788,   CHARLOTTE, NC 28290 |
| HESS CORPORATION | P.O. BOX 905243,ACCT NO: 510068 / 510090,   CHARLOTTE, NC 28290 |
| ILLUMINATING | P.O. 3638,ACCT NO: 110023197400,   AKRON, OH 44309 |
| ILLUMINATING | P.O. 3638,ACCT NO: 110023975896,   AKRON, OH 44309 |
| INTERSTATE GAS | P.O. 631919,ACCT NO: 1184,   CINCINNATI, OH 45263 |
| NEORSD | P.O. 94550,ACCT NO: 01373526001-1,   CLEVELAND, OH 44101 |
| NSTAR ELECTRIC | PO BOX 4508,ACCT NO: 25651211028, 25651491026,   WOBURN, MA 01888 |
| NYC WATER BOARD | P.O. BOX 410,CHURCH STREET STATION,ACCT NO: 40009-52986-001,   NEW YORK, NY 10008 |
| NYC WATER BOARD | P.O. BOX 410,CHURCH STREET STATION,ACCT NO: 00009-72026-001,   NEW YORK, NY 10008 |
| SEMPRA ENERGY SOLUTIONS | 401 WEST A STREET, SUITE 05-148,ACCT NO: 195320,   SAN DIEGO, CA 92101 |
| TIMEWARNER | P.O. 0901,ACCT NO: 229315702,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 233193801,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 228465004,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 222818503,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 216501801,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 228561604,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 235373901,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 234921801,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 229500004,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 226559601,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 219544802,   CAROL STREAM, IL 60132 |
| TIMEWARNER | P.O. 0901,ACCT NO: 227333403,   CAROL STREAM, IL 60132 |

**Total Creditor Count 42**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 31**