UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC.,                            :    08-13555 (JMP)
*et al.*                                                  :
        Debtors.                                          :    (Jointly Administered)
                                                          :
----------------------------------------------------------X

## OBJECTION OF TRADE SETTLEMENT INC. TO CURE AMOUNT

Trade Settlement Inc. and its affiliates (collectively, "TSI"), by and through its attorney, Diane J. Kasselman, Esq., hereby files its objection to Debtors' proposed Cure Amount of $0.00 in connection with the TSI agreements listed in Debtors' Third Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases dated October 6, 2008, in the above-captioned matter. Debtors' proposed Cure Amount is incorrect.

TSI asserts that Debtors owe TSI an amount not less than $76,404.37 for services provided to Debtors pursuant to a Managed Service Provider Supplement dated March 21, 2007, contract number CON000000019543. TSI reserves the right to: (i) make such other and further objections and claims as may be appropriate, and (ii) amend, modify and supplement this Objection, including without limitations, for additional funds due to TSI from Debtors.

Dated:  October 8, 2008
        Roslyn, New York

                                        By: _____
                                            Diane J. Kasselman, Esq.
                                            1044 Northern Blvd, Suite 101
                                            Roslyn, NY 11576
                                            (516) 621-5171 – telephone
                                            (516) 621-4271 – facsimile
                                            dkasselman@kasselman-law.com
                                            **Attorney for Trade Settlement Inc.**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 8, 2008, a true and correct copy of the foregoing Objection of Trade Settlement Inc. to Cure Amount was sent via facsimile and Federal Express overnight mail to the following:

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119
Phone: (212) 310-8000
Facsimile: (212) 310-8007
*(Attn: Lori R. Fife and Shai Y. Waisman)*
**Attorneys for Debtors**

**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5000
Facsimile: (212) 530-5219
*(Attn: Dennis F. Dunne, Luc A. Despins, and Wilbur F. Foster, Jr.)*
**Attorneys for the Creditors' Committee**

**U.S. Trustee**
33 Whitehall Street, 21st Floor
New York, NY 10004
Phone: (212) 510-0500
Facsimile: (212) 668-2255
*(Attn: Tracy Hope Davis)*

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, NY 10004
Phone: (212) 837-6000
Facsimile: (212) 422-4726
*(Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin)*
**Attorneys for the SIPA Trustee**

**Cleary Gottlieb Steen & Hamilton LLP**
One Liberty Plaza
New York, NY 10006
Phone: (212) 225-2000
Facsimile: (212) 225-3999
*(Attn: Lindsee P. Granfield & Lisa M. Schweitzer)*
**Attorneys for Purchaser (Barclays Capital, Inc.)**

_____
Diane J. Kasselman