| | |
|---|---|
| **FARRELL FRITZ, P.C.**<br>1320 RexCorp Plaza<br>Uniondale, NY  11556-0120<br>(516) 227-0700<br>Ted A. Berkowitz<br>Patrick Collins | Hearing Date and Time:<br>November 5, 2008 at 10:00 a.m. |

*Attorneys for Cargill Investment Group, Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            :
**In re**                                                   :    Chapter 11
                                                            :
**Lehman Brothers Holdings, Inc.,** *et al.***,**           :    Case No. 08-13555 (JMP)
                                                            :
           **Debtors.**                                     :
                                                            :    Jointly Administered
------------------------------------------------------------x
                                                            :
**SECURITIES INVESTOR PROTECTION
CORPORATION,**                                              :
                                                            :
           **Plaintiff-Applicant,**                         :    Adv. Proc. No. 08-01420
                                                            :
                v.                                          :    SIPA Liquidation Proceeding
                                                            :
**Lehman Brothers, Inc.**                                   :
                                                            :
           **Defendant.**                                   :
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned counsel for Cargill Investment Group, Ltd. ("CIG") hereby certifies that he caused CIG's *Motion for Relief from Automatic Stay to Terminate Management Agreement and for Allowance and Payment of Administrative Expense Claim* (docket entry #676 in Case No. 08-13555 and docket entry # 61 in Adv. Proc. No. 08-01420) to be served on October 6, 2008 by overnight mail on the persons listed on the attached service list.

Dated: Uniondale, New York
October 8, 2008

**FARRELL FRITZ, P.C.**
*Attorneys for Cargill Investment Group, Ltd.*

/s/ Patrick Collins
Patrick Collins
1320 RexCorp Plaza
Uniondale, New York 11556-0120
(516) 227-0700
pcollins@farrellfritz.com

## SERVICE LIST

Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York  10153

James Kobak
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York  10004-1482

Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
Milbank Tweed Hadley & McCloy
1 Chase Manhattan Plaza
New York, New York  10005

Robinson B. Lacey
Hydee R. Feldstein
Sullivan & Cromwell, LLP
125 Broad Street
New York, New York  10004

Lindsee P. Granfield
Lisa Schweiger
Cleary Gottlieb, LLP
One Liberty Plaza
New York, New York  10006

Andy-Velez Revera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004

Interwoven\892035.1