**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq. (PA 34545)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email: bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                ) Chapter 11 Case
                                                      )
LEHMAN BROTHERS HOLDINGS, INC., et al.                ) Case No. 08-13555 (JMP)
                                                      )
                                                      ) Jointly Administered
                    Debtors.                          )
                                                      ) Relates to Document No. 737
------------------------------------------------------------x

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of the Federal Home Loan Bank of Pittsburgh's Limited Objection to Debtors' Motion for Order: (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders pursuant to Section 364 of Bankruptcy Code, and (iii) Scheduling Final Hearing to be served by first class mail, postage prepaid, by email and/or by first class Mail, postage prepaid, as follows:

      See Attached Service List

Dated: October 8, 2008

                                    */s/ Beverly Weiss Manne*
                                    Beverly Weiss Manne (PA ID 34545)
                                    TUCKER ARENSBERG, P.C.
                                    1500 One PPG Place
                                    Pittsburgh, PA 15222
                                    (412) 566-1212

                                    Counsel for Federal Home Loan Bank of Pittsburgh

BANK_FIN:336771-1 020260-138012

**STANDARD PARTIES SERVICE LIST – First Class Mail**

| | |
|---|---|
| <u>Attorneys for Debtors</u><br>Weil Gotshal & Manges LLP<br>Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Richard Krasnow<br>767 Fifth Ave.<br>New York, NY 10153<br>Email: harvey.miller@weil.com<br>Email: jacqueline.marcus@weil.com<br>Email: shai.waisman@weil.com | Honorable James M. Peck ("Chambers")<br>Courtroom 601<br>One Bowling Green<br>New York, New York 10004 |
| <u>U.S. Trustee</u><br>U.S. Trustee<br>Andy Velez-Rivera<br>Paul Schwartzberg,<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Milbank, Tweed, Hadley &<br>McCloy LLP,<br>Dennis F. Dunne<br>Dennis O'Donnell<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| <u>Attorneys for Unsecured Creditors Committee</u><br>Quinn Emanuel Urquhart Oliver & Hedges<br>James Tecce<br>Susheel Kirpalani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212-849-7000<br>Fax : 212 849-7100<br>Email: jamestecce@quinnemanuel.com<br>Email: susheelkirpalani@quinnemanuel.com | <u>Attorneys for DIP Lenders</u><br>Cleary Gotliebb LLP<br>Lindsee P. Granfield<br>**Lisa M. Schweitzer**<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>(212) 225-3999 (fax)<br>lschweitzer@cgsh.com<br>maofiling@cgsh.com |
| <u>Attorneys for the SIPC Trustee</u><br>Hughes Hubbard & Reed LLP<br>Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York, NY 10004<br> (212) 837-6375<br>Fax : (212) 422-4726<br>Email: margolin@hugheshubbard.com | |