Douglas J. Lipke
Dalius F. Vasys
VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, Illinois 60601-1003
Tel. No. 312-609-7500
Fax No. 312-609-5005

Erin Zavalkoff-Babej (EZ 6792)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York 10019
Tel. No. 212- 407-7700
Fax No. 212-407-7799

*Attorneys for Newedge USA, LLC and Affiliated Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    LEHMAN BROTHERS HOLDINGS INC.,<br>    *et al.*,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Vedder Price P.C. ("Vedder Price") hereby enters its appearance as counsel for Newedge USA, LLC and affiliated entities in the above-referenced chapter 11 cases pursuant to Section 1109(b) of the Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

PLEASE TAKE FURTHER NOTICE that Newedge USA, LLC and affiliated entities hereby appear in the above-captioned cases by its counsel, Vedder Price P.C., and such counsel hereby requests, pursuant to Rules 2002, 3017, 9007 and 9010 of the Bankruptcy Rules and

Sections 102(1), 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings

given or filed in these cases, be given and served upon them at the following address, telecopy,

e-mail and telephone numbers:

> **Vedder Price P.C.**
> 222 N. LaSalle Street,
> Chicago, Illinois 60601-1003
> Attention:      Douglas J. Lipke, Esq.
> Telephone:     (312) 609-7500
> Facsimile:      (312) 609-5005
> E-mail:         dlipke@vedderprice.com
>
> and
>
> **Vedder Price P.C.**
> 1633 Broadway, 47th Floor
> New York, New York  10019
> Attention:      Erin Zavalkoff-Babej, Esq.
> Telephone:     (212) 407-7700
> Facsimile:      (212) 407-7799
> E-mail:         ezavalkoff-babej@vedderprice.com
>
> and
>
> **Newedge USA, LLC**
> 550 West Jackson Blvd, Suite 500
> Chicago, IL 60661
> Attention:      Susan M. Schultz, Group Deputy General Counsel,
>                     Newedge
> Telephone:     (312) 762-1077
> Facsimile:      (312) 762-1175
> E-mail:         susan.schultz@newedgegroup.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the

notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules provisions

specified above, but also includes, without limitation, all orders, notices, hearing dates,

applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers,

schedules of assets and liabilities and statements of affairs, operating reports, plan or plans of

reorganization or liquidation, and disclosure statements, whether formal or informal, and whether transmitted or conveyed by mail, courier service, telegraph, telephone, e-mail, facsimile, telex, or otherwise, that affect the above-captioned debtors or the debtors' estates.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) any right of Newedge USA, LLC and affiliated entities to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) any right of Newedge USA, LLC and affiliated entities to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (iii) any right of Newedge USA, LLC and affiliated entities to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Newedge USA, LLC and Affiliated Entities are or may be entitled to under agreements, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York.
      October 8, 2008

Respectfully submitted,

**Vedder Price P.C.**


By: /s/ Erin Zavalkoff-Babej _____


    Douglas J. Lipke
    Dalius F. Vasys
    VEDDER PRICE P.C.
    222 N. LaSalle Street
    Chicago, Illinois 60601-1003
    Tel. No. 312-609-7500
    Fax No. 312-609-5005

    Erin Zavalkoff-Babej (EZ 6792)
    VEDDER PRICE P.C.
    1633 Broadway, 47th Floor
    New York, New York  10019
    Tel. No. 212- 407-7700
    Fax No. 212-407-7799

    *Attorneys for Newedge USA, LLC and*
    *Affiliated Entities*