**HALPERIN BATTAGLIA RAICHT, LLP**
555 Madison Avenue, 9th Floor
New York, New York 10022
Alan D. Halperin, Esq.
Walter Benzija, Esq.
Julie D. Dyas, Esq.
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
*Counsel to Dun & Bradstreet, EMC Corporation,*
  *Empire Office, Inc., Henegan Construction Co., Inc.,*
  *& Marathon Petroleum Company LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | 08-13555 (JPM) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**VERIFIED STATEMENT OF HALPERIN BATTAGLIA RAICHT, LLP**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Halperin Battaglia Raicht, LLP ("HBR") hereby submits this verified statement of multiple representations pursuant to Federal Rule of Bankruptcy Procedure 2019(a) (the Bankruptcy Rules"), and discloses the following:

1. HBR is counsel to Dun & Bradstreet, EMC Corporation, Empire Office, Inc., Henegan Construction Co., Inc., and Marathon Petroleum Company LLC (collectively, the "Entities"), each of whom has a claim against the above-captioned debtors (the "Debtors"). The full address for each of the Entities is set forth in the annexed **Exhibit A**.

2. The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claims filed against the Debtors' estates. The Entities are the original

{00070074.1 \ 0662-001}

holders of their respective claims. Such claims arose at the time of and in connection with their respective transactions with the Debtors.

      3.    The Entities have asked HBR to represent their respective interests in connection with the Debtors' cases.

      4.    HBR will supplement this statement as necessary.

### **VERIFICATION**

The undersigned hereby verifies under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      October 8, 2008

HALPERIN BATTAGLIA RAICHT, LLP
*Counsel to Dun & Bradstreet, EMC*
  *Corporation, Empire Office, Inc.,*
  *Henegan Construction Co., Inc., &*
  *Marathon Petroleum Company LLC*

By: /s/ Walter Benzija
    Alan D. Halperin, Esq.
    Walter Benzija, Esq.
    Julie D. Dyas, Esq.
    555 Madison Avenue, 9th Floor
    New York, New York 10022
    (212) 765-9100

## **EXHIBIT A**

| **Party's Name** | **Party's Address** |
|---|---|
| Dun & Bradstreet | *c/o* RMS<br>307 International Circle<br>Suite 270<br>Hunt Valley, MD 21030 |
| EMC Corporation | *c/o* RMS<br>307 International Circle<br>Suite 270<br>Hunt Valley, MD 21030 |
| Empire Office, Inc. | 125 Maiden Lane<br>New York, NY 1004 |
| Henegan Construction Co., Inc. | 250 West 30th Street<br>New York, NY 10001 |
| Marathon Petroleum Company LLC | 539 Main Street<br>Findlay, OH 45840 |