Henegan Construction Co. Inc.
Contract Requisitions - Unpaid invoices

Client: Lehman Brothers

as of:    10/2/2008

| HCC# | PROJECT DESCRIPTION | INV. # | DATE | AMOUNT | Comments |
|------|---------------------|--------|------|--------|----------|
| 270461 | 1271 6th Avenue-3rd Floor | 048149 | 7/20/2008 | $ 16,880.91 | |
| 280131 | 1271 6th Avenue-39th Floor | 048214 | 9/16/2008 | $ 12,359.40 | |
| 280148 | 1271 6th Avenue-Day 2 Work | 048164 | 8/20/2008 | $ 18,147.69 | |
| 280148 | 1271 6th Avenue-Day 2 Work | 048211R | 9/16/2008 | $ 23,610.04 | |
| 260377S | 1271 6th Avenue- | 48210R | 9/15/2008 | $ 212,190.09 | |
| | | | | $ 283,188.13 | |
| | | | | | |
| 260351 | 1301 6th Avenue- | 047535 | 9/19/2007 | $ 4,359.96 | |
| 280256 | 1301 6th Avenue-9th Floor | 48209R | 9/15/2008 | $ 41,438.83 | |
| | | | | $ 45,798.79 | |
| | | | | | |
| 270296 | 399 Park Ave-B Level | 048219R | 9/16/2008 | $ 56,812.39 | |
| 270380 | 399 Park Ave-1B Level | 048229 | 9/16/2008 | $ 41,117.23 | |
| 270371A | 399 Park Ave-4th Fl | 048150 | 8/5/2008 | $ 7,479.50 | |
| 270371C | 399 Park Ave-4th Fl-Fit out | 048148 | 8/5/2008 | $ 1,737,451.08 | |
| 270371C | 399 Park Ave-4th Fl-Fit out | 048212R | 9/17/2008 | $ 994,371.16 | |
| 280223 | 399 Park Ave-9th Fl | 048195 | 9/15/2008 | $ 114,954.21 | |
| | | | | $ 2,952,185.57 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTAL OUTSTANDING INVOICES | | | $ 3,281,172.49 | |



# HENEGAN
CONSTRUCTION CO., INC

September 16, 2008

**Invoice #:** 048229

To: Lehman Brothers Inc.,
1301 Avenue of the Americas-9th Floor
New York, NY 10019

Re: Lehman Brothers Inc.,
399 Park Avenue
B-Level Cafa

H.C.C. # 270380

Attn: Mr. Colin Bowen

---

## Requisition No. 1

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 41,117.23 |
| CHANGE ORDERS TO DATE | $ | 0.00 |
| ADJUSTED CONTRACT SUM | $ | 41,117.23 |
| COMPLETED TO DATE | $ | 41,117.23 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 41,117.23 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 0.00 |
| TOTAL AMOUNT DUE THIS INVOICE | $ | 41,117.23 |

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side)

PAGE ONE OF THREE PAGES

TO OWNER: Lehman Brothers Inc.,
1301 Avenue of the Americas
New York, N.Y. 10019
Attn: Colin Bowen

PROJECT: Lehman Brothers
399 Park Avenue, NYC
B-Level Cafe
HCC #270380

APPLICATION NO: 1

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

PERIOD TO: September 16, 2008

PROJECT NOS.:

FROM CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th. Street
New York, New York 10001

VIA (ARCHITECT:

CONTRACT DATE:

CONTRACT FOR: General Contractor

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached...

| | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|

1. ORIGINAL CONTRACT SUM ........................................ $   41,117.23
2. Net change by Change Orders .................................. $   0.00
3. CONTRACT SUM TO DATE (Line 1 + 2)..................... $   41,117.23
4. TOTAL COMPLETED & STORED TO DATE.............. $   41,117.23
   (Column G on G703)
5. RETAINAGE:
   a. 0 % of Completed Work
      (Column D + E on G703)
   b. 0 % of Stored Material    $       0.00
      (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703)
6. TOTAL EARNED LESS RETAINAGE.................... $   41,117.23
   Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate)..................................... $   0.00
8. CURRENT PAYMENT DUE.................................. $   41,117.23
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)
   $       0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total change approved in previous months by Owner | 0.00 | 0.00 |
| Total approved this Month | 0.00 | 0.00 |
| TOTALS | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been paid
by the Contractor for Work for which previous Certificates for Payment were issued and
payments received from the Owner and that current payment shown herein is now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC

By: _____ V.P. Accounting  Date: 9/16/08

State of: New York
County of: New York
Subscribed and sworn before
me this 16th day of September, 2008

Notary Public: _____
My Commission expires:

MARY E RAFTERY
NOTARY PUBLIC, State of New York
No. 01RA4695623
Qualified in Nassau County
Commission Expires February 28, 20

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising this application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated, the
quality of the Work is in accordance with the Contract Documents, and the Contractor is
entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .............. $_____
(Attach explanation if amount certified differs from the amount applied for. Initial all
figures on this Application and on the Continuation Sheet that are changed to conform
to the amount certified.)

ARCHITECT:
By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

(Instructions on reverse side)

APPLICATION NUMBER: 1

APPLICATION DATE: September 16, 2008

PERIOD FROM: September 16, 2008
PERIOD TO: September 16, 2008

ARCHITECT'S PROJECT NO:

PAGE 2 OF 3 PAGES

HCC #270380

| A ITEM NO. | B DESCRIPTION OF WORK B-Level Café | C SCHEDULED VALUE | D FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | Drywall & Carpentry | 4,500.00 | 0.00 | 4,500.00 | | 4,500.00 | 100% | 0.00 | 0.00 |
| | Ceramic Tiles | 4,742.88 | 0.00 | 4,742.88 | | 4,742.88 | 100% | 0.00 | 0.00 |
| | Acoustical Ceilings | 1,125.00 | 0.00 | 1,125.00 | | 1,125.00 | 100% | 0.00 | 0.00 |
| | Plumbing | 20,763.10 | 0.00 | 20,763.10 | | 20,763.10 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 31,130.98 | 0.00 | 31,130.98 | | 31,130.98 | 100% | 0.00 | 0.00 |
| | GENERAL CONDITIONS-(5%) | 1,556.55 | 0.00 | 1,556.55 | | 1,556.55 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 32,687.53 | 0.00 | 32,687.53 | | 32,687.53 | 100% | 0.00 | 0.00 |
| | CM OVERTIME | 6,931.60 | 0.00 | 6,931.60 | | 6,931.60 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 39,619.13 | 0.00 | 39,619.13 | | 39,619.13 | 100% | 0.00 | 0.00 |
| | FEE-(2.5%) | 990.48 | 0.00 | 990.48 | | 990.48 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 40,609.61 | 0.00 | 40,609.61 | | 40,609.61 | 100% | 0.00 | 0.00 |
| | INSURANCE-(1.25%) | 507.62 | 0.00 | 507.62 | | 507.62 | 100% | 0.00 | 0.00 |
| | TOTAL-BASE CONTRACT | 41,117.23 | 0.00 | 41,117.23 | | 41,117.23 | 100% | 0.00 | 0.00 |
| | TOTAL THIS PAGE | 41,117.23 | 0.00 | 41,117.23 | 0.00 | 41,117.23 | 100% | 0.00 | 0.00 |

**HENEGAN CONSTRUCTION CO., INC.**
**TRADE SUMMARY**

PROJECT:

LEHMAN BROTHERS
399 Park Avenue
B-Level Café

APPLICATION # 1
H.CC. JOB-220300
9/16/2003

| TRADE | SUBCONTRACTOR | SCHEDULED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATIONS | CURRENT WORK IN PLACE | COS IN PLACE | TOTAL COMPLETED | % CPLT | BALANCE TO FINISH | LESS PREVIOUSLY SET | LESS CURRENT SET | ADD RELEASED RETENTION | TOTAL RETENTION | NET DUE THIS APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drywall & Carpentry | Eurotech Construction | 4,500.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 0.00 | 4,500.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,500.00 |
| Ceramic Tiles | Eastern Design | 4,742.88 | 0.00 | 4,742.88 | 0.00 | 4,742.88 | 0.00 | 4,742.88 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,742.88 |
| Acoustical Ceiling | J.P. Phillips | 1,125.00 | 0.00 | 1,125.00 | 0.00 | 1,125.00 | 0.00 | 1,125.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,125.00 |
| Plumbing | Lek Plumbing | 20,763.10 | 0.00 | 20,763.10 | 0.00 | 20,763.10 | 0.00 | 20,763.10 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,763.10 |
| TOTAL SUBCONTRACTORS | | 31,130.98 | 0.00 | 31,130.98 | 0.00 | 31,130.98 | 0.00 | 31,130.98 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,130.98 |
| General Conditions | Henegan Construction Co., Inc. | 1,556.55 | 0.00 | 1,556.55 | 0.00 | 1,556.55 | 0.00 | 1,556.55 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,556.55 |
| Labor/OT | Henegan Construction Co., Inc. | 6,931.60 | 0.00 | 6,931.60 | 0.00 | 6,931.60 | 0.00 | 6,931.60 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,931.60 |
| Fee | Henegan Construction Co., Inc. | 950.48 | 0.00 | 950.48 | 0.00 | 950.48 | 0.00 | 950.48 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 950.48 |
| Insurance | Henegan Construction Co., Inc. | 507.62 | 0.00 | 507.62 | 0.00 | 507.62 | 0.00 | 507.62 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 507.62 |
| TOTAL HCC | | 9,986.25 | 0.00 | 9,986.25 | 0.00 | 9,986.25 | 0.00 | 9,986.25 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,986.25 |
| TOTAL CONTRACT | | 41,117.23 | 0.00 | 41,117.23 | 0.00 | 41,117.23 | 0.00 | 41,117.23 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 41,117.23 |

41,117.23



# HENEGAN
### CONSTRUCTION CO . INC.

September 16, 2008

Ms. Lisa Dimoulas
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10020

Re: Lehman Brothers
399 Park Avenue
Level 1B – Cafeteria
Additional Floor Drains
<u>HCC # 270380</u>

Dear Ms. Dimoulas:

We herewith submit our "proposal to commit the base contract costs for Subcontractors for the general construction of the project at the above referenced location. All costs are in accordance with subcontractor estimates and/or proposals, for the sum of: <u>**FORTY ONE THOUSAND ONE HUNDRED SEVENTEEN DOLLARS AND 23/100, ($ 41,117.23).**</u>

### Scope of Work

Provide all materials, labor and equipment required to install three (3) – three inch floor drains, and one (1) five foot trough drain as reflected in Drawing P-B-1 dated 10/15/07 issued by Robert Derector Associates.

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 09250 | Drywall & Carpentry | Eurotech Construction | $ 4,500.00 |
| 09300 | Ceramic Tiles | Eastern Design Tile | 4742.88 |
| 09510 | Acoustical Ceilings | J.P. Phillips | 1,125.00 |
| 15400 | Plumbing | Lab Plumbing & Heating Co., Inc. | 20763.10 |
| | Subtotal | | $ 31,130.98 |
| 01001 | General Conditions (5%) | | 1,556.55 |
| | CM Overtime | | 6,931.60 |
| 98001 | Fee (2 5%) | | 954.02 |
| 17001 | Insurance (1 25%) | | 488.94 |
| | **Total Cost** | | $ 41,117.23 |

### Notes, Qualifications, & Exclusions:

- Building service charges.
- All work to be performed over one (1) weekend.
- Any / all trades not listed above are excluded

Re:  Lehman Brothers                                                    Page 2
     399 Park Avenue
     Level 1B – Cafeteria – Additional Floor Drains
     HCC # 270380


Thank you for the opportunity to submit this proposal.  If the above meets your approval, please sign below
and return a copy to our office.  Should you have any questions or require any additional information, please do
not hesitate to contact this office.


Very truly yours,
HENEGAN CONSTRUCTION CO , INC


Keith M. Pozzanghera
Project Manager


Accepted:_____Date_____
          Lehman Brothers

HENEGAN CONSTRUCTION-OVERTIME                    9/16/2008

HCC# 270380
Schedule # 1

**Lehman Brothers Inc.,**
1271 Avenue of the Americas
B-Level Café

**Labor Schedule**
**thru Weekending 09/10/08**

Effective Date After 7/1/08

| Laborer (Mason Tenders) | O.T | 56.00 | $104.94 | = | $5,876.64 |
|---|---|---|---|---|---|
| | D.T. | 8.00 | $131.87 | = | $1,054.96 |
| | | | | | $6,931.60 |

| TOTAL LABOR | 64.00 | $6,931.60 |
|---|---|---|

TRADE BREAKDOWN

Total Labor-Overtime            $6,931.60

Total Reimbursable-Overtime            $6,931.60

Henegan Construction Co., Inc.

Time Entry Report-fin Job Order)

03-16-08                    Page 1

| Employee , | Period End Date | Job | | Phase , Phase Decription | Union | Union Description | Pay , | Hours |
|---|---|---|---|---|---|---|---|---|
| 4014 Fernando Avila | 08-27-08 | 270380 | LEHMAN | 01-013Construction Ctng/OT | NYMASON/TND/MASON TENDERS-NY | CERTIFIED NYC-MTOT | 8.00 |
| 6160 Anthony Lofano | 08-25-08 | 270380 | LEHMAN | 01-013Construction Ctng/OT | NYMASON/TND/MASON TENDERS-NY | CERTIFIED NYC-MTOT | 19.00 |
| 4014 Fernando Avila | 08-27-08 | 270380 | LEHMAN | 01-013Construction Ctng/OT | NYMASON/TND/MASON TENDERS-NY | CERTIFIED NYC-MTOT | 21.00 |
| 4014 Fernando Avila | 09-02-08 | 270380 | LEHMAN | 01-013Construction Ctng/OT | NYMASON/TND/MASON TENDERS-NY | CERTIFIED NYC-MTOT | 3.00 |
| 4014 Fernando Avila | 09-10-08 | 270380 | LEHMAN | 01-013Construction Ctng/OT | NYMASON/TND/MASON TENDERS-NY | CERTIFIED NYC-MTOT | 13.00 |

Total  Pay Hrs                    56.00*

Job Totals                        64.00*

Report Totals                     64.00*

# ═══ LAB PLUMBING & HEATING CO., INC. ═══

RICHARD P. BISSO, President                                    LOUIS A. BISSO, JR., Executive Vice President
Master Plumber License #1510          *Since 1947*            Master Plumber License #509
Fire Suppression License #0096                                 Fire Suppression License #0095
                                                               NYS Backflow Device Tester #02767

530 WEST 50th STREET   ■   NEW YORK, NY 10019   ■   TELEPHONE: (212) 246-9690   ■   FAX: (212) 581-4929

September 16, 2006

Henegan Construction
250 West 30th Street
New York, NY

RE:    Lehman Brothers
       399 Park Avenue
       B-Level Café

ATT:   Keith P.

The following is an accounting of time and material work completed as per the directive
of Henegan Construction. Please call with any questions and see attached field tickets:

**8/20/08 Lab Ticket #211236:** Investigation of work not completed for 12 x 24 drains and
trench work.

Labor: 1 journeyman 3 hours @ $256.00 per hour              **Cost: $768.00**

**8/21/08 Lab Ticket #211232:** Removed ice machines on the 15th & 16th floor and
installed them on the 4th floor. All work completed on overtime:

Labor: 1 journeyman 7 hours @ $256.00 per hour              Cost: $1,792.00
       1 apprentice 7 hours @ $159.55 per hour              Cost: $1,116.85
                                                            Total Cost: $2,908.85

**8/22/08 Lab Ticket #211233:** chopped out and replaced one (1) floor drain, one(1) clean
out deck plate and waterproofed work. Chopped out one(1) 18" square around grease
trap for waterproofing. Remove and replaced ice maker waste lines and re-installed
existing ice maker. All work completed on overtime:

Labor: 2 journeyman 17 hours each @ $256.00 per hour        Cost: $8,704.00
       1 apprentice 10 hours @ $159.55 per hour             Cost: $1,595.50
                                                            Labor Cost: $10,299.50
                                                            Material Cost: $ 1,254.80
                                                            Total Cost: $11,554.30

**8/22/08:** Set Express Mechanical (our stoppage company) to B-level kitchen and cleared
stoppages from main waste line. Normal drainage restore. All work on overtime:

Labor: 1 journeyman 4 hours @ $256.00 per hour              Cost: $1,024.00
       1 apprentice 4 hours @ $159.55 per hour              Cost: $  638.20
                                                            Total Cost: $1,662.20

09/16/2008  11:27    2125814929                LAB PLUMBING                    PAGE  02

**8/29/08 Lab Ticket #211234:** Stand by for Flood Test on Cafeteria. All work on OT:

Labor: **1** journeyman 3 hours @ $256.00 per hour          **Cost: $512.00**

**9/02/08 Lab Ticket #2311245:** Stand by for clean of leaking grease trap, look at possible repair options. All work on OT:

Labor: 1 journeyman 5 hours @ $256.00 per hour          **Cost: $1,280.00**
       1 apprentice 5 hours @ $159 55 per hour          **Cost: $  797.75**
                                     **Total Cost: $2,077.75**

**9/06/08 Lab Ticket #211243:** Repaired like on outer tank for grease trap with liquid epoxy and fiberglass epoxy patches. Filled & tested grease trap for leaks. All work completed on overtime:

Labor: 1 journeyman 5 hours @ $256.00 per hour          **Cost: $1,280.00**

**Total Cost for time and material work: $20,763.10**

Respectfully yours,
Lab Plumbing & Heating CO. INC

Peter S. Bisso

# Eastern Design Tile & Marble, Inc

26 Valley Place
Larchmont, NY 10538
Phone: 914-633-3900
Fax:    914-633-3917

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 9/3/2008 | 3241 |

**BILL TO:**

Henegan Construction Co., Inc.
250 W. 30th Street
New York, NY 10001

| PROJECT # | P.O # | C.O # |
|-----------|-------|-------|
| 260461 | 37388 | |

| DESCRIPTION | QTY | RATE | AMOUNT |
|-------------|-----|------|--------|
| Lehman Brothers<br>399 Park Avenue<br>Cafeteria - Level 1B<br><br>Basement Day 2 work<br><br>2 men 8/23 for 12 hrs | 1 | 4,742.88 | 4,742.88T |
| Out-of-state sale, exempt from sales tax | | 0.00% | 0.00 |

| | Total | $4,742.88 |
|--|-------|-----------|

# Eastern Design Tile & Marble, Inc.

26 Valley Place
Larchmont, NY 10538
(914) 633-3900 Phone
(914) 633-3917 Fax

August 27, 2008

## Weekend Work

**To:**   Keith Pozzanghera
Henegan Construction
250 West 30th Street
New York, NY  10001

**Re:**   Lehman Brothers
399 Park Avenue
New York, NY
Cafeteria – Level 1B

## Weekend Patch work

Two men on a Saturday to patch tile around grease traps and floor drains on 8/23

| | |
|---|---|
| 2 men   12 hrs   @   172.62 | $ 4,142.88 |
| Materials and trucking | $   600.00 |

### TOTAL   $   4,742.88

Joseph T. Marino, Eastern Design Tile and Marble Inc,

## CONDITIONAL FINAL WAIVER AND RELEASE OF LIEN

HCC Project # <u>270380</u>

Block ___
Lot ___

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by <u>Lehman Brothers, Inc.(</u>Leasehold Tenant) to furnish labor and material at the premises known as <u>399 Park Avenue (B-Level Cafe) New York, NY</u> of which <u>Lehman Brothers,</u> is the Owner

The undersigned, for and in consideration of sums previously received in the amount of <u>ZERO DOLLARS AND 00/100 , ($0.00),</u> and contingent upon the receipt of <u>FORTY ONE THOUSAND ONE HUNDRED SEVENTEEN DOLLARS AND 23/100 ($ 41,117.23),</u> being the full and Final Payment amount due, and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for, or will pay for when Final Payment is received, all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retention's, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this _16th_ day of _September_ ,2008

HENEGAN CONSTRUCTION CO., INC

Sworn to before me this _15th_ day
of _September_ 2008

By: _____
Authorized Signature

Notary Public, State of New York

MARY E. RAFTERY
NOTARY PUBLIC, State of New York
No. 01RA4695623
Qualified in Nassau County
Commission Expires February 28, 20_06_

Tony Slevira/V.P. Accounting
Name & Title

HENEGAN CONSTRUCTION CO , INC. 250 West 30th Street, New York, New York 10001



## HENEGAN
### CONSTRUCTION CO. INC.

September 16, 2008

Invoice #:    048219

To: Image Processing Systems
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096

Re:   Lehman Brothers Inc.,
399 Park Avenue
Level "B" Cafeteria
H.C.C. # 270296

Attn: Mr. Colin Bowen

### Requisition No. 2R

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 69,283.39 |
| CHANGE ORDERS TO DATE | $ | 0.00 |
| ADJUSTED CONTRACT SUM | $ | 69,283.39 |
| COMPLETED TO DATE | $ | 69,283.39 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 69,283.39 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 12,471.00 |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 56,812.39 |

# APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702 (Instructions on reverse side)

PAGE ONE OF TWO PAGES

TO OWNER: Lehman Brothers Inc.,
1301 Avenue of the Americas
New York, N.Y. 10019
Attn: Colin Bowen

PROJECT:
Lehman Brothers
399 Park Avenue
Level "9" Cafeteria
HCC #270296

APPLICATION NO.: 2R
PERIOD TO: September 10, 2008
PROJECT NOS.:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM GENERAL CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th. Street
New York, New York 10001

VIA (ARCHITECT:

CONTRACT DATE:

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document C703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM ............................................. | $ | 69,283.39 |
| 2. Net change by Change Orders ..................................... | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 + 2).......................... | $ | 69,283.39 |
| 4. TOTAL COMPLETED & STORED TO DATE................. | $ | 69,283.39 |
| (Column C on C703) | | |
| 5. RETAINAGE: | | |
|    b.   0   % of Stored Material | $ | 0.00 |
|         (Column F on C703) | | |
|    Total Retainage (Line 5a + 5b or | | |
|    Total in Column I of C703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE.............................. | $ | 69,283.39 |
|    Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
|    (Line 6 from prior Certificate)............................... | $ | 12,471.00 |
| 8. CURRENT PAYMENT DUE............................................... | $ | 56,812.39 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
|    (Line 3 less Line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 0.00 | 0.00 |
| Total approved this Month | 0.00 | 0.00 |
| **TOTALS** | | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner and that current payment shown herein is now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC

By: _____  V.P. Accounting   Date: _____

State of: New York
County of New York
Subscribed and sworn before
me this _____ day of _____

Notary Public
My Commission expires:

Notary
Qualified in Nassau County
No. 4918485
Commission Expires February 1, 20___
Cecelia Hollis Estate of New York

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ...............................  $ _____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____   Date: _____

This Certificate is not negotiable.   The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

Instructions on reverse side)

APPLICATION NUMBER:

APPLICATION DATE:

PERIOD FROM:
PERIOD TO:

ARCHITECTS PROJECT NO:

PAGE 2 OF 2 PAGES

2R

September 16, 2008

September 1, 2008
September 10, 2008

HCC #270296

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR B | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | FOODSERVICES EQUIPMENT | 63,580.00 | 12,716.00 | 50,864.00 | 0.00 | 63,580.00 | 100% | 0.00 | 0.00 |
| | Level "B" Cafeteria | | | | | | | | |
| | SUBTOTAL | 63,580.00 | 12,716.00 | 50,864.00 | 0.00 | 63,580.00 | 100% | 0.00 | 0.00 |
| | | 3,178.95 | 636.00 | 2,542.95 | | 3,178.95 | 100% | 0.00 | 0.00 |
| | General Conditions- 5.00% | | | | | | | | |
| | SUBTOTAL | 66,758.95 | 13,352.00 | 53,406.95 | 0.00 | 66,758.95 | 100% | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| | Labor/Overtime | | | | | | | | |
| | SUBTOTAL | 66,758.95 | 13,352.00 | 53,406.95 | 0.00 | 66,758.95 | 100% | 0.00 | 0.00 |
| | | 1,669.09 | 334.00 | 1,335.09 | | 1,669.09 | 100% | 0.00 | 0.00 |
| | Fee- 2.5% | | | | | | | | |
| | SUBTOTAL | 68,428.04 | 13,686.00 | 54,742.04 | 0.00 | 68,428.04 | 100% | 0.00 | 0.00 |
| | | 855.35 | 171.00 | 684.35 | | 855.35 | 100% | 0.00 | 0.00 |
| | Insurance-1.25% | | | | | | | | |
| | TOTAL-BASE CONTRACT | 69,283.39 | 13,857.00 | 55,426.39 | 0.00 | 69,283.39 | 100% | 0.00 | 0.00 |
| | | | | | | | | | |
| | TOTAL THIS PAGE | 69,283.39 | 13,857.00 | 55,426.39 | 0.00 | 69,283.39 | 100% | 0.00 | 0.00 |

AIA DOCUMENT • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AUG• • G 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G703 - 1993

HENRIGAN CONSTRUCTION CO., INC.
TRADE SUMMARY

**PROJECT:** LEHMAN BROTHERS
399 Park Avenue
Level "9" Cafeteria

APPLICATION # 2R
H.C.C. J.O9-270296
9/10/2008

| TASK<br>SUBCONTRACTOR | SCHEDULED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATION | CURRENT WORK IN PLACE | CO IN PLACE | TOTAL COMPLETED | % CPLT | BALANCE TO FINISH | LESS PREVIOUS RET | LESS CURRENT RET | ADD RELEASED RETENTION | TOTAL APPLICATION | NET DUE THIS APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FOODSERVICES EQUIPMENT** | | | | | | | | | | | | | | |
| B&C COMMERCIAL | 63,500.00 | | 63,500.00 | 12,716.00 | 50,864.00 | | 63,580.00 | 100.0% | | 1,386.00 | | 1,386.00 | | 62,159.00 |
| | | | | | | | | | | | | | | |
| **TOTAL SUBCONTRACTORS** | 63,580.00 | 0.00 | 63,580.00 | 12,716.00 | 50,864.00 | 0.00 | 63,580.00 | 100.0% | 0.00 | 1,386.00 | 0.00 | 1,386.00 | 0.00 | 62,159.00 |
| General Condition — Henrigan Construction Co., Inc. | 3,178.55 | 0.00 | 3,178.55 | 635.00 | 2,543.55 | 0.00 | 3,178.55 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,543.55 |
| Labor/OT — Henrigan Construction Co., Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fee — Henrigan Construction Co., Inc. | 1,650.00 | 0.00 | 1,650.00 | 314.00 | 1,335.00 | 0.00 | 1,650.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,335.00 |
| Insurance — Henrigan Construction Co., Inc. | 855.35 | 0.00 | 855.35 | 171.00 | 684.35 | 0.00 | 855.35 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 684.35 |
| **TOTAL HCC** | 5,703.90 | 0.00 | 5,703.90 | 1,141.00 | 4,552.59 | 0.00 | 5,703.59 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,552.59 |
| **TOTAL CONTRACT** | 69,283.59 | 0.00 | 69,283.59 | 13,557.00 | 55,481.59 | 0.00 | 69,283.59 | 100.0% | 0.00 | 1,386.00 | 0.00 | 1,386.00 | 0.00 | 56,873.59 |

55,461.59

## CONDITIONAL FINAL WAIVER AND RELEASE OF LIEN

HCC Project # 270296

Block ____
Lot _____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by **Lehman Brothers**(Leasehold Tenant) to furnish labor and material at the premises known as **399 Park Avenue (Level "B" Cafeteria)New York NYC**, of which **Lehman Brothers**, is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of **TWELVE THOUSAND FOUR HUNDRED SEVENTY ONE DOLLAR AND 00/100 ($12,471.00)** and contingent upon the receipt of **FIFTY SIX THOUSAND EIGHT HUNDRED TWELVE DOLLAR AND 39/100 ($56,812.39)** being the full and Final Payment amount due, and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for, or will pay for when Final Payment is received, all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retention's, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this ___ day of September 2008

HENEGAN CONSTRUCTION CO., INC

Sworn to before me this __15__ day
of September 2008

By: _____
Authorized Signature

JAMES G. DRAYTON
Notary Public, State of New York
No. 4918485
Qualified in Nassau County
Commission Expires February 1, 20__

Tony Slevira/VP Accounting
Name & Title

HENEGAN CONSTRUCTION CO., INC. 250 West 30th Street, New York, New York 10001



**HENEGAN**
CONSTRUCTION CO . INC.

August 4, 2008

Invoice #:   048148

To: Image Processing Systems
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096

Re: Lehman Brothers Inc.,
399 Park Avenue, NYC
4th Floor Fit Out
H.C.C. # 270371-C

Attn: Mr. Colin Bowen

## Requisition No. 3

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 10,926,848.39 |
| CHANGE ORDERS TO DATE | $ | 325,331.16 |
| ADJUSTED CONTRACT SUM | $ | 11,252,179.55 |
| COMPLETED TO DATE | $ | 11,100,769.78 |
| LESS  RETAINAGE | $ | (530,507.00) |
| TOTAL EARNED LESS RETAINAGE | $ | 10,570,262.78 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 8,832,811.70 |
| TOTAL AMOUNT DUE THIS INVOICE | $ | 1,737,451.08 |

cc: V.V.A
117 East 31st Street
New York, NY 10016
Attn: Laurie A. Fausto

# APPLICATION AND CERTIFICATE FOR PAYMENT   AIA DOCUMENT G702 (Instructions on reverse side)

PAGE ONE OF THREE PAGES

TO OWNER: Image Processing Systems
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096
Attn: Colin Bowen

PROJECT: Lehman Brothers
399 Park Avenue, NYC
4th Floor-Fit out
HCC #270371-C

APPLICATION NO.: 3

Distribution to:

PERIOD TO: July 30, 2008    ☐ OWNER

PROJECT NOS:    ☐ ARCHITECT

☐ CONTRACTOR

FROM CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th Street
New York, New York 10001

VIA ARCHITECT:
Gensler Associates
1230 Avenue of the Americas
New York, NY 10020

CONTRACT DATE:

CONTRACT FOR: 4th Floor Fit Out

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................................... $  10,926,848.39
2. Net change by Change Orders .................................... $  325,331.16
3. CONTRACT SUM TO DATE (Line 1 + 2)........................ $  11,252,179.55
4. TOTAL COMPLETED & STORED TO DATE........................ $  11,100,769.76
   (Column G on G703)
5. RETAINAGE

   b.  5  % of Stored Material        $  530,507.00
       (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703)........................ $  530,507.00
6. TOTAL EARNED LESS RETAINAGE................................. $  10,570,262.76
   Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT
   (Line 6 from prior Certificate)............................ $  8,832,811.70
8. CURRENT PAYMENT DUE.......................................... $  1,737,451.08
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)                              $  681,916.77

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 325,331.16 | 0.00 |
| Total approved this Month | | |
| TOTALS | 325,331.16 | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been
paid by the Contractor for Work for which previous Certificates for Payment were
issued and payments received from the Owner and that current payment shown herein is
now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC.

By: _____ V.P. Accounting    Date: 7/30/08

State of: New York
County of: New York
Subscribed and sworn before
me this _____ day of _____

Notary Public
My Commission expires:

_____
Qualified in Nassau County
NO. 4516445
Commission Expires February 1, 201_

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising this application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated, the
quality of the Work is in accordance with the Contract Documents, and the Contractor is
entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .............. $ _____

(Attach explanation if amount certified differs from the amount applied for. Initial all
figures on this Application and on the Continuation Sheet that are changed to
conform to the amount certified.)

ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

**AIA DOCUMENT G703**

(Instructions on reverse side)

APPLICATION NUMBER: 3
APPLICATION DATE: August 4, 2008
PERIOD FROM: June 4, 2008
PERIOD TO: July 30, 2008
ARCHITECTS PROJECT NO:

PAGE 2 OF 3 PAGES

HCC #270871-C

| A ITEM NO. | B DESCRIPTION OF WORK (4th Floor Fit-Out) | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | CONCRETE, MASONRY & FIREPROOFING | 305,000.00 | 289,750.00 | 15,250.00 | | 305,000.00 | 100% | 0.00 | 15,250.00 |
| | ARCHITECTURAL WOODWORK | 1,358,960.00 | 1,019,220.00 | 339,740.00 | | 1,358,960.00 | 100% | 0.00 | 67,948.00 |
| | GLASS & GLAZING | 167,560.00 | 100,536.00 | 67,024.00 | | 167,560.00 | 100% | 0.00 | 8,378.00 |
| | DRYWALL & CARPENTRY | 881,000.00 | 836,950.00 | 44,050.00 | | 881,000.00 | 100% | 0.00 | 44,050.00 |
| | ACOUSTICAL CEILINGS | 898,300.00 | 763,555.00 | 134,745.00 | | 898,300.00 | 100% | 0.00 | 44,915.00 |
| | STONE/CERAMIC TILE | 158,725.00 | 119,045.00 | 39,680.00 | | 158,725.00 | 100% | 0.00 | 7,936.00 |
| | VCT, CARPET & BASE | 176,950.00 | 159,256.00 | 17,694.00 | | 176,950.00 | 100% | 0.00 | 8,848.00 |
| | PAINTING & WALLCOVERING | 384,700.00 | 288,525.00 | 96,175.00 | | 384,700.00 | 100% | 0.00 | 19,235.00 |
| | TOILET PARTITIONS/ACCESSORIES | 157,679.00 | 157,679.00 | 0.00 | | 157,679.00 | 100% | 0.00 | 7,884.00 |
| | WINDOW TREATMENTS | 60,450.00 | 30,225.00 | 30,225.00 | | 60,450.00 | 100% | 0.00 | 3,023.00 |
| | SPRINKLERS | 352,500.00 | 334,875.00 | 17,625.00 | | 352,500.00 | 100% | 0.00 | 17,625.00 |
| | PLUMBING | 200,250.00 | 170,213.00 | 30,037.00 | | 200,250.00 | 100% | 0.00 | 10,013.00 |
| | HVAC | 1,534,200.00 | 1,380,780.00 | 153,420.00 | | 1,534,200.00 | 100% | 0.00 | 76,710.00 |
| | ELECTRICAL | 1,997,599.00 | 1,897,720.00 | 99,879.00 | | 1,997,599.00 | 100% | 0.00 | 99,880.00 |
| | PRE-PURCHASED LIGHTING PACKAGE | 480,090.25 | 432,081.00 | 48,009.25 | | 480,090.25 | 100% | 0.00 | 24,005.00 |
| | PRE-PURCHASED DEMOUNTABLE PARTITION PACKAGE | 429,000.00 | 429,000.00 | 0.00 | | 429,000.00 | 100% | 0.00 | 21,450.00 |
| | ORIGINAL FILING FEE COSTS | 37,879.70 | 37,879.70 | 0.00 | | 37,879.70 | 100% | 0.00 | 1,894.00 |
| | OVERTIME PERMIT FILING FEES TO DATE | 1,360.00 | 1,360.00 | 0.00 | | 1,360.00 | 100% | 0.00 | 68.00 |
| | OVERTIME PERMIT FILING FEES REQUIRED TO COMPLETION-ALLOWANCE: | 11,560.00 | 680.00 | 2,300.00 | | 2,980.00 | 26% | 8,580.00 | 149.00 |
| | ELEVATOR ALTERATIONS ALLOWANCE | 14,490.00 | 0.00 | 0.00 | | 0.00 | 0% | 14,490.00 | 0.00 |
| | BUILDING DEPARTMENT ALLOWANCE | 19,320.00 | 2,929.47 | 1,593.67 | | 4,573.14 | 24% | 14,746.86 | 229.00 |
| | PROTECTION/SITE SAFETY ALLOWANCE | 141,182.00 | 124,412.22 | 16,769.78 | | 141,182.00 | 100% | 0.00 | 7,059.00 |
| | OPERATING ENGINEERS ALLOWANCE | 48,300.00 | 0.00 | 0.00 | | 0.00 | 0% | 48,300.00 | 0.00 |
| | SUBTOTAL | 9,817,054.95 | 8,576,721.39 | 1,164,216.70 | | 9,730,938.09 | 99% | 86,116.86 | 486,569.00 |
| | GENERAL CONDITIONS (5.00%) | 490,852.75 | 428,036.07 | 57,710.84 | | 486,546.91 | 99% | 4,305.84 | 24,327.00 |
| | SUBTOTAL | 10,307,907.70 | 9,005,557.46 | 1,211,927.54 | | 10,217,485.00 | 99% | 90,422.70 | 510,876.00 |
| | CM OVERTIME | 220,822.06 | 92,651.50 | 72,501.08 | | 165,152.58 | 75% | 55,470.48 | 0.00 |
| | SUBTOTAL | 10,528,729.76 | 9,098,408.96 | 1,284,428.62 | | 10,382,637.58 | 99% | 145,893.18 | 510,876.00 |
| | FEE (2.5%) | 263,218.27 | 227,460.22 | 32,110.72 | | 259,570.94 | 99% | 3,647.33 | 12,979.00 |
| | SUBTOTAL | 10,791,948.03 | 9,325,869.18 | 1,316,539.34 | | 10,642,408.52 | 99% | 149,540.51 | 523,855.00 |
| | INSURANCE (1.25%) | 134,899.36 | 116,573.36 | 16,456.74 | | 133,030.10 | 99% | 1,869.26 | 6,652.00 |
| | TOTAL BASE CONTRACT | 10,926,848.39 | 9,442,442.54 | 1,332,996.08 | | 10,775,438.62 | 99% | 151,409.77 | 530,507.00 |
| | **TOTAL THIS PAGE** | 10,926,848.39 | 9,442,442.54 | 1,332,996.08 | 0.00 | 10,775,438.62 | 99% | 151,409.77 | 530,507.00 |

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

(Instructions on reverse side)

APPLICATION NUMBER:
APPLICATION DATE:   August 4, 2008
PERIOD FROM:   June 4, 2008
PERIOD TO:   July 30, 2008
ARCHITECT'S PROJECT NO.

PAGE 3 OF 3 PAGES
3

HCC #2703371-C

| A. ITEM NO. | B. DESCRIPTION OF WORK | C. SCHEDULED VALUE | D. WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E. WORK COMPLETED THIS PERIOD Labor | F. MATERIALS PRESENTLY STORED (NOT IN D OR E) | G. TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H. BALANCE TO FINISH (C-G) | I. RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | 4th Floor FIT-OUT | | | | | | | | |
| | **CHANGE ORDERS** | | | | | | | | |
| | CO# 05 | 319,816.83 | 319,816.83 | 0.00 | | 319,816.83 | 100% | 0.00 | 0.00 |
| | CO# 06 | -3,113.44 | -3,113.44 | 0.00 | | -3,113.44 | 100% | 0.00 | 0.00 |
| | CO# 11R | -2,129.14 | -2,129.14 | 0.00 | | -2,129.14 | 100% | 0.00 | 0.00 |
| | CO# 13 | 4,590.92 | 4,590.92 | 0.00 | | 4,590.92 | 100% | 0.00 | 0.00 |
| | CO# 15 | 5,250.64 | 5,250.64 | 0.00 | | 5,250.64 | 100% | 0.00 | 0.00 |
| | CO# 17 | 915.35 | 915.35 | 0.00 | | 915.35 | 100% | 0.00 | 0.00 |
| | TOTAL CHANGE ORDERS | 325,331.16 | 325,331.16 | 0.00 | | 325,331.16 | 100% | 0.00 | 0.00 |
| | **PROJECT TOTAL** | 11,252,179.55 | 9,767,773.70 | 1,332,996.08 | 0.00 | 11,100,769.78 | 99% | 151,409.77 | 530,507.00 |

AIA DOCUMENT  •  APPLICATION AND CERTIFICATE FOR PAYMENT  •  MAY 1983 EDITION  •  AIA®  •  © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G703 - 1983

PROJECT:

LEHMAN BROTHERS
399 Park Avenue, NYC
4th Floor Fit-Out

LEHMAN CONSTRUCTION CO. INC.
TRADE SUMMARY

APPLICATION #3
H.C.C. DD1-270371-C
7/28/2008

HENEGAN CONSTRUCTION-REIMBURSABLES          8/4/2008

HCC# 270371C
Schedule # 2

LEHMAN BROTHERS
399 PARK AVENUE
4th Floor-Fit Out
REIMBURSABLES

Through July 30, 2008

**Filing Fees**

| | |
|---|---|
| NYC Department of Buildings- Inv.#60208-ab | $100.00 |
| NYC Department of Buildings- Inv.#60208-ac | $240.00 |
| NYC Department of Buildings- Inv.#60208-ad | $100.00 |
| NYC Department of Buildings- Inv.#60208-ae | $240.00 |
| NYC Department of Buildings- Inv.#60208-af | $100.00 |
| NYC Department of Buildings- Inv.#60208-ag | $240.00 |
| NYC Department of Buildings- Inv.#60208-ah | $100.00 |
| NYC Department of Buildings- Inv.#60208-ai | $240.00 |
| **Total Filing Fees** | **$1,360.00** |

Total Reimbursable-Filing Fees          **$1,360.00**

DATE:_____ June 2, 2008~ab

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ ____100.00_____ to: _____
**New York City Department Of Buildings** for:

PROJECT:___Lehman Brothers_____

Description:___Filing fee for *After hours-work permit (Days: Wed, Thurs & Fri)*___
                                        6|11,  6|12  & 6|13

ADDRESS:___399 Park Avenue_____

FLOOR (S):___4th_____

HCC NO.:___270371-c_____

COST CODE:___**71.060**_____

REQUESTED BY: · Grace Munlu

APPROVED BY: *M.E.Lafter*

Note:
Item reimbursable.  Project Manager to provide change order.
Standard fee $100.00 for filing/requesting overtime permits.

CC: M  Cohen; K. Pozzanghera; M  Raftery/HCC

DATE:_____June 2, 2008-aC

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ _____240.00_____ to: _____
New York City Department Of Buildings for:


PROJECT:___Lehman Brothers_____

Description:___Filing fee for *After hours-work permit (Dates: Wednesday, Thursday & Friday)*___
                                                        6|11,    6|12   &  6|13

ADDRESS:___399 Park Avenue_____

FLOOR (S):___4th_____

HCC NO.:___270371 - c_____

COST CODE:__ **71.060**_____


REQUESTED BY:___Grace Munlu_____

APPROVED BY:___*M E Rafting*_____

Note:
Item reimbursable.  Project Manager to provide change order
Dally rate of $80.00 per day x 3 day = $240.00

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____ June 2, 2008 _~&

CHECK NO.:_____ ____

Nancy:

Please out a check in the amount of: $_____100.00_____ to: _____
**New York City Department Of Buildings** for:


PROJECT:___Lehman Brothers_____

Description:___Filing fee for *After hours-work permit (Days: Sat, Mon & Tue)*_____
                                        6/4, 9/8 ∉ 9/19.

ADDRESS:___399 Park Avenue_____

FLOOR (S):___4th_____

HCC NO.:___270371-~c_____

COST CODE:___**71.060**_____


REQUESTED BY:___Grace Munlu___

APPROVED BY:___*[signature]*_____

Note:
Item reimbursable.  Project Manager to provide change order.
Standard fee $100 00 for filing/requesting overtime permits.

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____June 2, 2008+n✓

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ ____240.00_____ to; _____
**New York City Department Of Buildings** for:


PROJECT:___Lehman Brothers_____

Description:___Filing fee for *After hours work permit (Dates: Saturday, Monday & Tuesday)*_____
6|14,    6|16   &   6|17

ADDRESS:___399 Park Avenue_____

FLOOR (S):___4th_____

HCC NO.:___270371—c_____

COST CODE:___**71.060**_____


REQUESTED BY:___Grace Munlu_____

APPROVED BY: *M Raftery*_____

<u>Note:</u>
Item reimbursable.  Project Manager to provide change order.
Daily rate of $80.00 per day x 3 day = $240.00

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____ June 2, 2008

CHECK NO.:_____

Nancy:

Please out a check in the amount of; $ _____100.00_____ to: _____
**New York City Department Of Buildings** for:


PROJECT:____Lehman Brothers_____

Description:____Filing fee for *After hours-work permit (Days: Wed, Thurs & Fri)*_____
6|18,  6|19  6:6|20

ADDRESS:____399 Park Avenue_____

FLOOR (S):____4th_____

HCC NO.:____270371-C_____

COST CODE:__**71-060**_____


REQUESTED BY:____Grace Munlu_____

APPROVED BY: *M&Raftery*_____

Note:
Item reimbursable.  Project Manager to provide change order.
Standard fee $100.00 for filing/requesting overtime permits

CC: M. Cohen; K. Pozzanghero; M. Raftery/HCC

DATE:_____ June 2, 2008~ ~~

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ _____ 240.00 _____ to: _____
**New York City Department Of Buildings** for:


PROJECT:___Lehman Brothers_____

Description:___Filing fee for *After hours-work permit (Dates: Wednesday, Thursday & Friday)*___
6|18,     6|19    & 6|20

ADDRESS:___399 Park Avenue_____

FLOOR (S):__4th_____

HCC NO.:____270371~~~_____

COST CODE:___**71.060**_____


REQUESTED BY:___Grace Munlu_____

APPROVED BY: *M. Raftery*_____

Note:
Item reimbursable.  Project Manager to provide change order.
Daily rate of $80.00 per day x 3 day = $240.00

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____ June 2, 2008

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ _____ 100.00 _____ to: _____
**New York City Department Of Buildings** for:

PROJECT: __Lehman Brothers_____

Description: __Filing fee for *After hours-work permit (Days: Sat, Mon & Tue)*__

ADDRESS: __399 Park Avenue_____

FLOOR (S): __4th_____

HCC NO.: __270371—C_____

COST CODE: __71.060_____

REQUESTED BY: __Grace Munlu___

APPROVED BY: _____

Note:
Item reimbursable.  Project Manager to provide change order.
Standard fee $100.00 for filing/requesting overtime permits.

CC: M Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____ June 2, 2008ᵃⁱ

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ _____240.00_____ to: _____
**New York City Department Of Buildings** for:

      PROJECT:___Lehman Brothers_____

      Description:___Filing fee for *After hours-work permit (Dates: Saturday, Monday & Tuesday)*_
                                            6/21,   6/23, & 6/24

      ADDRESS:___399 Park Avenue_____

      FLOOR (S):__4ᵗʰ_____

      HCC NO.:___270371 - C_____

    COST CODE:__ **71.060**_____

                  REQUESTED BY:___Grace Munlu_____

                  APPROVED BY:_*MRaftery*_____

**Note:**
Item reimbursable.  Project Manager to provide change order.
Daily rate of $80.00 per day x 3 day = $240.00

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

HENEGAN CONSTRUCTION-REIMBURSABLES          7/30/2008

HCC# 270371C
Schedule # 2

**LEHMAN BROTHERS**
399 PARK AVENUE
4th Floor-Fit Out
**REIMBURSABLES**

Through 7/30/8

**Filing Fees**

| | |
|---|---|
| Milrose Consultants, Inc- Inv.#60208-AA | $100.00 |
| Milrose Consultants, Inc- Inv.#60208-AB | $160.00 |
| Milrose Consultants, Inc- Inv.#60208-AC | $100.00 |
| Milrose Consultants, Inc- Inv.#60208-AD | $240.00 |
| Milrose Consultants, Inc- Inv.#60208-AE | $100.00 |
| Milrose Consultants, Inc- Inv.#60208-AF | $240.00 |
| **Total Filing Fees** | **$940.00** |

**Total Reimbursable-Filing Fees      $940.00**

DATE: _____ June 2, 2008~⁰⁹

CHECK NO.: _____

Nancy:

Please cut a check in the amount of: $ _____ 100.00 _____ to: _____
**Milrose Consultants Inc.,** for:

PROJECT: ___ Lehman Brothers _____

Description: ___ Filing fee for *After hours-work permit (Days: Thurs, Fri )*
                                                  ⁵₈₂ ≠ ⁵₈₃

ADDRESS: ___ 399 Park Avenue _____

FLOOR (S): ___ 4ᵗʰ _____

HCC NO.: ___ 270371~c _____

COST CODE: ___ **71.060** _____

REQUESTED BY: ___ Grace Munlu ___

APPROVED BY: *M.E.Raftery*

Note:
Item reimbursable. Project Manager to provide change order.
Standard fee $100.00 for filing/requesting overtime permits  (cheque advanced by Milrose for Hcc)

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____ June 2, 2008____

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ _____160.00_____ to: _____
**Milrose Consultants Inc.,** for:

PROJECT:___ Lehman Brothers _____

Description:___ Filing fee for *After hours-work permit (Dates: Thursday & Friday)*

ADDRESS:___ 399 Park Avenue _____

FLOOR (S):___ 4th _____

HCC NO.:___ 270371~c _____

COST CODE:___ **71.060** _____

REQUESTED BY:___ Grace Munlu _____

APPROVED BY:___ *Mary Raftery* .

Note:
Item reimbursable. Project Manager to provide change order.
Daily rate of $80.00 per day x 2 day = $160.00

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____ June 2, 2008

CHECK NO :_____

Nancy:

Please cut a check in the amount of:  $ ____ 100.00 _____ to: _____
**Milrose Consultants Inc.,** for:

PROJECT:___ Lehman Brothers _____

Description:___ Filing fee for *After hours-work permit (Days: Wed, Thurs & Fri )* _____
5/28, 5/29 & 5/30

ADDRESS:___ 399 Park Avenue _____

FLOOR (S):__ 4th _____

HCC NO.:___ 270371 --C _____

COST CODE:__ **71-060** _____

REQUESTED BY:__ Grace Muniu ____

APPROVED BY: *M. E. Rafferty* ____

Note:
Item reimbursable.  Project Manager to provide change order.
Standard fee $100.00 for filing/requesting overtime permits. (cheque advanced by Milrose for Hcc)

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____June 2, 2008~2d

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ ____ 240.00 _____ to: _____
**Milrose Consultants Inc.,** for:


    PROJECT:___Lehman Brothers_____

    Description:___Filing fee for *After hours-work permit (Dates: Wednesday, Thursday & Friday)*___
                                   5|28,  5|29  &  5|30

    ADDRESS:___399 Park Avenue_____

    FLOOR (S):___4th_____

    HCC NO.:____270371~c_____

  COST CODE:___**71-060**_____


                        REQUESTED BY:___Grace Munlu_____

                        APPROVED BY: *M E Raftery*_____

**Note:**
Item reimbursable. Project Manager to provide change order.
Daily rate of $80.00 per day x 3 day = $240 00

CC: M Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____June 2, 2008-ने ८

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ ____100.00_____ to: _____
**Milrose Consultants Inc.,** for:

PROJECT:___Lehman Brothers_____

Description:___Filing fee for *After hours-work permit (Days: Sat, Mon & Tue)*____
                    5|3व, 6|2 ¢ 6|3

ADDRESS:___399 Park Avenue_____

FLOOR (S):__4th_____

HCC NO.:___270371-c_____

COST CODE:___**71-060**_____

REQUESTED BY:___Grace Munlu___

APPROVED BY: *M.E.Raftery*_____

Note:
Item reimbursable. Project Manager to provide change order.
Standard fee $100.00 for filing/requesting overtime permits. (cheque advanced by Milrose for Hcc)

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

DATE:_____ June 2, 2008~a₄

CHECK NO.:_____

Nancy:

Please cut a check in the amount of: $ ____ 240.00 ____ to: _____
**Milrose Consultants Inc.,** for:


PROJECT:___ Lehman Brothers _____

Description:___ Filing fee for After hours-work permit (Dates: Saturday, Monday & Tuesday) ___
5|31  , 6|2  &  6|3

ADDRESS:___ 399 Park Avenue _____

FLOOR (S):___ 4ᵗʰ _____

HCC NO.:___ 270371~c _____

COST CODE:___ **71-060** _____


REQUESTED BY:___ Grace Munlu _____

APPROVED BY: _M.E.Raftery_____


Note:
Item reimbursable.  Project Manager to provide change order.
Daily rate of $80.00 per day x 3 day = $240.00

CC: M. Cohen; K. Pozzanghera; M. Raftery/HCC

## HENEGAN CONSTRUCTION-BUILDING DEPT.

8/4/2008
HCC# 270371-C

Lehman Brothers Inc.,
399 Park Avenue, NYC
4th Floor Fit Out

Schedule #3

**Labor Schedule**

Weekending  06/04/08 thru Weekending 07/30/08

Effective Date After 1/1/08

| | | | | | |
|---|---|---|---|---|---|
| Project Building Dept. | S.T. | 23.00 | $69.29 | = | 1,593.67 |
| | | | | | 1,593.67 |

| | | |
|---|---|---|
| TOTAL LABOR | 23.00 | 1,593.67 |

**RECAP**

| | |
|---|---|
| **Total Building Dept. Allowance** | 19,320.00 |
| Less: Bldg. Dept. Cost Date | (4,573.14) |
| **Total Building Dept. Allowance balance** | 14,746.86 |

Total Reimbursable-Bldg. Dept.  $1,593.67

Hanegan Construction Co., Inc.

Time Entry Report-(In Job Order)

09-04-08

Page 1

| Employee | Period End Date | Job | Phase | Phase Description | Union | Pay | Hours |
|---|---|---|---|---|---|---|---|
| 2074   Grace Munu | 06-04-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 2.00 |
| | 06-11-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 2.00 |
| | 06-18-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 2.00 |
| | 06-25-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 2.00 |
| | 07-02-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 3.00 |
| | 07-09-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 3.00 |
| | 07-16-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 3.00 |
| | 07-23-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 3.00 |
| | 07-30-08 | 27037-1C | LEHMAN | 01-044  Building Dept-Office | | CERTIFIED | 3.00 |
| | | | | | | Employee Total | 23.00* |

Report Totals:

Report Totals    23.00*

HENEGAN CONSTRUCTION-OVERTIME                    8/4/2008

Lehman Brothers Inc.,                                    HCC# 270371-C
399 Park Avenue, NYC.
4th Floor Fit Out                                        Schedule # 03

__Labor Schedule__

Weekending 06/04/08 thru Weekending 07/30/08

Effective Date After 1/1/08
Carpenter Foreman          O.T.    81.00    $165.54    =    13,408.74
                           D.T.             $203.09    =       $0.00
                                                          $13,408.74

Effective Date After 1/1/08
Laborer (Mason Tenders)    O.T.   543.00    $104.94    =    $56,982.42
                           D.T.    16.00    $131.87    =     $2,109.92
                                                          $59,092.34

TOTAL LABOR                       640.00                    $72,501.08

RECAP
Total Overtime-Allowance          220,823.06
Less: Overtime Cost Date         (165,352.58)
Total Overtime Allowance balance   55,470.48

                           Total Reimbursable-Overtime    $72,501.08

Time Entry Report-(In Job Order)

08-04-08

Page 1

## Henegan Construction Co., Inc.

| Employee | | Period End Date | Job | | Phase | Phase Description | Union | Union Description | Pay | | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0119 | Robert Kranz | 06-04-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON U/LABOT | 1.50 |
| 0119 | Robert Kranz | 06-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON U/LABOT | 3.00 |
| 0119 | Robert Kranz | 06-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON U/LABOT | 1.50 |
| 0119 | Robert Kranz | 06-25-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON U/LABOT | 1.50 |
| 0119 | Robert Kranz | 07-02-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON U/LABOT | 1.50 |
| 0119 | Robert Kranz | 07-09-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON U/LABOT | 1.50 |
| 0119 | Robert Kranz | 07-16-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON U/LABOT | 1.50 |
| 0119 | Robert Kranz | 07-23-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON U/LABOT | 1.50 |
| | | | | | | | | | Total Pay Hrs | | 12.00* |
| 0507 | Paul La Rocca | 06-11-08 | 270371C | LEHMAN | 01-011 | Field Supervisn / OT | NYC-CARP | NYC Carpenters | CERTIFIED | NYC-CARPOT | 6.00 |
| 0507 | Paul La Rocca | 06-25-08 | 270371C | LEHMAN | 01-011 | Field Supervisn / OT | NYC-CARP | NYC Carpenters | CERTIFIED | NYC-CARPOT | 8.00 |
| 0507 | Paul La Rocca | 06-30-08 | 270371C | LEHMAN | 01-011 | Field Supervisn / OT | NYC-CARP | NYC Carpenters | CERTIFIED | NYC-CARPOT | 18.00 |
| 0507 | Paul La Rocca | 07-09-08 | 270371C | LEHMAN | 01-011 | Field Supervisn / OT | NYC-CARP | NYC Carpenters | CERTIFIED | NYC-CARPOT | 22.00 |
| 0507 | Paul La Rocca | 07-16-08 | 270371C | LEHMAN | 01-011 | Field Supervisn / OT | NYC-CARP | NYC Carpenters | CERTIFIED | NYC-CARPOT | 4.00 |
| 0607 | Paul La Rocca | 07-23-08 | 270371C | LEHMAN | 01-011 | Field Supervisn / OT | NYC-CARP | NYC Carpenters | CERTIFIED | NYC-CARPOT | 13.00 |
| 0607 | Paul La Rocca | 07-30-08 | 270371C | LEHMAN | 01-011 | Field Supervisn / OT | NYC-CARP | NYC Carpenters | CERTIFIED | NYC-CARPOT | 11.00 |
| | | | | | | | | | Total Pay Hrs | | 84.00* |
| 0400 | Willie Tucker | 06-18-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 8.00 |
| 6333 | Robert Singleton Sr. | 07-02-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 8.00 |
| | | | | | | | | | Total Pay Hrs | | 16.00* |
| 0160 | Anthony A. Mashihed | 06-04-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 11.00 |
| 4014 | Fernando Avila | 05-04-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 10.00 |
| 6160 | Anthony Leitao | 05-04-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 22.00 |
| 6333 | Robert Singleton Sr. | 06-04-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 13.00 |
| 6333 | Robert Singleton Sr. | 05-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 25.00 |
| 4014 | Fernando Avila | 05-04-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 6.00 |
| 4014 | Fernando Avila | 06-04-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 6.00 |
| 6160 | Anthony Leitao | 05-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 11.00 |
| 6333 | Willie Tucker | 05-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 26.00 |
| 6160 | Jeremy Day | 05-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 11.00 |
| 6269 | Vincent J. Torres | 05-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 23.00 |
| 6268 | Robert Singleton Sr. | 05-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 4.00 |
| 6333 | Willie Tucker | 06-11-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 10.00 |
| 0400 | Fernando Avila | 06-18-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 25.00 |
| 4014 | Anthony Leitao | 06-18-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 25.00 |
| 0400 | Fernando Avila | 06-18-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 13.00 |
| 6160 | Anthony Leitao | 06-18-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 8.00 |
| 6333 | Vincent J. Torres | 06-18-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 20.00 |
| 4014 | Fernando Avila | 06-25-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 21.00 |
| 6160 | Anthony Leitao | 06-25-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 26.00 |
| 6269 | Robert Singleton Sr. | 06-25-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 15.00 |
| 6268 | Vincent J. Torres | 06-25-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 24.00 |
| 6333 | Robert Singleton Sr. | 06-30-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 7.00 |
| 6333 | Robert Singleton Sr. | 06-30-08 | 270371C | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 16.00 |
| | | 07-02-08 | | | | | | | | | 3.00 |
| | | | | | | | | | | | 9.00 |

Henegan Construction Co., Inc.

Time Entry Report-(In Job Order)

08-04-08                                                                                          Page 2

| Employee | | Period End Date | Job | Phase | Phase Description | Union | Union Description | Pay | Hours |
|---|---|---|---|---|---|---|---|---|---|
| 0400 | Willie Tucker | 07-09-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 8.00 |
| 4014 | Fernando Avila | 07-09-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 22.00 |
| 6160 | Anthony Lailao | 07-09-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 20.00 |
| 6268 | Vincent J. Torres | 07-09-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 10.00 |
| 018O | Anthony J. Martinial | 07-09-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 4.00 |
| 018O | Fernando Avila | 07-16-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 12.00 |
| 4014 | Fernando Avila | 07-16-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 14.00 |
| 6160 | Anthony Lailao | 07-16-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 4.00 |
| 6268 | Vincent J. Torres | 07-16-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 10.00 |
| 0400 | Willie Tucker | 07-16-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 10.00 |
| 0400 | Willie Tucker | 07-23-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 21.00 |
| 4014 | Fernando Avila | 07-23-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 7.00 |
| 6160 | Anthony Lailao | 07-23-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 11.00 |
| 6268 | Vincent J. Torres | 07-23-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 6.00 |
| 6160 | Anthony Lailao | 07-30-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 6.00 |
| 0400 | Willie Tucker | 07-30-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | 6.00 |
| 6268 | Vincent J. Torres | 07-30-08 | 2703371C | LEHMAN | 01-013 Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED NYC-MTOT | |

Job Totals       640.00*

Total Pay Hrs       531.00*

Report Totals       640.00*

## CONDITIONAL PARTIAL WAIVER AND RELEASE OF LIEN

Req. # 03
HCC Project # **270371-C**
Block _____
Lot _____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by **Lehman Brothers Inc.,** (Leasehold Tenant) to furnish labor and material at the premises known as **399 Park Avenue (4th Floor Fit-Out), NYC** of which **Lehman Brothers,** is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of **EIGHT MILLION EIGHT HUNDRED THIRTY TWO THOUSAND EIGHT HUNDRED ELEVEN DOLLAR AND 70/100 ($ 8,832,811.70),** the receipt whereof is hereby acknowledged and contingent upon the receipt of **ONE MILLION SEVEN HUNDRED THIRTY SEVEN THOUSAND FOUR HUNDRED FIFTY ONE DOLLARS AND 08/100 ($ 1,737,451.08),** for the total value, less retainage, of work completed and installed to date, hereby waives and releases any and all liens or rights of lien now existing under the laws of the State of New York relating to mechanic's liens, with respect to and on said above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the Owner and/or the Leasehold Tenant on account of labor, services, material, fixtures, apparatus or machinery furnished through the 30th day of July ,2008, by the undersigned for the above described premises.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this ___ day of August, 2008.

HENEGAN CONSTRUCTION CO., INC.

Sworn to before me this 5 __ day
of August 2008

By: _____
Authorized signature

Notary Public _____
JAMES G. DAXTON
Notary Public, State of New York
No. 48 78486
Qualified in Nassau County
Commission Expires February 1, 20__

Tony Slevira/V.P. Accounting
Print name & title



**HENEGAN**
CONSTRUCTION CO. INC.

August 7, 2008                    Invoice #:    .    048150

To: Image Processing Systems              Re: Lehman Brothers Inc.,
C/O Lehman Brothers-CRE                   399 Park Avenue
PO BOX 2236                               4th FloorDemolition
Secaucus, NJ 07096                        H.G.C. # 270371- A

Attn: Mr. Colin Bowen

---

Requisition No. 3

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 844,543.17 |
| CHANGE ORDERS TO DATE | $ | (27,201.73) |
| ADJUSTED CONTRACT SUM | $ | 817,341.44 |
| COMPLETED TO DATE | $ | 817,341.44 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 817,341.44 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 809,861.94 |
| TOTAL AMOUNT DUE THIS INVOICE | $ | 7,479.50 |

cc: Christine Wilde    Lehman Brothers, Inc. 1301 Ave. of the Americas, NY, NY 10019

cc: Laurie A. Fausto  VVA  117 East 31st Street  New York, NY 10016

# APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702 (Instructions on reverse side)    PAGE ONE OF THREE PAGES

TO OWNER: Lehman Brothers Inc.,
1301 Avenue of the Americas
New York, N.Y. 10019
Attn: Colin Bowen

PROJECT:
Lehman Brothers
399 Park Avenue, NYC
4th Floor-Demolition
HCC #270371-A

APPLICATION NO.: 3    Distribution to:

PERIOD TO: August 5, 2008    ☐ OWNER

PROJECT NOS.:    ☐ ARCHITECT

CONTRACT DATE:    ☐ CONTRACTOR

FROM CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th Street
New York, New York 10001

VIA (ARCHITECT):
Robert Director Associates
19 West 44th Street
New York, NY 10036

CONTRACT FOR: 4th Floor Demolition

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM .................................. | $ | 844,543.17 |
| 2. Net change by Change Orders .............................. | $ | -27,201.23 |
| 3. CONTRACT SUM TO DATE (Line 1 + 2) ..................... | $ | 817,341.44 |
| 4. TOTAL COMPLETED & STORED TO DATE................ | $ | 817,341.44 |
|    (Column G on G703) | | |
| 5. RETAINAGE: | | |
|    a.     0  % of Stored Material | | |
|    (Column F on G703)     $            0.00 | | |
|    b.     0  % of Stored Material | | |
|    (Column F on G703) | | |
|    Total Retainage (Line 5a + 5b or | | |
|    Total in Column I of G703) | | |
| 6. TOTAL EARNED LESS RETAINAGE.................... | $ | 817,341.44 |
|    (Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
|    (Line 6 from prior Certificate) | $ | 809,861.94 |
| 8. CURRENT PAYMENT DUE............................ | $ | 7,479.50 |
| 9. BALANCE TO FINISH, INCLUDING RETAINANCE | | |
|    (Line 3 less Line 6)     $            0.00 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in | | |
| previous months by Owner | | -34,681.23 |
| Total approved this Month | | 7,479.50 |
| TOTALS | 7,479.50 | -27,201.23 |
| NET CHANGES by Change Order | | -27,201.23 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been
paid by the Contractor for Work for which previous Certificates for Payment were
issued and payments received from the Owner and that current payment shown herein is
now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC

By: _____ V.P. Accounting    Date: 8/4/08

State of : New York
County of: New York

Subscribed and sworn before
me this            day of

Notary Public
My Commission expires:

Commission Expires February 1, 20

NOEL MORTON
Notary Public - State of New York
No. 49M3495
Qualified in Nassau County

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data
comprising this application, the Architect certifies to the Owner that to the best of the
Architect's knowledge, information and belief the Work has progressed as indicated, the
quality of the Work is in accordance with the Contract Documents, and the Contractor is
entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................. $

(Attach explanation if amount certified differs from the amount applied for. Initial all
figures on this Application and on the Continuation Sheet that are changed to
conform to the amount certified.)

ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the
Contractor named herein. Issuance, payment and acceptance of payment are without

AIA DOCUMENT G703

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's Signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

(Instructions on reverse side)
APPLICATION NUMBER: 3
APPLICATION DATE: August 7, 2008

PERIOD FROM: February 25, 2008
PERIOD TO: August 5, 2008

PAGE 2 OF 3 PAGES

HCC #270371A · ARCHITECTS PROJECT NO:

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | L RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | DEMOLITION 4th Floor Demolition | 374,419.00 | 374,419.00 | 0.00 | | 374,419.00 | 100% | 0.00 | 0.00 |
| | DRYWALL/CARPENTRY | 68,795.00 | 68,795.00 | 0.00 | | 68,795.00 | 100% | 0.00 | 0.00 |
| | SPRINKLERS | 24,700.00 | 24,700.00 | 0.00 | | 24,700.00 | 100% | 0.00 | 0.00 |
| | PLUMBING | 49,185.00 | 49,185.00 | 0.00 | | 49,185.00 | 100% | 0.00 | 0.00 |
| | HVAC | 29,000.00 | 29,000.00 | 0.00 | | 29,000.00 | 100% | 0.00 | 0.00 |
| | ELECTRICAL | 164,869.00 | 164,869.00 | 0.00 | | 164,869.00 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 710,968.00 | 710,968.00 | 0.00 | | 710,968.00 | 100% | 0.00 | 0.00 |
| | GENERAL CONDITIONS-5% | 35,548.40 | 35,548.40 | 0.00 | | 35,548.40 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 746,516.40 | 746,516.40 | 0.00 | | 746,516.40 | 100% | 0.00 | 0.00 |
| | CM OVERTIME | 67,256.00 | 67,256.00 | 0.00 | | 67,256.00 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 813,772.40 | 813,772.40 | 0.00 | | 813,772.40 | 100% | 0.00 | 0.00 |
| | FEE-2.5% | 20,344.31 | 20,344.31 | 0.00 | | 20,344.31 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 834,116.71 | 834,116.71 | 0.00 | | 834,116.71 | 100% | 0.00 | 0.00 |
| | INSURANCE-1.25% | 10,426.46 | 10,426.46 | 0.00 | | 10,426.46 | 100% | 0.00 | 0.00 |
| | TOTAL-BASE CONTRACT | 844,543.17 | 844,543.17 | 0.00 | | 844,543.17 | 100% | 0.00 | 0.00 |
| | CHANGE ORDER | | | | | | | | |
| | CO# 01R | 6,892.37 | 6,892.37 | 0.00 | | 6,892.37 | 100% | 0.00 | 0.00 |
| | CO# 02R | 3,469.08 | 3,469.08 | 0.00 | | 3,469.08 | 100% | 0.00 | 0.00 |
| | CO# 03R | 9,153.51 | 9,153.51 | 0.00 | | 9,153.51 | 100% | 0.00 | 0.00 |
| | CO# 04R | 3,737.68 | 3,737.68 | 0.00 | | 3,737.68 | 100% | 0.00 | 0.00 |
| | CO# 07 | -57,933.87 | -57,933.87 | 0.00 | | -57,933.87 | 100% | 0.00 | 0.00 |
| | CO# 08 | 7,479.50 | 0.00 | 7,479.50 | | 7,479.50 | 100% | 0.00 | 0.00 |
| | TOTAL CHANGE ORDER | -27,201.73 | -34,681.23 | 7,479.50 | | -27,201.73 | 100% | 0.00 | 0.00 |
| | PROJECT TOTAL | 817,341.44 | 809,861.94 | 7,479.50 | 0.00 | 817,341.44 | 100% | 0.00 | 0.00 |

**HENEGAN CONSTRUCTION CO., INC.**
**TRADE SUMMARY**

PROJECT:

LEHMAN BROTHERS
399 Park Avenue, NYC
4th Floor Demolition

APPLICATION # 3
H.C.C. JOB 1-270377-A
8/5/2008

| TRADE | SUBCONTRACTOR | ESTIMATE VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATION | CHANGE THIS PERIOD | CO DEDUCT | TOTAL COMPLETED | % CMP | BALANCE TO FINISH | LESS RETAINAGE | LESS PREVIOUS RETAINAGE | RETAINAGE THIS APPLICATION | TOTAL RETAINAGE | NET DUE THIS APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Drywall & Carpentry | J.P. Philbin | 68,735.00 | 0.00 | 68,735.00 | 68,735.00 | 0.00 | 0.00 | 68,735.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Spindler | Preferred Modular | 24,700.00 | 0.00 | 24,700.00 | 24,700.00 | 0.00 | 0.00 | 24,700.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Plumber | Preferred Mechanical | 49,185.00 | 0.00 | 49,185.00 | 49,185.00 | 0.00 | 0.00 | 49,185.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HVAC | Panda Htng. Inc. | 39,000.00 | 6,315.00 | 35,325.00 | 35,325.00 | 0.00 | 0.00 | 35,325.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Electrical | Donald J. Dunn | 164,650.00 | 0.00 | 164,650.00 | 164,650.00 | 0.00 | 0.00 | 164,650.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Building Department | Henegan Controllers | 0.00 | 10,847.30 | 10,847.30 | 3,165.50 | 0.00 | 6,882.80 | 10,847.30 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,882.80 |
| CNT ALLOWANCE | Henegan Controllers | 0.00 | (55,933.66) | (55,933.66) | (55,933.66) | 0.00 | | (55,933.66) | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **TOTAL SUBCONTRACTORS** | | 716,568.00 | (37,520.70) | 679,317.24 | 676,440.44 | 0.00 | 6,855.80 | 683,347.24 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,882.80 |
| General Conditions | Henegan Construction Co., Inc. | 35,549.40 | 1,415.12 | 34,564.52 | 36,616.33 | 0.00 | 343.19 | 36,959.52 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 343.19 |
| Labor/OT | Henegan Construction Co., Inc. | 67,316.00 | 0.00 | 67,316.00 | 67,316.00 | 160.17 | 0.00 | 67,316.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 160.17 |
| Fee | Henegan Construction Co., Inc. | 20,141.11 | (655.27) | 19,628.54 | 19,535.27 | 93.14 | 0.00 | 19,628.54 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 93.14 |
| Insurance | Henegan Construction Co., Inc. | 10,416.46 | (135.62) | 10,010.64 | 9,795.30 | 615.70 | 0.00 | 10,293.64 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 615.70 |
| **TOTAL HCC** | | 133,575.17 | 418.53 | 133,394.70 | 133,376.50 | 615.70 | | 133,374.70 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,475.50 |
| **TOTAL CONTRACT** | | 344,503.17 | (37,201.23) | 817,311.44 | 808,651.14 | 0.00 | 7,475.50 | 817,341.44 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,475.50 |



## CONDITIONAL FINAL WAIVER AND RELEASE OF LIEN

Req. #03
HCC Project #_270371-A

Block _____
Lot _____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by __Lehman Brothers, Inc.__ to furnish labor and material at the premises known as 399 Park avenue (4th Floor Demolition) New York, NY, of which __Lehman Brothers__ is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of __EIGHT HUNDRED NINE THOUSAND EIGHT HUNDRED SIXTY ONE DOLLAR AND 94/100 ($809,861.94)__, and contingent upon the receipt of __SEVEN THOUSAND FOUR HUNDRED SEVENTY NINE DOLLAR AND 50/100 ($7,479.50)__ being the full and Final Payment amount due, and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for, or will pay for when Final Payment is received, all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retentions, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully-paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this __X__ day of August 2008

Sworn to before me this _____ day of August 2008

By: _____

HENEGAN CONSTRUCTION CO., INC.

Authorized signature

Notary Public, State of New York

Tony Slevira/V.P. Accounting
Printed name and title

JAMES G. DRAYTON
Notary Public, State of New York
No. 4918485
Qualified in Nassau County
Commission Expires February 1, 20__

HENEGAN CONSTRUCTION CO., INC. 250 West 30th Street, New York, New York 10001