

# HENEGAN
### CONSTRUCTION CO. INC.

September 17, 2008                    Invoice #:      048212

**To: Image Processing Systems**
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096

**Re: Lehman Brothers Inc.,**
399 Park Avenue, NYC
4th Floor Fit Out
H.C.C. # 270371-C

Attn: Mr. Colin Bowen

## Requisition No. 4R

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 10,926,848.39 |
| CHANGE ORDERS TO DATE | $ | 637,785.55 |
| ADJUSTED CONTRACT SUM | $ | 11,564,633.94 |
| COMPLETED TO DATE | $ | 11,564,633.94 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 11,564,633.94 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 10,570,262.78 |
| TOTAL AMOUNT DUE THIS INVOICE | $ | 994,371.16 |

cc: V.V.A
117 East 31st Street
New York, NY 10016
Attn: Laurie A. Fausto

# APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702 (Instructions on reverse side)

| | |
|---|---|
| **TO OWNER:** Image Processing Systems<br>C/O Lehman Brothers-CRE<br>PO BOX 2236<br>Secaucus, NJ 07096<br>Attn: Colin Bowen | **PROJECT:** Lehman Brothers<br>399 Park Avenue, NYC<br>4th Floor-Fit out<br>HCC #270371-C |

**FROM CONTRACTOR:** Henegan Construction Co., Inc.
250 West 30th Street
New York, New York 10001

**VIA (ARCHITECT:** Gensler Associates
1230 Avenue of the Americas
New York, NY 10020

| | |
|---|---|
| **APPLICATION NO.:** 4R | **Distribution to:** |
| **PERIOD TO:** September 10, 2008 | ☐ OWNER |
| **PROJECT NOS.:** | ☐ ARCHITECT |
| **CONTRACT DATE:** | ☐ CONTRACTOR |
| | ☐ |

PAGE  ONE  OF  THREE  PAGES

**CONTRACT FOR:** 4th Floor-Fit Out

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. | **ORIGINAL CONTRACT SUM ..........................** | $ 10,926,848.39 |
| 2. | Net change by Change Orders ....................... | 637,785.55 |
| 3. | **CONTRACT SUM TO DATE (Line 1 + 2)............** | $ 11,564,633.94 |
| 4. | **TOTAL COMPLETED & STORED TO DATE.........** | $ 11,564,633.94 |
| | (Column G on G703) | |
| 5. | **RETAINAGE** | |
| | b.   0   % of Stored Material | $ 0.00 |
| | (Column F on G703) | |
| | Total Retainage (Line 5a + 5b or | |
| | Total in Column I of G703) | $ 0.00 |
| 6. | **TOTAL EARNED LESS RETAINAGE..................** | $ 11,564,633.94 |
| | Line 4 less Line 5 Total) | |
| 7. | **LESS PREVIOUS CERTIFICATES FOR  PAYMENT** | $ 10,570,262.78 |
| | (Line 6 from prior Certificate) | |
| 8. | **CURRENT PAYMENT DUE..............................** | $ 994,371.16 |
| 9. | **BALANCE TO FINISH, INCLUDING RETAINAGE** | |
| | (Line 3 less Line 6) | $ 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in<br>previous months by Owner | 325,331.16 | |
| Total approved this Month | 312,454.39 | |
| **TOTALS** | 637,785.55 | |
| NET CHANGES by Change Order | 637,785.55 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge,
information and belief the Work covered by this Application for Payment has been
completed in accordance with the Contract Documents, that all amounts have been  paid
by  the Contractor for  Work  for  which previous Certificates for Payment were  issued and
payments received from the Owner and that current payment shown herein is now due.

**CONTRACTOR:** HENEGAN CONSTRUCTION CO., INC

By: _____ V.P. Accounting   Date _____

State of:  New York
County of New York
Subscribed and sworn before
me this                day of

Notary Public
My Commission expires:

Notary Public, State of New York
No. 4918485
Qualified In Nassau County
Commission Expires February 1, 20___

## ARCHITECT'S  CERTIFICATE FOR PAYMENT

In accordance with the Contract Document, based on on-site observations and the data
comprising this application, the  Architect  certifies to  the Owner that to the best of  the
Architect's knowledge, information and belief the Work has progressed as indicated, the
quality of the Work is in accordance with the Contract Documents, and the Contractor is
entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............ $ _____

(Attach explanation  if amount certified  differs from the amount applied  for.  Initial all
figures  on  this  Application and  on  the Continuation Sheet that are changed to
conform to the amount certified.)

**ARCHITECT:**

By: _____   Date _____

This Certificate is not negotiable.   The  AMOUNT CERTIFIED  is  payable  only  to  the
Contractor  named  herein.  Issuance,  payment and acceptance of payment are without

AIA DOCUMENT G702  •   APPLICATION AND CERTIFICATE FOR PAYMENT  •   1992 EDITION  •   AIA ®  •   © 1992  •   THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N.W., WASHINGTON, D.C. 20006-5292  •

G702-1992

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

AIA DOCUMENT G703

(Instructions on reverse side)

APPLICATION NUMBER:
APPLICATION DATE: September 17, 2008
PERIOD FROM: July 30, 2008
PERIOD TO: September 10, 2008

PAGE 2 OF 4 PAGES
4R

In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

ARCHITECT'S PROJECT NO.

HCC 22703771-C

| ITEM NO. | DESCRIPTION OF WORK (4th Floor FIT-OUT) | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD (labor) | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | CONCRETE, MASONRY & FIREPROOFING | 305,000.00 | 305,000.00 | 0.00 | | 305,000.00 | 100% | 0.00 | 0.00 |
| | ARCHITECTURAL WOODWORK | 1,359,960.00 | 1,359,960.00 | 0.00 | | 1,359,960.00 | 100% | 0.00 | 0.00 |
| | GLASS & GLAZING | 167,560.00 | 167,560.00 | 0.00 | | 167,560.00 | 100% | 0.00 | 0.00 |
| | DRYWALL & CARPENTRY | 881,000.00 | 881,000.00 | 0.00 | | 881,000.00 | 100% | 0.00 | 0.00 |
| | ACOUSTICAL CEILINGS | 898,300.00 | 898,300.00 | 0.00 | | 898,300.00 | 100% | 0.00 | 0.00 |
| | STONE/CERAMIC TILE | 158,725.00 | 158,725.00 | 0.00 | | 158,725.00 | 100% | 0.00 | 0.00 |
| | VCT, CARPET & BASE | 176,950.00 | 176,950.00 | 0.00 | | 176,950.00 | 100% | 0.00 | 0.00 |
| | PAINTING & WALLCOVERING | 384,700.00 | 384,700.00 | 0.00 | | 384,700.00 | 100% | 0.00 | 0.00 |
| | TOILET PARTITIONS/ACCESSORIES | 157,679.00 | 157,679.00 | 0.00 | | 157,679.00 | 100% | 0.00 | 0.00 |
| | WINDOW TREATMENTS | 60,450.00 | 60,450.00 | 0.00 | | 60,450.00 | 100% | 0.00 | 0.00 |
| | SPRINKLERS | 352,500.00 | 352,500.00 | 0.00 | | 352,500.00 | 100% | 0.00 | 0.00 |
| | PLUMBING | 200,250.00 | 200,250.00 | 0.00 | | 200,250.00 | 100% | 0.00 | 0.00 |
| | HVAC | 1,534,200.00 | 1,534,200.00 | 0.00 | | 1,534,200.00 | 100% | 0.00 | 0.00 |
| | ELECTRICAL | 1,597,599.00 | 1,597,599.00 | 0.00 | | 1,597,599.00 | 100% | 0.00 | 0.00 |
| | PRE-PURCHASED LIGHTING PACKAGE | 480,090.25 | 480,090.25 | 0.00 | | 480,090.25 | 100% | 0.00 | 0.00 |
| | PRE-PURCHASED DEMOUNTABLE PARTITION PACKAGE | 429,000.00 | 429,000.00 | 0.00 | | 429,000.00 | 100% | 0.00 | 0.00 |
| | ORIGINAL FILING FEE COSTS | 37,879.70 | 37,879.70 | 0.00 | | 37,879.70 | 100% | 0.00 | 0.00 |
| | OVERTIME PERMIT FILING FEES REQUIRED TO DATE | 1,360.00 | 1,360.00 | 0.00 | | 1,360.00 | 100% | 0.00 | 0.00 |
| | COMPLETION ALLOWANCE | 11,560.00 | 2,980.00 | 8,580.00 | | 11,560.00 | 100% | 0.00 | 0.00 |
| | ELEVATOR ALTERATIONS ALLOWANCE | 14,490.00 | 0.00 | 14,490.00 | | 14,490.00 | 100% | 0.00 | 0.00 |
| | BUILDING DEPARTMENT ALLOWANCE | 19,320.00 | 4,573.14 | 14,746.86 | | 19,320.00 | 100% | 0.00 | 0.00 |
| | PROTECTION/SITE SAFETY ALLOWANCE | 141,182.00 | 141,182.00 | 0.00 | | 141,182.00 | 100% | 0.00 | 0.00 |
| | OPERATING ENGINEERS ALLOWANCE | 48,300.00 | 0.00 | 48,300.00 | | 48,300.00 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 9,817,604.95 | 9,730,938.09 | 86,116.86 | | 9,817,054.95 | 100% | 0.00 | 0.00 |
| | GENERAL CONDITIONS (5.00%) | 490,852.25 | 486,546.91 | 4,305.84 | | 490,852.25 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 10,307,907.20 | 10,217,485.00 | 90,422.70 | | 10,307,907.20 | 100% | 0.00 | 0.00 |
| | CM OVERTIME | 220,823.06 | 165,352.58 | 55,470.48 | | 220,823.06 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 10,528,730.76 | 10,382,837.58 | 145,893.18 | | 10,528,730.76 | 100% | 0.00 | 0.00 |
| | FEE (2.5%) | 263,218.27 | 259,570.94 | 3,647.33 | | 263,218.27 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 10,791,949.03 | 10,642,408.52 | 149,540.51 | | 10,791,949.03 | 100% | 0.00 | 0.00 |
| | INSURANCE (1.25%) | 134,899.36 | 133,030.10 | 1,869.26 | | 134,899.36 | 100% | 0.00 | 0.00 |
| | **TOTAL-BASE CONTRACT** | 10,926,848.39 | 10,775,438.62 | 151,409.77 | | 10,926,848.39 | 100% | 0.00 | 0.00 |
| | **TOTAL THIS PAGE** | 10,926,848.39 | 10,775,438.62 | 151,409.77 | 0.00 | 10,926,848.39 | 100% | 0.00 | 0.00 |

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

**AIA DOCUMENT G703**

Boxes/lines on reverse side)

| | |
|---|---|
| APPLICATION NUMBER: | |
| APPLICATION DATE: | September 17, 2008 |
| PERIOD FROM: | July 30, 2008 |
| PERIOD TO: | September 10, 2008 |
| ARCHITECT'S PROJECT NO. | |

PAGE 3 OF 4 PAGES
4R

HCC #270371-C

| A. ITEM NO. | B. DESCRIPTION OF WORK | C. SCHEDULED VALUE | D. WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E. WORK COMPLETED THIS PERIOD Labor | F. MATERIALS PRESENTLY STORED (NOT IN D OR E) | G. TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H. BALANCE TO FINISH (C-G) | I. RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | 4th Floor Fit-OUT | | | | | | | | |
| | **CHANGE ORDERS** | | | | | | | | |
| CO# 05 | | 319,816.83 | 319,816.83 | 0.00 | | 319,816.83 | 100% | 0.00 | 0.00 |
| CO# 05 | | -3,113.44 | -3,113.44 | 0.00 | | -3,113.44 | 100% | 0.00 | 0.00 |
| CO# 09 | | 41,277.63 | 0.00 | 41,277.63 | | 41,277.63 | 100% | 0.00 | 0.00 |
| CO# 10R | | 87,322.25 | 0.00 | 87,322.25 | | 87,322.25 | 100% | 0.00 | 0.00 |
| CO# 11R | | -2,129.14 | -2,129.14 | 0.00 | | -2,129.14 | 100% | 0.00 | 0.00 |
| CO# 12 | | -2,686.90 | 0.00 | -2,686.90 | | -2,686.90 | 100% | 0.00 | 0.00 |
| CO# 13 | | 4,590.92 | 4,590.92 | 0.00 | | 4,590.92 | 100% | 0.00 | 0.00 |
| CO# 14 | | 47,962.36 | 47,962.36 | 47,962.36 | | 47,962.36 | 100% | 0.00 | 0.00 |
| CO# 15 | | 5,250.64 | 0.00 | 0.00 | | 5,250.64 | 100% | 0.00 | 0.00 |
| CO# 16 | | 2,765.67 | 5,250.64 | 2,765.67 | | 2,765.67 | 100% | 0.00 | 0.00 |
| CO# 17 | | 915.35 | 2,765.67 | 0.00 | | 915.35 | 100% | 0.00 | 0.00 |
| CO# 18 | | 15,045.80 | 0.00 | 15,045.80 | | 15,045.80 | 100% | 0.00 | 0.00 |
| CO# 18 | | 0.00 | 915.35 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| CO# 19 | | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| CO# 20 | | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| CO# 21 | | 1,659.25 | 0.00 | 1,659.25 | | 1,659.25 | 100% | 0.00 | 0.00 |
| CO# 22 | | 11,638.03 | 0.00 | 11,638.03 | | 11,638.03 | 100% | 0.00 | 0.00 |
| CO# 23 | | 1,089.70 | 0.00 | 1,089.70 | | 1,089.70 | 100% | 0.00 | 0.00 |
| CO# 24 | | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| CO# 25 | | 13,654.20 | 13,654.20 | 13,654.20 | | 13,654.20 | 100% | 0.00 | 0.00 |
| CO# 26 | | 29,801.39 | 29,801.39 | 29,801.39 | | 29,801.39 | 100% | 0.00 | 0.00 |
| CO# 27 | | 26,314.54 | 26,314.54 | 26,314.54 | | 26,314.54 | 100% | 0.00 | 0.00 |
| CO# 28 | | | | | | | | | |
| | **TOTAL CHANGE ORDERS** | 601,175.08 | 325,331.16 | 275,843.92 | | 601,175.08 | 100% | 0.00 | 0.00 |
| | **TOTAL THIS PAGE** | 11,528,023.47 | 11,100,769.78 | 427,253.69 | 0.00 | 11,528,023.47 | 100% | 0.00 | 0.00 |

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

(Instructions on reverse side)
APPLICATION NUMBER: 4R
APPLICATION DATE: September 17, 2008
PERIOD FROM: July 30, 2008
PERIOD TO: September 10, 2008

PAGE 4 OF 4 PAGES

ARCHITECT'S PROJECT NO.

HCC 02703T-1-C

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | WORK COMPLETED THIS PERIOD Labor | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| | **CHANGE ORDERS** | | | | | | | | |
| CO# 029 | 4th Floor Fit-Out | 2,272.03 | 0.00 | 2,272.03 | | 2,272.03 | 100% | 0.00 | 0.00 |
| CO# 030 | | 6,310.47 | 0.00 | 6,310.47 | | 6,310.47 | 100% | 0.00 | 0.00 |
| CO# 031 | | 1,434.86 | 0.00 | 1,434.86 | | 1,434.86 | 100% | 0.00 | 0.00 |
| CO# 032 | | 17,751.26 | 0.00 | 17,751.26 | | 17,751.26 | 100% | 0.00 | 0.00 |
| CO# 033 | | 12,695.04 | 0.00 | 12,695.04 | | 12,695.04 | 100% | 0.00 | 0.00 |
| CO# 034 | | 980.74 | 0.00 | 980.74 | | 980.74 | 100% | 0.00 | 0.00 |
| CO# 035 | | 811.83 | 0.00 | 811.83 | | 811.83 | 100% | 0.00 | 0.00 |
| CO# 036 | | 1,351.23 | 0.00 | 1,351.23 | | 1,351.23 | 100% | 0.00 | 0.00 |
| CO# 036 | | 4,442.85 | 0.00 | 4,442.85 | | 4,442.85 | 100% | 0.00 | 0.00 |
| CO# 037 | | 3,034.83 | 0.00 | 3,034.83 | | 3,034.83 | 100% | 0.00 | 0.00 |
| CO# 038 | | 2,226.12 | 0.00 | 2,226.12 | | 2,226.12 | 100% | 0.00 | 0.00 |
| CO# 039 | | 11,860.33 | 0.00 | 11,860.33 | | 11,860.33 | 100% | 0.00 | 0.00 |
| CO# 040 | | 19,738.88 | 0.00 | 19,738.88 | | 19,738.88 | 100% | 0.00 | 0.00 |
| CO# 041 | | -48,300.00 | 0.00 | -48,300.00 | | -48,300.00 | 100% | 0.00 | 0.00 |
| CO# 042 | | | | | | | | | |
| | **TOTAL-CHANGE ORDERS** | 637,785.55 | 325,331.16 | 312,454.39 | 0.00 | 637,785.55 | 100% | 0.00 | 0.00 |
| | **PROJECT TOTAL** | 11,564,633.94 | 11,100,769.78 | 463,864.16 | 0.00 | 11,564,633.94 | 100% | 0.00 | 0.00 |

AIA DOCUMENT • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G703 - 1983

HENSEL CONSTRUCTION CO., INC.
TRADE SUMMARY

PROJECT:

LEHMAN BROTHERS
399 Park Avenue, NYC
4th Floor FFI-C-101

APPLICATION #48
H.C.C.1083-27307-C
9/30/2008



**HENEGAN**
CONSTRUCTION CO. INC.

March 4, 2008

Ms. Christine Wilde
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor -- BUILD OUT
HCC # 270371-C
Change Order # 9

Dear Ms. Wilde:

We herewith submit our proposal to perform additional work at the above referenced location, as outlined below, for the sum of: FORTY ONE THOUSAND TWO HUNDRED SEVENTY SEVEN DOLLARS AND 63/100, ($ 41,277.63)

### Scope of Work

Provide all labor and material as required to perform additional work related to the payment of NYC Building Department filing fees for required General Construction, Mechanical, and Plumbing Permits. Value of fees were determined in conjunction with Milrose Consultants Inc.  Fees paid by Henegan Construction Co., Inc. as reflected in below (and attached) documentation.

### Cost Breakdown

| CSI # | Trade | Subcontractor | Check No. | Cost |
|-------|-------|---------------|-----------|------|
| 01060 | Building Department | Henegan Construction Co., Inc. | 99576 | $ 37,879.70 |
| 01001 | General Conditions (5.00%) | | | 1,893.99 |
| 98001 | Fee (2.50%) | | | 994.34 |
| 17001 | Insurance (1.25%) | | | 509.60 |
| | TOTAL | | | $ 41,277.63 |

### Exclusions:

- Elevator, hoisting engineering and building charges.  -  Asbestos removal and all related work  -  Trades not listed above.

Thank you for the opportunity to submit this proposal.  If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001.  Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

kmp

Keith M. Pozzanghera
Project Manager

Accepted _____    Date _____



# HENEGAN
CONSTRUCTION CO., INC.

July 3, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – **BUILD OUT**
HCC # 270371-C
Change Order # 10R

Dear Mr. Capobianco:

We herewith submit our proposal to perform additional work at the above referenced location, as outlined below, for the sum of: EIGHTY-SEVEN THOUSAND THREE HUNDRED TWENTY-TWO DOLLARS AND 25/100, ($ 87,322.25).

## Scope of Work

Provide all labor and material as required to perform additional work as related to Bulletin #1: Dated 2/25/2008.

## Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|---|---|---|---|
| 03001 | Concrete | Eurotech Construction | $ 1,440.00 |
| 06400 | Architectural Woodwork | Island Architectural Woodwork | (6,345.00) |
| 09250 | Drywall/Carpentry | Eurotech Construction | 8,543.00 |
| 09900 | Painting | Murray Hill Painting | (1,393.32) |
| 12510 | Window Treatment | International Blind Contractors | 850.00 |
| 15400 | Plumbing | Lab Plumbing | 0.00* |
| 15500 | HVAC | Penguin Air Conditioning | 71,361.30 |
| 16001 | Electrical | Campbell and Dawes Ltd | 4,025.00 |
| 16500 | Lighting | Dancker, Sellew & Douglas | 10,727.00 |
| 20615 | Demountable Partitions | ACME Architectural Walls | (9,074.00) |
| | Subtotal | | $ 80,133.98 |
| 01001 | General Conditions (5.00%) | | 4,006.70 |
| 98001 | Fee (2.50%) | | 2,103.52 |
| 17001 | Insurance (1 25%) | | 1,078.05 |
| | TOTAL | | $ 87,322.25 |

## Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.
- *Floor drain cost for proposed drains in pantry areas is $ 2,500.00/drain should the work proceed.



# HENEGAN
### CONSTRUCTION CO., INC.

April 28, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 12

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the credit of: TWO THOUSAND SIX HUNDRED EIGHTY-SIX DOLLARS AND 90/100, ($ 2,686.90).

## Scope of Work

Provide all labor and material as required to perform work as related to Bulletin #3; Dated 3/28/2008.

## Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 09900 | Painting | Murray Hill Painting | 3,898.00 |
| 16001 | Electrical | Campbell and Dawes Ltd | (1,950.00) |
| 20615 | Demountable Partitions | ACME Architectural Walls | (4,537.00) |
|  | Subtotal |  | ($ 2,589.00) |
| 98001 | Fee (2.50%) |  | (64.73) |
| 17001 | Insurance (1.25%) |  | (33.17) |
|  | TOTAL |  | ($ 2,686.90) |

## Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted _____    Date _____

250 WEST 30TH STREET   NEW YORK, NEW YORK 10001   212 647 6447   FAX 212 643 4052



**HENEGAN**
CONSTRUCTION CO. INC.

May 6, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor -- BUILD OUT
HCC # 270371-C
Change Order # 14

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the credit of: FORTY SEVEN THOUSAND NINE HUNDRED SIXTY-TWO DOLLARS AND 36/100, ($ 47,962.36).

<u>Scope of Work</u>

Provide all labor, material, and equipment required to remove two-(2) existing, and furnish and install two (2) new LAN Room AC Units as requested. Work shall be in accordance with RDA Equipment Schedule dated 4/15/08, Gil-Bar Proposal dated 4/25/08 and Penguin Proposal dated 4/28/08.

<u>Cost Breakdown</u>

| CSI # | Trade | Subcontractor | Cost |
|---|---|---|---|
| 02070 | Demolition | Rite-Way | $ 3,000.00 |
| 16001 | Mechanical | Penguin Air Conditioning | 41,014.15 |
| | Subtotal | | $ 44,014.15 |
| 01001 | General Conditions (5.00%) | | 2,200.71 |
| 98001 | Fee (2.50%) | | 1,155.37 |
| 17001 | Insurance (1.25%) | | 592.13 |
| | TOTAL | | $ 47,962.36 |

<u>Exclusions:</u>

* Elevator, hoisting engineering and/or Building service charges.
* Asbestos removal and all related work.
* Trades not listed above.
* HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

kmp

Keith M. Pozzanghera
Project Manager

Accepted_____



## HENEGAN
### CONSTRUCTION CO., INC.

May 20, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
    399 Park Avenue, NYC
    4th Floor – **BUILD OUT**
    HCC # 270371-C
    Change Order # 16

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the credit of: TWO THOUSAND SEVEN HUNDRED SIXTY-FIVE DOLLARS AND 67/100, ($ 2,765.67).

### Scope of Work

Provide all labor, material, and equipment required to furnish 277-volt fluorescent dimming interface required to work with F10 Fixtures. All work shall be in accordance with Summit Lighting Change Order Proposal No. 3 dated 5/19/08. Total value is based upon costs as reflected/broken-down below.

### Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16500 | Lighting | Dancker, Sellew & Douglas | $ 2,538.01 |
| 01001 | General Conditions (5.00%) | | 126.90 |
| 98001 | Fee (2.50%) | | 66.62 |
| 17001 | Insurance (1.25%) | | 34.14 |
| | TOTAL | | $ 2,765.67 |

### Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____Date_____



# HENEGAN
### CONSTRUCTION CO., INC.

May 22, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – **BUILD OUT**
HCC # 270371-C
Change Order # 18

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: FIFTEEN THOUSAND FORTY-FIVE DOLLARS AND 80/100, ($ 15,045.80).

Scope of Work

Provide all labor and material as required to perform work to install the leak detection system as related to Bulletin #4: Dated 4/18/2008.

Cost Breakdown

| CSI# | Trade | Subcontractor | Cost |
|------|-------|---------------|------|
| 15400 | Plumbing | Lab Plumbing & Heating | $ 5,000.00 |
| 15500 | HVAC | Penguin Air Conditioning | $ 8,807.25 |
| | Subtotal | | $ 13,807.25 |
| 01001 | General Conditions (5.00%) | | $ 690.36 |
| 98001 | Fee (2.50%) | | $ 362.44 |
| 17001 | Insurance (1.25%) | | $ 185.75 |
| | **TOTAL** | | $ 15,045.80 |

Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____      Date_____

250 WEST 30TH STREET  NEW YORK, NEW YORK 10001  212-947-9417  FAX: 212-643-1053



# HENEGAN
CONSTRUCTION CO., INC.

June 10, 2008

Mr. Blaine Capoblanco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 19

Dear Mr. Capoblanco:

We herewith submit our proposal to delete work at the above referenced location, as outlined below, for the credit sum of: ZERO DOLLARS AND 00/100, ($0.00).

Scope of Work

The cost for Campbell and Dawes Ltd to field-install tails for the F14 fixtures ($25/Fixture). The cost for Campbell and Dawes Ltd to field-install tails is to be paid by Dancker, Sellew & Douglas because F14 fixtures were supposed to be provided by Dancker, Sellew & Douglas with factory-installed tails.

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16500 | Lighting | Dancker, Sellew & Douglas | ($ 1,475.00) |
| 16001 | Electrical | Campbell and Dawes Ltd. | $ 1,475.00 |
| | TOTAL | | $ 0.00 |

Exclusions:
- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

KMP:bjw

Keith M. Pozzanghera
Project Manager

Accepted_____    Date_____



# HENEGAN
CONSTRUCTION CO., INC.

June 10, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 20

Dear Mr. Capobianco:

We herewith submit our proposal to delete work at the above referenced location, as outlined below, for the credit sum of: ZERO DOLLARS AND 00/100, ($0.00).

## Scope of Work

The cost for Campbell and Dawes Ltd to field-install whips for the F1 fixtures ($25/Fixture). The cost for Campbell and Dawes Ltd to field-install whips is to be paid by Dancker, Sellew & Douglas because F1 fixtures were supposed to be provided by Dancker, Sellew & Douglas with factory-installed whips.

## Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16500 | Lighting | Dancker, Sellew & Douglas | ($ 3,800.00) |
| 16001 | Electrical | Campbell and Dawes Ltd. | $ 3,800.00 |
| | TOTAL | | $ 0.00 |

## Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

KMP:bjw

Accepted_____Date_____



# HENEGAN
CONSTRUCTION CO., INC.

June 10, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
    399 Park Avenue, NYC
    4th Floor – BUILD OUT
    HCC # 270371-C
    Change Order # 21

Dear Mr. Capobianco:

We herewith submit our proposal to delete work at the above referenced location, as outlined below, for the credit sum of: ZERO DOLLARS AND 00/100, ($0.00).

<u>Scope of Work</u>

The cost for Campbell and Dawes Ltd to change the circuit in the reception area from 120V to 277V. The cost for Campbell and Dawes Ltd to perform this work is to be paid by Dancker, Sellew & Douglas because the F4B fixtures provided did not match the original voltage.

<u>Cost Breakdown</u>

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16500 | Lighting | Dancker, Sellew & Douglas | ($ 800.00) |
| 16001 | Electrical | Campbell and Dawes Ltd. | $ 800.00 |
| | **TOTAL** | | $ 0.00 |

<u>Exclusions:</u>

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

KMP:bjw

Keith M. Pozzanghera
Project Manager

Accepted_____ Date_____



# HENEGAN
CONSTRUCTION CO.. INC.

June 10, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 22

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: ONE THOUSAND SIX HUNDRED FIFTY-NINE DOLLARS AND 25/100, ($1,659.25).

Scope of Work

The cost to supply three additional type F11 fixtures as per Bulletin #1. The cost of these fixtures was not included in the original Bulletin #1 Change Order #10 because the changes in rooms Pantry 04F11 & 04M18 were not bubbled or highlighted and were mistakenly left out.

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16500 | Lighting | Dancker, Sellew & Douglas | $ 1,522.67 |
| 01001 | General Conditions (5.00%) | | 76.13 |
| 98001 | Fee (2.50%) | | 39.97 |
| 17001 | Insurance (1.25%) | | 20.48 |
| | TOTAL | | $ 1,659.25 |

Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO , INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____      Date_____



# HENEGAN
CONSTRUCTION CO., INC.

June 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY  10019

Re: Lehman Brothers
    399 Park Avenue, NYC
    4th Floor – BUILD OUT
    HCC # 270371-C
    Change Order # 23

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: ELEVEN THOUSAND SIX HUNDRED THIRTY-EIGHT DOLLARS AND 03/100, ($11,638.03).

Scope of Work

Furnish labor and material to install power on the 5th Floor LAN room and 9th Floor Data center as per Sketch SKE-101 dated 5/13/08.

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16001 | Electrical | Campbell and Dawes Ltd. | $ 10,680.00 |
| 01001 | General Conditions (5.00%) | | 534.00 |
| 98001 | Fee (2.50%) | | 280.35 |
| 17001 | Insurance (1.25%) | | 143.68 |
| | TOTAL | | $ 11,638.03 |

Exclusions:

* Elevator, hoisting engineering and/or Building service charges
* Asbestos removal and all related work.
* Trades not listed above.
* HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY  10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

KMP:bjw

Keith M. Pozzanghera
Project Manager

Accepted_____        Date_____



# HENEGAN
### CONSTRUCTION CO., INC.

June 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 24

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: ONE THOUSAND EIGHTY-NINE DOLLARS AND 70/100, ($1,089.70).

**Scope of Work**

Furnish labor and material to install power for A/V as per RDA email.

**Cost Breakdown**

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16001 | Electrical | Campbell and Dawes Ltd. | $ 1,000.00 |
|  | Subtotal |  | $ 1,000.00 |
| 01001 | General Conditions (5.00%) |  | $ 50.00 |
| 98001 | Fee (2.50%) |  | $ 26.25 |
| 17001 | Insurance (1 25%) |  | $ 13.45 |
|  | **TOTAL** |  | $ 1,089.70 |

**Exclusions:**

- Elevator, hoisting engineering and/or Building service charges
- Asbestos removal and all related work.
- Trades not listed above,
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____    Date_____



## HENEGAN
CONSTRUCTION CO., INC.

June 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
    399 Park Avenue, NYC
    4th Floor -- BUILD OUT
    HCC # 270371-C
    Change Order # 25

Dear Mr. Capobianco:

We herewith submit our proposal to delete work at the above referenced location, as outlined below, for the credit sum of: ZERO DOLLARS AND 00/100, ($0.00)

### Scope of Work

Lab Plumbing installed cold water piping and back-flow devices to LAN Room AC units, and this work was included in Penguin Air Conditioning's scope of work.

### Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 15400 | Plumbing | Campbell and Dawes Ltd. | $ 4,000.00 |
| 15500 | HVAC | Penguin Air Conditioning | (4,000.00) |
|  | TOTAL |  | $ 0.00 |

### Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

KMP:bjw

Keith M. Pozzenghera
Project Manager

Accepted_____Date_____



**HENEGAN**
CONSTRUCTION CO., INC.

August 1, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 26

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: THIRTEEN THOUSAND SIX HUNDRED FIFTY FOUR DOLLARS AND 20/100, ($ 13,654.20).

Scope of Work

Provide labor and materials to complete work as shown on the Bulletin #7, Gensler Sketch #01. Work includes an Acme frame, wood door and electrical hardware

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 06400 | Architectural Woodwork | Island Architectural Woodwork | $ 3,985.00 |
| 09250 | Drywall & Carpentry | EuroTech Construction | 1,232.00 |
| 09650 | VCT/Base & Carpet | Sherland & Farrington | 520.20 |
| 09900 | Painting | Murray Hill Painting | 540.00 |
| 10615 | Demountable Partitions | Acme Architectural Products | 1,543.00 |
| 16001 | Electrical | Campbell & Dawes | 4,710.00 |
| | Subtotal | | $12,530.20 |
| 01001 | General Conditions (5.00%) | | 626.51 |
| 98001 | Fee (2.50%) | | 328.92 |
| 17001 | Insurance (1.25%) | | 168.57 |
| | TOTAL | | $13,654.20 |

Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____    Date_____

August 1, 2008

# HENEGAN
CONSTRUCTION CO., INC.

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 27

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: TWENTY NINE THOUSAND EIGHT HUNDRED ONE DOLLARS AND 39/100, ($ 29,801 39).

Scope of Work

Provide labor and materials to complete work as shown on the Bulletin #8, Gensler Sketch # 01 & 2. Work includes demo, an Acme frame and sidelight, wood door with electric lockset, drywall partition

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 02070 | Demolition | Henegan | $ 2,477.76 |
| 06400 | Architectural Woodwork | Island Architectural Woodwork | 3,985.00 |
| 09250 | Drywall & Carpentry | Eurotech | 7,662.00 |
| 09650 | VCT/Base & Carpet | Sherland & Farrington | 1,040.40 |
| 09900 | Painting | Murray Hill Painting | 3,220.00 |
| 10615 | Demountable Partitions | Acme Architectural Products | 1,543.00 |
| 16001 | Electrical | Campbell & Dawes | 7,420.00 |
| | Subtotal | | $27,348.16 |
| 01001 | General Conditions (5.00%) | | 1,367.41 |
| 98001 | Fee (2.50%) | | 717.90 |
| 17001 | Insurance (1.25%) | | 367.92 |
| | TOTAL | | $29,801.39 |

Exclusions:

• Elevator, hoisting engineering and/or Building service charges.
• Asbestos removal and all related work.
• Trades not listed above.
• HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

KMP:bjw

Accepted_____ Date_____

250 WEST 30TH STREET  NEW YORK, NEW YORK 10001  212-947-6441  FAX 212 643-1053



**HENEGAN**
CONSTRUCTION CO., INC.

August 1, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor -- BUILD OUT
HCC # 270371-C
Change Order # 28

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: TWENTY SIX THOUSAND THREE HUNDRED FOURTEEN DOLLARS AND 54/100, ($ 26,314.54).

<u>Scope of Work</u>

Provide labor and materials to complete work as shown on the Bulletin #9, Gensler sketch # 01 & 2. Work includes an Acme and millwork front, door w/ hardware, sprinkler relocates etc.

<u>Cost Breakdown</u>

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 06400 | Architectural Woodwork | Island Architectural Woodwork | $ 7,800.00 |
| 09250 | Drywall & Carpentry | EuroTech Construction | 6,316.00 |
| 09650 | VCT/Base & Carpet | Sherland & Farrington | 910.35 |
| 09900 | Painting | Murray Hill Painting | 695.00 |
| 10615 | Demountable Partitions | Acme Architectural Products | 2,977.00 |
| 15300 | Sprinklers | Preferred Sprinklers | 1,600.00 |
| 16001 | Electrical | Campbell & Dawes | 3,850.00 |
|  | Subtotal |  | $24,148.35 |
| 01001 | General Conditions (5.00%) |  | 1,207.42 |
| 98001 | Fee (2.50%) |  | 633.90 |
| 17001 | Insurance (1.25%) |  | 324.87 |
|  | **TOTAL** |  | $26,314.54 |

<u>Exclusions:</u>

• Elevator, hoisting engineering and/or Building service charges.
• Asbestos removal and all related work.
• Trades not listed above.
• HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____    Date_____

250 WEST 30TH STREET  NEW YORK, NEW YORK 10001  212 947-6441  FAX: 212 643-1053



August 7, 2008

**HENEGAN**
CONSTRUCTION CO., INC.

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – **BUILD OUT**
HCC # 270371-C
Change Order # 29

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: TWO THOUSAND TWO HUNDRED SEVENTY TWO DOLLARS AND 03/100, ($2,272.03).

<u>Scope of Work</u>

Provide added spec items per client and architect request. Items include (2) fire extinguishers and (7) refrigerator handles.

<u>Cost Breakdown</u>

| <u>CSI #</u> | <u>Trade</u> | <u>Subcontractor</u> | <u>Cost</u> |
|---|---|---|---|
| 10150 | Toilet Partitions | Apex Interiors, Inc. | $ 485.00 |
| 10150 | Toilet Partitions | Apex Interiors, Inc. | 1,600.00 |
| | Subtotal | | $2,085.00 |
| 01001 | General Conditions (5.00%) | | 104.25 |
| 98001 | Fee (2.50%) | | 54.73 |
| 17001 | Insurance (1.25%) | | 28.05 |
| | TOTAL | | $2,272.03 |

<u>Exclusions:</u>

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
kmp
Project Manager

Accepted_____ Date_____



September 11, 2008

**HENEGAN**
CONSTRUCTION CO., INC.

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
    399 Park Avenue, NYC
    4th Floor – BUILD OUT
    HCC # 270371-C
    Change Order # 30

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: SIX THOUSAND THREE HUNDRED TEN DOLLARS AND 47/100, ($ 6,310.47).

<u>Scope of Work</u>

Provide all labor, material, and equipment required to install two (2) speaker strobe devices on the fifth (5th) Floor as reflected in RDA sketch SKPA-103 dated 7/24/08. Value of work is based upon Campbell & Dawes proposal #25, dated 8/6/08.

<u>Cost Breakdown</u>

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16001 | Electrical | Campbell & Dawes | $ 5,791.00 |
| 01001 | General Conditions (5.00%) | | 289.55 |
| 98001 | Fee (2.50%) | | 152.01 |
| 17001 | Insurance (1.25%) | | 77.91 |
| | **TOTAL** | | $ 6,310.47 |

<u>Exclusions:</u>

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____Date_____



**HENEGAN**
CONSTRUCTION CO., INC.

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 31

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: ONE THOUSAND FOUR HUNDRED THIRTY - FOUR DOLLARS AND 86/100, ($ 1,434.86).

Scope of Work:

Provide all labor, material, and equipment required to address, maintain, and/or replace existing smoke detectors prior to installation/completion of new Fire Alarm System. Value of work is based upon Cross-Fire Invoice Number 24671 dated 2/287/08, and 24262 dated 1/25/08.

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|---|---|---|---|
| 16001 | Fire Alarm | Cross-Fire | $ 292.61 |
| 16001 | Fire Alarm | Cross-Fire | 1,024.14 |
| | Subtotal | | $ 1,316.75 |
| 01001 | General Conditions (5.00%) | | 65.84 |
| 98001 | Fee (2.50%) | | 34.56 |
| 17001 | Insurance (1.25%) | | 17.71 |
| | TOTAL | | $ 1,434.86 |

Exclusions:

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____    Date_____



**HENEGAN**
CONSTRUCTION CO., INC.

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor -- BUILD OUT
HCC # 270371-C
Change Order # 32

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: SEVENTEEN THOUSAND SEVEN HUNDRED FIFTY-ONE DOLLARS AND 26/100, ($ 17,751.26).

**Scope of Work**

Provide all labor, material, and equipment required to fabricate and install six (6) trading desk end panels as reflected in Gensler sketch number 001 dated 7/10/08. All work to be in accordance with Island Architectural Woodwork proposal dated 7/11/08.

**Cost Breakdown**

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 0640 | Architectural Millwork | Island Architectural | $ 16,290.00 |
| 01001 | General Conditions (5.00%) | | 814.50 |
| 98001 | Fee (2.50%) | | 427.61 |
| 17001 | Insurance (1.25%) | | 219.15 |
| | **TOTAL** | | **$ 17,751.26** |

**Exclusions:**

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____ Date_____



## HENEGAN
CONSTRUCTION CO., INC.

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
    399 Park Avenue, NYC
    4th Floor – BUILD OUT
    HCC # 270371-C
    Change Order # 33

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: TWELVE THOUSAND SIX HUNDRED NINETY-FIVE DOLLARS AND 04/100, ($ 12,695.04).

### Scope of Work

Provide electrician stand-by for move-in on the following dates & costs.
- 7/25 to 7/28/08 Campbell & Dawes proposal #23 dated 8/6/08.
- 7/1 to 8/4/08 Campbell & Dawes proposal #24 dated 8/6/08.
- 8/8 to 8/11/08 Campbell & Dawes proposal #26 dated 8/12/08.
- 8/22 to 8/25/08 Campbell & Dawes proposal #26 dated 8/12/08.

### Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16001 | Electrical | Campbell & Dawes | $ 3,020.00 |
| 16001 | Electrical | Campbell & Dawes | 3,020.00 |
| 16001 | Electrical | Campbell & Dawes | 2,715.00 |
| 16001 | Electrical | Campbell & Dawes | 2,895.00 |
|       | Subtotal |  | $ 11,650.00 |
| 01001 | General Conditions (5.00%) |  | 582.50 |
| 98001 | Fee (2.50%) |  | 305.81 |
| 17001 | Insurance (1.25%) |  | 156.73 |
|       | TOTAL |  | $ 12,695.04 |

### Exclusions:
- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____ Date_____

250 WEST 30TH STREET  NEW YORK, NEW YORK 10001  212.947.6441  FAX: 212.643.1653



**HENEGAN**
CONSTRUCTION CO., INC.

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
    399 Park Avenue, NYC
    4th Floor – BUILD OUT
    HCC # 270371-C
    Change Order # 34

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: NINE HUNDRED EIGHTY DOLLARS AND 74/100, ($ 980.74).

**Scope of Work**

Provide all labor, material, and equipment required to install additional power and data in Conference Room #04M15 as per Gensler Sketch #011 dated 5/19/08.  Value of work is based upon Campbell & Dawes proposal #13, dated 7/14/08.

**Cost Breakdown**

| CSI# | Trade | Subcontractor | Cost |
|------|-------|---------------|------|
| 16001 | Electrical | Campbell & Dawes | $ 900.00 |
| 01001 | General Conditions (5.00%) | | 45.00 |
| 98001 | Fee (2.50%) | | 23.63 |
| 17001 | Insurance (1.25%) | | 12.11 |
| | **TOTAL** | | $ 980.74 |

**Exclusions:**
- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal.  If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001.  Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____Date_____



September 11, 2008

**HENEGAN**
CONSTRUCTION CO., INC.

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
    399 Park Avenue, NYC
    4th Floor – BUILD OUT
    HCC # 270371-C
    Change Order # 35

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: EIGHT HUNDRED ELEVEN DOLLARS AND 83/100, ($ 811.83).

<u>Scope of Work</u>

Provide all labor, material, and equipment required to remove existing floor outlet from Office #04S34 as required by furniture reconfiguration.  Value of work is based upon Campbell & Dawes proposal #22, dated 8/6/08.

<u>Cost Breakdown</u>

| CSI# | Trade | Subcontractor | Cost |
|------|-------|---------------|------|
| 16001 | Electrical | Campbell & Dawes | $ 745.00 |
| 01001 | General Conditions (5.00%) | | 37.25 |
| 98001 | Fee (2.50%) | | 19.56 |
| 17001 | Insurance (1.25%) | | 10.02 |
| | TOTAL | | $ 811.83 |

<u>Exclusions:</u>

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal.  If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001.  Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____Date_____



**HENEGAN**
CONSTRUCTION CO., INC.

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 36

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: ONE THOUSAND THREE HUNDRED FIFTY ONE DOLLARS AND 23/100, ($ 1,351.23).

<u>Scope of Work</u>

Provide all labor, material, and equipment required to install two (2) new electrical quads and one (1) new voice data outlet in Office #04A02 as reflected in Bulletin #10/Sketch #01 prepared by Gensler, dated 7/1/08. Value of work is based upon Campbell & Dawes proposal #21, dated 8/6/08.

<u>Cost Breakdown</u>

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16001 | Electrical | Campbell & Dawes | $ 1,240.00 |
| 01001 | General Conditions (5.00%) | | 62.00 |
| 98001 | Fee (2.50%) | | 32.55 |
| 17001 | Insurance (1.25%) | | 16.68 |
| | TOTAL | | $ 1,351.23 |

<u>Exclusions:</u>

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____Date_____



September 11, 2008

**HENEGAN**
CONSTRUCTION CO., INC.

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor -- BUILD OUT
HCC # 270371-C
Change Order # 37

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: FOUR THOUSAND FOUR HUNDRED FORTY TWO DOLLARS AND 85/100, ($ 4,442.85).

<u>Scope of Work</u>

Provide all labor, material, and equipment required to install additional travertine floor tile within the Reception area. Value of work is based upon Eastern Design Change Order #1 Proposal dated 7/22/08.

<u>Cost Breakdown</u>

| CSI# | Trade | Subcontractor | Cost |
|------|-------|---------------|------|
| 09300 | Ceramic Tile | Eastern Design Tile & Marble | $ 4,077.12 |
| 01001 | General Conditions (5.00%) | | 203.86 |
| 98001 | Fee (2.50%) | | 107.02 |
| 17001 | Insurance (1.25%) | | 54.85 |
| | **TOTAL** | | $ 4,442.85 |

<u>Exclusions:</u>

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____Date_____



**HENEGAN**
CONSTRUCTION CO., INC.

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor -- BUILD OUT
HCC # 270371-C
Change Order # 38

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: THREE THOUSAND THIRTY-FOUR DOLLARS AND 83/100, ($ 3,034.83).

<u>Scope of Work</u>

Provide all labor, material, and equipment required to furnish only additional paper towel dispensers requested at Pantry locations and additional toilet accessories required to accommodate various field conditions. Value of work is based upon Apex Interiors' proposals dated 8/12/08 and 7/25/08.

<u>Cost Breakdown</u>

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 10150 | Toilet Partitions /Accessories | Apex Interiors | $ 2,785.00 |
| 01001 | General Conditions (5.00%) | | 139.25 |
| 98001 | Fee (2.50%) | | 73.11 |
| 17001 | Insurance (1.25%) | | 37.47 |
| | TOTAL | | $ 3,034.83 |

<u>Exclusions:</u>

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10091. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzangheru
Project Manager

kmp

Accepted_____Date_____

250 WEST 30TH STREET  NEW YORK, NEW YORK 10001  212 947-6441  FAX: 212 643-1053



**HENEGAN**
CONSTRUCTION CO., INC.

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor – BUILD OUT
HCC # 270371-C
Change Order # 39

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: TWO THOUSAND TWO HUNDRED TWENTY-SIX DOLLARS AND 12/100, ($ 2,226.12).

**Scope of Work**

Provide all labor, material, and equipment required to furnish additional lighting fixtures components required to accommodate various field conditions. Value of work is based upon Dancker, Sellew & Douglas (and/or Summit Lighting) proposals #5 dated 6/6/08 and #6 dated 7/16/08.

**Cost Breakdown**

| CSI # | Trade | Subcontractor | Cost |
|---|---|---|---|
| 16500 | Lighting | Dancker, Sellew & Douglas | $ 1,094.59 |
| 16500 | Lighting | Dancker, Sellew & Douglas | 948.28 |
| | Subtotal | | $ 2,42.87 |
| 01001 | General Conditions (5.00%) | | 102,14 |
| 98001 | Fee (2.50%) | | 53.63 |
| 17001 | Insurance (1.25%) | | 27.48 |
| | TOTAL | | $ 2,226.12 |

**Exclusions:**

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above,
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____Date_____



**HENEGAN**
CONSTRUCTION CO., INC.

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor — BUILD OUT
HCC # 270371-C
Change Order # 40

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: ELEVEN THOUSAND EIGHT HUNDRED SIXTY DOLLARS AND 33/100, ($ 11,860.33).

<u>Scope of Work</u>

Provide all labor, material, and equipment required to chop various high spots of existing concrete slab and/or flash-patching material required to install carpeting. All areas were beyond the limits and/or areas previously address at office-front floor-prep locations. Value of work is based upon Rite-Way Proposal dated 5/19/08 and supporting tickets #227080 through #227085.

<u>Cost Breakdown</u>

| CSI# | Trade | Subcontractor | Cost |
|------|-------|---------------|------|
| 02070 | Demolition | Rite-Way | $ 10,884.00 |
| 01001 | General Conditions (5.00%) | | 544.20 |
| 98001 | Fee (2.50%) | | 285.71 |
| 17001 | Insurance (1.25%) | | 146.42 |
| | **TOTAL** | | **$ 11,860.33** |

<u>Exclusions</u>

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO , INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____Date_____



**HENEGAN**
CONSTRUCTION CO. INC

September 11, 2008

Mr. Blaine Capobianco
Lehman Brothers
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers
399 Park Avenue, NYC
4th Floor -- BUILD OUT
HCC # 270371-C
Change Order # 41

Dear Mr. Capobianco:

We herewith submit our proposal to perform work at the above referenced location, as outlined below, for the sum of: NINETEEN THOUSAND SEVEN HUNDRED THIRTY EIGHT DOLLARS AND 88/100, ($ 19,738.88).

**Scope of Work**

Provide all labor, material, and equipment required to modify Elevator Call Buttons and/or Hall Lantern locations to accommodate new deign elements.   Value of work is based upon Schindler Elevator Corporation Proposals dated 6/16/08, 5/20/08,

**Cost Breakdown**

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 14200 | Elevator | Schindler Elevator – Charge | $ 5,060.00 |
| 14200 | Elevator | Schindler Elevator -- Charge | 27,544.00 |
| 14200 | Elevator | Schindler Elevator - Contract Allowance | ($ 14,490.00) |
| | Subtotal | | $ 18,114.00 |
| 01001 | General Conditions (5.00%) | | 905.70 |
| 98001 | Fee (2.50%) | | 475.49 |
| 17001 | Insurance (1.25%) | | 243.69 |
| | TOTAL | | $ 19,738.88 |

**Exclusions:**

- Elevator, hoisting engineering and/or Building service charges.
- Asbestos removal and all related work.
- Trades not listed above.
- HCC overtime to be submitted as reimbursable.

Thank you for the opportunity to submit this proposal.  If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____          Date_____

250 WEST 30TH STREET  NEW YORK, NEW YORK 10001  212 947-0441  FAX: 212 643-1053

## CONDITIONAL FINAL WAIVER AND RELEASE OF LIEN

HCC Project # _270371C_

Block _____
Lot _____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by __Lehman Brothers, Inc.__ to furnish labor and material at the premises known as 399 Park Avenue (4ᵗʰ Floor Fit Out) New York, NY, of which Lehman Brothers is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of **EIGHT MILLION EIGHT HUNDRED THIRTY TWO THOUSAND EIGHT HUNDRED ELEVEN DOLLAR AND 70/100 ($8,832,811.70)** and contingent upon the receipt of **TWO MILLION SEVEN HUNDRED THIRTY ONE THOUSAND EIGHT HUNDRED TWENTY TWO DOLLAR AND 24/100 ($2,731,822.24)** being the full and Final Payment amount due, and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for, or will pay for when Final Payment is received, all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retentions, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully-paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this _1_ day of September 2008

HENEGAN CONSTRUCTION CO., INC.

Sworn to before me this _15_ day
Of September 2008

By:

Authorized signature

Notary Public

Tony Slevira/V.P. Accounting
Printed name and title

JAMES R. BRAYTON
Notary Public, State of New York
No. 24518485
Qualified in Nassau County
Commission Expires February 1, 20_10_



## HENEGAN
### CONSTRUCTION CO. INC.

September 15, 2008

Invoice #:    048195

To: Image Processing Systems
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096

Re:  Lehman Brothers Inc.,
399 Park Ave.
9th Floor SW Corner
H.C.C. # 280223

Attn: Mr. Colin Bowen

### Requisition No. 1

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 104,997.00 |
| CHANGE ORDERS TO DATE | $ | 9,957.21 |
| ADJUSTED CONTRACT SUM | $ | 114,954.21 |
| COMPLETED TO DATE | $ | 114,954.21 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 114,954.21 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 0.00 |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 114,954.21 |

cc: Gary Chan
Gensler & Associates
1230 Ave. of the Americas
New York, New York 10020

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side)    PAGE ONE OF TWO PAGES

TO OWNER: Lehman Brothers Inc.,
1301 Avenue of the Americas
New York, N.Y. 10019
Attn: Colin Bowen

PROJECT: Lehman Brothers
399 Park Ave., NYC
9th Floor-SW Corner
HCC #280223

APPLICATION NO.: 1
PERIOD TO: September 5, 2008
PROJECT NOS.:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM GENERAL CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th, Street
New York, New York 10001

VIA (ARCHITECT:    Gensler & Associates
1230 Ave. of the Americas
New York, NY 10020

CONTRACT DATE:

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................... $ 104,997.00
2. Net change by Change Orders ........................... $ 9,957.21
3. CONTRACT SUM TO DATE (Line 1 + 2)............. $ 114,954.21
4. TOTAL COMPLETED & STORED TO DATE............ $ 114,954.21
   (Column G on G703)
5. RETAINAGE:
   b.  0  % of Stored Material   $ 0.00
       (Column F on G703)
   Total Retainage (Line 5a + 5b or
   Total in Column 1 of G703)............
6. TOTAL EARNED LESS RETAINAGE..................... $ 0.00
   Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT     $ 114,954.21
   (Line 6 from prior Certificate................    $ 0.00
8. CURRENT PAYMENT DUE.................................. $ 114,954.21
9. BALANCE TO FINISH, INCLUDING RETAINAGE      Additional C/O
   (Line 3 less line 6)      $ 0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 0.00 | |
| Total approved this Month | 9,957.21 | |
| TOTALS | 9,957.21 | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner and that current payment shown herein is now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC

By: _____  , V.P. Accounting     Date: _____

State of: New York
County of: New York
Subscribed and sworn before
me this  11th  day of  Sept  o3

Notary Public: _____
My Commission expires: _____

GARY E. RAFFETY
NOTARY PUBLIC, State of New York
No. 01RA4595623
Qualified in Nassau County
Commission Expires February 28, 20 10

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED.................. $ _____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____     Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703        (translations on reverse side)

APPLICATION NUMBER: 1

APPLICATION DATE: September 8, 2008

PERIOD FROM: August 15, 2008
PERIOD TO: September 5, 2008

ARCHITECT'S PROJECT NO:

PAGE 2 OF 2 PAGES

HCC 0728/223

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | H % (G÷C) | BALANCE TO FINISH (C-G) | J RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | 9th Floor SW Corner | | | | | | | | |
| | DEMOLITION | 1,500.00 | 0.00 | 1,500.00 | | 1,500.00 | 100% | 0.00 | 0.00 |
| | CONCRETE | 2,500.00 | 0.00 | 2,500.00 | | 2,500.00 | 100% | 0.00 | 0.00 |
| | ARCHITECTURAL WOODWORK | 9,500.00 | 0.00 | 9,500.00 | | 9,500.00 | 100% | 0.00 | 0.00 |
| | DRYWALL & CARPENTRY | 8,430.00 | 0.00 | 8,430.00 | | 8,430.00 | 100% | 0.00 | 0.00 |
| | ACOUSTICAL CEILINGS | 5,120.00 | 0.00 | 5,120.00 | | 5,120.00 | 100% | 0.00 | 0.00 |
| | VCT, BASE, & CARPET | 1,200.00 | 0.00 | 1,200.00 | | 1,200.00 | 100% | 0.00 | 0.00 |
| | PAINTING & WALLCOVERING | 3,500.00 | 0.00 | 3,500.00 | | 3,500.00 | 100% | 0.00 | 0.00 |
| | SPRINKLERS | 4,000.00 | 0.00 | 4,000.00 | | 4,000.00 | 100% | 0.00 | 0.00 |
| | ELECTRICAL | 48,699.00 | 0.00 | 48,699.00 | | 48,699.00 | 100% | 0.00 | 0.00 |
| | PROTECTION | 5,000.00 | 0.00 | 5,000.00 | | 5,000.00 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 89,449.00 | 0.00 | 89,449.00 | 0.00 | 89,449.00 | 100% | 0.00 | 0.00 |
| | General Conditions- 5% | 4,472.45 | 0.00 | 4,472.45 | | 4,472.45 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 93,921.45 | 0.00 | 93,921.45 | 0.00 | 93,921.45 | 100% | 0.00 | |
| | Labor/Overtime | 7,250.00 | 0.00 | 7,250.00 | | 7,250.00 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 101,171.45 | 0.00 | 101,171.45 | 0.00 | 101,171.45 | 100% | 0.00 | |
| | Fee- 2.5% | 2,529.29 | 0.00 | 2,529.29 | | 2,529.29 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 103,700.74 | 0.00 | 103,700.74 | 0.00 | 103,700.74 | 100% | 0.00 | |
| | Insurance-1.25% | 1,296.26 | 0.00 | 1,296.26 | | 1,296.26 | 100% | 0.00 | 0.00 |
| | TOTAL-BASE CONTRACT | 104,997.00 | 0.00 | 104,997.00 | 0.00 | 104,997.00 | 100% | 0.00 | |
| | CHANGE ORDER | | | | | | | | |
| | CO#001 | 8,204.97 | 0.00 | 8,204.97 | | 8,204.97 | 100% | 0.00 | 0.00 |
| | CO#002 | 1,752.24 | 0.00 | 1,752.24 | | 1,752.24 | 100% | 0.00 | 0.00 |
| | TOTAL CHANGE ORDER | 9,957.21 | 0.00 | 9,957.21 | 0.00 | 9,957.21 | 100% | 0.00 | |
| | TOTAL THIS PAGE | 114,954.21 | 0.00 | 114,954.21 | 0.00 | 114,954.21 | 100% | 0.00 | 0.00 |

AIA DOCUMENT • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA9 • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006        G703 - 1983

## HENEGAN CONSTRUCTION CO., INC.
### TRADE SUMMARY

**PROJECT:** LEHMAN BROTHERS
399 Park Ave.
9th Floor SW Center

**APPLICATION # 1**
**H.C.C. JOB: 200323**
**9/15/2008**

| TRADE | SUBCONTRACTOR | ESTIMATED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATIONS | CURRENT WORK IN PLACE | CO IN PLACE | TOTAL COMPLETED | % CVD | BALANCE TO FINISH | LESS PREVIOUS RETAINAGE | LESS CURRENT RETAINAGE | ADD RELEASED RETENTION | TOTAL RETENTION | ESTIMATED APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEMOLITION | HENEGAN CONSTRUCTION | 1,500.00 | | 1,500.00 | 0.00 | 1,500.00 | | 1,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 1,500.00 |
| | EUROTECH CONSTRUCTION | 2,500.00 | | 2,500.00 | 0.00 | 2,500.00 | | 2,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 2,500.00 |
| CONCRETE | EUROTECH CONSTRUCTION | 9,500.00 | | 9,500.00 | 0.00 | 9,200.00 | | 9,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 9,500.00 |
| ARCHITECTURAL WOODWORK | ISLAND ARCHITECTURAL | 8,430.00 | 1,618.00 | 10,048.00 | 0.00 | 8,430.00 | 1,618.00 | 10,048.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 10,048.00 |
| DRYWALL & CARPENTRY | EUROTECH CONSTRUCTION | 5,120.00 | | 5,120.00 | 0.00 | 5,120.00 | | 5,120.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 1,200.00 |
| ACOUSTICAL CEILINGS | EUROTECH CONSTRUCTION | 5,120.00 | | 5,120.00 | 0.00 | 1,200.00 | | 1,200.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 3,500.00 |
| VCT/BASE & CARPET | SHERLAND & FARRINGTON | 1,200.00 | | 1,200.00 | 0.00 | 3,500.00 | | 3,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 4,000.00 |
| PAINTING & WALLCOVERING | MURRAY HILL PAINTING | 3,500.00 | | 3,500.00 | 0.00 | 4,000.00 | | 4,000.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 55,429.00 |
| | | 4,000.00 | | 4,000.00 | 0.00 | 48,659.00 | 6,731.00 | 55,429.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 5,000.00 |
| SPRINKLERS | PREFERRED SPRINKLER | 48,659.00 | 6,730.00 | 55,429.00 | 0.00 | 5,000.00 | | 5,000.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 97,717.00 |
| ELECTRICAL | CAMPBELL & DAWES | 5,000.00 | | 5,000.00 | | | | | | | | | | | |
| PROTECTION | HENEGAN CONSTRUCTION | | | | | | | | | | | | | | |
| | **TOTAL SUBCONTRACTORS** | 89,445.00 | 8,316.00 | 97,717.00 | 0.00 | 69,449.85 | 8,318.00 | 97,717.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,889.35 |
| General Conditions | Henegan Construction Co., Inc. | 4,472.45 | 416.90 | 4,889.35 | 0.00 | 4,472.45 | 416.90 | 4,889.35 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 8,089.52 |
| Labor OT | Henegan Construction Co., Inc. | 7,250.00 | 839.51 | 8,089.51 | 0.00 | 7,250.00 | 839.51 | 8,089.51 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 2,703.15 |
| Fee | Henegan Construction Co., Inc. | 2,579.29 | 229.85 | 2,809.14 | 0.00 | 2,521.32 | 239.84 | 1,415.21 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 1,415.19 |
| Insurance | Henegan Construction Co., Inc. | 1,296.56 | 126.43 | | 0.00 | 1,295.45 | 122.53 | | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 17,107.21 |
| | **TOTAL HCC** | 15,548.00 | 1,612.21 | 17,787.21 | 0.00 | 15,556.00 | 1,415.21 | 17,787.21 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 114,554.21 |
| | **TOTAL CONTRACT** | 104,097.00 | 9,957.21 | 114,554.21 | 0.00 | 84,997.00 | 9,957.21 | 114,554.21 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 114,554.21 |



# HENEGAN
CONSTRUCTION CO. INC.

August 15, 2008

Mrs. Lisa Dimoulas
Lehman Brothers
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

Re: Lehman Brothers
399 Park Ave
HCC #280223
9th Floor SW Corner

Dear Mrs. Dimoulas:

We herewith submit our proposal to perform alterations at the above mentioned location for the sum of: ONE HUNDRED FOUR THOUSAND NINE HUNDRED NINETY SEVEN AND 00/100 DOLLARS, ($104,997.00).

## Scope of Work

Furnish labor and materials to perform work at above mentioned location as per Gensler and Robert Derector plans dated 07/30/08  Work including but not limited to disconnecting existing furniture; installing demising wall, wood door and sidelight, relocating existing fixtures and re-feeding new trading desks.  All work priced and scheduled on O.T.

## Cost Breakdown

| CSI # | Trade | Cost |
|-------|-------|------|
| 02070 | Demolition | $1,500.00 |
| 03001 | Concrete | 2,500.00 |
| 06400 | Architectural Woodwork | 9,600.00 |
| 09250 | Drywall/ Carpentry | 8,430.00 |
| 09510 | Acoustical Ceilings | 5,120.00 |
| 09650 | VCT, Base & Carpet | 1,200.00 |
| 09900 | Painting & Wallcovering | 3,500.00 |
| 15300 | Sprinklers | 4,000.00 |
| 16001 | Electrical | 48,609.00 |
| 01001 | Protection | 5,000.00 |
| 01001 | General Conditions (5%) | 4,472.45 |
| 01001 | GM Overtime | 7,250.00 |
| 98001 | Fee (2.5%) | 2,529.22 |
| 17001 | Insurance (1.25%) | 1,286.26 |
|       | TOTAL | $104,997.00 |

## Work Not Included

- Building department filing and fees
- Elevator, hoisting engineering and building charges.
- Asbestos removal and all related work.
- Trades not listed above.

Thank you for the opportunity to submit this proposal.  If the above meets with your approval, please sign one copy and return to this office  Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith D. Frerichs
Asst. Project Manager

Accepted_____   Date_____

F:\420-399113-Proposal Proposal.doc   250 WEST 30TH STREET   NEW YORK, NEW YORK 10001   212 647-6141   FAX 212 643-1033

Page 1 of 2



**HENEGAN**
CONSTRUCTION CO., INC.

September 12, 2008

Mrs. Lisa Dimoulas
Lehman Brothers
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

Re: Lehman Brothers
1271 Avenue of the Americas
HCC#2B0223
9th Floor SW Corner
Change Order # 0001

Dear Mrs. Dimoulas:

We herewith submit our change order to perform additional work at the above referenced location, as outlined below, for the sum of:
EIGHT THOUSAND TWO HUNDRED FOUR DOLLARS AND 97/100, ($8,204.97):

Scope of Work

Furnish labor and materials to perform additional security work at the above mentioned location as shown on PEI drawings dated 8/27/08. Work including but not limited to installing a new circuit for the security system, new card render panel and lock power supply, and relocating the tie in for a secure door from the 8th floor security panel to the 9th floor.

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16001 | Electrical | Campbell & Dawes Ltd. | $6,730.00 |
| 01001 | General Conditions (5%) | | 336.50 |
| 01001 | CM Overtime/ Protection | Henegan Construction Co., Inc | 839.52 |
| 98001 | Fee (2.5%) | | 197.65 |
| 17001 | Insurance (1.25%) | | 101.30 |
| | TOTAL | | $8,204.97 |

Work Not Included

- Building department filing and fees
- Elevator, hoisting engineering and building charges.
- Sales Tax

- Asbestos removal and all related work.
- Trades not listed above.
- Overtime except as noted on back-up sheets

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith D. Freichs
Asst. Project Manager

Accepted _____    Date _____



**HENEGAN**
CONSTRUCTION CO. INC.

September 12, 2008

Mrs. Lisa Dimopilas
Lehman Brothers
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

Re: Lehman Brothers
1271 Avenue of the Americas
HCC #280223
9th Floor SW Corner
Change Order #-0002

Dear Mrs. Dimbulas:

We herewith submit our change order to perform additional work at the above referenced location, as outlined below, for the sum of: ONE THOUSAND SEVEN HUNDRED FIFTY TWO DOLLARS AND 24/100; ($1,752.24).

**Scope of Work**

Furnish labor and materials to build two (2) sheetrock soffits at locations where overhead files were removed as per Lisa Dimopilas.

**Cost Breakdown**

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 00250 | Drywall/Carpentry | Eurotech Construction Corp. | $1,608.00 |
| 01001 | General Conditions (5%) | | 80.40 |
| 98001 | Fee (2.5%) | | 42.21 |
| 17001 | Insurance (1.25%) | | 21.63 |
| | TOTAL | | $1,752.24 |

**Work Not Included**

- Building department filing and fees
- Elevator, hoisting engineering and building charges.
- Sales Tax
- Asbestos removal and all related work.
- Trades not listed above.
- Overtime except as noted on back-up sheets

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

Keith D. Frerichs
Asst. Project Manager

Accepted _____    Date _____

## FINAL WAIVER AND RELEASE OF LIEN

HCC Project # 280223

Block ____
Lot ____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by  Lehman Brothers, Inc. (Leasehold Tenant) to furnish labor and material at the premises known as  399 Park Avenue (9th Floor SW Corner) New York, NY , of which Lehman Brothers is the Owner.

The undersigned, for and in consideration of sums received in the amount of ONE HUNDRED FOURTEEN THOUSAND NINE HUNDRED FIFTY FOUR DOLLAR AND 21/100 ($114,954.21) and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the Owner and/or Leasehold Tenant on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retentions, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully-paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner and/or the Leasehold Tenant for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this  11 day of Sept 2008 .

Sworn to before me this  11th  day
of  Sept. ,2008 .

_Mary E. Raftery_

Notary Public, State of New York

MARY E RAFTERY
NOTARY PUBLIC, State of New York
No. 01RA4695623
Qualified in Nassau County
Commission Expires February 28, 20 10

HENEGAN CONSTRUCTION CO., INC.

By: _____

Authorized Signature

Tony Slevira/VP Accounting
Printed name and title

HENEGAN CONSTRUCTION CO., INC.  250 West 30th Street, New York, New York  10001



**HENEGAN**
CONSTRUCTION CO. INC

September 15, 2008

Invoice #: _____ 048214 _____

To: Lehman Brothers Inc.,
   1301 Avenue of the Americas-9th Floor
   New York, New York 10019

Re:  Lehman Brothers
    1271 Avenue of the Americas
    39th Floor East
    H.C.C. # 280131

Attn: Mr. Colin Bowen

### Requisition No. 3

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 6,225,470.12 |
| CHANGE ORDERS TO DATE | $ | (57,532.36) |
| ADJUSTED CONTRACT SUM | $ | 6,167,937.76 |
| COMPLETED TO DATE | $ | 6,167,937.76 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 6,167,937.76 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 6,155,578.36 |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 12,359.40 |

cc: Eric Johnson
   CB Richard Ellis
   140 Broadway-8th Floor
   New York, New York 10005

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702  (Instructions on reverse side)

PAGE  ONE  OF  TWO  PAGES

| | | |
|---|---|---|
| TO OWNER: Lehman Brothers Inc., 1301 Avenue of the Americas New York, N.Y. 10019 Attn: Colin Bowen | PROJECT: | Lehman Brothers, NYC 1271 Ave. of the Americas, NYC 39th Floor East HCC #280131 |

APPLICATION:  3.

PERIOD TO: September 12, 2008

PROJECT NOS:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM  GENERAL CONTRACTOR:

Henegan Construction Co., Inc.
250 West 30th. Street
New York, New York 10001

VIA (ARCHITECT):

CONTRACT DATE:

CONTRACT FOR: 39th Floor East

☐ ☐ ☐ ☐

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM ................................ $ | | 6,225,470.12 |
| 2. Net change by Change Orders .............................. $ | | -57,532.36 |
| 3. CONTRACT SUM TO DATE  (Line 1 + 2)................... $ | | 6,167,937.76 |
| 4. TOTAL COMPLETED & STORED TO DATE ................ $ | | 6,167,937.76 |
|    (Column G on G703) | | |
| 5. RETAINAGE | | |
|    a.    0    % of Completed Work | 0.00 | |
|         (Column D + E on G703) | | |
|    b.    0    % of Stored Material | | |
|         (Column F on G703) | | |
|    Total Retainage (Line 5a + 5b or | | |
|    Total in Column 1 of G703) .............................. $ | | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE ........................ $ | | 6,167,937.76 |
|    Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
|    (Line 6 from prior Certificate)............................ $ | | 6,155,578.36 |
| 8. CURRENT PAYMENT DUE.................................. $ | | 12,359.40 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
|    (Line 3 less Line 6) | 0.00 | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 0.00 | |
| Total approved this Month | -57,532.36 | |
| TOTALS | -57,532.36 | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed  in accordance  with the Contract Documents, that  all amounts  have been  paid by the Contractor  for Work  for  which previous Certificates for Payment  were  issued and payments received from the Owner and that current payment shown herein is now due.

CONTRACTOR:  HENEGAN CONSTRUCTION CO., INC

By:  _____  V.P. Accounting    Date:  9/12/08

State of :  New York
County of New York
Subscribed and sworn before
me this ___ day of ___ 2008

Notary Public
My Commission expires:

Margaret C. De___
NOTARY PUBLIC, State of New York
No. 01RA4695623
Qualified in Nassau County
Commission Expires February 28, 20.10

## ARCHITECT'S  CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................... $

(Attach explanation  If amount certified  differs from the amount applied  for.  Initial all figures  on this  Application and  on  the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED  is payable  only  to  the Contractor named herein.  Issuance,  payment and acceptance of payment are without ___

AIA DOCUMENT G702  ·  APPLICATION AND CERTIFICATE FOR PAYMENT  ·  1992 EDITION  ·  AIA ©  ·  © 1992  ·  THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006-5292  ·

G702-1992

# CONTINUATION SHEET

AIA Document G703, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

(Instructions on reverse side)

PAGE 2 OF 2 PAGES
3

APPLICATION NUMBER:
APPLICATION DATE: September 12, 2008
PERIOD FROM: July 3, 2008
PERIOD TO: September 12, 2008
ARCHITECT'S PROJECT NO.

HCC #280131

| A ITEM NO. | B DESCRIPTION OF WORK 15th floor East | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E WORK COMPLETED THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | CONCRETE/MASONRY/FIREPROOFING | 136,158.00 | 136,158.00 | 0.00 | | 136,158.00 | 100% | 0.00 | 0.00 |
| | DEMOLITION | 28,138.50 | 28,138.50 | 0.00 | | 28,138.50 | 100% | 0.00 | 0.00 |
| | ARCHITECTURAL WOODWORK | 390,999.00 | 390,999.00 | 0.00 | | 390,999.00 | 100% | 0.00 | 0.00 |
| | DRYWALL/CARPENTRY | 24,000.00 | 24,000.00 | 0.00 | | 24,000.00 | 100% | 0.00 | 0.00 |
| | GLASS & GLAZING | 258,413.50 | 258,413.50 | 0.00 | | 258,413.50 | 100% | 0.00 | 0.00 |
| | CERAMIC TILE | 79,832.00 | 79,832.00 | 0.00 | | 79,832.00 | 100% | 0.00 | 0.00 |
| | ACOUSTICAL CEILINGS | 271,597.31 | 271,597.31 | 0.00 | | 271,597.31 | 100% | 0.00 | 0.00 |
| | VCT, BASE & CARPET | 151,270.67 | 151,270.67 | 0.00 | | 151,270.67 | 100% | 0.00 | 0.00 |
| | PAINTING & WALLCOVERING | 69,852.65 | 69,852.65 | 0.00 | | 69,852.65 | 100% | 0.00 | 0.00 |
| | SPECIALTIES | 41,403.00 | 41,403.00 | 0.00 | | 41,403.00 | 100% | 0.00 | 0.00 |
| | OFFICE PARTITIONS SYSTEM | 130,456.00 | 130,456.00 | 0.00 | | 130,456.00 | 100% | 0.00 | 0.00 |
| | BLINDS | 13,450.00 | 13,450.00 | 0.00 | | 13,450.00 | 100% | 0.00 | 0.00 |
| | SPRINKLERS | 113,126.30 | 113,126.30 | 0.00 | | 113,126.30 | 100% | 0.00 | 0.00 |
| | PLUMBING | 104,100.00 | 104,100.00 | 0.00 | | 104,100.00 | 100% | 0.00 | 0.00 |
| | HVAC | 1,069,124.79 | 1,069,124.79 | 0.00 | | 1,069,124.79 | 100% | 0.00 | 0.00 |
| | ELECTRICAL | 2,317,056.64 | 2,317,056.64 | 0.00 | | 2,317,056.64 | 100% | 0.00 | 0.00 |
| | LIGHT FIXTURES | 129,417.41 | 129,417.41 | 0.00 | | 129,417.41 | 100% | 0.00 | 0.00 |
| | ELECTRICAL-UPS ROOM | 115,852.88 | 115,852.88 | 0.00 | | 115,852.88 | 100% | 0.00 | 0.00 |
| | BUILDING DEPARTMENT | 5,627.70 | 485.03 | 5,142.67 | | 5,627.70 | 9% | 0.00 | 0.00 |
| | PROTECTION | 20,255.00 | 253.38 | 20,001.62 | | 20,255.00 | 9% | 0.00 | 0.00 |
| | **SUBTOTAL** | 5,470,139.35 | 5,444,995.06 | 25,144.29 | 0.00 | 5,470,139.35 | 100% | 0.00 | 0.00 |
| | General Conditions- 5.0% | 273,506.97 | 273,506.97 | 0.00 | | 273,506.97 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 5,743,646.32 | 5,718,502.03 | 25,144.29 | 0.00 | 5,743,646.32 | 100% | 0.00 | 0.00 |
| | Labor/Overtime | 255,000.00 | 186,208.65 | 68,791.35 | | 255,000.00 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 5,998,646.32 | 5,904,710.68 | 93,935.64 | 0.00 | 5,998,646.32 | 100% | 0.00 | 0.00 |
| | Fee- 2.5% | 149,966.16 | 149,966.16 | 0.00 | | 149,966.16 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 6,148,612.48 | 6,054,676.84 | 93,935.64 | 0.00 | 6,148,612.48 | 100% | 0.00 | 0.00 |
| | Insurance-1.25% | 76,857.64 | 76,857.66 | -0.02 | | 76,857.64 | 100% | 0.00 | 0.00 |
| | **TOTAL BASE CONTRACT** | 6,225,470.12 | 6,131,534.50 | 93,935.62 | 0.00 | 6,225,470.12 | 100% | 0.00 | 0.00 |
| | CHANGE ORDERS | | 0.00 | 0.00 | | | | 0.00 | 0.00 |
| | CO#001 | 10,188.72 | 10,188.72 | 0.00 | | 10,188.72 | 100% | 0.00 | 0.00 |
| | CO#002 | 2,833.23 | 2,833.23 | 0.00 | | 2,833.23 | 100% | 0.00 | 0.00 |
| | CO#003 | 2,221.25 | 0.00 | 2,221.25 | | 2,221.25 | 100% | 0.00 | 0.00 |
| | CO#004 | 2,048.64 | 2,048.64 | 0.00 | | 2,048.64 | 100% | 0.00 | 0.00 |
| | CO#008 | 5,956.97 | 5,956.97 | 0.00 | | 5,956.97 | 100% | 0.00 | 0.00 |
| | CO#009 | 1,103.87 | 1,103.87 | 0.00 | | 1,103.87 | 100% | 0.00 | 0.00 |
| | CO#010 | 1,912.43 | 1,912.43 | 0.00 | | 1,912.43 | 100% | 0.00 | 0.00 |
| | CO#011 | 0.00 | 0.00 | 0.00 | | 0.00 | 100% | 0.00 | 0.00 |
| | CO#011-R/C | 0.00 | 0.00 | 0.00 | | 0.00 | 100% | 0.00 | 0.00 |
| | CO#015 | 225.03 | 0.00 | 225.03 | | 225.03 | 100% | 0.00 | 0.00 |
| | CREDIT ALLOWANCE | -84,022.50 | 0.00 | -84,022.50 | | -84,022.50 | 100% | 0.00 | 0.00 |
| | **TOTAL-CHANGE ORDERS** | -57,532.36 | 24,043.36 | -81,576.22 | 0.00 | -57,532.36 | 100% | 0.00 | 0.00 |
| | **PROJECT TOTAL** | 6,167,937.76 | 6,155,578.36 | 12,359.40 | 0.00 | 6,167,937.76 | 99% | 0.00 | 0.00 |

AIA DOCUMENT · APPLICATION AND CERTIFICATE FOR PAYMENT · MAY 1983 EDITION · AIA® · © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G703 - 1983

**HENIGAN CONSTRUCTION CO., INC.**
**TRADE SUMMARY**

PROJECT: Lehman Brothers
1271 Ave. of Americas
39th Floor East

APPLICATION #03
H.C.C. JOB #280131
9/17/2008

| TRADE | SUBCONTRACTOR | ADJUSTED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATION | CURRENT WORK IN PLACE | C/O THIS PER | TOTAL COMPLETED | % CMPLT CNT | BALANCE TO FINISH | LESS RETENTION APP | LESS CURRENT COMPLETE | ADD RELEASED RETENTION | TOTAL RETENTION | NET RETENTION APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONCRETE/MASONRY/FIREPROOFING | Everlast Construction | 136,155.00 | | 136,155.00 | 136,155.00 | 0.00 | | 136,155.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Henigan Construction | 28,138.50 | | 28,138.50 | 28,138.50 | 0.00 | | 28,138.50 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEMOLITION | Henigan Construction | 393,999.00 | | 393,999.00 | 393,999.00 | 0.00 | | 393,999.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARCHITECTURAL WOODWORK | Ward Architectural Woodwork | 24,000.00 | | 24,000.00 | 24,000.00 | 0.00 | | 24,000.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLASS & GLAZING | Infinity Glass | 258,413.50 | 2,893.00 | 261,306.50 | 261,306.50 | 0.00 | 0.00 | 261,306.50 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DRYWALL/CARPENTRY | Eurotech Construction | 79,811.00 | | 79,811.00 | 79,811.00 | 0.00 | | 79,811.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CERAMIC TILE | Eastern Desert Tile & Marble | 271,577.31 | | 271,577.31 | 271,577.31 | 0.00 | | 271,577.31 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ACOUSTICAL CEILINGS | Eurotech Construction | 151,278.67 | | 151,278.67 | 151,278.67 | 0.00 | | 151,278.67 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VCT, BASE & CARPET | Consolidated Carpet Trade | 69,652.65 | | 69,652.65 | 69,652.65 | 0.00 | | 69,652.65 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAINTING & WALLCOVERING | Nassau Hill Painting | 41,403.00 | 9,350.00 | 50,753.00 | 50,753.00 | 0.00 | 0.00 | 50,753.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPECIALTIES | Apex Interiors | 130,456.00 | | 130,456.00 | 130,456.00 | 0.00 | | 130,456.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE PARTITIONS SYSTEM | Tracewell Corp. | 13,450.00 | | 13,450.00 | 13,450.00 | 0.00 | | 13,450.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLINDS | UVC Interiors | 113,126.50 | | 113,126.50 | 113,126.50 | 0.00 | | 113,126.50 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 377.42 | 377.42 |
| SPRINKLERS | Lerandz Fire Protection | 104,100.00 | | 104,100.00 | 104,100.00 | 0.00 | | 104,100.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 1,465.00 | 1,465.00 |
| PLUMBING | Liu's Plumbing & Heating | 1,059,174.79 | 373.40 | 1,059,499.19 | 1,060,274.79 | 0.00 | 373.40 | 1,059,499.19 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HVAC | People's Air Conditioning | 2,317,056.64 | 1,665.00 | 2,318,024.64 | 2,318,011.64 | 0.00 | 1,665.00 | 2,318,024.64 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ELECTRICAL | Campbell & Dawes | 128,417.41 | | 128,417.41 | 128,417.41 | 0.00 | | 128,417.41 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LIGHT FIXTURES | IDCI Lighting | 115,852.88 | | 115,852.88 | 115,852.88 | 0.00 | | 115,852.88 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 306.00 |
| ELECTRICAL/UPS ROOM | LEEEFIT | 16,335.00 | (10,001.63) | 223.28 | 223.28 | 0.00 | (16,001.63) | 223.28 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROTECTION | Eurotech Construction | 5,517.70 | 533.43 | 6,150.13 | 5,551.63 | 5,142.67 | (4,936.17) | 6,150.13 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,254.00 |
| BUILDING DEPARTMENT | Henigan Construction | | 2,600.00 | 2,600.00 | 2,600.00 | 0.00 | 0.00 | 2,600.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KIM/CO MAINTENANCE | | | | | | 35,144.39 | 0.00 | | | | | | | | |
| METAL RESTORATION | TOTAL SUBCONTRACTORS | 5,470,739.55 | (8,054.70) | 5,460,204.55 | 5,457,604.55 | 5,457,509.44 | (72,859.37) | 5,463,704.55 | 100.0% | | | 0.00 | 0.00 | 112.35 | 9,972.14 |
| General Conditions | Henigan Construction Co., Inc. | 272,156.57 | 1,215.48 | 274,722.45 | 274,610.20 | 63,791.55 | 112.25 | 274,722.45 | 100.0% | | | 0.00 | 0.00 | 0.00 | 58.93 |
| Labor/OT | Henigan Construction Co., Inc. | 255,000.00 | (10,878.31) | 166,121.79 | 166,108.65 | 63,791.55 | (16,878.31) | 166,121.79 | 100.0% | | | 0.00 | 0.00 | 0.00 | 70.46 |
| Fee | Henigan Construction Co., Inc. | 140,916.16 | 638.13 | 159,554.29 | 159,546.96 | 58.93 | 58.93 | 159,554.29 | 100.0% | | | 0.00 | 0.00 | 0.00 | 10,116.50 |
| Insurance | Henigan Construction Co., Inc. | 76,937.54 | 227.03 | 77,156.67 | 77,156.49 | 0.00 | 10.18 | 77,156.49 | 100.0% | | | 0.00 | 0.00 | 0.00 | 12,319.40 |
| | **TOTAL HCC** | 745,510.77 | (8,667.57) | 676,633.20 | 676,633.20 | 63,791.55 | (16,675.55) | 678,553.20 | 100.0% | | | | | | |
| | **TOTAL HCC** | 6,225,470.13 | (17,512.38) | 6,137,597.76 | 6,135,078.16 | 93,935.64 | (91,676.14) | 6,187,257.76 | 100.0% | | | | | | |

12,359.40

HENEGAN CONSTRUCTION-OVERTIME                9/12/2008

HCC# 280131
Schedule # 3

Lehman Brothers Inc.,
1271 Avenue of the Americas
Hedge Fund

### Labor Schedule
**Weekending 06/04/08 thru Weekending 06/18/08**

Effective Date After 1/1/08

| Carpenter Foreman | N.S. | | $124.49 | = | $0.00 |
|---|---|---|---|---|---|
| | O.T. | 6.00 | $165.54 | = | $993.24 |
| | D.T. | | $203.09 | = | $0.00 |
| | | | | | $993.24 |

Effective Date After 1/1/08

| Laborer (Mason Tenders) | N.S. | | $78.01 | = | $0.00 |
|---|---|---|---|---|---|
| | O.T. | 85.00 | $104.94 | = | $8,919.90 |
| | N.S.O.T. | | $104.94 | = | $0.00 |
| | N.S.D.T. | | $131.87 | = | $0.00 |
| | D.T. | | $131.87 | = | $0.00 |
| | | | | | $8,919.90 |

| **TOTAL LABOR** | 91.00 | **$9,913.14** |
|---|---|---|

### TRADE BREAKDOWN

| Total Labor-Nightshift | $0.00 |
|---|---|
| Total Labor-Overtime | $9,913.14 |
| Total Labor-Nightshift/OT | $9,913.14 |

| Total Reimbursable-Overtime | **$9,913.14** |
|---|---|
| **Total Overtime-This schedule** | **$9,913.14** |

Henegan Construction Co., Inc.

Time Entry Report-(In Job Order)

09-12-08        Page 1

| Employee | | Period End Date | Job | | Phase | Phase Description | Union | Union Description | Pay | | Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0119 | Robert Kranz | 06-04-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON ULABOT | 1.50 |
| 0119 | Robert Kranz | 06-11-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON ULABOT | 1.50 |
| 0119 | Robert Kranz | 06-18-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON ULABOT | 1.50 |
| 0119 | Robert Kranz | 06-18-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | | | CERTIFIED | NON ULABOT | 1.50 |
| | | | | | | | | | | Total Pay Hrs | 6.00* |
| 0414 | Ted Sieradzki | 06-04-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 17.00 |
| 3063 | Brendan Giannini | 06-04-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 16.00 |
| 6151 | Wayeh Camara | 06-04-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 9.00 |
| 6332 | Jr. John Delucca | 06-04-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 8.00 |
| 3055 | Hector L. Aponte | 06-11-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 5.00 |
| 6151 | Wayeh Camara | 06-11-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 15.00 |
| 3055 | Hector L. Aponte | 06-18-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 4.00 |
| 6332 | Jr. John Delucca | 06-18-08 | 280131 | LEHMAN | 01-013 | Construction Clng/OT | NYMASONTND | MASON TENDERS-NY | CERTIFIED | NYC-MTOT | 11.00 |
| | | | | | | | | | | Total Pay Hrs | 85.00* |

Job Totals        91.00*

Report Totals        91.00*

LOG ✓



**HENEGAN**
CONSTRUCTION CO., INC.

May 13, 2008

Ms. Patricia Begley
Lehman Brothers
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

Re:  Lehman Brothers
     1271 Avenue of the Americas
     HCC # 280131
     39th Floor East (Hedge Fund-2)
     Change Order # 0004

Dear Ms. Begley:

We herewith submit our change order to perform additional work at the above referenced location, as outlined below, for the sum of:
TWO THOUSAND TWO HUNDRED TWENTY ONE and 25/100 DOLLARS, ($2,221.25).

**Scope of Work**

Furnish labor and materials required to fabricate and install a sheetmetal enclosure for the CAC unit trim in 39th. floor east MDR room as shown in the attached sketch dated 05/07/08 and proposal # 36 dated 05/13/08 submitted by Penguin Air Conditioning.

**Cost Breakdown**

| CSI # | Trade | Subcontractor | Cost |
|---|---|---|---|
| 15500 | H.V.A.C. | Penguin Air Conditioning | $2,038.40 |
| 01001 | General Conditions (5%) | | 101.92 |
| 98001 | Fee (2.5%) | | 53.51 |
| 17001 | Insurance (1.25%) | | 27.42 |
| | TOTAL | | $2,221.25 |

**Work Not Included**

- Building department filing and fees
- Elevator, hoisting engineering and building charges.
- Sales Tax
- Asbestos removal and all related work.
- Trades not listed above.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

John F. Winter
Project Manager

Accepted  PB  6/24/08          Date

Cc:  Eric Johnson (CBRE), Mike Benedetti (CBRE), Keith Francis (H.C.C.), R. Frena (H.C.C.)

6.24.08

INTERNATIONAL DATA CENTER - CHASE MANHATTAN BANK - 535 WEST 34TH STREET   NEW YORK, NEW YORK 10001  212 947-6441  FAX: 212 643-1053

Page 1 of 1



# HENEGAN
### CONSTRUCTION CO., INC.

July 17, 2008

Ms. Patricia Begley
Lehman Brothers
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

Re: Lehman Brothers
1271 Avenue of the Americas
HCC # 280131
Hedge Fund II
Change Order # 0015

Dear Ms. Begley:

We herewith submit our change order to perform additional work at the above referenced location, as outlined below, for the sum of: TWO HUNDRED FIFTY FIVE AND 03/100 DOLLARS, ($255.03).

Scope of Work

Reimbursable filing fees paid to the Department Of Buildings with the attached H.C.C. check, # 101244 for the Pre-Action system on the 39th floor, Hedge Fund II.

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 71060 | Reimbursable Bldg. Dept. Fillings | Henegan Construction Co., Inc. | $206.50 |
| 01001 | General Conditions (5 %) | | 10.33 |
| 98001 | Fee (2.5%) | | 5.42 |
| 17001 | Insurance (1.25%) | | 2.78 |
| | TOTAL | | $255.03 |

Work Not Included

- Building department filing fees
- Elevator, hoisting engineering and building charges.
- Sales Tax

- Asbestos removal and all related work
- Trades not listed above.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

John S. Wilfer
Project Director

Accepted_____    Date_____

Cc: Eric Johnson (CBRE), Mike Benedetti (CBRE), Keith Frerichs (H.C.C.), R. Press (H.C.C.)

## CONDITIONAL FINAL WAIVER AND RELEASE OF LIEN

HCC Project # 280131

Block ____
Lot ____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by **Lehman Brothers, Inc.** (Leasehold Tenant) to furnish labor and material at the premises known as **1271 Ave. of the Americas 39th Floor New York NYC,** of which **The Rockefeller Development Group,** is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of **SIX MILLION ONE HUNDRED FIFTY FIVE THOUSAND FIVE HUNDRED SEVENTY EIGHT DOLLARS AND 36/100 ($ 6,155,578.36),** and contingent upon the receipt of **TWELVE THOUSAND THREE HUNDRED FIFTY NINE DOLLARS AND 42/100 ($ 12,359.42)** being the full and Final Payment amount due, and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for, or will pay for when Final Payment is received, all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retention's, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this _11th_ day of September 2008

HENEGAN CONSTRUCTION CO., INC

Sworn to before me this _11th_ day
of September 2008

By: _[signature]_

Authorized Signature

_[signature: Marye Raftery]_

Notary Public, State of New York
MARY E. RAFTERY
NOTARY PUBLIC, State of New York
No. 01RA4695623
Qualified in Nassau County
Commission Expires February 28, 20.1b

Tony Slevira/VP Accounting
Name & Title

HENEGAN CONSTRUCTION CO., INC. 250 West 30th Street, New York, New York 10001