

**HENEGAN**
CONSTRUCTION CO., INC

September 16, 2008

Invoice #:        048211

To: Image Processing Systems
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096

Re:  Lehman Brothers Inc.,
1271 Avenue of the Americas
Day 2 Work
H.C.C. # 280148
Proposal#1

Attn: Mr. Colin Bowen

### Requisition No. 3R

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 4,581.58 |
| CHANGE ORDERS TO DATE | $ | 41,757.73 |
| ADJUSTED CONTRACT SUM | $ | 46,339.31 |
| COMPLETED TO DATE | $ | 46,339.31 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 46,339.31 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 22,729.27 |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 23,610.04 |

cc: Eric Johnson
CB Richard Ellis
140 Broadway-8th Floor
New York, New York 10005

# APPLICATION AND CERTIFICATE FOR PAYMENT    AIA DOCUMENT G702 (Instructions on reverse side)

| | | |
|---|---|---|
| TO OWNER: Lehman Brothers Inc., 1301 Avenue of the Americas New York, N.Y. 10019 Attn: Colin Bowen | PROJECT: Lehman Brothers 1271 Ave. of the Americas, NYC Day 2 Work-Proposal #1 HCC #2B0148 | APPLICATION NO.: 3R PERIOD TO: September 11, 2008 PROJECT NOS.: |

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

PAGE ONE OF TWO PAGES

FROM GENERAL CONTRACTOR: Henegan Construction Co., Inc. 250 West 30th. Street New York, New York 10001

VIA (ARCHITECT: Gensler & Associates 1230 Ave. of the Americas New York, NY 10020

CONTRACT DATE:

CONTRACT FOR: Day 2 Work

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM ....................................... $ | | 4,581.58 |
| 2. Net change by Change Orders ....................................... $ | | 41,757.73 |
| 3. CONTRACT SUM TO DATE (Line 1 + 2)................... $ | | 46,339.31 |
| 4. TOTAL COMPLETED & STORED TO DATE............... $ | | 46,339.31 |
| (Column G on G703) | | |
| 5. RETAINAGE: | | |
| b.   0   % of Stored Material $ | 0.00 | |
| (Column F on G703) | | |
| Total Retainage (Line 5a + 5b or | | |
| Total in Column I of G703) | | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE......................... $ | | 46,339.31 |
| Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
| (Line 6 from prior Certificate)................................... $ | | 22,729.27 |
| 8. CURRENT PAYMENT DUE............................................ $ | | 23,610.04 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) $ | 0.00 | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 0.00 | |
| Total approved this Month | 41,757.73 | |
| TOTALS | 41,757.73 | |
| NET CHANGES by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner and that current payment shown herein is now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC

By: _____ V.P. Accounting    Date: 9/15/8

State of : New York
County of New York
Subscribed and sworn before
me this _____ day of

Notary Public
My Commission expires:

JASMINE JACKSON
Notary Public, State of New York
No. 49186485
Qualified in Nassau County
Commission Expires February 1, 20___

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED................ $ _____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.
Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

APPLICATION NUMBER:
APPLICATION DATE: September 16, 2008
PERIOD FROM: August 20, 2008
PERIOD TO: September 11, 2008
ARCHITECTS PROJECT NO.

PAGE 2 OF 2 PAGES
3R

HCC #280148

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | Day 2 Work | | | | | | | | |
| | ACOUSTICAL CEILINGS | 1,010.73 | 1,010.73 | 0.00 | | 1,010.73 | 100% | 0.00 | 0.00 |
| | VCT, BASE & CARPET | 953.70 | 953.70 | 0.00 | | 953.70 | 100% | 0.00 | 0.00 |
| | ELECTRICAL | 2,240.00 | 2,240.00 | 0.00 | | 2,240.00 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 4,204.43 | 4,204.43 | 0.00 | 0.00 | 4,204.43 | 100% | 0.00 | 0.00 |
| | General Conditions- 5.0% | 210.22 | 210.22 | 0.00 | | 210.22 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 4,414.65 | 4,414.65 | 0.00 | 0.00 | 4,414.65 | 100% | 0.00 | 0.00 |
| | Labor/Overtime | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| | SUBTOTAL | 4,414.65 | 4,414.65 | 0.00 | 0.00 | 4,414.65 | 100% | 0.00 | 0.00 |
| | Fee- 2.5% | 110.37 | 110.37 | 0.00 | | 110.37 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 4,525.02 | 4,525.02 | 0.00 | 0.00 | 4,525.02 | 100% | 0.00 | 0.00 |
| | Insurance-1.25% | 56.56 | 56.56 | 0.00 | | 56.56 | 100% | 0.00 | 0.00 |
| | TOTAL-BASE CONTRACT | 4,581.58 | 4,581.58 | 0.00 | 0.00 | 4,581.58 | 100% | 0.00 | 0.00 |
| | CHANGE ORDERS | | | | | | | | |
| | C.O.#004 | 20,165.09 | 0.00 | 20,165.09 | | 20,165.09 | 100% | 0.00 | 0.00 |
| | C.O.#005 | 3,444.95 | 0.00 | 3,444.95 | | 3,444.95 | 100% | 0.00 | 0.00 |
| | C.O.#006 | 13,827.64 | 13,827.64 | 0.00 | | 13,827.64 | 100% | 0.00 | 0.00 |
| | C.O.#007 | 4,320.05 | 4,320.05 | 0.00 | | 4,320.05 | 100% | 0.00 | 0.00 |
| | TOTAL-CHANGE ORDERS | 41,757.73 | 18,147.69 | 23,610.04 | 0.00 | 41,757.73 | 100% | 0.00 | 0.00 |
| | PROJECT TOTAL | 46,339.31 | 22,729.27 | 23,610.04 | 0.00 | 46,339.31 | 100% | 0.00 | 0.00 |

**HENICAN CONSTRUCTION CO., INC.**

**TRADE SUMMARY**

PROJECT:

LEHMAN BROTHERS
1271 Ave. of Americas
Day 2 Work

APPLICATION # 3R
H.C.C. JOB: 230143
9/17/2003

| TRADE | SUBCONTRACTOR | SCHEDULED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATION | CURRENT WORK IN PLACE | CO's IN PLACE | TOTAL COMPLETED | % CM'L | BALANCE TO FINISH | LESS PREVIOUS RET | LESS CURRENT RET | AMT RETAINED THIS PERIOD | TOTAL RETENTION | NET DUE THIS APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DRYWALL & CARPENTRY | J.P. Phillips | 0.00 | 1,809.55 | 1,809.55 | 1,809.55 | 0.00 | 0.00 | 1,809.55 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,809.55 |
| ACOUSTICAL CEILINGS | J.P. Phillips | 1,010.23 | 1,305.12 | 2,315.35 | 1,010.23 | 0.00 | 1,305.12 | 2,315.35 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,305.17 |
| VCT, BASE & CARPET | Consolidated Carpet | 953.70 | 0.00 | 953.70 | 953.70 | 0.00 | 0.00 | 953.70 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAINTING & WALLCOVERING | Murray Hill Painting | 0.00 | 476.00 | 476.00 | 476.00 | 0.00 | 0.00 | 476.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,355.00 |
| ELECTRICAL | Campbell & Dawes | 2,540.00 | 11,260.00 | 13,500.00 | 11,245.00 | 0.00 | 2,355.00 | 13,500.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,200.00 |
| ELECTRICAL | Hugh O'Kane | 0.00 | 17,200.00 | 17,200.00 | 0.00 | 0.00 | 17,200.00 | 17,200.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **TOTAL SUBCONTRACTORS** | | 4,208.43 | 32,057.67 | 36,255.50 | 15,495.38 | 0.00 | 20,760.12 | 36,255.50 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20,760.12 |
| General Conditions | Henican Construction Co., Inc. | 210.21 | 1,602.56 | 1,812.78 | 774.77 | 0.00 | 1,038.01 | 1,812.78 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,038.01 |
| Labor/OT | Henican Construction Co., Inc. | 0.00 | 6,301.66 | 6,301.66 | 5,620.98 | 0.00 | 931.68 | 6,303.66 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 931.68 |
| Fee | Henican Construction Co., Inc. | 110.37 | 1,005.92 | 1,116.29 | 547.54 | 0.00 | 568.75 | 1,116.29 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 568.75 |
| Insurance | Henican Construction Co., Inc. | 56.56 | 515.57 | 572.08 | 280.60 | 0.00 | 291.40 | 572.08 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 291.40 |
| **TOTAL HCC** | | 377.15 | 9,706.66 | 10,083.81 | 7,223.89 | 0.00 | 2,849.92 | 10,083.81 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,849.92 |
| **TOTAL CONTRACT** | | 4,585.58 | 41,757.23 | 46,339.31 | 22,729.27 | 0.00 | 25,610.04 | 46,339.31 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23,610.04 |

23,610.04



# HENEGAN
### CONSTRUCTION CO., INC.

June 30, 2008

Mrs. Cecilia Butler-McLaughlin
Lehman Brothers
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

Re: Lehman Brothers
1271 Avenue of the Americas
HCC # 280148
Day 2 Work
Change Order # 0005

Dear MRS. Butler-McLaughlin:

We herewith submit our change order to perform additional work at the above referenced location, as outlined below, for the sum of:
THREE THOUSAND FOUR HUNDRED FORTY FOUR AND 95/100 DOLLARS, ($3,444.95).

## Scope of Work

Furnish labor and materials required to provide electrical alterations in Office 24D03 on the 45th floor as directed by Mrs. Butler-McLaughlin of Lehman Brothers in the attached e-mail dated 6/19/08. This alteration has been classified as Day-2 work.

## Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16001 | Electrical | Campbell & Dawes Ltd. | $2,255.00 |
| 01001 | General Conditions (5%) | | 112.75 |
| 01001 | CM Overtime | Henegan Construction Co., Inc | 951.68 |
| 98001 | Fee (2.5%) | | 82.99 |
| 17001 | Insurance (1.25%) | | 42.53 |
| | TOTAL | | $3,444.95 |

## Work Not Included

- Building department filing and fees
- Elevator, hoisting engineering and building charges
- Sales Tax

- Asbestos removal and all related work.
- Trades not listed above.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

John S. Winter
Project Director

Accepted_____    Date_____

Cc: Eric Johnson (CBRE), Mike Benedetti (CBRE), Keith Frerichs (H.C.C.), R. Press (H C C.)

F:\FLTG\FA10149\Change Order\CO0#0005.doc

## CONDITIONAL FINAL WAIVER AND RELEASE OF LIEN

HCC Project # 280148

Block ___
Lot ____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by **Lehman Brothers, Inc.** (Leasehold Tenant) to furnish labor and material at the premises known as **1271 Ave. of the Americas (Day 2 Work) New York NYC**, of which **The Rockefeller Development Group,** is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of **FOUR THOUSAND FIVE HUNDRED EIGHTY ONE DOLLARS AND 58/100 ($ 4,581.58)**, and contingent upon the receipt of **FORTY ONE THOUSAND SEVEN HUNDRED FIFTY SEVEN DOLLAR AND 73/100 ($41,757.73)** being the full and Final Payment amount due, and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for, or will pay for when Final Payment is received, all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retention's, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this ___ day of September 2008

**HENEGAN CONSTRUCTION CO., INC**

Sworn to before me this ___ day
of September 2008

By: _____

Authorized Signature

Notary Public, State of New York
No. 491BABS
Notary Public, State of New York County
Commission Expires February 1, 20 ___

**Tony Slevira/VP Accounting**
Name & Title

HENEGAN CONSTRUCTION CO., INC.  250 West 30th Street, New York, New York  10001



# HENEGAN
### CONSTRUCTION CO., INC.

August 4, 2008

Invoice #:    048149

To: Image Processing Systems
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096

Re:  Lehman Brothers
1271 Avenue of the Americas
3rd Floor Demolition
H.C.C. # 270461

Attn: Mr. Colin Bowen

---

### Requisition No. 2

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 468,525.17 |
| CHANGE ORDERS TO DATE | $ | 56,993.22 |
| ADJUSTED CONTRACT SUM | $ | 525,518.39 |
| COMPLETED TO DATE | $ | 525,518.39 |
| LESS  RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 525,518.39 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 508,637.48 |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 16,880.91 |

cc: Eric Johnson
CB Richard Ellis
140 Broadway-8th Floor
New York, New York 10005

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side)    PAGE ONE OF TWO PAGES

TO OWNER: Image Processing Systems
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096
Attn: Colin Bowen

PROJECT: Lehman Brothers
127 Ave. of the Americas, NYC
3rd Floor Demolition
HCC #270461

APPLICATION NO.: 2
PERIOD TO: July 30, 2008
PROJECT NOS.:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM GENERAL CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th. Street
New York, New York 10001

VIA (ARCHITECT:
Gensler & Associates
1230 Ave. of the Americas
New York, NY 10020

CONTRACT DATE:

CONTRACT FOR: 3rd Floor Demolition

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 468,525.17 | |
| 2. Net change by Change Orders | | 56,993.22 | |
| 3. CONTRACT SUM TO DATE (Line 1 + 2) | $ | 525,518.39 | |
| 4. TOTAL COMPLETED & STORED TO DATE. (Column G on G703) | $ | 525,518.39 | |
| 5. RETAINAGE. | | | |
| b. 0 % of Stored Material (Column F on G703) | $ 0.00 | | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) | | 0.00 | |
| 6. TOTAL EARNED LESS RETAINAGE. Line 4 less Line 5 Total) | $ | 525,518.39 | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | 508,637.48 | |
| 8. CURRENT PAYMENT DUE. | $ | 16,880.91 | |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 0.00 | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payment received from the Owner and that current payment shown herein is now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC

By: _____  V.P. Accounting  Date _____

State of : New York
County of: New York
Subscribed and sworn before
me this        day of

Notary Public
My Commission expires:

NOREEN C. DRAYTON
Notary Public, State of New York
No. 4311665
Qualified in Nassau County
Commission Expires February 1, 20__

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 40,112.31 | |
| Total approved this Month | 16,880.91 | |
| TOTALS | 56,993.22 | |
| Net change by Change Order | | |

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

$

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:
By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

(Instructions on reverse side)

APPLICATION NUMBER:
APPLICATION DATE: August 4, 2008
PERIOD FROM: April 20, 2008
PERIOD TO: July 30, 2008
ARCHITECT'S PROJECT NO.

PAGE 2 OF 2 PAGES

2

HCC #276461

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE |
| | 3rd Floor Demolition | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD Labor | | | | | |
| | Demolition | 212,100.00 | 212,100.00 | 0.00 | | 212,100.00 | 100% | 0.00 | 0.00 |
| | Abatement | 24,000.00 | 24,000.00 | 0.00 | | 24,000.00 | 100% | 0.00 | 0.00 |
| | Protection | 15,900.00 | 15,900.00 | 0.00 | | 15,900.00 | 100% | 0.00 | 0.00 |
| | Sprinklers | 14,000.00 | 14,000.00 | 0.00 | | 14,000.00 | 100% | 0.00 | 0.00 |
| | Plumbing | 11,500.00 | 11,500.00 | 0.00 | | 11,500.00 | 100% | 0.00 | 0.00 |
| | HVAC | 37,900.00 | 37,900.00 | 0.00 | | 37,900.00 | 100% | 0.00 | 0.00 |
| | Electrical | 97,271.00 | 97,271.00 | 0.00 | | 97,271.00 | 100% | 0.00 | 0.00 |
| | Building Department | 3,000.00 | 3,000.00 | 0.00 | | 3,000.00 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 415,671.00 | 415,671.00 | 0.00 | | 415,671.00 | 100% | 0.00 | 0.00 |
| | General Conditions- 5% | 20,783.55 | 20,783.55 | 0.00 | | 20,783.55 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 436,454.55 | 436,454.55 | 0.00 | | 436,454.55 | 100% | 0.00 | 0.00 |
| | Labor/Overtime | 15,000.00 | 15,000.00 | 0.00 | | 15,000.00 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 451,454.55 | 451,454.55 | 0.00 | | 451,454.55 | 100% | 0.00 | 0.00 |
| | Fee- 2.5% | 11,286.36 | 11,286.36 | 0.00 | | 11,286.36 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 462,740.91 | 462,740.91 | 0.00 | | 462,740.91 | 100% | 0.00 | 0.00 |
| | Insurance-1.25% | 5,784.26 | 5,784.26 | 0.00 | | 5,784.26 | 100% | 0.00 | 0.00 |
| | TOTAL-BASE CONTRACT | 468,525.17 | 468,525.17 | 0.00 | | 468,525.17 | 100% | 0.00 | 0.00 |
| | CHANGE ORDERS | | | | | | | | |
| | C.O.# 001 | 3,478.33 | 3,478.33 | 0.00 | | 3,478.33 | 100% | 0.00 | 0.00 |
| | C.O.# 002 | 36,633.98 | 36,633.98 | 0.00 | | 36,633.98 | 100% | 0.00 | 0.00 |
| | C.O.# 004 | 16,880.91 | 0.00 | 16,880.91 | | 16,880.91 | 100% | 0.00 | 0.00 |
| | TOTAL-CHANGE ORDERS | 56,993.22 | 40,112.31 | 16,880.91 | | 56,993.22 | 100% | 0.00 | 0.00 |
| | PROJECT TOTAL | 525,518.39 | 508,637.48 | 16,880.91 | 0.00 | 525,518.39 | 100% | 0.00 | 0.00 |

AIA DOCUMENT • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G703 - 1983

HENEGAN CONSTRUCTION CO., INC.
TRADE SUMMARY

PROJECT:

Lehman Brothers
1271 Ave. of Americas
3rd Floor Demolition

APPLICATION # 2
H.C.C.J08-329481
7/30/2008

| DESCRIPTION | SUBCONTRACTOR | SCHEDULED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATION | CURRENT INDICATED | C/O DETAILS | TOTAL COMPLETED | % DLL | BALANCE TO FINISH | LESS PREVIOUS | LESS CURRENT RET. | ADD'L RELEASE RETENTION | TOTAL RETENTION | NET RETAINAGE APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Demolition | Rite-Way Demolition | 212,100.00 | | 212,100.00 | 212,100.00 | 0.00 | | 212,100.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Abatement | Pal Environmental Corp. | 24,000.00 | 1,345.61 | 24,000.00 | 24,000.00 | 0.00 | | 24,000.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Concrete/Masonry | Euresch Construction Corp. | 0.00 | | 1,345.61 | 1,345.61 | 0.00 | | 1,345.61 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,345.61 |
| Protection | Euresch Construction Corp. | 15,500.00 | | 15,500.00 | 15,500.00 | 0.00 | | 15,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Painting/Wallcovering | Murray Hill Painting | 0.00 | 1,032.70 | 1,032.70 | 1,032.70 | 0.00 | | 1,032.70 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,032.70 |
| Sprinklers | Signature Fire Protection | 14,000.00 | | 14,000.00 | 14,000.00 | 0.00 | | 14,000.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Plumbing | Lalli Plumbing | 11,500.00 | | 11,500.00 | 11,500.00 | 0.00 | | 11,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HVAC | French's Air Conditioning | 37,500.00 | | 37,500.00 | 37,500.00 | 0.00 | | 37,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8,955.00 |
| Electrical | Campbell & Dawes | 97,271.00 | 33,395.00 | 130,666.00 | 121,671.00 | 8,995.00 | 8,995.00 | 130,666.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Electrical | High Office | 0.00 | 6,850.00 | 6,850.00 | 6,850.00 | 0.00 | | 6,850.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Building Department | Henegan Construction | 3,000.00 | 3,192.00 | 6,192.00 | 6,192.00 | 0.00 | | 6,192.00 | 100.0% | | 0.00 | 0.00 | 0.00 | 0.00 | 8,955.00 |
| **TOTAL SUBCONTRACTORS** | | **415,571.00** | **42,865.31** | **461,476.31** | **452,481.31** | **0.00** | **0.555.00** | **461,476.31** | **100.0%** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **8,955.00** |
| General Conditions | Henegan Construction Co., Inc. | 20,793.55 | 2,280.27 | 23,073.82 | 23,624.07 | 0.00 | 449.25 | 23,073.82 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 449.25 |
| Labor/OT | Henegan Construction Co., Inc. | 15,500.00 | 6,421.10 | 21,921.10 | 15,000.00 | 0.00 | 6,921.10 | 21,921.10 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,921.10 |
| Fee | Henegan Construction Co., Inc. | 11,784.56 | 1,272.92 | 12,653.28 | 12,353.63 | 0.00 | 404.65 | 12,653.28 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 404.65 |
| Insurance | Henegan Construction Co., Inc. | 5,784.26 | 703.62 | 6,487.88 | 6,279.47 | 0.00 | 203.41 | 6,487.88 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 203.41 |
| **TOTAL HCC** | | **53,856.17** | **11,187.91** | **64,473.08** | **56,156.17** | **0.00** | **7,845.51** | **64,473.08** | **100.0%** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **7,785.51** |
| **TOTAL CONTRACT** | | **469,555.17** | **56,993.22** | **525,718.39** | **508,637.48** | **0.00** | **16,880.51** | **525,718.39** | **100.0%** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **16,880.51** |

16,880.51



# HENEGAN
CONSTRUCTION CO., INC.

June 30, 2008

Ms. Patricia Begley
Lehman Brothers
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

Re: Lehman Brothers
1271 Avenue of the Americas
HCC # 270461
3rd . Floor
Change Order # 0004

Dear Ms Begley:

We herewith submit our change order to perform additional work at the above referenced location, as outlined below, for the sum of:
SIXTEEN THOUSAND EIGHT HUNDRED EIGHTY DOLLARS AND 91/100, ($16,880.91).

Scope of Work

Provide electrical standby and power hookups/ disconnects for the 3rd Floor abatement.

Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|---|---|---|---|
| 16001 | Electrical | Campbell & Dawes Ltd | $8,995.00 |
| 01001 | General Conditions (5%) | | 449.75 |
| 01001 | CM Overtime | Henegan Construction Co., Inc | 6,821.10 |
| 98001 | Fee (2.5%) | | 406.65 |
| 17001 | Insurance (1.25%) | | 208.41 |
| | TOTAL | | $16,880.91 |

Work Not Included

- Building department filing and fees
- Elevator, hoisting engineering and building charges.
- Sales Tax

- Asbestos removal and all related work
- Trades not listed above.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC

John S. Winter
Project Director

Accepted _____  7/15/08  Date _____

Cc: Eric Johnson (CBRE), Mike Benedetti (CBRE), Keith Frerichs (H.C.C.), R. Press (H.C.C)    MYB 7/15/08

## CONDITIONAL FINAL WAIVER AND RELEASE OF LIEN

HCC Project # 270461

Block ___
Lot _____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by Lehman Brothers, Inc.(Leasehold Tenant) to furnish labor and material at the premises known as 1271 Ave. of the Americas (3rd Floor Demolition) New York, NY of which The Rockefeller Development, is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of FIVE HUNDRED EIGHT THOUSAND SIX HUNDRED THIRTY SEVEN DOLLAR AND 48/100 ($508,637.48) and contingent upon the receipt of SIXTEEN THOUSAND EIGHT HUNDRED EIGHTY DOLLAR AND 91/100 ($16,880.91), being the full and Final Payment amount due, and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for, or will pay for when Final Payment is received, all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retention's, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully paid or open stock or were fully paid for and supplied as stated on the final invoice

The undersigned further agrees to defend, indemnify and hold harmless the Owner for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this __5__ day of August 2008

HENEGAN CONSTRUCTION CO., INC

Sworn to before me this __/__ day
of August 2008

By: _____

Authorized Signature

JAMES C. DRAYTON
Notary Public, State of New York
No. 4918486
Qualified in Nassau County
Commission Expires February 1, 20__

Notary Public, State of New York

Tony Slevira/V.P. Accounting
Name & Title

HENEGAN CONSTRUCTION CO., INC. 250 West 30th Street, New York, New York 10001



**HENEGAN**
CONSTRUCTION CO., INC.

August 20, 2008

Invoice #:    048164

To: Image Processing Systems
C/O Lehman Brothers-CRE
PO BOX 2236
Secaucus, NJ 07096

Re:    Lehman Brothers Inc.,
1271 Avenue of the Americas
Day 2 Work
H.C.C. # 280148
Proposal#1

Attn: Mr. Colin Bowen

Requisition No. 2

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 4,581.58 |
| CHANGE ORDERS TO DATE | $ | 18,147.69 |
| ADJUSTED CONTRACT SUM | $ | 22,729.27 |
| COMPLETED TO DATE | $ | 22,729.27 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 22,729.27 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 4,581.58 |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 18,147.69 |

cc: Eric Johnson
CB Richard Ellis
140 Broadway-8th Floor
New York, New York 10005

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side)

PAGE ONE OF TWO PAGES

TO OWNER: Lehman Brothers Inc.
1301 Avenue of the Americas
New York, N.Y. 10019
Attn: Colin Bowen

PROJECT: Lehman Brothers, NYC
1271 Ave. of the Americas, NYC
Day 2 Work-Proposal #1
HCC #280148

APPLICATION NO.: 2
PERIOD TO: August 20, 2008
PROJECT NOS.:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR

FROM GENERAL CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th. Street
New York, New York 10001

VIA (ARCHITECT):
Gensler & Associates
1230 Ave. of the Americas
New York, NY 10020

CONTRACT DATE:

CONTRACT FOR: Day 2 Work

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 4,581.58 |
| 2. Net change by Change Orders | $ | 18,147.69 |
| 3. CONTRACT SUM TO DATE (Line 1 + 2) | $ | 22,729.27 |
| 4. TOTAL COMPLETED & STORED TO DATE | $ | 22,729.27 |
| (Column G on G703) | | |
| 5. RETAINAGE: | | |
| b.   0 % of Stored Material   $    0.00 | | |
| (Column F on G703) | | |
| Total Retainage (Line 5a + 5b or | | |
| Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 22,729.27 |
| Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 4,581.58 |
| (Line 6 from prior Certificate) | | |
| 8. CURRENT PAYMENT DUE | $ | 18,147.69 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6)   $   0.00 | Add'l Cos to follow | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 0.00 | |
| Total approved this month | 18,147.69 | |
| TOTALS | 18,147.69 | |
| Net CHANGEs by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner and that current payment shown herein is now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC.

By: _____  V.P. Accounting   Date: 8/29/08

State of: New York
County of:New York
Subscribed and sworn before
me this         day of

Notary Public
My Commission expires:

[notary stamp] E. DRAYTON
Notary Public, State of New York
No. 4918465
Qualified in Nassau County
Commission Expires February 1, 20__

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........ $

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____   Date:

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA ® • © 1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006-5292 •

G702-1992

**CONTINUATION SHEET**

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703    (Instructions on reverse side)

APPLICATION NUMBER: 1
APPLICATION DATE: August 20, 2008
PERIOD FROM: June 10, 2008
PERIOD TO: August 20, 2008
ARCHITECT'S PROJECT NO.:

PAGE 2 OF 2 PAGES

HCC #2801145

| A. ITEM NO. | B. DESCRIPTION OF WORK | C. SCHEDULED VALUE | D. WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E. WORK COMPLETED THIS PERIOD Labor | F. MATERIALS PRESENTLY STORED (NOT IN D OR E) | G. TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H. BALANCE TO FINISH (C-G) | I. RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | Day 2 Work | | | | | | | | |
| | ACOUSTICAL CEILINGS | 1,010.73 | 1,010.73 | 0.00 | | 1,010.73 | 100% | 0.00 | 0.00 |
| | VCT, BASE & CARPET | 953.70 | 953.70 | 0.00 | | 953.70 | 100% | 0.00 | 0.00 |
| | ELECTRICAL | 2,240.00 | 2,240.00 | 0.00 | | 2,240.00 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 4,204.43 | 4,204.43 | 0.00 | 0.00 | 4,204.43 | 100% | 0.00 | 0.00 |
| | General Conditions- 5.0% | 210.22 | 210.22 | 0.00 | | 210.22 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 4,414.65 | 4,414.65 | 0.00 | 0.00 | 4,414.65 | 100% | 0.00 | 0.00 |
| | Labor/Overtime | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| | **SUBTOTAL** | 4,414.65 | 4,414.65 | 0.00 | 0.00 | 4,414.65 | 100% | 0.00 | 0.00 |
| | Fee- 2.5% | 110.37 | 110.37 | 0.00 | | 110.37 | 100% | 0.00 | 0.00 |
| | **SUBTOTAL** | 4,525.02 | 4,525.02 | 0.00 | 0.00 | 4,525.02 | 100% | 0.00 | 0.00 |
| | Insurance-1.25% | 56.56 | 56.56 | 0.00 | | 56.56 | 100% | 0.00 | 0.00 |
| | **TOTAL-BASE CONTRACT** | 4,581.58 | 4,581.58 | 0.00 | 0.00 | 4,581.58 | 100% | 0.00 | 0.00 |
| | CHANGE ORDERS | | | | | | | | |
| | C.O.#006 | 13,827.64 | 0.00 | 13,827.64 | | 13,827.64 | 100% | 0.00 | 0.00 |
| | C.O.#007 | 4,320.05 | 0.00 | 4,320.05 | | 4,320.05 | 100% | 0.00 | 0.00 |
| | TOTAL-CHANGE ORDERS | 18,147.69 | 0.00 | 18,147.69 | 0.00 | 18,147.69 | 100% | 0.00 | 0.00 |
| | **PROJECT TOTAL** | 22,729.27 | 4,581.58 | 18,147.69 | 0.00 | 22,729.27 | 100% | 0.00 | 0.00 |

AIA DOCUMENT · APPLICATION AND CERTIFICATE FOR PAYMENT · MAY 1983 EDITION · AIA® · © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE N.W., WASHINGTON, D.C. 20006

G703 - 1983

**HENEGAN CONSTRUCTION CO., INC.**
**TRADES SUMMARY**

PROJECT: LEHMAN BROTHERS
1271 Ave. of Americas
Day 2 Work

APPLICATION #2
H.C.C. JOB: 280140
8/20/2008

| TRADE | SUBCONTRACTOR | SCHEDULED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATIONS | CURRENT WORK IN PLACE | CO IN PLACE | TOTAL COMPLETED | % CMP | BALANCE TO FINISH | LESS STORED EST | LESS CURRENT EST | LESS RELEASED RETENTION | TOTAL RETENTION | RETENTION APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DRYWALL & CARPENTRY | J.R. Phillips | 0.00 | 1,809.55 | 1,809.55 | 0.00 | 0.00 | 1,809.55 | 1,809.55 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,809.55 |
| ACOUSTICAL CEILINGS | J.R. Phillips | 1,010.73 | 0.00 | 1,010.73 | 1,010.73 | 0.00 | 0.00 | 1,010.73 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VCT, BASE & CARPET | Consolidated Carpet | 953.70 | 0.00 | 953.70 | 953.70 | 0.00 | 476.00 | 953.70 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 476.00 |
| PAINTING & WALLCOVERING | Murray Hill Painting | 0.00 | 476.00 | 476.00 | 0.00 | 476.00 | 476.00 | 476.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,005.00 |
| ELECTRICAL | Campbell & Dawes | 2,410.00 | 9,005.00 | 11,245.00 | 2,240.00 | 9,005.00 | 11,245.00 | 11,245.00 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,295.55 |
| **TOTAL SUBCONTRACTORS** | | 4,374.43 | 11,295.55 | 15,459.30 | 4,204.43 | 11,295.55 | 15,670.28 | 15,670.28 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,295.55 |
| General Conditions | Henegan Construction Co, Inc. | 210.22 | 564.55 | 774.77 | 210.22 | 564.55 | 774.77 | 774.77 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 564.55 |
| Labor/OT | Henegan Construction Co, Inc. | 0.00 | 5,630.98 | 5,630.98 | 0.00 | 5,630.98 | 5,630.98 | 5,630.98 | 0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5,630.98 |
| Fee | Henegan Construction Co, Inc. | 110.37 | 437.17 | 547.54 | 110.37 | 437.17 | 547.54 | 547.54 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 437.17 |
| Insurance | Henegan Construction Co, Inc. | 56.56 | 224.04 | 280.60 | 56.56 | 224.04 | 280.60 | 280.60 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 224.04 |
| **TOTAL HCC** | | 377.15 | 6,856.74 | 7,233.89 | 377.15 | 6,856.74 | 7,233.89 | 7,233.89 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,856.74 |
| **TOTAL CONTRACT** | | 4,581.58 | 18,147.69 | 22,723.27 | 4,581.58 | 18,147.69 | 22,723.27 | 22,723.27 | 100% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,147.69 |

18,147.69



## HENEGAN
CONSTRUCTION CO. INC.

July 11, 2008

Mrs. Cecilia Butler-McLaughlin
Lehman Brothers
1301 Avenue of the Americas, 9th Floor
New York, NY 10019

Re: Lehman Brothers
1271 Avenue of the Americas
HCC # 280148
Day 2 Work
Change Order # 0006

Dear Mrs. Butler-McLaughlin:

We herewith submit our change order to perform additional work at the above referenced location, as outlined below, for the sum of:
THIRTEEN THOUSAND EIGHT HUNDRED TWENTY SEVEN AND 64/100 DOLLARS, (\$13,827.64).

### Scope of Work
Furnish labor and materials required to convert 38th Floor NW Conference Room into MD Office including an electrical pokethru, removal of flatscreen TV, relocation of power and subsequent patching. All alterations based on direction from Mrs. Butler-McLaughlin of Lehman Brothers in the attached e-mail dated 7/01/08. This alteration has been classified as Day-2 work.

### Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|---|---|---|---|
| 09250 | Drywall & Carpentry | JP Phillips Inc. | \$1,809.95 |
| 09900 | Painting & Wallcovering | Murray Hill Painting Co., Inc. | 476.00 |
| 16001 | Electrical | Campbell & Dawes Ltd. | 6,040.00 |
| 01001 | General Conditions (5%) | | 416.30 |
| 01001 | CM Overtime | Henegan Construction Co., Inc | 4,581.58 |
| 98001 | Fee (2.5%) | | 333.10 |
| 17001 | Insurance (1.25%) | | 170.71 |
| | TOTAL | | \$13,827.64 |

### Work Not Included

- Building department filing and fees
- Elevator, hoisting engineering and building charges
- Sales Tax

- Asbestos removal and all related work.
- Trades not listed above.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

John B. Winter
Project Director

Accepted_____     Date_____

Cc: Eric Johnson (CBRE), Mike Benedetti (CBRE), Keith Frerichs (H.C.C.), R. Press (H.C.C.)
F:\JOJ\2020148\Change Order\0006\0006A.doc

260 WEST 30TH STREET   NEW YORK  NEW YORK 10001   212.947.0441   FAX: 212.643.1053



**HENEGAN**
CONSTRUCTION CO., INC.

July 15, 2008

Ms. Jenny Cottingham                                Re: Lehman Brothers
Lehman Brothers                                     1271 Avenue of the Americas
1301 Avenue of the Americas, 9th Floor              HCC # 2801-88
New York, NY 10019                                  Day-2 Work
                                                    Change Order # 0007

Dear Ms. Cottingham:

We herewith submit our change order to perform additional work at the above-referenced location, as outlined below, for the sum of: FOUR THOUSAND THREE HUNDRED TWENTY AND 05/100 DOLLARS, ($4,320.05).

Scope of Work

Furnish labor and materials required to convert 46th Floor MD Office into three (3) person office, including relocating power from a floor box to the East wall, capping the floor box and carpet patch. All alterations based on direction from Ms. Cottingham of Lehman Brothers in the attached e-mail dated 7/15/08. This alteration has been classified as Day-2 work.

Cost Breakdown

| CSI #: | Trade | Subcontractor | Cost: |
|--------|-------|---------------|-------|
| 1.6001 | Electrical | Campbell & Dawes Ltd | $2,065.00 |
| 01001 | General Conditions (5%) | | 188.25 |
| 01001 | CM Overtime | Henegan Construction Co., Inc | 1,949.40 |
| 98001 | Fee (2.6%) | | 104.07 |
| 17001 | Insurance (1.25%) | | 53.33 |
|  | TOTAL | | $4,320.05 |

Work Not Included

- Building department filing and fees
- Elevator, hoisting engineering and building charges
- Sales Tax

- Asbestos removal and all related work.
- Trades not listed above.
- 

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC.

John S. Winter
Project Director

Accepted:_____:Date_____

Cc: Keith Frerichs (H.C.C.), R. Press (H.C.C.)

# CONDITIONAL PARTIAL WAIVER AND RELEASE OF LIEN

Req. # 02
HCC Project # <u>280148</u>
Block _____
Lot _____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by **Lehman Brothers Inc.,** (Leasehold Tenant) to furnish labor and material at the premises known as **1271 Avenue of the Americas (Day 2 World),NYC** of which **The Rockefeller Development Group,** is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of **FOUR THOUSAND FIVE HUNDRED EIGHTY ONE DOLLAR AND 58/100 ($4,581.58)** the receipt whereof is hereby acknowledged and contingent upon the receipt of **EIGHTEEN THOUSAND ONE HUNDRED FORTY SEVEN DOLLAR AND 69/100 ($18,147.69),** for the total value, less retainage, of work completed and installed to date, hereby waives and releases any and all liens or rights of lien now existing under the laws of the State of New York relating to mechanic's liens, with respect to and on said above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the Owner and/or the Leasehold Tenant on account of labor, services, material, fixtures, apparatus or machinery furnished through the 20<u>th</u> day of <u>August 2008</u>, by the undersigned for the above described premises.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this ___ day of <u>August 2008</u>.

HENEGAN CONSTRUCTION CO., INC.

Sworn to before me this ___ day          By: _____
of <u>August 2008</u>                                         Authorized signature

_____
Notary Public, State of New York

JAMES G. DRAYTON
Notary Public, State of New York
No. 4918485
Qualified in Nassau County
Commission Expires February 1, 20__

**Tony Slevira/VP Accounting**
Print name & title



## HENEGAN
### CONSTRUCTION CO., INC.

September 16, 2008

Invoice #:    048210

To: Lehman Brothers Inc.,
1301 Avenue of the Americas-9th Floor
New York, New York 10019

Re:  Lehman Brothers Inc.,
1271 Avenue of the Americas
Vacant Space
H.C.C. # 260377-S

Attn: Mr. Colin Bowen

### Requisition No. 2

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 482,080.73 |
| CHANGE ORDERS TO DATE | $ | 106,449.83 |
| ADJUSTED CONTRACT SUM | $ | 588,530.56 |
| COMPLETED TO DATE | $ | 588,530.56 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 588,530.56 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 376,340.47 |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 212,190.09 |

cc: Eric Johnson
CB Richard Ellis
140 Broadway-8th Floor
New York, New York 10005

# APPLICATION AND CERTIFICATE FOR PAYMENT AIA DOCUMENT G702 (Instructions on reverse side)

PAGE ONE OF TWO PAGES

**TO OWNER:** Lehman Brothers Inc.,
1301 Avenue of the Americas
New York, N.Y. 10019
Attn: Colin Bowen

**PROJECT:**
Lehman Brothers
1271 Ave. of the Americas, NYC
Vacan Space
HCC #268377-15

**APPLICATION NO.:** 2
**PERIOD TO:** September 18, 2008
**PROJECT NOS.:**
**CONTRACT DATE:**

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐☐☐☐☐

**FROM GENERAL CONTRACTOR:**
Henegan Construction Co., Inc.
250 West 30th. Street
New York, New York 10001

**VIA (ARCHITECT):**
Gensler & Associates

**CONTRACT FOR:** Vacant Space

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM ................................ | $ | 482,080.73 |
| 2. Net change by Change Orders ........................... | $ | 106,449.83 |
| 3. CONTRACT SUM TO DATE (Line 1 + 2)................ | $ | 588,530.56 |
| 4. TOTAL COMPLETED & STORED TO DATE............ | $ | 588,530.56 |
| (Column G on G703) | | |
| 5. RETAINAGE: | | |
| a. 0 % of Completed Work | | |
| (Column D + E on G703) | | |
| b. 0 % of Stored Material | $ 0.00 | |
| (Column F on G703) | | |
| Total Retainage (Line 5a + 5b or | | |
| Total in Column I of G703) | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE.................... | $ | 588,530.56 |
| Line 4 less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | |
| (Line 6 from prior Certificate)............................ | $ | 376,340.47 |
| 8. CURRENT PAYMENT DUE................................. | $ | 212,190.09 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) | $ | 0.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 0.00 | |
| Total approved this Month | 106,449.83 | |
| NET CHANGES by Change Order | TOTALS | 106,449.83 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner and that current payment shown herein is now due.

**CONTRACTOR:** HENEGAN CONSTRUCTION CO., INC

By: _____ VP Accounting  Date: 2/10/08

State of: New York
County of New York
Subscribed and sworn before
me this     9/16/8     day of

Notary Public
My Commission expires:

Notary Public, State of New York
No. 4918485
Qualified in Nassau County
Commission Expires February 1, 20__

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .................. $ _____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

**ARCHITECT:**

By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without

**HENEGAN CONSTRUCTION CO., INC.**
**TRADE SUMMARY**

PROJECT:

**LEHMAN BROTHERS**
**1271 Ave. of Americas**
**Vacant Space**

APPLICATION # 2
H.C.C. JOB 1260377-5
9/16/2008

| TRADE | SUBCONTRACTOR | SCHEDULED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATIONS | CURRENT WORK IN PLACE | CO IN PLACE | TOTAL COMPLETED | % CPT | BALANCE TO FINISH | LESS PREVIOUS RET | LESS CURRENT RET | ADJ RELEASED RETENTION | TOTAL RETENTION | NET DUE THIS APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CONCRETE/MASONRY/WATERPROOFING | Eurotech Construction | 16,000.00 | 3,901.00 | 19,901.00 | 12,000.00 | 4,000.00 | 3,901.00 | 19,901.00 | 100.0% | 0.00 | 1,200.00 | 0.00 | 0.00 | 1,200.00 | 3,901.00 |
| STRUCTURAL STEEL | Cornish Iron Works | 0.00 | 18,410.00 | 18,410.00 | 0.00 | 0.00 | 18,410.00 | 18,410.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18,410.00 |
| CERAMIC TILE & STONE | Eastern Design Tile | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE PARTITION | Tramwall Corp. | 47,000.00 | 0.00 | 47,000.00 | 35,250.00 | 11,750.00 | 0.00 | 47,000.00 | 100.0% | 0.00 | 3,525.00 | 0.00 | 0.00 | 3,525.00 | 15,275.00 |
| DRYWALL/CARPENTRY | Eurotech Construction | 37,000.00 | 14,093.20 | 51,093.20 | 27,250.00 | 7,010.00 | 14,093.20 | 48,353.20 | 95.7% | 2,230.00 | 2,775.00 | 2,775.00 | 0.00 | 2,775.00 | 23,903.20 |
| ACOUSTICAL CEILINGS | Eurotech Construction | 36,000.00 | 0.00 | 36,000.00 | 27,000.00 | 5,400.00 | 0.00 | 32,400.00 | 90.0% | 3,600.00 | 2,700.00 | 2,700.00 | 0.00 | 2,700.00 | 8,100.00 |
| VCT, BASE & CARPET | Consolidated Carpet Trade | 15,000.00 | 0.00 | 15,000.00 | 11,250.00 | (11,250.00) | 0.00 | 0.00 | 0.0% | 15,000.00 | 1,125.00 | (1,125.00) | 0.00 | 1,125.00 | (10,215.00) |
| PAINTING & WALLCOVERING | Murray Hill Painting | 25,000.00 | 0.00 | 25,000.00 | 14,750.00 | (9,250.00) | 0.00 | 9,500.00 | 38.0% | 15,500.00 | 1,075.00 | 0.00 | 0.00 | 1,875.00 | (7,315.00) |
| MISCELLANEOUS SPECIALTIES | Acme Nemalo | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLINDS | LVC Interiors | 5,500.00 | 0.00 | 5,500.00 | 4,125.00 | (4,125.00) | 0.00 | 0.00 | 0.0% | 5,500.00 | 413.00 | 0.00 | 0.00 | 413.00 | (3,712.00) |
| SPRINKLERS | Impulse Fire Protection | 20,000.00 | 0.00 | 20,000.00 | 15,000.00 | 2,200.00 | 0.00 | 17,200.00 | 86.0% | 2,800.00 | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 3,720.00 |
| PLUMBING | Lab Plumbing & Heating | 0.00 | 35,790.00 | 35,790.00 | 0.00 | 35,790.00 | 35,790.00 | 35,790.00 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35,790.00 |
| HVAC | Penguin Air Conditioning | 91,195.00 | 16,086.75 | 107,281.75 | 68,395.29 | 20,052.11 | 16,086.75 | 104,534.15 | 97.4% | 2,736.00 | 6,840.00 | 0.00 | 0.00 | 6,840.00 | 42,889.95 |
| ELECTRICAL | Campbell & Dawes | 218,932.00 | 227,244.50 | 446,176.50 | 194,218.50 | 32,846.50 | 8,356.50 | 235,553.50 | 94.4% | 21,895.00 | 16,421.00 | 0.00 | 0.00 | 16,421.00 | 57,551.00 |
| LIGHTING | DCK LIGHTING | 0.00 | 1,034.54 | 1,034.54 | 0.00 | 1,034.54 | 1,034.54 | 1,034.54 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,034.54 |
| Close out | | -55,931.00 | 0.00 | (55,931.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | (55,931.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL SUBCONTRACTORS** | | 452,146.00 | 97,636.99 | 549,932.99 | 303,724.13 | 93,641.71 | 97,686.99 | 540,002.99 | 98.3% | 9,755.00 | 38,574.00 | 0.00 | 0.00 | 38,574.00 | 194,722.25 |
| General Conditions | Henegan Construction Co., Inc. | 22,119.60 | 4,894.16 | 27,001.16 | 19,106.71 | 2,033.07 | 4,894.16 | 27,004.16 | 100.0% | 0.00 | 1,919.00 | 0.00 | 0.00 | 1,919.00 | 9,726.45 |
| Labor/OT | Henegan Construction Co., Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fee | Henegan Construction Co., Inc. | 11,412.90 | 2,554.29 | 14,172.19 | 10,073.04 | 1,539.56 | 2,554.29 | 14,177.19 | 100.0% | 0.00 | 1,007.00 | 0.00 | 0.00 | 1,007.00 | 5,111.15 |
| Insurance | Henegan Construction Co., Inc. | 5,032.23 | 1,374.19 | 7,316.12 | 5,152.43 | 789.60 | 1,374.19 | 7,316.22 | 100.0% | 0.00 | 516.00 | 0.00 | 0.00 | 516.00 | 2,419.79 |
| **TOTAL HCC** | | 39,564.73 | 8,792.64 | 48,447.57 | 34,422.18 | 5,362.55 | 8,792.64 | 48,497.57 | 100.0% | 0.00 | 3,442.00 | 0.00 | 0.00 | 3,442.00 | 17,457.39 |
| **TOTAL CONTRACT** | | 491,810.73 | 106,449.63 | 598,380.56 | 418,155.47 | 63,974.36 | 106,449.63 | 588,570.56 | 98.4% | 9,755.00 | 41,316.00 | 0.00 | 0.00 | 41,316.00 | 212,159.09 |

170,374.69

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

(Indicated on reverse side)

APPLICATION NUMBER:
APPLICATION DATE: September 16, 2008

PERIOD FROM: August 1, 2008
PERIOD TO: September 16, 2008

ARCHITECTS PROJECT NO:

PAGE 2 OF 2 PAGES

HCC #260377-S

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+B) | E WORK COMPLETED THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR B) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | L RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | Vacant Space | | | | | | | | |
| | CONCRETE/MASONRY/FIREPROOFING | 16,000.00 | 12,000.00 | 4,000.00 | 0.00 | 16,000.00 | 100% | 0.00 | 0.00 |
| | OFFICE PARTITION | 47,000.00 | 35,250.00 | 11,750.00 | | 47,000.00 | 100% | 0.00 | 0.00 |
| | DRYWALL/CARPENTRY | 37,000.00 | 27,750.00 | 7,030.00 | | 34,780.00 | 94% | 2,220.00 | 0.00 |
| | ACOUSTICAL CEILINGS | 36,000.00 | 27,050.00 | 5,400.00 | | 32,400.00 | 90% | 3,600.00 | 0.00 |
| | VCT, BASE & CARPET | 15,000.00 | 11,250.00 | (11,250.00) | | 0.00 | 0% | 15,000.00 | 0.00 |
| | PAINTING & WALLCOVERING | 25,000.00 | 18,750.00 | (9,250.00) | | 9,500.00 | 38% | 15,500.00 | 0.00 |
| | BLINDS | 5,500.00 | 4,125.00 | (4,125.00) | | 0.00 | 0% | 5,500.00 | 0.00 |
| | SPRINKLERS | 20,000.00 | 15,000.00 | 2,200.00 | | 17,200.00 | 86% | 2,800.00 | 0.00 |
| | HVAC | 91,195.00 | 68,395.79 | 20,063.21 | | 88,459.00 | 97% | 2,736.00 | 0.00 |
| | ELECTRICAL | 218,952.00 | 164,213.50 | 32,843.50 | | 197,057.00 | 90% | 21,895.00 | 0.00 |
| | CLOSE OUT | (69,251.00) | 0.00 | 0.00 | | 0.00 | 0% | (69,251.00) | 0.00 |
| | SUBTOTAL | 442,396.00 | 383,734.29 | 50,661.71 | 0.00 | 442,396.00 | 100% | 0.00 | 0.00 |
| | General Conditions- 5.0% | 22,119.80 | 19,186.71 | 2,932.09 | | 22,119.80 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 464,515.80 | 402,921.00 | 61,594.80 | 0.00 | 464,515.80 | 100% | 0.00 | 0.00 |
| | Labor/Overtime | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| | SUBTOTAL | 464,515.80 | 402,921.00 | 61,594.80 | 0.00 | 464,515.80 | 100% | 0.00 | 0.00 |
| | Fee- 2.5% | 11,612.90 | 10,073.04 | 1,539.86 | | 11,612.90 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 476,128.70 | 412,994.04 | 63,134.66 | 0.00 | 476,128.70 | 100% | 0.00 | 0.00 |
| | Insurance-1.25% | 5,952.03 | 5,162.43 | 789.60 | | 5,952.03 | 100% | 0.00 | 0.00 |
| | TOTAL-BASE CONTRACT | 482,080.73 | 418,156.47 | 63,924.26 | 0.00 | 482,080.73 | 100% | 0.00 | 0.00 |
| | CHANGE ORDERS | | | | | | | | |
| | CO/I0546 | 106,449.83 | 0.00 | 106,449.83 | | 106,449.83 | 100% | 0.00 | 0.00 |
| | CO/I0552R-VOID | 0.00 | 0.00 | 0.00 | | 0.00 | 0% | 0.00 | 0.00 |
| | TOTAL-CHANGE ORDERS | 106,449.83 | 0.00 | 106,449.83 | 0.00 | 106,449.83 | 100% | 0.00 | 0.00 |
| | PROJECT TOTAL | 588,530.56 | 418,156.47 | 170,374.09 | 0.00 | 588,530.56 | 100% | 0.00 | 0.00 |

AIA DOCUMENT · APPLICATION AND CERTIFICATE FOR PAYMENT · MAY 1983 EDITION · AIA · © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

C703 - 1983

## CONDITIONAL FINAL WAIVER AND RELEASE OF LIEN

HCC Project # 260377S

Block ___
Lot _____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by **Lehman Brothers**(Leasehold Tenant) to furnish labor and material at the premises known as **1271 Ave. of the Americas (Vacant Space)New York NYC**, of which **The Rockefeller Development** is the Owner.

The undersigned, for and in consideration of sums previously received in the amount of **THREE HUNDRED SEVENTY SIX THOUSAND THREE HUNDRED FORTY DOLLAR AND 47/100 ($376,340.47)**, and contingent upon the receipt of **TWO HUNDRED TWELVE THOUSAND ONE HUNDRED NINETY DOLLAR AND 09/100 ($212,190.09)**, being the full and Final Payment amount due, and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for, or will pay for when Final Payment is received, all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retention's, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this __16__ day of September 2008

**HENEGAN CONSTRUCTION CO., INC**

Sworn to before me this __16__ day
of September 2008

By: _____
Authorized Signature

JAMES S. BRAYLON
Notary Public, State of New York
No. 4918486
Notary Public, State of New York, Nassau County
Commission Expires February 1, 20__10__

**Tony Slevira/VP Accounting**
Name & Title

HENEGAN CONSTRUCTION CO., INC. 250 West 30th Street, New York, New York 10001



## HENEGAN
### CONSTRUCTION CO. INC.

September 15, 2008

Invoice #:      048209

To: **Image Processing Systems**
**C/O Lehman Brothers-CRE**
**PO BOX 2236**
**Secaucus, NJ 07096**

Re:  **Lehman Brothers Inc.,**
**1301 Ave. of the Americas**
**9th Floor MD Office**
**H.C.C. # 280256**

Attn: **Mr. Colin Bowen**

---

### Requisition No. 1

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 41,438.83 |
| CHANGE ORDERS TO DATE | $ | 0.00 |
| ADJUSTED CONTRACT SUM | $ | 41,438.83 |
| COMPLETED TO DATE | $ | 41,438.83 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 41,438.83 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 0.00 |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 41,438.83 |

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side)

PAGE ONE OF TWO PAGES

TO OWNER: Lehman Brothers Inc.,
1301 Avenue of the Americas
New York, N.Y. 10019
Attn: Collin Bowen

PROJECT: Lehman Brothers
1301 Ave. of the Americas
9th Floor Option 1
HCC #296888

APPLICATION NO.: 1

PERIOD TO: September 10, 2008

PROJECT NOS.:

Distribution to:
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR

FROM: GENERAL CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th. Street
New York, New York 10001

VIA (ARCHITECT: 2,802,06

CONTRACT DATE:

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ 41,438.83 | | |
| 2. Net change by Change Orders | 0.00 | | |
| 3. CONTRACT SUM TO DATE (Line 1 + 2) | 41,438.83 | | |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 41,438.83 | | |
| 5. RETAINAGE: | | | |
| b. 0 % of Stored Material (Column F on G703) | $ 0.00 | | |
| Total Retainage (Line 5a + 5b or Total in Column I of G703) | $ 0.00 | | |
| 6. TOTAL EARNED LESS RETAINAGE Line 4 less Line 5 Total) | $ 41,438.83 | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ 0.00 | | |
| 8. CURRENT PAYMENT DUE | $ 41,438.83 | | |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 0.00 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 0.00 | 0.00 |
| Total approved this Month | 0.00 | 0.00 |
| TOTALS | | |
| Net changes by Change Order | | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner and that current payment shown herein is now due.

CONTRACTOR: HENEGAN CONSTRUCTION CO., INC

By: _____ , V.P. Accounting    Date: 9/16/08

State of : New York
County of: New York
Subscribed and sworn before
me this 11th day of Sept. '08

_____
Notary Public
My Commission expires:

MARY E. RAFTERY
NOTARY PUBLIC, State of New York
No. 01RA6165623
Qualified in Nassau County
Commission Expires February 28, 2010

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED $ _____

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT: _____
By: _____    Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without

AIA DOCUMENT G702 • APPLICATION AND CERTIFICATE FOR PAYMENT • 1992 EDITION • AIA® • © 1992 • THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK
AVENUE, N. W., WASHINGTON, D.C. 20006-5232 •

G702-1992

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703   (Instructions on reverse side)

APPLICATION NUMBER: 1

APPLICATION DATE: September 11, 2008

PERIOD FROM: August 21, 2008
PERIOD TO: September 10, 2008

ARCHITECT'S PROJECT NO:

HCC #200256

PAGE 2  OF  2  PAGES

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | 9th Floor MD Office | | | | | | | | |
| | DEMOLITION | 3,500.00 | 0.00 | 3,500.00 | | 3,500.00 | 100% | 0.00 | 0.00 |
| | DRYWALL & CARPENTRY | 7,430.00 | 0.00 | 7,430.00 | | 7,430.00 | 100% | 0.00 | 0.00 |
| | VCT, BASE, & CARPET | 1,200.00 | 0.00 | 1,200.00 | | 1,200.00 | 100% | 0.00 | 0.00 |
| | PAINTING & WALLCOVERING | 1,300.00 | 0.00 | 1,300.00 | | 1,300.00 | 100% | 0.00 | 0.00 |
| | OFFICE FRONTS | 10,267.00 | 0.00 | 10,267.00 | | 10,267.00 | 100% | 0.00 | 0.00 |
| | ELECTRICAL | 8,000.00 | 0.00 | 8,000.00 | | 8,000.00 | 100% | 0.00 | 0.00 |
| | PROTECTION | 2,500.00 | 0.00 | 2,500.00 | | 2,500.00 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 34,197.00 | 0.00 | 34,197.00 | 0.00 | 34,197.00 | 100% | 0.00 | 0.00 |
| | General Conditions- 5% | 1,709.85 | 0.00 | 1,709.85 | | 1,709.85 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 35,906.85 | 0.00 | 35,906.85 | 0.00 | 35,906.85 | 100% | 0.00 | 0.00 |
| | Labor/Overtime | 4,022.16 | 0.00 | 4,022.16 | | 4,022.16 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 39,929.01 | 0.00 | 39,929.01 | 0.00 | 39,929.01 | 100% | 0.00 | 0.00 |
| | Fee 2.5% | 998.23 | 0.00 | 998.23 | | 998.23 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 40,927.24 | 0.00 | 40,927.24 | 0.00 | 40,927.24 | 100% | 0.00 | 0.00 |
| | Insurance-1.25% | 511.59 | 0.00 | 511.59 | | 511.59 | 100% | 0.00 | 0.00 |
| | TOTAL-BASE CONTRACT | 41,438.83 | 0.00 | 41,438.83 | 0.00 | 41,438.83 | 100% | 0.00 | 0.00 |
| | TOTAL THIS PAGE | 41,438.83 | 0.00 | 41,438.83 | 0.00 | 41,438.83 | 100% | 0.00 | 0.00 |

AIA DOCUMENT • APPLICATION AND CERTIFICATE FOR PAYMENT • MAY 1983 EDITION • AIA® • © 1983
THE AMERICAN INSTITUTE OF ARCHITECTS, 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

G703 - 1983

**HENIGAN CONSTRUCTION CO., INC.**
**TRADE SUMMARY**

PROJECT:  LEHMAN BROTHERS
1301 Ave. of the Americas
9th Floor MD Office

APPLICATION #1
H.C.C. JOB: 280255
9/10/2008

| TRADE | SUBCONTRACTOR | SCHEDULED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATIONS | CURRENT WORK IN PLACE | CO IN PLACE | TOTAL COMPLETED | % COMP | BALANCE TO FINISH | LESS RETAINAGE HELD | LESS CREDIT FEE | ADD RETAINED RETENTION | TOTAL RETENTION | ADD RETAINED APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEMOLITION | RTE-WAY INTERNAL | 3,500.00 | | 3,500.00 | 0.00 | 3,500.00 | | 3,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 3,500.00 |
| DRYWALL & CARPENTRY | EUROTECH CONSTRUCTION | 7,470.00 | | 7,470.00 | 0.00 | 7,470.00 | | 7,470.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 7,470.00 |
| VCT, BASE, & CARPET | SHERLAND & FARRINGTON | 1,200.00 | | 1,200.00 | 0.00 | 1,200.00 | | 1,200.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 1,200.00 |
| PAINTING & WALLCOVERING | MURRAY HILL PAINTING | 1,300.00 | | 1,300.00 | 0.00 | 1,300.00 | | 1,300.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 1,300.00 |
| OFFICE FRONTS | STEELCASE | 10,267.00 | | 10,267.00 | 0.00 | 10,267.00 | | 10,267.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 10,267.00 |
| ELECTRICAL | CAMPBELL & DAVIES | 8,000.00 | | 8,000.00 | 0.00 | 8,000.00 | | 8,000.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 8,000.00 |
| PROTECTION | HENIGAN CONSTRUCTION | 2,500.00 | | 2,500.00 | 0.00 | 2,500.00 | | 2,500.00 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 2,500.00 |
| | **TOTAL SUBCONTRACTORS** | 34,197.00 | 0.00 | 34,197.00 | 0.00 | 34,197.00 | 0.00 | 34,197.00 | 100.0% | 0.01 | 0.00 | 0.00 | | 0.00 | 34,197.00 |
| General Conditions | Henigan Construction Co., Inc. | 1,709.85 | 0.00 | 1,709.85 | 0.00 | 1,709.85 | 0.00 | 1,709.85 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 1,709.85 |
| Labor/OT | Henigan Construction Co., Inc. | 4,022.16 | 0.00 | 4,022.16 | 0.00 | 4,022.16 | 0.00 | 4,022.16 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 4,022.16 |
| Fee | Henigan Construction Co., Inc. | 938.23 | 0.00 | 938.23 | 0.00 | 938.23 | 0.00 | 938.23 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 938.23 |
| Insurance | Henigan Construction Co., Inc. | 511.59 | 0.00 | 511.59 | 0.00 | 511.59 | 0.00 | 511.59 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 511.59 |
| | Henigan Construction Co., Inc. | 7,241.83 | 0.00 | 7,241.83 | 0.00 | 7,241.83 | 0.00 | 7,241.83 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 7,241.83 |
| | **TOTAL HCC** | 7,241.83 | 0.00 | 7,241.83 | 0.00 | 7,241.83 | 0.00 | 7,241.83 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 7,241.83 |
| | **TOTAL CONTRACT** | 41,438.83 | 0.00 | 41,438.83 | 0.00 | 41,438.83 | 0.00 | 41,438.83 | 100.0% | 0.00 | 0.00 | 0.00 | | 0.00 | 41,438.83 |

41,438.83



# HENEGAN
CONSTRUCTION CO., INC.

August 21, 2008

Mr. Albert San Filippo
Lehman Brothers
1301 Avenue of the Americas 9ᵗʰ Floor
New York, NY 10019

Re: Lehman Brothers
1301 Ave of Americas
HCC # 280256
9ᵗʰ Floor MD Office

Dear Mr. San Filippo;

We herewith submit our proposal to perform alterations at the above-mentioned location for the sum of: FORTY ONE THOUSAND FOUR HUNDRED THIRTY EIGHT DOLLARS AND 83/100, ($41,438.83).

## Scope of Work

Furnish labor and material to perform work at above mentioned location as per Gensler Associates and Robert Derector sketches dated 8/18/08, showing creating an MD Office and file niche from two existing VP offices. Work including but not limited to demo of existing wall, new wall, ceiling layout, light fixtures and field alteration of Steelcase fronts. All work scheduled on OT.

## Cost Breakdown

| CSI # | Trade | Cost |
|-------|-------|------|
| 02070 | Demolition | $3,500.00 |
| 09250 | Drywall/ Carpentry | 7,430.00 |
| 09650 | VCT, Base & Carpet | 1,200.00 |
| 09900 | Painting & Wallcovering | 1,300.00 |
| 10615 | Office Fronts | 10,267.00 |
| 16001 | Electrical | 8,000.00 |
| 01001 | Protection | 2,500.00 |
| 01001 | General Conditions (5%) | 1,709.85 |
| 01001 | CM Overtime | 4,022.16 |
| 98001 | Fee (2.5%) | 998.23 |
| 17001 | Insurance (1 25%) | 511.59 |
|  | **TOTAL** | $41,438.83 |

## Work Not Included

- Building department filing and fees
- Elevator, hoisting engineering and building charges
- Asbestos removal and all related work
- Trades not listed above,

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO , INC.

Keith D. Frerichs
Asst. Project Manager

Accepted_____Date_____

# FINAL WAIVER AND RELEASE OF LIEN

HCC Project  # 280256

Block ____
Lot ____

STATE OF NEW YORK )
COUNTY OF NEW YORK) ss

TO WHOM IT MAY CONCERN:

The undersigned general contractor has been employed by  Lehman Brothers, Inc. (Leasehold Tenant) to furnish labor and material at the premises known as  1301 Ave. of the Americas (9th Floor MD Office) New York, NY, of which Equity Office Properties Trust is the Owner.

The undersigned, for and in consideration of sums received in the amount of FORTY ONE THOUSAND FOUR HUNDRED THIRTY EIGHT DOLLAR AND 83/100 ($41,438.83) and other good and valuable consideration, which together represent the total value of work completed and installed, hereby waives and releases any and all liens, or claims of or rights to liens, under the laws of the State of New York relating to mechanic's liens, with respect to and on the above-described premises and the improvements thereon, and on the material, fixtures, apparatus or machinery furnished, and on the moneys, funds or other considerations due or to become due from the Owner and/or Leasehold Tenant on account of labor, services, material, fixtures, apparatus or machinery, furnished by the undersigned for the above-described project.

The undersigned further represents and warrants that s/he is duly authorized and empowered to sign and execute this waiver and release on his/her own behalf and on behalf of the company or business for which s/he is signing; that it has properly performed all work and furnished all the materials of the specified quality in accordance with the contract documents in a good and workmanlike manner, fully and completely; that it has paid for all labor, materials, equipment and services that it has used or supplied or may hereafter use or supply to the above-described premises; that it has no other outstanding and unpaid payment applications, invoices, retentions, holdbacks, expenses employed in the prosecution of work, chargebacks or unbilled work or materials against the Owner and/or the Leasehold Tenant; and that any materials which have been supplied or incorporated into the above premises were either taken from its fully-paid or open stock or were fully paid for and supplied as stated on the final invoice.

The undersigned further agrees to defend, indemnify and hold harmless the Owner and/or the Leasehold Tenant for any losses or expenses, should any such claim, lien or right to a lien be asserted by any of the undersigned's laborers, materialmen or subcontractors.

The undersigned further waives, releases and relinquishes any and all claims, rights or causes of action in equity or law whatsoever arising out of, through or under the above-mentioned project and the performance of work pursuant thereto.

IN WITNESS WHEREOF, the undersigned general contractor has caused this instrument to be signed by its officer thereunto duly authorized this  11 day of September 2008.

HENEGAN CONSTRUCTION CO., INC.

Sworn to before me this  11th day
of September 2008.

By:

Authorized signature

Notary Public, State of New York
NOTARY PUBLIC, State of New York
No. 01RA4695623
Qualified in Nassau County
Commission Expires February 28, 20 12

Tony Slevira/V.P. Accounting
Printed name and title

HENEGAN CONSTRUCTION CO., INC. 250 West 30th Street, New York, New York 10001



**HENEGAN**
CONSTRUCTION CO., INC

September 19, 2007                                    Invoice #:        047535

To: Lehman Brothers Inc.,                            Re:  Lehman Brothers Inc.,
    c/o VVA Associates                                     1301 Ave. of the Americas
    1301 Avenue of the Americas-9th Fl.                    3rd Floor-A/V Confe. Room
    New York, NY 10019                                     H.C.C. # 260351

Attn: Ms. Pat Begley

---

## Requisition No. 2

| | | |
|---|---|---|
| BASE CONTRACT AMOUNT | $ | 15,315.52 |
| CHANGE ORDERS TO DATE | $ | 4,359.96 |
| ADJUSTED CONTRACT SUM | $ | 19,675.48 |
| | | |
| COMPLETED TO DATE | $ | 19,675.48 |
| LESS RETAINAGE | $ | 0.00 |
| TOTAL EARNED LESS RETAINAGE | $ | 19,675.48 |
| LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 15,315.52 |
| | | |
| TOTAL AMOUNT DUE THIS REQUEST | $ | 4,359.96 |

cc:  Jenny Cottingham
     Lehman Brothers
     1301 Ave. of the Americas
     New York, New York 10019

250 WEST 30TH STREET   NEW YORK, NEW YORK 10001  212-947-6441  FAX: 212-843-1053

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA DOCUMENT G702 (Instructions on reverse side)

PAGE ONE OF TWO PAGES

TO OWNER: Lehman Brothers Inc.
1301 Avenue of the Americas
New York, NY 10019
Attn: Patricia Begley

PROJECT:
Lehman Brothers
1301 Avenue of the Americas
3rd Floor-A/V Conference Room
HCC #260351

APPLICATION NO.: 2

PERIOD TO:   September 15, 2007

PROJECT NOS.:

Distribution to:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐
☐

FROM CONTRACTOR:
Henegan Construction Co., Inc.
250 West 30th. Street
New York, New York 10001

VIA (ARCHITECT):
Gensler Associates

CONTRACT DATE:

CONTRACT FOR:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ..................................... $   15,315.52
2. Net change by Change Orders .............................. $   4,359.96
3. CONTRACT SUM TO DATE (Line 1 + 2)..................... $   19,675.48
4. TOTAL COMPLETED & STORED TO DATE............ $   19,675.48
   (Column G on G703)
5. RETAINAGE:
   b.  **0**  % of Stored Material
        (Column F on G703)                     $    0.00
   Total Retainage (Line 5a + 5b or
   Total in Column I of G703)                                    0.00
6. TOTAL EARNED LESS RETAINAGE.................... $   19,675.48
   Line 4 less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ........ $   15,315.52
   (Line 6 from prior Certificate).........................
8. CURRENT PAYMENT DUE..................................... $   4,359.96
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)                        $    0.00

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | 0.00 | |
| Total approved this Month | 4,359.96 | |
| **TOTALS** | 4,359.96 | |
| NET CHANGES by Change Order | 4,359.96 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner and that current payment shown herein is now due.

CONTRACTOR:   HENEGAN CONSTRUCTION CO., INC

By: _____  , V.P./Controller   Date: 9/18/07

State of :  New York
County of: New York
Subscribed and sworn before
me this _____ day of _____

Notary Public
My Commission expires:

Commission Expires February 1, 20__

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ...................... $ _____
(Attach explanation if amount certified differs from the amount applied for. Initial all figures on this Application and on the Continuation Sheet that are changed to conform to the amount certified.)

ARCHITECT:

By: _____   Date: _____

This Certificate is not negotiable.  The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without

# CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

In tabulations below, amounts are stated to the nearest dollar.

Use Column I on Contracts where variable retainage for line items may apply.

AIA DOCUMENT G703

(Instructions on reverse side)

APPLICATION NUMBER:
APPLICATION DATE: September 19, 2007
PERIOD FROM: October 31, 2006
PERIOD TO: September 15, 2007
ARCHITECT'S PROJECT NO:

PAGE 2 OF 2 PAGES
2

HCC #260351

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D + E) | E WORK COMPLETED THIS PERIOD Labor | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | H BALANCE TO FINISH (C-G) | I RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | **BASE CONTRACT** | | | | | | | | |
| | Class & Glazing | 260.10 | 260.10 | 0.00 | | 260.10 | 100% | 0.00 | 0.00 |
| | Electrical | 10,595.00 | 10,595.00 | 0.00 | | 10,595.00 | 100% | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0% | 0.00 | 0.00 |
| | SUBTOTAL | 10,855.10 | 10,855.10 | 0.00 | 0.00 | 10,855.10 | 100% | 0.00 | 0.00 |
| | General Conditions | 3,830.76 | 3,830.76 | 0.00 | | 3,830.76 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 14,685.86 | 14,685.86 | 0.00 | 0.00 | 14,685.86 | 100% | 0.00 | 0.00 |
| | Fee: 3% | 440.58 | 440.58 | 0.00 | | 440.58 | 100% | 0.00 | 0.00 |
| | SUBTOTAL | 15,126.44 | 15,126.44 | 0.00 | 0.00 | 15,126.44 | 100% | 0.00 | 0.00 |
| | Insurance-1.25% | 189.08 | 189.08 | 0.00 | | 189.08 | 100% | 0.00 | 0.00 |
| | TOTAL-BASE CONTRACT | 15,315.52 | 15,315.52 | 0.00 | 0.00 | 15,315.52 | 100% | 0.00 | 0.00 |
| | **CHANGE ORDERS** | | | | | | | | |
| | CO#01 | 4,359.96 | 0.00 | 4,359.96 | | 4,359.96 | 100% | 0.00 | 0.00 |
| | TOTAL-CHANGE ORDERS | 4,359.96 | 0.00 | 4,359.96 | | 4,359.96 | 100% | 0.00 | 0.00 |
| | **PROJECT TOTAL** | 19,675.48 | 15,315.52 | 4,359.96 | 0.00 | 19,675.48 | 100% | 0.00 | 0.00 |

**HENNIGAN CONSTRUCTION CO., INC.**

**TRADE SUMMARY**

PROJECT:

LEHMAN BROTHERS
1301 Avenue of the Americas
3rd Floor-A/V Conference Room

APPLICATION # 2
H.C.C. JOB: 260351
09/15/2007

| TRADE | SUBCONTRACTOR | SCHEDULED VALUE | CHANGE ORDERS | REVISED CONTRACT | PREVIOUS APPLICATIONS | CURRENT WORK IN PLACE | C/O IN PLACE | TOTAL COMPLETED | % CPLT | BALANCE TO FINISH | LESS PREVIOUS RET | LESS CURRENT RET | ADD RELEASED RETENTION | TOTAL RETENTION | NET BILLING THIS APPLICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chase & Cleaning | Redline Promotional Testing | 260.10 | 0.00 | 260.10 | 260.10 | 0.00 | | 260.10 | 100.0% | 0.00 | | | 0.00 | 0.00 | 0.00 |
| Electrical | Campbell & Dwres | 10,595.00 | 4,359.96 | 14,954.96 | 10,595.00 | 0.00 | 4,359.96 | 14,954.96 | 100.0% | 0.00 | | | 0.00 | 0.00 | 4,359.96 |
| | **TOTAL SUBCONTRACTORS** | 10,855.10 | 4,359.96 | 15,215.06 | 10,855.10 | 0.00 | 4,359.96 | 15,215.06 | 100.0% | 0.00 | | | 0.00 | 0.00 | 4,359.96 |
| General Conditions | Hennigan Construction Co., Inc. | 3,830.76 | 0.00 | 3,830.76 | 3,830.76 | 0.00 | 0.00 | 3,830.76 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Labor/OT | Hennigan Construction Co., Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Fee | Hennigan Construction Co., Inc. | 440.58 | 0.00 | 440.58 | 440.58 | 0.00 | 0.00 | 440.58 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Insurance | Hennigan Construction Co., Inc. | 189.08 | 0.00 | 189.08 | 189.08 | 0.00 | 0.00 | 189.08 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL HCC** | 4,460.42 | 0.00 | 4,460.42 | 4,460.42 | 0.00 | 0.00 | 4,460.42 | 100.0% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | **TOTAL CONTRACT** | 15,315.52 | 4,359.96 | 19,675.48 | 15,315.52 | 0.00 | 4,359.96 | 19,675.48 | 100.0% | 0.00 | | 0.00 | 0.00 | 0.00 | 4,359.96 |

4,359.96



# HENEGAN
### CONSTRUCTION CO., INC.

September 18, 2007

Ms. Jenny Cottingham
Lehman Brothers Inc.
1301 Avenue of the Americas
New York, NY 10019

Re: Lehman Brothers Inc.
1301 Avenue of the Americas, NYC
3rd Floor AV Conference Room
HCC # 260351
Change Order # 1

Dear Ms. Cottingham:

We herewith submit our proposal to perform additional work at the above referenced location, as outlined below, for the sum of: FOUR THOUSAND THREE HUNDRED FIFTY NINE DOLLARS AND 96/100, ($ 4,359.96).

### Scope of Work

Provide all labor, material, and equipment required to remove power, data, and AV feeds to prototype (Cisco) AV Conferencing Equipment originally installed as part of HCC proposal dated 10/19/06; and re-feed these services into new conference room table. All work to be in accordance with Lehman email correspondence received 8/6/07 through 8/16/07 and Campbell & Dawes Proposal dated 8/30/07.

### Cost Breakdown

| CSI # | Trade | Subcontractor | Cost |
|-------|-------|---------------|------|
| 16001 | Electric | Campbell & Dawes | $ 3,270.00 |
| 01001 | General Conditions (5.75%) | | 188.03 |
| 01013 | OT Labor | Henegan Construction Co., Inc. | 722.68 |
| 98001 | Fee (3%) | | 125.42 |
| 17001 | Insurance (1.25%) | | 53.83 |
| | TOTAL | | $ 4,359.96 |

### Exclusions:

- Building department filing and fees
- Elevator, hoisting engineering and building charges.
- Asbestos removal and all related work.
- Trades not listed above.

Thank you for the opportunity to submit this proposal. If the above meets with your approval, please sign one copy and return to this office, located at 250 West 30th Street, New York, NY 10001. Should you have any questions or require any additional information, please do not hesitate to contact this office.

Very truly yours,
HENEGAN CONSTRUCTION CO., INC

Keith M. Pozzanghera
Project Manager

kmp

Accepted_____ Date_____