Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile:  (212) 715-2319

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re**                                                    **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC., et al.**                    **08-13555 (JMP)**
                                                             **(Jointly Administered)**

**Debtors.**
-------------------------------------------------------------x

**VERIFIED STATEMENT OF MULTIPLE REPRESENTATIONS AS REQUIRED
BY RULE 2019(a) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

The law firm of McGuireWoods LLP ("MW") files this Verified Statement of Multiple Representations pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Statement"), and respectfully sets forth as follows:

1. MW is a law firm representing the parties in interest listed in Schedule A (the "Parties") with respect to the chapter 11 cases of the above-captioned debtors (the "Debtors") and/or the related Securities Investor Protection Act liquidation proceeding of Lehman Brothers Inc. ("LBI" and with the Debtors, "Lehman"), <u>S.I.P.C. v. Lehman Brothers Inc.</u>, Case no. 08-01420 (the "SIPC Proceeding").  The names and addresses of the Parties as of the date hereof are also set forth on Schedule A attached hereto.

2. Each of the Parties were, either directly or through affiliates, clients of MW prior to September 15, 2008. Each of the Parties has requested MW give them advice with respect to Lehman.

3. The Parties may hold claims against and/or interests in Lehman arising out of applicable agreements, law or equity pursuant to their relationship with Lehman.

4. MW does not hold any interests in, or position with respect to, any of the claims or interests held by the Parties with respect to Lehman.

5. The claims and/or interests of each of the Parties in Lehman Brothers arose prior to September 15, 2008, by virtue of contracts, statutes, or common law rights and obligations.

6. Each of the Parties has separately requested that MW advise them in connection with the Debtors' chapter 11 cases or the SIPC Proceeding.

7. Neither this Statement nor the filing of this Statement shall operate as an appearance by any of the Parties, nor is this submission intended to or be deemed to have submitted any of the Parties to this court's jurisdiction.

8. The address of MW for purposes of the Statement is 1345 Ave. of the Americas, 7th Floor; New York, NY 10105.

9. The undersigned hereby verifies under oath that this Statement is true and accurate to the best of the undersigned's knowledge and belief. MW reserves the right to amend, revise and/or supplement this Statement.

Dated: October 8, 2008
New York, New York

        S/Shawn R. Fox
        Shawn R. Fox
        McGUIREWOODS LLP
        1345 Avenue of the Americas
        New York, New York 10105
        Telephone: (212) 548-2100
        Facsimile: (212) 548-2150

# SCHEDULE A

Access Data Corporation
Two Chatham Center, Second Floor
Pittsburgh, PA 15219

Meridian Comp Of New York, Inc.
D/B/A CHD Meridian Healthcare
307 Fifth Avenue, 9th Floor
New York, NY 10016

CNX Gas Company, LLC
5 Penn Center West, Suite 401
Pittsburgh, PA 15276-0102

Sprint Nextel Corporation
Sprint Solutions Inc.
10002 Park Meadows Drive,
Lone Tree, CO 80124

The Toronto-Dominion Bank
Toronto-Dominion Centre
Toronto, Ontario, Canada, M5K 1A2