Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile:  (212) 715-2319

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re                                                                    **Chapter 11 Case No.**

**LEHMAN BROTHERS HOLDINGS INC., et al.**             **08-13555 (JMP)**
                                                                              **(Jointly Administered)**

**Debtors.**
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Shawn Fox, hereby certify that on October 8, 2008, I caused a true copy of Verified Statement of McGuireWoods LLP pursuant to Bankruptcy Rule 2019, dated October 8, 2008**,** to be served on the parties listed below, by United States Mail.

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Attn.: Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Richard P. Krasnow, Esq.<br>Jacqueline Marcus, Esq. | Hughes, Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn. Jeffrey S. Margolin, Esq. |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attn.: Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq. | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn.: Andy Velez-Rivera<br>Paul Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis |

Millbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn.: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Sullivan & Cromvell LLP
125 Broad Street
New York, NY 10004
Attn.: Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.

Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York 10010
Attn.: James Tecce, Esq.
Susheel Kirpalani, Esq.
Joseph G. Minias, Esq.

S/Shawn R. Fox
Shawn R. Fox

2