UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 08-13555-jmp |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Honorable James M. Peck |
| ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*
**FOR UNITED STATES GOVERNMENT ATTORNEY SARA B. EAGLE**

I, Sara B. Eagle, a member in good standing of the bars of the State of Maryland, and the District of Columbia, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above referenced case.

The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461 (2000 & Supp. V 2005), and an agency of the United States under 28 U.S.C. § 451.

Under the Local Rules of the Bankruptcy Court for the Southern District of New York "Upon motion to the Court, a member in good standing of the bar of any state or of any United States District Court may be permitted to practice in this Court in a particular case, adversary proceeding, or contested matter." LBR 2090-1(b).

My mailing address is: Pension Benefit Guaranty Corporation, Office of the Chief Counsel, 1200 K Street, N.W., Suite 340, Washington, D.C. 20005.

My e-mail address is: eagle.sara@pbgc.gov **and** efile@pbgc.gov.  My telephone number is:  (202) 326-4020, ext. 3881 or (800) 400-7242, ext. 3881.

Pension Benefit Guaranty Corporation is a U.S. Government corporation and is therefore exempt from filing fees.

Dated:  October 8, 2008   Respectfully submitted,
  Washington, D.C.

/s/ Sara B. Eagle
Sara B. Eagle (SE7044)
Attorney
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C.  20005
Telephone:  (202) 326-4020, ext. 3881
Fax:  (202) 326-4112
Emails:  eagle.sara@pbgc.gov
         and efile@pbgc.gov

## ORDER

**ORDERED,**

that Sara B. Eagle, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.  Ms. Eagle represents the Pension Benefit Guaranty Corporation, a U.S. Government corporation, and is therefore exempt from filing fees.

Dated: _____    _____
       New York, New York         UNITED STATES BANKRUPTCY JUDGE