# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2008, the Pension Benefit Guaranty Corporation's Motion for Admission to Practice, *Pro Hac Vice,* for United States Government Attorney Sara B. Eagle, was mailed by first class mail, postage pre-paid, on the following:

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019
***Debtor***

Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Shai Waisman, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
***Debtors' Counsel***

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
***United States Trustee***

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
***Trustee***

James Tecce, Esq.
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
***Creditors' Committee***

/s/ Sara B. Eagle
Sara B. Eagle
Attorney