Lewis W. Siegel
Attorney for James Mintz Group, Inc.
355 Lexington Avenue - Suite 1400
New York, NY 10017
(212) 481-1300

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re                                                                           Chapter 11 Case
                                                                                    No. 08 B 13555 (JMP)
Lehman Brothers Holdings Inc.

                    Debtor.
------------------------------------------------------------X

## OBJECTION TO CURE AMOUNT

**PLEASE TAKE NOTICE**, that James Mintz Group, Inc. ("JMG") disagrees with and objects to the Cure Amount identified in the posted schedules.

The correct amount due to JMG is $133,584.63. As the invoices for services contain proprietary information, they are not attached to this Objection, but will be provided in connection with conferences to resolve any dispute.

Dated: October 8, 2008

                                                            Lewis W. Siegel
                                                            Attorney for James Mintz Group, Inc.

                                                            /s/ Lewis W. Siegel
                                                            Lewis W. Siegel

                                                            355 Lexington Avenue - Suite 1400
                                                            New York, NY 10017
                                                            (212) 481-1300