**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al., ,<br><br>Debtor. | Case No.  08-13555-JMP<br>(Jointly Administered)<br><br>Chapter 11<br><br>HONORABLE JAMES M. PECK |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICE BY PACIFIC GAS & ELECTRIC COMPANY**

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Friedman Dumas & Springwater LLP hereby gives notice of its appearance in this case on behalf of creditor Pacific Gas & Electric Company ("PG&E").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, section 342 of the Bankruptcy Code, and such other rules or statutes as may be applicable, PG&E hereby requests that (1) all notices given or required to be given in this case to creditors, any creditors' committee, or any other parties in interest, whether sent by the Court, the Debtor, any trustee, or any other party in this case and (2) any disclosure statements or plans of reorganization filed in this case, and any notice of hearing on such disclosure statement of plans of reorganization, be served on PG&E at the following address:

> Ellen A. Friedman, Esq.
> Friedman Dumas & Springwater LLP
> 150 Spear Street, Suite 1600
> San Francisco, CA 94105
> Fax: (415) 834-1077
> Email: efriedman@friedumspring.com

Dated: October 8, 2008             Respectfully submitted,

> By: */s/ Ellen A. Friedman*
> Ellen A. Friedman (S.B. No. 127684)
> Cecily A. Dumas (S.B. No. 111449)
> FRIEDMAN DUMAS & SPRINGWATER LLP
> 150 Spear Street, Suite 1600
> San Francisco, California  94105
> Telephone Number: (415) 834-3800
> Facsimile Number: (415) 834-1044
> Email: efriedman@friedumspring.com
>
> Attorneys for Pacific Gas & Electric Company