**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al., ,<br><br>Debtor. | Case No.   08-13555-JMP<br>(Jointly Administered)<br><br>Chapter 11<br><br>HONORABLE JAMES M. PECK |

## **CERTIFICATE OF SERVICE BY MAIL**

I, Katherine Hollander, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Friedman Dumas & Springwater LLP and my business address is 150 Spear Street, Suite 1600, San Francisco, California 94105. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 8, 2008, at my place of business as listed above, the following document(s):

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE BY PACIFIC GAS & ELECTRIC COMPANY**

was (were) placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown below:

| | |
|---|---|
| Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Lehman Brothers Holdings, Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | Andy Velez-Rivera, Esq.<br>U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on October 8, 2008.

_/s/ Katherine Hollander___
Katherine Hollander