David S. Rosner (DR-4214)
Andrew K. Glenn (AG-9934)
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile:  (212) 506-1800

Attorneys for Bay Harbour Management L.C., Bay Harbour Master Ltd.,
Trophy Hunter Investments, Ltd., BHCO Master, Ltd.,
MSS Distressed & Opportunities 2 and Institutional Benchmarks

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., ) <br><br> Debtor. ) <br> _____ ) <br> SECURITIES INVESTOR PROTECTION ) <br> CORPORATION, ) <br> Plaintiff, ) <br><br> v. ) <br><br> LEHMAN BROTHERS INC., ) <br><br> Debtors. ) | Chapter 11 Case <br><br> Case No. 08-13555 (JMP) <br><br> (Jointly Administered) <br><br><br><br> Adversary Proceeding No. <br><br> 08-01420 (JMP) |

## AFFIDAVIT OF SERVICE

Anitra R. Fletcher, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.

2.      On October 6, 2008, I served a true and correct copy of the *Objection of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks to Cure Amount* upon the parties listed on *Exhibit A* in the manner set forth thereon:

Dated:  New York, New York
       October 8, 2008

                                        /s/ Anitra Fletcher
                                       Anitra Fletcher

LANA RAFAEL
Notary Public, State of New York
No. 01RA6042271
Qualified in Kings County
Commission Expires May 22, 20_10_

## Exhibit A

*Via Hand Delivery*
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

*Via Hand Delivery*
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Shoichi Masumoto, Esq.
       Tracy Hope Davis, Esq.
       Andy Velez-Rivera, Esq.

*Via First Class Mail*
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lisa M. Schweitzer, Esq.
       Lindsee Granfield, Esq.

*Via First Class Mail*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: James B. Kobak, Jr. Esq.
       James W. Giddens, Esq.
       Jeffrey S. Margolin, Esq.

*Via First Class Mail*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
       Hydee R. Feldstein, Esq.

*Via First Class Mail*
Milbank, Tweed, Hadley, & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Attn: Dennis Dunne, Esq.
       Dennis O'Donnell, Esq.