# **EXHIBIT A**

1. IPC Systems, Inc., as successor to IPC Information Systems, Inc.
   Harborside Financial Center, Plaza 10
   1500 Plaza 10, 15th Floor
   Jersey City, New Jersey 07311

2. P.T. Davomas Abadi Tbk
   P. Jayakarta Street No. 117
   Block B/35-39
   Jakarta 10730
   Indonesia

3. Solus Alternative Asset Management, LP
   430 Park Avenue, 9th Floor
   New York, New York 10022

4. MKP Capital Management, LLC
   600 Lexington Avenue, 18th floor
   New York, New York, 10022

5. MKP Opportunity Master Fund, Ltd.
   600 Lexington Avenue, 18th floor
   New York, New York, 10022

6. Jeffrey Sardis
   130 Sagamore Drive
   Plainview, New York 11803

7. Lauren Sardis
   7 Phaeton Drive
   Melville, New York 11747

8. JAS Holdings Corporation
   C/o Popper, Seger, & Popper, LLP
   192 Lexington Avenue
   New York, New York 10016