WOLLMUTH MAHER & DEUTSCH LLP
Paul R. DeFilippo (PD 9779)
Steven R. Wirth (SW 1145)
500 Fifth Avenue, 12th Floor
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Email: pdifilippo@wmd-law.com
swirth@wmd-law.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                      :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
:
Debtors.                                       :    **(Jointly Administered)**
:
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Elissa Rosen, hereby certify that on October 8, 2008, a true and correct copy of the **VERIFIED STATEMENT OF WOLLMUTH MAHER & DEUTSCH LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)** was served (a) electronically to all parties receiving notice through CM/ECF and (b) via United States Mail, postage pre-paid, to the following:

| | |
|---|---|
| Weil, Gotshal & Manges LLP | Hughes, Hubbard & Reed LLP |
| 767 Fifth Avenue | One Battery Park Plaza |
| New York, New York 10153 | New York, New York 10004 |
| Attn.: Lori R. Fife, Esq. | Attn.: Jeffrey S. Margolin, Esq. |
| Shai Y. Waisman, Esq. | |
| Richard P. Krasnow, Esq. | |
| Jacqueline Marcus, Esq. | |

| | |
|---|---|
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attn.:Lindsee P. Granfield, Esq.<br>Lisa Schweiger, Esq. | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn.: Andy Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Brian Masumoto, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq. |
| Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn.: Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq. | Sullivan & Cromvell LLP<br>125 Broad Street<br>New York, New York 10004<br>Attn.: Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq. |
| Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017 | Quinn Emanuel Urquhart Oliver &<br>Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Attn.: James Tecce, Esq.<br>Susheel Kirpalani, Esq. |

Paul Aronzon, Esq.
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017

**WOLLMUTH MAHER & DEUTSCH LLP**

By:   /s/ Elissa I. Rosen_____
    Elissa I. Rosen
    *Legal Assistant*