Jonathan S. Henes (JH 1979)
Michael A. Cohen (MC 1277)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Counsel for CDW Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Chapter 11 |
| Debtors. | ) (Jointly Administered) |

**LIMITED OBJECTION OF CDW CORPORATION**
**TO PROPOSED CURE AMOUNTS IN CONNECTION WITH**
**ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

CDW Corporation ("CDW"), for its limited objection (the "Limited Objection") to the Debtors' stated cure amounts in connection with the assumption and assignment of its contracts and unexpired leases, respectfully states as follows:

**BACKGROUND**

1. On September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings Inc. ("LBHI") commenced a case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On September 16, 2008, LB 745 LLC ("LB 745, " collectively with LBHI, the "Debtors") commenced a case under chapter 11 of the Bankruptcy Code. The Debtors

K&E 13472824.1

continue to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.  On September 17, 2008, the Debtors filed the Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets (the "Sale Procedures Motion") including an Asset Purchase Agreement (the "Asset Purchase Agreement") that contemplates a sale of certain of the Debtors' assets to Barclays Capital Inc. (the "Sale").  On September 19, 2008, the Court entered an order approving the Sale.

3.  On September 19, 2008, a schedule of executory contracts and unexpired leases that the Debtors planned to assume and assign to Barclays pursuant to the Asset Purchase Agreement was posted on the Debtors' case information website (the "Contract Schedules"). According to the Contract Schedules, LBHI is seeking to assume two contracts with CDW, its subsidiaries or affiliates, a "Standalone Agreement", and a "Transaction Schedule" (together, the "CDW Contracts") with a cure amount of $179,033.34 (the "Cure Amount").

**LIMITED OBJECTION**

4.  CDW has been doing business with LBHI and its subsidiaries and affiliates (collectively, the "Lehman Entities") for over eleven years.  Specifically, CDW provides the Lehman Entities with technology products and services.  As of the date hereof, CDW believes that it is owed not less than $3,542,771.80 (the "Outstanding Amount") for goods and services provided to the Lehman Entities through September 21, 2008.  A schedule of the invoices comprising the Outstanding Amount is attached hereto as Exhibit A.

5.  Since the commencement of LBHI's chapter 11 case, CDW has been working with its contacts at the Lehman Entities to obtain additional information regarding the CDW

2

Contracts so that CDW could properly evaluate the appropriate amount of the Cure Amount. As of the date hereof, CDW has not been able to obtain sufficient information to determine what portion of the Outstanding Amount is related to transactions with LBHI, as well as what portion of the Outstanding Amount relates to the CDW Contracts. As a result, CDW objects to the Cure Amount, and reserves its rights with respect to any and all claims or causes of action CDW may have against any of the Lehman Entities associated with the CDW Contracts. In accordance with the procedures approved by this Court related to the assumption and assignment of contracts, CDW looks forward to continuing to work with the Lehman Entities to resolve this Limited Objection an a consensual basis.

## RESERVATION OF RIGHTS

6.      By submitting this Limited Objection to the proposed Cure Amount, CDW does not waive and hereby reserves any and all objections to any proposed assumption and assignment of the contracts by the Debtors and expressly reserves its rights to amend, supplement and/or modify this Limited Objection for any reason.

**WHEREFORE**, for the foregoing reasons, the Court should grant this Limited Objection.

Dated:  October 8, 2008               Respectfully Submitted,
New York, New York

                                                                             /s/ Jonathan S. Henes
                                                                             Jonathan S. Henes (JH 1979)
                                                                             Michael A. Cohen (MC 1277)
                                                                             KIRKLAND & ELLIS LLP
                                                                             Citigroup Center
                                                                             153 East 53rd Street
                                                                             New York, New York  10022-4611
                                                                             Telephone:     (212) 446-4800
                                                                             Facsimile:     (212) 446-4900

                                                                             Counsel for CDW Corporation

# EXHIBIT A

K&E 13472824.1

| Invoice | Date | Amount | PO# |
|---|---|---|---|
| LRQ7615 | 9/12/2008 | $ 168.64 | 73349 |
| LRR7044 | 9/12/2008 | $ 188.59 | 73346 |
| LRT2298 | 9/12/2008 | $ 234.45 | 73344 |
| LRV6270 | 9/12/2008 | $ 119.10 | 73338 |
| LRK1566 | 9/11/2008 | $ 48.68 | 73304 |
| LRN6024 | 9/11/2008 | $ 81.91 | 73305 |
| LQZ9649 | 9/10/2008 | $ 55.62 | 73175 |
| LRB0764 | 9/10/2008 | $ 61.01 | 73169 |
| LRB0957 | 9/10/2008 | $ 260.38 | 73220 |
| LRC5833 | 9/10/2008 | $ 702.49 | 72733 |
| LRC7606 | 9/10/2008 | $ 146.34 | 72809 |
| LRC9106 | 9/10/2008 | $ 139.58 | 72256 |
| LRC9726 | 9/10/2008 | $ 146.34 | 73191 |
| LRD6307 | 9/10/2008 | $ 77.04 | 73275 |
| LRD9875 | 9/10/2008 | $ 146.34 | 72893 |
| LRF1010 | 9/10/2008 | $ 3,641.66 | 72958 |
| LRF1785 | 9/10/2008 | $ 168.42 | 72778 |
| LRF3045 | 9/10/2008 | $ 90.70 | 71999 |
| LRF5002 | 9/10/2008 | $ 186.21 | 73271 |
| LRF5387 | 9/10/2008 | $ 62.25 | 73274 |
| LRF7407 | 9/10/2008 | $ 91,058.55 | 72976 |
| LRG6945 | 9/10/2008 | $ 24,587.34 | 72813 |
| LQQ0742 | 9/9/2008 | $ 437.08 | 73074 |
| LQQ1563 | 9/9/2008 | $ 56.34 | 73126 |
| LQQ4191 | 9/9/2008 | $ 62.18 | 73129 |
| LQR6570 | 9/9/2008 | $ 12,989.45 | 73072 |
| LQV2042 | 9/9/2008 | $ 79.75 | 73189 |
| LQV2048 | 9/9/2008 | $ 79.75 | 73188 |
| LQV5022 | 9/9/2008 | $ 58.34 | 73199 |
| LQW5936 | 9/9/2008 | $ 492.75 | 72777 |
| LQW5939 | 9/9/2008 | $ 492.75 | 72884 |
| LQH1916 | 9/8/2008 | $ 24,587.34 | 72812 |
| LQJ2218 | 9/8/2008 | $ 1,430.70 | TSR# 1041216 |
| LQJ9902 | 9/8/2008 | $ 56.34 | 73019 |
| LQK9047 | 9/8/2008 | $ 56.34 | 73020 |
| LQL5941 | 9/8/2008 | $ 54.53 | 72876 |
| LQL7510 | 9/8/2008 | $ 317.78 | 72959 |
| LQM6389 | 9/8/2008 | $ 541.83 | 73075 |
| LQM8403 | 9/8/2008 | $ 1,311.24 | 73020 |
| LQN0601 | 9/8/2008 | $ 66.92 | 72966 |
| LQN8706 | 9/8/2008 | $ 40,746.63 | 71861 |
| LQN8911 | 9/8/2008 | $ 10.04 | 71999 |
| LQN9037 | 9/8/2008 | $ 38,765.41 | 72279 |
| LQB4510 | 9/5/2008 | $ 56.34 | 72894 |
| LQB6773 | 9/5/2008 | $ 43.42 | 72925 |
| LQB9278 | 9/5/2008 | $ 53.06 | 72860 |
| LQC2695 | 9/5/2008 | $ 64.29 | 72255 |
| LQC2739 | 9/5/2008 | $ 188.59 | 72879 |

| | | | |
|---|---|---|---|
| LQC3978 | 9/5/2008 | $ 113.59 | 72923 |
| LQC4007 | 9/5/2008 | $ 77.29 | 72926 |
| LQC4433 | 9/5/2008 | $ 48.15 | 72983 |
| LQC5797 | 9/5/2008 | $ 77.29 | 72922 |
| LQC6250 | 9/5/2008 | $ 65.54 | 72920 |
| LQD9406 | 9/5/2008 | $ 220.54 | 72921 |
| LQF1869 | 9/5/2008 | $ 3,053.93 | 72924 |
| LQF1899 | 9/5/2008 | $ 1,745.10 | 72968 |
| LQF5707 | 9/5/2008 | $ 226.02 | 72981 |
| LQG1655 | 9/5/2008 | $ 293,741.97 | 71861 |
| LQG2275 | 9/5/2008 | $ 140.54 | 72526 |
| LPQ7615 | 9/4/2008 | $ 26.10 | 72737 |
| LPS2152 | 9/4/2008 | $ 117.06 | 72810 |
| LPV7288 | 9/4/2008 | $ 1,092.66 | 72867 |
| LPV7452 | 9/4/2008 | $ 117.06 | 72891 |
| LPV7468 | 9/4/2008 | $ 172.04 | 72869 |
| LPV7480 | 9/4/2008 | $ 337.47 | 72870 |
| LPV7527 | 9/4/2008 | $ 117.06 | 72895 |
| LPV7536 | 9/4/2008 | $ 192.16 | 72886 |
| LPV7556 | 9/4/2008 | $ 132.08 | 72887 |
| LPV7559 | 9/4/2008 | $ 685.46 | 72889 |
| LPV7577 | 9/4/2008 | $ 227.02 | 72865 |
| LPV7657 | 9/4/2008 | $ 172.04 | 72890 |
| LPW8775 | 9/4/2008 | $ 98.42 | 72888 |
| LPW8777 | 9/4/2008 | $ 792.78 | 72868 |
| LPW8925 | 9/4/2008 | $ 6,461.54 | 71284 |
| LPX0196 | 9/4/2008 | $ 13,005.24 | 71611 |
| LPX0241 | 9/4/2008 | $ 86,396.70 | 71861 |
| LPX0317 | 9/4/2008 | $ 151.16 | 71999 |
| LPJ7068 | 9/3/2008 | $ 298.13 | 72738 |
| LPK0321 | 9/3/2008 | $ 319.49 | 72736 |
| LPK5950 | 9/3/2008 | $ 674.10 | 72735 |
| LPL5830 | 9/3/2008 | $ 117.06 | 72734 |
| LPN0261 | 9/3/2008 | $ 62.08 | 72776 |
| LPN2922 | 9/3/2008 | $ 74.45 | 72774 |
| LPP0262 | 9/3/2008 | $ 16,805.34 | 72140 |
| LPP0950 | 9/3/2008 | $ 606.68 | 72775 |
| LPP1571 | 9/3/2008 | $ 13,036.56 | 71611 |
| LPP7064 | 9/3/2008 | $ 4,232.12 | 58720 |
| LPP7177 | 9/3/2008 | $ 15,216.41 | 71618 |
| LPP7178 | 9/3/2008 | $ 65,026.14 | 71611 |
| LPP7211 | 9/3/2008 | $ 73,042.74 | 71861 |
| LPP7256 | 9/3/2008 | $ 31.98 | 71999 |
| LPP8113 | 9/3/2008 | $ 54,099.95 | 71284 |
| LPC9228 | 9/2/2008 | $ 567.47 | 72666 |
| LPD5852 | 9/2/2008 | $ 119.52 | 72664 |
| LPF0070 | 9/2/2008 | $ 55.62 | 72695 |
| LPF0598 | 9/2/2008 | $ 140.77 | 72663 |
| LPF0925 | 9/2/2008 | $ 68.82 | 72667 |
| LPF1717 | 9/2/2008 | $ 1,789.91 | 72693 |
| LPF4819 | 9/2/2008 | $ 307.25 | 72694 |
| LPF5558 | 9/2/2008 | $ 61.14 | 72668 |

| | | | |
|---|---|---|---|
| LPF5689 | 9/2/2008 | $ 137.62 | 72587 |
| LPF5928 | 9/2/2008 | $ 1,127.38 | 72589 |
| LPF9253 | 9/2/2008 | $ 140.77 | 72665 |
| LPH4126 | 9/2/2008 | $ 2,490.24 | 71861 |
| LPH5088 | 9/2/2008 | $ 138.33 | 72448 |
| LPB0415 | 9/1/2008 | $ 11,288.80 | 71861 |
| LNZ6095 | 8/30/2008 | $ 140.40 | 72449 |
| LNZ8150 | 8/30/2008 | $ 140.18 | 72417 |
| LNR8595 | 8/29/2008 | $ 153.22 | 70758 |
| LNS6464 | 8/29/2008 | $ 145.17 | 72621 |
| LNT8775 | 8/29/2008 | $ 62.05 | 72623 |
| LNV4363 | 8/29/2008 | $ 79.72 | 72622 |
| LNV5607 | 8/29/2008 | $ 6,760.23 | 72643 |
| LNV6890 | 8/29/2008 | $ 5,305.34 | 72620 |
| LNW2539 | 8/29/2008 | $ 3,488.63 | 72285 |
| LNW3893 | 8/29/2008 | $ 392.42 | 72624 |
| LNX4580 | 8/29/2008 | $ 638.84 | 72234 |
| LNX4587 | 8/29/2008 | $ 638.84 | 72237 |
| LNX4597 | 8/29/2008 | $ 638.84 | 72235 |
| LNX4776 | 8/29/2008 | $ 638.84 | 72505 |
| LNX7320 | 8/29/2008 | $ 153.22 | 71074 |
| LNX7329 | 8/29/2008 | $ 148.54 | 71177 |
| LNX7550 | 8/29/2008 | $ 153.22 | 71426 |
| LNX7725 | 8/29/2008 | $ 8,484.29 | 71861 |
| LNX9001 | 8/29/2008 | $ 90,842.24 | 71284 |
| LNK6516 | 8/28/2008 | $ 68.52 | 72522 |
| LNL3349 | 8/28/2008 | $ 246.18 | 72482 |
| LNM1718 | 8/28/2008 | $ 74.42 | 72510 |
| LNM1797 | 8/28/2008 | $ 115.08 | 72516 |
| LNM2225 | 8/28/2008 | $ 116.02 | 72509 |
| LNM5366 | 8/28/2008 | $ 153.22 | 72141 |
| LNN4209 | 8/28/2008 | $ 105.96 | 72452 |
| LNN6738 | 8/28/2008 | $ 119.08 | 72508 |
| LNN7306 | 8/28/2008 | $ 68.80 | 72528 |
| LNP0263 | 8/28/2008 | $ 55.59 | 72521 |
| LNP1311 | 8/28/2008 | $ 73.14 | 72512 |
| LNP2325 | 8/28/2008 | $ 56.29 | 72465 |
| LNP7364 | 8/28/2008 | $ 79.72 | 72453 |
| LNP8372 | 8/28/2008 | $ 147.91 | 72457 |
| LNP9191 | 8/28/2008 | $ 90.64 | 72517 |
| LNP9933 | 8/28/2008 | $ 140.75 | 72588 |
| LNQ0133 | 8/28/2008 | $ 234.43 | 72481 |
| LNQ2948 | 8/28/2008 | $ 200.38 | 72513 |
| LNQ5704 | 8/28/2008 | $ 186.19 | 72466 |
| LNQ6860 | 8/28/2008 | $ 17,649.84 | 71517 |
| LNQ6870 | 8/28/2008 | $ 10,006.56 | 72254 |
| LNQ7921 | 8/28/2008 | $ 43,800.13 | 72045 |
| LNQ8742 | 8/28/2008 | $ 5,601.79 | 72140 |
| LNR0586 | 8/28/2008 | $ 1,382.59 | 72526 |
| LNR0644 | 8/28/2008 | $ 271.03 | 72448 |
| LNB3141 | 8/27/2008 | $ 840.74 | 72311 |
| LND1419 | 8/27/2008 | $ 1,658.31 | 72401 |

| | | | |
|---|---|---|---|
| LND1421 | 8/27/2008 | $ 56.29 | 72419 |
| LND6561 | 8/27/2008 | $ 327.91 | 72407 |
| LND6564 | 8/27/2008 | $ 77.26 | 72416 |
| LNF3460 | 8/27/2008 | $ 199.21 | 72389 |
| LNF6133 | 8/27/2008 | $ 276.48 | 72391 |
| LNF6275 | 8/27/2008 | $ 77.26 | 72418 |
| LNF6427 | 8/27/2008 | $ 218.56 | 72412 |
| LNG5936 | 8/27/2008 | $ 76.51 | 72486 |
| LNG8856 | 8/27/2008 | $ 289.66 | 72455 |
| LNG9223 | 8/27/2008 | $ 65.51 | 72408 |
| LNH5375 | 8/27/2008 | $ 9,613.85 | 71958 |
| LNH8014 | 8/27/2008 | $ 638.84 | 72142 |
| LNH8081 | 8/27/2008 | $ 6,543.80 | 72284 |
| LNH8876 | 8/27/2008 | $ 707,754.20 | 71902 |
| LNJ1349 | 8/27/2008 | $ 279.78 | 72417 |
| LNJ2317 | 8/27/2008 | $ 280.73 | 72449 |
| LMS3994 | 8/26/2008 | $ 223.87 | 72316 |
| LMS7590 | 8/26/2008 | $ 67.32 | 72287 |
| LMW1343 | 8/26/2008 | $ 14,959.56 | 72281 |
| LMW1723 | 8/26/2008 | $ 79.72 | 72236 |
| LMW7758 | 8/26/2008 | $ 233.06 | 72308 |
| LMZ3722 | 8/26/2008 | $ 14,687.09 | 71857 |
| LMZ4418 | 8/26/2008 | $ 1,132.72 | 72141 |
| LMN4324 | 8/25/2008 | $ 13,251.44 | 71073 |
| LMP3214 | 8/25/2008 | $ 349,754.56 | 71861 |
| LMP3992 | 8/25/2008 | $ 301.94 | 72141 |
| LMP7239 | 8/25/2008 | $ 5,426.76 | 71861 |
| LMF6658 | 8/22/2008 | $ 230.11 | 72144 |
| LMG6294 | 8/22/2008 | $ 62.23 | 72098 |
| LMH3058 | 8/22/2008 | $ 68.80 | 72102 |
| LMH3520 | 8/22/2008 | $ 62.23 | 72099 |
| LMJ3033 | 8/22/2008 | $ 102.16 | 71957 |
| LMJ9077 | 8/22/2008 | $ 26,137.32 | 72000 |
| LMK0096 | 8/22/2008 | $ 40,322.27 | 71778 |
| LMK3560 | 8/22/2008 | $ 64,779.94 | 71073 |
| LMK4337 | 8/22/2008 | $ 477,780.52 | 71861 |
| LLV4037 | 8/21/2008 | $ 1,745.01 | 71912 |
| LLX1084 | 8/21/2008 | $ 55.59 | 72049 |
| LLX1926 | 8/21/2008 | $ 81.89 | 72044 |
| LLX3097 | 8/21/2008 | $ 55.59 | 72048 |
| LLX8903 | 8/21/2008 | $ 40.75 | 72047 |
| LLZ4342 | 8/21/2008 | $ 1,812.15 | 72002 |
| LMB0055 | 8/21/2008 | $ 142.50 | 72100 |
| LMB0733 | 8/21/2008 | $ 10,475.85 | 71913 |
| LMB8342 | 8/21/2008 | $ 436.25 | 72103 |
| LMB9290 | 8/21/2008 | $ 87.77 | 72001 |
| LMC4282 | 8/21/2008 | $ 6,178.71 | 71616 |
| LMC4390 | 8/21/2008 | $ 12,603.50 | 71667 |
| LMC7128 | 8/21/2008 | $ 25,462.94 | 71861 |
| LLN2310 | 8/20/2008 | $ 55.19 | 71956 |
| LLN9285 | 8/20/2008 | $ 62.05 | 71960 |
| LLP1836 | 8/20/2008 | $ 77.14 | 71855 |

| LLP3148 | 8/20/2008 | $ | 43.39 | 71964 |
|---|---|---|---|---|
| LLP4314 | 8/20/2008 | $ | 1,215.53 | 71904 |
| LLP5602 | 8/20/2008 | $ | 147.47 | 71937 |
| LLP7428 | 8/20/2008 | $ | 68.78 | 71924 |
| LLP8389 | 8/20/2008 | $ | 79.72 | 71917 |
| LLP8462 | 8/20/2008 | $ | 82.18 | 71904 |
| LLP9568 | 8/20/2008 | $ | 117.03 | 71963 |
| LLQ6644 | 8/20/2008 | $ | 230.11 | 71961 |
| LLQ6996 | 8/20/2008 | $ | 2,935.05 | 71862 |
| LLR1706 | 8/20/2008 | $ | 43.97 | 71922 |
| LLR5368 | 8/20/2008 | $ | 67.77 | 71818 |
| LLR5383 | 8/20/2008 | $ | 74.42 | 71920 |
| LLR6668 | 8/20/2008 | $ | 68.80 | 71962 |
| LLS0302 | 8/20/2008 | $ | 54.38 | 71959 |
| LLS2102 | 8/20/2008 | $ | 40.75 | 71858 |
| LLS4007 | 8/20/2008 | $ | 175.11 | 71909 |
| LLS5702 | 8/20/2008 | $ | 62.23 | 71955 |
| LLT2841 | 8/20/2008 | $ | 98,727.29 | 69179 |
| LLT3702 | 8/20/2008 | $ | 52,949.51 | 71517 |
| LLH2366 | 8/19/2008 | $ | 43.39 | 71860 |
| LLJ1582 | 8/19/2008 | $ | 61.12 | 71817 |
| LLK2283 | 8/19/2008 | $ | 117.03 | 71859 |
| LLK5577 | 8/19/2008 | $ | 640.33 | 71780 |
| LLL6019 | 8/19/2008 | $ | 436.25 | 71856 |
| LLM2899 | 8/19/2008 | $ | 24,478.50 | 71857 |
| LKW3632 | 8/18/2008 | $ | 436.25 | 71607 |
| LKW8872 | 8/18/2008 | $ | 195.61 | 71714 |
| LLB8277 | 8/18/2008 | $ | 289.66 | 71779 |
| LLB8572 | 8/18/2008 | $ | 75.76 | 71716 |
| LLC0973 | 8/18/2008 | $ | 43.39 | 71814 |
| LLC1886 | 8/18/2008 | $ | 62.23 | 71715 |
| LLC4058 | 8/18/2008 | $ | 56.29 | 71720 |
| LLC5032 | 8/18/2008 | $ | 117.03 | 71781 |
| LLC5053 | 8/18/2008 | $ | 117.03 | 71815 |
| LLC6390 | 8/18/2008 | $ | 68.80 | 71717 |
| LLC6499 | 8/18/2008 | $ | 55.59 | 71718 |
| LLC7376 | 8/18/2008 | $ | 46.83 | 71777 |
| LLC8336 | 8/18/2008 | $ | 257.82 | 71816 |
| LLD5409 | 8/18/2008 | $ | 32,761.21 | 71427 |
| LLD7758 | 8/18/2008 | $ | 142.07 | 71818 |
| LKR5144 | 8/15/2008 | $ | 76.84 | 71619 |
| LKR9040 | 8/15/2008 | $ | 132.84 | 71719 |
| LKR9434 | 8/15/2008 | $ | 3,737.79 | 73306 |
| LKR9635 | 8/15/2008 | $ | 186.19 | 71608 |
| LKS2672 | 8/15/2008 | $ | 1,887.41 | 73307 |
| LKS5231 | 8/15/2008 | $ | 70.52 | 71666 |
| LKT1501 | 8/15/2008 | $ | 79.72 | 71712 |
| LKT3516 | 8/15/2008 | $ | 56.48 | 71713 |
| LKT9981 | 8/15/2008 | $ | 365.56 | 70806 |
| LKH6204 | 8/14/2008 | $ | 471.16 | 71385 |
| LKH6307 | 8/14/2008 | $ | 56.48 | 71514 |
| LKH8951 | 8/14/2008 | $ | 173.85 | 71570 |

| LKH9809 | 8/14/2008 | $ | 81.89 | 71515 |
|---|---|---|---|---|
| LKJ4460 | 8/14/2008 | $ | 73.14 | 71516 |
| LKJ9559 | 8/14/2008 | $ | 259.10 | 71567 |
| LKL8162 | 8/14/2008 | $ | 115.82 | 71568 |
| LKM2363 | 8/14/2008 | $ | 3,109.48 | 71496 |
| LKM5595 | 8/14/2008 | $ | 71,346.42 | 69336 |
| LKM7823 | 8/14/2008 | $ | 6,879.39 | 71429 |
| LKM7824 | 8/14/2008 | $ | 12,481.96 | 71217 |
| LKN1035 | 8/14/2008 | $ | 188.57 | 71569 |
| LKN3889 | 8/14/2008 | $ | 301.94 | 71426 |
| LKF4338 | 8/13/2008 | $ | 412,232.76 | 70331 |
| LKF7715 | 8/13/2008 | $ | 239.66 | 71316 |
| LKG0183 | 8/13/2008 | $ | 159.21 | 71466 |
| LKG0184 | 8/13/2008 | $ | 1,132.72 | 71426 |
| LJP1366 | 8/11/2008 | $ | 6,611.57 | 57637 |
| LJX4528 | 8/13/2008 | $ | 68.78 | 71430 |
| LJZ4918 | 8/13/2008 | $ | 87.92 | 71382 |
| LJZ6907 | 8/13/2008 | $ | 88.22 | 71433 |
| LKB0607 | 8/13/2008 | $ | 111.74 | 71313 |
| LKB8765 | 8/13/2008 | $ | 68.80 | 71431 |
| LKB8765 | 8/13/2008 | $ | 236.08 | 71401 |
| LKC3209 | 8/13/2008 | $ | 54.61 | 71428 |
| LKC9683 | 8/13/2008 | $ | 68.80 | 71432 |
| LKD0444 | 8/13/2008 | $ | 70.52 | 71467 |
| LKD5065 | 8/13/2008 | $ | 501.61 | 71465 |
| LKD5097 | 8/13/2008 | $ | 113.56 | 71464 |