UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) Case No. 08-13555 (JMP) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Thomas R. Slome, hereby certify that on this 9th day of October 2008, I caused a true and correct copy of the *Notice of Appearance and Request For Notice and Papers* to be sent via first-class mail, postage prepaid, to the parties listed below.

Harvey R. Miller
Jacqueline Marcus
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*Counsel For Debtors*

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
*Counsel For James W. Giddens,
  as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004
*Counsel For U.S. Trustee*

Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017
*Claims and Noticing Agent*

James Tecce
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Creditor Committee Counsel*

Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY  10006
Attn:  Lindsee P. Granfield, Esq.
          Lisa Schweitzer, Esq.
*Creditor Committee Counsel*

*/s/ Thomas R. Slome*
Thomas R. Slome (TS-0957)

2

685972