AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Abid Qureshi (AQ-4882)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
In re:                                                          :     Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                         :     08-13555 (JMP)
                                                                :
                                                  Debtors.      :     (Jointly Administered)
----------------------------------------------------------------x

**APPELLANT INFORMAL NOTEHOLDER GROUP'S DESIGNATION OF RECORD
ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the Informal Noteholder Group (the "Informal Noteholder Group") of Lehman Brothers Holdings Inc., et al. (collectively, the "Debtors"), by and through its undersigned counsel, hereby respectfully submits its designation of record on appeal and statement of issues presented on appeal with respect to the following orders (the "Orders") entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"): (1) the Order Under 11 U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases in

8068860

Case No. 08-13555 (JMP); and (2) the Order Approving and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding in each of Case Nos. 08-01419 and 08-01420 (JMP).

## **Statement of Issues Presented on Appeal**

1. Whether the Bankruptcy Court erred in authorizing the sale to Barclays Capital, Inc. ("Barclays) pursuant to the Orders.

2. Whether the Bankruptcy Court erred in its conclusion in the Orders that Barclays was a purchaser in good faith as that term is used pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code").

3. Whether the Bankruptcy Court erred in its conclusion, pursuant to Bankruptcy Code sections 105(a) and 363(f), that the sale to Barclays was approved free and clear of liabilities to Barclays.

4. Whether the Bankruptcy Court erred in its conclusion that the sale to Barclays approved pursuant to the Orders complied with the Due Process clause of the Fifth Amendment of the United States Constitution.

# Designation Of Items
# To Be Included In The Record On Appeal[1]

The Informal Noteholder Group submits the items below for inclusion in the record on appeal.

**A.     Documents Filed in Case No. 08-13555 (JMP)**

| Item # | Filing Date | Docket # | Docket Text |
|---|---|---|---|
| 1. | 9/17/2008 | 60 | Debtors' Motion To (A) Schedule a Sale Hearing, (B) Establish Sale Procedures, (C) Approve a Break-Up Fee; And (D) Approve The Sale Of The Purchased Assets And The Assumption And Assignment Of Contracts Relating To The Purchased Assets. |
| 2. | 9/19/2008 | 177 | Objection of the Informal LBHI Bondholder Group to the Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 3. | 9/20/2008 | 258 | Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases |
| 4. | 9/19/2008 | 257 | Limited Objection of NetApp, Inc. and Network Appliance Limited to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases |
| 5. | 9/19/2008 | 254 | Limited Objection of SuccessFactors, Inc. to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases |
| 6. | 9/19/2008 | 251 | Limited Objection of Cisco Systems, Inc. and Cisco Systems Capital Corporation to Debtors' Motion Seeking, Among Other |

---

[1] Each of the documents identified herein includes all exhibits, schedules, addendums and other documents attached thereto.

8068860

|   |   |   | |
|---|---|---|---|
|   |   |   | Things, an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases |
| 7. | 9/19/2008 | 250 | Objection by Murex North America Inc. to Debtors' Cure Notice |
| 8. | 9/19/2008 | 246 | Limited Objection of Sun Microsystems, Inc. to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases |
| 9. | 9/19/2008 | 245 | Reservation of Rights and Limited Objection of Chevron Natural Gas to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 10. | 9/19/2008 | 238 | Response to Motion Response of The Toronto-Dominion Bank and Certain Affiliates to Debtors? Motion to Approve the Sale of Certain Assets; and Joinder in Response of Royal Bank of Scotland plc and ABN AMRO |
| 11. | 9/19/2008 | 235 | Objection of Chicago Board Options Exchange, Incorporated, Objection to Debtors' Cure Amount |
| 12. | 9/19/2008 | 228 | LiquidPoint, LLC's Reservation of Rights and Limited Objection to Assumption and Assignment of Contracts and Proposed Cure Amounts |
| 13. | 9/19/2008 | 223 | Declaration of Dan Yoram Schwarzmann on behalf of The Joint Administrators of the Lehman European Group Administration Companies |
| 14. | 9/19/2008 | 222 | Automated Securities Clearance LLC, successor in interest to Automated Securiteis Clearance Ltd.'s Limited Objection and Reservation of Rights to Debtors' Motion to Approve the Sale of Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 15. | 9/19/2008 | 221 | International Business Machines Corporation's Statement and Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |

4

8068860

| 16. | 9/19/2008 | 219 | Response of the Joint Administrators of the Lehman European Group Administration Companies to Debtors' Motion to (A) Schedule A Sale Hearing; (B) Establish Sales Procedures; (C) Approve A Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
|---|---|---|---|
| 17. | 9/19/2008 | 218 | Objection to Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser |
| 18. | 9/19/2008 | 217 | Moody's Corporation's Statement and Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to Purchased Assets |
| 19. | 9/19/2008 | 211 | Reservation of Rights and Limited Objection of NPD Group, Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 20. | 9/19/2008 | 210 | Community Trust Bancorp Inc.'s Objection to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 21. | 9/19/2008 | 209 | Objection to Sale Motion by Greg Georgas & Mark Grock |
| 22. | 9/19/2008 | 208 | Limited Objection and Reservation of Rights of Dresdner Kleinwort Group Holdings LLC to Debtors' Motion to Approve the Sale of Purchased Assets and Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 23. | 9/19/2008 | 207 | Objection of IKON Office Solutions, Inc. to Debtors' Motion to (A) Schedule A Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 24. | 9/19/2008 | 206 | Limited Objection and Reservations of Rights of ICAP to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts relating to Purchased Assets |

| 25. | 9/19/2008 | 204 | Limited Objection of FMR LLC to Proposed Cure Amounts and Assumption and Assignment of Executory Contracts |
|---|---|---|---|
| 26. | 9/19/2008 | 202 | Reservation of Rights and Objection of EMC Corporation, its Subsidiaries and Affiliates to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 27. | 9/19/2008 | 199 | Limited Objection of Misys IQ LLC and Summit Systems, Inc. to Debtors' Cure Notice |
| 28. | 9/19/2008 | 198 | Objection of GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 29. | 9/19/2008 | 197 | Limited Objection of JPMorgan Chase Bank, N.A. to Debtor's Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of the Contracts Relating to the Purchased Assets |
| 30. | 9/19/2008 | 195 | Limited Objection of Capgemini Financial Services USA, Inc. to Debtors' (I) Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults under Contracts and Leases to be Assumed and Assigned to Successful Purchaser and (II) Cure Notice |
| 31. | 9/19/2008 | 194 | Objection of Lewtan Technologies, Inc. to Proposed Cure Amounts |
| 32. | 9/19/2008 | 193 | Limited Objection by Structure Consulting Group, LLC to Proposed Cure Amount Under Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser |
| 33. | 9/19/2008 | 192 | Objection of ThruPoint, Inc. to Debtors' Proposed Cure Amount for Assumption and assignment of Contracts and Leases |
| 34. | 9/19/2008 | 191 | Cure Amount Objection and Reservation of Rights of Thomson Reuters PLC and Thomson Reuters Corporation With Respect to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve |

6

|   |   |   | the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
|---|---|---|---|
| 35. | 9/19/2008 | 190 | Limited Objection and Reservation of Rights of Tradeweb Markets LLC and its Affiliates with respect to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 36. | 9/19/2008 | 189 | Reservation of Rights and Objection of Dun & Bradstreet to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 37. | 9/19/2008 | 188 | Limited Objection and Reservation of Rights of Main Street Natural Gas, Inc. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 38. | 9/19/2008 | 187 | Limited Objection and Reservation of Rights to Debtors' Motion to Approve the Sale of Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 39. | 9/19/2008 | 186 | Objection to Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser |
| 40. | 9/19/2008 | 185 | Reservation of Rights and Limited Objection of the Chicago Mercantile Exchange to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 41. | 9/19/2008 | 184 | Protective Objection to, and Reservation of Rights Regarding, (I) Sale Motion (Docket No. 60), (II) Proposed Assumption and Assignment of contracts, and (III) Proposed Cure Amounts in connection Therewith by United Parcel Service, Inc. |
| 42. | 9/19/2008 | 183 | Response of the Walt Disney Company to Debtors' Motion Dated September 17, 2008 for Sale Approval |
| 43. | 9/19/2008 | 182 | Conditional Objection and Reservation of Rights by Microsoft re |

8068860

|  |  |  | Assumption, Assignment and Cure |
|---|---|---|---|
| 44. | 9/19/2008 | 181 | Objection of Reliance Globalcom Services, Inc. (f/k/a Yipes Enterprise Services, Inc.) to the Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts to be Assumed and Assigned to Successful Purchaser |
| 45. | 9/19/2008 | 179 | Objection of GLG Partners LP to the Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, |
| 46. | 9/19/2008 | 178 | Meridian Comp of New York, Inc. D/B/A CHD Meridian Healthcare's Limited Objection and Reservation of Rights to Cure Cost |
| 47. | 9/19/2008 | 176 | Limited Objection of Wells Fargo Bank, N.A. and Wells Fargo & Co. to the Motion of the Debtors for an Order Approving the Sale of Certain Assets to Barclays Capital Inc. |
| 48. | 9/19/2008 | 175 | Objection of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks to the Debtors' Motion to (A) Schedule a Sale Hearing, (B) Establish Sale Procedures, (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 49. | 9/19/2008 | 173 | Limited Objection of HWA 555 Owners, LLC to Proposed Cure Amounts and Assumption and Assignment of Lease |
| 50. | 9/19/2008 | 172 | Reservation of Rights and Limited Objection of Training The Street, Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 51. | 9/19/2008 | 171 | Limited Objection and Reservation of Rights of 1301 Properties Owner, LP to Debtor's Motion to Sell Assets and Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to Be Assumed and Assigned to Successful Purchaser |
| 52. | 9/19/2008 | 170 | Objection of FX Alliance, LLC and its Affiliates and Subsidiaries to Debtors' Cure Notice |

8068860

| 53. | 9/19/2008 | 169 | Protective Response of Interactive Data Corporation to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
|---|---|---|---|
| 54. | 9/19/2008 | 168 | Reservation of Rights and Limited Objection of Hilliard Farber & Co., Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 55. | 9/19/2008 | 165 | Response of Royal Bank of Scotland plc and ABN AMRO NV to Debtors' Motion dated September 17, 2008 for Sale Approval |
| 56. | 9/19/2008 | 164 | Limited Objection of Bloomberg L.P. and Bloomberg Finance L.P. to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 57. | 9/19/2008 | 163 | Objection of Avaya Inc. to Debtors' Notice Of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned To Successful Purchaser |
| 58. | 9/19/2008 | 162 | Fannie Mae's Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets [D.I. # 60] |
| 59. | 9/19/2008 | 161 | Limited Objection and Reservation of Rights of Ad Hoc Committee of Bondholders to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 60. | 9/19/2008 | 160 | Limited Objection and Reservation of Rights of IntraLinks, Inc. to the Debtors' Motion to: (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |

9

8068860

| 61. | 9/19/2008 | 159 | Limited Objection of Diversified Credit Investments LLC as Agent for the Government of Singapore Investment Corporation PTE, Ltd., to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
|---|---|---|---|
| 62. | 9/19/2008 | 158 | AT&T Companies' Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 63. | 9/19/2008 | 157 | Limited Objection of DCI Umbrella Fund PLC, an Umbrella Fund with Segregated Liability Sub-Funds, on Behalf of Diversified Credit Investment Fund One to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 64. | 9/19/2008 | 154 | Supplement to Limited Objection of BATS Holdings, Inc. to Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up-Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Related to the Purchased Assets |
| 65. | 9/19/2008 | 151 | Objection by ABM Industries, Inc., Requesting Segregation of Sales Proceeds Pending an Allocation Hearing |
| 66. | 9/19/2008 | 146 | Objection by Northgate Minerals Corporation Requesting Segregation of Sales Proceeds Pending an Allocation Hearing |
| 67. | 9/19/2008 | 145 | Limited Objection to Proposed Cure Amount and Response of Structure Tone Inc. to Debtors' Motion Seeking, Among Other Things, an Order Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases |
| 68. | 9/19/08 | 142 | Protective Response of 125 High Street, L.P. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |

8068860

| 69. | 9/19/2008 | 140 | Objection by 4Kids Entertainment Inc. Requesting Segregation of Sales Proceeds Pending an Allocation Hearing |
|---|---|---|---|
| 70. | 9/19/2008 | 136 | Objection by Essex Equity Holdings USA, LLC. M. Brian Maher & Basil Maher Requesting Segregation of Sales Proceeds Pending an Allocation Hearing |
| 71. | 9/19/2008 | 132 | Objection Of Amber Capital Investment Management to the Debtors' Motion To Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 72. | 9/19/2008 | 131 | Limited Objection Of The Harbinger Funds To Debtors' Motion To Approve The Sale Of The Purchased Assets And The Assumption And Assignment Of Contracts Relating To The Purchased Assets |
| 73. | 9/19/2008 | 130 | Limited Objection of Elliott Entities to Motion to Approve Sale |
| 74. | 9/19/2008 | 126 | Reservation of Rights and Limited Objection of Henegan Construction Co., Inc. to Debtors' Motion to Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 75. | 9/19/2008 | 124 | Limited Objection of BATS Holdings, Inc. to Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Related to the Purchased Assets |
| 76. | 9/19/2008 | 122 | Iron Mountain Information Management, Inc.'s Reservation of Rights and Limited Objection to Assumption and Assignment of Contracts and Proposed Cure Amounts |
| 77. | 9/19/2008 | 118 | Objection of the Wholly-Owned Subsidiaries of Verizon Communications Inc. to Debtors Cure Notice |
| 78. | 9/19/2008 | 116 | TransCanada Pipelines Limited's and Certain Affiliates' Limited Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 79. | 9/18/2008 | 114 | Objection of Overstock.com, Inc., and Certain Current or Former Shareholders Thereof, and Certain Current or Former Shareholders |

11

8068860

|    | Date       | Doc # | Description |
|----|------------|-------|-------------|
|    |            |       | of Novastar Financial, Inc., to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Approve a Break-Up Fee; and (D) Approve The Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 80. | 9/19/2008 | 103   | Limited Objection and Reservation of Rights of SP4 190 S. LaSalle, L.P. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 81. | 9/18/2008 | 98    | Occidental Energy Marketing, Inc.'s Objection to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 82. | 9/16/2008 | 280   | Asset Purchase Agreement Among Lehman Brothers Holdings, Inc., Lehman Brothers Inc., LB 745 LLC, and Barclays Capital Inc. |
| 83. | 9/19/2008 | 280   | First Amendment to Asset Purchase Agreement |

B.  **Documents Filed in Case No. 08-01419 (JMP)**

|    | Date       | Doc # | Description |
|----|------------|-------|-------------|
| 84. | 9/18/2008 | 4     | Trustee's Application for Entry of an Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding |
| 85. | 9/20/2008 | 2     | Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding |

C.  **Documents Filed in Case No. 08-01420 (JMP)**

|    | Date       | Doc # | Description |
|----|------------|-------|-------------|
| 86. | 9/19/2008 | 2     | Trustee's Application for Entry of an Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding |

8068860

| 87. | 9/20/2008 | 3 | Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding |

**D.**     **Transcripts**

| 88. | 9/22/2008 | 352 | Transcript of Proceeding before the Bankruptcy Court on September 17, 2008 |
| 89. | 9/23/2008 | 318 | Transcript of Proceeding before the Bankruptcy Court on September 19-20, 2008 |

Dated: October 9, 2008
       New York, New York

                              **AKIN GUMP STRAUSS HAUER & FELD LLP**

                              By:   /s/ Abid Qureshi_____
                                    Michael S. Stamer (MS-4900)
                                    Philip C. Dublin (PD-4919)
                                    Abid Qureshi (AQ-4882)
                                    590 Madison Avenue
                                    New York, New York 10022-2524
                                    (212) 872-1000 (Telephone)
                                    (212) 872-1002 (Facsimile)
                                    mstamer@akingump.com
                                    pdublin@akingump.com
                                    aqureshi@akingump.com

                                    Counsel to the Informal Noteholder Group of
                                    Lehman Brothers Holdings Inc., et al.

13

8068860