Margot B. Schonholtz (MS 9545)
Ana M. Alfonso (AA 9490)
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
:
**In re**                              :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*   :    **08-13555 (JMP)**
:
          **Debtors.**                 :    **(Jointly Administered)**
:
---------------------------------------x
:
**In re**                              :    **Chapter 11 Case No.**
:
**LEHMAN COMMERCIAL PAPER, INC.,**     :    **08-13900 (JMP)**
:
          **Debtor.**                  :
:
---------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Kaye Scholer LLP ("Kaye Scholer"), pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears as counsel for Bank of America, N.A., with respect to all matters concerning or related to credit extensions and investments in Archstone, a Maryland real estate investment trust ("Archstone") and Archstone's affiliates. Kaye Scholer requests service of all notices and documents herein upon the following attorneys:

31734610.DOC

Margot B. Schonholtz  
Ana M. Alfonso  
KAYE SCHOLER LLP  
425 Park Avenue  
New York, New York 10022  
Telephone:  (212) 836-8000  
Facsimile:  (212) 836-8689  
email:  mschonholtz@kayescholer.com  
aalfonso@kayescholer.com  

PLEASE TAKE FURTHER NOTICE that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the Debtors, their property, or their estate.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) any election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity,

under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
       October 9, 2008

KAYE SCHOLER LLP

 /s/Ana M. Alfonso
Margot B. Schonholtz (MS 0545)
Ana M. Alfonso (AA 9490)
425 Park Avenue
New York, NY 10022-3598
Tel: (212) 836-8000

*Attorneys for Bank of America, N.A.*