WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Ralph I. Miller (Pro Hac Vice)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                            :
In re                                       :     Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS, INC.              :     Case No. 08-13555 (JMP)
                                            :
                                            :
                    Debtors.                :
---------------------------------------------------------------x
```

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Ralph I. Miller, a member in good standing of the Bar of the District of Columbia, the bar of the state of Texas and the bars of the courts attached hereto as Exhibit A, requests admission *pro hac vice*, before the Honorable James M. Peck, to represent Lehman Brothers Holdings, debtor and debtors in possession in the above referenced proceeding.

Mailing address: 1300 Eye Street, NW, Suite 900, Washington, DC 20005;

Email address: ralph.miller@weil.com; telephone number (202) 682-7000.

The filing fee of $25.00 has been submitted with this motion for *pro hace vice* admission.

Dated: Washington, DC
      October 9, 2008

By:     /s/ Ralph I. Miller
Ralph I. Miller
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, NW
Washington, DC 20005
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Shai Waisman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

ATTORNEYS FOR DEBTORS AND
DEBTORS IN POSSESSION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC.                      :    Case No. 08-13555 (JMP)
                                                    :
                                                    :
            Debtors.                                :
-----------------------------------------------------------------x
```

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

IT IS HEREBY ORDERED that Ralph I. Miller, Esquire., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, provided the filing fee has been paid.

Dated: New York, New York
       _____, 2008

                                    _____
                                    THE HONORABLE JAMES M. PECK
                                    UNITED STATES BANKRUPTCY JUDGE.

# Exhibit A

U.S. Supreme Court
U.S. Court of Appeals, Fifth Circuit
U.S. Court of Appeals, Sixth Circuit
U.S. Tax Court
U.S. District Court, District of Colorado
U.S. District Court, Northern District of Oklahoma
U.S. District Court, Northern District of Texas
U.S. District Court, Southern District of Texas
U.S. District Court, Eastern District of Texas