UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings, Inc., *et al.* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Willkie Farr & Gallagher LLP, on behalf of Fir Tree Value Master Fund, L.P. and Fir Tree Capital Opportunity Master Fund, L.P., and under, *inter alia*, Rules 2002, 7005 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue
> New York, NY 10019-6099
> Telephone:   (212) 728-8000
> Facsimile:   (212) 728-8111
>
> Attention: Roger Netzer, Esq.
>             Dan C. Kozusko, Esq.
>
> E-mail:   rnetzer@willkie.com
>           dkozusko@willkie.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or

4504980.1

informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise.

Dated:   New York, New York
         October 9, 2008

    Respectfully submitted,

    **WILLKIE FARR & GALLAGHER LLP**

    By: /s/ Roger Netzer
       Roger Netzer, Esq.
       Dan C. Kozusko, Esq.

       787 Seventh Avenue
       New York, New York 10019
       Telephone: (212) 728-8000

    Counsel for Fir Tree Value Master Fund, L.P. and
    Fir Tree Capital Opportunity Master Fund, L.P.