Jonathan S. Henes (JH 1979)
Michael A. Cohen (MC 1277)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Counsel for CDW Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Jacob Goldfinger, state as follows:

1. I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Kirkland & Ellis LLP, located at Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611.

2. On October 8, 2008, I caused service of *Limited Objection of CDW Corporation to Proposed Cure Amounts in Connection with Assumption and Assignment of Executory Contracts* to be effected on the parties listed below addressed as shown by electronic mail, prior to the latest time designated for overnight delivery:

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Attn.: Lori Fife, Shai Waisman | Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn.: Jeffrey S. Margolin |

1

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn.: Lindsee Granfield, Lisa M. Schweitzer

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

Dated: New York, New York
October 9, 2008

_____
Jacob Goldfinger

State of New York        )
                         ) ss
County of New York       )

Subscribed and sworn of affirmed to before me this 9th day of October, 2008.

_____

MAGALI L. LEE
Notary Public, State of New York
No. 01LE6069014
Qualified in New York County
Commission Expires Jan. 22, 2010

2