UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                                                                      :
In re                                                                 :      Chapter 11 Case No.
                                                                      :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,                              :      Case No. 08-13555 (JMP)
                                                                      :
         Debtors.                                                     :      (Jointly Administered)
                                                                      :
----------------------------------------------------------------------x      Ref. Docket Nos. 709, 710, 711, and 712

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

   BRIDGET GALLERIE, being duly sworn, deposes and says:

   1.   I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2.   On October 6, 2008, I caused to be served the following:

   a.) "First Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases," dated October 6, 2008, [Docket No. 709], (the "First Omni"),

   b.) "Second Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases," dated October 6, 2008, [Docket No. 710], (the "Second Omni"),

   c.) "Third Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases," dated October 6, 2008, [Docket No. 711], (the "Third Omni"), and

   d.) "Fourth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases," dated October 6, 2008, [Docket No. 712], (the "Fourth Omni").

by causing true and correct copies to be delivered as follows:

   a)   by email to those parties listed on the attached Exhibit "A",

b) by facsimile to those parties listed on the attached <u>Exhibit "B"</u>, and

c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached <u>Exhibit "C"</u>.

2.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Bridget Gallerie

———————————————
Bridget Gallerie

Sworn to before me this
9th day of October, 2008

/s/ Elli Petris
———————————————
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
Commission Expires 10-22-2011

2

# EXHIBIT A

EMAIL ADDRESSES

| | |
|---|---|
| acker@chapman.com | dbarber@bsblawyers.com |
| adarwin@nixonpeabody.com | dclark@stinson.com |
| aglenn@kasowitz.com | dcoffino@cov.com |
| agold@herrick.com | dcrapo@gibbonslaw.com |
| agolianopoulos@mayerbrown.com | ddunne@milbank.com |
| ahammer@freebornpeters.com | deggert@freebornpeters.com |
| akihiko_yagyuu@chuomitsui.jp | demetra.liggins@tklaw.com |
| amenard@tishmanspeyer.com | dennis.graham@kbc.be |
| andrew.lourie@kobrekim.com | deryck.palmer@cwt.com |
| angelich.george@arentfox.com | dflanigan@polsinelli.com |
| anne.kennelly@hp.com | dfriedman@kasowitz.com |
| araboy@cov.com | dhayes@mcguirewoods.com |
| arlbank@pbfcm.com | dheffer@foley.com |
| arosenblatt@chadbourne.com | dirk.roberts@ots.treas.gov |
| arwolf@wlrk.com | dkleiner@velaw.com |
| asnow@ssbb.com | dladdin@agg.com |
| atrehan@mayerbrown.com | dlemay@chadbourne.com |
| austin.bankruptcy@publicans.com | dludman@brownconnery.com |
| avi.gesser@dpw.com | dmcguire@winston.com |
| bambacha@sec.gov | dodonnell@milbank.com |
| bankoftaiwan@botnya.com | donald.badaczewski@dechert.com |
| bankruptcy@goodwin.com | douglas.bacon@lw.com |
| bill.freeman@pillsburylaw.com | douglas.mcgill@dbr.com |
| bill.hughes@us.standardchartered.com | dravin@wolffsamson.com |
| bmanne@tuckerlaw.com | drose@pryorcashman.com |
| bmiller@mofo.com | drosner@goulstonstorrs.com |
| brad.dempsey@hro.com | drosner@kasowitz.com |
| brian_corey@gtservicing.com | dswan@mcguirewoods.com |
| bromano@willkie.com | ecohen@russell.com |
| btrust@mayerbrown.com | edpe01@handelsbanken.se |
| btupi@tuckerlaw.com | efile@willaw.com |
| bturk@tishmanspeyer.com | efleck@milbank.com |
| cbelmonte@ssbb.com | eglas@mccarter.com |
| cdesiderio@nixonpeabody.com | ehollander@whitecase.com |
| charles@filardi-law.com | ehorn@lowenstein.com |
| chris.omahoney@bnymellon.com | ekbergc@lanepowell.com |
| cmontgomery@salans.com | ellen.halstead@cwt.com |
| CMTB_LC11@chuomitsui.jp | elobello@blankrome.com |
| cohena@sec.gov | eschwartz@contrariancapital.com |
| cp@stevenslee.com | esmith@dl.com |
| crogers@orrick.com | ezujkowski@emmetmarvin.com |
| cs@stevenslee.com | fbp@ppgms.com |
| cschreiber@winston.com | feldsteinh@sullcrom.com |
| cshulman@sheppardmullin.com | ffm@bostonbusinesslaw.com |
| cward@polsinelli.com | fhyman@mayerbrown.com |
| dallas.bankruptcy@pulicans.com | fishere@butzel.com |
| Danna.Drori@usdoj.gov | frank.sodano@americas.bnpparibas.com |
| david.bennett@tklaw.com | frank.white@agg.com |
| david.crichlow@pillsburylaw.com | fred.berg@rvblaw.com |
| david.heller@lw.com | gabriel.delvirginia@verizon.net |

| | |
|---|---|
| gado01@handelsbanken.se | jwallack@goulstonstorrs.com |
| gary.ticoll@cwt.com | jwang@sipc.org |
| gauchb@sec.gov | jweiss@gibsondunn.com |
| gbray@milbank.com | jwishnew@mofo.com |
| george.davis@cwt.com | k4.nomura@aozorabank.co.jp |
| george_neofitidis@scotiacapital.com | karen.wagner@dpw.com |
| giddens@hugheshubbard.com | KDWBankruptcyDepartment@kelleydrye.com |
| gkaden@goulstonstorrs.com | keith.simon@lw.com |
| glee@mofo.com | ken.higman@hp.com |
| glenn.siegel@dechert.com | kgwynne@reedsmith.com |
| grosenberg@co.arapahoe.co.us | kiplok@hugheshubbard.com |
| gschiller@zeislaw.com | klippman@munsch.com |
| hanh.huynh@cwt.com | kmayer@mccarter.com |
| harveystrickon@paulhastings.com | kmisken@mcguirewoods.com |
| heiser@chapman.com | kobak@hugheshubbard.com |
| hirsh.robert@arentfox.com | Kostad@mofo.com |
| hollace.cohen@troutmansanders.com | kovskyd@pepperlaw.com |
| howard.hawkins@cwt.com | kressk@pepperlaw.com |
| hseife@chadbourne.com | KReynolds@mklawnyc.com |
| hsnovikoff@wlrk.com | krosen@lowenstein.com |
| ian.levy@kobrekim.com | lacyr@sullcrom.com |
| igoldstein@dl.com | lalshibib@reedsmith.com |
| ilevee@lowenstein.com | lattard@kayescholer.com |
| info2@normandyhill.com | ldespins@milbank.com |
| ira.herman@tklaw.com | lgranfield@cgsh.com |
| israel.dahan@cwt.com | linda.boyle@twtelecom.com |
| jacobsonn@sec.gov | lmarinuzzi@mofo.com |
| jafeltman@wlrk.com | lml@ppgms.com |
| james.mcclammy@dpw.com | lschweitzer@cgsh.com |
| jamestecce@quinnemanuel.com | lwhidden@salans.com |
| Jbecker@wilmingtontrust.com | mabrams@willkie.com |
| jbird@polsinelli.com | macl01@handelsbanken.se |
| jbromley@cgsh.com | macronin@debevoise.com |
| jcarberry@cl-law.com | Malcolm@firstbankny.com |
| jdyas@halperinlaw.net | mark.deveno@bingham.com |
| jeffrey.sabin@bingham.com | mark.ellenberg@cwt.com |
| Jesse.Hibbard@ozcap.com | mark.houle@pillsbury.com |
| jfalgowski@reedsmith.com | martin.davis@ots.treas.gov |
| jherzog@gklaw.com | masaki_konishi@noandt.com |
| jhs7@att.net | mbenner@tishmanspeyer.com |
| jketten@wilkie.com | mbienenstock@dl.com |
| jkurtzman@klehr.com | mcto@debevoise.com |
| jlee@foley.com | mhopkins@cov.com |
| jlevitin@cahill.com | michael.halevi@anz.com |
| jliu@dl.com | michael.kim@kobrekim.com |
| jmathis@lloydstsb-usa.com | Michael.mauerstein@citi.com |
| jmcginley@wilmingtontrust.com | michael.tan@fubon.com |
| john.rapisardi@cwt.com | Mitchell.Ayer@tklaw.com |
| jpintarelli@mofo.com | mjacobs@pryorcashman.com |
| jrabinowitz@rltlawfirm.com | mjedelman@vedderprice.com |
| jshickich@riddellwilliams.com | mkjaer@winston.com |
| jtougas@mayerbrown.com | mlahaie@akingump.com |

| | |
|---|---|
| mmickey@mayerbrown.com | rreid@sheppardmullin.com |
| mmorreale@us.mufg.jp | RTrust@cravath.com |
| monica.lawless@brookfieldproperties.com | rwasserman@cftc.gov |
| mpage@kelleydrye.com | sabin.willett@bingham.com |
| mrosenthal@gibsondunn.com | schapman@willkie.com |
| ms.wu@fubonny.com | schristianson@buchalter.com |
| MSchleich@fraserstryker.com | scottshelley@quinnemanuel.com |
| mshiner@tuckerlaw.com | scousins@armstrongteasdale.com |
| mspeiser@stroock.com | sdnyecf@dor.mo.gov |
| mstamer@akingump.com | sehlers@armstrongteasdale.com |
| mtuck@lloydstsb-usa.com | sgordon@cahill.com |
| murai24234@nissay.co.jp | sharbeck@sipc.org |
| nbannon@tishmanspeyer.com | shari.leventhal@ny.frb.org |
| nbruce@lloydstsb-usa.com | sheakkorzun@comcast.net |
| neal.mann@oag.state.ny.us | sheehan@txschoollaw.com |
| newyork@sec.gov | sidorsky@butzel.com |
| nissay_10259-0154@mhmjapan.com | slerner@ssd.com |
| oipress@travelers.com | smillman@stroock.com |
| paronzon@milbank.com | spiotto@chapman.com |
| paul.deutch@troutmansanders.com | splatzer@platzerlaw.com |
| pbosswick@ssbb.com | ssmall@us.mufg.jp |
| pdublin@akingump.com | steve.ginther@dor.mo.gov |
| peter.zisser@hklaw.com | steven.perlstein@kobrekim.com |
| peter@bankrupt.com | steven.wilamowsky@bingham.com |
| pfeldman@oshr.com | susheelkirpalani@quinnemanuel.com |
| phayden@mcguirewoods.com | tarbit@cftc.gov |
| pnichols@whitecase.com | tbrock@ssbb.com |
| prachmuth@reedsmith.com | tetsuhiro.toomata@shinseibank.com |
| pwright@dl.com | TGoren@mofo.com |
| r.stahl@stahlzelloe.com | timothy.white@mizuhocbus.com |
| ramona.neal@hp.com | tkarcher@dl.com |
| ranjit.mather@bnymellon.com | tkiriakos@mayerbrown.com |
| raymond.morison@bnymellon.com | tmacwright@whitecase.com |
| rdaversa@orrick.com | tnixon@gklaw.com |
| rdicanto@nabny.com | tslome@msek.com |
| rfleischer@pryorcashman.com | twatanabe@mofo.com |
| rgmason@wlrk.com | vdagostino@lowenstein.com |
| rhett.campbell@tklaw.com | wanda.goodloe@cbre.com |
| richard.lear@hklaw.com | wbenzija@halperinlaw.net |
| rjohnson2@co.arapahoe.co.us | wfoster@milbank.com |
| RLevin@cravath.com | wheuer@dl.com |
| RLGold1977@aol.com | wisotska@pepperlaw.com |
| rmunsch@munsch.com | wsilverm@oshr.com |
| rnies@wolffsamson.com | wsmith@bocusa.com |
| robert.bailey@bnymellon.com | wtaylor@mccarter.com |
| robert.dombroff@bingham.com | yasuhiko_imai@smbcgroup.com |
| robert.henoch@kobrekim.com | |
| robert.malone@dbr.com | |
| Robert.yalen@usdoj.gov | |
| roberts@pursuitpartners.com | |
| rolfnagel.dahl@dnbnor.no | |
| ronald.silverman@bingham.com | |

**EXHIBIT B**

08-13555-mg    Doc 784    Filed 10/10/08    Entered 10/10/08 09:57:17    Main Document
Pg 7 of 14

| TO: | FAX NUMBER: |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| ANDREW D VELEZ-RIVERA<br>OFFICE OF THE TRUSTEE | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |
| HUA NAN COMMERCIAL BANK LTD | 886-2-2331-6741 |

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KOREA |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JAPAN |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,  VIC 3000 AUSTRALIA |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,   105-0014 JAPAN |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HONG KONG |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JAPAN |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JAPAN |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,   104-0028 JAPAN |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JAPAN |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JAPAN |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TAIWAN |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SINGAPORE |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JAPAN |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 33**

| Claim Name | Address Information |
|---|---|
| 2 TRACK GLOBAL | 1270 BROADWAY, SUITE 208, NEW YORK, NY 10001 |
| ADITI TECHNOLOGIES PRIVATE LIMITED | 2002 156TH AVE NE, SUITE 200, BELLEVUE, WA 98007 |
| ADVANCED TECHNOLOGY SUPPORT | 10075 RED RUN BLVD., SUITE 550, OWINGS MILLS, MD 21117 |
| ALLO COMMUNICATIONS | 610 BROADWAY, IMPERIAL, NE 69033 |
| ANGELPOINTS, INC. | 30 LIBERTY SHIP WAY, SUITE 3150, SAUSALITO, CA 94965 |
| APCON | 9255 SW PIONEER COURT, WILSONVILLE, OR 97070 |
| APCON, INC. | 9255 SW PIONEER COURT, WILSONVILLE, OR 97070 |
| APPINTELLIGENCE INC | 17 RESEARCH PARK DRIVE, WELDON SPRING, MO 63304 |
| APPLABS INCORPORATED | 1601 MARKET STREET SUITE 801, PHILADELPHIA, PA 19103 |
| ASSENTIS TECHNOLOGIES, AG | LETTENSTRASSE 7, 6343 ROTKREUZ,    CH |
| ATEO | 200 S WACKER DR, SUITE 3100, CHICAGO, IL 60606 |
| ATEO CORP. | 200 S WACKER DR, SUITE 3100, CHICAGO, IL 60606 |
| ATEO LTD | 200 S WACKER DR, SUITE 3100, CHICAGO, IL 60606 |
| ATLANTIC INFORMATION SERVICES | ATTN: DAVID ROMEO,68 LOMBARD STREET, LONDON,   EC3V 9LJ GB |
| ATLANTIC INFORMATION SERVICES LLC | ATTN: SCOTT TURLEY,83 WOOSTER HEIGHTS ROAD, DANBURY, CT 06810 |
| BURNETT GROUP | 1133 BROADWAY,SUITE 1615, NEW YORK, NY 10010 |
| CELOXICA, INC. | 1133 BROADWAY SUITE 706, NEW YORK, NY 10010 |
| CIENA COMMUNICATIONS, INC. | 1201 WINTERSON ROAD, LINTHICUM, MD 21090 |
| COLLABNET, INC | 8000 MARINA BLVD, SUITE 600, BRISBANE, CA 94005-1865 |
| COLLABNET, INC. | ATTN: COLLABNET, INC.,8000 MARINA BOULVEARD, SUIT, 600,BRISBANE, CA 94005-1865 |
| COLUMN TECHNOLOGIES INC | 1400 OPUS PLACE SUITE 110, DOWNERS GROVE, IL 60515 |
| COMMSCOPE | 1100 COMMSCOPE PLACE SE, HICKORY, NC 28602 |
| DATA KINETICS LTD | 2460 LANCASTER ROAD, OTTAWA, ON K1B 4S5 CA |
| DAVIS AUDIO VISUAL | 2100 CLAY ST., DENVER, CO 80211 |
| DAVIS AUDIO VISUAL | ATTN: JUSTIN SWARTZ,2100 CLAY ST., DENVER, CO 80211 |
| DIRECTLINK TECHNOLOGIES, CORP | 2561 BERNVILLE ROAD, READING, PA 19612 |
| DMD SYSTEMS RECOVERY INC. | 1315 E. GIBSON LANE, BUILDING E, PHOENIX, AZ 85034 |
| DSI TECHNOLOGY ESCROW SERVICES | ATTN: CONTRACT ADMINISTRATION,CONTRACT ADMINISTRATION,9265 SKY PARK COURT, SUITE 202, SAN DIEGO, CA 92123 |
| E4E BUSINESS SOLUTIONS | 109 KORAMANGALA INDUSTRIAL LAYOUT,4TH CROSS 5TH BLOCK -,KORAMANGALA, BANGALORE,   560-095 IN |
| ENVIRONMENTAL SYSTEMS RESEARCH | 380 NEW YORK STREET, REDLANDS, CA 92373 |
| ENVIRONMENTAL SYSTEMS RESEARCH INSTITUTE | 380 NEW YORK STREET, REDLANDS, CA 92373 |
| ESSENTIAL TRADING SYSTEMS CORP | 21 SEQUIN DRIVE, GLASTONBURY, CT 06033 |
| EVOLUTION CONSULTING GROUP PLC | P.O. BOX 4848, SILVER SPRING, MD 20914 |
| EXZAC LLC | ATTN: ALON EVEN-CHEN,591 SUMMIT AVE, SUITE 410, JERSEY CITY, NJ 07306 |
| FATWIRE CORPORATION | 3330 OLD COUNTRY ROAD, SUITE 207, MINEOLA, NY 11501 |
| FIDELITY INFORMATION SERVICES | 601 RIVERSIDE AVE, JACKSONVILLE, FL 32204 |
| FIDELITY NATIONAL INFORMATION SERVICES | ATTN: MARSHA CURRIE,ONE F.N.B. BOULEVARD, HERMITAGE, PA 16148 |
| FIDELITY-INFORMATION SERVICES | ONE F.N.B. BOULEVARD, HERMITAGE, PA 16148 |
| FINANCIAL ENGINEERING ASSOCIATES, INC | 2100 MILVIA ST., BERKELEY, CA 94704-1113 |
| FUJITSU | 4-1-1 KAMIKODANAKA,KAWASAKI, KANAGAWA,    JP |
| GALATEA ASSOCIATES, LLC | 20 HOLLAND ST. SUITE 405, SOMERVILLE, MA 02144 |
| GLOBAL RESEARCH DISTRIBUTION | 128 WEST 26TH STREET, NEW YORK, NY 10001 |
| GREYWARE AUTOMATION PRODUCTS | 3300 BIG HORN TRAIL, PLANO, TX 75075 |
| GROUP 1 SOFTWARE | 4200 PARLIAMENT PLACE SUITE 600, LANHAM, MD 20706 |
| IESMARTSYSTEMS, LLC | 15200 E. HARDY STREET, HOUSTON, TX 77032 |
| INCIPIENT, INC. | 230 3RD AVE, WALTHAM, MA 02451 |
| INFOHRM GROUP INC | 1023 15TH ST NW, LEVEL 9, WASHINGTON, DC 20005 |

| Claim Name | Address Information |
|---|---|
| INFOSOL, INC. | 1831W. ROSE GARDEN LANE, SUITE 8, PHOENIX, AZ 85029 |
| INNOVATION DATA PROCESSING INC | 275 PATERSON AVENUE, LITTLE FALLS, NJ 07424 |
| INOVA SOLUTIONS, INC | ATTN: LEHMAN BROTHERS INC.,110 AVON STREET, CHARLOTTESVILLE, VA 22902 |
| INSTANT INFOSYSTEMS | 20000 MARINER AVE., STE 250, TORRANCE, CA 90503 |
| INSTITUTIONAL INVESTOR | ATTN: LEHMAN BROTHERS HOLDINGS INC.,225 PARK AVENUE SOUTH, NEW YORK, NY 10003 |
| INTERNET SECURITY SYSTEMS INC | ATTN: LEHMAN BROTHERS INC.,600 PEACHTREE DUNWOODY ROAD NE,300 EMBASSY ROW, SUITE 500, ATLANTA, GA 30328 |
| INTERNET SECURITY SYSTEMS, INC. | ATTN: JON VER STEEG,600 PEACHTREE DUNWOODY ROAD NE,300 EMBASSY ROW, SUITE 500, ATLANTA, GA 30328 |
| ITECH US, INC. | 20 KIMBALL AVE.. SUITE: 303N, S. BURLINGTON, VT 05403 |
| IVAR JACOBSON CONSULTING, LLC | 36 ALEXANDAR STREET, ALEXANDRIA, VA 22314 |
| IXIA | IXIA WORLDWIDE ,26601 WEST AGOURA ROAD, CALABASAS, CA 91302 |
| JADELIQUID | ATTN: ANTHONY SCOTNEY,301 SANDY BAY ROAD, TASMANIA,  7005 AU |
| JCB PARTNERS | 1050 17TH STREET, SUITE 1710, DENVER, CO 80265 |
| KELLY, LEGAN & GERARD, INC. | ATTN: GENERAL COUNCIL,104 FIFTH AVE, 19TH FLOOR, NEW YORK, NY 10011 |
| KEYNOTE SYSTEMS, INC. | ATTN: GENA MARRS,777 MARINERS ISLAND BLVD., SAN MATEO, CA 94404 |
| KLD RESEARCH AND ANALYTICS INC | 250 SUMMER STREET, 4TH FLOOR, BOSTON, MA 02110 |
| LAB ESCAPE, INC. | ATTN: LAB ESCAPE, INC.,1465 SAND HILL ROAD, SUITE 2052, CANDLER, NC 28715 |
| LATENTZERO INC | 160 FEDERAL STREET, BOSTON, MA 02110 |
| LEVI, RAY & SHOUP, INC. | ATTN: LEVI, RAY & SHOUP INC.,2401 WEST MONROE STREET, SPRINGFIELD, IL 62704 |
| LONGVIEW OF AMERICA | ATTN: LONGVIEW OF AMERICA,161 WASHINGTON STREET,SUITE 750, CONSHOHOCKEN, PA 19428 |
| M.A. PARTNERS, LLC | ATTN: OPERATIONS DEPARTMENT,330 MADISON AVENUE, 9TH FLOOR, NEW YORK, NY 10017 |
| MAINSTAR SOFTWARE CORPORATION | PO BOX 4132, BELLEVUE, WA 98009 |
| MDY ADVANCED TECHNOLOGIES INC | 21-00 ROUTE 208, SOUTH FAIR LAWN, NJ 07410 |
| MEGA INTERNATIONAL | ATTN: MEGA INTERNATIONAL,2 COMMERCIAL STREET,SHARON COMMERCE CENTER, SHARON, MA 02067 |
| MEGA INTERNATIONAL | 2 COMMERCIAL STREET,SHARON COMMERCE CENTER, SHARON, MA 02067 |
| MILLIMAN, INC. | ATTN: MELINDA WILSON,150 FIELD DRIVE, SUITE 180, LAKE FOREST, IL 60045 |
| MORSE GROUP LIMITED | MORSE GROUP LIMITED, 19,BEFORD SQUARE, LONDON,  WC1B 3HH GB |
| MULLER DATA CORPORATION | 22 CROSBY DRIVE, BEDFORD, MA 01730 |
| NANSCO INC. | ATTN: SCOTT KORNBLUTH AND NANSCO INC,3481 MANCHESTER ROAD, WANTAGH, NY 11793 |
| NATIONAL SOFTWARE ESCROW AGREEMENT | NATIONAL SOFTWARE ESCROW INC,7005 MILL ROAD, BRECKSVILLE, OH 44141 |
| NCR CORPORATION | NCR CORPORATION, 1700,S PATTERSON BLVD, DAYTON, OH 45479 |
| NEOSCAPE, INC. | NEOSCAPE INC,330 CONGRESS STREET, BOSTON, MA 02210 |
| NESS GLOBAL SERVICE, INC. | NESS GLOBAL SERVICES, INC,US CORPORATION,160 TECHNOLOGY DRIVE, CANONSBURG, PA 15317 |
| NETEFFECT INC. | NETEFFECT INC,9211 WATERFORD CENTER BLVD, AUSTIN, TX 78758 |
| NEW GENERATIONS SOFTWARE | NEW GENERATION SOFTWARE INC,3835 NORTH FREEWAY BLVD,SUITE 200, SACREMENTO, CA 95834 |
| NEXTEL COMMUNICATIONS | 6200 SPRINT PKWY, OVERLAND PARK, KS 66251 |
| NSE.IT LIMITED | NATIONAL STOCK EXCHANGE OF INDIA LTD., MUMBAI,  400 051 IN |
| OPEX CORPORATION | 305 COMMERCE DR., MOORESTOWN, NJ 08057-4234 |
| PCS | 8682 BEACH BLVD STE 101B, BUENA PARK, CA 90620 |
| PEBBLE BEACH RESORTS | ATTN: ANN MCAULIFFE, DIRECTOR OF SALES,C/O THE INN AT SPANISH BAY,2700 17 MILE DRIVE, PEBBLE BEACH, CA 93953 |
| PHI SOFTWARE INC. | ATTN: NICHOLAS ANTZOULIS,138 LOOKOUT ROAD, MOUNTAIN LAKES, NJ 07046 |
| PORTFOLIO ANALYTICS INC. | 1802 STATE ROUTE 31, UNIT 368, CLINTON, NJ 08809 |
| PREMIER PARTNERS INC | 48 WOODPORT ROAD, SECOND FLOOR, SPARTA, NJ 07871 |
| PRENAX INC | 10 FERRY STREET, SUITE 429, CONCORD, NH 03301 |

| Claim Name | Address Information |
|---|---|
| PRENAX UK LTD | PRENAX LTD., 12 OVAL ROAD, LONDON,  NW1 7DH GB |
| PRIMEON INC* | 18 COMMERCE WAY, WOBURN, MA 01801 |
| PROFESSIONAL COMPUTER SERVICES | 27 22ND ST E, DICKINSON, ND 58601 |
| PSI DATA SYSTEMS LIMITED | SUNNINGDALE EMBASSY GOLF,LINKS BUSINESS PARK,INTERMEDIATE RING ROAD, BANGALORE,  560 071 IN |
| PYXIS MOBILE, INC. | 1601 TRAPELO ROAD, WALTHAM, MA 02451 |
| Q2 STRATEGIES, LLC | ATTN: Q2 STRATEGIES, LLC,500 W 56TH ST SUITE 1113, NEW YORK, NY 10019 |
| RATIONAL CONSULTING | 807 DAVIS STREET, UNIT 503, EVANSTON, IL 60201 |
| RCG INFORMATON TECHNOLOGY, INC | 55 BROAD STREET, NEW YORK, NY 10004 |
| RESONATE INC | ATTN: GENERAL COUNSEL,385 MOFFEN PARK DRIVE, SUNNYVALE, CA 94089 |
| RIDGE TECHNOLOGIES | 14 AQUARIUM DRIVE, SECAUCUS, NJ 07094 |
| RIDGE TECHNOLOGIES | 1111 SECAUCUS RD, SECAUCUS, NJ 07094 |
| ROBERT DERECTOR ASSOCIATES | 19 WEST 44TH ST, 10TH FLOOR, NEW YORK, NY 10036 |
| SAGE SOFTWARE, INC | 15195 NW GREENBRIER PARKWAY, BEAVERTON, OR 97006 |
| SAGE SOFTWARE, INC. | ATTN: SAGE SOFTWARE, INC.,8800 NORTH GAINEY CENTER DR, SCOTTSDALE, AZ 85258 |
| SCIENTIFIC COMPUTING ASSOC INC | ONE CENTURY TOWER, NEW HAVEN, CT 06510 |
| SELECT MINDS | 149 5TH AVE 6TH FLOOR, NEW YORK, NY 10010 |
| SELECT MINDS | 149 5TH AVE 6TH FLOOR,149 5TH AVE 6TH FLOOR, NEW YORK, NY 10010 |
| SGP INTERNATIONAL, INC. | 16 EAST 40TH ST, NEW YORK, NY 10016 |
| SHERPA SOFTWARE PARTNERS | SHERPA SOFTWARE OARTNERS LP,1300 OLD POND ROAD, BRIDGEVILLE, PA 15017 |
| STATPRO, INC. | 255 MAGDALEN ROAD, EARLSFIELD LONDON,  SW18 3PA GB |
| STEALTHBITS TECHNOLOGIES, INC. | 55 HARRISTOWN ROAD, GLEN ROCK, NJ 07452 |
| STERLING COMMERCE INC. | 4600 LAKEHURST COURT, DUBLIN, OH 43016-2000 |
| STORAGE TECHNOLOGY CORP | ONE STORAGETEK DRIVE, LOUISVILLE, CO 80028-4309 |
| STORAGE TECHNOLOGY CORP | ATTN: JOHN L. BACKUST,ONE STORAGETEK DRIVE, LOUISVILLE, CO 80028-4309 |
| STRATEGIC SYSTEMS SOLUTIONS LTD | 10TH FLOOR SILKHOUSE COURT,7-17 TITHEBARN STREET, LIVERPOOL,  L2 2LZ GB |
| STRATEGIC SYSTEMS SOLUTIONS, INC. | 113 ROCK ROAD, HORSHAM, PA 19044 |
| STUDIO 1440 | 762 BROOKSHADE PARKWAY, ALPHARETTA, GA 30004 |
| SYNCSORT INC. | ATTN: CONTRACTS ADMINISTRATION DEPT,50 TICE BOULEVARD, WOODCLIFF, NJ 07677 |
| SYSTEMS MANAGEMENT INTERNATIONAL | ATTN: STEVE DOSSETT,BALTIC HOUSE KINGSTON CRESCENT, PORTSMOUTH HANTS,  PO2 8QL GB |
| SYSTEMS MANAGEMENT INTERNATIONAL LLC | ATTN: STEVE DOSSETT,BALTIC HOUSE KINGSTON CRESCENT, PORTSMOUTH HANTS,  PO2 8QL GB |
| T ZERO PROCESSING SERVICES, LLC | ATTN: JENNIFER COLLET,875 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10022 |
| T ZERO PROCESSING SERVICES, LLC | ATTN: CLIVE DE RUIG,875 THIRD AVENUE, 29TH FLOOR, NEW YORK, NY 10022 |
| TABULA ROSA SYSTEMS* | ATTN: PAUL J BABICKI,17 CEDAR LANE, TITUSVILLE, NJ 08560 |
| TALKPOINT COMMUNICATIONS | ATTN: BRIAN LEHON,100 WILLIAM ST, 9TH FL, NEW YORK, NY 10038 |
| TALKPOINT COMMUNICATIONS | 100 WILLIAM ST, 9TH FL, NEW YORK, NY 10038 |
| TECHNO-COMP INC. | ONE EXECUTIVE DRIVE, SUITE 250, SOMERSET, NJ 08873 |
| TELEKURS (UK) LTD | 15 APPOLD STREET, LONDON,  EC2A 2NE GB |
| TELMEX USA, LLC | 3350 SW 148 AVENUE, MIRAMAR, FL 33027 |
| TERMA SOFTWARE | 4430 ARAPAHOE AVENUE, SUITE 120, BOULDER, CO 80303 |
| TRADE SETTLEMENT INC. | 27 WEST 24TH STREET, SUITE 405, NEW YORK, NY 10010 |
| TRAIANA INC | 51 EAST 42ND ST., 10TH FLOOR, NEW YORK, NY 10017 |
| TRANSACTION NETWORK SERVICES | 11480 COMMERCE PARK DRIVE,SUITE 600, RESTON, VA 20191 |
| TRANSACTION NETWORK SERVICES LTD | 11480 COMMERCE PARK DRIVE,SUITE 600, RESTON, VA 20191 |
| TREEHOUSE SOFTWARE INC | 400 BROAD STREET, SEWICKLEY, PA 15143 |
| TRI-STAR DESIGN, INC. | 34 HAYDEN ROWE ST, SUITE 176, HOPKINTON, MA 01748 |
| TRIPLE CREEK ASSOCIATES, INC | 7730 E. BELLEVIEW AVE.,SUITE 200A, GREENWOOD VILLAGE, CO 80111 |
| TUFIN SOFTWARE | 5 JABOTINSKY STREET, RAMAT GAN,  52520 IL |

| Claim Name | Address Information |
|---|---|
| UBS SECURITIES LLC* | ATTN: CORPORATE LEGAL, UBS,100 LIVERPOOL STREET, LONDON,   EC2M 2RH GB |
| UNIFORM INFORMATION SERVICES | 1250 ROUTE 28, BRANCHBURG, NJ 08876 |
| UNIMAX SYSTEMS CORPORATION | 430 FIRST AVE N., SUITE 790, MINNEAPOLIS, MN 55401 |
| UTC ASSOCIATES, INC | 82 WALL ST, SUITE 7901-702, NEW YORK, NY 10005 |
| VALTERA CORPORATION | 1701 GOLF ROAD, 2-1100, ROLLING MEADOWS, IL 60008 |
| VALUEMOMENTUM, INC. | 3001 HADLEY ROAD, UNIT 8, SOUTH PLAINFIELD, NJ 07080 |
| VERICEPT | 555 SEVENTEENTH STREET,SUITE 1500, DENVER, CO 80202-3913 |
| VERREX | 1130 ROUTE 22 WEST, MOUNTAINSIDE, NJ 07092 |
| VIGNETTE EUROPE LIMITED | 1301 SOUTH  MOPAC EXPRESSWAY, AUSTIN, TX 78746 |
| WARDS COMMUNICATIONS | ATTN: LISA WILLIAMSON,300 TOWN CENTER, SUITE 275C, SOUTHFIELD, MI 48075 |
| WASHINGTON SPEAKERS BUREAU | ATTN: HARRY RHOADS,1663 PRINCE STREET, ALEXANDRIA, VA 22314 |
| WATCHFIRE, INC. | ATTN: SATHIT CHAINAM,IBM- PO BOX 643600, PITTSBURGH, PA 15264-3600 |
| WCN | LEVEL ONE WEST WOODMAN WORKS,THE CRESCENT, LONDON,   SW19 8DR GB |
| WORKSHARE | 208 UTAH STREET, SAN FRANCISCO, CA 94103 |
| WQ HONG KONG LTD* | UNIT C-E,19/F TSUEN WAN INTERNATIONAL CENTRE, TSUEN WAN,    HK |
| XANGATI * | 10121 MILLER AVENUE,SUITE 100, CUPERTINO, CA 95014 |
| XPEDITE SYSTEMS INC. | ONE INDUSTRIAL WAY WEST, EATONTOWN, NJ 07724 |
| ZUM, LLC | 107 W 86TH ST. 4H, NEW YORK, NY 10024 |

**Total Creditor Count 155**