UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:  MAINZER MINTON CO., INC.

                Debtor.

Case No.: 06-B-101207 (BRL)

Chapter: 7

-----------------------------------------------------------x

JOHN S. PEREIRA, AS CHAPTER 7
TRUSTEE OF MAINZER MINTON CO., INC.,

                Plaintiff,

CHRYSTAL SPRINGS PRINTWORKS, INC.

                Defendant.

Adversary Proceedings
No.: 07-2042

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Wade K. Cannon, a member in good standing of the bar in the State of Tennessee and, if applicable, the bar of the U.S. District Court for the Eastern District of Tennessee, request admission, *pro hac vice*, before the Honorable Burton R. Lifland, to represent Crystal Springs Printworks, Inc., a Defendant in the above referenced ☐case ☐ adversary proceeding.

Mailing address: 320 McCallie Avenue, Chattanooga, Tennessee 37402

E-mail address: wcannon@gplce.com;  telephone number (423) 756-5171

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Executed at Chattanooga, TN on October 8, 2008

                                                                         (Wade K. Cannon)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been served upon all parties of record or their counsel in this adversary cause, by placing the same in the U.S. Mail to the office of their counsel, as follows:

Jeffrey H. Schwartz<br>
Jones & Schwartz, P.C.<br>
One Old Country Road, Suite 384<br>
Carle Place, New York 11514

This 8th day of October, 2008.

GEARHISER, PETERS, LOCKABY,
CAVETT & ELLIOTT, PLLC

By: _____