UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                             Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                     Case No. 08-13555 (JMP)

                        Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF GARY P. HUNT

      UPON the motion of Gary P. Hunt dated October 4, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that Gary P. Hunt is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
       October 10, 2008

                                              *s/ James M. Peck*
                                              UNITED STATES BANKRUPTCY JUDGE