UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                  Case No. 08-13555 (JMP)

                              Debtor.

---------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF CHARLES H. FLEISCHER

UPON the motion of Charles H. Fleischer dated October 6, 2008, for admission *pro hac vice*

in this bankruptcy proceeding; it is hereby

**ORDERED**, that Charles H. Fleischer is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.

Dated:  New York, New York
        October 10, 2008

                              __s/ James M. Peck_____
                              UNITED STATES BANKRUPTCY JUDGE