UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                       Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,           Case No. 08-13555 (JMP)

                         Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF SARA B. EAGLE

UPON the motion of Sara B. Eagle dated October 8, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Sara B. Eagle is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         October 10, 2008

                                                      *s/ James M. Peck*
                                                   UNITED STATES BANKRUPTCY JUDGE