UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                  Case No. 08-13555 (JMP)

                    Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ROBERT L. HOLLADAY, JR.

UPON the motion of Robert L. Holladay, Jr. dated October 6, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Robert L. Holladay, Jr. is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       October 10, 2008

                                    s/ *James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE