UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                             Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                     Case No. 08-13555 (JMP)

                           Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MARK C. ELLENBERG

UPON the motion of Howard R. Hawkins, Jr. dated October 6, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Mark C. Ellenberg is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  New York, New York
        October 10, 2008

                                                  s/ *James M. Peck*
                                                  UNITED STATES BANKRUPTCY JUDGE