UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                      Case No. 08-13555 (JMP)

                        Debtor.

---------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF EUGENE J. CHIKOWSKI

UPON the motion of Eugene J. Chikowski dated October 7, 2008, for admission *pro hac vice*

in this bankruptcy proceeding; it is hereby

**ORDERED**, that Eugene J. Chikowski is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.


Dated:  New York, New York
        October 10, 2008

                                 s/ James M. Peck
                           UNITED STATES BANKRUPTCY JUDGE