# <u>EXHIBIT B</u>

(Wire Instructions)



Pg 2 of 2

To: Lehman
From Hotspot FXr, LLC
Stephanie Rowe
Date: 9/19/08
RE: Request for outbound wire
**Attn: Joyce Skidell**
**Fax:**

Please wire $409,979 from account # 27090011 at LBCC to:

UBS AG Stamford

SWIFT: UBSWUS33XXX

ABA: 026-007-993

Account Number: 101-WA-140007-000

Account Name: UBS AG, London Branch

Attn: Collateral

Please confirm with a fed reference number once completed.

Thank you.

Stephanie A. Rowe
201-356-1722 direct phone number

Hotspot FXr LLC 545 Washington Boulevard, Jersey City, New Jersey 07310 Telephone: +1 201 356 1774