# **EXHIBIT C**

(Letter)

DB1/62179846.2



Knight Capital Group, Inc.
545 Washington Boulevard
Jersey City, New Jersey 07310
Tel 201.222.9400
Fax 201.557.6853
Toll Free 800.544.7508
www.knight.com

Paul Wagenbach
Vice President,
Assistant General Counsel
Tel: (201) 386-2832
Fax: (201) 557-8044

September 26, 2008

*Via Electronic Mail Delivery and Federal Express Delivery*

Locke McMurray, Esq.
Barclays Capital
Managing Director
Capital Markets Contracts – Legal
1271 Sixth Avenue, 43 Floor
New York, NY 10020

Mr. Robert Fleschler
Barclays Capital
Global Foreign Exchange (f/k/a Lehman Brothers Commercial Corporation)
745 7th Avenue
New York, NY 10019

Re:    Lehman Brothers Commercial Corporation Account #27090011

Dear Messrs. McMurray and Fleschler:

As you know, Hotspot FXr LLC, a wholly-owned subsidiary of Knight Capital Group, Inc. ("Hotspot") has maintained Account #27090011 at Lehman Brothers Commercial Corporation ("LBCC") in conjunction with Hotspot's foreign exchange business.

On Friday, September 19, 2008, Hotspot directed LBCC to wire $409,979 USD from Account #27090011 to Hotspot's account at UBS AG ("UBS"). On Friday, September 19, 2008, LBCC debited $409,979 USD from Account #27090011; however, LBCC failed to wire such amount to UBS as directed by Hotspot. After repeated efforts by Hotspot, the $409,979 USD was finally credited back to Account #27090011 on Friday, September 26, 2008.

We again direct you to immediately wire funds in the amount of $409,979 USD from Account #27090011 to Hotspot's account at UBS. Below are Hotspot's UBS wire instructions:

UBS AG Stamford
SWIFT: UBSWUS33XXX
ABA: 026-007-993
Account Number: 101-WA-140007-000
Account Name: UBS AG, London Branch
Attn: Collateral

# Knight

Please confirm your receipt of and compliance with this direction. If you have any questions regarding the wire instructions, please contact Stephanie Rowe at 201-356-1722.

If you cannot comply with Hotspot's direction, please immediately inform us in writing of the authority upon which you are refusing to make our funds available.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Paul Wagenbach

cc: Barry Calder, Hotspot
Stephanie Rowe, Hotspot
Joyce Skidell, Barclays