## **EXHIBIT E**

(Outstanding Invoices)

**Invoice# LEHMAN0908-01**



**hot spot FX i**
INSTITUTIONAL FOREIGN EXCHANGE

# Hotspot Invoicing

**SEP, 2008**

Hotspot FX Inc.
C/O Knight Capital
545 Washington Blvd
Jersey City
NJ, 07310
Reference: Trade Flow
Attn: Beth White, 2nd Floor

Fed Fund Wire Instructions

JP Morgan Chase
ABA - 021000021
Account name - Hotspot FXi, Inc.
Acct: 066714397

| INVOICE ID | COMPANY NAME | CLIENT ID | MTD SHARES | MTD BROKERAGE |
|---|---|---|---|---|
| LEHMAN | LEHMAN | LEHMANT | 2,548,182,278.2 | 12,740.91 |
| | LEHMAN | LEHMANT2 | 781,042,189.13 | 3,905.21 |
| LEHMAN | | | 3,329,224,467.33 | 16,646.12 |

**Invoice# LEHMAN0808-01**



# Hotspot Invoicing

## AUG, 2008

Hotspot FX Inc.
C/O Knight Capital
545 Washington Blvd.
Jersey City
NJ, 07310
Reference: Trade Flow
Attn: Beth White, 2nd Floor

Fed Fund Wire Instructions

JP Morgan Chase
ABA - 021000021
Account name - Hotspot FXi, Inc.
Acct: 066714397

| INVOICE ID | COMPANY NAME | CLIENT ID | MTD SHARES | MTD BROKERAGE |
|---|---|---|---|---|
| LEHMAN | LEHMAN | LEHMANT | 15,852,683,129.85 | 63,410.73 |
| | LEHMAN | LEHMANT2 | 1,924,080,764.27 | 7,696.32 |
| LEHMAN | | | 17,776,763,894.12 | 71,107.05 |