**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                          :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (JMP)
                                                                :
                    Debtors.                                 :    (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

On October 10, 2008, I certify that I caused a true and correct copy of the foregoing *Objection of Hotspot to Debtors' Proposed Cure Amount in Connection with Assumption and Assignment of Executory Contracts* to be served by Federal Express mail service, to the parties identified below:

<u>Attorneys for the Debtors</u>
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife, Esq.
Attn: Shai Y. Waisman, Esq.

<u>Attorneys for the SIPC Trustee</u>
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffrey S. Margolin, Esq.

<u>Attorneys for the Purchaser</u>
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq.
Attn: Lisa M. Schweitzer, Esq.

                                                            s/ Oksana Lashko
                                                            Oksana Lashko

DB1/62179846.2