**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Harvey R. Miller, Esq.

**Attorneys for Debtors and
Debtors in Possession**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------x
**SECURITIES INVESTOR PROTECTION** :
**CORPORATION** :
Plaintiff :
: Adversary Proceeding No.
:
v. : 08-01419(JMP)
: 08-01420 (JMP)
**LEHMAN BROTHERS INC.,** :
:
Debtor. :
:
---------------------------------------------------------------x

**LEHMAN BROTHERS HOLDINGS INC.** *ET AL.***'S AMENDED STATEMENT
OF ISSUES PRESENTED ON APPEAL AND COUNTERDESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL
IN CONNECTION WITH THE APPEAL OF BAY HARBOUR
MANAGEMENT L.C., BAY HARBOUR MASTER LTD.** *ET AL.*
**FROM ORDERS OF BANKRUPTCY COURT ENTERED SEPTEMBER 20, 2008**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure,

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated chapter 11 debtors

(collectively, the "Debtors"), submit the following statement of issues presented on

appeal and counterdesignation of additional items to be included in the record in connection with the appeal of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks (collectively, "Bay Harbour" or "Appellants") from the following orders of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (James M. Peck, B.J.), entered on September 20, 2008: (i) Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, entered in the chapter 11 cases of the Debtors; and (ii) Order Approving, and Incorporating by Reference for the Purposes of [the SIPA] Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding, entered in the Securities Investor Protection Act proceeding against Lehman Brothers Inc. (the "SIPA Proceeding") (together, the "Orders").[1]

### STATEMENT OF ISSUES ON APPEAL

1.     In the face of uncontroverted evidence of intensive, aggressive, arm's-length negotiations of the sale transaction by LBHI to Barclays Capital Inc. ("Barclays"), did the Bankruptcy Court commit a plain error of law or an abuse of discretion in specifically finding that the sale was made in good faith by Barclays and LBHI?

---

[1] The Debtors reserve the right to amend this counterdesignation of additional items to be included in the record on appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

2.	Is the appeal from the Orders moot by reason of (a) Appellants' failure to seek and obtain a stay of execution of the Orders and (b) the consummation of the sale to Barclays?

**COUNTERDESIGNATION OF RECORD**

**Case No. 08-13555 (JMP (Chapter 11 Cases)**

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 1 | 9/15/2008 | 1 | Voluntary Petition (Chapter 11). Order for Relief Entered |
| 2 | 9/15/2008 | 2 | Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications |
| 3 | 9/15/2008 | 3 | Debtor's Motion, Pursuant to Section 105 of the Bankruptcy Code, for an Order Enforcing the Protections of Section 362 of the Bankruptcy Code |
| 4 | 9/15/2008 | 4 | Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007-3 |
| 5 | 9/15/2008 | 5 | Debtor's Motion Pursuant to Bankruptcy Rules 1007(c) and 2002(d) (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders |
| 6 | 9/15/2008 | 6 | Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Local Bankruptcy Rule 1007-2(d) for Waiver of the Requirements of Local Bankruptcy Rule 1007-2(b) |
| 7 | 9/15/2008 | 7 | Debtor's Motion Pursuant to Section 105(a), 342(a), and 521(a)(1) of the Bankruptcy Code, Bankruptcy Rules 1007(a) and 2002(a), (f), and (l), and Local Bankruptcy Rule 1007-1 for (i) a Waiver of the Requirements to File a List of Creditors and (ii) Approval of the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case |
| 8 | 9/15/2008 | 15 | Amended Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
|  |  |  | and Local Rule of Bankruptcy Procedure 1007-3 |
| 9 | 9/16/2008 | 23 | Notice of Commencement of Chapter 11 Case and First Day Motions |
| 10 | 9/16/2008 | 29 | Motion of Lehman Brothers Holdings Inc. for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Clearing Advances |
| 11 | 9/16/2008 | 30 | Notice of Adjournment of Hearing on First Day Motions |
| 12 | 9/16/2008 | 31 | Statement of JPMorgan Chase Bank, N.A. in Support of Motion of Lehman Brothers Holdings Inc. for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Clearing Advances |
| 13 | 9/16/2008 | 47 | Order Confirming Status of Clearing Advances |
| 14 | 9/16/2008 | 48 | Order Enforcing the Protections of Section 362 of the Bankruptcy Code |
| 15 | 9/16/2008 | 49 | Order Extending the Time to Comply with the Requirements of Local Bankruptcy Rule 1007-2(a) and 1007-2(b) |
| 16 | 9/16/2008 | 52 | Order Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 |
| 17 | 9/16/2008 | 53 | Order Waiving of the Requirements to File a List of Creditors and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case |
| 18 | 9/17/2008 | 56 | Debtor's Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases |
| 19 | 9/17/2008 | 57 | Motion Pursuant to Section 105(a) of the Bankruptcy Code for an Order Directing that Certain Orders in the Chapter 11 Case of Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC |
| 20 | 9/17/2008 | 58 | Notice of Hearing to be held on 9/17/2008 at 11:00 a.m. |
| 21 | 9/17/2008 | 59 | Debtor's Motion for Order: (i) Authorizing the Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of the |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| | | | Bankruptcy Code, and (iii) Scheduling Final Hearing |
| 22 | 9/17/2008 | 61 | Notice of Agenda of Matters Scheduled for Hearing on September 17, 2008 |
| 23 | 9/17/2008 | 62 | Appointment of Official Creditors' Committee |
| 24 | 9/17/2008 | 65 | Notice of Adjournment of Hearing to be held on 9/17/2008 at 4:00 p.m. |
| 25 | 9/17/2008 | 79 | Affidavit of Service of Herb Baer of Epiq Bankruptcy Solutions, LLC |
| 26 | 9/17/2008 | 80 | Affidavit of Service of Bridget Gallerie of Epiq Bankruptcy Solutions, LLC |
| 27 | 9/17/2008 | 86 | Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC) |
| 28 | 9/17/2008 | 87 | Order Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC |
| 29 | 9/17/2008 | 88 | Order (I) Approving the Break-Up Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date in Connection with the Sale of Certain of the Debtors' Assets |
| 30 | 9/17/2008 | 89 | Interim Order (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Claims to Postpetition Lenders and (III) Scheduling a Final Hearing to be Held on 10/2/2008 |
| 31 | 9/17/2008 | 91 | Transcript of Hearing Held on 9/16/08 |
| 32 | 9/18/2008 | 107 | Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser |
| 33 | 9/18/2008 | 109 | Motion of Debtors for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Citibank Clearing Advances |
| 34 | 9/18/2008 | 110 | Statement of Citigroup Inc. in Support of Motion of Debtors for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Citibank Clearing Advances |
| 35 | 9/19/2008 | 201 | Copy of Certified Order Transferring Case No. 08CV8119 [the SIPA Proceeding] from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 36 | 9/19/2008 | 203 | Complaint against Lehman Brothers Inc.; Order signed by United States District Court Judge Gerard E. Lynch [in the SIPA Proceeding] |
| 37 | 9/19/2008 | 205 | Notice of Agenda of Matters Scheduled for Hearing on September 19, 2008 at 4:00 p.m. |
| 38 | 9/19/2008 | 237 | Affidavit of Service of Herb Baer of Epiq Bankruptcy Solutions, LLC |
| 39 | 9/19/2008 | 239 | Affidavit of Service of Robert Saraceni of Epiq Bankruptcy Solutions, LLC |
| 40 | 9/19/2008 | 242 | Affidavit of Service of Regina Amporfro of Epiq Bankruptcy Solutions, LLC |
| 41 | 9/22/2008 | 280 | Notice of Filing of Purchase Agreement Approved by Order Under 11 U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (a) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (b) Assumption and Assignment of Executory Contracts and Unexpired Leases[2] |
| 42 | 9/22/2008 | 284 | Order Confirming Status of Citibank Clearing Advances |
| 43 | 9/23/2008 | 298 | Notice of Final Hearing (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (ii) Granting Liens and Superiority Claims to Postpetition Lenders Pursuant to Section 364 of the Bankruptcy Code |
| 44 | 9/23/2008 | 318 | Transcript of Hearing Held on 9/19/2008[3] [to Approve Sale] |
| 45 | 9/22/2008 | 352 | Transcript of Hearing Held on September 17, 2008[4] [to Approve Sale Procedures] |
| 46 | 9/26/2008 | 376 | Debtors' Motion Pursuant to Sections 105, 365, and |

---

[2] While Appellants' Designation of Record, dated October 1, 2008 (the "Designation of Record"), lists Docket No. 280, it does so only with respect to the Asset Purchase Agreement and the First Amendment to the Asset Purchase Agreement, which are Exhibits A and B to the Notice. It does not list Exhibit C, which is the Executed Clarification Letter.

[3] Appellants' Designation of Record erroneously describes Docket No. 318 as "Transcript of Proceeding before the Bankruptcy Court on September 17, 2008."

[4] Appellants' Designation of Record erroneously describes Docket No. 352 as "Transcript of Proceeding before the Bankruptcy Court on September 19-20, 2008."

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| | | | 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 47 | 9/26/2008 | 378 | Declaration of Shai Y. Waisman in Support of Order to Show Cause Scheduling a Hearing to Consider Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 48 | 9/26/2008 | 380 | Order to Show Cause Fixing Hearing Date to Consider the Motion Filed by the Debtors to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 49 | 9/26/2008 | 388 | Joinder [of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.] in Debtors Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 50 | 9/29/2008 | 392 | Notice of Adjournment of Final Hearing (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of the Bankruptcy Code |
| 51 | 9/29/2008 | 430 | Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing [the Filing] Under Seal [of] Certain Schedules to the Asset Purchase Agreement, dated September 29, 2008 |
| 52 | 10/01/2008 | 504 | Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser [Barclays Capital Inc.] |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 53 | 10/02/2008 | 564 | Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser [Barclays Capital Inc.] |
| 54 | 10/03/2008 | 568 | Notice of Presentment of Order Authorizing the Debtors and Barclays Capital Inc. to File Under Seal Certain Schedules to the Purchase Agreement |
| 55 | 10/03/2008 | 628 | Order Granting the Debtors' Motion to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 56 | 9/15/2008-10/10/2008 | N/A | Docket for *Lehman Brothers Holdings Inc., et al.*, Ch. 11 Case No. 08-13555 (JMP) |

## Case No. 08-01419 (JMP) (SIPA Proceeding)

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 57 | 9/19/2008 | 1 | Copy of Certified Order Transferring Case No. 08CV8119 from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. |
| 58 | 9/20/2008 | 5 | Affidavit of Service filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. |
| 59 | 10/01/2008 | 6 | Order Directing the Closing of this Adversary Proceeding |

## Case No. 08-01420 (JMP) (SIPA Proceeding)

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 60 | 9/19/2008 | 1 | Order [in SIPA Proceeding] Commencing Liquidation by United States District Court Judge, Gerard E. Lynch |
| 61 | 9/20/2008 | 4 | Affidavit of Service filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. |
| 62 | 9/25/2008 | 9 | Notice of Presentment of Stipulation filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc. |
| 63 | 9/25/2008 | 16 | Amended Notice of Presentment of Stipulation and Order in Connection with the Assumption and Assignment of Financial Services Agreements |
| 64 | 9/29/2008 | 28 | Trustee's Motion to Adopt and Incorporate by Reference an Order Establishing Procedures for Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Estate Property and Abandonment of Related Personal Property, as Entered in the Chapter 11 Proceedings |
| 65 | 9/29/2008 | 30 | Order to Show Cause Fixing a Hearing Date to Consider the Motion filed by the Trustee to Adopt and Incorporate by Reference an Order Establishing Procedures for Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Estate Property and Abandonment of Related Personal Property, as Entered in the Chapter 11 Proceedings |
| 66 | 9/29/2008 | 33 | So Ordered Stipulation and Order in Connection |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| | | | with the Assumption and Assignment of Financial Services Agreements |
| 67 | 10/01/2008 | 44 | Order Directing the Closing of Duplicate Adversary Proceeding No. 08-1419 |
| 68 | 10/01/2008 | 47 | Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser |
| 69 | 10/02/2008 | 51 | Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser |
| 70 | 9/19/2008-10/10/2008 | N/A | Docket for *Securities Investor Protection Corporation v. Lehman Brothers Inc.*, Case No. 08-01420 (JMP) |

Dated:  New York, New York
October 10, 2008

/s/ Harvey R. Miller
Harvey R. Miller
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

Attorneys for Debtors and
Debtors in Possession