UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| In re: | ) Chapter 11 |
|   | ) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) Case No. 08-13555 (JMP) |
|   | ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thomas R. Slome, hereby certify that on this 10th day of October 2008, I caused a true and correct copy of the *Supplemental Objection of Dresdner Kleinwort Group Holdings LLC to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Barclays Capital, Inc.* to be sent via first-class mail, postage prepaid, to the parties listed below.

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY  10004
Attn:   Chambers of Hon. James M. Peek


Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn:   Andrew D. Velez-Rivera, Esq.
        Paul K. Schwartzberg, Esq.
        Brian S. Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.
*Counsel For U.S. Trustee*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn:   Richard P. Krasnow, Esq.
          Lori R. Fife, Esq.
          Shai Waisman, Esq.
          Jacqueline Marcus, Esq.
*Counsel For Debtors*


Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
Attn:   James B. Kobak, Jr.
          Christopher K. Kiplok, Esq.
          Jeffrey S. Margolin, Esq.
*Counsel For James W. Giddens,*
  *as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*


Cleary, Gottlieb, Steen and Hamilton LLP
One Liberty Plaza
New York, NY  10006
Attn:   Lindsee Granfield, Esq.
          Lisa Schweitzer, Esq.
*Counsel for Barclays Capital, Inc.*


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
Attn:   Dennis F. Dunne, Esq.
          Dennis O'Donnell, Esq.
          Evan Fleck, Esq.
*Counsel for the Official Committee of Unsecured Creditors*


                                        */s/ Thomas R. Slome*
                                        Thomas R. Slome (TS-0957)

686096