Timothy W. Brink (TB 4178)
Matthew T. Klepper (MK 5479)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone:  (312) 368-6802
Facsimile:  (312) 251-2170

*Attorneys for River Capital Advisors, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | : | Case No. 08-13888 (JMP) |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 9010(b) and 11 U.S.C. §

1109(b), the undersigned hereby appears in the above-captioned chapter 11 cases (the "Chapter

11 Cases") as counsel for River Capital Advisors, Inc. ("River Capital"), a party in interest in

this proceeding, and, pursuant to Fed. R. Bankr. P. 2002, 3017(a) and 9007, hereby requests that

all notices given or required to be given and all papers and pleadings served or required to be

served in the Chapter 11 Cases (including, but not limited to, all papers filed and served in all

CENTRAL\30984455.1

adversary proceedings in the Chapter 11 Cases, and all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them), whether sent by the Clerk of the Court, the debtor, or any creditor, committee, or party in interest, be given to and served upon the persons below at the following addresses, and that such names and addresses be added to any master mailing list:

Timothy W. Brink
Matthew T. Klepper
DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-6802
Facsimile: (312) 251-2170
Email: timothy.brink@dlapiper.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes not only the notices, papers and pleadings referenced in the above-referenced Federal Rules of Bankruptcy Procedure but also, without limitation, orders on and notices of any motion, application, petition, pleading, plan of reorganization, disclosure statement, or complaint, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, telecopy, or otherwise in the Chapter 11 Cases.

PLEASE TAKE FURTHER NOTICE, that neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any: (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity.  All of such rights hereby are reserved and preserved,

without exception and with no purpose of confessing or conceding jurisdiction in any way by

this filing or by any other participation in this Chapter 11 Cases.


Dated: Chicago, Illinois
        October 10, 2008


                                        DLA PIPER LLP (US)


                                        /s/   Timothy W. Brink
                                        Timothy W. Brink (TB 4178)
                                        Matthew T. Klepper (MK 5479)
                                        203 North LaSalle Street, Suite 1900
                                        Chicago, Illinois 60601
                                        Telephone: (312) 368-6802
                                        Facsimile: (312) 251-2170

                                        *Attorneys for River Capital Advisors, Inc.*

## CERTIFICATE OF SERVICE

I, Timothy W. Brink, hereby certify that on this 10th day of October, 2008, I caused a true and correct copy of the *Notice of Appearance and Request for Service of Papers* to be sent via first-class mail, postage prepaid, to the parties listed below.

Harvey R. Miller
Jacqueline Marcus
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*Counsel for Debtors*

Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017
*Claims and Noticing Agent*

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
*Counsel for James W. Giddens,*
  *as Trustee for the SIPA Liquidation of Lehman*
  *Brothers Inc.*

James Tecce
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Creditor Committee Counsel*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
*Counsel for U.S. Trustee*

Lindsee P. Granfield
Lisa Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006
*Creditor Committee Counsel*

/s/   Timothy W. Brink
       Timothy W. Brink

CENTRAL\30984455.1                              4