**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    Case No. 08-13555 (JMP)
                                                    :
           Debtors.                                 :    (Jointly Administered)
                                                    :
-----------------------------------------------------------------x

*EX PARTE* ORDER SHORTENING TIME WITH RESPECT TO
HEARING THE MOTION OF AEGON USA INVESTMENT
MANAGEMENT, LLC FOR ENTRY OF AN ORDER APPROVING
SPECIFIED INFORMATION BLOCKING PROCEDURES AND
PERMITTING TRADING OF CLAIMS AGAINST THE DEBTOR UPON
ESTABLISHMENT OF A SCREENING WALL

Upon the *Ex Parte* Motion of AEGON USA Investment Management, LLC ("AUIM"), for entry of an *ex parte* order, shortening the time with respect to hearing AUIM's Motion For Entry Of An Order Approving Specified Information Blocking Procedures And Permitting Trading Of Claims Against The Debtor Upon Establishment Of A Screening Wall (the "Motion"); and the Affidavit of Paul A. Rachmuth in support thereof; and it appearing that no notice of this *Ex Parte* Order be given, as except provided herein; and after due deliberation and sufficient cause appearing thereof, it is hereby

ORDERED that a hearing to consider the Motion shall be held before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on October 16, 2008, at 10:00 A.M. (New York Time), or as soon thereafter as counsel may be heard; and it is further

ORDERED that any objections to the Motion shall be served and filed with the Court no

- 2 -

later than 4:00 p.m. on October 15, 2008; and it is further

ORDERED that notice of the Motion shall be given by serving a copy of this Order and the Motion in accordance with Order Pursuant To Section 105(a) Of The Bankruptcy Code And Bankruptcy Rules 1015(c) And 9007 Implementing Certain Notice And Case Management Procedures [D.I. 285] entered on September 22, 2008.

Dated: New York, New York
       October 10, 2008

                                                *s/ James M. Peck*
                                           HONORABLE JAMES M. PECK
                                           UNITED STATES BANKRUPTCY JUDGE