STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

Attorneys for Federal Home Loan Bank of Seattle

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS,                                :   Case No. 08-13555 (JMP)
INC., *et al.,*                                          :
                                                         :   (Jointly Administered)
                                                         :
            Debtors.                                     :
---------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Samantha L. Taylor, certify that on October 10, 2008, I caused a true and correct copy of the ***Joinder of Federal Home Loan Bank of Seattle to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc.*** to be served upon all parties receiving notice in the Lehman Brothers Holdings, Inc., et al. bankruptcy case via the Electronic Court Filing (ECF) system.

I further declare that on this 10th day of October, 2008, I caused copies of the above-referenced Joinder to be mailed by first-class mail, postage prepaid to all of the parties listed below:

**1**

| | | |
|---|---|---|
| 1 | Weil Gotshal & Manges LLP | Honorable James M. Peck (Chambers) |
| 2 | Harvey R. Miller | Courtroom 601 |
|   | Jacqueline Marcus | One Bowling Green |
| 3 | Shai Waisman | New York, NY 10004 |
|   | Richard Krasnow | |
| 4 | 767 Fifth Avenue | |
|   | New York, NY 10153 | |
| 5 | | |
| 6 | U.S. Trustee | Milbank, Tweed, Hadley & McCloy LLP |
|   | Andy Velez-Rivera | Dennis F. Dunne |
| 7 | Paul Schwartzberg | Dennis O'Donnell |
|   | Brian Masumoto | Evan Fleck |
| 8 | Linda Riffkin | 1 Chase Manhattan Plaza |
|   | Tracy Hope Davis | New York, NY 10005 |
| 9 | 33 Whitehall Street, 21st Floor | |
|   | New York, NY 10004 | |
| 10 | | |
| 11 | Quinn Emanuel Urquhart Oliver & Hedges | Cleary Gotliebb LLP |
|    | James Tecce | Lindsee P. Granfield |
| 12 | Sushee Kirpalani | Lisa M. Schweitzer |
|    | 51 Madison Avenue, 22nd Floor | One Liberty Plaza |
| 13 | New York, NY 10010 | New York, NY 10006 |
| 14 | | |
|    | Hughes Hubbard & Reed LLP | Ronald J. Silverman |
| 15 | Jeffrey S. Margolin | Bingham McCutchen, LLP |
|    | James Kobak | 399 Park Avenue |
| 16 | One Battery Park Plaza | New York, NY 10022-4689 |
|    | New York, NY 10004 | |
| 17 | | |
| 18 | David Craig Albalah | Howard J. Berman |
|    | Bracewell & Giuliani LLP | Greenberg Traurig, LLP |
| 19 | 1177 Avenue of the Americas | 200 Park Avenue |
|    | New York, NY 10036 | New York, NY 10166 |
| 20 | | |
| 21 | Scott Howard Bernstein | Bradford M. Berry |
|    | Hunton & Williams | Office of General Counsel Commodity |
| 22 | 200 Park Avenue | Futures Trading Commission |
|    | 53rd Floor | 1155 21st Street, NW |
| 23 | New York, NY 10166 | Washington, DC 20581 |
| 24 | BigFix, Inc. | Anthony D. Boccanfuso |
|    | c/o Michael St. James | Arnold & Porter |
| 25 | St.James Law, P.C. | 399 Park Avenue |
|    | 155 Montgomery Street, Suite 1004 | New York, NY 10022 |
| 26 | San Francisco, CA 94104-4117 | |

2

| | | |
|---|---|---|
| 1 | Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 |
| 2 | | |
| 3 | Wade K. Cannon<br>Gearhiser, Peters, Lockaby<br>Cavett & Elliott, PLLC<br>320 McCallie Avenue<br>Chattanooga, TN 37402 | Amy Caton<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| 4 | | |
| 5 | | |
| 6 | Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, IL 60606 | Epiq Bankruptcy Solutions, LLC Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| 7 | | |
| 8 | | |
| 9 | Christopher Combest<br>Quarles & Brady<br>500 W. Madison Street<br>Suite 3700<br>Chicago, IL 60661 | Contrarian Capital Management, LLC<br>411 West Putnam Avenue<br>Suite 425<br>Greenwich, CT 06830 |
| 10 | | |
| 11 | | |
| 12 | Andrew D. Gottfried<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 | Aaron Hammer<br>Freeborn & Peters, LLP<br>311 S. Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6677 |
| 13 | | |
| 14 | | |
| 15 | Douglas S. Heffer<br>Foley & Lardner LLP<br>90 Park Avenue<br>New York, NY 10016 | Evan C. Hollander<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 |
| 16 | | |
| 17 | Holme Roberts & Owen LLP<br>c/o Bradford E. Dempsey<br>1700 Lincoln Street<br>Suite 4100<br>Denver, CO 80203 | Informal Noteholder Group<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022 |
| 18 | | |
| 19 | | |
| 20 | Gary S. Lee<br>Larren M. Nashelsky<br>Morrison & Foerster LLP<br>1290 Avenue of the Americas<br>40th Floor<br>New York, NY 10022 | New York State Attorney General's Office<br>120 Broadway<br>24th Floor<br>New York, NY 10271 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 AVENUE OF THE AMERICAS<br>New York, NY 10036 | Thomas Earl Patton<br>Tighe Patton Armstrong Teasdale, PLLC<br>1747 Pennsylvania Avenue, N.W.<br>Suite 300<br>Washington, DC 20006-4604 |
| 25 | | |
| 26 | | |

3

| | | |
|---|---|---|
| 1 | Kermit A. Rosenberg<br>1747 Pennsylvania Avenue N.W. | Margot Schonholtz<br>Scott Talmadge |
| 2 | Suite 300<br>Washington, DC 20006-4604 | Kaye Scholer LLP<br>425 Park Avenue |
| 3 | | New York, NY 10022 |
| 4 | James H. Shenwick<br>Shenwick & Associates | Telecom Italia Capital S.A.<br>c/o Orrick Herrington & Sutcliffe LLP |
| 5 | 655 Third Avenue<br>20th Floor | 666 Fifth Avenue<br>New York, NY 10103 |
| 6 | New York, NY 10017 | |
| 7 | Gerard Uzzi<br>White & Case LLP | Amy Vanderwal<br>Ropes & Gray, LLP |
| 8 | 200 S. Biscayne Blvd.<br>Suite 4900 | 1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| 9 | Miami, FL 33131 | |
| 10 | | |
| | DATED: October 10, 2008. | |
| 11 | | |
| 12 | | STOEL RIVES LLP |
| 13 | | |
| 14 | | _____*/s/ Samantha L. Taylor*_____<br>Samantha L. Taylor, Legal Secretary |
| 15 | | |

**4**