# EXHIBIT 1

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| Acclara | Side Letter | | 945 Hornet Drive | | Hazelwood, MO 63042 | LBI |
| AchieveGlobal Inc. | Amendment / Addendum / Schedule | Legal Department/Contracts Management | 170 West Election Road | Suite 201 | Draper, UT 84020 | LBI |
| ADDISON | Master Agreement | Roger Byrom | 20 Exchange Place 9th Floor | | New York NY 10005 | LBHI |
| AFTERBURNER, INC. | Master Agreement | James Murphy | 1503 B Northside Drive | | Atlanta, GA 30318 | LBHI |
| AMERICAN MANAGEMENT ASSOC. | Master Agreement | Chief Financial Officer | 1601 Broadway | | New York, NY 10019 | LBI |
| AMERICAN MANAGEMENT ASSOC. | Amendment / Addendum / Schedule | Lisa Zoba | 6 Winchester Drive | | East Brunswick, NJ 08816 | LBI |
| Ana-Data | TBD | Mohan Patel | 112 Third Street | | Stamford, CT 06905 | LBI |
| ANA-DATA CONSULTING INC | TBD | Mohan Patel | 112 Third Street | | Stamford, CT 06905 | LBI |
| ANA-DATA CONSULTING INC | TBD | Mohan Patel | 112 Third Street | | Stamford, CT 06905 | LBI |
| ANDERSON, ISABELLE | Master Agreement | Isabelle Anderson | 1272 Sugar Maple Drive | | Marriottsville, MD 21104 | LBI |
| ANNA PHILLIPS CO UK | Master Agreement | Anna Phillips | PO Box 19 | | Par PL24 2ZR United Kingdom | LBI |
| Ansco Arena Limited | Standalone Agreement | | 25 Canada Square | Canary Wharfl; GBR | E14 5LQ | LBI |
| AppIntelligence Inc | Amendment / Addendum / Schedule | Steven C. Halper | 2172 Bluestone Drive | | St. Charles, MO 63303 | LBHI |
| ARCSIGHT, INC | Maintenance Renewal Quote | | 5 Results Way | Building #5 | Cupertino, CA 95014 | LBI |
| ARIAL INTERNATIONAL, LLC | Standalone Agreement | Tony Malaghan | 3800A Bridgeport Way W. #333 | | University Place, WA 98466 | LBI |
| Austin Tetra Inc. | Master Agreement | | 6333 North Highway 161 | Suite 100 | Irving, TX 75038 | LBI |
| AVATAR NEW YORK LLC | Master Agreement | Charles McCoy | 40 Worth St., Suite 1219 | | New York, NY 10013 | LBI |
| B ENTERTAINMENT INC. | Standalone Agreement | Linda Cutroni, President | 3 Hidden Glen Road | | Scarsdale NY 10583 | LBI |
| BERLITZ LANGUAGE CENTER | Master Agreement | Dan Bolger | 400 Alexander Park | | Princeton, NJ 08540 | LBHI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Blue Sky | TBD | Stehen Denis | Gill Farm Buildings | Gill Lane Ashford | Kent TN26 2PG | LBI |
| Bohnams | Master Agreement | M. Neill, Director, Valuations Dept. | Montpelier Street | | Knightsbridge, London SW7 1HH | LBHI |
| BRIGHT HORIZONS | Standalone Agreement | Susan Cunningham | 200 Talcott Avenue South | | Watertown, MA 02472 | LBI |
| BRIGHT HORIZONS | Amendment / Addendum / Schedule | Andrea Martini | 200 Talcott Avenue South | | Watertown, MA 02472 | LBI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | 9th Floor | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Transaction Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BUSINESS EDGE SOLUTIONS, INC | Amendment / Addendum / Schedule | Legal Department | One Tower Center Blvd. | | East Brunswick, NJ 08816 | LBHI |
| BYTE CONSULTING INC | Amendment / Addendum / Schedule | | 352 Seventh Avenue | Suite 1511 | New York, NY 10001 | LBI |
| CARPENTER GROUP | Master Agreement | Polly Carpenter | 72 Spring Street | | New York NY 10012 | LBHI |

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| CATHERINE ORENSTEIN | Master Agreement | Catherine Orenstein | 906 Amsterdam Avenue | New York, NY 10025 | 646-765-5942 | LBHI |
| CDR ASSESSMENT GROUP | Master Agreement | General Counsel | 1644 S. Denver Tulsa | | Tulsa, OK 74119 | LBHI |
| CHD MERIDIAN HEALTHCARE | Amendment / Addendum / Schedule | | 4 Hillman Drive, Suite 130 | | Chadds Ford, PA 19317 | LBI |
| CORELOGIC | Master Agreement | General Counsel | 10360 Old Pacerville Road | Suite 100 | Sacramento, CA 95827 | LBHI |
| CUSTOMER SERVICE EXPERTS, INC | Master Agreement | Lise D'Andrea | 116 Defense Highway | Suite 205 | Annapolis, MD 21401 | LBHI |
| Drive 495 | Master Agreement | Steven Light | 495 Broadway | | New York, NY 10012 | LBHI |
| Dryden Procurement Technologies | Master Agreement | Brian McD | 1410 Russell Road | Suite 204 | Paoli, PA 19301 | LBHI |
| Dryden Procurement Technologies | Transaction Schedule | Brian McD | 1410 Russell Road | Suite 204 | Paoli, PA 19301 | LBHI |
| DUKE CORPORATE EDUCATION INC | Amendment / Addendum / Schedule | | 310 Blackwell Street | | Durham, NC 27701-3611 | LBI |
| DUKE CORPORATE EDUCATION INC | Amendment / Addendum / Schedule | | 310 Blackwell Street | | Durham, NC 27701-3611 | LBI |
| Dynamic Communication | Master Agreement | Barbara Tannenbaum | 121 Benevolent Street | | Providence, RI 02906 | LBI |
| ECD INSIGHT US LTD | Master Agreement | | 48 Wall Street | Suite 1100 | New York, NY 10005 | LBHI |
| ECLERX | Master Agreement | | 29 Bank Street | | Fort Mumbai, India | LBHI |
| ELLYN SPRAGINS | Master Agreement | Ellyn Spragins | 322 South Main Street | | Pennington, NJ 08534 | LBHI |
| ESI INTERNATIONAL INC | Master Agreement | | 901 North Glebe Road | Suite 200 | Arlington VA 22203 | LBI |
| Expand Forum | Master Agreement | N/A | 330 Madison Ave | | NY, NY 10117 | LBI |
| EXZAC COMPANY | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| Exzac LLC | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| Exzac LLC | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| Exzac LLC | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| Exzac, Inc.* | TBD | Alon Even | 591 Summit Ave | | Jersey City, NJ 07306 | LBHI |
| FARATA SYSTEM | Master Agreement | Yakon Fain | 5049 Greenwich Preserve | | Delray Beach, FL 33436 | LBHI |
| First American Default Information Services, LLC | Master Agreement | General Counsel | 1 First American Way | | Westlake, TX, 76262 | LBHI |
| Forbes Consulting | TBD | Gary E. Blumenthal | 24 Hartwell Avenue, 3rd Fl | | Lexington, MA 02421 | LBI |
| Forbes Consulting | TBD | Gary E. Blumenthal | 24 Hartwell Avenue, 3rd Fl | | Lexington, MA 02421 | LBI |
| GLASSHOUSE TECHNOLOGIES INC. | Master Agreement | Karl Johnsen | 200 Crossing Bouolevard | | Framingham, MA | LBHI |
| GLASSHOUSE TECHNOLOGIES INC. | Supplement | Karl Johnsen | 200 Crossing Bouolevard | | Framingham, MA | LBHI |
| GLASSHOUSE TECHNOLOGIES INC. | Transaction Schedule | Karl Johnsen | 200 Crossing Bouolevard | | Framingham, MA | LBHI |
| GLOBAL RESEARCH DISTRIBUTION | TBD | Global Research Distribution, Inc. | 128 West 26th Strreet | | New York, NY 10001 | LBI |
| Goldman Sachs | TBD | Casey Early | 85 Broad Street | | New York, NY 10004 | LBI |
| GRAYZ EVENTS | Standalone Agreement | Grayz | 13-15 West 54th Street | | New York, NY 10019 | LBI |
| Greenwich Technologies Inc. | Amendment / Addendum / Schedule | John G. Colon | 8 Greenwich Office Park | | Greenwich, CT 06831 | LBI |
| GROUP 1066, LLC | Master Agreement | Group 1066, LLC | 443 Park Avenue South | 7th Floor | New York, NY 10016 | LBI |
| HEWLETT, SYLVIA ANN | Amendment / Addendum / Schedule | Sylvia Ann Hewlett | c/o Center for Work-Life Policy | 1841 Broadway, Suite 706 | New York, NY 10023 | LBHI |
| Informa Research Services, Inc. | Master Agreement | Michael Adler, President | 26565 Agoura Road | Suite 300 | Calabasas, CA 91302 | LBHI |
| INFUSION DEVELOPMENT CORP. | Amendment / Addendum / Schedule | | 500 Route 46 East | | Clifton, NJ 07011 | LBI |

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| INMARKETS LIMITED | Master Agreement | | 78 Cannon Street | | EC4N 6HH, UK | LBI |
| INMARKETS LIMITED | Amendment / Addendum / Schedule | | 78 Cannon Street | | EC4N 6HH, UK | LBI |
| INSTITUTE FOR CORPORATE PRODUCTIVITY INC | Master Agreement | | 411 1st Avenue South #403 | Seattle, WA 98104 | | LBHI |
| INSTITUTE FOR GLOBAL FUTURES | Master Agreement | | 2084 Union Street | San Francisco, CA 94123 | | LBHI |
| INSTITUTE FOR INTELLECTUAL CAPITAL | Master Agreement | | 11 Hackamore Court | Ancaster, Ontario | Canada | LBHI |
| INTUITION PUBLISHING INC. | Master Agreement | John O'Toole | 245 Fifth Avenue | Suite 2204 | New York, NY 10016 | LBI |
| INTUITION PUBLISHING INC. | Transaction Schedule | John O'Toole | 245 Fifth Avenue | Suite 2204 | New York, NY 10016 | LBI |
| INTUITION PUBLISHING INC. | Amendment / Addendum / Schedule | John O'Toole | 245 Fifth Avenue | Suite 2204 | New York, NY 10016 | LBI |
| INTUITION PUBLISHING INC. | Amendment / Addendum / Schedule | John O'Toole | 245 Fifth Avenue | Suite 2204 | New York, NY 10016 | LBI |
| INVESTORS MORTGAGE ASSET RECOVERY | Termination Letter | Robert Simpson | 18818 Teller Avenue | Suite 265 | Irvine, CA 92612 | LBI |
| JACOBI PERSUASIVE SPEAKING | Amendment / Addendum / Schedule | Jeffery Jacobi | 484 W. 43RD STREET | SUITE #28-S | NY, NY 10036 | LBI |
| JACOBI PERSUASIVE SPEAKING | Amendment / Addendum / Schedule | Jeffery Jacobi | 484 W. 43RD STREET | SUITE #28-S | NY, NY 10036 | LBI |
| Jacobi Voice Development | Master Agreement | Jeffery Jacobi | 484 W. 43RD STREET | SUITE #28-S | NY, NY 10036 | LBI |
| JASPER, JANN | Master Agreement | Jann Jasper | 1169 Loraine Ave. | Plainfield, NJ 07062 | (908) 769-7843 | LBHI |
| JDW CONCEPTS LTD. | Master Agreement | Julie Weidinger | 511 Oakbourne Rd. | West Chester, PA 19382 | (610) 547-2509 | LBHI |
| KAP GROUP, LLC. | Supplement | Marty Averbuch | 316 Golden Hills Dr. | Portola Valley, CA, 94028 | (650) 851-7359 | LBI |
| KAP GROUP, LLC. | Side Letter | Marty Averbuch | 316 Golden Hills Dr. | Portola Valley, CA, 94028 | (650) 851-7359 | LBI |
| KEARNEY, LYNN, PHD | Master Agreement | LYNN KEARNEY, PHD | 1775 YORK AVENUE, APT# 20B | NY, NY 10128 | 212-249-2861 | LBI |
| KEPNER TREGOE INC | Master Agreement | Philip Friedrich | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| KEPNER TREGOE INC | Transaction Schedule | Philip Friedrich | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| KEPNER TREGOE INC | Transaction Schedule | Philip Friedrich | 17 Research Road | | Princeton, NJ 08542 | LBHI |
| KNOWLEDGE LAUNCH LLC | Master Agreement | John Tolsma | PO Box 10066 | Knoxville, TN 37939 | 865-329-9260 | LBHI |
| KNOWLEDGE LAUNCH LLC | Amendment / Addendum / Schedule | John Tolsma | PO Box 10066 | Knoxville, TN 37939 | 865-329-9260 | LBHI |
| KNOWLEDGE SERVICES | Master Agreement | Christopher Lanier | PO Box 361490 | | Los Angeles, CA 90036-9246 | LBI |
| LAUREN SONTAG | Master Agreement | Lauren Sontag | 14 Manor Drive | Goldens Bridge, NY, 10526 | (914) 232-0049 | LBHI |
| Lawrence Glosten and Ravi Jagannatham | Master Agreement | Ravi Jagannatham | 127 Bertling Lane | | Winnetka, IL | LBI |
| Lawrence Glosten and Ravi Jagannatham | Master Agreement | Lawrence Glosten | 400 Riverside Dr. | Apt. 5D | New York, NY 10025 | LBI |
| LEADERSHIP SOLUTIONS CONSULTING LLC | Master Agreement | Donna Dennis | 66 Witherspoon St., | | Princeton NJ 08542 | LBI |
| LEAGUE FOR THE HARD OF HEARING | Master Agreement | Laurie Hanin | 50 Broadway | 6th Flr. | New York, NY 10004 | LBHI |
| Lisa Osborn | Standalone Agreement | Lisa Osborn | 17662 Miller Drive | | Tustin, CA 92780 | LBI |
| LOCATOR SERVICES GROUP, | Amendment / Addendum / Schedule | Kim Sawyer | 316 Newbury Street | | Boston, MA 02115 | LBI |
| LOWE, ANDEA JANE | Transaction Schedule | Dr. Andrea Jane Lowe | Unit 1D 64 Macdonnell Rd. | Mid-Levals | Hong Kong | LBHI |
| Lydian Data Services | Master Agreement | Stephen C. Wilhoit | 4850 T-REX Ave. | Suite 100 | Boca Raton, FLA 33431 | LBHI |

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| Maria Valdes PhD  Inc. | Master Agreement | Maria Valdes PHD | 4500 East 7th Ave. |  | Denver CO 80220 | LBI |
| MONITOR COMPANY GROUP, LP | Master Agreement | Christopher Meyer | 2 Canal Park |  | Cambridge, MA 02141 | LBHI |
| NEW BOSTON SYSTEMS INC | Amendment / Addendum / Schedule | Matt Gorski | 61 Broadway | Suite 2705 | New York, NY 10006 | LBI |
| NewsWire18 Pvt Ltd.* | Other |  | Firangi Kali Towers |  | KOLKATA  700012  INDIA | LBI |
| NEXNET INC. | Amendment / Addendum / Schedule | Dan Ihrig, President | 84 Pheasant Run |  | Millwood, NY 10546 | LBI |
| NICHOLAS WARREN | Master Agreement | Niclolas Warren | 4 West 109th Street | Apt 1D | New York, NY  10025 | LBHI |
| OpenCrowd | Supplement | Sushil Prabho | 41 East 11th Street | 11th Floor | New York, NY 10003 | LBI |
| PARKER CONSULTING LLC | Master Agreement | Parker Conulting LLC | 5 Dan Beard Lane |  | Reading, CT 06896 | LBHI |
| PARTNERS IN CHANGE, INC | Master Agreement | Partners in Change, Inc. | 105 Trento Circle |  | McMurray, PA  15317 | LBHI |
| PeopleAnswers | NDA | Gabriel Goncalves | 14185 Dallas Pkwy | Suite 550 | Dallas, TX  75254 | LBHI |
| PERFORMANCE IMPROVEMENT SOLUTIONS, INC | Professional and Consulting | Lynne Morton | 208 East 51st Street | #366 | New York, NY 10022 | LBHI |
| PERFORMANCE OF A LIFETIME | Master Agreement | Maureen Kelly | 920 Broadway |  | New York, NY 10010 | LBHI |
| PERFORMANCE OF A LIFETIME | Amendment / Addendum / Schedule | Maureen Kelly | 920 Broadway |  | New York, NY 10010 | LBHI |
| PERFORMANCE OF A LIFETIME | Amendment / Addendum / Schedule | Maureen Kelly | 920 Broadway |  | New York, NY 10010 | LBHI |
| PERSONNEL DECISIONS INTL. CORP. | Professional and Consulting |  | 2000 Plaza VII Tower | 45 South Seventh Street | Minneapolis, MN 55402 | LBI |
| PERSONNEL DECISIONS INTL. CORP. | Master Agreement | Legal Department | 2000 Plaza VII Tower | 45 South Seventh Street | Minneapolis, MN 55402 | LBHI |
| PERSONNEL DECISIONS INTL. CORP. | Transaction Schedule | Legal Department | 2000 Plaza VII Tower | 45 South Seventh Street | Minneapolis, MN 55402 | LBHI |
| PINK ELEPHANT | Master Agreement | Lou Cino | 5575 North Service Road |  | Burlington, ON L7L 6NM | LBHI |
| PREVENTURE | Master Agreement | David Pickering | 2006 Nooseneck Hill Rd. |  | Coventry, RI 02816 | LBI |
| Professional Resource Screening, Inc.* | TBD | First Advantage Enterprise Screening | 805 Executive Center Drive West | Suite 300 | St. Petersburg, FL 33702 | LBI |
| Professional Resource Screening, Inc.* | TBD | First Advantage Enterprise Screening | 805 Executive Center Drive West | Suite 300 | St. Petersburg, FL 33702 | LBI |
| Q2 STRATEGIES | Master Agreement | Michael Del Sordo | 500 West 56th Street | Suite 1113 | New York, NY 10019 | LBHI |
| Reason Inc. | Master Agreement | Not specified | 80 Madison Avenue, 5H |  | New York, NY 10016 | LBHI |
| Reason Inc. | Transaction Schedule | Not specified | 80 Madison Avenue, 5H |  | New York, NY 10016 | LBHI |
| RENT-A-PC INC. | Amendment / Addendum / Schedule |  | 265 Oser Avenue |  | Hauppauge, NY 11788 | LBI |
| RIGHT MANAGEMENT CONSULTANTS INC. | Master Agreement | Not addressed | 100 Prospect St |  | Stamford, CT 06901 | LBI |
| RIGHT MANAGEMENT CONSULTANTS INC. | Master Agreement | Howard Chin | 100 Prospect St. |  | Stamford, CT 06901 | LBI |
| ROMANO GATLAND OF ILLINOIS, LLC | Master Agreement | Mark Romano | 99 West Hoffman Avenue |  | Lindenhurst, NY 11757 | LBI |
| RUSSELL REYNOLDS ASSOCIATES LIMITED | Standalone Agreement |  | 200 Park Avenue | Floor 23 | New York, NY  10166-2399 | LBI |
| SECURITIES TECHNOLOGY ANALYSIS CENTER | Master Agreement |  | 1507 E 53rd Street | Suite 806 | Chicago, IL 60615 |  |
| Selectminds, Inc. | TBD | Anne Berkowitch | 149 Fifth Avenue | 6th Floor | New York, NY 10010 | LBHI |
| Selectminds, Inc. | TBD | Anne Berkowitch | 149 Fifth Avenue | 6th Floor | New York, NY 10010 | LBHI |
| SIEGEL & GALE | Amendment / Addendum / Schedule | N/A | 10 Rockerfeller Center |  | NY, NY 10020 | LBI |
| SkillBridge LLC* | Master Agreement | N/A | 10 King Arthur Rd |  | North Easton, MA 02356 | LBI |
| SOFTECH PLUS INC | Amendment / Addendum / Schedule | N/A | PO Box 5284 |  | North Bergen, NJ 07042 | LBI |
| STARCITE INC | TBD | William Gray | 1650 Arch Street, 18th F |  | Philadelphia, PA 19103 | LBHI |

| Vendor Name+ | Type II | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| Stebich Ridder International | TBD | Stebich Ridder International, Inc | 599 Eleventh Avenue | | New York, NY  10036 | LBHI |
| STRATEGIC PRODUCTS AND SERVICES | Master Agreement | Strategic Product | 3 Wing Drive Suite 100 | | Cedar Knolls, NJ 07927 | LBI |
| SUFFOLK PARTNERS, LLC | Amendment / Addendum / Schedule | Anathony Macari | 47 Autumn Lane | | New Cannan, CT 06840 | LBHI |
| Sustainable Finance Ltd. | Master Agreement | Matt Arnold | 1650 30th Street | NW | Washington, DC 20007 | LBHI |
| Sustainable Finance Ltd. | Transaction Schedule | Matt Arnold | 1650 30th Street | NW | Washington, DC 20007 | LBI |
| TECHNICAL OPERATIONS INC. | Amendment / Addendum / Schedule | N/A | 454 West 41 Street, | | New York, NY 10036 | LBI |
| The AutoEx Group.* | Not Applicable | | 195 Broadway | | New York, NY 10007 | LBI |
| THE RESEARCH ASSOCIATES | Master Agreement | Sung Lee | 248 West 35th St. | 15th Floor | New York, NY 10001 | LBHI |
| THE WHARTON SCHOOL - UNIV OF PA | Master Agreement | N/A | 255 S. 38th St Suite 200 | | Philadephia, PA 19104-6359 | LBI |
| TippingPoint Technologies, Inc. | Trial | Billy J. Murphy | 7501B North Capital of Texas Highway | | Austin, TX 78731 | LBI |
| TIVERSA, INC. | Master Agreement | Robert J. Black | 200 Corporate Drive | Suite 300 | Pittsburgh, PA 15090 | LBHI |
| TIVERSA, INC. | TBD | N/A | 144 Emeryville Drive | Suite 300 | Cranberry Township PA 16066 | LBHI |
| TMP WORLDWIDE / MONSTER.COM | Amendment / Addendum / Schedule | Tom Walsh | 205 Hudson Street | 5th Floor | New York, NY 10013 | LBI |
| TRAINING THE STREET, INC. | Master Agreement | Scott Rostan/ Training the street | 1214 Garden Street | | Hoboken, NJ | LBHI |
| TRAINING THE STREET, INC. | Transaction Schedule | Scott Rostan/ Training the street | 1214 Garden Street | | Hoboken, NJ | LBHI |
| TRANSPERFECT TRANSLATIONS | Master Agreement | Carrie Tate | Three Park Avenue, 39th Floor | | New York, NY 10016 | LBHI |
| Trichys, LLC | TBD | N/A | 16 w township line rd · | | east norriton, pa 19401 | LBHI |
| TXG LTD | Master Agreement | Michelle Walder | Ventners Place, 68 Upper Thames Street | | London, EC4V 3BJ | LBHI |
| UCA COMPUTER SYSTEMS INC. | Trial | Rehan Ansari | 3 Stewart Ct | | Denville, NJ 07834 | LBI |
| VANGUARD INTEGRITY PROFESSIONALS | Standalone Agreement | Yvonne J. Shoup | 6625 Eastern Ave | Suite 100 | Las Vegas, NV 89119-3930 | LBI |
| VAS ASSOCIATES, INC. | Master Agreement | Donald Barclay | 1110 65th Street | | Brooklyn, NY 11219 | LBI |
| Vault | Master Agreement | | 500 2nd Ave N | | Clanton, AL  35045-3421 | LBHI |
| VIDEO CORPORATION OF AMERICA | Master Agreement | David Berlin | 370 Seventh Avennue | Suite 550 | New York, NY 10001 | LBI |
| Wajskol Design & Communications | Master Agreement | Jonathan Wajskol | 315 Seventh Avenue | Suite 11A | New York, NY 10001 | LBHI |
| Wajskol Design & Communications | Transaction Schedule | Jonathan Wajskol | 315 Seventh Avenue | Suite 11A | New York, NY 10001 | LBHI |
| WFC RESOURCES, INC. | Master Agreement | Susan Seitel | 5197 Beachside Drive | | Minnetonka, MN 55343 | LBHI |
| WINNING MIND, LLC | Master Agreement | Steven Klein | 787 Seventh Avenue | | New York, NY 10019 | LBHI |
| WJM ASSOCIATES, INC. | Master Agreement | Tim Morin | 675 Third Avenue | Suite 1610 | New York, NY 10017 | LBHI |