**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
| | : | |

-----------------------------------------------------------------x

### DECLARATION OF LUKE A. BAREFOOT

Pursuant to 28 U.S.C. § 1746, Luke A. Barefoot declares as follows:

1.      I am associated with the law firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary

Gottlieb"), counsel to Barclays Capital Inc. ("Barclays") with respect to the purchase of certain

assets of Lehman Brothers Holdings Inc. ("Lehman").  I make this Declaration in support of

Barclays' Motion For Relief Concerning Certain Contracts Erroneously Posted With The

"Closing Date Contracts."

2.      On the evening of September 30, 2008, my colleague Georg Alexander Bongartz and I

received from Simone Bunger-Pentney of Barclays lists containing revised cure amounts for the

Closing Date Contracts.[1]  We received these lists so that we could post revised cure amounts to

http://chapter11.epiqsystems.com/lehman (the "Website").

3.      Mr. Bongartz and I noticed that the non-IT contracts list we received on September 30

contained significantly fewer contracts than were originally included in the non-IT contracts list

posted to the Website.

4.      On October 1 and 2, 2008, I, along with my colleagues on the Cleary Gottlieb team, made

inquiries of individuals at Barclays and Lehman, as well as internal inquiries, and discovered that

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings ascribed thereto in the
accompanying Motion.

the non-IT list that was posted to the Website on September 18 mistakenly included

approximately 179 contracts that Barclays did not designate as Closing Date Contracts, and that

Barclays had indicated were not to be designated as Closing Date Contracts before the list was

posted to the Website.

5.      As soon as the mistaken posting was discovered, Barclays acted quickly to rectify it.  On

the evening of October 1, 2008 – the same day the error was discovered – Barclays filed a Notice

of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser

(D.I. 504) (the "Notice"), which noted that it had removed certain contracts from the schedules.

This Notice (which was subsequently revised) included an exhibit, which specifically listed those

counterparties that were affected by the removal.  Affected counterparties (including the

counterparties to the approximately 179 mistakenly posted non-IT contracts) were also served

with a copy of this Notice (or its revisions, as applicable), and granted an extension of the

objection deadline.  The Notice directed such counterparties to the Website, on which Barclays

posted a corrected list of non-IT Closing Date Contracts.  The corrected list excludes those non-

IT contracts that were previously posted in error with the Closing Date Contracts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of October, 2008.


                                                    s/Luke A. Barefoot
                                                    Luke A. Barefoot


2