UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (JMP)
                                                                 :
           Debtors.                                              :    (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

## DECLARATION OF MARIO MENDOLARO

Pursuant to 28 U.S.C. § 1746, Mario Mendolaro declares as follows:

1.     I am a law clerk with the law firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), counsel to Barclays Capital Inc. ("Barclays") with respect to the purchase of certain assets of Lehman Brothers Holdings Inc. ("Lehman").  I make this Declaration in support of Barclays' Motion For Relief Concerning Certain Contracts Erroneously Posted With The "Closing Date Contracts."

2.     On the evening of September 18, 2008, my colleague Eszter Farkas asked me to help her reformat an Excel spreadsheet and convert it into a PDF document.  A true and correct copy of that spreadsheet, in printed form, is attached to the Declaration of Eszter Farkas, dated October 9, 2008 (the "Farkas Declaration"), as Exhibit A.

3.     Some of the rows of the original Excel spreadsheet were spaced too close together or too far apart, making it difficult to read when printed or converted to PDF format.  I therefore globally re-sized all the rows in the document to make it easier to read when printed or converted to PDF format.  I also removed certain columns that I understood were not needed on the final PDF document.

4.      I converted the reformatted spreadsheet into a PDF document as Ms. Farkas had requested. I sent her both documents at 11:36 p.m. A true and correct copy of the PDF document, in printed form, is attached to the Farkas Declaration as Exhibit C.

5.      I was not aware that the original Excel spreadsheet included rows that were hidden from view or that there were any "N" designations. I also was not aware that these hidden rows were exposed when I globally re-sized the rows in the spreadsheet on September 18 or that, once exposed, they would appear without the original designations. I did not know that this had happened until I had a conversation with Ms. Farkas on October 2, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of October, 2008.

      s/Mario Mendolaro      
Mario Mendolaro
