HEARING DATE: Wednesday, November 5, 2008 at 10:00 a.m.
OBJECTION DEADLINE: Monday, October 27, 2008 at 4:00 p.m.

Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :   **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :   **08-13555 (JMP)**
                                                               :
        **Debtors.**                                           :   **(Jointly Administered)**
                                                               :
                                                               :
---------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION BY BARCLAYS CAPITAL INC.
SEEKING ORDER FOR RELIEF CONCERNING CERTAIN CONTRACTS
ERRONEOUSLY POSTED WITH THE "CLOSING DATE CONTRACTS"**

    PLEASE TAKE NOTICE that, on October 10, 2008, Barclays Capital Inc. filed a motion with this Court (the "Motion") seeking entry of an order pursuant to Rule 9024 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for certain limited relief from, *inter alia*, the Court's prior Order Under 11 U.S.C. §§ 105(a), 363, And 365 And Federal Rules of Bankruptcy Procedure 2002, 6004 And 6006 Authorizing And Approving (A) The Sale of Purchased Assets Free And Clear of Liens And Other Interests And (B) Assumption and Assignment of Executory Contracts and Unexpired Leases, dated September 19, 2008.

    PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") will be held in connection with the entry of an order granting the relief requested in the Motion and any further relief on **November 5, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard,

before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Motion shall be in writing, shall state with particularity the reasons and basis for the objection or response, and shall be filed with the Court, with a courtesy copy delivered to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, and served upon: (i) the chambers of the Honorable James M. Peck, One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the above-captioned debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors appointed in these cases; (v) the undersigned counsel to Barclays, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, (Attn: Lindsee P. Granfield, Esq. and Lisa M. Schweitzer, Esq.); (vi) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn: Robinson B. Lacy, Esq. And Hydee R. Feldstein, Esq.); and (vii) the attorneys for any other official committee(s) that may be appointed in the above-captioned cases, in each case, so as to be actually received by **4:00 p.m. (EST)** on or before **Monday, October 27, 2008** (the "Objection Deadline"). Only those objections which have been timely filed and served by the Objection

Deadline in accordance with the procedures herein may be considered by the Court at the Hearing.

PLEASE TAKE FURTHER NOTICE that if you fail to respond in accordance with this Notice and the Court's Order Implementing Certain Notice and Case Management Procedures (D.I. 285), dated September 22, 2008, the Court may grant the relief demanded by the Motion without any further notice or hearing.

Dated: New York, New York
October 10, 2008

> Respectfully submitted,
>
> CLEARY GOTTLIEB STEEN & HAMILTON LLP
>
> By:      s/Lisa M. Schweitzer
> Lindsee P. Granfield
> Lisa M. Schweitzer
>
> One Liberty Plaza
> New York, New York 10006
> (212) 225-2000
>
> *Attorneys for Barclays Capital Inc.*