**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7000
Jeffrey S. Sabin
Ronald J. Silverman
Sabin Willett, *admitted pro hac vice*
Rheba Rutkowski, *admitted pro hac vice*

Counsel to Harbinger Capital Partners Special Situations Fund, L.P. and Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)

Hearing Date: October 16, 2008 at 10:00 a.m.
Objection Deadline: October 13, 2008 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                 :    Chapter 11
                                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*    :    Case No. 08-13555 (JMP)
                                                                           :
                                                    Debtors.    :    (Jointly Administered)
                                                                           :
---------------------------------------------------------------x

### SUPPLEMENT TO MOTION OF THE HARBINGER FUNDS FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS HOLDINGS INC.

For the purpose of limiting the scope of discovery sought, Harbinger Capital Partners Special Situations Fund, L.P. and Harbinger Capital Partners Master Fund I, Ltd., f/k/a Harbert Distressed Investment Master Fund, Ltd., (collectively, the "Harbinger Funds"), by its counsel Bingham McCutchen LLP, submit this supplement to their motion ("the "2004 Motion") pursuant to section 105(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an order authorizing and directing discovery in the form of (i) a deposition of Lehman Brothers Holdings Inc. ("LBHI") and (ii) document production concerning the movement of property between and among LBHI and its affiliates, including Lehman Brothers Special

A/72680593.

Financing, Inc. ("LBSF") and Lehman Brothers International (Europe) ("LBIE") [doc. no. 373] and respectfully state as follows:

## BACKGROUND

1. Before filing the 2004 Motion, the Harbinger Funds made informal requests for disclosure regarding the flow of funds and other property. The Debtors refused to provide any information.

2. On September 26, 2008, the Harbinger Funds filed the 2004 Motion seeking certain discovery as described in Schedule A attached thereto.

3. Thereafter, counsel for the Harbinger Funds wrote to the Debtors in an effort to understand their concerns regarding the 2004 Motion. With the hope of reaching a compromise, the Harbinger Funds asked Debtors' counsel to participate in a telephonic conference with the Harbinger Funds and other creditors, and suggested that it would be helpful to have Alvarez & Marsal on the call. The call took place on October 2, 2008. The Debtors refused to produce any documents or otherwise compromise. The call did provide some information regarding burden to the Debtors, which enabled the Harbinger Funds to narrow their requests.

4. In a third attempt to reach a consensual resolution, and to address concerns of burden expressed by the Debtors and their professionals, the Harbinger Funds sent a letter dated October 7, 2008 to the Debtors with a revised, narrow discovery request (the "Amended Schedule A").[1] The narrowed discovery request did not result in a compromise. The Debtors declined to produce any documents. By this supplement, the Harbinger Funds now unilaterally limit the scope of their present Motion to the Amended Schedule A, as set out below.

---

[1] A copy of the letter dated October 7, 2008 and the Amended Schedule A are attached hereto.

2

## SUPPLEMENT TO 2004 MOTION

5. The 2004 Motion is incorporated herein by reference.

6. The Harbinger Funds request, pursuant to 11 U.S.C. § 105(a) of the Bankruptcy Code and Bankruptcy Rule 2004, an order authorizing and directing (i) the deposition of LBHI's Chief Financial Officer and/or any other person(s) most knowledgeable at LBHI, and (ii) production of documents by LBHI, concerning the movement of property between and among LBHI and its affiliates, including LBSF and LBIE, as further described in the attached Amended Schedule A.

7. At this time, the Harbinger Funds do not seek the discovery described in Schedule A attached to the 2004 Motion, but rather seek only the limited discovery in the attached Amended Schedule A. The Harbinger Funds reserve the right to serve supplemental and additional requests concerning these matters.

Dated: New York, New York
       October 10, 2008

                                    **BINGHAM McCUTCHEN LLP**

                                    By: /s/Sabin Willett
                                    Jeffrey S. Sabin
                                    Ronald J. Silverman
                                    Sabin Willett, *admitted pro hac vice*
                                    Rheba Rutkowski, *admitted pro hac vice*
                                    399 Park Avenue
                                    New York, New York 10022
                                    Telephone No.: (212) 705-7000
                                    Facsimile No.: (212) 752-5378

                                    *Counsel to Harbinger Capital Partners Special Situations Fund L.P. and Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund Ltd.)*