**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for *Standard & Poor's*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### SUPPLEMENTAL OBJECTION OF STANDARD & POOR'S TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE DEFAULTS UNDER, CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER

Standard & Poor's, formerly Standard & Poor's Corporation, a division of The McGraw-Hill Companies, Inc. ("McGraw-Hill"), by and through its undersigned counsel, hereby submits this supplemental objection (the "Objection") to the Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser (the "Notice), filed by the debtors in the above-captioned cases on September 18, 2008, to the extent that the Notice relates to certain seventeen (17) yet-to-be identified contracts with Standard & Poor's, and respectfully represents and sets forth as follows:

### BACKGROUND

1.     On September 15, and September 27, 2008, respectively (the "Petition Dates"), Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("LB 745" and, collectively with LBHI, the "Debtors") filed petitions for relief under Chapter 11, Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") with the United States Bankruptcy

#1346284 v2
106903-57498

Court for the Southern District of New York. The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    On September 19, 2008, a proceeding began under the Securities Investor Protection Act of 1970 with respect to Lehman Brothers Inc. ("LBI"), a wholly-owned subsidiary of LBHI, in the District Court for the Southern District of New York, which was then transferred to this Court.

3.    On September 17, 2008, the Debtors filed a motion with the Bankruptcy Court seeking, *inter alia*, an order (the "Sale Order") approving a sale (the "Sale") of certain assets related to LBI to Barclays capital Inc. (the "Purchaser"), which assets included certain contracts designated for assumption and assignment at the closing of the Sale (the "Closing Date Contracts").

4.    On September 18, 2008, the Debtors filed the Notice with this Court, which stated that the Debtors would communicate their lists of Closing Date Contracts, along with proposed cure amounts (the "Lists"), to their creditors, including DG3, by posting the Lists on the Internet at http://chapter11.epiqsystems.com/lehman.

5.    The Lists reference seventeen (17) contracts (collectively, "Standard & Poor's Contracts") between various units of Standard & Poor's and "Lehman Entities" who are identified as "Unknown."

6.    The Lists identify the Standard & Poor's Contracts as follows:

#1346284 v2
106903-57498

| Vendor | Vendor Contact Name | Vendor Contact Address |
|---|---|---|
| Standard & Poor's | Marilyn Armel<br>Global Licensing & Contracts Group | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>55 Water Street<br>New York, NY 10041 |
| Standard & Poor's | Kevin J. Thornton | (NO ADDRESS LISTED) |
| Standard & Poor's | Director, Licensing | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>55 Water Street<br>New York, NY 10041 |
| Standard & Poor's | Licensing Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>55 Water Street<br>New York, NY 10041 |
| Standard & Poor's | Institutional Services Contract Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>7400 South Alton Court<br>Englewood, CO 80112 |
| Standard & Poor's | Institutional Services Contract Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>7400 South Alton Court<br>Englewood, CO 80112 |
| Standard & Poor's | Index Services Contract Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.)<br>55 Water Street<br>New York, NY 10041 |
| Standard & Poor's | Diane F. Eisenstat | (NO ADDRESS LISTED) |

#1346284 v2
106903-57498

| | | |
|---|---|---|
| Standard & Poor's | Index Services Contract Manager | Standard & Poor's (a division of The McGraw-Hill Companies, Inc.) 55 Water Street New York, NY 10041 |
| Standard & Poor's Corp. | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Standard & Poor's International LLC | Steven Galli, Director | Standard & Poor's Ratings Services Structured Finance 55 Water Street New York, NY 10041 |
| Standard & Poor's Corporation | (NO VENDOR CONTACT LISTED) | (NO ADDRESS LISTED) |
| Capital IQ, Inc. [1] | Transaction Schedule/Amendment/Addendum Schedule | "Letter, No Address" |

7.    Unfortunately, the foregoing identification of the Standard & Poor's Contracts assumed pursuant to the Sale Order is insufficient to advise Standard & Poor's which of its contracts were actually assumed.  In point of fact, Standard & Poor's has many more than seventeen (17) contracts to provide goods and/or services LBHI and/or LBI Brothers, Inc.  Those

---

[1]    Capital IQ, Inc. was acquired by McGraw-Hill prior to the petition date and is now a unit of Standard & Poor's.

4

#1346284 v2
106903-57498

contracts, together with contracts with contracts that appear to be between Standard & Poor's and certain affiliates of LBHI are identified on the schedule of contracts attached hereto as Exhibit A. Copies of these contracts, which are voluminous, will be forwarded upon request to LBHI and the Purchaser on an expedited basis.

8.    In the Lists, the total aggregate proposed cure amounts for the Standard & Poor's Contracts is set at $4,072,138.87. Although Standard & Poor's Corporation was acquired by McGraw-Hill many years ago and Standard & Poor's has been a division of McGraw-Hill for some time, the cure to be paid to Standard & Poor's Corporation is $4,067,138.67. The cure to be paid to Standard & Poor's International LLC is $5,000. No cure is provided for either "Standard & Poor's" or Capital IQ, Inc.[2] Standard & Poor's contends that any cure on the Standard & Poor's Contracts must be paid to Standard & Poor's the non-debtor counter-party to the Standard & Poor's Contracts.

9.    On September 19, 2008, this Court entered the Sale Order, which, *inter alia*, approved the assumption and assignment of the Closing Date Contracts, but allowed counterparties until October 3, 2008, to object to the proposed cure amounts. On October 1, 2008, LBHI and LB 745 issues a Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser which, *inter alia*, extended the time for certain non-debtor counter-parties, including "Standard & Poor's Corporation," to Closing Day Contracts until October 13, 2008.

10.    Although the time for Standard & Poor's to file an objection to the proposed cure amount to its contracts until October 13, 2008, in an abundance of caution, this preliminary Objection is filed in accordance with this Court's "Order Under 11 U.S.C. §§ 105(a), 363, and

---

[2]    It appears that the cure for the Capital IQ contracts may, in fact, be included in the cure provided for Standard & Poor's contracts.

#1346284 v2
106903-57498

365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and

Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B)

Assumption and Assignment of Executory Contracts and Unexpired Leases" dated September

20, 2008 (the "Sale Order") and the related "Procedures for Resolving Cure Amounts for Closing

Date Contracts" dated September 22, 2008 ("Procedures").  Standard & Poor's reserves the right

to amend this Objection as and when it obtains further relevant information.

## ARGUMENT

11.     Under Sections 365(b)(1) and 365(f)(2) of the Bankruptcy Code, a debtor-in-

possession which seeks to assume and assign an executory contract must (i) cure, or provide

adequate assurance that it will promptly cure, any defaults in the executory contract, (ii)

compensate the counterparty to the executory contract for any actual pecuniary loss to such party

resulting from such defaults, and (iii) provide adequate assurance of future performance under

such contract.

12.     Initially, it bears noting that the Standard & Poor's parties to the non-debtor

counter-parties to the contracts identified on Exhibit A hereto are identified as either Standard &

Poor's, Standard & Poor's Rating Services or Standard & Poor's, LP, Standard & Poor's

Securities Evaluation, Inc., or Capital IQ, Inc.  However, in none of the Contracts are either

Standard & Poor's Corporation, Standard & Poor's Corp. or Standard & Poor's International

LLC listed as a non-debtor counter-party.

13.     Standard & Poor's records for work performed and billed for periods prior to

September 14, 2008 show an aggregate outstanding balance due from Lehman Brothers entities

well in excess of the $4,072,138.67 on all contracts between Lehman Brothers and Standard &

Poor's:  Detailed information as to the outstanding invoices under Standard & Poor's contracts is

attached hereto as consolidated Exhibit B.  Copies of the invoices, which are voluminous, will be

#1346284 v2
106903-57498

forwarded to LBHI and the Purchaser upon request on an expedited basis. The information

contained in Exhibit B is preliminary and subject to updating as more information is obtained.

14.    This Court approved the assumption and assignment of the seventeen (17)

Standard & Poor's Contracts in the Sale Order. It is submitted that, to demonstrate that the

Purchaser is paying Standard & Poor's an appropriate cure for the seventeen (17) assumed

Standard & Poor's Contracts, LBHI, LBI and/or the Purchaser must first advise Standard &

Poor's which of the Standard & Poor's Contracts with LBHI and/or LBI were assumed and

assigned to the Purchaser by virtue of the Sales Order.

15.    Further, under the Asset Purchase Agreement, by and among the Debtors, LBI,

and the Purchaser, dated September 16, 2008, which was entered into to effect the Sale, the

Purchaser promised to pay or cause to be paid all cure amounts in respect of the seventeen (17)

Standard & Poor's Contracts, which promise was part of the basis of this Court's finding that the

Debtors had provided adequate assurance of future performance within the meaning of Sections

365(b)(1)(C) and 365(f)(2)(A) of the Bankruptcy Code. Standard & Poor's concedes that such

cure is not likely to be the total amount that is due and owing from various Lehman's entities to

Standard & Poor's on Exhibit B, but it may be greater than the $4,072,138.67 that is proposed as

a cure. In sum, pursuant to the Sale Order and Sections 365(b)(1) and 365(b)(f)(2), LBI or the

Purchaser is obligated to pay the outstanding amounts necessary to cure the defaults under the

Standard & Poor's Contacts that LBI and/or LBHI referenced in the List as a condition to

assuming them. For the reasons set forth above, Standard & Poor's requests that the Court order

that LBI or the Purchaser advised Standard & Poor's which contracts comprise the seventeen

(17) Standard & Poor's Contracts that were assumed and assigned to the Purchaser pursuant to

the Sales Order and to pay the outstanding amounts due and owing on those contracts.

#1346284 v2
106903-57498

## CONTACT INFORMATION

16.    In accordance with the Procedures, Standard & Poor's is willing to meet with representatives of LBI, LBHI and/or the Purchaser to resolve the question of the appropriate cure of the Standard & Poor's contracts that were assumed and assigned to the Purchaser by virtue of the Sales Order. In fact, Standard & Poor's believes that, once either LBHI, LBI or the Purchaser fully identify the seventeen (17) Standard & Poor's Contracts assumed and assigned to the Purchaser pursuant to the Sales Order. Indeed, the aggregate cure amount for those Contracts will be determined expeditiously without the need to litigate either this Objection or a more complete Objection.

17.    For purposes of resolving this Objection, Standard Poor's requests that parties contact the following persons:

> David N. Crapo, Esq.
> Gibbons P.C.
> Attorneys for Standard & Poor's
> Telephone: (973) 596-4523
> Facsimile: (973) 639-6244
> E-mail: dcrapo@gibbonslaw.com

## NOTICE

18.    No trustee or examiner has been appointed in these cases. Notice of this Objection has been provided to: (i) the Office of the United States Trustee for the Southern District of New York, (ii) counsel to the Debtors; (iii) counsel to the Creditors' Committee; (iv) counsel to the Securities Investors Protection corporation Trustee; (v) counsel to the Purchaser; and (vi) all parties having requested notice in these cases pursuant to Fed.R.Bankr.P. 2002. In light of the nature of the relief requested herein, Standard & Poor's submits that no other or further notice is required.

#1346284 v2
106903-57498

**WHEREFORE,** for the reasons set forth herein, Standard & Poor's respectfully (i) objects to the proposed cure amounts set forth in the Notice and the Lists, (ii) requests that this Court order LBI or the Purchaser to fully identify the seventeen (17) Standard & Poor's Contracts that were assumed and assigned to the Purchaser pursuant to the Sales Order and pay Standard & Poor's the amount necessary to cure defaults under the Standard & Poor's Contracts; and (iii) requests that this Court grant such other and further relief as the Court may deem just and proper.

Dated: October 10, 2008
      New York, New York

                           GIBBONS P.C.

                           By: /s/ David N. Crapo
                           David N. Crapo
                           One Gateway Center
                           Newark, New Jersey  07102
                           Telephone: (973) 596-4523
                           Facsimile: (973) 639-6244
                           *Attorneys for Standard & Poor's*

#1346284 v2
106903-57498

# EXHIBIT A

#1346284 v2
106903-57498

## SCHEDULE OF CONTRACTS BETWEEN STANDARD AND POOR'S
## AND VARIOUS LEHMAN BROTHERS ENTITIES

| No. | Contract | Cure Amount |
|---|---|---|
| 1. | Relationship Fee Agreement, dated January 10, 2008 between Standard & Poor's (Credit Market Services) and Lehman Brothers Holdings, Inc. ("LBHI"), and certain affiliates identified on the schedule attached thereto. | TBD |
| 2. | Standard & Poor's Master Subscription Agreement, dated November 26, 2001 between Standard & Poor's (Compustat) and Lehman Brothers, Inc. ("LBI") | $293,106.53 |
| 3. | Standard & Poor's Master Subscription Agreement S&P Marketscope Services Attachment between Standard & Poor's and LBI dated June 1, 2004, which is related to the November 26, 2001 Standard & Poor's Master Subscription Agreement between Standard & Poor's and LBI. | TBD |
| 4. | Standard & Poor's Master Subscription Agreement S& P Institutional Market Services Attachment, dated July 1, 2002 between Standard & Poor's (Compustat) and LBI | $264,034.80 |
| 5. | Standard & Poor's Master Subscription Agreement S& P Institutional Market Services Attachment, dated May 21, 2003 between Standard & Poor's (Compustat) and LBI | TBD |
| 6. | Standard & Poor's Master Subscription Agreement S& P Institutional Market Services Attachment, dated November 1, 2003 between Standard & Poor's (Compustat) and LBI | TBD |
| 7. | Standard & Poor's Master Subscription Agreement, dated November 26, 2001, between Standard & Poor's and LBHI | TBD |
| 8. | Insurance Products Services Attachment to the Master Subscription Agreement, dated March 13, 2008, for Libero Ventures Ltd., which is related to that certain Standard & Poor's Master Subscription Agreement, dated November 26, 2001, between Standard & Poor's and LBHI. | TBD |
| 9. | Ratings Xpress Services Attachment to the Master Subscription Agreement, dated September 23, 2007, between Standard & Poor's and LBHI, which is related to the Standard & Poor's Master Subscription Agreement, dated November 26, 2001, between Standard & Poor's and LBHI. | $406,600 |

| 10. | Standard & Poor's Master Subscription Agreement Index Services Attachment, dated December 1, 2001, between Standard & Poor's and LHBI and LBI ("LEH 08502"), which is related to the November 26, 2001 Standard & Poor's Master Subscription Agreement identified immediately above, as LEH 08502 is supplemented by Pricing Schedule LEH 51569, dated September 14, 2006 and Pricing Schedule LEH 40672, dated June 15, 2008. | $49,766.25, consisting of $27,093.75 due under LEH 08502, $15,172.50 due under LEH 51569 and $7,500 due under LEH 40672. |
|-----|---------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------|
| 11. | Standard & Poor's Master Subscription Agreement S&P Index Services Attachment, dated July 1, 2002, between Standard & Poor's and LBHI and LBI, which is related to the two documents identified immediately above. | $61,773.75 |
| 12. | Index Services Addendum, dated May 1, 2002, between Standard & Poor's and LBHI and LBI, which is related to the Standard & Poor's Master Subscription Agreement Index Services Attachment identified immediately above and the November 26, 2001 Standard & Poor's Master Subscription Agreement identified above and the December 1, 2001 Standard & Poor's Master Subscription Agreement Index Services Attachment identified above. | $27,093.75 |
| 13. | LCD Services Attachment to the Master Subscription Agreement, dated January 1, 2008, between Standard & Poor's and "LBHI, together with its Affiliates," which relates to the Standard & Poor's Master Subscription Agreement, dated November 26, 2001, between Standard & Poor's and LBHI identified in No. 7 above. | $25,000 |
| 14. | Standard & Poor's Master Subscription Agreement Credit Market Services Attachment, dated August 1, 2003, between Standard & Poor's and LBHI. | TBD |
| 15. | Rating Services Letter Agreement, dated March 18, 2008, between Standard & Poor's Ratings Services and LBI | $600,188.00 |
| 16. | Rating Services Letter Agreement, dated May 28, 2008, between Standard & Poor's Ratings Services and LBI. | $600,000.00 |
| 17. | Rating Services Letter Agreement, dated July 23, 2008, between Standard & Poor's Ratings Services and LBI | $600,000.00 |
| 18. | Standard & Poor's SPIRE Standalone License Agreement, dated November 21, 2005, between Standard & Poor's and LBI | $0 |

| | | |
|---|---|---|
| 19. | Standard & Poor's LEVELS Standalone License Agreement, dated March 21, 2000, between Standard & Poor's and LBI, as amended by that certain Standard & Poor's LEVELS Standalone License Addendum, dated March 21, 2000, between Standard & Poor's and LBI. | $0 |
| 20. | Standard & Poor's LEVELS Engine License Agreement, dated March 21, 2000, between Standard & Poor's and LBI, as amended by a Standard & Poor's LEVELS Engine License Addendum, dated March 21, 2000 between Standard & Poor's and LIB. | $0 |
| 21. | Standard & Poor's Ratings Services Subscription Agreement between Standard & Poor's Ratings Services and Lehman Brothers, dated May 17, 1999 | TBD |
| 22. | License Agreement (Index), dated May 16, 1997 between Standard & Poor's and LBI, as amended by Amendment No. 1 to License Agreement, dated September 15, 1997, and as further Amended by Amendment No 2 to License Agreement, dated October 3, 2005, and as further amended by Amendment No. 3 dated November 14, 2005 | TBD |
| 23. | License Agreement (Index), dated December 1, 1993, between Standard & Poor's and LBI | TBD |
| 24. | Memorandum of Agreement, dated December 16, 1993 between Standard & Poor's, LBI and Walt Disney Company, related to the License Agreement (Index) dated December 1, 1993. | TBD |
| 25. | Memorandum of Agreement, dated December 16, 1993 between Standard & Poor's, LBI and Air Products & Chemicals, Inc., related to the License Agreement (Index) dated December 1, 1993. | TBD |
| 26. | Memorandum of Agreement, dated October 1, 2004 between Standard & Poor's, LBI and Hanmi Bank, related to the License Agreement (Index) dated December 1, 1993. | TBD |
| 27. | Standard & Poor's Master Index License Agreement, dated December 1, 2007 between Standard & Poor's and LBI. | $949,072.35 |
| 28. | License Agreement, dated May 23, 2002, between Standard & Poor's and LBHI, as amended by Amendment No. 1 to License Agreement, dated June 21, 2007, as further amended by Amendment No. 2 to License Agreement, dated July 23, 2007, and as further amended by Amendment No. 5 to License Agreement, dated October 1, 2007. | TBD |

| 29. | Standard & Poor's Master Derivative License Agreement, dated December 29, 2005, between Standard & Poor's and Lehman Brothers International (Europe) ("LBIE") | TBD |
| 30. | Standard & Poor's Product License Agreement: Product License under Master Derivative License, dated December 29, 2005, between Standard & Poor's and LBIE | TBD |
| 31. | Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated September 29, 2006, between Standard & Poor's and LBIE | TBD |
| 32. | Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated December 6, 2006, between Standard & Poor's and LBIE | TBD |
| 33. | Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated October 26, 2006, between Standard & Poor's and LBIE | TBD |
| 34. | A second Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated October 26, 2006, between Standard & Poor's and LBIE | TBD |
| 35. | Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated November 14, 2006, between Standard & Poor's and LBIE | TBD |
| 36. | A second Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated November 14, 2006, between Standard & Poor's and LBIE | TBD |
| 37. | Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated November 22, 2006, between Standard & Poor's and LBIE | TBD |
| 38. | Standard & Poor's Product License Agreement, Product License under Master Derivative License, dated January 1, 2005 between Standard & Poor's and LBIE | TBD |
| 39. | Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated August 2, 2006, between Standard & Poor's and LBIE | TBD |
| 40. | A second Standard & Poor's Product License Agreement--Product License under (December 29, 2005) Master Derivative License, dated August 2, 2006, between Standard & Poor's and LBIE | TBD |

#1346284 v2
106903-57498

| 41. | Product License Under (December 29, 2005) Master Derivative License, dated November 15, 2006, between Standard & Poor's and LBIE | TBD |
|-----|---|---|
| 42. | Standard & Poor's Master Custom Index Agreement (US) between Standard & LBIE | TBD |
| 43. | Custom Index Order Schedule Number 1 (US), dated December 31, 2006, between Standard & Poor's and LBIE | TBD |
| 44. | Standard & Poor's Master Derivative License Agreement (LEH-51830) ("Index"), dated December 27, 2007, between Standard & Poor's and LBI | TBD |
| 45. | Standard & Poor's-Open Product License Agreement for S&P Diversified Trends Indicator and Commodity Trends Indicator Indices under Master Derivative License, dated December 27, 2007, between Standard & Poor's and LBI and certain affiliates, which is related to the Standard & Poor's Master Derivative License identified immediately above. | TBD |
| 46. | License Agreement, dated December 1, 2006 between Standard & Poor's and LBI. | TBD |
| 47. | GSCI License Agreement, dated May 8, 2007, between Standard & Poor's and LBI, as amended by the Amendment No. 1 to License Agreement, dated July 31, 2008. | $100,963.00 |
| 48. | Standard & Poor's Master Subscription Agreement, dated Jul y 1, 2000 between Standard & Poor's and LBI and various affiliates. | TBD |
| 49. | Standard & Poor's Master Subscription Agreement S&P Index Services Attachment, dated July 1, 2000, between Standard & Poor's and LBI and various affiliates, which is related to the Standard & Poor's Subscription Agreement dated identified immediately above. | TBD |
| 50 | Master Subscription Agreement, dated October or November 27, 2006, between Standard & Poor's and Lehman Brothers Asset Management France | TBD |
| 51. | Index Data Services Attachment to the Master Subscription Agreement, dated December 14, 2006, between Standard & Poor's and Lehman Brothers Asset Management France, dated October or November 27, 2006. | TBD |

| | | |
|---|---|---|
| 52. | Index Data Services Attachment to the Master Subscription Agreement, dated October 27, 2006 between Standard & Poor's and Lehman Brothers Asset Management France, which is related to the October or November 27, 2006 Master Subscription Agreement between Standard & Poor's and Lehman Brothers Asset Management France. | TBD |
| 53. | Index Data Services Attachment to the Master Subscription Agreement, dated September 19, 2007 between Standard & Poor's and LBIE, which is related to Standard & Poor's Master Subscription Agreement, dated January 7, 2000 between Standard & Poor's and LBIE. | TBD |
| 54. | Order Schedule No. 1 Index IP, dated December 1, 2007 between Standard & Poor's and LBI. Related to a Master Index License Agreement between Standard & Poor's that became effective on December 1, 2007. | Included in No. 27 above. |
| 55. | Standard & Poor's LLC Compliance Contract -- UK, dated June 1, 2004, between Standard & Poor's LLC and LBIE | TBD |
| 56. | Standard & Poor's Market Scope Order Form and License Agreement, dated April 15, 2006 between Standard & Poor's and LBIE | TBD |
| 57 | Standard & Poor's LLC Compliance Contract -- UK, dated April 15, 2004, between Standard & Poor's LLC and LBIE | TBD |
| 58. | Standard & Poor's Master Subscription Agreement S&P PMD Leveraged Loan Service Attachment, dated January 13, 2003, between Standard & Poor's and LBH, which is related to the November 26, 2001 Master Services Subscription Agreement between Standard & Poor's and LBHI.. | $34,775 |
| 59. | Standard & Poor's Master Subscription Agreement Services Attachment, between Standard & Poor's and LBHI, which was executed by LBHI on May 26, 2005, and Amendment No. 1 to the Services Attachment, dated November 1, 2005, which is related to the November 26, 2001 Master Services Subscription Agreement between Standard & Poor's and LBHI. | TBD |
| 60. | Standard & Poor's Master Subscription Agreement S&P PMD Leveraged Loan Service Attachment, dated November 12, 2001, between Standard & Poor's and LBHI, which is related to the November 26, 2001 Master Services Subscription Agreement between Standard & Poor's and LBHI. | TBD |

| 61. | Standard & Poor's Master Subscription Agreement S&P LCD Leveraged Loan Service Attachment, dated January 1, 2005, between Standard & Poor's and LBHI , which is related to the November 26, 2001 Master Services Subscription Agreement between Standard & Poor's and LBHI. | $75,375 |
|---|---|---|
| 62. | Standard & Poor's CUSIP Service Bureau Electronic Institutional Subscription Agreement dated, dated December 15, 2000, between Standard & Poor's and LBI and Amendments No. 1 and 2 thereto, and CUSIP Master and Update Service Order Form Institutional. | $15,600.60 |
| 63. | Kenny Housing Call Report Service Agreement, effective 1991, between JJ Kenny (now a unit of Standard & Poor's) and Lehman Bros. and Exhibit A thereto. | $5,305.94 |
| 64. | Standard & Poor's Distribution Agreement, dated January 1, 2005 between Standard & Poor's Evaluations, Inc. and LBI (Contract No. 004231-LEHNY-2005) and Order Schedule #1, which was executed by LBI on August 2, 2005. | TBD |
| 65. | CDS Express and CDS Accelerator Services Attachment to the Master Subscription Agreement, dated October 1, 2006, between Standard & Poor's and LBHI (Contract No. 2006-US-1811). | $118,562.25 |
| 66. | Standard & Poor's Master Subscription Agreement Money Market Directors Services Attachment, dated January 10, 2005, between Standard & Poor's and LBHI, which is related to the November 26, 2001 Master Subscription Agreement between Standard & Poor's and LBHI. | TBD |
| 67. | GICS License Agreement between Standard & Poor's and LBHI, which was effective on June 1, 2003, and the Addenda to GICS License Agreement for Standard & Poor's GICS History, dated August 31, 2006 and November 1, 2007. | $88,275 |
| 68. | CDO Evaluator™ Engine Services Attachment to the Master Subscription Agreement, dated March 5, 2007, between Standard & Poor's and LBI, which is related to the November 26, 2001 Standard & Poor's Master Subscription Agreement between Standard & Poor's and LBI. | TBD |
| 69. | CDO Evaluator™ Engine Services Attachment to the Master Subscription Agreement, dated June 1, 2007 between Standard & Poor's and LBI, which is related to the November 26, 2001 Standard & Poor's Master Subscription Agreement between Standard & Poor's and LBI. . | TBD |

| 70. | Standard & Poor's Subscription Agreement (Risk Solutions), between Standard & Poor's and LBI and executed by LBI on July 19, 1999. | TBD |
| 71. | Standard & Poor's Master Subscription Agreement S&P Institutional Market Services Attachment, dated March 1, 2003 between Standard & Poor's and LBHI, which is related to the November 26, 2001 Standard & Poor's Master Subscription Agreement between Standard & Poor's and LBHI. . | TBD |
| 72. | ISIDPlus Institutional Services Agreement, dated September 9, 2008 (effective September 15, 2008), between Standard & Poor's CUSIP Service Bureau and LBI. | TBD |
| 73. | Standard & Poor's Master Subscription Agreement, dated July 1, 2000, between Standard & Poor's and Lehman Brothers | $19,938.57 |
| 74. | Standard and Poor's Rating Services Letter Agreement dated May 22, 2008 between Standard & Poor's and LBIE. | $2,864,138.81 |
| 75. | Standard & Poor's Master Subscription Agreement Credit Market Services Attachment, dated July 1, 2003 between Standard & Poor's and LBHI and Amendment No 1 thereto, dated July 15, 2005, and Amendment No. 2 thereto, dated August 8, 2006 | TBD |
| 76. | Standard & Poor's Master Subscription Agreement Ratings Direct Services Attachment, dated March 1, 2006, between S& P and LBHI | TBD |
| 77. | Standard & Poor's Ratings Direct Order Form between Standard & Poor's Ratings Services and Lehman Brothers, dated August 25, 2002. | TBD |
| 78. | Standard & Poor's Credit Wire Order Form between Standard & Poor's Ratings Services and Lehman Brothers, which was executed on February 1, 2000. | TBD |
| 79. | Standard & Poor's Ratings Direct Order Form between Standard & Poor's Ratings Services and Lehman Brothers, dated April 30, 2003. | TBD |
| 80. | Standard & Poor's Ratings Direct Order Form between Standard & Poor's Ratings Services and Lehman Brothers, dated July 25, 2003. | TBD |

| | | |
|---|---|---|
| 81. | Capital IQ License Agreement, dated August 16, 2001, between Capital IQ, Inc. and LBI, and a Letter Agreement between Capital IQ, Inc., and LBI, dated December 31, 2003, as amended pursuant to amending letters dated July 1, 2004, November 1, 2007 and December 31, 2007. | $343,105.46 |
| 82. | Letter Retention Ratings Services Agreement, dated July 23, 2008, between Standard & Poor's and LBI | $60,000 |
| 83. | Letter Retention Ratings Services Agreement dated January 25, 2006, between Standard & Poor's Rating Services and Lehman Brothers, Inc. | $35,000 |
| 84. | Letter Retention Ratings Services Agreement, dated March 18, 2008 between Standard & Poor's and Lehman Brothers, Inc. | $7,500 |
| 85. | Letter Retention Services Ratings Agreement dated July 9, 2007, between Standard & Poor's and Lehman Brothers | $7,500 |
| 86. | Pricing Schedule for LCD Custom Loan Facility Information, executed by Lehman Brothers on May 26, 2005. | 0 |
| 87. | Pricing Schedule, for LCD Research and LCD Loan Profiles, executed by Lehman Brothers on January 15, 2003 | 0 |
| 88. | Pricing Schedule for PMD Leveraged Loan News Service, executed by LBHI and LBI on February 4, 2002 | 0 |
| 89. | Pricing Schedule - US, related to Contract No. 005313-LEHNY-2004, executed by LBHI on October 21, 2004 | 0 |
| 90. | LCA Pricing Schedule, for LCD services in England, executed by Lehman Brothers on April 14, 2008 | 0 |
| 91. | Internal Research Agreement for Compustat Services, executed by LBI on June 28, 2008. | TBD |
| 92. | IMS - Pricing Schedule, executed by LBI on August 30, 2002 | Included in No. 4 ($75,944.35; $18,090.45) |
| 93. | IMS Pricing Schedule, executed by LBI on April 14, 2003 | TBD |
| 94. | IMS Pricing Schedule for Contract No. 004355-LEHNY-2005, executed by LBHI on April 21, 2005 | Included in No. 2 ($28,984.68) |

| 95. | IMS Pricing Schedule for Contract No. 004913-LEHNY-2005, executed by LBHI on October 2, 2005 | Included in No. 2 ($47,520.87) |
|---|---|---|
| 96. | IMS Pricing Schedule for Contract No. 004989-LENY-2005, executed by LBHI on Nov. 21, 2005 and by J. Ashlock of IMS on January 27, 2006 | 0 |
| 97. | Pricing Schedule for Compustat Point in Time executed by LBHI on October 12, 2007. | TBD |
| 98. | Pricing Schedule for Compustat Preliminary History, and Compustat Xpress Feed Loader, executed by LBHI on Nov. 29, 2007 | 0 |
| 99. | Pricing Schedule for Compustat Point in Time, executed by LBHI on December 10, 2007. | 0 |
| 100. | IMS Pricing Schedule for Contract No. 2006-US-1499, executed by LBHI on May 31, 2006 | 0 |
| 101. | IMS Pricing Schedule for Compustat Point in Time and Compustat Backdata - Annual and Quarterly, executed by LBHI on August 7, 2006 | Included in No. 2 ($89,852.22) |
| 102. | Pricing Schedule for Xpress feed Loader, executed by LBHI on October 4, 2007 | Included in No. 2 ($16,887.49) |
| 103. | Pricing Schedule for CDO Evaluator $^{TM}$ Engine, executed by LBI on March 7, 2007 (LEH-41329) | Included in No. 2 ($11,279.82) |
| 104. | Pricing Schedule for Corporate Tracker, executed by LPHI on March 13, 2007 (LEH01566/LEH5037) | TBD |
| 105. | Pricing Schedule for CDO Evaluator $^{TM}$ Engine, executed by LBI on June 13, 2007 (LEH-02208/LEH-41329) | TBD |
| 106. | Credit Servicing Pricing Schedule for Ratings Direct Global Issuers, executed by LBHI on June 17, 2003 | TBD |
| 107. | Pricing Schedule for Standard & Poor Bric 40 Index, executed by LBIE on December 29, 2006 | TBD |
| 108. | Order Schedule No. 1 for Lehman Municipal Bond Index or Global Family of Indexes Services (including Point, Sunland), executed by LBI on August 2, 2005 | TBD |

| 109. | CDS XPRESS ™ and CDS Acceleration ™ Pricing Schedule - US for CDS XPRESS, executed by LBHI on September 29, 2006 | 0 |
| 110. | Pricing Schedule - US for Money Market Directory Web Database and Money Market Directory database on C-D Rom, executed by LBHI on January 14, 2005 | 0 |
| 111. | Pricing Schedule - US for European Marketscope, executed by LBIE on June 7, 2004 | 0 |
| 112. | IMS - Pricing Schedule for History/Comprehensive Package (North America), executed by LBHI on June 21, 2002. | TBD |
| 113. | Pricing Schedule Standard & Poor Thematic Indices, (ii) Standard & Poor Shariah Indices; and (iii) Standard & Poor Listed Private Equities, executed by LBIE on Nov. 11, 2007. | TBD |
| 114. | Pricing Schedule for (ii) Standard & Poor Thematic Shariah Indices; (ii) Stars Health Care and (iii) property Shariah Indices, executed by LBIE on March 28, 2003 | TBD |
| 115. | Pricing Schedule for Standard & Poor ASX (Investment Banking, executed by LBHI on June 9, 2008 | TBD |
| 116. | Order Schedule No. 1, Index I for various Indices, executed by LBI on May 27, 2008 | TBD |
| 115. | Pricing Schedule for Standard & Poor Index Alert * S&P/IFC Indexes), executed by LBI on June 20, 2000. | TBD |
| 116. | Pricing Schedule - Index Services Attachment for Index Alert executed by LBHI and LBI and January 30, 2002. | TBD |
| 117. | IMS-Pricing Schedule for Compustat Primary History (Equitus Research), executed by LBHI on September 21, 2006 | $17,564.10 |
| 118. | Pricing Schedule for Compustat Global Monthly Values/ Xpressfeed/Quantitative Research and Compustat Global/Xpressfeed/Quantitative Research, executed by LBHI on June 16, 2006. | $81,017.15 |

# EXHIBIT B

#1346284 v2
106903-57498

## Open AR Ratings Invoices

| Region | Billto Cust | Billto Name | Product | Product description | Create Date | Invoice | Orig AR Amt | Balance due |
|---|---|---|---|---|---|---|---|---|
| DOM_DR_DATA | *1000001623 | LEHMAN BROTHERS | 69476A | COMM MTGE - ANNUAL | 10/5/2007 | 10157661 | 20,000.00 | 20,000.00 |
| DOM_DR_DATA | *1000065399 | LEHMAN BROTHERS, INC. | 69111A | RESIDENTIAL MORTGAGE - ANNUAL | 3/10/2008 | 10173934 | 2,500.00 | 2,500.00 |
| DOM_DR_DATA | *19264950000 | INVOICE PROCESSING SYSTEMS | 69476A | COMM MTGE - ANNUAL | 6/6/2008 | 10181317 | 2,000.00 | 2,000.00 |
| DOM_DR_DATA | *1000045729 | LEHMAN BROTHERS | 69264A | synthetic annual | 2/7/2008 | 10170553 | 5,000.00 | 5,000.00 |
| DOM_DR_DATA | *1000061167 | LEHMAN BROTHERS AP DEPARTMENT | 69105A | SYNTHETIC CDO - ANNUAL | 3/10/2008 | 10173072 | 35,000.00 | 35,000.00 |
| DOM_DR_DATA | *1000061167 | LEHMAN BROTHERS AP DEPARTMENT | 69105A | SYNTHETIC CDO - ANNUAL | 3/10/2008 | 10173072 | 35,000.00 | 35,000.00 |
| DOM_DR_DATA | *1000098050 | LEHMAN BROTHERS | 69101A | FIXED INCOME - ANNUAL | 3/10/2008 | 10173099 | 35,000.00 | 35,000.00 |
| DOM_DR_DATA | *1000035811 | IMAGE PROCESSING SYSTEMS | 832E | LOC BACK LONG TERM EXTENSIONS ONE TIME | 3/18/2008 | 10175406 | 1,000.00 | 1,000.00 |
| DOM_DR_DATA | *1000061909 | LEHMAN BROTHERS | 69476A | COMM MTGE - ANNUAL | 4/7/2008 | 10176578 | 30,000.00 | 30,000.00 |
| DOM_DR_DATA | *1000062501 | LEHMAN BROTHERS | 650K0 | CBO / CLO LOANS | 4/3/2008 | 10177843 | 600,188.00 | 600,188.00 |
| DOM_DR_DATA | *1000017435 | LEHMAN BROTHERS | 69476A | COMM MTGE - ANNUAL | 5/7/2008 | 10178909 | 25,000.00 | 25,000.00 |
| DOM_DR_DATA | *1000062231 | LEHMAN BROTHERS | 54702A | NAAB - COMM PAPER - STAND ALONE- ANNUAL | 5/7/2008 | 10179327 | 30,000.00 | 30,000.00 |
| DOM_DR_DATA | *1000062501 | LEHMAN BROTHERS | 650K0 | CBO / CLO LOANS | 6/4/2008 | 10183491 | 600,000.00 | 600,000.00 |
| DOM_DR_DATA | *1000093067 | LEHMAN BROTHERS | 54702A | NAAB - COMM PAPER - STAND ALONE- ANNUAL | 7/8/2008 | 10165397 | 75,000.00 | 75,000.00 |
| DOM_DR_DATA | *1000065901 | LEHMAN BROTHERS INC. | 648X4 | NAAB - SYNTHETICS - T&C | 7/11/2008 | 10166893 | 5,000.00 | 5,000.00 |
| DOM_DR_DATA | *1000037715 | LEHMAN BROTHERS | 69476A | COMM MTGE - ANNUAL | 8/7/2008 | 10187639 | 25,000.00 | 25,000.00 |
| DOM_DR_DATA | *1000035503 | LEHMAN BROTHERS INC. | 69476A | COMM MTGE - ANNUAL | 8/7/2008 | 10187878 | 25,000.00 | 25,000.00 |
| DOM_DR_DATA | *1000093944 | LEHMAN BROTHERS | 69101A | FIXED INCOME - ANNUAL | 8/7/2008 | 10188090 | 35,000.00 | 35,000.00 |
| DOM_DR_DATA | *1000074019 | AURORA LOAN SERVICES INC. | 62X93 | SE PRODUCTION T&C | 7/14/2008 | 10188112 | 1,750.00 | 1,750.00 |
| DOM_DR_DATA | *1000065517 | LEHMAN BROTHERS | 650CE | CREDIT ESTIMATES | 7/30/2008 | 10188818 | 60,000.00 | 60,000.00 |
| DOM_DR_DATA | *1000062501 | LEHMAN BROTHERS | 650K0 | CBO / CLO LOANS | 8/4/2008 | 10189020 | 600,000.00 | 600,000.00 |
| DOM_DR_DATA | *1000065031 | LEHMAN BROTHERS | 73546 | SURV T&C CMBS | 8/1/2008 | 10189292 | 3,000.00 | 3,000.00 |
| DOM_DR_DATA | *1000037715 | LEHMAN BROTHERS | 69476A | COMM MTGE - ANNUAL | 9/8/2008 | 10190313 | 40,000.00 | 40,000.00 |
| DOM_DR_DATA | *1000050271 | LEHMAN BROTHERS INC. | 89122A | NAG-ANNUAL | 9/8/2008 | 10190326 | 7,500.00 | 7,500.00 |
| DOM_DR_DATA | *1000041942 | LEHMAN BROTHERS | 69101A | FIXED INCOME - ANNUAL | 9/8/2008 | 10190356 | 35,000.00 | 35,000.00 |
| DOM_DR_DATA | *1000093793 | LEHMAN BROTHERS INC. | 69101A | FIXED INCOME - ANNUAL | 9/8/2008 | 10190377 | 35,000.00 | 35,000.00 |
| DOM_DR_DATA | *1000040418 | LEHMAN BROS. RESIDENTIAL MORT | 69111A | RESIDENTIAL MORTGAGE - ANNUAL | 9/8/2008 | 10190390 | 2,500.00 | 2,500.00 |
| DOM_DR_DATA | *1000050271 | LEHMAN BROTHERS INC. | 89122A | NAG-ANNUAL | 9/8/2008 | 10190395 | 7,500.00 | 7,500.00 |
| DOM_DR_DATA | *1000065271 | LEHMAN BROTHERS | 62X93 | SE PRODUCTION T&C | 8/14/2008 | 10190564 | 2,225.00 | 2,225.00 |
| DOM_DR_DATA | *1000067017 | LEHMAN BROTHERS SMALL BUSINESS | 69697 | SURV-T&C-RMBS | 8/25/2008 | 10190842 | 22,500.00 | 22,500.00 |
| DOM_DR_DATA | *1000074451 | LEHMAN BROTHERS INC. | 648X4 | NAAB - SYNTHETICS - T&C | 8/26/2008 | 10190928 | 11,000.00 | 11,000.00 |
| DOM_DR_DATA | *1000074515 | LEHMAN BROTHERS | 650CE | CREDIT ESTIMATES | 9/2/2008 | 10191199 | 5,000.00 | 5,000.00 |
| DOM_DR_DATA | *1000031046 | LEHMAN BROTHERS | 89RMBS | PREPAID SURVEILLANCE - RMBS | 9/3/2008 | 10191300 | 5,000.00 | 5,000.00 |
| DOM_DR_DATA | *1000031046 | LEHMAN BROTHERS | 61016 | REREMIC | 9/3/2008 | 10191302 | 25,000.00 | 25,000.00 |
| DOM_DR_DATA | *1000031046 | LEHMAN BROTHERS | 89RMBS | PREPAID SURVEILLANCE - RMBS | 9/3/2008 | 10191302 | 15,000.00 | 15,000.00 |
| DOM_DR_DATA | *1000031046 | LEHMAN BROTHERS | 61011 | PRIME JUMBO | 9/3/2008 | 10191303 | 50,000.00 | 50,000.00 |
| DOM_DR_DATA | *1000010024 | LEHMAN BROTHERS | 64001Q | NAAB COMM PAPER-STAND ALONE-QUARTERLY | 9/9/2008 | 10191748 | 34,000.00 | 34,000.00 |
| DOM_DR_DATA | *1000069418 | IMAGE PROCESSING SYSTEM6 | 10101 | PUBLIC RATING - BOSTON - GO | 9/11/2007 | 10157240 | 3,500.00 | 3,500.00 |
| DOM_DR_DATA | *1000070366 | LEHMAN BROTHERS | 175412 | DERIVATIVE(OTHER) - SAN FRAN | 10/30/2007 | 10162370 | 1,000.00 | 1,000.00 |
| DOM_DR_DATA | *1000037684 | LEHMAN BROTHERS | 10842A | ISSUER CREDIT RATING-HOUSING-ANNUAL | 9/8/2008 | 10189655 | 60,000.00 | 60,000.00 |
| FRANK_DR_DATA | *16000001456 | LEHMAN BROTHERS EUROPE LIMITED | F63 | COMMERCIAL REAL ESTATE - NEW | 6/2/2008 | 10084682 | 2,864,138.81 | 2,864,138.81 |
| JPN_DR_DATA | *2230002373 | LEHMAN BROTHERS JAPAN INC. | T6025 | CDO - SYNTHETICS - NEW | 7/29/2008 | 10026427 | 73,908.88 | 73,908.88 |
| LONDON_DR_DA | *2500004927 | SOUTHERN PACIFIC MORTGAGE LTD | L61A | RMBS - ANNUAL | 8/18/2008 | 10518292 | 11,360.16 | 11,360.16 |
| LONDON_DR_DA | *2500004002 | LEHMAN BROTHERS INTL (EUROPE) | L6026A | CDO SYNTHETICS - ANNUAL | 8/18/2008 | 10518910 | 17,625.00 | 17,625.00 |
| LONDON_DR_DA | *2500003839 | SOUTHERN PACIFIC MORTGAGE LTD | L61A | RMBS - ANNUAL | 8/18/2008 | 10518928 | 11,380.16 | 11,380.16 |
| LONDON_DR_DA | *2500003893 | LEHMAN BROTHERS LTD | L63A | COMMERCIAL REAL ESTATE - ANNUAL | 8/18/2008 | 10518944 | 56,800.82 | 56,800.82 |
| LONDON_DR_DA | *2500004002 | LEHMAN BROTHERS INTL (EUROPE) | L6026A | CDO SYNTHETICS - ANNUAL | 8/18/2008 | 10518966 | 13,218.75 | 13,218.75 |
| LONDON_DR_DA | *2500007880 | LEHMAN BROTHER LIMITED | L63A | COMMERCIAL REAL ESTATE - ANNUAL | 8/18/2008 | 10518960 | 51,120.74 | 51,120.74 |
| | | | | | | | 5,711,694.32 | 5,687,944.32 |

JJ KENNY

| Region | Billto Cust | Billto Name | Shipto cust | Shipto name | Product | Product description | Create Date | Invoice | Master Inv Num | Orig AR Amt USD | Balance due USD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JJK_DATA | 1*20000004089 | IMAGE PROCESSING SYSTEMS | 1*20000004893 | LEHMAN BROTHERS, INC. | 301 | Municipal Index Reports | 9/28/2007 | 33424194 | | 270.94 | 270.94 | KennySec Evaluation |
| JJK_DATA | 1*20000000980 | IMAGE PROCESSING SYSTEMS | 1*10000855000 | LEHMAN BROTHERS INC. | WB928 | KENNYBASE on KennyWeb Sinking Fund Schedule Inquiry | 10/27/2007 | 33425459 | | 179.43 | 179.43 | KennySec Evaluation |
| JJK_DATA | 1*20000004089 | IMAGE PROCESSING SYSTEMS | 1*20000004893 | LEHMAN BROTHERS, INC. | 301 | Municipal Index Reports | 12/31/2007 | 33430410 | | 270.94 | 270.94 | KennySec Evaluation |
| JJK_DATA | 1*20000004089 | IMAGE PROCESSING SYSTEMS | 1*20000004893 | LEHMAN BROTHERS INC. | 301 | Municipal Index Reports | 3/31/2008 | 33436921 | | 270.94 | 270.94 | KennySec Evaluation |
| JJK_DATA | 1*10005039800 | IMAGE PROCESSING SYSTEMS | 1*10300035000 | LEHMAN BROTHERS INC. | WB801 | KENNYBASE on KennyWeb Data Usage - Minimum | 4/24/2008 | 33438131 | | 35.00 | 35.00 | KennySec Evaluation |
| JJK_DATA | 1*20000000980 | IMAGE PROCESSING SYSTEMS | 1*10000855000 | LEHMAN BROTHERS INC. | WB827 | KENNYBASE on KennyWeb Disclosure Information (RCS) | 4/24/2008 | 33438205 | | 130.48 | 130.48 | KennySec Evaluation |
| JJK_DATA | 1*20000004089 | IMAGE PROCESSING SYSTEMS | 1*20000004893 | LEHMAN BROTHERS, INC. | 301 | Municipal Index Reports | 4/30/2008 | 33438754 | | 270.94 | 270.94 | KennySec Evaluation |
| JJK_DATA | 1*10005039800 | IMAGE PROCESSING SYSTEMS | 1*10300035000 | LEHMAN BROTHERS INC. | WB801 | KENNYBASE on KennyWeb Data Usage - Minimum | 5/27/2008 | 33440044 | | 35.00 | 35.00 | KennySec Evaluation |
| JJK_DATA | 1*20000004089 | IMAGE PROCESSING SYSTEMS | 1*20000004893 | LEHMAN BROTHERS, INC. | 301 | Municipal Index Reports | 5/30/2008 | 33440728 | | 270.94 | 270.94 | KennySec Evaluation |
| JJK_DATA | 1*20000004089 | IMAGE PROCESSING SYSTEMS | 1*20000004893 | LEHMAN BROTHERS, INC. | 301 | Municipal Index Reports | 6/30/2008 | 33443214 | | 270.94 | 270.94 | KennySec Evaluation |
| JJK_DATA | 1*20000009704 | IMAGE PROCESSING SYSTEMS | 1*20000009705 | LEHMAN BROTHERS INC. | 321BL1 | Municipal Evaluations via Bloomberg - Level 1 Look-up Access | 7/31/2008 | 33444414 | | 812.81 | 812.81 | KennySec Evaluation |
| JJK_DATA | 1*10005038000 | IMAGE PROCESSING SYSTEMS | 1*10300035000 | LEHMAN BROTHERS INC. | WB801 | KENNYBASE on KennyWeb Data Usage - Minimum | 7/22/2008 | 33444428 | | 35.00 | 35.00 | KennySec Evaluation |
| JJK_DATA | 1*20000000980 | IMAGE PROCESSING SYSTEMS | 1*10000855000 | LEHMAN BROTHERS INC. | WB815 | KENNYBASE on KennyWeb Special Extraordinary Redemptions | 7/22/2008 | 33444502 | | 140.73 | 140.73 | KennySec Evaluation |
| JJK_DATA | 1*20000000980 | IMAGE PROCESSING SYSTEMS | 1*10000855000 | LEHMAN BROTHERS INC. | 182 | KENNYBASE on KennyWeb Multiple Subscription Fee | 7/31/2008 | 33445034 | | 541.88 | 541.88 | KennySec Evaluation |
| JJK_DATA | 1*20000000980 | IMAGE PROCESSING SYSTEMS | 1*10023910000 | NEUBERGER BERMAN, INC | 301 | Municipal Index Reports | 7/31/2008 | 33445089 | | 216.75 | 216.75 | KennySec Evaluation |
| JJK_DATA | 1*10023910001 | IMAGE PROCESSING SYSTEMS | 1*20000004893 | LEHMAN BROTHERS, INC. | 301 | Municipal Index Reports | 7/31/2008 | 33445121 | | 270.94 | 270.94 | KennySec Evaluation |
| JJK_DATA | 1*10005039800 | IMAGE PROCESSING SYSTEMS | 1*10300035000 | LEHMAN BROTHERS INC. | WB801 | KENNYBASE on KennyWeb Data Usage - Minimum | 8/22/2008 | 33445836 | | 35.00 | 35.00 | KennySec Evaluation |
| JJK_DATA | 1*20000006656 | IMAGE PROCESSING SYSTEMS | 1*20000005657 | NEUBERGER BERMAN, LLC | WB914 | KENNYBASE on KennyWeb KENNYQUOTE | 8/22/2008 | 33445709 | | 81.93 | 81.93 | KennySec Evaluation |
| JJK_DATA | 1*10005038000 | IMAGE PROCESSING SYSTEMS | 1*10000855000 | LEHMAN BROTHERS INC. | WB801 | KENNYBASE on KennyWeb Data Usage - Minimum | 8/22/2008 | 33445858 | | 32.51 | 32.51 | KennySec Evaluation |
| JJK_DATA | 1*20000000980 | IMAGE PROCESSING SYSTEMS | 1*10000855000 | LEHMAN BROTHERS INC. | 182 | KENNYBASE on KennyWeb Multiple Subscription Fee | 8/29/2008 | 33446220 | | 541.88 | 541.88 | KennySec Evaluation |
| JJK_DATA | 1*10023910000 | IMAGE PROCESSING SYSTEMS | 1*10023910000 | NEUBERGER BERMAN, INC | 301 | Municipal Index Reports | 8/29/2008 | 33446276 | | 216.75 | 216.75 | KennySec Evaluation |
| JJK_DATA | 1*20000004089 | IMAGE PROCESSING SYSTEMS | 1*20000004893 | LEHMAN BROTHERS, INC. | 301 | Municipal Index Reports | 8/29/2008 | 33446311 | | 270.94 | 270.94 | KennySec Evaluation |
| JJK_DATA | 1*10005038000 | IMAGE PROCESSING SYSTEMS | 1*10300035000 | LEHMAN BROTHERS INC. | WB801 | KENNYBASE on KennyWeb Data Usage - Minimum | 9/22/2008 | 33446800 | | 35.00 | 35.00 | KennySec Evaluation |
| JJK_DATA | 1*20000000980 | IMAGE PROCESSING SYSTEMS | 1*10000855000 | LEHMAN BROTHERS INC. | WB914 | KENNYBASE on KennyWeb KENNYQUOTE | 9/22/2008 | 33446879 | | 68.27 | 68.27 | KennySec Evaluation |
| | | | | | | | | | | 5,305.94 | 5,305.94 | |

SECURIT 175 . INFORMATION VISTA

| Region | Billto Cust | Billto Name | Shipto cust | Shipto name | Product | Product description | Create Date | Invoice | Master Inv Num | Orig AR Amt USD | Balance due USD | Contracts | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Securities Information:** | | | | | | | | | | | | | |
| RIS_DATA | 11920014352 | C/O LEHMAN BROTHERS INC | 12659060000 | LEHMAN BROTHERS | XGSG1 | RatingsXpress - GIGF / Span / Global | 6/27/2008 | 34154803 | 34303851 | 406,600.00 | 406,600.00 | LEHO1566 | LEH47642 |
| RIS_DATA | 11920021182 | LEHMAN BROTHERS INC | 11920021184 | LEHMAN BROTHERS INC | CDXGSR | CREDIT DEFAULT SWAP XPRESS GLOBAL/DAILY/SELL SIDE W/RX | 7/30/2008 | 34155744 | | 118,562.25 | 118,562.25 | | 2006-US-1811 |
| RIS_DATA | 11920020944 | AURORA LOAN SERVICES | 11920020944 | AURORA LOAN SERVICES | ROSFALL | RatingsDirect Structured Finance All Regions | 8/12/2008 | 34155927 | | 5,720.00 | 5,720.00 | | |
| | | | | | | | | | | 530,882.25 | | | |
| **Soft Dollar:** | | | | | | | | | | | | | |
| RIS_DATA | 11920018137 | C/O LEHMAN BROTHERS INC | 11920000564 | LINCOLN CAPITAL MANAGEMENT | CRW | CreditWire Global Issuers | 5/30/2008 | 34154118 | | 11,900.00 | 11,900.00 | Soft Dollar | |
| RIS_DATA | 11920011798 | LEHMAN BROTHERS | 11920009572 | LAZARD FRERES & CO | R4G/ALL | RatingsDirect Global Issuers All Regions - 4th Tier | 5/30/2008 | 34154155 | | 40,315.51 | 40,315.51 | Soft Dollar | |
| RIS_DATA | 11920019543 | LEHMAN BROTHERS/COMMISSIO N MGMT | 11920019544 | LAZARD ASSET MANAGEMENT, LLC | RDFPUS | RatingsDirect Public Finance US | 6/27/2008 | 34154945 | | 18,315.38 | 18,315.38 | Soft Dollar | |
| RIS_DATA | 11920023109 | LEHMAN BROTHERS | 11920023112 | VIKING GLOBAL INVESTORS, LP. | RDG/ALL | RatingsDirect Global Issuers All Regions | 7/30/2008 | 34155443 | | 37,370.00 | 37,370.00 | Soft Dollar | |
| RIS_DATA | 11920024597 | LEHMAN BROTHERS | 11920023264 | LAZARD ASSET MANAGEMENT Vendor | XGSS1XLG | RatingsXpress - 3001-4000 / Vendor | 7/30/2008 | 34155815 | | 73,985.94 | 73,985.94 | Soft Dollar | |
| RIS_DATA | 11920023760 | LEHMAN BROTHERS | 11920023048 | CHILTON INVESTMENT COMPANY | RDGI/ALL | RatingsDirect Global Issuers All Regions | 8/28/2008 | 34156236 | | 42,916.50 | 42,916.50 | Soft Dollar | |
| RIS_DATA | 11920016235 | LEHMAN BROTHERS | 11920016236 | RYDEX FUNDS / PADCO ADVISORS | RDFI/ALL | RatingsDirect Financial Institutions All Regions | 9/19/2008 | 34156814 | | 16,100.00 | 16,100.00 | Soft Dollar | |
| RIS_DATA | 11920021308 | LEHMAN BROTHERS | 11920021309 | ARDSLEY PARTNERS | VISTA | Consultations | 5/22/2008 | 34153861 | | 55,000.00 | 27,500.00 | Soft Dollar | |
| | | | | | | | | | | 295,883.33 | | | |

Compustat

| Region | Billto Cust | Billto Name | Shipto cust | Shipto name | Product | Product description | Create Date | Invoice | Master Inv Num | Orig AR Amt USD | Balance due USD | Contract Reference | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **Compustat Invoices:** | | | | | | | |
| EIS_DATA | 11930012807 | IMAGE PROCESSING SYSTEMS | 11930012513 | LEHMAN BROTHERS CREDIT MKT RES | CORPT | CORPORATE TRACKER | 2/28/2008 | 30332015 | | 11,279.82 | 11,279.82 | LEH01566 | LEH05037 |
| EIS_DATA | 11930006985 | LEHMAN BROTHERS INC | 11930006985 | LEHMAN BROTHERS INC | VXFROPF | VENDOR XPRESSFEED RESEARCH & QUARTERLY PDE-FACTSET | 5/30/2008 | 30345203 | | 19,938.57 | 19,938.57 | | LEH2704 |
| EIS_DATA | 11930008548 | LEHMAN BROTHERS INC | 11930008548 | LEHMAN BROTHERS INC | MISR | MARKET INSIGHT STOCK REPORTS ONLY | 5/30/2008 | 30345345 | | 75,944.35 | 75,944.35 | | LEH03252SA |
| EIS_DATA | 11642453000 | IMAGE PROCESSING SYSTEMS | 11930009250 | LEHMAN BROTHERS HOLDINGS INC | VXFNAF | VENDOR XPRESSFEED COMPUSTAT NA-FACTSET | 5/30/2008 | 30345442 | | 194,134.43 | 188,090.45 | | LEH03252SA |
| EIS_DATA | 11930012653 | IMAGE PROCESSING SYSTEM | 11930012654 | LEHMAN BROTHERS HOLDINGS INC | XFCSGP | COMPUSTAT XPRESSFEED SNAPSHOT GLOBAL PLUS EXNA | 7/30/2008 | 30351208 | | 81,281.25 | 81,017.15 | LEH01566 | LEH05037 |
| EIS_DATA | 11642453000 | IMAGE PROCESSING SYSTEMS | 11930009250 | LEHMAN BROTHERS HOLDINGS INC | VXFHISTF | VENDOR XPRESSFEED HISTORICAL-FACTSET | 7/30/2008 | 30353337 | | 89,852.22 | 89,852.22 | | LEH8403PS |
| EIS_DATA | 11930011627 | IMAGE PROCESSING SYSTEMS | 11930011627 | LEHMAN BROTHERS HOLDINGS INC | VXFROPQ | VENDOR XPRESSFEED RESEARCH & QUARTERLY PDE-TOA | 7/30/2008 | 30354100 | | 28,984.68 | 28,984.68 | | LEH2926PS |
| EIS_DATA | 11930017932 | IMAGE PROCESSING SYSTEMS | 11930017933 | LEHMAN BROTHERS CREDIT MKT RES | XFLOADER | COMPUSTAT XPRESSFEED LOADER | 7/30/2008 | 30354192 | | 47,520.87 | 47,520.87 | | LEH3316BPS |
| EIS_DATA | 11930017932 | IMAGE PROCESSING SYSTEMS | 11930017932 | IMAGE PROCESSING SYSTEMS | XFLOADER | COMPUSTAT XPRESSFEED LOADER | 8/29/2008 | 30356334 | | 16,887.49 | 16,887.49 | LEH01566 | LEH05037 |
| EIS_DATA | 11930103424 | LEHMAN BROTHERS INC | 11930103424 | LEHMAN BROTHERS INC | GICSDCD | GICS DIRECT GLOBAL-DAILY WITH CUSIP | 6/27/2008 | 30347895 | | 88,275.00 | 88,275.00 | | |
| EIS_DATA | 11930012424 | LEHMAN BROTHERS INS | 11930012425 | LEHMAN BROTHERS HOLDINGS INC | VXFPHQ | VENDOR XPRESSFEED COMPUSTAT PRELIMINARY HISTORY-TOA | 8/29/2008 | 30356393 | | 17,564.10 | 17,564.10 665,354.70 | | 2006-US-1798 |
| **Customer Credits** | | | | | | | | | | | | | |
| | | | | | | **Customer Credits:** | | | | | | | |
| EIS_DATA | 11930012785 | LEHMAN BROTHERS | 11930010858 | FRANKLIN TEMPLETON COMPANIES LLC | XODBFA | COMPUSTAT UNRESTRATED QUARTERLY | 4/2/2008 | CM4500935 | | (11,753.13) | (11,753.13) | Soft Dollar | |
| EIS_DATA | 11930012785 | LEHMAN BROTHERS | 11930010858 | FRANKLIN TEMPLETON COMPANIES LLC | XCIB | COMPUSTAT INDUSTRIAL BASIC LICENSE | 4/2/2008 | CM4500936 | | (11,753.11) | (11,753.11) | Soft Dollar | |
| EIS_DATA | 11930012785 | LEHMAN BROTHERS | 11930010858 | FRANKLIN TEMPLETON COMPANIES LLC | XCIB | COMPUSTAT INDUSTRIAL BASIC LICENSE | 4/2/2008 | CM4500937 | | (53,476.76) | (53,476.76) | Soft Dollar | |
| EIS_DATA | 11930012785 | LEHMAN BROTHERS | 11930010858 | FRANKLIN TEMPLETON COMPANIES LLC | XCRP | RESEARCH 8 PDE | 4/2/2008 | CM4500938 | | (17,629.70) | (17,629.70) 94,612.70 | Soft Dollar | |

/INDEX

| Region | Billto Cust | Billto Name | Shipto cust | Shipto name | Product | Product description | Create Date | Invoice | Master Inv Num | Orig AR Amt USD | Balance due USD | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EIS_DATA | 11930009841 | IMAGE PROCESSING SYSTEMS INTERNATIONAL | 11930009420 | LEHMAN BROTHERS HOLDINGS INC | REDISE | S&P Index Data via Vendor | 2/28/2008 | 30331355 | | 27,093.75 | 27,093.75 | LEH04796 |
| EIS_DATA | 11930009878 | IMAGE PROCESSING SYSTEMS | 11930009877 | LEHMAN BROTHERS HOLDINGS INC | REDISE | S&P Index Data via Vendor | 4/29/2008 | 30340818 | | 61,773.75 | 61,773.75 | LEH03858 |
| EIS_DATA | 11930132433 | IMAGE PROCESSING SYSTEMS, INC | 11930132434 | LEHMAN BROTHERS HOLDINGS, INC. | AUSDEPT | S&P/ASX INDEX DATA DEPT/LOCATION | 6/27/2008 | 30347325 | | 15,172.50 | 15,172.50 | LEH08502 |
| EIS_DATA | 11642450000 | IMAGE PROCESSING SYSTEMS | 11930107102 | NEUBERGER BERMAN LLC | REDISE | S&P Index Data via Vendor Strategy Index Product of Europe based index | 8/29/2008 | 30357595 | | 27,093.75 | 27,093.75 | LEH08502 |
| EIS_DATA | 11930128328 | LEHMAN BROTHERS INTERNATIONAL | 11930128328 | LEHMAN BROTHERS INTERNATIONAL | SIEURO | DERIVATIVE LICENSE ON THE S&P | 10/12/2007 | 30297912 | | 3,727.16 | 3,727.16 | LEH46429 |
| EIS_DATA | 11930130096 | LEHMAN BROTHERS INTL EUROPE | 11930130096 | LEHMAN BROTHERS INTL EUROPE | DERBRC40 | DERIVATIVE ON THE S&P | 2/28/2008 | 30349294 | | 12,782.32 | 12,782.32 | LEH46430 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DER500 | Derivative License on the S&P 500 | 6/27/2008 | 30348049 | | 575,000.00 | 558,096.00 | LEH46430 |
| EIS_DATA | 11930132677 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DER500 | Derivative License on the S&P 500 | 6/27/2008 | 30348051 | | 155,639.00 | 155,639.00 | LEH46430 |
| EIS_DATA | 11930124374 | LEHMAN BROTHERS LIMITED | 11930124374 | LEHMAN BROTHERS LIMITED | DTBRIC40 | DATA ON THE S&P BRIC 40 | 6/27/2008 | 30350252 | | 7,500.00 | 7,500.00 | LEH04872 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERSHARI | DERIVATIVE ON THE S&P SHARIAH INDEX | 7/30/2008 | 30352126 | | 804.00 | 804.00 | LEH46430 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERSHARI | DERIVATIVE ON THE S&P SHARIAH INDEX | 7/30/2008 | 30352127 | | 3,024.00 | 3,024.00 | LEH46430 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERSHARI | DERIVATIVE ON THE S&P SHARIAH INDEX | 7/30/2008 | 30352128 | | 5,443.00 | 5,443.00 | LEH46430 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERSHARI | DERIVATIVE ON THE S&P SHARIAH INDEX | 7/30/2008 | 30352129 | | 3,120.00 | 3,120.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERSHARI | DERIVATIVE ON THE S&P SHARIAH INDEX | 7/30/2008 | 30352130 | | 900.00 | 900.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERSHARI | DERIVATIVE ON THE S&P SHARIAH INDEX | 7/30/2008 | 30352131 | | 315.00 | 315.00 | LEH46430 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERINF | DERIVATIVE ON THE S&P GLOBAL INFRASTRUCTURE INDEX | 7/30/2008 | 30352132 | | 17,500.00 | 17,500.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERINF | DERIVATIVE ON THE S&P GLOBAL INFRASTRUCTURE INDEX | 7/30/2008 | 30352133 | | 1,125.00 | 1,125.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERINF | DERIVATIVE ON THE S&P GLOBAL INFRASTRUCTURE INDEX | 7/30/2008 | 30352135 | | 766.00 | 766.00 | LEH46430 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERINF | DERIVATIVE ON THE S&P GLOBAL INFRASTRUCTURE INDEX | 7/30/2008 | 30352136 | | 5,312.00 | 5,312.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERWATR | DERIVATIVE ON THE S&P GLOBAL WATER INDEX | 7/30/2008 | 30352137 | | 10,000.00 | 10,000.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERWATR | DERIVATIVE ON THE S&P GLOBAL CLEAN ENERGY INDEX | 7/30/2008 | 30352138 | | 10,000.00 | 10,000.00 | LEH46430 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERGCEI | DERIVATIVE ON THE S&P GLOBAL INFRASTRUCTURE INDEX | 7/30/2008 | 30352140 | | 1,500.00 | 1,500.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERGCEI | DERIVATIVE ON THE S&P GLOBAL CLEAN ENERGY INDEX | 7/30/2008 | 30352141 | | 7,200.00 | 7,200.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERWATR | DERIVATIVE ON THE S&P GLOBAL WATER INDEX | 7/30/2008 | 30352143 | | 39,015.00 | 39,015.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERWATR | DERIVATIVE ON THE S&P GLOBAL WATER INDEX | 7/30/2008 | 30352144 | | 4,590.00 | 4,590.00 | LEH46429 |
| EIS_DATA | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | 11930132675 | LEHMAN BROTHERS INTERNATIONAL | DERSHARI | DERIVATIVE ON THE S&P SHARIAH INDEX | 7/30/2008 | 30352148 | | 6,300.00 | 6,300.00 | LEH46429 |

| Region | Billto Cust | Billto Name | Shipto cust | Shipto name | Product | Product description | Create Date | Invoice | Master Inv Num | Orig AR Amt USD | Balance due USD | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EIS_DATA | 11930013267 7 | LEHMAN BROTHERS INTERNATIONAL | 11930013267 7 | LEHMAN BROTHERS INTERNATIONAL | DERBWGI | DERIVATIVE LICENSE ONTHE S&P/BUSINESS WEEK GOBAL INNOVATION | 7/30/2008 | 30352150 | | 4,734.06 | 4,734.06 | LEH46429 | LEH46430 |
| EIS_DATA | 11930013267 7 | LEHMAN BROTHERS INTERNATIONAL | 11930013267 7 | LEHMAN BROTHERS INTERNATIONAL | DERBRC40 | DERIVATIVE LICENSE ON THE S&P BRIC 40 | 7/30/2008 | 30352151 | | 37,563.22 | 37,563.22 | LEH46429 | LEH46430 |
| EIS_DATA | 11930013267 7 | LEHMAN BROTHERS INTERNATIONAL | 11930013267 7 | LEHMAN BROTHERS INTERNATIONAL | DERBRC40 | DERIVATIVE LICENSE ON THE S&P BRIC 40 | 7/30/2008 | 30352152 | | 3,976.61 | 3,976.61 | LEH46429 | LEH46430 |
| EIS_DATA | 11930013267 7 | LEHMAN BROTHERS INTERNATIONAL | 11930013267 7 | LEHMAN BROTHERS INTERNATIONAL | DERBRC40 | DERIVATIVE LICENSE ON THE S&P BRIC 40 | 7/20/2008 | 30352153 | | 4,734.06 | 4,734.06 | LEH46429 | LEH46430 |
| EIS_DATA | 11930013120 | LEHMAN BROTHERS INTL | 11930013120 | LEHMAN BROTHERS INTL | DERBRC40 | DERIVATIVE LICENSE ON THE S&P BRIC 40 | 7/30/2008 | 30352155 | | 34,976.70 | 34,976.70 | LEH46429 | LEH46430 |
| EIS_DATA | 11930013120 | LEHMAN BROTHERS INTL | 11930013120 | LEHMAN BROTHERS INTL | DERBRC40 | DERIVATIVE LICENSE ON THE S&P BRIC 40 | 7/30/2008 | 30352156 | | 15,786.42 | 15,786.42 | LEH46429 | LEH46430 |
| EIS_DATA | 11930012839 1 | LEHMAN BROTHERS INC | 11930012838 9 | LEHMAN BROTHERS INC | DERGSCI | DERIVATIVE LICENSE ON THE S&P GS COMMODITY INDEX | 8/29/2008 | 30355266 | | 100,963.00 | 100,963.00 | LEH47224 | LEH52286 |
| | | | | | | | | | | 1,205,420.90 | 1,188,516.90 | | |