**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4500
Facsimile: (973) 596-0545
David N. Crapo, Esq.
Attorneys for Standard & Poor's

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

### AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY   )
                     ): ss.:
COUNTY OF ESSEX       )

ROGER A. FITZGERALD, being duly sworn, deposes and says:

1. I am employed by the law firm of Gibbons P.C. I am over 18 years of age.

2. On Thursday, October 10, 2008, I caused true and correct copies of the *Objection of Standard & Poor's to Debtors' Notice of Assumption and Assignment Of, and Amounts Necessary to Cure Defaults Under Contracts and leases to be Assumed and Assigned to Successful Purchaser* to be delivered by overnight mail to the persons listed on the annexed Exhibit A at the addresses set forth in such Exhibit.

_____
Roger A. Fitzgerald

Sworn to before me this 10th day of October, 2008

_____
**JESSICA FEBUS**
**NOTARY PUBLIC OF NEW JERSEY**
My Commission Expires 11/03/2010

#1346284 v2
106903-57498

Exhibit A - Service List

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:   Lori Fife
        Shai Y. Waisman


Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004
Attn:   Jason S. Margolin

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
Attn:   Lindsee P. Granfield
        Lisa M. Schweitzer


Epiq Bankruptcy Solutions, LLC
Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, New York  10017


Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005


United States Trustee
33 Whitehall Street
21st Floor
New York, New York  10004

#1346284 v2
106903-57498