UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
Lehman Brothers Holdings, Inc., *et al.*.,         :    Case No. 08-13555 (JMP)
                                                   :
                    Debtors.                       :    Jointly Administered
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

Kelly Fitzgerald, being duly sworn, deposes and says:

(I)    That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)   That on October 9, 2008 she caused the following to be served: *Notice of Appearance and Request for Service of Papers* [Docket No. 781] *and Response and Joinder of Fir Tree Value Master Fund, L.P. and Fir Tree Capital Opportunity Master Fund, L.P. to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc* [Docket No. 782] via first class mail to the entities listed on the annexed Exhibit "A".

_____
Kelly Fitzgerald

Sworn to before me this

10th day of October 2008

_____
Notary Public

ADAM SCAVONE
Notary Public, State of New York
No. 01SC6184035
Qualified in New York County
Commission Expires March 24, 2012

# EXHIBIT A

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus
Richard Krasnow
Harvey R. Miller


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne
Dennis O'Donnell
Evan Fleck


Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffery S. Margolin


Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: James Tecce
Susheel Kipalani


Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee Granfield
Lisa M. Schweitzer