Steven B. Soll (SS-1436)
Otterbourg, Steindler, Houston
& Rosen, P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Hearing Date: October 16, 2008, at 10:00 a.m.
Objection Deadline: October 10, 2008, at 10:00a.m.

*Attorneys for Airlie Opportunity Master Fund, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                              :       Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC.,    :
*et al.*                                                    08-13555 (JMP)
                                                   :
                    Debtors.                             (Jointly Administered)
                                                   :
-------------------------------------------------------x

### JOINDER OF AIRLIE OPPORTUNITY MASTER FUND, LTD. TO THE MOTION OF THE HARBINGER FUNDS FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS HOLDINGS INC.

Airlie Opportunity Master Fund, Ltd. ("Airlie"), by their undersigned attorneys, hereby submits this joinder in the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. (the "Harbinger Rule 2004 Motion"), dated September 26, 2008, and respectfully state as follows:

1.  Airlie is a party to an ISDA master agreement (the "Swap Agreement") with Lehman Brothers Special Financing Inc. ("LBSFI") dated May 3, 2006. Lehman Brothers Holdings Inc. ("LBHI") guaranteed the obligations of LBSFI under the Swap Agreement. LBHI and LBSFI are referred to collectively herein as the "Lehman Entities". Concurrently with the execution of the Swap Agreement, Airlie and LBSFI entered into an ISDA Credit Support Annex ("Credit Support

1121753.1

Agreement"). Pursuant to the Credit Support Agreement, Airlie has provided cash collateral to secure any obligations it may have under the Master Agreement in excess of $21,000,000 (the "Cash Collateral").

2. All of the transactions between Airlie and LBSFI under the Swap Agreement have been terminated and Airlie believes that it has no liability to LBSFI. Accordingly, Airlie is entitled to receive the Cash Collateral.

3. On September 15, 2008, LBHI filed its petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

4. On September 19, 2008, the United States District Court for the Southern District of New York entered that certain Order Commencing Liquidation with respect to LBI, pursuant to which LBI became the subject of a proceeding under the Securities Investor Protection Act of 1970 ("SIPA") and James W. Giddens was appointed to act as the SIPA Trustee.

5. On October 3, 2008, LBSFI filed a petition for relief under chapter 11 of the Bankruptcy Code.

6. In light of Airlie's entitlement to the return of the Cash Collateral and concern that such Cash Collateral may have been transferred or commingled with assets of other Lehman Entities, Airlie desires to obtain information and review documents regarding the transfer of assets or funds (i) between and among the Lehman Entities, (ii) to the Lehman Entities from other entities and (iii) to other entities from the Lehman Entities. The necessity for such information is confirmed by the LBHI motion, dated October 3, 2008, for authorization, *inter alia*, to continue using their existing cash management system (the "Cash Management Motion") which states that LBHI typically sweeps cash from accounts maintained by its subsidiaries, including LBSF, into a central operating account and that "excess cash" from LBSF transactions was also transferred to LBHI.

7. In order to effectively and efficiently obtain information regarding the foregoing matters, Airlie hereby joins in the Harbinger Rule 2004 Motion. More particularly, Airlie seeks to participate in the deposition of LBHI's Chief Financial Officer and/or any other person(s) most

knowledgeable at LBHI, as well as participate in any other depositions that may be conducted involving the transfers referred to above and be provided with production of any and all documents produced by any of the Lehman Entities to Harbinger or any other person, party or entity relating to these matters.

8.  Airlie submits that its participation in a coordinated discovery mechanism in these cases will permit the dissemination of information in an efficient, cost-effective manner.

WHEREFORE, Airlie respectfully requests that this Court enter an order (a) granting the Harbinger 2004 Motion, (b) granting Airlie the right to participate in the depositions to be taken pursuant to the Harbinger 2004 Motion, (c) requiring that any and all documents produced pursuant to the 2004 Harbinger Motion be produced to Airlie, and (d) granting such other and further relief as this Court deems just and proper.

Dated: October 10, 2008
New York, New York

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

By: /s/Steven B. Soll
Steven B. Soll (SS-1436)
A Member of the Firm
230 Park Avenue
New York, NY 10169

*Counsel for Airlie Opportunity Master Fund, Ltd.*

1121753.1                                    3