# EXHIBIT A


**DiscoverReady·**

**DiscoverReady LLC**
**A/R Aging Detail**
As of September 21, 2008
for Contract # 0000045287USAUSD0001

| Invoice Date | Invoice Number | Open Balance |
|---|---|---|
| 03/14/2008 | 08020030 | $ 310,417.08 |
| 08/28/2008 | 08070005 | $ 131,833.45 |
| 08/20/2008 | 08070091 | $ 130,601.75 |
| 07/28/2008 | 08060044 | $ 111,596.90 |
| 07/30/2008 | 08060042 | $ 104,590.64 |
| 09/15/2008 | 08080003 | $ 95,925.00 |
| 08/28/2008 | 08060062 | $ 79,988.69 |
| 08/28/2008 | 08070006 | $ 71,268.13 |
| 07/28/2008 | 08060047 | $ 63,451.04 |
| 09/15/2008 | 08080012 | $ 60,792.23 |
| 09/21/2008 | 08090020 | $ 58,424.40 |
| 08/20/2008 | 08070090 | $ 51,164.29 |
| 04/23/2008 | 08030051 | $ 50,885.26 |
| 08/28/2008 | 08070012 | $ 50,872.79 |
| 08/14/2008 | 08060066 | $ 44,045.85 |
| 09/16/2008 | 08080020 | $ 40,969.42 |
| 09/16/2008 | 08080035 | $ 38,771.66 |
| 09/17/2008 | 08080025 | $ 36,327.56 |
| 09/21/2008 | 08090022 | $ 36,111.86 |
| 03/13/2008 | 08020028 | $ 35,903.93 |
| 09/15/2008 | 08080013 | $ 31,266.38 |
| 09/19/2008 | 08080034 | $ 29,749.06 |
| 07/23/2008 | 08060037 | $ 27,743.11 |
| 09/16/2008 | 08080018 | $ 23,532.70 |
| 08/22/2008 | 08070003 | $ 21,888.50 |
| 07/31/2008 | 08060036 | $ 21,638.73 |
| 08/28/2008 | 08060065 | $ 18,329.81 |
| 08/28/2008 | 08060063 | $ 15,612.44 |
| 08/14/2008 | 08070081 | $ 15,491.11 |
| 09/21/2008 | 08090009 | $ 14,649.87 |
| 06/17/2008 | 08050019 | $ 14,214.30 |
| 09/15/2008 | 08080006 | $ 11,470.84 |
| 08/20/2008 | 08070080 | $ 11,400.33 |
| 09/21/2008 | 08090019 | $ 10,443.98 |
| 08/20/2008 | 08070078 | $ 10,325.33 |
| 12/20/2007 | 07100111 | $ 10,287.55 |
| 09/21/2008 | 08090021 | $ 10,067.50 |
| 09/15/2008 | 08080005 | $ 9,708.34 |
| 08/28/2008 | 08070009 | $ 9,031.58 |
| 08/28/2008 | 08070013 | $ 8,835.82 |
| 08/28/2008 | 08070008 | $ 8,237.83 |
| 09/15/2008 | 08080007 | $ 8,064.59 |
| 08/20/2008 | 08070082 | $ 7,975.33 |
| 04/23/2008 | 08030063 | $ 7,875.00 |
| 09/15/2008 | 08080004 | $ 7,127.09 |
| 08/31/2008 | 08070011 | $ 7,067.90 |
| 09/21/2008 | 08090012 | $ 6,631.48 |
| 09/21/2008 | 08090016 | $ 6,281.48 |
| 09/21/2008 | 08090055 | $ 6,000.00 |
| 09/21/2008 | 08090006 | $ 5,936.62 |



**DiscoverReady LLC**
**A/R Aging Detail**
As of September 21, 2008
for Contract # 0000045287USAUSD0001

| Invoice Date | Invoice Number | Open Balance |
|---|---|---|
| 06/12/2008 | 08030073 | $ 5,817.22 |
| 09/21/2008 | 08090018 | $ 5,493.98 |
| 08/14/2008 | 08060068 | $ 5,238.23 |
| 08/20/2008 | 08070086 | $ 5,220.49 |
| 07/23/2008 | 08060040 | $ 4,931.25 |
| 09/21/2008 | 08090005 | $ 4,931.25 |
| 09/15/2008 | 08080010 | $ 4,865.72 |
| 01/17/2008 | 07120129 | $ 4,833.40 |
| 08/14/2008 | 08060070 | $ 4,786.25 |
| 09/15/2008 | 08080009 | $ 4,721.97 |
| 08/28/2008 | 08070004 | $ 4,683.63 |
| 09/21/2008 | 08090001 | $ 4,625.00 |
| 08/31/2008 | 08070018 | $ 4,581.76 |
| 10/18/2006 | 06090012 | $ 4,427.53 |
| 09/15/2008 | 08080008 | $ 4,334.47 |
| 09/21/2008 | 08090026 | $ 4,181.25 |
| 07/09/2008 | 08060041 | $ 4,037.50 |
| 08/14/2008 | 08060067 | $ 3,914.66 |
| 06/17/2008 | 08050009 | $ 3,819.73 |
| 09/16/2008 | 08080024 | $ 3,475.00 |
| 02/26/2008 | 08010031 | $ 3,281.25 |
| 09/15/2008 | 08080011 | $ 3,209.47 |
| 12/20/2007 | 07090111 | $ 2,983.39 |
| 07/30/2008 | 08060053 | $ 2,979.02 |
| 09/21/2008 | 08090064 | $ 2,793.75 |
| 09/21/2008 | 08090037 | $ 2,625.00 |
| 09/21/2008 | 08090033 | $ 2,625.00 |
| 07/23/2008 | 08060033 | $ 2,531.25 |
| 03/10/2008 | 08020016 | $ 2,444.19 |
| 09/21/2008 | 08090062 | $ 2,250.00 |
| 09/21/2008 | 08090030 | $ 2,250.00 |
| 07/31/2008 | 08070002 | $ 2,162.50 |
| 09/21/2008 | 08090011 | $ 2,154.13 |
| 09/21/2008 | 08090042 | $ 2,131.25 |
| 07/23/2008 | 08060034 | $ 2,125.00 |
| 09/21/2008 | 08090008 | $ 2,072.88 |
| 08/14/2008 | 08030075 | $ 1,968.55 |
| 09/21/2008 | 08090040 | $ 1,950.00 |
| 09/21/2008 | 08090004 | $ 1,931.25 |
| 09/21/2008 | 08090013 | $ 1,904.13 |
| 09/21/2008 | 08090007 | $ 1,904.13 |
| 07/23/2008 | 08060031 | $ 1,856.25 |
| 08/31/2008 | 08070010 | $ 1,752.65 |
| 08/14/2008 | 08070093 | $ 1,656.37 |
| 09/21/2008 | 08090024 | $ 1,556.25 |
| 07/10/2008 | 08060020 | $ 1,500.00 |
| 09/21/2008 | 08090054 | $ 1,500.00 |
| 09/21/2008 | 08090039 | $ 1,500.00 |
| 09/21/2008 | 08090035 | $ 1,500.00 |
| 07/23/2008 | 08060039 | $ 1,281.25 |



# DiscoverReady LLC
## A/R Aging Detail
### As of September 21, 2008
### for Contract # 0000045287USAUSD0001

| Invoice Date | Invoice Number | Open Balance |
|---|---|---|
| 08/20/2008 | 08070087 | $ 1,256.25 |
| 09/21/2008 | 08090050 | $ 1,212.50 |
| 02/14/2008 | 08010002 | $ 1,166.08 |
| 01/11/2008 | 07120111 | $ 1,125.00 |
| 07/10/2008 | 08060025 | $ 1,125.00 |
| 07/10/2008 | 08060027 | $ 1,125.00 |
| 09/15/2008 | 08080016 | $ 1,125.00 |
| 09/21/2008 | 08090046 | $ 1,125.00 |
| 09/21/2008 | 08090032 | $ 1,125.00 |
| 09/21/2008 | 08090027 | $ 1,125.00 |
| 09/21/2008 | 08090057 | $ 1,056.25 |
| 07/09/2008 | 07110127 | $ 1,050.91 |
| 09/16/2008 | 08080023 | $ 1,006.25 |
| 07/23/2008 | 08060032 | $ 998.15 |
| 09/21/2008 | 08090014 | $ 950.00 |
| 09/16/2008 | 08080017 | $ 931.25 |
| 09/21/2008 | 08090015 | $ 893.75 |
| 07/23/2008 | 08060035 | $ 862.50 |
| 09/16/2008 | 08080019 | $ 850.00 |
| 09/21/2008 | 08090010 | $ 781.25 |
| 07/10/2008 | 08030074 | $ 750.00 |
| 07/10/2008 | 08060005 | $ 750.00 |
| 09/21/2008 | 08090059 | $ 750.00 |
| 09/21/2008 | 08090056 | $ 750.00 |
| 09/21/2008 | 08090053 | $ 750.00 |
| 09/21/2008 | 08090051 | $ 750.00 |
| 09/21/2008 | 08090049 | $ 750.00 |
| 09/21/2008 | 08090048 | $ 750.00 |
| 09/21/2008 | 08090043 | $ 750.00 |
| 09/21/2008 | 08090031 | $ 750.00 |
| 09/21/2008 | 08090025 | $ 750.00 |
| 05/12/2008 | 08040011 | $ 706.25 |
| 09/21/2008 | 08090060 | $ 625.00 |
| 09/16/2008 | 08080021 | $ 618.75 |
| 09/15/2008 | 08080014 | $ 593.75 |
| 08/28/2008 | 08060064 | $ 562.50 |
| 07/09/2008 | 07120127 | $ 500.00 |
| 06/17/2008 | 08050012 | $ 481.25 |
| 09/15/2008 | 08080015 | $ 468.75 |
| 06/17/2008 | 08050014 | $ 450.00 |
| 04/16/2008 | 08030031 | $ 375.00 |
| 04/16/2008 | 08030020 | $ 375.00 |
| 07/10/2008 | 08060015 | $ 375.00 |
| 07/10/2008 | 08060009 | $ 375.00 |
| 07/10/2008 | 08060024 | $ 375.00 |
| 08/14/2008 | 08060069 | $ 375.00 |
| 09/21/2008 | 08090061 | $ 375.00 |
| 09/21/2008 | 08090058 | $ 375.00 |
| 09/21/2008 | 08090052 | $ 375.00 |
| 09/21/2008 | 08090047 | $ 375.00 |



**DiscoverReady LLC**
**A/R Aging Detail**
As of September 21, 2008
for Contract # 0000045287USAUSD0001

| Invoice Date | Invoice Number | Open Balance |
|---|---|---|
| 09/21/2008 | 08090045 | $ 375.00 |
| 09/21/2008 | 08090044 | $ 375.00 |
| 09/21/2008 | 08090041 | $ 375.00 |
| 09/21/2008 | 08090036 | $ 375.00 |
| 09/21/2008 | 08090028 | $ 375.00 |
| 05/12/2008 | 08040009 | $ 303.76 |
| 04/16/2008 | 08030016 | $ 250.00 |
| 09/21/2008 | 08090029 | $ 250.00 |
| 08/20/2008 | 08070084 | $ 225.00 |
| 08/20/2008 | 08070089 | $ 225.00 |
| 04/16/2008 | 08030014 | $ 125.00 |
| 09/21/2008 | 08090038 | $ 125.00 |
| 09/21/2008 | 08090023 | $ 125.00 |
| 09/21/2008 | 08090063 | $ 112.50 |
| | | **$ 2,199,638.38** |