## **CERTIFICATE OF SERVICE**

I, Joseph Ventimiglia, hereby certify that on the 10th day of October, 2008, a true and correct copy of the foregoing Objection of DiscoverReady LLC to Revised Cure Amount in Connection with Assumption and Assignment of Executory Contracts was served on the following by first class mail:

Weil, Gotshal & Manges LLP
Attorneys for Lehman Brothers Holdings, Inc. and LB745 LLC
767 Fifth Avenue
New York, NY 10153-0119
Attention:  Lori R. Fife, Esq.
          Shai Y. Waisman, Esq.

Hughes Hubbard & Reed LLP
Attorneys for the SIPC Trustee
One Battery Park Plaza
New York, NY 10004
Attention:  Jeffrey S. Margolin, Esq.

Cleary, Gottlieb Steen & Hamilton LLP
Attorneys for Barclays Capital, Inc.
One Liberty Plaza
New York, NY 10006
Attention:  Lindsee P. Granfield, Esq.
          Lisa M. Schweitzer, Esq.


                                        /s/ Joseph Ventimiglia
                                        Joseph Ventimiglia

#299699.2