WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
: 
In re                                                                  :   Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (JMP)
                                                                       :
           Debtors.                                                :   (Jointly Administered)
                                                                       :
                                                                       :
---------------------------------------------------------------------x

**SUPPLEMENT TO MOTION PURSUANT TO SECTIONS 105(a), 345(b), 363(b),
363(c) AND 364(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES
6003 AND 6004 (A) FOR AUTHORIZATION TO (i) CONTINUE USING
EXISTING CENTRALIZED CASH MANAGEMENT SYSTEM, AS MODIFIED,
(ii) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED TO THE USE
OF THE CASH MANAGEMENT SYSTEM, AND (iii) MAINTAIN EXISTING
<u>BANK ACCOUNTS AND BUSINESS FORMS</u>**

PLEASE TAKE NOTICE of the following:

1.     In accordance with the Debtors' Motion Pursuant to Sections

105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules

6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash

Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to

the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (C) to Schedule a Final Hearing, dated October 3, 2008 (Docket No. 669) (the "Cash Management Motion"), Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), hereby supplement their listing of the Debtors' Bank Accounts[1], as originally set forth in Exhibit A to the Cash Management Motion.

2. Since the Debtors filed the Cash Management Motion, additional Lehman entities have filed chapter 11 petitions. The following entities filed chapter 11 petitions on October 3, 2008:

> Lehman Brothers Commodity Services Inc.  (Case Number: 08-13885)
> Lehman Brothers Finance SA (Case Number: 08-13887)
> Lehman Brothers Special Financing Inc. (Case Number: 08-13888)
> Lehman Brothers OTC Derivatives Inc. (Case No. 08-13893)

In addition, the following entities filed chapter 11 petitions on October 5, 2008:

> Lehman Brothers Derivative Products Inc. (Case Number: 08-13899)
> Lehman Commercial Paper Inc. (Case Number: 08-13900)
> Lehman Brothers Commercial Corporation (Case Number: 08-13901)
> Lehman Brothers Financial Products Inc. (Case Number: 08-13902)
> Fundo de Investimento Multimercado Credito Privado (Case Number: 08-13903)
> Lehman Scottish Finance L.P.  (Case Number: 08-13904)
> CES Aviation LLC (Case Number: 08-13905)
> CES Aviation V LLC (Case Number: 08-13906)
> CES Aviation IX LLC (Case Number: 08-13907)
> East Dover Limited (Case Number: 08-13908)

---

[1] Capitalized terms that are used but not defined in this Supplement have the meanings ascribed to them in the Cash Management Motion.

3. This Supplement incorporates the bank account information for these new debtors into the tables appended as Exhibit A to the Cash Management Motion. The tables attached reflect the bank account information for all Debtors.

4. The Debtors will serve the Cash Management Motion and this Supplement on all Banks listed in Exhibit A.

Dated: October 10, 2008
New York, New York

/s/ Alfredo R. Perez
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

# EXHIBIT A

## BANK ACCOUNTS

### LBHI

| Bank | Acct. Num. | Account Title |
|---|---|---|
| | | |
| Bank of America, New York | 6550-1-61536 | LB HOLDINGS INC, UK BRANCH |
| Citibank | 40615202 | LBHI Main Operating Account |
| Citibank | 3062-2222 | Lehman Brothers Holdings Inc. |
| J.P. Morgan Chase & Co. | 066-650682 | Lehman Brothers Holdings Inc. |
| Citibank | 3062-4711 | Lehman Brothers Holdings Inc. |
| Australia and New Zealand Banking Group Limited | 463034NZD00001 | LB HOLDINGS INC, UK BRANCH |
| Citibank, A.S. | 201492017 | LB HOLDINGS INC, UK BRANCH |
| Citibank Rt. | 201834007 | LB HOLDINGS INC, UK BRANCH |
| Citibank, A.S. | 91803003 | LB HOLDINGS INC, UK BRANCH |
| DnB NOR Bank ASA | 7966.02.01268 | LB HOLDINGS INC, UK BRANCH |
| First National Bank | 9015175 | LB HOLDINGS INC, UK BRANCH |
| HSBC BANK PLC | 400515 57401113 | LB HOLDINGS INC, UK BRANCH |
| Israel Discount Bank | 518-61-950092 | LB HOLDINGS INC, UK BRANCH |
| Royal Bank of Canada | 000022732758 | LB HOLDINGS INC, UK BRANCH |
| Citibank Handlowy | PL02103015080000000300759009 | LB HOLDINGS INC, UK BRANCH |
| Bank of America | 6014-30058013 | LB HOLDINGS INC, UK BRANCH |
| Bank of America | 6064-20805010 | LB HOLDINGS INC, UK BRANCH |
| Banco Nacional de Mexico S.A. | 0009720006 | Lehman Brothers Holdings Inc MXN FX Account |
| National Commercial Bank | 88310027000106 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan AG | 611-16-00729 | Lehman Brothers Holdings Inc UK Branch |
| SEB | 5295-0017001256 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| Citibank Pty Limited | 0-206441-054 | Lehman Brothers Holdings Inc UK Branch |
| ABN-AMRO | 264100254726 | LEHMAN BROTHER HOLDINGS INC UK BRANCH |
| Landsbanki Islands | 0100-27-090375 | LEHMAN BROTHERS HOLDINGS INC (UK BRANCH) |
| HSBC Bank Middle East Ltd | 021-110309-437 | LBHIUK Funding Account |
| Ceskoslovenska Obchodni Banka AS | 255030893 | Lehman Brothers Holding Inc (UK Branch) |
| ZAO Citibank | 40807810500501370001 | LBHI (UK Branch) |
| HSBC Bank Kazakhstan | 001-006873-175 | LBHIUK |
| HSBC Bank Kazakhstan | 001-006873-170 | LBHIUK Cash USD |
| ING Sofia | BG56 INGB 9145 1002 4460 14 | LBHIUK |
| Swedbank | 17608 | LBHIUK |
| Vilnius Bankas | LT22 7044 0600 0636 9498 | LBHIUK |
| Hansabanka | LV37HABA0551021211699 | LBHIUK |
| Citibank, N.A. | 028 780 000000 0400557519 71 | LBHIUK |
| Zagrebacka Banka | 5180002060191 | LBHIUK |
| Citibank, N.A. | 11953788 | LBHIUK |
| HSBC Bank Middle East Ltd | 002-297299-200 | LBHIUK |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank, N.A. | 3046-6725 | LBHI-Expat USD Account |
| Citibank | 3856-9112 | LBHI Flexible Spending |
| Citibank | 3889-3991 | LBHI CP Settlement Account |
| Citibank | 4074-3925 | LBHI Administrative Services Only |
| Bank One NA | 7046324 | LB Holdings Inc, UK Branch |
| Citibank | | Lehman Brothers OTC Derivatives Inc. |
| Lehman Brothers Bank | 10007987 | LBHI-Trustee Of P & I For Various GNMA MBS |
| Lehman Brothers Bank | 16003196 | LBHI-Trustee Of Servicers' Escrow For GNMA MBS Cur |
| Lehman Brothers Bank | 17004417 | LB Futures Asset Management Company |
| Lehman Brothers Bank | 508000142689 | Trico VII Dealer Note Payments |
| Toronto Dominion Bank Financial Group | 2501-0301924 | Lehman Brothers Holding Inc. |
| Toronto Dominion Bank Financial Group | XXPlaceholderXX | Lehman Brothers Holding Inc. |
| Citibank | 3054-5554 | LBHI Bank Loans |
| J.P. Morgan Chase & Co. | 066614864 | LBHI-TRUSTEE OF P&I CUSTODIAL ACCT |
| J.P. Morgan Chase & Co. | 066907527 | LBHI-TRUSTEE OF P&I CUSTODIAL DISBURSEMENT ACCT |
| Bank of America, West Coast | 12334-10604 | Lehman Brothers Holdings Inc. Fed Funds |
| J.P. Morgan Chase | 475-025970 | Lehman Brothers Group Insurance Plan - MetLife Dental Program |
| Citibank | 3057-3934 | LBH Equity Deriv for the benefit of LBF NA |
| Mellon Bank NA | 0224098 | Lehman Brothers Holdings Inc. - Equipment |
| Mellon Bank NA | 0224127 | Lehman Brothers Holdings Inc. - Leasehold Improvements |
| Lehman Brothers Bank | 508000162133 | Lehman Brothers Holdings Inc. |
| Mellon Tr Co of NE | 012-9533 | Lehman Brothers Holdings Inc. – Piscataway Leasehold Improvements |
| Mellon Tr Co of NE | 012-9605 | Lehman Brothers Holdings Inc. – Piscataway Equipment |
| Lehman Brothers Bank | 508000150211 | LBHI as Agent for Boise Land & Timber II, LLC Collateral Account |
| J.P. Morgan Chase Bank, N.A. | 2900113594 | JP Morgan Chase Bank N.A., Lehman Brothers Holdings Inc., Cash Collateral Account. |
| HSBC Bank USA | 0487667463 | Lehman Brothers Holdings Inc. |
| Bank of America, New York | 6550914465 | Lehman Brothers Holdings Inc. |
| Spafid S.p.a. | 1776/01 | Lehman Brothers Holdings Inc |
| Standard Chartered Bank | ID0000062673 | Lehman Brothers Co-Investment Group Cayman AIV I, L.P. |
| Standard Chartered Bank | ID0000062680 | Lehman Brothers Co-Investment Capital Partners Cayman AIV I, L.P. |
| Standard Chartered Bank | ID0000062694 | Lehman Brothers Co-Investment Partners Cayman AIV I, L.P. |
| J.P. Morgan Chase & Co. | LCE | Lehman Brothers Holdings Inc. |
| HSBC Bank USA | 10-878-814 | Lehman Brothers Holdings Inc. (Escrow Account - US Underwriters) |
| HSBC Bank USA | 10-878-816 | Lehman Brothers Holdings Inc. (Escrow Account - UK Underwriters) |
| J.P. Morgan Chase & Co. | 753-881-366 | Lehman Brothers Holdings Inc., by Tishman Speyer, as Agent |
| J.P. Morgan Chase & Co. | 066-141-605 | Holdings Check Swap |
| Citibank EAB Branch | 002-056-893 | Lehman Brothers Holdings Inc. |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Lehman Brothers Bank | 17004425 | Lehman Brothers Holdings Inc. |
| Euroclear | 24909 | LBHI UK Tri-Party |
| Euroclear | 24909 | LBHI UK Tri-Party |
| Euroclear | 24909 | LBHI UK Tri-Party |
| Euroclear | 24909 | LBHI UK Tri-Party |
| Euroclear | 24909 | LBHI UK Tri-Party |
| J.P. Morgan Chase & Co. | LXH | Lehman Brothers Holding Inc. - Segregated |
| Lehman Brothers Asset Management | 10-878-817 | HSBC as trustee for Lehman Brothers Holdings Inc. (Trust Account - UK Underwriters) |
| ABN Amro/SEI Global Fund | ABN002721 | ABN AMRO Global Liquidity Euro Fund |
| Pioneer Investments | LMB0000004 | Plurifond |
| Merrimac Funds Group | 3829 | Lehman Brothers Holdings Inc. |
| Black Rock | 24911 | Lehman Brothers Holdings Inc. |
| Scudder Investments Service Company | 240002335 | Waterferry |
| Strong Capital Management | 2490000859 | Waterferry |
| J.P. Morgan Fleming Asset Management | 5015137 | Waterferry |
| Citigroup Asset Management | 454329 | Lehman Brothers Holdings Inc. |
| Nations Funds | 4000161655 | Waterferry |
| Prudential Mutual Fund Services | 2808243303 | Waterferry |
| Nations Funds | 4000136616 | Waterferry |
| One Group Mutual Funds | 707002302 | Lehman Brothers Holdings Inc. |
| Barclays Global Investors Funds | 3599 | Lehman Brothers Holdings Inc. |
| AMR Investment Services, Inc. | 133216325 | Waterferry |
| Black Rock | 23644 | Waterferry |
| Citigroup Asset Management | 454329 | Waterferry |
| Deutsche Bank Asset Management | 168724629 | Waterferry |
| Dreyfus Service Corporation | 5100031514 | Waterferry |
| Evergreen Investments Management Company, LLC | 1009323568 | Waterferry |
| Federated Investors, Inc. | 4551148 | Waterferry |
| Fidelity Investments | 503380743 | Waterferry |
| Merrill Lynch Investment Management | 3386194 | Waterferry |
| Phoenix Investment Partners | 39073309 | Waterferry |
| Merrill Lynch Investment Management | 3386195 | Waterferry |
| Merrill Lynch Investment Management | 3386196 | Waterferry |
| Morgan Stanley Investment Management Inc. | 756001081 | Waterferry |
| Scudder Investments Service Company | 240002673 | Waterferry |
| Merrill Lynch Investment Management | 121 | Lehman Brothers Holdings Inc. |
| Black Rock | 16 | Lehman Brothers Holdings Inc. |
| Wells Fargo Funds | 2430000614 | Waterferry |
| US Bancorp Asset Management, Inc. | 9400051318 | Waterferry |
| Lehman Brothers Asset Management | 143122911-6 | Waterferry |
| Northern Trust Corporation | 8490010482 | Lehman Brothers Holdings Inc. |
| The Reserve Funds | 79933848 | Waterferry |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| The Reserve Funds | 79933849 | Waterferry |
| Northern Trust Corporation | 8450016588 | Lehman Brothers Holdings Inc. |
| Northern Trust Corporation | 8460010916 | Lehman Brothers Holdings Inc. |
| Northern Trust Corporation | 8470017836 | Lehman Brothers Holdings Inc. |
| Northern Trust Corporation | 8480012183 | Lehman Brothers Holdings Inc. |
| Northern Trust Corporation | 8860010314 | Lehman Brothers Holdings Inc. |
| The Reserve Funds | 80831931 | Waterferry |
| Bank of New York | 125735 | Lehman Brothers Holdings Inc. |
| AMR Investment Services, Inc. | GE0000015-00 | Waterferry |
| SunTrust Bank | 7916865 | Waterferry |
| UBS Global Asset Management | 300285 | Waterferry |
| The Reserve Funds | 81713431 | Waterferry |
| Lehman Brothers Asset Management | 1000370 | Lehman Brothers Holdings Inc. |
| Utendahl Capital Management, L.P. | 1956-30088 | Waterferry |
| The Reserve Funds | 82981648 | Waterferry |
| The Reserve Funds | 82981649 | Waterferry |
| Russell Investments | 10468511 | Lehman Brothers Holdings Inc. |
| National Bank of Kuwait | 0800194390101 | LBHIUK |
| Citibank | 30775763 | LBHI (UK Branch) |
| HSBC BANK PLC | 59972077 | LBHI AIG Escrow |
| HSBC BANK PLC | 59972085 | LBHI AIG Escrow |
| HSBC BANK PLC | 59972093 | LBHI AIG Escrow |
| HSBC BANK PLC | 993316 | LBHI AIG Escrow |
| J.P. Morgan Chase Bank, N.A. | 32500601 | LEHMAN BROTHER HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500602 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500603 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500604 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500605 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500606 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500607 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500608 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500609 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500610 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500611 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500612 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500613 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500614 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500615 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500616 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500617 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| J.P. Morgan Chase Bank, N.A. | 32500618 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 37492601 | LBHI UK Pledge 1 |
| JP Morgan | 37492603 | Local Government Pension Institution Pledge (LBHIUK) |
| Bank of America, New York | 7009761536 | LBHIUK USD Automatch account |
| J.P. Morgan Chase Bank, N.A. | 32500619 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| Euroclear | 24909 | LBHI UK TRI PARTY |
| Euroclear | 24909 | LBHI UK TRI PARTY |
| Euroclear | 24909 | LBHI UK Tri-Party |
| DWS Group | C5846459 | LB HOLDINGS INC, UK BRANCH |
| Deutsche Bank | L-002270 | Deutsche Global Liquidity Series |
| Banca Intesa | IT19B0306912707073456886853 | LBHI UK Nextra fund - MONEY FUND WASH ACCOUNT |
| JPM Fleming AM | ILS0000816 | JPMF Euro Enhanced Yield Fund |
| Credit Lyonnais Asset Management | 0000999109U cle 10 | CLAM Eonia Investment |
| Standard Life Investments | 10030 | Money Market Funds |
| Deutsche DWS Investment SA | C6124599 | Deutsche Asset Management |
| Pioneer Investments | 1099266 | Activest |
| Generali Asset Management SGR S.p.A. | 386126 | Generali Euro Short Term Yield Plus fund |
| Lehman Brothers Liquidity Fund Plc | 1000260 | Lehman Liquidity Fund: LBCF4 |
| HSBC BANK PLC | 0000860 | HSBC Liquidity Plus Fund |
| HSBC BANK PLC | 0000860 | HSBC Liquidity Fund |
| ABN-AMRO | 9785 | ABN AMRO Interest Growth Fund |
| ABN-AMRO | ABN002721 | ABN AMRO global Liquidity Funds |
| Lehman Brothers Liquidity Fund Plc | 1000364 | Lehman Brothers Capital Funding V |
| JP Morgan Administration Services Ireland (Ltd) | LEHA100231 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| BlackRock | 4236366 | Blackrock Liquidity Fund |
| JP Morgan Asset Management (Europe) S.a.r.l | ILF0001952 | JP Morgan Liquidity Fund |
| Morley Liquidity Funds Plc | 00000733 | Morley Sterling Liquidity Fund |
| Pioneer Investments | 24462 | Pioneer Institutional Fund 19 |
| Northern Trust Global Investments | 14117 | Nothern Trust Liquidity Pool |
| BNP Asset Management London | 101720 | BNP Insticash EUR - LBHI |

## LB 745 LLC

| Bank | Acct. Num. | Account Title |
|---|---|---|
| J.P. Morgan Chase & Co. | 066-624436 | LB 745 LLC Promissory Note |

## PAMI STATLER ARMS LLC

no bank accounts

## CES AVIATION LLC(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank | 3049-7636 | CES Aviation LLC |

### CES AVIATION V LLC(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank | 3056-8123 | CES Aviation V LLC |

### CES AVIATION IX(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank, N.A. | 30664297 | CES Aviation IX LLC |

### EAST DOVER LIMITED(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| J.P. Morgan Chase & Co. | 066-645808 | East Dover - Disbursement Account |
| J.P. Morgan Chase & Co. | 066-645816 | East Dover - Main Operating Account |

### LEHMAN BROTHERS HOLDINGS SCOTTISH LP

| Bank | Acct. Num. | Account Title |
|---|---|---|
| The Depository Trust Company | 7535 | Lehman Brothers Inc. / OWS Mortgage Opportunity Master Fund, L.P. |

### FUNDO DE INVESTIMENTO MULTIMERCADO CREDITO PRIVADO(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Banco Bradesco SA | 5896207 / FIM CREDITO PRIVADO NAVIG | Fundo de Investimento Multimercado Credito Privado Navigator-Cash |
| Banco Bradesco SA | 8399.00.70-4 | Fundo de Investimento Multimercado Credito Privado Navigator-SELIC |
| Banco Bradesco SA | 448-8 | Fundo de Investimento Multimercado Credito Privado Navigator-CBLC |
| Banco Bradesco SA | 0495800-0 | Fundo de Investimento Multimercado Credito Privado Navigator-CETIP |
| Banco BM&F S.A. | 365-6 | Fundo de Investimento Multimercado Credito Privado Navigator-CPRs |

### LEHMAN BROTHERS FINANCIAL PRODUCTS INC.

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Australia and New Zealand Banking Group Limited | 55204200001 | FX Cash Account |
| Bank of America | 601917062016 | Lehman Brothers Financial Products |
| Bank of America NT & SA | 606417889019 | FX Cash Account |
| Bank of America | 601413118016 | FX Cash Account |
| J.P. Morgan Chase & Co. | 066-289009 | LBFP Cash Operating Account |
| J.P. Morgan Chase & Co. | 066-289181 | LBFP Proprietary Account |
| J.P. Morgan Chase & Co. | 066-289203 | LBFP Customer Collateral Pledge |
| Citibank, N.A. | 8013713 | FX Cash Account |
| J.P. Morgan Chase & Co. | LW0 | LBFP LBSF Collateral Pledge |
| Jyske Bank | 50061126384 | FX Cash Account |
| Skandinaviska Enskilda Banken | 52018529978 | FX Cash Account |
| Toronto Dominion Bank Financial Group | 0360-01-2225593 | Lehman Brothers Financial Products |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Westpac Banking Corporation | RET017673NZD220001 | FX Cash Account-LBFP |
| Black Rock | 23761 | Sunlight |
| Fidelity Investments | 504062738 | Sunlight |
| Merrimac Funds Group | 4815 | Lehman Brothers Financial Products Inc. |
| Lehman Brothers Asset Management | 143034760-4 | Lehman Brothers Financial Products Inc. |

## LEHMAN COMMERCIAL PAPER INC.

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Bank of Tokyo-Mitsubishi | 0220001944 | LCPI |
| J.P. Morgan Chase & Co. | 066-210-860 | LCPI |
| Citibank | 3043-4133 | LCPI Bank Loans (New Loan Iq System) |
| Citibank | 3043-4141 | LCPI As Agent (Bank Loans) |
| Citibank | 4061-5659 | LCPI Cash Concentration |
| J.P. Morgan Chase & Co. | G72455 | Lehman Commercial Paper Inc AC |
| J.P. Morgan Chase & Co. | G72456 | Lehman Commercial Paper Inc |
| J.P. Morgan Chase & Co. | G72858 | Lehman Commercial Paper |
| U.S. Bank - Loan Servicing | 104757490602 | Lehman Commercial Paper Inc / United Capital |
| U.S. Bank - Loan Servicing | 104757490610 | Lehman Commercial Paper Inc / Terminal |
| U.S. Bank - Loan Servicing | 104757490628 | Lehman Commercial Paper Inc / T&W Leases |
| U.S. Bank - Loan Servicing | 104757490636 | Lehman Commercial Paper Inc/T&W IV |
| Macquarie Bank Limited | 02361061 | Lehman Commercial Paper Inc. |
| Lehman Brothers Bank | 508000157059 | [General William Lyon, Interest Reserve Account] |
| Citibank | 30649134 | Lehman Commercial Paper Inc. |
| Bank of New York | 213832 | Lehman Brothers Commerical Paper Inc. |
| J.P. Morgan Chase & Co. | LCD | Lehman Commerical Paper Inc. - DTC |

## LEHMAN BROTHERS DERIVATIVE PRODUCTS INC.

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Australia and New Zealand Banking Group Limited | 711184/00001CURRENT A/C NO.1 | Lehman Brothers Derivative Products |
| Bank of America | 17063-014 | Lehman Brothers Derivative Products |
| Bank of America NT & SA | 606420466010 | FX Cash Account |
| Bank of America | 601413713014 | FX Cash Account |
| J.P. Morgan Chase & Co. | 066-902622 | LBDP Cash Operating Account |
| J.P. Morgan Chase & Co. | 066-902630 | LBDP Termination Account |
| J.P. Morgan Chase & Co. | 066-902649 | LBDP Proprietary Account |
| J.P. Morgan Chase & Co. | 066-902673 | LBDP Customer Collateral Pledge |
| DnB NOR Bank ASA | 79660201292 | Lehman Brothers Derivative Products |
| J.P. Morgan Chase & Co. | LD5 | LBDP Collateral Pledge |
| Skandinaviska Enskilda Banken | 52018552589 | FX Cash Account |
| Toronto Dominion Bank Financial Group | 0360-01-2237912 | Lehman Brothers Derivative Products Inc. |
| Westpac Banking Corporation | 018945220001 | Lehman Brothers Derivative Producsts |
| Black Rock | 23762 | Moonbeam |
| Fidelity Investments | 504062811 | Moonbeam |
| Merrimac Funds Group | 4802 | Lehman Brothers Derivative Products Inc. |
| Citibank, N.A. | 11037420 | LBDP GBP Settlement account |
| Lehman Brothers Asset Management | 143034770-1 | Lehman Brothers Derivative Products Inc. |

## LEHMAN BROTHERS OTC DERIVATIVES INC.

| Bank | Acct. Num. | Account Title |
|---|---|---|
| J.P. Morgan Chase & Co. | 066-624-770 | Lehman Brothers OTC Derivatives Inc. |
| J.P. Morgan Chase & Co. | LBK | Lehman Brothers OTC Derivatives Inc. |
| J.P. Morgan Chase & Co. | 066-626277 | Lehman Brothers OTC Derivatives inc. |
| J.P. Morgan Chase & Co. | 066-626412 | Lehman Brothers OTC Derivatives Inc. |
| Lehman Brothers Asset Management | 150006810 | Lehman Brothers OTC Derivatives Inc. |
| Bank of New York | 382232 | Lehman Brothers OTC Derivatives Inc. |

## LEHMAN BROTHERS COMMODITY SERVICES INC

| Bank | Acct. Num. | Account Title |
|---|---|---|
| J.P. Morgan Chase & Co. | 066-647517 | Lehman Brothers Commodity Services Inc. |
| Citibank | 2015477006 | LBCS-CAD |
| Citibank, N.A. | 0011228102 | LBCS - EUR |
| Citibank, N.A. | 0011228110 | LBCS - STERLING |
| Citibank, N.A. | 0159925404 | LBCS - JPY |
| Citibank, N.A. | 0011291769 | LBCS Swiss Francs |
| Svenska | 40341739 | LBCS Swdish Krona |
| Swedbank | 15099 | LBCS - SEK |
| Citibank | 501330019 | LBCS ZAR account |
| Citibank | 3077-4322 | Lehman Brothers Commodity Services Juice Sweep Account |
| Bank of America | 6550261540 | Lehman Brothers Commodity Services Inc (Europe) |
| J.P. Morgan Chase Bank, N.A. | 33197701 | Lehman Brothers Commodity Services Inc (Europe) |
| HSBC BANK PLC | 400515 58971134 | Lehman Brothers Commodity Services Inc Europe |
| Citibank Pty Limited | 231025006 | LBCS - AUD |
| SEB | 5295-0017001930 | LBCS JGEN CASH CONTROL |
| DnB NOR Bank ASA | 5083.06.23342 | LBCS NOK Account |
| SEB | 5295-0017002023 | LBCS DKK Account |
| Citibank Rt. | 202292003 | LBCS HUF NOSTRO ACCOUNT |
| Bank of America NT & SA | 28937011 | LBCS SGD NOSTRO ACCOUNT |
| Citibank Handlowy | 97103015080000000505744004 PLN | LBCE PLN NOSTRO ACCOUNT |
| J.P. Morgan Chase Bank, N.A. | 00995 | Precious Metals XAU |
| J.P. Morgan Chase Bank, N.A. | 00077 | Precious Metals XPT |
| J.P. Morgan Chase Bank, N.A. | 00100 | Precious Metals XPD |
| J.P. Morgan Chase Bank, N.A. | 00499 | Precious Metals XAG |

## LEHMAN BROTHERS FINANCE S.A.

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank Korea Inc. | 5-107372-026 | LBFSA |
| Citibank Korea Inc. | 5-107372-018 | LBFSA |
| Citibank Korea Inc. | 107372-0001 | LBFSA |
| Citibank Korea Inc. | 5107372042 | LB Finance SA-KOFEX |
| Citibank Korea Inc. | 5107372069 | LB Finance SA-KOFEX |
| Citibank, N.A. | 10547840 | LEHMAN BROTHERS FINANCE SA |
| Citibank, N.A. | 7111343001 | LEHMAN BROTHERS FINANCE SA, Collateral (JV) |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Credit Suisse First Boston | 39297721 | LEHMAN BROTHERS FINANCE SA, Expenses |
| ABN-AMRO | J 68519 | LEHMAN BROTHERS SA, Expenses |
| SEB | 05295003245 | Lehman Brothers Finance SA |
| SEB | 5295-0017001280 | Lehman brothers Finance SA |

## LEHMAN BROTHERS SPECIAL FINANCING INC.

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank Korea Inc. | 5-001466-005 | Lehman Brothers Special Financing Inc. |
| Citibank Korea Inc. | 5-001466-013 | Lehman Brothers Special Financing Inc. |
| Standard Chartered Bank | 00100255868 | Lehman Brothers Special Financing Inc. |
| Standard Chartered Bank | 00100255876 | Lehman Brothers Special Financing Inc. |
| J.P. Morgan Chase & Co. | 066-143-543 | Incoming FF-LBSF |
| J.P. Morgan Chase & Co. | 066-292-301 | Lehman Brother Securities |
| Banco BNP Paribas | 1007871001 | Lehman Brothers Special Financing Inc. - Passenger Account |
| Citibank | 3058-2857 | LBSF Bank Loans |
| Banco BNP Paribas | 1007871002 | Lehman Brothers Special Financing Inc. - Own |
| Federated Investors, Inc. | 4551599 | LBSF/Federated Limited Term Municipal Fund |
| Federated Investors, Inc. | 4551603 | LBSF/Federated Municipal Ultrashort Fund |
| Federated Investors, Inc. | 4551607 | LBSF/ Federated Michigan Intermediate Municipal Trust |
| Federated Investors, Inc. | 4551611 | LBSF/Federated California Municipal Trust |
| Federated Investors, Inc. | 4551615 | LBSF/Federated New York Municipal Income Fund |
| Federated Investors, Inc. | 4551619 | LBSF/Federated North Carolina Municipal Income |
| Federated Investors, Inc. | 4551623 | LBSF/Federated Ohio Municipal Income |
| Federated Investors, Inc. | 4551627 | LBSF/Federated Pennsylvania Municipal Income Fund |
| Federated Investors, Inc. | 4551631 | LBSF/Federated Intermediate Municipal Trust |
| Federated Investors, Inc. | 4551635 | LBSF/Federated Short Term Municipal Trust |
| Federated Investors, Inc. | 4551639 | LBSF/Federated Municipal Opportunities |
| Federated Investors, Inc. | 4551643 | LBSF/Federated Municipal Securities Fund |
| Federated Investors, Inc. | 4551647 | LBSF/Federated Premier Municipal Income Fund |
| Federated Investors, Inc. | 4551651 | LBSF/Federated Premier Intermediate Municipal Income Fund |
| Citibank | 3062-6522 | LBSF ENERGY-USD |
| Banco BNP Paribas | 1019952 | Lehman Brothers Special Financing Inc. |
| J.P. Morgan Chase Bank, N.A. | XAU869 | LBSF Gold Account |
| J.P. Morgan Chase Bank, N.A. | XAG414 | LBSF Silver account |
| Citibank | 30649126 | Lehman Brothers Special Financing Inc. |
| Bank of New York | 213833 | Lehman Brothers Special Financing Inc. |
| Citibank, N.A. | 0000116197 | Lehman Brothers Special Financing Inc. (Non Exempt) |

| | | |
|---|---|---|
| Citibank, N.A. | 0002116190 | Lehman Brothers Special Financing (Exempt) |
| Citibank del Peru S.A. | 0073252016 | Lehman Brothers Special Financing Inc. |
| Citibank del Peru S.A. | 0096575400 | Lehman Brothers Special Financing Inc. |
| Banco Bradesco SA | 0526.0040064-9 | Lehman Brothers Special Financing Inc. |
| Citibank Korea Inc. | 1074750001 | Lehman Brothers Special Financing Inc |
| Citibank Korea Inc. | 5107475003 | Lehman Brothers Special Financing Inc(KRW) |
| Citibank Korea Inc. | 0073450045 | LEHMAN BRO SPECIAL FINAN INC |
| Citibank Korea Inc. | 5007945312 | LEHMAN BRO SPECIAL FINAN INC |
| Citibank Korea Inc. | 5007945339 | LEHMAN BRO SPECIAL FINAN INC |
| J.P. Morgan Chase Bank, N.A. | 25048101 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048102 | LBSF SWapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048103 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048104 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048105 | LBSF Swapclear PPS house Account |
| J.P. Morgan Chase Bank, N.A. | 25048106 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048107 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048109 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048110 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048112 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048111 | LBSF SwapclearPPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048108 | LBSFI Swapclear PPS |
| J.P. Morgan Chase & Co. | 066-625998 | LCH Intraday Call Account |
| SEB | 5295-0017001973 | LBSF JGEN CASH ACCOUNT |

# CONTACT INFORMATION FOR BANKS

| Bank | Relationship Contact | Address | City | State | Country | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|
| ABN-AMRO [Royal Bank of Scotland] | Alan Davis | 101 Park Avenue | NY | NY | USA | 10178 | 203-618-6571 | | alan.davis@rbsgc.com |
| AMR Investment Services, Inc. | Mason Martin | 601 Montgomery St, Ste 1800 | SF | CA | USA | 94111 | 415-248-5646 | | mason.martin@icdfunds.com |
| Australia and New Zealand Banking Group Limited | Vincent Sabatino | 55 Collins Street | Melbourne | Victoria | Australia | 3001 | 61 392 732 574 | 61 392 273 265 | |
| Banca Intesa | Noemi Oslo | 90 Queen Street | London | | UK | EC4N 1SA | 44 0 20 7651 3174 | 44 0 20 7651 3207 | noemi.oslo@bancaintesa.co.uk |
| Banco Bradesco SA | Natasha Nissental | Avenida Paulista 1450, 8th floor | Sao Paulo | | BRAZIL | 01210-917 | 5511-2178-6951 | | natasha@bradescobbi.com.br |
| Banco Nacional de Mexico S.A. | Katherine Lukas | 388 Greenwich Street 24th Floor | NY | NY | USA | 10013 | 212-816-6413 | 212-816-6296 | katherine.lukas@citigroup.com |
| Bank of America | B. J. Mazzella | 335 Madison Avenue | NY | NY | USA | 10017 | (212) 503-7761 | (212) 503-7030 | bernadette.mazzella@bankofamerica.com |
| Bank of NY | Terence R. Law | One Wall Street 41st Floor | NY | NY | USA | 10286 | 212-635-6829 | 212-635-1194 | terencelaw@bankofny.com |
| Bank of NY Dividend Trust | Terence R. Law | One Wall Street 41st Floor | NY | NY | USA | 10286 | 212-635-6829 | 212-635-1194 | terencelaw@bankofny.com |
| Bank One NA [JPMorgan Chase] | Mark Doctoroff | 277 Park Avenue | NY | NY | USA | 10017 | 212-622-1878 | | mark.g.doctoroff@jpmorgan.com |
| Barclays Global Investors Funds | Melissa Haave | 45 Fremont Street | San Francisco | CA | USA | 94105 | 415.402.4941 | 415.618.5728 | melissa.haave@barclaysglobal.com |
| Black Rock | Carrie Murray | 100 Bellevue Parkway | Wilmington | DE | USA | 19809 | 800-441-7450 | 302-797-2366 | carrie.murray@blackrock.com |
| BNP Paribas | Frank Sodano | 787 7th Ave. | NY | NY | USA | 10019 | 212-841-2084 | 212-841-2717 | frank.sodano@americas.bnpparibas.com |
| Ceskoslovenska Obchodni Banka AS | Timea Zimkova | Lehotskeho 3 | Bratislava | | Slovakia | 812 25 | 4217 5966 8418 | 4217 5966 8400 | tzimkova@scob.sk |
| Citibank | Kate Lukas | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | (212) 816-6413 | | katherine.lukas@citigroup.com |
| Citibank del Peru | Michael Maurstein | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | 212-816-3431 | | michael.mauerstein@citi.com |
| Citibank Handlowy | Michael Maurstein | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | 212-816-3431 | | michael.mauerstein@citi.com |
| Citibank Korea | Michael Maurstein | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | 212-816-3431 | | michael.mauerstein@citi.com |
| Citibank Pty Limited | Michael Maurstein | 388 Greenwich Street-22nd Floors | NY | NY | USA | 10013 | 212-816-3431 | | michael.mauerstein@citi.com |
| Citigroup Asset Management | Kate Lukas | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | 212-816-3431 | | michael.mauerstein@citi.com |
| Credit Lyonnais Asset Management | Terry Grant | 1301 Avenue of the Americas | NY | NY | USA | 10019 | 212-261-7783 | 212-261-3401 | tgrant@clamericas.com |
| Credit Suisse First Boston | Merih Cetinkaya | Five Cabot Square | London | n/a | UK | E14 4QR | 442078 8 38685 | | merih.cetinkaya@credit-suisse.com |
| The Depository Trust Company | Bob Trapani | 55 Water Street, 51st Floor | NY | NY | USA | 10041 | (212) 855-7652 | | btrapani@dtcc.com |

NY2:\1925372\02\159MK02!.DOC\58399.0003

| Bank | Relationship Contact | Address | City | State | Country | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|
| Deutsche Bank | John Estrada | 60 Wall Street, 28th Floor | NY | NY | USA | 10005 | (212) 250-1636 | (212) 797-0343 | john.estrada@db.com |
| DnB NOR Bank ASA | Elaine Christiansen | Stranden 21, Aker Brygge | Oslo | | Norway | NO-0021 | 47 22 48 18 29 | 47 22 48 28 46 | elaine.christiansen@dnb.no |
| Dreyfus Service Corporation | Lou Bazata | 200 Park Avenue | NY | NY | USA | 10166 | 516-338-3503 | 516-338-3642 | n/a |
| DWS Group | Rainer Habisch | 2 Boulevard Konrad Adenauer | Luxembourg | | | BP766 | 49 69 71909 8581 | 49 69 71909 8289 | rainer.habisch@db.com |
| Euroclear | Julien Piron | 1, Boulevard du Roi Albert II | Brussels | | Belgium | B-1210 | +32 2 326  2812 | +32 2 326 2645 | julien.piron@euroclear.com |
| Evergreen Investments Management Company, LLC | Sarah Ellen Henderson | 200 Berkeley Street 18th floor | Boston | MA | USA | 2116 | (704)374.6869 | (704)383.4960 | shenderson@evergreeninvestments.com |
| Federated Investors, Inc. | Jennifer Skruch | 5800 Corporate Drive | Pittsburgh | PA | USA | 15237 | (412) 358-2247 | | jskruch@federatedinv.com |
| Fidelity Investments | Marissa B. Hedge | 500 Salem Street OS1N2 | Smithfield | RI | USA | 2917 | 973 401-1872 | 508-263-3979 | Marissa.Hedge@fmr.com |
| First National Bank | Ms. Shonette Kruger | 4 FirstPlace Bank, 5th floor | Johannesburg | | South Africa | 2001 | 27 11 371 7156 | 27 11 371 6765 | shonette.kruger@fnbcorporate.co.za |
| Generali Asset Management SGR S.p.A. | Cinzia Montuoro | Direzione Commerciale - Roma | Rome | | Italy | | 0039 065 0573349 | 0039 06 50573 405 | Cinzia.Montuoro@AM.Generali.com |
| Hansabanka | Mr. Ilze Kokorevica | Roma | Riga | | Latvia | | 371 74445812 | 371 7444400 | ilze.kokorevica@hansabanka.lv |
| HSBC | Paul Lopez | Italy | NY | NY | USA | 10018 | 212-525-6662 | 212-525-8370 | paul.lopez@us.hsbc.com |
| ING Sofia | Ms. Katya Maneva | 12 Emil Bersinski | Sofia | | Bulgaria | | 359 2 917 6584 | 359 2 917 65 78 | katya.maneva@ingbank.com |
| Israel Discount Bank | Ken Walters | 511 Fifth Avenue | NY | NY | USA | 10017 | (212) 551-8820 | | kwalters@idbny.com |
| J.P. Morgan Chase & Co. | Mark Doctoroff | 277 Park Avenue | NY | NY | USA | 10017 | 212-622-1878 | | mark.g.doctoroff@jpmorgan.com |
| Jyske Bank | Robert Eby | 70 Hudson Street 10 Floor | Jersey City | NJ | USA | 07302-4585 | +1 201 499 8269 | 917-522-0068 | reby@barclayscapital.com |
| Landsbanki Islands | Mr. Bjorn Sigurdsson | Laugavegur 77 | Reykjavik | | Iceland | 155 | (354) 560-6404 | (354) 552-9882 | bjorn.sigurdsson@landsbanki.is |
| Lehman Brothers Asset Management | Bob Swidey | 125 High Street 17 Floor | Boston | MA | USA | 02110-2704 | +1 617 342 4259 | 646-834-0368 | robert.swidey@lehman.com |
| Lehman Brothers Bank | Gail Stawicki | 1000 North West Street, Suite 200 01 Floor | Wilmington | DE | USA | 19801 | +1 302 552 2110 | 212-520-9767 | Gstawicki@lehmanbank.com |
| Lehman Brothers Liquidity Fund Plc | Bob Swidey | 125 High Street 17 Floor | Boston | MA | USA | 02110-2704 | +1 617 342 4259 | 646-834-0368 | robert.swidey@lehman.com |
| Mellon | Eddie Hubbard | 110 Sherburn Road | Severna Park | MD | USA | 21146 | (410) 384-7224 | | hubbard.e@mellon.com |
| Merrill Lynch Investment Management | Joseph Conklin | 800Scudders Mill Road | Plainsboro | NJ | USA | 8536 | 609-282-6041 | | joseph_conklin@ml.com |
| Merrimac Funds Group | Robert Swidey | 260 Franklin Street | Boston | MA | USA | 2110 | (617) 342 - 4259 | (646) 834 - 0368 | robert.swidey@lehman.com |
| Morgan Stanley Investment Management Inc. | Franco D'Urso Jr. | 100 Front Street, 8th Floor | West Conshohocken | PA | USA | 19428 | +1 610 260-7381 | | Franco.D'Urso@morganstanley.com |

| Bank | Relationship Contact | Address | City | State | Country | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|
| Morley Liquidity Funds Plc | Colin Cookson | No. 1 Poultry | London | n/a | UK | EC2R 8EJ | 44 20 7809 6357 | 44 20 7809 6543 | colin.cookson@morleyfm.com |
| National Bank of Kuwait | Rakan Al-Ghanim | P.O. Box 95 | Safat | n/a | Kuwait | 13001 | 965-259-5325 | 965-224-6977 | rakang@nbk.com |
| National Commercial Bank | Sami Wafa | P.O. Box 3555, Jeddah 21481, Saudi Arabia | | | Saudi Arabia | | 966 (-2) -6464025 | | s.wafa@alahli.com' |
| Nations Funds | Jeff Stalard | 101 South Tryon Street | Charlotte | NC | USA | 28255 | 704-388-1784 | 704-348-0866 | jeff.stallard@columbiamanagement.com |
| Northern Trust Corporation | Scott Henderson | 50 South LaSalle Street | Chicago | IL | USA | 60675 | (312) 444-5909 | (312) 630-0717 | SH59@NTRS.com |
| One Group Mutual Funds | Doug Applegate | 1111 Polaris Parkway | Columbus | OH | USA | 43271 | 877-691-1118 | 614-213-2302 | |
| Phoenix Investment Partners | Lori Weller | 101 Munson Street | Greenfield | MA | USA | 01302-0088 | 800-243-1574 ext 4592 | 413-772-4592 | lori.weller@phxinv.com |
| Pioneer Investments | Michael Curran | George Quay Plaza, Dublin 2 | Dublin | n/a | Ireland | 2 | 353 1 480 2107 | 353 1 449 5107 | michael.curran@pioneerinvestments.com |
| Prudential Mutual Fund Services | Gerri McAteer | Two Gateway Center | Newark | New Jersey | USA | 7102 | (973) 367-9329 | | |
| Royal Bank of Canada | Alison Barnard | 200 Bay Street | Toronto | Ontario | Canada | M5J 2J5 | (416) 974-7735 | (416) 974-8838 | alison.barnard@rbc.com |
| Russell Investments | Matthew Clay | 909 A. Street | Tacoma | WA | USA | 98402 | 253-439-4750 | 253-779-1106 | MClay@russell.com |
| Scudder Investments Service Company | John Larkin | One south Street | Baltimaore | Maryland | USA | 21202 | 800 730 1313 | | |
| SEB | Lasse Larsen | P.O. Box 2098 | Copenhagen | n/a | Denmark | DK-1014 | 45 3376 1219 | 45 3376 1250 | lasse.larsen@seb.dk |
| Spafid S.p.a. | Salvatore Guardino | Via Filodrammatici, 10 | Milano | n/a | Italy | | 00 39 02 8829 826 | | salvatore.guardino@mediobanca.it |
| Standard Chartered Bank | Bill Huges | 1 Madison Ave. | NY | NY | USA | 10010 | 212-667-0355 | (212) 667-0251 | bill.hughes@us.standardchartered |
| Standard Life Investments | Liz Davidson | 1 George Street | Edinburgh | n/a | UK | EH2 2LL | 0131 245 2984 | | |
| Strong Capital Management | Levi Lura | 100 Heritage Reserve | Menomonee Falls | WI | USA | 53051 | 800-733-2274 | | |
| Skandinaviska Enskilda Banken | Gustaf Nyblaeus | SE-106 40 Stockholm | | Stockholm | | | 46 80 7630 91 74 | 46 80 763 910 00 | Gustaf.nyblaeus@seb.se |
| SunTrust Bank | Patrick Mason | 50 Hurt Plaza, Suite 1400 | Atlanta | GA | USA | 30303 | 404-581-1495 | | Patrick.Mason@truscocapital.com |
| Svenska | Mark Cleary | 875 3rd Ave, 4th Floor | NY | NY | USA | 10022 | 212-326-5101 | 212-326-5103 | MACL01@handelsbanken.se |
| Swedbank | Lena Hallen | 8 Brunkebergstorg | Stockholm | n/a | Sweden | S-105 34 | 46 (0)8 585 913 21 | 46 8 723 71 47 | lena.hallen@swedbank.se |
| The Reserve Funds | Brandon Semilof | 1250 Broadway | NY | NY | USA | 10001 | 212-401-5731 | | Brandon_Semilof@reservefunds.com |
| Toronto Dominion Bank Financial Group | Sharon Caro | 77 King Street West, 19th Floor | Toronto | Ontario | Canada | M5K 1A2 | (416) 982-6579 | (416) 982-7838 | caros@tdcibg.com |
| UBS Global Asset Management | Raymond Otero | 51 West 52nd St. 15th Floor | NY | NY | USA | 10019 | 212-882-5917 | 212-882-5114 | ray.otero@ubs.com |
| US Bancorp Asset Management, Inc. | Rochelle Genetti | 800 Nicollet Mall | Minneapolis | MN | USA | 55402 | 612-303-3251 | 612-303-4210 | rochelle.geneti@usbank.com |
| Utendahl Capital Management, L.P. | Terry Prince | 30 Broad St. 21st Floor | NY | NY | USA | 10004 | 646-438-2169 | | tprince@ucmpartners.com |

| Bank | Relationship Contact | Address | City | State | Country | Zip | Phone | Fax | Email |
|---|---|---|---|---|---|---|---|---|---|
| Vilnius Bankas | Alma Kamarauskaite | Gedimino Ave 12 | Vilnius | n/a | Lithuania | LT-01103 | 370 5 2681109 | | alma.kamarauskaite@seb.lt |
| Wells Fargo Funds | Michael Giese | 90 South Seventh Street 7th Floor, MAC N9305-075 | Minneapolis | MN | USA | 55402-3903 | (612) 667-0509 | (612) 667-7251 | michael.j.giese@wellsfargo.com |
| Westpac Banking Corporation | Niclas Fjalltoft | 575 Fifth Avenue, 39th Floor | NY | NY | USA | 10017 | 212-551-1810 | 212-551-2773 | nfjalltoft@westpac.com.au |
| Zagrebacka Banka | Igor Livojevic | Savska 60/4 | Zagreb | n/a | Croatia | 10000 | 38 51 630 5332 | 38 51 617 6275 | igor.livojevic@zaba.hr |