DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
Stephanie Wickouski
Telephone:    (212) 248-3170

—and—

DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209
Kristin K. Going
Telephone: (202) 230-5177

Attorneys for Parsec Trading Corp.

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, | Case No. 08-13555-JMP |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel to Parsec Trading Corp. ("Parsec"), a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy case, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served on Parsec by and through service on the following:

| **Stephanie Wickouski, Esq.** | **Kristin K. Going, Esq.** |
|---|---|
| DRINKER BIDDLE & REATH LLP | DRINKER BIDDLE & REATH LLP |
| 140 Broadway, 39th Floor | 1500 K. St., NW - Suite 1100 |

NY01/ 6010331.1

| | |
|---|---|
| New York, New York 10005-1116 | Washington, DC 20005-1209 |
| Telephone: 212-248-3140 | Telephone: (202) 230-5177 |
| Facsimile: 212-248-3141 | Facsimile: (202) 842-8465 |
| E-mail: stephanie.wickouski@dbr.com | E-mail: kristin.going@dbr.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby further requests that the Debtors and their counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the names and addresses of the undersigned on any mailing matrix to be prepared or existing in the above-referenced bankruptcy case.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a consent by Parsec to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of Parsec's: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related in this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Parsec is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Parsec expressly reserves.

Dated: October 10, 2008                                   Respectfully submitted,

                                  By: */s/ Stephanie Wickouski*
                                        Stephanie Wickouski
                                        DRINKER BIDDLE & REATH LLP
                                        140 Broadway, 39th Floor
                                        New York, New York 10005-1116
                                        Telephone:    (212) 248-3170
                                        Facsimile:      (212) 348-3141

                                        —and—

                                        Kristin K. Going
                                        DRINKER BIDDLE & REATH LLP
                                        1500 K. St., NW - Suite 1100
                                        Washington, DC 20005-1209
                                        Telephone: (202) 230-5177
                                        Facsimile: (202) 842-8465

                                        Attorney for Parsec Trading Corp.