SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Fredric Sosnick
James L. Garrity, Jr.
Ned S. Schodek

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
:
In re:                                                                  :         Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :         08 – 13555 (JMP)
:
　　　　　　Debtors.                                       :         (Jointly Administered)
:
:
:
---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

　　　　　PLEASE TAKE NOTICE that Bank of America, N.A. and its affiliates hereby appear by and through its counsel, Shearman & Sterling LLP ("Counsel"), pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, and request that all notices given in the cases and all papers served or required to be served in the cases, be given to and served upon Counsel at the following address:

       **Shearman & Sterling LLP**
       **599 Lexington Avenue**
       **New York, New York  10022**
       **Telephone:  (212) 848-4000**
       **Facsimile:  (212) 848-7179**
       **Attn:   Fredric Sosnick, Esq.**
          **James L. Garrity, Jr., Esq.**
          **Ned S. Schodek, Esq.**
       **Email:  fsosnick@shearman.com**
           jgarrity@shearman.com
           ned.schodek@shearman.com

   PLEASE TAKE FURTHER NOTICE that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by email, delivery, telephone, telex or otherwise.

Dated: New York, New York
    October [●], 2008

          Respectfully submitted,

          SHEARMAN & STERLING LLP


         By: /s/ Fredric Sosnick
           Fredric Sosnick
           James L. Garrity, Jr.
           Ned S. Schodek
           599 Lexington Avenue
           New York, New York  10022
           Telephone:  (212) 848-4000
           Facsimile:  (212) 848-7179

           Attorneys for Bank of America, N.A. and its Affiliates