BWEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re**                                       :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
:
**Debtors.**                              :    **(Jointly Administered)**
:
:
-----------------------------------------------------------------x
:
**In re**                                       :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS SPECIAL**                     :    **08-13888 (JMP)**
**FINANCING INC.,**                             :
:
**Debtor.**                               :
:
-----------------------------------------------------------------x
:
**In re**                                       :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS COMMODITY**                   :    **08-13885 (JMP)**
**SERVICES INC.,**                              :
:
**Debtor.**                               :
:
-----------------------------------------------------------------x

NY2:\1922951\02\157RB02!.DOC\58399.0003

```
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS FINANCE SA,                                       :   08-13887 (JMP)
                                                                  :
         Debtor.                                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS OTC                                               :   08-13893 (JMP)
DERIVATIVES INC.,                                                 :
                                                                  :
         Debtor.                                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS                                                   :   08-13899 (JMP)
DERIVATIVE PRODUCTS INC.,                                         :
                                                                  :
         Debtor.                                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN COMMERCIAL                                                 :   08-13900 (JMP)
PAPER INC.,                                                       :
                                                                  :
         Debtor.                                                  :
                                                                  :
                                                                  :
------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS                                                   :   08-13901 (JMP)
COMMERCIAL CORPORATION,                                           :
                                                                  :
         Debtor.                                                  :
                                                                  :
------------------------------------------------------------------x
```

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS** | : | **08-13902 (JMP)** |
| **FINANCIAL PRODUCTS INC.,** | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **FUNDO DE INVESTIMENTO** | : | **08-13903 (JMP)** |
| **MULTIMERCADO CREDITO** | : | |
| **PRIVADO NAVIGATOR** | : | |
| **INVESTIMENTO NO EXTERIOR,** | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN SCOTTISH** | : | **08-13904 (JMP)** |
| **FINANCE L.P.,** | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |
| | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **CES AVIATION LLC,** | : | **08-13905 (JMP)** |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------x | : | |

| | | |
|---|---|---|
| ------------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **CES AVIATION V LLC** | : | **08-13906 (JMP)** |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **CES AVIATION IX LLC** | : | **08-13907 (JMP)** |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **EAST DOVER LIMITED** | : | **08-13908 (JMP)** |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **PAMI STATLER ARMS LLC** | : | **08-13664 (JMP)** |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ------------------------------------------------------------------x | | |

**DEBTORS' MOTION PURSUANT TO RULE 1015(b)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
REQUESTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases ("LBHI et al."), as debtors and debtors in possession (the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), file this Motion and respectfully represent:

**Background**

1. Beginning on September 15, 2008 and thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On September 17, 2008, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Creditors' Committee").

3. On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI"). A trustee appointed under SIPA (the "SIPC Trustee") is administering LBI's estate.

**Lehman's Business**

4. Prior to the events leading up to these Chapter 11 cases, Lehman was the fourth largest investment bank in the United States. For more than 150 years, Lehman has been a leader in the global financial markets by serving the financial needs of corporations, governmental units, institutional clients, and individuals worldwide. Its headquarters in New York and regional headquarters in London and Tokyo are complemented by a network of offices in North America, Europe, the Middle East, Latin America, and the Asia Pacific region.

5. Additional information regarding the Debtors' businesses, capital structure, and the circumstances leading to these chapter 11 cases is contained in the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications, filed on September 15, 2008 [Docket No. 2].

**Jurisdiction**

6. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

7. By this Motion, the Debtors' seek entry of an order directing joint administration of these cases for procedural purposes only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Basis for Relief Requested**

8. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors are

"affiliates" as that term is defined under section 101(2) of the Bankruptcy Code. Accordingly, this Court is authorized to grant the requested relief.

9. On the Commencement Date, the Debtors commenced their chapter 11 cases, referenced above, by filing the appropriate petitions with this Court. Given the provisions of the Bankruptcy Code and the Bankruptcy Rules, as well as the Debtors' affiliation, joint administration of these cases is warranted. Joint administration will avoid the preparation, replication, service, and filing, as applicable, of duplicative notices, applications, and orders in each of the Debtors' cases, thereby saving the Debtors' estates considerable expense and resources.

10. The relief requested will not adversely affect creditors' rights as this Motion requests that the Debtors' estates only be administratively consolidated not substantively consolidated. Moreover, each creditor may still file its claim against a particular estate. In fact, the reduced costs that will result from the joint administration of these cases will enhance the rights of all creditors. The relief requested will also relieve the Court of the burden of entering duplicative orders and maintaining duplicative files and dockets, and, similarly, simplify supervision of the administrative aspects of these chapter 11 cases by the United States Trustee for the Southern District of New York (the "U.S. Trustee").

11. The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket of each of the Debtors' cases to reflect the joint administration of these cases:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of PAMI Statler Arms LLC, Lehman Brothers Special Financing Inc., Lehman Brothers Commodities Services Inc., Lehman Brothers Finance SA, Lehman Brothers Derivative Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products Inc., Fundo de Investimento Multimercado

Credito Privado Navigator Investimento No Exterior, Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, and Lehman Brothers OTC Derivatives Inc. with all other cases jointly administered under **Case No. 08-13555 (JMP),** and the docket of **Case No. 08-13555 (JMP)** should be consulted for all matters affecting this case.

12.  Finally, the Debtors seek authority to file the monthly operating reports required by the U.S. Trustee Operating Guidelines on a consolidated basis. Consolidated monthly operating reports will further administer the economy and efficiency of these cases without prejudice to any party in interest.

### Notice

13.  No trustee or examiner has been appointed in these chapter 11 cases. The Debtors have served notice of this Motion in accordance with the procedures set forth in the order entered on September 22, 2008 governing case management and administrative procedures for the LBHI *et al.* cases [Docket No. 285] on (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the attorneys for the Debtors' postpetition lenders; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases. The Debtors submit that no other or further notice need be provided.

14.  No previous request for the relief sought herein has been made by the Debtors to this or any other Court.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested herein and such other and further relief as is just.

Dated: October 11, 2008
     New York, New York

    /s/ Shai Y. Waisman
    Harvey R. Miller, Esq.
    Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS SPECIAL FINANCING INC., | 08-13888 (JMP) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS COMMODITY SERVICES INC., | 08-13885 (JMP) |
| Debtor. | |

------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS FINANCE SA, | 08-13887 (JMP) |
| Debtor. | |

------------------------------------------------------------x

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS OTC                                              :    08-13893 (JMP)
DERIVATIVES INC.,                                                :
                                                                 :
            Debtor.                                              :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS                                                  :    08-13899 (JMP)
DERIVATIVE PRODUCTS INC.,                                        :
                                                                 :
            Debtor.                                              :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN COMMERCIAL                                                :    08-13900 (JMP)
PAPER INC.,                                                      :
                                                                 :
            Debtor.                                              :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS                                                  :    08-13901 (JMP)
COMMERCIAL CORPORATION,                                          :
                                                                 :
            Debtor.                                              :
                                                                 :
-----------------------------------------------------------------x
```

```
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS                                                  :   08-13902 (JMP)
FINANCIAL PRODUCTS INC.,                                         :
                                                                 :
            Debtor.                                              :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
FUNDO DE INVESTIMENTO                                            :   08-13903 (JMP)
MULTIMERCADO CREDITO                                             :
PRIVADO NAVIGATOR                                                :
INVESTIMENTO NO EXTERIOR,                                        :
            Debtor.                                              :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN SCOTTISH                                                  :   08-13904 (JMP)
FINANCE L.P.,                                                    :
                                                                 :
            Debtor.                                              :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
In re                                                            :   Chapter 11 Case No.
                                                                 :
CES AVIATION LLC,                                                :   08-13905 (JMP)
                                                                 :
                                                                 :
            Debtor.                                              :
                                                                 :
-----------------------------------------------------------------x
```

| | | |
|---|---|---|
| ------------------------------------------------------------x | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **CES AVIATION V LLC** | : | **08-13906 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **CES AVIATION IX LLC** | : | **08-13907 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **EAST DOVER LIMITED** | : | **08-13908 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | : | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **PAMI STATLER ARMS LLC** | : | **08-13664 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |

**ORDER PURSUANT TO RULE 1015(b)
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
<u>DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>**

Upon the motion, dated October 11, 2008 (the "<u>Motion</u>"), of the above referenced debtors (collectively, the "<u>Debtors</u>"), as debtors and debtors in possession, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), requesting the joint administration of the Debtors' chapter 11 cases for procedural purposes only, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the attorneys for the Debtors' postpetition lenders; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing (the "<u>Hearing</u>") having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought

in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| In re | : | **Chapter 11 Case No.** |
|---|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

------------------------------------------------------------------x
; and it is further

ORDERED that a docket entry shall be made in each of Debtors' chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of PAMI Statler Arms LLC, Lehman Brothers Special Financing Inc., Lehman

Brothers Commodities Services Inc., Lehman Brothers Finance SA, Lehman Brothers Derivative Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products Inc., Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior, Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, and Lehman Brothers OTC Derivatives Inc. with all other cases jointly administered under **Case No. 08-13555 (JMP),** and the docket of **Case No. 08-13555 (JMP)** should be consulted for all matters affecting this case.

; and it is further

ORDERED that the Debtors shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis.

Dated:  October __, 2008
            New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE