### EXHIBIT A

## CONSTELLATION PLACE
## OUTLINE OF PREMISES

## 24TH FLOOR



# 25TH FLOOR



EXHIBIT A

18,771 USF
21,274 RSF

25th Floor
MGM Tower
10250 Constellation Blvd.
Los Angeles, CA 90067

## EXHIBIT A-1

## PROJECT SITE PLAN



MGM TOWER
[Lehman Brothers Holdings Inc.]

**EXHIBIT A-2**

**LOAD FACTORS**

| Building Level | Estimated Building Usable Square Footage | Estimated Building Rentable Square Footage | Load Factor |
|:---:|:---:|:---:|:---:|
| 24 | 19,195 | 21,666 | 1.1287 |
| 25 | 18,771 | 21,274 | 1.1334 |
| 26 | 19,468 | 21,924 | 1.1261 |

The partial floor load factor for the 26th floor and the 27th floor shall be 1.2172.

## EXHIBIT A-3

## VIP EXECUTIVE PARKING



**EXHIBIT B**

**CONSTELLATION PLACE**

**TENANT WORK LETTER**

This Tenant Work Letter shall set forth the terms and conditions relating to the construction of the Tenant Improvements, as defined in Section 2.1.1, below, in the Premises. This Tenant Work Letter is essentially organized chronologically and addresses the issues of the construction of the Premises, in sequence, as such issues will arise during the actual construction of the Premises. All references in this Tenant Work Letter to Articles or Sections of "this Lease" shall mean the relevant portion of Articles 1 through 29 of the Office Lease to which this Tenant Work Letter is attached as Exhibit B and of which this Tenant Work Letter forms a part, and all references in this Tenant Work Letter to Sections of "this Tenant Work Letter" shall mean the relevant portion of Sections 1 through 6 of this Tenant Work Letter. All initially capitalized words not separately defined herein shall have the meaning given to such words in the Lease.

**SECTION 1**

**LANDLORD'S INITIAL CONSTRUCTION IN THE PREMISES**

Landlord has constructed, at its sole cost and expense, and without deduction from the Tenant Improvement Allowance, the base, shell, and core of the Building, which base, shell and core shall be in compliance with Applicable Law (to the extent necessary to obtain and retain a certificate of occupancy or its legal equivalent for the Building), including the Project parking facility (collectively, the **"Base, Shell and Core"** and/or **"Base Building"**) and shall deliver to Tenant the Base Building, and shall provide to Tenant access to the Premises and the Building, concurrently with the full execution of this Lease. The Base Building shall include only the following items.

1.1.    Toilet Rooms.  The men's and women's toilets (on each floor of the Building except the Building lobby floor) shall be complete with countertops, ceramic tile walls and floors, lavatory mirrors, lighting, ceilings, toilet partitions, toilet accessories, high quality plumbing fixtures, automatic flush devices, and all mechanical, plumbing and lighting services completed.

1.2    Passenger Elevator Lobby.  The Passenger elevator lobby shall contain (i) fire/smoke doors, which will be finished recessed double solid-core wood doors installed complete with hardware, with electrified lockset and hinges, and (ii) elevator doors and frames, which will be unpainted metal, and call button and hall lantern face plates.

1.3    Janitor's Closet, Telephone Room, and Electrical Room.  The janitor's closet shall be complete.  The telephone and electrical rooms are unfinished and will include a telephone backboard and electrical distribution panelboards, respectively, for each full floor Tenant occupies (to the extent Tenant partially occupies a floor, only a portion of such distribution electrical panel board on such floor, based upon the proportionate amount of area on such floor occupied by Tenant, shall be available to Tenant).

1.4     Lifesafety.  All required alarm and communication systems within the janitor's closet, telephone and electrical rooms, service elevator lobby area, the stairwells and toilet rooms.

1.5     HVAC.  The main distribution loop duct and access to chilled water supply (with capacity of up to 20 tons for Tenant's use) and return lines at the core.

1.6     Sprinkler.  The sprinkler system, which shall include main floor shut-off valves, alarms, primary loop piping, distribution piping, and heads installed ready for modification by Tenant.

1.7     Service Elevator Lobby.  The service elevator lobby complete, with painted walls, installed lighting, doors, HVAC and life safety system per Code.

1.8     Public Exit Stairways.  Stairways in compliance with the Base Building Plans, with painted walls, installed lighting, doors, HVAC and life safety system in compliance with "Code", as defined in Section 2.2.1.5, below.

1.9     Access to Systems.  Access to domestic cold water, drainage and vent systems at locations shown on Plans.

1.10     Drinking Fountain.  One drinking fountain with "chilled" water installed in compliance with Code.

1.11     Walls and Windows.  Curtain wall, exterior windows and insulation, where applicable (from slab-to-slab), installed and sealed.

1.12     Balance of Core.  All exposed core doors shall be completed with hollow metal frames, finished solid core wood doors or finished hollow metal doors, and hardware, and all exterior/ exposed wall surfaces of the core shall be drywall, taped, floated, and sanded ready for paint.  The balance of the core shall also include exit signs and fire extinguishers as required by applicable building code (the "Code") for unoccupied space.

1.13     Floor Slabs.  The floor slabs of the Premises shall comply with the standards set forth in the reports dated September 20, 2004, prepared by Structural Services, Inc. which have been delivered by Landlord to Tenant.

To the extent that the Base Building Plans, as defined in Section 3.1, below,  include more items, or better items, or are more specific or descriptive, than those set forth in Sections 1.1 through 1.12 above, the Base Building shall include all of such items and, subject to the express terms of this Tenant Work Letter, the Base Building shall be built by Landlord in accordance with the Base Building Plans.

## SECTION 2

## TENANT IMPROVEMENTS

2.1     Allowance Amounts.

2.1.1    Tenant Improvement Allowance; Signage Allowance.    Tenant shall be entitled to a one-time tenant improvement allowance (the "**Tenant Improvement Allowance**") in the amount of $55.00 per rentable square foot of the 24th Floor Premises, which amount may increase subject to and in accordance with the terms of Section 2.1.2 of this Lease, for the costs relating to the initial design and construction of Tenant's improvements which are affixed to the Premises (the "**Tenant Improvements**").    In addition, Landlord shall contribute an amount not to exceed $0.15 per rentable square foot of the 24th Floor Premises ("**Landlord's Drawing Contribution**") toward the cost of one (1) preliminary space plan to be prepared by "Architect," as that term is defined in Section 3.1, below, or by another architect selected by Tenant reasonably approved by Landlord.    In no event shall Landlord be obligated to make disbursements pursuant to this Tenant Work Letter in a total amount which exceeds the Tenant Improvement Allowance and the Landlord's Drawing Contribution, except to the extent specifically required by the terms of the Lease and this Tenant Work Letter.    All Tenant Improvements for which the Tenant Improvement Allowance has been utilized shall be deemed Landlord's property under the terms of the Lease, except that Tenant may remove, modify or change the Tenant Improvements in connection with subsequent Alterations.    At the conclusion of the construction of the Tenant Improvements, the Tenant will allocate the Tenant Improvement Allowance first to all design costs chargeable against the Tenant Improvement Allowance, second to all costs paid to Landlord, third to drywall partition, and fourth to such other Tenant Improvements as Tenant so determines.

2.2    Disbursement of the Tenant Improvement Allowance.

2.2.1    Tenant Improvement Allowance Items.    Except as otherwise set forth in this Tenant Work Letter, the Tenant Improvement Allowance shall be disbursed by Landlord only for the following items and costs (collectively the "**Tenant Improvement Allowance Items**"):

2.2.1.1    Payment of the fees of the "Architect" and the "Engineers," as those terms are defined in Section 3.1 of this Tenant Work Letter, and their respective consultants and reimbursables, which fees (to the extent reimbursed by Landlord) shall, notwithstanding anything to the contrary contained in this Tenant Work Letter, not exceed an aggregate amount equal to $5.00 per usable square foot of the 24th Floor Premises, and payment of the incremental fees incurred by, and the incremental out-of-pocket costs of documents and materials supplied by, Landlord and Landlord's consultants in connection with the preparation and review of the "Construction Drawings," as that term is defined in Section 3.1 of this Tenant Work Letter.    The use of the word incremental means that to the extent Landlord needs to prepare and or provide documents or materials that already exist, Tenant shall only be responsible for the incremental costs of providing same to Tenant such as photocopying or providing the particular item to Tenant at Landlord's out-of-pocket cost for such additional item, rather than averaging the development costs, costs of models, costs of molds, etc.

2.2.1.2    The payment of plan check, permit and license fees relating to construction of the Tenant Improvements;

2.2.1.3    The cost of construction of the Tenant Improvements, including, without limitation, testing and inspection costs, and, subject to the terms of Section

6.6, below, freight elevator usage, hoisting and trash removal costs, and contractors' fees and general conditions;

2.2.1.4    The cost of any changes in the Base Building when such changes are required by the Construction Drawings (including if such changes are due to the fact that such work is prepared on an unoccupied basis), such cost to include all direct architectural and/or engineering fees and expenses incurred in connection therewith;

2.2.1.5    The cost of any changes to the Construction Drawings or Tenant Improvements required by all applicable building codes (the "**Code**");

2.2.1.6    Sales and use taxes; and

2.2.1.7    Relocation and moving costs and expenses (not to exceed $5.00 per rentable square foot of the Premises).

2.2.2    <u>Disbursement of Tenant Improvement Allowance</u>.  During the design and construction of the Tenant Improvements, Landlord shall make monthly disbursements of the Tenant Improvement Allowance for Tenant Improvement Allowance Items for the benefit of Tenant and shall authorize the release of monies for the benefit of Tenant as follows.

2.2.2.1    <u>Monthly Disbursements</u>.  On or before the first day of each calendar month after the date hereof (or such other date as Landlord may designate) during the design and/or construction of the Tenant Improvements or Tenant's move into the Premises or afterwards if the Tenant Improvement Allowance has not been exhausted, Tenant shall deliver to Landlord:  (i) a request for payment of the "Contractor," as that term is defined in <u>Section 4.1</u> of this Tenant Work Letter, and/or Tenant's Agents, as that term is defined in <u>Section 4.1.2</u> of this Tenant Work Letter, and/or to Tenant, approved by Tenant, in a form to be provided by Landlord, showing the schedule, by trade, of percentage of completion of the Tenant Improvements in the Premises, detailing the portion of the work completed and the portion not completed and, or when appropriate, the work and/or services provided by Tenant's Agents; (ii) invoices from "Tenant's Agents," related to the request for payment, for labor rendered and materials delivered to the Premises and/or service performed in the design and engineering of the Tenant Improvements; (iii) executed mechanic's lien releases (either conditional or unconditional, as appropriate) from all of Tenant's Agents which shall comply with the appropriate provisions, as reasonably determined by Landlord, of California Civil Code Section 3262(d); and (iv) all other information reasonably requested by Landlord.  Tenant's request for payment shall be deemed (vis-à-vis Landlord) Tenant's acceptance and approval of the work furnished and/or the materials supplied as set forth in Tenant's payment request.  Thereafter, Landlord shall deliver a check to Tenant made (as requested by Tenant) jointly payable to Contractor and Tenant, or to the Architect, or to the Engineers, or to Tenant, in payment of the lesser of:  (A) the amounts so requested by Tenant, as set forth in this <u>Section 2.2.2.1</u>, above, less a ten percent (10%) retention (to the extent that such retention is not duplicative of the retention amount pursuant to the Contract between the Tenant and the Contractor) (the aggregate amount of such retentions to be known as the "**Final Retention**"), and (B) the balance of any remaining available portion of the Tenant Improvement Allowance (not including the Final Retention).  If Landlord disputes any request for payment based on material non-compliance of any work with

EXHIBIT B

the "Approved Working Drawings," as that term is defined in <u>Section 3.4</u> below, or due to any substandard work, or for any other reason, Landlord shall nevertheless pay the amount requested, but Tenant shall cause such material non-compliance and/or substandard work to be corrected to the extent necessary to eliminate the existence of a Design Problem. Landlord's payment of such amounts shall not be deemed Landlord's approval or acceptance of the work furnished or materials supplied as set forth in Tenant's payment request.

2.2.2.2    <u>Final Retention</u>. Subject to the provisions of this Tenant Work Letter, a check for the Final Retention payable jointly to Tenant and Contractor shall be delivered by Landlord to Tenant following the completion of construction of the Premises, or, in the event that a particular subcontractor in a trade has completed all of the work to be done by that subcontractor, then following the completion of that portion of the Premises, provided that (i) Tenant delivers to Landlord properly executed mechanics lien releases in compliance with both California Civil Code Section 3262(d)(2) and either Section 3262(d)(3) or Section 3262(d)(4), and (ii) Architect, Contractor or Tenant delivers to Landlord a certificate, in the form of the then applicable standard AIA document, certifying that the construction of the Tenant Improvements in the Premises (or such applicable portion of the Premises) has been substantially completed.

2.2.2.3    <u>Other Terms</u>.    Landlord shall only be obligated to make disbursements from the Tenant Improvement Allowance to the extent costs are incurred by Tenant for Tenant Improvement Allowance Items. All Tenant Improvement Allowance Items for which the Tenant Improvement Allowance has been made available shall be deemed Landlord's property under the terms of this Lease, subject to the last sentence of <u>Section 2.1.1</u>.

2.3    <u>Standard Tenant Improvement Specifications</u>.    Landlord has established specifications (the "**Standard Tenant Improvement Specifications**") for the Building standard components to be used in the construction of the Tenant Improvements in the Premises, which Standard Tenant Improvement Specifications are set forth on **Schedule 1** attached hereto. The quality of Tenant Improvements shall be equal to or of greater quality than the quality of the Standard Tenant Improvement Specifications, provided that the window covering component of the Tenant Improvements shall strictly comply with the Standard Tenant Improvement Specifications, but Tenant may use supplemental window coverings as long as the same do not affect the exterior appearance of the Building.

2.4    <u>Offset Rights</u>.    To the extent that Landlord fails to pay from the Tenant Improvement Allowance amounts due to Contractor, Architects, Engineers and Consultants in accordance with the terms hereof, and such amounts remain unpaid for thirty (30) days after notice form Tenant, then without limiting Tenant's other remedies under the Lease, Tenant may, after Landlord's failure to pay such amounts within five (5) business days after Tenant's delivery of a second notice from Tenant delivered after the expiration of such 30-day period, pay same and deduct the amount thereof, together with interest at the Interest Rate, from the Rent next due and owning under the Lease. Notwithstanding the foregoing, if during either the 30-day or 5-day period set forth above, Landlord (i) delivers notice to Tenant that it disputes any portion of the amounts claimed to be due (the "**Allowance Dispute Notice**"), and (ii) pays any amounts not in dispute, Tenant shall have no right to offset any amounts against rent, but may institute arbitration proceedings pursuant to the terms of Section 29.17 of the Lease to recover such

amounts from Landlord. Notwithstanding of the foregoing, in the event Tenant institutes arbitration proceedings as provided herein and the determination of the Arbitrator is in favor of Tenant, Landlord shall pay interest at the Interest Rate on the award granted to Tenant in such proceedings, from the date of the Allowance Dispute Notice until the date of the award, and Tenant shall be entitled, automatically, to offset the amount of such award, together with interest thereon as provided herein, against the Base Rent next coming due under the Lease. Further, in the event the arbitration award is in favor of Tenant, any delay actually caused to Tenant as a result of Landlord's failure to pay the disputed amount shall be deemed to be a "Landlord Caused Delay" under Section 5.1(iii) of this Tenant Work Letter.

## SECTION 3

## CONSTRUCTION DRAWINGS

3.1    <u>Selection of Architect/Construction Drawings</u>. Tenant shall retain an architect selected by Tenant and approved by Landlord, which approval shall not be unreasonably withheld or delayed (such retained party, the "**Architect**"), to prepare the Construction Drawings. Tenant shall retain engineering consultants approved in advance by Landlord such approval not to be unreasonably withheld or delayed (Levine-Seegel Associates is deemed pre-approved) (the "**Mechanical Engineers**") to prepare all plans and engineering working drawings relating to the structural, mechanical, electrical, plumbing, and HVAC, lifesafety and sprinkler work in the Premises, which work is not part of the Base Building, and Wong, Hobach and Lau as structural engineers (the "**Structural Engineers**"). The Mechanical Engineers and the Structural Engineers are referred to collectively herein as the "**Engineers**". Landlord shall additionally have the right to cause Tenant to retain particular engineering firms in connection with the design and construction of the fire-life safety systems in the Premises, sprinkler work, and HVAC controls, and HVAC balancing. Notwithstanding the foregoing, Tenant may competitively bid the sprinkler construction work for the Premises to the particular firm selected by Landlord and any other firm selected by Tenant, but in any event Tenant shall retain the particular firm designated by Landlord to perform such work. Landlord shall require all of the Engineers to provide its services to Tenant at reasonably competitive, market rates. Notwithstanding the foregoing, Tenant may insist on using its own Engineers in which case Tenant shall pay to Landlord the out-of-pocket costs paid by Landlord to its otherwise designated Engineers to review and approve Tenant's Engineering portion of the Construction Drawings. The plans and drawings to be prepared by Architect and the Engineers hereunder shall be known collectively as the "**Construction Drawings**," and shall comply with Applicable Laws. In order to assist Tenant and Architect in the preparation of the Construction Drawings, Landlord shall provide Tenant with Base Building plans and specifications for the floors of the Building containing the Premises (the "**Base Building Plans**"). Tenant and Architect shall verify, in the field, the dimensions and conditions as shown on the relevant portions of the Base Building Plans, and Tenant and Architect shall be solely responsible for the same, and Landlord shall have no responsibility in connection therewith, except to the extent that a particular portion of the Base Building Plans is not reasonably subject to verification or field measurement. All Construction Drawings shall materially comply with or exceed the Standard Tenant Improvement Specifications. Landlord's review of the Construction Drawings as set forth in this <u>Section 3</u>, shall be for its sole purpose and shall not imply Landlord's review of the same, or obligate Landlord to review the same, for quality, design, Code compliance or other like matters.

Accordingly, notwithstanding that any Construction Drawings are reviewed by Landlord or its space planner, architect, engineers and consultants, and notwithstanding any advice or assistance which may be rendered to Tenant by Landlord or Landlord's space planner, architect, engineers, and consultants, and, except as provided in the next sentence, Landlord shall have no liability whatsoever in connection therewith. Except to the extent that Landlord has specifically requested a modification to the Construction Drawings as a condition to Landlord's approval of the Construction Drawings, Landlord shall not be responsible for any omissions or errors contained in the Construction Drawings, and Tenant's waiver and indemnity set forth in Section 10.1 of this Lease shall specifically apply to the Construction Drawings. Each time Landlord is granted the right to review, consent or approve the Construction Drawings (collectively, **"Consent"**), such Consent shall be granted unless a Design Problem (defined in Section 8.1 of this Lease) exists. Landlord shall pay for Tenant's costs and fees due to its Architect out of the Tenant Improvement Allowance within thirty (30) days of receipt of an invoice from the Architect, accompanied by documentation reasonably requested by Landlord.

3.2    <u>Final Space Plan</u>. Tenant and the Architect shall prepare the final space plan for the Tenant Improvements (the **"Final Space Plan"**), and shall deliver the Final Space Plan to Landlord for Landlord's approval. The Final Space Plan shall show all corridors, internal offices and partitions, paths of travel, and exiting. Landlord shall, within ten (10) business days after Landlord's receipt of the Final Space Plan (i) approve the Final Space Plan, (ii) approve the Final Space Plan subject to specified conditions (which shall be limited to conditions required to eliminate a Design Problem and must be stated in a reasonably clear manner) to be complied with (which shall be limited to conditions required to eliminate a Design Problem) when the Final Working Drawings are submitted by Tenant to Landlord, or (iii) disapprove the Final Space Plan for a Design Problem and return the same to Tenant with requested revisions; provided, however, that Landlord shall only disapprove the Final Space Plan if the Tenant Improvements as shown on the Final Space Plan has a Design Problem. If Landlord disapproves the Final Space Plan, Tenant may resubmit the Final Space Plan to Landlord at any time, and Landlord shall approve or disapprove (but only to the extent a Design Problem exists) of the resubmitted Final Space Plan, based upon the procedure set forth in this <u>Section 3.2</u>, within five (5) business days after Landlord receives such resubmitted Final Space Plan. Such procedures shall be repeated until the Final Space Plan is approved.

3.3    <u>Completion of Construction Drawings</u>. Tenant, the Architect and the Engineers shall complete the Construction Drawings for the Premises in a form which is sufficient to allow contractors to bid on the work and to obtain all applicable permits and shall submit the Construction Drawings to Landlord for Landlord's approval. The Construction Drawings may be submitted in one or more stages at one or more times, provided that Tenant ultimately supplies Landlord with four (4) completed copies of such Construction Drawings signed by Tenant. Landlord shall, within ten (10) business days after Landlord's receipt of each component of the Construction Drawings, either (i) approve the Construction Drawings, (ii) approve the Construction Drawings subject to specified conditions which must be stated in a reasonably clear and complete manner to be satisfied by Tenant prior to submitting the Approved Construction Drawings for permits as set forth in <u>Section 3.3</u>, below of this Tenant Work Letter, to the extent the Construction Drawings contain a Design Problem, or (iii) disapprove and return the Construction Drawings to Tenant with requested revisions to the extent the Construction Drawings contain a Design Problem. If Landlord disapproves the Construction Drawings,

Tenant may resubmit the Construction Drawings to Landlord at any reasonable time, and Landlord shall approve or disapprove the resubmitted Construction Drawings, based upon the criteria set forth in this Section 3.3, within ten (10) business days after Landlord receives such resubmitted Construction Drawings. Such procedure shall be repeated until the Construction Drawings are approved.

3.4    _Approved Working Drawings_. The Final Working Drawings shall be approved by Landlord (as so approved, the **"Approved Working Drawings"**) in one or more stages prior to the commencement of construction of the Tenant Improvements. In the event that Tenant shall submit the Construction Drawings to Landlord in more than one stage, Landlord shall be entitled to approve a stage and to subsequently disapprove of such stage, provided that a Design Problem is found to exist which is evident only following Landlord's review of subsequent drawings. Tenant shall, within five (5) business days after Landlord's approval thereof, submit the Approved Working Drawings to the appropriate municipal authorities for all applicable building permits required in connection with the construction of the Tenant Improvements (the "Permits"), and, in connection therewith, Tenant shall supply Landlord, as soon as possible, with all plan check numbers and dates of submittal and obtain the Permits. Notwithstanding anything to the contrary set forth in this _Section 3.4_, Tenant hereby agrees that neither Landlord nor Landlord's consultants shall be responsible for obtaining any Permits or certificate of occupancy for the Premises and that the obtaining of the same shall be Tenant's responsibility; provided, however, that Landlord shall cooperate with Tenant in executing permit applications and performing other ministerial acts reasonably necessary to enable Tenant to obtain any such Permit or certificate of occupancy. No material changes, modifications or alterations in the Approved Working Drawings may be made without the prior written consent of Landlord, which consent may not be withheld, conditioned or delayed except to the extent necessary to eliminate a Design Problem.

## SECTION 4

## CONSTRUCTION OF THE TENANT IMPROVEMENTS

4.1    _Tenant's Selection of Tenant's Agents_.

4.1.1    _Contractor_. A general contractor shall be retained by Tenant to construct the Tenant Improvements. Such general contractor (**"Contractor"**) shall be selected by Tenant from the list of general contractors attached hereto as **Schedule 2**, and Tenant shall deliver to Landlord notice of its selection of the Contractor upon such selection or Tenant may submit other contractors for Landlord's approval, which approval shall not be unreasonably withheld or delayed. The Contractor shall perform the construction of the Tenant Improvements.

4.1.2    _Tenant's Agents_. All subcontractors, laborers, materialmen, and suppliers used by Tenant (such subcontractors, laborers, materialmen, and suppliers, and the Contractor, Architect and Engineers to be known collectively as **"Tenant's Agents"**) must be approved in writing by Landlord, which approval shall not be unreasonably withheld or delayed. If Landlord does not approve any of Tenant's proposed subcontractors, laborers, materialmen or suppliers, Tenant shall submit other proposed subcontractors, laborers, materialmen or suppliers for Landlord's written approval.

4.2   . Construction of Tenant Improvements by Tenant's Agents.

4.2.1   Construction Contract; Cost Budget. Tenant shall execute a construction contract and general conditions with Contractor (the **"Contract"**), and shall provide a copy of such Contract to Landlord. Provided, however, Landlord shall not have the right to approve or require changes to the Contract. Tenant shall provide Landlord with a detailed breakdown, by trade, of the final costs to be incurred or which have been incurred, as set forth more particularly in Sections 2.2.1.1 through 2.2.1.7, above, in connection with the design and construction of the Tenant Improvements to be performed by or at the direction of Tenant or the Contractor, which costs form a basis for the amount of the Contract.

4.2.2   Tenant's Agents.

4.2.2.1   Landlord's General Conditions for Tenant's Agents and Tenant Improvement Work. Tenant's and Tenant's Agent's construction of the Tenant Improvements shall comply with the following: (i) the Tenant Improvements shall be constructed in substantial accordance with the Approved Working Drawings; (ii) Tenant's Agents shall submit schedules of all work relating to the Tenant's Improvements to Contractor and Contractor shall, within five (5) business days of receipt thereof, inform Tenant's Agents of any changes which are necessary thereto, and Tenant's Agents shall adhere to such corrected schedule; and (iii) Tenant shall abide by all reasonable rules made by Landlord's Building manager in accordance with industry custom and practice with respect to the use of freight, loading dock and service elevators, storage of materials, coordination of work with the contractors of other tenants, and any other matter in connection with this Tenant Work Letter, including, without limitation, the construction of the Tenant Improvements to the extent not inconsistent with the Lease.

4.2.2.2   Indemnity. Tenant's indemnity of Landlord as set forth in this Lease shall also apply with respect to any and all costs, losses, damages, injuries and liabilities related in any way to any act or omission of Tenant or Tenant's Agents, or anyone directly or indirectly employed by any of them, or in connection with Tenant's non-payment of any amount arising out of the Tenant Improvements and/or Tenant's disapproval of all or any portion of any request for payment. Such indemnity by Tenant, as set forth in this Lease, shall also apply with respect to any and all costs, losses, damages, injuries and liabilities related in any way to Landlord's performance of any ministerial acts reasonably necessary (i) to permit Tenant to complete the Tenant Improvements, and (ii) to enable Tenant to obtain any building permit or certificate of occupancy for the Premises.

4.2.2.3   Requirements of Tenant's Agents. Contractor and the Contractor's sub-contractors shall guarantee to Tenant and for the benefit of Landlord that the portion of the Tenant Improvements for which it is responsible shall be free from any defects in workmanship and materials for a period of not less than one (1) year from the date of completion thereof. Each of Tenant's Agents (not including Tenant) shall be responsible for the replacement or repair, without additional charge, of all work done or furnished in accordance with its contract that shall become defective within one (1) year after the completion of the work performed by such contractor or subcontractors. All such warranties or guarantees as to materials or workmanship of or with respect to the Tenant Improvements shall be contained in the Contract or subcontract and shall be written such that such guarantees or warranties shall inure to the

benefit of both Landlord and Tenant, as their respective interests may appear, and can be directly enforced by either. Tenant covenants to give to Landlord any assignment or other assurances which may be necessary to effect such right of direct enforcement.

4.2.2.4    Insurance Requirements.

4.2.2.4.1    General Coverages. All of Tenant's Agents shall carry worker's compensation insurance covering all of their respective employees, and shall also carry public liability insurance, including property damage, all with limits, in form and with companies as are required to be carried by Tenant as set forth in this Lease.

4.2.2.4.2    Special Coverages. Contractor shall carry "Builder's All Risk" insurance in an amount approved by Landlord covering the construction of the Tenant Improvements, and such other insurance as Landlord may reasonably require in accordance with industry custom and practice, it being understood and agreed that the Tenant Improvements shall be insured by Tenant pursuant to this Lease immediately upon completion thereof. Such insurance shall be in amounts and shall include such extended coverage endorsements as may be reasonably required by Landlord in accordance with custom and practice including, but not limited to, the requirement that all of Tenant's Agents. shall carry excess liability and Products and Completed Operation Coverage insurance, each in amounts not less than $500,000 per incident, $2,000,000 in aggregate, and in form and with companies as are required to be carried by Tenant as set forth in this Lease.

4.2.2.4.3    General Terms. Certificates for all insurance carried pursuant to this Section 4.2.2.4 shall be delivered to Landlord before the commencement of construction of the Tenant Improvements and before the Contractor's equipment is moved onto the site. All such policies of insurance must contain a provision that the company writing said policy will give Landlord thirty (30) days prior written notice of any cancellation or lapse of the effective date or any reduction in the amounts of such insurance. In the event that the Tenant Improvements are damaged by any cause during the course of the construction thereof and this Lease does not terminate, Tenant shall immediately repair the same at Tenant's sole cost and expense. Tenant's Agents shall maintain all of the foregoing insurance coverage in force until the Tenant Improvements are fully completed. All policies carried under this Section 4.2.2.4 shall insure Landlord and Tenant, as their interests may appear, as well as Contractor and Tenant's Agents. All insurance, except Workers' Compensation, maintained by Tenant's Agents shall preclude subrogation claims by the insurer against anyone insured thereunder. Such insurance shall provide that it is primary insurance as respects the owner and that any other insurance maintained by owner is excess and noncontributing with the insurance required hereunder. The requirements for the foregoing insurance shall not derogate from the provisions for indemnification of Landlord by Tenant under Section 4.2.2.2 of this Tenant Work Letter.

4.2.3    Governmental Compliance. The Tenant Improvements shall comply in material respects with the following: (i) the Code and other state, federal, city or quasi-governmental laws, codes, ordinances and regulations, as each may apply according to the rulings of the controlling public official, agent or other person; and (ii) applicable standards of the American Insurance Association (formerly, the National Board of Fire Underwriters) and the National Electrical Code.

4.2.4    Inspection by Landlord.  Landlord shall have the right to inspect the Tenant Improvements at all times, provided however, that Landlord's failure to inspect the Tenant Improvements shall in no event constitute a waiver of any of Landlord's rights hereunder nor shall Landlord's inspection of the Tenant Improvements constitute Landlord's approval of the same.  Should Landlord disapprove any portion of the Tenant Improvements because a Design Problem exists, Landlord shall notify Tenant in writing of such disapproval and shall specify the items disapproved.  Any defects or deviations in, and/or disapproval by Landlord of, the Tenant Improvements shall, to the extent necessary to eliminate a Design Problem, be rectified by Tenant at no expense to Landlord, provided however, that in the event Landlord determines that a defect or deviation exists or disapproves of any matter in connection with any portion of the Tenant Improvements and such defect, deviation or matter might adversely affect the mechanical, electrical, plumbing, heating, ventilating and air conditioning or life-safety systems of the Building, the structure or exterior appearance of the Building or any other tenant's use of such other tenant's leased premises, Landlord shall notify Tenant of such defect, deviation or matter (but no notice shall be necessary if there is imminent damage or injury to person or material injury to property) and if Tenant does not correct such defect, deviation or matter within thirty (30) days of receipt of such notice (or such longer period of time as is necessary if Tenant commences such correction within the thirty (30) day period and diligently proceeds to complete such correction), Landlord may, take such action as Landlord deems necessary, at Tenant's expense and without incurring any liability on Landlord's part, to correct any such defect, deviation and/or matter.

4.2.5    Meetings.  Commencing upon the execution of this Lease, Tenant shall hold weekly meetings at a reasonable time, with the Architect and the Contractor regarding the progress of the preparation of Construction Drawings and the construction of the Tenant Improvements, which meetings shall be held at a location designated by Tenant, and Landlord and/or its agents shall receive prior notice of, and shall have the right to attend, all such meetings, and, upon Landlord's reasonable request, Tenant shall request that certain of Tenant's Agents shall attend such meetings if their presence is necessary.  In addition, minutes shall be taken at all such meetings, a copy of which minutes shall be promptly delivered to Landlord.  One such meeting each month shall include the review of Contractor's current request for payment.

4.3    Notice of Completion; Copy of Record Set of Plans.  Within ten (10) days after completion of construction of the Tenant Improvements, Tenant shall cause a Notice of Completion to be recorded in the office of the Recorder of the county in which the Building is located in accordance with Section 3093 of the Civil Code of the State of California or any successor statute, and shall furnish a copy thereof to Landlord upon such recordation.  If Tenant fails to do so, Landlord may execute and file the same on behalf of Tenant as Tenant's agent for such purpose, at Tenant's sole cost and expense.  At the conclusion of construction, (i) Tenant shall cause the Architect and Contractor (A) to update the Approved Working Drawings as necessary to reflect all changes made to the Approved Working Drawings during the course of construction, (B) to certify to the best of their knowledge that the "record-set" of as-built drawings are true and correct, which certification shall survive the expiration or termination of this Lease, and (C) to deliver to Landlord two (2) sets of copies of such record set of drawings within ninety (90) days following issuance of a certificate of occupancy for the Premises, and (ii)

Tenant shall deliver to Landlord a copy of all warranties, guaranties, and operating manuals and information relating to the improvements, equipment, and systems in the Premises.

## SECTION 5

## DELAYS OF LEASE COMMENCEMENT DATE

5.1    <u>Lease Commencement Date Delays</u>.  The Lease Commencement Date shall occur as provided in <u>Section 2.1.2</u> of this Lease and <u>Section 3.2</u> of the Summary, provided that the Lease Commencement Date shall be extended by the number of days of delay of the Substantial Completion of the Tenant Improvements in the Premises to the extent caused by a "Commencement Date Delay," as that term is defined, below, but only to the extent such Commencement Date Delay causes (i) the Substantial Completion of the Tenant Improvements located in the 24th Floor Premises to occur after May 1, 2005, and/or (ii) the Substantial Completion of the Tenant Improvements located in the 25th Floor Premises to occur after November 1, 2007.  As used herein, the term **"Commencement Date Delay"** shall mean only a "Force Majeure Delay" or a "Landlord Caused Delay," as those terms are defined below in this <u>Section 5.1</u> of this Tenant Work Letter.  As used herein, the term **"Force Majeure Delay"** shall mean only an actual delay resulting from strikes, fire, wind, damage or destruction to the Building, explosion, casualty, flood, hurricane, tornado, the elements, acts of God or the public enemy, terrorist acts, sabotage, war, invasion, insurrection, rebellion, civil unrest, riots, or earthquakes.  As used in this Tenant Work Letter, **"Landlord Caused Delay"** shall mean actual delays to the extent resulting from (i) the failure of Landlord to timely approve or disapprove any Construction Drawings; (ii) unreasonable (when judged in accordance with industry custom and practice) interference by Landlord, its agents or Landlord Parties (except as otherwise allowed under this Tenant Work Letter) with the Substantial Completion of the Tenant Improvements and which objectively preclude or delay the construction of tenant improvements in the Building by any person, which interference relates to access by Tenant, or Tenant's Agents to the Building or any Building facilities (including loading docks and freight elevators) or service (including temporary power and parking areas as provided herein) during normal construction hours, or the use thereof during normal construction hours; (iii) delays due to the acts or failures to act of Landlord or Landlord Parties with respect to payment of the Tenant Improvement Allowance (except as otherwise allowed under this Tenant Work Letter) but Tenant shall have a right to suspend its design and construction of its Tenant Improvements if Landlord fails to reimburse Tenant all or any part of the Tenant Improvement Allowance when due, (iv) delays caused by Landlord not giving Tenant reasonably sufficient access to the Building and the Premises (including loading docks, freight elevators, and two (2) passenger elevators (which must be protected as reasonably designated by Landlord)) to allow Tenant to move into the Building over a weekend mutually scheduled by Landlord and Tenant; and/or (v) delays caused by Landlord failing to deliver the Base Building of the Premises to Tenant on or before the time specified in <u>Section 1</u> of this Tenant Work Letter, in the condition specified in <u>Section 1</u> of this Tenant Work Letter; or (vi) delays due to the fact that the TCO has not yet been issued for the Building.

5.2    <u>Determination of Lease Commencement Date Delay</u>.  If Tenant contends that a Lease Commencement Date Delay has occurred, Tenant shall notify Landlord in writing of (i) the event which constitutes such Lease Commencement Date Delay and (ii) the date upon which such Lease Commencement Date Delay is anticipated to end.  If such actions, inaction or

circumstance described in the Notice set forth in (i) above of this <u>Section 5.2</u> of this Tenant Work Letter (the **"Delay Notice"**) are not cured by Landlord within one (1) business day of Landlord's receipt of the Delay Notice and if such action, inaction or circumstance otherwise qualify as a Lease Commencement Date Delay, then a Lease Commencement Date Delay shall be deemed to have occurred commencing as of the date of Landlord's receipt of the Delay Notice and ending as of the date such delay ends.

5.3    <u>Definition of Substantial Completion of the Tenant Improvements</u>.  For purposes of this <u>Section 5</u>, **"Substantial Completion of the Tenant Improvements"** shall mean completion of construction of the Tenant Improvements in the Premises pursuant to the Approved Construction Drawings, with the exception of any punch list items, and passing of all applicable inspections and obtaining a certificate of occupancy or temporary certificate of occupancy or its legal equivalent allowing legal occupancy of the Premises.

**SECTION 6**

**MISCELLANEOUS**

6.1    <u>Tenant's Representative</u>.  Tenant has designated Ms. Christine Wilde and Mr. Matthew Behrens as its sole representatives with respect to the matters set forth in this Tenant Work Letter, who, until further Notice to Landlord, shall have full authority and responsibility to act on behalf of the Tenant as required in this Tenant Work Letter.

6.2    <u>Landlord's Representative</u>.  Landlord has designated Robert Nowak as its sole representative, who, until further Notice to Tenant, shall have full authority and responsibility to act on behalf of the Landlord as required in this Tenant Work Letter.  Landlord shall not be responsible for any statement, representation or agreement made between Tenant and the Contractor or any subcontractor.

6.3    <u>Tenant's Agents</u>.  The Contractor all of the subcontractors, laborers, materialmen, and suppliers retained directly by Tenant (not including those providing or installing Tenant's furniture, fixtures or equipment) shall be required to be union labor or be in compliance with the master labor agreements existing between trade unions and the Southern California Chapter of the Associated General Contractors of America, except to the extent that such work is with respect to high-end finish work, not normally and customarily performed by union labor in the Comparable Buildings, or where qualified union laborers are not readily available. Notwithstanding the foregoing, in the event that the use of any such non-union laborers result in disharmonious labor relations at the Building or Project, Landlord shall have the right to require Tenant to use union labor.

6.4    <u>Time of the Essence in This Tenant Work Letter</u>.  Unless otherwise indicated, all references in this Tenant Work Letter to a "number of days" shall mean and refer to calendar days.  If any item requiring approval is timely disapproved by Landlord, the procedure for preparation of the document and approval thereof shall be repeated until the document is approved by Landlord.

6.5    Tenant's Lease Default.  Notwithstanding any TCCs to the contrary contained in this Lease, if a Default as described in Article 19 of this Lease or a material default by Tenant under this Tenant Work Letter beyond the applicable Notice and cure period set forth in Article 19 of the Lease has occurred at any time on or before the Substantial Completion of the Tenant Improvements, then (i) in addition to all other rights and remedies granted to Landlord pursuant to the Lease, Landlord shall have the right to withhold payment of all or any portion of the Tenant Improvement Allowance and/or Landlord may cause Contractor to cease the construction of the Tenant Improvements (in which case, Tenant shall be responsible for any delay in the Substantial Completion of the Tenant Improvements caused by such work stoppage and any increased costs to Tenant resulting therefrom, and such stoppage shall not be a Commencement Date Delay), and (ii) all other obligations of Landlord under the TCCs of this Tenant Work Letter shall be suspended until such time as such Default is cured pursuant to the TCCs of the Lease (in which case, Tenant shall be responsible for any delay in the Substantial Completion of the Tenant Improvements including any increased costs to Tenant resulting therefrom, and such delay shall not be a Commencement Date Delay).  Provided, however, that notwithstanding any other provisions of this Lease, if a Default by Tenant is cured, forgiven or waived, Landlord's suspended obligations shall be fully reinstated and resumed, effective immediately.

6.6    Miscellaneous Charges.  Landlord shall provide, and neither Tenant nor Tenant's Agents nor the Contractor or subcontractors retained by Tenant to construct the Tenant Improvements shall be charged for (i) HVAC during the Building Hours, or (ii) the use of parking, elevators, electricity, and/or, loading docks (during normal construction hours) during the construction of the Tenant Improvements, Tenant's installation and Tenant's move into the Premises.  Landlord shall make the loading docks available to Tenant after normal construction hours provided that Tenant shall pay any incremental increased costs related to such after-hours use.  In addition, prior to the Lease Commencement Date, Landlord shall operate the HVAC 24-hours per day for such period as reasonably necessary to flush out construction and finish odors, all at no expense to Tenant and without deduction from the Tenant Improvement Allowance.

6.7    Survival Of Provisions Upon Termination Of Tenant Work Letter.  Any term, covenant or condition of this Tenant Work Letter which requires the performance of obligations or forbearance of an act by either party hereto after the termination of this Tenant Work Letter shall survive such termination of this Tenant Work Letter.  Such survival shall be to the extent reasonably necessary to fulfill the intent thereof, or if specified, to the extent of such specification, as same is reasonably necessary to perform the obligations and/or forbearance of an act set forth in such term, covenant or condition.  Notwithstanding the foregoing in the event a specific term, covenant or condition is expressly provided for in such a clear fashion as to indicate that such performance of an obligation or forbearance of an act is no longer required, then the specific shall govern over this general provision of this Tenant Work Letter.

6.8    Hazardous Materials Costs.  Landlord agrees to bear any increased costs in the design or construction of the Tenant Improvements directly resulting from any Hazardous Materials in the Project (provided such Hazardous Materials are not introduced by Tenant) and shall reimburse to Tenant, in addition to and separate and apart from the Tenant Improvement Allowance, any additional hard costs incurred by Tenant as a result of the presence of Hazardous Materials in the Project (provided such Hazardous Materials are not introduced by Tenant) prior

to the date Tenant constructs the Tenant Improvements.  Subject to the terms of <u>Section 5</u>, above, any delay caused as a result of the presence of Hazardous Materials in the Project shall be a Landlord Caused Delay.

6.9    <u>Expenses for Base Building Non-Compliance</u>.  In the event that the Base Building does not materially comply with the terms of Section 1 of this Tenant Work Letter, and therefore Tenant incurs increased design or construction costs that it would not have incurred but for such material non-compliance, then such costs shall be reimbursed by Landlord to Tenant without deduction from the Tenant Improvement Allowance within thirty (30) business days after receipt by Landlord from Tenant of an invoice documenting and evidencing such increased costs and any delays incurred by Tenant shall be deemed Landlord Caused Delays to the extent allowed under <u>Section 5</u> above.

6.10    <u>Staging Area</u>.  During the period prior to the Lease Commencement Date, Tenant shall have the right, without the obligation to pay Rent, to use empty space in the Building (to the extent available) designated by Landlord for the purposes of storing and staging its furniture and equipment only.  With respect to this free staging area, Tenant shall be responsible for providing all insurance and for providing any necessary fencing or other protective facilities.  Tenant shall hold Landlord harmless and shall indemnify Landlord from and against any and all loss, liability or cost arising out of or in connection with use of such storage space by Tenant.  Tenant shall be obligated to remove all of the stored materials and its fencing and other facilities within ten (10) business days after Tenant's receipt of written notice from Landlord that such staging area is needed by Landlord for construction of another tenant's premises or is otherwise no longer available for staging purposes, in which event comparable space, to the extent available, shall be made available to Tenant as a substitute staging area.

## SCHEDULE 1 TO EXHIBIT B

## TENANT IMPROVEMENT SPECIFICATIONS

### Mandatory Standards For All Premises

The components used in the construction of Tenant improvements shall have the following specifications. The following are not quality standards, but are mandatory standards, and such components shall not vary from the following specifications without Landlord's consent, which consent shall not be unreasonably withheld, conditioned or delayed.

- *Interior Partitions*

    Ceiling height partition with 25 gauge, 2-1/2" metal studs, spaced 24 on center. One layer 5/8" thick, type "X" gypsum board each side. Height of partition extended from floor slab to underside of ceiling and grid at 9'-0'' above floor finish floor. Partition to be taped smooth to receive paint or wall covering. Diagonal bracing placed in alternating direction 4'-0" on center per Code.

- *Demising Partition*

    Full height partition floor slab to underside of slab above. 25 gauge, 2 -½" metal studs, 24" on center. One layer, 5/8" thick, type "X" gypsum board each side. At top of partition, fill deck flute voids with fire safing or other approved material as required to achieve 1-hour fire rating. Partition taped smooth to receive paint or wallcovering. Batt insulation (R-11) in cavity. Sound boot installed in partition between tenants.

- *Acoustical Partition*

    Full height partition floor slab to underside of slab above. 25 gauge, 2 -½" metal studs, 24" on center. One layer, 5/8" thick, type "X" gypsum board each side. Partition taped smooth to receive paint or wallcovering. Batt insulation (R-11) in cavity. Sound boot installed in partition between tenants. Acoustic sealant top & bottom.

- *1-Hour Fire-Rated Corridor Partition*

    Full height partition floor slab to underside of slab above. 25 gauge, 2 -½" metal studs, 24" on center. One layer, 5/8" thick, type "X" gypsum board each side. At top of partition, fill deck flute voids with fire safing or other approved material as required to achieve 1-hour fire rating. Partition taped smooth to receive paint or wallcovering. Batt insulation (R-11) in cavity.

580913.09/WLA
J4321-029/1-11-05/ejs/gsp

MGM TOWER
[Lehman Brothers Holdings Inc.]

- *Acoustical Ceilings*

    2' X 2' Armstrong Silhouette XL 9/16" suspended grid system, 9'-0" A.F.F.
    Seismic bracing per Code including compression post, 8'-0" on center, and
    expansion joints where applicable. 2' x 2' Armstrong Optima Open Plan tile,
    tegular / very fine texture Standard "L" ceiling trim compatible with the
    Armstrong Silhouette XL grid system. Notwithstanding anything to the contrary
    set forth in the first paragraph of this Schedule 1, Tenant may make changes to the
    specifications set forth in this paragraph, subject to Landlord's prior written
    approval, which approval shall not be unreasonably withheld.

- *Hardware/Hardware Finish*

    Schlage 9000 Series stainless steel lever, with a satin stainless steel rosette (or
    equivalent quality) finish.

- *Water Heater*

    If a dishwasher is used: 20 gallon electric tank hot water heater, 3 kW, 277 volts,
    1 phase, 60 hertz. Model DSE20 as manufactured by A.O. Smith. Pipe water
    heater drain and pressure relief line to floor drain (drop and condensate funnel by
    J.R. Smith).

- *Lighted Exit Sign*

    Even Light, #EG-AC-UG-1-C-BA-X-T, 2.3 watt recessed architectural edge lit
    exit sign or double face, two (2) circuit 277 volt. Housing trim with white finish.

- *Fire Speakers*

    Siemens #S-LP70-C (Ceiling Mount) #S-LP70-E (Wall Mount). Cover to be
    selected from manufacturer's standards. All Life/Safety components shall be
    furnished and installed by the Building Life/Safety contractor.

- *Smoke Detectors*

    Siemens FP-11. All Life/Safety components shall be furnished and installed by
    the Building Life/Safety contractor.

SCHEDULE 1 TO
EXHIBIT B
-2-

580913.09/WLA
J4321-029/1-11-05/ejs/gsp

MGM TOWER
[Lehman Brothers Holdings Inc.]

- *Fire Extinguisher*

    1) Amerex – ABC #2A10BC

    2) Helipad – Amerex #120BC

    3) Elevator Machine Rooms: Amerex #4A60BC

    4) Fire Pump/Main Elev/Gen: Amerex 15#CO2

- *Fire Sprinkler*

    Fully recessed sprinkler head with white escutcheon cover plate.

- *Heating and Air Conditioning Distribution*

    Interior Zone:          #SDR - Single Duct variable air volume boxes as
                            manufactured by Envirotech.  Use Building Standard
                            controller.

    Exterior Zone:          Reliance 3HEC VTAC 7 Single duct variable boxes
                            with #209C electric duct heater as manufactured by
                            Brasch.  Use Building Standard controller.

    Perforated face air registered and return #S30 air grilles 24" X 24" as
    manufactured by Anamostat.  Return air light fixtures to be used for interior areas.

    Themostats, Johnson 4002-202, one per zone.  Mounted at 48" A.F.F. next to light
    switch.  Temperature controls to be fully integrated with the building's energy
    management system.

- *2' X 2' Fluorescent Light Fixtures*

    24" X 24" 16-cell parabolic Metalux 2P(Coordinate Ceiling type and Airflow) –
    X-2-U6T8-S-44-1-277 Volt-EB82lownt lighting fixture with two (2)
    FB32T8/TL830/6 3000K 85CRI.  Notwithstanding anything to the contrary set
    forth in the first paragraph of this Schedule 1, Tenant may make changes to the
    specifications set forth in this paragraph, subject to Landlord's prior written
    approval, which approval shall not be unreasonably withheld.

- *Perimeter Column Paint*

    For the side of the perimeter columns facing the glassline, the paint color shall be
    Frazee #cw048w, flat finish. Notwithstanding anything to the contrary set forth in

SCHEDULE 1 TO
EXHIBIT B
-3-

the first paragraph of this Schedule 1, Tenant may make changes to he specifications set forth in this paragraph, subject to Landlord's prior written approval, which approval shall not be unreasonably withheld.

- *Window Coverings at Building Perimeter*

    Levolor Elite Vertical Blind System, 2" nominal width vanes, curved headrail available, perforated PVC vane, white.

- *Ceiling Condition At Building Perimeter*

    Within 14 feet of the perimeter glassline, or at least the depth of one office, the ceiling shall be constructed with a solid, opaque material suspended 9'-0" above finish floor (which would include 2'x2' suspended acoustical ceiling grids, including customary light fixtures, diffusers, etc.). Notwithstanding anything to the contrary set forth in the first paragraph of this Schedule 1, Tenant may make changes to the specifications set forth in this paragraph, subject to Landlord's prior written approval, which approval shall not be unreasonably withheld and shall take into account differences from such specifications.

## Additional Mandatory Standards For Portions Of Premises Located On Multi-Tenant Floors Only.

If a portion of the Premises is a partial floor, rather than a full floor of the Building, the components used in the construction of the Tenant improvements located in such portion of the Premises shall have the following specifications.

- *Corridor Entrances Door Assembly, Single*

    For tenants less than 3,000 rentable square feet (single entry/exit can only serve up to 30 occupants x 100 sf/occ. = 3,000 s.f.) that are not located opposite the elevator lobby doors, a recessed single entry door must be used.

    U.L. rated 20 minute assembly.

- *Door*

    3'0" x full height, solid core, 5-ply with ¾" deep solid edger inserts, "Maple" veneer, plain-sliced, natural, to match Building Standard Premium Grade.

580913.09/WLA
J4321-029/1-11-05/ejs/gsp

MGM TOWER
[Lehman Brothers Holdings Inc.]

- *Door Frame*

    ACI, 3'-0" x full height, extruded aluminum. Clear anodized aluminum finish to
    match door hardware. Snap-in trim section at head and jamb. One (1) head and
    two (2) jamb seals.

- *Hardware/Hardware Finish*

    Schlage, LHN trim. Passage Latch – L9010 630. Office and Inner Entry – L9050
    630 satin stainless steel lever, with a satin stainless steel rosette.

    2 pair butts

    1 lock set (w/2 each lever handles)

    1 door closer

    1 door stop

    1 threshold (if required by code)

    1 door sweep (if required by code)

- *Corridor Entrance Door Assembly, Pair*

    For tenants of 3,000 square feet or more and for tenants located opposite the
    elevator lobby doors, recessed double entry doors must be used.

    U.L. rated 20 minute assembly.

- *Door*

    As to the corridor side only: (2) 3'0" x full height, solid core, 5-ply with ¾" deep
    solid edge inserts, "Maple" veneer, plain-sliced, natural, to match Building
    Standard Premium Grade.

- *Door Frame*

    As to the corridor side only: ACI, 3'-0" x full height, extruded aluminum. Clear
    anodized aluminum finish to match door hardware. Snap-in trim section at head
    and jamb. One (1) head and two (2) jamb seals.

- *Hardware/Hardware Finish*

    Sargent 8100 Series, LHN trim. No. 630 satin stainless steel lever, with a satin
    stainless steel rosette. The aforesaid hardware finish standards (but not the
    hardware standards) shall be applicable only to the corridor side.

    4 pair butts

580913.09/WLA
J4321-029/1-11-05/ejs/gsp

MGM TOWER
[Lehman Brothers Holdings Inc.]