# EXHIBIT B

**Constellation Place LLC**
**10250 Constellation Blvd.**
**Suite 1650**
**Los Angeles, CA 90067**

## INVOICE

September 22, 2008

Invoice No. 08-10-015
Ref: CLEHBR

Lehman Brothers, Inc.
Attn: Mindoo Inniss
1301 Avenue of the Americas
9th Floor
New York, NY 10019

| | |
|---|---:|
| Base Rent – October 2008 | $164,030.80 |
| Estimated Additional Rent – October 2008 | 11,475.61 |
| Amount Due: | $175,506.41 |

Please remit to:

Constellation Place LLC
6575 Paysphere Circle
Chicago, IL 60674

**Constellation Place LLC**
**10250 Constellation Blvd.**
**Suite 1650**
**Los Angeles, CA  90067**

# INVOICE

August 11, 2008

Invoice No. 08-08-028
Ref: HVAC
CLEHBR

Lehman Brothers, Inc.
c/o Cushman & Wakefield
Attention: Robyn Roybal
327 Inverness Drive South
MS 3156
Englewood, CO  80112

**HVAC Charges:**
**July 2008**

| | |
|---|---:|
| Overstandard HVAC – Floor 24 – 206.53 hrs. @ $66.00 | $13,630.98 |
| Overstandard HVAC – Floor 25 – 103.07 hrs. @ $66.00 | 6,802.62 |
| Programming Fees – 3 @ $100 | 300.00 |
| Amount Due: | $20,733.60 |

Please remit to:

Constellation Place LLC
10250 Constellation Blvd.
Suite 1650
Los Angeles, CA  90067

**Constellation Place LLC**
**10250 Constellation Blvd.**
**Suite 1650**
**Los Angeles, CA  90067**

## INVOICE

September 29, 2008

Invoice No. 08-09-036
Ref: MISC
CLEHBR

Lehman Brothers, Inc.
c/o Cushman & Wakefield
Attn: Robyn Roybal
327 Inverness Drive South
MS 3156
Englewood, CO  80112

**Miscellaneous Charges:**
**After-Hours HVAC – August 2008**

| | |
|---|---:|
| 24th Floor – 132.53 Hours @ $66.00/hr | $8,746.98 |
| 25th Floor – 100.57 Hours @ $66.00/hr | 6,637.62 |
| Amount Due: | $15,384.60 |

Please remit to:

Constellation Place LLC
10250 Constellation Blvd.
Suite 1650
Los Angeles, Ca  90067

**Constellation Place LLC**
**10250 Constellation Blvd.**
**Suite 1650**
**Los Angeles, CA  90067**

# INVOICE

September 29, 2008                                   Invoice No. 08-09-062
                                                                   Ref: HVAC
                                                                   CLEHBR

Lehman Brothers, Inc.
c/o Cushman & Wakefield
Attention: Robyn Roybal
327 Inverness Drive South
MS 3156
Englewood, CO  80112

**HVAC Charges:**
**September 2008**

| | |
|---|---:|
| Overstandard HVAC – Floor 24 – 138.25 hrs. @ $66.00 | $9,124.50 |
| Overstandard HVAC – Floor 25 – 104.23 hrs. @ $66.00 | 6,879.18 |
| Programming Fees – 1 @ $100 | 100.00 |
| Amount Due: | **$16,103.68** |

Please remit to:

Constellation Place LLC
10250 Constellation Blvd.
Suite 1650
Los Angeles, CA  90067

**Constellation Place LLC**
**10250 Constellation Blvd.**
**Suite 1650**
**Los Angeles, CA 90067**

# INVOICE

July 24, 2008

Invoice No. 08-07-131
Ref: MISC
CLEHBR

Lehman Brothers, Inc.
c/o Cushman & Wakefield
Attn: Robyn Roybal
327 Inverness Drive South
MS 3156
Englewood, CO 80112

**Miscellaneous Charges:**
**June 2008**
Chilled Water – May/July/Aug/Sept/Oct/Nov/Dec 2007 (to be billed later)
Chilled Water – Jan/Feb - 2008   (To be billed later)

| | |
|---|---|
| Chilled Water - March 2008 | $3553.66 |
| Chilled water – April 2008 | 3625.06 |
| Chilled Water – June 2008 | 3463.65 |
| Overstandard Electricity – 6/11/08 – 7/11/08 | 131.18 |
| Security Access Cards – (Employee) - 4 @ $11.00 | 44.00 |
| Lamp Replacement – 2.5 hrs. @ $23.00/hr. | 57.50 |
| Janitorial – Pantry/Refrigerator Cleaning June 2008 | 41.25 |
| Administrative Fee | 6.19 |
| Janitorial – Detail Clean painted wall – June 2008 | 46.13 |
| Administrative Fee | 6.92 |
| Misc. – Paper Towel Order – June 2008 | 160.32 |
| Administrative Fee | 24.05 |

Amount Due: **$11,159.91**

Please remit to:

Constellation Place LLC
10250 Constellation Blvd.
Suite 1650
Los Angeles, Ca 90067

**Constellation Place LLC**
**10250 Constellation Blvd.**
**Suite 1650**
**Los Angeles, CA  90067**
**I N V O I C E**

August 19, 2008                                                  Invoice No. 08-08-053
                                                                                Ref: MISC
                                                                                CLEHBR

Lehman Brothers, Inc.
c/o Cushman & Wakefield
Attn: Robyn Roybal
327 Inverness Drive South
MS 3156
Englewood, CO  80112

**Miscellaneous Charges:**
**July 2008**
Chilled Water
| | |
|---|---:|
| May 2007 | $1,053.87 |
| July 2007 | 3,631.77 |
| August 2007 | 3,629.91 |
| September 2007 | 3,515.75 |
| October 2007 | 2,657.67 |
| November 2007 | 3,154.49 |
| December 2007 | 3,586.35 |
| January 2008 | 3,624.97 |
| February 2008 | 3,553.66 |
| July 2008 | 3,643.13 |
| Overstandard Electricity – 7/11/08 – 8/11/08 | 123.73 |
| Security Access Cards –(Employee) 1 @ $11.00 | 11.00 |
| Security Access Cards – (Programming) – 2 @ $6.00 | 12.00 |
| Key Duplication – 2 @ $5.00 | 10.00 |
| Re-key Lock – (Safe-Ops Room) | 75.62 |
| Administrative fee | 11.34 |
| Lamp Replacement – 2.25 hrs. @ $23.00 | 51.75 |
| Lamp order 7/24/08 | 3,071.98 |
| Administrative fee | 460.80 |
| Janitorial – 25th Floor Kitchen Detail – July 2008 | 69.20 |
| Administrative Fee | 10.38 |
| Door Replacement – Purch & Install Freight lobby doors | 3,647.50 |
| Administrative Fee | 547.13 |
| Amount Due: | **$40,154.00** |

Please remit to:

Constellation Place LLC
10250 Constellation Blvd.
Suite 1650
Los Angeles CA.  90067

**Constellation Place LLC**
**10250 Constellation Blvd.**
**Suite 1650**
**Los Angeles, CA 90067**

# INVOICE

September 29, 2008

Invoice No. 08-09-041
Ref: MISC
CLEHBR

Lehman Brothers, Inc.
c/o Cushman & Wakefield
Attn: Robyn Roybal
327 Inverness Drive South
MS 3156
Englewood, CO 80112

**Miscellaneous Charges:**
**August - September 2008 (Partial Billing)**

| Description | Amount |
|---|---|
| Chilled Water – August 2008 – (Based on avg. of 3 months of actual Usage May thru July 2008) | $3,579.72 |
| Over standard Electricity – 8/11/08 – 9/11/08 | 128.63 |
| Janitorial – Pantry/Refrigerator Cleaning August 2008 | 115.33 |
| Administrative Fee | 17.30 |
| Misc. – 8 Cases of Paper Towels | 257.64 |
| Administrative Fee | 38.65 |
| Security Access Cards – (Employee) - 3 @ $11.00 | 33.00 |
| Security Access Cards – (Neuberger Berman) Employee 1 @ $11.00 | 11.00 |
| Security Access Cards – (Programming) – 1 @ $6.00 | 6.00 |
| Key Duplication – Re key 1 Lock | 67.50 |
| Administrative Fee | 10.13 |
| Lamp Replacement – 3 hrs. @ $23.00/hr. | 69.00 |
| Security – Freight Elevator – 43.59 hours @ $35.00/hr | 1,525.65 |

Amount Due: $5,859.55

Please remit to:

Constellation Place LLC
10250 Constellation Blvd.
Suite 1650
Los Angeles, Ca 90067

**Constellation Place LLC**
**10250 Constellation Blvd.**
**Suite 1650**
**Los Angeles, CA 90067**
**I N V O I C E**

September 29, 2008

Invoice No. 08-09-063
Ref: MISC
CLEHBR

Lehman Brothers, Inc.
c/o Cushman & Wakefield
Attn: Robyn Roybal
327 Inverness Drive South
MS 3156
Englewood, CO 80112

**Miscellaneous Charges:**
**September 2008 (Partial Billing)**

| | |
|---|---:|
| Chilled Water – September 2008 – Based on an avg. of 3 months Of Actual Usage – (Mar. – July 2008) | $3579.72 |
| Overstandard Electricity – 9/12/08 – 9/30/08 - Based on an avg. of 4 months of Actual Usage – (May – August 2008) | 81.13 |
| Security Access Cards –(Employee) 1 @ $11.00 | 11.00 |
| Security Access Cards – (Visitor) – 10 @ $10.50 | 105.00 |
| Janitorial – 24th Floor Kitchen Detail – Sept. 2008 | 46.13 |
| Administrative Fee | 6.92 |
| Janitorial – 25th Floor Kitchen Detail – Sept. 2008 | 69.20 |
| Administrative Fee | 10.38 |
| Security – Freight – Sept. 2008 – 11.42 hours @ $35/hr | 399.70 |
| Amount Due: | $4,309.18 |

Please remit to:

Constellation Place LLC
10250 Constellation Blvd.
Suite 1650
Los Angeles CA. 90067