UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                  Case No. 08-13555-jmp

                         Debtors.                        (Jointly Administered)
-------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                    ) ss.:
COUNTY OF NASSAU             )

      I, **Kathy Giddens**, being duly sworn, depose and say: I am not a party to this action, am over 18 years of age and am employed by Meyer, Suozzi, English & Klein, P.C.

      On the 12th day of October, 2008, I served true copies of Constellation Place, LLC's Objection To Debtor's Proposed Cure Amount As Required By Order Under 11 U.S.C. Sections 105(a), 363, And 365 And Federal Rules Of Bankruptcy Procedure 2002, 6004 And 6006 Authorizing And Approving (A) The Sale Of Purchased Assets Free And Clear Of Liens And Other Interests And (B) Assumption And Assignment Of Executory Contracts And Unexpired Leases and Declaration of Patrick J. Meara in Support of Constellation Place, LLC's Objection to Debtor's Proposed Cure Amount as Required by Order under 11 U.S.C. Section 105(a), 363, and 365 and Federal Rules of Bankruptcy Proceeding 2002, 6004 and 6006 authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases by first class mail postage prepaid upon the persons listed on attached service list.

                                                                     */s/ Kathy Giddens*
                                                                    Kathy Giddens

Sworn to before me this
12th of October, 2008

  */s/Jil Mazer-Marino*
Jill Mazer Marino
Notary Public, State of New York
No. 02MA6091561
Qualified in Nassau County
Commission Expires April 28, 2011

Service List

Honorable James M. Peck
United States Bankruptcy Court, SDNY
One Bowling green, Courtroom 601
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq. Paul Schwartzberg, Esq.
    Brian Masumoto, Esq. Linda Rifkin, Esq.
    Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10004
Attn: Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.

Cleary Gotliebb LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield, Esq.
    Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
    Hydee R. Feldstein, Esq.

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: James B. Kobak, Esq.
    David Wiltenberg, Esq.
    Jeff Margolin, Esq.

686243