UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re:                                                :    Chapter 11
                                                      :
LEHMAN BROTHERS HOLDINGS INC.,    :    Case No. 08-13555 (JMP)
                                                      :
        Debtor.                                    :
                                                      :
------------------------------------------------------x

# AMENDED OBJECTION OF HST LESSEE SNYT LLC AS LESSEE OF SHERATON NEW YORK HOTEL & TOWERS TO PROPOSED CURE AMOUNTS

HST Lessee SNYT LLC ("HST"), as lessee of Sheraton New York Hotel & Towers, hereby objects to the proposed cure amount set forth in the amended schedule of cure amounts filed by the Debtor as follows:

1. HST is a party to an executory contract with Lehman Brothers ("Lehman") pursuant to a Letter of Agreement, effective as of October 31, 2006.

2. Pursuant to a Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser, Lehman scheduled HST as being owed $544,291.00 (the "Proposed Cure Amounts").

3. On September 19, 2008, HST filed an Objection to the Proposed Cure Amount in which HST stated that the Proposes Cure Amount is incorrect (the "Objection"). In its Objection, HST stated that pursuant to an Invoice, dated September 15, 2008 (the "Invoice"), the amounts owed to HST aggregate $626,314.69. A copy of the Invoice is annexed hereto as

1121673.1

Exhibit "A".

4. The Debtor has filed a Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser, dated October 1, 2008, pursuant to which, inter alia, the Debtor has noticed parties to certain contracts that Barclays Capital Inc. has revised the amounts necessary to cure certain defaults.

5. The updated schedules posted on the Debtor's website show that the Debtor has increased the Proposed Cure Amount from $544,291.00 to $560,339.00 (the "Revised Proposed Cure Amount").

6. HST objects to the Revised Proposed Cure Amount. As set forth in the Invoice, the amounts owed to HST aggregate $626,314.69 not $560,339.00.

**WHEREFORE**, HST respectfully submits that the Revised Proposed Cure Amount for its executory contract be modified as provided herein, and for such further relief as the Court deems proper.

Dated: October 13, 2008
      New York, New York

    Respectfully submitted,

    OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

    /s/David M. Posner_____
    David M. Posner
    230 Park Avenue
    New York, New York 10169
    Telephone: (212) 661-9100
    Facsimile: (212) 682-6104

    Attorneys for HST Lessee SNYT Lessee