# EXHIBIT A



**Sheraton New York
Hotel & Towers
Sheraton Manhattan**

811 Seventh Avenue
New York, NY 10019
T. 212-841-6427  F. 212-489-3713

# INVOICE

To: Lehman Brothers
Attn: Mr. Jennifer Kelly
1271 Avenue of the Americas
New York, NY 10020

DATE: September 15, 2008
Page 1

| SALESPERSON | ACCOUNT NUMBER | DATE OF EVENT/STAY | GROUP CODE | INVOICE SENT VIA | ACCOUNTING COORDINATOR |
|---|---|---|---|---|---|
| Joyce Rose | 272291 | 8/31-9/6, 2008' | LMH31A | Airborn/Fax | Edison Nunez |

| DATE | FUNCTION | EVENT ORDER# REFERENCE# | AMOUNT |
|---|---|---|---|
| | **Bill #1** | | |
| | F&B - AV - ELEC - SYSTEMS | 272291 | $ 523,213.13 |
| | **Bill #2** | | |
| | RMTX PER ROOMING LIST | 272292 | $ 3,552.67 |
| | **Bill #3** | | |
| | RMTX FOR 1:1 MEETING ROOMS AND STORAGE | 272293 | $ 199,548.89 |
| | | SUBTOTAL | $ 726,314.69 |
| | | DEPOSIT | $ (100,000.00) |
| | | PAYMENT | $ - |
| | | TOTAL DUE | $ 626,314.69 |

Make all checks payable to:   Sheraton New York Hotel
Attn: Edison Nunez
811 Seventh Avenue
Accounting/4th Floor
New York, NY 10019