Robert W. Dremluk (RD 3109)
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5269
Facsimile:  (212) 218-5526

James B. Sowka
**SEYFARTH SHAW LLP**
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Telephone: (312) 240-5325
Facsimile:  (312) 240-7325

*Counsel for Nelson Westerberg, Inc., DBA Atlas Van Lines, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
| In re | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |
|  | : |  |

------------------------------------- x

**OBJECTION OF NELSON WESTERBERG, INC., *DBA* ATLAS VAN LINES, INC.,
TO DEBTOR'S NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND
AMOUNTS NECESSARY TO CURE DEFAULTS UNDER, CONTRACT TO
<u>BE ASSUMED AND ASSIGNED TO BARCLAYS CAPITAL, INC.</u>**

Nelson Westerberg, Inc., *DBA* Atlas Van Lines, Inc., ("Atlas") by its attorneys Seyfarth Shaw LLP, and pursuant to 11 U.S.C. § 365(b), hereby objects ("Objection") to the Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contract to Barclays Capital, Inc. ("Barclays").  In support of this Objection, Atlas respectfully states and alleges the following:

CH1 11550666.3

1. On September 15, 2008, and various dates thereafter, Lehman Brothers Holdings, Inc., and certain affiliates ("Debtors") filed voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* ("Bankruptcy Code").

2. The Debtors continue to operate their business and manage their affairs pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3. The Debtors filed the *Motion to (A) Schedule a Sale Hearing; (B) Establish Sale Procedures; (C) Establish a Break-up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of the Contacts Relating to the Purchased Assets* ("Sale Motion") on September 17, 2008.

4. On September 20, 2008, this Court approved the Sale Motion through entry of the *Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004, and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* ("Sale Order") to Barclays.

5. The Sale Order provides that counterparties to designated executory contracts would have until October 3, 2008, to file an objection to the proposed cure amounts ("Objection Deadline"). On October 2, 2008, the Debtors issued a *Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser* which extended the Objection Deadline until October 13, 2008, for certain parties including Atlas. Therefore, this Objection is timely filed.

6. On September 18, 2008, the Debtors filed a list of contracts to be assumed and assigned to Barclays along with proposed cure amounts ("Assumption List"). The Assumption

2

List was revised on October 1, 2008, and currently indicates that the amount owed to Atlas to cure the Debtors' defaults under the contract is $18,749.00 ("Proposed Cure Amount").[1]

7.      Atlas asserts that it is owed no less than $253,324.56 ("Actual Cure Amount") for services provided to the Debtors pursuant to the "For-Hire Transportation Agreement" dated November 3, 1993, most recently amended on May 28, 2008, ("Atlas Contract") (A summary of the invoices has been attached as Exhibit "A").[2]

8.      Bankruptcy Code section 365(b) requires that a debtor must cure any default, or provide adequate assurance of prompt cure, in order to assume an executory contract. As such, Atlas objects to the Proposed Cure Amount based upon the information provided above.

9.      Finally, Atlas reserves the right to: (i) raise further objections as necessary; (ii) amend, modify, or supplement this Objection, including, without limitation, with additional amounts due under the Atlas Contract or applicable law.

(*This portion of page intentionally left blank.*)

---

[1]     A review of the Assumption List indicates that it only contains the *DBA* name Atlas Van Lines, Inc., which is the requested payee on all invoices, and not Nelson Westerberg, Inc.

[2]     Copies of the invoices have not been attached to the Objection as they contain personally identifiable information of Lehman employees. However, copies of the invoices will be served upon counsel for the Debtors and Barclays contemporaneously with this Objection.

CH1 11550666.3

WHEREFORE, Atlas respectfully requests that the Court: (i) require payment of the Actual Cure Amount, currently $253,324.56, in order for the Debtors to assume and assign the Atlas Contract; and (ii) grant such other and further relief as this Court deems just and proper.

Dated: New York, New York,
October 13, 2008

Respectfully Submitted:

**SEYFARTH SHAW LLP**

By:  /s/ Robert W. Dremluk
Robert W. Dremluk (RD 3109)
620 Eighth Avenue, 32nd Floor
New York, New York 10018
Telephone: (212) 218-5269
Facsimile: (212) 218-5526

*Counsel for Nelson Westerberg, Inc.,
DBA Atlas Van Lines, Inc.*

4

CH1 11550666.3

**Exhibit "A"**

| | | | |
|---|---|---|---|
| Atlas Van Lines, Inc. - Lehman Brothers ||||
| Accounts Receivalbe ||||
| 9/23/2008 ||||
| SHIPPER NAME | Invoice Number | Invoice Date | Invoice Amount |
| NUTTER T | 2768102-IN | 7/2/2008 | $2,006.51 |
| PATHMAN J | 2758102-IN | 7/9/2008 | $5,495.00 |
| HUANG C | HM14432001 | 7/14/2008 | $4,308.90 |
| TURNER J | HM26718001 | 7/14/2008 | $10,666.79 |
| TURKISH S | HM24860001 | 7/16/2008 | $9,779.38 |
| VON DER HEIDE J | HL72999003 | 7/24/2008 | $126.30 |
| SAPONARI C | HM22681001 | 7/24/2008 | $9,735.44 |
| O'MALLEY T | HM16541002 | 7/24/2008 | $11,538.46 |
| PARKER S | HM24626001 | 7/24/2008 | $23,956.61 |
| TURKISH S | HM24860002 | 7/28/2008 | $2,544.70 |
| GORDER C | HM32866001 | 7/30/2008 | $1,314.20 |
| CAMPION G | HM29263001 | 7/30/2008 | $5,515.30 |
| STROMBERG P | HM29657001 | 7/30/2008 | $8,671.35 |
| PATHMAN J | HM14131002 | 8/1/2008 | $7,897.65 |
| LIU L | HM06713001 | 8/1/2008 | $19,012.31 |
| SOKOL D | HM30282001 | 8/6/2008 | $3,521.55 |
| BRODA C | HM33040001 | 8/6/2008 | $16,003.03 |
| HUTCHINSON J | HM09586001 | 8/7/2008 | $4,233.02 |
| SOKOL D | 2961102-IN | 8/8/2008 | $2,164.00 |
| NOLAND T | 2540500-IN | 8/8/2008 | $2,398.00 |
| HUANG C | 2708600-IN | 8/8/2008 | $2,472.00 |
| SILVER M | 2769500-IN | 8/8/2008 | $2,565.00 |
| TURKISH S | 2855402-IN | 8/8/2008 | $4,868.00 |
| BRODA C | 2977100-IN | 8/8/2008 | $1,828.00 |
| HUANG W | HM40332001 | 8/12/2008 | $6,516.96 |
| TAYLOR A | HM01275001 | 8/12/2008 | $8,150.04 |
| FOWLER, S | 3038801-IN | 8/13/2008 | $2,637.66 |
| WALKER P | 3117408-IN | 8/15/2008 | $2,454.00 |
| DAILEY F | HM39195001 | 8/11/2008 | $8,487.13 |
| HUANG C | HM14432002 | 8/11/2008 | $1,099.88 |
| KOGAN L | HM26154001 | 8/15/2008 | $6,379.70 |
| THOLEN P | HM41164001 | 8/19/2008 | $1,722.83 |
| WALKER P | HM33621001 | 8/22/2008 | $5,008.50 |
| LIU L | HM06713002 | 8/29/2008 | $4,679.00 |
| STROMBERG P | HM29657002 | 9/3/2008 | $4,112.43 |
| SAPONARI C | HM22681002 | 9/3/2008 | $2,891.83 |
| PARKER S | HM24626002 | 9/3/2008 | $125.00 |
| MOORE C | HM08456002 | 9/5/2008 | $6,393.99 |
| CAHILL R | HM49031001 | 9/5/2008 | $1,996.50 |
| DAILEY F | HM39195002 | 9/5/2008 | $125.00 |
| WALKER P | HM33621002 | 9/8/2008 | $235.00 |
| TEAL L | HL98329002 | 9/9/2008 | $7,863.44 |
| JUDKINS W | HM50691001 | 9/11/2008 | $4,394.45 |

11578745

| LIU L | 2588000-IN | 9/15/2008 | $4,764.50 |
|---|---|---|---|
| TAYLOR A | HMO1275002 | 9/16/2008 | $2,971.24 |
| HELMING A | HM39917001 | 9/18/2008 | $6,707.29 |
| TEAL L | HL98329003 | 9/19/2008 | $125.00 |
| THOLEN P | HM41164002 | 9/19/2008 | $861.69 |
| | | | |
| | **TOTAL** | | **$253,324.56** |

11578745

Robert W. Dremluk (RD 3109)
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5269
Facsimile: (212) 218-5526

James B. Sowka
**SEYFARTH SHAW LLP**
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Telephone: (312) 240-5325
Facsimile: (312) 240-7325

*Counsel for Nelson Westerberg, Inc., DBA Atlas Van Lines, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

**CERTIFICATE OF SERVICE**

I, James B. Sowka, hereby certify that, on October 13, 2008, I caused a copy of the foregoing **Objection of Nelson Westerberg, Inc.,** *DBA* **Atlas Van Lines, Inc., to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contract to be Assumed and Assigned to Barclays Capital, Inc.**, to be served (1) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List, (2) and upon those other parties identified on the attached Service List by having the same deposited into the United States Mail chute located at 131 South Dearborn

7

CH1 11550666.3

Street, Chicago, Illinois 60603, in properly-addressed envelopes affixed with sufficient first-class postage prepaid.

                                        /s/ James B. Sowka

## SERVICE LIST

**CM/ECF Electronic Mail Distribution**

Counsel for the Debtors
Attn: Shai Y. Waisman
Weil, Gotshal, Manges LLP
767 Fifth Aveenue
New York, NY 10153
shai.waisman@weil.com

Counsel for the SIPC Trust
Attn: Jeffery S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
margolin@hugheshubbard.com

Counsel for the Purchaser
Attn: Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
lschweitzer@cgsh.com

**U.S. Mail**

United States Trustee
Attn:  Andrew D. Velez-Rivera
33 Whitehall Street
21st Floor
New York, NY 10004

Counsel for the Debtors
Attn: Lori R. Fife
Weil, Gotshal, Manges LLP
767 Fifth Aveenue
New York, NY 10153

Counsel for the Purchaser
Attn: Lindsee P. Granfield,
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

9

CH1 11550666.3

Counsel for the Creditors' Committee
Attn: Dennis F. Dunne, Dennis C. O'Donnell
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Counsel for the Creditors' Committee
Attn: Dennis F. Dunne, Dennis C. O'Donnell
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005