**PROSKAUER ROSE LLP**
Attorneys for New Meadowlands Stadium Company, LLC
1585 Broadway
New York, New York  10036
(212) 969-3000
Jeffrey W. Levitan
Eric A. Jokinen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., | : | Case No. 08-13555 (JMP) |
| et al., | : | Jointly Administered |
| | : | |
| Debtors. | : | |

---------------------------------------------------------x
| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION | : | |
| CORPORATION, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adversary Proceeding No. |
| | : | 08-01420 (JMP) |
| LEHMAN BROTHERS INC. | : | |
| Debtor. | : | |
| | : | |

---------------------------------------------------------x

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF NEW YORK   )

### AFFIDAVIT OF SERVICE BY OVERNIGHT MAIL

David C. Cooper, being duly sworn, deposes and says that:

1.  I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2.  On October 13, 2008, I caused true copies of the Cure Amount Objection and Reservation of Rights of New Meadowlands Stadium Company, LLC (the "Objection") to be served via UPS Overnight Mail upon (i) Weil, Gotshal & Manges LLP, Attn: Lori R. Fife and Shai Y. Waisman, 767 Fifth Avenue, New York, NY 10153-0119; (ii) Hughes Hubbard & Reed LLP, Attn: Jeffery S. Margolin, One Battery Park Plaza, New York, NY 10004; (iii) Cleary Gottlieb Steen & Hamilton LLP, Attn: Lindsee P. Granfield and Lisa M. Schweitzer, One Liberty Plaza, New York, NY 10006; (iv) Andrew D. Velez-Rivera, Office of the U.S. Trustee, 33 Whitehall Street, 21st. Floor, New York, NY 10004; and (v) James Tecce, Quinn Emanuel Urquhart Oliver & Hedges, 51 Madison Avenue, 22nd Floor, New York, NY 10010.

/s/ David C. Cooper
David C. Cooper

Sworn to before me this
13th day of October, 2008

/s/ Javier Santiago
Notary Public, State of New York
No. 01SA6185530
Qualified in New York County
Commission Expires April 21, 2012

4541/54436-001 Current/12250141v1