IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No. 08-13555 (JMP) Jointly Administered |
| Debtor. | |

NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and Fed. R. Bankr. P. 2002(g), 9007 and 9010, the undersigned appears for and on behalf of Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, Northern Ireland Local Governmental Officers Superannuation Committee, City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund, the court-appointed lead plaintiffs (collectively, the "Lead Plaintiffs") in the consolidated securities class action pending in the United States District Court for the Southern District of New York captioned, *Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund v. Lehman Brothers Holdings, Inc. et al.*, Case No. 08-05523 (LAK), creditors and parties-in-interest in the above-captioned chapter 11 cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases and in all adversary proceedings in these cases, be given to and served upon the following, and each of the following be added to the creditor matrix and any special or limited service lists used in this case:

Michael S. Etkin, Esq.
S. Jason Teele, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

22215/2
10/13/2008 9972318.1

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)
E-mail: metkin@lowenstein.com and steele@lowenstein.com

-- and --

John P. "Sean" Coffey, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, New York 10019
212.554.1400 (Telephone)
212.554.1444 (Facsimile)
E-mail: sean@blbglaw.com

-- and --

David R. Stickney, Esq.
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive
Suite 300
San Diego, CA 92130
858.793.0070 (Telephone)
858.793.0323 (Facsimile)
E-Mail: davids@blbglaw.com

-- and --

John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087
610.667.7706 (Telephone)
610.667.7056 (Facsimile)
E-Mail: jkehoe@sbtklaw.com and bhinerfeld@sbtklaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or

-3-

otherwise.  This Notice of Appearance shall not constitute a submission by the Lead Plaintiffs or the Class to the jurisdiction of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Lead Plaintiffs' or the Class' rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which Lead Plaintiffs or the Class is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

| | |
|---|---|
| Dated: October 10, 2008 | **LOWENSTEIN SANDLER PC** |
| | By: /s/ Michael S. Etkin |
| | Michael S. Etkin, Esq. (ME 0570) |
| | S. Jason Teele, Esq. (ST 7390) |
| | 1251 Avenue of the Americas, 18th Floor |
| | New York, New York 10022 |
| | |
| | -- and -- |
| | |
| | 65 Livingston Avenue |
| | Roseland, New Jersey 07068 |
| | 973.597.2500 (Telephone) |
| | 973.597.2400 (Facsimile) |
| | |
| | *Bankruptcy Counsel to Lead Plaintiffs* |