**HAHN & HESSEN LLP**
488 Madison Avenue
New York, NY 10022
(212) 478-7200
Jeffrey L. Schwartz, Esq.
Joseph Orbach, Esq.

*Counsel for Dresdner Bank A.G.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Chapter 11 |
| Debtors. | |

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the law firm of Hahn & Hessen LLP hereby appears as counsel in these cases on behalf of DRESDNER BANK A.G., a creditor herein, and that pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served as set forth below:

> Jeffrey L. Schwartz, Esq.
> Hahn & Hessen LLP
> 488 Madison Avenue, 15th Floor
> New York, New York 10022
> Telephone: (212) 478-7200
> Facsimile: (212) 478-7400
> Email: jschwartz@hahnhessen.com

> -and-

> Joseph Orbach, Esq.
> Hahn & Hessen LLP
> 488 Madison Avenue, 15th Floor
> New York, New York 10022
> Telephone: (212) 478-7200
> Facsimile: (212) 478-7400
> Email: jorbach@hahnhessen.com

> -and-

>Joseph Scordato, Esq.
>Dresdner Bank A.G.
>1301 Avenue of the Americas
>New York, NY  10019
>Telephone: (212) 969-2764
>Facsimile:  (212) 208-6118
>Email: joseph.scordato@dkib.com

**PLEASE TAKE FURTHER NOTICE**, that, if applicable, pursuant to 11 U.S.C. § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules and Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise, which affect or seek to affect in any way the Debtors or property or proceeds in which the Debtors may claim an interest.

Dated: New York, New York
       October 10, 2008

                      **HAHN & HESSEN LLP**

                      By:   */s/ Jeffrey L. Schwartz*
                            Jeffrey L. Schwartz
                            A Member of the Firm

                      *Counsel for Dresdner Bank A.G.*