**REED SMITH LLP**
    J. Andrew Rahl
    Paul A. Rachmuth
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Counsel to AEGON USA Investment Management, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

    Anne C. Suffern, being duly sworn, deposes and says:

    I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

    On October 10, 2008, I served a true and correct copy of the following documentation by method indicated on the attached service list.:

    1. *EX PARTE* ORDER SHORTENING TIME WITH RESPECT TO HEARING THE MOTION OF AEGON USA INVESTMENT MANAGEMENT, LLC FOR ENTRY OF AN ORDER APPROVING SPECIFIED INFORMATION BLOCKING PROCEDURES AND PERMITTING TRADING OF CLAIMS AGAINST THE DEBTOR UPON ESTABLISHMENT OF A SCREENING WALL

2. MOTION OF AEGON USA INVESTMENT MANAGEMENT, LLC FOR ENTRY OF AN ORDER APPROVING SPECIFIED INFORMATION BLOCKING PROCEDURES AND PERMITTING TRADING OF CLAIMS AGAINST THE DEBTOR UPON ESTABLISHMENT OF A SCREENING WALL

3. ORDER APPROVING SPECIFIED INFORMATION BLOCKING PROCEDURES AND PERMITTING TRADING OF CLAIMS UPON ESTABLISHMENT OF A SCREENING WALL

_____
Anne C. Suffern

Sworn to me this
13th day of October, 2008
_____
Notary Public

DAUNE PIZZICARA
NOTARY PUBLIC, State of New York
No. 60-02KE4745848
Qualified in Putnam County
Certificate Filed in New York County
Commission Expires June 30, 2011

NYLIB-8050234.1

## Service List

### Via Electronic Mail

ELaw@milbank.com; harveystrickon@paulhastings.com; sheehan@txschoollaw.com; KDWBankruptcyDepartment@kelleydrye.com; ffm@bostonbusinesslaw.com; RLevin@cravath.com; RTrust@cravath.com; grosenberg@co.arapahoe.co.us; rjohnson2@co.arapahoe.co.us; dallas.bankruptcy@publicans.com; Hsnovikoff@wlrk.com; rgmason@wlrk.com; jafeltman@wlrk.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; gary.ticoll@cwt.com; fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; cs@stevenslee.com; cp@stevenslee.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; DRosner@goulstonstorrs.com; GKaden@goulstonstorrs.com; JWallack@goulstonstorrs.com; jhs7@att.net; ekbergc@lanepowell.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; Hollace.cohen@troutmansanders.com; Paul.deutch@troutmansanders.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; mhopkins@cov.com; dcoffino@cov.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; elobello@blankrome.com; splatzer@platzerlaw.com; ZZ-Campbell, Rhett; Ira.Herman@tklaw.com; Demetra.Liggins@tklaw.com; pwright@dl.com; ZZ-Smith, Liz; peter.zisser@hklaw.com; richard.lear@hklaw.com; mspeiser@stroock.com; smillman@stroock.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; Israel.Dahan@cwt.com; shari.leventhal@ny.frb.org; mabrams@willkie.com; schapman@willkie.com; bromano@willkie.com; info2@normandyhill.com; dflanigan@polsinelli.com; phayden@mcguirewoods.com; dhayes@mcguirewoods.com; eglas@mccarter.com; kmayer@mccarter.com; tslome@msek.com; fred.berg@rvblaw.com; mjedelman@vedderprice.com; Roberts@PursuitPartners.com; keith.simon@lw.com; david.heller@lw.com; douglas.bacon@lw.com; mcto@debevoise.com; macronin@debevoise.com; Hseife@chadbourne.com; Dlemay@chadbourne.com; Arosenblatt@chadbourne.com; igoldstein@dl.com; wheuer@dl.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jbird@polsinelli.com; lattard@kayescholar.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; hirsh.robert@arentfox.com; angelich.george@arentfox.com; agolianopoulos@mayerbrown.com; tkiriakos@mayerbrown.com; mmickey@mayerbrown.com; Michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; steven.perlstein@kobrekim.com; ian.levy@kobrekim.com; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com; Dravin@wolffsamson.com; Rnies@wolffsamson.com; efile@willaw.com; Ira.Herman@tklaw.com; ZZ-Ayer, Mitchell; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; charles@filardi-law.com; martin.davis@ots.treas.gov; dirk.roberts@ots.treas.gov; wtaylor@mccarter.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; cmontgomery@salans.com; lwhidden@salans.com; asnow@ssbb.com; schapman@willkie.com; brian_corey@gtservicing.com; rmunsch@munsch.com; klippman@munsch.com; jrabinowitz@rltlawfirm.com; ilevee@lowenstein.com; hbeltzer@morganlewis.com; spiotto@chapman.com; acker@chapman.com; top@chapman.com; heiser@chapman.com; tnixon@gklaw.com; Gwynne, Kurt F.; Falgowski, J Cory; Al-Shibib, Luma S.; mmorreale@us.mufg.jp; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; Mark.Ellenberg@cwt.com; karen.wagner@dpw.com; avi.gesser@dpw.com; james.mcclammy@dpw.com; george_kielman@freddiemac.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jcarberry@cl-law.com; dladdin@agg.com; frank.white@agg.com; douglas.mcgill@dbr.com; Robert.malone@dbr.com; dfriedman@kasowitz.com; drosner@kasowitz.com; aglenn@kasowitz.com; adarwin@nixonpeabody.com; cdesiderio@nixonpeabody.com; neal.mann@oag.state.ny.us; dkleiner@velaw.com; arwolf@wlrk.com; amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; nbannon@tishmanspeyer.com; sheakkorzun@comcast.net; krosen@lowenstein.com; vdagostino@lowenstein.com; ehorn@lowenstein.com; eschwartz@contrariancapital.com; pnichols@whitecase.com; tmacwright@whitecase.com;

JWishnew@mofo.com; LMarinuzzi@mofo.com; masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp; rfleischer@pryorcashman.com; drose@pryorcashman.com; lgranfield@cgsh.com; lacyr@sullcrom.com; lschweitzer@cgsh.com; feldsteinh@sullcrom.com; JPintarelli@mofo.com; LMarinuzzi@mofo.com; Monica.Lawless@brookfieldproperties.com; howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com; Brad.dempsey@hro.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com; sidorsky@butzel.com; fishere@butzel.com; David.bennett@tklaw.com; glenn.siegel@dechert.com; donald.badaczewski@dechert.com; ecohen@russell.com; mark.deveno@bingham.com; ezujkowski@emmetmarvin.com; fpb@ppgms.com; lml@ppgms.com; araboy@cov.com; bambacha@sec.gov; bankoftaiwan@botnya.com; bill.hughes@us.standardchartered.com; brehenyb@sec.gov; chris.omahoney@bnymellon.com; cohena@sec.gov; cward@polsinelli.com; Danna.Drori@usdoj.gov; dennis.graham@kbc.be; elobello@blankrome.com; ZZ-Smith, Liz; frank.sodano@americas.bnpparibas.com; gado01@handelsbanken.se; gauchb@sec.gov; georgeneofitidis@scotiacapital.com; giddens@hugheshubbard.com; jacobsonn@sec.gov; Jbecker@wilmingtontrust.com; jbromley@cgsh.com; jketten@wilkie.com; jmathis@lloydstsbusa.com; ZZ-McGinley, James; jshickich@riddellwilliams.com; jwang@sipc.org; k4.nomura@aozorabank.co.jp; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; krubin@ozcap.com; lattard@kayescholer.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; Malcolm@firstbankny.com; michael.halevi@anz.com; Michael.mauerstein@citi.com; michael.tan@fubon.com; ms.wu@fubonny.com; mtuck@lloydstsbusa.com; murai24234@nissay.co.jp; nbruce@lloydstsbusa.com; newyork@sec.gov; noriyukitsumura@chuomitui.jp; panosn@sec.gov; pwright@dl.com; ranjit.mather@bnymellon.com; raymond.morison@bnymellon.com; rdicanto@nabny.com; rmunsch@munsch.com; robert.bailey@bnymellon.com; rolfnagel.dahl@dnbnor.no; RTrust@cravath.com; rwasserman@cftc.gov; sharbeck@sipc.org; shuji.yamada@escb.co.jp; ssmall@us.mufg.jp; tarbit@cftc.gov; tbrock@ssbb.com; tetsuhiro.toomata@shinseibank.com; timothy.white@mizuhocbus.com; whitej@sec.gov; wsmith@bocusa.com; yasuhikoimai@smbcgroup.com; ZZ-D'Aversa, Raniero; crogers@orrick.com; LMarinuzzi@mofo.com; GLee@mofo.com; TWatanabe@mofo.com; nissay_10259-0154@mhmjapan.com; schristianson@buchalter.com; dcrapo@gibbonslaw.com; susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com; scottshelley@quinnemanuel.com; dbarber@bsblawyers.com; arlbank@pbfcm.com; dclark@stinson.com; ehollander@whitecase.com; tnixon@gklaw.com; jherzog@gklaw.com; kreynolds@mklawnyc.com; dludman@brownconnery.com; dludman@brownconnery.com; gschiller@zeislaw.com; RLGold1977@aol.com; BMiller@mofo.com; BMiller@mofo.com; dheffer@foley.com; jlee@foley.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com; MSchleich@fraserstryker.com; KOstad@mofo.com; TGoren@mofo.com; wanda.goodloe@cbre.com; dswan@mcguirewoods.com; kmisken@mcguirewoods.com; brad.dempsey@hro.com; agold@herrick.com; ZZ-Kurtzman, Jeffrey; slerner@ssd.com; ZZ-Manne, Beverly; btupi@tuckerlaw.com; ZZ-Shiner, Mike; wsilverm@oshr.com; pfeldman@oshr.com; KDWBankruptcyDepartment@kelleydrye.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; jlevitin@cahill.com; sgordon@cahill.com; Bmiller@mofo.com; albaugh.colin@pbgc.gov; eagle.sara@pbgc.gov; KDWBankruptcyDepartment@kelleydrye.com; dlipke@vedderprice.com; ezavalkoff-babej@vedderprice.com; efriedman@friedumspring.com; lisa.kraidin@allenovery.com; karen.wagner@dpw.com; sabin.willett@bingham.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com; info2@normandyhill.com; shari.leventhal@ny.frb.org; harvey.miller@weil.com; jacqueline.marcus@weil.com; shai.waisman@weil.com; lori.fife@weil.com; mpage@kelleydrye.com

**Via Facsimile:**

| | |
|---|---|
| Ben Blaustein | 212-808-7897 |
| Diane Sanders | 512-443-5114 |
| Internal Revenue Service | 215-516-2015 |
| Jordan Bergman | 212-808-7897 |
| Office of the NY Attorney General | 212-416-6042 |
| Andrew D. Velez-Rivera<br>  Office of the U.S. Trustee | 212-668-2255 |

**Via First Class Mail:**

Account Temps
12400 Collections Drive
Chicago, IL  60693

ANZ Banking Group Ltd.
18th Floor, Kyobo Building
1 Chongro 1 Ku
Chongro KA
Seoul
Korea

Aozora
1-3-1 Kudan-Minami
Chiyoda-Ku
Tokyo 102-8660
Japan

AT&T
P.O. Box 8100
Aurora, IL  60507

Australia and New Zealand
Banking Group Ltd.
Melbourne Office, Level 6
100 Queen Street
Victoria, Melbourne
VIC 3000
Australia

Best Karpet
1477 East 357 Street
Eastlake, OH  44095

CitiBank N.A. Hong Kong
Branch
Financial Institutions Group
Asia Pacific
44/F Citibank Tower
3 Garden Road
Central Hong Kong

Demann
16919 Walden
Cleveland, OH  44128

Division Water
P.O. Box 94540
Cleveland, OH  44101

Dominion
P.O. Box 26225
Richmond, VA  23260

IGS
P.O. Box 631919
Cincinnati, OH

Illuminating
P.O. Box 3638
Akron, OH  44309

| | | |
|---|---|---|
| Marble Care<br>5184 Richmond Road<br>Cleveland, OH  44146 | Midwest Realty Advisors LLC<br>Attn: Jack Cornachio<br>37848 Euclid Avenue<br>Willoughby, OH  44094 | Mizuho Corporate Bank Ltd.<br>Global Syndicated Finance<br>Division<br>1-3-3, Marunouchi<br>Chiyoda-Ku<br>Tokyo 100-8210<br>Japan |
| Northeast<br>P.O. Box 9260<br>Akron, OH  44305 | Rentokill<br>8001 Sweet Valley Drive<br>Valleyview, OH  44125 | Republic Waste<br>P.O. Box 9001826<br>Louisville, KY  40290 |
| RMC<br>P.O. Box 31315<br>Rochester, NY  14603 | Rock-Forty-Ninth LLC<br>Attn: President/Secretary<br>c/o the Rockefeller Group<br>1221 Avenue of the Americas<br>New York, NY  10020 | Shinkin Central Bank<br>8-1, Kyobashi<br>3-Chome<br>Chuo-Ku<br>Tokyo 104-0031<br>Japan |
| Statler Arms Garage LLC<br>1111 Euclid Avenue<br>Cleveland, OH  44115 | Steingass<br>754 Progress Drive<br>Medina, OH  44256 | Sumitomo Mitsubishi Banking Corporation<br>13-6 Nihobashi-Kodenma-Cho<br>Chuo-Ku<br>Tokyo 103-0001<br>Japan |
| Taipei Fubon Bank, Head Office<br>No. 36, Sec. 3<br>Naking, East Rd.<br>Taipei<br>Taiwan | TD Security<br>P.O. Box 81357<br>Cleveland, OH  44181 | The Bank of Nova Scotia<br>Singapore Branch<br>1 Raffles Quay #20-01<br>North Tower<br>048583<br>Singapore |
| Time Warner<br>P.O. Box 0901<br>Carol Stream, IL  60132 | UFJ Bank Limited<br>2-7-1, Marunouchi<br>Chiyoda-Ku<br>Tokyo 100-8388<br>Japan | WCCV<br>3479 State Road<br>Cuyahoga Falls, OH  44223 |
| Hua Nan Commercial Bank, Ltd.<br>38, Sec. 1, Chung-King South Road<br>Taipei, Taiwan, R.O.C. | | |