**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---------------------------------------------------------------------x    Ref. Docket No. 840

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK  )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served true and correct copies of the "Trustee's Objection to Motion of Newport Global Opportunities Fund LP et al for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and other Entities", dated October 12, 2008, [Docket # 840], to be delivered as follows:

    a) delivered by email to those parties listed on the attached <u>Exhibit "A"</u> on October 12, 2008,

    b) delivered by facsimile to those parties listed on the attached <u>Exhibit "B"</u> on October 13, 2008, and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached <u>Exhibit "C"</u> on October 13, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/Bridget Gallerie

Sworn to before me this                                          Bridget Gallerie
13th day of October, 2008

/s/Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

| EMAIL ADDRESSES | |
|---|---|
| aalfonso@kayescholer.com | jweiss@gibsondunn.com |
| acker@chapman.com | jwishnew@mofo.com |
| adarwin@nixonpeabody.com | k4.nomura@aozorabank.co.jp |
| aglenn@kasowitz.com | karen.wagner@dpw.com |
| agold@herrick.com | KDWBankruptcyDepartment@kelleydrye.com |
| agolianopoulos@mayerbrown.com | keith.simon@lw.com |
| ahammer@freebornpeters.com | ken.higman@hp.com |
| akihiko_yagyuu@chuomitsui.jp | kgwynne@reedsmith.com |
| albaugh.colin@pbgc.gov | kiplok@hugheshubbard.com |
| amenard@tishmanspeyer.com | klippman@munsch.com |
| andrew.lourie@kobrekim.com | kmayer@mccarter.com |
| angelich.george@arentfox.com | kmisken@mcguirewoods.com |
| anne.kennelly@hp.com | kobak@hugheshubbard.com |
| araboy@cov.com | Kostad@mofo.com |
| arlbank@pbfcm.com | kovskyd@pepperlaw.com |
| arosenblatt@chadbourne.com | kressk@pepperlaw.com |
| arwolf@wlrk.com | KReynolds@mklawnyc.com |
| asnow@ssbb.com | kristin.going@dbr.com |
| atrehan@mayerbrown.com | krosen@lowenstein.com |
| austin.bankruptcy@publicans.com | lacyr@sullcrom.com |
| avi.gesser@dpw.com | lalshibib@reedsmith.com |
| bambacha@sec.gov | lattard@kayescholer.com |
| bankoftaiwan@botnya.com | ldespins@milbank.com |
| bankruptcy@goodwin.com | lgranfield@cgsh.com |
| bill.freeman@pillsburylaw.com | linda.boyle@twtelecom.com |
| bill.hughes@us.standardchartered.com | lisa.kraidin@allenovery.com |
| bmanne@tuckerlaw.com | lmarinuzzi@mofo.com |
| bmiller@mofo.com | lml@ppgms.com |
| brad.dempsey@hro.com | lschweitzer@cgsh.com |
| brian_corey@gtservicing.com | lwhidden@salans.com |
| bromano@willkie.com | mabrams@willkie.com |
| btrust@mayerbrown.com | macl01@handelsbanken.se |
| btupi@tuckerlaw.com | macronin@debevoise.com |
| bturk@tishmanspeyer.com | Malcolm@firstbankny.com |
| cbelmonte@ssbb.com | mark.deveno@bingham.com |
| cdesiderio@nixonpeabody.com | mark.ellenberg@cwt.com |
| charles@filardi-law.com | mark.houle@pillsburylaw.com |
| chris.omahoney@bnymellon.com | martin.davis@ots.treas.gov |
| cmontgomery@salans.com | masaki_konishi@noandt.com |
| CMTB_LC11@chuomitsui.jp | mbenner@tishmanspeyer.com |
| cohena@sec.gov | mbienenstock@dl.com |
| cp@stevenslee.com | mcto@debevoise.com |
| crogers@orrick.com | mhopkins@cov.com |
| cs@stevenslee.com | michael.halevi@anz.com |
| cschreiber@winston.com | michael.kim@kobrekim.com |
| cshulman@sheppardmullin.com | Michael.mauerstein@citi.com |
| cward@polsinelli.com | michael.tan@fubon.com |
| dallas.bankruptcy@pulicans.com | Mitchell.Ayer@tklaw.com |
| Danna.Drori@usdoj.gov | mjacobs@pryorcashman.com |
| david.bennett@tklaw.com | mjedelman@vedderprice.com |
| david.crichlow@pillsburylaw.com | mkjaer@winston.com |
| david.heller@lw.com | mlahaie@akingump.com |
| dbarber@bsblawyers.com | mmickey@mayerbrown.com |
| dclark@stinson.com | mmorreale@us.mufg.jp |
| dcoffino@cov.com | monica.lawless@brookfieldproperties.com |
| dcrapo@gibbonslaw.com | mpage@kelleydrye.com |

| EMAIL ADDRESSES | |
|---|---|
| ddunne@milbank.com | mrosenthal@gibsondunn.com |
| deggert@freebornpeters.com | ms.wu@fubonny.com |
| demetra.liggins@tklaw.com | MSchleich@fraserstryker.com |
| dennis.graham@kbc.be | mschonholtz@kayescholer.com |
| deryck.palmer@cwt.com | mshiner@tuckerlaw.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dfriedman@kasowitz.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | mtuck@lloydstsb-usa.com |
| dheffer@foley.com | murai24234@nissay.co.jp |
| dirk.roberts@ots.treas.gov | nbannon@tishmanspeyer.com |
| dkleiner@velaw.com | nbruce@lloydstsb-usa.com |
| dkozusko@willkie.com | neal.mann@oag.state.ny.us |
| dladdin@agg.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | newyork@sec.gov |
| dlipke@vedderprice.com | nissay_10259-0154@mhmjapan.com |
| dludman@brownconnery.com | oipress@travelers.com |
| dmcguire@winston.com | paronzon@milbank.com |
| dodonnell@milbank.com | paul.deutch@troutmansanders.com |
| donald.badaczewski@dechert.com | pbosswick@ssbb.com |
| douglas.bacon@lw.com | pdublin@akingump.com |
| douglas.mcgill@dbr.com | peter.zisser@hklaw.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosner@goulstonstorrs.com | phayden@mcguirewoods.com |
| drosner@kasowitz.com | pnichols@whitecase.com |
| dswan@mcguirewoods.com | prachmuth@reedsmith.com |
| eagle.sara@pbgc.gov | pwright@dl.com |
| ecohen@russell.com | r.stahl@stahlzelloe.com |
| edpe01@handelsbanken.se | ramona.neal@hp.com |
| efile@pbgc.gov | ranjit.mather@bnymellon.com |
| efile@willaw.com | raymond.morison@bnymellon.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@friedumspring.com | rdicanto@nabny.com |
| eglas@mccarter.com | rfleischer@pryorcashman.com |
| ehollander@whitecase.com | rgmason@wlrk.com |
| ehorn@lowenstein.com | rhett.campbell@tklaw.com |
| ekbergc@lanepowell.com | richard.lear@hklaw.com |
| ellen.halstead@cwt.com | rjohnson2@co.arapahoe.co.us |
| elobello@blankrome.com | RLevin@cravath.com |
| eschwartz@contrariancapital.com | RLGold1977@aol.com |
| esmith@dl.com | rmunsch@munsch.com |
| ezavalkoff-babej@vedderprice.com | rnetzer@willkie.com |
| ezujkowski@emmetmarvin.com | rnies@wolffsamson.com |
| fbp@ppgms.com | robert.bailey@bnymellon.com |
| feldsteinh@sullcrom.com | robert.dombroff@bingham.com |
| ffm@bostonbusinesslaw.com | robert.henoch@kobrekim.com |
| fhyman@mayerbrown.com | robert.malone@dbr.com |
| fishere@butzel.com | Robert.yalen@usdoj.gov |
| frank.sodano@americas.bnpparibas.com | roberts@pursuitpartners.com |
| frank.white@agg.com | rolfnagel.dahl@dnbnor.no |
| fred.berg@rvblaw.com | ronald.silverman@bingham.com |
| fsosnick@shearman.com | rreid@sheppardmullin.com |
| gabriel.delvirginia@verizon.net | RTrust@cravath.com |
| gado01@handelsbanken.se | Russj4478@aol.com |
| gary.ticoll@cwt.com | rwasserman@cftc.gov |
| gauchb@sec.gov | sabin.willett@bingham.com |

| **EMAIL ADDRESSES** | |
|---|---|
| gbray@milbank.com | schapman@willkie.com |
| george.davis@cwt.com | schristianson@buchalter.com |
| george_neofitidis@scotiacapital.com | scottshelley@quinnemanuel.com |
| giddens@hugheshubbard.com | scousins@armstrongteasdale.com |
| gkaden@goulstonstorrs.com | sdnyecf@dor.mo.gov |
| glee@mofo.com | sehlers@armstrongteasdale.com |
| glenn.siegel@dechert.com | sgordon@cahill.com |
| grosenberg@co.arapahoe.co.us | sharbeck@sipc.org |
| gschiller@zeislaw.com | shari.leventhal@ny.frb.org |
| hanh.huynh@cwt.com | sheakkorzun@comcast.net |
| harveystrickon@paulhastings.com | sheehan@txschoollaw.com |
| heiser@chapman.com | sidorsky@butzel.com |
| hirsh.robert@arentfox.com | slerner@ssd.com |
| hollace.cohen@troutmansanders.com | smillman@stroock.com |
| howard.hawkins@cwt.com | spiotto@chapman.com |
| hseife@chadbourne.com | splatzer@platzerlaw.com |
| hsnovikoff@wlrk.com | ssmall@us.mufg.jp |
| ian.levy@kobrekim.com | stephanie.wickouski@dbr.com |
| igoldstein@dl.com | steve.ginther@dor.mo.gov |
| ilevee@lowenstein.com | steven.perlstein@kobrekim.com |
| info2@normandyhill.com | steven.wilamowsky@bingham.com |
| ira.herman@tklaw.com | susan.schultz@newedgegroup.com |
| israel.dahan@cwt.com | susheelkirpalani@quinnemanuel.com |
| jacobsonn@sec.gov | tarbit@cftc.gov |
| jafeltman@wlrk.com | tbrock@ssbb.com |
| james.mcclammy@dpw.com | tetsuhiro.toomata@shinseibank.com |
| jamestecce@quinnemanuel.com | TGoren@mofo.com |
| Jbecker@wilmingtontrust.com | timothy.brink@dlapiper.com |
| jbird@polsinelli.com | timothy.white@mizuhocbus.com |
| jbromley@cgsh.com | tkarcher@dl.com |
| jcarberry@cl-law.com | tkiriakos@mayerbrown.com |
| jdyas@halperinlaw.net | tmacwright@whitecase.com |
| jeffrey.sabin@bingham.com | tnixon@gklaw.com |
| Jesse.Hibbard@ozcap.com | tslome@msek.com |
| jfalgowski@reedsmith.com | twatanabe@mofo.com |
| jgarrity@shearman.com | vdagostino@lowenstein.com |
| jherzog@gklaw.com | wanda.goodloe@cbre.com |
| jhs7@att.net | wbenzija@halperinlaw.net |
| jketten@wilkie.com | wfoster@milbank.com |
| jkurtzman@klehr.com | wheuer@dl.com |
| jlee@foley.com | wisotska@pepperlaw.com |
| jlevitin@cahill.com | wsilverm@oshr.com |
| jliu@dl.com | wsmith@bocusa.com |
| jmathis@lloydstsb-usa.com | wtaylor@mccarter.com |
| jmazermarino@msek.com | yasuhiko_imai@smbcgroup.com |
| jmcginley@wilmingtontrust.com | |
| john.rapisardi@cwt.com | |
| jpintarelli@mofo.com | |
| jrabinowitz@rltlawfirm.com | |
| jshickich@riddellwilliams.com | |
| jtougas@mayerbrown.com | |
| jwallack@goulstonstorrs.com | |
| jwang@sipc.org | |

**Email List**
atrehan@mayerbrown.com
avi.gesser@dpw.com
bambacha@sec.gov
btrust@mayerbrown.com
cohena@sec.gov
Danna.Drori@usdoj.gov
dckaufman@hhlaw.com
ddunne@milbank.com
donald.badaczewski@dechert.com
Donald.badaczewski@dechert.com
drosner@goulstonstorrs.com
easmith@venable.com
ecohen@russell.com
ecohen@russell.com
ehollander@whitecase.com
ellen.halstead@cwt.com
esmith@dl.com
feldsteinh@sullcrom.com
fhyman@mayerbrown.com
gauchb@sec.gov
gbray@milbank.com
george_kielman@freddiemac.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
Glenn.siegel@dechert.com
hanh.huynh@cwt.com
howard.hawkins@cwt.com
isgreene@hhlaw.com
Jacqueline.marcus@weil.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jharbour@hunton.com
jpintarelli@mofo.com
jrsmith@hunton.com
jtougas@mayerbrown.com
karen.wagner@dpw.com
lacyr@sullcrom.com
lattard@kayescholer.com
ldespins@milbank.com
lgranfield@cgsh.com
LMarinuzzi@mofo.com
Lori.fife@weil.com
lschweitzer@cgsh.com
Monica.Lawless@brookfieldproperties.com
Neal.Mann@oag.state.ny.us
newyork@sec.gov
paronzon@milbank.com
pfeldman@oshr.com
ppartee@hunton.com
pwright@dl.com
Richard.krasnow@weil.com
rlevin@cravath.com
rtrust@cravath.com
sbernstein@hunton.com
scottshelley@quinnemanuel.com
Shai.waisman@weil.com
strum@dl.com
susheelkirpalani@quinnemanuel.com
wfoster@milbank.com
wsilverm@oshr.com

**EXHIBIT "B"**

| Name | Fax |
| --- | --- |
| EATON CORPORATION, ATTN: GLOBAL TRADE CREDIT DEPT | 216-479-7086 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE,   CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA,   SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU,   TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100,   AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET,   VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST,   EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU,   TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD,   CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN,   CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540,   CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225,   RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1,   TAIPEI,    TW |
| IGS | PO BOX 631919,   CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638,   AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD,   CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE,   WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260,   AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR,   VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826,   LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315,   ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS,   NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU,   TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU,   TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE,   CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE,   MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU,   TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD,   TAIPEI,    TW |
| TD SECURITY | PO BOX 81357,   CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER,   ,   048583 SG |
| TIME WARNER | PO BOX 0901,   CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD,   CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 34**

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| WEIL GOTSHAL & MANGES LLP | ATTN: RICHARD P KRASNOW/LORI R FIFE, SHAI Y WAISMAN/JACQUELINE MARCUS, 767 FIFTH AVE | NEW YORK | NY | 10153 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES BRANCH, ATTN: DISTRICT DIRECTOR, 290 BROADWAY | NEW YORK | NY | 10007 |
| SECURITIES AND EXCHANGE COMMISSION | NORTHEAST REGIONAL OFFICE, ATTN: MARK SCHONFELD, REGIONAL DIRECTOR, | NEW YORK | NY | 10007 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: BONNIE GAUCH, DIVSION OF MARKET REGULATION, 450 5TH STREET NW | WASHINGTON | DC | 20549-1001 |
| US ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT | OF NEW YORK, ATTN: MICHAEL GARCIA, US ATTORNEY, ONE ST. ANDREWS PLAZA | NEW YORK | NY | 10007-1701 |
| THE HONORABLE JAMES M. PECK | UNITED STATES BANKRUPTCY COURT FOR THE, SOUTHERN DISTRICT OF NEW YORK, ONE BOWLING GREEN | NEW YORK | NY | 10004 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL, (COUNSEL TO THE DEPT OF TAXATION AND FINANCE), 120 BROADWAY, 24TH FLOOR | NEW YORK | NY | 10271 |

Total:  7