Ira L. Herman
Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001 Telephone
(212) 751-3113 Facsimile

William L. Banowsky
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533
(214) 969-1231 Telephone
(214) 880-3254 Facsimile

**Attorneys for Crossmark Investment Advisers, L. P., Crossmark Corporate Advisers, L.P., Crossmark Cornerstone Partners, L.P., Financial Analytics, L.P., Crossmark Investment Company, L.P., Crossmark Corporate Investors, L.P., and Crossmark Corporate Investors II, L.P.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              §
                                              §
In re:                                        §    Chapter 11
                                              §
                                              §    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC.., *et al.*,     §
                                              §    (Jointly Administered)
                    Debtors.                  §
                                              §
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, William L. Banowsky, a member in good standing of the bar in the State of Texas, request admission, *pro hac vice,* before the Honorable James M. Peck, to represent Crossmark Investment Advisers, L.P. f/k/a Crossmark Corporate Advisers, L.P., f/k/a Crossmark Cornerstone Partners, L.P., Financial Analytics, L.P. f/k/a Capital Analytics, L.P., Crossmark Investment Company, L.P. f/k/a Crossmark Investment Company, L.P.,

506145 000137 HOUSTON 614663.1

Crossmark Corporate Investors, L.P. f/k/a Crossmark Corporate Investors, L.P., and Crossmark Corporate Investors II, L.P. f/k/a Crossmark Corporate Investors II, L.P. in the above referenced case.

My address is 1722 Routh Street, Suite 1500, Dallas, Texas 75201-2533.

My email address is Bill.Banowsky@tklaw.com; telephone number is (214) 969-1231; facsimile number is (214) 880-3254.

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: Dallas, Texas
October 9, 2008.

                                                  Thompson & Knight LLP
                                                  1722 Routh Street, Suite 1500
                                                  Dallas, Texas 75201-2533

                                                  By: */s/ William L. Banowsky*
                                                       William L. Banowsky

Ira L. Herman
Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001 Telephone
(212) 751-3113 Facsimile

William L. Banowsky
**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533
(214) 969-1231 Telephone
(214) 880-3254 Facsimile

**Attorneys for Crossmark Investment Advisers, L. P., Crossmark Corporate Advisers, L.P., Crossmark Cornerstone Partners, L.P., Financial Analytics, L.P., Crossmark Investment Company, L.P., Crossmark Corporate Investors, L.P., and Crossmark Corporate Investors II, L.P.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             §
In re:                                                       §         Chapter 11
                                                             §
                                                             §         Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     §
                                                             §         (Jointly Administered)
             Debtors.                                        §
§                                                            
                                                             §
-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE PRO HAC VICE

William L. Banowsky, having represented that he is a member in good standing of

the bar in the State of Texas; having requested admission, *pro hac vice*, to represent

Crossmark Investment Advisers, L.P. f/k/a Crossmark Corporate Advisers, L.P., f/k/a

Crossmark Cornerstone Partners, L.P., Financial Analytics, L.P. f/k/a Capital Analytics,

L.P., Crossmark Investment Company, L.P. f/k/a Crossmark Investment Company, L.P.,

Crossmark Corporate Investors, L.P. f/k/a Crossmark Corporate Investors, L.P., and

Crossmark Corporate Investors II, L.P. f/k/a Crossmark Corporate Investors II, L.P. in the above referenced bankruptcy case.

**ORDERED**, that William L. Banowsky, Esq., is admitted to practice, *pro hac vice* in the above referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       October 9, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE