# EXHIBIT C

| Vendor Name+ | Type II | Vendor Contact Name | Vendor Contact Address | Lehman Entity | Original Cure Amount | Revised Cure Amount |
|---|---|---|---|---|---|---|
| INFUSION DEVELOPMENT CORP. | Amendment / Addendum / Schedule | N/A | N/A | LBI | $0.00 | $0.00 |
| INFUSION DEVELOPMENT CORP. | TBD | N/A | N/A | LBI | $0.00 | $0.00 |
| INNOVATIV SYSTEMS DESIGN INC. | Amendment / Addendum / Schedule | N/A | 204 Fernwood Ave., Edison, NJ 00837 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOVATIV SYSTEMS DESIGN INC. | Master Agreement | NA | 204 Fernwood Ave., Edison, NJ 00837 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOVATIV SYSTEMS DESIGN INC. | Professional and Consulting | NA | 204 Fernwood Ave., Edison, NJ 00837 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOVATIV SYSTEMS DESIGN INC. | Master Agreement | NA | 204 Fernwood Ave., Edison, NJ 00837 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOVATIV SYSTEMS DESIGN INC. | Supplement | NA | 204 Fernwood Ave., Edison, NJ 00837 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOVATIV SYSTEMS DESIGN INC. | Master Agreement | NA | 130 Campus Drive, Edison, NJ 08837 | Lehman Brothers Inc. | $0.00 | $0.00 |
| Innovative Systems Inc. | Master Agreement | NA | | NA | $0.00 | $0.00 |
| INNOVATIVE SYSTEMS, INC. | Master Agreement | NA | | NA | $0.00 | $0.00 |
| INNOVATIVE SYSTEMS, INC. | TBD | NA | | NA | $0.00 | $0.00 |
| INNOVATIVE SYSTEMS, INC. | Amendment / Addendum / Schedule | Lehman Brothers Bank, FSB | 795 Folsom Street, San Francisco, CA 94107 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOWAKE INTERNATIONAL | Trial | NA | 795 Folsom Street, San Francisco, CA 94107 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOWAKE INTERNATIONAL | Master Agreement | NA | 795 Folsom Street, San Francisco, CA 94107 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOWAKE INTERNATIONAL | Supplement | NA | 795 Folsom Street, San Francisco, CA 94107 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INNOWAKE INTERNATIONAL | Transaction Schedule | NA | 795 Folsom Street, San Francisco, CA 94107 | Lehman Brothers Holdings Inc. | $0.00 | $0.00 |
| INSTINET CORPORATION | Standalone Agreement | NA | | NA | $0.00 | $0.00 |
| INSTINET EUROPE LIMITED | Master Agreement | Lehman Brothers Holdings Inc. | Chief Legal Officeer | NA | $0.00 | $0.00 |
| INTECHRA, LLC | Master Agreement | NA | 4270 I-55 North Suite 101, Jackson MS 39211 | Lehman Brothers Inc. | $103,991.08 | $103,991.08 |
| INTECHRA, LLC | Transaction Schedule | NA | 4270 I-55 North Suite 101, Jackson MS 39211 | Lehman Brothers Inc. | $0.00 | $0.00 |
| INTEGRATED RESEARCH INC. | Maintenance Renewal Quote | Lehman Brothers Inc. | | NA | $0.00 | $0.00 |
| INTEGREON MANAGED SOLUTIONS, | Amendment / Addendum / Schedule | Lehman Brothers Inc. | | NA | $299,129.00 | $299,129.00 |
| INTEGREON MANAGED SOLUTIONS, Incorporated | Amendment / Addendum / Schedule | Lehman Brothers Inc. | | NA | $0.00 | $0.00 |
| INTELLIGENCE PRESS INC. | TBD | N/A | Intelligence Press Inc 22648 Glenn Drive Suite 305 | LBI | $596,792.06 | $596,792.06 |
| INTERACTIVE DATA CORP. | Amendment / Addendum / Schedule | N/A | | LBI | $0.00 | $0.00 |
| INTERACTIVE DATA CORP. | Amendment / Addendum / Schedule | N/A | | Lehman Brothers | $0.00 | $0.00 |
| INTERACTIVE TECHNOLOGIES | Professional and Consulting | N/A | | LBI | $0.00 | $0.00 |
| INTERACTIVE TECHNOLOGIES | Amendment / Addendum / Schedule | NA | | LBI | $0.00 | $0.00 |
| Interactive Technologies Incorporated | Amendment / Addendum / Schedule | N/A | | LBI | $0.00 | $0.00 |
| INTERCALL, INC. | Amendment / Addendum / Schedule | Mr. Bjarne F. Rostaing Senior Vice President | Summit, NJ 07901 | LBI | $120.08 | $120.08 |
| INTERNAP NETWORK SERVICES CORP | Trial | N/A | Internap Network Services Corp 250 Williams Street Suite 100 Atlanta, GA 30303 | LBHI | $114,917.00 | $114,917.00 |
| INTERNATIONAL DATA CORP | Amendment / Addendum / Schedule | N/A | | LBI | $0.00 | $0.00 |
| INTERNATIONAL DATA CORP | Amendment / Addendum / Schedule | N/A | | Lehman Brothers | $0.00 | $0.00 |
| International Lead & Zinc Study Group | TBD | N/A | | N/A | $0.00 | $0.00 |
| International Nickel Study Group | TBD | N/A | | N/A | $0.00 | $0.00 |
| INTERNATIONAL SECURITIES EXCHANGE INC | TBD | Lehman Brothers Inc. | | NA | $2,150.73 | $2,150.73 |
| INTERNATIONAL SECURITIES EXCHANGE INC | Amendment / Addendum / Schedule | Lehman Brothers Inc. | 225 Parl Avenue South, 6th Fl., New York, NY 10003 | NA | $0.00 | $0.00 |
| INTERNET SECURITIES INC. | Master Agreement | No contact | Not Available | Lehman Brothers Inc. | $26,400.00 | $26,400.00 |
| InterWoven | Maintenance Renewal Quote | No contact | | Not Available | $0.00 | $0.00 |
| INTERWOVEN INC. | Amendment / Addendum / Schedule | Not Available | | LBHI | $0.00 | $0.00 |