# EXHIBIT D

| Vendor Name | Original Cure Total | Revised Cure Total | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| GFI | $471,853.00 | $350,091.00 | | | | |
| CBOT Clearing | $454,907.67 | $0.00 | | | | |
| TriOptima - Credits | $420,000.30 | $0.00 | | | | |
| GFI | $389,142.18 | $0.00 | | | | |
| Thomson Financial | $373,893.75 | $172,131.25 | | | | |
| MNR (DROWST) used to be team for Equitec | $365,886.30 | $0.00 | | | | |
| NYSE Market Inc. | $365,014.19 | $2,700,405.28 | | | | |
| TFS - ICAP | $363,855.96 | $0.00 | | | | |
| MAXCOR | $357,234.50 | $258,345.00 | | | | |
| NASDAQ - Workstation | $350,622.45 | $0.00 | | | | |
| NYFIX Inc.(NYFIX Javelin) | $337,142.56 | $493,816.17 | | | | |
| GFI | $328,815.00 | $0.00 | | | | |
| EXCEPTIONS | $309,645.69 | $0.00 | | | | |
| LBMM- License Fees | $285,230.89 | $155,821.00 | | | | |
| PREBON | $251,741.89 | $0.00 | | | | |
| SIMEX Clearing | $244,836.66 | $163,258.38 | | | | |
| Blackwatch Brokerage, Inc. | $244,522.50 | $414,473.00 | | | | |
| KAHN SECURITIES, INC. | $243,426.67 | $0.00 | | | | |
| Englander #1 AMEX/Option | $242,637.45 | $0.00 | | | | |
| NYSE Arca used to be PACIFIC Transaction Fees | $236,000.00 | $1,000.00 | | | | |
| MARKETAXESS | $235,712.83 | $0.00 | | | | |
| Macgregor Group Inc.-36002 | $234,343.39 | $0.00 | | | | |
| LBMM- Regulatory Fees | $230,765.00 | $332,408.00 | | | | |
| BGC INTERNATIONAL | $220,287.30 | $562,418.12 | | | | |
| LiquidPoint, LLC. | $217,410.06 | $0.00 | | | | |
| LINEDATA SERVICES INC | $215,943.00 | $0.00 | | | | |
| NYBOT Brokerage | $215,000.00 | $0.00 | | | | |
| HILL FARBER | $208,153.84 | $94,500.00 | | | | |
| Portware LLC. | $203,481.45 | $0.00 | | | | |
| Casey Securities Total | $202,852.61 | $116,421.11 | | | | |
| Instinet | $201,388.48 | $0.00 | | | | |
| REUTERS | $200,000.00 | $0.00 | | | | |
| HSI | $196,080.98 | $306,711.72 | | | | |
| Fox River | $192,092.40 | $192,092.40 | | | | |
| ASSOCIATED OPTIONS INC | $183,755.10 | $0.00 | | | | |
| Man Securities Now MF GLOBAL SECURITIES, INC | $179,977.00 | $0.00 | | | | |
| NYMEX Brokerage | $176,250.58 | $266,156.51 | | | | |
| MEB Options Total | $171,057.00 | $0.00 | | | | |
| CLS Bank | $165,596.00 | $165,596.00 | | | | |
| Linkbrokers Total | $160,313.22 | $0.00 | | | | |
| EBS | $148,857.92 | $0.00 | | | | |
| Tradebot | $146,306.25 | $0.00 | | | | |
| ADVENT SOFTWARE | $144,666.75 | $0.00 | | | | |
| GFI Group Inc. - EDLB - Total | $142,580.06 | $0.00 | | | | |
| NASDAQ - ACT (Clearance) TOTAL | $133,236.17 | $77,117.89 | | | | |
| Order Execution Services Holdings, Inc | $130,000.00 | $0.00 | | | | |
| GARBAN | $127,710.00 | $112,630.00 | | | | |
| MAN FINANCIAL | $121,086.81 | $0.00 | | | | |
| ICAP - UK | $113,045.40 | $141,306.75 | | | | |
| D&D Securities Total | $109,995.42 | $0.00 | | | | |
| Amerex Power | $109,190.20 | $0.00 | | | | |
| BIDS TRADING L.P. | $106,601.58 | $0.00 | | | | |
| COMEX Exchange | $103,205.00 | $0.00 | | | | |
| T-Zero | $103,125.00 | $125,000.00 | | | | |
| PHOENIX CAPITAL PART | $100,000.00 | $0.00 | | | | |
| PATRIOT | $98,999.00 | $49,499.50 | | | | |
| NYFIX Millennium | $98,491.00 | $75,383.00 | | | | |
| CANTOR | $97,388.74 | $35,225.17 | | | | |
| Tullet Liberty Securities Inc. | $96,072.41 | $184.00 | | | | |
| Prebon UK | $93,191.72 | $0.00 | | | | |
| GFI Brokers Struct | | | | | | |

| Vendor Name | Original Cure Total | Revised Cure Total | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| Flextrade LLC-36002 | $31,969.27 | $0.00 | | | | |
| Exane SA | $31,864.05 | $21,375.00 | | | | |
| VYAPAR CAPITAL MARKET PARTNERS | $30,815.00 | $32,300.00 | | | | |
| Sunrise | $30,625.00 | $0.00 | | | | |
| MBS | $30,375.66 | $0.00 | | | | |
| ITG INC - BRLEHO | $29,771.20 | $0.00 | | | | |
| Murphy & Durieu (Convertibles) | $29,372.47 | $30,100.00 | | | | |
| PVM Sing | $28,983.49 | $0.00 | | | | |
| ICAP Cleared | $28,661.08 | $0.00 | | | | |
| ICAP Corporates (Account 90021) Total | $27,380.00 | $62,999.30 | | | | |
| EEX Spot Fees | $27,000.00 | $0.00 | | | | |
| Macgregor Group Inc.-27821 | $26,475.00 | $72,961.67 | | | | |
| RS (Canada Reg. Fees) | $26,468.47 | $0.00 | | | | |
| Share and Value charges (EQ) | $26,222.16 | $0.00 | | | | |
| COMEX Brokerage | $25,525.75 | $0.00 | | | | |
| Tullet Tradeblade | $25,000.00 | $0.00 | | | | |
| REUTERS TRANSACTION SVCS LTD -36002 | $24,545.20 | $0.00 | | | | |
| Prebon Canada | $23,756.21 | $0.00 | | | | |
| PTR Inc. Total Philly | $22,164.00 | $0.00 | | | | |
| Transaction Network Services-43825 | $21,988.10 | $0.00 | | | | |
| Hamilton Executions | $21,330.00 | $0.00 | | | | |
| Global Direct Equities | $21,231.90 | $0.00 | | | | |
| Stock Clearing Corp of Philly | $20,594.57 | $0.00 | | | | |
| PMG | $20,052.31 | $0.00 | | | | |
| SCS Energy | $20,025.00 | $0.00 | | | | |
| CURRENEX | $19,443.99 | $0.00 | | | | |
| Royalblue Financial Now Fidessa Corporation | $18,714.44 | $0.00 | | | | |
| United (Oil) | $18,302.50 | $0.00 | | | | |
| BGC Financial | $17,997.52 | $13,337.50 | | | | |
| CAFFERTY-(REFCO) | $17,500.00 | $4,760.00 | | | | |
| Prebon Financial - 90/LBFIN Total is now 02 account | $16,502.00 | $0.00 | | | | |
| PTR Inc. Total | $15,596.40 | $0.00 | | | | |
| TMAT | $15,100.00 | $19,788.00 | | | | |
| Spectron UK Oil | $14,900.38 | $0.00 | | | | |
| TFS Sing | $14,800.00 | $0.00 | | | | |
| AVM/II | $14,750.00 | $0.00 | | | | |
| NMS Linkage Fee | $14,146.46 | $0.00 | | | | |
| Radix Sing | $13,425.00 | $0.00 | | | | |
| GFI Sing | $13,230.00 | $0.00 | | | | |
| REUTERS TRANSACTION SVCS LTD -27821 | $12,089.43 | $25,658.14 | | | | |
| Man Fin London | $12,046.01 | $0.00 | | | | |
| Farina & Asso. (Farina) | $11,928.35 | $0.00 | | | | |
| GFI GROUP INC - BLEH | $11,507.42 | $0.00 | | | | |
| Amerivest Partners-OPT Total | $11,369.60 | $0.00 | | | | |
| Chancellor Dougall & Co. NEUB | $11,193.72 | $0.00 | | | | |
| Student Options | $10,938.56 | $0.00 | | | | |
| Tullet now Collins Stewart | $10,722.92 | $0.00 | | | | |
| Devine | $10,559.28 | $0.00 | | | | |
| INDEPENDENT BROKERS LLC | $10,053.25 | $10,053.25 | | | | |
| ICAP Energy AS | $9,800.00 | $0.00 | | | | |
| Fimat now Newedge | $9,550.93 | $0.00 | | | | |
| Louis Capital Markets Chicago | $9,381.50 | $0.00 | | | | |
| Man Capital | $9,150.00 | $0.00 | | | | |
| Transaction Network Services-36002 | $8,795.24 | $0.00 | | | | |
| Libucki & Co. | $8,735.61 | $0.00 | | | | |
| SSY | $7,895.00 | $0.00 | | | | |
| Amerex Sing | $7,549.50 | $0.00 | | | | |
| LBSF | $7,350.00 | $0.00 | | | | |
| John Doyle Inc. | $7,272.07 | $0.00 | | | | |
| WEST POINT DERIVATIVES LTD | $7,239.70 | $37,096.10 | | | | |