# Exhibit 2

Spiral Binding Company, Inc.  
One Maltese Drive  
PO Box 286  
Totowa, NJ  07511  
Phone: 973-256-0666  Fax: 800-736-1599  
www.spiralbinding.com

**STATEMENT**

Spiral USA  
*Where Finishing Begins.™*

Statement Date: 09/19/08

Account Number: 1011095

Page:   1

IMAGE PROCESSING SYSTEMS  
P.O. BOX 2339   C/O LEHMAN  
BROTHERS ACCTS PAYABLE DEPT.  
SECAUCUS, NJ  07094

Amount Remitted

RETURN THIS PORTION OF  
STATEMENT WITH YOUR PAYMENT.

| Invoice # | Cust PO # | Date | Type | Debits | Credits | Balance |
|---|---|---|---|---:|---:|---:|
| SI536510 | NOT REQUI | 02/05/08 | Invoice | 469.05 | | 469.05 |
| SI538742 | NOT REQUI | 02/12/08 | Invoice | 380.66 | | 849.71 |
| SI544894 | NOT REQUI | 02/29/08 | Invoice | 43.98 | | 893.69 |
| SI547590 | NOT REQUI | 03/10/08 | Invoice | 5,394.60 | | 6,288.29 |
| SI553024 | NOT REQUI | 03/26/08 | Invoice | 270.73 | | 6,559.02 |
| SI553026 | NOT REQUI | 03/26/08 | Invoice | 264.64 | | 6,823.66 |
| SI553116 | NOT REQUI | 03/26/08 | Invoice | 1,491.80 | | 8,315.46 |
| SI553025 | NOT REQUI | 03/26/08 | Invoice | 497.27 | | 8,812.73 |
| SI554397 | PER CONTR | 03/31/08 | Invoice | 1,048.60 | | 9,861.33 |
| CR179887 | REBATE | 04/03/08 | Credit | | 7,634.48 | 2,226.85 |
| SI565219 | PER CONTR | 04/30/08 | Invoice | 823.90 | | 3,050.75 |
| WT050208 | | 05/02/08 | Payme | | 2,566.86 | 483.89 |
| SI568651 | NOT REQUI | 05/12/08 | Invoice | 889.15 | | 1,373.04 |
| SI579042 | SV007264 | 06/12/08 | Invoice | 243.56 | | 1,616.60 |
| SI583905 | NOT REQUI | 06/27/08 | Invoice | 2,184.51 | | 3,801.11 |
| SI584417 | PER CONTR | 06/30/08 | Invoice | 711.55 | | 4,512.66 |
| SI589881 | NOT REQUI | 07/18/08 | Invoice | 972.19 | | 5,484.85 |
| SI591593 | NOT REQUI | 07/24/08 | Invoice | 1,842.25 | | 7,327.10 |
| SI591595 | NOT REQUI | 07/24/08 | Invoice | 5,360.93 | | 12,688.03 |
| SI593392 | NOT REQUI | 07/30/08 | Invoice | 524.00 | | 13,212.03 |
| SI593393 | NOT REQUI | 07/30/08 | Invoice | 1,497.74 | | 14,709.77 |
| SI593395 | NOT REQUI | 07/30/08 | Invoice | 4,884.03 | | 19,593.80 |
| SI593397 | NOT REQUI | 07/30/08 | Invoice | 236.94 | | 19,830.74 |
| SI593463 | NOT REQUI | 07/30/08 | Invoice | 1,459.81 | | 21,290.55 |
| SI593972 | NOT REQUI | 07/31/08 | Invoice | 166.36 | | 21,456.91 |
| SI594069 | PER CONTR | 07/31/08 | Invoice | 711.55 | | 22,168.46 |
| SI594430 | NOT REQUI | 07/31/08 | Invoice | 1,020.89 | | 23,189.35 |
| SI595823 | NOT REQUI | 08/06/08 | Invoice | 161.37 | | 23,350.72 |
| SI596495 | NOT REQUI | 08/08/08 | Invoice | 8,262.28 | | 31,613.00 |
| SI597320 | NOT REQUI | 08/12/08 | Invoice | 8,116.96 | | 39,729.96 |
| SI598382 | NOT REQUI | 08/14/08 | Invoice | 4,182.21 | | 43,912.17 |
| SI598390 | NOT REQUI | 08/14/08 | Invoice | 313.94 | | 44,226.11 |

**STATEMENT**

Spiral Binding Company, Inc.
One Maltese Drive
PO Box 286
Totowa, NJ  07511
Phone: 973-256-0666  Fax: 800-736-1599
www.spiralbinding.com

Spiral JB USA
*Where Finishing Begins.*™

Statement Date:  09/19/08

Account Number:  1011095

Page:  2

IMAGE PROCESSING SYSTEMS
P.O. BOX 2339   C/O LEHMAN
BROTHERS ACCTS PAYABLE DEPT.
SECAUCUS, NJ  07094

Amount Remitted

RETURN THIS PORTION OF
STATEMENT WITH YOUR PAYMENT.

| Invoice # | Cust PO # | Date | Type | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| SI598397 | NOT REQUI | 08/14/08 | Invoice | 587.10 | | 44,813.21 |
| SI598409 | NOT REQUI | 08/14/08 | Invoice | 101.33 | | 44,914.54 |
| SI598413 | NOT REQUI | 08/14/08 | Invoice | 1,023.59 | | 45,938.13 |
| SI598462 | NOT REQUI | 08/14/08 | Invoice | 317.13 | | 46,255.26 |
| SI598835 | NOT REQUI | 08/15/08 | Invoice | 4,184.01 | | 50,439.27 |
| SI599653 | NOT REQUI | 08/19/08 | Invoice | 1,618.34 | | 52,057.61 |
| SI600782 | NOT REQUI | 08/21/08 | Invoice | 232.03 | | 52,289.64 |
| SI601632 | NOT REQUI | 08/25/08 | Invoice | 133.69 | | 52,423.33 |
| SI603947 | NOT REQUI | 08/29/08 | Invoice | 2,432.71 | | 54,856.04 |
| SI603949 | NOT REQUI | 08/29/08 | Invoice | 346.75 | | 55,202.79 |
| SI603950 | NOT REQUI | 08/29/08 | Invoice | 744.02 | | 55,946.81 |
| SI603957 | NOT REQUI | 08/29/08 | Invoice | 1,530.65 | | 57,477.46 |
| SI603986 | NOT REQUI | 08/31/08 | Invoice | 603.39 | | 58,080.85 |
| SI604690 | PER CONTR | 08/31/08 | Invoice | 711.55 | | 58,792.40 |
| SI605250 | NOT REQUI | 09/05/08 | Invoice | 6,953.72 | | 65,746.12 |
| SI605264 | NOT REQUI | 09/05/08 | Invoice | 133.76 | | 65,879.88 |
| SI605265 | NOT REQUI | 09/05/08 | Invoice | 1,599.93 | | 67,479.81 |
| SI606448 | NOT REQUI | 09/10/08 | Invoice | 732.83 | | 68,212.64 |
| SI606465 | NOT REQUI | 09/10/08 | Invoice | 1,192.11 | | 69,404.75 |
| SI606552 | | 09/10/08 | Invoice | 1,225.00 | | 70,629.75 |
| SI603607 | SV007573 | 09/12/08 | Invoice | 610.00 | | 71,239.75 |
| SI607954 | NOT REQUI | 09/15/08 | Invoice | 477.19 | | 71,716.94 |
| SI608423 | NOT REQUI | 09/16/08 | Invoice | 3,012.14 | | 74,729.08 |

| | Statement Balance | | 84,930.42 | 10,201.34 | 74,729.08 |
|---|---|---|---|---|---|

Statement Aging:

| Days old: | Current | 31 - 60 Days | 61 - 90 Days | Over 90 Days |
|---|---|---|---|---|
| Aged amounts: | 22,671.47 | 46,572.76 | 3,868.25 | 1,616.60 |