# Exhibit 3

# INVOICE

**Spiral Binding Company, Inc.**
**One Maltese Drive**
**PO Box 286**
**Totowa, NJ 07511**
**Phone: 973-256-0666  Fax: 800-736-1599**
**www.spiralbinding.com**

SpiralJB USA
*Where Finishing Begins.*™

Invoice Number: SI611215
**Invoice Date:** 09/19/08
**Invoice Terms:** NET 30

**Page:** 1

**Bill To:** 1011095
IMAGE PROCESSING SYSTEMS
P.O. BOX 2339   C/O LEHMAN
BROTHERS ACCTS PAYABLE DEPT.
SECAUCUS, NJ  07094

**Ship To:** IMAGE PROCESSING SYSTEMS
P.O. BOX 2339   C/O LEHMAN
BROTHERS ACCTS PAYABLE DEPT.
SECAUCUS, NJ  07094

**Freight Terms:** Freight Collect                    **Tax Exempt No.**

| Our Order No. SO02752 | Date Shipped | Ship Via | Order Date 09/19/08 | SalesPerson 990 | Branch NYW01 | Customer Order No DOROTHY GROSS |
|---|---|---|---|---|---|---|

| Product Code | Product Description | Unit | Qty. Ordered | Qty. Shipped | Qty. B.O. | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|

**Additional Customer Info:**   REFERENCE # 08.13555 (JMP)

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  | 1 |  | 300,520.87 | 300,520.87 |

THIS INVOICE REPRESENTS PROPRIETARY

STOCK INVENTORY TO BE SHIPPED AT THE

CUSTOMER'S REQUEST.  PLEASE SEE THE

ATTACHMENT FOR LINE ITEM DETAIL AND

AMOUNTS.

|  |  |
|---|---|
| Subtotal: | 300,520.87 |
| Total Sales Tax: | 21,036.46 |
| S/H/Freight | 0.00 |
| Total: | 321,557.33 |

---

# INVOICE
# REMITTANCE STUB

**We Accept: American Express, Mastercard, VISA, Discover.**

| | |
|---|---|
| **Customer No.** | 1011095 |
| **Invoice Number:** | SI611215 |
| **Invoice Date:** | 09/19/08 |
| **Invoice Terms:** | NET 30 |

**Remit To:**
**Spiral Binding Company, Inc.**
**PO Box 286**
**Totowa, NJ 07511**

**TOTAL AMOUNT DUE:**                    321,557.33

**Thank You for Your Prompt Payment**

**SPIRAL BINDING CO., INC.**
**LEHMAN INVENTORY AT SBC**
**AS OF SEPTEMBER 19, 2008**

|  |  |  | **TOTAL** |  |  | **$300,520.87** |
|---|---|---|---|---|---|---|
| **ITEM #** | **Description** | **Description 2** | **U/M** | **QOH** | **PRICE** | **AMOUNT** |
| 69L2390784 | Lehman Blank Tabs - 1/5th | Position 1 | CT of 1,000 | 15 | $75.14 | $1,127.10 |
| 69L2390785 | Lehman Blank Tabs - 1/5th | Position 2 | CT of 1,000 | 16 | $75.14 | $1,202.24 |
| 69L2390786 | Lehman Blank Tabs - 1/5th | Position 3 | CT of 1,000 | 21 | $75.14 | $1,577.94 |
| 69L2390787 | Lehman Blank Tabs - 1/5th | Position 4 | CT of 1,000 | 16 | $75.14 | $1,202.24 |
| 69L2390788 | Lehman Blank Tabs - 1/5th | Position 5 | CT of 1,000 | 15 | $75.14 | $1,127.10 |
| 69L2390800 | Lehman Landscape Tabs - 1/5th | Roman # "I" | CT of 1,000 | 16 | $75.14 | $1,202.24 |
| 69L2390801 | Lehman Landscape Tabs - 1/5th | Roman # "II" | CT of 1,000 | 14 | $75.14 | $1,051.96 |
| 69L2390802 | Lehman Landscape Tabs - 1/5th | Roman # "III" | CT of 1,000 | 16 | $75.14 | $1,202.24 |
| 69L2390803 | Lehman Landscape Tabs - 1/5th | Roman # "IV" | CT of 1,000 | 15 | $75.14 | $1,127.10 |
| 69L2390804 | Lehman Landscape Tabs - 1/5th | Roman # "V" | CT of 1,000 | 8 | $75.14 | $601.12 |
| 69L2390805 | Lehman Landscape Tabs - 1/5th | Roman # "VI" | CT of 1,000 | 6 | $75.14 | $450.84 |
| 69L2390806 | Lehman Landscape Tabs - 1/5th | Roman # "VII" | CT of 1,000 | 9 | $75.14 | $676.26 |
| 69L2390807 | Lehman Landscape Tabs - 1/5th | Roman # "VIII" | CT of 1,000 | 9 | $75.14 | $676.26 |
| 69L2390808 | Lehman Landscape Tabs - 1/5th | Roman # "XI" | CT of 1,000 | 4 | $75.14 | $300.56 |
| 69L2390809 | Lehman Landscape Tabs - 1/5th | Roman # "X" | CT of 1,000 | 8 | $75.14 | $601.12 |
| 69L2390816 | Lehman Landscape Tabs - 1/5th | A | CT of 1,000 | 18 | $75.14 | $1,352.52 |
| 69L2390817 | Lehman Landscape Tabs - 1/5th | B | CT of 1,000 | 21 | $75.14 | $1,577.94 |
| 69L2390818 | Lehman Landscape Tabs - 1/5th | C | CT of 1,000 | 8 | $75.14 | $601.12 |
| 69L2390819 | Lehman Landscape Tabs - 1/5th | D | CT of 1,000 | 9 | $75.14 | $676.26 |
| 69L2390820 | Lehman Landscape Tabs - 1/5th | E | CT of 1,000 | 9 | $75.14 | $676.26 |
| 69L2390821 | Lehman Landscape Tabs - 1/5th | F | CT of 1,000 | 3 | $75.14 | $225.42 |
| 69L2390822 | Lehman Landscape Tabs - 1/5th | G | CT of 1,000 | 3 | $75.14 | $225.42 |
| 69L2390823 | Lehman Landscape Tabs - 1/5th | H | CT of 1,000 | 3 | $75.14 | $225.42 |
| 69L2390824 | Lehman Landscape Tabs - 1/5th | I | CT of 1,000 | 1 | $75.14 | $75.14 |
| 69L2390825 | Lehman Landscape Tabs - 1/5th | J | CT of 1,000 | 1 | $75.14 | $75.14 |
| 69L2390853 | Lehman Portrait Tabs 1/5th Cut | Roman # "I" | CT of 1,000 | 18 | $75.14 | $1,352.52 |
| 69L2390854 | Lehman Portrait Tabs 1/5th Cut | Roman # "II" | CT of 1,000 | 15 | $75.14 | $1,127.10 |
| 69L2390855 | Lehman Portrait Tabs 1/5th Cut | Roman # "III" | CT of 1,000 | 17 | $75.14 | $1,277.38 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 69L2390856 | Lehman Portrait Tabs 1/5th Cut | Roman # "IV" | CT of 1,000 | 18 | $75.14 | $1,352.52 |
| 69L2390857 | Lehman Portrait Tabs 1/5th Cut | Roman # "V" | CT of 1,000 | 16 | $75.14 | $1,202.24 |
| 69L2390858 | Lehman Portrait Tabs 1/5th Cut | Roman # "VI" | CT of 1,000 | 7 | $75.14 | $525.98 |
| 69L2390859 | Lehman Portrait Tabs 1/5th Cut | Roman # "VII" | CT of 1,000 | 9 | $75.14 | $676.26 |
| 69L2390860 | Lehman Portrait Tabs 1/5th Cut | Roman # "VIII" | CT of 1,000 | 9 | $75.14 | $676.26 |
| 69L2390862 | Lehman Portrait Tabs 1/5th Cut | Roman # "X" | CT of 1,000 | 3 | $75.14 | $225.42 |
| 69L2390869 | Lehman Portrait Tabs 1/5th Cut | A | CT of 1,000 | 19 | $75.14 | $1,427.66 |
| 69L2390870 | Lehman Portrait Tabs 1/5th Cut | B | CT of 1,000 | 19 | $75.14 | $1,427.66 |
| 69L2390871 | Lehman Portrait Tabs 1/5th Cut | C | CT of 1,000 | 9 | $75.14 | $676.26 |
| 69L2390872 | Lehman Portrait Tabs 1/5th Cut | D | CT of 1,000 | 8 | $75.14 | $601.12 |
| 69L2390873 | Lehman Portrait Tabs 1/5th Cut | E | CT of 1,000 | 14 | $75.14 | $1,051.96 |
| 69L2390874 | Lehman Portrait Tabs 1/5th Cut | F | CT of 1,000 | 3 | $75.14 | $225.42 |
| 69L2390875 | Lehman Portrait Tabs 1/5th Cut | G | CT of 1,000 | 3 | $75.14 | $225.42 |
| 69L2390876 | Lehman Portrait Tabs 1/5th Cut | H | CT of 1,000 | 3 | $75.14 | $225.42 |
| 69L2390877 | Lehman Portrait Tabs 1/5th Cut | I | CT of 1,000 | 1 | $75.14 | $75.14 |
| 69L2390878 | Lehman Portrait Tabs 1/5th Cut | J | CT of 1,000 | 1 | $75.14 | $75.14 |
| 69L2391270 | Lehman 2" Capacity 3 Ring | Binders - Landscape | BX of 16 | 76 | $75.43 | $5,732.68 |
| 69L2391271 | Lehman 2" Capacity 3 Ring | Binders - Portrait | BX of 16 | 60 | $75.43 | $4,525.80 |
| 69L2391272 | Lehman 1" Capacity 3 Ring | Binders - Landscape | BX of 19 | 59 | $78.80 | $4,649.20 |
| 69L2391273 | Lehman 1" Capacity 3 Ring | Binders - Portrait | BX of 19 | 238 | $78.80 | $18,754.40 |
| 69L2391274 | Lehman Green Combs w/ Imprint | 3/8" | BX of 100 | 942 | $10.42 | $9,815.64 |
| 69L2391275 | Lehman Green Combs w/ Imprint | 1/2" | BX of 100 | 884 | $12.60 | $11,138.40 |
| 69L2391276 | Lehman Green Comb w/imprint | 3/4" | BX of 100 | 287 | $21.51 | $6,173.37 |
| 69L2391277 | Lehman Green Combs w/ Imprint | 5/8" | BX of 100 | 346 | $16.61 | $5,747.06 |
| 69L2391278 | Lehman Green Combs w/ Imprint | 1" | BX of 100 | 134 | $29.36 | $3,934.24 |
| 69L2391279 | Lehman Green Combs w/ Imprint | 2" | BX of 50 | 49 | $42.55 | $2,084.95 |
| 69L2391280 | Lehman Covers - Green w/ Logo | 9" x 11" Hemlock Landscape | BX of 500 | 251 | $128.07 | $32,145.57 |
| 69L2391282 | Lehman Back Covers | 9" x 11" Hemlock Green | BX of 500 | 347 | $100.77 | $34,967.19 |
| 69L2391283 | Lehman 12" x 9" Pocket Folder | w/ 4" Pocket | BX of 250 | 94 | $141.54 | $13,304.76 |
| 69L2391284 | Lehman 12" x 9" Exps Folder | w/ 1/4" Pocket | BX of 50 | 153 | $42.26 | $6,465.78 |
| 69L2391371 | Lehman Covers - Green w/ Logo | 8-1/2 x 11" Hemlock Landscape | BX of 500 | 189 | $128.07 | $24,205.23 |
| 69L2391373 | Lehman Back Covers | 8-1/2" x 11" Hemlock Green | BX of 500 | 344 | $100.77 | $34,664.88 |
| 69L2391701 | Lehman Blank Sheet Tabs | | BX of 1,000 | 30 | $75.14 | $2,254.20 |
| 69L2392315 | Lehman 12" x 9" Exps  Folder | w/ 1/2" Pocket & Diecut Window | BX of 50 | 84 | $42.26 | $3,549.84 |
| 69L2392346 | Lehman 12" x 9" Pocket Folder | w/ 4" Pocket & Die Cut Window | BX of 250 | 54 | $141.54 | $7,643.16 |
| 69L2392413 | Neuberger Landscape Tabs | Roman # "I"  - Silver | CT of 1,000 | 19 | $244.86 | $4,652.34 |
| 69L2392414 | Neuberger Landscape Tabs | Roman # "II"  - Silver | CT of 1,000 | 13 | $244.86 | $3,183.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 69L2392415 | Neuberger Landscape Tabs | Roman # "III"  - Silver | CT of 1,000 | 10 | $244.86 | $2,448.60 |
| 69L2392416 | Neuberger Landscape Tabs | Roman # "IV"  - Silver | CT of 1,000 | 8 | $244.86 | $1,958.88 |
| 69L2392417 | Neuberger Landscape Tabs | Roman # "V"  - Silver | CT of 1,000 | 9 | $244.86 | $2,203.74 |
| 69L2392418 | Neuberger Landscape Tabs | Roman # "VI"  - Silver | CT of 1,000 | 7 | $244.86 | $1,714.02 |
| 69L2392419 | Neuberger Landscape Tabs | Roman # "VII"  - Silver | CT of 1,000 | 9 | $244.86 | $2,203.74 |
| 69L2392420 | Neuberger Landscape Tabs | Roman # "VIII"  - Silver | CT of 1,000 | 9 | $244.86 | $2,203.74 |
| 69L2392421 | Neuberger Landscape Tabs | Roman # "IX"  - Silver | CT of 1,000 | 9 | $244.86 | $2,203.74 |
| 69L2392422 | Neuberger Landscape Tabs | Roman # "X"  - Silver | CT of 1,000 | 9 | $244.86 | $2,203.74 |
| 69L2392423 | Neuberger Landscape Tabs | Blank Tabs  - Silver | CT of 1,000 | 8 | $244.86 | $1,958.88 |
| 69LFELTWEAVE | Domtar 80# Feltweave Cover | Hemlock Green 26" x 40" Master Sheet | CT of 500 | 22 | $248.00 | $5,456.00 |
| 69LNB2392476 | Neuberger Berman Back Cover | Cadillac 15pt Silver C/1/S | PK of 25 | 224 | $9.42 | $2,110.08 |