IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

**PLEASE TAKE NOTICE** that **Michael S. Etkin, Esq., Timothy R. Wheeler, Esq.** and the law firm of **Lowenstein Sandler PC,** hereby enter their appearances as to **Spiral Binding Company, Inc.,** at the address listed below.

In addition, it is respectfully requested that, pursuant to 11 U.S.C. §1109(b) and Rules 2002(g), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

Michael S. Etkin, Esq.
Timothy R. Wheeler, Esq.
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, New York  10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7400
E-mail:  metkin@lowenstein.com
twheeler@lowenstein.com

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Spiral Binding Company, Inc.'s rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the

-2-

reference in any matter subject to mandatory or discretionary withdrawal, or (4) to assert any other rights, claims, actions, setoffs, or recoupment to which Spiral Binding Company, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupment it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Spiral Binding Company, Inc. to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, counsel listed above request inclusion thereon.

Dated:    October 13, 2008    **LOWENSTEIN SANDLER PC**

By: /s/ *Michael S. Etkin*
Michael S. Etkin, Esq. (ME 0570)
Timothy R. Wheeler, Esq. (TW 3466)
1250 Avenue of the Americas, 18th Floor
New York, New York 10020
Telephone:  (212) 262-6700
Facsimile:  (212) 262-7400
E-mail:  metkin@lowenstein.com

*Counsel to Spiral Binding Company, Inc.*