# **EXHIBIT A**

## Exhibit A – Summary of Cure Amount

| Type of Expense | Amount Owing |
|---|---|
| Base Rent (September 2008)[1] | $903,447.42 |
| HVAC Charges (September 2008) | $64,583.33 |
| Unpaid Mechanic's Liens[2] | $49,938.83 |
| Additional Rent/Charges[3] | $275,675.33 |
| Recoverable Operating Expenses (January 2008-September 2008)[4] | $66,985.50 |
| **TOTAL** | **$1,360,630.41** |

---

[1] Consists of rent owed for September 2008 for Entire 2nd, 3rd, 4th and 5th floors; portion of 6th floor (Suite 601); certain portions of Concourse; certain portions of Sub-Concourse; and certain portions of 11th floor.

[2] Consists of two mechanic's liens filed against the property: (a) $8,500 by Campbell and Dawes LTD for labor performed and materials furnished on the ninth floor, and (b) $41,438.83 by Henegan Construction Co., Inc. for labor performed and materials furnished on the ninth floor. Copies of the two liens are annexed hereto.

[3] A summary and detail of the unpaid August 2008 and September 2008 charges and additional billings are annexed as pages 1 and 2 hereto.

[4] A chart setting forth the amounts due and paid in 2007, and the amounts owed in arrears by Debtor through August 2008, is annexed hereto.

**Lehman August/September Additional Services Billing**

| Service | August | September | Aug/Sept | Total |
|---|---|---|---|---|
| Elevator | $ 4,119.63 | $ 6,721.50 | | |
| Electric (Est) | | | $ 216,795.59 | |
| Condenser Water | $ 5,171.37 | $ 8,437.50 | | |
| TWO | $ 6,627.16 | $ 5,768.92 | | |
| OTHVAC | $ 6,254.16 | $ 11,572.05 | | |
| Water | $ 601.05 | $ 1,078.14 | | |
| Steam/Gas | $ 1,064.95 | $ 1,463.31 | | |
| | $ 23,838.32 | $ 35,041.42 | $ 216,795.59 | **$ 275,675.33** |

**August 2008 charges**

| Location | $ Amount | Description |
|---|---|---|
| 5th Fl | 382.88 | Freight/Dock |
| 8th Fl | 191.44 | Freight/Dock |
| Sub CC, CC, 2nd Fl | 27.09 | Smoke Shutdown |
| 2nd fl (cafeteria) | 765.76 | Freight/Dock |
| 11th Fl | 861.48 | Freight/Dock |
| 9th Fl | 1,659.78 | A/C O/T |
| 2nd Fl (cafeteria) | 1,866.48 | A/C O/T |
| 5th & 12th Fl | 653.72 | Engineer O/T |
| 9th Fl | 191.44 | Freight/Dock |
| Con Course (Willkie) 10498657 | 3,306.30 | A/C O/T |
| Con Course (Willkie) | 3,306.30 | A/C O/T |
| | **13,239.76** | |

**September 2008 charges**

| Location | $ Amount | Description |
|---|---|---|
| 2nd Fl (cafeteria) | 312.56 | Dock |
| CC, Sub CC | 54.18 | Smoke Shutdown |
| 2nd Fl (cafeteria) | 27.09 | Smoke Shutdown |
| 2nd Fl (cafeteria) | 27.09 | Smoke Shutdown |
| 2nd Fl | 156.28 | Dock |
| Sub CC, CC, 2nd-9th | 939.62 | Freight/Dock |
| 2nd Fl | 27.09 | Smoke Shutdown |
| 11th Fl | 1,627.24 | Freight/Dock |
| 5th Fl | 226.60 | Freight |
| 8th Fl | 26,450.04 | A/C O/T |
| 4th Fl | 3,857.35 | A/C O/T |
| 4th Fl | 7,714.70 | A/C O/T |
| 2nd Fl | 566.50 | Freight |
| 2nd Fl | 2,682.04 | Freight |
| 2nd Fl | 110.30 | Dumpster |
| 2nd Fl | 330.91 | Dumpster |
| | **45,109.59** | |

50278

# Mechanic's Lien

*Claimant* Campbell and Dawes LTD.

>84-48 129th Street
>Kew Gardens, NY  11415
>718-441-6300
>Gary Dawes, President

*Against*

>1301 Properties Owner, L.L.C.
>767 5th Avenue
>21st Floor
>New York, NY  10153
>
>Henegan Construction
>250 West 30th Street
>New York, NY  10001



# Notice of Lien

*Amount*  $8,500.00

*Premises known as*

1301 6th Avenue, "Lehman Brothers"
New York, NY

*Block:*    1005
*Lot:*       29

So 278

## NOTICE UNDER MECHANIC'S LIEN LAW

To the Clerk of the County of New York and all others whom it may concern:

## Please Take Notice, that Campbell and Dawes LTD.

as lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1) The names and residences of the lienor(s) are Campbell and Dawes LTD.
84-48 129th Street
Kew Gardens, NY 11415

being a Corporation Duly organized and existing under and by virtue of the laws of the State of New York whose business address is at 84-48 129th Street Kew Gardens, NY 11415

(2) The owner of the real property is 1301 Properties Owner, L.L.C.
and the interest of the owner as far as known to the lienor(s) is Fee Simple

(3) The name of the party by whom the lienor(s) was (were) employed is:
Henegan Construction
The name of the party to whom the lienor(s) furnished or is (are) to furnish materials or for whom the lienor(s) performed or is (are) to perform professional services is:
Henegan Construction

(4) The labor performed and Supplied and Installed Electrical Material, Etc.
material furnished were

The materials actually manufactured for but not delivered to the real property are N/A

The agreed price and value of the labor
performed and value of the material furnished is  $8,500.00
The agreed price and value of the material actually mfd. for but not delivered to the real prop is
The agreed fee for professional services is
Total agreed price and value $8,500.00

(5) The amount unpaid to the lienor(s) for said labor
performed and said material furnished is  $8,500.00
The amount unpaid to lienor(s) for material actually mfd. for but not delivered to the real prop is
Total amount unpaid $8,500.00

The total amount claimed for which this lien is filed is  $8,500.00
(6) The time when the first item of work was performed was  9/6/2008
The time when the first item of material was furnished was  9/6/2008
The time when the last item of work was performed was  9/8/2008
The time when the last item of material was furnished was  9/8/2008

(7) The property subject to the lien is situated in New York, County of New York, State of New York
Known as 1301 6th Avenue, "Lehman Brothers"
New York, NY

That said labor and materials were performed and furnished for and used, and that the professional services rendered were used, in the improvement of the real property hereinbefore described

Dated September 19, 2008

Gary Dawes, President

278

9/13/2008 1:31 AM FROM: Speedy Met. Ind.    TO: +1 (718) 4417155    PAGE: 003 OF 003

278

| STATE OF NEW YORK. COUNTY OF | SS.: | INDIVIDUAL OR PARTNER |

being duly sworn, says that deponent is of the co-partnership named in the within notice of lien and the lienor(s) mentioned in the foregoing notice of lien; that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true

_____
Officer[CoPart]

| STATE OF NEW YORK. COUNTY OF New York | SS.: | CORPORATION |

Gary Dawes being duly sworn, says that deponent is the President of Campbell and Dawes LTD herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the President of Campbell and Dawes LTD which is a Domestic corporation, and deponent is familiar with the facts and circumstances herein

_____
Gary Dawes, President

State of New York    ss:

County of Nassau

On the 19 day of September in the year 2008, before me, the undersigned, a Notary Public in and for said State, personally appeared Gary Dawes, President personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which individual acted, executed the instrument.

_____
Signature of Notary Public

MICHAEL W. SCHWARTZ
Notary Public, State of New York
No. 4877407
Qualified in Nassau County
Commission Expires Nov. 17, 20__

# Mechanic's Lien

*Claimant* Henegan Construction Co., Inc.

>250 West 30th Street
>New York, NY  10001
>212-947-6441 Ext 350
>Nancy E. Pearl, Sr. V.P Finance &

*Against*

>1301 Properties Owner LLC
>c/o Macklowe Properties
>767 5th Avenue - 21st Floor
>New York, NY  10153
>
>Lehman Brothers Holdings Inc.
>1301 Avenue of the Americas
>New York, NY  10019



# Notice of Lien

*Amount* $41,438.83

*Premises known as*

1301 Avenue of The Americas 9th Floor
New York, NY

*Block:*   1005
*Lot:*     29

09/22/2008  15:46   12125545844          COORDINATOR LEGAL AF               PAGE  03/05

50264

# NOTICE UNDER MECHANIC'S LIEN LAW

To the Clerk of the County of  New York   and all others whom it may concern:

**Please Take Notice,** that        Henegan Construction Co., Inc.

as lienor(s) have and claim a lien on the real property hereinafter described as follows:

(1) The names and residences of the lienor(s) are Henegan Construction Co., Inc.
    250 West 30th Street
    New York, NY   10001

being a Corporation Duly organized and existing under and by virtue of the laws of the State of New York
whose business address is at  250 West 30th Street  New York, NY  10001

(2) The owner of the real property is 1301 Properties Owner LLC
and the interest of the owner as far as known to the lienor(s) is Fee Simple

(3) The name of the party by whom the lienor(s) was (were) employed is:
    Lehman Brothers Holdings Inc.

The name of the party to whom the lienor(s) furnished or is (are) to furnish materials or for whom
the lienor(s) performed or is (are) to perform professional services is:
    Lehman Brothers Holdings Inc.

(4) The labor performed and    Supplied and Installed Lumber, Drywall, Electrical Materials, Etc.
    material furnished were

**Block:**
1005

**Lot:**
29        The materials actually manufactured for but not delivered to the real property are N/A

The agreed price and value of the labor
performed and value of the material furnished is      $41,438.83
The agreed price and value of the material actually mfd. for but not delivered to the real prop. is
The agreed fee for professional services is
                                                                  Total agreed price and value $41,438.83

(5) The amount unpaid to the lienor(s) for said labor
    performed and said material furnished is           $41,438.83
The amount unpaid to lienor(s) for material actually mfd. for but not delivered to the real prop. is
                                                                  Total amount unpaid $41,438.83
    The total amount claimed for which this lien is filed is    $41,438.83
(6) The time when the first item of work was performed was     9/8/2008
    The time when the first item of material was furnished was  9/8/2008
    The time when the last item of work was performed was      9/17/2008
    The time when the last item of material was furnished was  9/17/2008

(7) The property subject to the lien is situated in  New York, County of New York, State of New York
                               Known as:   1301 Avenue of The Americas 9th Floor
                                           New York, NY

That said labor and materials were performed and furnished for and used, and that the professional services rendered were
used, in the improvement of the real property hereinbefore described.

Dated September 18, 2008

_Nancy Pearl_ (signature)

Nancy E. Pearl, Sr. V.P Finance & Administration

09/22/2008  16:46    12125545844                    COORDINATOR LEGAL AF                    PAGE  04/05

50264

STATE OF NEW YORK, COUNTY OF                                SS.:                         INDIVIDUAL OR PARTNER

being duly sworn, says that deponent is of the co-partnership named in the within notice of lien and the lienor(s) mentioned in the foregoing notice of lien, that deponent has read the said notice and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

<<Officer[CoPart]>>,

STATE OF NEW YORK, COUNTY OF                                SS.:                         CORPORATION

Nancy E. Pearl being duly sworn, says that deponent is the Sr. V.P Finance & Administration of Henegan Construction Co., Inc. herein, that deponent has read the foregoing notice of lien and knows the contents thereof, and that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters deponent believes it to be true. The reason why this verification is made by deponent is that deponent is an officer, to wit, the Sr. V.P Finance & Administration of Henegan Construction Co., Inc. which is a Domestic corporation, and deponent is familiar with the facts and circumstances herein.

*Nancy E. Pearl, Sr. V.P Finance & Administration*

State of New York            ss:

County of __New York__

On the __18__ day of __September__ in the year __2008__, before me, the undersigned, a Notary Public in and for said State, personally appeared Nancy E. Pearl, Sr. V.P Finance & Administration personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which individual acted, executed the instrument.

CATHERINE A. ZIEGLER        Signature of Notary Public
Notary Public, State of New York
No. 02ZI4867107
Qualified in Westchester County
Commission Expires July 14, 20__10__

# 1301 - 1301 Avenue of the Americas
For the Year Ending December 31, 2007
Recoverable Operating Expenses: By Tenant

| Unit # | Tenant | Period | # of Months 6/1/2008 | # of Months 12/1/2008 | Base Year | Expense Pool | Total Expenses | Base Year Expenses | Excess Over Base Year | Tenants % Share | Total Amount Due In 2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02T-06B | LEHMAN BROTHERS | 1/4/05-12/31/20 | 6 | 6 | 2005 | H | 22,133,065 | 18,182,202 | 3,950,863 | 17.7904% | 702,874 |
| | | | | | | | | | - | | - |
| | TOTALS | | | | | | | | | 17.790% | 702,874 |

Oper.Exp.Esc.2007

II-1

10/2/2008

#REF!    37242    119

| EOP Billed in 2007 | Macklowe Billed in 2007 | Combined Billed in 2007 | 2007 True Up EOP Prorated TU | MM Prorated TU | New Monthly OPEX | Current Monthly OPEX based on 2007 | Monthly Short Fall | 8 Total Billed Through 8/31/2008 (8 months) | 8 Months Arrears Jan-Aug '08 | Total Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 204,520 | 409,040 | 613,560 | 89,314 | 29,119 | 58,572.86 | 51,130 | 7,442.86 | 409,040.00 | 59,542.89 | 148,857.22 |
| 204,520 | 409,040 | 613,560 | 89,314 | 29,119 | 58,573 | 51,130 | 7,443 | 409,040 | 59,542.89 | 148,857.22 |

JE  (1,044,262)
JE    322,844           409,040           148,857.22
G/L   (107,858)

Exhibit A