MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :
                                                            :     Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :
                                                            :     Case No. 08-13555 (JMP)
            Debtors.                                        :
                                                            :     (Jointly Administered)
------------------------------------------------------------x

**VERIFIED STATEMENT OF MORGAN, LEWIS & BOCKIUS LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Howard S. Beltzer, Esq., on behalf of Morgan, Lewis & Bockius LLP ("Morgan Lewis"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities") in connection with the above-captioned debtors and debtors in possession (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Morgan Lewis is counsel to the Entities in the above-captioned cases. The address for Morgan Lewis for purposes of this statement is 101 Park Avenue, New York, New York 10178.

2. The mailing address for each of the Entities is listed on Exhibit A hereto.

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors. The amounts of the claims held by each of the Entities have not yet been determined.

DB1/62172694.1

4. The following are the facts and circumstances in connection with Morgan Lewis' employment in these cases. Each of the Entities separately requested that Morgan Lewis represent them in connection with the Debtors' Chapter 11 cases. Morgan Lewis may similarly undertake additional representations of additional parties in interest and to the extent Morgan Lewis does so, this statement will be supplemented as appropriate.

5. Upon information and belief, Morgan Lewis does not possess any claims against or interests in the Debtors.[1]

6. The undersigned certifies that this statement is true and accurate, to the best of his knowledge and belief. Morgan Lewis reserves the right to revise and supplement this statement as appropriate.

Dated: New York, New York
October 13, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Howard S. Beltzer
Howard S. Beltzer

101 Park Avenue
New York, NY 10178
(212) 309-6000

---

[1] Members and associates of Morgan Lewis, in their individual capacities, may hold claims against and/or equity interests in the Debtors. Moreover, Morgan Lewis may hold claims against an affiliate of the Debtors, Lehman Brothers Inc., which is subject to a Securities Investor Protection Act proceeding before this Court.

DB1/62172694.1

## EXHIBIT A

| CLIENT | ADDRESS |
|---|---|
| BNP Paribas and affiliates | 787 Seventh Avenue<br>New York, New York 10019 |
| Cognizant Technology Solutions US Corporation | 500 Frank W. Burr Boulevard<br>Teaneck, New Jersey 07666 |
| Intercall, Inc. | c/o West Teleservices Corp.<br>11808 Miracle Hill Drive<br>Omaha, Nebraska 68154 |

DB1/62172694.1