UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re

LEHMAN BROTHERS HOLDINGS INC.,

Chapter 11
Case No. 08-13555 (JMP)

-------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

Adversary Proceeding
No. 08-01420 (JMP)

                       Plaintiff,

-against-

LEHMAN BROTHERS INC.,

                       Debtor,

-------------------------------------------------------------x

## OBJECTION OF
## CHARLES RIVER BROKERAGE, LLC TO CURE AMOUNT

CHARLES RIVER BROKERAGE, LLC ("Charles River"), through its undersigned attorneys, hereby objects to the Cure Amount (capitalized terms defined below) with respect to Charles River, as listed in the revised schedules of Closing Date Contracts, recently filed in these jointly administered proceedings and currently set forth at http://chapter11.epiqsystems.com/lehman (the "Website") and, in support of such objection, respectfully states as follows:

## BACKGROUND

1.    As set forth in the Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser, dated October 1, 2008, and the Notice of Revised Exhibit A to the Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser, dated October 2, 2008 (collectively, the "Revision Notices"), issued on

behalf of Barclays Capital Inc. (the "Purchaser") in these proceedings with respect to Lehman Brothers Holdings Inc. ("LBHI") and Lehman Brothers Inc. ("LBI") (collectively, the "Debtors"), the Debtors have assigned or are assigning to Purchaser, and Purchaser is assuming, certain executory contracts to which either LBI or LBHI is a party, pursuant to Section 2.5 of the Asset Purchase Agreement dated September 16, 2008 (the "Purchase Agreement") entered into by the Purchaser and approved by the Court.

2.    Certain of the executory contracts being assigned and assumed as of the closing date contemplated by the Purchase Agreement are referred to in the Revision Notices and in these proceedings as "Closing Date Contracts." Furthermore, the payments required to be made to the counterparties to such Closing Date Contracts, in order to cure defaults and satisfy open obligations under such Closing Date Contracts, are referred to in the Revision Notices and in these proceedings as the "Cure Amounts."

3.    As described below, Charles River is a vendor to LBI under one or more Closing Date Contracts, and is accordingly listed as a Closing Date Contracts counterparty in Exhibit A to the Revision Notices and in the Website. As stated in the Revision Notices and in the Website, the schedules of Closing Date Contracts, including the names of the counterparties and the Cure Amounts related thereto, were updated and revised as of October 1, 2008.

## OBJECTION TO CURE AMOUNTS

4.    Charles River is party to a contract with LBI, entitled "Interface Testing and Maintenance Agreement" and dated April 11, 2005. Under this agreement, Charles River has been furnishing LBI with certain proprietary software and interface programs, together with related services, to enable LBI's customers to use both LBI's algorithmic trading program known as "LMX" and certain Charles River securities trading and management software. Charles River

2

has been regularly invoicing LBI for the amounts due under this agreement (referred to as the "LMX Agreement"), and LBI has been regularly paying Charles River's invoices until recently.

5.    There are two open and unpaid invoices due to Charles River under the LMX Agreement.  The first is dated August 25, 2008, in the amount of $60,715.21, and the second is dated September 22, 2008 in the amount of $43,507.52, for a total amount of $104,222.73 due to Charles River under the LMX Agreement.   Such invoices were sent to LBI in the ordinary course, and copies are annexed hereto as Appendix A.

6.    Notwithstanding the foregoing, the revised schedules of Closing Date Contracts, as referenced in the Revision Notices and as set forth in the Website under the heading "Non IT Closing Date Contracts (excluding Real Estate) (updated as of 10/1/08 – 9:00PM), indicate a "Revised Cure Amount" due to Charles River of only $60,715.21, which represents only one of the two outstanding invoices as described above (see copy of Website page and highlighted entry for Charles River annexed hereto as Appendix B.)  **Charles River objects to this amount as incorrect and insufficient to cure the outstanding obligation of LBI to Charles River under the LMX Agreement.**

7.    In addition to the LMX Agreement, LBI is party to a second "Interface Testing and Maintenance Agreement" with Charles River, dated December 20, 2006, which second agreement relates to software and system integration services in relation to a product known as "Real Tick" developed by Townsend Analytics Ltd.  No amounts are currently owed by LBI to Charles River under this agreement (referred to for convenience as the "Real Tick Agreement").

8.    In recent telephone conferences, the management of Charles River has been informed by representatives of the Purchaser that the Purchaser wishes to assume both the LMX Agreement and the Real Tick Agreement, and that Purchaser intends to pay amounts due to

3

Charles River on account of invoices previously sent to LBI. Charles River is willing to consent to such assumption provided that full payment of such amounts is made and an appropriate instrument is executed between Charles River and the Purchaser.

## CONCLUSION

WHEREFORE, Charles River **OBJECTS** to the Cure Amount stated in the Revision Notices and Website with respect to Charles River, and requests the Court to deny any request for the assumption of the LMX Agreement and the Real Tick Agreement until the correct invoice balance of $104,222.73 due to Charles River is paid in full.

Dated: New York, New York
      October 13, 2008

GARVEY SCHUBERT BARER

By: _____

    Andrew J. Goodman, Esq. (AG-3406)
    *Attorneys for Charles River Brokerage, LLC*
    100 Wall Street, 20th Floor
    New York, New York 10005
    Telephone: (212) 431-8700
    Facsimile:  (212) 334-2378

# EXHIBIT A



**Charles River Brokerage, LLC**
**7 New England Executive Park**
**Burlington MA    01803**

(781) 238-0099  Ext. 6973

| Invoice | B1831 |
|---|---|
| Inv. Date | 8/25/2008 |
| Due Date | 9/24/2008 |

**Bill To:**                  FED TAX ID: 20-0941887

Lehman Brothers, Inc
Cristian Grullon
745 Seventh Avenue
New York New York  10019

Remit Checks to:
  7 New England Executive Park
  Burlington MA    01803

Wire Funds To:
  Charles River Brokerage, LLC
  Bank of America
  Acct # 9419954955
  ACH # 0110-0013-8 or Wire TF 0260-0959-3

| Purchase Order No. | Customer ID | VAT Registration Number | Payment Terms |
|---|---|---|---|
| | LBI-S | | Net 30 Days |

| Quantity | Item Number | Description | Adjustment | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1.00 | JNT | Interface Testing & Marketing Agreement - US | $0.00 | $20,968.65 | $20,968.65 |
| 1.00 | JNT | Interface Testing & Marketing Agreement - Europe | $0.00 | $39,746.56 | $39,746.56 |

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CONTACT ANITA KUMARI  AT 781-425-6958.

Please Reference Invoice Number on all payments.
Thank you for your prompt payment
CRD reserves the right to assess interest on payments received after      Net 30 Days      Per contract

| | |
|---|---|
| Subtotal | $60,715.21 |
| Tax | $0.00 |
| Other | $0.00 |
| TotalDue    US | $60,715.21 |



**7 New England Executive Park**
**Burlington MA    01803**

(781) 238-0099  Ext. 6973

**FED TAX ID: 20-0941887**

| Invoice | B1861 |
|---|---|
| Inv Date | 9/22/2008 |
| Due Date | 10/22/2008 |

**Bill To:**

Lehman Brothers, Inc
Cristian Grullon
745 Seventh Avenue
New York New York  10019

Remit Checks to:
7 New England Executive Park
Burlington MA    01803

Wire Funds To:
Charles River Brokerage, LLC
Bank of America
Acct: 009419954955 Swift: BOFAUS3N
ACH # 0110-0013-8 or Wire TF 0260-0959-3

| Purchase Order No. | Customer ID | VAT Registration Number | Payment Terms | | |
|---|---|---|---|---|---|
| | LBI-S | | Net 30 Days | | |

| Quantity | Item Number | Description | Adjustment | Unit Price | Ext. Price |
|---|---|---|---|---|---|
| 1.00 | JNT | Interface Testing & Marketing Agreement - US | $0.00 | $13,215.00 | $13,215.00 |
| 1.00 | JNT | Interface Testing & Marketing Agreement - UK | $0.00 | $30,292.52 | $30,292.52 |

IF YOU HAVE ANY QUESTIONS REGARDING THIS INVOICE,
PLEASE CONTACT ANITA KUMARI  AT 781-425-6958.

| Subtotal | $43,507.52 |
|---|---|
| Tax | $0.00 |
| Other | $0.00 |
| Total Due  US | $43,507.52 |

Please Reference Invoice Number on all payments.
Thank you for your prompt payment.
CRD reserves the right to assess interest on payments received afte Net 30 Days          Per contract

# EXHIBIT B

| Vendor Name | Original Cure Total | Revised Cure Total | Notification Address 1 | Notification Address 2 | Notification City, State Zip | Lehman Entity |
|---|---|---|---|---|---|---|
| Level- EBX Group | $92,058.20 | $0.00 | | | | |
| GA CREDIT, LLC | $85,000.00 | $92,500.00 | | | | |
| Engagster #1 (Void) | | $0.00 | | | | |
| FM Brokerage- Total | $81,848.80 | $57,981.20 | | | | |
| SUNGARD INSTITUTIONAL BROKERAGE INC | $80,683.02 | $95,007.42 | | | | |
| TFS PWR NG | $80,288.38 | $0.00 | | | | |
| CHICAGO & MIDWEST Transaction Fees | $79,614.86 | $0.00 | | | | |
| THOMAS WEISEL PARTNERS | $77,858.12 | $95,253.10 | | | | |
| Toronto Stock Exchange | $76,540.31 | $0.00 | | | | |
| Choice NGA | $75,512.50 | $0.00 | | | | |
| Options (QP) | $75,290.59 | $0.00 | | | | |
| MURPHY & DURIEU | $72,537.50 | $0.00 | | | | |
| ENLACE INT S.A. DE C.V. | $70,000.00 | $74,308.00 | | | | |
| RAFFERTY | $70,000.00 | $0.00 | | | | |
| TRADITION | $66,950.49 | $0.00 | | | | |
| ENLACE MEXICO | $66,458.12 | $0.00 | | | | |
| Spectron UK | $65,115.00 | $0.00 | | | | |
| Omgeo-Alert & Oasys | $65,049.91 | $0.00 | | | | |
| Charles River Brokerage, LLC | $63,108.74 | $60,715.21 | | | | |
| ITG INC - BRLEPL, BRLE9 | $62,841.75 | $0.00 | | | | |
| CREDIT SUISSE SECURITIES(USA), LLC | $62,431.75 | $226,350.13 | | | | |
| BOSTON Options Exchange | $61,355.30 | $18,159.95 | | | | |
| United Gas | $60,556.68 | $0.00 | | | | |
| LBMA- routing fee | $58,961.62 | $0.00 | | | | |
| Transaction Network Services-27821 | $57,169.63 | $0.00 | | | | |
| ICAP Corporates (Account 90081) Total | $55,199.30 | $0.00 | | | | |
| TFS UK | $54,895.99 | $0.00 | | | | |
| Thomson Financial Networks | $53,545.00 | $0.00 | | | | |
| PGB | $45,000.00 | $0.00 | | | | |
| TFS DERIVATIVES CORPORATION | $46,973.80 | $762,964.00 | | | | |
| Louis Capital Markets Philly | $46,317.75 | $0.00 | | | | |
| Fidelity Investments | $46,654.71 | $37,307.23 | | | | |
| DTC 7512 | $46,523.62 | $0.00 | | | | |
| Sungard Automated Securities (NB) | $46,886.52 | $0.00 | | | | |
| SFI Brokers UK | $47,355.00 | $0.00 | | | | |
| Zemex Energy Broker | $48,598.80 | $0.00 | | | | |
| Ameriberry | $48,970.18 | $0.00 | | | | |
| NG | $50,000.00 | $0.00 | | | | |
| Liberty | $50,732.50 | $0.00 | | | | |
| HFS | $53,237.50 | $0.00 | | | | |
| LCMC | $44,335.71 | $0.00 | | | | |
| Spectron | $40,559.50 | $0.00 | | | | |
| TriOptima - Rates | $43,000.00 | $0.00 | | | | |
| Louis Capital Markets | $42,269.40 | $19,093.50 | | | | |
| Blackwatch Brokerage, Inc. T-Rowe Piece | $42,900.14 | $0.00 | | | | |
| FX AL | $42,274.68 | $0.00 | | | | |
| FX CONNECT | $41,114.27 | $0.00 | | | | |
| Chatham | $39,730.00 | $0.00 | | | | |
| Sungard - #7312 | $39,072.32 | $0.00 | | | | |
| Preban Financial - 40LBFIN Total is now 03 account | $37,918.55 | $20,568.14 | | | | |
| TFS Oil | $37,471.59 | $0.00 | | | | |
| Louis Capital Markets ISE | $37,105.86 | $0.00 | | | | |
| PVM Oil | $36,942.50 | $0.00 | | | | |
| Amerex Natural Gas | $35,188.36 | $0.00 | | | | |
| Eurobrokers | $34,999.99 | $0.00 | | | | |
| Choice PWR | $34,758.43 | $0.00 | | | | |
| CHAPDELAINE CORP | $33,912.50 | $9,339.00 | | | | |
| Tullet Liberty Securities Total Now Collins Stewart | $33,242.00 | $0.00 | | | | |
| Sungard - #0079 | $32,160.98 | $0.00 | | | | |
| GFI Group Inc. - EDLBIS Total | $32,075.00 | $0.00 | | | | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re                                                    Chapter 11
                                                         Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC.,


--------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,                                             Adversary Proceeding
                                                         No. 08-01420 (JMP)
                          Plaintiff,

-against-                                                **AFFIDAVIT OF SERVICE**

LEHMAN BROTHERS INC.,

                          Debtor,
--------------------------------------------------------------x

STATE OF NEW YORK              )

COUNTY OF NEW YORK             ) ss.:

        JENNIFER SY LOPEZ, being duly sworn, deposes and says:

        I am employed by the firm of Garvey Schubert Barer, attorneys for Charles River Brokerage,
LLC; I am not a party to the above action; I am over 18 years of age and reside at Staten Island, New
York.  On October 13, 2008, I served the annexed **OBJECTION OF CHARLES RIVER
BROKERAGE, LLC TO CURE AMOUNT** via FACSIMILE, EMAIL AND FIRST CLASS
MAIL to the following addresses:

Weil, Gotschal & Manges LLP                Hughes Hubbard & Reed LLP
767 Fifth Avenue                           One Battery Park Plaza
New York, NY 10153-01119                   New York, NY 10004
Attn: Lori R. Fife and Shai Y. Waisman     Attn: Jeffrey S. Margolin
Fax: 212-310-8007                          Fax: 212-422-4726
Email: lori.fife@weil.com                  Email: margolin@hugheshubbard.com
       Shai.waisman@weil.com

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield and
      Lisa M. Schweitzer
Fax: 212-225-3999
Email: lgranfield@cgsh.com
       lschweitzer@cgsh.com

NY_DOCS:601839.1

Jennifer Sy Lopez

Sworn to before me this
13th day of October 2008

Notary Public

**SEYMOUR H. BUCHOLZ**
**Notary Public, State of New York**
No. 02BU4877114
**Qualified In Westchester County**
**Commission Expires 10/27/20**

NY_DOCS:601839.1