**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

## Eze Castle Transaction Services
### A Member of BNY ConvergEx Group
Member NASD. SIPC

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 30485 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 06/06/2008 | 07/06/2008 | $ 674.20 |
| **Service Start** | **Service End** | **Invoice Status** |
| 05/01/2008 | 05/31/2008 | Open |

Page 1 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| GeneralMotors | A | FUTURES | Futures -- EzeConnect GeneralMotors to LEHM -- 024 domestic contracts | 1.00 | $ 2.40 | $ 2.40 |
| PlinthosCapital | C | FUTURES | Futures -- EzeConnect PlinthosCapital to LEHM -- 1,344 domestic contracts -- 5,185 international contracts | 1.00 | $ 652.90 | $ 652.90 |
| Everest | B | FUTURES | Fix Connectivity Services Everest to LEHM -- 189 international contracts | 1.00 | $ 18.90 | $ 18.90 |

| | |
|---|---|
| **Subtotal** | $674.20 |
| **Sales Tax** | $0.00 |
| **Invoice Total** | $674.20 |
| **Credit / Pmt Applied** | $0.00 |
| **Total Due** | $674.20 |

FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

# Eze Castle Transaction Services

## A Member of BNY ConvergEx Group

Member NASD, SIPC

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 30871 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 06/06/2008 | 07/06/2008 | $ 17.00 |
| **Service Start** | **Service End** | **Invoice Status** |
| 05/01/2008 | 05/31/2008 | Open |

Page 2 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Vestry | | EZCNCT | Fix Connectivity Services Vestry to LEHM -- 17,000 domestic shares | 1.00 | $ 17.00 | $ 17.00 |

| | |
|---|---|
| **Subtotal** | $17.00 |
| **Sales Tax** | $0.00 |
| **Invoice Total** | $17.00 |
| **Credit / Pmt Applied** | $0.00 |
| **Total Due** | $17.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

**Eze Castle Transaction Services**
A Member of BNY ConvergEx Group
Member NASD, SIPC

*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice #<br>31706 | Terms<br>NET30 | Currency<br>USD |
|---|---|---|
| **Invoice Date**<br>09/08/2008 | **Due Date**<br>10/08/2008 | **Total Due**<br>$ 822.20 |
| **Service Start**<br>08/01/2008 | **Service End**<br>08/31/2008 | **Invoice Status**<br>Open |

Page 3 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| GeneralMotors | A | FUTURES | Futures -- EzeConnect GeneralMotors to LEHM -- 282 domestic contracts | 1.00 | $ 28.20 | $ 28.20 |
| Everest | B | FUTURES | Futures -- EzeConnect Everest to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| PlinthosCapital | C | FUTURES | Futures -- EzeConnect PlinthosCapital to LEHM -- 1,735 domestic contracts -- 6,205 international contracts | 1.00 | $ 794.00 | $ 794.00 |

| | |
|---|---|
| Subtotal | $822.20 |
| Sales Tax | $0.00 |
| Invoice Total | $822.20 |
| Credit / Pmt Applied | $0.00 |
| Total Due | $822.20 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*

| Bill To: Lehman Brothers [EZCNCT] | | |
|---|---|---|
| Attn: Accounts Payable | | |
| Image Processing Systems | | |
| C/O Lehman Brothers | | |
| Equities Brokerage P.O. Box 2397 | | |
| Secaucus, NJ 07094 | | |
| TCE_Equity_Team@lehman.com | | |

| | | |
|---|---|---|
| **Invoice #** <br> 31718 | **Terms** <br> NET30 | **Currency** <br> USD |
| **Invoice Date** <br> 09/08/2008 | **Due Date** <br> 10/08/2008 | **Total Due** <br> $ 8,181.20 |
| **Service Start** <br> 08/01/2008 | **Service End** <br> 08/31/2008 | **Invoice Status** <br> Open |

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Visium | H | OPTIONS | Options -- EzeConnect Visium to LEHM -- 2,524 domestic contracts | 1.00 | $ 252.40 | $ 252.40 |
| Frontpoint | B | OPTIONS | Options -- EzeConnect Frontpoint to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Camelot | A | OPTIONS | Options -- EzeConnect Camelot to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| ScoutCapital | F | OPTIONS | Options -- EzeConnect ScoutCapital to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| NorthSound | C | OPTIONS | Options -- EzeConnect NorthSound to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Artis | D | OPTIONS | Options -- EzeConnect Artis to LEHM -- 64,288 domestic contracts | 1.00 | $ 6,428.80 | $ 6,428.80 |
| RoundTable | G | OPTIONS | Options -- EzeConnect RoundTable to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| CopperRiver | E | OPTIONS | Options -- EzeConnect CopperRiver to LEHM | 1.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| **Subtotal** | $8,181.20 |
| **Sales Tax** | $0.00 |
| **Invoice Total** | $8,181.20 |
| **Credit / Pmt Applied** | $0.00 |
| **Total Due** | $8,181.20 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 5 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| EmergingSovereign | FH | EZCNCT | Fix Connectivity Services EmergingSovereign to LEHM -- 1,176,900 international shares | 1.00 | $ 21.29 | $ 21.29 |
| Sansar | HQ | EZCNCT | Fix Connectivity Services Sansar to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| GeoSphere | GK | EZCNCT | Fix Connectivity Services GeoSphere to LEHM -- 1,700,000 domestic shares | 1.00 | $ 1,700.00 | $ 1,700.00 |
| JATCapital | HC | EZCNCT | Fix Connectivity Services JATCapital to LEHM -- 1,638,818 domestic shares | 1.00 | $ 1,638.82 | $ 1,638.82 |
| Newbrook | HL | EZCNCT | Fix Connectivity Services Newbrook to LEHM -- 93,362 domestic shares | 1.00 | $ 93.36 | $ 93.36 |
| 1798Capital | HD | EZCNCT | Fix Connectivity Services 1798Capital to LEHM -- 581,234 domestic shares | 1.00 | $ 581.23 | $ 581.23 |
| OwlCreek | HB | EZCNCT | Fix Connectivity Services OwlCreek to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Cadian | GY | EZCNCT | Fix Connectivity Services Cadian to LEHM -- 900,000 domestic shares | 1.00 | $ 900.00 | $ 900.00 |
| PerellaWeinberg | GZ | EZCNCT | Fix Connectivity Services PerellaWeinberg to LEHM -- 343,017 domestic shares | 1.00 | $ 343.02 | $ 343.02 |
| SwankCapital | GV | EZCNCT | Fix Connectivity Services SwankCapital to LEHM -- 110,000 domestic shares | 1.00 | $ 110.00 | $ 110.00 |
| PlatinumCapital | HA | EZCNCT | Fix Connectivity Services PlatinumCapital to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Axiom | HH | EZCNCT | Fix Connectivity Services Axiom to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Redstone | HN | EZCNCT | Fix Connectivity Services Redstone to LEHM -- 420,982 domestic shares | 1.00 | $ 420.98 | $ 420.98 |
| SIRCapital | HF | EZCNCT | Fix Connectivity Services SIRCapital to LEHM -- 2,583,170 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| MiuraGlobal | FR | EZCNCT | Fix Connectivity Services MiuraGlobal to LEHM -- 1,046,400 domestic shares | 1.00 | $ 1,046.40 | $ 1,046.40 |
| GreatOaks | GF | EZCNCT | Fix Connectivity Services GreatOaks to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| BlueHarbour | GG | EZCNCT | Fix Connectivity Services BlueHarbour to LEHM -- 87,175 domestic shares | 1.00 | $ 87.18 | $ 87.18 |
| Rogge Capital | GQ | EZCNCT | Fix Connectivity Services Rogge Capital to LEHM -- 90,000 domestic shares -- 508,000 international shares | 1.00 | $ 114.63 | $ 114.63 |
| Vestry | HE | EZCNCT | Fix Connectivity Services Vestry to LEHM | 1.00 | $ 0.00 | $ 0.00 |

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

| Bill To: | Lehman Brothers [EZCNCT] |
| --- | --- |
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
| --- | --- | --- |
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 6 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
| --- | --- | --- | --- | --- | --- | --- |
| Obrem | GX | EZCNCT | Fix Connectivity Services Obrem to LEHM -- 1,533,000 domestic shares | 1.00 | $ 1,533.00 | $ 1,533.00 |
| JapanAdvisory | HI | EZCNCT | Fix Connectivity Services JapanAdvisory to LEHM -- 17,195,849 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Everest | DC | EZCNCT | Fix Connectivity Services Everest to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Wexford | DA | EZCNCT | Fix Connectivity Services Wexford to LEHM -- 716,400 domestic shares | 1.00 | $ 716.40 | $ 716.40 |
| Longbow | GN | EZCNCT | Fix Connectivity Services Longbow to LEHM -- 260,000 domestic shares | 1.00 | $ 260.00 | $ 260.00 |
| Sonar Capital | GP | EZCNCT | Fix Connectivity Services Sonar Capital to LEHM -- 425,100 domestic shares | 1.00 | $ 425.10 | $ 425.10 |
| Cyrus | DH | EZCNCT | Fix Connectivity Services Cyrus to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Kensico | GO | EZCNCT | Fix Connectivity Services Kensico to LEHM -- 627,800 domestic shares | 1.00 | $ 627.80 | $ 627.80 |
| VardonCapital | GD | EZCNCT | Fix Connectivity Services VardonCapital to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| DeccanValue | GR | EZCNCT | Fix Connectivity Services DeccanValue to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| GMTCapital | GH | EZCNCT | Fix Connectivity Services GMTCapital to LEHM -- 7,306,975 domestic shares -- 12,500 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Tontine | GU | EZCNCT | Fix Connectivity Services Tontine to LEHM -- 1,259,500 domestic shares | 1.00 | $ 1,259.50 | $ 1,259.50 |
| GreatPoint | GJ | EZCNCT | FIX Connectivity Services GreatPoint to LEHM -- 376,463 domestic shares | 1.00 | $ 376.46 | $ 376.46 |
| GreenwichPrime | AO | EZCNCT | Fix Connectivity Services GreenwichPrime to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Stelliam | GM | EZCNCT | Fix Connectivity Services Stelliam to LEHM -- 248,200 domestic shares | 1.00 | $ 248.20 | $ 248.20 |
| BodriCapital | GE | EZCNCT | Fix Connectivity Services BodriCapital to LEHM -- 218,265 domestic shares | 1.00 | $ 218.27 | $ 218.27 |
| Coatue | CL | EZCNCT | Fix Connectivity Services Coatue to LEHM -- 574,500 domestic shares | 1.00 | $ 574.50 | $ 574.50 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*


Eze Castle Transaction Services
A Member of BNY ConvergEx Group
*Member NASD, SIPC*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Liberty | BS | EZCNCT | Fix Connectivity Services Liberty to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Centaurus | EJ | EZCNCT | Fix Connectivity Services Centaurus to LEHM -- 111,215 international shares | 1.00 | $ 122.80 | $ 122.80 |
| ParkWest | GA | EZCNCT | Fix Connectivity Services ParkWest to LEHM -- 92,888 domestic shares | 1.00 | $ 92.89 | $ 92.89 |
| WesleyCapital | GL | EZCNCT | Fix Connectivity Services WesleyCapital to LEHM -- 6,427,809 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Quadrum | ID | EZCNCT | Fix Connectivity Services Quadrum to LEHM -- 621,400 domestic shares | 1.00 | $ 621.40 | $ 621.40 |
| Marathon | GW | EZCNCT | Fix Connectivity Services Marathon to LEHM -- 350,832 domestic shares | 1.00 | $ 350.83 | $ 350.83 |
| AristosCapital | FZ | EZCNCT | Fix Connectivity Services AristosCapital to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| WhiteElm | GT | EZCNCT | Fix Connectivity Services WhiteElm to LEHM -- 78,900 domestic shares | 1.00 | $ 78.90 | $ 78.90 |
| Berkowitz | F | EZCNCT | Fix Connectivity Services Berkowitz to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| DenverInvestment | H | EZCNCT | Fix Connectivity Services DenverInvestment to LEHM -- 275,020 domestic shares | 1.00 | $ 275.02 | $ 275.02 |
| Manikay | II | EZCNCT | Fix Connectivity Services Manikay to LEHM -- 20,000 domestic shares | 1.00 | $ 20.00 | $ 20.00 |
| Merchants | HU | EZCNCT | Fix Connectivity Services Merchants to LEHM -- 50,000 domestic shares | 1.00 | $ 50.00 | $ 50.00 |
| MillgateUK | GI | EZCNCT | Fix Connectivity Services MillgateUK to LEHM -- 698,947 international shares | 1.00 | $ 1,514.73 | $ 1,514.73 |
| Noble | DO | EZCNCT | Fix Connectivity Services Noble to LEHM -- 4,300,000 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| OchZiffHK | HO | EZCNCT | Fix Connectivity Services OchZiffHK to LEHM -- 10,492,000 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| PassportCapital | FF | EZCNCT | Fix Connectivity Services PassportCapital to LEHM -- 4,549,391 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Pelagic | HV | EZCNCT | Fix Connectivity Services Pelagic to LEHM -- 132,200 domestic shares | 1.00 | $ 132.20 | $ 132.20 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice #<br>32032 | Terms<br>NET30 | Currency<br>USD |
|---|---|---|
| **Invoice Date**<br>09/08/2008 | **Due Date**<br>10/08/2008 | **Total Due**<br>$ 170,250.65 |
| **Service Start**<br>08/01/2008 | **Service End**<br>08/31/2008 | **Invoice Status**<br>Open |

Page 8 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Brigade | IJ | EZCNCT | Fix Connectivity Services Brigade to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| aAd | HZ | EZCNCT | Fix Connectivity Services aAd to LEHM -- 250,000 domestic shares | 1.00 | $ 250.00 | $ 250.00 |
| Healy | HW | EZCNCT | Fix Connectivity Services Healy to LEHM -- 365,241 domestic shares | 1.00 | $ 365.24 | $ 365.24 |
| Botti | BV | EZCNCT | Fix Connectivity Services Botti to LEHM -- 1,462,500 domestic shares | 1.00 | $ 1,462.50 | $ 1,462.50 |
| YAM | HS | EZCNCT | Fix Connectivity Services YAM to LEHM -- 225,000 domestic shares | 1.00 | $ 225.00 | $ 225.00 |
| OneEast | HK | EZCNCT | Fix Connectivity Services OneEast to LEHM -- 158,200 domestic shares | 1.00 | $ 158.20 | $ 158.20 |
| GCore | IC | EZCNCT | Fix Connectivity Services GCore to LEHM -- 710,701 domestic shares | 1.00 | $ 710.70 | $ 710.70 |
| Luxor | HP | EZCNCT | Fix Connectivity Services Luxor to LEHM -- 758,370 domestic shares | 1.00 | $ 758.37 | $ 758.37 |
| S2 | IH | EZCNCT | Fix Connectivity Services S2 to LEHM -- 366,665 domestic shares | 1.00 | $ 366.67 | $ 366.67 |
| EverKey | IB | EZCNCT | Fix Connectivity Services EverKey to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| DLS | IG | EZCNCT | Fix Connectivity Services DLS to LEHM -- 68,300 domestic shares | 1.00 | $ 68.30 | $ 68.30 |
| Senator | IF | EZCNCT | Fix Connectivity Services Senator to LEHM -- 374,656 domestic shares | 1.00 | $ 374.66 | $ 374.66 |
| Akasha | IE | EZCNCT | Fix Connectivity Services Akasha to LEHM -- 20,000 domestic shares -- 273,759 international shares | 1.00 | $ 210.84 | $ 210.84 |
| Visium | HJ | EZCNCT | Fix Connectivity Services Visium to LEHM -- 4,067,353 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Fidelity | K | EZCNCT | Fix Connectivity Services Fidelity to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| WilliamsHongKong | FY | EZCNCT | Fix Connectivity Services WilliamsHongKong to LEHM -- 1,343,205 international shares | 1.00 | $ 248.71 | $ 248.71 |
| ArthaCapital | EO | EZCNCT | Fix Connectivity Services ArthaCapital to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| ICP | HR | EZCNCT | Fix Connectivity Services ICP to LEHM -- 145,500 domestic shares | 1.00 | $ 145.50 | $ 145.50 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT] |
|---|---|

Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 9 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Kingdom | HY | EZCNCT | Fix Connectivity Services Kingdom to LEHM -- 175,000 domestic shares | 1.00 | $ 175.00 | $ 175.00 |
| DKRIbex | GS | EZCNCT | Fix Connectivity Services DKRIbex to LEHM -- 100 domestic shares | 1.00 | $ 0.10 | $ 0.10 |
| WaterStreet | HX | EZCNCT | Fix Connectivity Services WaterStreet to LEHM -- 279,574 domestic shares | 1.00 | $ 279.57 | $ 279.57 |
| FoxPoint | GB | EZCNCT | Fix Connectivity Services FoxPoint to LEHM -- 3,493,400 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| CFGlobal | D | EZCNCT | Fix Connectivity Services CFGlobal to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| RoundTable | HG | EZCNCT | Fix Connectivity Services RoundTable to LEHM -- 2,363,920 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Ramsey | HM | EZCNCT | Fix Connectivity Services Ramsey to LEHM -- 254,450 domestic shares | 1.00 | $ 254.45 | $ 254.45 |
| Valinor | HT | EZCNCT | Fix Connectivity Services Valinor to LEHM -- 348,500 domestic shares | 1.00 | $ 348.50 | $ 348.50 |
| NewMountain | IA | EZCNCT | Fix Connectivity Services NewMountain to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| TheBostonCo | AI | EZCNCT | Fix Connectivity Services TheBostonCo to LEHM -- 6,273,243 domestic shares -- 195,490 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| ColumbusCircle | E | EZCNCT | Fix Connectivity Services ColumbusCircle to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| JLFAsset | R | EZCNCT | Fix Connectivity Services JLFAsset to LEHM -- 2,383,272 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| WilliamsTrading | AC | EZCNCT | Fix Connectivity Services WilliamsTrading to LEHM -- 1,427,776 domestic shares | 1.00 | $ 1,427.78 | $ 1,427.78 |
| Deerfield | AK | EZCNCT | Fix Connectivity Services Deerfield to LEHM -- 525,590 domestic shares | 1.00 | $ 525.59 | $ 525.59 |
| Frontier | AN | EZCNCT | Fix Connectivity Services Frontier to LEHM -- 100,000 domestic shares | 1.00 | $ 100.00 | $ 100.00 |
| Firsthand | L | EZCNCT | Fix Connectivity Services Firsthand to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Adage | AL | EZCNCT | Fix Connectivity Services Adage to LEHM -- 5,246,521 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| CompoundCapital | AR | EZCNCT | Fix Connectivity Services CompoundCapital to LEHM -- 110,400 domestic shares | 1.00 | $ 110.40 | $ 110.40 |
| Brookside | A | EZCNCT | Fix Connectivity Services Brookside to LEHM -- 896,800 domestic shares -- 1,946,000 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| VanWagoner | AA | EZCNCT | Fix Connectivity Services VanWagoner to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Sirios | Y | EZCNCT | Fix Connectivity Services Sirios to LEHM -- 1,388,201 domestic shares | 1.00 | $ 1,388.20 | $ 1,388.20 |
| GeneralMotors | AM | EZCNCT | Fix Connectivity Services GeneralMotors to LEHM -- 2,123,367 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Independence | P | EZCNCT | Fix Connectivity Services Independence to LEHM -- 692,258 domestic shares | 1.00 | $ 692.26 | $ 692.26 |
| Highline | AU | EZCNCT | Fix Connectivity Services Highline to LEHM -- 209,418 domestic shares | 1.00 | $ 209.42 | $ 209.42 |
| Duquesne | AH | EZCNCT | Fix Connectivity Services Duquesne to LEHM -- 10,250,604 domestic shares -- 2,074,580 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| LeeMunder | AY | EZCNCT | Fix Connectivity Services LeeMunder to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Peregrine | W | EZCNCT | Fix Connectivity Services Peregrine to LEHM -- 461,800 domestic shares | 1.00 | $ 461.80 | $ 461.80 |
| Viking | BA | EZCNCT | Fix Connectivity Services Viking to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Andor | AT | EZCNCT | Fix Connectivity Services Andor to LEHM -- 594,000 domestic shares | 1.00 | $ 594.00 | $ 594.00 |
| Galleon | N | EZCNCT | Fix Connectivity Services Galleon to LEHM -- 5,354,370 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Tremblant | BF | EZCNCT | Fix Connectivity Services Tremblant to LEHM -- 319,550 domestic shares | 1.00 | $ 319.55 | $ 319.55 |
| Symphony | Z | EZCNCT | Fix Connectivity Services Symphony to LEHM -- 895,778 domestic shares | 1.00 | $ 895.78 | $ 895.78 |
| Oaktree | S | EZCNCT | Fix Connectivity Services Oaktree to LEHM -- 566,000 international shares | 1.00 | $ 105.41 | $ 105.41 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



Eze Castle
Transaction Services
A Member of BNY ConvergEx Group
*Member NASD, SIPC*

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 11 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Frontpoint | AQ | EZCNCT | Fix Connectivity Services Frontpoint to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| NorthSound | BL | EZCNCT | Fix Connectivity Services NorthSound to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| ZweigHedge | AE | EZCNCT | Fix Connectivity Services ZweigHedge to LEHM -- 1,970,513 domestic shares | 1.00 | $ 1,970.51 | $ 1,970.51 |
| Essex | AJ | EZCNCT | Fix Connectivity Services Essex to LEHM -- 569,825 domestic shares | 1.00 | $ 569.83 | $ 569.83 |
| Karsch | BW | EZCNCT | Fix Connectivity Services Karsch to LEHM -- 7,881,565 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Cantillon | BZ | EZCNCT | Fix Connectivity Services Cantillon to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Brant | CC | EZCNCT | Fix Connectivity Services Brant to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| StateofGeorgia | BN | EZCNCT | Fix Connectivity Services StateofGeorgia to LEHM -- 4,449,700 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Highside | CD | EZCNCT | Fix Connectivity Services Highside to LEHM -- 2,436,602 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Dalton | G | EZCNCT | Fix Connectivity Services Dalton to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Intrepid | Q | EZCNCT | Fix Connectivity Services Intrepid to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Maverick | BX | EZCNCT | Fix Connectivity Services Maverick to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Alydar | BJ | EZCNCT | Fix Connectivity Services Alydar to LEHM -- 873,811 domestic shares | 1.00 | $ 873.81 | $ 873.81 |
| Trafelet | CE | EZCNCT | Fix Connectivity Services Trafelet to LEHM -- 1,600,000 domestic shares | 1.00 | $ 1,600.00 | $ 1,600.00 |
| Chilton | CA | EZCNCT | Fix Connectivity Services Chilton to LEHM -- 18,700,646 domestic shares -- 819,141 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Dawson | AG | EZCNCT | Fix Connectivity Services Dawson to LEHM -- 349,000 domestic shares | 1.00 | $ 349.00 | $ 349.00 |
| Tudor | CJ | EZCNCT | Fix Connectivity Services Tudor to LEHM -- 308,734 domestic shares | 1.00 | $ 308.73 | $ 308.73 |
| Cadence | B | EZCNCT | Fix Connectivity Services Cadence to LEHM -- 80,490 domestic shares | 1.00 | $ 80.49 | $ 80.49 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 12 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Colonial | CI | EZCNCT | Fix Connectivity Services Colonial to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Porter | CK | EZCNCT | Fix Connectivity Services Porter to LEHM -- 669,000 domestic shares | 1.00 | $ 669.00 | $ 669.00 |
| Hoplite | CH | EZCNCT | Fix Connectivity Services Hoplite to LEHM -- 365,240 domestic shares | 1.00 | $ 365.24 | $ 365.24 |
| Highfields | BU | EZCNCT | Fix Connectivity Services Highfields to LEHM -- 745,000 domestic shares | 1.00 | $ 745.00 | $ 745.00 |
| Viking | BB | EZCNCT | Fix Connectivity Services Viking to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Trivium | CQ | EZCNCT | Fix Connectivity Services Trivium to LEHM -- 1,314,848 domestic shares | 1.00 | $ 1,314.85 | $ 1,314.85 |
| Bleichroeder | CP | EZCNCT | Fix Connectivity Services Bleichroeder to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Skylands | CS | EZCNCT | Fix Connectivity Services Skylands to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Vinik | AB | EZCNCT | Fix Connectivity Services Vinik to LEHM -- 21,303,617 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Empyrean | CR | EZCNCT | Fix Connectivity Services Empyrean to LEHM -- 372,800 domestic shares | 1.00 | $ 372.80 | $ 372.80 |
| Shumway | CO | EZCNCT | Fix Connectivity Services Shumway to LEHM -- 10,037,350 domestic shares -- 1,343,257 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| BridgerCapital | CV | EZCNCT | Fix Connectivity Services BridgerCapital to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Avesta | BD | EZCNCT | Fix Connectivity Services Avesta to LEHM -- 2,375,000 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Partner | CY | EZCNCT | Fix Connectivity Services Partner to LEHM -- 14,294,342 domestic shares -- 1,089,071 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Eastbourne | AS | EZCNCT | Fix Connectivity Services Eastbourne to LEHM -- 792,000 domestic shares | 1.00 | $ 792.00 | $ 792.00 |
| Stonebrook | AX | EZCNCT | Fix Connectivity Services Stonebrook to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| AGAsset | M | EZCNCT | Fix Connectivity Services AGAsset to LEHM -- 433,497 domestic shares | 1.00 | $ 433.50 | $ 433.50 |
| Maverick | BY | EZCNCT | Fix Connectivity Services Maverick to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*

| Bill To: | Lehman Brothers [EZCNCT] |
|---|---|
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 13 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Fontana | DD | EZCNCT | Fix Connectivity Services Fontana to LEHM -- 80,000 domestic shares | 1.00 | $ 80.00 | $ 80.00 |
| Oracle | U | EZCNCT | Fix Connectivity Services Oracle to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Arience | BO | EZCNCT | Fix Connectivity Services Arience to LEHM -- 1,354,725 domestic shares | 1.00 | $ 1,354.73 | $ 1,354.73 |
| NorthSound | BM | EZCNCT | Fix Connectivity Services NorthSound to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Artis | DE | EZCNCT | Fix Connectivity Services Artis to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Kaintuck | BK | EZCNCT | Fix Connectivity Services Kaintuck to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| WSCapital | DF | EZCNCT | Fix Connectivity Services WSCapital to LEHM -- 170,000 domestic shares | 1.00 | $ 170.00 | $ 170.00 |
| Seasons | BT | EZCNCT | Fix Connectivity Services Seasons to LEHM -- 703,276 domestic shares | 1.00 | $ 703.28 | $ 703.28 |
| JMPAsset | CG | EZCNCT | Fix Connectivity Services JMPAsset to LEHM -- 28,019 domestic shares | 1.00 | $ 28.02 | $ 28.02 |
| CedarHill | DG | EZCNCT | Fix Connectivity Services CedarHill to LEHM -- 625,000 domestic shares | 1.00 | $ 625.00 | $ 625.00 |
| Level | BP | EZCNCT | Fix Connectivity Services Level to LEHM -- 3,550,000 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Clough | CU | EZCNCT | Fix Connectivity Services Clough to LEHM -- 319,179 domestic shares | 1.00 | $ 319.18 | $ 319.18 |
| Prentice | DJ | EZCNCT | Fix Connectivity Services Prentice to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| SterlingJohnston | DI | EZCNCT | Fix Connectivity Services SterlingJohnston to LEHM -- 858,550 domestic shares | 1.00 | $ 858.55 | $ 858.55 |
| Basswood | CF | EZCNCT | Fix Connectivity Services Basswood to LEHM -- 190,463 domestic shares | 1.00 | $ 190.46 | $ 190.46 |
| Liberty | BR | EZCNCT | Fix Connectivity Services Liberty to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| CopperRiver | DK | EZCNCT | Fix Connectivity Services CopperRiver to LEHM -- 94,400 domestic shares | 1.00 | $ 94.40 | $ 94.40 |
| Jefferies | CT | EZCNCT | Fix Connectivity Services Jefferies to LEHM -- 221,718 domestic shares | 1.00 | $ 221.72 | $ 221.72 |
| KayneAnderson | DL | EZCNCT | Fix Connectivity Services KayneAnderson to LEHM -- 226,433 domestic shares | 1.00 | $ 226.43 | $ 226.43 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated*
*invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle
Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 14 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| GJKCapital | CX | EZCNCT | Fix Connectivity Services GJKCapital to LEHM -- 1,206,289 domestic shares | 1.00 | $ 1,206.29 | $ 1,206.29 |
| Sivik | AP | EZCNCT | Fix Connectivity Services Sivik to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Wyper | DQ | EZCNCT | Fix Connectivity Services Wyper to LEHM -- 924,693 domestic shares | 1.00 | $ 924.69 | $ 924.69 |
| Peconic | DB | EZCNCT | Fix Connectivity Services Peconic to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Para | DT | EZCNCT | Fix Connectivity Services Para to LEHM -- 484,900 domestic shares | 1.00 | $ 484.90 | $ 484.90 |
| Pequot | V | EZCNCT | Fix Connectivity Services Pequot to LEHM -- 244,700 domestic shares | 1.00 | $ 244.70 | $ 244.70 |
| Fisher | BI | EZCNCT | Fix Connectivity Services Fisher to LEHM -- 568,482 domestic shares -- 361,535 international shares | 1.00 | $ 765.88 | $ 765.88 |
| Glenview | O | EZCNCT | Fix Connectivity Services Glenview to LEHM -- 4,059,979 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Trellus | AZ | EZCNCT | Fix Connectivity Services Trellus to LEHM -- 44,200,999 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Gotham | DW | EZCNCT | Fix Connectivity Services Gotham to LEHM -- 1,135,070 domestic shares | 1.00 | $ 1,135.07 | $ 1,135.07 |
| Cobalt | CB | EZCNCT | Fix Connectivity Services Cobalt to LEHM -- 1,427,500 domestic shares | 1.00 | $ 1,427.50 | $ 1,427.50 |
| StandardPacific | AF | EZCNCT | Fix Connectivity Services StandardPacific to LEHM -- 1,342,660 domestic shares -- 432,802 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Brookfield Redding | DV | EZCNCT | Fix Connectivity Services Brookfield Redding to LEHM -- 364,340 domestic shares -- 250,636 international shares | 1.00 | $ 669.71 | $ 669.71 |
| Palmyra | DU | EZCNCT | Fix Connectivity Services Palmyra to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| TigerGlobal | DR | EZCNCT | Fix Connectivity Services TigerGlobal to LEHM -- 12,365,780 domestic shares -- 2,799,000 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Rivanna | DM | EZCNCT | Fix Connectivity Services Rivanna to LEHM -- 50,000 domestic shares | 1.00 | $ 50.00 | $ 50.00 |
| Hunter | AW | EZCNCT | Fix Connectivity Services Hunter to LEHM -- 462,897 domestic shares | 1.00 | $ 462.90 | $ 462.90 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



**Eze Castle Transaction Services**

A Member of BNY ConvergEx Group

Member NASD, SIPC

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

| Bill To: | Lehman Brothers [EZCNCT] |
|---|---|
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 15 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Rockbay | BQ | EZCNCT | Fix Connectivity Services Rockbay to LEHM -- 260,714 domestic shares | 1.00 | $ 260.71 | $ 260.71 |
| EnTrust | DN | EZCNCT | Fix Connectivity Services EnTrust to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Jetstream | DS | EZCNCT | Fix Connectivity Services Jetstream to LEHM -- 438,000 domestic shares | 1.00 | $ 438.00 | $ 438.00 |
| Brahman | EA | EZCNCT | Fix Connectivity Services Brahman to LEHM -- 7,464,022 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Apex | ED | EZCNCT | Fix Connectivity Services Apex to LEHM -- 826,800 domestic shares | 1.00 | $ 826.80 | $ 826.80 |
| Buckingham | DZ | EZCNCT | Fix Connectivity Services Buckingham to LEHM -- 1,213,400 domestic shares | 1.00 | $ 1,213.40 | $ 1,213.40 |
| CastleRock | EB | EZCNCT | Fix Connectivity Services CastleRock to LEHM -- 1,386,038 domestic shares | 1.00 | $ 1,386.04 | $ 1,386.04 |
| Mercury | CZ | EZCNCT | Fix Connectivity Services Mercury to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| HomeField | ER | EZCNCT | Fix Connectivity Services HomeField to LEHM -- 63,618 domestic shares | 1.00 | $ 63.62 | $ 63.62 |
| AscendCapital | EM | EZCNCT | Fix Connectivity Services AscendCapital to LEHM -- 242,700 domestic shares | 1.00 | $ 242.70 | $ 242.70 |
| KettleHill | EL | EZCNCT | Fix Connectivity Services KettleHill to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Portolan | EK | EZCNCT | Fix Connectivity Services Portolan to LEHM -- 2,599,199 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| GPSPartners | ES | EZCNCT | Fix Connectivity Services GPSPartners to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| WRAInvestments | EV | EZCNCT | Fix Connectivity Services WRAInvestments to LEHM -- 145,000 domestic shares | 1.00 | $ 145.00 | $ 145.00 |
| ElmRidge | EH | EZCNCT | Fix Connectivity Services ElmRidge to LEHM -- 867,300 domestic shares | 1.00 | $ 867.30 | $ 867.30 |
| Impala | EG | EZCNCT | Fix Connectivity Services Impala to LEHM -- 8,651,513 domestic shares -- 1,518,376 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| LochCapital | EP | EZCNCT | Fix Connectivity Services LochCapital to LEHM -- 3,783,477 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| BromptonCross | EE | EZCNCT | Fix Connectivity Services BromptonCross to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Eminence | BG | EZCNCT | Fix Connectivity Services Eminence to LEHM -- 17,191,593 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 16 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Sequence | EQ | EZCNCT | Fix Connectivity Services Sequence to LEHM -- 551,445 domestic shares | 1.00 | $ 551.45 | $ 551.45 |
| DireXion | DY | EZCNCT | Fix Connectivity Services DireXion to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Ridgeback | EI | EZCNCT | Fix Connectivity Services Ridgeback to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| MoriartyCorp | ET | EZCNCT | Fix Connectivity Services MoriartyCorp to LEHM -- 104,500 domestic shares | 1.00 | $ 104.50 | $ 104.50 |
| DumaCapital | EY | EZCNCT | Fix Connectivity Services DumaCapital to LEHM -- 636,100 domestic shares | 1.00 | $ 636.10 | $ 636.10 |
| Clovis | DP | EZCNCT | Fix Connectivity Services Clovis to LEHM -- 759,300 domestic shares | 1.00 | $ 759.30 | $ 759.30 |
| Nicholas | FA | EZCNCT | Fix Connectivity Services Nicholas to LEHM -- 30,803 domestic shares | 1.00 | $ 30.80 | $ 30.80 |
| Ridgecrest | X | EZCNCT | Fix Connectivity Services Ridgecrest to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| DGCapital | I | EZCNCT | Fix Connectivity Services DGCapital to LEHM -- 2,819,084 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Ivory | EW | EZCNCT | Fix Connectivity Services Ivory to LEHM -- 684,000 domestic shares | 1.00 | $ 684.00 | $ 684.00 |
| IzaraCapital | EZ | EZCNCT | Fix Connectivity Services IzaraCapital to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| TouradjiCapital | FB | EZCNCT | Fix Connectivity Services TouradjiCapital to LEHM -- 874,800 domestic shares | 1.00 | $ 874.80 | $ 874.80 |
| SandlerONeill | EX | EZCNCT | Fix Connectivity Services SandlerONeill to LEHM -- 332,512 domestic shares | 1.00 | $ 332.51 | $ 332.51 |
| ScoutCapital | FE | EZCNCT | Fix Connectivity Services ScoutCapital to LEHM -- 385,800 domestic shares | 1.00 | $ 385.80 | $ 385.80 |
| StrataCapital | FL | EZCNCT | Fix Connectivity Services StrataCapital to LEHM -- 228,420 domestic shares | 1.00 | $ 228.42 | $ 228.42 |
| PerryCapital | FC | EZCNCT | Fix Connectivity Services PerryCapital to LEHM -- 4,703,321 domestic shares -- 67,426 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| OchZiff | T | EZCNCT | Fix Connectivity Services OchZiff to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| Cumberland | BE | EZCNCT | Fix Connectivity Services Cumberland to LEHM -- 545,183 domestic shares | 1.00 | $ 545.18 | $ 545.18 |
| PAWPartners | AV | EZCNCT | Fix Connectivity Services PAWPartners to LEHM -- 988,000 domestic shares | 1.00 | $ 988.00 | $ 988.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com



*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*

| | |
|---|---|
| **Bill To:** Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com | |

| **Invoice #** | **Terms** | **Currency** |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| BlackstoneKailix | FI | EZCNCT | Fix Connectivity Services BlackstoneKailix to LEHM -- 528,285 domestic shares | 1.00 | $ 528.29 | $ 528.29 |
| York | AD | EZCNCT | Fix Connectivity Services York to LEHM -- 250,000 domestic shares -- 200,000 international shares | 1.00 | $ 1,906.61 | $ 1,906.61 |
| HealthCor | FG | EZCNCT | Fix Connectivity Services HealthCor to LEHM -- 514,311 domestic shares | 1.00 | $ 514.31 | $ 514.31 |
| Tribeca | CW | EZCNCT | Fix Connectivity Services Tribeca to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| WilliamsEurope | EF | EZCNCT | Fix Connectivity Services WilliamsEurope to LEHM -- 309,000 domestic shares -- 1,769,216 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| BlueRidge | DX | EZCNCT | Fix Connectivity Services BlueRidge to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| Camelot | C | EZCNCT | Fix Connectivity Services Camelot to LEHM -- Non-Transactional Connection | 1.00 | $ 500.00 | $ 500.00 |
| DodgeAndCox | J | EZCNCT | Fix Connectivity Services DodgeAndCox to LEHM -- 400,000 domestic shares | 1.00 | $ 400.00 | $ 400.00 |
| JANAPartners | FJ | EZCNCT | Fix Connectivity Services JANAPartners to LEHM -- 3,592,220 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| ArkAsset | FD | EZCNCT | Fix Connectivity Services ArkAsset to LEHM -- 334,972 domestic shares | 1.00 | $ 334.97 | $ 334.97 |
| JGoldman | FM | EZCNCT | Fix Connectivity Services JGoldman to LEHM -- 2,357,360 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Farallon | EC | EZCNCT | Fix Connectivity Services Farallon to LEHM -- 1,402,200 domestic shares | 1.00 | $ 1,402.20 | $ 1,402.20 |
| MSDCapital | BC | EZCNCT | Fix Connectivity Services MSDCapital to LEHM -- 321,500 domestic shares | 1.00 | $ 321.50 | $ 321.50 |
| EnsoCapital | FO | EZCNCT | Fix Connectivity Services EnsoCapital to LEHM -- 102,700 domestic shares | 1.00 | $ 102.70 | $ 102.70 |
| FocusedInvestors | FN | EZCNCT | Fix Connectivity Services FocusedInvestors to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| OspraieManagement | EU | EZCNCT | Fix Connectivity Services OspraieManagement to LEHM -- 1,408,900 domestic shares -- 850,000 international shares | 1.00 | $ 1,694.03 | $ 1,694.03 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

**Eze Castle
Transaction Services**

A Member of BNY ConvergEx Group

Member NASD. SIPC

*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32032 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 09/08/2008 | 10/08/2008 | $ 170,250.65 |
| **Service Start** | **Service End** | **Invoice Status** |
| 08/01/2008 | 08/31/2008 | Open |

Page 18 of 21

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| BalyasnyAsset | FQ | EZCNCT | Fix Connectivity Services BalyasnyAsset to LEHM -- 50,484,917 domestic shares -- 21,758,372 international shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| Centurion | BH | EZCNCT | Fix Connectivity Services Centurion to LEHM -- 3,063,630 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| OldLane | FU | EZCNCT | Fix Connectivity Services OldLane to LEHM -- 852,700 domestic shares | 1.00 | $ 852.70 | $ 852.70 |
| FirstQ | EN | EZCNCT | Fix Connectivity Services FirstQ to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| ValueAct | FT | EZCNCT | Fix Connectivity Services ValueAct to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| TigerVeda | FW | EZCNCT | Fix Connectivity Services TigerVeda to LEHM -- 225,000 domestic shares | 1.00 | $ 225.00 | $ 225.00 |
| CliffwoodPartners | FP | EZCNCT | Fix Connectivity Services CliffwoodPartners to LEHM -- 217,500 domestic shares | 1.00 | $ 217.50 | $ 217.50 |
| Delta | CN | EZCNCT | Fix Connectivity Services Delta to LEHM -- 1,545,927 domestic shares | 1.00 | $ 1,545.93 | $ 1,545.93 |
| LuminusManagement | FS | EZCNCT | Fix Connectivity Services LuminusManagement to LEHM -- 606,500 domestic shares | 1.00 | $ 606.50 | $ 606.50 |
| SamlynCapital | FV | EZCNCT | Fix Connectivity Services SamlynCapital to LEHM -- 2,109,000 domestic shares -- Cap Applied | 1.00 | $ 2,000.00 | $ 2,000.00 |
| MillerJacobs | FX | EZCNCT | Fix Connectivity Services MillerJacobs to LEHM -- 463,000 domestic shares | 1.00 | $ 463.00 | $ 463.00 |
| Hayground | CM | EZCNCT | Fix Connectivity Services Hayground to LEHM -- 37,400 domestic shares | 1.00 | $ 37.40 | $ 37.40 |
| EnergyIncome | FK | EZCNCT | Fix Connectivity Services EnergyIncome to LEHM | 1.00 | $ 0.00 | $ 0.00 |
| SandelmanPartners | GC | EZCNCT | Fix Connectivity Services SandelmanPartners to LEHM -- 58,000 domestic shares | 1.00 | $ 58.00 | $ 58.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle
Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| | |
|---|---|
| **Subtotal** | $170,250.65 |
| **Sales Tax** | $0.00 |
| **Invoice Total** | $170,250.65 |
| **Credit / Pmt Applied** | $0.00 |
| **Total Due** | $170,250.65 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated
invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle
Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Total Due to Eze Castle Transaction Services: | $179,945.25 |
|---|---|

---

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Total Amount Due:**     **$179,945.25**