

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT] |
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
|---|---|---|
| 32121 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $408.90 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 1 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| GeneralMotors | A | FUTURES | Futures -- EzeConnect GeneralMotors to LEHM | 1.00 | $0.00 | $0.00 |
| Everest | B | FUTURES | Futures -- EzeConnect Everest to LEHM | 1.00 | $0.00 | $0.00 |
| PlinthosCapital | C | FUTURES | Futures -- EzeConnect PlinthosCapital to LEHM -- 758 domestic contracts -- 3,331 international contracts | 1.00 | $408.90 | $408.90 |

| | |
|---|---|
| Subtotal | $408.90 |
| Sales Tax | $0.00 |
| Invoice Total | $408.90 |
| Credit / Pmt Applied | $0.00 |
| Total Due | $408.90 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice # | Terms | Currency |
|---|---|---|
| 32134 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $8,147.90 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 2 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Camelot | A | OPTIONS | Options -- EzeConnect Camelot to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Frontpoint | B | OPTIONS | Options -- EzeConnect Frontpoint to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| NorthSound | C | OPTIONS | Options -- EzeConnect NorthSound to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Artis | D | OPTIONS | Options -- EzeConnect Artis to LEHM -- 66,479 domestic contracts | 1.00 | $6,647.90 | $6,647.90 |
| CopperRiver | E | OPTIONS | Options -- EzeConnect CopperRiver to LEHM | 1.00 | $0.00 | $0.00 |
| ScoutCapital | F | OPTIONS | Options -- EzeConnect ScoutCapital to LEHM | 1.00 | $0.00 | $0.00 |
| RoundTable | G | OPTIONS | Options -- EzeConnect RoundTable to LEHM | 1.00 | $0.00 | $0.00 |
| Visium | H | OPTIONS | Options -- EzeConnect Visium to LEHM | 1.00 | $0.00 | $0.00 |

| | |
|---|---|
| Subtotal | $8,147.90 |
| Sales Tax | $0.00 |
| Invoice Total | $8,147.90 |
| Credit / Pmt Applied | $0.00 |
| Total Due | $8,147.90 |

FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

Eze Castle Transaction Services
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 3 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Brookside | A | EZCNCT | Fix Connectivity Services Brookside to LEHM -- 200,000 domestic shares -- 825,000 international shares | 1.00 | $395.11 | $395.11 |
| Cadence | B | EZCNCT | Fix Connectivity Services Cadence to LEHM | 1.00 | $0.00 | $0.00 |
| Camelot | C | EZCNCT | Fix Connectivity Services Camelot to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| CFGlobal | D | EZCNCT | Fix Connectivity Services CFGlobal to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| ColumbusCircle | E | EZCNCT | Fix Connectivity Services ColumbusCircle to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Berkowitz | F | EZCNCT | Fix Connectivity Services Berkowitz to LEHM -- 90,000 domestic shares | 1.00 | $90.00 | $90.00 |
| Dalton | G | EZCNCT | Fix Connectivity Services Dalton to LEHM | 1.00 | $0.00 | $0.00 |
| DenverInvestment | H | EZCNCT | Fix Connectivity Services DenverInvestment to LEHM -- 529,874 domestic shares | 1.00 | $529.87 | $529.87 |
| DGCapital | I | EZCNCT | Fix Connectivity Services DGCapital to LEHM -- 1,532,337 domestic shares | 1.00 | $1,532.34 | $1,532.34 |
| DodgeAndCox | J | EZCNCT | Fix Connectivity Services DodgeAndCox to LEHM -- 1,312,842 domestic shares -- 100,000 international shares | 1.00 | $1,504.81 | $1,504.81 |
| Fidelity | K | EZCNCT | Fix Connectivity Services Fidelity to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Firsthand | L | EZCNCT | Fix Connectivity Services Firsthand to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| AGAsset | M | EZCNCT | Fix Connectivity Services AGAsset to LEHM -- 448,797 domestic shares | 1.00 | $448.80 | $448.80 |
| Galleon | N | EZCNCT | Fix Connectivity Services Galleon to LEHM -- 2,457,300 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Glenview | O | EZCNCT | Fix Connectivity Services Glenview to LEHM -- 2,181,208 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Independence | P | EZCNCT | Fix Connectivity Services Independence to LEHM | 1.00 | $0.00 | $0.00 |
| Indus | Q | EZCNCT | Fix Connectivity Services Indus to LEHM -- 338,400 domestic shares -- 4,228,503 international shares | 1.00 | $1,851.08 | $1,851.08 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331



Eze Castle Transaction Services
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com | | |
|---|---|---|---|
| **Invoice #** | **Terms** | **Currency** | |
| 32150 | NET30 | USD | |
| **Invoice Date** | **Due Date** | **Total Due** | |
| 10/06/2008 | 11/05/2008 | $128,945.73 | |
| **Service Start** | **Service End** | **Invoice Status** | |
| 09/01/2008 | 09/22/2008 | Open | |

Page 4 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Intrepid | R | EZCNCT | Fix Connectivity Services Intrepid to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| JLFAsset | S | EZCNCT | Fix Connectivity Services JLFAsset to LEHM -- 2,644,853 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Oaktree | T | EZCNCT | Fix Connectivity Services Oaktree to LEHM | 1.00 | $0.00 | $0.00 |
| OchZiff | U | EZCNCT | Fix Connectivity Services OchZiff to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Oracle | V | EZCNCT | Fix Connectivity Services Oracle to LEHM | 1.00 | $0.00 | $0.00 |
| Pequot | W | EZCNCT | Fix Connectivity Services Pequot to LEHM | 1.00 | $0.00 | $0.00 |
| Peregrine | X | EZCNCT | Fix Connectivity Services Peregrine to LEHM -- 11,400 domestic shares | 1.00 | $11.40 | $11.40 |
| Ridgecrest | Y | EZCNCT | Fix Connectivity Services Ridgecrest to LEHM | 1.00 | $0.00 | $0.00 |
| Sirios | Z | EZCNCT | Fix Connectivity Services Sirios to LEHM -- 3,443,440 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Symphony | AA | EZCNCT | Fix Connectivity Services Symphony to LEHM -- 133,151 domestic shares | 1.00 | $133.15 | $133.15 |
| VanWagoner | AB | EZCNCT | Fix Connectivity Services VanWagoner to LEHM | 1.00 | $0.00 | $0.00 |
| Vinik | AC | EZCNCT | Fix Connectivity Services Vinik to LEHM -- 8,159,119 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| WilliamsTrading | AD | EZCNCT | Fix Connectivity Services WilliamsTrading to LEHM -- 400,200 domestic shares | 1.00 | $400.20 | $400.20 |
| York | AE | EZCNCT | Fix Connectivity Services York to LEHM | 1.00 | $0.00 | $0.00 |
| ZweigHedge | AF | EZCNCT | Fix Connectivity Services ZweigHedge to LEHM -- 965,500 domestic shares | 1.00 | $965.50 | $965.50 |
| StandardPacific | AG | EZCNCT | Fix Connectivity Services StandardPacific to LEHM -- 251,989 domestic shares -- 769,000 international shares | 1.00 | $1,007.53 | $1,007.53 |
| Dawson | AH | EZCNCT | Fix Connectivity Services Dawson to LEHM | 1.00 | $0.00 | $0.00 |
| Duquesne | AI | EZCNCT | Fix Connectivity Services Duquesne to LEHM -- 7,701,825 domestic shares -- 667,950 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| TheBostonCo | AJ | EZCNCT | Fix Connectivity Services TheBostonCo to LEHM -- 2,436,582 domestic shares -- 42,650 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT] |
| --- | --- |
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
| --- | --- | --- |
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 5 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
| --- | --- | --- | --- | --- | --- | --- |
| Essex | AK | EZCNCT | Fix Connectivity Services Essex to LEHM -- 156,462 domestic shares | 1.00 | $59.08 | $59.08 |
| Deerfield | AL | EZCNCT | Fix Connectivity Services Deerfield to LEHM -- 5,700 domestic shares | 1.00 | $55.60 | $55.60 |
| Adage | AM | EZCNCT | Fix Connectivity Services Adage to LEHM -- 3,412,721 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| GeneralMotors | AN | EZCNCT | Fix Connectivity Services GeneralMotors to LEHM -- 13,500 domestic shares | 1.00 | $13.50 | $13.50 |
| Frontier | AO | EZCNCT | Fix Connectivity Services Frontier to LEHM -- 173,900 domestic shares | 1.00 | $173.90 | $173.90 |
| GreenwichPrime | AP | EZCNCT | Fix Connectivity Services GreenwichPrime to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Sivik | AQ | EZCNCT | Fix Connectivity Services Sivik to LEHM | 1.00 | $0.00 | $0.00 |
| Frontpoint | AR | EZCNCT | Fix Connectivity Services Frontpoint to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| CompoundCapital | AS | EZCNCT | Fix Connectivity Services CompoundCapital to LEHM -- 220,000 domestic shares | 1.00 | $220.00 | $220.00 |
| Eastbourne | AT | EZCNCT | Fix Connectivity Services Eastbourne to LEHM -- 1,143,848 domestic shares | 1.00 | $1,143.85 | $1,143.85 |
| Andor | AU | EZCNCT | Fix Connectivity Services Andor to LEHM | 1.00 | $0.00 | $0.00 |
| Highline | AV | EZCNCT | Fix Connectivity Services Highline to LEHM -- 540,600 domestic shares | 1.00 | $540.60 | $540.60 |
| PAWPartners | AW | EZCNCT | Fix Connectivity Services PAWPartners to LEHM -- 976,700 domestic shares | 1.00 | $789.60 | $789.60 |
| Hunter | AX | EZCNCT | Fix Connectivity Services Hunter to LEHM -- 288,959 domestic shares | 1.00 | $288.96 | $288.96 |
| Stonebrook | AY | EZCNCT | Fix Connectivity Services Stonebrook to LEHM | 1.00 | $0.00 | $0.00 |
| LeeMunder | AZ | EZCNCT | Fix Connectivity Services LeeMunder to LEHM | 1.00 | $0.00 | $0.00 |
| Trellus | BA | EZCNCT | Fix Connectivity Services Trellus to LEHM -- 27,738,950 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Viking | BB | EZCNCT | Fix Connectivity Services Viking to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Viking | BC | EZCNCT | Fix Connectivity Services Viking to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



**Eze Castle Transaction Services**
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 6 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| MSDCapital | BD | EZCNCT | Fix Connectivity Services MSDCapital to LEHM -- 435,000 domestic shares | 1.00 | $435.00 | $435.00 |
| Avesta | BE | EZCNCT | Fix Connectivity Services Avesta to LEHM -- 790,000 domestic shares | 1.00 | $790.00 | $790.00 |
| Cumberland | BF | EZCNCT | Fix Connectivity Services Cumberland to LEHM -- 1,127,800 domestic shares | 1.00 | $1,127.80 | $1,127.80 |
| Tremblant | BG | EZCNCT | Fix Connectivity Services Tremblant to LEHM -- 75,000 domestic shares | 1.00 | $75.00 | $75.00 |
| Kingdon | BH | EZCNCT | Fix Connectivity Services Kingdon to LEHM -- 1,829,100 domestic shares -- 105,000 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Eminence | BI | EZCNCT | Fix Connectivity Services Eminence to LEHM -- 24,452,318 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Centurion | BJ | EZCNCT | Fix Connectivity Services Centurion to LEHM -- 1,466,690 domestic shares | 1.00 | $1,466.69 | $1,466.69 |
| Fisher | BK | EZCNCT | Fix Connectivity Services Fisher to LEHM -- 90,155 domestic shares | 1.00 | $90.16 | $90.16 |
| Alydar | BL | EZCNCT | Fix Connectivity Services Alydar to LEHM -- 863,114 domestic shares | 1.00 | $763.11 | $763.11 |
| Kaintuck | BM | EZCNCT | Fix Connectivity Services Kaintuck to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Cavalry | BN | EZCNCT | Fix Connectivity Services Cavalry to LEHM | 1.00 | $0.00 | $0.00 |
| NorthSound | BO | EZCNCT | Fix Connectivity Services NorthSound to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| NorthSound | BP | EZCNCT | Fix Connectivity Services NorthSound to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| StateofGeorgia | BQ | EZCNCT | Fix Connectivity Services StateofGeorgia to LEHM -- 1,394,825 domestic shares | 1.00 | $1,394.83 | $1,394.83 |
| Arience | BR | EZCNCT | Fix Connectivity Services Arience to LEHM -- 400,797 domestic shares | 1.00 | $400.80 | $400.80 |
| Level | BS | EZCNCT | Fix Connectivity Services Level to LEHM -- 2,180,000 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Rockbay | BT | EZCNCT | Fix Connectivity Services Rockbay to LEHM -- 140,000 domestic shares | 1.00 | $140.00 | $140.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 7 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Liberty | BU | EZCNCT | Fix Connectivity Services Liberty to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Liberty | BV | EZCNCT | Fix Connectivity Services Liberty to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Seasons | BW | EZCNCT | Fix Connectivity Services Seasons to LEHM -- 169,365 domestic shares | 1.00 | $169.37 | $169.37 |
| Highfields | BX | EZCNCT | Fix Connectivity Services Highfields to LEHM -- 1,200,009 domestic shares | 1.00 | $1,200.01 | $1,200.01 |
| Botti | BY | EZCNCT | Fix Connectivity Services Botti to LEHM -- 25,000 domestic shares | 1.00 | $25.00 | $25.00 |
| Karsch | BZ | EZCNCT | Fix Connectivity Services Karsch to LEHM -- 2,471,291 domestic shares -- 907,000 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Maverick | CA | EZCNCT | Fix Connectivity Services Maverick to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Maverick | CB | EZCNCT | Fix Connectivity Services Maverick to LEHM -- Non-Transactional Connection | 1.00 | $500.00 | $500.00 |
| Cantillon | CC | EZCNCT | Fix Connectivity Services Cantillon to LEHM -- 1,894,125 domestic shares | 1.00 | $1,894.13 | $1,894.13 |
| Chilton | CD | EZCNCT | Fix Connectivity Services Chilton to LEHM -- 3,743,376 domestic shares -- 341,042 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Cobalt | CE | EZCNCT | Fix Connectivity Services Cobalt to LEHM -- 897,600 domestic shares | 1.00 | $897.60 | $897.60 |
| Brant | CF | EZCNCT | Fix Connectivity Services Brant to LEHM | 1.00 | $0.00 | $0.00 |
| Highside | CG | EZCNCT | Fix Connectivity Services Highside to LEHM -- 540,000 domestic shares | 1.00 | $540.00 | $540.00 |
| Trafelet | CH | EZCNCT | Fix Connectivity Services Trafelet to LEHM -- 100,000 domestic shares | 1.00 | $100.00 | $100.00 |
| Basswood | CI | EZCNCT | Fix Connectivity Services Basswood to LEHM -- 320,687 domestic shares | 1.00 | $320.69 | $320.69 |
| JMPAsset | CJ | EZCNCT | Fix Connectivity Services JMPAsset to LEHM | 1.00 | $0.00 | $0.00 |
| Hoplite | CK | EZCNCT | Fix Connectivity Services Hoplite to LEHM -- 4,586,452 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Colonial | CL | EZCNCT | Fix Connectivity Services Colonial to LEHM | 1.00 | $0.00 | $0.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

Eze Castle Transaction Services
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT] |
|---|---|
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 8 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Tudor | CM | EZCNCT | Fix Connectivity Services Tudor to LEHM -- 581,688 domestic shares | 1.00 | $581.69 | $581.69 |
| Porter | CN | EZCNCT | Fix Connectivity Services Porter to LEHM | 1.00 | $0.00 | $0.00 |
| Coatue | CO | EZCNCT | Fix Connectivity Services Coatue to LEHM | 1.00 | $0.00 | $0.00 |
| Hayground | CP | EZCNCT | Fix Connectivity Services Hayground to LEHM | 1.00 | $0.00 | $0.00 |
| Delta | CQ | EZCNCT | Fix Connectivity Services Delta to LEHM -- 329,900 domestic shares | 1.00 | $329.90 | $329.90 |
| Shumway | CR | EZCNCT | Fix Connectivity Services Shumway to LEHM -- 11,497,111 domestic shares -- 3,012,923 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Bleichroeder | CS | EZCNCT | Fix Connectivity Services Bleichroeder to LEHM | 1.00 | $0.00 | $0.00 |
| Trivium | CT | EZCNCT | Fix Connectivity Services Trivium to LEHM -- 757,724 domestic shares | 1.00 | $757.72 | $757.72 |
| Empyrean | CU | EZCNCT | Fix Connectivity Services Empyrean to LEHM -- 1,286,000 domestic shares | 1.00 | $1,286.00 | $1,286.00 |
| Skylands | CV | EZCNCT | Fix Connectivity Services Skylands to LEHM | 1.00 | $0.00 | $0.00 |
| Jefferies | CW | EZCNCT | Fix Connectivity Services Jefferies to LEHM -- 145,000 domestic shares | 1.00 | $145.00 | $145.00 |
| Clough | CX | EZCNCT | Fix Connectivity Services Clough to LEHM -- 21,800 domestic shares | 1.00 | $21.80 | $21.80 |
| BridgerCapital | CY | EZCNCT | Fix Connectivity Services BridgerCapital to LEHM | 1.00 | $0.00 | $0.00 |
| Tribeca | CZ | EZCNCT | Fix Connectivity Services Tribeca to LEHM | 1.00 | $0.00 | $0.00 |
| GJKCapital | DA | EZCNCT | Fix Connectivity Services GJKCapital to LEHM -- 549,900 domestic shares | 1.00 | $549.90 | $549.90 |
| Partner | DB | EZCNCT | Fix Connectivity Services Partner to LEHM -- 8,217,134 domestic shares -- 469,439 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Mercury | DC | EZCNCT | Fix Connectivity Services Mercury to LEHM -- 195,000 international shares | 1.00 | $51.49 | $51.49 |
| Wexford | DD | EZCNCT | Fix Connectivity Services Wexford to LEHM -- 118,100 domestic shares | 1.00 | $118.10 | $118.10 |
| Peconic | DE | EZCNCT | Fix Connectivity Services Peconic to LEHM -- 851,200 domestic shares | 1.00 | $851.20 | $851.20 |
| Everest | DF | EZCNCT | Fix Connectivity Services Everest to LEHM | 1.00 | $0.00 | $0.00 |

FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

Eze Castle Transaction Services
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 9 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Fontana | DG | EZCNCT | Fix Connectivity Services Fontana to LEHM -- 172,500 domestic shares | 1.00 | $172.50 | $172.50 |
| Artis | DH | EZCNCT | Fix Connectivity Services Artis to LEHM | 1.00 | $0.00 | $0.00 |
| WSCapital | DI | EZCNCT | Fix Connectivity Services WSCapital to LEHM -- 453,500 domestic shares | 1.00 | $453.50 | $453.50 |
| CedarHill | DJ | EZCNCT | Fix Connectivity Services CedarHill to LEHM -- 136,800 domestic shares | 1.00 | $136.80 | $136.80 |
| Cyrus | DK | EZCNCT | Fix Connectivity Services Cyrus to LEHM | 1.00 | $0.00 | $0.00 |
| SterlingJohnston | DL | EZCNCT | Fix Connectivity Services SterlingJohnston to LEHM | 1.00 | $0.00 | $0.00 |
| Prentice | DM | EZCNCT | Fix Connectivity Services Prentice to LEHM | 1.00 | $0.00 | $0.00 |
| CopperRiver | DN | EZCNCT | Fix Connectivity Services CopperRiver to LEHM -- 253,019 domestic shares | 1.00 | $253.02 | $253.02 |
| KayneAnderson | DO | EZCNCT | Fix Connectivity Services KayneAnderson to LEHM -- 104,576 domestic shares | 1.00 | $104.58 | $104.58 |
| Rivanna | DP | EZCNCT | Fix Connectivity Services Rivanna to LEHM | 1.00 | $0.00 | $0.00 |
| EnTrust | DQ | EZCNCT | Fix Connectivity Services EnTrust to LEHM -- 137,600 domestic shares | 1.00 | $137.60 | $137.60 |
| Noble | DR | EZCNCT | Fix Connectivity Services Noble to LEHM -- 477,200 domestic shares | 1.00 | $477.20 | $477.20 |
| Clovis | DS | EZCNCT | Fix Connectivity Services Clovis to LEHM -- 100,000 domestic shares | 1.00 | $100.00 | $100.00 |
| Wyper | DT | EZCNCT | Fix Connectivity Services Wyper to LEHM -- 1,918,593 domestic shares | 1.00 | $1,918.59 | $1,918.59 |
| TigerGlobal | DU | EZCNCT | Fix Connectivity Services TigerGlobal to LEHM -- 8,463,161 domestic shares -- 5,904,000 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Jetstream | DV | EZCNCT | Fix Connectivity Services Jetstream to LEHM -- 1,422,600 domestic shares | 1.00 | $1,422.60 | $1,422.60 |
| Para | DW | EZCNCT | Fix Connectivity Services Para to LEHM -- 375,000 domestic shares | 1.00 | $300.00 | $300.00 |
| Palmyra | DX | EZCNCT | Fix Connectivity Services Palmyra to LEHM | 1.00 | $0.00 | $0.00 |
| Brookfield Redding | DY | EZCNCT | Fix Connectivity Services Brookfield Redding to LEHM -- 224,086 domestic shares | 1.00 | $224.09 | $224.09 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

Eze Castle Transaction Services
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

**Bill To:** Lehman Brothers [EZCNCT]
Attn: Accounts Payable
Image Processing Systems
C/O Lehman Brothers
Equities Brokerage P.O. Box 2397
Secaucus, NJ 07094
TCE_Equity_Team@lehman.com

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 10 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Gotham | DZ | EZCNCT | Fix Connectivity Services Gotham to LEHM -- 209,287 domestic shares | 1.00 | $209.29 | $209.29 |
| BlueRidge | EA | EZCNCT | Fix Connectivity Services BlueRidge to LEHM -- 720,000 domestic shares | 1.00 | $720.00 | $720.00 |
| DireXion | EB | EZCNCT | Fix Connectivity Services DireXion to LEHM | 1.00 | $0.00 | $0.00 |
| Buckingham | EC | EZCNCT | Fix Connectivity Services Buckingham to LEHM -- 332,500 domestic shares | 1.00 | $332.50 | $332.50 |
| Brahman | ED | EZCNCT | Fix Connectivity Services Brahman to LEHM -- 251,300 domestic shares | 1.00 | $251.30 | $251.30 |
| CastleRock | EE | EZCNCT | Fix Connectivity Services CastleRock to LEHM -- 1,778,532 domestic shares | 1.00 | $1,778.53 | $1,778.53 |
| Farallon | EF | EZCNCT | Fix Connectivity Services Farallon to LEHM -- 105,390 domestic shares | 1.00 | $105.39 | $105.39 |
| Apex | EG | EZCNCT | Fix Connectivity Services Apex to LEHM -- 400,000 domestic shares | 1.00 | $400.00 | $400.00 |
| BromptonCross | EH | EZCNCT | Fix Connectivity Services BromptonCross to LEHM | 1.00 | $0.00 | $0.00 |
| WilliamsEurope | EI | EZCNCT | Fix Connectivity Services WilliamsEurope to LEHM -- 238,397 domestic shares -- 1,803,589 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Impala | EJ | EZCNCT | Fix Connectivity Services Impala to LEHM -- 3,244,357 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| ElmRidge | EK | EZCNCT | Fix Connectivity Services ElmRidge to LEHM -- 1,995,400 domestic shares | 1.00 | $1,995.40 | $1,995.40 |
| Ridgeback | EL | EZCNCT | Fix Connectivity Services Ridgeback to LEHM | 1.00 | $0.00 | $0.00 |
| Centaurus | EM | EZCNCT | Fix Connectivity Services Centaurus to LEHM | 1.00 | $0.00 | $0.00 |
| Portolan | EN | EZCNCT | Fix Connectivity Services Portolan to LEHM -- 658,735 domestic shares | 1.00 | $658.74 | $658.74 |
| KettleHill | EO | EZCNCT | Fix Connectivity Services KettleHill to LEHM | 1.00 | $0.00 | $0.00 |
| AscendCapital | EP | EZCNCT | Fix Connectivity Services AscendCapital to LEHM -- 39,000 domestic shares | 1.00 | $39.00 | $39.00 |
| FirstQ | EQ | EZCNCT | Fix Connectivity Services FirstQ to LEHM | 1.00 | $0.00 | $0.00 |
| ArthaCapital | ER | EZCNCT | Fix Connectivity Services ArthaCapital to LEHM | 1.00 | $0.00 | $0.00 |
| LochCapital | ES | EZCNCT | Fix Connectivity Services LochCapital to LEHM -- 463,000 domestic shares | 1.00 | $463.00 | $463.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

Eze Castle Transaction Services
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT] |
|---|---|
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 11 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| Sequence | ET | EZCNCT | Fix Connectivity Services Sequence to LEHM -- 58,073 domestic shares | 1.00 | $58.07 | $58.07 |
| HomeField | EU | EZCNCT | Fix Connectivity Services HomeField to LEHM -- 274,900 domestic shares | 1.00 | $274.90 | $274.90 |
| MoriartyCorp | EV | EZCNCT | Fix Connectivity Services MoriartyCorp to LEHM | 1.00 | $0.00 | $0.00 |
| OspraieManagement | EW | EZCNCT | Fix Connectivity Services OspraieManagement to LEHM | 1.00 | $0.00 | $0.00 |
| WRAInvestments | EX | EZCNCT | Fix Connectivity Services WRAInvestments to LEHM -- 74,500 domestic shares | 1.00 | $74.50 | $74.50 |
| Ivory | EY | EZCNCT | Fix Connectivity Services Ivory to LEHM -- 3,771,453 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| SandlerONeill | EZ | EZCNCT | Fix Connectivity Services SandlerONeill to LEHM -- 1,134,910 domestic shares | 1.00 | $1,134.91 | $1,134.91 |
| DumaCapital | FA | EZCNCT | Fix Connectivity Services DumaCapital to LEHM -- 256,900 domestic shares | 1.00 | $256.90 | $256.90 |
| IzaraCapital | FB | EZCNCT | Fix Connectivity Services IzaraCapital to LEHM | 1.00 | $0.00 | $0.00 |
| Nicholas | FC | EZCNCT | Fix Connectivity Services Nicholas to LEHM | 1.00 | $0.00 | $0.00 |
| TouradjiCapital | FD | EZCNCT | Fix Connectivity Services TouradjiCapital to LEHM -- 814,900 domestic shares | 1.00 | $814.90 | $814.90 |
| PerryCapital | FE | EZCNCT | Fix Connectivity Services PerryCapital to LEHM -- 1,766,822 domestic shares | 1.00 | $1,766.82 | $1,766.82 |
| ArkAsset | FF | EZCNCT | Fix Connectivity Services ArkAsset to LEHM -- 40,350 domestic shares | 1.00 | $40.35 | $40.35 |
| ScoutCapital | FG | EZCNCT | Fix Connectivity Services ScoutCapital to LEHM | 1.00 | $0.00 | $0.00 |
| PassportCapital | FH | EZCNCT | Fix Connectivity Services PassportCapital to LEHM -- 1,009,665 domestic shares | 1.00 | $1,009.67 | $1,009.67 |
| HealthCor | FI | EZCNCT | Fix Connectivity Services HealthCor to LEHM -- 386,975 domestic shares | 1.00 | $386.98 | $386.98 |
| EmergingSovereign | FJ | EZCNCT | Fix Connectivity Services EmergingSovereign to LEHM -- 4,483,000 International shares | 1.00 | $104.48 | $104.48 |
| BlackstoneKailix | FK | EZCNCT | Fix Connectivity Services BlackstoneKailix to LEHM -- 750,000 domestic shares | 1.00 | $750.00 | $750.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT] |
| --- | --- |
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
| --- | --- | --- |
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 12 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
| --- | --- | --- | --- | --- | --- | --- |
| JANAPartners | FL | EZCNCT | Fix Connectivity Services JANAPartners to LEHM -- 2,902,729 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| EnergyIncome | FM | EZCNCT | Fix Connectivity Services EnergyIncome to LEHM -- 213,354 domestic shares | 1.00 | $208.35 | $208.35 |
| StrataCapital | FN | EZCNCT | Fix Connectivity Services StrataCapital to LEHM | 1.00 | $0.00 | $0.00 |
| S2Technology | FO | EZCNCT | Fix Connectivity Services S2Technology to LEHM -- 95,100 domestic shares | 1.00 | $95.10 | $95.10 |
| JGoldman | FP | EZCNCT | Fix Connectivity Services JGoldman to LEHM -- 822,540 domestic shares | 1.00 | $775.97 | $775.97 |
| FocusedInvestors | FQ | EZCNCT | Fix Connectivity Services FocusedInvestors to LEHM | 1.00 | $0.00 | $0.00 |
| EnsoCapital | FR | EZCNCT | Fix Connectivity Services EnsoCapital to LEHM -- 339,270 domestic shares | 1.00 | $339.27 | $339.27 |
| CliffwoodPartners | FS | EZCNCT | Fix Connectivity Services CliffwoodPartners to LEHM -- 23,800 domestic shares | 1.00 | $23.80 | $23.80 |
| BalyasnyAsset | FT | EZCNCT | Fix Connectivity Services BalyasnyAsset to LEHM -- 29,911,205 domestic shares -- 21,529,774 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| MiuraGlobal | FU | EZCNCT | Fix Connectivity Services MiuraGlobal to LEHM -- 2,060,000 domestic shares -- 646,200 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| LuminusManagement | FV | EZCNCT | Fix Connectivity Services LuminusManagement to LEHM -- 576,900 domestic shares | 1.00 | $576.90 | $576.90 |
| ValueAct | FW | EZCNCT | Fix Connectivity Services ValueAct to LEHM | 1.00 | $0.00 | $0.00 |
| OldLane | FX | EZCNCT | Fix Connectivity Services OldLane to LEHM -- 356,100 domestic shares | 1.00 | $356.10 | $356.10 |
| SamlynCapital | FY | EZCNCT | Fix Connectivity Services SamlynCapital to LEHM -- 980,759 domestic shares | 1.00 | $937.76 | $937.76 |
| TigerVeda | FZ | EZCNCT | Fix Connectivity Services TigerVeda to LEHM | 1.00 | $0.00 | $0.00 |
| MillerJacobs | GA | EZCNCT | Fix Connectivity Services MillerJacobs to LEHM -- 55,000 domestic shares | 1.00 | $55.00 | $55.00 |
| WilliamsHongKong | GB | EZCNCT | Fix Connectivity Services WilliamsHongKong to LEHM -- 198,521 international shares | 1.00 | $375.02 | $375.02 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 13 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| AristosCapital | GC | EZCNCT | Fix Connectivity Services AristosCapital to LEHM | 1.00 | $0.00 | $0.00 |
| ParkWest | GD | EZCNCT | Fix Connectivity Services ParkWest to LEHM | 1.00 | $0.00 | $0.00 |
| FoxPoint | GE | EZCNCT | Fix Connectivity Services FoxPoint to LEHM -- 798,500 domestic shares | 1.00 | $798.50 | $798.50 |
| SandelmanPartners | GF | EZCNCT | Fix Connectivity Services SandelmanPartners to LEHM | 1.00 | $0.00 | $0.00 |
| VardonCapital | GG | EZCNCT | Fix Connectivity Services VardonCapital to LEHM | 1.00 | $0.00 | $0.00 |
| BodriCapital | GH | EZCNCT | Fix Connectivity Services BodriCapital to LEHM -- 256,770 domestic shares | 1.00 | $256.77 | $256.77 |
| GreatOaks | GI | EZCNCT | Fix Connectivity Services GreatOaks to LEHM -- 4,200 domestic shares | 1.00 | $4.20 | $4.20 |
| BlueHarbour | GJ | EZCNCT | Fix Connectivity Services BlueHarbour to LEHM -- 45,900 domestic shares | 1.00 | $45.90 | $45.90 |
| GMTCapital | GK | EZCNCT | Fix Connectivity Services GMTCapital to LEHM -- 233,987 domestic shares | 1.00 | $233.99 | $233.99 |
| MillgateUK | GL | EZCNCT | Fix Connectivity Services MillgateUK to LEHM -- 139,250 international shares | 1.00 | $920.07 | $920.07 |
| GreatPoint | GM | EZCNCT | FIX Connectivity Services GreatPoint to LEHM -- 73,300 domestic shares | 1.00 | $73.30 | $73.30 |
| GeoSphere | GN | EZCNCT | Fix Connectivity Services GeoSphere to LEHM -- 1,304,400 domestic shares | 1.00 | $1,304.40 | $1,304.40 |
| WesleyCapital | GO | EZCNCT | Fix Connectivity Services WesleyCapital to LEHM -- 8,995,838 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Stelliam | GP | EZCNCT | Fix Connectivity Services Stelliam to LEHM | 1.00 | $0.00 | $0.00 |
| Longbow | GQ | EZCNCT | Fix Connectivity Services Longbow to LEHM -- 80,000 domestic shares | 1.00 | $80.00 | $80.00 |
| Kensico | GR | EZCNCT | Fix Connectivity Services Kensico to LEHM -- 925,000 domestic shares | 1.00 | $925.00 | $925.00 |
| Sonar Capital | GS | EZCNCT | Fix Connectivity Services Sonar Capital to LEHM | 1.00 | $0.00 | $0.00 |
| Rogge Capital | GT | EZCNCT | Fix Connectivity Services Rogge Capital to LEHM | 1.00 | $0.00 | $0.00 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT] |
|---|---|
| | Attn: Accounts Payable |
| | Image Processing Systems |
| | C/O Lehman Brothers |
| | Equities Brokerage P.O. Box 2397 |
| | Secaucus, NJ 07094 |
| | TCE_Equity_Team@lehman.com |

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 14 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| DeccanValue | GU | EZCNCT | Fix Connectivity Services DeccanValue to LEHM | 1.00 | $0.00 | $0.00 |
| DKRIbex | GV | EZCNCT | Fix Connectivity Services DKRIbex to LEHM -- 43,600 domestic shares | 1.00 | $43.60 | $43.60 |
| WhiteElm | GW | EZCNCT | Fix Connectivity Services WhiteElm to LEHM | 1.00 | $0.00 | $0.00 |
| Tontine | GX | EZCNCT | Fix Connectivity Services Tontine to LEHM -- 610,655 domestic shares | 1.00 | $610.66 | $610.66 |
| SwankCapital | GY | EZCNCT | Fix Connectivity Services SwankCapital to LEHM -- 160,000 domestic shares | 1.00 | $160.00 | $160.00 |
| Marathon | GZ | EZCNCT | Fix Connectivity Services Marathon to LEHM -- 25,000 domestic shares | 1.00 | $25.00 | $25.00 |
| Obrem | HA | EZCNCT | Fix Connectivity Services Obrem to LEHM | 1.00 | $0.00 | $0.00 |
| Cadian | HB | EZCNCT | Fix Connectivity Services Cadian to LEHM -- 128,000 domestic shares | 1.00 | $128.00 | $128.00 |
| PerellaWeinberg | HC | EZCNCT | Fix Connectivity Services PerellaWeinberg to LEHM -- 419,840 domestic shares | 1.00 | $419.84 | $419.84 |
| PlatinumCapital | HD | EZCNCT | Fix Connectivity Services PlatinumCapital to LEHM | 1.00 | $0.00 | $0.00 |
| OwlCreek | HE | EZCNCT | Fix Connectivity Services OwlCreek to LEHM | 1.00 | $0.00 | $0.00 |
| JATCapital | HF | EZCNCT | Fix Connectivity Services JATCapital to LEHM -- 2,315,722 domestic shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| 1798Capital | HG | EZCNCT | Fix Connectivity Services 1798Capital to LEHM -- 210,000 domestic shares | 1.00 | $185.00 | $185.00 |
| Vestry | HH | EZCNCT | Fix Connectivity Services Vestry to LEHM | 1.00 | $0.00 | $0.00 |
| SIRCapital | HI | EZCNCT | Fix Connectivity Services SIRCapital to LEHM -- 1,471,000 domestic shares | 1.00 | $1,244.90 | $1,244.90 |
| RoundTable | HJ | EZCNCT | Fix Connectivity Services RoundTable to LEHM -- 2,219,914 domestic shares -- 69,900 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Axiom | HK | EZCNCT | Fix Connectivity Services Axiom to LEHM | 1.00 | $0.00 | $0.00 |
| JapanAdvisory | HL | EZCNCT | Fix Connectivity Services JapanAdvisory to LEHM -- 11,218,719 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Visium | HM | EZCNCT | Fix Connectivity Services Visium to LEHM -- 672,498 domestic shares | 1.00 | $672.50 | $672.50 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



**Eze Castle Transaction Services**
A Member of BNY ConvergEx Group
Member NASD, SIPC

| **Bill To:** | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 15 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| OneEast | HN | EZCNCT | Fix Connectivity Services OneEast to LEHM | 1.00 | $0.00 | $0.00 |
| Newbrook | HO | EZCNCT | Fix Connectivity Services Newbrook to LEHM | 1.00 | $0.00 | $0.00 |
| Ramsey | HP | EZCNCT | Fix Connectivity Services Ramsey to LEHM -- 172,500 domestic shares | 1.00 | $172.50 | $172.50 |
| Redstone | HQ | EZCNCT | Fix Connectivity Services Redstone to LEHM | 1.00 | $0.00 | $0.00 |
| OchZiffHK | HR | EZCNCT | Fix Connectivity Services OchZiffHK to LEHM -- 9,862,600 international shares -- Cap Applied | 1.00 | $2,000.00 | $2,000.00 |
| Luxor | HS | EZCNCT | Fix Connectivity Services Luxor to LEHM -- 493,380 domestic shares | 1.00 | $493.38 | $493.38 |
| Sansar | HT | EZCNCT | Fix Connectivity Services Sansar to LEHM | 1.00 | $0.00 | $0.00 |
| ICP | HU | EZCNCT | Fix Connectivity Services ICP to LEHM | 1.00 | $0.00 | $0.00 |
| YAM | HV | EZCNCT | Fix Connectivity Services YAM to LEHM -- 135,600 domestic shares | 1.00 | $135.60 | $135.60 |
| Valinor | HW | EZCNCT | Fix Connectivity Services Valinor to LEHM -- 81,256 domestic shares | 1.00 | $81.26 | $81.26 |
| Merchants | HX | EZCNCT | Fix Connectivity Services Merchants to LEHM -- 77,900 domestic shares | 1.00 | $77.90 | $77.90 |
| Pelagic | HY | EZCNCT | Fix Connectivity Services Pelagic to LEHM | 1.00 | $0.00 | $0.00 |
| Healy | HZ | EZCNCT | Fix Connectivity Services Healy to LEHM -- 230,000 domestic shares | 1.00 | $230.00 | $230.00 |
| WaterStreet | IA | EZCNCT | Fix Connectivity Services WaterStreet to LEHM | 1.00 | $0.00 | $0.00 |
| Kingdom | IB | EZCNCT | Fix Connectivity Services Kingdom to LEHM -- 98,798 domestic shares | 1.00 | $98.80 | $98.80 |
| aAd | IC | EZCNCT | Fix Connectivity Services aAd to LEHM | 1.00 | $0.00 | $0.00 |
| NewMountain | ID | EZCNCT | Fix Connectivity Services NewMountain to LEHM -- 150,000 domestic shares | 1.00 | $150.00 | $150.00 |
| EverKey | IE | EZCNCT | Fix Connectivity Services EverKey to LEHM | 1.00 | $0.00 | $0.00 |
| GCore | IF | EZCNCT | Fix Connectivity Services GCore to LEHM -- 137,500 domestic shares | 1.00 | $137.50 | $137.50 |
| Quadrum | IG | EZCNCT | Fix Connectivity Services Quadrum to LEHM -- 22,600 domestic shares | 1.00 | $22.60 | $22.60 |
| Akasha | IH | EZCNCT | Fix Connectivity Services Akasha to LEHM -- 161,509 domestic shares | 1.00 | $161.51 | $161.51 |
| Senator | II | EZCNCT | Fix Connectivity Services Senator to LEHM -- 255,797 domestic shares | 1.00 | $255.80 | $255.80 |

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| Bill To: | Lehman Brothers [EZCNCT]<br>Attn: Accounts Payable<br>Image Processing Systems<br>C/O Lehman Brothers<br>Equities Brokerage P.O. Box 2397<br>Secaucus, NJ 07094<br>TCE_Equity_Team@lehman.com |
|---|---|

| Invoice # | Terms | Currency |
|---|---|---|
| 32150 | NET30 | USD |
| **Invoice Date** | **Due Date** | **Total Due** |
| 10/06/2008 | 11/05/2008 | $128,945.73 |
| **Service Start** | **Service End** | **Invoice Status** |
| 09/01/2008 | 09/22/2008 | Open |

Page 16 of 18

| Client | Line Code | SKU | Description | Units | Rate | Line Total |
|---|---|---|---|---|---|---|
| DLS | IJ | EZCNCT | Fix Connectivity Services DLS to LEHM | 1.00 | $0.00 | $0.00 |
| S2 | IK | EZCNCT | Fix Connectivity Services S2 to LEHM | 1.00 | $0.00 | $0.00 |
| Manikay | IL | EZCNCT | Fix Connectivity Services Manikay to LEHM | 1.00 | $0.00 | $0.00 |
| Brigade | IM | EZCNCT | Fix Connectivity Services Brigade to LEHM -- 50,000 domestic shares | 1.00 | $50.00 | $50.00 |

|  |  |
|---|---|
| Subtotal | $128,945.73 |
| Sales Tax | $0.00 |
| Invoice Total | $128,945.73 |
| Credit / Pmt Applied | $0.00 |
| Total Due | $128,945.73 |

---

**FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:**
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

**FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:**
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

**Eze Castle Transaction Services**
*A BNY ConvergEx Group Company*
PO Box 15331
Newark, NJ 07192-5331
Phone: 617-316-1040
E-mail: ar@ezecastlesoftware.com

*Please email billing address corrections (with associated invoice numbers) to ar@ezecastlesoftware.com.*



Eze Castle
Transaction Services
A Member of BNY ConvergEx Group
Member NASD, SIPC

| | |
|---|---:|
| **Total Due to Eze Castle Transaction Services:** | **$137,502.53** |

FOR DOMESTIC WIRE PAYMENTS, PLEASE SEND TO:
Eze Castle Transaction Services LLC
Wachovia Bank
Acct# 2000028302380
Routing# 021101108

FOR CHECK PAYMENTS, PLEASE MAKE PAYABLE TO:
Eze Castle Transaction Services LLC
PO Box 15331
Newark, NJ 07192-5331

| | Total Amount Due: | $137,502.53 |
|---|---|---|