UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC.,

Debtor.

Chapter 11

Case No. 08-13555 (JMP)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                : ss.:
COUNTY OF NEW YORK   )

Lauren E. Keith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Hudson County, New Jersey.

On October 13, 2008, deponent served true and correct copies of Supplemental Objection and Reservation of Rights of 1301 Properties Owner, LP to Debtor's Proposed Amounts Necessary to Cure Defaults Under Lease upon the attached service list by hand delivery, email and facsimile where noted.

/s/ Lauren E. Keith
Lauren E. Keith

Sworn to before me this
13th day of October 2008

/s/ Constantine D. Pourakis
Notary Public

SL1 872324v1/104011.00001

## SERVICE LIST

**By Hand Delivery/Electronic Mail:**

Harvey Miller, Esq.
Jacqueline Marcus, Esq.
Shai Waisman, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
jacqueline.marcus@weil.com
shai.weisman@weil.com

Dennis F. Dunne, Esq.
Luc A. Despins, Esq.
Wilbur F. Foster, Jr., Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
ldespins@milbank.com
wfoster@milbank.com

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
lgranfield@cgsh.com
lschweitzer@cgsh.com

**By Facsimile:**

Brian S. Masumoto, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st floor
New York, NY 10004
Fax: (212) 668-2255