CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375
Jennifer C. DeMarco, Esq. (JD-9284)
Wendy Rosenthal, Esq. (WR-4461)

*Attorneys for Calyon*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
In re:                           :    Chapter 11
                                 :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :
                                 :
                    Debtors.     :    (Jointly Administered)
                                 :
---------------------------------x

## OBJECTION TO CURE AMOUNT

Pursuant to the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order"),[1] dated September 19, 2008, Calyon, on behalf of itself and its affiliates, ("Calyon"), by its counsel, Clifford Chance US LLP, submits this objection to the Cure Amount with respect to the Debtors' proposed assumption of the contract identified as "Calyon Floor" on the revised list of Non-IT Closing Date Contracts (the "Revised Contract List") posted on the website maintained by the Debtors' Claims Agent. In support of this objection, Calyon respectfully states as follows:

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such term as in the Sale Order.

## BACKGROUND

1. On September 15, 2008, and various dates thereafter, LBHI and certain of its affiliates (collectively, the "Debtors") each commenced a voluntary case under chapter 11 of title 11 of the Bankruptcy Code. On September 19, 2008, LBI became the subject of a proceeding under the Securities Investors Protection Act currently pending before the Court.

2. The Debtors continue to manage and operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On September 17, 2008, the Debtors filed a motion (the "Sale Motion") seeking, *inter alia*, an order approving the sale (the "Sale") of certain assets (defined as "Purchased Assets" in the Sale Motion) to the Purchaser, Barclays Capital, Inc., as well as the assumption and assignment of various prepetition executory contracts and unexpired leases (the "Contracts") relating to the Purchased Assets.

4. On September 18, 2008, the Debtors filed a Notice of Assumption and Assignment of And Amounts Necessary To Cure Defaults Under Contracts And Leases To Be Assumed And Assigned To Successful Bidder (the "Original Notice").

5. By order dated September 19, 2008 (the "Sale Order"), the Court approved the Sale. With respect to the assumption and assignment of Contracts, the Sale Order provides that all counterparties to Closing Date Contracts shall have until October 3, 2008, the Cure Amount Objection Deadline to file an objection to Cure Amounts (including as to the specific identity of such contracts).

6. Subsequent to the entry of the Sale Order, on October 1, 2008, counsel to the Purchaser filed a Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser (the "Revised Notice"). The Revised Notice states that based upon the

2

review of relevant information, the Purchaser has determined that the Contract List should be revised in certain respects. More specifically, the Revised Notice states that the Purchaser has, with respect to certain counterparties: (a) revised the amounts necessary to cure defaults and/or (b) removed certain contracts from the Contract List. Exhibit A to the Revised Notice lists those counterparties affected by the revisions. The Revised Notice advises that the objection deadline for the counterparties set forth on Exhibit A has been extended from October 3, 2008 at 4:00 p.m. (New York time) to October 13, 2008 at 4:00 p.m. (New York time). The Calyon Floor contract is listed on Exhibit A to the Revised Notice.

## **OBJECTION**

7.      The Revised Contract List reflects the Debtors' proposed assumption and assignment of the Calyon Floor contract with a proposed Cure Amount of $0, but contains no other information from which to identify the contract. Due to the lack of information, Calyon has not yet been able to identify the contract or to verify whether the proposed Cure Amount is accurate. Calyon has sent a letter to counsel to the Purchaser requesting further information as to the nature of the Calyon Floor contract. Calyon has had discussions with the Purchaser in an attempt to identify the contract and will continue to confer with the Purchaser (and Debtors if necessary) in an attempt to resolve the matter. However, at this time based on the information available to date, Calyon objects to the assumption and assignment of the Calyon Floor contract and proposed Cure Amount.

NYA 906166v1

## RESERVATION OF RIGHTS

8. Calyon reserves the right to make such other and further objections to the assumption and assignment of the Calyon Floor contract and the corresponding proposed Cure Amount as may be appropriate, and expressly reserves its rights to amend, supplement, and/or modify this objection for any reason.

**WHEREFORE**, Calyon requests that (i) deny the Debtors' request to assume and assign the Calyon Floor contract for thirty (30) days pending Calyon's investigation of this contract and proposed Cure Amount and (ii) grant Calyon such further relief as is just and proper.

Dated: October 13, 2008

CLIFFORD CHANCE US LLP

By:/s/ Jennifer C. DeMarco
Jennifer C. DeMarco (JM-9284)
Wendy Rosenthal, Esq. (WR-4461)
31 West 52nd Street
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375

*Attorneys for Calyon*