UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>In re LEHMAN BROTHERS HOLDING INC., et al.,<br><br>Debtors. | Chapter 11<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

Jonathan Grant certifies:

1. I am not a party to this action, I am over 18 years of age and I am employed by the law firm of Linklaters LLP, with a place of business located at 1345 Avenue of the Americas, New York, New York 10105.

2. On October 10, 2008, I caused to be served true and correct copies of the Response and Limited Objection of the Joint Administrators of the Lehman European Group Administration Companies to (I) the Harbinger Funds' Motion for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc., and (II) Motion of the Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Other Entities (Docket No. 818) upon the parties listed on the attached service list by Federal Express mail.

/s/ Jonathan M. Grant
Jonathan M. Grant

**Service List**

Honorable James M. Peck
United States Bankruptcy Judge,
United States Bankruptcy Court for the Southern District of New York
One Bowling Green,
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attention: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004,
Attention: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, New York 10004
Attention: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope Davis

Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689
Attention: Jeffrey S. Sabin, Esq. and Ronald J. Silverman, Esq.


Bingham McCutchen LLP
One Federal Street,
Boston, MA 02110-1726
Attention: P. Sabin Willett, Esq. and Rheba Rutkowski, Esq.


Brown Rudnick LLP
Seven Times Square
New York, New York 10036
Attention: Edward S. Weisfelner, Esq., Andrew Dash, Esq., David J. Molton, Esq.,
and Emilio A. Galván, Esq.