GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
John W. Weiss, Esq.
David Y. Wolnerman, Esq.
weissjw@gtlaw.com
wolnermand@gtlaw.com

Attorneys for Nomura Holding America, Inc.,
and certain of its direct and indirect subsidiaries
and affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                                :
**In re**                                                       : **Chapter 11**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC., et al.** : **Case No. 08-13555 (JMP)**
                                                                :
            **Debtors.**                                        :  **(Jointly Administered)**
                                                                :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

Leslie A. Salcedo, being duly sworn, deposes and says:

1)  I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY  10166.

*2)* On October 13, 2008, I caused true and accurate copies of the *Objection of Nomura Holding America, Inc., et al. to Debtors' Proposed Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned*

NY 239,167,220v1

*to Purchaser,* to be served on the parties listed on the attached Service List in Exhibit A in the manner indicated therein.

/s/ Leslie A. Salcedo
Leslie A. Salcedo

Sworn to before me this
13th day of October, 2008.

/s/ David Wolnerman
David Wolnerman
Notary Public State of New York
No. 02WO6163488
Qualified in New York County
Commission Expires 03/26/2011

# **Exhibit A**

**Via Hand Delivery**

| | |
|---|---|
| Lori R. Fife<br>Shai Y. Waisman<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Lindsee P. Granfield<br>Lisa M. Schweitzer<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY  10006 |
| Jeffrey S. Margolin<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004 | |