SALANS
   Dan J. Schulman
   Lee P. Whidden
Rockefeller Center
620 Fifth Avenue
New York, NY 10020-2457
Tel:  (212) 632-5500
Fax:  (212) 632-5555
*Attorneys for Eze Castle Software LLC and*
   *Eze Castle Transaction Services LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

      I, Dan J. Schulman, hereby certify that on October 13, 2008, I caused a true copy of the Limited Objection and Reservation of Rights of Eze Castle Software LLC and Eze Castle Transaction Services LLC to Assumption and Assignment of Contracts and Proposed Cure Amounts, dated October13, 2008**,** to be served on the parties listed below, by depositing a true copy in a postage pre-paid, properly addressed envelope, in an official depository, under the exclusive care and custody of the United States Post Office Department within the State of New York.

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Attn. The Honorable James M. Peck<br>One Bowling Greet, Courtroom 601<br>New York, NY 10004 | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Attn.: Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Richard P. Krasnow, Esq.<br>Jacqueline Marcus, Esq. |
| Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Attn.: Andy Velez-Rivera | Millbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Attn.: Dennis F. Dunne, Esq. |

NEWYORK.543346.1

| | |
|---|---|
| Paul Schwartzberg | Dennis O'Donnell, Esq. |
| Brian Masumoto | Evan Fleck, Esq. |
| Linda Riffkin | |
| Tracy Hope Davis | |
| | |
| Cleary Gottlieb Steen & Hamilton LLP | Sullivan & Cromvell LLP |
| One Liberty Plaza | 125 Broad Street |
| New York, New York 10006 | New York, NY 10004 |
| Attn.: Lindsee P. Granfield, Esq. | Attn.: Robinson B. Lacy, Esq. |
| Lisa Schweiger, Esq. | Hydee R. Feldstein, Esq. |
| | |
| Hughes, Hubbard & Reed LLP | Quinn Emanuel Urquhart Oliver & Hedges |
| One Battery Park Plaza | 51 Madison Avenue, 22nd Floor |
| New York, NY 10004 | New York 10010 |
| Attn. Jeffrey S. Margolin, Esq. | Attn.: James Tecce, Esq. |
| | Susheel Kirpalani, Esq. |

/s/ Dan J. Schulman
Dan J. Schulman

NEWYORK.543346.1
NewYork 1214913.1