KELLEY DRYE & WARREN LLP          **Objection Deadline: October 13, 2008 at 4:00 p.m.**
Eric R. Wilson
101 Park Avenue
New York, New York 10178
Tel:  212-808-7800
Fax:  212-808-7897


Attorneys for Murphy & Durieu, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

<b>MURPHY & DURIEU, L.P.'S OBJECTION TO<br>CURE AMOUNTS AND RESERVATION OF RIGHTS</b>

Murphy & Durieu, L.P. ("Murphy"), by and through its counsel, Kelley Drye & Warren

LLP, hereby submits this cure objection and reservation of rights (the "Cure Objection") in

response to the Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to

Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser,

dated September 18, 2008, as supplemented by the Notice of Revisions to Schedules of Certain

Contracts and Leases Assumed and Assigned to Purchaser, dated October 1, 2008 (the "Cure

Notice").  In support of the Cure Objection, Murphy respectfully states:

<b><u>BACKGROUND</u></b>

1.    Murphy is a registered broker-dealer.  Murphy executed transactions in

convertible securities and derivative products on a give-up basis for the Debtors.

2.    On September 15, 2008, Lehman Brothers Holdings Inc. ("LBHI") filed a

voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court.  On

September 16, 2008, LBHI's affiliate LB 745 LLC ("LB 745") also commenced a voluntary case

under chapter 11 with this Court.  On September 19, 2008, Lehman Brothers Inc. (and "LBI,"

together with LBHI and LB 745, the "Debtors") became the subject of a proceeding under the

Securities Investors Protection Act, which is pending before this Court.

3.  The Debtors remain in possession of their properties and continue to manage

their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy

Code.

4.  On September 17, 2008, the Debtors filed a motion seeking authority (i) to

sell certain of the Debtors' assets and (ii) to assume and assign certain executory contracts to

Barclays Capital Inc. ("Barclays"), including contracts to be assumed and assigned at the closing

of the sale (the "Closing Date Contracts").

5.   On September 18, 2008, the Debtors filed the Cure Notice.  The Cure Notice

provided that the Debtors would identify the Closing Date Contracts along with proposed cure

amounts (the "Proposed Cure Amounts") by posting schedules (the "Schedules") on their claims

agent's website (http://chapter11.epiqsystems.com/lehman).

6.  The Debtors identify Murphy on the Schedules as having an aggregate

Proposed Cure Amount of $30,100.

7.  On September 19, 2008, the Court entered an order approving the assumption

and assignment of the Closing Date Contracts.  Counterparties to the revised Cure Notice were

provided until October 13, 2008, to object to the proposed cure amounts.

## CURE OBJECTION

8.  Murphy has various agreements with the Debtors.  Murphy hereby objects to

the Proposed Cure Amounts because the Proposed Cure Amounts for these agreements is

incorrect and the Debtors' Schedules lack sufficient information for Murphy to determine which

agreements the Debtors seek to assume and assign to Barclays.  Murphy's records indicate that, as of the date of this Cure Objection, the Debtors owe Murphy approximately $74,700 ("Murphy's Cure Amount").  A breakdown of Murphy's Cure Amount is attached hereto as Exhibit 1.

9.    Pursuant Sections 365(b)(1) and (f)(2) of the Bankruptcy Code, a debtor-in-possession that seeks to assume and assign an executory contract must (i) cure, or provide adequate assurance that it will promptly cure, any defaults in the executory contract, (ii) compensate the counterparty to the executory contract for any actual pecuniary loss to such party resulting from such defaults, and (iii) provide adequate assurance of future performance under such contract.  11 U.S.C. §§ 365(b)(i), (f)(2).

10.    While Murphy has no objection to the Debtors' assumption and assignment of their agreements to Barclays, Murphy objects to the extent Murphy's Cure Amount is not paid in full.  To the extent charges continue to accrue, Murphy further reserves its rights to amend and supplement its Cure Objection to account for such charges, until cured.

**WHEREFORE**, Murphy respectfully requests that the Court (i) set the

cure amount for Murphy at $74,700.00, and (ii) grant Murphy such other and further relief as the

Court deems just and proper.

Dated: New York, New York
        October 13, 2008

                              KELLEY DRYE & WARREN LLP

                              By: _/s/ Eric R. Wilson_____
                                    Eric R. Wilson
                              101 Park Avenue
                              New York, New York 10178
                              Tel: (212) 808-7800
                              Fax: (212) 808-7897

                              Attorneys for Murphy & Durieu, L.P.

**<u>EXHIBIT 1</u>**

BEAR STEARNS & RYAN OMACLEAVITS
LEHM/IPS
C/O LEHM BROTHERS/EQUITY BRK
PO BOX 2397
SECAUCUS, NJ 07096

MURPHY & DURIEU
120 BROADWAY, 17 th FLOOR
NEW YORK, NY 10271
(212) 618-0978
TAX ID: 13-2784614
DTC #: 0041

| Invoice Number | 2008.239.012 | | MURPHY & DURIEU — DETAILED MONTHLY | | Invoice Date | 08/26/2008 |

| Trade Date | C/U NUM | Quantity Bought | Quantity Sold | Security Description | Trade Price | C/U Rate | C/U Charge |
|---|---|---|---|---|---|---|---|
| 7/29/2008 | 0033 | 121,000 | 0 | COUNTRYWIDE FINL CFE FLOAT 37 | 97.13000 | 0.50 | $60.50 |
| Sub Total | | 121,000 | 0 | | | | $60.50 |
| 7/31/2008 | 0001 | 200,000 | 0 | RED HAT INC (RHAT) 0 1/2 24 | 101.15000 | 0.50 | $100.00 |
| Sub Total | | 200,000 | 0 | | | | $100.00 |
| /06/2008 | 0011 | 0 | 470,000 | CHESAPEAKE ENRGY (CHK) 2 1/4 12/38 | 90.38000 | 0.50 | $235.00 |
| Sub Total | | 0 | 470,000 | | | | $235.00 |
| /11/2008 | 0010 | 150,000 | 0 | ADC TELECOM - B ADCT FLOAT 13 | 82.38000 | 0.50 | $75.00 |
| Sub Total | | 150,000 | 0 | | | | $75.00 |
| /13/2008 | 0012 | 1,000,000 | 0 | MASSEY ENERGY CO (MEE) 3 1/4 8/1/15 | 102.05000 | 0.50 | $500.00 |
| /13/2008 | 0014 | 1,000,000 | 0 | MASSEY ENERGY CO (MEE) 3 1/4 8/1/15 | 101.73000 | 0.50 | $500.00 |
| /13/2008 | 0024 | 1,500,000 | 0 | MASSEY ENERGY CO (MEE) 3 1/4 8/1/15 | 102.02000 | 0.50 | $750.00 |
| Sub Total | | 3,500,000 | 0 | | | | $1,750.00 |
| /20/2008 | 0006 | 0 | 150,000 | NORTEL NTEWORKS 2 1/8 14 | 62.92000 | 0.50 | $75.00 |
| Sub Total | | 0 | 150,000 | | | | $75.00 |
| /20/2008 | 0013 | 0 | 455,000 | TEVA PHARMACEUT (TEVA)0 1/4 26 | 106.60000 | 0.50 | $227.50 |
| Sub Total | | 0 | 455,000 | | | | $227.50 |
| /26/2008 | 0009 | 500,000 | 0 | FISHER SCIENTIFIC INTL 3 1/4% 03/01/2024 | 160.80000 | 0.50 | $250.00 |
| Sub Total | | 500,000 | 0 | | | | $250.00 |
| /26/2008 | 0011 | 0 | 166,000 | RED HAT INC (RHAT) 0 1/2 24 | 100.67000 | 0.50 | $83.00 |
| Sub Total | | 0 | 166,000 | | | | $83.00 |
| Invoice Totals | | 4,471,000 | 1,241,000 | | | | $2,856.00 |

age:  1

CEE GREENBERG RYAN OM ACCUEN/IPS
LEHM/IPS
C/O LEHM BROTHERS/EQUITY BKR
PO BOX 2397
SECAUCUS, NJ 07096

**MURPHY & DURIEU**
120 BROADWAY, 17 th FLOOR
NEW YORK, NY 10271
(212) 618-0978
TAX ID: 13-2784614
DTC #: 0041

| Invoice Number: | 2008.239.014 | | MURPHY & DURIEU – DETAILED MONTHLY | | | Invoice Date: | 08/26/2008 |

| Trade Date | G/L NUM | Quantity Bought | Quantity Sold | Security Description | Trade Price | G/L Rate | G/L Charge |
|---|---|---|---|---|---|---|---|
| 7/29/2008 | 0048 | 1,930 | 0 | LUCENT TECH CAP TRUST I 7.75% (LU) NEW REGD PFD | 760.00000 | 0.50 | $965.00 |
| **Sub Total** | | **1,930** | **0** | | | | **$965.00** |
| 7/29/2008 | 0001 | 0 | 80,000 | WASHINGTON MUTUAL 5.375% SERIES UNIT (WAHCU) REGISTERED | 19.25000 | 0.03 | $2,400.00 |
| 7/29/2008 | 0014 | 0 | 75,000 | WASHINGTON MUTUAL 5.375% SERIES UNIT (WAHCU) REGISTERED | 19.38000 | 0.03 | $2,250.00 |
| 7/29/2008 | 0018 | 0 | 100,000 | WASHINGTON MUTUAL 5.375% SERIES UNIT (WAHCU) REGISTERED | 19.38000 | 0.03 | $3,000.00 |
| 7/29/2008 | 0020 | 0 | 65,000 | WASHINGTON MUTUAL 5.375% SERIES UNIT (WAHCU) REGISTERED | 19.38000 | 0.03 | $1,950.00 |
| 7/29/2008 | 0027 | 0 | 200,000 | WASHINGTON MUTUAL 5.375% SERIES UNIT (WAHCU) REGISTERED | 19.38000 | 0.03 | $6,000.00 |
| 7/29/2008 | 0028 | 0 | 58,760 | WASHINGTON MUTUAL 5.375% SERIES UNIT (WAHCU) REGISTERED | 19.38000 | 0.03 | $1,762.80 |
| **Sub Total** | | **0** | **578,760** | | | | **$17,362.80** |
| 7/30/2008 | 0028 | 0 | 1,000 | BANK OF AMER CRP (BAC) 7.25% SERIES L | 931.01000 | 0.50 | $500.00 |
| **Sub Total** | | **0** | **1,000** | | | | **$500.00** |
| 7/30/2008 | 0022 | 0 | 33,400 | CITIGROUP INC (C) 6.50% | 43.81000 | 0.02 | $668.00 |
| 7/30/2008 | 0026 | 0 | 9,000 | CITIGROUP INC (C) 6.50% | 43.83000 | 0.02 | $180.00 |
| **Sub Total** | | **0** | **42,400** | | | | **$848.00** |
| 7/30/2008 | 0006 | 100 | 0 | EAST WEST BANC (EWBC) 8.00% | 800.00000 | 0.50 | $50.00 |
| 7/30/2008 | 0013 | 401 | 0 | EAST WEST BANC (EWBC) 8.00% | 775.00000 | 0.50 | $200.50 |
| **Sub Total** | | **501** | **0** | | | | **$250.50** |
| 7/30/2008 | 0014 | 2,443 | 0 | LUCENT TECH CAP TRUST I 7.75% (LU) NEW REGD PFD | 760.00000 | 0.50 | $1,221.50 |
| 7/30/2008 | 0031 | 3,000 | 0 | LUCENT TECH CAP TRUST I 7.75% (LU) NEW REGD PFD | 762.50000 | 0.50 | $1,500.00 |
| **Sub Total** | | **5,443** | **0** | | | | **$2,721.50** |
| 7/01/2008 | 0008 | 0 | 15,000 | WASHINGTON MUTUAL 5.375% SERIES UNIT (WAHCU) REGISTERED | 20.50000 | 0.03 | $450.00 |
| **Sub Total** | | **0** | **15,000** | | | | **$450.00** |

Page: 1

LEE GREENBERG&RYAN OMALLEY/IPS
LEHM/IPS
C/O LEHM BROTHERS/EQUITY BKR
PO BOX 2397
SECAUCUS, NJ 07096

MURPHY & DURIEU
120 BROADWAY, 17 th FLOOR
NEW YORK, NY 10271
(212) 618-0978
TAX ID: 13-2784614
DTC #: 0041

| Invoice Number | 2008.239.014 | | | MURPHY & DURIEU — DETAILED MONTHLY | | | Invoice Date | 08/26/2008 |

| Trade Date | C/U Num | Quantity Bought | Quantity Sold | Security Description | Trade Price | GU Rate | C/U Charge |
|---|---|---|---|---|---|---|---|
| 3/05/2008 | 0023 | 0 | 45,500 | CITIGROUP INC (C) 6.50% | 44.19000 | 0.02 | $910.00 |
| Sub Total | | 0 | 45,500 | | | | $910.00 |
| 3/05/2008 | 0014 | 1,000 | 0 | HUNTINGTON BANCS (HBAN) 8.50% SERIES A | 825.00000 | 0.50 | $500.00 |
| Sub Total | | 1,000 | 0 | | | | $500.00 |
| /07/2008 | 0002 | 0 | 500 | WASH MUTUAL INC (WM) 7.750% SERIES R | 474.86000 | 0.50 | $250.00 |
| Sub Total | | 0 | 500 | | | | $250.00 |
| /08/2008 | 0020 | 100 | 0 | BANK UNITED FINL (BKUNA) 5/17/10 | 6.10000 | 0.03 | $2.50 |
| Sub Total | | 100 | 0 | | | | $2.50 |
| /08/2008 | 0005 | 1,000 | 0 | WACHOVIA CORPORATION 7.50% | 88.52000 | 0.25 | $250.00 |
| Sub Total | | 1,000 | 0 | | | | $250.00 |
| /12/2008 | 0019 | 0 | 25,000 | CITIGROUP INC (C) 6.50% | 43.03000 | 0.02 | $500.00 |
| Sub Total | | 0 | 25,000 | | | | $500.00 |
| /13/2008 | 0019 | 100,000 | 0 | CITIGROUP INC (C) 6.50% | 41.97000 | 0.02 | $2,000.00 |
| Sub Total | | 100,000 | 0 | | | | $2,000.00 |
| /18/2008 | 0007 | 0 | 1,000 | BANK OF AMER CRP (BAC) 7.25% SERIES L | 881.36000 | 0.50 | $500.00 |
| Sub Total | | 0 | 1,000 | | | | $500.00 |
| /19/2008 | 0016 | 50,000 | 0 | CITIGROUP INC (C) 6.50% | 39.36000 | 0.02 | $1,000.00 |
| Sub Total | | 50,000 | 0 | | | | $1,000.00 |
| /26/2008 | 0013 | 50,000 | 0 | CITIGROUP INC (C) 6.50% | 40.27000 | 0.02 | $1,000.00 |
| /26/2008 | 0014 | 50,000 | 0 | CITIGROUP INC (C) 6.50% | 40.27000 | 0.02 | $1,000.00 |
| Sub Total | | 100,000 | 0 | | | | $2,000.00 |
| /26/2008 | 0026 | 2,245 | 0 | WACHOVIA CORPORATION 7.50% | 772.98000 | 0.25 | $561.25 |
| Sub Total | | 2,245 | 0 | | | | $561.25 |
| Invoice Totals | | 262,219 | 709,160 | | | | $31,571.55 |

*Items 1,2 +3 are discounted to    Invoice total: $ 30,070.25 →*

age: 2

LEE GREENBERG&RYAN OMALLEY/IPS

LEHM/IPS

C/O LEHM BROTHERS/EQUITY BKR

PO BOX 2397

SECAUCUS, NJ 07096



**MURPHY & DURIEU**
120 BROADWAY, 17 th FLOOR
NEW YORK, NY 10271
(212) 618-0978
TAX ID: 13-2784614
DTC #: 0041

| Invoice Number: | 2008.239.013 | | MURPHY & DURIEU — DETAILED MONTHLY | | Invoice Date: | | 08/26/2008 |
|---|---|---|---|---|---|---|---|

| Trade Date | G/C NUM | Quantity Bought | Quantity Sold | Security Description | Trade Price | G/C Rate | G/C Charges |
|---|---|---|---|---|---|---|---|
| 3/12/2008 | 0005 | 0 | 170,000 | CHESAPEAKE ENRGY (CHK) 2 1/4 12/38 | 89.25000 | 0.50 | $85.00 |
| Sub Totals | | 0 | 170,000 | | | | $85.00 |
| Invoice Total | | 0 | 170,000 | | | | $85.00 |

4    to be paid in full)

age:   1

LEE GREENBERG&RYAN OMALLEY/IPS
LEHM/IPS
C/O LEHM BROTHERS/EQUITY BRK
PO BOX 2397
SECAUCUS, NJ 07096

MURPHY & DURIEU
120 BROADWAY, 17 th FLOOR
NEW YORK, NY 10271
(212) 618-0978
TAX ID: 13-2784614
DTC #: 0041

| Invoice Number: 2008.269.009 | MURPHY & DURIEU — DETAILED MONTHLY | | | Invoice Date: 09/25/2008 |

| Trade Date | G/U N... | Quantity Bought | Quantity Sold | Security Description | Trade Price | G/U Rate | G/U Charge |
|---|---|---|---|---|---|---|---|
| /02/2008 | 0036 | 5,000,000 | 0 | NEXTEL COMMUNICATION 5 1/4% 01/15/2010 | 95.94000 | 0.50 | $2,500.00 |
| Sub Total | | 5,000,000 | 0 | | | | $2,500.00 |
| /12/2008 | 0011 | 0 | 558,000 | ALZA CORP 0.00% 07/28/2020 (AZA) | 97.80000 | 0.25 | $139.50 |
| Sub Total | | 0 | 558,000 | | | | $139.50 |
| Invoice Total | | 5,000,000 | 558,000 | | | | $2,639.50 |

5, 6, 7   To be paid in full

LEE GREEBERG&RYAN OMALLEY/IPS
LEHM/IPS
C/O LEHM BROTHERS/EQUITY BKR
PO BOX 2397
SECAUCUS, NJ 07096

MURPHY & DURIEU
120 BROADWAY, 17 th FLOOR
NEW YORK, NY 10271
(212) 618-0978
TAX ID: 13-2784614
DTC #: 0041

| Invoice Number | 2008.269.010 | MURPHY & DURIEU — DETAILED MONTHLY | | | Invoice Date | 09/25/2008 |
|---|---|---|---|---|---|---|

| Trade Date | C/U LVL | Quantity Bought | Quantity Sold | Security Description | Trade Price | C/U Rate | C/U Charge |
|---|---|---|---|---|---|---|---|
| 9/27/2008 | 0001 | 15,000 | 0 | AUDIOCODES LTD (AUDC) 2.00 11/24 | 95.00000 | 0.50 | $7.50 |
| **Sub Total:** | | **15,000** | **0** | | | | **$7.50** |
| **Invoice Total:** | | **15,000** | **0** | | | | **$7.50** |

age:  1

SEE GREENBERGR VAN OMALLE VHPS
LEHM/IPS
C/O LEHM BROTHERS/EQUITY BKR
PO BOX 2397
SECAUCUS, NJ 07096

**MURPHY & DURIEU**
120 BROADWAY, 17 th FLOOR
NEW YORK, NY 10271
(212) 618-0978
TAX ID: 13-2784614
DTC #: 0041

| Invoice Number: 2008.269.011 | | | MURPHY & DURIEU — DETAILED MONTHLY | | Invoice Date: 09/25/2008 | | |
|---|---|---|---|---|---|---|---|
| Trade Date | G/U NBR | Quantity Bought | Quantity Sold | Security Description | Trade Price | G/U Rate | G/U Charge |
| 3/27/2008 | 0027 | 16,000 | 0 | CITIGROUP INC (C) 6.50% | 40.97000 | 0.02 | $320.00 |
| Sub Total | | 16,000 | 0 | | | | $320.00 |
| /27/2008 | 0025 | 0 | 2,000 | SLM CORP (SLMA) 7.25% 12/15/10 | 819.50000 | 0.50 | $1,000.00 |
| Sub Total | | 0 | 2,000 | | | | $1,000.00 |
| /02/2008 | 0040 | 400 | 0 | SLM CORP (SLMA) 7.25% 12/15/10 | 862.40000 | 0.50 | $200.00 |
| Sub Total | | 400 | 0 | | | | $200.00 |
| /03/2008 | 0002 | 0 | 20,400 | CITIGROUP INC (C) 6.50% | 43.04000 | 0.02 | $408.00 |
| /03/2008 | 0004 | 0 | 34,100 | CITIGROUP INC (C) 6.50% | 42.96000 | 0.02 | $682.00 |
| Sub Total | | 0 | 54,500 | | | | $1,090.00 |
| /03/2008 | 0033 | 0 | 600 | WACHOVIA CORPORATION 7.50% | 832.35000 | 0.25 | $150.00 |
| Sub Total | | 0 | 600 | | | | $150.00 |
| /04/2008 | 0033 | 0 | 36,300 | CITIGROUP INC (C) 6.50% | 42.15000 | 0.02 | $726.00 |
| /04/2008 | 0041 | 0 | 20,000 | CITIGROUP INC (C) 6.50% | 42.03000 | 0.02 | $400.00 |
| Sub Total | | 0 | 56,300 | | | | $1,126.00 |
| /08/2008 | 0003 | 0 | 25,000 | CITIGROUP INC (C) 6.50% | 43.07000 | 0.02 | $500.00 |
| /08/2008 | 0013 | 0 | 16,000 | CITIGROUP INC (C) 6.50% | 42.91000 | 0.02 | $320.00 |
| Sub Total | | 0 | 41,000 | | | | $820.00 |
| /11/2008 | 0018 | 0 | 1,500 | BANK OF AMER CRP (BAC) 7.25% SERIES L | 893.51000 | 0.25 | $375.00 |
| Sub Total | | 0 | 1,500 | | | | $375.00 |
| /11/2008 | 0021 | 332 | 0 | SLM CORP (SLMA) 7.25% 12/15/10 | 775.50000 | 0.25 | $83.00 |
| Sub Total | | 332 | 0 | | | | $83.00 |
| 12/2008 | 0008 | 0 | 100,000 | CITIGROUP INC (C) 6.50% | 39.36000 | 0.02 | $2,000.00 |
| 12/2008 | 0031 | 0 | 50,000 | CITIGROUP INC (C) 6.50% | 39.58000 | 0.02 | $1,000.00 |
| 12/2008 | 0042 | 0 | 50,000 | CITIGROUP INC (C) 6.50% | 39.15000 | 0.02 | $1,000.00 |
| Sub Total | | 0 | 200,000 | | | | $4,000.00 |
| Invoice Totals | | 16,732 | 355,900 | | | | $9,164.00 |

age: 1

# LEHMAN BROTHERS

## Monthly Statement - Credit Swaps
### From:09/01/08  To:09/30/08

| Trade | Deal Reference Description | Counterparty | B/S | Cur | Principal | Settle | Cur | Commission | Dealer |
|---|---|---|---|---|---|---|---|---|---|
| 09/02/08 | T1001922 SPRINT NEXTEL 9/20/13 | Citigroup | SELL | USD | 10,000,000 | 09/03/08 | USD | $1,400.00 | UTIL |
| 09/02/08 | T1001921 HERTZ CORP 6/20/15 | Barclays | BUY | USD | 5,000,000 | 09/03/08 | USD | $1,400.00 | UTIL |
| 09/02/08 | T1001917 EASTMAN CHEM CO 9/20/13 | Goldman Sachs | BUY | USD | 10,000,000 | 09/03/08 | USD | $700.00 | UTIL |
| 09/02/08 | T1001926 AMKOR TECH 9/20/13 | DEUTSCHE BANK | SELL | USD | 2,000,000 | 09/03/08 | USD | $560.00 | UTIL |
| 09/02/08 | T1001920 HERTZ CORP 12/20/14 | Barclays | SELL | USD | 5,500,000 | 09/03/08 | USD | $0.00 | UTIL |
| 09/02/08 | T1001925 AMKOR TECH 9/20/13 | Citigroup | SELL | USD | 3,000,000 | 09/03/08 | USD | $840.00 | UTIL |
| 09/03/08 | T1001935 HCA INC 12/20/13 | Morgan Stanley & Co. Internati | BUY | USD | 3,000,000 | 09/04/08 | USD | $840.00 | UTIL |
| 09/04/08 | T1001947 NORTEL NETWORK 9/20/13 | Citigroup | BUY | USD | 5,000,000 | 09/05/08 | USD | $1,050.00 | UTIL |
| 09/03/08 | T1001932 CLEAR CHANNEL COMM 9/20/13 | Morgan Stanley & Co. Internati | BUY | USD | 2,000,000 | 09/04/08 | USD | $560.00 | UTIL |
| 09/03/08 | T1001930 CLEAR CHANNEL COMM 9/20/13 | Barclays | BUY | USD | 2,000,000 | 09/04/08 | USD | $560.00 | UTIL |
| 09/03/08 | T1001936 HCA INC 12/20/11 | Morgan Stanley & Co. Internati | SELL | USD | 4,150,000 | 09/04/08 | USD | $0.00 | UTIL |
| 09/03/08 | T1001938 CLEAR CHANNEL COMM 9/20/13 | Citigroup | SELL | USD | 3,000,000 | 09/04/08 | USD | $840.00 | UTIL |

# LEHMAN BROTHERS

## Monthly Statement - Credit Swaps
### From:09/01/08  To:09/30/08

| Trade | Deal Reference Description | Counterparty | B/S | Cur | Principal | Settle | Cur | Commission | Dealer |
|---|---|---|---|---|---|---|---|---|---|
| 09/04/08 | T1001951 FREESCALE SEMI 9/20/13 | Citigroup | BUY | USD | 3,000,000 | 09/05/08 | USD | $840.00 | UTIL |
| 09/04/08 | T1001944 NORTEL NETWORKS LTD 9/20/13 | Citigroup | BUY | USD | 3,000,000 | 09/05/08 | USD | $840.00 | UTIL |
| 09/04/08 | T1001950 FREESCALE SEMI 9/20/13 | Bank of America NA | BUY | USD | 2,000,000 | 09/05/08 | USD | $560.00 | UTIL |
| 09/05/08 | T1001957 LUCENT TECH 9/20/13 | Goldman Sachs | SELL | USD | 3,000,000 | 09/06/08 | USD | $630.00 | UTIL |
| 09/08/08 | T1001979 FIRST DATA 9/20/13 | DEUTSCHE BANK | BUY | USD | 5,000,000 | 09/09/08 | USD | $1,400.00 | UTIL |
| 09/08/08 | T1001972 CLEAR CHANNEL COMM 9/20/14 | Morgan Stanley & Co. Internati | BUY | USD | 2,000,000 | 09/09/08 | USD | $560.00 | UTIL |
| 09/08/08 | T1001973 CELESTICA INC 9/20/13 | Credit Suisse First Boston | BUY | USD | 2,000,000 | 09/09/08 | USD | $420.00 | UTIL |
| 09/08/08 | T1001966 ISTAR FINANCIAL 9/20/13 | J P MORGAN CHASE | SELL | USD | 5,000,000 | 09/09/08 | USD | $1,400.00 | UTIL |
| 09/08/08 | T1001969 IKON OFFICE SOULTIONS 9/20/13 | Goldman Sachs | SELL | USD | 5,000,000 | 09/09/08 | USD | $350.00 | UTIL |
| 09/09/08 | T1001988 MCCLATCHY CO 9/20/13 | J P MORGAN CHASE | BUY | USD | 3,000,000 | 09/10/08 | USD | $840.00 | UTIL |
| 09/09/08 | T1001987 MCCLATCHY CO 9/20/13 | Citigroup | SELL | USD | 5,000,000 | 09/10/08 | USD | $1,400.00 | UTIL |
| 09/10/08 | T1002007 CLEAR CHANNEL COMM 9/20/14 | Citigroup | BUY | USD | 10,000,000 | 09/11/08 | USD | $2,800.00 | UTIL |

# LEHMAN BROTHERS

### Monthly Statement - Credit Swaps
### From:09/01/08  To:09/30/08

| Trade | Deal Reference Description | Counterparty | B/S | Cur | Principal | Settle | Cur | Commission | Dealer |
|-------|---------------------------|--------------|-----|-----|-----------|--------|-----|------------|--------|
| 09/10/08 | T1002005 UNIVISION COMM 9/20/09 | Citigroup | SELL | USD | 3,000,000 | 09/11/08 | USD | $840.00 | UTIL |
| 09/10/08 | T1001992 THE HOME DEPOT 9/20/13 | J P MORGAN CHASE | SELL | USD | 20,000,000 | 09/11/08 | USD | $1,400.00 | UTIL |
| 09/10/08 | T1001993 THE HOME DEPOT 9/20/13 | Morgan Stanley & Co. Internati | SELL | USD | 10,000,000 | 09/11/08 | USD | $700.00 | UTIL |
| 09/10/08 | T1002006 CLEAR CHANNEL COMM 3/20/14 | Citigroup | SELL | USD | 10,000,000 | 09/11/08 | USD | $0.00 | UTIL |
| 09/10/08 | T1001996 MCCLATCHY CO 9/20/13 | Goldman Sachs | SELL | USD | 2,000,000 | 09/11/08 | USD | $560.00 | UTIL |
| 09/11/08 | T1002017 MCCLATHY CO 9/20/10 | Citigroup | BUY | USD | 2,000,000 | 09/12/08 | USD | $560.00 | UTIL |
| 09/11/08 | T1002028 CLEAR CHANN 9/20/13 | Barclays | SELL | USD | 5,000,000 | 09/12/08 | USD | $1,400.00 | UTIL |
| 09/11/08 | T1002023 CLEAR CHANNEL 9/20/13 | Credit Suisse First Boston | SELL | USD | 3,000,000 | 09/12/08 | USD | $840.00 | UTIL |
| 09/12/08 | T1002036 CLEAR CHANNEL COMM 9/20/13 | Citigroup | SELL | USD | 7,000,000 | 09/13/08 | USD | $1,960.00 | UTIL |

Total: USD    $29,050.00

# LEHMAN BROTHERS

Monthly Statement - Credit Swaps
From:09/01/08  To:09/30/08

| Trade | Deal Reference Description | Counterparty | B/S | Cur | Principal | Settle | Cur | Commission | Dealer |
|-------|---------------------------|--------------|-----|-----|-----------|--------|-----|------------|--------|

| USD Wire Instruction | |
|---|---|
| Bank Name: | Chase Manhattan Bank |
| ABA No. | #021-0000-21 |
| Account Name: | Murphy Durieu |
| Account No: | #930-1-034261 |

| Cur | Amount | Rate | Cur | Amount |
|-----|--------|------|-----|--------|
| EUR | 0.00 | 1.000 | USD | $0.00 |
| USD | $29,050.00 | 1.000 | USD | $29,050.00 |
| | Total Amount: | | USD | $29,050.00 |

# LEHMAN BROTHERS LOAN

Pg 17 of 18

## Monthly Statement - Loan Trade
### From:07/01/08 To:07/31/08

1ơ

| Trade | Deal Reference Description | Counterparty | B/S | Cur | Principal | Settle | Cur | Commission | Dealer |
|-------|---------------------------|--------------|-----|-----|-----------|--------|-----|------------|--------|
| 07/24/08 | T1001858 FDC TL B2 | CREDIT SUISSE LOAN | SELL | USD | 3,000,000 | 07/25/08 | USD | $937.50 | UTIL |
| 07/24/08 | T1001866 LVLT TL | GOLDMAN SACHS LOAN | SELL | USD | 2,000,000 | 07/25/08 | USD | $625.00 | UTIL |
| 07/29/08 | T1001862 FDC TLB1 | CITIGROUP LOAN | SELL | USD | 2,000,000 | 07/30/08 | USD | $625.00 | UTIL |
| | | | | | | Total: | USD | $2,187.50 | |

# LEHMAN BROTHERS LOAN

Monthly Statement - Loan Trade
From:07/01/08  To:07/31/08

| Trade | Deal Reference Description | Counterparty | B/S | Cur | Principal | Settle | Cur | Commission | Dealer |
|-------|---------------------------|--------------|-----|-----|-----------|--------|-----|------------|--------|

| USD Wire Instruction | |
|---|---|
| Bank Name: | Chase Manhattan Bank |
| ABA No. | #021-0000-21 |
| Account Name: | Murphy Durieu |
| Account No: | #930-1-034261 |

| Cur | Amount | Rate | Cur | Amount |
|-----|--------|------|-----|--------|
| EUR | 0.00 | 1.000 | USD | $0.00 |
| USD | $2,187.50 | 1.000 | USD | $2,187.50 |
| | Total Amount: | | USD | $2,187.50 |

# LEHMAN BROTHERS LOAN

## Monthly Statement - Credit Swaps
### From:08/01/08  To:08/31/08

14

Page:    1

| Trade | Deal Reference Description | Counterparty | B/S | Cur | Principal | Settle | Cur | Commission | Dealer |
|-------|---------------------------|--------------|-----|-----|-----------|--------|-----|------------|--------|
| 08/13/08 | T1001786 COMM HEALTH SYS 9/20/13 | GOLDMAN SACHS LOAN | SELL | USD | 3,000,000 | 08/14/08 | USD | $937.50 | UTIL |

Total:  USD        $937.50

# LEHMAN BROTHERS LOAN

### Monthly Statement - Credit Swaps
### From:08/01/08  To:08/31/08

Page:    1

| Trade | Deal Reference Description | Counterparty | B/S | Cur | Principal | Settle | Cur | Commission | Dealer |
|-------|----------------------------|--------------|-----|-----|-----------|--------|-----|------------|--------|

| USD Wire Instruction | |
|----------------------|--|
| Bank Name: | Chase Manhattan Bank |
| ABA No. | #021-0000-21 |
| Account Name: | Murphy Durieu |
| Account No: | #930-1-034261 |

| Cur | Amount | Rate | Cur | Amount |
|-----|--------|------|-----|--------|
| EUR | 0.00 | 1.000 | USD | $0.00 |
| USD | $937.50 | 1.000 | USD | $937.50 |
| | Total Amount: USD | | | $937.50 |

## <u>CERTIFICATE OF SERVICE</u>

On the 13th day of October 2008, I caused to be served *Murphy & Durieu L.P.*'s *Objection to Cure Amounts and Reservation of Rights,* upon the following parties via ecf, fax and overnight courier.

| | |
|---|---|
| Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:  Lori R. Fife, Esq.<br>        Shai Y. Waisman, Esq.<br>(212) 310.8007 – fax<br>*Counsel to the Debtors* | Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Attn:  James B. Kobak, Esq.<br>        David Wiltenburg, Esq.<br>        Jeffrey S. Margolin, Esq.<br>(212) 422.4726 - fax<br>*Counsel to the SIPC Trustee* |
| Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attn:  Lindsee P. Granfield, Esq.<br>        Lisa M. Schweitzer, Esq.<br>(212) 225.3999 - fax<br>*Counsel to the Purchaser* | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn:  Tracy Hope Davis, Esq.<br>(646) 458.1015 - fax |
| Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn:  Dennis F. Dunne, Esq.<br>        Luc A. Despins, Esq.<br>        Wilbur F. Foster, Esq.<br>(212) 822.5770 – fax<br>*Counsel to the Official Committee of Unsecured Creditors* | |

*/s/ Eric R. Wilson*
Eric R. Wilson