**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378
Jeffrey S. Sabin
Ronald J. Silverman
Joshua Dorchak

*Attorneys for Currenex, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------x
|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01420 (JMP) |
| Plaintiff, |  |
| v. |  |
| LEHMAN BROTHERS INC., |  |
| Debtor. |  |

-----------------------------------------------------------------x

<u>OBJECTION OF CURRENEX, INC. TO PROPOSED CURE AMOUNT</u>

Currenex, Inc. ("<u>Currenex</u>"), by and through its undersigned counsel, hereby objects to

Barclays Capital Inc.'s ("<u>Barclays</u>") revised proposed cure amount of $0.00 (the "<u>Proposed Cure</u>

<u>Amount</u>") in connection with the contract listed under the Vendor Name "CURRENEX" (the

"<u>Currenex Contract</u>") in (i) Barclays' Notice of Revised Exhibit A to Notice of Revisions to

Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser, dated October

A/72684044.1

2, 2008, in Case No. 08-13555, (ii) Barclays' Notice of Revisions to Schedules of Certain

Contracts and Leases Assumed and Assigned to Purchaser, dated October 2, 2008, in Adversary

Proceeding No. 08-01420, and (iii) the "List of Non-IT Closing Date Contracts (excluding

Corporate Real Estate)," updated October 1, 2008, at page 8, available at

http://chapter11.epiqsystems.com/lehman, in connection with the above-captioned proceedings.

Currenex and Lehman Brothers, Inc. ("LBI") are parties to the Currenex Contract, a

certain "Agreement for Currenex Services" dated July 5, 2001, as amended.  The Proposed Cure

Amount for the Currenex Contract is incorrect.  An amount not less than $247,512.68 is owed

and outstanding to Currenex for services provided to LBI pursuant to the Currenex Contract.

Accordingly, Currenex objects to the Proposed Cure Amount.

Currenex reserves the right to:  (i) make such other and further objection and claims as

may be appropriate, and (ii) amend, modify and supplement this Objection, including without

limitation to assert that an amount greater than that set forth herein is due to Currenex under the

Currenex Contract.

Dated: New York, New York          **BINGHAM MCCUTCHEN LLP**
         October 13, 2008


                                        By:  /s/ Joshua Dorchak
                                             Jeffrey S. Sabin
                                             jeffrey.sabin@bingham.com
                                             Ronald J. Silverman
                                             ronald.silverman@bingham.com
                                             Joshua Dorchak
                                             joshua.dorchak@bingham.com
                                             399 Park Avenue
                                             New York, NY 10022-4689
                                             Tel:  212-705-7000
                                             Fax:  212-752-5378

                                        *Attorneys for Currenex, Inc.*

A/72684044.1                           2