KELLEY DRYE & WARREN LLP          Objection Deadline: October 13, 2008 at 4:00 p.m.
Eric R. Wilson
Howard S. Steel
101 Park Avenue
New York, New York 10178
Tel: 212-808-7800
Fax: 212-808-7897

Attorneys for Tullett Prebon Holdings Corporation[1]

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**TULLETT PREBON HOLDINGS CORPORATION'S OBJECTION TO CURE AMOUNTS AND RESERVATION OF RIGHTS**

Tullett Prebon Holdings Corporation and its subsidiaries, Tullett Prebon (Europe) Limited and its subsidiaries, Tullett Prebon (Securities) Limited and its subsidiaries, Tullett Prebon Canada Limited and its subsidiaries, and Tullett Prebon (Singapore) Limited and its subsidiaries (collectively, "Tullet Prebon"), by and through its counsel, Kelley Drye & Warren LLP, hereby submit this cure objection and reservation of rights (the "Cure Objection") in response to the Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to, Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser, dated September 18, 2008, as supplemented by the Notice of Revisions to Schedules of Certain

---

[1] For purposes of this objection, Tullett Prebon Holdings Corporation includes its subsidiaries, and Tullett Prebon (Europe) Limited, Tullet Prebon (Securities) Limited, Tullett Prebon Canada Limited, Tullett Prebon (Singapore) Limited, and their respective subsidiaries.

Contracts and Leases Assumed and Assigned to Purchaser, dated October 1, 2008 (the "Cure Notice"). In support of the Cure Objection, Tullett Prebon respectfully states:

## BACKGROUND

1. Tullett Prebon operates as an intermediary in wholesale financial markets, facilitating the trading activities of its clients, in particular commercial and investment banks, hedge funds and buy-side institutions, and has leading positions in global fixed income securities, money markets, capital markets, equities, credit and associated derivative products. In connection with these services, Tullett Prebon has entered into numerous contracts with the Debtors.

2. On September 15, 2008, Lehman Brothers Holdings Inc. ("LBHI") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court. On September 16, 2008, LBHI's affiliate LB 745 LLC ("LB 745") also commenced a voluntary case under chapter 11 with this Court. On September 19, 2008, Lehman Brothers Inc. (and "LBI," together with LBHI and LB 745, the "Debtors") became the subject of a proceeding under the Securities Investors Protection Act, which is pending before this Court.

3. The Debtors remain in possession of their properties and continue to manage their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

4. On September 17, 2008, the Debtors filed a motion seeking authority (i) to sell certain of the Debtors' assets and (ii) to assume and assign certain executory contracts to Barclays Capital Inc. ("Barclays"), including contracts to be assumed and assigned at the closing of the sale (the "Closing Date Contracts").

5. On September 18, 2008, the Debtors filed the Cure Notice. The Cure Notice provided that the Debtors would identify the Closing Date Contracts along with proposed cure

2

amounts (the "Proposed Cure Amounts") by posting schedules (the "Schedules") on their claims agent's website (http://chapter11.epiqsystems.com/lehman).

6. Tullet Prebon's contracts are listed numerous times under several different vendor names, as "IT Closing Date Contracts," and "Non-IT Closing Date Contracts." However, the Schedules do not provide information sufficient for Tullett Prebon to specifically identify which Tullet Prebon contracts the Debtors propose to assume, assign, and cure. The aggregate Proposed Cure Amount for Tullett Prebon is $1,125,208.31.

7. On September 19, 2008, the Court entered an order approving the assumption and assignment of the Closing Date Contracts. Counter parties to the revised Cure Notice were provided until October 13, 2008, to object to the proposed cure amounts.

## CURE OBJECTION

8. As stated above, Tullett Prebon is a counterparty to a number of contracts with the Debtors. The Debtors' Schedules setting forth the Closing Date Contracts lack sufficient information for Tullett Prebon to determine which contracts the Debtors seek to assume and assign to Barclays. Tullett Prebon requests immediate clarification of the Closing Date Contracts' Schedule, and reserves all its rights to supplement and amend the Cure Objection as additional information may become available.

9. In addition, Tullett Prebon's records indicate that as of the date of this Cure Objection, the Debtors owe approximately $2,439,305.86 (USD) and £1,648,323 (GBP) pursuant to the contracts between the Debtors and Tullett Prebon. ("Tullett Prebon's Cure Amount"). The Proposed Cure Amount for Tullett Prebon depends on which contracts the Debtors seek to assume and assign. A breakdown of Tullett Prebon's Cure Amount is attached hereto as Exhibit 1.

3

10. Pursuant Sections 365(b)(1) and (f)(2) of the Bankruptcy Code, a debtor-in-possession which seeks to assume and assign an executory contract must (i) cure, or provide adequate assurance that it will promptly cure, any defaults in the executory contract, (ii) compensate the counterparty to the executory contract for any actual pecuniary loss to such party resulting from such defaults, and (iii) provide adequate assurance of future performance under such contract.  11 U.S.C. §§ 365(b)(i), (f)(2).

11. While Tullett Prebon has no objection to the Debtors' assumption and assignment of their contracts to Barclays, nor does Tullett Prebon have any adequate assurance concerns relating to Barclays, Tullett Prebon objects to the extent Tullett Prebon's Cure Amount is not paid in full through the date of assignment.  To the extent charges continue to accrue, Tullett Prebon further reserves its rights to amend and supplement its Cure Objection to account for such charges, until cured.

**WHEREFORE**, Tullett Prebon respectfully requests that the Court (i) set the cure amount for Tullett Prebon at $2,439,305.86 (USD) and £1,648,323 (GBP), and (ii) grant Tullett Prebon such other and further relief as the Court deems just and proper.

Dated: New York, New York
        October 13, 2008

                                                 KELLEY DRYE & WARREN LLP

                                                By: */s/ Eric R. Wilson*_____
                                                    Eric R. Wilson
                                                    Howard S. Steel
                                              101 Park Avenue
                                              New York, New York 10178
                                              Tel: (212) 808-7800
                                              Fax: (212) 808-7897

                                              Attorneys for Tullett Prebon Holdings Corporation

4

# EXHIBIT 1

| LEHMAN BROTHERS Customer Name | Customer # | Bill To Location | TOTAL | SEPT | AUG | JULY | JUNE | MAY | APR | MAR | 6-12 MTHS | OVER 12 MT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LEHMAN BROTHERS BANK FSB - NYK | 113898 | 17534/15/28/73 | 3,331.13 | 904.23 | 2,426.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN COMMERCIAL PAPER INC. USA - NYK | 105029 | 09622/03/40/00 | 9,300.00 | 500.00 | 8,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN COMMERCIAL PAPER INC. USA - NYK | 105029 | 09622/08/51/00 | 106,966.60 | 36,492.44 | 35,869.14 | 34,605.02 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN COMMERCIAL PAPER INC. USA - NYK | 105029 | 09622/15/25/00 | 87,069.50 | 23,469.82 | 63,599.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN COMMERCIAL PAPER INC. USA - NYK | 138498 | 22009/15/28/73 | 4,456.17 | 2,095.10 | 2,361.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 207,792.27 | | | | | | | | | |
| LEHMAN BROTHERS HOLDINGS INC. - LON | 136877 | 23377/15/28/00 | 17,614.60 | 233.80 | 11,646.75 | 5,734.05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/02/72/00 | 13,500.00 | 13,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/04/81/00 | 5,031.25 | 5,031.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/03/00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/03/00/00 | 94,288.44 | 34,944.22 | 59,344.21 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/04/92/00 | 6,094.31 | 2,847.98 | 1,576.72 | 966.12 | 342.96 | 360.53 | 0.00 | 0.00 | 0.00 | 0.01 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/15/24/00 | 77,982.51 | 32,967.95 | 45,014.56 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/15/25/00 | 40,835.00 | 16,540.00 | 24,295.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/15/28/73 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/15/28/73 | 30,281.51 | 2,908.15 | 14,460.25 | 12,913.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 06196/03/00/00 | 943.50 | 105.00 | 838.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/04/12/01 | 60,141.25 | 18,391.00 | 41,750.25 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/04/12/03 | 11,915.35 | | | 5,625.00 | 0.00 | 1,875.00 | 4,415.35 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/04/40/44 | 4,012.64 | 4,012.64 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/11/10/10 | 100,000.00 | 50,000.00 | 50,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/11/88/90 | 50,000.00 | 25,000.00 | 25,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 02778/21/02/32 | 5,000.00 | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/21/01/45 | 70,000.00 | 35,000.00 | 35,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/21/22/01 | 14,724.84 | 4,179.70 | 3,316.14 | 14,220.00 | 152.00 | 33.33 | 0.00 | 0.00 | 0.00 | 7,229.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/21/22/02 | 21,935.00 | 5,433.00 | 9,554.00 | 4,398.00 | 0.00 | 69,820.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/21/22/03 | 23,287.38 | 11,437.38 | 10,725.00 | 6,948.00 | 0.00 | 11,049.00 | 0.00 | 0.00 | 0.00 | 1,125.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/21/22/38 | 39,000.00 | 13,000.00 | 13,000.00 | 13,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 16929/05/60/00 | 85,354.90 | 7,505.00 | 3,555.00 | 20,661.75 | 8,952.75 | 2,848.50 | 27,250.50 | 10,344.00 | 4,237.40 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 03789/21/22/01 | 1,357.00 | 863.00 | 494.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 21558/05/60/00 | 6,941.00 | 6,941.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 21558/07/60/00 | 29,165.50 | 8,458.00 | 20,707.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 21558/07/66/00 | 8,680.00 | 3,225.00 | 5,455.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INC - NY | 105031 | 21558/06/55/00 | 17,087.58 | 3,613.13 | 13,474.45 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 708,175.48 | | | | | | | | | |
| LEHMAN BROTHERS INTERNATIONAL EUROPE- LON | 105032 | 03789/04/92/00 | 186.23 | | | | | | | | | |
| LEHMAN BROTHERS INTERNATIONAL EUROPE- LON | 105032 | 03789/21/22/01 | 150,759.00 | 56,000.00 | 263,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 31,093.00 | 27,527.00 | 6,983.00 |
| LEHMAN BROTHERS INTERNATIONAL EUROPE- LON | 105032 | 03789/21/22/02 | 21,216.00 | | 1,106.00 | 14,720.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INTERNATIONAL EUROPE- LON | 105032 | 03789/21/22/03 | 85,354.90 | 5,769.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS INTERNATIONAL EUROPE- NY | 115071 | 03789/21/22/01 | 20,661.00 | | | | | | | | | 20,661.00 |
| LEHMAN BROTHERS INTERNATIONAL EUROPE- NY | 115071 | 03789/21/22/02 | 6,383.00 | | | | | | | | 6,383.00 | 0.00 |
| LEHMAN BROTHERS INTERNATIONAL EUROPE- NY | 115071 | 03789/21/22/03 | 19,663.50 | | | | | | | | 6,150.00 | 13,513.50 |
| | | | 311,164.63 | | | | | | | | | |
| LEHMAN BROTHERS SPECIAL FINANCE INC. - NYK | 105033 | 09044/02/70/00 | 429,520.00 | 165,795.00 | 263,725.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS SPECIAL FINANCE INC. - NYK | 105033 | 09044/02/50/00 | 56,000.00 | 56,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS SPECIAL FINANCE INC. - NYK | 105033 | 09044/02/72/00 | 497,881.26 | 184,942.25 | 295,482.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17,456.51 | 0.00 |
| LEHMAN BROTHERS SPECIAL FINANCE INC. - NYK | 105033 | 09044/08/51/00 | 1,018.85 | | 1,018.85 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS SPECIAL FINANCE INC. - NYK | 105033 | 09044/11/81/00 | 52,940.67 | | 9,291.00 | 0.00 | 0.00 | 0.00 | 9,706.00 | 21,538.00 | 12,405.67 | 0.00 |
| LEHMAN BROTHERS SPECIAL FINANCE INC. - NYK | 105033 | 09044/15/27/00 | 65,474.39 | 65,474.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LEHMAN BROTHERS SPECIAL FINANCE INC. - NYK | 105033 | 09044/15/29/00 | 71,305.00 | 71,305.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | 1,538,953.30 | | | | | | | | | |
| TOTAL | | | 2,439,305.86 | 923,884.43 | 1,072,887.47 | 119,071.05 | 9,448.61 | 85,996.36 | 72,464.85 | 59,409.01 | 36,159.07 | 59,985.01 |

Lehman Position
as at close of business:   Thurs 9th October
Name Give Up Recievables
ASIA

in GBP

| Lehman Billing Entities | Centre | Type | Total |
|---|---|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING INC - NEW YORK | SNG | CDS | 4,474 |
| | | FX Spot/Fwd | 1,169 |
| | | G7 Options | 1,781 |
| | | NDF | 151 |
| | | Reg OBS | 35,832 |
| | HKG | OBS | 3,177 |
| | SYD | FX | 7,008 |
| | | MM | 597 |
| | TOK | $OBS | 4,202 |
| | | Yen IRO | 13,964 |
| | | Yen IRS | 61,561 |
| | KOR | Capital markets | 26,633 |
| **LEHMAN BROTHERS SPECIAL FINANCING INC - NEW YORK Total** | | | **160,548** |
| LEHMAN BROTHERS INC - NEW YORK | SNG | Bonds ROP | 405 |
| | | FX Spot/Fwd | 15,546 |
| | | NDF | 90,860 |
| | | IFX | 7,607 |
| | HKG | | |
| | KOR | Money markets | 1,054 |
| **LEHMAN BROTHERS INC - NEW YORK Total** | | | **115,472** |
| LEHMAN BROTHERS COM CORPN - NEW YORK | SNG | Asian Exotic | 3,020 |
| | | Asian Options | 69,125 |
| | | G7 Options | 8,396 |
| **LEHMAN BROTHERS COM CORPN - NEW YORK Total** | | | **80,541** |
| LEHMAN BROTHERS FINANCE SA,ZURICH | HKG | Equity Derivatives | 7,593 |
| **LEHMAN BROTHERS FINANCE SA,ZURICH Total** | | | **7,593** |
| LEHMAN BROTHERS BANKHAUS AG, SEOUL BRANCH | KOR | Capital markets | 1,392 |
| | | Money markets | 1,931 |
| **LEHMAN BROTHERS BANKHAUS AG, SEOUL BRANCH Total** | | | **3,323** |
| LEHMAN BROTHERS INTERNATIONAL EUROPE | SNG | Asian Options | 1,857 |
| | | NDF | 50 |
| | | REPO | 182 |
| **LEHMAN BROTHERS INTERNATIONAL EUROPE Total** | | | **2,089** |
| LEHMAN BROTHERS AUST LTD - AUSTRALIA | SYD | MM | 113 |
| **LEHMAN BROTHERS AUST LTD - AUSTRALIA Total** | | | **113** |
| Unallocated balance | SYD | | (1,270) |
| **ASIA Total** | | | **368,410** |

# LEHMAN NGU DEBT 29TH SEPTEMBER 2008

| DIVISION | DESK | TOTAL | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | 6-12months | >12months | Invoice name | TP Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RATES | EGB | 106,452 | 30,172 | 11,208 | 9,548 | 18,024 | 2,974 | 9,746 | 2,282 | 16,733 | 5,765 | Tullett Prebon Securities Ltd | Tullett Prebon Securities Ltd |
| RATES | EUR REPOS | 32,712 | 15,284 | 16,418 | 645 | | | 365 | | | 288 | Tullett Prebon International Europe-LN | Tullett Prebon Securities Ltd |
| ENERGY | GILT REPOS | 606,341 | 198,362 | 70,103 | 97,719 | 88,110 | 31,511 | 28,596 | 33,682 | 57,969 | | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| RATES | EAST EURO REPOS | 172,421 | 77,799 | 85,951 | 0 | | | | | | 8,671 | Tullett Prebon International Europe-LN | Tullett Prebon Securities Ltd |
| TREASURY | EAST EURO BONDS | 71,257 | 5,986 | 16,226 | 7,634 | 9,024 | 8,038 | 3,301 | | | | Tullett Prebon International Europe-LN | Tullett Prebon Securities Ltd |
| RATES | ZAR OBS | 10,933 | 1,715 | -4,549 | 6,295 | 6,374 | 2,098 | 8,744 | 4,765 | 11,818 | | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| RATES | EAST EURO OBS | 58,931 | 18,904 | 3,517 | 18,954 | 14,762 | 1,974 | 12,994 | 25,817 | 36,434 | 288 | Tullett Prebon International Europe-LN | Tullett Prebon Securities Ltd |
| RATES | SCANDI OBS | 264 | 264 | | | | 820 | | | 9,717 | | Tullett Prebon International Europe-LN | Tullett Prebon Securities Ltd |
| RATES | YEN OBS | 942 | 942 | | | | | | | | | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| RATES | GBP OBS | 21,695 | 21,695 | | | | | | | | | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| RATES | EURO OBS | 5,687 | 5,687 | | | | | | | | | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| RATES | USD OBS | 8,107 | 8,107 | | | | | | | | | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| RATES | BASIS SWAPS | 2,083 | 2,083 | | | | | | | | | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| RATES | EURO SHT | 9,482 | 9,482 | | | | | | | | | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| RATES | IFS | 104,216 | 86,240 | | 1,781 | 3,250 | 12,905 | | 7,361 | -100,097 | 14,724 | Tullett Prebon Energy | Tullett Prebon Securities Ltd |
| | TOTAL | 1,279,912 | 392,331 | 359,558 | 305,244 | 110,726 | 38,504 | 41,883 | 43,325 | -25,394 | | | |

| DIVISION | DESK | TOTAL | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | 6-12months | >12months | Invoice name | TP Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENERGY | UK POWER | 141 | 70 | 71 | | | | | | | | Lehman Brothers Special Finance - NY | Tullett Prebon Oil Ltd |
| ENERGY | EURO POWER | 8035 | 5672 | 1353 | 645 | | | 365 | | | | Lehman Brothers Commodities Services Inc-NY | Tullett Prebon Energy |
| ENERGY | OIL | 757 | 757 | | | | | | | | | Lehman Brothers Commodities Services Inc-NY | Tullett Prebon Oil Ltd |
| ENERGY | FUEL OIL PRIMEX | 1964 | 1964 | | | | | | | | | Lehman Brothers Commodities Services Inc-NY | Tullett Prebon Oil Ltd |
| ENERGY | GAS OIL PRIMEX | 1262 | 1252 | | | | | | | | | Lehman Brothers Commodities Services Inc-NY | Tullett Prebon Oil Ltd |
| ENERGY | METALS | 1356 | 1356 | | | | | | | | | Lehman Brothers Commodities Services Inc-NY | Tullett Prebon Energy |
| ENERGY | NUCLEAR | 0 | | | | | | | | | | Lehman Brothers Special Finance - NY | Tullett Prebon Energy |
| ENERGY | GAS | 12472 | 895 | 11587 | | | | | | | | Lehman Brothers Special Finance - NY | Tullett Prebon Energy |
| ENERGY | SOFT COMMODITIES | 6725 | 3318 | 3407 | | | | | | | | Lehman Brothers Commodities Services Inc-NY | Tullett Prebon Energy |
| | TOTAL | 32712 | 18244 | 16418 | 645 | | | 365 | | | 288 | | |

| DIVISION | DESK | TOTAL | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | 6-12months | >12months | Invoice name | TP Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CREDIT | ABS/Credit Trading Desk Total | 88 | | 88 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| CREDIT | Credit Emerging Mkt | 12,281 | 5,766 | 6,515 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| CREDIT | CD Structured Total | 6,823 | 6158 | | 219 | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| CREDIT | Corporate And Non Euro Government Repo Total | 42,855 | 4537 | 5,956 | 2,469 | 5,889 | 1,946 | 3,142 | 1,678 | 16,733 | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| CREDIT | Credit Derivatives | 23,916 | 17782 | 872 | | | | | | 503 | 5,262 | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| CREDIT | High Yield Bonds Total | 404 | 404 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| CREDIT | Loans Total | 26,298 | 1291 | 4,380 | 12,135 | 12,135 | 1,028 | 6,604 | 603 | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| | TOTAL GBP | 106,453 | 30,172 | 11,208 | 18,024 | 18,024 | 2,974 | 9,746 | 2,282 | 16,733 | 5,785 | | |

| DIVISION | DESK | TOTAL | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | 6-12months | >12months | Invoice name | TP Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TREASURY | Forward Asian Currency Total | | | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Forward Canada Total | | | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Forward Euro Tullett | 31,323 | 19,871 | 11,452 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | FWD CZK | 146 | 146 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | FWD PLN | 4,119 | 4,119 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | FWD RUB | 5,752 | 5,752 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | FWD TRL | 481 | 481 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | FWD NDF | 18,836 | 18,836 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | EUR CASH | 401 | 401 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | STERLING CASH | 74 | 74 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | USD CASH | 66 | 66 | | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Forward FX Scandi Total | 24,322 | 9,804 | 14,518 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Forward Rand Total | 2,026 | 750 | 1,276 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Forward Yen Total | 18,123 | 6,009 | 12,114 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | NDF (Generic) Total | 22,759 | | 22,759 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Non Banking (Generic) Total | 8,671 | | | | | | | | | 8,671 | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Spot Eastern European Total | 390 | 280 | 110 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Spot Euro Total | 8,514 | 3,369 | 5,145 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Spot Scandi Total | 205 | | 205 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Spot Sterling Total | 897 | 743 | 154 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| TREASURY | Spot Yen Total | 14,947 | 3,332 | 11,615 | | | | | | | | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| | TOTAL GBP | 172,421 | 77,799 | 85,951 | | | | | | | 8,671 | | |

| DIVISION | DESK | TOTAL | Sep-08 | Aug-08 | Jul-08 | Jun-08 | May-08 | Apr-08 | Mar-08 | 6-12months | >12months | Invoice name | TP Entity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VOLATILITY | DAX Total | 347 | | | | | | | | | 347 | Lehman Brothers International Europe-LN | Tullett Prebon Securities Ltd |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VOLATILITY Interest Rate Options | 4,795 | 4,795 | 0 | 0 | 0 | 0 | Lehman Brothers Special Finance - NY | Tullett Prebon Europe Ltd |
| VOLATILITY Emerging Market Equity Options Total | -2,384 | 0 | 0 | 0 | 0 | -2,384 | Lehman Brothers International Europe-LN | Tullett Prebon Securities Ltd |
| VOLATILITY Emerging Market Options Total | 20,982 | 3,750 | 10,229 | 7,003 | 0 | 0 | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| VOLATILITY Euro Currency Options Total | 6,119 | 180 | 1,927 | 4,002 | 0 | 0 | Lehman Brothers Inc - NY | Tullett Prebon Europe Ltd |
| VOLATILITY European Single Stocks Total | 19,287 | 9,763 | 18,498 | 56,534 | 4,592 | 0 | -84,655 | Lehman Brothers International Europe-LN | Tullett Prebon Securities Ltd |
| VOLATILITY Exotic Equity Options Total | 2,954 | 0 | 2,954 | 0 | 4,019 | 3,198 | 7,351 | Lehman Brothers International Europe-LN | Tullett Prebon Securities Ltd |
| VOLATILITY Exotic Options Total | 3,458 | 0 | 2,704 | 754 | 0 | 0 | 0 | Lehman Brothers International Europe-LN | Tullett Prebon Europe Ltd |
| VOLATILITY Future Options Total | 15,449 | 1,271 | 14,178 | 0 | 0 | 0 | 0 | Lehman Brothers International Europe-LN | Tullett Prebon Securities Ltd |
| VOLATILITY G7/Vanilla Options Total | 77,748 | 17,739 | 32,097 | 27,780 | 0 | 0 | 132 | Lehman Brothers Finance - Zurich | Tullett Prebon Europe Ltd |
| VOLATILITY Index Options Total | 211,421 | 31,358 | 92,204 | 100,959 | 0 | 0 | -13,180 | Lehman Brothers Inc - NY | Tullett Prebon Securities Ltd |
| VOLATILITY OTC FTSE Total | 1,781 | 1,848 | 0 | 300 | 0 | 0 | -367 | Lehman Brothers International Europe-LN | Tullett Prebon Securities Ltd |

N.B  Duplicate payment of Zar 106,799.00 value 04/09/08 has not been returned

# CERTIFICATE OF SERVICE

On the 13th day of October 2008, I caused to be served *Tullett Prebon Holdings Corporation's Objection to Cure Amounts and Reservation of Rights,* upon the following parties via ecf, fax and overnight courier.

| | |
|---|---|
| Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn:  Lori R. Fife, Esq.<br>           Shai Y. Waisman, Esq.<br>(212) 310.8007 – fax<br>*Counsel to the Debtors* | Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>Attn:  James B. Kobak, Esq.<br>           David Wiltenburg, Esq.<br>           Jeffrey S. Margolin, Esq.<br>(212) 422.4726 - fax<br>*Counsel to the SIPC Trustee* |
| Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Attn:  Lindsee P. Granfield, Esq.<br>           Lisa M. Schweitzer, Esq.<br>(212) 225.3999 - fax<br>*Counsel to the Purchaser* | Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn:  Tracy Hope Davis, Esq.<br>(646) 458.1015 - fax |
| Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn:  Dennis F. Dunne, Esq.<br>           Luc A. Despins, Esq.<br>           Wilbur F. Foster, Esq.<br>(212) 822.5770 – fax<br>*Counsel to the Official Committee of Unsecured Creditors* | |

                                              */s/ Eric R. Wilson*
                                              Eric R. Wilson