**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
Telephone: (212) 705-7000
Facsimile: (212) 752-5378
Jeffrey S. Sabin
Ronald J. Silverman
Joshua Dorchak

*Attorneys for State Street Bank and Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :  Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                       :  Case No. 08-13555 (JMP)
                                                               :
           Debtors.                                            :  (Jointly Administered)
                                                               :
---------------------------------------------------------------x
                                                               :
SECURITIES INVESTOR PROTECTION                                 :  Adv. Pro. No. 08-01420 (JMP)
CORPORATION,                                                   :
           Plaintiff,                                          :
                                                               :
     v.                                                        :
                                                               :
LEHMAN BROTHERS INC.,                                          :
                                                               :
           Debtor.                                             :
                                                               :
---------------------------------------------------------------x

**OBJECTION OF STATE STREET BANK AND
TRUST COMPANY TO PROPOSED CURE AMOUNT**

State Street Bank and Trust Company ("State Street"), by its undersigned counsel, hereby objects to Barclays Capital Inc.'s ("Barclays") revised proposed cure amount of $0.00 (the "Proposed Cure Amount") in connection with the contract listed under the Vendor Name "FX CONNECT" (the "FX Connect Contract") in (i) Barclays' Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser,

A/72684034.1

dated October 2, 2008, in Case No. 08-13555, (ii) Barclays' Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser, dated October 2, 2008, in Adversary Proceeding No. 08-01420, and (iii) the "List of Non-IT Closing Date Contracts (excluding Corporate Real Estate)," updated October 1, 2008, at page 7, available at http://chapter11.epiqsystems.com/lehman, in connection with the above-captioned proceedings.

"FX Connect" is a product offered by State Street. State Street and Lehman Brothers, Inc. ("LBI") are parties to the FX Connect Contract, a certain "State Street Global Link/Multi-Bank Agreement" dated April 11, 2002. Lehman Brothers Japan Inc. became an additional party to the FX Connect Contract in 2008.

The Proposed Cure Amount for the FX Connect Contract is incorrect. An amount not less than $95,765.50 is owed and outstanding to State Street for services provided to LBI (and, as of 2008, to Lehman Brothers Japan Inc.) pursuant to the FX Connect Contract. Accordingly, State Street objects to the Proposed Cure Amount.

State Street reserves the right to: (i) make such other and further objection and claims as may be appropriate, and (ii) amend, modify and supplement this Objection, including without limitation to assert that an amount greater than that set forth herein is due to State Street under the FX Connect Contract.

| | |
|---|---|
| Dated: New York, New York<br>October 13, 2008 | **BINGHAM MCCUTCHEN LLP**<br><br>By: /s/ Joshua Dorchak<br>Jeffrey S. Sabin<br>jeffrey.sabin@bingham.com<br>Ronald J. Silverman<br>ronald.silverman@bingham.com<br>Joshua Dorchak<br>joshua.dorchak@bingham.com<br>399 Park Avenue<br>New York, New York 10022<br>Telephone: (212) 705-7000<br>Facsimile: (212) 752-5378<br><br>*Attorneys for State Street Bank and Trust Company* |