**BINGHAM McCUTCHEN LLP**
Jeffrey S. Sabin
Ronald J. Silverman
Joshua Dorchak
399 Park Avenue
New York, NY 10022-4689
Tel:  212-705-7000
Fax:  212-752-5378

*Attorneys for State Street Bank and Trust Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Pro. No. 08-01420 (JMP) |
| Plaintiff, | : | |
| v. | : | |
| LEHMAN BROTHERS INC., | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that **State Street Bank and Trust Company**, a party in interest in the above-captioned cases (the "Appearing Party"), hereby appears by its counsel, Bingham McCutchen LLP, and requests, pursuant to rules 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in these cases and all

A/72687588.1

papers served or required to be served in these cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin
Ronald J. Silverman
Joshua Dorchak
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378
Emails: jeffrey.sabin@bingham.com
    ronald.silverman@bingham.com
    joshua.dorchak@bingham.com

PLEASE TAKE FURTHER NOTICE that, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, fax, email, or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to a waiver of: (i) the Appearing Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Appearing Party expressly reserves.

Dated: New York, New York
October 13, 2008

Respectfully submitted,

**BINGHAM McCUTCHEN LLP**

By: /s/ Joshua Dorchak
Jeffrey S. Sabin
jeffrey.sabin@bingham.com
Ronald J. Silverman
ronald.silverman@bingham.com
Joshua Dorchak
joshua.dorchak@bingham.com
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378

*Attorneys for State Street Bank and Trust Company*