UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| Securities Investor Protection Corporation, |  |
|  | Adversary Proceeding Nos. |
| Plaintiff |  |
| v. | 08-01419(JMP) |
|  | 08-01420(JMP) |
| Lehman Brothers Inc., |  |
| Debtor. |  |

**BARCLAYS CAPITAL, INC.'S STATEMENT OF ISSUES PRESENTED ON APPEAL AND COUNTERDESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL IN CONNECTION WITH THE APPEAL OF BAY HARBOUR MANAGEMENT L.C., BAY HARBOUR MASTER LTD. *ET AL.* FROM ORDERS OF BANKRUPTCY COURT ENTERED SEPTEMBER 20, 2008**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Barclays Capital, Inc. ("Barclays" or "Purchaser") hereby designates additional items to be included in the record on appeal and restates the issues presented in connection with the appeal of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks (collectively "Appellants") from the following orders (the "Appealed Orders") entered on September 20, 2008:[1]

---

[1] Barclays reserves its right to designate additional items for inclusion in the record and/or restate issues presented on appeal if any motions are granted subsequent to the filing of this designation that affect the Appealed Orders.

1

(1) *Order Under 11 §§ U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* [D.I. 258 in Case No. 08-13555]; and

(2) *Order Approving, and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding* [D.I. 3 in Case No. 08-01420 and D.I. 2 in Case No. 08-01419].[2]

### Restatement of Issues Presented on Appeal

1. Whether this appeal is moot under section 363(m) of the Bankruptcy Code where (a) the court below found Barclays was a purchaser in good faith, (b) Appellants failed to seek a stay of the Appealed Orders pending appeal; and (c) the sale to Barclays has closed and cannot be reversed?

2. Whether the district court should affirm the Bankruptcy Court's detailed findings of fact that the Purchaser engaged in a good faith, arms-length negotiation, without collusion – which are subject to review only for clear error and which as a matter of law entitle Barclays to protection as a purchaser in good faith under section 363(m) of the Bankruptcy Code?

3. Whether the Bankruptcy Court was correct in concluding that the sale effectuated by the Appealed Orders complied with the Due Process clause of the Fifth Amendment where the court (a) found that the parties provided adequate notice of the sale in light of the exigent

---

[2] Because Adversary Proceeding No. 08-01419 was duplicative of Adversary Proceeding No. 08-01420, Adversary Proceeding No. 08-01419 was closed on October 1, 2008. See Order Directing The Closing Of Adversary Proceeding [D.I. 6]. However, because Appellants have designated the Appealed Orders entered in No. 08-01419, Barclays does so as well out of an abundance of caution.

2

circumstances and the wasting nature of the debtors' assets, and (b) provided a reasonable opportunity under the circumstances for parties, including the appellant, to be heard and object?

4. Whether the Bankruptcy Court, having concluded that there was ample evidence to find Barclays to be a purchaser in good faith, properly approved the sale free and clear of liabilities to Barclays pursuant to section 363(f) of the Bankruptcy Code?

**Additional Items Designated for the Record on Appeal**[3]

Barclays hereby designates the following items to be included in the record on appeal:[4]

| Item | Date | Docket Item[5] | Document Title |
|---|---|---|---|
| 1. | 9/19/2008 | 108 | Notice of Hearing |
| 2. | 9/19/2008 | 131 | Objection to Motion /Limited Objection Of The Harbinger Funds To Debtors' Motion To Approve The Sale Of The Purchased Assets And The Assumption And Assignment Of Contracts Relating To The Purchased Assets |
| 3. | 9/19/2008 | 142 | Response to Motion /Protective Response of 125 High Street, L.P. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 4. | 9/19/2008 | 165 | Response of Royal Bank of Scotland plc and ABN AMRO NV to Debtors' Motion dated September 17, |

---

[3] Each designated item shall also include any exhibits, attachments, declarations and affidavits related to such item.

[4] Lehman Brothers Holdings Inc. and its affiliated chapter 11 debtors filed an Amended Statement of Issues Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of Bay Harbour Management L.C., Bay Harbour Master Ltd. et al. from Orders of Bankruptcy Court Entered September 20, 2008 [Case No. 08-13555, D.I. 801] (the "Debtors' Counterdesignation"). For an avoidance of doubt, Barclays incorporates by reference and thereby designates the docket items identified in the Debtors' Counterdesignation in addition to the items listed herein.

[5] All docket items refer to Case No. 08-13555.

| | | | |
|---|---|---|---|
| | | | 2008 for Sale Approval |
| 5. | 9/19/2008 | 169 | Response to Motion /Protective Response of Interactive Data Corporation to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 6. | 9/19/2008 | 183 | Response of the Walt Disney Company to Debtors' Motion Dated September 17, 2008 for Sale Approval |
| 7. | 9/19/2008 | 190 | Objection to Motion /Limited Objection and Reservation of Rights of Tradeweb Markets LLC and its Affiliates with respect to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 8. | 9/19/2008 | 214 | Objection of HST Lessee SNYT LLC Lessee Of Sheraton New York Hotel & Towers To Proposed Cure Amounts |
| 9. | 9/19/2008 | 220 | Objection to Motion / Limited Objection of Goldman, Sachs & Co. to Proposed Cure Amounts and Assumption and Assignment of Executory Contracts |
| 10. | 9/19/2008 | 222 | Limited Objection and Reservation of Rights to Debtors' Motion to Approve the Sale of Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets |
| 11. | 9/19/2008 | 225 | NYSE's Reservation of Rights and Limited Objection to Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser |
| 12. | 9/19/2008 | 227 | Opposition to Assumption and Assignment of, And Amounts Necessary to Cure Defaults Under Contracts and Leases to Be Assumed and Assigned to Successful Purchaser |
| 13. | 9/19/2008 | 229 | Objection to Motion Reservation of Rights and Limited Objection of AboveNet Communications Inc. to Cure |

| | | | |
|---|---|---|---|
| | | | Amount |
| 14. | 9/19/2008 | 238 | Response to Motion Response of The Toronto-Dominion Bank and Certain Affiliates to Debtors' Motion to Approve the Sale of Certain Assets; and Joinder in Response of Royal Bank of Scotland plc and ABN AMRO |
| 15. | 9/19/2008 | 267 | Notice of Objection to Proposed Cure Amount as to Iris Software, Inc. |
| 16. | 9/19/2008 | 269 | Objection to Assumption and Agreement Fixing Cure Amount |
| 17. | 9/19/2008 | 270 | Notice of Objection by ICAS to Notice of Assumption, Assignment and Amounts to Cure Dated September 18, 2008 |
| 18. | 9/19/2008 | 273 | Affidavit of Service of Regina Amporfro of Epiq Bankruptcy Solutions, LLC |

Dated: October 13, 2008
New York, New York

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:       s/Lisa M. Schweitzer
    Lindsee P. Granfield
    Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital, Inc.*