GREENBERG TRAURIG, LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
John W. Weiss
Kenneth Zuckerbrot
David Y. Wolnerman
weissjw@gtlaw.com
wolnermand@gtlaw.com

Attorneys for Nomura Holding America, Inc.,
on behalf of Nomura Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re**                                                         :    **Chapter 11**
:
**LEHMAN BROTHERS HOLDINGS INC., et al.** :    **Case No. 08-13555 (JMP)**
:
Debtors.                          :    **(Jointly Administered)**
:
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

     **PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases as counsel for Nomura Holding America, Inc. ("Holdings"), on behalf of Nomura Holdings, Inc. ("NHI," and together with Holdings, "Nomura"), a party-in-interest in these cases, and requests as provided in 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

Nomura Holding America, Inc.
Two World Financial Center
Building B, 22nd Floor
New York, New York 10281
Attn: Penny Tehrani
Tel.: (212) 667-9505
Fax: (646) 587-9505
E-mail:  bankruptcymatters@us.nomura.com

-and-

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166
Attn:  John W. Weiss, Esq.
Tel: (212) 801-9200
Fax: (212) 801-6400
E-mail:  weissjw@gtlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, plan and disclosure statement, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, Internet, or otherwise filed or made with regard to the above-captioned cases, or that affects or seeks to affect in any way any rights or interests of any party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a (i) consent to the jurisdiction of the Bankruptcy Court, or (ii)  waiver of Nomura's rights to (a) have final orders in non-core matters entered only after de novo review by a District Judge, (b) trial by jury in any proceedings so triable in these cases or any case, controversy or proceeding related to these

2

cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, setoffs or recoupments to which Nomura is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Nomura expressly reserves.

Dated: October 13, 2008
      New York, New York

**GREENBERG TRAURIG, LLP**

By: /s/ John W. Weiss
    John W. Weiss
    Kenneth Zuckerbrot
    David Y. Wolnerman
    weissjw@gtlaw.com
    wolnermand@gtlaw.com
    200 Park Avenue
    New York, New York 10166
    Telephone: (212) 801-9200
    Facsimile: (212) 801-6400

    Attorneys for Nomura Holding America, Inc.,
    on behalf of Nomura Holdings, Inc.