**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan
Michael R. Dal Lago

Attorneys for Carpenter Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :
                                                             :  Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., et al.,                      :
                                                             :  Case No. 08 -13555(JMP)
                                                             :  Jointly Administered
                       Debtors.                              :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

**MARIOLA WIATRAK,** being duly sworn, deposes and says:

I am employed by the firm of Morrison Cohen LLP, attorneys for Carpenter Group. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

On October 13, 2008, I served copy of the Objection of Carpenter Group, Inc. to the Proposed Cure Amount Set Forth in the Debtors' Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser, via electronic mail in PDF format and facsimile delivery upon parties listed on the attached service list.

_____
MARIOLA WIATRAK

Sworn to before me this
13th day of October 2008

_____
NOTARY PUBLIC

#1451503 v1 \017267 \0301

NELSON VARGAS
NOTARY PUBLIC, State of New York
No. 01VA6136033
Qualified in Nassau County
Commission Expires October 31, 2009

## SERVICE LIST

Counsel for the Debtors
Attn: Shai Y. Waisman, Esq.
Weil, Gotshal, Manges LLP
767 Fifth Avenue
New York, NY 10153
shai.waisman@weil.com
Facsimile No.: (212) 310-8007

Lori R. Fife, Esq.
Weil, Gotshal, Manges LLP
767 Fifth Avenue
New York, NY 10153
lori.fife@weil.com
Facsimile No: (212) 310-8007

Counsel for the SIPC Trust
Attn: Jeffery S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
margolin@hugheshubbard.com
Facsimile No: (212) 422-4726

Counsel for the Purchaser
Attn: Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
lschweitzer@cgsh.com
Facsimile No.: (212) 225-3999

Lindsee P. Granfield, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
lgranfield@cgsh.com
Facsimile No.: (212) 225-3999

United States Trustee
Attn: Andrew D. Velez-Rivera
33 Whitehall Street
21st Floor
New York, NY 10004
Andy.Velez-Rivera@usdoj.gov
Facsimile No.: (212) 668-2255

#1443412 v1 \018898 \0001                       2

Dennis F. Dunne, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
ldespins@milbank.com
wfoster@milbank.com
Facsimile No.: (212)-530-5219

Counsel for the Creditors' Committee
James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
jamestecce@quinnemanuel.com
Facsimile No.: (212) 849-7100

Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com
Facsimile No.: (212) 849-7100