Joseph E. Shickich, Jr. (JS 5229)
RIDDELL WILLIAMS P.S.
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154-1192
Phone:  (206) 624-3600
Fax:  (206) 389-1708
jshickich@riddellwilliams.com

Counsel to Microsoft Corporation
and Microsoft Licensing, GP

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDING INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Joint Administration)<br><br>Related to Docket Nos. 60, 107,182 |

**SUPPLEMENT TO CONDITIONAL OBJECTION AND RESERVATION OF RIGHTS BY MICROSOFT RE ASSUMPTION, ASSIGNMENT AND CURE**

COMES NOW Microsoft Corporation and its wholly subsidiary, Microsoft Licensing, GP (collectively, "Microsoft"), and supplements its conditional objection and reservation of rights that was filed on September 19, 2008, under Docket No. 182.

1.  The Debtors propose to assume and assign to the Purchaser and cure certain executory contracts with Microsoft listed on Debtors' website with Epiq Systems.

2.  The contracts are not listed with specificity.  Here is a listing of the active contracts between the Debtors (or their affiliates) and Microsoft Licensing, GP, that Microsoft has been able to identify:

| Customer Name | Sales Location | Agree Type | Agreement | Program | Status | Agreement Start Date | Agreement End Date |
|---|---|---|---|---|---|---|---|
| Lehman Brothers | United Kingdom | Standard Enrollment | 3667726 | Select 6 | Active | Feb 13 2007 | Apr 30 2009 |
| Lehman Brothers Advisers Private Limited | India | Standard Enrollment | 4581117 | Select 6 | Active | Mar 26 2007 | Apr 30 2009 |

4842-7578-8803.01                                                    1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Asia Limited Shanghai Representative Office | China | Standard Enrollment | 5002165 | Select 6 | Active | Feb 28 2008 | Apr 30 2009 |
| Lehman Brothers Financial Services India Private Limited | India | Standard Enrollment | 5808766 | Select 6 | Active | Mar 16 2007 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Standard Enrollment | 3055743 | Select 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Master Agreement | 01S6E426 | Select 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Standard Enrollment | 3661123 | Enter-prise 6 | Active | May 1 2006 | Apr 30 2009 |
| Lehman Brothers Holdings, Inc. | United States | Master Agreement | 01E66159 | Enter-prise 6 | Active | May 1 2006 | Apr 30 2026 |
| Lehman Brothers Inc. | Japan | Standard Enrollment | 9998138 | Select 6 | Active | June 12 2007 | Apr 30 2009 |
| Lehman Brothers Inc. | United States | MS Business Agreement | U5555636 | Non-specific | Active | Apr 25 2001 | |
| Lehman Brothers Securities Private Limited | India | Standard Enrollment | 2967567 | Select 6 | Active | Mar 23 2007 | Apr 30 2009 |
| Lehman Brothers Services India Private Ltd | India | Standard Enrollment | 7487034 | Select 6 | Active | Sep 21 2006 | Apr 30 2009 |
| Lehman Brothers, Inc. | United Kingdom | MS Business Agreement | U2835924 | Non-specific | Active | Sep 9 1997 | |
| Lehman Brothers, Inc. | United States | MS Business Agreement | U5875924 | Non-specific | Active | Oct 30 1996 | |

3.    Microsoft is still determining the cure amount, if any, due under these agreements and does not yet concur with the amount $2,239,925.00 asserted by the Debtors in Revised Exhibit A.

4.    In addition to the agreements reported in the list above, there are a Microsoft Consulting Services agreement and an Exchange Hosted Services agreement. The cure amounts are $226,337.79 for Microsoft Consulting Services and $337,366.10 for Exchange Hosted Services.

[Remainder of page intentionally left blank.]

WHEREFORE, Microsoft renews its conditional objection and again reserves its rights.

Dated:  October 13, 2008

                RIDDELL WILLIAMS P.S.

By: _____
Joseph E. Shickich, Jr. (JS 5229)
Washington State Bar No. 8751
1001 - 4th Avenue, Suite 4500
Seattle, WA  98154-1192
Phone:  (206) 624-3600
Fax:  (206) 389-1708
jshickich@riddellwilliams.com

Attorneys for Microsoft Corporation and Microsoft Licensing, GP

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served, via email, on the 13th day of October, 2008, the foregoing Supplement to Conditional Objection and Reservation of Rights by Microsoft Re Assumption, Assignment and Cure, upon the following:

Weil, Gotshal & Manges LLP
Attn:  Lori R. Fife and Shai Y. Waisman
Attorneys for Lehman Brothers
Holdings, Inc. and LB745 LLC
767 Fifth Avenue
New York, NY  10153-0119
Email:  lori.fife@weil.com
Email:  shai.waisman@weil.com

Hughes Hubbard & Reed LLP
Attn:  Jeffrey S. Margolin
Attorneys for the SPIC Trustee
One Battery Park Plaza
New York, NY  10004
Email: margolin@hugheshubbard.com

Cleary Gottlieb Steen & Hamilton LLP
Attn:  Lindsee P. Granfield
and Lisa M. Schweitzer
Attorneys for the Purchaser
One Liberty Plaza
New York, NY  10006
Email:  lgranfield@cgsh.com
Email:  lschweitzer@cgsh.com

DATED this 13th day of October, 2008.

_____
Sheila Rowden