**Hearing Date: October 16, 2008 at 10 a.m.**
**Objections Deadline: October 14, 2008**

**TUCKER ARENSBERG, P.C.**
Beverly Weiss Manne, Esq. (PA 34545)
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone: 412-594-5525
Fax: 412-594-5619
Email:  bmanne@tuckerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re: | ) Chapter 11 Case |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., et al. | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| | ) Relates to Document No. 669 |

-------------------------------------------------------------------x

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that I caused a true and correct copy of the Response and Limited Objection of the Federal Home Loan Bank of Pittsburgh to Debtors' Motion For Order Pursuant To Sections 105(A), 345(B), 363(B), 363(C) And 364(A) of The Bankruptcy Code and Bankruptcy Rules 6003 and 6004:  (A) For Authorization To:  (i) Continue Using Existing Centralized Cash Management System, As Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) For an Extension of Time To Comply With Section 345(B) of the Bankruptcy Code to be served by first class mail, postage prepaid, by email and/or by first class Mail, postage prepaid, as follows:

      See Attached Service List

Dated: October 13, 2008

      */s/ Beverly Weiss Manne*
      Beverly Weiss Manne (PA ID 34545)
      TUCKER ARENSBERG, P.C.
      1500 One PPG Place
      Pittsburgh, PA 15222
      (412) 566-1212

      Counsel for Federal Home Loan Bank of Pittsburgh

BANK_FIN:337132-1 020260-138012

**STANDARD PARTIES SERVICE LIST – First Class Mail**

| | |
|---|---|
| <u>Attorneys for Debtors</u><br>Weil Gotshal & Manges LLP<br>Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Richard Krasnow<br>767 Fifth Ave.<br>New York, NY 10153<br>Email: harvey.miller@weil.com<br>Email: jacqueline.marcus@weil.com<br>Email: shai.waisman@weil.com | Honorable James M. Peck ("Chambers")<br>Courtroom 601<br>One Bowling Green<br>New York, New York 10004 |
| <u>U.S. Trustee</u><br>U.S. Trustee<br>Andy Velez-Rivera<br>Paul Schwartzberg,<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Milbank, Tweed, Hadley & McCloy LLP,<br>Dennis F. Dunne<br>Dennis O'Donnell<br>Evan Fleck<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| <u>Attorneys for Unsecured Creditors Committee</u><br>Quinn Emanuel Urquhart Oliver & Hedges<br>James Tecce<br>Susheel Kirpalani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212-849-7000<br>Fax : 212 849-7100<br>Email: jamestecce@quinnemanuel.com<br>Email: susheelkirpalani@quinnemanuel.com | <u>Attorneys for DIP Lenders</u><br>Cleary Gotliebb LLP<br>Lindsee P. Granfield<br>Lisa M. Schweitzer<br>One Liberty Plaza<br>New York, NY 10006<br>(212) 225-2000<br>(212) 225-3999 (fax)<br>lschweitzer@cgsh.com<br>maofiling@cgsh.com |
| <u>Attorneys for the SIPC Trustee</u><br>Hughes Hubbard & Reed LLP<br>Jeffrey S. Margolin<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 837-6375<br>Fax : (212) 422-4726<br>Email: margolin@hugheshubbard.com | <u>Attorneys for DIP Lenders</u><br>Sullivan & Cromwell LLP<br>Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>125 Broad Street,<br>New York, NY 10004 |