IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | * | |
| LEHMAN BROTHERS HOLDINGS, *et al.* | * | CHAPTER 11 CASE NO. 08-13555 JMP (JOINTLY ADMINISTERED) |
| DEBTORS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## OBJECTION OF RESPONSIVE DATA SOLUTIONS, LLC TO CURE AMOUNT

Responsive Data Solutions, LLC ("Responsive Data"), by undersigned counsel, submits this objection to the proposed cure amount set forth on the *List of Non-IT Closing Date Contracts (excluding Corporate Real Estate)* published on the Epiq website, as updated October 1, 2008 9:00 p.m. (the "Schedule"), and states as follows:

1.    Responsive Data and Lehman Brothers, Inc. ("Lehman") are parties to an executory contract (the "Contract") sought to be assumed and assigned in connection with the September 16, 2008, Asset Purchase Agreement (the "Purchase Agreement") between Lehman and Barclays Capital Inc. ("Purchaser").

2.    Section 2.5 of the Purchase Agreement provides for the assumption and assignment of certain executory contracts and unexpired leases provided the Purchaser designates the contracts within 60 days of Closing (defined in the Purchase Agreement).

3.    On September 18, 2008, Debtor designated certain executory contracts and unexpired leases for assumption and assignment in connection with the Purchase Agreement, by listing such executory contracts and unexpired leases on schedules posted on the website at http://chapter11.epiqsystems.com/lehman (the "Website").

4.  The Contract was listed on the Schedules, originally with a proposed cure amount of $30,000.00, later revised on October 1, 2008, to $20,277.37 (the "Proposed Cure Amount") as set forth in the Schedule.

5.  Purchaser served a notice regarding its change in the cure amount on October 1, 2008, specifying that objections to the proposed cure amount must be filed no later than October 13, 2008.

6.  Responsive Data notes that the Proposed Cure Amount is incorrect, and that the actual outstanding balance owed by Lehman to Responsive Data totals $52,759.94 (the "True Cure Amount"), as set forth on the account statement attached hereto as Exhibit 1. Copies of invoices comprising the True Cure Amount are attached hereto collectively as Exhibit 2.

WHEREFORE, Responsive Data Solutions, LLC respectfully objects to the Proposed Cure Amount and requests that the Court determine that the actual cure amount necessary to assume and assign the Contract is the True Cure Amount of Fifty-two Thousand Seven Hundred Fifty-nine Dollars and Ninety-four Cents ($52,759.94), and grant such other and further relief as is proper.

Raymond W. Verdi, Jr., Esq. (RWV-8013)
48 South Service Road, Suite 102
Melville, NY 11747
Tel. (631) 465-0042
Fax (631) 465-0049
rwvlaw@yahoo.com

Local counsel (Franklin & Prokopik, P.C.)

Andrew L. Cole
Franklin & Prokopik, P.C.
The B&O Building
Two N. Charles St., Suite 600
Baltimore, MD 21201
Tel. (410) 752-8700
Fax  (410) 752-6868
acole@fandpnet.com

*Attorneys for Responsive Data Solutions, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 13th day of October, 2008, a copy of the foregoing

document was served *via* first class mail, postage pre-paid, upon each of the following:

Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

*Attorneys for Lehman Brothers*
 *Holdings, Inc. and LB745 LLC*

James B. Kobak, Esq.
David Wiltenburg, Esq.
Jeffery S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*Attorneys for the SIPC Trustee*

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York NY 10006

*Attorneys for Barclays Capital Inc.*

Tracy Hope Davis, Esq.
Office of The U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis C. O'Donnell, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Raymond W. Verdi, Jr., Esq.

4

| Name | Num | Date | Due Date | Aging | Amount |
|------|-----|------|----------|-------|--------|
| Lehman Brothers:Project Twins | 000232 | 05/31/2007 | 06/30/2007 | 465 | 3,267.54 |
| Lehman Brothers:HILLS | 001885 | 04/02/2008 | 05/02/2008 | 158 | 544.96 |
| Lehman Brothers:VENTANA | 002645 | 08/04/2008 | 09/03/2008 | 34 | 10,635.76 |
| Lehman Brothers:One Lincoln | 002813 | 08/04/2008 | 09/03/2008 | 34 | 1,350.00 |
| Lehman Brothers:ARS | 003067 | 08/31/2008 | 09/30/2008 | 7 | 7,974.12 |
| Lehman Brothers:One Lincoln | 003070 | 08/31/2008 | 09/30/2008 | 7 | 800.00 |
| Lehman Brothers:BEAR | 003068 | 08/31/2008 | 09/30/2008 | 7 | 448.14 |
| Lehman Brothers:VENTANA | 003071 | 08/31/2008 | 09/30/2008 | 7 | 263.26 |
| Lehman Brothers:WRGRACE | 003072 | 08/31/2008 | 09/30/2008 | 7 | 665.21 |
| Lehman Brothers:MBS | 003074 | 08/31/2008 | 09/30/2008 | 7 | 290.88 |
| Lehman Brothers:COLONIAL BANK | 002780 | 09/01/2008 | 10/01/2008 | 6 | 986.44 |
| Lehman Brothers:AIG | 003075 | 09/01/2008 | 10/01/2008 | 6 | 939.03 |
| Lehman Brothers:Hammons | 003145 | 09/18/2008 | 10/18/2008 | | 804.11 |
| Lehman Brothers:MBS | 003189 | 09/18/2008 | 10/18/2008 | | 5,002.37 |
| Lehman Brothers:SEI | 003192 | 09/18/2008 | 10/18/2008 | | 825.55 |
| Lehman Brothers:TOUSA | 003194 | 09/18/2008 | 10/18/2008 | | 17,634.43 |
| Lehman Brothers:EQUITY ANALYSTS | 003348 | 09/30/2008 | 10/30/2008 | | 328.14 |
| Total | | | | | 52,759.94 |

# Responsive Data Solutions, LLC

# Invoice

1331 H Street, N.W.
Suite L102
Washington, DC 20005
Phone #: (202)347-4498

| Invoice # | 000232 |
|---|---|
| Invoice Date | 5/31/2007 |

| Bill To | Ship To |
|---|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attn: Martha Solinger | Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attn: Martha Solinger |

| Ordered Date | Terms | Client Matter # | Salesperson | P.O. No. |
|---|---|---|---|---|
| 5/29/2007 | Net 30 | Project Twins | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Data: Endorsement | 76,754 | 0.01 | 767.54T |
| EDD: Tiff Conversion per Gig | 2.5 | 1,000.00 | 2,500.00T |
| | | | |
| Job Reference: Simpson Thacher - Project Twins | | | |

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for
quality. If no objection to quality is made within the 30 day period, it shall be deemed
accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| | |
|---|---|
| Subtotal | $3,267.54 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$3,267.54** |



1331 H Street, N.W.
Suite L102
Washington, DC 20005
Phone #: (202)347-4498

# Invoice

| Invoice # | 001885 |
|---|---|
| Invoice Date | 4/2/2008 |

| Bill To |
|---|
| Lehman Brothers Inc. |
| 1301 Sixth Avenue, 5th Floor |
| New York, NY 10019 |
| Attn: GREGORY WITCZAK |

| Ship To |
|---|
| Lehman Brothers Inc. |
| 1301 Sixth Avenue, 5th Floor |
| New York, NY 10019 |
| Attn: GREGORY WITCZAK |

| Ordered Date | Terms | Client Matter # | Salesperson | P.O. No. |
|---|---|---|---|---|
| 3/24/2008 | Net 30 | HILLS | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Media: CD Master | 3 | 25.00 | 75.00T |
| Data: Endorsement | 2,455 | 0.01 | 24.55T |
| Tech Time - Senior | 2 | 150.00 | 300.00 |
| EDD: Tiff Conversion per Page | 2,455 | 0.05 | 122.75T |
| Shipping | 1 | 22.66 | 22.66 |

Please remit to above address.

| | | |
|---|---|---|
| | Subtotal | $544.96 |
| | Sales Tax (0.0%) | $0.00 |
| | Invoice Total | $544.96 |

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for
quality. If no objection to quality is made within the 30 day period, it shall be deemed
accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 002645 |
|---|---|
| Invoice Date | 8/4/2008 |

| Bill To |
|---|
| Image Processing Systems<br>PO Box 2602<br>Secaucus, NJ 07096<br>Attn: Lehman Legal Control<br>Attorney: Tom Shpetner |

| Ship To |
|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attorney: Tom Shpetner |

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| REGI20080186 | VENTANA | Net 30 | SM | 00306 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Media: DVD Master | 21 | 40.00 | 840.00T |
| Data: Endorsement | 419,576 | 0.01 | 4,195.76T |
| Tech Time - Senior | 4 | 150.00 | 600.00 |
| EDD: Tiff Conversion per Gig | 5 | 1,000.00 | 5,000.00T |

Date/Time of Work: 7/3/2008

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| | |
|---|---|
| Subtotal | $10,635.76 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$10,635.76** |



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 002813 |
|---|---|
| Invoice Date | 8/4/2008 |

**Bill To**

Image Processing Systems
PO Box 2602
Secaucus, NJ 07096
Attn: Lehman Legal Control
Attorney: Christy Searl

**Ship To**

Lehman Brothers
1301 Sixth Avenue, 5th Floor
New York, NY 10019
Attn: Lehman Legal Control
Attorney: Christy Searl

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| LITI20070341 | ONE LINCOLN | Net 30 | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Tech Time - Senior | 1 | 150.00 | 150.00 |
| EDD: Tiff Conversion per Gig | 1.2 | 1,000.00 | 1,200.00T |
| | | | |
| Date/Time of Work: 7/23/2008 | | | |

Please remit to above address.

| | |
|---|---|
| Subtotal | $1,350.00 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$1,350.00** |

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

# Responsive
### Data Solutions

1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003067 |
|---|---|
| Invoice Date | 8/31/2008 |

| Bill To |
|---|
| Image Processing Systems
PO Box 2602
Secaucus, NJ 07096
Attn: Lehman Legal Control
Attorney: Tom Hommel |

| Ship To |
|---|
| Lehman Brothers Inc.
1301 Sixth Avenue, 5th Floor
New York, NY 10019
Attn: Legal Control
Attorney: Tom Hommel |

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| LITI20080009 | ARS | Net 30 | SM | 00306 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Media: DVD Master | 2 | 40.00 | 80.00T |
| Data: Endorsement | 485,354 | 0.01 | 4,853.54T |
| Data: OCR | 12,758 | 0.03 | 382.74T |
| Tech Time - Senior | 8 | 150.00 | 1,200.00 |
| EDD: Tiff Conversion per Gig | 1.4 | 1,000.00 | 1,400.00T |
| Shipping(FedEx) | 1 | 57.84 | 57.84 |

Date/Time of Work : 08/01/2008

Please remit to above address.

| | |
|---|---|
| Subtotal | $7,974.12 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$7,974.12** |

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

# Responsive
### Data Solutions

907 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003070 |
|-----------|--------|
| Invoice Date | 8/31/2008 |

**Bill To**

Image Processing Systems
PO Box 2602
Secaucus, NJ 07096
Attn: Lehman Legal Control
Attorney: Christy Searl

**Ship To**

Lehman Brothers
1301 Sixth Avenue, 5th Floor
New York, NY 10019
Attn: Lehman Legal Control
Attorney: Christy Searl

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|--------------|-----------|-------|-------------|-----|
| LITI20070341 | ONE LINCOLN | Net 30 | SM | |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Tech Time - Senior | 2 | 150.00 | 300.00 |
| EDD: Tiff Conversion per Gig | 0.5 | 1,000.00 | 500.00T |
| | | | |
| Date/Time of Work: 08/31/08 | | | |

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| | |
|---|---|
| Subtotal | $800.00 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$800.00** |

# RESPONSIVE
## Data Solutions

1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003068 |
|---|---|
| Invoice Date | 8/31/2008 |

| Bill To | Ship To |
|---|---|
| Image Processing Systems<br>PO Box 2602<br>Secaucus, NJ 07096<br>Attn: Lehman Legal Control<br>Attorney: Cynthia Ginsberg | Lehman Brothers<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attorney: Cynthia Ginsberg |

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| REGI20080137 | BEAR | Net 30 | SM | 23576 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Data: Endorsement | 4,969 | 0.01 | 49.69T |
| Tech Time - Senior | 1 | 150.00 | 150.00 |
| EDD: Tiff Conversion per Page | 4,969 | 0.05 | 248.45T |

Date/Time of Work: 08/31/08

Please remit to above address.

| | |
|---|---|
| Subtotal | $448.14 |
| Sales Tax (0.0%) | $0.00 |
| Invoice Total | $448.14 |

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

# Responsive
## Data Solutions

1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003071 |
|---|---|
| Invoice Date | 8/31/2008 |

**Bill To**

Image Processing Systems
PO Box 2602
Secaucus, NJ 07096
Attn: Lehman Legal Control
Attorney: Tom Shpetner

**Ship To**

Lehman Brothers Inc.
1301 Sixth Avenue, 5th Floor
New York, NY 10019
Attn: Legal Control
Attorney: Tom Shpetner

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| REGI20080186 | VENTANA | Net 30 | SM | 00306 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Media: CD Duplicate | 3 | 15.00 | 45.00T |
| Media: CD Master | 1 | 25.00 | 25.00T |
| Data: Endorsement | 1,971 | 0.01 | 19.71T |
| Tech Time - Senior | 0.5 | 150.00 | 75.00 |
| EDD: Tiff Conversion per Page | 1,971 | 0.05 | 98.55T |

Please remit to above address.

| | |
|---|---|
| Subtotal | $263.26 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$263.26** |

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

# Responsive
## Data Solutions

1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003072 |
|---|---|
| Invoice Date | 8/31/2008 |

| Bill To |
|---|
| Image Processing Systems<br>PO Box 2602<br>Secaucus, NJ 07096<br>Attn: Lehman Legal Control<br>Attorney: Bill Olshan/Kristin Koppenhaven |

| Ship To |
|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attorney: Bill Olshan/Kristin Koppenhaven |

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| SUBP20080127 | WRGRACE | Net 30 | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Media: CD Duplicate | 6 | 15.00 | 90.00T |
| Media: CD Master | 1 | 25.00 | 25.00T |
| Data: Endorsement | 8,786 | 0.01 | 87.86T |
| EDD: Tiff Conversion per Page | 8,786 | 0.05 | 439.30T |
| Shipping(FedEx) | 1 | 23.05 | 23.05 |

Date/Time of Work: 08/31/2008

Please remit to above address.

| | |
|---|---|
| Subtotal | $665.21 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$665.21** |

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003074 |
|---|---|
| Invoice Date | 8/31/2008 |

| **Bill To** |
|---|
| Image Processing Systems<br>PO Box 2602<br>Secaucus, NJ 07096<br>Attn: Lehman Legal Control<br>Attorney: Tom Shpetner |

| **Ship To** |
|---|
| Lehman Brothers<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attorney: Tom Shpetner |

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| REGI20070899 | MBS | Net 30 | SM | 23707 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Data: Endorsement | 4,848 | 0.01 | 48.48T |
| EDD: Tiff Conversion per Page | 4,848 | 0.05 | 242.40T |

Date/Time of Work: 08/31/2008

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| Subtotal | $290.88 |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$290.88** |



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 002780 |
|---|---|
| Invoice Date | 9/1/2008 |

| **Bill To** | **Ship To** |
|---|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: GREGORY WITCZAK | Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: GREGORY WITCZAK |

| Ordered Date | Terms | Client Matter # | Salesperson | P.O. No. |
|---|---|---|---|---|
| 7/21/2008 | Net 30 | COLONIAL BANK | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Data: Endorsement | 12,161 | 0.01 | 121.61T |
| Data: OCR | 12,161 | 0.03 | 364.83T |
| EDD: Tiff Conversion per Gig | 0.5 | 1,000.00 | 500.00T |

Please remit to above address.

| | |
|---|---|
| **Subtotal** | $986.44 |
| **Sales Tax (0.0%)** | $0.00 |
| **Invoice Total** | **$986.44** |

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for
quality. If no objection to quality is made within the 30 day period, it shall be deemed
accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003075 |
|---|---|
| Invoice Date | 9/1/2008 |

| Bill To |
|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: GREGORY WITCZAK |

| Ship To |
|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: GREGORY WITCZAK |

| Ordered Date | Terms | Client Matter # | Salesperson | P.O. No. |
|---|---|---|---|---|
| 8/31/2008 | Net 30 | AIG | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| EDD: Tiff Conversion per Page | 31,301 | 0.03 | 939.03T |

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| | |
|---|---|
| Subtotal | $939.03 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$939.03** |



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003145 |
|---|---|
| Invoice Date | 9/18/2008 |

**Bill To**

Image Processing Systems
PO Box 2602
Secaucus, NJ 07096
Attn: Lehman Legal Control
Attorney: Christy Searl

**Ship To**

Lehman Brothers Inc.
1301 Sixth Avenue, 5th Floor
New York, NY 10019
Attn: Legal Control
Attorney: Christy Searl

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| LITI20060089 | Hammons | Net 30 | SM | 49029 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Data: Endorsement | 15,411 | 0.01 | 154.11T |
| Tech Time - Senior | 1 | 150.00 | 150.00 |
| EDD: Tiff Conversion per Gig | 0.5 | 1,000.00 | 500.00T |

Date/Time of Work: 09/09/2008

Please remit to above address.

| | |
|---|---|
| Subtotal | $804.11 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$804.11** |

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003189 |
|---|---|
| Invoice Date | 9/18/2008 |

### Bill To
Image Processing Systems
PO Box 2602
Secaucus, NJ 07096
Attn: Lehman Legal Control
Attorney: Tom Shpetner

### Ship To
Lehman Brothers
1301 Sixth Avenue, 5th Floor
New York, NY 10019
Attn: Legal Control
Attorney: Tom Shpetner

| Internal ID# | Case Name | Terms | Salesperson | P&L |
|---|---|---|---|---|
| REGI20070899 | MBS | Net 30 | SM | 23707 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Data: Endorsement | 215,237 | 0.01 | 2,152.37T |
| Tech Time - Senior | 4 | 150.00 | 600.00 |
| EDD: Tiff Conversion per Gig | 2.2 | 1,000.00 | 2,200.00T |
| Shipping | 1 | 50.00 | 50.00 |

Date/Time of Work: 09/15/2008

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| | |
|---|---|
| Subtotal | $5,002.37 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$5,002.37** |



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003192 |
|---|---|
| Invoice Date | 9/18/2008 |

| **Bill To** | **Ship To** |
|---|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attn: Gregory Witczak | Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attn: Gregory Witczak |

| Ordered Date | Terms | Client Matter # | Salesperson | P.O. No. |
|---|---|---|---|---|
| 9/15/2008 | Net 30 | SEI | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| EDD: Tiff Conversion per Page | 7,511 | 0.05 | 375.55T |
| Tech Time - Senior | 3 | 150.00 | 450.00 |

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| | |
|---|---|
| **Subtotal** | $825.55 |
| **Sales Tax (0.0%)** | $0.00 |
| **Invoice Total** | **$825.55** |


Data Solutions

1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003194 |
|---|---|
| Invoice Date | 9/18/2008 |

| Bill To |
|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>New York, NY 10019<br>Attn: Legal Control<br>Attn: Gregory Witczak |

| Ship To |
|---|
| Lehman Brothers Inc.<br>1301 Sixth Avenue, 5th Floor<br>Attn: Legal Control<br>New York, NY 10019<br>Attn: Gregory Witczak |

| Ordered Date | Terms | Client Matter # | Salesperson | P.O. No. |
|---|---|---|---|---|
| 9/15/2008 | Net 30 | TOUSA | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Data: Endorsement | 145,943 | 0.01 | 1,459.43T |
| Tech Time - Senior | 8 | 150.00 | 1,200.00 |
| EDD: Tiff Conversion per Gig | 14.5 | 1,000.00 | 14,500.00T |
| Shipping | 1 | 100.00 | 100.00 |
| EDD - Native Processing per GB | 1.5 | 250.00 | 375.00T |

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for
quality. If no objection to quality is made within the 30 day period, it shall be deemed
accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| | |
|---|---|
| Subtotal | $17,634.43 |
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$17,634.43** |



1331 H Street, N.W.
Suite L102
Washington, DC 20005

Phone #: (202)347-4498

# Invoice

| Invoice # | 003348 |
|---|---|
| Invoice Date | 9/30/2008 |

| Bill To |
|---|
| Lehman Brothers Inc. |
| 1301 Sixth Avenue, 5th Floor |
| New York, NY 10019 |
| Attn: GREGORY WITCZAK |

| Ship To |
|---|
| Lehman Brothers Inc. |
| 1301 Sixth Avenue, 5th Floor |
| New York, NY 10019 |
| Attn: GREGORY WITCZAK |

| Ordered Date | Terms | Client Matter # | Salesperson | P.O. No. |
|---|---|---|---|---|
| 10/2/2008 | Net 30 | EQUITY ANALYSTS | SM | |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| Data: Endorsement | 4,844 | 0.01 | 48.44T |
| Tech Time - Senior | 0.25 | 150.00 | 37.50 |
| EDD: Tiff Conversion per Page | 4,844 | 0.05 | 242.20T |

Please remit to above address.

Client has 30 days from receipt of Responsive Data Solutions completed work to inspect for quality. If no objection to quality is made within the 30 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Federal Tax ID: 20-8264650

| Subtotal | $328.14 |
|---|---|
| Sales Tax (0.0%) | $0.00 |
| **Invoice Total** | **$328.14** |

Index No. 08-13555 JMP                    Year

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
================================================================
In re:

LEHMAN BROTHERS HOLDINGS, et al.,


                         Debtors.
================================================================

OBJECTION OF RESPONSIVE DATA SOLUTIONS, LLC TO CURE AMOUNT

================================================================

### RAYMOND W. VERDI, JR.
Attorney at Law

Attorney for Responsive Data Solutions, LLC

Office and Post Office Address, Telephone

48 South Service Road
Suite 102
Melville, NY 11747
(631) 465-0042
================================================================
To


Attorney(s) for

================================================================
Service of a copy of the within
is hereby admitted.

Dated,
-------------------------------------------------
Attorney(s) for

================================================================