STROOCK & STROOCK & LAVAN LLP
Melvin A. Brosterman
Harold A. Olsen
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for Hess Corporation*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
*In re*                                                           :    Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,                            :    Case No. 08-13555 (JMP)
                                                                  :
                                                                  :    (Jointly Administered)
                          Debtors.                                :
---------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     :    ss.:
COUNTY OF NEW YORK   )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On October 13, 2008, affiant caused to be served true and correct copies of *Objection of Hess Corporation to Cure Amounts and Other Information Included on the List of Closing Date Contracts in Accordance with the Order Under 11 U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and*

NY 71798583

*Assignment of Executory Contracts and Unexpired Leases* (Docket No. 873) via e-mail and/or First Class Mail (as indicated) upon the parties set forth on the attached Service List.

      /s/ Michael Magzamen
      Michael Magzamen

Sworn to before me this
13th day of October, 2008

/s/ Matthew R. Keville
NOTARY PUBLIC

Matthew R. Keville
Notary Public, State of New York
No. 01KE6151390
Qualified in Queens County
Commission Expires August 14, 2010

NY 71798583

## Service List

**Via First Class Mail**
The Office of the United States Trustee
Attn: Brian Shoichi Masumoto, Esq.
33 Whitehall Street
21st Floor
New York, NY 10004

**Via First Class Mail & E-Mail**
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005
DDunne@milbank.com
DODonnell@milbank.com
EFleck@milbank.com

**Via First Class Mail & E-Mail**
Weil Gotshal & Manges LLP
Attn: Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com
richard.krasnow@weil.com
lori.fife@weil.com
shai.waisman@weil.com

**Via First Class Mail & E-Mail**
Cleary Gottleib Steen & Hamilton LLP
Attn: Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
One Liberty Plaza
New York, NY 10006
lgranfield@cgsh.com
lschweitzer@cgsh.com

NY 71798583