Klein, DeNatale, Goldner,
　Cooper, Rosenlieb & Kimball, LLP
T. Scott Belden, Esq. (CA Bar No. 184387)
Attorneys for Superior Pipelines, Inc.
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------X

In re :

LEHMAN BROTHERS HOLDINGS, INC.,
et al.,

　　　　　　　Debtors

------------------------------------------------X

Case No. 08-13555 (JMP)

(Jointly Administered)

(Chapter 11)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, T. SCOTT BELDEN, a member in good standing of the bar of the State of California and the bar of the United States District Court for the Eastern and Central Districts of California, request admission *pro hac vice*, before the Honorable James M. Peck, to represent Superior Pipelines, Inc., a creditor and party-in-interest, in the above-referenced case.

My mailing address is Klein, DeNatale, Goldner, Cooper, Rosenlieb & Kimball, LLP, 4550 California Avenue, Second Floor, Bakersfield, California 93309; E-mail address is sbelden@kleinlaw.com; telephone number (661) 395-1000; and facsimile number (661) 326-0418.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 8, 2008
　　　　Bakersfield, California

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　T. SCOTT BELDEN (CA Bar No. 184387)

00502872.000.DOC