David A. Rosenzweig
Mark C. Haut
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York 10103
Telephone:  (212) 318-3000
Facsimile:   (212) 318-3400
Attorneys for AT&T Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et. al.,<br><br>      Debtor. | Chapter 11<br><br>Case Nos. 08-13555 (JMP)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NEW YORK )

  **Emily E. Ranieri**, being duly sworn, deposes and says:

  I am not a party to this action, am over eighteen years of age and employed by Fulbright & Jaworski L.L.P., located at 666 Fifth Avenue, New York, New York 10103.

  On October 13, 2008, I caused to be served a true and correct copy of, *Limited Objection to Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Resolving Objections by Utility Companies; and (III) Prohibiting Utilities from Altering,*

80336559.1              - 1 -

*Reusing, or Discontinuing Service,* by method indicated below:

Via Facsimile

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
Fax Number: 212-310-8007

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of The U.S. Trustee
Southern District of New York
Fax Number: 212-668-2255

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
Fax Number: 212-530-5219

Lindsee P. Granfield, Esq.
Lisa Schweitzer, Esq.
Cleary Gottlieb LLP
Fax Number: 212-225-3999

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
Fax Number: 212-558-3588

_____
Emily E. Ranieri

Sworn to me this
14th Day of October, 2008

_____
Notary Public

SYLVESTER HINDS
NOTARY PUBLIC, State of New York
No. 03-4819881
Qualified in Bronx & New York Counties
Commission Expires Oct. 31, 20 10

80336559.1

- 2 -