Hearing Date: October 16, 2008, at 10:00 a.m.
Objection Deadline: October 14, 2008, at 10:00 a.m.

MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Russell L. Munsch (admitted *pro hac vice*)
Kevin M. Lippman (admitted *pro hac vice*)
Raymond J. Urbanik (admitted)

ATTORNEYS FOR AD HOC COMMITTEE OF BONDHOLDERS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
In re:                                                 :    Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS                               :    Case No. 08-13555 (JMP)
Inc., *et al.*,                                        :    Jointly Administered
                                                       :
             Debtors.                                  :
-------------------------------------------------------X

## SUPPLEMENTAL CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of October, 2008, he personally caused to be served a true and correct copy of the Objection to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004, 6006 and 9019 Authorizing Lehman Brothers Holdings Inc. to (A) Enter Into a Partnership Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of Such Intercompany Loan to Purchasers, filed by the Ad Hoc Committee of Bondholders on October 13, 2008 [Docket No. 903], via facsimile transmission and First Class U.S. Mail, postage prepaid, upon the following parties:

| | |
|---|---|
| Jones Day | Fulbright & Jaworski, LLP |
| Attn:  Jeff Schlegel, Esq. | Attn:  Zack A. Clement, Esq. |
|        Richard Engman, Esq. |        Edward Rhyne, Esq. |
| 717 Texas, 3rd Floor |        John Allender, Esq. |
| Houston, Texas 77002 | 1301 McKinney, 41st Floor |
| Fax:  (832) 239-3600 | Houston, Texas 77010 |
| *Counsel for the EDF Trading North America Management LLC and EDF Trading North America Inc.* | Fax:  (713) 651-5246 |
| | *Counsel for Eagle Energy Partners I L.P.* |

                                      /s/ Kevin M. Lippman, Esq.

Dated:  October 14, 2008

                            MUNSCH HARDT KOPF & HARR, P.C.

                            By:  /s/ Raymond J. Urbanik
                            3800 Lincoln Plaza
                            500 North Akard Street
                            Dallas, Texas 75201-6659
                            Telephone:  (214) 855-7500
                            Facsimile:  (214) 855-7584

                                  Russell L. Munsch (*pro hac vice*)
                                  Kevin M. Lippman (*pro hac vice*)
                                  Raymond J. Urbanik (RU-1842)

                            ATTORNEYS FOR AD HOC COMMITTEE
                            OF BONDHOLDERS