**INGRAM YUZEK GAINEN
CARROLL & BERTOLOTTI, LLP**
Attorneys for 50 Broadway Realty Corp.
250 Park Avenue
New York, New York 10177
(212) 907-9600
Cory L. Weiss (CW 2467)
Michael D. Capozzi (MC 9704)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                      :      Chapter 11
In re:                                                  :      Case No. 08-13555-JMP

**LEHMAN BROTHERS HOLDINGS INC.**

             Debtor.

------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned appears for 50 Broadway Realty Corp. LLC, a creditor and party in interest, and pursuant to Rule 202 and 9010 of the Rules of Bankruptcy Procedure, demands that all papers served in this case be given to and served upon the undersigned at the following office, post office address, and telephone number:

      INGRAM YUZEK GAINEN CARROLL
      & BERTOLOTTI, LLP
      Attorneys for 50 Broadway Realty Corp.
      250 Park Avenue
      New York, New York 10177
      (212) 907-9600
      Attention: Cory L. Weiss, Esq.

297719_1/02120-0001

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any motion, application, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the debtor or property of the debtor.

Dated: New York, New York
      October 14, 2008

            **INGRAM YUZEK GAINEN CARROLL**
            **& BERTOLOTTI, LLP**
            Attorneys for 50 Broadway Realty Corp.
            250 Park Avenue
            New York, New York 10177
            (212) 907-9600

By: _____
        Cory L. Weiss (CW 2467)
        Michael D. Capozzi (MC 9704)

2

297719_1/02120-0001