GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
Douglas B. Rosner (DR-5690)
Gregory O. Kaden (GK-9610)

Counsel to 125 High Street, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                          :   Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC.,                 :   Case No. 08-13555 (JMP)
                                                :
                        Debtors                 :   (Jointly Administered)
---------------------------------------------------------------x

**SUPPLEMENTAL LIMITED OBJECTION OF 125 HIGH STREET, L.P. TO DEBTORS'
MOTION TO (A) SCHEDULE A SALE HEARING; (B) ESTABLISH SALES
PROCEDURES; (C) APPROVE A BREAK-UP FEE; AND (D) APPROVE THE SALE OF
THE PURCHASED ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF
CONTRACTS RELATING TO THE PURCHASED ASSETS**

125 High Street, L.P. ("Landlord") respectfully submits this Supplemental Limited

Objection to Lehman Brothers Holdings., Inc.("LBHI") and LB 745 LLC's (collectively, the

"Debtors") Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve

a Break-Up Fee; and (D) Approve the Sale of the Purchased Assets and the Assumption and

Assignment of Contracts Relating to the Purchased Assets ("Sale Motion"). This filing

supplements the Protective Response filed on September 19, 2008 (Docket No. 142) (the "Initial

Protective Response") and is being filed in accordance with this Court's order directing parties to

file cure objections on or before October 3, 2008 and the Notice of Revisions to Schedules of

Certain Contracts and Leases Assumed and Assigned to the Purchaser filed on October 2, 2008

(Docket No. 564), which extended the Landlord's deadline to October 13, 2008.[1] In support of this Supplemental Limited Objection, Landlord respectfully states as follows:

1. Landlord is the landlord under that certain nonresidential real property lease (as amended or supplemented, the "Lease"), originally dated as of February 24, 2006, as amended by First Amendment to Lease dated as of July 12, 2007, between Landlord and LBHI for certain leased premises located at 125 High Street, Boston, MA, as more fully described in the Lease.

2. On September 19, 2008, the Debtors filed a cure schedule showing a total cure amount of $159,266.67.[2] On October 1, 2008, the Debtors filed amended schedules that listed a cure amount of zero. Landlord's records reflect outstanding HVAC, freight elevator and escalation charges totaling $23,291.11, subject to credits that may offset the charges in whole or in part. The parties will need to reconcile their records to confirm the extent of the offset.

3. In addition to any cure amount, Landlord is entitled to payment of any shortfall in the tenant's periodic escrow payments of operating costs, insurance payments, real estate taxes and other charges due under the Lease as determined by an annual reconciliation that is typically conducted after the end of each calendar year (the "True-Up Expenses"). Although the True-Up Expenses have not yet been calculated for calendar year 2008, a portion of those payments will necessarily relate to the period before the date of the proposed assumption and assignment of the Lease (the "Pre-Assignment Period").

4. On information and belief, under the purchase agreement with the Debtors, Barclays is responsible for paying all cure amounts associated with the Lease. As a result,

---

[1] October 13, 2008 was Columbus Day. Pursuant to Fed. R. Bankr. P. 9006(a), Landlord has filed this Supplemental Limited Objection on October 14, 2008.
[2] The cure schedule also lists three leases with Landlord. The Landlord is aware of only one lease (albeit one that has been amended as aforesaid).

Landlord submits that Barclays should pay the True-Up Expenses as and when they become due under the Lease, regardless of whether those amounts are attributable to the Pre-Assignment Period.

5. Landlord reserves the right to further amend and supplement this Supplemental Limited Objection. This supplement incorporates in its entirety the Initial Protective Response.

WHEREFORE, Landlord respectfully requests that this Court: (i) direct Barclays to pay any cure amounts and all True-Up Expenses under the Lease; and (ii) grant Landlord such other and further relief as may be appropriate under the circumstances.

Dated: October 14, 2008

/s/ Gregory O. Kaden
Douglas B. Rosner, Esq. (DR-5690)*
Gregory O. Kaden, Esq. (GK-9610)*
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel: (617) 482-1776
Fax: (617) 574-4112

Counsel to 125 High Street, L.P.

* Admitted Pro Hac Vice

GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776
James F. Wallack (JW-4078)
Douglas B. Rosner (DR-5690)
Gregory O. Kaden(GK-9610)

Counsel to 125 High Street, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                              :     Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC.,                     :     Case No. 08-13555 (JMP)
                                                    :
                     Debtors                        :
---------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Gregory O. Kaden, hereby certify that on this 14th day of October, 2008, I caused to be served a copy of the *Supplemental Limited Objection of 125 High Street, L.P. to Debtors' Motion to (A) Schedule a Sale Hearing; (B) Establish Sales Procedures; (C) Approve a Break-up Fee; and (D) Approve the Sale of the Purchase Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets* on the parties set forth on the attached Service List via electronic service.

/s/ Gregory O. Kaden
Gregory O. Kaden (GK-9610)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333
Tel:  (617) 482-1776
Fax:  (617) 574-4112

Service List

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 1013<br>Attn:  Richard P. Krasnow, Esq.<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Jacqueline March, Esq.<br>**Counsel to the Debtor** | United States Trustee Office<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004<br>Attn:  Andy Velez-Rivera, Paul Schwartzberg, Brain Masumoto, Linda Riffkin and Tracey Hope Davis |
| Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>*Counsel to the Official Committee of Unsecured Creditors* | Lisa M. Schweitzer, Esq.<br>Lindsee P. Granfield, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 1006 |
| Sullivan & Cromwell, LLP<br>125 Broad Street<br>New York, NY 1004<br>Attn:  Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq. | |

1866486.1