John D. Lovi, Esq. (JL-5928)
Lara E. Romansic, Esq. (LR-9236)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY 10019
Tel:   (212) 506-3900
Fax:   (212) 506-3950
Email: jlovi@steptoe.com
       lromansic@steptoe.com

and

Robbin L. Itkin, Esq. (CA Bar No. 117105)
*(pro hac vice pending)*
Katherine C. Piper, Esq. (CA Bar No. 222828)
*(pro hac vice pending)*
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel:   (310) 734-3200
Fax:   (310) 734-3300
Email: ritkin@steptoe.com
       kpiper@steptoe.com

*Counsel for Korea Investment & Securities Co., Ltd.
and True Friend 4th Securitization Specialty Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**TO ALL PARTIES IN INTEREST:**

　　　　　PLEASE TAKE NOTICE that the law firm STEPTOE & JOHNSON LLP

("Steptoe & Johnson") attorneys for KOREA INVESTMENT & SECURITIES CO., LTD.

("KISC") and TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO., LTD. ("TRUE

CC-192624 v.2

FRIEND"), hereby enters its appearance in accordance with 11 U.S.C. §1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and, pursuant, *inter alia*, to 11 U.S.C. § 342 and Bankruptcy Rules 2002, 7005 and 9007, request that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon Steptoe & Johnson at the following addresses:

> John D. Lovi, Esq.
> Lara E. Romansic, Esq.
> STEPTOE & JOHNSON LLP
> 750 Seventh Avenue
> New York, NY 10019
> Tel: (212) 506-3900
> Fax: (212) 506-3950
> Email: jlovi@steptoe.com
> lromansic@steptoe.com

> and

> Robbin L. Itkin, Esq.
> Katherine C. Piper, Esq.
> STEPTOE & JOHNSON LLP
> 2121 Avenue of the Stars, Suite 2800
> Los Angeles, California 90067
> Tel:   (310) 734-3200
> Fax:   (310) 734-3300
> Email: ritkin@steptoe.com
> kpiper@steptoe.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise.

CC-192624 v.2

PLEASE TAKE FURTHER NOTICE that, as provided in Bankruptcy Rule 3017(a), KISC and TRUE FRIEND request that their attorneys be provided with copies of any and all disclosure statements and plans of reorganization.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after <u>de novo</u> review by a United States District Court judge, (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

CC-192624 v.2

Dated:   New York, New York
         October 14, 2008

Respectfully submitted,

STEPTOE & JOHNSON LLP

By: _____
John D. Lovi (JL-5928)
Lara E. Romansic (LR-9236)
750 Seventh Avenue
New York, New York 10019
Tel: (212) 506-3900
Fax: (212) 506-3950
Email: jlovi@steptoe.com
       lromansic@steptoe.com

and

Robbin L. Itkin, Esq. (CA Bar No. 117105)
(*pro hac vice pending*)
Katherine C. Piper, Esq. (CA Bar No. 222828)
(*pro hac vice pending*)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel:    (310) 734-3200
Fax:    (310) 734-3300
Email: ritkin@steptoe.com
       kpiper@steptoe.com

*Counsel for Korea Investment & Securities Co., Ltd.
and True Friend 4th Securitization Specialty Co., Ltd.*