John D. Lovi, Esq. (JL-5928)
Lara E. Romansic, Esq. (LR-9236)
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY 10019
Tel:     (212) 506-3900
Fax:    (212) 506-3950
Email:  jlovi@steptoe.com
        lromansic@steptoe.com
and

Robbin L. Itkin, Esq. (CA Bar No. 117105)
*(pro hac vice pending)*
Katherine C. Piper, Esq. (CA Bar No. 222828)
*(pro hac vice pending)*
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel:     (310) 734-3200
Fax:    (310) 734-3300
Email:  ritkin@steptoe.com
        kpiper@steptoe.com

*Counsel for Korea Investment & Securities Co., Ltd.*
*and True Friend 4th Securitization Specialty Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

John D. Lovi, Esq. ("Movant"), a member of good standing of the Bar of the State of New York, an attorney duly admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Steptoe & Johnson LLP ("Steptoe & Johnson"), hereby moves this Court for an order allowing Katherine C. Piper, Esq.,

Doc. # CC-192903 v.1

- 2 -

to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the instant proceedings. In support thereof, Movant respectfully states as follows:

Katherine C. Piper, Esq., is an associate with Steptoe & Johnson, a member in good standing of the Bar of the State of California, and is admitted to practice in the Fourth Circuit Court of Appeals, Ninth Circuit Court of Appeals, United States District Court for the Central District of California, and United States District Court for the Northern District of California. Ms. Piper agrees to pay the fee of $25.00 upon entry of an order allowing her to practice *pro hac vice* in these Chapter 11 cases. Ms. Piper's address is as follows:

> Katherine C. Piper, Esq.
> STEPTOE & JOHNSON LLP
> 2121 Avenue of the Stars, Suite 2800
> Los Angeles, California 90067
> Tel:   (310) 734-3200
> Fax:   (310) 734-3300
> Email: kpiper@steptoe.com

WHEREFORE, the Movant respectfully requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated:   New York, New York
         October 14, 2008

Respectfully submitted,

**STEPTOE & JOHNSON LLP**

By: _____
John D. Lovi, Esq. (JL-5928)
Lara E. Romansic, Esq. (LR-9236)
750 Seventh Avenue
New York, New York 10019
Tel: (212) 506-3900
Fax: (212) 506-3950
Email: jlovi@steptoe.com
       lromansic@steptoe.com

and

Robbin L. Itkin, Esq. (CA Bar No. 117105)
(*pro hac vice pending*)
Katherine C. Piper, Esq. (CA Bar No. 222828)
(*pro hac vice pending*)
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel:   (310) 734-3200
Fax:   (310) 734-3300
Email: ritkin@steptoe.com
       kpiper@steptoe.com

*Counsel for Korea Investment & Securities Co., Ltd.
and True Friend 4th Securitization Specialty Co., Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings, Inc., et al.,

           Debtors.

Chapter 11

Case No. 08-13555 (JMP)
(Jointly Administered)

## ORDER AUTHORING ADMISSION *PRO HAC VICE* OF KATHERINE C. PIPER, ESQ.

UPON the motion of John D. Lovi, Esq., dated October 14, 2008, for admission of Katherine C. Piper, Esq., *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Katherine C. Piper, Esq., is admitted to practice *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       October __, 2008

                                    UNITED STATES BANKRUPTCY JUDGE

Doc. # CC-192903 v.1