SCHIFF HARDIN LLP
Brian J. Neff (BN 9568)
900 Third Avenue
23rd Floor
New York, NY 10022
Telephone: (212) 753-5000
Facsimile: (212) 753-5044
bneff@schiffhardin.com

and

SCHIFF HARDIN LLP
Jon C. Vigano (JV 9322) (Illinois)
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
jvigano@schiffhardin.com

Attorneys for Options Price Reporting Authority
and Chicago Board Options Exchange, Inc.

FILED
U.S. BANKRUPTCY COURT
2008 OCT 14  P 3: 08
S.D. OF N.Y.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
In re                                             :
                                                  :      Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC. et. al.             :
                                                  :      08-13555 (JMP)
            Debtors.                              ;
---------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jon C. Vigano, a member in good standing of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Options Price Reporting Authority and Chicago Board Options Exchange, Inc., objectors in the above-captioned case.

Mailing address: Schiff Hardin, 6600 Sears Tower, Chicago, Illinois 60606-6473;
E-mail address: jvigano@schiffhardin.com; telephone number: (312) 258-5500

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 14, 2008                     Respectfully submitted,

By: /s/ Jon C. Vigano

*Attorneys for Options Price Reporting Authority and Chicago Board Options Exchange, Inc.*

Brian J. Neff (BN 9568)
SCHIFF HARDIN LLP
900 Third Avenue
23rd Floor
New York, NY 10022
Telephone: (212) 753-5000
Facsimile: (212) 753-5044
bneff@schiffhardin.com

-and-

Jon C. Vigano (JV 9322)
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, Illinois 60606-6473
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
jvigano@schiffhardin.com

NY\ 50433529.3