**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,* : Case No. 08-13555 (JMP)
:
       Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x
:
SECURITIES INVESTOR PROTECTION : Adv. Pro. No. 08-01420 (JMP)
CORPORATION, :
       Plaintiff, :
:
   v. :
:
LEHMAN BROTHERS INC., :
:
       Debtor. :
:
---------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             ) SS:
COUNTY OF NEW YORK )

     Joshua Dorchak, being duly sworn deposes and says:

     1.    That I am not a party to this action, I am over 18 years of age and I am employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

     2.    That on the 13th day of October, 2008, I caused to be served by hand delivery a true copy of the following documents upon those parties listed on the attached Service List.

          a.    Notice of Appearance and Request for Service of Papers on behalf of State Street Bank and Trust Company;

          b.    Notice of Appearance and Request for Service of Papers on behalf of Currenex, Inc.;

      c.    Objection of State Street Bank and Trust Company to Proposed Cure Amount; and

      d.    Objection of Currenex, Inc. to Proposed Cure Amount

      /s/Joshua Dorchak
      Joshua Dorchak

Sworn to before me this
14th day of October, 2008

/s/Patricia A. Wright
Notary Public, State of New York
No. 4901229
Qualified in New York County
Commission Expires on July 27, 2009

A/72688226.2

## SERVICE LIST

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Attn:  Lori R. Fife
      Shai Y. Waisman

CLEARY GOTLIEBB LLP
One LibertyPlaza
New York, NY 10006
Attn:  Lindsee P. Granfield
      Lisa M. Schweiger

HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffrey S. Margoin

A/72688226.2