UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                               Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                          Case No. 08-13555 (JMP)

                           Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF LISA HOLDER

UPON the motion of Lisa Holder dated October 14, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Lisa Holder is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         October 14, 2008

                                              *s/ James M. Peck*
                                              UNITED STATES BANKRUPTCY JUDGE