MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Russell L. Munsch
Kevin M. Lippman
Raymond J. Urbanik
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR AD HOC COMMITTEE OF BONDHOLDERS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                        :
In re:                                                  :    Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS                                :    Case No 08-13555 (JMP)
Inc., *et al.*,                                         :
                                                        :    Jointly Administered
            Debtors.                                    :
-------------------------------------------------------X

## VERIFIED STATEMENT OF MUNSCH HARDT KOPF & HARR, P.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Munsch Hardt Kopf & Harr, P.C. ("Munsch Hardt") files this *Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019* ("Verified Statement"), and discloses the following:

1. Munsch Hardt has been retained to represent the Ad Hoc Committee of Bondholders (the "Committee"), which consists of the following members:

   a.  Allstate Insurance Company
       3075 Sanders Road, Suite G5A
       Northbrook, Illinois 60062

   b.  Bel Air Investment Advisors LLC
       1999 Avenue of the Stars, Suite 2800
       Los Angeles, California 90067

      c.    Franklin Advisers, Inc.
           1 Franklin Parkway
           San Mateo, California 94403

      d.    Independence Holding Co.
           96 Cummings Point Road
           Stamford, Connecticut 06902

2. Munsch Hardt has been advised by the members of the Committee that, as of the date hereof, they collectively are the beneficial owner, or the holder or manager of various accounts with investment authority, contractual authority or voting authority, of $134,300,000.00 in principal amount of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds, Series 2008A (56036YED, 56036YEE, 56036YEF, 56036YEG, 56036YEH).

3. The undersigned hereby verifies that the above information is true and correct to the best of his knowledge and belief. Munsch Hardt reserves the right to amend and supplement this Verified Statement as necessary.

Respectfully submitted this 14th day of October, 2008.

           MUNSCH HARDT KOPF & HARR, P.C.
           3800 Lincoln Plaza
           500 North Akard Street
           Dallas, Texas 75201-6659
           Telephone: (214) 855-7500
           Facsimile: (214) 855-7584

           By: /s/ Russell L. Munsch
              Russell L. Munsch (admitted *pro hac vice*)
              Texas Bar No. 14671500
              Kevin M. Lippman (admitted *pro hac vice*)
              Texas Bar No. 00784479
              Raymond J. Urbanik (RU 1842)
              Texas Bar No. 20414050

           ATTORNEYS FOR AD HOC COMMITTEE
           OF BONDHOLDERS

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of October, 2008, I caused a copy of the forgoing pleading to be served via First Class U.S. mail, postage prepaid, upon the following parties:

Weil Gotshal & Manges LLP
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY  10153
Fax:  (212) 310-8007
*Counsel for the Debtors*

Cleary Gotliebb LLP
Attn:   Lindsee P. Granfield, Esq.
        Lisa Schweiger, Esq.
One Liberty Plaza
New York, NY  10006
Fax:  (212) 225-3999
*Counsel for the Debtors' Postpetition Lenders*

Sullivan & Cromwell LLP
Attn:   Robinson B. Lacy, Esq.
        Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY  10004
Fax:  (212) 558-3588
*Counsel for the Debtors' Postpetition Lenders*

Office of the United States Trustee
Attn:   Brian Shoichi Masumoto
        Andrew D. Velez-Rivera
        Linda Riffkin
        Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY  10004
Fax:  (212) 668-2255
*US Trustee*

Milbank Tweed Hadley & McCloy LLP
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY  10005
Fax:  (212) 530-5000
*Counsel for the Committee*

/s/ Kevin M. Lippman
Kevin M. Lippman