BINGHAM McCUTCHEN LLP
Mark W. Deveno
One State Street
Hartford, CT  06103
Tel:  860.240.2700
Fax:  860.240.2800
mark.deveno@bingham.com

Counsel to Metropolitan Life Insurance Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    Case No. 08-13555 (JMP)
                                            :
                              Debtors.      :    (Jointly Administered)
                                            :
---------------------------------------------------------------x
```

**NOTICE OF FILING OF REVISED EXHIBITS TO THE MOTION OF
METROPOLITAN LIFE INSURANCE COMPANY FOR ENTRY
OF AN ORDER APPROVING SPECIFIED INFORMATION BLOCKING
PROCEDURES AND PERMITTING TRADING OF CLAIMS AGAINST
THE DEBTOR UPON ESTABLISHMENT OF A SCREENING WALL**

PLEASE TAKE NOTICE that Metropolitan Life Insurance Company, ("Metlife"), by its counsel Bingham McCutchen LLP, has filed clean and blacklined versions of the following revised exhibits in connection with the Motion of Metropolitan Life Insurance Company for Entry of an Order Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall [Doc. No. 416]:

A/72688345.1

Ex. A - Declaration of David Yu

Ex. B - Proposed Order

Dated: Hartford, Connecticut
October 14, 2008

**BINGHAM MCCUTCHEN LLP**

By:   /s/Mark W. Deveno
Mark W. Deveno
One State Street
Hartford, CT 06103
Tel: 860.240.2700
Fax: 860.240.2800

Counsel to Metropolitan Life Insurance Company