UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                                        Chapter 11 Proceeding

**LEHMAN BROTHERS HOLDINGS INC., et al.**                     Case no. 08-13555 (JMP)

Debtor(s).

---

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert J. Jones, a member in good standing of The Florida Bar, request admission, *pro hac vice*, before this Honorable Court, to represent myself as a creditor and party-in-interest in the above-referenced case.

My mailing address is: ROBERT J JONES, ESQ
                       POST OFFICE BOX 49242
                       ST PETERSBURG, FL 33743.
My telephone number is: (727) 344-6555.
My e-mail address is:   rjones4852@aol.com

I agree to pay the fee of $25.00 upon approval by the Court of this Motion or Application.

Dated: September 20, 2008

_____
ROBERT J. JONES, Esq.
Post Office Box 49242
St. Petersburg, FL 33743
Fla. Bar No. 0949795
Tel. (727) 344-6555
Fax (970) 884-9271
E-mail: rjones4852@aol.com
Counsel for Robert J. Jones, personally,
(A creditor or party in interest)

**ORDERED:**
that Robert J. Jones, Esq., is admitted to practice, pro hac vice, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated: _____ at New York, New York.

_____
**United States Bankruptcy Judge**