DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.

FLASTER GREENBERG
1628 John F. Kennedy Blvd.
Philadelphia, Pennsylvania 19103
(215) 279-9393
Eugene J. Chikowski, Esq.
Abbe F. Fletman, Esq.

Co-Counsel for American Express Travel Related
Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br>et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**AFFIDAVIT OF DANIEL J. MASSONI**
**IN SUPPORT OF OBJECTION OF AMERICAN EXPRESS TRAVEL RELATED**
**SERVICES COMPANY, INC. TO RELIEF REQUESTED IN NOTICE OF REVISIONS**
**TO SCHEDULES OF CONTRACTS ASSUMED AND ASSIGNED TO PURCHASER**
**AND TO PROPOSED CURE AMOUNT**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Daniel J. Massoni, being duly sworn, deposes and says:

1. I am a Vice President and Chief Credit Officer of Global Commercial Card of American Express Travel Related Services Company, Inc. ("AmEx"). I make this affidavit

based upon my personal knowledge, my review of the books and records of AmEx and upon discussions with certain individuals. I am authorized to make this affidavit on behalf of AmEx.

2. Prior to September 15, 2008, Lehman Brothers Holdings, Inc. ("LBHI") (on behalf of itself and its global related entities) entered into a Global Corporate Services Commercial Account Agreement with American Express Travel Related Services Company, Inc. (and its global related entities) effective as of October 13, 2006 (as amended from time to time, the "AmEx Corporate Services Contract").

3. As of the September 22, 2008, the Debtors owed AmEx approximately $17,234,887 on account of the AmEx Corporate Services Contract.

4. Since the September 22, 2008 closing of the Asset Purchase Agreement among LBHI, Lehman Brothers, Inc., LB745 LLC and Barclays, dated as of September 16, 2008 (the "APA"), former Lehman personnel, who upon information and belief are now employed by Barclays, continued to use their AmEx cards and incur charges.

_____
Daniel J. Massoni

Sworn to before me this
14th day of October, 2008

_____
Notary Public

HELEN ELENI FERGUSON
Notary Public, State of New York
No. 01FE6046805
Qualified in Orange County
Commission Expires August 21, 20 10

2

NYC 679036.1 398200 000060 10/14/2008 03:03pm