DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.

FLASTER GREENBERG
1628 John F. Kennedy Blvd.
Philadelphia, Pennsylvania 19103
(215) 279-9393
Eugene J. Chikowski, Esq.
Abbe F. Fletman, Esq.

Co-Counsel for American Express Travel Related
    Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtors. | |

**AFFIDAVIT OF STEPHANIE DEIHL**
**IN SUPPORT OF OBJECTION OF AMERICAN EXPRESS TRAVEL RELATED**
**SERVICES COMPANY, INC. TO RELIEF REQUESTED IN NOTICE OF REVISIONS**
**TO SCHEDULES OF CONTRACTS ASSUMED AND ASSIGNED TO PURCHASER**
**AND TO PROPOSED CURE AMOUNT**

STATE OF NEW YORK    )
                                       )  ss.:
COUNTY OF NEW YORK  )

Stephanie Deihl, being duly sworn, deposes and says:

1.      I am a Director of the Global Client Group of American Express Travel

Related Services Company, Inc. ("AmEx"). I make this affidavit based upon my personal

knowledge, my review of the books and records of AmEx and upon discussions with certain

individuals.  I am authorized to make this affidavit on behalf of AmEx.

2.      Prior to September 15, 2008, Lehman Brothers, Inc. ("LBI") entered into a

Business Travel Services Agreement with American Express Travel Related Services Company,

Inc. effective as of September 1, 2000 (as amended from time to time, the "AmEx Travel

Contract").

3.      As of September 22, 2008, the Debtors owed AmEx approximately $ 577,833

on account of the AmEx Travel Contract.

_____
Stephanie Deihl

Sworn to before me this
14th day of October, 2008

_____
Notary Public

HELEN ELENI FERGUSON
Notary Public, State of New York
No. 01FE6046805
Qualified in Orange County
Commission Expires August 21, 20 _10_

2