WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                                    :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :     **08-13555 (JMP)**
:
                                        Debtors.           :     **(Jointly Administered)**
:
:
---------------------------------------------------------------x

NOTICE OF FILING OF SUPPLEMENTAL
DECLARATION OF DANIEL C. MCELHINNEY IN
COMPLIANCE WITH ORDER APPROVING APPLICATION
PURSUANT TO 28 U.S.C. § 156(c) AND LOCAL RULE 5075-1(a) FOR
AUTHORIZATION TO (i) EMPLOY AND RETAIN EPIQ BANKRUPTCY SOLUTIONS,
LLC CLAIMS AND NOTICING AGENT FOR THE DEBTOR, AND (ii) APPOINT
EPIQ BANKRUPTCY SOLUTIONS, LLC AS AGENT FOR THE BANKRUPTCY
<u>COURT SECURED CLAIMS PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2(a)</u>

**PLEASE TAKE NOTICE** that, on October 14, 2008, Lehman Brothers Holdings

Inc. ("<u>LBHI</u>") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and

debtors in possession (together, the "<u>Debtors</u>" and, collectively with their non-debtor affiliates,

"<u>Lehman</u>") filed the attached supplemental declaration of Daniel C. McElhinney in compliance with

Order Approving Application Pursuant to 28 U.S.C. 156(c) and Local Rule 5075-1(a) for

NY2:\1926425\02\15@FT02!.DOC\58399.0003

Authorization to (i) Employ and Retain Epiq Bankruptcy Solutions LLC Claims and Noticing Agent for the Debtor, and (ii) Appoint Epiq Bankruptcy Solutions, LLC as Agent for the Bankruptcy Court Secured Claims Pursuant to Local Bankruptcy Rule 1007-2(a).

Dated: October 14, 2008
      New York, New York

/s/ Richard P. Krasnow
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                            :
        Debtors.                            :
                                            :
                                            :
------------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF DANIEL C. MCELHINNEY IN
COMPLIANCE WITH ORDER APPROVING APPLICATION PURSUANT TO 28
U.S.C. § 156(c) AND LOCAL RULE 5075-1(a) FOR AUTHORIZATION TO
(i) EMPLOY AND RETAIN EPIQ BANKRUPTCY SOLUTIONS, LLC
CLAIMS AND NOTICING AGENT FOR THE DEBTOR, AND (ii) APPOINT EPIQ
BANKRUPTCY SOLUTIONS, LLC AS AGENT FOR THE BANKRUPTCY COURT**

STATE OF NEW YORK    )
                     )   ss:
COUNTY OF NEW YORK   )

Daniel C. McElhinney, being duly sworn, deposes and says:

1. I am Executive Director of Epiq Bankruptcy Solutions, LLC ("Epiq"), which provides chapter 11 claims management, noticing, case administration and related services. I submit this supplemental declaration in compliance with the Order, dated September 16, 2008, approving the application of the above-captioned debtors (collectively, the "Debtors") to employ and retain Epiq as claims and noticing agent in these chapter 11 cases.

2. On September 19, 2008, the Securities Investor Protection Corporation ("SIPC") commenced a proceeding under the Securities Investor Protection Act ("SIPA") against Lehman Brothers Inc. ("LBI"). The United States District Court for the Southern District of New York entered an order commencing the liquidation of LBI under SIPA. James W. Giddens was appointed by the United States District Court to serve as trustee under SIPA (the "Trustee")

1

to administer the LBI liquidation. Upon information and belief, LBI is a subsidiary of Lehman Brothers Holdings Inc., one of the above-captioned debtors. The Trustee has engaged Epiq to provide claims, noticing and related administrative services in the connection with the LBI liquidation. Epiq does not believe that its engagement by the Trustee in the LBI matter creates a conflict that would cause Epiq to be not disinterested in these cases given the independent nature of Epiq's position in both the Debtors' cases and the LBI SIPA proceeding.

3. Based upon information and belief, RR Donnelley & Sons ("Donnelley") is a creditor of the above-captioned Debtors and has been appointed to the Official Committee of Unsecured Creditors. Epiq has in the past utilized the print and virtual dataroom services of RR Donnelley Financial ("Donnelley Financial"), which, upon information and belief, is a subsidiary or affiliate of Donnelley, in connection with the claims and noticing agent services it provides to numerous debtors. Epiq intends to continue its business relationship with Donnelley Financial in such cases. Epiq also may utilize the services provided by Donnelley Financial in connection with the Debtors cases. Epiq does not believe that utilizing Donnelley Financial's services in these cases would cause Epiq to be not disinterested given the independent nature of Epiq's position as claims and noticing agent of the Bankruptcy Court.

4. From time to time, representatives of creditors or other parties in interest in the above-captioned cases will request that Epiq serve pleadings or notices in connection with these cases. Epiq has sought and received consent from Debtors' counsel to provide such services. Epiq does not view this service, which is paid for by the relevant creditor, party in interest or their respective representative, as one that would render Epiq to be not disinterested as such services are purely administrative in nature and given the independent nature of Epiq's position in these cases.

## CONCLUSION

I certify under penalty of perjury that, based upon my knowledge, information and belief as set forth in this Supplemental Declaration, the foregoing is true and correct.

Dated: October 6, 2007

                                                    _____
                                                    Daniel C. McElhinney