**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                            :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :    Case No. 08-13555 (JMP)
:
       Debtors.                               :    (Jointly Administered)
:
---------------------------------------------------------------x
:
SECURITIES INVESTOR PROTECTION     :    Adv. Pro. No. 08-01420 (JMP)
CORPORATION,                                :
       Plaintiff,                              :
:
   v.                                            :
:
LEHMAN BROTHERS INC.,                   :
:
       Debtor.                                 :
:
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) SS:
COUNTY OF NEW YORK )

      Yolanda Perez, being duly sworn deposes and says:

      1.     That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

      2.     That on the 14th day of October, 2008, I caused to be served by overnight delivery a true copy of the following documents upon those parties listed on the attached Service List .

          a.     Notice of Appearance and Request for Service of Papers on behalf of State Street Bank and Trust Company;

A/72688226.1

      b.      Notice of Appearance and Request for Service of Papers on behalf of Currenex, Inc.;

      c.      Objection of State Street Bank and Trust Company to Proposed Cure Amount;

      d.      Objection of Currenex, Inc. to Proposed Cure Amount

      /s/Yolanda Perez
      Yolanda Perez

Sworn to before me this
14th day of October, 2008

/s/Patricia A. Wright
Notary Public, State of New York
No. 4901229
Qualified in New York County
Commission Expires on July 27, 2009

A/72688226.1

## SERVICE LIST

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Kransnow
   Lori R. Fife
   Shai Y. Waisman
   Jacqueline Marcus

THE OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera
   Paul Schwartzberg
   Brian Masumoto
   Linda Rifkin
   Tracy Hope Davis

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dune
   Dennis O'Donnell
   Evan Fleck

CLEARY GOTLIEBB LLP
One LibertyPlaza
New York, NY 10006
Attn: Lindsee P. Granfield
   Lisa Schweitzer

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy
   Hydee R. Feldstein

HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffrey S. Margolin

A/72688226.1