**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC 3897)
One Battery Park Plaza
New York, New York  10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

Attorneys for The Sumitomo Trust &
Banking Co., Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555-JMP<br><br>(Jointly Administered) |
| In re:<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 08-13888-JMP |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT Seward & Kissel LLP hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") on behalf of The Sumitomo Trust & Banking Co., Ltd. ("Sumitomo"), a party-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that Sumitomo, as a party-in-interest, requests, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office addresses, telephone numbers and e-mail addresses:

>Mr. Masaya Yamashiro
>Senior Manager
>The Sumitomo Trust & Banking Co., Ltd.
>GranTokyo, South Tower
>1-9-2, Marunouchi, Chiyoda-Ku,
>Tokyo, 100-6611  Japan
>Tel:  03-6256-3104
>Fax:  03-6256-3079
>E-mail:  yamashiro@sumitomotrust.co.jp
>
>Bruce A. Ortwine, Esq.
>General Counsel
>The Sumitomo Trust & Banking Co., Ltd.
>527 Madison Avenue
>New York, NY  10022
>Tel.:  (212) 418-4806
>Fax:  (212) 418-4866
>E-mail:  bruce.ortwine@sumitomotrust.co.jp
>
>Ronald L. Cohen, Esq.
>Seward & Kissel LLP
>One Battery Park Plaza
>New York, New York  10004
>Tel.: (212) 574-1200
>Fax: (212) 480-8421
>E-mail: cohenr@sewkis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in

the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Sumitomo's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which Sumitomo is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Sumitomo expressly reserves.

Dated: New York, New York
       October 14, 2008

        SEWARD & KISSEL LLP

        By:  /s/ Ronald L. Cohen
        Ronald L. Cohen (RC 3897)
        One Battery Park Plaza
        New York, New York  10004
        Tel.: (212) 574-1200
        Fax: (212) 480-8421
        Email: cohenr@sewkis.com

        Attorneys for The Sumitomo Trust
        & Banking Co., Ltd.

SK 00179 0030 927825