UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,        Case No. 08-13555 (JMP)

                           Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF WILLIAM L. BANOWSKY

      UPON the motion of William L. Banowsky dated October 13, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

      **ORDERED**, that William L. Banowsky is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
          October 14, 2008

                                            *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE