UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ROBBIN L. ITKIN

UPON the motion of John D. Lovi dated October 14, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Robbin L. Itkin is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
October 14, 2008

                                          *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE