UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,    Case No. 08-13555 (JMP)

Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JON C. VIGANO

UPON the motion of Jon C. Vigano dated October 14, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jon C. Vigano is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
        October 14, 2008

        *s/ James M. Peck*
        UNITED STATES BANKRUPTCY JUDGE