**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | § | Case No. 08-13555 (JMP) |
| | § | |
| Debtor | § | (Jointly Administered) |
| | § | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK )
) SS:
COUNTY OF NEW YORK )

Yolanda Perez, being duly sworn deposes and says:

1.      That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

2.      That on the 14th day of October, 2008, I caused to be served by overnight mail a true copy of the following upon those parties listed on the attached Service List A:

a.      *Limited Objection of The Harbinger Funds To Debtors' Motion (A) For Authorization to (I) Continue Using Existing Centralized Cash Management System, As Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms; (B) For an Extension of Time to Comply With Section 345(B) of the Bankruptcy Code; and (C) to Schedule a Final Hearing;* and

b.      *Reply of The Harbinger Funds to Debtors' Objection to Rule 2004 Discover of Debtor Lehman Brothers Holdings Inc.*

/s/Yolanda Perez
Yolanda Perez

Sworn to before me this
14th day of October, 2008

/s/Patricia A. Wright
Notary Public, State of New York
No. 4901229
Qualified in New York County
Commission Expires on July 27, 2009

## Service List A

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Kransnow
     Lori R. Fife

     Shai Y. Waisman
     Jacqueline Marcus

MILBANK, TWEED, HADLEY & McCLOY
LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dune
     Dennis O'Donnell
     Evan Fleck

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy
     Hydee R. Feldstein

THE OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:  Andy Velez-Rivera
     Paul Schwartzberg
     Brian Masumoto
     Linda Rifkin
     Tracy Hope Davis

CLEARY GOTLIEBB LLP
One LibertyPlaza
New York, NY 10006
Attn:  Lindsee P. Granfield
     Lisa Schweitzer

HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffrey S. Margolin

A/72666231.3