# EXHIBIT C

09/26/2008 17:20 FAX  12152799394          FLASTER-                              ☒001/004



# FLASTER GREENBERG

ATTORNEYS AT LAW · A PROFESSIONAL CORPORATION

1628 JFK Boulevard - 15th Floor
Philadelphia, Pennsylvania 19103
215-279-9393
Fax: 215-279-9394
www.flastergreenberg.com

## FAX TRANSMISSION

|  |  | DATE: September 26, 2008 |  |
|---|---|---|---|
| TO: | FIRM: | FAX NO: | |
| 1. Barclays Cure Amount | Cleary Gottlieb Steen & Hamilton LLP | (212) 225-3999 | |
| 2. | | | |
| 3. | | | |
| FROM: Greg Kupniewski, Esq. | DIRECT DIAL: (215) 279-9907 | NO. OF PAGES: (INCLUDING COVER) | 4 |
| RE: | BARCLAY'S CURE AMOUNT | | |
| COVER MESSAGE: | | | |

*Confidentiality Notice*

The information contained in this fax message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you have received this message in error, and any review, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us by mail. Thank you.

## CONSENT TO CURE AMOUNT
## IN CONNECTION WITH ASSUMPTION AND ASSIGNMENT OF CONTRACTS

To:   Lehman Brothers Holdings Inc.
      LB 745 LLC
      Lehman Brothers Inc.
      Barclays Capital Inc.

Commencing on September 15, 2008 and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI") and certain of its direct and indirect subsidiaries, including LB 745 LLC ("745"), commenced voluntary cases under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (Jointly Administered, Case No. 08-13555). In addition, on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 (Case No. 08-01420) with respect to Lehman Brothers Inc. ("LBI", and together with LBHI and 745, the "Debtors").

On September 20, 2008, the Bankruptcy Court entered the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Sale Order") and the Order Approving, And Incorporating By Reference For The Purposes Of This Proceeding, An Order Authorizing The Sale Of Purchased Assets And Other Relief In The Lehman Brothers, Holdings Inc. Chapter 11 Proceedings (together with the Sale Order, the "Sale Orders"). (Capitalized terms not defined herein have the meanings ascribed to them in the Sale Order). The Sale Orders provide for the transfer of the Purchased Assets and the assumption and assignment of certain contracts (the Closing Date Contracts) by the Debtors to the Purchaser as of the Closing Date of the sale transaction.

American Express Travel Related Services Company, Inc. ("Counterparty") is a counterparty to certain Closing Date Contracts identified on Exhibit A that have been assumed and assigned to the Purchaser on the Closing Date. Exhibit A lists the cure amounts agreed upon by the relevant Debtors and Counterparty in connection with the assumption and assignment of the identified contracts (the "Cure Amounts").

By signing below, Counterparty agrees that upon payment of the Cure Amounts, Purchaser and the Debtors will have satisfied all conditions to the assumption and assignment of the Closing Date Contracts identified on Exhibit A, including the cure of all outstanding defaults of the Debtors under each of the contracts, and that Counterparty will have no further claims on account of such contracts against the Debtors or their estates. The signatory below represents that (s)he has authority to sign on behalf of Counterparty. Payment of such Cure Amounts may be made by the Purchaser or the Debtors by check to the mailing address identified by Counterparty in Exhibit B.

Dated: September 26, 2008

American Express Travel Related Services Company, Inc.
By: Flaster/Greenberg, P.C.
by Eugene Chikowski, Esq.
Counsel to American Express Travel Related Services Company, Inc.

### EXHIBIT A – SCHEDULE OF CLOSING DATE CONTRACTS AND CURE AMOUNTS

| CONTRACT | CURE AMOUNT |
|---|---|
| Global Corporate Services Commercial Account Agreement | $18,000,000.00 |

### EXHIBIT B – COUNTERPARTY REMITTANCE ADDRESS/CONTACT NAME FOR THE CHECK TO BE MAILED

Please contact Ms. Lydia C. Schulz via telephone at (908) 522-0574 or via electronic mail at lydia.schulz@aexp.com for instructions regarding payment