# EXHIBIT D



Lindsee
GRANFIELD/NY/Cgsh
29 September 2008  03:12 PM

To   "Vagnozzi, Jennifer" <Jennifer.Vagnozzi@flastergreenberg.com>
cc   "Chikowski, Eugene" <Eugene.Chikowski@flastergreenberg.com>, "Kupniewski, Greg" <Greg.Kupniewski@flastergreenberg.com>,
bcc  bryan.alter@barclayscapital.com; Luke A Barefoot/NY/Cgsh@cgsh; Seth Kleinman/NY/Cgsh@cgsh
Subject  Re: Lehman Brothers Holdings, Inc.

Gene:

I am sorry to bother you, but I am concerned that you and Amex did not understand what I told you the business day after you sent your original letter to Harvey Miller re Amex's contract. As I told you then, listing the Amex contract with the cure amount of $18million was a mistake. Therefore, Barclays cannot accept a cure form notice from Amex that trys to accept the amount that I told you prior to such attempted acceptance was a mistake. The business folks have got to talk and try to reach an agreed upon resolution. My understanding is that there has already been some contact. This not meant to raise hackles at Amex, but the clients need to seek to resolve the issue.

Lindsee Granfield

---

Lindsee P. Granfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza, New York NY 10006
t: +1 212 225 2738 | f: +1 212 225 3999
www.clearygottlieb.com | lgranfield@cgsh.com
"Vagnozzi, Jennifer" <Jennifer.Vagnozzi@flastergreenberg.com>



"Vagnozzi, Jennifer" <Jennifer.Vagnozzi@flastergreenberg.com>
26 September 2008  01:23 PM

To   lschweitzer@cgsh.com, lgranfield@cgsh.com
cc   "Chikowski, Eugene" <Eugene.Chikowski@flastergreenberg.com>, "Kupniewski, Greg" <Greg.Kupniewski@flastergreenberg.com>
Subject  Lehman Brothers Holdings, Inc.

Good Afternoon Ms. Schweitzer & Ms. Granfield,

Attached please find correspondence from Gene Chikowski in reference to the above.

Thank you,
Jennifer

<<LEHMAN LTR.PDF>>

*Jennifer Vagnozzi*

Administrative Assistant to

Eugene J. Chikowski ❖ William J. Burnett

Joshua M. Gaffney ❖ Greg Kupniewski

Flaster/Greenberg P.C.

Eight Penn Center, 15th Floor

Philadelphia, PA 19103

Phone: 215-279-9386

Fax: 215-279-9394

www.flastergreenberg.com

*NOTICE: This electronic mail transmission constitutes an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail or by calling the sender, so that our address record can be corrected.[attachment "LEHMAN LTR.PDF" deleted by Lindsee GRANFIELD/NY/Cgsh]*