Hearing Date: October 16, 2008 at 10:00 a.m.

Peter L. Simmons
Brian D. Pfeiffer
Mitchell Epner
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, New York 10004-1980
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
*Attorneys for Federal Home Loan Bank of Atlanta*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------x

### JOINDER OF FEDERAL HOME LOAN BANK OF ATLANTA TO MOTION OF THE HARBINGER FUNDS FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS HOLDINGS INC.

Federal Home Loan Bank of Atlanta ("FHLBank Atlanta"), by and through its undersigned counsel, hereby respectfully submits this joinder (the "**Joinder**") to the Motion of Harbinger Funds (the "**Harbinger**") for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings, Inc., as supplemented on October 10, 2008 (the "**2004 Motion**"). Several other parties have already joined in Harbinger's 2004 Motion. In support of its Joinder, FHLBank Atlanta states as follows:

1. Lehman Brothers Holdings Inc. ("**Lehman Holdings**") filed a chapter 11 petition with this Court on September 15, 2008.

2. On October 3, 2008, FHLBank Atlanta filed a suit (the "**NYS Action**") against Lehman Brothers Special Financing, Inc. ("**LBSF**") in the Supreme Court of the State of New

York for New York County (Index No. 602857/08) alleging, among other things, breach of contract with regard to a certain International Swap Dealers Association, Inc. ("ISDA") master agreement (collectively, with its schedules, annexes and amendments, the "Master Agreement") dated as of April 30, 1987 between FHLBank Atlanta and LBSF and a certain Credit Support Annex (the "CSA"), also dated as of April 30, 1987, which "supplements, forms part of and is subject to" the Master Agreement".[1]

       3. Later on October 3, 2008, after the NYS Action was filed, LBSF filed a chapter 11 petition.

       4. FHLBank Atlanta maintains a claim against LBSF for certain amounts resulting from the early termination of the interest rate swap transactions (the "**Transactions**") under the Master Agreement and CSA.

       5. Pursuant to the terms of the Master Agreement, Lehman Holdings is designated as the "Credit Support Provider" to LBSF, and by separate agreement, dated as of April 30, 1987, guaranteed all amounts payable to FHLBank Atlanta under the Transactions. Therefore, FHLB Atlanta also has a claim against Lehman Holdings.

       6. Pursuant to its 2004 Motion, Harbinger seeks discovery under Rule 2004 of the Federal Rules of Bankruptcy Procedure in part to understand and evaluate the movement of property and the transfer of funds between Lehman Holdings and its affiliates, including LBSF. Harbinger and others have raised concerns about the propriety of Lehman Holdings' and LBSF's transfer of funds and other highly liquid property.

       7. For the reasons stated by Harbinger and the other parties that have joined in its 2004 Motion, FHLBank Atlanta joins in the 2004 Motion as well. Because this Joinder raises no

---

[1] The Master Agreement and CSA were exhibits to the Complaint filed by FHLBank Atlanta against LBSF in the NYS Action.

new arguments not raised by the other parties, the Debtors are not prejudiced by allowing FHLBank Atlanta to participate in the 2004 Motion or any discovery that the Court may allow.

## CONCLUSION

WHEREFORE, FHLBank Atlanta respectfully requests that the Court grant the 2004 Motion, and order that FHLBank Atlanta be granted authority to participate in the depositions to be taken and access to copies of documents and materials produced pursuant to the 2004 Motion, and that this Court grant such other and further relief as may be just and proper.

Dated:   October 14, 2008

>                    FRIED, FRANK, HARRIS, SHRIVER
>                            & JACOBSON LLP
>
> By:    /s/ Peter L. Simmons
>            Peter L. Simmons
>            Brian D. Pfeiffer
>            Mitchell Epner
>            One New York Plaza
>            New York, NY 10004-1980
>            Tel: 212.859.8000
>            Fax: 212.859.4000
> *Attorneys for Federal Home Loan Bank of Atlanta*