UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>In re LEHMAN BROTHERS HOLDING INC., et al.,<br><br>Debtors. | Chapter 11<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

Aaron Javian certifies:

1. I am not a party to this action, I am over 18 years of age and I am employed by the law firm of Linklaters LLP, with a place of business located at 1345 Avenue of the Americas, New York, New York 10105.

2. On October 14, 2008, I caused to be served true and correct copies of the Limited Objection of the Joint Administrators of the Lehman European Group Administration Companies to the Debtor's Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 264(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code and (C) to Schedule a Final Hearing (Docket No. 947) upon the parties listed on the attached service list by Federal Express mail.

    /s/ Aaron Javian
    Aaron Javian

**Service List**

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court for the Southern District of New York
615-3 Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004


Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.


Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attention: Lindsee P. Granfield, Esq., Lisa Schweitzer, Esq., and Joel Moss, Esq.


Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attention: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.


Office of the United States Trustee for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, New York 10004
Attention: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope Davis