**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br>*et al.*,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING LIMITED OBJECTION OF CISCO SYSTEMS, INC. AND CISCO SYSTEMS CAPITAL CORPORATION TO DEBTORS' MOTION SEEKING, AMONG OTHER THINGS, AN ORDER APPROVING THE SALE OF PURCHASED ASSETS AND AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO PURCHASED ASSETS**

Upon the *Limited Objection Of Cisco Systems, Inc. And Cisco Systems Capital Corporation To Debtors' Motion Seeking, Among Other Things, An Order Approving The Sale Of Purchased Assets And Authorizing Assumption And Assignment Of Contracts Relating To Purchased Assets* (the "Limited Objection") filed by Cisco Systems, Inc. ("Cisco Inc.") and Cisco Systems Capital Corporation ("Cisco Capital") (collectively, "Cisco"), the *Debtors' Motion To (A) Establish Sales Procedures; (B) Approve A Seller Termination Fee And A Reimbursement Amount; And (C) Approve The Sale Of The Purchased Assets And The Assumption And Assignment Of Contracts Relating To The Purchased Assets* filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors-in-possession (collectively, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman") (the "Sale Motion") [Docket No. 694], and after due deliberation and sufficient cause appearing therefor, it is hereby: [1]

ORDERED that Sale Motion as it sets forth the terms and conditions of the "Bid

---

[1] Capitalized terms not defined in this Order shall have the meaning ascribed to them in the Limited Objection. herein.

1

Procedure Order" is approved except to the extent otherwise specifically provided herein;

ORDERED that Sale Motion as it sets forth the terms and conditions of the "Sale Order" is approved except as specifically provided with regard to Cisco as set forth hereinafter;

ORDERED that, *as a condition the assumption and assignment of all executory contracts to which Cisco Capital and/or Cisco Inc. are non-debtor counterparties,* the Debtors and Lehman:  (a) shall provide to Cisco Capital and Cisco Inc., respectively, (a) a list identifying all executory contracts (the "Cisco Contracts") the Debtors seek to assume and to assign including, without limitation, the full name and date of each such executory contract and such other information as necessary to permit Cisco to identify each such contract; (b) shall pay all monetary defaults associated with the Cisco Contracts without delay; and (c) shall provide such other and further relief as is necessary to protect Cisco's rights and interests in this matter.

Dated:

                                                    UNITED STATES BANKRUPTCY JUDGE