UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------x    **Ref. Docket No. 205**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On September 19, 2008, I caused to be served the "Notice of Agenda of Matters Scheduled for Hearing on September 19, 2008 at 4:00 P.M.", dated September 19, 2008, [Docket # 205], by causing true and correct copies to be:

    a)    delivered by email to those parties listed on the attached Exhibit "A", and

    b)    delivered by facsimile to those parties listed on the attached Exhibit "B".


_____
Regina Amporfro

Sworn to before me this
22nd day of September, 2008

_____
Notary Public

STEPHANIE A. GASKIN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GA6150011
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 24, 2010

T:\Clients\LBH\Affidavits\Agenda_aff 9-22-08.doc

# EXHIBIT A

**EMAIL SERVICE LIST**

'araboy@cov.com'; 'arosenblatt@chadbourne.com'; 'atrehan@mayerbrown.com'; 'bambacha@sec.gov';
'bankoftaiwan@botnya.com'; 'bill.hughes@us.standardchartered.com'; 'brehenyb@sec.gov';
'bromano@willkie.com'; 'btrust@mayerbrown.com'; 'chris.omahoney@bnymellon.com';
'cohena@sec.gov'; 'cp@stevenslee.com'; 'cs@stevenslee.com'; 'cshulman@sheppardmullin.com';
'dallas.bankruptcy@pulicans.com'; 'Danna.Drori@usdoj.gov'; 'david.heller@lw.com';
'dcoffino@cov.com'; 'ddunne@milbank.com'; 'demetra.liggins@tklaw.com'; 'dennis.graham@kbc.be';
'deryck.palmer@cwt.com'; 'dflanigan@polsinelli.com'; 'dhayes@mcguirewoods.com';
'dlemay@chadbourne.com'; 'douglas.bacon@lw.com'; 'drosner@goulstonstorrs.com';
'eglass@mccarter.com'; 'ekbergc@lanepowell.com'; 'ellen.halstead@cwt.com';
'elobello@blankrome.com'; 'esmith@dl.com'; 'ffm@bostonbusinesslaw.com';
'fhyman@mayerbrown.com'; 'frank.sodano@americas.bnpparibas.com'; 'fred.berg@rvblaw.com';
'gado01@handelsbanken.se'; 'gary.ticoll@cwt.com'; 'gauchb@sec.gov'; 'gbray@milbank.com';
'george.davis@cwt.com'; 'georgeneofitidis@scotiacapital.com'; 'giddens@hugheshubbard.com';
'grosenberg@co.arapahoe.co.us'; 'harveystrickon@paulhastings.com';
'hollace.cohen@troutmansanders.com'; 'howard.hawkins@cwt.com'; 'hseife@chadbourne.com';
'hsnovikoff@wlrk.com'; 'igoldstein@dl.com'; 'info2@normandyhill.com'; 'ira.herman@tklaw.com';
'israel.dahan@cwt.com'; 'jacobsonn@sec.gov'; 'jafeltman@wlrk.com'; 'Jbecker@wilmingtontrust.com';
'jbromley@cgsh.com'; 'jeffery.sabin@bingham.com'; 'jhs7@att.net'; 'jketten@wilkie.com';
'jliu@dl.com'; 'jmathis@lloydstsbusa.com'; 'jmcginley@wilmingtontrust.com';
'john.rapisardi@cwt.com'; 'jshickich@riddellwilliams.com'; 'jtougas@mayerbrown.com';
'jwallack@goulstonstorrs.com'; 'jwang@sipc.org'; 'jweiss@gibsondunn.com';
'k4.nomura@aozorabank.co.jp'; 'KDWBankruptcyDepartment@kelleydrye.com'; 'keith.simon@lw.com';
'kiplok@hugheshubbard.com'; 'kmayer@mccarter.com'; 'kobak@hugheshubbard.com';
'kovskyd@pepperlaw.com'; 'kressk@pepperlaw.com'; 'krubin@ozcap.com'; 'ldestins@milbank.com';
'lgranfield@cgsh.com'; 'lschweitzer@cgsh.com'; 'mabrams@willkie.com'; 'macronin@debevoise.com';
'Malcolm@firstbankny.com'; 'mbienenstock@dl.com'; 'mcto@debevoise.com'; 'mhopkins@cov.com';
'michael.halevi@anz.com'; 'Michael.mauerstein@citi.com'; 'michael.tan@fubon.com';
'mjedelman@vedderprice.com'; 'mrosenthal@gibsondunn.com'; 'ms.wu@fubonny.com';
'mspeiser@stroock.com'; 'mtuck@lloydstsbusa.com'; 'murai24234@nissay.co.jp';
'nbruce@lloydstsbusa.com'; 'newyork@sec.gov'; 'noriyukitsumura@chuomitui.jp'; 'panosn@sec.gov';
'paronzon@milbank.com'; 'paul.deutch@troutmansanders.com'; 'peter.zisser@hklaw.com';
'phayden@mcguirewoods.com'; 'prachmuth@reedsmith.com'; 'pwright@dl.com';
'ranjit.mather@bnymellon.com'; 'raymond.morison@bnymellon.com'; 'rdicanto@nabny.com';
'rgmason@wlrk.com'; 'rhett.campbell@tklaw.com'; 'richard.lear@hklaw.com';
'rjohnson2@co.arapahoe.co.us'; 'RLevin@cravath.com'; 'robert.bailey@bnymellon.com';
'roberts@pursuitpartners.com'; 'rolfnagel.dahl@dnbnor.no'; 'ronald.silverman@bingham.com';
'rreid@sheppardmullin.com'; 'RTrust@cravath.com'; 'rwasserman@cftc.gov';
'sabin.willet@bingham.com'; 'schapman@willkie.com'; 'sharbeck@sipc.org';

'shari.leventhal@ny.frf.org'; 'sheehan@txschoollaw.com'; 'shuji.yamada@escb.co.jp';
'smillman@stroock.com'; 'splatzer@platzerlaw.com'; 'ssmall@us.mufg.jp';
'steven.wilamowsky@bingham.com'; 'tarbit@cftc.gov'; 'tetsuhiro.toomata@shinseibank.com';
'timothy.white@mizuhocbus.com'; 'tkarcher@dl.com'; 'tslome@msek.com'; 'wfoster@milbank.com';
'wheuer@dl.com'; 'whitej@sec.gov'; 'wisotska@pepperlaw.com'; 'wsmith@bocusa.com';
'yasuhikoimai@smbcgroup.com'; 'jbird@polsinelli.com'; 'cward@polsinelli.com';
'lattard@kayescholer.com'; 'wbenzija@halperinlaw.net'; 'jdyas@halperinlaw.net';
'hirsh.robert@arentfox.com'; 'angelich.george@arentfox.com'; 'jeffrey.sabin@bingham.com';
'agolianopoulos@mayerbrown.com'; 'tkiriakos@mayerbrown.com'; 'mmickey@mayerbrown.com';
'michael.kim@kobrekim.com'; 'robert.henock@kobrekim.com'; 'andrew.lourie@kobrekim.com';
'steven.perlstein@kobrekim.com'; 'ian.levy@kobrekim.com'; 'cbelmonte@ssbb.com';
'tbrock@ssbb.com'; 'pbosswick@ssbb.com'

# EXHIBIT B

| Name | Fax Number |
|------|-----------|
| Internal Revenue Service | 215-516-2015 |
| Office Of The Us Trustee, Andrew D Velez-Rivera | 212-668-2255 |
| HUA NAN COMMERCIAL BANK LTD | 866-2-2331-6741 |