**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,        :    08-13555 (JMP)
:
    Debtors.                    :    (Jointly Administered)
:
---------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
:
**PAMI STATLER ARMS LLC,**                          :    08-13664 (JMP)
:
    Debtor.                     :
:
---------------------------------------------------------------x

Ref. Docket No. 3 in
Case No. 08-13664 (JMP)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK   )

      HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On September 23, 2008, I caused to be served the "Motion for Order Pursuant to Section 105(A) of the Bankruptcy Code Directing That Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Lehman Brothers Holdings Inc. and LB 745 LLC be Made Applicable to Pami Statler Arms LLC", dated September 22, 2008, [Docket # 3 in Case No. 08-13664], by causing true and correct copies to be:

      a)    delivered by email to those parties listed on the attached Exhibit "A",

      b)    delivered by facsimile to those parties listed on the attached Exhibit "B", and

      c)    enclosed securely in postage pre-paid envelopes to be delivered by overnight mail to those parties on the attached Exhibit "C".

3.      All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| Sworn to before me this<br>23rd day of September, 2008<br>/s/ Regina Amporfro<br>Notary Public, State of New York<br>No. 01AM6064508<br>Qualified in Bronx County<br>Commission Expires September 24, 2009 | /s/ Herb Baer<br>Herb Baer |

**EXHIBIT "A"**

**Email Addresses**
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
araboy@cov.com
arosenblatt@chadbourne.com
asnow@ssbb.com
atrehan@mayerbrown.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bill.hughes@us.standardchartered.com
brehenyb@sec.gov
brian_corey@gtservicing.com
bromano@willkie.com
btrust@mayerbrown.com
cbelmonte@ssbb.com
charles@filardi-law.com
chris.omahoney@bnymellon.com
cmontgomery@salans.com
cohena@sec.gov
cp@stevenslee.com
cs@stevenslee.com
cshulman@sheppardmullin.com
cward@polsinelli.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
david.heller@lw.com
dcoffino@cov.com
ddunne@milbank.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
Demetra.Liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dflanigan@polsinelli.com
dhayes@mcguirewoods.com
dirk.roberts@ots.treas.gov
dlemay@chadbourne.com
douglas.bacon@lw.com
dravin@wolffsamson.com
drosner@goulstonstorrs.com
efile@willaw.com
eglass@mccarter.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
esmith@dl.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
frank.sodano@americas.bnpparibas.com
fred.berg@rvblaw.com
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
georgeneofitidis@scotiacapital.com
giddens@hugheshubbard.com
grosenberg@co.arapahoe.co.us
harveystrickon@paulhastings.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
igoldstein@dl.com
info2@normandyhill.com
ira.herman@tklaw.com
Ira.Herman@tklaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
Jbecker@wilmingtontrust.com
jbird@polsinelli.com
jbromley@cgsh.com
jdyas@halperinlaw.net
jeffery.sabin@bingham.com
jeffrey.sabin@bingham.com
jhs7@att.net
jketten@wilkie.com
jliu@dl.com
jmathis@lloydstsbusa.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jshickich@riddellwilliams.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
k4.nomura@aozorabank.co.jp
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
kiplok@hugheshubbard.com
klippman@munsch.com
klippman@munsch.com

**Email Addresses**
kmayer@mccarter.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
krubin@ozcap.com
lacyr@sullcrom.com
lattard@kayescholer.com
ldestins@milbank.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
macronin@debevoise.com
Malcolm@firstbankny.com
martin.davis@ots.treas.gov
mbienenstock@dl.com
mcto@debevoise.com
mhopkins@cov.com
michael.halevi@anz.com
michael.kim@kobrekim.com
Michael.mauerstein@citi.com
michael.tan@fubon.com
Mitchell.Ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mmickey@mayerbrown.com
mrosenthal@gibsondunn.com
ms.wu@fubonny.com
mspeiser@stroock.com
mtuck@lloydstsbusa.com
murai24234@nissay.co.jp
nbruce@lloydstsbusa.com
newyork@sec.gov
noriyukitsumura@chuomitui.jp
panosn@sec.gov
paronzon@milbank.com
paul.deutch@troutmansanders.com
pbosswick@ssbb.com
peter.zisser@hklaw.com
phayden@mcguirewoods.com
prachmuth@reedsmith.com
pwright@dl.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdicanto@nabny.com
rfleischer@pryorcashman.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
Rhett.Campbell@tklaw.com
richard.lear@hklaw.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
rmunsch@munsch.com
rmunsch@munsch.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.henock@kobrekim.com
roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
rwasserman@cftc.gov
sabin.willet@bingham.com
schapman@willkie.com
scousins@armstrongteasdale.com
sehlers@armstrongteasdale.com
sharbeck@sipc.org
shari.leventhal@ny.frf.org
sheehan@txschoollaw.com
shuji.yamada@escb.co.jp
smillman@stroock.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
tarbit@cftc.gov
tbrock@ssbb.com
tetsuhiro.toomata@shinseibank.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tslome@msek.com
wbenzija@halperinlaw.net
wfoster@milbank.com
wheuer@dl.com
whitej@sec.gov
wisotska@pepperlaw.com
wsmith@bocusa.com
wtaylor@mccarter.com
yasuhikoimai@smbcgroup.com

**EXHIBIT "B"**

08-13555-mg    Doc 973    Filed 10/14/08    Entered 10/14/08 23:05:14    Main Document
Pg 6 of 9

| Name | Fax |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | 202-418-5521 |
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| CHADBOURNE, HOWARD SEIFE DAVID LEMAY | 212-541-5369 |
| HUA NAN COMMERCIAL BANK LTD | 886-2-2331-6741 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| CLEARY GOTTLIEB LLP | ATTN: LINDSEE P. GRANDFIELD & LISA SCHWEIGER,ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS DUNNE, DENNIS O'DONNELL & EVAN FLECK,(COUNSEL CREDITORS COMMITTEE),1 CHASE MANHATTAN PLAZA, NEW YORK, NY 10005 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SULLIVAN & CROMWELL LLP | ATTN: ROBINSON B. LACY, ESQ. & HYDEE R. FELDSTEIN,(COUNSEL TO POSTPETITION LENDERS),125 BROAD STREET, NEW YORK, NY 10004 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JP |
| UNITED STATES BANKRUPTCY COURT | ONE BOWLING GREEN,ATTN: HONORABLE JAMES M. PECK, NEW YORK, NY 10004 |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 35**