Hearing Date: November 5, 2008 at 10:00 a.m. (Prevailing Eastern Time)
Objections Due: October 13, 2008 at 4:00 p.m. (Prevailing Eastern Time)[1]

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Kathleen M. Sullivan (KS5492)
Faith E. Gay (FG9357)
Susheel Kirpalani (SK8926)

*Proposed Special Counsel for the Official
Committee Of Unsecured Creditors of
Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                 : Chapter 11 Case
                                                       :
LEHMAN BROTHERS HOLDINGS INC.,                         : No. 08-13555 (JMP)
et al.                                                 :
                                                       : Jointly Administered
                        Debtors.                       :
------------------------------------------------------- x

**AMENDED NOTICE OF MOTION OF OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.
FOR LEAVE TO CONDUCT DISCOVERY OF JPMORGAN CHASE
BANK, N.A. PURSUANT TO 11 U.S.C. §§ 105(a) AND 1103(c)
AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

**PLEASE TAKE NOTICE** that on October 2, 2008, the Official Committee of

Unsecured Creditors (the "Creditors' Committee"), filed the Motion of Official

Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc. For Leave To

Conduct Discovery Of JPMorgan Chase Bank, N.A. Pursuant To 11 U.S.C. §§ 105(a)

---

[1] The response deadline for the Motion has been extended by agreement until November 2, 2008 at 4:00 p.m. (New York Time) solely for the following parties: (i) Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession ("Lehman"); and (ii) JPMorgan Chase Bank, N.A. ("JPMC").

and 1103(c) And Federal Rule Of Bankruptcy Procedure 2004 (Docket No. 566) (the "Motion"); and

**PLEASE TAKE FURTHER NOTICE** on the same date, the Creditors' Committee filed the Notice Of Motion (the "Notice") indicating, inter alia, that a hearing to consider the Motion (the "Hearing") would be held before the Honorable James M. Peck, United States Bankruptcy Judge, Courtroom 601, United States Bankruptcy Court of the Southern District of New York, One Bowling Green, New York, New York 10004, on October 16, 2008 at 10:00 a.m. (New York Time); and

**PLEASE TAKE FURTHER NOTICE** that the Hearing has been adjourned from October 16, 2008 at 10:00 a.m. (New York Time) **to November 5, 2008 at 10:00 a.m. (New York Time),** or as soon thereafter as counsel may be heard; and

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motion; and

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time by the Creditors' Committee without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

2

Dated: October 14, 2008
      New York, New York

           **QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**

           /s/ Susheel Kirpalani
           Kathleen M. Sullivan (KS5492)
           Faith E. Gay (FG9357)
           Susheel Kirpalani (SK8926)
           51 Madison Avenue
           New York, New York 10010
           Telephone No.: (212) 849-7000
           Facsimile No.: (212) 849-7100

           *Proposed Special Counsel for Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc.*