**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :     Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,      :     Case No. 08-13555 (JMP)
:
Debtors.                                  :     (Jointly Administered)
:
---------------------------------------------------------------x    Ref. Docket No. 359

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the following:

    a) "Notice of Filing of Schedule of Largest Secured Claims Pursuant to Local Bankruptcy Rule 1007", dated September 25, 2008 [docket # 359] and;

    b) Weil, Gotshal and Manges LLP Cover Letter from Shai Waisman, dated September 25, 2008, a copy of which is attached as Exhibit "A",

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "B" on September 25, 2008,

    b) delivered by facsimile to those parties listed on the attached Exhibit "C" on September 25, 2008, and

    c) enclosed securely into separate postage-prepaid envelopes and delivered by first class mail to the parties listed on the attached Exhibit "D" on September 26, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/Cassandra Murray
Cassandra Murray

Sworn to before me this
29th day of September, 2008

/s/Stephanie A. Gaskin
Notary Public

Stephanie A. Gaskin
Notary Public-State of New York
No. 01GA615001
Qualified in New York County
My Commission Expires July 24, 2010

**Exhibit "A"**

# WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE
NEW YORK, NY 10153
(212) 310-8000
FAX: (212) 310-8007

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SILICON VALLEY
SINGAPORE
WARSAW
WASHINGTON, D.C.

SHAI Y. WAISMAN
DIRECT LINE (212) 310-8274
E-MAIL: shai.waisman@weil.com

September 25, 2008

## BY HAND DELIVERY

The Honorable James M. Peck
United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004

      Re:    **In re Lehman Brothers Holdings Inc., et al.;
Chapter 11 Case No. 08-12555 (JMP)
(Bankr. S.D.N.Y. 2008)**

Dear Judge Peck:

      At the hearing on September 16, 2008, the Debtors and the United States Trustee agreed that the Debtors would have a forty-five day extension to provide the information required by Local Bankruptcy Rule 1007-2. At that time, the Court indicated that prompt production of a list of the largest secured claims would be particularly helpful to parties in interest.

      Accordingly, the Debtors have prepared the enclosed schedule listing the creditors holding the largest secured claims against Lehman Brothers Holdings Inc. and its affiliates. The Debtors have concurrently filed this schedule on the Court's docket.

      I am, as always, available to answer any questions your Honor may have.

Respectfully,

/s/ Shai Y. Waisman

Shai Y. Waisman

NY2:\1919127\02\154T302!.DOC\58399.0003

**WEIL, GOTSHAL & MANGES LLP**

The Honorable James M. Peck
September 25, 2008
Page 2

cc:    Andrew D. Velez-Rivera (via Facsimile)
       James Kobak, Jr. (via Facsimile)
       Lindsee P. Granfield (via Facsimile)
       Luc A. Despins (via Facsimile)

**Exhibit "B"**

Exhibit B - Email Addresses

| | |
|---|---|
| adarwin@nixonpeabody.com | dodonnell@milbank.com |
| aglenn@kasowitz.com | douglas.bacon@lw.com |
| agolianopoulos@mayerbrown.com | douglas.mcgill@dbr.com |
| ahammer@freebornpeters.com | dravin@wolffsamson.com |
| amenard@tishmanspeyer.com | drosner@goulstonstorrs.com |
| andrew.lourie@kobrekim.com | drosner@kasowitz.com |
| angelich.george@arentfox.com | edpe01@handelsbanken.se |
| araboy@cov.com | efile@willaw.com |
| arosenblatt@chadbourne.com | efleck@milbank.com |
| arwolf@wlrk.com | eglass@mccarter.com |
| asnow@ssbb.com | ekbergc@lanepowell.com |
| atrehan@mayerbrown.com | ellen.halstead@cwt.com |
| austin.bankruptcy@publicans.com | elobello@blankrome.com |
| avi.gesser@dpw.com | esmith@dl.com |
| bambacha@sec.gov | feldsteinh@sullcrom.com |
| bankoftaiwan@botnya.com | ffm@bostonbusinesslaw.com |
| bill.hughes@us.standardchartered.com | fhyman@mayerbrown.com |
| brehenyb@sec.gov | frank.sodano@americas.bnpparibas.com |
| brian_corey@gtservicing.com | frank.white@agg.com |
| bromano@willkie.com | fred.berg@rvblaw.com |
| btrust@mayerbrown.com | gado01@handelsbanken.se |
| bturk@tishmanspeyer.com | gary.ticoll@cwt.com |
| cbelmonte@ssbb.com | gauchb@sec.gov |
| cdesiderio@nixonpeabody.com | gbray@milbank.com |
| charles@filardi-law.com | george.davis@cwt.com |
| chris.omahoney@bnymellon.com | george_kielman@freddiemac.com |
| cmontgomery@salans.com | georgeneofitidis@scotiacapital.com |
| cohena@sec.gov | giddens@hugheshubbard.com |
| cp@stevenslee.com | grosenberg@co.arapahoe.co.us |
| cs@stevenslee.com | harveystrickon@paulhastings.com |
| cschreiber@winston.com | hirsh.robert@arentfox.com |
| cshulman@sheppardmullin.com | hollace.cohen@troutmansanders.com |
| cward@polsinelli.com | howard.hawkins@cwt.com |
| dallas.bankruptcy@pulicans.com | hseife@chadbourne.com |
| Danna.Drori@usdoj.gov | hsnovikoff@wlrk.com |
| david.heller@lw.com | ian.levy@kobrekim.com |
| dcoffino@cov.com | igoldstein@dl.com |
| ddunne@milbank.com | ilevee@lowenstein.com |
| deggert@freebornpeters.com | info2@normandyhill.com |
| demetra.liggins@tklaw.com | ira.herman@tklaw.com |
| dennis.graham@kbc.be | israel.dahan@cwt.com |
| deryck.palmer@cwt.com | jacobsonn@sec.gov |
| dflanigan@polsinelli.com | jafeltman@wlrk.com |
| dfriedman@kasowitz.com | james.mcclammy@dpw.com |
| dhayes@mcguirewoods.com | Jbecker@wilmingtontrust.com |
| dirk.roberts@ots.treas.gov | jbird@polsinelli.com |
| dkleiner@velaw.com | jbromley@cgsh.com |
| dladdin@agg.com | jcarberry@cl-law.com |
| dlemay@chadbourne.com | jdyas@halperinlaw.net |
| dmcguire@winston.com | jeffery.sabin@bingham.com |

| | |
|---|---|
| jfalgowski@reedsmith.com | mrosenthal@gibsondunn.com |
| jhs7@att.net | ms.wu@fubonny.com |
| jketten@wilkie.com | mspeiser@stroock.com |
| jliu@dl.com | mstamer@akingump.com |
| jmathis@lloydstsbusa.com | mtuck@lloydstsbusa.com |
| jmcginley@wilmingtontrust.com | murai24234@nissay.co.jp |
| john.rapisardi@cwt.com | nbannon@tishmanspeyer.com |
| jrabinowitz@rltlawfirm.com | nbruce@lloydstsbusa.com |
| jshickich@riddellwilliams.com | neal.mann@oag.state.ny.us |
| jtougas@mayerbrown.com | newyork@sec.gov |
| jwallack@goulstonstorrs.com | nmorreale@us.mufg.jp |
| jwang@sipc.org | noriyukitsumura@chuomitui.jp |
| jweiss@gibsondunn.com | panosn@sec.gov |
| k4.nomura@aozorabank.co.jp | paronzon@milbank.com |
| karen.wagner@dpw.com | paul.deutch@troutmansanders.com |
| KDWBankruptcyDepartment@kelleydrye.com | pbosswick@ssbb.com |
| keith.simon@lw.com | pdublin@akingump.com |
| kgwynne@reedsmith.com | peter.zisser@hklaw.com |
| kiplok@hugheshubbard.com | phayden@mcguirewoods.com |
| klippman@munsch.com | prachmuth@reedsmith.com |
| kmayer@mccarter.com | pwright@dl.com |
| kobak@hugheshubbard.com | ranjit.mather@bnymellon.com |
| kovskyd@pepperlaw.com | raymond.morison@bnymellon.com |
| kressk@pepperlaw.com | rdicanto@nabny.com |
| krubin@ozcap.com | rfleischer@pryorcashman.com |
| lacyr@sullcrom.com | rgmason@wlrk.com |
| lalshibib@reedsmith.com | rhett.campbell@tklaw.com |
| lattard@kayescholer.com | Rhett.Campbell@tklaw.com |
| ldespins@milbank.com | richard.lear@hklaw.com |
| lgranfield@cgsh.com | rjohnson2@co.arapahoe.co.us |
| lschweitzer@cgsh.com | RLevin@cravath.com |
| lwhidden@salans.com | rmunsch@munsch.com |
| mabrams@willkie.com | rnies@wolffsamson.com |
| macl01@handelsbanken.se | robert.bailey@bnymellon.com |
| macronin@debevoise.com | robert.henock@kobrekim.com |
| Malcolm@firstbankny.com | robert.malone@dbr.com |
| mark.ellenberg@cwt.com | roberts@pursuitpartners.com |
| martin.davis@ots.treas.gov | rolfnagel.dahl@dnbnor.no |
| mbenner@tishmanspeyer.com | ronald.silverman@bingham.com |
| mbienenstock@dl.com | rreid@sheppardmullin.com |
| mcto@debevoise.com | RTrust@cravath.com |
| mhopkins@cov.com | rwasserman@cftc.gov |
| michael.halevi@anz.com | sabin.willet@bingham.com |
| michael.kim@kobrekim.com | schapman@willkie.com |
| Michael.mauerstein@citi.com | scousins@armstrongteasdale.com |
| michael.tan@fubon.com | sehlers@armstrongteasdale.com |
| Mitchell.Ayer@tklaw.com | sharbeck@sipc.org |
| mjacobs@pryorcashman.com | shari.leventhal@ny.frf.org |
| mjedelman@vedderprice.com | sheehan@txschoollaw.com |
| mkjaer@winston.com | shuji.yamada@escb.co.jp |
| mlahaie@akingump.com | smillman@stroock.com |
| mmickey@mayerbrown.com | splatzer@platzerlaw.com |

| |
|---|
| ssmall@us.mufg.jp |
| steven.perlstein@kobrekim.com |
| steven.wilamowsky@bingham.com |
| tarbit@cftc.gov |
| tbrock@ssbb.com |
| tetsuhiro.toomata@shinseibank.com |
| timothy.white@mizuhocbus.com |
| tkarcher@dl.com |
| tkiriakos@mayerbrown.com |
| tnixon@gklaw.com |
| tslome@msek.com |
| wbenzija@halperinlaw.net |
| wfoster@milbank.com |
| wheuer@dl.com |
| whitej@sec.gov |
| wisotska@pepperlaw.com |
| wsmith@bocusa.com |
| wtaylor@mccarter.com |
| yasuhikoimai@smbcgroup.com |

**Exhibit "C"**

| name | fax |
|---|---|
| BEN BLAUSTEIN | 212-808-7897 |
| DIANE SANDERS | 512-443-5114 |
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| JORDAN BERGMAN | 212-808-7897 |
| MARK PAGE | 312-857-7095 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| James Kobak, Jr | 212-422-4726 |
| Lindsee P. Granfield | 212-225-3999 |
| Luc A. Despins | 212-530-5219 |

| name | fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| MARK PAGE | 312-857-7095 |
| BEN BLAUSTEIN | 212-808-7897 |
| JORDAN BERGMAN | 212-808-7897 |
| DIANE SANDERS | 512-443-5114 |
| HUA NAN COMMERCIAL BANK LTD | 886-2-2331-6741 |

**Exhibit "D"**

LEHMAN BROTHERS HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KOREA |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JAPAN |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AUSTRALIA |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,   HONG KONG |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JAPAN |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JAPAN |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JAPAN |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JAPAN |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TAIWAN |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SINGAPORE |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JAPAN |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 31**