**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------------x    Ref. Docket No. 503


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 1, 2008, I caused to be served true and correct copies of the "Debtors' Motion For Entry Of An Order Pursuant To Sections 363 And 365 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 6004, 6006 And 9019 Authorizing Lehman Brothers Holdings Inc. To (A) Enter Into A Partnership Interests Purchase Agreement, (B) Compromise And Release A Portion Of An Intercompany Loan, And (C) Assign The Remainder Of Such Intercompany Loan To Purchasers", dated October 1, 2008, to which was attached the "Notice of Debtors' Motion For Entry Of An Order Pursuant To Sections 363 And 365 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 6004, 6006 And 9019 Authorizing Lehman Brothers Holdings Inc. To (A) Enter Into A Partnership Interests Purchase Agreement, (B) Compromise And Release A Portion Of An Intercompany Loan, And (C) Assign The Remainder Of Such Intercompany Loan To Purchasers", dated October 1, 2008, [Docket No. 503], (collectively the "Motion"), by causing true and correct copies of the Motion to be:

   a) delivered by email to those parties listed on the attached Exhibit "A",

   b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

   c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C".

      3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

      /s/Regina Amporfro

Sworn to before me this  
6th day of October, 2008       Regina Amporfro

/s/Stephanie A. Gaskin  
Stephanie A. Gaskin  
Notary Public-State of New York  
No. 01GA615001  
Qualified in New York County  
Commission Expires July 24, 2010

# EXHIBIT A

acker@chapman.com
adarwin@nixonpeabody.com
aglenn@kasowitz.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
akihiko_yagyuu@chuomitsui.jp
amenard@tishmanspeyer.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
anne.kennelly@hp.com
araboy@cov.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avi.gesser@dpw.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bill.freeman@pillsburylaw.com
bill.hughes@us.standardchartered.com
brad.dempsey@hro.com
brehenyb@sec.gov
brian_corey@gtservicing.com
bromano@willkie.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
charles@filardi-law.com
chris.omahoney@bnymellon.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
cward@polsinelli.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
dbarber@bsblawyers.com
dclark@stinson.com

dcoffino@cov.com
dcrapo@gibbonslaw.com
ddunne@milbank.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dladdin@agg.com
dlemay@chadbourne.com
dmcguire@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
ecohen@russell.com
edpe01@handelsbanken.se
efile@willaw.com
efleck@milbank.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eschwartz@contrariancapital.com
esmith@dl.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.sodano@americas.bnpparibas.com
frank.white@agg.com
fred.berg@rvblaw.com
gabriel.delvirginia@verizon.net
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov

gbray@milbank.com
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
glee@mofo.com
grosenberg@co.arapahoe.co.us
hanh.huynh@cwt.com
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
Jbecker@wilmingtontrust.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
jfalgowski@reedsmith.com
jherzog@gklaw.com
jhs7@att.net
jketten@wilkie.com
jliu@dl.com
jmathis@lloydstsb-usa.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jpintarelli@mofo.com
jrabinowitz@rltlawfirm.com
jshickich@riddellwilliams.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwishnew@mofo.com

k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
klippman@munsch.com
kmayer@mccarter.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
krubin@ozcap.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
lattard@kayescholer.com
ldespins@milbank.com
lgranfield@cgsh.com
linda.boyle@twtelecom.com
lmarinuzzi@mofo.com
lml@ppgms.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
macl01@handelsbanken.se
macronin@debevoise.com
Malcolm@firstbankny.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsbury.com
martin.davis@ots.treas.gov
masaki_konishi@noandt.com
mbenner@tishmanspeyer.com
mbienenstock@dl.com
mcto@debevoise.com
mhopkins@cov.com
michael.halevi@anz.com
michael.kim@kobrekim.com
Michael.mauerstein@citi.com
michael.tan@fubon.com
Mitchell.Ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
mmickey@mayerbrown.com

mmorreale@us.mufg.jp
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mrosenthal@gibsondunn.com
ms.wu@fubonny.com
mspeiser@stroock.com
mstamer@akingump.com
mtuck@lloydstsb-usa.com
murai24234@nissay.co.jp
nbannon@tishmanspeyer.com
nbruce@lloydstsb-usa.com
neal.mann@oag.state.ny.us
newyork@sec.gov
nissay_10259-0154@mhmjapan.com
panosn@sec.gov
paronzon@milbank.com
paul.deutch@troutmansanders.com
pbosswick@ssbb.com
pdublin@akingump.com
peter@bankrupt.com
peter.zisser@hklaw.com
phayden@mcguirewoods.com
pnichols@whitecase.com
prachmuth@reedsmith.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdaversa@orrick.com
rdicanto@nabny.com
rfleischer@pryorcashman.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
rmunsch@munsch.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com

rwasserman@cftc.gov
sabin.willett@bingham.com
schapman@willkie.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
sidorsky@butzel.com
smillman@stroock.com
spiotto@chapman.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
susheelkirpalani@quinnemanuel.com
tarbit@cftc.gov
tbrock@ssbb.com
tetsuhiro.toomata@shinseibank.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tnixon@gklaw.com
tslome@msek.com
twatanabe@mofo.com
vdagostino@lowenstein.com
wbenzija@halperinlaw.net
wfoster@milbank.com
wheuer@dl.com
whitej@sec.gov
wisotska@pepperlaw.com
wsmith@bocusa.com
wtaylor@mccarter.com
yasuhiko_imai@smbcgroup.com

**EXHIBIT B**

| | |
|---|---|
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| ANDREW D VELEZ-RIVERA OFFICE OF THE TRUSTEE | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |
| HUA NAN COMMERCIAL BANK LTD | 2-2331-6741 |

# EXHIBIT C

# LEHMAN BROTHERS HOLDINGS, INC.
## Service List

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 33**