**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                                               :          Chapter 11 Case No.
                                                                                       :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.***,**     :          Case No. 08-13555 (JMP)
                                                                                       :
        Debtors.                                                               :          (Jointly Administered)
                                                                                       :
------------------------------------------------------------------------x          Ref. Docket No. 669

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                 ) ss.:
COUNTY OF NEW YORK   )

      ANGHARAD BOWDLER, being duly sworn, deposes and says:

      1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

      2.    I caused to be served true and correct copies of the "Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (c) to Schedule a Final Hearing" dated October 3, 2008 [Docket No. 669], to be:

      a)  delivered by email to those parties listed on the attached Exhibit "A" on October 3, 2008,

      b)  delivered by facsimile to those parties listed on the attached Exhibit "B" on October 3, 2008,

      c)  enclosed securely in separate postage pre-paid envelopes and delivered by overnight courier to those parties on the annexed Exhibit "C" on October 3, 2008, and

      d)  enclosed securely in separate postage pre-paid envelopes and delivered by overnight courier to those parties listed on the attached Exhibit D, on October 6, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
6th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# EXHIBIT A

| Bank | Relationship Contact | Email |
|---|---|---|
| **ABN-AMRO  [Royal Bank of Scotland]** | Alan Davis | alan.davis@rbsgc.com |
| **AMR Investment Services, Inc.** | Mason Martin | mason.martin@icdfunds.com |
| **Banca Intesa** | Noemi Oslo | noemi.oslo@bancaintesa.co.uk |
| **Banco Nacional de Mexico S.A.** | Katherine Lukas | katherine.lukas@citigroup.com |
| **Bank of America** | B. J. MAZZELLA | bernadette.mazzella@bankofamerica.com |
| **Bank of New York Dividend Trust** | Terence R. Law | terencelaw@bankofny.com |
| **Bank One NA  [JPMorgan Chase]** | Mark Doctoroff | mark.g.doctoroff@jpmorgan.com |
| **Barclays Global Investors Funds** | Melissa Haave | melissa.haave@barclaysglobal.com |
| **Black Rock** | Carrie Murray | carrie.murray@blackrock.com |
| **BNP Paribas** | Frank Sodano | frank.sodano@americas.bnpparibas.com |
| **Ceskoslovenska Obchodni Banka AS** | Timea Zimkova | tzimkova@scob.sk |
| **Citibank** | Kate Lukas | katherine.lukas@citigroup.com |
| **Citigroup Asset Management** | Kate Lukas | katherine.lukas@citigroup.com |
| **Credit Lyonnais Asset Management** | Terry Grant | tgrant@clamericas.com |
| **Deutsche Bank** | John Estrada | john.estrada@db.com |
| **DnB NOR Bank ASA** | Elaine Christiansen | elaine.christiansen@dnb.no |
| **Dreyfus Service Corporation** | Lou Bazata | n/a |
| **DWS Group** | Rainer Habisch | rainer.habisch@db.com |
| **Euroclear** | Julien Piron | julien.piron@euroclear.com |
| **Evergreen Investments Management Company, LLC** | Sarah Ellen Henderson | shenderson@evergreeninvestments.com |
| **Federated Investors, Inc.** | Jennifer Skruch | jskruch@federatedinv.com |
| **Fidelity Investments** | Marissa B. Hedge | Marissa.Hedge@fmr.com |
| **First National Bank** | Ms. Shonette Kruger | shonette.kruger@fnbcorporate.co.za |
| **Generali Asset Management SGR S.p.A.** | Cinzia Montuoro | Cinzia.Montuoro@AM.Generali.com |
| **Hansabanka** | Mr. Ilze Kokorevica | ilze.kokorevica@hansabanka.lv |

| Bank | Relationship Contact | Email |
| --- | --- | --- |
| **HSBC** | Paul Lopez | paul.lopez@us.hsbc.com |
| **ING Sofia** | Ms. Katya Maneva | katya.maneva@ingbank.com |
| **Israel Discount Bank** | Ken Walters | kwalters@idbny.com |
| **J.P. Morgan Chase & Co.** | Mark Doctoroff | mark.g.doctoroff@jpmorgan.com |
| **Landsbanki Islands** | Mr. BJORN SIGURDSSON | bjorn.sigurdsson@landsbanki.is |
| **Lehman Brothers Asset Management** | Bob Swidey | robert.swidey@lehman.com |
| **Lehman Brothers Bank** | Gail Stawicki | Gstawicki@lehmanbank.com |
| **Lehman Brothers Liquidity Fund Plc** | Bob Swidey | robert.swidey@lehman.com |
| **Mellon** | Eddie Hubbard | hubbard.e@mellon.com |
| **Merrill Lynch Investment Management** | Joseph Conklin | joseph_conklin@ml.com |
| **Merrimac Funds Group** | Robert Swidey | robert.swidey@lehman.com |
| **Morgan Stanley Investment Management Inc.** | Franco D'Urso Jr. | Franco.D'Urso@morganstanley.com |
| **Morley Liquidity Funds Plc** | Colin Cookson | colin.cookson@morleyfm.com |
| **National Bank of Kuwait** | Rakan Al-Ghanim | rakang@nbk.com |
| **National Commercial Bank** | Sami Wafa | s.wafa@alahli.com' |
| **Nations Funds** | jeff stallard | jeff.stallard@columbiamanagement.com |
| **Northern Trust Corporation** | Scott Henderson | SH59@NTRS.com |
| **Phoenix Investment Partners** | Lori Weller | lori.weller@phxinv.com |
| **Pioneer Investments** | Michael Curran | michael.curran@pioneerinvestments.com |
| **Royal Bank of Canada** | Alison Barnard | alison.barnard@rbc.com |
| **Russell Investments** | Matthew Clay | MClay@russell.com |
| **SEB** | Lasse Larsen | lasse.larsen@seb.dk |
| **Spafid S.p.a.** | Salvatore Guardino | salvatore.guardino@mediobanca.it |
| **Standard Chartered Bank** | Bill Huges | bill.hughes@us.standardchartered |
| **SunTrust Bank** | Patrick Mason | Patrick.Mason@truscocapital.com |

| Bank | Relationship Contact | Email |
|---|---|---|
| **Swedbank** | Lena Hallen | lena.hallen@swedbank.se |
| **The Reserve Funds** | Brandon Semilof | Brandon_Semilof@reservefunds.com |
| **Toronto Dominion Bank Financial Group** | SHARON CARO | caros@tdcibg.com |
| **UBS Global Asset Management** | Raymond Otero | ray.otero@ubs.com |
| **US Bancorp Asset Management, Inc.** | Rochelle Genetti | rochelle.geneti@usbank.com |
| **Utendahl Capital Management, L.P.** | Terry Prince | tprince@ucmpartners.com |
| **Vilnius Bankas** | Alma Kamarauskaite | alma.kamarauskaite@seb.lt |
| **Wells Fargo Funds** | Michael Giese | michael.j.giese@wellsfargo.com |
| **Zagrebacka Banka** | Igor Livojevic | igor.livojevic@zaba.hr |

'acker@chapman.com'; 'adarwin@nixonpeabody.com'; 'aglenn@kasowitz.com'; 'agold@herrick.com'; 'agolianopoulos@mayerbrown.com'; 'ahammer@freebornpeters.com'; 'akihiko_yagyuu@chuomitsui.jp'; 'amenard@tishmanspeyer.com'; 'andrew.lourie@kobrekim.com'; 'angelich.george@arentfox.com'; 'anne.kennelly@hp.com'; 'araboy@cov.com'; 'arlbank@pbfcm.com'; 'arosenblatt@chadbourne.com'; 'arwolf@wlrk.com'; 'asnow@ssbb.com'; 'atrehan@mayerbrown.com'; 'austin.bankruptcy@publicans.com'; 'avi.gesser@dpw.com'; 'bambacha@sec.gov'; 'bankoftaiwan@botnya.com'; 'bankruptcy@goodwin.com'; 'bill.freeman@pillsburylaw.com'; 'bill.hughes@us.standardchartered.com'; 'bmiller@mofo.com'; 'brad.dempsey@hro.com'; 'brehenyb@sec.gov'; 'brian_corey@gtservicing.com'; 'bromano@willkie.com'; 'btrust@mayerbrown.com'; 'bturk@tishmanspeyer.com'; 'cbelmonte@ssbb.com'; 'cdesiderio@nixonpeabody.com'; 'charles@filardi-law.com'; 'chris.omahoney@bnymellon.com'; 'cmontgomery@salans.com'; 'CMTB_LC11@chuomitsui.jp'; 'cohena@sec.gov'; 'cp@stevenslee.com'; 'crogers@orrick.com'; 'cs@stevenslee.com'; 'cschreiber@winston.com'; 'cshulman@sheppardmullin.com'; 'cward@polsinelli.com'; 'dallas.bankruptcy@pulicans.com'; 'Danna.Drori@usdoj.gov'; 'david.bennett@tklaw.com'; 'david.crichlow@pillsburylaw.com'; 'david.heller@lw.com'; 'dbarber@bsblawyers.com'; 'dclark@stinson.com'; 'dcoffino@cov.com'; 'dcrapo@gibbonslaw.com'; 'ddunne@milbank.com'; 'deggert@freebornpeters.com'; 'demetra.liggins@tklaw.com'; 'dennis.graham@kbc.be'; 'deryck.palmer@cwt.com'; 'dflanigan@polsinelli.com'; 'dfriedman@kasowitz.com'; 'dhayes@mcguirewoods.com'; 'dheffer@foley.com'; 'dirk.roberts@ots.treas.gov'; 'dkleiner@velaw.com'; 'dladdin@agg.com'; 'dlemay@chadbourne.com'; 'dludman@brownconnery.com'; 'dmcguire@winston.com'; 'dodonnell@milbank.com'; 'donald.badaczewski@dechert.com'; 'douglas.bacon@lw.com'; 'douglas.mcgill@dbr.com'; 'dravin@wolffsamson.com'; 'drose@pryorcashman.com'; 'drosner@goulstonstorrs.com'; 'drosner@kasowitz.com'; 'dswan@mcguirewoods.com'; 'ecohen@russell.com'; 'edpe01@handelsbanken.se'; 'efile@willaw.com'; 'efleck@milbank.com'; 'eglas@mccarter.com'; 'ehollander@whitecase.com'; 'ehorn@lowenstein.com'; 'ekbergc@lanepowell.com'; 'ellen.halstead@cwt.com'; 'elobello@blankrome.com'; 'eschwartz@contrariancapital.com'; 'esmith@dl.com'; 'ezujkowski@emmetmarvin.com'; 'fbp@ppgms.com'; 'feldsteinh@sullcrom.com'; 'ffm@bostonbusinesslaw.com'; 'fhyman@mayerbrown.com'; 'fishere@butzel.com'; 'frank.sodano@americas.bnpparibas.com'; 'frank.white@agg.com'; 'fred.berg@rvblaw.com'; 'gabriel.delvirginia@verizon.net'; 'gado01@handelsbanken.se'; 'gary.ticoll@cwt.com'; 'gauchb@sec.gov'; 'gbray@milbank.com'; 'george.davis@cwt.com'; 'george_neofitidis@scotiacapital.com'; 'giddens@hugheshubbard.com'; 'gkaden@goulstonstorrs.com'; 'glee@mofo.com'; 'glenn.siegel@dechert.com'; 'grosenberg@co.arapahoe.co.us'; 'gschiller@zeislaw.com'; 'hanh.huynh@cwt.com'; 'harveystrickon@paulhastings.com'; 'heiser@chapman.com'; 'hirsh.robert@arentfox.com'; 'hollace.cohen@troutmansanders.com'; 'howard.hawkins@cwt.com'; 'hseife@chadbourne.com'; 'hsnovikoff@wlrk.com';

'ian.levy@kobrekim.com'; 'igoldstein@dl.com'; 'ilevee@lowenstein.com';
'info2@normandyhill.com'; 'ira.herman@tklaw.com'; 'israel.dahan@cwt.com';
'jacobsonn@sec.gov'; 'jafeltman@wlrk.com'; 'james.mcclammy@dpw.com';
'jamestecce@quinnemanuel.com'; 'Jbecker@wilmingtontrust.com';
'jbird@polsinelli.com'; 'jbromley@cgsh.com'; 'jcarberry@cl-law.com';
'jdyas@halperinlaw.net'; 'jeffrey.sabin@bingham.com'; 'jfalgowski@reedsmith.com';
'jherzog@gklaw.com'; 'jhs7@att.net'; 'jketten@wilkie.com'; 'jkurtzman@klehr.com';
'jlee@foley.com'; 'jliu@dl.com'; 'jmathis@lloydstsb-usa.com';
'jmcginley@wilmingtontrust.com'; 'john.rapisardi@cwt.com'; 'jpintarelli@mofo.com';
'jrabinowitz@rltlawfirm.com'; 'jshickich@riddellwilliams.com';
'jtougas@mayerbrown.com'; 'jwallack@goulstonstorrs.com'; 'jwang@sipc.org';
'jweiss@gibsondunn.com'; 'jwishnew@mofo.com'; 'k4.nomura@aozorabank.co.jp';
'karen.wagner@dpw.com'; 'KDWBankruptcyDepartment@kelleydrye.com';
'keith.simon@lw.com'; 'ken.higman@hp.com'; 'kgwynne@reedsmith.com';
'kiplok@hugheshubbard.com'; 'klippman@munsch.com'; 'kmayer@mccarter.com';
'kmisken@mcguirewoods.com'; 'kobak@hugheshubbard.com'; 'Kostad@mofo.com';
'kovskyd@pepperlaw.com'; 'kressk@pepperlaw.com'; 'KReynolds@mklawnyc.com';
'krosen@lowenstein.com'; 'krubin@ozcap.com'; 'lacyr@sullcrom.com';
'lalshibib@reedsmith.com'; 'lattard@kayescholer.com'; 'ldespins@milbank.com';
'lgranfield@cgsh.com'; 'linda.boyle@twtelecom.com'; 'lmarinuzzi@mofo.com';
'lml@ppgms.com'; 'lschweitzer@cgsh.com'; 'lwhidden@salans.com';
'mabrams@willkie.com'; 'macl01@handelsbanken.se'; 'macronin@debevoise.com';
'Malcolm@firstbankny.com'; 'mark.deveno@bingham.com'; 'mark.ellenberg@cwt.com';
'mark.houle@pillsbury.com'; 'martin.davis@ots.treas.gov';
'masaki_konishi@noandt.com'; 'mbenner@tishmanspeyer.com'; 'mbienenstock@dl.com';
'mcto@debevoise.com'; 'mhopkins@cov.com'; 'michael.halevi@anz.com';
'michael.kim@kobrekim.com'; 'Michael.mauerstein@citi.com';
'michael.tan@fubon.com'; 'Mitchell.Ayer@tklaw.com'; 'mjacobs@pryorcashman.com';
'mjedelman@vedderprice.com'; 'mkjaer@winston.com'; 'mlahaie@akingump.com';
'mmickey@mayerbrown.com'; 'mmorreale@us.mufg.jp';
'monica.lawless@brookfieldproperties.com'; 'mpage@kelleydrye.com';
'mrosenthal@gibsondunn.com'; 'ms.wu@fubonny.com'; 'MSchleich@fraserstryker.com';
'mspeiser@stroock.com'; 'mstamer@akingump.com'; 'mtuck@lloydstsb-usa.com';
'murai24234@nissay.co.jp'; 'nbannon@tishmanspeyer.com'; 'nbruce@lloydstsb-usa.com';
'neal.mann@oag.state.ny.us'; 'newyork@sec.gov'; 'nissay_10259-0154@mhmjapan.com';
'oipress@travelers.com'; 'panosn@sec.gov'; 'paronzon@milbank.com';
'paul.deutch@troutmansanders.com'; 'pbosswick@ssbb.com'; 'pdublin@akingump.com';
'peter.zisser@hklaw.com'; 'peter@bankrupt.com'; 'phayden@mcguirewoods.com';
'pnichols@whitecase.com'; 'prachmuth@reedsmith.com'; 'pwright@dl.com';
'r.stahl@stahlzelloe.com'; 'ramona.neal@hp.com'; 'ranjit.mather@bnymellon.com';
'raymond.morison@bnymellon.com'; 'rdaversa@orrick.com'; 'rdicanto@nabny.com';
'rfleischer@pryorcashman.com'; 'rgmason@wlrk.com'; 'rhett.campbell@tklaw.com';
'richard.lear@hklaw.com'; 'rjohnson2@co.arapahoe.co.us'; 'RLevin@cravath.com';
'RLGold1977@aol.com'; 'rmunsch@munsch.com'; 'rnies@wolffsamson.com';
'robert.bailey@bnymellon.com'; 'robert.dombroff@bingham.com';
'robert.henoch@kobrekim.com'; 'robert.malone@dbr.com'; 'Robert.yalen@usdoj.gov';

'roberts@pursuitpartners.com'; 'rolfnagel.dahl@dnbnor.no'; 'ronald.silverman@bingham.com'; 'rreid@sheppardmullin.com'; 'RTrust@cravath.com'; 'rwasserman@cftc.gov'; 'sabin.willett@bingham.com'; 'schapman@willkie.com'; 'schristianson@buchalter.com'; 'scottshelley@quinnemanuel.com'; 'scousins@armstrongteasdale.com'; 'sdnyecf@dor.mo.gov'; 'sehlers@armstrongteasdale.com'; 'sharbeck@sipc.org'; 'shari.leventhal@ny.frb.org'; 'sheakkorzun@comcast.net'; 'sheehan@txschoollaw.com'; 'sidorsky@butzel.com'; 'slerner@ssd.com'; 'smillman@stroock.com'; 'spiotto@chapman.com'; 'splatzer@platzerlaw.com'; 'ssmall@us.mufg.jp'; 'steve.ginther@dor.mo.gov'; 'steven.perlstein@kobrekim.com'; 'steven.wilamowsky@bingham.com'; 'susheelkirpalani@quinnemanuel.com'; 'tarbit@cftc.gov'; 'tbrock@ssbb.com'; 'tetsuhiro.toomata@shinseibank.com'; 'TGoren@mofo.com'; 'timothy.white@mizuhocbus.com'; 'tkarcher@dl.com'; 'tkiriakos@mayerbrown.com'; 'tmacwright@whitecase.com'; 'tnixon@gklaw.com'; 'tslome@msek.com'; 'twatanabe@mofo.com'; 'vdagostino@lowenstein.com'; 'wanda.goodloe@cbre.com'; 'wbenzija@halperinlaw.net'; 'wfoster@milbank.com'; 'wheuer@dl.com'; 'whitej@sec.gov'; 'wisotska@pepperlaw.com'; 'wsmith@bocusa.com'; 'wtaylor@mccarter.com'; 'yasuhiko_imai@smbcgroup.com'

**EXHIBIT B**

| Name | Fax |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | 202-418-5521 |
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| CHADBOURNE, HOWARD SEIFE DAVID LEMAY | 212-541-5369 |
| HUA NAN COMMERCIAL BANK LTD | 886-2-2331-6741 |

# EXHIBIT C

| Bank | Relationship Contact | Address | City | State | Country | Zip |
|---|---|---|---|---|---|---|
| **Banca Intesa** | Noemi Oslo | 90 Queen Street | London | | UK | EC4N 1SA |
| **Ceskoslovenska Obchodni Banka AS** | Timea Zimkova | Lehotskeho 3 | Bratislava | | Slovakia | 812 25 |
| **Credit Lyonnais Asset Management** | Terry Grant | 1301 Avenue of the Americas | New York | NY | USA | 10019 |
| **Evergreen Investments Management Company, LLC** | Sarah Ellen Henderson | 200 Berkeley Street 18th floor | Boston | MA | USA | 2116 |
| **Lehman Brothers Bank** | Gail Stawicki | 1000 North West Street, Suite 200 01 Floor | Wilmington | DE | USA | 19801 |
| **Merrill Lynch Investment Management** | Joseph Conklin | 800Scudders Mill Road | Plainsboro | NJ | USA | 8536 |
| **National Commercial Bank** | Sami Wafa | P.O. Box 3555, Jeddah 21481, Saudi Arabia | | | Saudi Arabia | |
| **Standard Chartered Bank** | Bill Huges | 1 Madison Ave. | New York | NY | USA | 10010 |
| **SunTrust Bank** | Patrick Mason | 50 Hurt Plaza, Suite 1400 | Atlanta | GA | USA | 30303 |
| **US Bancorp Asset Management, Inc.** | Rochelle Genetti | 800 Nicollet Mall | Minneapolis | MN | USA | 55402 |

| Claim Name | Address Information |
|---|---|
| AUSTRALIA & NEW ZEALAND BANKING GRP LTD | ATTN: VINCENT SABATINO, 55 COLLINS ST, MELBOURNE, 3001 AU |
| DREYFUS SVC CORPORATION | ATTN: LOU BAZATA, 200 PARK AVENUE, NEW YORK, NY 10166 |
| ONE GRP MUTUAL FUNDS | ATTN: DOUG APPLEGATE, 1111 POLARIS PARKWAY, COLUMBUS, OH 43271 |
| PRUDENTIAL MUTUAL FUND SVCS | ATTN: GERRI MCATEER, TWO GATEWAY CENTER, NEWARK, NJ 07102 |
| SCUDDER INVESTMENTS SVC CO. | ATTN: JOHN LARKIN, ONE SOUTH ST, BALTIMAORE, MD 21202 |
| STANDARD LIFE INVESTMENTS | ATTN: LIZ DAVIDSON, 1 GEORGE ST, EDINBURGH, EH2 2LL GB |
| STRONG CAPITAL MNGMNT | ATTN: LEVI LURA, 100 HERITAGE RESERVE, MENOMONEE FALLS, WI 53051 |

**Total Creditor Count 7**

# EXHIBIT D

| Bank | Relationship Contact | Address | City | Country | Zip |
|---|---|---|---|---|---|
| **First National Bank** | Ms. Shonette Kruger | 4 FirstPlace Bank, 5th floor | Johannesburg | South Africa | 2001 |
| **Zagrebacka Banka** | Igor Livojevic | Savska 60/4 | Zagreb | Croatia | 10000 |

| Bank | Relationship Contact | Address | City | Country | Zip |
|---|---|---|---|---|---|