**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
(212) 309-6669
Neil E. Herman (NH-2513)

**Attorneys for Cognizant Technology Solutions**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned appears for Cognizant Technology Solutions ("Cognizant") and pursuant to Rules 2002 and 3017(a) of the Rules of Bankruptcy Procedure and 11 U.S.C. §1109(b) requests that all notices given or required in this case, and all documents, and all other papers served in this case, be given to and served upon:

> Neil E. Herman, Esq.
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, New York 10178-0600
> Direct Phone: (212) 309-6669
> E-Mail:       Nherman@morganlewis.com
> Telecopy:     (212) 309-6001

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Cognizant is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
       October 15, 2008

**MORGAN, LEWIS & BOCKIUS LLP**
Attorneys for Cognizant Technology Solutions

By:     /s/ Neil E. Herman
    Neil E. Herman (NH-2513)
    A Member of the Firm

101 Park Avenue
New York, NY  10178
(212) 309-6669

TO:

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
Fax : (212) 310-8007
Email: harvey.miller@weil.com

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
(212) 837-6375
Fax : (212) 422-4726
Email: margolin@hugheshubbard.com

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street - 21st. Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

James Tecce, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7000
Fax : 212 849-7100
Email: jamestecce@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017