Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747
Tel: (212) 233-2910
Fax: (212) 766-2298
Daniel S. Braverman (DB 9423)
Peter Marchetti (PM 3044)
dbraverman@bravelaw.com

Attorneys for International Securities Exchange, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**OBJECTION OF INTERNATIONAL SECURITIES EXCHANGE, LLC TO PROPOSED CURE AMOUNT LISTED ON THE DEBTORS' LIST OF NON IT CLOSING DATE CONTRACTS IN ACCORDANCE WITH THE ORDER UNDER 11 U.S.C. §§ 105(A), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

International Securities Exchange, LLC ("ISE"), by and through its undersigned counsel, hereby submits this objection ("Objection"), in accordance with the Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases [Docket No. 258] the ("Sale Order") and in accordance with the Notice of Revised Exhibit A to Notice of Revisions to Schedules of

Certain Contracts and Leases Assumed and Assigned to Purchaser [Docket No. 564], to the Cure Amount listed on the List of Non-IT Closing Date Contracts, updated as of October 1, 2008 (the "Contract Schedule"), which appears online at http://chapter11.epiqsystems.com/Lehman (the "Website").

## BACKGROUND

1. Effective as of October 21, 2002, Lehman Brothers, Inc. ("LBI"), a subsidiary of Lehman Brothers Holdings, Inc. (the "Debtor"), and ISE entered into a Member Access Agreement. Under the Member Access Agreement, LBI and ISE agreed to certain terms and conditions (the "Terms and Conditions") for services to be provided to LBI by ISE. Those services, included, *inter alia*, the provision by ISE to LBI of access to the ISE Facilities, which allows LBI access to the computer systems, software, hardware, network and other equipment on and through which Lehman trades on ISE's securities markets. Furthermore, through the Terms and Conditions and the Member Access Agreement, ISE provided LBI with a limited license to use ISE's technology. (The Terms and Conditions and the Member Access Agreement are hereinafter collectively referred to as the "ISE Contract").

2. On September 15, 2008 (the "Petition Date") the Debtor filed for bankruptcy protection with the United States Bankruptcy Court for the Southern District of New York pursuant to Chapter 11 of Title 11 of the Untied States Code. On September 19, 2008, an order was entered placing LBI into liquidation under the Securities Investor Protection Act. Furthermore, the Court, on September 19, 2008, entered an order that included LBI in the definition of Debtors for purposes of the Sale Order.

## **OBJECTION**

3. On the Website, the Debtors list the ISE Contract as a contract that will be assumed by the Debtors and assigned to Barclays Capital, Inc. (the "Purchaser"). The cure amount for the ISE Contract, however, is erroneously listed as $0.00.[1] Instead, as evidenced by the invoices annexed hereto as Exhibit 1, the correct cure amount with respect to the ISE Contract is $1,816,089.19.

4. ISE hereby objects to the erroneously listed cure amount associated with the ISE Contract on the Website and hereby seeks an order directing the Debtors and the Purchaser, jointly and severally, as a condition to assumption and assignment of the ISE Contract under Section 365 of the Bankruptcy Code, to pay ISE $1,816,089.19, which is the correct cure amount of the ISE Contract.

5. ISE expressly reserves its rights to amend or supplement this Objection, to introduce evidence supporting this Objection, and be heard, at a hearing with respect to this Objection, and to file additional and/or supplemental objections.

---

[1] The ISE Contract was originally listed with a cure amount of $2,616,113.64. This cure amount, however, was later amended to $0.00.

WHEREFORE, for the reasons stated in this Objection, ISE objects to the proposed cure amount listed on the Debtors' List of Non-IT Closing Date Contracts, updated as of October 1, 2008, and requests that this Court enter an order conditioning the assumption and assignment of the ISE Contract upon the prompt payment of $1,816,089.19 to ISE by the Purchaser or the Debtors and grant ISE such other and further relief as this Court may deem just and proper.

Dated: October 10, 2008
New York, NY

Respectfully Submitted,

Daniel S. Braverman (DB 9423)
Peter Marchetti (PM 3044)
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747
Tel: (212) 233-2910
Fax: (212) 766-2298
dbraverman@bravelaw.com

## CERTIFICATE OF SERVICE

I certify that on October 10, 2008, I caused a copy of the foregoing to be served by email on the following:

Counsel for Lehman Brothers Holdings, Inc.
Lori R. Fife (lori.fife@weil.com)
Shai Y. Waisman (shai.waisman@weil.com)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY  10153


Counsel for James W. Giddens, Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
Jeffrey S. Margolin (margolin@hugheshubbard.com)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004


Counsel for Barclays Capital, Inc.
Lindsee P. Granfield (lgranfield@cgsh.com)
Lisa M. Schweitzer (lschweitzer@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

Peter Marchetti

# EXHIBIT 1

08-13555-mg    Doc 988    Filed 10/10/08    Entered 10/15/08 10:21:58    Main Document
Pg 6 of 19

### INTERNATIIONAL SECURITIES EXCHANGE

Lehman Brothers
Outstanding invoices

Transaction fees

| | | | | September 2008 transaction fees | $ 1,475,539.91 |
|---|---|---|---|---|---|
| | | | | | $ 1,475,539.91 |

Non-transaction fees

| Account | Invoice No | Invoice Amount | | | |
|---|---|---|---|---|---|
| 10910 | 112440 | $ 576.90 | | | |
| 10910 | 112575 | $ 165,025.05 | | | |
| Subtotal | | $ 165,601.95 | | | |
| 10910 | 114160 | $ 576.90 | | | |
| 10910 | 114207 | $ 166,305.43 | | | |
| Subtotal | | $ 166,882.33 | | | |
| 13347 | 114122 | $ 1,000.00 | PO # POLBUSA-0000065855 | | |
| 15811 | 110854 | $ 750.00 | | | |
| 15811 | 112506 | $ 750.00 | | | |
| 15811 | 114387 | $ 750.00 | | | |
| 16113 | 114145 | $ 4,815.00 | PO# LBUSA-0000062713 | | |
| Subtotal | | $ 8,065.00 | | | |
| Total Non-transaction | | $ 340,549.28 | | | $ 340,549.28 |

**GRAND TOTAL DUE AS OF SEPTEMBER 30, 2008**  $ 1,816,089.19



INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

| | |
|---|---|
| Date: | 09/30/2008 |
| Account: | 10910 |
| Page: | 1 |

**Remit To:**
International Securities Exchange LLC
60 Broad Street - 26th Floor
New York NY 10004

**Wire Transfer Instructions:**
J.P. Morgan Chase 1 Chase Manhattan Plaza
ABA: 021000021
Account Number: 530393646

**Billing Address:**
LEHMAN BROTHERS INC.
ATTN: RYAN O'MALLEY
1301 AVE OF THE AMERICAS, 4 FL
NEW YORK NY 10017

**Customer Address:**
LEHMAN BROTHERS INC.
ATTN: RYAN O'MALLEY
1301 AVE OF THE AMERICAS, 4 FL
NEW YORK NY 10017

| Date | Invoice Number | Type | Item | Due Date | Remark | Amount |
|---|---|---|---|---|---|---|
| 09/30/2008 | 115915 | Invoice | 001 | 09/30/2008 | Sept 1-19 Lehman Transaction | 1,475,539.91 |
| | | | | | Total Amount Invoiced | 1,475,539.91 |
| | | | | | Balance Due | 1,475,539.91 |



INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

## Exchange Service Invoice

LEHMAN BROTHERS INC.
ATTN: RYAN O'MALLEY
1301 AVE OF THE AMERICAS, 4 FL
NEW YORK NY 10017

| | |  |
|---|---|---|
| Invoice Date | - | 8/29/2008 |
| Invoice Number | - | 112575 |
| Account Number | - | 10910 |
| Page Number | - | 1 |

| Date | Description | Qty. | Price | Extended Price | Tax | Tax Amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 8/15/2008 | Monthly CMM Access Fee | 10 | 2,000.00 | 20,000.00 | N | | 20,000.00 |
| 8/15/2008 | MM (2ndMkt) Access Fee | 1 | 2,000.00 | 2,000.00 | N | | 2,000.00 |
| 8/15/2008 | Monthly EAM Access Fee | 1 | 500.00 | 500.00 | N | | 500.00 |
| 8/15/2008 | EAM Options API for first 5 | 5 | 250.00 | 1,250.00 | N | | 1,250.00 |
| 8/15/2008 | EAM Options API for 6th + | 56 | 100.00 | 5,600.00 | N | | 5,600.00 |
| 8/15/2008 | Market Maker API Listener | 47 | 175.00 | 8,225.00 | N | | 8,225.00 |
| 8/15/2008 | Market Maker API Full | 121 | 950.00 | 114,950.00 | N | | 114,950.00 |
| 8/15/2008 | Managed Srvc Provider 11-100MB | 1 | 250.00 | 250.00 | N | | 250.00 |
| 8/15/2008 | FIX Connection:1st & 2nd @$250 | 2 | 250.00 | 500.00 | N | | 500.00 |
| 8/15/2008 | MSP Configuration | 1 | 1,443.00 | 1,443.00 | N | | 1,443.00 |
| 8/15/2008 | MSP Configuration | 1 | 1,791.84 | 1,791.84 | N | | 1,791.84 |
| 8/15/2008 | PrecISE License/Main | 10 | 300.00 | 3,000.00 | Y | 251.25 | 3,251.25 |
| 8/15/2008 | PrecISE License/Main - 11+ | 13 | 50.00 | 650.00 | Y | 54.44 | 704.44 |
| 8/15/2008 | Super Enh Member Cab Load Bal | 1 | 2,076.00 | 2,076.00 | N | | 2,076.00 |
| 8/15/2008 | SO Servers (Gateways) | 2 | 381.00 | 762.00 | N | | 762.00 |
| 8/15/2008 | Dedicated Line Connection-T1 | 4 | 300.00 | 1,200.00 | N | | 1,200.00 |

If you have any questions about your account or invoices, please direct your inquiries to : ARECEIVABLE@ISE.COM or (212) 897-0246



INTERNATIONAL SECURITIES EXCHANGE,

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

# Exchange Service Invoice

LEHMAN BROTHERS INC.
ATTN: RYAN O'MALLEY
1301 AVE OF THE AMERICAS, 4 FL
NEW YORK NY 10017

| | |
|---|---|
| Invoice Date | 8/29/2008 |
| Invoice Number | 112575 |
| Account Number | 10910 |
| Page Number | 2 |

| Date | Description | Qty. | Price | Extended Price | Tax | Tax Amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 8/15/2008 | Market Data Chargeback-NASDAQ | 24 | 21.73 | 521.52 | N | | 521.52 |
| | | | | 164,719.36 | | 305.69 | 165,025.05 |

Payment Terms : Due Upon Receipt

---

To assure proper credit, please, include the invoice and account number on your remittance

**Checks via Regular Mail**
Please remit to:
International Securities Exchange, Inc
GPO
P.O.Box 27911
New York, NY 10087-7911

**Checks via Overnight Mail**
Please remit to:
JP Morgan Chase
Lockbox Operations
4 Chase MetroTech Center-7th fl.
P.O.Box 27911
Brooklyn, NY 11245-7911

**Wire Transfer Information:**
International Securities Exchange, Inc
60 Broad Street 26 Floor, New York, NY 10004
J.P. Morgan Chase
1 Chase Manhattan Plaza, NY, NY 10005
ABA:021000021
Account #: 530393646

---

For a complete schedule of fees and a notice of monthly charges, please see the "About ISE" tab on our website at www.ise.com.
If you have any questions about your account or Invoices, please direct your inquiries to : ARECEIVABLE@ISE.COM or (212) 897-0246

R55580
ISE0001
8/15/2008



## Telecommunication Chargeback Invoice
For the Period Ending    8/31/2008

INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

LEHMAN BROTHERS INC.
ATTN: RYAN O'MALLEY
1301 AVE OF THE AMERICAS, 4 FL
NEW YORK NY 10017

Invoice Number:     112440  UL
Account Number:     10910
Due Date:           8/31/2008

| Circuit ID | Line Type/Speed | Location | Connect to | Amount |
|---|---|---|---|---|
| W0H21958 | PRIVATE@T-1 | 85 10th Avenue, NY, NY | NJ | 179.47 |
| W0K77067 | PRIVATE@T-1 | 85 10th Avenue, NY, NY | NJ | 124.64 |
| W0H23117 | PRIVATE@T-1 | 85 10th Avenue, NY, NY | NY | 144.49 |
| W0K76940 | PRIVATE@T-1 | 85 10th Avenue, NY, NY | NY | 128.30 |
| | | | **Total Amount Due:** $ | **576.90** |

To assure proper credit please submit invoice and account number with your remittance.

Thank you for your continued support.

If you have any questions about your account or invoices, please direct your inquiries to our Accounts Receivable department at
ARECEIVABLE@ISEOPTIONS.COM or (212) 897-0246.



INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

## Exchange Service Invoice

LEHMAN BROTHERS INC.
ATTN: RYAN O'MALLEY
1301 AVE OF THE AMERICAS, 4 FL
NEW YORK NY 10017

| | |  |
|---|---|---|
| Invoice Date | - | 09/24/2008 |
| Invoice Number | - | 114207 |
| Account Number | - | 10910 |
| Page Number | - | 1 |

| Date | Description | Qty. | Price | Extended Price | Tax | Tax Amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 09/15/2008 | Monthly CMM Access Fee | 10 | 2,000.00 | 20,000.00 | N | | 20,000.00 |
| 09/15/2008 | MM (2ndMkt) Access Fee | 1 | 2,000.00 | 2,000.00 | N | | 2,000.00 |
| 09/15/2008 | Monthly EAM Access Fee | 1 | 500.00 | 500.00 | N | | 500.00 |
| 09/15/2008 | EAM Options API for first 5 | 5 | 250.00 | 1,250.00 | N | | 1,250.00 |
| 09/15/2008 | EAM Options API for 6th + | 56 | 100.00 | 5,600.00 | N | | 5,600.00 |
| 09/15/2008 | Market Maker API Listener | 49 | 175.00 | 8,575.00 | N | | 8,575.00 |
| 09/15/2008 | Market Maker API Order Entry | 1 | 750.00 | 750.00 | N | | 750.00 |
| 09/15/2008 | Market Maker API Full | 121 | 950.00 | 114,950.00 | N | | 114,950.00 |
| 09/15/2008 | Managed Srvc Provider 11-100MB | 1 | 250.00 | 250.00 | N | | 250.00 |
| 09/15/2008 | FIX Connection:1st & 2nd @$250 | 2 | 250.00 | 500.00 | N | | 500.00 |
| 09/15/2008 | FIX Connection: 3rd+ @ $50 ea | 1 | 50.00 | 50.00 | N | | 50.00 |
| 09/15/2008 | MSP Configuration | 1 | 1,443.00 | 1,443.00 | N | | 1,443.00 |
| 09/15/2008 | MSP Configuration | 1 | 1,791.84 | 1,791.84 | N | | 1,791.84 |
| 09/15/2008 | PrecISE License/Main | 10 | 300.00 | 3,000.00 | Y | 251.25 | 3,251.25 |
| 09/15/2008 | PrecISE License/Main - 11+ | 13 | 50.00 | 650.00 | Y | 54.44 | 704.44 |
| 09/15/2008 | Super Enh Member Cab Load Bal | 1 | 2,076.00 | 2,076.00 | N | | 2,076.00 |

1



**INTERNATIONAL SECURITIES EXCHANGE.**

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

# Exchange Service Invoice

LEHMAN BROTHERS INC.
ATTN: RYAN O'MALLEY
1301 AVE OF THE AMERICAS, 4 FL

NEW YORK NY 10017

Invoice Date - 09/24/2008
Invoice Number - 114207
Account Number - 10910
Page Number - 2

| Date | Description | Qty. | Price | Extended Price | Tax | Tax Amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 09/15/2008 | SO Servers (Gateways) | 2 | 381.00 | 762.00 | N | | 762.00 |
| 09/15/2008 | Dedicated Line Connection-T1 | 4 | 300.00 | 1,200.00 | N | | 1,200.00 |
| 09/15/2008 | Market Data Chargeback-NASDAQ | 30 | 21.73 | 651.90 | N | | 651.90 |
| | | | | 165,999.74 | | 305.69 | 166,305.43 |

Payment Terms : Due Upon Receipt

---

To assure proper credit, please, include the invoice and account number on your remittance

**Checks via Regular Mail**
Please remit to:
International Securities Exchange, Inc
GPO
P.O.Box 27911
New York, NY 10087-7911

**Checks via Overnight Mail**
Please remit to:
JP Morgan Chase
Lockbox Operations
4 Chase MetroTech Center-7th fl.
P.O.Box 27911
Brooklyn, NY 11245-7911

**Wire Transfer Information:**
International Securities Exchange, Inc
60 Broad Street 26 Floor, New York, NY 10004
J.P. Morgan Chase
1 Chase Manhattan Plaza, NY, NY 10005
ABA:021000021
Account #: 530393646

---

For a complete schedule of fees and a notice of monthly charges, please see the "About ISE" tab on our website at www.ise.com.
If you have any questions about your account or invoices, please direct your inquiries to : ARECEIVABLE@ISE.COM or (212) 897-0246

R55580
ISE0001
9/17/2008



**Telecommunication Chargeback Invoice**
For the Period Ending    9/30/2008

INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL:  212 943-2400
FAX: 212 425-4926
www.ise.com

LEHMAN BROTHERS INC.
ATTN: RYAN O'MALLEY
1301 AVE OF THE AMERICAS, 4 FL
NEW YORK NY 10017

| | Invoice Number: | 114160 UL |
|---|---|---|
| | Account Number: | 10910 |
| | Due Date: | 9/30/2008 |

| Circuit ID | Line Type/Speed | Location | Connect to | Amount |
|---|---|---|---|---|
| W0H21958 | PRIVATE@T-1 | 85 10th Avenue, NY, NY | NJ | 179.47 |
| W0K77067 | PRIVATE@T-1 | 85 10th Avenue, NY, NY | NJ | 124.64 |
| W0H23117 | PRIVATE@T-1 | 85 10th Avenue, NY, NY | NY | 144.49 |
| W0K76940 | PRIVATE@T-1 | 85 10th Avenue, NY, NY | NY | 128.30 |
| | | | **Total Amount Due:** $ | **576.90** |

To assure proper credit please submit invoice and account number with your remittance.

**Thank you for your continued support.**

If you have any questions about your account or invoices, please direct your inquiries to our Accounts Receivable department at
ARECEIVABLE@ISEOPTIONS.COM or (212) 897-0246.



INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

## ISE Stock Exchange Service Invoice

LEHMAN BROTHERS INC.
c/o IMAGE PROCESSING SYSTEMS
RYAN O'MALLEY, EQUITIES BRKG
POB 2397
SECAUCUS NJ 07094

| | | |
|---|---|---|
| Invoice Date | - | 7/31/2008 |
| Invoice Number | - | 110854 |
| Account Number | - | 15811 |
| Page Number | - | 1 |

| Date | Description | Qty. | Price | Extended Price | Tax | Tax Amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 7/15/2008 | EAM Equity API/FIX 3rd & addl | 15 | 50.00 | 750.00 | N | | 750.00 |
| | | | | 750.00 | | | 750.00 |

Payment Terms : Due Upon Receipt

---

To assure proper credit, please, include the invoice and account number on your remittance

Checks via Regular Mail
Please remit to:
ISE Stock Exchange, LLC
60 Broad Street
26th Fl.
New York, NY 10004

Wire Transfer Information:
ISE Stock Exchange, LLC
60 Broad Street 26 Floor, New York, NY 10004
J.P. Morgan Chase
1 Chase Manhattan Plaza, NY, NY 10005
ABA:021000021
Account #: 066653762

---

For a complete schedule of fees and a notice of monthly charges, please see the "About ISE" tab on our website at www.ise.com.
If you have any questions about your account or invoices, please direct your inquiries to : BILLING@ISE.COM or (212) 897-0246



INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

# ISE Stock Exchange Service Invoice

LEHMAN BROTHERS INC.
c/o IMAGE PROCESSING SYSTEMS
RYAN O'MALLEY, EQUITIES BRKG
POB 2397
SECAUCUS NJ 07094

| | Invoice Date | - | 08/28/2008 |
| --- | --- | --- | --- |
| | Invoice Number | - | 112506 |
| | Account Number | - | 15811 |
| | Page Number | - | 1 |

| Date | Description | Qty. | Price | Extended Price | Tax | Tax Amount | Total Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/15/2008 | EAM Equity API/FIX 3rd & addl | 15 | 50.00 | 750.00 | N | | 750.00 |
| | | | | 750.00 | | | 750.00 |

Payment Terms : Due Upon Receipt

---

To assure proper credit, please, include the invoice and account number on your remittance

**Checks via Regular Mail**
Please remit to:
ISE Stock Exchange, LLC
60 Broad Street
26th Fl.
New York, NY 10004

**Wire Transfer Information:**
ISE Stock Exchange, LLC
60 Broad Street 26 Floor, New York, NY 10004
J.P. Morgan Chase
1 Chase Manhattan Plaza, NY, NY 10005
ABA:021000021
Account #: 066653762

---

For a complete schedule of fees and a notice of monthly charges, please see the "About ISE" tab on our website at www.ise.com.
If you have any questions about your account or invoices, please direct your inquiries to : BILLING@ISE.COM or (212) 897-0246



INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

# ISE Stock Exchange Service Invoice

LEHMAN BROTHERS INC.
c/o IMAGE PROCESSING SYSTEMS
RYAN O'MALLEY, EQUITIES BRKG
POB 2397
SECAUCUS NJ 07094

| | Invoice Date | - | 9/30/2008 |
| --- | --- | --- | --- |
| | Invoice Number | - | 114387 |
| | Account Number | - | 15811 |
| | Page Number | - | 1 |

| Date | Description | Qty. | Price | Extended Price | Tax | Tax Amount | Total Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9/15/2008 | EAM Equity API/FIX 3rd & addl | 13 | 50.00 | 650.00 | N | | 650.00 |
| | | | | 650.00 | | | 650.00 |

Payment Terms : Due Upon Receipt

---

To assure proper credit, please, include the invoice and account number on your remittance

**Checks via Regular Mail**
Please remit to:
ISE Stock Exchange, LLC
60 Broad Street
26th Fl.
New York, NY 10004

**Wire Transfer Information:**
ISE Stock Exchange, LLC
60 Broad Street 26 Floor, New York, NY 10004
J.P. Morgan Chase
1 Chase Manhattan Plaza, NY, NY 10005
ABA:021000021
Account #: 066653762

---

For a complete schedule of fees and a notice of monthly charges, please see the "About ISE" tab on our website at www.ise.com.
If you have any questions about your account or invoices, please direct your inquiries to : BILLING@ISE.COM or (212) 897-0246



INTERNATIONAL SECURITIES EXCHANGE.

60 Broad Street, New York, NY 10004
TEL: 212 943-2400
FAX: 212 425-4926
www.ise.com

## Exchange Service Invoice

LEHMAN BROTHERS INC.
c/o IMAGE PROCESSING SYSTEMS
RE: PO LBUSA-0000065855 A SHLE
PO BOX 2339
SECAUCUS NJ 07096

| Invoice Date | - | 9/10/2008 |
| Invoice Number | - | 114122 |
| Account Number | - | 13347 |
| Page Number | - | 1 |

| Date | Description | Qty. | Price | Extended Price | Tax | Tax Amount | Total Amount |
|---|---|---|---|---|---|---|---|
| 9/9/2008 | Monthly Developer's Usage Fee | 1 | 1,000.00 | 1,000.00 | Y | | 1,000.00 |
| | | | | 1,000.00 | | | 1,000.00 |

Payment Terms : Due Upon Receipt

---

To assure proper credit, please, include the invoice and account number on your remittance

**Checks via Regular Mail**
Please remit to:
International Securities Exchange, Inc
GPO
P.O.Box 27911
New York, NY 10087-7911

**Checks via Overnight Mail**
Please remit to:
JP Morgan Chase
Lockbox Operations
4 Chase MetroTech Center-7th fl.
P.O.Box 27911
Brooklyn, NY 11245-7911

**Wire Transfer Information:**
International Securities Exchange, Inc
60 Broad Street 26 Floor, New York, NY 10004
J.P. Morgan Chase
1 Chase Manhattan Plaza, NY, NY 10005
ABA:021000021
Account #: 530393646

---

For a complete schedule of fees and a notice of monthly charges, please see the "About ISE" tab on our website at www.ise.com.
If you have any questions about your account or invoices, please direct your inquiries to : ARECEIVABLE@ISE.COM or (212) 897-0246



INTERNATIONAL SECURITIES EXCHANGE.

# INVOICE

Lehman Brothers Inc
c/o Image Processing Systems
Non-Real Time Data PO#LBUSA-0000062713
POB 2097
Secaucus, NJ 07096

| | |
|---|---:|
| Invoice Date: | 09/12/08 |
| Invoice Number: | 114145 |
| Account Number: | 16113 |
| Payment Terms: | Due Upon Receipt |

| | Description | Qty | Price | Amount |
|---|---|---|---|---|
| 1-1 | ISE OPRA Historical Tick Data<br>PO # LBUSA-0000062713<br><u>Quarterly subscription: Aug-Oct 08</u> | 3 | $1,500.00 | $ 4,500.00 |
| | [Annual subscription from May 1 2008 through April 30,2009] | | | |
| | | | 7% NJ Sales Tax | $ 315.00 |
| | | | Invoice Total US | $ 4,815.00 |

| Checks via Regular Mail | Checks via Overnight Mail | Wire Transfer Information: |
|---|---|---|
| Please remit to: | Please remit to: | |
| International Securities Exchange LLC | J.P. Morgan Chase | International Securities Exchange LLC |
| GPO | Lockbox Operations | 60 Broad Street, 26 Floor, New York, NY 10004 |
| P.O.Box 27911 | 4 Chase MetroTech Center-7th Flr. | J.P. Morgan Chase |
| New York, NY 10087-7911 | P.O. Box 27911 | 1 Chase Manhattan Plaza, NY, NY 10005 |
| | Brooklyn, NY 11245-7911 | ABA: 021000021 |
| | | Account #: 530393646 |

If you have any questions about this invoice, please direct your inquiries to our Accounts Receivable department
at ARECEIVABLE@ISE.COM or (212) 897-0246.