**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,   : Case No. 08-13555 (JMP)
:
Debtors.                                                     : (Jointly Administered)
:
---------------------------------------------------------------x  Ref. Docket No. 669 & 826

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK  )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 10, 2008, I caused to be served true and correct copies of the

   a) "Notice of Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code" dated October 3, 2008, to which is attached the "Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code and (c) to Schedule a Final Hearing" dated October 3, 2008 [Docket No. 669],

   b) "Supplement to Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations

Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms" dated October 10, 2008 [Docket No. 826],

to be delivered by:

    i. email to those parties listed on the attached Exhibit "A",

    ii. facsimile to those parties listed on the attached Exhibit "B"

    iii. enclosed securely in separate postage pre-paid envelopes and delivered by overnight courier to those parties on the annexed Exhibit "C".

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   _____
                                                   Angharad Bowdler

Sworn to before me this
13th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

2

# EXHIBIT A

EMAIL ADDRESSES
aalfonso@kayescholer.com
acker@chapman.com
adarwin@nixonpeabody.com
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
amenard@tishmanspeyer.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
anne.kennelly@hp.com
araboy@cov.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avi.gesser@dpw.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bankruptcy@goodwin.com
bill.freeman@pillsburylaw.com
bill.hughes@us.standardchartered.com
bmanne@tuckerlaw.com
bmiller@mofo.com
brad.dempsey@hro.com
brian_corey@gtservicing.com
bromano@willkie.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
charles@filardi-law.com
chris.omahoney@bnymellon.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
cward@polsinelli.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com

david.heller@lw.com
dbarber@bsblawyers.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddunne@milbank.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dswan@mcguirewoods.com
eagle.sara@pbgc.gov
ecohen@russell.com
edpe01@handelsbanken.se
efile@willaw.com
efile@pbgc.gov
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com

fishere@butzel.com
frank.sodano@americas.bnpparibas.com
frank.white@agg.com
fred.berg@rvblaw.com
gabriel.delvirginia@verizon.net
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
Jbecker@wilmingtontrust.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
Jesse.Hibbard@ozcap.com
jfalgowski@reedsmith.com
jherzog@gklaw.com
jhs7@att.net
jketten@wilkie.com
jkurtzman@klehr.com
jlee@foley.com
jlevitin@cahill.com
jliu@dl.com
jmathis@lloydstsb-usa.com
jmazermarino@msek.com

jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jpintarelli@mofo.com
jrabinowitz@rltlawfirm.com
jshickich@riddellwilliams.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
klippman@munsch.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
Kostad@mofo.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
krosen@lowenstein.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
lattard@kayescholer.com
ldespins@milbank.com
lgranfield@cgsh.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
lmarinuzzi@mofo.com
lml@ppgms.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
macl01@handelsbanken.se
macronin@debevoise.com
Malcolm@firstbankny.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
martin.davis@ots.treas.gov
masaki_konishi@noandt.com
mbenner@tishmanspeyer.com
mbienenstock@dl.com
mcto@debevoise.com
mhopkins@cov.com
michael.halevi@anz.com
michael.kim@kobrekim.com

Michael.mauerstein@citi.com
michael.tan@fubon.com
Mitchell.Ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mrosenthal@gibsondunn.com
ms.wu@fubonny.com
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mtuck@lloydstsb-usa.com
murai24234@nissay.co.jp
nbannon@tishmanspeyer.com
nbruce@lloydstsb-usa.com
neal.mann@oag.state.ny.us
newyork@sec.gov
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
paronzon@milbank.com
paul.deutch@troutmansanders.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
prachmuth@reedsmith.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdaversa@orrick.com
rdicanto@nabny.com
rfleischer@pryorcashman.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
RLGold1977@aol.com
rmunsch@munsch.com
rnetzer@willkie.com

rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
Russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
schapman@willkie.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sehlers@armstrongteasdale.com
sgordon@cahill.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
sidorsky@butzel.com
slerner@ssd.com
smillman@stroock.com
spiotto@chapman.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
tarbit@cftc.gov
tbrock@ssbb.com
tetsuhiro.toomata@shinseibank.com
TGoren@mofo.com
timothy.brink@dlapiper.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tnixon@gklaw.com
tslome@msek.com
twatanabe@mofo.com
vdagostino@lowenstein.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wfoster@milbank.com

wheuer@dl.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wsmith@bocusa.com
wtaylor@mccarter.com
yasuhiko_imai@smbcgroup.com

| Bank | Relationship Contact | Email |
|---|---|---|
| ABN-AMRO  [Royal Bank of Scotland] | Alan Davis | alan.davis@rbsgc.com |
| AMR Investment Services, Inc. | Mason Martin | mason.martin@icdfunds.com |
| Banca Intesa | Noemi Oslo | noemi.oslo@bancaintesa.co.uk |
| Banco Bradesco SA | Natasha Nissental | natasha@bradescobbi.com.br |
| Banco Nacional de Mexico S.A. | Katherine Lukas | katherine.lukas@citigroup.com |
| Bank of America | B. J. Mazzella | bernadette.mazzella@bankofamerica.com |
| Bank of NY | Terence R. Law | terencelaw@bankofny.com |
| Bank of NY Dividend Trust | Terence R. Law | terencelaw@bankofny.com |
| Bank One NA   [JPMorgan Chase] | Mark Doctoroff | mark.g.doctoroff@jpmorgan.com |
| Barclays Global Investors Funds | Melissa Haave | melissa.haave@barclaysglobal.com |
| Black Rock | Carrie Murray | carrie.murray@blackrock.com |
| BNP Paribas | Frank Sodano | frank.sodano@americas.bnpparibas.com |
| Ceskoslovenska Obchodni Banka AS | Timea Zimkova | tzimkova@scob.sk |
| Citibank | Kate Lukas | katherine.lukas@citigroup.com |
| Citibank del Peru | Michael Maurstein | michael.mauerstein@citi.com |
| Citibank Handlowy | Michael Maurstein | michael.mauerstein@citi.com |
| Citibank Korea | Michael Maurstein | michael.mauerstein@citi.com |
| Citibank Pty Limited | Michael Maurstein | michael.mauerstein@citi.com |
| Citigroup Asset Management | Kate Lukas | michael.mauerstein@citi.com |
| Credit Lyonnais Asset Management | Terry Grant | tgrant@clamericas.com |
| Credit Suisse First Boston | Merih Cetinkaya | merih.cetinkaya@credit-suisse.com |
| The Depository Trust Company | Bob Trapani | btrapani@dtcc.com |
| Deutsche Bank | John Estrada | john.estrada@db.com |
| DnB NOR Bank ASA | Elaine Christiansen | elaine.christiansen@dnb.no |
| DWS Group | Rainer Habisch | rainer.habisch@db.com |
| Euroclear | Julien Piron | julien.piron@euroclear.com |
| Evergreen Investments Management Company, LLC | Sarah Ellen Henderson | shenderson@evergreeninvestments.com |
| Federated Investors, Inc. | Jennifer Skruch | jskruch@federatedinv.com |
| Fidelity Investments | Marissa B. Hedge | Marissa.Hedge@fmr.com |
| First National Bank | Ms. Shonette Kruger | shonette.kruger@fnbcorporate.co.za |
| Generali Asset Management SGR S.p.A. | Cinzia Montuoro | Cinzia.Montuoro@AM.Generali.com |
| Hansabanka | Mr. Ilze Kokorevica | ilze.kokorevica@hansabanka.lv |

| Bank | Relationship Contact | Email |
|---|---|---|
| HSBC | Paul Lopez | paul.lopez@us.hsbc.com |
| ING Sofia | Ms. Katya Maneva | katya.maneva@ingbank.com |
| Israel Discount Bank | Ken Walters | kwalters@idbny.com |
| J.P. Morgan Chase & Co. | Mark Doctoroff | mark.g.doctoroff@jpmorgan.com |
| Jyske Bank | Robert Eby | reby@barclayscapital.com |
| Landsbanki Islands | Mr. Bjorn Sigurdsson | bjorn.sigurdsson@landsbanki.is |
| Lehman Brothers Asset Management | Bob Swidey | robert.swidey@lehman.com |
| Lehman Brothers Bank | Gail Stawicki | Gstawicki@lehmanbank.com |
| Lehman Brothers Liquidity Fund Plc | Bob Swidey | robert.swidey@lehman.com |
| Mellon | Eddie Hubbard | hubbard.e@mellon.com |
| Merrill Lynch Investment Management | Joseph Conklin | joseph_conklin@ml.com |
| Merrimac Funds Group | Robert Swidey | robert.swidey@lehman.com |
| Morgan Stanley Investment Management Inc. | Franco D'Urso Jr. | Franco.D'Urso@morganstanley.com |
| Morley Liquidity Funds Plc | Colin Cookson | colin.cookson@morleyfm.com |
| National Bank of Kuwait | Rakan Al-Ghanim | rakang@nbk.com |
| National Commercial Bank | Sami Wafa | s.wafa@alahli.com |
| Nations Funds | Jeff Stalard | jeff.stallard@columbiamanagement.com |
| Northern Trust Corporation | Scott Henderson | SH59@NTRS.com |
| Phoenix Investment Partners | Lori Weller | lori.weller@phxinv.com |
| Pioneer Investments | Michael Curran | michael.curran@pioneerinvestments.com |
| Royal Bank of Canada | Alison Barnard | alison.barnard@rbc.com |
| Russell Investments | Matthew Clay | MClay@russell.com |
| SEB | Lasse Larsen | lasse.larsen@seb.dk |
| Spafid S.p.a. | Salvatore Guardino | salvatore.guardino@mediobanca.it |
| Standard Chartered Bank | Bill Huges | bill.hughes@us.standardchartered |
| Skandinaviska Enskilda Banken | Gustaf Nyblaeus | Gustaf.nyblaeus@seb.se |
| SunTrust Bank | Patrick Mason | Patrick.Mason@truscocapital.com |
| Svenska | Mark Cleary | MACL01@handelsbanken.se |
| Swedbank | Lena Hallen | lena.hallen@swedbank.se |
| The Reserve Funds | Brandon Semilof | Brandon_Semilof@reservefunds.com |
| Toronto Dominion Bank Financial Group | Sharon Caro | caros@tdcibg.com |
| UBS Global Asset Management | Raymond Otero | ray.otero@ubs.com |

| Bank | Relationship Contact | Email |
|---|---|---|
| US Bancorp Asset Management, Inc. | Rochelle Genetti | rochelle.geneti@usbank.com |
| Utendahl Capital Management, L.P. | Terry Prince | tprince@ucmpartners.com |
| Vilnius Bankas | Alma Kamarauskaite | alma.kamarauskaite@seb.lt |
| Wells Fargo Funds | Michael Giese | michael.j.giese@wellsfargo.com |
| Westpac Banking Corporation | Niclas Fjalltoft | nfjalltoft@westpac.com.au |
| Zagrebacka Banka | Igor Livojevic | igor.livojevic@zaba.hr |

**EXHIBIT B**

| TO: | FAX NUMBER: |
|---|---|
| Internal Revenue Service | 212-436-1931 |
| Andrew D Velez-Rivera Office Of The Trustee | 212-668-2255 |
| Office Of The New York Attorney General | 212-416-6042 |
| Eaton Corporation, Attn: Global Trade Credit Dept | 216-479-7086 |
| Australia and New Zealand Banking Group Limited Vincent Sabatino | 61 392 273 265 |
| Dreyfus Service Corporation  Lou Bazata | 516-338-3642 |
| One Group Mutual Funds  Doug Applegate | 614-213-2302 |

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,     KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,    102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,    VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,    105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,    TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,    100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,    100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,    104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,    104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,    103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,    048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,    100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 34**

| Claim Name | Address Information |
|---|---|
| AUSTRALIA AND NEW ZEALAND BANKING GROUP | VINCENT SABATINO, 55 COLLINS STREET, MELBOURNE, VIC 3001 AU |
| BANCA INTESA | NOEMI OSLO, 90 QUEEN STREET, LONDON, EC4N 1SA GB |
| CESKOSLOVENSKA OBCHODNI BANKA AS | TIMEA ZIMKOVA, LEHOTSKEHO 3, BRATISLAVA, 812 25 SK |
| DREYFUS SERVICE CORPORATION | LOU BAZATA, 200 PARK AVENUE, NEW YORK, NY 10166 |
| EVERGREEN INVESTMENTS MANAGEMENT COMPANY | SARAH ELLEN HENDERSON, 200 BERKELEY STREET 18TH FLOOR, BOSTON, MA 02116 |
| FIRST NATIONAL BANK | MS. SHONETTE KRUGER, 4 FIRSTPLACE BANK, 5TH FLOOR, JOHANNESBURG, 2001 ZA |
| LEHMAN BROTHERS BANK | GAIL STAWICKI, 1000 NORTH WEST STREET, SUITE 200 01 FLOOR, WILMINGTON, DE 19801 |
| MERRILL LYNCH INVESTMENT MANAGEMENT | JOSEPH CONKLIN, 800 SCUDDERS MILL ROAD, PLAINSBORO, NJ 08536 |
| NATIONAL COMMERCIAL BANK | SAMI WAFA, P.O. BOX 3555, JEDDAH, 21481 SA |
| ONE GROUP MUTUAL FUNDS | DOUG APPLEGATE, 1111 POLARIS PARKWAY, COLUMBUS, OH 43271 |
| PRUDENTIAL MUTUAL FUND SERVICES | GERRI MCATEER, TWO GATEWAY CENTER, NEWARK, NJ 07102 |
| SCUDDER INVESTMENTS SERVICE COMPANY | JOHN LARKIN, ONE SOUTH STREET, BALTIMAORE, MD 21202 |
| STANDARD CHARTERED BANK | BILL HUGES, 1 MADISON AVE., NEW YORK, NY 10010 |
| STANDARD LIFE INVESTMENTS | LIZ DAVIDSON, 1 GEORGE STREET, EDINBURGH, EH2 2LL GB |
| STRONG CAPITAL MANAGEMENT | LEVI LURA, 100 HERITAGE RESERVE, MENOMONEE FALLS, WI 53051 |
| SUNTRUST BANK | PATRICK MASON, 50 HURT PLAZA, SUITE 1400, ATLANTA, GA 30303 |
| US BANCORP ASSET MANAGEMENT, INC. | ROCHELLE GENETTI, 800 NICOLLET MALL, MINNEAPOLIS, MN 55402 |
| ZAGREBACKA BANKA | IGOR LIVOJEVIC, SAVSKA 60/4, ZAGREB, 10000 HR |

**Total Creditor Count 18**

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004