**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                 :     Chapter 11 Case No.
                                                      :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.***,**      :     Case No. 08-13555 (JMP)
                                                      :
  Debtors.                                            :     (Jointly Administered)
                                                      :
---------------------------------------------------------------------x     Ref. Docket No. 901

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ANGHARAD BOWDLER, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served true and correct copies of the "Notice of Hearing Regarding Debtors' Motion Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code for Authorization to Employ Professionals Utilized in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date" dated October 13, 2008, to which is attached the "Debtors' Motion Pursuant to Sections 105(a), 327, 328, and 330 of the Bankruptcy Code for Authorization to Employ Professionals Utilized in the Ordinary Course of Business Nunc Pro Tunc to the Commencement Date" [Docket No. 901], to be delivered by:

    a) email to those parties listed on the attached Exhibit "A" on October 13, 2008,

    b) facsimile to those parties listed on the attached Exhibit "B" on October 13, 2008,

    c) enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on the attached Exhibit "C" on October 13, 2008,

    d) email to Cesare Vento, Giannie, Origoni Grippos & Partners cvento@gop.it, peter.benvenutti@hellerehrman.com and Patrick Narr, White and Case (Hamburg, Germany) pnarr@whitecase.com on October 14, 2008.

3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Angharad Bowdler
Angharad Bowdler

Sworn to before me this
14th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# EXHIBIT A

EMAIL ADDRESSES

| | |
|---|---|
| aalfonso@kayescholer.com | jschwartz@hahnhessen.com |
| acker@chapman.com | jtougas@mayerbrown.com |
| adarwin@nixonpeabody.com | jwallack@goulstonstorrs.com |
| aglenn@kasowitz.com | jwang@sipc.org |
| agold@herrick.com | jweiss@gibsondunn.com |
| agolianopoulos@mayerbrown.com | jwishnew@mofo.com |
| ahammer@freebornpeters.com | k4.nomura@aozorabank.co.jp |
| akihiko_yagyuu@chuomitsui.jp | karen.wagner@dpw.com |
| albaugh.colin@pbgc.gov | KDWBankruptcyDepartment@kelleydrye.com |
| amenard@tishmanspeyer.com | keith.simon@lw.com |
| andrew.lourie@kobrekim.com | ken.higman@hp.com |
| angelich.george@arentfox.com | kgwynne@reedsmith.com |
| anne.kennelly@hp.com | kiplok@hugheshubbard.com |
| araboy@cov.com | klippman@munsch.com |
| arlbank@pbfcm.com | kmayer@mccarter.com |
| arosenblatt@chadbourne.com | kmisken@mcguirewoods.com |
| arwolf@wlrk.com | kobak@hugheshubbard.com |
| asnow@ssbb.com | Kostad@mofo.com |
| atrehan@mayerbrown.com | kovskyd@pepperlaw.com |
| austin.bankruptcy@publicans.com | kressk@pepperlaw.com |
| avi.gesser@dpw.com | KReynolds@mklawnyc.com |
| bambacha@sec.gov | kristin.going@dbr.com |
| bankoftaiwan@botnya.com | krosen@lowenstein.com |
| bankruptcy@goodwin.com | lacyr@sullcrom.com |
| bankruptcymatters@us.nomura.com | lalshibib@reedsmith.com |
| bhinerfeld@sbtklaw.com | lattard@kayescholer.com |
| bill.freeman@pillsburylaw.com | ldespins@milbank.com |
| bill.hughes@us.standardchartered.com | lgranfield@cgsh.com |
| bmanne@tuckerlaw.com | linda.boyle@twtelecom.com |
| bmiller@mofo.com | lisa.kraidin@allenovery.com |
| brad.dempsey@hro.com | lmarinuzzi@mofo.com |
| brian_corey@gtservicing.com | lml@ppgms.com |
| bromano@willkie.com | lschweitzer@cgsh.com |
| btrust@mayerbrown.com | lwhidden@salans.com |
| btupi@tuckerlaw.com | mabrams@willkie.com |
| bturk@tishmanspeyer.com | macl01@handelsbanken.se |
| cbelmonte@ssbb.com | macronin@debevoise.com |
| cdesiderio@nixonpeabody.com | Malcolm@firstbankny.com |
| charles@filardi-law.com | mark.deveno@bingham.com |
| chris.omahoney@bnymellon.com | mark.ellenberg@cwt.com |
| cmontgomery@salans.com | mark.houle@pillsburylaw.com |
| CMTB_LC11@chuomitsui.jp | martin.davis@ots.treas.gov |
| cohena@sec.gov | masaki_konishi@noandt.com |
| cp@stevenslee.com | mbenner@tishmanspeyer.com |
| crogers@orrick.com | mbienenstock@dl.com |
| cs@stevenslee.com | mcto@debevoise.com |
| cschreiber@winston.com | metkin@lowenstein.com |
| cshulman@sheppardmullin.com | mhopkins@cov.com |
| cward@polsinelli.com | michael.halevi@anz.com |
| dallas.bankruptcy@pulicans.com | michael.kim@kobrekim.com |
| Danna.Drori@usdoj.gov | Michael.mauerstein@citi.com |

david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
dbarber@bsblawyers.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddunne@milbank.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dswan@mcguirewoods.com
eagle.sara@pbgc.gov
ecohen@russell.com
edpe01@handelsbanken.se
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com

michael.tan@fubon.com
Mitchell.Ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mrosenthal@gibsondunn.com
ms.wu@fubonny.com
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mtuck@lloydstsb-usa.com
murai24234@nissay.co.jp
nbannon@tishmanspeyer.com
nbruce@lloydstsb-usa.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
paronzon@milbank.com
paul.deutch@troutmansanders.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
prachmuth@reedsmith.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdaversa@orrick.com
rdicanto@nabny.com
rfleischer@pryorcashman.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
RLGold1977@aol.com
rmunsch@munsch.com
rnetzer@willkie.com

feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.sodano@americas.bnpparibas.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
Jbecker@wilmingtontrust.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
Jesse.Hibbard@ozcap.com
jfalgowski@reedsmith.com
jgarrity@shearman.com
jherzog@gklaw.com
jhs7@att.net
jkehoe@sbtklaw.com
jketten@wilkie.com

rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
Russj4478@aol.com
rwasserman@cftc.gov
sabin.willett@bingham.com
schapman@willkie.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sgordon@cahill.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
sidorsky@butzel.com
slerner@ssd.com
smillman@stroock.com
spiotto@chapman.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
tarbit@cftc.gov
tbrock@ssbb.com
tetsuhiro.toomata@shinseibank.com
TGoren@mofo.com
timothy.brink@dlapiper.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tnixon@gklaw.com
tslome@msek.com
twatanabe@mofo.com
twheeler@lowenstein.com

jkurtzman@klehr.com
jlee@foley.com
jlevitin@cahill.com
jliu@dl.com
jmathis@lloydstsb-usa.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jpintarelli@mofo.com
jrabinowitz@rltlawfirm.com
jshickich@riddellwilliams.com

vdagostino@lowenstein.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
weissjw@gtlaw.com
wfoster@milbank.com
wheuer@dl.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wsmith@bocusa.com
wtaylor@mccarter.com
yasuhiko_imai@smbcgroup.com

robert.zuccaro@lw.com
rrossi@windelsmarx.com
JT@windelsmarx.com
mwoodbury@woodbury-santiago.com
james.shanks@blakes.com
sklein@willkie.com
knewman@menterlaw.com
JSteiner@jmbm.com
NErickson@jmbm.com
mnassau@kramerlevin.com
kleblang@kramerlevin.com
Marguccio@ballardspahr.com
baranowskir@ballardspahr.com
morgank@ballardspahr.com
PaulSilverstein@andrewskurth.com
DHoyt@andrewskurth.com
rothk@akllp.com
geisenberg@herrick.com
dmayo@bfca.com
jeff.hammel@lw.com
peter.benvenutti@hellehrman.com
LGilicinski@warsaw.whitecase.com
thomas.kustor@freshfields.com
marsden.steve@dorsey.com
Schnabel.eric@dorsey.com
lenhart.chris@dorsey.com
bhenry@swlaw.com
gbrandon@ssd.com
rcharles@lrlaw.com
navalentine@hahnlaw.com
gnull@clicknull.com
arosenberg@paulweiss.com
sshimshak@paulweiss.com
calisher@fostergraham.com
mrollin@litigationcolorado.com
william.heller@akerman.com
jose.ferrer@BAKERNET.com
kleyr.m@kckg.com
svante.hultqvist@cederquist.se
kawamura@mitsuilaw.com
ccelniker@mofo.com
prechaya@lshorizon.com
surapol.srangsomwong@herbertsmith.com
eleazer.klein@srz.com
david.hillman@srz.com
mwilliams@tpw.com
LMacksoud@tpw.com

# EXHIBIT B

| Name | Fax |
| --- | --- |
| EATON CORPORATION, ATTN: GLOBAL TRADE CREDIT DEPT | 216-479-7086 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# EXHIBIT C

08-13555-mg    Doc 991    Filed 10/15/08    Entered 10/15/08 10:48:15    Main Document
Pg 11 of 13

MMOR Consulting  
(Mike Morgese re:  Lehman Brothers Holdings Inc)  
575 Lexington – Suite 400  
New York, NY 10022

White & Case LLP  
Patrick Narr re:  Lehman Brothers Holdings Inc  
Jungfernstieg 51 (Prien-Haus)  
20354 Hamburg  
Germany

Gianni, Origoni Grippo & Partners  
(re:  Lehman Brothers Holdings Inc)  
20, Via delle Quattro Fontane 00184  
Italy

Oh-Ebashi LPC & Partners  
(re:  Lehman Brothers Holdings Inc)  
Nobutaka Tanaka  
2F Kishimoto Building  
2-1 Marunouchi 2-chome Chiyoda-ku,  
Tokyo 100-0005  
Japan

LEHMAN BROTHERS HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE,   CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA,   SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU,   TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100,   AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET,   VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST,   EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU,   TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD,   CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN,   CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540,   CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225,   RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1,   TAIPEI,    TW |
| IGS | PO BOX 631919,   CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638,   AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD,   CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE,   WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260,   AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR,   VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826,   LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315,   ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS,   NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU,   TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU,   TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE,   CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE,   MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU,   TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD,   TAIPEI,    TW |
| TD SECURITY | PO BOX 81357,   CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER,   ,   048583 SG |
| TIME WARNER | PO BOX 0901,   CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD,   CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 34**