UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDING INC.,                       :    Case No. 08-13555 (JMP)
*et al.*,                                           :    Jointly Administered
                                                    :
              Debtors.                              :    Re: Dkt. No. 937
                                                    :
                                                    :
                                                    :
                                                    :
------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel for Thomson Reuters PLC and Thomson Reuters Corporation in the above-captioned Chapter 11 proceedings, and that on the 14th day of October, 2008, she caused a copy of the following document to be served as indicated upon the parties listed on the attached service list:

- *Limited Objection and Reservation of Rights of Thomson Reuters PLC and Thomson Reuters Corporation With Respect To Debtors' Motion to (A) Establish Sales Procedures; (B) Approve a Seller Termination Fee and a Reimbursement Amount; and (C) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets.*

                                          _____
                                          Nora E. Morales

Sworn to and subscribed before
me this 15th day of October 2008

_____
Notary Public

130668.01600/6676938v.1

ROBT HYDE
Notary Public, State of New York
No. 01HY6040493
Qualified in Bronx County
Commission Expires April 24, 201__

## SERVICE LIST

| BY FEDERAL EXPRESS |
|---|
| Jacqueline Marcus, Esq.<br>Richard Krasnow, Esq.<br>Lori, Fife, Esq.<br>Shai Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Dennis O'Donnell, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112 |
| Lindsee Granfield, Esq.<br>Lisa Schweiger, Esq.<br>Cleary, Gottlieb LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |