**LOWENSTEIN SANDLER PC**
Michael S. Etkin, Esq. (MSE 0570)
S. Jason Teele, Esq. (SJT 7390)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

-and-

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel for EnergyCo Marketing And Trading, LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al*.,<br><br>        Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 08-13555 (JMP) |

## CERTIFICATION OF SERVICE

      **Christine Bernal-Silva**, certifies as follows:

      1.      I am a legal secretary employed by the law firm of Lowenstein Sandler PC, Counsel to EnergyCo Marketing And Trading, LLC in the above captioned matter.

      2.      On October 14, 2008, I caused to be served the "Limited Objection Of EnergyCo Marketing And Trading, LLC To Debtors' Motion For Entry Of An Order Pursuant To Sections 363 And 365 Of The Bankruptcy Code And Federal Rules Of Bankruptcy Procedure 6004, 6006 And 9019 Authorizing Lehman Brothers Holdings Inc. To (A) Enter Into A Partnership Interests Purchase Agreement, (B) Compromise And Release A Portion Of An

Intercompany Loan, And (C) Assign the Remainder Of Such Intercompany Loan To Purchasers," via First Class Mail to the parties listed on the annexed service list.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 14, 2008


/s/ Christine Bernal-Silva_____
Christine Bernal-Silva, Legal Secretary

# SERVICE LIST

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green, 6th Floor
New York, NY  10004


Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis
Office of the U.S. Trustee
  for the Southern District of NY
33 Whitehall Street, 21st Floor
New York, NY  10004


Lindsee P. Granfield, Esq.
Lisa Schweitzer, Esq.
Cleary Gottlieb LLP
One Liberty Plaza
New York, NY  10006


Jeff Schlegel, Esq.
Richard Engman, Esq.
Jones Day
717 Texas, 33rd Floor
Houston, TX  77002

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153


Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005


Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004


Zack A. Clement, Esq.
Edward Rhyne, Esq.
John Allender, Esq.
Fulbright & Jaworski ,L.L.P.
1301 McKinney,
41st Floor
Houston, TX  77010