UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                      :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC.,     :
*et al.*                                                                                08-13555 (JMP)
                                                                              :
                                    Debtors.                    :         (Jointly Administered)
                                                                              :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

**Patricia A. Johnson**, being duly sworn, deposes and says:

That I am not a party to this action, am over eighteen (18) years of age and reside in New York, New York.

That on the October 13, 2008 I served a copy the **Joinder of Airlie Opportunity Master Fund, Ltd. to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc.** upon parties as set forth in the attached Service List.

_____
Patricia A. Johnson

Sworn to before me this
15th day of October, 2008

_____
Notary Public

ELLEN M. ALLEN
Notary Public, State of New York
No. 01AL5057123
Qualified in Suffolk County
Commission Expires March 18, 2010

1125917.1

Service List

By Hand
Jeffrey S. Sabin, Esq.
Ronald J. Silverman, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Via First Class Mail
P. Sabin Willett, Esq.
Rheba Rutkowski, Esq.
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

By Hand
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

By Hand
Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

By Hand
Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

By Hand
Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

By Hand
The Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

By Hand
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

By Hand
Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

By Hand
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004