AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                         :
In re:                                   :        Chapter 11 Case No.
                                         :
LEHMAN BROTHERS HOLDINGS INC., et al. :   Case No. 08-13555 (JMP)
                                         :
                            Debtors.     :        (Jointly Administered)
-----------------------------------------------------------------x
```

STATE OF NEW YORK        )

        DAGMARA KRASA-BERSTELL

    1.     Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, New York 10022.

    2.     On October 13, 2008, I caused true and correct copies of the following:

    (i)     Objection of the Informal Noteholder Group to Debtors` Motion for Entry of Order Pursuant to Sections 105, 363, AND 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006, and 9019 (I) Approving Equity Interests Purchase Agreement; (II) Authorizing Debtors to Compromise, Settle, and Release Related Claims; and (III) Granting Certain Related Relief,

    (ii)     Omnibus Joinder of the Informal Noteholder Group to (I) Objection of the United States Trustee to Amended Motion for Appointment of Equity Committee and (II) Objection of the Official Committee of Unsecured Creditors to Amended Motion for Appointment of Official Committee of Equity Security Holders, and

    (iii)     Statement of the Informal Noteholder Group with Respect to the Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. Pursuant to 11 U.S.C. Sections 105(a) and 1103(c) and Federal Rule of Bankruptcy Procedure 2004,

8062911

to be served on all parties listed on the attached Service List A in the manner indicated thereon.

*/s/Dagmara Krasa-Berstell*
Dagmara Krasa-Berstell

Sworn to before me this
15th of October, 2008

*/s/ Nancy C. Kunen*
Nancy C. Kunen
Notary Public, State of New York
No. 43-4945938
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires January 27, 2011

8062911

## Service List A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004
*FIRST CLASS MAIL*

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153
*FIRST CLASS MAIL*

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN,
TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004
*FIRST CLASS MAIL*

HUGHES HUBBARD & REED LLP
JAMES W. GIDDENS
JAMES B. KOBAK, JR., DAVID WILTENBERG,
JEFF MARGOLIN, CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482
*FIRST CLASS MAIL*

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: DENNIS DUNNE, LUC DESPINS,
WILBUR FOSTER, JR
DENNIS OÆDONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
*FIRST CLASS MAIL*

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
*FIRST CLASS MAIL*

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581
*FIRST CLASS MAIL*

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581
*FIRST CLASS MAIL*

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007
*FIRST CLASS MAIL*

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF NEW YORK
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332
*FIRST CLASS MAIL*

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
*FIRST CLASS MAIL*

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001
*FIRST CLASS MAIL*

SECURITIES INVESTOR PROTECTION
CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215
*FIRST CLASS MAIL*

US SECURITIES AND EXCHANGE COMMISSION
MARK SCHONFELD, REGIONAL DIRECTOR
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022
*FIRST CLASS MAIL*

US SECURITIES AND EXCHANGE COMMISSION
ALISTAIR BAMBACK
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022
*FIRST CLASS MAIL*

US SECURITIES AND EXCHANGE COMMISSION
NEAL JACOBSON
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281-1022
*FIRST CLASS MAIL*

US SECURITIES AND EXCHANGE COMMISSION
JOHN W WHITE, DIRECTOR, ENFORCEMENT
DIVISION
100 F STREET, NE
WASHINGTON, DC 20549
*FIRST CLASS MAIL*

US SECURITIES AND EXCHANGE COMMISSION
ALEXANDER F COHEN
100 F STREET, NE
WASHINGTON, DC 20549
*FIRST CLASS MAIL*

US SECURITIES AND EXCHANGE COMMISSION
BRIAN V BREHENY
100 F STREET, NE
WASHINGTON, DC 20549
*FIRST CLASS MAIL*

US SECURITIES AND EXCHANGE COMMISSION
NICHOLAS P PANOS
100 F STREET, NE
WASHINGTON, DC 20549
*FIRST CLASS MAIL*

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006
*FIRST CLASS MAIL*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006
*FIRST CLASS MAIL*

SUMITOMO MITSUI BANKING CORPORATION
ATTN: MARIKO DOI STEWART, RUSSELL BOHNER
277 PARK AVENUE
NEW YORK, NY 10172
*FIRST CLASS MAIL*

ARAPAHOE COUNTY ATTORNEY'S OFFICE
ATTN: GEORGE ROSENBURG, ASSISTANT
COUNTY ATTY
5334 S. PRINCE STREET
LITTLETON, CO 80166
*FIRST CLASS MAIL*

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P
ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019
*FIRST CLASS MAIL*

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720
*FIRST CLASS MAIL*

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
(COUNSEL TO VERIZON COMMUNICATIONS INC.)
171 17TH STREET NW,
SUITE 2100
ATLANTA, GA 30363-1031
*FIRST CLASS MAIL*

ATTORNEY GENERAL OF THE STATE OF NEW
YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY
GENERAL
(COUNSEL TO THE DEPARTMENT OF TAXATION
AND FINANCE)
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271
*FIRST CLASS MAIL*

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN INFORMATION
MANGEMENT)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL PARTNERS &
HARBERT)
ONE FEDERAL STREET
BOSTON, MA 02110-1726
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL
INC. AND
UBS FINANCIAL SRVS OF PUERTO RICO)
ONE FEDERAL STREET
BOSTON, MA 02110-1726
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP AND HARBINGER
CAPITAL PARTNERS MASTER FUND I, LTD)
ONE FEDERAL STREET
BOSTON, MA 02110-1726
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO DEUSTCHE BANK SECURITIES INC.)
ONE FEDERAL STREET
BOSTON, MA 02110-1726
*FIRST CLASS  MAIL*

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE
WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN & RONALD J.
SILVERMAN, STEVEN WILAMOWSKY
(COUNSEL TO HARBINGER CAPITAL PARTNERS &
HARBERT)
399 PARK AVENUE
NEW YORK, NY 10022-4689
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN
AND STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL
INC, UBS FINANCIAL SERVICES OF PUERTO RICO)
399 PARK AVENUE
NEW YORK, NY 10022-4689
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S SABIN AND
RONALD J SILVERMAN
(COUNSEL TO HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP AND HARBINGER
CAPITAL PARTNERS MASTER FUND I, LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689
*FIRST CLASS  MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF
AND STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK SECURITIES INC.)
399 PARK AVENUE
NEW YORK, NY 10022-4689
*FIRST CLASS  MAIL*

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ, AS COUNSEL
FOR THOMSON REUTERS PLC & THOMSON
REUTERS CORP
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174
*FIRST CLASS  MAIL*

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ,
JOHN RAPISARDI, ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP, INC & CITIBANK, NA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
*FIRST CLASS  MAIL*

8062911

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN
HALSTEAD
(COUNSEL TO MORGAN STANLEY & CO.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
*FIRST CLASS MAIL*

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS, LLC AND
MORGAN
STANLEY & CO. INCORPORATED AND
AFFILIATES)
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004
*FIRST CLASS MAIL*

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, &
ANDREW
ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012
*FIRST CLASS MAIL*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M.
SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006
*FIRST CLASS MAIL*

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018
*FIRST CLASS MAIL*

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901
*FIRST CLASS MAIL*

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
*FIRST CLASS MAIL*

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN
HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281
*FIRST CLASS MAIL*

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER
FRANLIN H. TOP, & JAMES HEISER
(COUNSEL TO US BANK NATL ASSOC. & BANK OF
MONTREAL
NATL AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603
*FIRST CLASS MAIL*

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830
*FIRST CLASS MAIL*

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ &
ROBERT H. TRUST, ESQ.
(COUNSEL TO CREDIT SUISSE)
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019
*FIRST CLASS MAIL*

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER
JAMES I. MCCLAMMY
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE
CORP)
450 LEXINGTON AVENUE
NEW YORK, NY 10017
*FIRST CLASS MAIL*

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
(COUNSEL TO ROCK-FORTY NINTH LLC,
ROCKEFELLER
CENTER ET AL.)
919 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS  MAIL*

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK & JUDY G.Z. LIU
(COUNSEL TO BANK OF NEW YORK MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE
WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M.
GOLDSTEIN & WILLIAM C. HEUER
(COUNSEL TO ROYAL BANK OF SCOTLAND)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092
*FIRST CLASS  MAIL*

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J.
MCGILL
(COUNSEL TO ALLIANZ GLOBAL  INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047
*FIRST CLASS  MAIL*

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND
SENIOR VICE PRESIDENT
33 LIBERTY STREET
NEW YORK, NY 10045-0001
*FIRST CLASS  MAIL*

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510
*FIRST CLASS  MAIL*

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677
*FIRST CLASS  MAIL*

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL TO LEHMAN BROTHERS PRIVATE
EQUITY FUNDS)
200 PARK AVENUE
NEW YORK, NY 10166-0193
*FIRST CLASS  MAIL*

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON, ESQ.
(COUNSEL TO MARSHALL FUNDS, INC. AND
MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202
*FIRST CLASS  MAIL*

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND
GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORP.)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333
*FIRST CLASS  MAIL*

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639
*FIRST CLASS  MAIL*

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO.,
INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022
*FIRST CLASS MAIL*

STATE STREET GLOBAL ADVISORS
ATTN: DEENA ETHRIDGE
STATE STREET FINANCIAL CENTER
ONE LINCOLN STREET
BOSTON, MA 02111
*FIRST CLASS MAIL*

HOLLAND & KNIGHT LLP
ATTN: PETER A. ZISSER
(COUNSEL TO MONUMENT REALTY LLC)
195 BROADWAY
NEW YORK, NY 10007-3189
*FIRST CLASS MAIL*

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER,
ANDREW GLENN
(COUNSEL TO BAY HARBOUR MGMT LC, BAY
HARBOUR MSTR, TROPHY HUNETR INVST, BHCO
MASTER, MSS DISTRESSED & OPPORTUNITIES 2
AND INSTITUTIONAL BENCHMARKS)
1633 BROADWAY
NEW YORK, NY 10019
*FIRST CLASS MAIL*

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF,
SCOTT D TALMADGE AND LAUREN ATTARD
(COUNSEL TO WELLS FARGO BANK, NA & WELLS
FARGO&CO)
425 PARK AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP
CANADA AND IGI RESOURCES)
101 PARK AVENUE
NEW YORK, NY 10178
*FIRST CLASS MAIL*

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH,
ANDREW C LOURIE, STEVEN W PERLSTEIN AND
IAN N LEVY
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC,
M. BRIAN MAHER AND BASIL MAHER)
800 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

KOBRE & KIM LLP
ATTN: MICHAEL KIM, ROBERT HENOCH, ANDREW
LOURIE, STEVEN PERLSTEIN, IAN LEVY
(COUNSEL TO ABM INDUSTRIES, INC.)
800 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

KOBRE & KIM LLP
ATTNT: MICHAEL S KIM, ROBERT W HENOCH,
STEVEN W
PERLSTEIN, ANDREW C LOURIE AND IAN N LEVY
(COUNSEL TO NORTHGATE MINERALS
CORPORATION)
800 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

KOBRE & KIM LLP
ATTN: MICHAEL S KIM, ROBERT W HENOCH,
ANDREW C
LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
(COUNSEL TO 4KIDS ENTREATAINMENT, INC.)
800 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER
RESEARCH CNTR)
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338
*FIRST CLASS MAIL*

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

**LATHAM & WATKINS LLP**
**ATTN: DAVID S. HELLER & J. DOUGLAS BACON**
**(COUNSEL TO FANNIE MAE)**
**SEARS TOWER, SUITE 5800**
**233 SOUTH WACKER DRIVE**
**CHICAGO, IL 60606**
*FIRST CLASS  MAIL*

**LAW OFFICES OF ROBERT E. LUNA, PC**
**ATTN: ANDREA SHEEHAN, ESQ.**
**(COUNSEL TO CARROLLTON-FARMERS BRANCH**
**INDEPENDENT**
**SCHOOL DISTRICT)**
**4411 N. CENTRAL EXPRESSWAY**
**DALLAS, TX 75205**
*FIRST CLASS  MAIL*

**LINEBARGER GOGGAN BLAIR & SAMPSON LLP**
**ATTN: JOHN P. DILLMAN**
**(COUNSEL TO HARRIS COUNTY)**
**2323 BRYAN STREET, SUITE 1600**
**DALLAS, TX 75201**
*FIRST CLASS  MAIL*

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**ATTN: ELIZABETH WELLER**
**(COUNSEL TO DALLAS COUNTY AND TARRANT**
**COUNTY)**
**2323 BRYAN STREET**
**SUITE 1600**
**DALLAS, TX 75201**
*FIRST CLASS  MAIL*

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
**ATTN: DIANE W. SANDERS**
**(COUNSEL TO MCLENNAN COUNTY)**
**1949 SOUTH I.H. 35**
**PO BOX 17428**
**AUSTIN, TX 78760**
*FIRST CLASS  MAIL*

**LOWENSTEIN SANDLER PC**
**ATTN: IRA M. LEVEE**
**(COUNSEL TO FACTIVA, INC.)**
**1251 AVENUE OF THE AMERICAS, 18TH FLOOR**
**NEW YORK, NY 10020**
*FIRST CLASS  MAIL*

**LOWENSTEIN SANDLER PC**
**ATTN: IRA M. LEVEE**
**(COUNSEL TO FACTIVA, INC.)**
**65 LIVINGSTON AVENUE**
**ROSELAND, NJ 07068**
*FIRST CLASS  MAIL*

**LOWENSTEIN SANDLER PC**
**ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO,**
**ERIC HORN**
**(COUNSEL TO AVAYA INC.)**
**65 LIVINGSTON AVE.**
**ROSELAND, NJ 07068**
*FIRST CLASS  MAIL*

**MAYER BROWN LLP**
**ATTN: FREDERICK D. HYMAN, ESQ., AMIT**
**TREHAN, ESQ.**
**(COUNSEL TO CANADIAN IMPERIAL BANK, CIBC**
**WOLRD MKT**
**CIBC WOLRD MARKETS INC.)**
**1675 BROADWAY**
**NEW YORK, NY 10019**
*FIRST CLASS  MAIL*

**MAYER BROWN LLP**
**ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT**
**TREHAN**
**(COUNSEL TO SUMITOMO MITSUI BANKING CORP,**
**SMBC**
**CAPITAL MKTS, AND SUMITOMO MITSUI**
**BRUSSELS BRANCH)**
**1675 BROADWAY**
**NEW YORK, NY 10019**
*FIRST CLASS  MAIL*

**MAYER BROWN LLP**
**ATTN: BRIAN TRUST, JEFFREY TOUGAS AND**
**MAYER BROWN**
**(COUNSEL TO SOCIETE GENERALE)**
**1675 BROADWAY**
**NEW YORK, NY 10019**
*FIRST CLASS  MAIL*

**MAYER BROWN LLP**
**ATTN: BRIAN TRUST, FREDERICK D. HYMAN**
**JEFFREY G. TOUGAS, AMIT K. TRHAN**
**(COUNSEL TO WASHINGTON MUTUAL BANK AND**
**WASHINGTON MUTUAL, INC.)**
**1675 BROADWAY**
**NEW YORK, NY 10019**
*FIRST CLASS  MAIL*

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019
*FIRST CLASS MAIL*

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS AND
MELISSA A MICKEY
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606
*FIRST CLASS MAIL*

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN,
JEFFREY G. TOUGAS, AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA ET
AL.)
1675 BROADWAY
NEW YORK, NY 10019
*FIRST CLASS MAIL*

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY
MARKETING, INC.)
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4096
*FIRST CLASS MAIL*

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY
MARKETING, INC.)
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801
*FIRST CLASS MAIL*

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP,
INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801
*FIRST CLASS MAIL*

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN
(COUNSEL TO THE TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS
SEVENTH FLOOR
NEW YORK, NY 10105
*FIRST CLASS MAIL*

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO THE TORONTO-DOMINION BANK)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219
*FIRST CLASS MAIL*

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP
HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300 PO BOX 9194
GARDEN CITY, NY 11530
*FIRST CLASS MAIL*

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO
MARINUZZI
(COUNSEL TO THE CHUO MITSUI TRUST AND
BANKING CO.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
*FIRST CLASS MAIL*

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO
MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE
WFC CO. LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
*FIRST CLASS MAIL*

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH
(COUNSEL FOR THE AD HOC COMMITTEE OF
BONDHOLDERS)
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX 78701-3057
*FIRST CLASS MAIL*

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN
(COUNSEL FOR THE AD HOC COMMITTEE OF
BONDHOLDERS)
3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX 75201-6659
*FIRST CLASS  MAIL*

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
(COUNSEL TO THE CHUO MITSUI TRUST AND
BANKING CO.)
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
*AIR MAIL*

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO.
AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110
*FIRST CLASS  MAIL*

NIXON PEABODY, LLP
ATTN: CHRISTOPHER M. DESIDERIO
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY
AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022
*FIRST CLASS  MAIL*

METLIFE INVESTMENTS
ATTN: KEVIN BUDD, RON NIRENBERG
10 PARK AVENUE
PO BOX 1902
MORRISTOWN, NJ 07962
*FIRST CLASS  MAIL*

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552
*FIRST CLASS  MAIL*

OFFICE OF THRIFT SUPREVISION, NORTHEAST
REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311
*FIRST CLASS  MAIL*

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO EUROPEAN BANK FOR
RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
*FIRST CLASS  MAIL*

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO GENERAL ELECTRIC
CAPITAL CORP)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205
*FIRST CLASS  MAIL*

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK, FSB)
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243
*FIRST CLASS  MAIL*

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK, FSB)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276
*FIRST CLASS  MAIL*

PLATZER SWERGOLD KARLIN LEVINE
GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
(COUNSEL TO 250 EAST BORROWER LLC,
EAST 46TH BORROWER LLC,
HALE AVENUE BORROWER LLC)
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018
*FIRST CLASS MAIL*

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
*FIRST CLASS MAIL*

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112
*FIRST CLASS MAIL*

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801
*FIRST CLASS MAIL*

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND
DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902
*FIRST CLASS MAIL*

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ
(COUNSEL TO SOMERSET PROPERTIES SPE LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039
*FIRST CLASS MAIL*

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION
TECHNOLOGY
SOLUTIONS, INC. D/B/A IKON FINANCIAL
SERVICES,
QWEST CORP, QWEST COMM CORP, IKON OFFICE
SOL.)
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801
*FIRST CLASS MAIL*

REED SMITH LLP
ATTN PAUL A RACHMUTH ESQ
COUNSEL TO GALLEON BUCCANEER'S
OFFSHORE LTD
599 LEXINGTON AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

REED SMITH LLP
ATTN: LUMA AL-SHIBIB
(COUNSEL TO GE CAPITAL INFORMATION
TECHNOLOGY
SOLUTIONS, INC. D/B/A IKON FINANCIAL
SERVICES,
QWEST CORP, QWEST COMM CORP, IKON OFFICE
SOL.)
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022
*FIRST CLASS MAIL*

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP
HOLDINGS LLC)
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168
*FIRST CLASS MAIL*

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA
BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE
& IBM)
230 PARK AVENUE
NEW YORK, NY 10169
*FIRST CLASS MAIL*

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
(COUNSEL TO COLLINS BUILDING SERVICES, INC.)
655 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10017
*FIRST CLASS MAIL*

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE
POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER, LP C/O
PARAMOUNT GROUP, INC.)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022
*FIRST CLASS MAIL*

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE AND HYDEE R.
FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004
*FIRST CLASS MAIL*

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORPORATION AND
MICROSOFT LICENSING)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192
*FIRST CLASS MAIL*

SALANS
ATTN: CLAUDE MONTGOMERY & LEE WHIDDEN
(COUNSEL TO SVENSKA HANDELSBANKEN AB)
620 FIFTH AVENUE
NEW YORK, NY 10020
*FIRST CLASS MAIL*

SHEAK & KORZUN, P.C.
ATTN: TIMOTHY J. KORZUN, ESQ.
(COUNSEL TO VOLLERS EXCAVATING &
CONSTRUSTION,INC)
1 WASHINGTON CROSSING ROAD
PENNINGTON, NJ 08534
*FIRST CLASS MAIL*

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN CARREN SHULMAN & RUSSELL RIED ESQS
(COUNSEL FOR THE BANK OF NEW YORK
MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112
*FIRST CLASS MAIL*

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK LTD)
180 MAIDEN LANE
NEW YORK, NY 10038
*FIRST CLASS MAIL*

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET
NEW YORK, NY 10286
*FIRST CLASS MAIL*

8062911

13

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104
*FIRST CLASS MAIL*

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,
*AIR MAIL*

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326
*FIRST CLASS MAIL*

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915
*FIRST CLASS MAIL*

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499
*FIRST CLASS MAIL*

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN
(COUNSEL TO CHEVRON NATURAL GAS)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915
*FIRST CLASS MAIL*

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002
*FIRST CLASS MAIL*

TISHMAN SPEYER PROPERTIES, L.P.
ATTN: ANN MENARD, ESQ
ATTN: BRADLEY TURK, ESQ.
ATTN: NED BANNON
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
*FIRST CLASS MAIL*

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD,
BRADLEY TURK AND
NED BANNON
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
*FIRST CLASS MAIL*

TROUTMAN SANDERS LLP
ATTN: HORACE T. COHEN & PAUL H. DEUTCH
(COUNSEL TO BANK OF CHINA)
405 LEXINGTON AVENUE
NEW YORK, NY 10174
*FIRST CLASS MAIL*

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COUNSEL TO PURSUIT CAPITAL PARTNERS
MASTER AND
PURSUIT OPPORTUNITY FUND I MASTER LTD.)
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019
*FIRST CLASS MAIL*

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103
*FIRST CLASS MAIL*

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G.
MASON,ESQ
AND JOSHUA A. FELTMAN, ESQ
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
*FIRST CLASS MAIL*

WATCHELL LIPTON ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO: TISHMAN SPEYER PROPERTIES)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
*FIRST CLASS MAIL*

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN
VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER
SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131
*FIRST CLASS MAIL*

WILLKIE FARR & GALLAGHER LLP
ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099
*FIRST CLASS MAIL*

WILMINGTON TRUST FSB
ATTN JULIE J BECKER
8400 NORMANDALE LAKE BLVD SUITE 925
MINNEAPOLIS, MN 55437
*FIRST CLASS MAIL*

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL
SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601
*FIRST CLASS MAIL*

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150
*FIRST CLASS MAIL*

WHITE & CASE LLP
ATTN: PHILIP JOHN NICHOLS
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787
*FIRST CLASS MAIL*

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN
BENITO ROMANO, JAMIE KETTEN
(COUNSEL TO AIG GLOBAL INVESTMENT
CORPORATION)
NEW YORK, NY 10019-6099
*FIRST CLASS MAIL*

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022
*FIRST CLASS MAIL*

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL
SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193
*FIRST CLASS MAIL*

WOLFF & SAMSON PC
ATTNN: DAVID N. RAVIN & ROBERT E. NIES
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052
*FIRST CLASS MAIL*

ANZ BANKING GROUP
MICHAEL HALEVI, DIRECTOR
FINANCIAL INSTITUTIONS
1177 AVE OF THE AMERICAS
NEW YORK, NY 10036
*FIRST CLASS  MAIL*

AOZORA BANK LTD
C/O KOJI NOMURA
JOINT GENERAL MANAGER/FINANCIAL
INSTITUTIONS DIV
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO,  102-8660
*AIR MAIL*

AUSTRALIA NATIONAL BANK
MICHAEL HALEVI
1177 AVE OF THE AMERICAS, 6TH FL
NEW YORK, NY 10036
*FIRST CLASS  MAIL*

BANK OF CHINA, NEW YORK BRANCH
ATTN: WILLIAM WARREN SMITH
CHIEF LOAN OFFICER, DEPUTY GENERAL MGR
410 MADISON AVE
NEW YORK, NY 10017
*FIRST CLASS  MAIL*

BANK OF TAIWAN, NEW YORK AGENCY
EUNICE S.J. YEH, SVP & GENERAL MGR
100 WALL ST, 11TH FL
NEW YORK, NY 10005
*FIRST CLASS  MAIL*

BNP PARIBAS
C/O FRANK SODANO
787 7TH AVE
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

CHUO MITSUI TRUST & BANKING
NORIYUKI TSUMURA
3-33-1 SHIBA, MINATO-KU
TOKYO,  105-0014
*AIR MAIL*

CITIBANK NA HONG KONG BRANCH
C/O MICHAEL MAUERSTEIN
MD - FIG
388 GREENWICH ST
NEW YORK, NY 10013
*FIRST CLASS  MAIL*

DNB NOR BANK ASA
ROLF NAGEL DAHL
SVP INTERNATIONAL FINANCIAL INSIITIUTIONS
NO-0021 OSLO,  NORWAY
*AIR MAIL*

FIRST COMMERCIAL BANK CO, LTD
MALCOLM WANG, DEPUTY GENERAL MANAGER
NEW YORK AGENCY
34TH FL, 750 THIRD AVE
NEW YORK, NY 10017
*FIRST CLASS  MAIL*

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD SECTION 1
TAIPEI,
*AIR MAIL*

KBC BANK
C/O DENIS GRAHAM
125 W 55TH ST
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

LLOYDS BANK
MATTHEW TUCK, NICK BRUCE, JEREMY MATHIS
1251 AVE OF THE AMERICAS, 39TH FL
PO BOX 4873
NEW YORK, NY 10163
*FIRST CLASS  MAIL*

MIZUHO CORPORATE BANK LTD
TIMOTHY WHITE, MANAGING DIRECTOR
HEAD OF ORIGINATIONS
CORPORATE AND INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104
*FIRST CLASS  MAIL*

MIZUHO CORPORATE BANK, LTD
ATTN: TIMOTHY WHITE, MANAGING DIRECTOR
CORPORATE & INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104
*FIRST CLASS  MAIL*

NATIONAL AUSTRALIA BANK
ROSEMARIE O'CANTO
245 PARK AVE, 28TH FL
NEW YORK, NY 10167
*FIRST CLASS  MAIL*

NIPPON LIFE INSURANCE CO
TAKAYUKI MURAI, DEPUTY GENERAL MGR
CORPORATE FINANCE DEPT #1
1-6-6, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8288
*AIR MAIL*

SHINKIN CENTRAL BANK
SHUJI YAMADA, DEPUTY GENERAL MANAGER
FINANCIAL INSTITUTIONS DEPT
3-7, YAESU 1-CHOME
CHUOKU
TOKYO,  104-0028
*AIR MAIL*

SHINSEI BANK LTD
C/O TETSUHIRO TOMATA, GENERAL MGR
FINANCIAL INSTITUTIONS
BUSINESS DIV 2
1-8, UCHISAIWAICHO 2-CHOME
CHIYODA-KU
TOKYO,  100-8501
*AIR MAIL*

STANDARD CHARTERED BANK
BILL HUGHES, SVP-FIG
ONE MADISON AVE
NEW YORK, NY 10010-3603
*FIRST CLASS  MAIL*

SUMITOMO MITSUBISHI BANKING CORP
C/O YAS IMAI, SENIOR VP
HEAD OF FINANCIAL INSITUTIONS GROUP
277 PARK AVE
NEW YORK, NY 10172
*FIRST CLASS  MAIL*

SVENSKA HANDELSBANKEN
C/O GAIL DOULGAS
153 E 53RD ST, 37TH FL
NEW YORK, NY 10022
*FIRST CLASS  MAIL*

TAIPEI FUBON BANK, NEW YORK AGENCY
ATTN:  M.S. WU
100 WALL ST, 14TH
NEW YORK, NY 10005
*FIRST CLASS  MAIL*

THE BANK OF NEW YORK
ATTN: RAYMOND MORISON
ONE CANADA SQUARE
CANARY WHARF
LONDON,  E14 5AL
UNITED KINGDOM
*AIR MAIL*

THE BANK OF NEW YORK
ATTN: CHRIS O'MAHONEY
101 BARCLAY STREET
NEW YORK, NY 10286
*FIRST CLASS  MAIL*

THE BANK OF NOVA SCOTIA
GOERGE NEOFITIDIS
DIRECTOR FINANCIA INSTITUTIONS GROUP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
*FIRST CLASS  MAIL*

UFJ BANK LIMITED
C/O STEPHEN SMALL, VP
HEAD OF FINANCIAL INSTITUTIONS
BANK OF TOKYO-MITSUBISHI/UFJ TRUST
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020-1104
*FIRST CLASS  MAIL*

ACCOUNT TEMPS
12400 COLLECTIONS DRIVE
CHICAGO, IL 60693
*FIRST CLASS  MAIL*

ANZ BANKING GROUP LTD
18TH FLOOR KYOBO GUILDING
1 CHONGRO 1 KU
CHONGRO KA
SEOUL,  KOREA
*AIR MAIL*

AOZORA
1-3-1 KUDAN-MINAMI
CHIYODA-KU
TOKYO,  102-8660
*AIR MAIL*

AT&T
PO BOX 8100
AURORA, IL 60507
*FIRST CLASS  MAIL*

AUSTRALIA AND NEW ZEALAND BANKING
GROUP LTD
MELBOURNE OFFICE
LEVEL 6, 100 QUEEN STREET
VICTORIA MELBOURNE,  VIC 3000, AUSTRALIA
*AIR MAIL*

BEST KARPET
1477 E 357 ST
EASTLAKE, OH 44095
*FIRST CLASS  MAIL*

CITIBANK NA HONG KONG BRANCH
FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC
44/F CITIBANK TOWER, 3 GARDEN RD
CENTRAL HONG KONG,
*AIR MAIL*

DEMANN
16919 WALDEN
CLEVELAND, OH 44128
*FIRST CLASS  MAIL*

DIVISION WATER
PO BOX 94540
CLEVELAND, OH 44101
*FIRST CLASS  MAIL*

DOMINION
PO BOX 26225
RICHMOND, VA 23260
*FIRST CLASS  MAIL*

IGS
PO BOX 631919
CINCINNATI, OH
*FIRST CLASS  MAIL*

ILLUMINATING
PO BOX 3638
AKRON, OH 44309
*FIRST CLASS  MAIL*

MARBLE CARE
5184 RICHMOND RD
CLEVELAND, OH 44146
*FIRST CLASS  MAIL*

MIDWEST REALTY ADVISORS LLC
ATTN: JACK CORNACHIO
37848 EUCLID AVE
WILLOUGHBY, OH 44094
*FIRST CLASS  MAIL*

MIZUHO CORPORATE BANK LTD
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8210
*AIR MAIL*

RENTOKIL
8001 SWEET VALLEY DR
VALLEYVIEW, OH 44125
*FIRST CLASS  MAIL*

RMC
PO BOX 31315
ROCHESTER, NY 14603
*FIRST CLASS  MAIL*

SHINKIN CENTRAL BANK
8-1, KYOBASHI 3-CHOME
CHUO-KU
TOKYO,  104-0031
*AIR MAIL*

STEINGASS
754 PROGRESS DRIVE
MEDINA, OH 44256
*FIRST CLASS  MAIL*

TAIPEI FUBON BANK, HEAD OFFICE
NO. 36, SEC 3, NAKING, EAST RD
TAIPEI,
*AIR MAIL*

MIZUHO CORPORATE BANK LTD
GLOBAL SYNDICATED FINANCE DIVISION
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8210
*AIR MAIL*

NORTHEAST
PO BOX 9260
AKRON, OH 44305
*FIRST CLASS  MAIL*

REPUBLIC WASTE
PO BOX 9001826
LOUISVILLE, KY 40290
*FIRST CLASS  MAIL*

ROCK-FORTY-NINTH LLC
ATTN: PRESIDENT/SECRETARY
C/O THE ROCKEFELLER GROUP
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020
*FIRST CLASS  MAIL*

STATLER ARMS GARAGE LLC
1111 EUCLID AVE
CLEVELAND, OH 44115
*FIRST CLASS  MAIL*

SUMITOMO MITSUBISHI BANKING CORP
13-6 NIHOBASHI-KODENMA-CHO
CHUO-KU
TOKYO,  103-0001
*AIR MAIL*

TD SECURITY
PO BOX 81357
CLEVELAND, OH 44181
*FIRST CLASS  MAIL*

THE BANK OF NOVA SCOTIA
SINGAPORE BRANCH
1 RAFFLES QUAY #20-01
ONE RAFFLES QUAY NORTH TOWER
SINGAPORE  048583
*AIR MAIL*

TIME WARNER
PO BOX 0901
CAROL STREAM, IL 60132
*FIRST CLASS  MAIL*

UFJ BANK LIMITED
2-7-1, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8388
*AIR MAIL*

WCCV
3479 STATE RD
CUYAHOGA FALLS, OH 44223
*FIRST CLASS  MAIL*

LAW OFFICES OF GABRIEL DEL VIRGINIA
641 Lexington Avenue-21st Floor,
New York, New York 10022.
Attn.: Gabriel Del Virginia, Esq.
*FIRST CLASS  MAIL*

Richard J. Stahl, Esq.
STAHL ZELOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia 22030
*FIRST CLASS  MAIL*

JP MORGAN CHASE INVESTMENT BANK
ATTN: MARK G. DOCTOROFF, EXECUTIVE
DIRECTOR
383 MADISON AVENUE, 35TH FLOOR
NEW YORK, NY 10179
*FIRST CLASS  MAIL*

FENWAY
C/O HUDSON CASTLE GROUP, INC.
810 SEVENTH AVENUE, 11TH FLOOR
NEW YORK, NY 10019
*FIRST CLASS  MAIL*

SWEDBANK
ATTN: MICHAEL FERRARA VP,
JAN ANDERSSON VP
ONE PENN PLAZA, 15TH FLOOR
NEW YORK, NY 10199
*FIRST CLASS  MAIL*

SWEDBANK
REGERINGSGATAN 13
SE – 10534
STOCKHOLM, SWEDEN
*AIR MAIL*

DANSKE BANK
ATTN: ANDERS IVERSEN, SENIOR MANAGER
75 KING WILLIAM STREET
LONDON, UNITED KINGDOM
EC4N7DT
*AIR MAIL*

STINSON MORRISON HECKER LLP
ATTN: DARRELL W CLARK
(COUNSEL TO EXEGY INCORPORATED)
1150 18TH STREET, N.W. , SUITE 800
WASHINGTON, DC 20036-3816
*FIRST CLASS  MAIL*

QUINN EMANUEL URQUHART  OLIVER & HEDGES,
LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE,
SCOTT C SHELLEY
(SPECIAL COUNSEL TO OFFICIAL COMMITTEE TO
UNSECURED CREDITORS)
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
*FIRST CLASS  MAIL*

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW
(ATTORNEYS FOR UNION BANK OF CALIFORNIA,
N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039
*FIRST CLASS  MAIL*

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B FREEMAN, MARK HOULE
(ATTORNEYS FOR UNION BANK OF CALIFORNIA,
N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443
*FIRST CLASS MAIL*

MORRISON & FOERSTER LLP
ATTN: GARY S LEE, LORENZO MARINUZZI
(COUNSEL TO NIPPON LIFE INSURANCE
COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
*FIRST CLASS MAIL*

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR,
COURTNEY M ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001
*FIRST CLASS MAIL*

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
(COUNSEL TO JFK INTERNATIONAL AIR
TERMINAL LLC)
919 THIRD AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

BINGHAM MCCUTCHEN LLP
ATTN: MARK W DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE
CO.)
ONE STATE STREET
HARTFORD, CT 06103
*FIRST CLASS MAIL*

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120
*FIRST CLASS MAIL*

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
(ATTORNEY FOR ORACLE USA, INC., ORACLE
CREDIT CORPORATION)
ATTN: SHAWN M CHRISTIANSON
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126
*FIRST CLASS MAIL*

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA
(COUNSEL FOR NIPPON LIFE INSURANCE CO)
1-6-5, MARUNOUCHI, CHIYODA-KU
TOKYO, 100-8222, JAPAN
*AIR MAIL*

POST POLAK GOODSELL MACNEILL
& STRAUCHLER, P.A.
ATTN: FREDERICK B POLAK
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022
*FIRST CLASS MAIL*

EMMET MARVIN & MARTIN, LLP
ATTN: EDWARD P ZUJKOWSKI
(COUNSEL TO AUSTRALIA AND NEW ZEALAND
BANKING GROUP LTD)
120 BROADWAY
NEW YORK, NY 10271
*FIRST CLASS MAIL*

DECHERT LLP
ATTN: GLENN E SIEGEL, DONALD M
BADACZEWSKI
(COUNSEL TO RUSSELL INVESTMENTS)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
*FIRST CLASS MAIL*

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO CROSSMARK INVESTMENT
ADVISORS, LP, CROSSMARK CORPORATE
ADVISERS LP, CROSSMARK CORNERSTONE
PARTNERS, LP, ETC.)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915
*FIRST CLASS MAIL*

**THOMPSON & KNIGHT LLP**
**ATTN: DAVID M BENNETT**
**(COUNSEL TO CROSSMARK INVESTMENT**
**ADVISORS, LP, CROSSMARK CORPORATE**
**ADVISERS LP, CROSSMARK CORNERSTONE**
**PARTNERS, LP, ETC.)**
**1722 ROUTH STREET, SUITE 1500**
**DALLAS, TX 75201-2533**
*FIRST CLASS MAIL*

**HOLME ROBERTS & OWEN LLP**
**ATTN: BRADFORD E DEMSEY**
**(COUNSEL TO M. ARTHUR GENSLER JR &**
**ASSOCIATES, INC. AND GENSLER ARCHITECTURE,**
**DESIGN & PLANNING, PC)**
**1700 LINCOLN STREET, SUITE 4100**
**DENVER, CO 80202**
*FIRST CLASS MAIL*

**WHITE & CASE LLP**
**ATTN: EVAN C HOLLANDER**
**(COUNSEL TO TIGER ASIA FUND, LP AND TIGER**
**ASIA OVERSEAS FUND, LTD)**
**1155 AVENUE OF THE AMERICAS**
**NEW YORK, NY 10036-2787**
*FIRST CLASS MAIL*

**PERDUE, BRANDON, FIELDER, COLLINS & MOTT,**
**LLP**
**ATTN: ELIZABETH BANDA**
**(COUNSEL TO CITY OF FARMERS BRANCH,**
**JOHNSON COUNTY, ARLINGTON ISD, MANSFIELD**
**ISD, BURLESON ISD, CITY OF BURLESON)**
**PO BOX 13430**
**ARLINGTON, TX 76094-0430**
*FIRST CLASS MAIL*

**STEVEN A GINTHER**
**SPECIAL ASSISTANT ATTORNEY GENERAL**
**MISSOURI DEPARTMENT OF REVENUE**
**GENERAL COUNSEL OFFICE**
**301 W. HIGH STREET, ROOM 670**
**PO BOX 475**
**JEFFERSON CITY, MO 65105-0475**
*FIRST CLASS MAIL*

**CADWALDER WICKERSHAM & TAFT LLP**
**ATTN: HOWARD R HAWKINS, JR, HANH V. HUYNH,**
**ELLEN M HALSTEAD**
**(COUNSEL TO CREDIT SUISSE)**
**ONE WORLD FINANCIAL CENTER**
**NEW YORK, NY 10281**
*FIRST CLASS MAIL*

**BIEGING SHAPIRO & BURRUS LLP**
**ATTN: DUNCAN E. BARBER, STEVEN T MULLIGAN**
**(COUNSEL TO PAYREEL, INC.)**
**4582 SOUTH ULSTER STREET PARKWAY, SUITE**
**1650**
**DENVER, CO 80237**
*FIRST CLASS MAIL*

8062911