Ira S. Greene (IG-2315)
Brian J. Grieco (BG-4385)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Ciena Communications, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re:                                                    :    Chapter 11
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,              :    Case No. 08-13555 (JMP)
                                                          :
                                   Debtors.               :    (Jointly Administered)
                                                          :
---------------------------------------------------------------x

## OBJECTION TO PROPOSED CURE AMOUNT

Ciena Communications, Inc. ("Ciena"), by its attorneys, Hogan & Hartson LLP, hereby objects to Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors' (collectively, the "Debtors") proposed cure amount of $0.00 in connection with the assumption of certain contracts between Ciena and LBHI (the "Contracts") listed in the Debtors' First Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases, dated October 6, 2008 (the "Cure Notice").

The cure amount proposed by the Debtors in the Cure Notice is incorrect. Ciena hereby asserts that LBHI owes Ciena no less than $436,703.40 pursuant to the Contracts, including, without limitation, the Master Terms and Conditions Agreement, dated July 10, 2007, as amended, between Ciena and LBHI.

\\\NY - 075456/000300 - 1099170 v1

Ciena hereby expressly reserves its right to make further objections and claims as may be appropriate and amend, modify and supplement this objection, including, without limitation, for additional funds due to Ciena from the Debtors.

Dated: October 15, 2008
      New York, New York

                      HOGAN & HARTSON LLP

                      By: /s/ Ira S. Greene
                           Ira S. Greene (IG-2315)
                           Brian J. Grieco (BG-4385)
                           875 Third Avenue
                           New York, NY 10022
                           Telephone: (212) 918-3000
                           Facsimile: (212) 918-3100

                      *Attorneys for Ciena Communications, Inc.*

\\\NY - 075456/000300 - 1099170 v1                2