SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Fredric Sosnick
James L. Garrity, Jr.
Ned S. Schodek

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
:
In re:                                                          :    Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :    Case No. 08 – 13555 (JMP)
:
Debtors.                         :    (Jointly Administered)
:
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             )    ss.:
COUNTY OF NEW YORK           )

Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

NYDOCS03/871390.1

  2. On October 11, 2008, I caused to be served via first-class mail, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Notice of Appearance and Demand for Service of Papers**."

        /s/ Jennifer C. Lin
        Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 14th day of October, 2008.

        /s/ Marian D. Luketić
        Marian D. Luketić
        Notary Public, State of New York
        No. 02LU5083644
        Qualified in Nassau County,

        Certificate Filed in NY County
        My commission expires: August 18, 2009

NYDOCS03/871390.1

## Exhibit A

Weil Gotshal & Manges LLP
Attn:  Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Shai Y. Waisman, Esq.,
and Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York  10153

The Office of the United Stated Trustee for the Southern District of New York
Attn:  Andy Velez-Rivera,
Paul Schwartzberg, Brian Masumoto,
Linda Riffkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York  10004

Milbank, Tweed, Hadley & McCloy LLP
Attn:  Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq. and
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York  10005

Cleary Gotliebb LLP
Attn:  Lindsee P. Granfield, Esq. and
Lisa Schweiger, Esq.
One Liberty Plaza
New York, New York  10006

Sullivan & Cromwell LLP
Attn:  Robinson B. Lacy, Esq. and
Hydee R. Feldstein, Esq.
125 Broad Street
New York, New York  10004

NYDOCS03/871390.1