WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
**In re**                                        : **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     : **08-13555 (JMP)**
                                                                   :
                            **Debtors.**         : **(Jointly Administered)**
                                                                   :
                                                                   :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF OCTOBER 16, 2008 OMNIBUS HEARING**

**PLEASE TAKE NOTICE** that pursuant to the order, dated September 22, 2008 [Docket No. 285], implementing certain notice and case management procedures, a hearing in the above-referenced chapter 11 cases was scheduled for October 16, 2008 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Court has adjourned the Hearing to **October 16, 2008 at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York

NY2:\1927085\02\15@Y502!.DOC\58399.0003

10004, and such hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 15, 2008
      New York, New York

    /s/ Shai Y. Waisman
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession