**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,   :    Case No. 08-13555 (JMP)
                                                           :
Debtors.                                         :    (Jointly Administered)
                                                           :
------------------------------------------------------------------------x    Ref. Docket No. 833 & 830

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 11, 2008, I caused to be served true and correct copies of the

   a) Notice of Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008, to which is attached the Notice of Debtors' Motion Pursuant to Sections 105(a) and 331 of the Bankruptcy Code and Bankruptcy Rule 2016(a) for Authorization to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals, dated October 11, 2008 [Docket No. 833] (the "Motion"),

   b) Debtors Objection to the Motion of William Kuntz III for an Order Lifting or Modifying the Automatic Stay in these Chapter 11 Cases, dated October 10, 2008 [Docket No. 830] (the "Kuntz Objection"),

   to be delivered by:

   i. Kuntz Objection and Motion email to those parties listed on the attached Exhibit "A",

   ii. Kuntz Objection and Motion facsimile to those parties listed on the attached Exhibit "B"

      iii. Kuntz Objection and Motion enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties on the annexed Exhibit "C",

      iv. Kuntz Objection enclosed securely in separate postage pre-paid envelopes and delivered by priority mail and email to William Kuntz, 5 Federal Street, P.O. Box 1801, Nantucket Island, MA 02554-1801 kuntzwm1@yahoo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /s/ Bridget Gallerie
                                        Bridget Gallerie

Sworn to before me this
14th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

2

# EXHIBIT A

| EMAIL ADDRESSES | |
|---|---|
| aalfonso@kayescholer.com | jweiss@gibsondunn.com |
| acker@chapman.com | jwishnew@mofo.com |
| adarwin@nixonpeabody.com | k4.nomura@aozorabank.co.jp |
| aglenn@kasowitz.com | karen.wagner@dpw.com |
| agold@herrick.com | KDWBankruptcyDepartment@kelleydrye.com |
| agolianopoulos@mayerbrown.com | keith.simon@lw.com |
| ahammer@freebornpeters.com | ken.higman@hp.com |
| akihiko_yagyuu@chuomitsui.jp | kgwynne@reedsmith.com |
| albaugh.colin@pbgc.gov | kiplok@hugheshubbard.com |
| amenard@tishmanspeyer.com | klippman@munsch.com |
| andrew.lourie@kobrekim.com | kmayer@mccarter.com |
| angelich.george@arentfox.com | kmisken@mcguirewoods.com |
| anne.kennelly@hp.com | kobak@hugheshubbard.com |
| araboy@cov.com | Kostad@mofo.com |
| arlbank@pbfcm.com | kovskyd@pepperlaw.com |
| arosenblatt@chadbourne.com | kressk@pepperlaw.com |
| arwolf@wlrk.com | KReynolds@mklawnyc.com |
| asnow@ssbb.com | kristin.going@dbr.com |
| atrehan@mayerbrown.com | krosen@lowenstein.com |
| austin.bankruptcy@publicans.com | lacyr@sullcrom.com |
| avi.gesser@dpw.com | lalshibib@reedsmith.com |
| bambacha@sec.gov | lattard@kayescholer.com |
| bankoftaiwan@botnya.com | ldespins@milbank.com |
| bankruptcy@goodwin.com | lgranfield@cgsh.com |
| bill.freeman@pillsburylaw.com | linda.boyle@twtelecom.com |
| bill.hughes@us.standardchartered.com | lisa.kraidin@allenovery.com |
| bmanne@tuckerlaw.com | lmarinuzzi@mofo.com |
| bmiller@mofo.com | lml@ppgms.com |
| brad.dempsey@hro.com | lschweitzer@cgsh.com |
| brian_corey@gtservicing.com | lwhidden@salans.com |
| bromano@willkie.com | mabrams@willkie.com |
| btrust@mayerbrown.com | macl01@handelsbanken.se |
| btupi@tuckerlaw.com | macronin@debevoise.com |
| bturk@tishmanspeyer.com | Malcolm@firstbankny.com |
| cbelmonte@ssbb.com | mark.deveno@bingham.com |
| cdesiderio@nixonpeabody.com | mark.ellenberg@cwt.com |
| charles@filardi-law.com | mark.houle@pillsburylaw.com |
| chris.omahoney@bnymellon.com | martin.davis@ots.treas.gov |
| cmontgomery@salans.com | masaki_konishi@noandt.com |
| CMTB_LC11@chuomitsui.jp | mbenner@tishmanspeyer.com |
| cohena@sec.gov | mbienenstock@dl.com |
| cp@stevenslee.com | mcto@debevoise.com |
| crogers@orrick.com | mhopkins@cov.com |
| cs@stevenslee.com | michael.halevi@anz.com |
| cschreiber@winston.com | michael.kim@kobrekim.com |
| cshulman@sheppardmullin.com | Michael.mauerstein@citi.com |
| cward@polsinelli.com | michael.tan@fubon.com |
| dallas.bankruptcy@pulicans.com | Mitchell.Ayer@tklaw.com |
| Danna.Drori@usdoj.gov | mjacobs@pryorcashman.com |
| david.bennett@tklaw.com | mjedelman@vedderprice.com |
| david.crichlow@pillsburylaw.com | mkjaer@winston.com |
| david.heller@lw.com | mlahaie@akingump.com |
| dbarber@bsblawyers.com | mmickey@mayerbrown.com |
| dclark@stinson.com | mmorreale@us.mufg.jp |
| dcoffino@cov.com | monica.lawless@brookfieldproperties.com |
| dcrapo@gibbonslaw.com | mpage@kelleydrye.com |

| EMAIL ADDRESSES | |
|---|---|
| ddunne@milbank.com | mrosenthal@gibsondunn.com |
| deggert@freebornpeters.com | ms.wu@fubonny.com |
| demetra.liggins@tklaw.com | MSchleich@fraserstryker.com |
| dennis.graham@kbc.be | mschonholtz@kayescholer.com |
| deryck.palmer@cwt.com | mshiner@tuckerlaw.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dfriedman@kasowitz.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | mtuck@lloydstsb-usa.com |
| dheffer@foley.com | murai24234@nissay.co.jp |
| dirk.roberts@ots.treas.gov | nbannon@tishmanspeyer.com |
| dkleiner@velaw.com | nbruce@lloydstsb-usa.com |
| dkozusko@willkie.com | neal.mann@oag.state.ny.us |
| dladdin@agg.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | newyork@sec.gov |
| dlipke@vedderprice.com | nissay_10259-0154@mhmjapan.com |
| dludman@brownconnery.com | oipress@travelers.com |
| dmcguire@winston.com | paronzon@milbank.com |
| dodonnell@milbank.com | paul.deutch@troutmansanders.com |
| donald.badaczewski@dechert.com | pbosswick@ssbb.com |
| douglas.bacon@lw.com | pdublin@akingump.com |
| douglas.mcgill@dbr.com | peter.zisser@hklaw.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosner@goulstonstorrs.com | phayden@mcguirewoods.com |
| drosner@kasowitz.com | pnichols@whitecase.com |
| dswan@mcguirewoods.com | prachmuth@reedsmith.com |
| eagle.sara@pbgc.gov | pwright@dl.com |
| ecohen@russell.com | r.stahl@stahlzelloe.com |
| edpe01@handelsbanken.se | ramona.neal@hp.com |
| efile@pbgc.gov | ranjit.mather@bnymellon.com |
| efile@willaw.com | raymond.morison@bnymellon.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@friedumspring.com | rdicanto@nabny.com |
| eglas@mccarter.com | rfleischer@pryorcashman.com |
| ehollander@whitecase.com | rgmason@wlrk.com |
| ehorn@lowenstein.com | rhett.campbell@tklaw.com |
| ekbergc@lanepowell.com | richard.lear@hklaw.com |
| ellen.halstead@cwt.com | rjohnson2@co.arapahoe.co.us |
| elobello@blankrome.com | RLevin@cravath.com |
| eschwartz@contrariancapital.com | RLGold1977@aol.com |
| esmith@dl.com | rmunsch@munsch.com |
| ezavalkoff-babej@vedderprice.com | rnetzer@willkie.com |
| ezujkowski@emmetmarvin.com | rnies@wolffsamson.com |
| fbp@ppgms.com | robert.bailey@bnymellon.com |
| feldsteinh@sullcrom.com | robert.dombroff@bingham.com |
| ffm@bostonbusinesslaw.com | robert.henoch@kobrekim.com |
| fhyman@mayerbrown.com | robert.malone@dbr.com |
| fishere@butzel.com | Robert.yalen@usdoj.gov |
| frank.sodano@americas.bnpparibas.com | roberts@pursuitpartners.com |
| frank.white@agg.com | rolfnagel.dahl@dnbnor.no |
| fred.berg@rvblaw.com | ronald.silverman@bingham.com |
| fsosnick@shearman.com | rreid@sheppardmullin.com |
| gabriel.delvirginia@verizon.net | RTrust@cravath.com |
| gado01@handelsbanken.se | Russj4478@aol.com |
| gary.ticoll@cwt.com | rwasserman@cftc.gov |
| gauchb@sec.gov | sabin.willett@bingham.com |

| EMAIL ADDRESSES | |
|---|---|
| gbray@milbank.com | schapman@willkie.com |
| george.davis@cwt.com | schristianson@buchalter.com |
| george_neofitidis@scotiacapital.com | scottshelley@quinnemanuel.com |
| giddens@hugheshubbard.com | scousins@armstrongteasdale.com |
| gkaden@goulstonstorrs.com | sdnyecf@dor.mo.gov |
| glee@mofo.com | sehlers@armstrongteasdale.com |
| glenn.siegel@dechert.com | sgordon@cahill.com |
| grosenberg@co.arapahoe.co.us | sharbeck@sipc.org |
| gschiller@zeislaw.com | shari.leventhal@ny.frb.org |
| hanh.huynh@cwt.com | sheakkorzun@comcast.net |
| harveystrickon@paulhastings.com | sheehan@txschoollaw.com |
| heiser@chapman.com | sidorsky@butzel.com |
| hirsh.robert@arentfox.com | slerner@ssd.com |
| hollace.cohen@troutmansanders.com | smillman@stroock.com |
| howard.hawkins@cwt.com | spiotto@chapman.com |
| hseife@chadbourne.com | splatzer@platzerlaw.com |
| hsnovikoff@wlrk.com | ssmall@us.mufg.jp |
| ian.levy@kobrekim.com | stephanie.wickouski@dbr.com |
| igoldstein@dl.com | steve.ginther@dor.mo.gov |
| ilevee@lowenstein.com | steven.perlstein@kobrekim.com |
| info2@normandyhill.com | steven.wilamowsky@bingham.com |
| ira.herman@tklaw.com | susan.schultz@newedgegroup.com |
| israel.dahan@cwt.com | susheelkirpalani@quinnemanuel.com |
| jacobsonn@sec.gov | tarbit@cftc.gov |
| jafeltman@wlrk.com | tbrock@ssbb.com |
| james.mcclammy@dpw.com | tetsuhiro.toomata@shinseibank.com |
| jamestecce@quinnemanuel.com | TGoren@mofo.com |
| Jbecker@wilmingtontrust.com | timothy.brink@dlapiper.com |
| jbird@polsinelli.com | timothy.white@mizuhocbus.com |
| jbromley@cgsh.com | tkarcher@dl.com |
| jcarberry@cl-law.com | tkiriakos@mayerbrown.com |
| jdyas@halperinlaw.net | tmacwright@whitecase.com |
| jeffrey.sabin@bingham.com | tnixon@gklaw.com |
| Jesse.Hibbard@ozcap.com | tslome@msek.com |
| jfalgowski@reedsmith.com | twatanabe@mofo.com |
| jgarrity@shearman.com | vdagostino@lowenstein.com |
| jherzog@gklaw.com | wanda.goodloe@cbre.com |
| jhs7@att.net | wbenzija@halperinlaw.net |
| jketten@wilkie.com | wfoster@milbank.com |
| jkurtzman@klehr.com | wheuer@dl.com |
| jlee@foley.com | wisotska@pepperlaw.com |
| jlevitin@cahill.com | wsilverm@oshr.com |
| jliu@dl.com | wsmith@bocusa.com |
| jmathis@lloydstsb-usa.com | wtaylor@mccarter.com |
| jmazermarino@msek.com | yasuhiko_imai@smbcgroup.com |
| jmcginley@wilmingtontrust.com | |
| john.rapisardi@cwt.com | |
| jpintarelli@mofo.com | |
| jrabinowitz@rltlawfirm.com | |
| jshickich@riddellwilliams.com | |
| jtougas@mayerbrown.com | |
| jwallack@goulstonstorrs.com | |
| jwang@sipc.org | |

**EXHIBIT B**

| Name | Fax |
|---|---|
| EATON CORPORATION, ATTN: GLOBAL TRADE CREDIT DEPT | 216-479-7086 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KOREA |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JAPAN |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AUSTRALIA |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,   105-0014 JAPAN |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HONG KONG |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,    TAIWAN |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JAPAN |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JAPAN |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,   104-0028 JAPAN |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JAPAN |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JAPAN |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TAIWAN |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SINGAPORE |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JAPAN |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 34**