Ira S. Greene (IG-2315)
Brian J. Grieco (BG-4385)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Ciena Communications, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re:** : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Natoya A. Duncan, being duly sworn, deposes and says:

I am employed by the law firm of Hogan & Hartson LLP, reside in the State of New York, am over the age of eighteen years and am not a party to this action.

On the 15th day of October, 2008, I caused a copy of Ciena Communications, Inc. **OBJECTION TO PROPOSED CURE AMOUNT** to be served via overnight FedEx delivery to (i) the attorneys for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 101530119 (Attn: Lori R. Fife and Shai Y. Waisman); (ii) the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis); (iii) the attorneys for the Purchaser, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield and Lisa M. Schweitzer); (iv) the attorneys for the Creditors' Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Luc A. Despins, and Wilbur F. Foster,

Jr.); and (v) the attorneys for the SIPA Trustee, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin).

_____
Natoya A. Duncan

Sworn to before me this
15th day of October, 2008.

_____
Notary Public

NANCY M. CROWE
Notary Public, State of New York
No. 01CR4872721
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires October 6, 2010