UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § § | |
| LEHMAN BROTHERS HOLDINGS, INC., | § § | CASE NO. 08-13555 (JMP) |
| Debtor. | § § | Chapter 11 |

### REQUEST FOR COPIES OF ALL NOTICES, PLEADINGS AND PAPERS PURSUANT TO BANKRUPTCY RULES 2002 AND 9007

Comes now, Health Care Service Corporation d/b/a Blue Cross and Blue Shield of Illinois ("BCBS") and requests that all notices and pleadings given or required to be given to BCBS in this case and all papers served or required to be served on BCBS in this case be given to and served upon its attorneys of record at the following address:

Michelle A. Mendez
mmendez@hunton.com
**Hunton & Williams LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Tel: (214) 468-3359
Fax: (214) 740-7151

BCBS also requests service to its attorneys of record of all papers referred to in Bankruptcy Rules 2002, 4004, 4007 and 9007, including, without limitation, notices, orders, motions, demands, complaints, petitions, schedules, statements of affairs, operating reports, pleadings and requests, as well as all applications and any other document brought before this Court in this case, whether formal or informal, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy or telex.

Respectfully submitted,

/s/ Michelle A. Mendez
Michelle A. Mendez
Texas Bar No. 13932960
mmendez@hunton.com

**HUNTON & WILLIAMS LLP**
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
Tel: (214) 468-3359
Fax: (214) 740-7151

**COUNSEL FOR HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS BLUE SHIELD OF ILLINOIS**

### CERTIFICATE OF SERVICE

This is to certify that on October 15, 2008, a copy of the foregoing Request for Copies of All Notices, Pleadings and Papers Pursuant to Bankruptcy Rules 2002 and 9007 was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York. A separate certificate of service shall be filed with respect to those parties on the Clerk's list who do not receive electronic e-mail service.

/s/ Michelle A. Mendez
Michelle A. Mendez