David S. Rosner (DR-4214)
Andrew K. Glenn (AG-9934)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Bay Harbour Management L.C., Bay Harbour Master Ltd.,
Trophy Hunter Investments, Ltd., BHCO Master, Ltd.,
MSS Distressed & Opportunities 2 and Institutional Benchmarks

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

Jamila Folkes, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age, and am employed by Kasowitz, Benson, Torres & Friedman LLP.

2.    On October 15, 2008, I served a true and correct copy of the *Joinder of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Motion to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure*, via hand delivery and facsimile to be served upon the parties listed on the attached service list.

Dated: New York, New York
       October 15, 2008

                                        /s/ Jamila Folkes
                                        Jamila Folkes

                                                                LANA RAFAEL
                                                        Notary Public, State of New York
                                                                No. 01RA6042271
                                                        Qualified in Kings County
Sworn before me this                                    Commission Expires May 22, 20_10_
October 15, 2008
/s/ Lana Rafael
Notary Public

## **Exhibit A**

*Via Hand Delivery*
Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, NY 10004

*Via Hand Delivery*
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Brian Shoichi Masumoto, Esq.
    Tracy Hope Davis, Esq.
    Andy Velez-Rivera, Esq.
    Paul Schwartzberg
    Linda Riffkin

*Via Fax & Hand Delivery*
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lisa M. Schweitzer, Esq.
    Lindsee Granfield, Esq.

*Via Fax & Hand Delivery*
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
    Hydee R. Feldstein, Esq.

*Via Fax & Hand Delivery*
Milbank, Tweed, Hadley, & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Attn: Dennis Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.

*Via Fax & Hand Delivery*
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow
    Lori R. Fife
    Shai Y. Waisman
    Jacqueline Marcus