UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*            :    Case No. 08-13555 (JMP)
                                                    :
    Debtors.                                        :    (Jointly Administered)
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         :ss.:
COUNTY OF NEW YORK       )

SARAH B. ROBERTS, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in New York, New York. I am not a party to this action.

2. On Wednesday, October 15, 2008, I caused true and correct copies of the *Objection of Bright Horizons Children's Centers LLC to Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts"* and *Supplemental Objection to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Unter, Contracts and Leases to be Assumed and Assigned to Successful Purchaser* to be served by First Class Mail upon the persons listed on the annexed Exhibit A at the addresses set forth in such exhibit.

                                                    Sarah B. Roberts

Sworn to before me this 15th day of October, 2008

Notary Public
ELAINE PANTINO
Notary Public, State of New York
No. 4987206
Qualified in Nassau County
Commission Expires Oct. 7, 20 09

11332435_1.DOC

<u>Exhibit A - Service List</u>

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Lori Fife
        Shai Y. Waisman

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn:   Jason S. Margolin

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn:   Lindsee P. Granfield
        Lisa M. Schweitzer

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

11332435_1.DOC