BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Thomas M. Gaa, Esq., (Calif. Bar No. 130720)
Kenneth T. Law, Esq., (Calif. Bar No. 111779)

Attorneys for NetApp, Inc. and
Network Appliance Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC.. *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on 14th day of October, 2008 true copies of *Limited Objection And Reservation of Rights Of NetApp, Inc. And Network Appliance Limited To Debtors' Motion Seeking, Among Other Things, An Order Approving The Sale Of Purchased Assets And Authorizing Assumption And Assignment Of Contracts Relating To Purchased Assets* were served upon the parties listed on the attached service list *via* Federal Express overnight delivery.

Dated: Palo Alto, California
  October 15, 2008

BIALSON, BERGEN & SCHWAB
Attorneys for NetApp, Inc. and Network Appliance Limited


By: /s/ Catherine Lee_____
  Catherine Lee
  Paralegal

W:\N0080\082\Pldg\COS - Limited Obj to IMD Sale Motion.doc

## SERVICE LIST

Attorneys for Debtors
Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
767 Fifth Ave.
New York, NY 10153

U.S. Trustee
U.S. Trustee
Attn: Andy Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004

Attorneys for the Official Committee of Unsecured Creditors
Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Attorneys for the Debtors' Postpetition Lenders
Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq.
One Liberty Plaza
New York, NY 10006

Attorneys for the SIPC Trustee
Hughes Hubbard & Reed LLP
Attn: Jeffrey S. Margolin
One Battery Park Plaza
New York, NY 10004