# Exhibit A-3

## PROFESSIONAL SERVICES TRANSACTION SCHEDULE 2

**Supplier Name: Strategic Systems Solutions Ltd.**
**Supplier Address: 113 Rock Road, Horsham, PA 19044**
**Supplier Jurisdiction of Incorporation: South Carolina**
**Tax ID: 58-2569995**
**Telephone #: 215-706-2400**
**Fax #: 215-706-2499**
**General Terms and Conditions No.: CON000000021913**
**General Terms and Conditions Effective Date: July 2, 2007**
**Professional Services Supplement Effective Date: July 2, 2007**
**Schedule No.: PSTS-2 – CON000000024656**
**Order Date: 29th October 2007**

This Professional Services Transaction Schedule ("Transaction Schedule"), made effective as of the Order Date above, is issued pursuant to the above-referenced General Terms and Conditions and Professional Services Supplement (the "Services Supplement") between the Customer entity executing this Transaction Schedule, as set forth on the signature page below, and the Supplier identified above. This Transaction Schedule identifies the Services and Deliverables being provided by Supplier.

This Transaction Schedule, when executed by both undersigned parties, together with the above-referenced General Terms and Conditions, Services Supplement and other documents attached hereto (each of which are incorporated by reference into this Transaction Schedule), constitutes the complete contractual agreement between the undersigned parties with respect to the Transaction described herein.

Documents, in addition to this Transaction Schedule and the above-referenced General Terms and Conditions and the Services Supplement, that form this Transaction Schedule

Annex 1: Description of Services [Required]
Annex 2: Project Plans, Delivery Dates and Milestones [Required for all date and/or milestone-based projects]
Annex 3: Prices, Fees and Charges [Required]
Annex 4: Deliverable Specifications [Optional]
Annex 5: Project Managers [Required]
Annex 6: Key Personnel [Optional]
Annex 7: Performance Standards/Service Levels for Services [Optional]
[Annex 8: Export Control [Required, when applicable]]
Annex 9: Additional Agreed-Upon Provisions [Optional]

11/06/2007    14:07    LEHMAN BROTHERS → 912157062499    NO.007    P03

Capitalized terms used but not defined in this Transaction Schedule have the meanings given in the General Terms and Conditions or the Services Supplement referenced above.

The undersigned parties have caused this Transaction Schedule to be executed by their respective duly authorized representatives.

| Strategic Systems Solutions Ltd. (SUPPLIER) | Lehman Brothers Inc. (CUSTOMER) |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: STEPHEN DALY (Type, Print or Stamp) | Name: ADAM WYSOTA (Type, Print or Stamp) |
| Title: VICE PRESIDENT | Title: SR. VICE PRESIDENT |

*[signature]*
*[illegible]*

*[illegible]*

## ANNEX 1: DESCRIPTION OF SERVICES

### A. Services Overview.

Operations IT have a requirement to perform an amount of mainframe systems analysis on the existing ITS batch system in order to understand what changes are needed to support a real-time publishing of ITS position and balance data.

### B. Detailed Description of Services.

Two suitably qualified mainframe resources are required for three months in order to perform the detailed systems analysis required to determine the extent of the required remediation. All affected programs and batch JCL will need to be examined to identify candidates for detailed remediation.

Once identified, the affected jobs and programs will be changed to point at new mainframe files that are being replicated and created by another vendor who is already engaged on this initiative.

This transaction schedule covers the analysis phase of the project and also provides an opportunity to perform a proof of concept on the new database files being created as part of the overall project.

## ANNEX 2: PROJECT PLANS, DELIVERY DATES AND MILESTONES

**Not known at this stage.**

## ANNEX 3: PRICES, FEES AND CHARGES

Two senior mainframe systems analysts will be supplied as part of this agreement. The costs for each analyst will be as follows:-

- $720 per day.
- Each analyst will be supplied free of charge for the first week of the assignment to allow for initial project and Lehman Brothers environment familiarisation. Please note that this effectively reduces the day rate to $660 per day based on an assumed 20 working days per calendar month.
- Invoices will be sent to the appropriate department/individual at Lehman Brothers in New York.

## ANNEX 4: DELIVERABLE SPECIFICATIONS

All deliverables will be documented in accordance with the systems development documentation standards already in place at Lehman Brothers.

## ANNEX 5: PROJECT MANAGERS

| Supplier | Customer |
|---|---|
| Name: _____ | Name: _____ |
| Address: _____ | Address: _____ |
| Email: _____ | Email: _____ |
| Tel: _____ | Tel: _____ |
| Mob: _____ | Mob: _____ |
| Fax: _____ | Fax: _____ |

## ANNEX 6: KEY PERSONNEL

It is anticipated that both systems analysts will be based in Newcastle upon Tyne, England, where an existing team of mainframe developers working on the SSS Lehman Brothers account is already situated. It is hoped that co-location will provide the opportunity for the new analysts to leverage the detailed ITS systems knowledge that the existing team have already gained.

The two analysts are:-

1) Kevin Church
2) TBA

Both analysts will be assigned to the project for 3 months.

## ANNEX 7: PERFORMANCE STANDARDS/SERVICE LEVELS FOR SERVICES

Any status reports and/or meetings will be in accordance with Lehman Brothers standards and requirements.

## ANNEX 8: EXPORT CONTROL

**NA.**

## ANNEX 9: ADDITIONAL AGREED-UPON PROVISIONS

**[SAMPLE EXAMPLES ONLY – APPROPRIATE VERSION TO BE DEVELOPED FOR EACH TRANSACTION]**

1. **Task and Staffing Plan**

**Two resources for 3 months duration.**

2. **Subcontractors**

**NA**

3   **Service Locations**

**Newcastle upon Tyne, England.**

**Services into Lehman Brothers to be delivered remotely via internet based access to the Lehman Brothers mainframe.**

4. **Use of Customer Facilities and Resources**

**Resources will be based in Newcastle upon Tyne, England. Supplying in to New York ITS Operations IT.**

**All equipment will be provided by Strategic Systems Solutions.**

**Appropriate Lehman Brothers systems accounts and mainframe IDs will need to be provided by Lehman Brothers.**

5. **Supplier Facilities and Resources**

**None.**

6. **Other Terms.**