# Exhibit A-4

## PROFESSIONAL SERVICES TRANSACTION SCHEDULE 3

**Supplier Name: Strategic Systems Solutions Ltd.**
**Supplier Address: 113 Rock Road, Horsham, PA 19044**
**Supplier Jurisdiction of Incorporation: South Carolina**
**Tax ID: 58-2569995**
**Telephone #: 215-706-2400**
**Fax #: 215-706-2499**
**General Terms and Conditions No.: CON000000021913**
**General Terms and Conditions Effective Date: July 2, 2007**
**Professional Services Supplement Effective Date: July 2, 2007**
**Schedule No.: PSTS- 3 – CON000000029518**
*Order Date: May 1, 2008*

This Professional Services Transaction Schedule ("**Transaction Schedule**"), made effective as of the Order Date above, is issued pursuant to the above-referenced General Terms and Conditions and Professional Services Supplement (the "**Services Supplement**") between the Customer entity executing this Transaction Schedule, as set forth on the signature page below, and the Supplier identified above. This Transaction Schedule identifies the Services and Deliverables being provided by Supplier.

This Transaction Schedule, when executed by both undersigned parties, together with the above-referenced General Terms and Conditions, Services Supplement and other documents attached hereto (each of which are incorporated by reference into this Transaction Schedule), constitutes the complete contractual agreement between the undersigned parties with respect to the Transaction described herein.

Documents, in addition to this Transaction Schedule and the above-referenced General Terms and Conditions and the Services Supplement, that form this Transaction Schedule:

Annex 1: Description of Services [Required]
Annex 2: Project Plans, Delivery Dates and Milestones [Required for all date and/or milestone-based projects]
Annex 3: Prices, Fees and Charges [Required]
Annex 4: Deliverable Specifications [Optional]
Annex 5: Project Managers [Required]
Annex 6: Key Personnel [Optional]
Annex 7: Performance Standards/Service Levels for Services [Optional]
[Annex 8: Export Control [Required, when applicable]]
Annex 9: Additional Agreed-Upon Provisions [Optional]

Capitalized terms used but not defined in this Transaction Schedule have the meanings given in the General Terms and Conditions or the Services Supplement referenced above.

The undersigned parties have caused this Transaction Schedule to be executed by their respective duly authorized representatives.

| Strategic Systems Solutions Ltd. (Supplier) | Lehman Brothers Inc. (CUSTOMER) |
|---|---|
| By: [signature] | By: [signature] Stuart B— |
| Name: STEPHEN DALY  (Type, Print or Stamp) | Name: STUART BROWN  (Type, Print or Stamp) |
| Title: V.P. | Title: VP |

## ANNEX 1: DESCRIPTION OF SERVICES

A. <u>Services Overview</u>.

Operations IT have a requirement to continue with an amount of mainframe systems analysis on the existing ITS batch system in order to further understand what changes are needed to support a real-time publishing of ITS position and balance data.

B. <u>Detailed Description of Services</u>.

A suitably qualified mainframe resource is required for an additional six months in order to continue with the detailed systems analysis required to determine the extent of the required remediation. All affected programs and batch JCL will need to be examined to identify candidates for detailed remediation.

Once identified, the affected jobs and programs will be changed to point at new mainframe files that are being replicated and created by another vendor who is already engaged on this initiative.

This transaction schedule covers the analysis phase of the project and also provides an opportunity to perform a proof of concept on the new database files being created as part of the overall project.

Please note that this is an extension to an existing agreement and that the in-situ analyst is already providing similar services to Lehman Brothers.

## ANNEX 2: PROJECT PLANS, DELIVERY DATES AND MILESTONES

Not known at this stage though all planning will be performed by Lehman Brothers' employees. Strategic Systems Solutions' consultants will aim to adhere to these plans as directed.

## ANNEX 3: PRICES, FEES AND CHARGES

**One senior mainframe systems analyst will be supplied as part of this agreement. The cost will be as follows:-**

- **$720 per day. The total amount of this Transaction Schedule will not exceed $150,000.00. Additional funding for this project may be obtained via an amendment to this Transaction Schedule approved by both parties.**
- **Term of Charges: May 1, 2008 – November 30, 2008**
- **Invoices will be sent to the appropriate department/individual at Lehman Brothers in New York.**

## ANNEX 4: DELIVERABLE SPECIFICATIONS

**All deliverables will be documented in accordance with the systems development documentation standards already in place at Lehman Brothers.**

## ANNEX 5: PROJECT MANAGERS

| Supplier | Customer |
|---|---|
| Name: Keith Shepherdson<br>Address: 31-35 Grainger St, Newcastle upon Tyne, NE1 5JE, England | Name: _____<br>Address: _____<br>_____<br>Email: _____<br>Tel: _____ |
| Email: Keith.Shepherdson@sssworldwide.com<br>Tel: +44 191 2229087<br>Mob: +44 78844 30221<br>Fax: +44 191 2229099 | Mob: _____<br>Fax: _____ |

## ANNEX 6: KEY PERSONNEL

The systems analyst will be based in Newcastle upon Tyne, England, where an existing team of mainframe developers working on the SSS Lehman Brothers account is already situated. It is hoped that co-location will provide the opportunity for the analyst to leverage the detailed ITS systems knowledge that the existing team have already gained.

The analyst in question is:-

1) Colin Dooley

## ANNEX 7: PERFORMANCE STANDARDS/SERVICE LEVELS FOR SERVICES

Any status reports and/or meetings will be in accordance with Lehman Brothers standards and requirements.

## ANNEX 8: EXPORT CONTROL

N/A

## ANNEX 9: ADDITIONAL AGREED-UPON PROVISIONS

1. Task and Staffing Plan

One resource for 6 months duration.

2. Subcontractors

NA

3. Service Locations

Newcastle upon Tyne, England.

Services into Lehman Brothers to be delivered remotely via internet based access to the Lehman Brothers mainframe.

4. Use of Customer Facilities and Resources

Resources will be based in Newcastle upon Tyne, England. Supplying in to New York ITS Operations IT.

All equipment will be provided by Strategic Systems Solutions.

Appropriate Lehman Brothers systems accounts and mainframe IDs will need to be provided by Lehman Brothers. (Please note that these already exist.)

5. Supplier Facilities and Resources

None.

6. Other Terms.

N/A