# Exhibit B

**Lehmans' 'Cure Amounts'**

### Strategic Systems Solutions Inc.

| Invoice No. | Invoice Date | Date of Work | Amount (USD) |
|---|---|---|---|
| 1054 | 1/22/2008 | December 2007 | 41,262.00 |
| 1218 | 8/4/2008 | July 2008 | 15,840.00 |
| 1231 | 9/2/2008 | August 2008 | 7,920.00 |
| 1244 | 9/30/2008 | September 2008 (1st -15th) | 7,920.00 |
| | | | |
| | | | Total:    72,942.00 |