Exhibit C

*IT without boundaries*

Strategic Systems Solutions

## INVOICE

**Lehman Brothers, Inc**
**2301 Sixth Avenue**
**New York, NY 10019**

**Attn: Marie Milone mmilone@lehman.com and**
**Viral Shah viral.shah@lehman.com**

| | |
|---|---|
| **Invoice No.** | 1054 |
| **Date** | 1/22/2008 |
| **Account No.** | Lehman |
| **Professional Services** | |
| **Supp No-** | |
| | Con000000021914 |
| **Schedule No** | Psts-1-000000021915 |

| Quantity | Details | Unit Price | Net Amount | TAX |
|---|---|---|---|---|
| | Lehman Brothers Inc.Schedule No. PSTS-1-Con000000021915 | | | |
| | **Period December 1-31 2007** | | | |
| 14 | Smith, Barry | $571.00 | $7,994.00 | $0.00 |
| 17 | Atkin, Tony | $571.00 | $9,707.00 | $0.00 |
| 11 | Young, Geoff | $571.00 | $6,281.00 | $0.00 |
| 14 | Church, Kevin | $720.00 | $10,080.00 | $0.00 |
| 10 | Dooley, Colin | $720.00 | $7,200.00 | $0.00 |
| | **Lehman Brothers Inc. Project Manager Simon Meacher** | | | |

**Questions to Steve Daly at 215-706-2452 or steve.daly@sssworldwide.com**
**Danyel Solar at 215-706-2400 or danyel.solar@sssworldwide.com**

**All Prices are in US Dollars**

| | | |
|---|---|---|
| Terms of Payment: 10 Days | **Total Net** | $41,262.00 |
| Account Name: Strategic Systems Solutions, Inc. Please remit to | **Total VAT** | $0.00 |
| Strategic Systems Solutions Inc. 300 Lakeside Drive Suite 200 Horsham, PA 19044 | **Invoice Total** | $41,262.00 |

*IT without boundaries*

Strategic Systems Solutions

INVOICE

| Lehman Brothers, Inc | |
|---|---|
| 2301 Sixth Avenue | |
| New York, NY 10019 | |

Attn: Marie Milone mmilone@lehman.com and
Viral Shah viral.shah@lehman.com

| Invoice No. | 1218 |
|---|---|
| Date | 8/4/2008 |
| Account No. Professional Supp No- | Lehman Services |
| | Con000000021914 |
| Schedule No | Psts-1-000000021915 |

| Quantity | Details | Unit Price | Net Amount | TAX |
|---|---|---|---|---|
| | Lehman Brothers Inc.Schedule No. PSTS-1-Con000000021915 | | | |
| | | | | |
| | **Period July 1-31 2008** | | | |
| 22 | Dooley, Colin | $720.00 | $15,840.00 | $0.00 |
| | Lehman Brothers Inc. Project Manager Simon Meacher | | | |

Questions to Steve Daly at 215-706-2452 or steve.daly@sssworldwide.com
Danyel Solar at 215-706-2400 or danyel.solar@sssworldwide.com

**All Prices are in US Dollars**

| | | |
|---|---|---|
| Terms of Payment: 10 Days | Total Net | $15,840.00 |
| Account Name: Strategic Systems Solutions, Inc. | | |
| Please remit to | Total VAT | $0.00 |
| Strategic Systems Solutions Inc. | | |
| 300 Lakeside Drive Suite 200 | Invoice Total | $15,840.00 |
| Horsham, PA 19044 | | |

*IT without boundaries*

Strategic Systems Solutions

## INVOICE

Lehman Brothers, Inc
2301 Sixth Avenue
New York, NY 10019

Attn:Viral Shah viral.shah@lehman.com

| | |
|---|---|
| Invoice No. | 1231 |
| Date | 9/2/2008 |
| Account No. | Lehman |
| Professional Services | |
| Supp No- | |

Con000000021914

Schedule No   Psts-1-000000021915

| Quantity | Details | Unit Price | Net Amount | TAX |
|---|---|---|---|---|
| | Lehman Brothers Inc.Schedule No. PSTS-1-Con000000021915 | | | |
| | Period August 1-31 2008 | | | |
| 11 | Dooley, Colin | $720.00 | $7,920.00 | $0.00 |
| | Lehman Brothers Inc. Project Manager Simon Meacher | | | |

Questions to Steve Daly at 215-706-2452 or steve.daly@sssworldwide.com
Danyel Solar at 215-706-2400 or danyel.solar@sssworldwide.com

**All Prices are in US Dollars**

| | | |
|---|---|---|
| Terms of Payment: 10 Days | Total Net | $7,920.00 |
| Account Name: Strategic Systems Solutions, Inc. | | |
| Please remit to | Total VAT | $0.00 |
| Strategic Systems Solutions Inc. | | |
| 300 Lakeside Drive Suite 200 | Invoice Total | $7,920.00 |
| Horsham, PA 19044 | | |

*IT without boundaries*
Strategic Systems Solutions

## INVOICE

Lehman Brothers, Inc
2301 Sixth Avenue
New York, NY 10019

Attn:Viral Shah viral.shah@lehman.com

| | |
|---|---|
| Invoice No. | 1244 |
| Date | 9/30/2008 |
| Account No. | Lehman |
| Professional | Services |
| Supp No- | |

Con000000021914

Schedule No   Psts-1-000000021915

| Quantity | Details | Unit Price | Net Amount | TAX |
|---|---|---|---|---|
| | Lehman Brothers Inc.Schedule No. PSTS-1-Con000000021915 | | | |
| | **Period Sept 1-15 2008** | | | |
| 11 | Dooley, Colin | $720.00 | $7,920.00 | $0.00 |
| | Lehman Brothers Inc. Project Manager Simon Meacher | | | |

Questions to Steve Daly at 215-706-2452 or steve.daly@sssworldwide.com
Danyel Solar at 215-706-2400 or danyel.solar@sssworldwide.com

**All Prices are in US Dollars**

Terms of Payment: 10 Days
Account Name: Strategic Systems Solutions, Inc.
Please remit to
Strategic Systems Solutions Inc.
300 Lakeside Drive Suite 200
Horsham, PA 19044

| | |
|---|---|
| Total Net | $7,920.00 |
| Total VAT | $0.00 |
| Invoice Total | $7,920.00 |