**REED SMITH LLP**
    Michael J. Venditto
    Email: mvenditto@reedsmith.com
599 Lexington Avenue
New York, New York 10022
Phone: 212-521-5400
Fax:   212-521-5450

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 Case No. 08-13555- JMP |

**VERIFIED STATEMENT OF REED SMITH LLP PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Reed Smith, LLP ("Reed Smith") makes the following disclosure in connection with the chapter 11 cases (the "Cases") of Lehman Brothers Holdings, Inc., LB 745, LLC and PAMI Statler Arms LLC (the "Debtors"):

1.    Reed Smith represents the entities listed on Exhibit A hereto (the "Creditors") who may hold claims against and/or interests in one or more of the Debtors arising out of applicable agreements, law, or equity pursuant to their respective relationships with the Debtors.

2.    Each of the Creditors has separately requested that Reed Smith represent it in connection with the Cases.

3.    Upon information and belief, as of the date hereof, Reed Smith does not hold a claim against the Debtors.

4.    Reed Smith reserves the right to amend, revise and supplement these statements.

5. The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of his knowledge and belief.

Dated: New York, New York
October 15, 2008

**Reed Smith LLP**

By: *Michael J. Venditto*
     Michael J. Venditto

599 Lexington Avenue
New York, New York 10022
Phone: 212-521-5400
Fax:  212-521-5450

**EXHIBIT A TO VERIFIED STATEMENT OF REED SMITH LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

A. Galleon Buccaneer's Offshore, Ltd.

   1. Galleon Buccaneer's Offshore, Ltd., 590 Madison Avenue, New York NY 10022

   2. The claims of this Creditor arise by virtue of its contractual, statutory and/or common law rights with or against the Debtors, and/or by operation of law; as of the date hereof the amounts of such claims have not been determined.

   3. Reed Smith was employed to represent this Creditor in connection with the Cases on or about September 15, 2008.

B. GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services

   1. GE Capital Information Technology Solutions, Inc. d/b/a IKON Financial Services, 1738 Bass Road, Macon, GA 31210-1043

   2. The claims of this Creditor arise by virtue of its contractual, statutory and/or common law rights with or against the Debtors, and/or by operation of law; as of the date hereof the amounts of such claims have not been determined.

   3. Reed Smith was employed to represent this Creditor in connection with the Cases on or about September 18, 2008.

C. IKON Office Solutions, Inc.

   1. IKON Office Solutions, Inc., 3920 Arkwright, Suite 400, Macon, Georgia 31210

   2. The claims of this Creditor arise by virtue of its contractual, statutory and/or common law rights with or against the Debtors, and/or by operation of law; as of the date hereof the amounts of such claims have not been determined.

   3. Reed Smith was employed to represent this Creditor in connection with the Cases on or about September 18, 2008.

D. Qwest Corporation

   1. Qwest Corporation, Qwest Legal Department, 1801 California Street, 9th Floor, Denver, CO 80202

   2. The claims of this Creditor arise by virtue of its contractual, statutory and/or common law rights with or against the Debtors, and/or by operation of law; as of the date hereof the amounts of such claims have not been determined.

   3. Reed Smith was employed to represent this Creditor in connection with the Cases on or about September 18, 2008.

E. Qwest Communications Corporation

1. Qwest Communications Corporation, Qwest Legal Department, 1801 California Street, 9th Floor, Denver, CO 80202

2. The claims of this Creditor arise by virtue of its contractual, statutory and/or common law rights with or against the Debtors, and/or by operation of law; as of the date hereof the amounts of such claims have not been determined.

3. Reed Smith was employed to represent this Creditor in connection with the Cases on or about September 18, 2008.

F. AEGON USA Investment Management, LLC

1. AEGON USA Investment Management, LLC, 4333 Edgewood Rd NE, Cedar Rapids, IA 52499

2. The claims of this Creditor arise by virtue of its contractual, statutory and/or common law rights with or against the Debtors, and/or by operation of law; as of the date hereof the amounts of such claims have not been determined.

3. Reed Smith was employed on or about October 6, 2008, to represent AEGON USA Investment Management, LLC ("AEGON"), which is a member of the Official Committee of Unsecured Creditors ("Committee"), solely with respect to its individual claims and rights; Reed Smith does not represent AEGON in connection with its duties or responsibilities as a member of the Committee.