**HODGSON RUSS LLP**
Stephen H. Gross, Esq. (SG-9904)
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677
SGross@HodgsonRuss.com

 -and-

**STREUSAND & LANDON LLP**
G. James Landon, Esq.
Richard D. Villa, Esq.
816 Congress Avenue, Suite 1600
Austin, Texas  78701
Telephone: (512) 236-9900
Facsimile:  (512) 236-9904
Landon@StreusandLandon.com
Villa@StreusandLandon.com

*Co-Counsel for Vignette Europe Limited*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.** | Case No. 08-13555 (JMP) (Jointly Administered) |
| **Debtors.** | |

**NOTICE OF APPEARANCE OF VIGNETTE EUROPE LIMITED AND REQUEST FOR SERVICE OF PAPERS**

   Hodgson Russ LLP (Stephen H. Gross, Esq.) and Streusand & Landon LLP (G. James Landon, Esq. and Richard D. Villa, Esq.) hereby enters its appearance under Bankruptcy Rule 9010(b), on behalf of **VIGNETTE EUROPE LIMITED** (Vignette), in the above-

- 2 -

captioned bankruptcy case. Hodgson requests that all notices given or required to be given in this action and all papers served or required to be served in this case or in any proceeding arising in or related to this case be give to and served upon the following persons:

| | |
|---|---|
| **HODGSON RUSS LLP**<br>Attn: Stephen H. Gross, Esq.<br>60 East 42nd Street, 37th Floor<br>New York, New York 10165-0150<br>Telephone: (212) 661-3535<br>Facsimile: (212) 972-1677<br>Email: SGross@HodgsonRuss.com | **STREUSAND & LANDON LLP**<br>Attn: G. James Landon, Esq.<br>Attn: Richard D. Villa, Esq.<br>816 Congress Avenue, Suite 1600<br>Austin, Texas 78701<br>Telephone: (512) 236-9900<br>Facsimile: (512) 236-9904<br>Email: Landon@StreusandLandon.com<br>Email: Villa@StreusandLandon.com |

As authorized by Section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, email, facsimile or otherwise, that affects or seeks to affect in any way the Debtor or the property of the Debtor or any of the rights or interests held or asserted by Vignette with respect to the Debtor or property of the Debtor.

This request under Bankruptcy Rule 2002 is not and may not be deemed or construed to be a waiver of any of Vignette's substantive or procedural rights, including any right (a) to require that where any adversary proceeding is initiated against Vignette in this or any related case or where any proceeding is initiated by complaint against Vignette under applicable non-bankruptcy law, service be made on Vignette in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and

000161/00890 Litigation 6319693v1

- 3 -

that service upon undersigned counsel is insufficient for such purposes; (b) to have any final order in a non-core matter entered only after <u>de novo</u> review by the United State District Court; (c) to trial by jury in any proceedings so triable in this case or in any case; controversy, or proceeding related to this case; or (d) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action, defense, setoff or recoupment to which Vignette is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Vignette expressly reserves.

Dated: October 15, 2008
New York, New York

Respectfully submitted,

By:  /s/ Stephen H. Gross
Stephen H. Gross, Esq. (SG-9904)
**Hodgson Russ LLP**
60 East 42nd Street, 37th Floor
New York, New York  10165-0150
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677
sgross@hodgsonruss.com

-and-

G. James Landon, Esq.
Richard D. Villa, Esq.
**Streusand & Landon LLP**
816 Congress Avenue, Suite 1600
Austin, TX 78701
Telephone: (512)236-9901
Facsimile: (512) 236-9904

**ATTORNEYS FOR VIGNETTE EUROPE LIMITED**