CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375
Jennifer C. DeMarco, Esq. (JD-9284)
Wendy Rosenthal, Esq. (WR-4461)

*Attorneys for Calyon*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors.

------------------------------x

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I, Wendy Rosenthal, an attorney admitted to practice in the State of New York, hereby certify that a true and correct copy of Calyon's Objection to Cure Amount dated October 13, 2008 [Docket No. 877] was served upon (a) Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee P. Granfield, Esq. and Lisa M. Schweitzer, Esq.); Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori R. Fife, Esq. and Shai Y. Waisman, Esq.); and Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004 (Attn: Jeffrey S. Margolin, Esq.) by e-mail and federal express and (b) by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

Dated: October 15, 2008
       New York, New York

By:   /s/ Wendy Rosenthal
      Wendy Rosenthal

NYA907558.1