Stephen H. Gross
Hodgson Russ
60 E. 42nd Street, 37th Fl.
New York, NY 10165

and

G. James Landon
Richard D. Villa
Streusand & Landon, LLP
816 Congress Ave., Ste. 1600
Austin, TX 78701

Attorneys for Vignette Europe Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | § | Chapter 11 |
|---|---|---|
|  | § |  |
| LEHMAN BROTHERS HOLDINGS, | § |  |
| INC. et al. | § | Case No. 08-13555 (JMP) |
| Debtors. | § |  |
|  | § | (Jointly Administered) |

**VIGNETTE EUROPE LIMITED'S LIMITED OBJECTION TO
THE FOURTH OMNIBUS NOTICE OF ASSUMPTION AND
ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Vignette Europe Limited ("Vignette"), a wholly-owned subsidiary of Vignette Corporation, hereby files this Limited Objection to the Debtors' Fourth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases ("Limited Objection"), and in support of this Limited Objection, Vignette will show as follows:

**I. Relevant Background**

1.  On September 15, 2008 ("Petition Date"), and on various dates thereafter, Lehman Brothers Holdings, Inc. and certain affiliates (collectively, "Debtors") filed

8. Because the Notice alleges that the cure amount for the Contract is $0.00, Vignette objects to the assumption and assignment of the Contract to the extent that Debtors do not provide for prompt payment of the proper cure amount to Vignette under 11 U.S.C. § 365(b).

### III. Reservation of Rights

9. By submitting this Limited Objection and objecting only to the proposed cure amount, Vignette does not waive and hereby reserves any and all further objections to any proposed assumption and assignment of the Contract.

### IV. Conclusion & Prayer

WHEREFORE, for the foregoing reasons, Vignette respectfully requests that the Court sustain this Limited Objection, require prompt payment of the actual cure amount of $282,380.60 in U.S. dollars for the assumption and assignment of the Contract, and grant such other and further relief as this Court deems just and proper.



◊◊◊◊◊

Dated: October 15, 2008

          Respectfully submitted,

By:   /s/ Stephen H. Gross_____
     Stephen H. Gross, Esq. (SG-9904)
     **Hodgson Russ LLP**
     60 East 42nd Street, 37th Floor
     New York, New York 10165-0150
     Telephone: (212) 661-3535
     Facsimile: (212) 972-1677
     sgross@hodgsonruss.com

-and-

G. James Landon, Esq.
Richard D. Villa, Esq.
**Streusand & Landon LLP**
816 Congress Avenue, Suite 1600
Austin, TX 78701
Telephone: (512)236-9901
Facsimile: (512) 236-9904

**ATTORNEYS FOR VIGNETTE EUROPE LIMITED**

**EXHIBIT A**



**VIGNETTE**

Vignette Europe Limited
Voyager Place, Shoppenhangers Road
Maidenhead, Berks. SL6 2PJ
Tel: +44 (0) 1628 772000
Fax: +44 (0) 1628 772288
Web: http://www.vignette.com

# INVOICE

REMIT TO:

Vignette Europe Ltd
Voyager Place
Shoppenhangers Road
Maidenhead Berkshire SL6 2PJ

Tax Reference: GB 799169748

INVOICE ADDRESS:

ACCOUNTS PAYABLE
CAPSTONE MORTGAGE SERVICES LIMITED
ACCOUNTS PAYABLE
PO BOX 50559
LONDON E14 5WU

DELIVERY ADDRESS:

SIMON HURLL
CAPSTONE MORTGAGE SERVICES LIMITED
IT SUPPORT
GROUND FLOOR, 6 BROADGATE
LONDON EC2M 2QS

Invoice

| NUMBER | | |
|---|---|---|
| 22003201 | | |
| DATE + TAX POINT | PAGE | |
| 19-AUG-08 | 1 of 1 | |
| PURCHASE ORDER NUMBER | | |
| OUR REFERENCE | | |
| SALES ORDER NUMBER | | |
| CUSTOMER NO. | LOCATION NO. | |
| 56180 | LONDON | |

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT |
|---|---|---|---|
| NET 30. | 18-SEP-08 | | ACCOUNTS PAYA |

| ITEM NO. | Invoice | | QUANTITY ORDERED | BACK ORDERED | DESPATCHED | VAT | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | Back, Norman | Senior Consultant - VP | 1 | | 1 | | 2,362.50 | 2,362.50 |
| | | 18.00 Hrs @ 131.25 | | | | | | |
| 2 | TRAVEL EXPENSES | | 1 | | 1 | | 69.40 | 69.40 |
| | Tax Summary by Tax Name | | | | | | | |
| | Tax UKSTD  @ 17.50 | | | | | | | 425.59 |

| | SUB TOTAL | VAT | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| CAPSTONE AOW CAP701 | 2,431.90 | 425.59 | 0.00 | 2,857.49 |
| | | | | Currency: GBP |

VAT REGISTRATION NO. GB 707 4912 33

Bank Details: Barclays, St Albans AL1 3AN
Sort Code: 20-74-09  A/C: 5039 4483
IBAN: GB06 BARC 20740950 3944 83
SWIFT: BARCGB22

**IF YOU HAVE ANY QUERIES CONCERNING THIS INVOICE
PLEASE EMAIL OUR ACCOUNTS DEPARTMENT ON AR.UK@VIGNETTE.COM**



**VIGNETTE**

Vignette Europe Limited
Voyager Place, Shoppenhangers Road
Maidenhead, Berks. SL6 2PJ
Tel: +44 (0) 1628 772000
Fax: +44 (0) 1628 772288
Web: http://www.vignette.com

# INVOICE

REMIT TO:

Vignette Europe Ltd
Voyager Place
Shoppenhangers Road
Maidenhead Berkshire SL6 2PJ

Tax Reference: GB 799169748

INVOICE ADDRESS:

ACCOUNTS PAYABLE
CAPSTONE MORTGAGE SERVICES LIMITED
ACCOUNTS PAYABLE
PO BOX 50559
LONDON E14 5WU

DELIVERY ADDRESS:

SIMON HURLL
CAPSTONE MORTGAGE SERVICES LIMITED
IT SUPPORT
GROUND FLOOR, 6 BROADGATE
LONDON EC2M 2QS

| | |
|---|---|
| Invoice NUMBER | 22003201 |
| DATE + TAX POINT | 19-AUG-08 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| OUR REFERENCE | |
| SALES ORDER NUMBER | |
| CUSTOMER NO. | 56180 |
| LOCATION NO. | LONDON ( |

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT |
|---|---|---|---|
| NET 30. | 18-SEP-08 | | ACCOUNTS PAYA |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORDERED | DESPATCHED | VAT | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Back, Norman      Senior Consultant - VP | 1 | | 1 | | 2,362.50 | 2,362.50 |
| | 18.00 Hrs @ 131.25 | | | | | | |
| 2 | TRAVEL EXPENSES | 1 | | 1 | | 69.40 | 69.40 |
| | | | | | | | |
| | Tax Summary by Tax Name | | | | | | |
| | ------------------------------------- | | | | | | |
| | Tax UKSTD      @ 17.50 | | | | | | 425.59 |

| | SUB TOTAL | VAT | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| CAPSTONE AOW CAP701 | 2,431.90 | 425.59 | 0.00 | 2,857.49 |
| | | | | Currency: GBP |

VAT REGISTRATION NO. GB 707 4912 33

Bank Details: Barclays, St Albans AL1 3AN
Sort Code: 20-74-09  A/C: 5039 4483
IBAN: GB06 BARC 20740950 3944 83
SWIFT: BARCGB22

**IF YOU HAVE ANY QUERIES CONCERNING THIS INVOICE
PLEASE EMAIL OUR ACCOUNTS DEPARTMENT ON AR.UK@VIGNETTE.COM**