Michael S. Etkin, Esq. (ME 0570)
Timothy R. Wheeler, Esq. (TW 3466)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
       -and-
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2480 (Telephone)
(973) 597-2841 (Facsimile)

*Attorneys for Spiral Binding Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

**Kim Marie LaFiura**, being of full age, hereby certifies as follows:

1.　　I am a paralegal employed by the law firm of Lowenstein Sandler, PC, attorneys for Spiral Binding Company, Inc. ("Spiral"). As such, I have knowledge of the facts set forth herein.

2.　　I hereby certify that on October 15, 2008, I caused a true and correct copy of the following document(s) to be served upon the parties indicated on the attached service list, in the manner listed therein:

　　　　　*a. Objection to Cure Amounts and Reservation of Rights.*

-1-

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

                                               */s/ Kim Marie LaFiura*
                                               Kim Marie LaFiura, Paralegal

Dated: October 15, 2008

# SERVICE LIST

*Via Federal Express*

Honorable James M. Peck
United States Bankruptcy Court
For the Southern District of New York
One Bowling Green, 6th Floor
New York, NY 10004-1408

Lori Fife, Esq.
Shai Y. Waisman, Esq.
Lehman Brothers Holdings, Inc.
LB745 LLC
c/o Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Jeffery S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York NY 10004

James Tecce, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010