Michael S. Etkin, Esq. (ME 0570)
Timothy R. Wheeler, Esq. (TW 3466)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
    -and-
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2480 (Telephone)
(973) 597-2841 (Facsimile)

*Attorneys for Spiral Binding Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION OF SERVICE**

**Timothy R. Wheeler**, being of full age, hereby certifies as follows:

1. I am an attorney employed by the law firm of Lowenstein Sandler, PC, attorneys for Spiral Binding Company, Inc. ("Spiral"). As such, I have knowledge of the facts set forth herein.

2. I hereby certify that on October 15, 2008, I caused a true and correct copy of the following document(s) to be served upon the parties indicated on the attached service list, in the manner listed therein:

   *a. Objection to Cure Amounts and Reservation of Rights.*

-1-

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I understand I am subject to the penalty of perjury.

                                                 */s/ Timothy R. Wheeler*
                                                 Timothy R. Wheeler, Esq.

Dated: October 15, 2008

# SERVICE LIST

*Via Email*

richard.krasnow@weil.com
lori.fife@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com
DDunne@milbank.com
DODonnell@milbank.com
EFleck@milbank.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
lacyr@sullcrom.com
feldsteinh@sullcrom.com
jaschlegel@jonesday.com
rengman@jonesday.com
zclement@fulbright.com
erhyne@fulbright.com
jallender@fulbright.com