Steven E. Fineman (SF 8481)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Tel.: (212) 355-9500

Elizabeth J. Cabraser (*pro hac vice* admission pending)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000

*Counsel for the Certified Class in Austin v. Chisick*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | **Jointly Administered** |
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC., | SIPA Liquidation Proceeding |
| Defendant. | |
| In re: | |
| LEHMAN COMMERCIAL PAPER, INC., | Case No. 08-13900 (JMP) |
| Debtor. | |

785838.1

### NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAYS TO PROCEED WITH CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that on November 5, 2008, at 10:00 a.m. (New York time) or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, New York 10004, to consider the motion of the certified Class in *Austin, et al. v. Chisick, et al.*, Case No. SA CV 01-0971 DOC ("*Austin v. Chisick*") (pending in the United States District Court for the Central District of California before the Honorable David O. Carter) for relief from the automatic stays in effect as to Lehman Brothers Inc. ("LBI") and Lehman Commercial Paper, Inc. ("LCPI") to allow the settlement in *Austin v. Chisick* between Class members and LBI and LCPI to proceed (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the deadline for filing objections, if any, to the Motion is October 31, 2008, at 4:00 p.m. (New York time) and any objection must be: (a) in writing, stating the name of the objecting party, and shall state with particularity the reasons for the objection; (b) filed with the Clerk of the Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (with a courtesy copy to Judge Peck's Chambers) in accordance with the procedures in the paragraph immediately below; and (c) served upon the undersigned counsel for movants so as to be received no later than October 31, 2008.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be filed: (a) through the Bankruptcy Court's electronic filing system; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of the

1

785838. 1

document, the document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in either Word, WordPerfect, or DOS text (ASCII) format to the Clerk of the Bankruptcy Court with a label containing the information indicated in section (b) of this paragraph. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph.

**PLEASE TAKE FURTHER NOTICE** that the Court may grant the relief requested in the Motion without a hearing if no objections to the Motion are timely filed and served.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion may be adjourned from time to time, without further notice to parties in interest, other than the announcement of the adjourned date or dates at the hearing.

Dated: New York, New York
October 15, 2008

> By: /s/ Steven E. Fineman
> Steven E. Fineman
> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
> 780 Third Avenue, 48th Floor
> New York, NY 10017-2024
> Tel.: (212) 355-9500
>
> Elizabeth J. Cabraser
> (*pro hac vice* admission pending)
> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
> Embarcadero Center West
> 275 Battery Street, 30th Floor
> San Francisco, CA 94111-3339
> Tel.: (415) 956-1000
>
> *Counsel for the Certified Class in Austin v. Chisick*

2

785838. 1