UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                            :
                                                 :          Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., :
*et al*,
                                                 :          Case No. 08-135555 (JMP)
                        Debtor.        :
------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                              )   ss.:
COUNTY OF NEW YORK    )

ALEXIS LUCISANO, being sworn, deposes and says:

1.  I am not a party to this action, am over eighteen years of age, am a resident of Queens County, and am an employee of Fox Rothschild LLP, 100 Park Avenue, 15th Floor, New York, New York 10017.

2.  On October 15, 2008, I served a true and correct copy of the following document:

    (i)    Objection to Cure Amounts and Reservation of Rights

upon the following parties at the listed address designated for that purpose by depositing true copies of the same enclosed in an overnight delivery post-paid properly addressed wrapper in an official depository under the exclusive care and custody of FedEx within the State of New York:

    Tracy Hope Davis
    Office of the United States Trustee
    33 Whitehall Street, 21st Floor
    New York, NY 10004

    James B. Kobak, David Wiltenburg and Jeff Margolin
    Hughes Hubbard & Reed LLP
    One Battery Park Plaza
    New York, NY 10004

**NY1 417582v1 10/15/08**

Lindsee Granfield & Lisa Schweitzer
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Lori R. Fife and Shai Y. Waisman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dennis Dunne, Luc Despins and Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

*s/ Alexis Lucisano*
Alexis Lucisano

Sworn to before me this
15th day of October, 2008

*s/ Fred Stevens*
Fred Stevens
Notary Public, State of New York
No. 02ST6037653
Qualified in New York County
Commission Expires February 22, 2010

**NY1 417582v1 10/15/08**