UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings, Inc., et al.,

                    Debtors.

Chapter 11

Case No. 08-13555 (JMP)

Re: Dkt No. 918, 919, 920 & 922

## AFFIDAVIT OF SERVICE

State of New York    )
                    )  ss.:
County of New York  )

      Robert Ajiashvili, being duly sworn, deposes and says:

      1.      I am over the age of eighteen (18) years and am not a party to this action.  I reside in New York, New York.

      2.      On October 14, 2008, I served a true and correct copy of (i) Notice of Appearance, dated October 14, 2008; (ii) Motion for Admission to Practice Pro Hac Vice of Robbin L. Itkin, dated October 14, 2008; (iii) Motion for Admission to Practice Pro Hac Vice of Katherine C. Piper, dated October 14, 2008; and (iv) Limited Objection of Korea Investment & Securities Co., Ltd. and True Friend 4th Securitization Specialty Co., Ltd. to Debtors' Motion to (A) Establish Sales Procedures; (B) Approve a Seller Termination Fee and a Reimbursement Amount; and (C) Approve the Sale of the Purchased Assets and the Assumption and Assignment of Contracts Relating to the Purchased Assets, dated October 14, 2008, to be delivered by:

(a)    First-Class United States Mail to those parties listed on the attached

Exhibit "A" on October 14, 2008;

(b)    facsimile to those parties listed on the attached Exhibit "B" on October 14,

2008;

(c)    hand delivery to those parties listed on the attached Exhibit "C" on

October 14, 2008.


Robert Ajiashvili


Sworn to before me on
October 15 , 2008

Notary Public

**LARA E. ROMANSIC**
**Notary** Public, State Of New York
No. 02RO6088797
Qualified in New York County
**Commission** Expires 03/17/2011

2

**Exhibit A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
JAMES W. GIDDENS
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN
MEREDITH A. LAHAIE
(COUNSEL FOR THE INFORMAL NOTEHOLDER GROUP)
590 MADISON AVENUE
NEW YORK, NY 10022-2524

ARAPAHOE COUNTY ATTORNEY'S OFFICE
ATTN: GEORGE ROSENBURG, ASSISTANT COUNTY ATTY
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
(COUNSEL TO VERIZON COMMUNICATIONS INC.)
171 17TH STREET NW,
SUITE 2100
ATLANTA, GA 30363-1031

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE DEPARTMENT OF TAXATION
AND FINANCE)
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN INFORMATION MANGEMENT)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN & RONALD J. SILVERMAN
STEVEN WILAMOWSKY
(COUNSEL TO HARBINGER CAPITAL PARTNERS & HARBERT)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL PARTNERS & HARBERT)
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL INC, UBS
FINANCIAL SERVICES OF PUERTO RICO)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL INC. AND
UBS FINANCIAL SRVS OF PUERTO RICO)
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S SABIN AND RONALD J SILVERMAN
(COUNSEL TO HARBINGER CAPITAL PARTNERS SPECIAL
SITUATIONS FUND LP AND HARBINGER CAPITAL PARTNERS
MASTER FUND I, LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL PARTNERS SPECIAL
SITUATIONS FUND LP AND HARBINGER CAPITAL PARTNERS
MASTER FUND I, LTD)
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND
STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK SECURITIES INC.)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO DEUSTCHE BANK SECURITIES INC.)
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ, AS COUNSEL FOR
THOMSON REUTERS PLC & THOMSON REUTERS CORP
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTS AMERICAS)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE CREDIT CORPORATION)
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10017

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP, INC & CITIBANK, NA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
(COUNSEL TO MORGAN STANLEY & CO. AND
CHILTON NEW ERA PARTNERS, L.P.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS, LLC AND MORGAN
STANLEY & CO. INCORPORATED AND AFFILIATES)
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND
L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER
FRANLIN H. TOP, & JAMES HEISER
(COUNSEL TO US BANK NATL ASSOC. & BANK OF MONTREAL
NATL AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603

Master Service List (as of 10/08/2008 17:49:21)

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.
(COUNSEL TO CREDIT SUISSE)
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER
JAMES I. MCCLAMMY
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP)
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
(COUNSEL TO ROCK-FORTY NINTH LLC, ROCKEFELLER
CENTER ET AL.)
919 THIRD AVENUE
NEW YORK, NY 10022

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN
(COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC)
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND DONALD M. BADACZEWSKI
(COUNSEL TO RUSSELL INVESTEMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK & JUDY G.Z. LIU
(COUNSEL TO BANK OF NEW YORK MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Master Service List (as of 10/08/2008 17:49:21)

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN
& WILLIAM C. HEUER
(COUNSEL TO ROYAL BANK OF SCOTLAND)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL
(COUNSEL TO ALLIANZ GLOBAL  INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING
GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654

FRASER STRYKER PC LLO
ATTN: MICHAEL L. SCHLEICH, ESQ.
(COUNSEL TO TATA COMMUNICATIONS SERVICES INC.)
500 ENERGY PLAZA
409 17TH STREET
OMAHA, NE 68102

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY FUNDS)
200 PARK AVENUE
NEW YORK, NY 10166-0193

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORP.)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND
LYON CAPITAL VENTURES)
TWO PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806

HOLLAND & KNIGHT LLP
ATTN: PETER A. ZISSER
(COUNSEL TO MONUMENT REALTY LLC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO M. ARTHUR GENSLER JR AND ASSOC, INC.,
GENSLER ARCHITECTURE, DESIGN AND PLANNING, P.C.)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO COSTELLO MAIONE SCHUCH INC.,
DBA CMS INNOVATIVE CONSULTANTS)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN
(COUNSEL TO BAY HARBOUR MGMT LC, BAY HARBOUR MSTR,
TROPHY HUNETR INVST, BHCO MASTER, MSS DISTRESSED
& OPPORTUNITIES 2 AND INSTITUTIONAL BENCHMARKS)
1633 BROADWAY

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND
LAUREN ATTARD
(COUNSEL TO WELLS FARGO BANK, NA & WELLS FARGO&CO)
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND
IGI RESOURCES)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND
IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN INTERNATIONAL
CORPORATION ANDD TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP
ATTN: JEFFREY KURTZMAN, ESQ.
(COUNSEL TO PJM INTERCONNECTION, L.L.C.)
260 S. BROAD STREET
PHILADELPHIA, PA 19102

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C
LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC,
M. BRIAN MAHER AND BASIL MAHER)
800 THIRD AVENUE
NEW YORK, NY 10022

KOBRE & KIM LLP
ATTN: MICHAEL KIM, ROBERT HENOCH, ANDREW LOURIE,
STEVEN PERLSTEIN, IAN LEVY
(COUNSEL TO ABM INDUSTRIES, INC.)
800 THIRD AVENUE
NEW YORK, NY 10022

KOBRE & KIM LLP
ATTNT: MICHAEL S KIM, ROBERT W HENOCH, STEVEN W
PERLSTEIN, ANDREW C LOURIE AND IAN N LEVY
(COUNSEL TO NORTHGATE MINERALS CORPORATION)
800 THIRD AVENUE
NEW YORK, NY 10022

KOBRE & KIM LLP
ATTN: MICHAEL S KIM, ROBERT W HENOCH, ANDREW C
LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
(COUNSEL TO 4KIDS ENTRETAINMENT, INC.)
800 THIRD AVENUE
NEW YORK, NY 10022

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH CNTR)
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON
(COUNSEL TO FANNIE MAE)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

Master Service List (as of 10/08/2008 17:49:21)

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

LAW OFFICES OF ROBERT E. LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ.
(COUNSEL TO CARROLLTON-FARMERS BRANCH INDEPENDENT
SCHOOL DISTRICT)
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO DALLAS COUNTY AND TARRANT COUNTY)
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN
(COUNSEL TO AVAYA INC.)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.
(COUNSEL TO CANADIAN IMPERIAL BANK, CIBC WOLRD MKT
CIBC WOLRD MARKETS INC.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN
(COUNSEL TO SUMITOMO MITSUI BANKING CORP, SMBC
CAPITAL MKTS, AND SUMITOMO MITSUI BRUSSELS BRANCH)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND MAYER BROWN
(COUNSEL TO SOCIETE GENERALE)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
JEFFREY G. TOUGAS, AMIT K. TRHAN
(COUNSEL TO WASHINGTON MUTUAL BANK AND
WASHINGTON MUTUAL, INC.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS
AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1675 BROADWAY
NEW YORK, NY 10019

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.)
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4096

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.)
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN
(COUNSEL TO THE TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS
SEVENTH FLOOR
NEW YORK, NY 10105

Master Service List (as of 10/08/2008 17:49:21)

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO THE TORONTO-DOMINION BANK)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN AND KENNETH M. MISKEN
(COUNSEL TO SPRINT NEXTEL CORP, SPRINT SOLUTIONS)
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA 22102

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300 PO BOX 9194
GARDEN CITY, NY 11530

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MORELLI & GOLD, LLP
ATTN: RICHARD L. GOLD, ESQ.
(COUNSEL TO A-V SERVICES, INC.)
380 LEXINGTON AVENUE
NEW YORK, NY 10168

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO 100-6529,
JAPAN

Master Service List (as of 10/08/2008 17:49:21)

MORRISON & FOERSTER LLP
ATTN: BRETT H. MILLER, ESQ.
(COUNSEL TO FONDO LATINOAMERICANO DE RESERVAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE BANKING CORP. LTD. &
INFORMAL GROUP OF TAIWAN FINANCIAL INSTITUITONS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH
(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX 78701-3057

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN
(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)
3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX 75201-6659

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
JAPAN

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: CHRISTOPHER M. DESIDERIO
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

Master Service List (as of 10/08/2008 17:49:21)

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD)
230 PARK AVENUE
NEW YORK, NY 10169-0075

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO EUROPEAN BANK FOR RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: HARVEY A. STICKON (HS5210)
(COUNSEL TO GENERAL ELECTRIC CAPITAL CORP)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PENSION BENEFIT GUARANTY CORPORATION
ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL
SARA B. EAGLE, COLIN B. ALBAUGH
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK, FSB)
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK, FSB)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
(COUNSEL TO CITY OF FARMERS BRANCH, JOHNSON COUNTY
ARLINGTON ISD, MANSFIELD ISD, BURLESON, ISD
CITY OF BURLESON)
P.O. BOX 13430
ARLINGTON, TX 76094-0430

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
(COUNSEL TO 250 EAST BORROWER LLC, EAST 46TH
BORROWER LLC, HALE AVENUE BORROWER LLC)
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK, ESQ.
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND
SCOTT C. SHELLEY
(COUNSEL TO SPECIAL COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF LBH INC.)
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ
(COUNSEL TO SOMERSET PROPERTIES SPE LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
ATTN PAUL A RACHMUTH ESQ
COUNSEL TO GALLEON BUCCANEER'S OFFSHORE LTD
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION TECHNOLOGY
SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES,
QWEST CORP, QWEST COMM CORP, IKON OFFICE SOL.)
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: LUMA AL-SHIBIB
(COUNSEL TO GE CAPITAL INFORMATION TECHNOLOGY
SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES,
QWEST CORP, QWEST COMM CORP, IKON OFFICE SOL.)
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORPORATION AND MICROSOFT
LICENSING)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168

SALANS
ATTN: CLAUDE MONTGOMERY & LEE WHIDDEN
(COUNSEL TO SVENSKA HANDELSBANKEN AB)
620 FIFTH AVENUE
NEW YORK, NY 10020

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169

SHEAK & KORZUN, P.C.
ATTN: TIMOTHY J. KORZUN, ESQ.
(COUNSEL TO VOLLERS EXCAVATING & CONSTRUSTION,INC)
1 WASHINGTON CROSSING ROAD
PENNINGTON, NJ 08534

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
(COUNSEL TO COLLINS BUILDING SERVICES, INC.)
655 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10017

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN CARREN SHULMAN & RUSSELL RIED ESQS
COUNSEL FOR THE BANK OF NEW YORK MELLON
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC., GARTNER UK LIMITED AND
COMPUTER FINANCIAL CONSULTANTS INC.)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO TANGOE, INC.)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO OPEN SOLUTIONS INC.)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER, LP C/O
PARAMOUNT GROUP, INC.)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022

STINSON MORRISON HECKER LLP
ATTN: DARRELL W. CLARK, ESQ.
(COUNSEL TO EXEGY INCORPORATED)
1150 18TH STREET, NW
SUITE 800
WASHINGTON, DC 20036

Master Service List (as of 10/08/2008 17:49:21)

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK LTD)
180 MAIDEN LANE
NEW YORK, NY 10038

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,
JAPAN

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN
(COUNSEL TO CHEVRON NATURAL GAS)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN AND DEMETRA L. LIGGINS
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)
919 THIRD AVENUE
39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533

TISHMAN SPEYER PROPERTIES, L.P.
ATTN: ANN MENARD, ESQ
ATTN: BRADLEY TURK, ESQ.
ATTN: NED BANNON
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND
NED BANNON
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

TRAVELERS
NATIONAL ACCOUNTS
ATTN: CLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

TROUTMAN SANDERS LLP
ATTN: HORACE T. COHEN & PAUL H. DEUTCH
(COUNSEL TO BANK OF CHINA)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND
MICHAEL A. SHINER
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003

VEDDER PRICE P.C.
ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COUNSEL TO PURSUIT CAPITAL PARTNERS MASTER AND
PURSUIT OPPORTUNITY FUND I MASTER LTD.)
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019

Master Service List (as of 10/08/2008 17:49:21)

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ
AND JOSHUA A. FELTMAN, ESQ
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WHITE & CASE LLP
ATTN: PHILIP JOHN NICHOLS
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER
SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA
OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND
RICHARD GRAHAM
(COUNSEL TO COMMERZBANK AG, NEW YORK AND GRAND
CAYMAN BRANCHES)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN
BENITO ROMANO, JAMIE KETTEN
(COUNSEL TO AIG GLOBAL INVESTMENT CORPORATION)
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022

WILMINGTON TRUST FSB
ATTN JULIE J BECKER
8400 NORMANDALE LAKE BLVD SUITE 925
MINNEAPOLIS, MN 55437

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN & ROBERT E. NIES
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

ZEISLER @ZEISLER, P.C.
ATTN: GREGORY B. SCHILLER, ESQ.
(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)
558 CLINTON AVENUE
BRIDGEPORT, CT 06605

ACCOUNT TEMPS
12400 COLLECTIONS DRIVE
CHICAGO, IL 60693

ANZ BANKING GROUP
MICHAEL HALEVI, DIRECTOR
FINANCIAL INSTITUTIONS
1177 AVE OF THE AMERICAS
NEW YORK, NY 10036

ANZ BANKING GROUP LTD
18TH FLOOR KYOBO GUILDING
1 CHONGRO 1 KU
CHONGRO KA
SEOUL,
KOREA

AOZORA
1-3-1 KUDAN-MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

AOZORA BANK LTD
C/O KOJI NOMURA
JOINT GENERAL MANAGER/FINANCIAL INSTITUTIONS DIV
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

AT&T
PO BOX 8100
AURORA, IL 60507

AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD
MELBOURNE OFFICE
LEVEL 6, 100 QUEEN STREET
VICTORIA MELBOURNE, VIC 3000
AUSTRALIA

AUSTRALIA NATIONAL BANK
MICHAEL HALEVI
1177 AVE OF THE AMERICAS, 6TH FL
NEW YORK, NY 10036

BANK OF CHINA, NEW YORK BRANCH
ATTN: WILLIAM WARREN SMITH
CHIEF LOAN OFFICER, DEPUTY GENERAL MGR
410 MADISON AVE
NEW YORK, NY 10017

BANK OF TAIWAN, NEW YORK AGENCY
EUNICE S.J. YEH, SVP & GENERAL MGR
100 WALL ST, 11TH FL
NEW YORK, NY 10005

BEST KARPET
1477 E 357 ST
EASTLAKE, OH 44095

BNP PARIBAS
C/O FRANK SODANO
787 7TH AVE
NEW YORK, NY 10019

CHUO MITSUI TRUST & BANKING
NORIYUKI TSUMURA
3-33-1 SHIBA, MINATO-KU
TOKYO, 105-0014
JAPAN

CITIBANK NA HONG KONG BRANCH
C/O MICHAEL MAUERSTEIN
MD - FIG
388 GREENWICH ST
NEW YORK, NY 10013

CITIBANK NA HONG KONG BRANCH
FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC
44/F CITIBANK TOWER, 3 GARDEN RD
CENTRAL HONG KONG,
HONG KONG

DEMANN
16919 WALDEN
CLEVELAND, OH 44128

DIVISION WATER
PO BOX 94540
CLEVELAND, OH 44101

DNB NOR BANK ASA
ROLF NAGEL DAHL
SVP INTERNATIONAL FINANCIAL INSTITUTIONS
NO-0021
OSLO,
NORWAY

DOMINION
PO BOX 26225
RICHMOND, VA 23260

FIRST COMMERCIAL BANK CO, LTD
MALCOLM WANG, DEPUTY GENERAL MANAGER
NEW YORK AGENCY
34TH FL, 750 THIRD AVE
NEW YORK, NY 10017

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD SECTION 1
TAIPEI,
TAIWAN

IGS
PO BOX 631919
CINCINNATI, OH 45263-1919

ILLUMINATING
PO BOX 3638
AKRON, OH 44309

KBC BANK
C/O DENIS GRAHAM
125 W 55TH ST
NEW YORK, NY 10019

LLOYDS BANK
MATTHEW TUCK, NICK BRUCE, JEREMY MATHIS
1251 AVE OF THE AMERICAS, 39TH FL
PO BOX 4873
NEW YORK, NY 10163

MARBLE CARE
5184 RICHMOND RD
CLEVELAND, OH 44146

MIDWEST REALTY ADVISORS LLC
ATTN: JACK CORNACHIO
37848 EUCLID AVE
WILLOUGHBY, OH 44094

MIZUHO CORPORATE BANK LTD
TIMOTHY WHITE, MANAGING DIRECTOR
HEAD OF ORIGINATIONS
CORPORATE AND INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

MIZUHO CORPORATE BANK LTD
GLOBAL SYNDICATED FINANCE DIVISION
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8210
JAPAN

MIZUHO CORPORATE BANK LTD
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8210
JAPAN

MIZUHO CORPORATE BANK, LTD
ATTN: TIMOTHY WHITE, MANAGING DIRECTOR
CORPORATE & INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

NATIONAL AUSTRALIA BANK
ROSEMARIE O'CANTO
245 PARK AVE, 28TH FL
NEW YORK, NY 10167

NIPPON LIFE INSURANCE CO
TAKAYUKI MURAI, DEPUTY GENERAL MGR
CORPORATE FINANCE DEPT #1
1-6-6, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8288
JAPAN

NORTHEAST
PO BOX 9260
AKRON, OH 44305

RENTOKIL
8001 SWEET VALLEY DR
VALLEYVIEW, OH 44125

Master Service List (as of 10/08/2008 17:49:21)

REPUBLIC WASTE
PO BOX 9001826
LOUISVILLE, KY 40290

RMC
PO BOX 31315
ROCHESTER, NY 14603

ROCK-FORTY-NINTH LLC
ATTN: PRESIDENT/SECRETARY
C/O THE ROCKEFELLER GROUP
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

SHINKIN CENTRAL BANK
8-1, KYOBASHI 3-CHOME
CHUO-KU
TOKYO, 104-0031
JAPAN

SHINKIN CENTRAL BANK
SHUJI YAMADA, DEPUTY GENERAL MANAGER
FINANCIAL INSTITUTIONS DEPT
3-7, YAESU 1-CHOME
CHUOKU
TOKYO, 104-0028
JAPAN

SHINSEI BANK LTD
C/O TETSUHIRO TOMATA, GENERAL MGR
FINANCIAL INSTITUTIONS
BUSINESS DIV 2
1-8, UCHISAIWAICHO 2-CHOME
CHIYODA-KU
TOKYO, 100-8501
JAPAN

STANDARD CHARTERED BANK
BILL HUGHES, SVP-FIG
ONE MADISON AVE
NEW YORK, NY 10010-3603

STATLER ARMS GARAGE LLC
1111 EUCLID AVE
CLEVELAND, OH 44115

STEINGASS
754 PROGRESS DRIVE
MEDINA, OH 44256

SUMITOMO MITSUBISHI BANKING CORP
C/O YAS IMAI, SENIOR VP
HEAD OF FINANCIAL INSITUTIONS GROUP
277 PARK AVE
NEW YORK, NY 10172

Master Service List (as of 10/08/2008 17:49:21)

SUMITOMO MITSUBISHI BANKING CORP
13-6 NIHOBASHI-KODENMA-CHO
CHUO-KU
TOKYO, 103-0001
JAPAN

SVENSKA HANDELSBANKEN
C/O GAIL DOULGAS
153 E 53RD ST, 37TH FL
NEW YORK, NY 10022

TAIPEI FUBON BANK, HEAD OFFICE
NO. 36, SEC 3, NAKING, EAST RD
TAIPEI,
TAIWAN

TAIPEI FUBON BANK, NEW YORK AGENCY
ATTN: M.S. WU
100 WALL ST, 14TH
NEW YORK, NY 10005

TD SECURITY
PO BOX 81357
CLEVELAND, OH 44181

THE BANK OF NEW YORK
ATTN: RAYMOND MORISON
ONE CANADA SQUARE
CANARY WHARF
LONDON, E14 5AL
ENGLAND

THE BANK OF NEW YORK
ATTN: CHRIS O'MAHONEY
101 BARCLAY STREET
NEW YORK, NY 10286

THE BANK OF NOVA SCOTIA
GOERGE NEOFITIDIS
DIRECTOR FINANCIA INSTITUTIONS GROUP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

THE BANK OF NOVA SCOTIA
SINGAPORE BRANCH
1 RAFFLES QUAY #20-01
ONE RAFFLES QUAY NORTH TOWER
048583
SINGAPORE

TIME WARNER
PO BOX 0901
CAROL STREAM, IL 60132

UFJ BANK LIMITED
C/O STEPHEN SMALL, VP
HEAD OF FINANCIAL INSTITUTIONS
BANK OF TOKYO-MITSUBISHI/UFJ TRUST
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020-1104

UFJ BANK LIMITED
2-7-1, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8388
JAPAN

WCCV
3479 STATE RD
CUYAHOGA FALLS, OH 44223

## Exhibit B

Weil Gotshal & Manges LLP
Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
Shai Y. Waisman, Esq., and Jacqueline
Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

Dennis F. Dunne, Esq., Dennis O'Donnell,
Esq., and Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Lindsee P. Granfield, Esq. and Lisa
Schweitzer, Esq.
Cleary Gottlieb LLP
One Libery Plaza
New York, NY 10006

Robinson B. Lacy, Esq. and Hydee
R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10006

James B. Kobak, Esq., David Wiltenburg,
Esq., and Jeff Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Mark I. Bane, Esq. and Steven T. Hoort, Esq.
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036

Michael S. Stamer, Esq., Philip C. Dublin,
Esq., and Sarah Link Schultz, Esq.
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

**Exhibit C**

**United States Bankruptcy Court**
**Attn: Honorable James M. Peck**
**One Bowling Green, CR 601**
**New York, NY 10004**

**Office of the US Trustee**
**33 Whitehall St., 21st Floor**
**New York, NY 10004**