Robert M. Hirsh, Esq.
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for The Vanguard Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*,

          Debtors.

----------------------------------------------------------x

Case No. 08-13555 (JMP)

Jointly Administered

## NOTICE OF WITHDRAWAL
## OF THE MOTION BY THE VANGUARD GROUP, INC. FOR
## CLARIFICATION AND RECONSIDERATION PURSUANT TO
## FED. R. CIV. P. 59(e), 60(b), SECTION 105(a) OF THE BANKRUPTCY CODE,
## AND S.D.N.Y. L.B.R. 9023-1(A) OF THE ORDER APPROVING SALE OF ASSETS
## TO BARCLAYS CAPITAL INC., TO CLARIFY AND MODIFY SO MUCH OF THAT ORDER
## AS MAY HAVE APPROVED THE TRANSFER OF SALE PROCEEDS TO LW-LLP INC.

PLEASE TAKE NOTICE that The Vanguard Group, Inc., by and through its counsel Arent Fox LLP, hereby withdraws its Motion for Clarification and Reconsideration Pursuant to Fed. R. Civ. P. 59(e), 60(b), Section 105(a) of the Bankruptcy Code, and S.D.N.Y. L.B.R. 9023-1(a) of the Order Approving Sale of Assets to Barclays Capital Inc., to Clarify and Modify So Much Of That Order As May Have Approved the Transfer of Sale Proceeds to LW-LLP Inc. [Docket No. 469, 716].

Dated:    New York, New York
            October 15, 2008

                                      ARENT FOX LLP
                                      *Attorneys for The Vanguard Group, Inc.*

                              By:    */s/ Robert M. Hirsh*
                                          Robert M. Hirsh, Esq.
                                          1675 Broadway
                                          New York, NY 10019
                                          (212) 484-3900