**REED SMITH LLP**
    J. Andrew Rahl
    Paul A. Rachmuth
599 Lexington Avenue
New York, NY 10022
Tel: 212-521-5400
Fax: 212-521-5450

*Counsel to AEGON USA Investment Management, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
                                         :
In re                                     :    Chapter 11
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    Case No. 08-13555 (JMP)
                                        :
               Debtors.         :    (Jointly Administered)
----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                             )    ss.:
COUNTY OF NEW YORK  )

    Anne C. Suffern, being duly sworn, deposes and says:

    I am not a party to this action, am over eighteen years of age and employed by Reed Smith, LLP, located at 599 Lexington Avenue, New York, NY 10022.

    On October 14, 2008, I served a true and correct copy of the following documentation by method indicated on the attached service list.:

1. Amended Declaration of James K. Schaeffer

2. Proposed Order Approving Specified Information Blocking Procedures and Permitting Trading of Claims Upon Establishment of a Screening Wall

                                                            */s/ Anne C. Suffern*
                                                             Anne C. Suffern

Sworn to me this
14th day of October, 2008

*/s/ Amanda L. Leonard*
Notary Public
AMANDA L. LEONARD
Notary Public, State of New York
No. 01LE6142036
Qualified in New York County
Commission Expires March 13, 2010

US_ACTIVE-100557431.1

## Service List

### Via Electronic Mail

ELaw@milbank.com; harveystrickon@paulhastings.com; sheehan@txschoollaw.com; KDWBankruptcyDepartment@kelleydrye.com; ffm@bostonbusinesslaw.com; RLevin@cravath.com; RTrust@cravath.com; grosenberg@co.arapahoe.co.us; rjohnson2@co.arapahoe.co.us; dallas.bankruptcy@publicans.com; Hsnovikoff@wlrk.com; rgmason@wlrk.com; jafeltman@wlrk.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; gary.ticoll@cwt.com; fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; cs@stevenslee.com; cp@stevenslee.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; DRosner@goulstonstorrs.com; GKaden@goulstonstorrs.com; JWallack@goulstonstorrs.com; jhs7@att.net; ekbergc@lanepowell.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; Hollace.cohen@troutmansanders.com; Paul.deutch@troutmansanders.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; mhopkins@cov.com; dcoffino@cov.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; elobello@blankrome.com; splatzer@platzerlaw.com; ZZ-Campbell, Rhett; Ira.Herman@tklaw.com; Demetra.Liggins@tklaw.com; pwright@dl.com; ZZ-Smith, Liz; peter.zisser@hklaw.com; richard.lear@hklaw.com; mspeiser@stroock.com; smillman@stroock.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; Israel.Dahan@cwt.com; shari.leventhal@ny.frb.org; mabrams@willkie.com; schapman@willkie.com; bromano@willkie.com; info2@normandyhill.com; dflanigan@polsinelli.com; phayden@mcguirewoods.com; dhayes@mcguirewoods.com; eglas@mccarter.com; kmayer@mccarter.com; tslome@msek.com; fred.berg@rvblaw.com; mjedelman@vedderprice.com; Roberts@PursuitPartners.com; keith.simon@lw.com; david.heller@lw.com; douglas.bacon@lw.com; mcto@debevoise.com; macronin@debevoise.com; Hseife@chadbourne.com; Dlemay@chadbourne.com; Arosenblatt@chadbourne.com; igoldstein@dl.com; wheuer@dl.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jbird@polsinelli.com; lattard@kayescholar.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; hirsh.robert@arentfox.com; angelich.george@arentfox.com; agolianopoulos@mayerbrown.com; tkiriakos@mayerbrown.com; mmickey@mayerbrown.com; Michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; steven.perlstein@kobrekim.com; ian.levy@kobrekim.com; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com; Dravin@wolffsamson.com; Rnies@wolffsamson.com; efile@willaw.com; Ira.Herman@tklaw.com; ZZ-Ayer, Mitchell; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; charles@filardi-law.com; martin.davis@ots.treas.gov; dirk.roberts@ots.treas.gov; wtaylor@mccarter.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; cmontgomery@salans.com; lwhidden@salans.com; asnow@ssbb.com; schapman@willkie.com; brian_corey@gtservicing.com; rmunsch@munsch.com; klippman@munsch.com; jrabinowitz@rltlawfirm.com; ilevee@lowenstein.com; hbeltzer@morganlewis.com; spiotto@chapman.com; acker@chapman.com; top@chapman.com; heiser@chapman.com; tnixon@gklaw.com; Gwynne, Kurt F.; Falgowski, J Cory; Al-Shibib, Luma S.; mmorreale@us.mufg.jp; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; Mark.Ellenberg@cwt.com; karen.wagner@dpw.com; avi.gesser@dpw.com; james.mcclammy@dpw.com; george_kielman@freddiemac.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jcarberry@cl-law.com; dladdin@agg.com; frank.white@agg.com; douglas.mcgill@dbr.com; Robert.malone@dbr.com; dfriedman@kasowitz.com; drosner@kasowitz.com; aglenn@kasowitz.com; adarwin@nixonpeabody.com; cdesiderio@nixonpeabody.com; neal.mann@oag.state.ny.us; dkleiner@velaw.com; arwolf@wlrk.com; amenard@tishmanspeyer.com; mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; nbannon@tishmanspeyer.com; sheakkorzun@comcast.net; krosen@lowenstein.com; vdagostino@lowenstein.com; ehorn@lowenstein.com; eschwartz@contrariancapital.com; pnichols@whitecase.com; tmacwright@whitecase.com; JWishnew@mofo.com; LMarinuzzi@mofo.com; masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp; rfleischer@pryorcashman.com; drose@pryorcashman.com; lgranfield@cgsh.com; lacyr@sullcrom.com; lschweitzer@cgsh.com; feldsteinh@sullcrom.com; JPintarelli@mofo.com; LMarinuzzi@mofo.com;

Monica.Lawless@brookfieldproperties.com; howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com; Brad.dempsey@hro.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com; sidorsky@butzel.com; fishere@butzel.com; David.bennett@tklaw.com; glenn.siegel@dechert.com; donald.badaczewski@dechert.com; ecohen@russell.com; mark.deveno@bingham.com; ezujkowski@emmetmarvin.com; fpb@ppgms.com; lml@ppgms.com; araboy@cov.com; bambacha@sec.gov; bankoftaiwan@botnya.com; bill.hughes@us.standardchartered.com; brehenyb@sec.gov; chris.omahoney@bnymellon.com; cohena@sec.gov; cward@polsinelli.com; Danna.Drori@usdoj.gov; dennis.graham@kbc.be; elobello@blankrome.com; ZZ-Smith, Liz; frank.sodano@americas.bnpparibas.com; gado01@handelsbanken.se; gauchb@sec.gov; georgeneofitidis@scotiacapital.com; giddens@hugheshubbard.com; jacobsonn@sec.gov; Jbecker@wilmingtontrust.com; jbromley@cgsh.com; jketten@wilkie.com; jmathis@lloydstsbusa.com; ZZ-McGinley, James; jshickich@riddellwilliams.com; jwang@sipc.org; k4.nomura@aozorabank.co.jp; kiplok@hugheshubbard.com; kobak@hugheshubbard.com; krubin@ozcap.com; lattard@kayescholer.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; Malcolm@firstbankny.com; michael.halevi@anz.com; Michael.mauerstein@citi.com; michael.tan@fubon.com; ms.wu@fubonny.com; mtuck@lloydstsbusa.com; murai24234@nissay.co.jp; nbruce@lloydstsbusa.com; newyork@sec.gov; noriyukitsumura@chuomitui.jp; panosn@sec.gov; pwright@dl.com; ranjit.mather@bnymellon.com; raymond.morison@bnymellon.com; rdicanto@nabny.com; rmunsch@munsch.com; robert.bailey@bnymellon.com; rolfnagel.dahl@dnbnor.no; RTrust@cravath.com; rwasserman@cftc.gov; sharbeck@sipc.org; shuji.yamada@escb.co.jp; ssmall@us.mufg.jp; tarbit@cftc.gov; tbrock@ssbb.com; tetsuhiro.toomata@shinseibank.com; timothy.white@mizuhocbus.com; whitej@sec.gov; wsmith@bocusa.com; yasuhikoimai@smbcgroup.com; ZZ-D'Aversa, Raniero; crogers@orrick.com; LMarinuzzi@mofo.com; GLee@mofo.com; TWatanabe@mofo.com; nissay_10259-0154@mhmjapan.com; schristianson@buchalter.com; dcrapo@gibbonslaw.com; susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com; scottshelley@quinnemanuel.com; dbarber@bsblawyers.com; arlbank@pbfcm.com; dclark@stinson.com; ehollander@whitecase.com; tnixon@gklaw.com; jherzog@gklaw.com; kreynolds@mklawnyc.com; dludman@brownconnery.com; dludman@brownconnery.com; gschiller@zeislaw.com; RLGold1977@aol.com; BMiller@mofo.com; BMiller@mofo.com; dheffer@foley.com; jlee@foley.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com; MSchleich@fraserstryker.com; KOstad@mofo.com; TGoren@mofo.com; wanda.goodloe@cbre.com; dswan@mcguirewoods.com; kmisken@mcguirewoods.com; brad.dempsey@hro.com; agold@herrick.com; ZZ-Kurtzman, Jeffrey; slerner@ssd.com; ZZ-Manne, Beverly; btupi@tuckerlaw.com; ZZ-Shiner, Mike; wsilverm@oshr.com; pfeldman@oshr.com; KDWBankruptcyDepartment@kelleydrye.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; jlevitin@cahill.com; sgordon@cahill.com; Bmiller@mofo.com; albaugh.colin@pbgc.gov; eagle.sara@pbgc.gov; KDWBankruptcyDepartment@kelleydrye.com; dlipke@vedderprice.com; ezavalkoff-babej@vedderprice.com; efriedman@friedumspring.com; lisa.kraidin@allenovery.com; karen.wagner@dpw.com; sabin.willett@bingham.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com; info2@normandyhill.com; shari.leventhal@ny.frb.org; harvey.miller@weil.com; jacqueline.marcus@weil.com; shai.waisman@weil.com; lori.fife@weil.com; mpage@kelleydrye.com

US_ACTIVE-100557431.1

**Via Facsimile:**

| | |
|---|---|
| Ben Blaustein | 212-808-7897 |
| Diane Sanders | 512-443-5114 |
| Internal Revenue Service | 215-516-2015 |
| Jordan Bergman | 212-808-7897 |
| Office of the NY Attorney General | 212-416-6042 |
| Andrew D. Velez-Rivera<br>  Office of the U.S. Trustee | 212-668-2255 |

**Via First Class Mail:**

Account Temps
12400 Collections Drive
Chicago, IL  60693

ANZ Banking Group Ltd.
18th Floor, Kyobo Building
1 Chongro 1 Ku
Chongro KA
Seoul
Korea

Aozora
1-3-1 Kudan-Minami
Chiyoda-Ku
Tokyo 102-8660
Japan

AT&T
P.O. Box 8100
Aurora, IL  60507

Australia and New Zealand
Banking Group Ltd.
Melbourne Office, Level 6
100 Queen Street
Victoria, Melbourne
VIC 3000
Australia

Best Karpet
1477 East 357 Street
Eastlake, OH  44095

CitiBank N.A. Hong Kong
Branch
Financial Institutions Group
Asia Pacific
44/F Citibank Tower
3 Garden Road
Central Hong Kong

Demann
16919 Walden
Cleveland, OH  44128

Division Water
P.O. Box 94540
Cleveland, OH  44101

Dominion
P.O. Box 26225
Richmond, VA  23260

IGS
P.O. Box 631919
Cincinnati, OH

Illuminating
P.O. Box 3638
Akron, OH  44309

Marble Care
5184 Richmond Road
Cleveland, OH  44146

Midwest Realty Advisors LLC
Attn:  Jack Cornachio
37848 Euclid Avenue
Willoughby, OH  44094

Mizuho Corporate Bank Ltd.
Global Syndicated Finance Division
1-3-3, Marunouchi
Chiyoda-Ku
Tokyo 100-8210
Japan

Northeast
P.O. Box 9260
Akron, OH  44305

Rentokill
8001 Sweet Valley Drive
Valleyview, OH  44125

Republic Waste
P.O. Box 9001826
Louisville, KY  40290

RMC
P.O. Box 31315
Rochester, NY  14603

Rock-Forty-Ninth LLC
Attn:  President/Secretary
c/o the Rockefeller Group
1221 Avenue of the Americas
New York, NY  10020

Shinkin Central Bank
8-1, Kyobashi
3-Chome
Chuo-Ku
Tokyo 104-0031
Japan

Statler Arms Garage LLC
1111 Euclid Avenue
Cleveland, OH  44115

Steingass
754 Progress Drive
Medina, OH  44256

Sumitomo Mitsubishi Banking Corporation
13-6 Nihobashi-Kodenma-Cho
Chuo-Ku
Tokyo 103-0001
Japan

Taipei Fubon Bank, Head Office
No. 36, Sec. 3
Naking, East Rd.
Taipei
Taiwan

TD Security
P.O. Box 81357
Cleveland, OH  44181

The Bank of Nova Scotia
Singapore Branch
1 Raffles Quay #20-01
North Tower
048583
Singapore

Time Warner
P.O. Box 0901
Carol Stream, IL  60132

UFJ Bank Limited
2-7-1, Marunouchi
Chiyoda-Ku
Tokyo 100-8388
Japan

WCCV
3479 State Road
Cuyahoga Falls, OH  44223

Hua Nan Commercial Bank, Ltd.
38, Sec. 1, Chung-King South Road
Taipei, Taiwan, R.O.C.

US_ACTIVE-100557431.1