UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.                          :    Case No. 08-13555 (JMP)
                                                               :
                            Debtors.                           :    (Jointly Administered)
---------------------------------------------------------------- :
                                                               :
                                                               x
                                                               :
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS COMMODITY                                      :    Case No. 08-13885
SERVICES INC.                                                  :
                                                               :
                            Debtor.                            :
---------------------------------------------------------------- :
                                                               x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       :
                        :ss.:
COUNTY OF NEW YORK      :

James Young Park, being duly sworn deposes and says:

1. I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2. I served true and correct copies of *The Bank of New York Mellon Trust Company's Limited Objection to Debtors' Motion for an Order Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnerships Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of such Intercompany Loan to Purchasers,* which was filed electronically with the Bankruptcy Court on October 14, 2008 by First Class Mail to the parties on the annexed Exhibit A and by Electronic E-mail to the parties on the annexed Exhibit B on October 14, 2008.

KL2 2577666.1

                                                /s/ James Young Park
                                                James Young Park

Sworn to before me this
15th day of October, 2008

/s/ Michael A. Makinde                 MICHAEL A. MAKINDE
Notary Public                                 Notary Public, State of New York
                                            No. 01MA6192562
                                            Qualified in Bronx County
                                            Commission Expires September 02, 2012

<u>Exhibit A</u>

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
     Lori R. Fife, Esq.
     Shai Y. Waisman, Esq.
     Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
for the Southern District of New York
Attn: Andrew D. Velez-Rivera
     Brian Shoichi Masumoto
     Paul Schwartzberg
     Tracy Hope Davis
     Linda Riffkin
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
     Evan Fleck, Esq.
     Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Cleary Gottlieb LLP
Attn: Lindsee P. Granfield, Esq.
     Lisa Schweiger, Esq.
One Liberty Plaza
New York, NY 10006

Sullivan & Cromwell LLP
Attn: Robinson B. Lacy, Esq.
     Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY 10004

Attn: Jeff Schlegel
     Richard Engman
Jones Day
717 Texas, 33rd Floor
Houston, TX 77002

Attn: Zack A. Clement
Fulbright & Jaworski L.L.P.
1301 McKinney, 41st Floor
Houston, Texas 77010

KL2 2577666.1

Attn: Keith H. Wofford, Esq.
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036

KL2 2577666.1

Exhibit B

lori.fife@weil.com
richard.krasnow@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
DDunne@milbank.com
DODonnell@milbank.com
EFleck@milbank.com
lacyr@sullcrom.com
feldsteinh@sullcrom.com
keith.wofford@ropesgray.com
jaschlegel@jonesday.com
rengman@jonesday.com
zclement@fulbright.com