HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba
CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

## NOTICE PURSUANT TO 11 U.S.C § 546(b)

Pursuant to 11 U.S.C. § 546(b), Costello Maione Schuch Inc. dba CMS Innovative Consultants ("CMS"), hereby gives notice to the Debtors, the United States Trustee, and all other parties in interest, of its intent to enforce mechanic's liens for labor and materials performed and furnished and used in the improvement of the following properties, together with all applicable interest and attorneys' fees as may be permitted by contract, statue or other applicable law:

| ADDRESS | PROPERTY OWNER | DESCRIPTION | AMOUNT |
|---|---|---|---|
| **399 Park Avenue, NY, NY**<br><br>Block 1308, Lot 1101, County of New York, State of New York | BP 399 Park Avenue LLC and Boston Properties Limited Partners | Labor and materials for the improvement of the property | $9,250.25 |
| **3000 Sand Hill Road Building 3, Menlo Park, CA** | Ford Land Company | Labor and materials for the improvement of the property | $1,710.00 |

#1364955 v1 den

| | | | |
|---|---|---|---|
| **40 Corporate Place South, Piscataway, NJ 08854**<br><br>Block 497.1, Lot 9.04 and 10.01, Plate 43A, Township of Piscataway, County of Middlesex, State of NJ. | Corporate Park Associates (Owner)<br><br>and<br><br>Lehman Brothers Holdings, Inc. (Lessee) | Labor and materials for the improvement of the property | $12,004.30 |
| **10250 Constellation Boulevard, 24th Floor, Los Angeles, CA 90067** | JMB Realty Corporation<br><br>Constellation Place, LLC | Labor and materials for the improvement of the property | $16,168.40 |
| **190 South LaSalle Street Chicago, IL 60603** | SP4 190 S. LaSalle L.P. | Labor and materials for the improvement of the property | $11,612.81 |
| **6666 East 75th Street Indianapolis, IN 46250** | Stilwell Family Trust LLC<br><br>AJ Realty Co Heritage LLC<br><br>91 Beacon Street Trust | Labor and materials for the improvement of the property | $3,260.90 |

  Pursuant to 11 U.S.C. § 546(b), CMS hereby gives notice to perfect its interests in the properties described above, and all income, issues and profits of every nature derived therefrom, and further demand segregation and accounting or payment of the funds received from the property to the extent the Debtors are not already performing this function.

  CMS reserves its rights under the Bankruptcy Code and applicable state laws to amend the amount of their claims.

#1364955 v1 den

Dated this 15th day of October, 2008.

> By: /s/ Bradford E. Dempsey
> Bradford E. Dempsey (CO #30160)
> (admitted *pro hac vice*)
> HOLME ROBERTS & OWEN LLP
> 1700 Lincoln, Suite 4100
> Denver, Colorado 80203
> (303) 861-7000
> Fax: (303) 866-0200
> E-Mail: brad.dempsey@hro.com
>
> *Attorneys for Costello Maione Schuch Inc. dba*
> *CMS Innovative Consultants*

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2008, a true and correct copy of the foregoing **NOTICE PURSUANT TO 11 U.S.C § 546(b)** was served to all parties receiving notice through CM/ECF, and that copies were placed in the United States Mail, postage pre-paid, addressed to the following:

Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Shai Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

#1364955 v1 den

James W. Giddens, Trustee for the
SIPA Liquidation of Lehman Brothers
c/o Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzon
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90017

BP 399 Park Avenue, LLC
Boston Properties, Inc.
599 Lexington Avenue
New York, New York 10022

Rock-Forty-Ninth, LLC
c/o The Rockefeller Group
1221 Avenue of the Americas
New York, New York 10020

Corporate Park Associates
10 Corporate Place South
Piscataway, NJ 08854

JMB Realty Corporation
900 North Michigan Avenue, Suite 1400
Chicago, IL 60611

#1364955 v1 den

Constellation Place, LLC
900 North Michigan Avenue, Suite 1400
Chicago, IL 60611

Ford Land Company
3000 Sand Hill Road
Menlo Park, CA

SP4 190 S. LaSalle, L.P.
190 S. La Salle Street
Chicago, IL 60603

SP4 190 S. LaSalle, L.P.
311 S. Wacker Drive
Chicago, IL 60606

Stilwell Family Trust LLC
60 Capanna Street
Pismo Beach, CA 93449-2868

AJ Realty Co. Heritage LLC
1954 Sherwood Gln.
Bloomfield, MI 48302-1172

91 Beacon Street Trust – Heritag
14 Greenwood Street
Newton, MA 02459-2741

By: /s/Bradford E. Dempsey
Bradford E. Dempsey (CO #30160)
(admitted *pro hac vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

#1364955 v1 den