**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.,**             :   **08-13555 (JMP)**
*et al.*                                                     :
           Debtors.                                          :   **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

## NOTICE OF FILING OF SUMMARY CONCERNING
## SCHEDULES TO CLARIFICATION LETTER

PLEASE TAKE NOTICE that in further support of the Joint Motion of the Debtors and Barclays Capital Inc. ("Barclays") for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement, dated September 29, 2008 (D.I. 430), Barclays has filed the attached summary disclosure concerning Schedules A and B to the clarification letter agreement, dated as of September 20, 2008, between Barclays, Lehman Brothers Holdings Inc., Lehman Brothers Inc., and LB 745 LLC.

Dated: October 15, 2008
       New York, New York

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ Lindsee P. Granfield
    Lindsee P. Granfield
    Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*

## Summary of Schedule A to the Clarification Letter

The following is a summary (the "Schedule A Summary") of the securities listed in Schedule A referred to in Section 1 (a)(ii)(A) of the Clarification Letter Agreement, dated as of September 20, 2008, among Lehman Brothers Holdings Inc. ("LBHI"), Lehman Brothers Inc. ("LBI" and, together with LBHI, "Seller"), LB 745 LLC ("LB"), and Barclays Capital Inc. ("Barclays") entered into in connection with the Asset Purchase Agreement, dated as of September 16, 2008, by and among LBHI, LBI, LB and Barclays, as amended:

| Classification | Par Amount |
|---|---:|
| Agency Debt | 9,419,236,554 |
| Agency MBS | 21,330,228,672 |
| Convertible Debt | 1,245,540,357 |
| Corporate Debt | 1,754,833,142 |
| Emerging Market Debt | 207,227,487 |
| Equity Warrants | 3,500,000 |
| Listed Equities | 438,198,817 |
| Municipal Bonds | 354,396,090 |
| Non-Agency MBS | 19,503,653,188 |
| Non-US Debt | 173,235,775 |
| Preferred Stock | 360,763 |
| Structured Finance | 9,529,353,408 |
| Unclassified[1] | 90,631,716 |
| US Treasuries | 5,765,713,834 |
| **Grand Total** | **69,816,109,803** |

Note: The par amounts set forth in the Schedule A Summary are the par amounts of debt instruments and the number of shares of equities and preferred shares for those securities listed on Schedule A. Barclays makes no warranty or representation as to the accuracy of the information provided in the Schedule A Summary. The listing of any security on Schedule A does not indicate that such security has been delivered to Barclays or the value of any such security. In particular, the par amounts set forth on Schedule A, and the classifications and par amounts contained in this Schedule A Summary, are provided for use of the parties for informational purposes only and are not indicative of the value of the securities.

---

[1] Unclassified securities are securities for which identifying information is unavailable at this time.

## Summary of Schedule B to the Clarification Letter

The following is a summary (the "Schedule B Summary") of the securities listed in Schedule B referred to in Section 1 (a)(ii)(A) of the Clarification Letter Agreement, dated as of September 20, 2008, among Lehman Brothers Holdings Inc. ("LBHI"), Lehman Brothers Inc. ("LBI" and, together with LBHI, "Seller"), LB 745 LLC ("LB"), and Barclays Capital Inc. ("Barclays") entered into in connection with the Asset Purchase Agreement, dated as of September 16, 2008, by and among LBHI, LBI, LB and Barclays, as amended:

| Classification | Par Amount |
|---|---:|
| Agency Debt | 300,000 |
| Agency MBS | 10,000 |
| Certificate of Deposit | 36,633,000 |
| Convertible Debt | 123,428,695 |
| Corporate Debt | 584,600,849 |
| Emerging Market Debt | 7,933,965 |
| Equity Warrants | 658,596,062 |
| Listed Equities | 97,528,424 |
| Municipal Bonds | 311,326,700 |
| Non-Agency MBS | 435,591,515 |
| Non-US Debt | 15,333,000 |
| Preferred Stock | 8,106,329 |
| Structured Finance | 339,764,530 |
| Unclassified[1] | 136,652,088 |
| US Treasuries | 48,000 |
| **Grand Total** | **2,755,853,157** |

Note:  The par amounts set forth in the Schedule B Summary are the par amounts of debt instruments and the number of shares of equities and preferred shares for those securities listed on Schedule B.  Barclays makes no warranty or representation as to the accuracy of the information provided in the Schedule B Summary.  The listing of any security on Schedule B does not indicate that such security has been delivered to Barclays or the value of any such security.  In particular, the par amounts set forth on Schedule B, and the classifications and par amounts contained in this Schedule B Summary, are provided for use of the parties for informational purposes only and are not indicative of the value of the securities.

Schedule B and the Schedule B Summaries refer to securities believed to be held in LBI's "clearance boxes" as of the time of the Closing (as defined in the Clarification Letter Agreement) and are without prejudice to the right of Barclays to receive other securities held in such clearance boxes but not listed on Schedule B or to return securities, in each case pursuant to the terms of the Clarification Letter Agreement.

---

[1] Unclassified securities are securities for which identifying information is unavailable at this time.