# **EXHIBIT A**

**BROWN RUDNICK**

Seven
Times
Square
New York
New York
10036
tel 212.209.4800
fax 212.209.4801

ANDREW DASH
direct dial: (212) 209-4811
adash@brownrudnick.com

October 8, 2008

**VIA FEDERAL EXPRESS AND E-MAIL**

Harvey R. Miller, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

RE:   In re: Lehman Brothers Holdings Inc., et al
      Chapter 11 Case No. 08-13555 (JMP)

Dear Harvey:

This firm represents Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. (collectively, the "Newport/PEP Funds") in this case. As I indicated during our conference call last Friday, October 3, 2008 in connection with the Rule 2004 motions filed by the Harbinger Funds and my firm's clients, in order to facilitate the provision of key information regarding the whereabouts of our clients' securities, and to minimize the burden on the Debtors and their professionals, the Newport/PEP Funds hereby limit the discovery requests set forth in their Rule 2004 motion filed on September 29, 2008 to information solely related to our clients' property. Accordingly, we limit the scope of our 2004 requests to the following:

**Documents Requested**

1. All documents that concern, refer, relate to or evidence the flow, movement and/or transfer of the Fund Property, including the proceeds or cash equivalent thereof.[1]

2. All documents that concern, refer, relate to or evidence the disposition, use, transfer and/or current custody of the Fund Property, including the proceeds or cash equivalent thereof.

---

[1] "Fund Property" is defined in the Newport/PEP Funds' Rule 2004 motion as cash, securities, repurchase agreements, swap agreements, derivative securities and/or other property held by LBI and related entities pursuant to Customer Account Agreements – Prime Brokerage and Margin Lending Agreements with PEP and Newport, respectively.

3. All documents that concern, refer, relate to or evidence requests made by the Funds to transfer the Fund Property to Credit Suisse.

**Deposition Topics**

1. Requests made by the Funds to transfer Fund Property to Credit Suisse.

2. The flow, movement and/or transfer of Fund Property.

3. The disposition, use, transfer and/or current custody of Fund Property, including the proceeds or cash equivalent thereof.

4. An accounting of all Fund Property.

The Newport/PEP Funds expressly reserve all rights – including the right to seek other or further information from the Debtors or other parties.

Very truly yours,

Andrew Dash

ASD/ff
cc: Honorable James M. Peck (By hand)
Dennis F. Dunne, Esq. (Via email)
Sabin Willett, Esq. (Via email)
Beverly Weiss Mann, Esq. (Via email)