# EXHIBIT C



# Hughes
# Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

October 14, 2008

**VIA ELECTRONIC MAIL**

Sabin Willett, Esq.
Bingham McCutcheon LLP
One Federal Street
Boston, MA 02110-1726

Re:   Lehman Brothers Inc.: Information Request of Harbinger Funds

Dear Sabin:

On behalf of James W. Giddens (the "Trustee"), as Trustee for the liquidation of the business of Lehman Brothers Inc. ("LBI"), I write in response to your letter dated October 13, 2008 regarding the Harbinger Funds' pending motion for leave to conduct Rule 2004 discovery of Lehman Brothers Holdings Inc. ("LBHI").

Please be advised that the Trustee has been appointed to administer the Estate of LBI for the benefit of its customers, creditors and other interest holders. Persons, such as your clients, claiming to be creditors of other Lehman entities should address their requests to the appropriate entities, not to the Trustee. LBHI and its subsidiaries shared information systems in common, and the Trustee has no greater access than the persons in charge of whatever entities your clients may be claiming against. Indeed, the Trustee faces greater challenges in responding to information requests than entities that have retained employees having knowledge of the systems and the intricacies involved in tracking particular items of information.

Threats of litigation will not change these basic facts, and will only place unnecessary burdens on all parties.

Sincerely yours,

Jeffrey S. Margolin

cc:   James B. Kobak, Jr., Esq.
      Harvey R. Miller, Esq.
      Dennis F. Dunne, Esq.
      Andrew S. Dash, Esq.