**SEWARD & KISSEL LLP**  
One Battery Park Plaza  
New York, NY  10004  
Phone: (212) 574-1200  
Fax:     (212) 480-8421  
John R. Ashmead (JA 4756)  
Mark J. Hyland (MH 5872)

Hearing Date: October 16, 2008, at 10:00 a.m.  
Objection Deadline:  October 10, 2008

Attorneys for Global Thematic Opportunities Fund LP,  
Panton Master Fund, L.P., CFIP Master Fund, Ltd.,  
Cura Fixed Income Arbitrage Master Fund, Ltd., and  
Turnberry Leveraged Credit Master Fund, L.P.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, JOHN R. ASHMEAD, an attorney duly admitted to the bar of the State of New York, hereby certifies that on October 15, 2008, I caused a copy of the Joinder To The Motions For Leave To Conduct Rule 2004 Discovery Of Lehman Brothers Holdings Inc. And Others to be served by hand or facsimile as indicated upon the parties on the annexed service list.

SEWARD & KISSEL LLP

By:  /s/ John R. Ashmead  
　　　　　John R. Ashmead

*Attorneys GLOBAL THEMATIC OPPORTUNITIES FUND LP, PANTON MASTER FUND, L.P., CFIP MASTER FUND, LTD., CURA FIXED INCOME ARBITRAGE MASTER FUND, LTD., AND TURNBERRY LEVERAGED CREDIT MASTER FUND, L.P.*

## SERVICE LIST

Honorable James M. Peck (By Hand)
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP (Fax)
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

Office of the United States Trustee (By Hand)
for The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Rifkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP (Fax)
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Cleary Gottlieb LLP (Fax)
One Liberty Plaza
New York, New York 10006
Attn:   Lindsee P. Granfield, Esq.
        Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP (Fax)
125 Broad Street
New York, New York 10004
Attn:   Robinson B. Lacy, Esq.
        Hydee R. Feldstein, Esq.

Quinn Emanuel Urquhart Oliver & Hedges (Fax)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn:  James Tecce, Esq.
       Susheel Kirpalani, Esq

SK 99999 0010 928602