**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, New York  10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421
John R. Ashmead (JA 4756)
Mark J. Hyland (MH 5872)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555-JMP<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF SEWARD & KISSEL LLP**
**PURSUANT TO FED. R. BANKR. P. 2019(a)**

Seward & Kissel LLP ("Counsel") hereby submits this verified statement ("Verified

Statement") pursuant to Fed. R. Bankr. P. 2019(a), and avers as follows:

1.       Counsel appears in these cases on behalf of the entities listed on Exhibit A hereto

(the "Entities").

2.       Each of the Entities may hold claims against and/or interests in the Debtors

arising out of applicable agreements, law or equity pursuant to their relationship with the

Debtors.

3.       Each of the Entities separately requested that Counsel represent them in

connection with the Debtors' chapter 11 cases.

4.      The undersigned herby verifies under oath that this Verified Statement is true and

accurate, to the best of the undersigned's knowledge and belief.  Counsel reserves the right to

revise and supplement this statement.


Dated: New York, New York
         October 15, 2008

                              SEWARD & KISSEL LLP


                              By:  /s/ John R. Ashmead
                              John R. Ashmead (JA 4756)
                              Mark J. Hyland (MH 5872)
                              One Battery Park Plaza
                              New York, New York  10004
                              Tel.: (212) 574-1200
                              Fax: (212) 480-8421

## EXHIBIT A

1.      Global Thematic Opportunities Fund LP
        230 Park Avenue, Suite 1152
        New York, New York 10169

        Global Thematic Opportunities Fund LP is party to a prime brokerage account agreement
        with Lehman Brothers Inc. (and such other Lehman entities as are identified in such
        agreement), a Margin Lending Agreement with Lehman Brothers International (Europe),
        and a Global Master Securities Lending Agreement with Lehman Brothers International
        (Europe).

2.      Panton Master Fund, L.P.
        c/o Panton Capital Group
        666 Fifth Avenue, 14th Floor
        New York, New York 10103

        Panton Master Fund, L.P. is party to an ISDA Master Agreement with Lehman Brothers
        Special Financing Inc.  The obligations of Lehman Brothers Special Financing Inc. under
        the Master Agreement are guaranteed by Lehman Brothers Holdings Inc.

3.      CFIP Master Fund, Ltd.
        c/o Chicago Fundamental Investment Partners, LLC
        71 South Wacker Drive, Suite 3495
        Chicago, Illinois 60606

        CFIP Master Fund, Ltd. is party to a prime brokerage account agreement with Lehman
        Brothers Inc. (and such other Lehman entities as are identified in such agreement), a
        Margin Lending Agreement with Lehman Brothers International (Europe), and a Global
        Master Securities Lending Agreement with Lehman Brothers International (Europe).

4.      Cura Fixed Income Arbitrage Master Fund, Ltd.
        c/o Cura Capital Management, LLC
        1270 Avenue of the Americas, 27th Floor
        New York, New York 10020

        Cura Fixed Income Arbitrage Master Fund, Ltd. is party to an ISDA Master Agreement
        with Lehman Brothers Special Financing Inc.  The obligations of Lehman Brothers
        Special Financing Inc. under the Master Agreement are guaranteed by  Lehman Brothers
        Holdings Inc.

5.      Turnberry Leveraged Credit Master Fund, L.P.
        c/o Turnberry Capital Management, LP
        325 Greenwich Avenue
        Greenwich, Connecticut 06830

        Turnberry Leveraged Credit Master Fund, L.P. is party to a prime brokerage account
        agreement with Lehman Brothers Inc. (and such other Lehman entities as are identified in
        such agreement), a Margin Lending Agreement with Lehman Brothers International
        (Europe), and a Global Master Securities Lending Agreement with Lehman Brothers
        International (Europe).

SK 99999 0010 927889