**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY  10004
Phone: (212) 574-1200
Fax:    (212) 480-8421
John R. Ashmead (JA 4756)
Mark J. Hyland (MH 5872)

Attorneys for Global Thematic Opportunities Fund LP,
Panton Master Fund, L.P., CFIP Master Fund, Ltd.,
Cura Fixed Income Arbitrage Master Fund, Ltd., and
Turnberry Leveraged Credit Master Fund, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

    I, JOHN R. ASHMEAD, an attorney duly admitted to the bar of the State of New York, hereby certifies that on October 15, 2008, I caused a copy of the Verified Statement of Seward & Kissel LLP Pursuant to Fe. R. Bankr.P.2019(a) to be served by hand or facsimile as indicated upon the parties on the annexed service list.

                SEWARD & KISSEL LLP

                By:  /s/ John R. Ashmead
                    John R. Ashmead

                *Attorneys GLOBAL THEMATIC OPPORTUNITIES*
                *FUND LP, PANTON MASTER FUND, L.P., CFIP*
                *MASTER FUND, LTD., CURA FIXED INCOME*
                *ARBITRAGE MASTER FUND, LTD., AND TURNBERRY*
                *LEVERAGED CREDIT MASTER FUND, L.P.*

## SERVICE LIST

Honorable James M. Peck (By Hand)
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP (Fax)
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

Office of the United States Trustee (By Hand)
for The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Rifkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP (Fax)
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Cleary Gottlieb LLP (Fax)
One Liberty Plaza
New York, New York 10006
Attn:   Lindsee P. Granfield, Esq.
        Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP (Fax)
125 Broad Street
New York, New York 10004
Attn:   Robinson B. Lacy, Esq.
        Hydee R. Feldstein, Esq.

Quinn Emanuel Urquhart Oliver & Hedges (Fax)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn: James Tecce, Esq.
      Susheel Kirpalani, Esq