Dennis F. Dunne
Luc A. Despins
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
                                                :
In re:                                          :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                           Debtors.             :    (Jointly Administered)
                                                :
--------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

       RENA K. CERON, being duly sworn, deposes and says:

       I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Proposed Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On the 14th of October, 2008, I caused a copy of the following document:

LIMITED OBJECTION TO DEBTORS' MOTION PURSUANT TO SECTIONS 105(a), 345(b), 363(b), 363(c) AND 364(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6003 AND 6004 (A) FOR AUTHORIZATION TO (i) CONTINUE USING EXISTING CENTRALIZED CASH MANAGEMENT SYSTEM, AS MODIFIED, (ii) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED TO THE USE OF THE CASH MANAGEMENT SYSTEM, AND (iii) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS; (B) FOR AN EXTENSION OF TIME TO COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE, AND (C) TO SCHEDULE A FINAL HEARING,

to be served upon the parties identified on Exhibit A attached hereto by United States Postal Service for delivery by first class mail, to be served by electronic mail upon the addresses listed on Exhibit B attached hereto and to be served by facsimile upon the party listed on Exhibit C attached hereto.

/s/ Rena K. Ceron
RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 15th day of October, 2008

/s/ Elliot Law
Elliot Law
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2011

# Exhibit A

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
       Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
      Hydee R. Feldstein, Esq.

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475
Attn: Steven A. Ginther

Linebarger Goggan Blair & Sampson, LLP
The Terrace II
2700 Via Fortuna Drive
Suite 400
Austin, TX 78746
Attn: Diane W. Sanders, Esq.

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
250 Park Avenue
New York, New York 10177
Attention: Cory L. Weiss, Esq.

2

**Exhibit B**

Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com; Jacqueline.marcus@weil.com; lgranfield@cgsh.com; lschweitzer@cgsh.com; lacyr@sullcrom.com; feldsteinh@sullcrom.com; harveystrickon@paulhastings.com; sheehan@txschoollaw.com; KDWBankruptcyDepartment@kelleydrye.com; ffm@bostonbusinesslaw.com; RLevin@cravath.com; RTrust@cravath.com; grosenberg@co.arapahoe.co.us; rjohnson2@co.arapahoe.co.us; dallas.bankruptcy@publicans.com; Hsnovikoff@wlrk.com; rgmason@wlrk.com; jafeltman@wlrk.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; gary.ticoll@cwt.com; fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; cs@stevenslee.com; cp@stevenslee.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; DRosner@goulstonstorrs.com; GKaden@goulstonstorrs.com; JWallack@goulstonstorrs.com; jhs7@att.net; ekbergc@lanepowell.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; Hollace.cohen@troutmansanders.com; Paul.deutch@troutmansanders.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; mhopkins@cov.com; dcoffino@cov.com; mvenditto@reedsmith.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; elobello@blankrome.com; splatzer@platzerlaw.com; Rhett.Campbell@tklaw.com; Ira.Herman@tklaw.com; Demetra.Liggins@tklaw.com; pwright@dl.com; esmith@dl.com; peter.zisser@hklaw.com; richard.lear@hklaw.com; mspeiser@stroock.com; smillman@stroock.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; Israel.Dahan@cwt.com; shari.leventhal@ny.frb.org; mabrams@willkie.com; schapman@willkie.com; bromano@willkie.com; info2@normandyhill.com; dflanigan@polsinelli.com; phayden@mcguirewoods.com; dhayes@mcguirewoods.com; eglas@mccarter.com; kmayer@mccarter.com; tslome@msek.com; fred.berg@rvblaw.com; mjedelman@vedderprice.com; Roberts@PursuitPartners.com; keith.simon@lw.com; david.heller@lw.com; douglas.bacon@lw.com; mcto@debevoise.com; macronin@debevoise.com; Hseife@chadbourne.com; Dlemay@chadbourne.com; Arosenblatt@chadbourne.com; igoldstein@dl.com; wheuer@dl.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jbird@polsinelli.com; lattard@kayescholar.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; hirsh.robert@arentfox.com; angelich.george@arentfox.com; agolianopoulos@mayerbrown.com; tkiriakos@mayerbrown.com; mmickey@mayerbrown.com; Michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; steven.perlstein@kobrekim.com; ian.levy@kobrekim.com; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com; Dravin@wolffsamson.com; Rnies@wolffsamson.com; efile@willaw.com; Ira.Herman@tklaw.com; Mitchell.Ayer@tklaw.com; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; charles@filardi-law.com; martin.davis@ots.treas.gov; dirk.roberts@ots.treas.gov; wtaylor@mccarter.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; cmontgomery@salans.com; lwhidden@salans.com; asnow@ssbb.com; schapman@willkie.com; brian_corey@gtservicing.com; rmunsch@munsch.com; klippman@munsch.com; jrabinowitz@rltlawfirm.com; ilevee@lowenstein.com; hbeltzer@morganlewis.com; spiotto@chapman.com; acker@chapman.com; top@chapman.com; heiser@chapman.com; tnixon@gklaw.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com; lalshibib@reedsmith.com; mmorreale@us.mufg.jp; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; Mark.Ellenberg@cwt.com; karen.wagner@dpw.com;

avi.gesser@dpw.com; james.mcclammy@dpw.com; george_kielman@freddiemac.com;
robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jcarberry@cl-law.com;
dladdin@agg.com; frank.white@agg.com; douglas.mcgill@dbr.com; Robert.malone@dbr.com;
dfriedman@kasowitz.com; drosner@kasowitz.com; aglenn@kasowitz.com;
adarwin@nixonpeabody.com; cdesiderio@nixonpeabody.com; neal.mann@oag.state.ny.us;
dkleiner@velaw.com; arwolf@wlrk.com; amenard@tishmanspeyer.com;
mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; nbannon@tishmanspeyer.com;
sheakkorzun@comcast.net; krosen@lowenstein.com; vdagostino@lowenstein.com;
ehorn@lowenstein.com; eschwartz@contrariancapital.com; pnichols@whitecase.com;
tmacwright@whitecase.com; JWishnew@mofo.com; LMarinuzzi@mofo.com;
masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp;
rfleischer@pryorcashman.com; drose@pryorcashman.com; lgranfield@cgsh.com;
lacyr@sullcrom.com; Ischweitzer@cgsh.com; feldsteinh@sullcrom.com; JPintarelli@mofo.com;
LMarinuzzi@mofo.com; Monica.Lawless@brookfieldproperties.com;
howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com;
Brad.dempsey@hro.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com;
sidorsky@butzel.com; fishere@butzel.com; David.bennett@tklaw.com;
glenn.siegel@dechert.com; donald.badaczewski@dechert.com; ecohen@russell.com;
mark.deveno@bingham.com; ezujkowski@emmetmarvin.com; fpb@ppgms.com;
lml@ppgms.com; araboy@cov.com; bambacha@sec.gov; bankoftaiwan@botnya.com;
bill.hughes@us.standardchartered.com; brehenyb@sec.gov; chris.omahoney@bnymellon.com;
cohena@sec.gov; cward@polsinelli.com; Danna.Drori@usdoj.gov; dennis.graham@kbc.be;
elobello@blankrome.com; esmith@dl.com; frank.sodano@americas.bnpparibas.com;
gado01@handelsbanken.se; gauchb@sec.gov; georgeneofitidis@scotiacapital.com;
giddens@hugheshubbard.com; jacobsonn@sec.gov; Jbecker@wilmingtontrust.com;
jbromley@cgsh.com; jketten@wilkie.com; jmathis@lloydstsbusa.com;
jmcginley@wilmingtontrust.com; jshickich@riddellwilliams.com; jwang@sipc.org;
k4.nomura@aozorabank.co.jp; kiplok@hugheshubbard.com; kobak@hugheshubbard.com;
krubin@ozcap.com; lattard@kayescholer.com; lgranfield@cgsh.com; lschweitzer@cgsh.com;
Malcolm@firstbankny.com; michael.halevi@anz.com; Michael.mauerstein@citi.com;
michael.tan@fubon.com; ms.wu@fubonny.com; mtuck@lloydstsbusa.com;
murai24234@nissay.co.jp; nbruce@lloydstsbusa.com; newyork@sec.gov;
noriyukitsumura@chuomitui.jp; panosn@sec.gov; prachmuth@reedsmith.com; pwright@dl.com;
ranjit.mather@bnymellon.com; raymond.morison@bnymellon.com; rdicanto@nabny.com;
rmunsch@munsch.com; robert.bailey@bnymellon.com; rolfnagel.dahl@dnbnor.no;
RTrust@cravath.com; rwasserman@cftc.gov; sharbeck@sipc.org; shuji.yamada@escb.co.jp;
ssmall@us.mufg.jp; tarbit@cftc.gov; tbrock@ssbb.com; tetsuhiro.toomata@shinseibank.com;
timothy.white@mizuhocbus.com; whitej@sec.gov; wsmith@bocusa.com;
yasuhikoimai@smbcgroup.com; rdaversa@orrick.com; crogers@orrick.com;
LMarinuzzi@mofo.com; GLee@mofo.com; TWatanabe@mofo.com; nissay_10259-
0154@mhmjapan.com; schristianson@buchalter.com; dcrapo@gibbonslaw.com;
susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com; dbarber@bsblawyers.com; arlbank@pbfcm.com;
dclark@stinson.com; ehollander@whitecase.com; tnixon@gklaw.com; jherzog@gklaw.com;
kreynolds@mklawnyc.com; dludman@brownconnery.com; dludman@brownconnery.com;
gschiller@zeislaw.com; RLGold1977@aol.com; BMiller@mofo.com; BMiller@mofo.com;
dheffer@foley.com; jlee@foley.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com;
bankruptcy@goodwin.com; MSchleich@fraserstryker.com; KOstad@mofo.com;
TGoren@mofo.com; wanda.goodloe@cbre.com; dswan@mcguirewoods.com;
kmisken@mcguirewoods.com; brad.dempsey@hro.com; agold@herrick.com;
jkurtzman@klehr.com; slerner@ssd.com; bmanne@tuckerlaw.com; btupi@tuckerlaw.com;

mshiner@tuckerlaw.com; wsilverm@oshr.com; pfeldman@oshr.com;
KDWBankruptcyDepartment@kelleydrye.com; howard.hawkins@cwt.com;
ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com;
jlevitin@cahill.com; sgordon@cahill.com; Bmiller@mofo.com; albaugh.colin@pbgc.gov;
eagle.sara@pbgc.gov; KDWBankruptcyDepartment@kelleydrye.com; dlipke@vedderprice.com;
ezavalkoff-babej@vedderprice.com; efriedman@friedumspring.com;
lisa.kraidin@allenovery.com; karen.wagner@dpw.com; sabin.willett@bingham.com;
gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com; info2@normandyhill.com;
shari.leventhal@ny.frb.org; tslome@msek.com; jmazermarino@msek.com; Russj4478@aol.com;
mschonholtz@kayescholer.com; aalfonso@kayescholer.com; rnetzer@willkie.com;
dkozusko@willkie.com; timothy.brink@dlapiper.com; stephanie.wickouski@dbr.com;
kristin.going@dbr.com; fsosnick@shearman.com; jgarrity@shearman.com;
ned.schodek@shearman.com; metkin@lowenstein.com; steele@lowenstein.com;
sean@blbglaw.com; davids@blbglaw.com; jkehoe@sbtklaw.com; bhinerfeld@sbtklaw.com;
jschwartz@hahnhessen.com; jorbach@hahnhessen.com; joseph.scordato@dkib.com;
GLee@mofo.com; JPintarelli@mofo.com; jeffrey.sabin@bingham.com;
ronald.silverman@bingham.com; joshua.dorchak@bingham.com;
bankruptcymatters@us.nomura.com; weissjw@gtlaw.com; jlovi@steptoe.com;
lromansic@steptoe.com; ritkin@steptoe.com; kpiper@steptoe.com;
hollace.cohen@troutmansanders.com; paul.deutch@troutmansanders.com

**Exhibit C**

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255