Paul Aronzon
Robert Jay Moore
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
601 South Figueroa  Street, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000

-and-

Abhilash M. Raval
Evan R. Fleck
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                          :
In re:                                                    :         Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., et al., :         08-13555 (JMP)
                                                          :
                            Debtors.                      :         (Jointly Administered)
                                                          :
------------------------------------------------------------ x

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                                    ) SS.:
COUNTY OF NEW YORK  )

      RENA K. CERON, being duly sworn, deposes and says:

      I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases.  I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Proposed Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On the 14th of October, 2008, I caused a copy of the following document:

LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS TO DEBTORS' MOTION TO
(A) ESTABLISH SALES PROCEDURES; (B) APPROVE A SELLER
TERMINATION FEE AND A REIMBURSEMENT AMOUNT; AND
(C) APPROVE THE SALE OF THE PURCHASED ASSETS AND THE
ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING
TO THE PURCHASED ASSETS,

to be served upon the parties identified on Exhibit A attached hereto by United States
Postal Service for delivery by first class mail, to be served by electronic mail upon the
addresses listed on Exhibit B attached hereto and to be served by facsimile upon the party
listed on Exhibit C attached hereto.


  /s/ Rena K. Ceron
RENA K. CERON


SWORN TO AND SUBSCRIBED before
me this 15th day of October, 2008


  /s/ Elliot Law
Elliot Law
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2011

## Exhibit A

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

The Office of the United States Trustee
   for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Riffkin, Esq.
        Tracy Hope Davis, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
        Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
        Hydee R. Feldstein, Esq.

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: James B. Kobak, Esq.
        David Wiltenburg, Esq.
        Jeff Margolin, Esq.

Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036
Attn: Mark I. Bane, Esq.
        Steven T. Hoort, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: James L. Bromley, Esq.
       Sean A. ONeal, Esq.

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475
Attn: Steven A. Ginther

Linebarger Goggan Blair & Sampson, LLP
The Terrace II
2700 Via Fortuna Drive
Suite 400
Austin, TX 78746
Attn: Diane W. Sanders, Esq.

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP
250 Park Avenue
New York, New York 10177
Attention: Cory L. Weiss, Esq.

## Exhibit B

Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com;
Jacqueline.marcus@weil.com; lgranfield@cgsh.com; lschweitzer@cgsh.com;
lacyr@sullcrom.com; feldsteinh@sullcrom.com; kobak@hugheshubbard.com;
wiltenburg@hugheshubbard.com; margolin@hugheshubbard.com; mark.bane@ropesgray.com;
steven.hoort@ropesgray.com; jbromley@cgsh.com; soneal@cgsh.com;
harveystrickon@paulhastings.com; sheehan@txschoollaw.com;
KDWBankruptcyDepartment@kelleydrye.com; ffm@bostonbusinesslaw.com;
RLevin@cravath.com; RTrust@cravath.com; grosenberg@co.arapahoe.co.us;
rjohnson2@co.arapahoe.co.us; dallas.bankruptcy@publicans.com; Hsnovikoff@wlrk.com;
rgmason@wlrk.com; jafeltman@wlrk.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com;
george.davis@cwt.com; gary.ticoll@cwt.com; fhyman@mayerbrown.com;
atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com;
cs@stevenslee.com; cp@stevenslee.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com;
DRosner@goulstonstorrs.com; GKaden@goulstonstorrs.com; JWallack@goulstonstorrs.com;
jhs7@att.net; ekbergc@lanepowell.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com;
Hollace.cohen@troutmansanders.com; Paul.deutch@troutmansanders.com;
mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; mhopkins@cov.com;
dcoffino@cov.com; mvenditto@reedsmith.com; cshulman@sheppardmullin.com;
rreid@sheppardmullin.com; elobello@blankrome.com; splatzer@platzerlaw.com;
Rhett.Campbell@tklaw.com; Ira.Herman@tklaw.com; Demetra.Liggins@tklaw.com;
pwright@dl.com; esmith@dl.com; peter.zisser@hklaw.com; richard.lear@hklaw.com;
mspeiser@stroock.com; smillman@stroock.com; kressk@pepperlaw.com;
kovskyd@pepperlaw.com; wisotska@pepperlaw.com; Israel.Dahan@cwt.com;
shari.leventhal@ny.frb.org; mabrams@willkie.com; schapman@willkie.com;
bromano@willkie.com; info2@normandyhill.com; dflanigan@polsinelli.com;
phayden@mcguirewoods.com; dhayes@mcguirewoods.com; eglas@mccarter.com;
kmayer@mccarter.com; tslome@msek.com; fred.berg@rvblaw.com;
mjedelman@vedderprice.com; Roberts@PursuitPartners.com; keith.simon@lw.com;
david.heller@lw.com; douglas.bacon@lw.com; mcto@debevoise.com;
macronin@debevoise.com; Hseife@chadbourne.com; Dlemay@chadbourne.com;
Arosenblatt@chadbourne.com; igoldstein@dl.com; wheuer@dl.com;
jeffrey.sabin@bingham.com; ronald.silverman@bingham.com;
steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jbird@polsinelli.com;
lattard@kayescholar.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net;
hirsh.robert@arentfox.com; angelich.george@arentfox.com; agolianopoulos@mayerbrown.com;
tkiriakos@mayerbrown.com; mmickey@mayerbrown.com; Michael.kim@kobrekim.com;
robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; steven.perlstein@kobrekim.com;
ian.levy@kobrekim.com; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com;
Dravin@wolffsamson.com; Rnies@wolffsamson.com; efile@willaw.com;
Ira.Herman@tklaw.com; Mitchell.Ayer@tklaw.com; rfleischer@pryorcashman.com;
mjacobs@pryorcashman.com; charles@filardi-law.com; martin.davis@ots.treas.gov;
dirk.roberts@ots.treas.gov; wtaylor@mccarter.com; ahammer@freebornpeters.com;
deggert@freebornpeters.com; scousins@armstrongteasdale.com;
sehlers@armstrongteasdale.com; cmontgomery@salans.com; lwhidden@salans.com;
asnow@ssbb.com; schapman@willkie.com; brian_corey@gtservicing.com;
rmunsch@munsch.com; klippman@munsch.com; jrabinowitz@rltlawfirm.com;
ilevee@lowenstein.com; hbeltzer@morganlewis.com; spiotto@chapman.com;
acker@chapman.com; top@chapman.com; heiser@chapman.com; tnixon@gklaw.com;
kgwynne@reedsmith.com; jfalgowski@reedsmith.com; lalshibib@reedsmith.com;

mmorreale@us.mufg.jp; mstamer@akingump.com; pdublin@akingump.com;
mlahaie@akingump.com; Mark.Ellenberg@cwt.com; karen.wagner@dpw.com;
avi.gesser@dpw.com; james.mcclammy@dpw.com; george_kielman@freddiemac.com;
robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jcarberry@cl-law.com;
dladdin@agg.com; frank.white@agg.com; douglas.mcgill@dbr.com; Robert.malone@dbr.com;
dfriedman@kasowitz.com; drosner@kasowitz.com; aglenn@kasowitz.com;
adarwin@nixonpeabody.com; cdesiderio@nixonpeabody.com; neal.mann@oag.state.ny.us;
dkleiner@velaw.com; arwolf@wlrk.com; amenard@tishmanspeyer.com;
mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; nbannon@tishmanspeyer.com;
sheakkorzun@comcast.net; krosen@lowenstein.com; vdagostino@lowenstein.com;
ehorn@lowenstein.com; eschwartz@contrariancapital.com; pnichols@whitecase.com;
tmacwright@whitecase.com; JWishnew@mofo.com; LMarinuzzi@mofo.com;
masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp;
rfleischer@pryorcashman.com; drose@pryorcashman.com; lgranfield@cgsh.com;
lacyr@sullcrom.com; Ischweitzer@cgsh.com; feldsteinh@sullcrom.com; JPintarelli@mofo.com;
LMarinuzzi@mofo.com; Monica.Lawless@brookfieldproperties.com;
howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com;
Brad.dempsey@hro.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com;
sidorsky@butzel.com; fishere@butzel.com; David.bennett@tklaw.com;
glenn.siegel@dechert.com; donald.badaczewski@dechert.com; ecohen@russell.com;
mark.deveno@bingham.com; ezujkowski@emmetmarvin.com; fpb@ppgms.com;
lml@ppgms.com; araboy@cov.com; bambacha@sec.gov; bankoftaiwan@botnya.com;
bill.hughes@us.standardchartered.com; brehenyb@sec.gov; chris.omahoney@bnymellon.com;
cohena@sec.gov; cward@polsinelli.com; Danna.Drori@usdoj.gov; dennis.graham@kbc.be;
elobello@blankrome.com; esmith@dl.com; frank.sodano@americas.bnpparibas.com;
gado01@handelsbanken.se; gauchb@sec.gov; georgeneofitidis@scotiacapital.com;
giddens@hugheshubbard.com; jacobsonn@sec.gov; Jbecker@wilmingtontrust.com;
jbromley@cgsh.com; jketten@wilkie.com; jmathis@lloydstsbusa.com;
jmcginley@wilmingtontrust.com; jshickich@riddellwilliams.com; jwang@sipc.org;
k4.nomura@aozorabank.co.jp; kiplok@hugheshubbard.com; kobak@hugheshubbard.com;
krubin@ozcap.com; lattard@kayescholer.com; lgranfield@cgsh.com; lschweitzer@cgsh.com;
Malcolm@firstbankny.com; michael.halevi@anz.com; Michael.mauerstein@citi.com;
michael.tan@fubon.com; ms.wu@fubonny.com; mtuck@lloydstsbusa.com;
murai24234@nissay.co.jp; nbruce@lloydstsbusa.com; newyork@sec.gov;
noriyukitsumura@chuomitui.jp; panosn@sec.gov; prachmuth@reedsmith.com; pwright@dl.com;
ranjit.mather@bnymellon.com; raymond.morison@bnymellon.com; rdicanto@nabny.com;
rmunsch@munsch.com; robert.bailey@bnymellon.com; rolfnagel.dahl@dnbnor.no;
RTrust@cravath.com; rwasserman@cftc.gov; sharbeck@sipc.org; shuji.yamada@escb.co.jp;
ssmall@us.mufg.jp; tarbit@cftc.gov; tbrock@ssbb.com; tetsuhiro.toomata@shinseibank.com;
timothy.white@mizuhocbus.com; whitej@sec.gov; wsmith@bocusa.com;
yasuhikoimai@smbcgroup.com; rdaversa@orrick.com; crogers@orrick.com;
LMarinuzzi@mofo.com; GLee@mofo.com; TWatanabe@mofo.com; nissay_10259-
0154@mhmjapan.com; schristianson@buchalter.com; dcrapo@gibbonslaw.com;
susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com; dbarber@bsblawyers.com; arlbank@pbfcm.com;
dclark@stinson.com; ehollander@whitecase.com; tnixon@gklaw.com; jherzog@gklaw.com;
kreynolds@mklawnyc.com; dludman@brownconnery.com; dludman@brownconnery.com;
gschiller@zeislaw.com; RLGold1977@aol.com; BMiller@mofo.com; BMiller@mofo.com;
dheffer@foley.com; jlee@foley.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com;
bankruptcy@goodwin.com; MSchleich@fraserstryker.com; KOstad@mofo.com;
TGoren@mofo.com; wanda.goodloe@cbre.com; dswan@mcguirewoods.com;

kmisken@mcguirewoods.com; brad.dempsey@hro.com; agold@herrick.com;
jkurtzman@klehr.com; slerner@ssd.com; bmanne@tuckerlaw.com; btupi@tuckerlaw.com;
mshiner@tuckerlaw.com; wsilverm@oshr.com; pfeldman@oshr.com;
KDWBankruptcyDepartment@kelleydrye.com; howard.hawkins@cwt.com;
ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com;
jlevitin@cahill.com; sgordon@cahill.com; Bmiller@mofo.com; albaugh.colin@pbgc.gov;
eagle.sara@pbgc.gov; KDWBankruptcyDepartment@kelleydrye.com; dlipke@vedderprice.com;
ezavalkoff-babej@vedderprice.com; efriedman@friedumspring.com;
lisa.kraidin@allenovery.com; karen.wagner@dpw.com; sabin.willett@bingham.com;
gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com; info2@normandyhill.com;
shari.leventhal@ny.frb.org; tslome@msek.com; jmazermarino@msek.com; Russj4478@aol.com;
mschonholtz@kayescholer.com; aalfonso@kayescholer.com; rnetzer@willkie.com;
dkozusko@willkie.com; timothy.brink@dlapiper.com; stephanie.wickouski@dbr.com;
kristin.going@dbr.com; fsosnick@shearman.com; jgarrity@shearman.com;
ned.schodek@shearman.com; metkin@lowenstein.com; steele@lowenstein.com;
sean@blbglaw.com; davids@blbglaw.com; jkehoe@sbtklaw.com; bhinerfeld@sbtklaw.com;
jschwartz@hahnhessen.com; jorbach@hahnhessen.com; joseph.scordato@dkib.com;
GLee@mofo.com; JPintarelli@mofo.com; jeffrey.sabin@bingham.com;
ronald.silverman@bingham.com; joshua.dorchak@bingham.com;
bankruptcymatters@us.nomura.com; weissjw@gtlaw.com; jlovi@steptoe.com;
lromansic@steptoe.com; ritkin@steptoe.com; kpiper@steptoe.com;
hollace.cohen@troutmansanders.com; paul.deutch@troutmansanders.com

## **Exhibit C**

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255