Edward S. Weisfelner, Esq. (EW 5581)
David J. Molton, Esq. (DM 1106)
Andrew Dash, Esq. (AD 7913)
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Counsel to Newport Global Opportunities Fund LP,
Newport Global Credit Fund (Master) L.P.,
PEP Credit Investor L.P. and
Providence TMT Special Situations Fund L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------x
                                   :
In re                              :     Chapter 11
                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :  Case No. 08-13555 (JMP)
                                   :
                    Debtors.       :     (Jointly Administered)
                                   :
--------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS      )
                                   ) ss.:
COUNTY OF SUFFOLK                  )

Crystal Alberigi, being duly sworn, deposes and says:  I am not a party to the within

action, am over 18 years of age and reside in Groveland, Massachusetts.

On the 15ᵗʰ of October, 2008, I caused to be served a true copy of the Reply of Newport

Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investors

L.P. and Providence TMT Special Situations Fund L.P. to Debtors' Opposition to Motion of

harbinger Funds and Others to Conduct Examinations Under Bankruptcy Rule 2004 to the

parties listed on the attached <u>Exhibit A</u> by first class mail.

Crystal Alberigi
Brown Rudnick LLP
One Financial Center
Boston, MA  02111
Tel.: (617) 856-8200
Fax: (617) 856-8201

Sworn to before me this
15th day of October, 2008

# 1601700 v4 - ENNISCS - 027898/0001

2

# EXHIBIT A

ACCOUNT TEMPS
12400 COLLECTIONS DRIVE
CHICAGO, IL 60693

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN
MEREDITH A. LAHAIE
(COUNSEL FOR THE INFORMAL NOTEHOLDER GROUP)
NEW YORK, NY 10022-2524

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ANZ BANKING GROUP
MICHAEL HALEVI, DIRECTOR
FINANCIAL INSTITUTIONS
1177 AVE OF THE AMERICAS
NEW YORK, NY 10036

ANZ BANKING GROUP LTD
18TH FLOOR KYOBO GUILDING
1 CHONGRO 1 KU
CHONGRO KA
SEOUL

AOZORA
1-3-1 KUDAN-MINAMI
CHIYODA-KU
TOKYO 102-8660

AOZORA BANK LTD
C/O KOJI NOMURA
JOINT GENERAL MANAGER/FINANCIAL INSTITUTIONS DIV
1-3-1 KUDAN MINAMI
TOKYO 102-8660

ARAPAHOE COUNTY ATTORNEY'S OFFICE
ATTN: GEORGE ROSENBURG, ASSISTANT COUNTY ATTY
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
(COUNSEL TO VERIZON COMMUNICATIONS INC.)
171 17TH STREET NW,
ATLANTA, GA 30363-1031

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

AT&T
PO BOX 8100
AURORA, IL 60507

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY
GENERAL
(COUNSEL TO THE DEPARTMENT OF TAXATION
AND FINANCE)
NEW YORK, NY 10271

AUSTRALIA AND NEW ZEALAND BANKING GROUP
LTD
MELBOURNE OFFICE
LEVEL 6, 100 QUEEN STREET
VICTORIA MELBOURNE VIC 3000

AUSTRALIA NATIONAL BANK
MICHAEL HALEVI
1177 AVE OF THE AMERICAS, 6TH FL
NEW YORK, NY 10036

BANK OF CHINA, NEW YORK BRANCH
ATTN: WILLIAM WARREN SMITH
CHIEF LOAN OFFICER, DEPUTY GENERAL MGR
410 MADISON AVE
NEW YORK, NY 10017

BANK OF TAIWAN, NEW YORK AGENCY
EUNICE S.J. YEH, SVP & GENERAL MGR
100 WALL ST, 11TH FL
NEW YORK, NY 10005

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN INFORMATION
MANGEMENT)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BEST KARPET

1477 E 357 ST

EASTLAKE, OH 44095

BIEGING SHAPIRO & BURNS LLP

ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN

(COUNSEL TO PAYREEL, INC.)

4582 SOUTH ULSTER STREET PARKWAY

DENVER, CO 80237


BINGHAM MCCUTCHEN LLP

ATTN: JEFFREY S. SABIN & RONALD J. SILVERMAN

STEVEN WILAMOWSKY

(COUNSEL TO HARBINGER CAPITAL PARTNERS & HARBERT)

NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP

ATTN: P. SABIN WILLETT

(COUNSEL TO HARBINGER CAPITAL PARTNERS & HARBERT)

ONE FEDERAL STREET

BOSTON, MA 02110-1726


BINGHAM MCCUTCHEN LLP

ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND

STEVEN WILAMOWSKY

(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL INC, UBS

NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP

ATTN: P. SABIN WILLETT

(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL INC. AND

UBS FINANCIAL SRVS OF PUERTO RICO)

BOSTON, MA 02110-1726


BINGHAM MCCUTCHEN LLP

ATTN: JEFFREY S SABIN AND RONALD J SILVERMAN

(COUNSEL TO HARBINGER CAPITAL PARTNERS SPECIAL

SITUATIONS FUND LP AND HARBINGER CAPITAL PARTNERS

NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP

ATTN: P. SABIN WILLETT

(COUNSEL TO HARBINGER CAPITAL PARTNERS SPECIAL

SITUATIONS FUND LP AND HARBINGER CAPITAL PARTNERS

BOSTON, MA 02110-1726


BINGHAM MCCUTCHEN LLP

ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND

STEVEN WILAMOWSKY

(COUNSEL TO DEUTSCHE BANK SECURITIES INC.)

NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP

ATTN: P. SABIN WILLETT

(COUNSEL TO DEUSTCHE BANK SECURITIES INC.)

ONE FEDERAL STREET

BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE
COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ, AS COUNSEL FOR
THOMSON REUTERS PLC & THOMSON REUTERS
CORP
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174

BNP PARIBAS
C/O FRANK SODANO
787 7TH AVE
NEW YORK, NY 10019

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC
CO. LLC)
THREE WORLD FINANCIAL CENTER
NEW YORK, NY 10281-1021

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTS AMERICAS)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE CREDIT CORPORATION)
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE
NEW YORK, NY 10017

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI,
ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP, INC & CITIBANK, NA)
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN
HALSTEAD
(COUNSEL TO MORGAN STANLEY & CO. AND
CHILTON NEW ERA PARTNERS, L.P.)
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS, LLC AND MORGAN
STANLEY & CO. INCORPORATED AND AFFILIATES)
WASHINGTON, DC 20004

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND
L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
NEW YORK, NY 10012

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER
FRANLIN H. TOP, & JAMES HEISER
(COUNSEL TO US BANK NATL ASSOC. & BANK OF MONTREAL
CHICAGO, IL 60603

CHUO MITSUI TRUST & BANKING
NORIYUKI TSUMURA
3-33-1 SHIBA, MINATO-KU
TOKYO 105-0014

CITIBANK NA HONG KONG BRANCH
FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC
44/F CITIBANK TOWER, 3 GARDEN RD
CENTRAL HONG KONG

CITIBANK NA HONG KONG BRANCH
C/O MICHAEL MAUERSTEIN
MD - FIG
388 GREENWICH ST
NEW YORK, NY 10013

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
NEW YORK, NY 10018

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.
(COUNSEL TO CREDIT SUISSE)
WORLDWIDE PLAZA
NEW YORK, NY 10019

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER
JAMES I. MCCLAMMY
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP)
NEW YORK, NY 10017

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
(COUNSEL TO ROCK-FORTY NINTH LLC, ROCKEFELLER
CENTER ET AL.)
NEW YORK, NY 10022

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN
(COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC)
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND DONALD M. BADACZEWSKI
(COUNSEL TO RUSSELL INVESTEMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEMANN
16919 WALDEN
CLEVELAND, OH 44128

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK & JUDY G.Z. LIU
(COUNSEL TO BANK OF NEW YORK MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN
& WILLIAM C. HEUER
(COUNSEL TO ROYAL BANK OF SCOTLAND)
NEW YORK, NY 10019-6092

DIVISION WATER
PO BOX 94540
CLEVELAND, OH 44101

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

DNB NOR BANK ASA
ROLF NAGEL DAHL
SVP INTERNATIONAL FINANCIAL INSITITUTIONS
NO-0021
OSLO

DOMINION
PO BOX 26225
RICHMOND, VA 23260

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL
(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

DRINKER BIDDLE & REATH LLP
ATTN: STEPHANIE WICKOUSKI, ESQ
(COUNSEL TO PARSEC TRADING CORP.)
140 BROADWAY, 39TH FL
NEW YORK, NY 10005-1116

DRINKER BIDDLE & REATH LLP
ATTN: KRISTIN K. GOING, ESQ.
(COUNSEL TO PARSEC CORP.)
1500 K ST, NW - SUITE 1100
WASHINGTON, DC 20005-1209

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING
GROUP LIMITED)
NEW YORK, NY 10271

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510

FIRST COMMERCIAL BANK CO, LTD
MALCOLM WANG, DEPUTY GENERAL MANAGER
NEW YORK AGENCY
34TH FL, 750 THIRD AVE
NEW YORK, NY 10017

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
321 N. CLARK STREET
CHICAGO, IL 60654

FRASER STRYKER PC LLO
ATTN: MICHAEL L. SCHLEICH, ESQ.
(COUNSEL TO TATA COMMUNICATIONS SERVICES
INC.)
500 ENERGY PLAZA
OMAHA, NE 68102

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC
COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY
FUNDS)
200 PARK AVENUE
NEW YORK, NY 10166-0193

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND
MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
MILWAUKEE, WI 53202

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND
GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORP.)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND
LYON CAPITAL VENTURES)
NEW YORK, NY 10016


HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304


HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806

HOLLAND & KNIGHT LLP
ATTN: PETER A. ZISSER
(COUNSEL TO MONUMENT REALTY LLC)
195 BROADWAY
NEW YORK, NY 10007-3189


HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO M. ARTHUR GENSLER JR AND ASSOC, INC.,
GENSLER ARCHITECTURE, DESIGN AND PLANNING, P.C.)
DENVER, CO 80203


HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO COSTELLO MAIONE SCHUCH INC., DBA CMS INNOVATIVE CONSULTANTS)
DENVER, CO 80203

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD SECTION 1
TAIPEI

HUGHES HUBBARD & REED LLP
JAMES W. GIDDENS
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

IGS
PO BOX 631919
CINCINNATI, OH 45263-1919


ILLUMINATING
PO BOX 3638
AKRON, OH 44309

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN
(COUNSEL TO BAY HARBOUR MGMT LC, BAY HARBOUR MSTR,
TROPHY HUNETR INVST, BHCO MASTER, MSS DISTRESSED
NEW YORK, NY 10019

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND
LAUREN ATTARD
(COUNSEL TO WELLS FARGO BANK, NA & WELLS FARGO&CO)
NEW YORK, NY 10022


KAYE SCHOLER LLP
ATTN: MARGOT B. SCHONHOLTZ AND ANA M. ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
425 PARK AVENUE
NEW YORK, NY 10022

KBC BANK
C/O DENIS GRAHAM
125 W 55TH ST
NEW YORK, NY 10019


KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND
IGI RESOURCES)
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP

ATTN: HOWARD S. STEEL, ESQ.

(COUNSEL TO TATA AMERICAN INTERNATIONAL
CORPORATION ANDD TATA CONSULTANCY
SERVICES LTD)

NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP

ATTN: BENJAMIN BLAUSTEIN, ESQ.

(COUNSEL TO THE JUILLIARD SCHOOL)

101 PARK AVENUE

NEW YORK, NY 10178

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS,
LLP

ATTN: JEFFREY KURTZMAN, ESQ.

(COUNSEL TO PJM INTERCONNECTION, L.L.C.)

260 S. BROAD STREET

PHILADELPHIA, PA 19102

KOBRE & KIM LLC

ATTN:MICHAEL S KIM, ROBERT W HENOCH,
ANDREW C

LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY

(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC,

NEW YORK, NY 10022

KOBRE & KIM LLP

ATTN: MICHAEL KIM, ROBERT HENOCH, ANDREW
LOURIE,

STEVEN PERLSTEIN, IAN LEVY

(COUNSEL TO ABM INDUSTRIES, INC.)

NEW YORK, NY 10022

KOBRE & KIM LLP

ATTNT: MICHAEL S KIM, ROBERT W HENOCH, STEVEN
W

PERLSTEIN, ANDREW C LOURIE AND IAN N LEVY

(COUNSEL TO NORTHGATE MINERALS
CORPORATION)

NEW YORK, NY 10022

KOBRE & KIM LLP

ATTN: MICHAEL S KIM, ROBERT W HENOCH,
ANDREW C

LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY

(COUNSEL TO 4KIDS ENTRETAIMENT, INC.)

NEW YORK, NY 10022

LANE POWELL PC

ATTN: CHARLES R. EKBERG

(COUNSEL TO FRED HUTCHINSON CANCER
RESEARCH CNTR)

1420 FIFTH AVENUE

SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP

ATTN: KEITH A. SIMON

(COUNSEL TO FANNIE MAE)

885 THIRD AVENUE

NEW YORK, NY 10022

LATHAM & WATKINS LLP

ATTN: DAVID S. HELLER & J. DOUGLAS BACON

(COUNSEL TO FANNIE MAE)

SEARS TOWER, SUITE 5800

CHICAGO, IL 60606

LAW OFFICES OF GABRIEL DEL VIRGINIA

ATTN: GABRIEL DEL VIRGINIA, ESQ.

(COUNSEL TO THE TAARP GROUP, LLP)

641 LEXINGTON AVENUE, 21ST FLOOR

NEW YORK, NY 10022

LAW OFFICES OF ROBERT E. LUNA, PC

ATTN: ANDREA SHEEHAN, ESQ.

(COUNSEL TO CARROLLTON-FARMERS BRANCH INDEPENDENT

SCHOOL DISTRICT)

DALLAS, TX 75205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP

ATTN: JOHN P. DILLMAN

(COUNSEL TO HARRIS COUNTY)

2323 BRYAN STREET, SUITE 1600

DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

ATTN: ELIZABETH WELLER

(COUNSEL TO DALLAS COUNTY AND TARRANT COUNTY)

2323 BRYAN STREET

DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP

ATTN: DIANE W. SANDERS

(COUNSEL TO MCLENNAN COUNTY)

1949 SOUTH I.H. 35

AUSTIN, TX 78760

LLOYDS BANK

MATTHEW TUCK, NICK BRUCE, JEREMY MATHIS

1251 AVE OF THE AMERICAS, 39TH FL

PO BOX 4873

NEW YORK, NY 10163

LOWENSTEIN SANDLER PC

ATTN: IRA M. LEVEE

(COUNSEL TO FACTIVA, INC.)

1251 AVENUE OF THE AMERICAS, 18TH FLOOR

NEW YORK, NY 10020

LOWENSTEIN SANDLER PC

ATTN: IRA M. LEVEE

(COUNSEL TO FACTIVA, INC.)

65 LIVINGSTON AVENUE

ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC

ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN

(COUNSEL TO AVAYA INC.)

65 LIVINGSTON AVE.

ROSELAND, NJ 07068

MARBLE CARE

5184 RICHMOND RD

CLEVELAND, OH 44146

MAYER BROWN LLP

ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.

(COUNSEL TO CANADIAN IMPERIAL BANK, CIBC WOLRD MKT

CIBC WOLRD MARKETS INC.)

NEW YORK, NY 10019


MAYER BROWN LLP

ATTN: BRIAN TRUST, JEFFREY TOUGAS AND MAYER BROWN

(COUNSEL TO SOCIETE GENERALE)

1675 BROADWAY

NEW YORK, NY 10019


MAYER BROWN LLP

ATTN: ANTONIA GOLIANOPOULOS, ESQ.

(COUNSEL TO SP4 190 S. LASALLE, L.P.)

1675 BROADWAY

NEW YORK, NY 10019


MAYER BROWN LLP

ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS

AMIT K. TREHAN

(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)

NEW YORK, NY 10019


MCCARTER & ENGLISH, LLP

ATTN: EDUARDO J. GLAS, ESQ.

(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.)

FOUR GATEWAY CENTER

NEWARK, NJ 07102-4096


MAYER BROWN LLP

ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN

(COUNSEL TO SUMITOMO MITSUI BANKING CORP, SMBC

CAPITAL MKTS, AND SUMITOMO MITSUI BRUSSELS BRANCH)

NEW YORK, NY 10019


MAYER BROWN LLP

ATTN: BRIAN TRUST, FREDERICK D. HYMAN

JEFFREY G. TOUGAS, AMIT K. TRHAN

(COUNSEL TO WASHINGTON MUTUAL BANK AND

NEW YORK, NY 10019


MAYER BROWN LLP

ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY

(COUNSEL TO SP4 190 S. LASALLE, L.P.)

71 S. WACKER DRIVE

CHICAGO, IL 60606


MCBREEN & KOPKO

ATTN: KENNETH A. REYNOLDS, ESQ.

(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)

500 NORTH BROADWAY, SUITE 129

JERICHO, NY 11753


MCCARTER & ENGLISH, LLP

ATTN: KATHERINE L. MAYER, ESQ.

(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.)

RENAISSANCE CENTRE

WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
WILMINGTON, DE 19801

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN
(COUNSEL TO THE TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO THE TORONTO-DOMINION BANK)
ONE JAMES CENTER
RICHMOND, VA 23219

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN AND KENNETH M. MISKEN
(COUNSEL TO SPRINT NEXTEL CORP, SPRINT SOLUTIONS)
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA 22102

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300 PO BOX 9194
GARDEN CITY, NY 11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: THOMAS R. SLOME AND JIL MAZER-MARINO
(COUNSEL TO DUKE ENERGY OHIO, INC.)
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530-9194

MIDWEST REALTY ADVISORS LLC
ATTN: JACK CORNACHIO
37848 EUCLID AVE
WILLOUGHBY, OH 44094

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
LOS ANGELES, CA 90017

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MIZUHO CORPORATE BANK LTD
GLOBAL SYNDICATED FINANCE DIVISION
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO 100-8210

MIZUHO CORPORATE BANK LTD
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO 100-8210

MIZUHO CORPORATE BANK LTD
TIMOTHY WHITE, MANAGING DIRECTOR
HEAD OF ORIGINATIONS
CORPORATE AND INVESTMENT BANKING DEPT
NEW YORK, NY 10020-1104

MIZUHO CORPORATE BANK, LTD
ATTN: TIMOTHY WHITE, MANAGING DIRECTOR
CORPORATE & INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

MORELLI & GOLD, LLP
ATTN: RICHARD L. GOLD, ESQ.
(COUNSEL TO A-V SERVICES, INC.)
380 LEXINGTON AVENUE
NEW YORK, NY 10168

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
TOKYO 100-8222

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
TOKYO 100-6529

MORRISON & FOERSTER LLP

ATTN: BRETT H. MILLER, ESQ.

(COUNSEL TO FONDO LATINOAMERICANO DE RESERVAS)

1290 AVENUE OF THE AMERICAS

NEW YORK, NY 10104


MORRISON & FOERSTER, LLP

ATTN: BRETT H. MILLER, ESQ

(COUNSEL TO OVERSEA-CHINESE BANKING CORP. LTD. &

INFORMAL GROUP OF TAIWAN FINANCIAL INSTITUITONS)

NEW YORK, NY 10104


MUNSCH HARDT KOPF & HARR, P.C.

ATTN: KEVIN M. LIPPMAN

(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)

3800 LINCOLN PLAZA

DALLAS, TX 75201-6659


NATIONAL AUSTRALIA BANK

ROSEMARIE O'CANTO

245 PARK AVE, 28TH FL

NEW YORK, NY 10167


NIPPON LIFE INSURANCE CO

TAKAYUKI MURAI, DEPUTY GENERAL MGR

CORPORATE FINANCE DEPT #1

1-6-6, MARUNOUCHI

TOKYO 100-8288


MORRISON & FOERSTER LLP

ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.

(COUNSEL TO CB RICHARD ELLIS, INC.)

1290 AVENUE OF THE AMERICAS

NEW YORK, NY 10104


MUNSCH HARDT KOPF & HARR, P.C.

ATTN: RUSSELL L. MUNSCH

(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)

ONE AMERICAN CENTER

AUSTIN, TX 78701-3057


NAGASHIMA OHNO & TSUNEMATSU

ATTN: MASAKI KONISHI, ESQ.

(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)

KIOICHO BUILDING 3-12, KIOICHO

TOKYO 102-0094


NEWEDGE USA, LLC

ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL COUNSEL, NEWEDGE

550 WEST JACKSON BLVD, SUITE 500

CHICAGO, IL 60661


NIXON PEABODY, LLP

ATTN: AMANDA DARWIN

(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)

100 SUMMER STREET

BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: CHRISTOPHER M. DESIDERIO
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY
AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

NORTHEAST
PO BOX 9260
AKRON, OH 44305

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE
DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552

OFFICE OF THRIFT SUPERVISION, NORTHEAST
REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND COURTNEY M.
ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD)
230 PARK AVENUE
NEW YORK, NY 10169-0075

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO EUROPEAN BANK FOR
RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: HARVEY A. STICKON (HS5210)
(COUNSEL TO GENERAL ELECTRIC CAPITAL CORP)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PENSION BENEFIT GUARANTY CORPORATION
ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL
SARA B. EAGLE, COLIN B. ALBAUGH
OFFICE OF THE CHIEF COUNSEL
WASHINGTON, DC 20005

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK, FSB)
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK, FSB)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
(COUNSEL TO CITY OF FARMERS BRANCH,
JOHNSON COUNTY
ARLINGTON ISD, MANSFIELD ISD, BURLESON, ISD
ARLINGTON, TX 76094-0430

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG &
JASLOW
ATTN: SYDNEY G. PLATZER
(COUNSEL TO 250 EAST BORROWER LLC, EAST 46TH
BORROWER LLC, HALE AVENUE BORROWER LLC)
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POST, POLAK, GOODSELL, MACNEILL &
STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK, ESQ.
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND
DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND
SCOTT C. SHELLEY
(COUNSEL TO SPECIAL COUNSEL TO THE OFFICIAL
NEW YORK, NY 10010

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ
(COUNSEL TO SOMERSET PROPERTIES SPE LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
ATTN PAUL A RACHMUTH ESQ
COUNSEL TO GALLEON BUCCANEER'S OFFSHORE
LTD
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION
TECHNOLOGY
SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES,
WILMINGTON, DE 19801

REED SMITH LLP

ATTN: LUMA AL-SHIBIB

(COUNSEL TO GE CAPITAL INFORMATION
TECHNOLOGY

SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES,

NEW YORK, NY 10022

RENTOKIL

8001 SWEET VALLEY DR

VALLEYVIEW, OH 44125


REPUBLIC WASTE

PO BOX 9001826

LOUISVILLE, KY 40290

RIDDELL WILLIAMS P.S.

ATTN: JOSPEH E. SHICKICH

(COUNSEL TO MICROSOFT CORPORATION AND
MICROSOFT

LICENSING)

SEATTLE, WA 98154-1192


RMC

PO BOX 31315

ROCHESTER, NY 14603

ROCK-FORTY-NINTH LLC

ATTN: PRESIDENT/SECRETARY

C/O THE ROCKEFELLER GROUP

1221 AVE OF THE AMERICAS

NEW YORK, NY 10020


RUSSELL INVESTMENTS

ATTN: ELIOT COHEN

909 A STREET

TACOMA, WA 98402-5120

RUSSELL R. JOHNSON III

(COUNSEL TO DUKE ENERGY OHIO, INC.)

2258 WHEATLANDS DRIVE

MANAKIN SABOT, VA 23103


RUSSIN VECCHI BERG & BERNSTEIN LLP

ATTN: J. FRED BERG JR, ESQ.

(COUNSEL TO DRESDNER KLEINWORT GROUP
HOLDINGS LLC)

380 LEXINGTON AVENUE, SUITE 1518

NEW YORK, NY 10168

SALANS

ATTN: CLAUDE MONTGOMERY & LEE WHIDDEN

(COUNSEL TO SVENSKA HANDELSBANKEN AB)

620 FIFTH AVENUE

NEW YORK, NY 10020

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
NEW YORK, NY 10169

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

SHEAK & KORZUN, P.C.
ATTN: TIMOTHY J. KORZUN, ESQ.
(COUNSEL TO VOLLERS EXCAVATING &
CONSTRUSTION,INC)
1 WASHINGTON CROSSING ROAD
PENNINGTON, NJ 08534

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY,
ESQ
AND NED S. SCHODEK, ESQ.
(COUNSEL TO BANK OF AMERICA, N.A.)
NEW YORK, NY 10022

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
(COUNSEL TO COLLINS BUILDING SERVICES, INC.)
655 THIRD AVENUE
NEW YORK, NY 10017

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN CARREN SHULMAN & RUSSELL RIED ESQS
COUNSEL FOR THE BANK OF NEW YORK MELLON
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SHINKIN CENTRAL BANK
8-1, KYOBASHI 3-CHOME
CHUO-KU
TOKYO 104-0031

SHINKIN CENTRAL BANK
SHUJI YAMADA, DEPUTY GENERAL MANAGER
FINANCIAL INSTITUTIONS DEPT
3-7, YAESU 1-CHOME
TOKYO 104-0028

SHINSEI BANK LTD
C/O TETSUHIRO TOMATA, GENERAL MGR
FINANCIAL INSTITUTIONS
BUSINESS DIV 2
TOKYO 100-8501

SHIPMAN & GOODWIN LLP

ATTN: JULIE A. MANNING, ESQ.

(COUNSEL TO GARTNER, INC., GARTNER UK LIMITED AND

COMPUTER FINANCIAL CONSULTANTS INC.)

HARTFORD, CT 06103-1919


SHIPMAN & GOODWIN LLP

ATTN: JULIE A. MANNING, ESQ.

(COUNSEL TO TANGOE, INC.)

ONE CONSTITUTION PLAZA

HARTFORD, CT 06103-1919


SHIPMAN & GOODWIN LLP

ATTN: JULIE A. MANNING, ESQ.

(COUNSEL TO OPEN SOLUTIONS INC.)

ONE CONSTITUTION PLAZA

HARTFORD, CT 06103-1919


SQUIRE, SANDERS & DEMPSEY L.L.P.

ATTN: STEPHEN D. LERNER

(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.)

221 E. FOURTH STREET, SUITE 2900

CINCINNATI, OH 45202


STAHL ZELLOE, P.C.

ATTN: RICHARD J. STAHL, ESQ.

(COUNSEL TO THE TAARP GROUP, LLP)

11350 RANDOM HILLS ROAD, SUITE 700

FAIRFAX, VA 22030


STANDARD CHARTERED BANK

BILL HUGHES, SVP-FIG

ONE MADISON AVE

NEW YORK, NY 10010-3603


STATLER ARMS GARAGE LLC

1111 EUCLID AVE

CLEVELAND, OH 44115


STEINGASS

754 PROGRESS DRIVE

MEDINA, OH 44256


STEVENS & LEE, P.C.

ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS

(COUNSEL TO 1301 PROPERTIES OWNER, LP C/O PARAMOUNT GROUP, INC.)

NEW YORK, NY 10022


STINSON MORRISON HECKER LLP

ATTN: DARRELL W. CLARK, ESQ.

(COUNSEL TO EXEGY INCORPORATED)

1150 18TH STREET, NW

WASHINGTON, DC 20036

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK LTD)
180 MAIDEN LANE
NEW YORK, NY 10038

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004

SUMITOMO MITSUBISHI BANKING CORP
13-6 NIHOBASHI-KODENMA-CHO
CHUO-KU
TOKYO 103-0001

SUMITOMO MITSUBISHI BANKING CORP
C/O YAS IMAI, SENIOR VP
HEAD OF FINANCIAL INSITUTIONS GROUP
277 PARK AVE
NEW YORK, NY 10172

SVENSKA HANDELSBANKEN
C/O GAIL DOULGAS
153 E 53RD ST, 37TH FL
NEW YORK, NY 10022

TAIPEI FUBON BANK, HEAD OFFICE
NO. 36, SEC 3, NAKING, EAST RD
TAIPEI

TAIPEI FUBON BANK, NEW YORK AGENCY
ATTN:  M.S. WU
100 WALL ST, 14TH
NEW YORK, NY 10005

TD SECURITY
PO BOX 81357
CLEVELAND, OH 44181

THE BANK OF NEW YORK
ATTN: RAYMOND MORISON
ONE CANADA SQUARE
CANARY WHARF
LONDON E14 5AL

THE BANK OF NEW YORK
ATTN: CHRIS O'MAHONEY
101 BARCLAY STREET
NEW YORK, NY 10286

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY

THE BANK OF NOVA SCOTIA
SINGAPORE BRANCH
1 RAFFLES QUAY #20-01
ONE RAFFLES QUAY NORTH TOWER
048583


THE BANK OF NOVA SCOTIA
GOERGE NEOFITIDIS
DIRECTOR FINANCIA INSTITUTIONS GROUP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104


THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
ATLANTA, GA 30326


THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499


THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN
(COUNSEL TO CHEVRON NATURAL GAS)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

THOMPSON & KNIGHT LLP

ATTN: IRA L. HERMAN AND DEMETRA L. LIGGINS

(COUNSEL TO CROSSROADS INVESTMENT
ADVISERS, LP)

919 THIRD AVENUE

NEW YORK, NY 10022-3915


THOMPSON & KNIGHT LLP

ATTN: DAVID M. BENNETT

(COUNSEL TO CROSSROADS INVESTMENT
ADVISERS, LP)

1722 ROUTH STREET

DALLAS, TX 75201-2533


TIME WARNER

PO BOX 0901

CAROL STREAM, IL 60132


TISHMAN SPEYER PROPERTIES, L.P.

ATTN: ANN MENARD, ESQ

ATTN: BRADLEY TURK, ESQ.

ATTN: NED BANNON

NEW YORK, NY 10111


TISHMAN SPEYER PROPERTIES, LP

ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY
TURK AND

NED BANNON

(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)

NEW YORK, NY 10111


TRAVELERS

NATIONAL ACCOUNTS

ATTN: OLGA PRESS, ACCOUNT RESOLUTION

1 TOWER SQUARE - 5MN

HARTFORD, CT 06183-4044


TROUTMAN SANDERS LLP

ATTN: HORACE T. COHEN & PAUL H. DEUTCH

(COUNSEL TO BANK OF CHINA)

405 LEXINGTON AVENUE

NEW YORK, NY 10174


TUCKER ARENSBURG, P.C.

ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND

MICHAEL A. SHINER

(COUNSEL TO FEDERAL HOME LOAN BANK OF
PITTSBURGH)

PITTSBURGH, PA 15222


TW TELECOM INC.

ATTN: LINDA BOYLE

10475 PARK MEADOWS DRIVE, #400

LITTLETON, CO 80124


UFJ BANK LIMITED

2-7-1, MARUNOUCHI

CHIYODA-KU

TOKYO 100-8388

UFJ BANK LIMITED

C/O STEPHEN SMALL, VP

HEAD OF FINANCIAL INSTITUTIONS

BANK OF TOKYO-MITSUBISHI/UFJ TRUST

NEW YORK, NY 10020-1104

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

ATTN: THE HONORABLE JAMES M. PECK

ONE BOWLING GREEN, COURTROOM 601

NEW YORK, NY 10004


VEDDER PRICE P.C.

ATTN: DOUGLAS J. LIPKE, ESQ.

(COUNSEL TO NEWEDGE USA, LLC)

222 N. LASALLE STREET

CHICAGO, IL 60601-1003

VEDDER PRICE P.C.

ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.

(COUNSEL TO NEWEDGE USA, LLC)

1633 BROADWAY, 47TH FLOOR

NEW YORK, NY 10019


VEDDER PRICE PC

ATTN: MICHAEL J. EDELMAN

(COUNSEL TO PURSUIT CAPITAL PARTNERS MASTER AND

PURSUIT OPPORTUNITY FUND I MASTER LTD.)

NEW YORK, NY 10019

VINSON & ELKINS LLP

ATTN: DOV KLEINER, ESQ.

(COUNSEL TO SHINSEI BANK LIMITED)

666 FIFTH AVENUE, 26TH FLOOR

NEW YORK, NY 10103


WACHTELL, LIPTON, ROSEN & KATZ

ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ

AND JOSHUA A. FELTMAN, ESQ

(COUNSEL TO JPMORGAN CHASE BANK, N.A.)

NEW YORK, NY 10019-6150

WACHTELL, LIPTON, ROSEN & KATZ

ATTN: AMY WOLF, ESQ.

(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)

51 WEST 52ND STREET

NEW YORK, NY 10019-6150


WCCV

3479 STATE RD

CUYAHOGA FALLS, OH 44223

WEIL GOTSHAL & MANGES LLP

ATTN: RICHARD P. KRASNOW, LORI R. FIFE

SHAI Y. WAISMAN, JACQUELINE MARCUS

(COUNSEL TO THE DEBTORS)

NEW YORK, NY 10153

WHITE & CASE LLP

ATTN: PHILIP JOHN NICHOLS

(COUNSEL TO DNB NOR BANK ASA)

1155 AVENUE OF THE AMERICAS

NEW YORK, NY 10036-2787


WHITE & CASE LLP

ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES

(COUNSEL TO DNB NOR BANK ASA)

WACHOVIA FINANCIAL CENTER

MIAMI, FL 33131


WHITE & CASE LLP

ATTN: EVAN C. HOLLANDER, ESQ.

(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA

OVERSEAS FUND, LTD.)

NEW YORK, NY 10036


WHITE & CASE LLP

ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND

RICHARD GRAHAM

(COUNSEL TO COMMERZBANK AG, NEW YORK AND GRAND

NEW YORK, NY 10036


WILLKIE FARR & GALLAGHER LLP

ATTN: MARC ABRAMS, SHELLEY CHAPMAN

BENITO ROMANO, JAMIE KETTEN

(COUNSEL TO AIG GLOBAL INVESTMENT CORPORATION)

NEW YORK, NY 10019-6099


WILLKIE FARR & GALLAGHER LLP

ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS

(COUNSEL TO GREEN TREE SERVICING INC.)

787 SEVENTH AVENUE

NEW YORK, NY 10019-6099


WILLKIE FARR & GALLAGHER LLP

ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.

(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND

FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)

NEW YORK, NY 10019-6099


WILMINGTON TRUST COMPANY

ATTN JAMES J MCGINLEY

520 MADISON AVE, 33RD FL

NEW YORK, NY 10022


WILMINGTON TRUST FSB

ATTN JULIE J BECKER

8400 NORMANDALE LAKE BLVD SUITE 925

MINNEAPOLIS, MN 55437


WINSTON & STRAWN LLP

ATTN: CAREY D. SCHREIBER

(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)

200 PARK AVENUE

NEW YORK, NY 10166-4193

WINSTON & STRAWN LLP

ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER

(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)

35 WEST WACKER DRIVE

CHICAGO, IL 60601

WOLFF & SAMSON PC

ATTN: DAVID N. RAVIN & ROBERT E. NIES

(COUNSEL TO MACK-CALI REALTY LP)

THE OFFICES AT CRYSTAL LAKE

WEST ORANGE, NJ 07052

ZEISLER @ZEISLER, P.C.

ATTN: GREGORY B. SCHILLER, ESQ.

(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)

558 CLINTON AVENUE

BRIDGEPORT, CT 06605