UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

Alison R. Ambeault, being duly sworn, deposes and says:

(I)    That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)   That on October 14, 2008 she caused the following to be served: *Objection of (A) Fir Tree Value Master Fund, L.P. and Fir Tree Opportunity Master Fund, L.P., (B) Royal Charter Properties-East, Inc., (C) Quantum Partners LDC, and (D) OppenheimerFunds, Inc., Oppenheimer Strategic Income Fund and Certain Other Funds and Accounts Advised or Sub-Advised by OppenheimerFunds, Inc. and its Affiliates to the Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 And 6004 (A) for Authorization to (I) Continue Using Existing Centralized Cash Management System, as Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms; and (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code* [Docket No. 941] via facsimile to the parties listed on Exhibit A annexed hereto.

*Alison R. Ambeault* (signature)

Alison R. Ambeault

Sworn to before me this

15th day of October 2008

_____
Notary Public

ADAM SCAVONE
Notary Public, State of New York
No. 01SC6184035
Qualified in New York County
Commission Expires March 24, 2012

## EXHIBIT A

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153-0119
Attn: Shai Waisman, Jacqueline Marcus and Richard Krasnow
Fax: 212-310-8007

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffery S. Margolin
Fax: 212-422-4726

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee Granfield & Lisa M. Schweitzer
Fax: 212-225-3999

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.
Fax: 212-668-2255

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis Dunne, Dennis O'Donnell & Evan Fleck
Fax: 212-530-5219

Sullivan & Cromwell
125 Broad Street
New York, NY 10004
Attn: Robinson Lacy
Fax: 212-558-3588

Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: James Tecce & Susheel Kirpalani
Fax : 212 849-7100

4515564.1

Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, New York 10022-2524
Attn: Michael Stamer
Fax: (212) 872-1002

Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Attn: Beverly Weiss Manne
Fax: (412) 594-5619

Bingham McCutchen LLP
339 Park Avenue
New York, NY 10022
Attn: Ronald J. Silverman
Fax: (212) 752-5378

Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Attn: Howard J. Weg & David B. Shemano
Fax: (310) 552-3101