UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) Case No. 08-13555 (JMP) |
| Debtors. | ) (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          ) ss:
COUNTY OF NEW YORK  )

Alison R. Ambeault, being duly sworn, deposes and says:

(I)    That she is not a party to the within action, is over the age of 21 years and resides in New York, New York.

(II)   That on October 15, 2008 she caused the following to be served: *Second Amended Verified Statement of Willkie Farr & Gallagher LLP Pursuant to Bankruptcy Rule 2019* [Docket No. 1019] (a) by first class mail to those parties on Exhibit A annexed hereto and (b) by electronic mail via the Court's ECF filing system to all parties who receive electronic notice in these cases.

*[signature]*

Alison R. Ambeault

Sworn to before me this

15th day of October, 2008

*[signature]*
Notary Public

ADAM SCAVONE
Notary Public, State of New York
No. 01SC6184035
Qualified in New York County
Commission Expires March 24, 2012

# EXHIBIT A

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153-0119
Attn: Shai Waisman, Jacqueline Marcus and Richard Krasnow
Fax: 212-310-8007

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: Jeffery S. Margolin
Fax: 212-422-4726

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn: Lindsee Granfield & Lisa M. Schweitzer
Fax: 212-225-3999

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Brian Masumoto, Esq.
Fax: 212-668-2255

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis Dunne, Dennis O'Donnell & Evan Fleck
Fax: 212-530-5219

Sullivan & Cromwell
125 Broad Street
New York, NY 10004
Attn: Robinson Lacy
Fax: 212-558-3588

Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: James Tecce & Susheel Kirpalani
Fax : 212 849-7100

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Wade K. Cannon
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

4513270.1

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

4513270.1

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Amy Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004