WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                        :
In re                                   :       Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :       08-13555 (JMP)
                                        :
                    Debtors.            :       (Jointly Administered)
                                        :
                                        :
-----------------------------------------------------------------x
```

<u>SECOND AMENDED</u> NOTICE OF AGENDA OF MATTERS
<u>SCHEDULED FOR HEARING ON OCTOBER 16, 2008 AT 11:00 A.M.</u>

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **<u>Room 601</u>**, One Bowling Green, New York, NY 10004-1408

I.     <u>UNCONTESTED MATTERS:</u>

1.     Order Scheduling Initial Case Conference **[Docket No. 634]**

<u>Responses Received</u>:  None

<u>Status</u>:  This conference is going forward.

2.    Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases **[Docket No. 831]**

Responses Received:  None

Status:  This motion is going forward.

3.    Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Directing that Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors be Made Applicable to Recently Filed Cases **[Docket No. 832]**

Responses Received:  None

Status:  This motion is going forward.

4.    Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code for an Interim Order Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorneys for the Debtors, Nunc Pro Tunc to the Commencement Date **[Docket No. 758]**

Responses Received:  None.

Status:  This motion is going forward.

5.    Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Interim Order Authorizing the Debtors to (A) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date, and (C) to Schedule a Final Hearing **[Docket No. 760]**

Responses Received:  None.

Status:  This motion is going forward.

6.    Debtors' Application Pursuant to Sections § 327(a) and § 328(a) of the Bankruptcy Code for Authorization to Employ and Retain Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors, Nunc Pro Tunc, to the Date of its Engagement **[Docket No. 761]**

Responses Received:  None.

Status:  This motion is going forward.

NY2:\1924150\12\158_M12!.DOC\58399.0003

7.      Motion of Shinsei Bank, Limited for the Entry of an Order Approving Specified
Information Blocking Procedures and Permitting Trading of Claims Against the Debtor
Upon Establishment of a Screening Wall **[Docket No. 355]**

Responses Received:  None.

Related Filings:

      A.      Notice of Hearing on Motion of Shinsei Bank, Limited for the Entry of an
Order Approving Specified Information Blocking Procedures and
Permitting Trading of Claims Against the Debtor Upon Establishment of a
Screening Wall **[Docket No. 411]**

      B.      Revised Declaration of Edward Gilbert **[Docket No. 899]**

Status:  This motion is going forward.

8.      Motion of Metropolitan Life Insurance Company for Entry of an Order Approving
Specified Information Blocking Procedures and Permitting Trading of Claims Against the
Debtor Upon Establishment of a Screening Wall **[Docket No. 416]**

Responses Received:  None.

Related Filings:

A.      Notice of Filing of Revised Exhibits to the Motion of Metropolitan Life Insurance
Company for Entry of an Order Approving Specified Information Blocking
Procedures and Permitting Trading of Claims Against the Debtor Upon
Establishment of a Screening Wall **[Docket No. 942]**

Status:  This motion is going forward.

9.      Motion of Aegon USA Investment Management, LLC for Entry of an Order Approving
Specified Information Blocking Procedures and Permitting Trading of Claims Against the
Debtor Upon Establishment of s Screening Wall **[Docket No. 789]**

Responses Received:  None.

Related Filings:

      A.      Ex-Parte Order Signed on 10/10/2008 Shortening Time with Respect to
Hearing the Motion of AEGON USA Investment Management, LLC for
Entry of an Order Approving Specified Information Blocking Procedures
and Permitting Trading of Claims Against the Debtor upon Establishment
of a Screening Wall.  The hearing will be held on 10/16/2008 at 10:00 am
in Courtroom 601 **[Docket No. 807]**

NY2:\1924150\12\158_M12!.DOC\58399.0003

      B.      Amended Declaration of James K. Schaeffer in Support of Motion of AEGON USA Investment Management, LLC for Entry of an Order Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of a Screening Wall **[Docket No. 921]**

10.     Debtors' Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code to (i) Approve the Debtors' Proposed Form of Adequate Assurance of Payment, (ii) Establish Procedures for Resolving Objections by Utility Companies, and (iii) Prohibit Utilities from Altering, Refusing, or Discontinuing Service **[Docket No. 415]**

     Responses Received:

      A.      Objection to Motion Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for an Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment; (II) Resolving Objections by Utility Companies; and (III) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service **[Docket No. 870]**

     Related Filings:

      A.      Affidavit of Shai Y Waisman in Support of Debtors' Request for a Bridge Order Pursuant to Sections 105 and 366 of the Bankruptcy Code Extending the Stay Under Section 366 of the Bankruptcy Code Through the Time the Court Enters an Order on the Motion **[Docket No. 417]**

      B.      Ex Parte Order Signed on 9/29/2008 Extending the Stay Under Section 366 of the Bankruptcy Code through October 16, 2008 and the Time the Court Enters an Order with Respect to the Motion **[Docket No. 420]**

     Status:  This motion is going forward.

## II.    **CONTESTED MATTERS**:

1.     Motion for Relief from Stay for an Order Lifting or Modifying the Automatic Stay filed by William Kuntz **[Docket No. 271]**

     Responses Received:

      A.      Debtors' Objection to the Motion of William Kuntz III for an Order Lifting or Modifying the Automatic Stay in these Chapter 11 Cases **[Docket No. 830]**

      B.      Joinder of Official Committee of Unsecured Creditors In Debtors' Objection to the Motion of William Kuntz III for an Order Lifting or Modifying the Automatic Stay in these Chapter 11 Cases **[Docket No. 851]**

NY2:\1924150\12\158_M12!.DOC\58399.0003

Related Filings:

    A.    Affidavit of William Kuntz **[Docket No. 817]**

Status: This motion is going forward.

2.    Amended Motion for Appointment of Equity Committee **[Docket No. 293]**

Responses Received:

    A.    Debtors' Objection to Amended Motion for Appointment of Equity Committee **[Docket No. 905]**

    B.    Objection of the United States Trustee to Amended Motion for Appointment of Equity Committee **[Docket No. 804]**

    C.    Objection Of The Official Committee Of Unsecured Creditors To Amended Motion For Appointment Of Official Committee Of Equity Security Holders **[Docket No. 865]**

    D.    Memorandum of Law in Support of Amended Motion for Appointment of Equity Committee **[Docket No. 841]**

    E.    Omnibus Joinder of the Informal Noteholder Group to (I) Objection of the United States Trustee to Amended Motion for Appointment of Equity Committee and (II) Objection of the Official Committee of Unsecured Creditors to Amended Motion for Appointment of Official Committee of Equity Security Holders **[Docket No. 885]**

Related Filings:

    A.    Notice of Hearing on Amended Motion for Appointment of Equity Committee **[Docket No. 341]**

Status: This motion is going forward.

3.    Joint Motion of the Debtors and Barclays Capital Inc for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement, dated September 29, 2008, with Exhibit A (Proposed Order) **[Docket No. 430]**

Responses Received:

    A.    Objection of the Informal Noteholder Group to the Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing the Debtors to File Under Seal Certain Schedules to the Asset Purchase Agreement **[Docket No. 755]**

B.    Limited Objection of the Official Committee of Unsecured Creditors to Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement **[Docket No. 763]**

C.    Reply Of Barclays Capital Inc. To Objections To Order Authorizing The Debtors And Barclays Capital Inc. To File Under Seal Certain Schedules To The Asset Purchase Agreement **[Docket No. 999]**

D.    Notice Of Filing Of Summary Concerning Schedules To Clarification Letter **[Docket No. 1042]**

Related Filings:

A.    Notice of Presentment of Order Authorizing the Debtors and Barclays Capital Inc. to File Under Seal Certain Schedules to the Purchase Agreement, dated October 3, 2008 with Proposed Order **[Docket No. 568]**

Status:  This motion is going forward.

4.    Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 373]**

Responses Received:

A.    Response and Limited Objection of the Joint Administrators of the Lehman European Group Administration Companies to (I) the Harbinger Funds' Motion for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc., and (II) Motion of the Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Other Entities **[Docket No. 818]**

B.    Debtors' Opposition to the Motions of Harbinger Funds and Others to Conduct Examinations under Bankruptcy Rule 2004 **[Docket No. 837]**

C.    Debtors' Memorandum of Law in Opposition to the Motions of Harbinger Funds and Others to Conduct Examinations Under Bankruptcy Rule 2004 **[Docket No. 838]**

D.    Response to Supplement to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 839]**

E.    Limited Objection Of Official Committee Of Unsecured Creditors To Motions Of (I) The Harbinger Funds And (II) Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP

Credit Investor L.P., And Providence TMT Special Situations Fund L.P. For Leave To Conduct Rule 2004 Discovery Of Debtor Lehman Brothers Inc. And Other Entities **[Docket No. 869]**

F.    Response of Avista Corporation and Powerex Corp. to Motions for Rule 2004 Examination and the Opposition of the Debtors and Other Parties Thereto **[Docket No. 926]**

G.    Reply of the Harbinger Funds to Debtors' Objection to Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 934]**

H.    Response and Joinder of Federal Home Loan Bank of Pittsburgh to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 691]**

I.    Response and Joinder of Wells Fargo Bank, N.A. and Wells Fargo & Co. to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 770]**

J.    Response and Joinder of Fir Tree Value Master Fund, L.P. and Fir Tree Capital Opportunity Master Fund, L.P. to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 782]**

K.    Response and Joinder of Federal Home Loan Bank of Seattle to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings, Inc. **[Docket No. 806]**

L.    Omnibus Statement of the Informal Noteholder Group with Respect to (I) Motion of Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and (II) Motion of Newport Global Opportunities Fund L.P., et al. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Other Entities **[Docket No. 814]**

M.    Supplement to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 816]**

N.    Response and Joinder of Airlie Opportunity Master Fund, Ltd. to the Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 822]**

O.    Joinder to the Motions for Leave To Conduct Rule 2004 Discovery Of Lehman Brothers Holdings Inc. and Others of Global Thematic Opportunities Fund LP, Panton Master Fund, L.P., CFIP Master Fund,

Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., and Turnberry Leveraged Credit Master Fund, L.P. **[Docket No. 823]**

P.    Statement of Russell Investment Group, Inc. with Respect to (i) Motion of Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and (ii) Motion of Newport Global Opportunities Fund L.P., et al. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Other Entities **[Docket No. 906]**

Q.    Joinder of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Motion to Conduct Discovery Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure **[Docket No. 969]**

R.    Motion to Join /Joinder of Bank of America, N.A. to the Motion of Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtors Lehman Brothers Holding Inc. filed by Fredric Sosnick on behalf of BANK OF AMERICA, N.A. **[Docket No. 1048]**

Status:  This motion is going forward.

5.    Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Other Entities **[Docket No. 435]**

Responses Received:

A.    Trustee's Objection to Motion of Newport Global Opportunities Fund LP Et Al. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers Holdings Inc. and Other Entities **[Docket No. 840]**

B.    Response to Supplement to Motion of Newport Global Opportunities Fund L.P. et al for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. **[Docket No. 935]**

C.    Response and Joinder of Federal Home Loan Bank of Pittsburgh to the Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and Other Entities **[Docket No. 692]**

D.    Supplemental Application for FRBP 2004 Examination **[Docket No. 857]**

NY2:\1924150\12\158_M12!.DOC\58399.0003

E.    Response of JPMorgan Chase, N.A. to the Response and Joinder of Federal Home Loan Bank of Pittsburgh to the Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Invester L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and other Entities **[Docket No. 894]**

F.    Reply to Motion Reply of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. to Debtors' Opposition to Motion of Harbinger Funds and Others to Conduct Examination Under Bankruptcy Rule 2004 filed by Edward S. Weisfelner on behalf of Newport Global Opportunities Fund LP, et al. **[Docket No. 1043]**

Status:  This motion is going forward.

6.    LB R3 HOLDING SETTLEMENT & REDEMPTION TRANSACTION - Debtors' Motion for Entry of Order Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006, and 9019 (i) Approving Equity Interests Purchase Agreement; (ii) Authorizing Debtors to Compromise, Settle, and Release Related Claims; and (iii) Granting Certain Related Relief **[Docket No. 746]**

Responses Received:

A.    Objection of the Informal Noteholder Group to Debtors` Motion for Entry of Order Pursuant to Sections 105, 363, AND 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006, and 9019 (I) Approving Equity Interests Purchase Agreement; (II) Authorizing Debtors to Compromise, Settle, and Release Related Claims; and (III) Granting Certain Related Relief **[Docket No. 868]**

B.    Limited Objection of the Pension Benefit Guaranty Corporation to Debtors' Motion for Entry of Order Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006, and 9019: (I) Approving Equity Interests Purchase Agreement; (II) Authorizing Debtors to Compromise, Settle, and Release Related Claims and (III) Granting Certain Related Relief with attached Certificate of Service **[Docket No. 940]**

Replies Received:

A.    Omnibus Reply of Debtors to Objections to Debtors' Motion for Entry of Order Pursuant to Sections 105, 363, and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006, and 9019 (i) Approving Equity Interests Purchase Agreement; (ii) Authorizing the Debtors to Compromise, Settle, and Release Related Claims; and (iii) Granting Related Relief **[Docket No. 1004]**

9

Status:  This motion is going forward.

7.    EAGLE ENERGY PARTNERS I L.P. TRANSACTION - Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004, 6006 and 9019 Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnership Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of Such Intercompany Loan to Purchasers **[Docket No. 503]**

Responses Received:

A.    Response of the PBGC to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004, 6006 and 9019 Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnership Interest Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of Such Intercompany Loan to Purchasers **[Docket No. 815]**

B.    Objection to Motion Authorizing Lehman Brothers Holdings Inc. to (a) Enter Into a Partnership Interests Purchase Agreement, (b) Compromise and Release a Portion of an Intercompany Loan, and (c) Assign the Remainder of Such Intercompany Loan to Purchasers **[Docket No. 879]**

C.    Objection of Ad Hoc Committee of Bondholders to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004, 6006 and 9019 Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnership Interests Purchase Agreement, (B) Compromise and Release a Portion of such Intercompany Loan, and (C) Assign the Remainder of Such Intercompany Loan to Purchasers **[Docket No. 903]**

D.    Limited Objection to Debtors' Motion for an Order Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnerships Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of such Intercompany Loan to Purchasers **[Docket No. 914]**

E.    Limited Objection of Lloyds TSB Bank PLC to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004, 6006, and 9019 Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnership Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan, and (C) Assign the Remainder of Such Intercompany Loan to Purchasers **[Docket No. 939]**

10

F.      Objection Main Street Natural Gas Inc. Joinder In Limited Objection of
The Bank Of New York Mellon Trust Company, N.A. as Indenture
Trustee, to Debtors Motion for Entry of an Order Pursuant to Sections 363
and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy
Procedure 6004, 6006 and 9019 Authorizing Lehman Brothers Holdings
Inc. to (A) Enter into a Partnership Interests Purchase Agreement, (B)
Compromise and Release a Portion of an Intercompany Loan, and (C)
assign the Remainder of Such Intercompany Loan to Purchasers **[Docket
No. 1046]**

Replies Received:

A.      Debtors' Omnibus Reply to the Objections and Limited Objections of
Various Parties to the Debtors' Motion for Entry of an Order Pursuant to
Sections 363 and 365 of the Bankruptcy Code and Federal Rules of
Bankruptcy Procedure 6004, 6006 and 9019 Authorizing Lehman Brothers
Holdings Inc. to (A) Enter into a Partnership Interests Purchase
Agreement, (B) Compromise and Release a Portion of an Intercompany
Loan, and (C) Assign the Remainder of Such Intercompany Loan to
Purchasers **[Docket No. 1003]**

Status:  This motion is going forward.

NY2:\1924150\12\158_M12!.DOC\58399.0003

8.     SALE OF LEHMAN'S INVESTMENT MANAGEMENT DIVISION TRANSACTION
- Debtors' Motion to (A) Establish Sales Procedures; (B) Approve a Seller Termination
Fee and a Reimbursement Amount; and (C) Approve the Sale of the Purchased Assets
and the Assumption and Assignment of Contracts Relating to the Purchased Assets
**[Docket No. 694]**

Responses Received:

A.     Limited Objection of Options Price Reporting Authority to Debtors'
Motion to (A) Establish Sales Procedures; (B) Approve a Seller
Termination Fee and a Reimbursement Amount; and (C) Approve the Sale
of the Purchased Assets and the Assumption and Assignment of Contracts
Relating to the Purchased Assets **[Docket No. 913]**

B.     Limited Objection of Korea Investment & Securities Co., LTD and True
Friend 4th Securitization Specialty Co., LTD to Debtors' Motion to (A)
Establish Sales Procedures; (B) Approve a Seller Termination Fee and a
Reimbursement Amount; and (C) Approve the Sale of the Purchased
Assets and the Assumption and Assignment of Contracts Relating to the
Purchased Assets **[Docket No. 922]**

C.     Objection of the Informal Noteholder Group to the Debtors` Motion to (A)
Establish Sales Procedures; (B) Approve a Seller Termination Fee and a
Reimbursement Amount; and (C) Approve the Sale of the Purchased
Assets and the Assumption and Assignment of Contracts Relating to the
Purchased Assets **[Docket No. 928]**

D.     Limited Objection and Reservation of Rights of Thomson Reuters PLC
and Thomson Reuters Corporation with Respect to Debtors' Motion to (A)
Establish Sales Procedures; (B) Approve a Seller Termination Fee and a
Reimbursement Amount; and (C) Approve the Sale of the Purchased
Assets and the Assumption and Assignment of Contracts Relating to the
Purchased Assets [Dkt. No. 694] **[Docket No. 937]**

E.     Limited Objection of the Official Committee of Unsecured Creditors To
Debtors' Motion to (A) Establish Sales Procedures; (B) Approve a Seller
Termination Fee and a Reimbursement Amount; and (C) Approve the Sale
of the Purchased Assets and the Assumption and Assignment of Contracts
Relating to the Purchased Assets **[Docket No. 938]**

F.     Objection to Motion to (A) Establish Sales Procedures; (B) Approve a
Seller Termination Fee and a Reimbursement Amount; and (C) Approve
the Sale of the Purchased Assets and the Assumption and Assignment of
Contracts Relating to the Purchased Assets of Crossmark Conerstone
Partners, L.P., Crossmark Corporate Advisers, L.P., Crossmark Corporate
Investors II, L.P., Crossmark Corporate Investors, L.P., Crossmark
Investment Advisers, L.P., Crossmark Investment Company, L.P.,
Financial Analytics, L.P. **[Docket No. 943]**

12

G.      Limited Objection of The Carlyle Group to Debtors' Motion for Order Approving Bidding Procedures **[Docket No. 951]**

H.      Limited Objection of The Carlyle Group to Debtors' Motion for Order Approving Bidding Procedures **[Docket No. 958]**

I.      Limited Objection of SuccessFactors, Inc. to Debtors' Motion Seeking, Among Other Things, an Order Approving the Sale of Purchased Assets and Authorizing Assumption and Assignment of Contracts Relating to Purchased Assets **[Docket No. 964]**

J.      Limited Objection of Sun Microsystems, Inc. to Debtors' Motion Seeking, Among Other Things, an Order Approving the Sale of Purchased Assets and Authorizing Assumption and Assignment of Contracts Relating to Purchased Assets **[Docket No. 966]**

K.      Limited Objection And Reservation of Rights Of Cisco Systems, Inc. And Cisco Systems Capital Corporation To Debtors' Motion Seeking, Among Other Things, An Order Approving The Sale Of Purchased Assets And Authorizing Assumption And Assignment Of Contracts Relating To Purchased Assets **[Docket No. 967]**

L.      Limited Objection Of NetApp, Inc. And Network Appliance Limited To Debtors' Motion Seeking, Among Other Things, An Order Approving The Sale Of Purchased Assets And Authorizing Assumption And Assignment Of Contracts Relating To Purchased Assets **[Docket No. 968]**

Status:  This motion is going forward.

9.      Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (c) to Schedule a Final Hearing **[Docket No. 669]**

Responses Received:

A.      Response to Motion and Limited Objection of the Federal Home Loan Bank of Pittsburgh to Debtors' Motion For Order Pursuant To Sections 105(A), 345(B), 363(B), 363(C) And 364(A) of The Bankruptcy Code and Bankruptcy Rules 6003 and 6004: (A) For Authorization To: (i) Continue Using Existing Centralized Cash Management System, As Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) For an Extension of Time To Comply With Section 345(B) of the Bankruptcy Code **[Docket No. 904]**

B.      Objection of the Informal Noteholder Group to Debtors` Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (C) to Schedule a Final Hearing **[Docket No. 924]**

C.      Response of Avista Corporation and Powerex Corp. to Debtors' Motion for Authorization to Continue Using Existing Cash Management System and Other Relief **[Docket No. 927]**

D.      Limited Objection of The Harbinger Funds to Debtors' Motion (A) For Authorization to (I) Continue Using Existing Centralized Cash Management System, As Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms; (B) For an Extension of Time to Comply With Section 345(B) of the Bankruptcy Code; and (C) to Schedule a Final Hearing **[Docket No. 932]**

E.      Limited Objection to Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) For Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) For an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (C) To Schedule a Final Hearing **[Docket No. 936]**

F.      Objection of (A) Fir Tree Value Master Fund, L.P. and Fir Tree Opportunity Master Fund, L.P., (B) Royal Charter Properties-East, Inc., (C) Quantum Partners LDC, and (D) OppenheimerFunds, Inc., Oppenheimer Strategic Income Fund and Certain Other Funds and Accounts Advised or Sub-Advised by OppenheimerFunds, Inc. and its Affiliates to the Debtors? Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 And 6004 (A) for Authorization to (I) Continue Using Existing Centralized Cash Management System, as Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms; and (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code **[Docket No. 941]**

G.      Limited Objection of the Joint Administrators of the Lehman European Group Administration Companies to the Debtor's Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 264(a) of the Bankruptcy

14

Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code and (C) to Schedule a Final Hearing **[Docket No. 947]**

H.    Notice of Revised Proposed Interim Order Approving Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (C) to Schedule a Final Hearing **[Docket No. 1051]**

Related Filings:

A.    Supplement to Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms **[Docket No. 826]**

Status:  This motion is going forward.

## III.    **WITHDRAWN MATTERS**:

1.    Debtor's Motion for Order: (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code, and (iii) Scheduling Final Hearing **[Docket No. 59]**

## IV.    **ADJOURNED MATTERS**:

1.    Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. Pursuant to 11 U.S.C. §§ 105(a) and 1103(c) and Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 566]**

Responses Received:

A.    Debtors' Response to Motion of the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. Pursuant to 11 U.S.C. 105(a)

and 1103(c) and Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 883]**

B.   Objection to Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. Pursuant to 11 U.S.C. 105(a) And 1103(c) and Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 884]**

C.   Statement of the Informal Noteholder Group with Respect to the Motion of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. Pursuant to 11 U.S.C. Sections 105(a) and 1103(c) and Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 887]**

Status:  This matter has been adjourned to November 5, 2008 at 10:00 a.m.

2.   Motion Of Official Committee Of Unsecured Creditors For Reconsideration Of Court's September 17, 2008 Interim Order (I) Authorizing Debtor To Obtain Postpetition Financing Pursuant To Sections 363 And 364 Of Bankruptcy Code And (II) Granting Liens And Superpriority Claims To Postpetition Lenders Pursuant To Section 364 Of Bankruptcy Code **[Docket No. 434]**

Responses Received: None

Status:  This matter has been adjourned to November 5, 2008 at 10:00 a.m.

Dated:  October 16, 2008
        New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession

NY2:\1924150\12\158_M12!.DOC\58399.0003