Sandra E. Mayerson, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Facsimile: (212) 385-9010

Attorneys for Caisse de depot et placement du Quebec

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC. *et al.*,     Chapter 11

                                          Case No. 08-13555 (JMP)
                    Debtors.
-------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that Caisse de depot et placement du Quebec, a party-in-interest in the above referenced case, hereby enter its appearance by and through its counsel, Holland & Knight LLP, pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case be given and served upon:

                      Sandra E. Mayerson, Esq.
                      Holland & Knight LLP
                      195 Broadway
                      New York, NY 10007-3189
                      Telephone: (212) 513-3200
                      Facsimile: (212) 385-9010
                      Email: sandra.mayerson@hklaw.com

PLEASE TAKE FURTHER NOTICE that this request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, and 9007, including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:   October 16, 2008
        New York, New York

HOLLAND & KNIGHT LLP

By: /s/Sandra E. Mayerson
    Sandra E. Mayerson, Esq.
    195 Broadway
New York, New York 10007
Telephone:  (212) 513-3200
Facsimile:   (212) 385-9010
Email: sandra.mayerson@hklaw.com

Attorneys for Caisse de depot et placement du Quebec

**CERTIFICATE OF SERVICE**

I, Wilfred Lancaster, do hereby certify under penalty of perjury, that on this 16th day of October, 2008, caused a copy of the foregoing *Notice of Appearance*, to be served upon the parties listed below and filed electronically via the Court's CM/ECF system such that it would be also served electronically on those parties entitled to receive such notice.

Shai Waisman, Esq.
Jacqueline Marcus, Esq.
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153
(212) 310-8274
Fax : (212) 310-8007
Email: shai.waisman@weil.com

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
(212) 837-6375
Fax : (212) 422-4726
Email: margolin@hugheshubbard.com

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Brian Masumoto, Esq.
Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

/s/Wilfred Lancaster
Wilfred Lancaster

Sworn to before me this
16th day of October 2008.

<u>/s/Peter A. Zisser</u>
   Notary Public

Notary Public, State of New York
Qualified in NY County
No. 4997100
Commission expires 7/2/2010

#5706924v1