**LARKIN HOFFMAN DALY & LINDGREN, LTD.**
Kenneth Corey-Edstrom (MN 148696)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431
Phone: 952-835-3800
Fax: 952-896-3333
Email: kcoreyedstrom@larkinhoffman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                      ) Chapter 11 Case
                                            )
LEHMAN BROTHERS HOLDINGS,                   ) Case No. 08-13555
                                            )
         Debtor.                            )
-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Kenneth Corey-Edstrom, Esquire, a member in good standing of the bar in the State of Minnesota and of the bar of the U.S. District Court for the District of Minnesota, request admission, *pro hac vice*, before this Court to represent Heritage Christian Academy, a creditor and claimant in the above-referenced case and any related adversary proceedings.

My address is Larkin Hoffman Daly & Lindgren, Ltd., 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Minneapolis, Minnesota 55431, and my telephone number is 952-835-3800. My email address is kcoreyedstrom@larkinhoffman.com.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated: 10/14/08

Minneapolis, Minnesota

[Signature]
LARKIN HOFFMAN DALY & LINDGREN, Ltd.
Attorneys for Heritage Christian Academy
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431
Phone: 952-835-3800

1223686.1