Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & M^cCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & M^cCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                              :
In re:                                        :     Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :     08-13555 (JMP)
                                              :
              Debtors.                        :     (Jointly Administered)
                                              :
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) SS.:
COUNTY OF NEW YORK      )

   ELLIOT C. LAW, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M^cCloy LLP, Proposed Counsel for the Official

Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On October 8, 2008, I caused a true and correct copy of the following document:

LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO JOINT MOTION OF THE DEBTORS AND BARCLAYS CAPITAL INC. FOR ENTRY OF AN ORDER AUTHORIZING TO FILE UNDER SEAL CERTAIN SCHEDULES TO THE ASSET PURCHASE AGREEMENT,

to be served upon the parties identified on Exhibit A attached hereto by United States Postal Service for delivery by first class mail, and to be served by electronic mail upon the addresses listed on Exhibit B attached hereto.

    /s/ Elliot C. Law
Elliot C. Law

**SWORN TO AND SUBSCRIBED** before me this 16th day of October, 2008

  /s/ Rena K. Ceron
Rena K. Ceron
Notary Public, State of New York
No. 01CE6028430
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Feb. 1, 2010

**Exhibit A**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Richard P. Krasnow, Esq.
       Lori R. Fife, Esq.
       Shai Y. Waisman, Esq.
       Jacqueline Marcus, Esq.

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:  Andy Velez-Rivera
       Paul Schwartzberg
       Brian Masumoto
       Linda Riffkin
       Tracy Hope Davis

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
       Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn:  Robinson B. Lacy, Esq.
       Hydee R. Feldstein, Esq.

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475
Attn: Steven A. Ginther

Linebarger Goggan Blair & Sampson, LLP
The Terrace II
2700 Via Fortuna Drive
Suite 400
Austin, TX 78746
Attn:  Diane W. Sanders

## Exhibit B

harveystrickon@paulhastings.com; sheehan@txschoollaw.com; KDWBankruptcyDepartment@kelleydrye.com; ffm@bostonbusinesslaw.com; RLevin@cravath.com; RTrust@cravath.com; grosenberg@co.arapahoe.co.us; rjohnson2@co.arapahoe.co.us; dallas.bankruptcy@publicans.com; Hsnovikoff@wlrk.com; rgmason@wlrk.com; jafeltman@wlrk.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; gary.ticoll@cwt.com; fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; cs@stevenslee.com; cp@stevenslee.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; DRosner@goulstonstorrs.com; GKaden@goulstonstorrs.com; JWallack@goulstonstorrs.com; jhs7@att.net; ekbergc@lanepowell.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; Hollace.cohen@troutmansanders.com; Paul.deutch@troutmansanders.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; mhopkins@cov.com; dcoffino@cov.com; mvenditto@reedsmith.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; elobello@blankrome.com; splatzer@platzerlaw.com; Rhett.Campbell@tklaw.com; Ira.Herman@tklaw.com; Demetra.Liggins@tklaw.com; pwright@dl.com; esmith@dl.com; peter.zisser@hklaw.com; richard.lear@hklaw.com; mspeiser@stroock.com; smillman@stroock.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; Israel.Dahan@cwt.com; shari.leventhal@ny.frb.org; mabrams@willkie.com; schapman@willkie.com; bromano@willkie.com; info2@normandyhill.com; dflanigan@polsinelli.com; phayden@mcguirewoods.com; dhayes@mcguirewoods.com; eglas@mccarter.com; kmayer@mccarter.com; tslome@msek.com; fred.berg@rvblaw.com; mjedelman@vedderprice.com; Roberts@PursuitPartners.com; keith.simon@lw.com; david.heller@lw.com; douglas.bacon@lw.com; mcto@debevoise.com; macronin@debevoise.com; Hseife@chadbourne.com; Dlemay@chadbourne.com; Arosenblatt@chadbourne.com; igoldstein@dl.com; wheuer@dl.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jbird@polsinelli.com; lattard@kayescholar.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; hirsh.robert@arentfox.com; angelich.george@arentfox.com; agolianopoulos@mayerbrown.com; tkiriakos@mayerbrown.com; mmickey@mayerbrown.com; Michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; steven.perlstein@kobrekim.com; ian.levy@kobrekim.com; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com; Dravin@wolffsamson.com; Rnies@wolffsamson.com; efile@willaw.com; Ira.Herman@tklaw.com; Mitchell.Ayer@tklaw.com; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; charles@filardi-law.com; martin.davis@ots.treas.gov; dirk.roberts@ots.treas.gov; wtaylor@mccarter.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; cmontgomery@salans.com; lwhidden@salans.com; asnow@ssbb.com; schapman@willkie.com; brian_corey@gtservicing.com; rmunsch@munsch.com; klippman@munsch.com; jrabinowitz@rltlawfirm.com; ilevee@lowenstein.com; hbeltzer@morganlewis.com; spiotto@chapman.com; acker@chapman.com; top@chapman.com; heiser@chapman.com; tnixon@gklaw.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com; lalshibib@reedsmith.com; mmorreale@us.mufg.jp; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; Mark.Ellenberg@cwt.com; karen.wagner@dpw.com; avi.gesser@dpw.com; james.mcclammy@dpw.com; george_kielman@freddiemac.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jcarberry@cl-law.com; dladdin@agg.com; frank.white@agg.com; douglas.mcgill@dbr.com; Robert.malone@dbr.com;

dfriedman@kasowitz.com; drosner@kasowitz.com; aglenn@kasowitz.com;
adarwin@nixonpeabody.com; cdesiderio@nixonpeabody.com; neal.mann@oag.state.ny.us;
dkleiner@velaw.com; arwolf@wlrk.com; amenard@tishmanspeyer.com;
mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; nbannon@tishmanspeyer.com;
sheakkorzun@comcast.net; krosen@lowenstein.com; vdagostino@lowenstein.com;
ehorn@lowenstein.com; eschwartz@contrariancapital.com; pnichols@whitecase.com;
tmacwright@whitecase.com; JWishnew@mofo.com; LMarinuzzi@mofo.com;
masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp;
rfleischer@pryorcashman.com; drose@pryorcashman.com; lgranfield@cgsh.com;
lacyr@sullcrom.com; Ischweitzer@cgsh.com; feldsteinh@sullcrom.com; JPintarelli@mofo.com;
LMarinuzzi@mofo.com; Monica.Lawless@brookfieldproperties.com;
howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com;
Brad.dempsey@hro.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com;
sidorsky@butzel.com; fishere@butzel.com; David.bennett@tklaw.com;
glenn.siegel@dechert.com; donald.badaczewski@dechert.com; ecohen@russell.com;
mark.deveno@bingham.com; ezujkowski@emmetmarvin.com; fpb@ppgms.com;
lml@ppgms.com; araboy@cov.com; bambacha@sec.gov; bankoftaiwan@botnya.com;
bill.hughes@us.standardchartered.com; brehenyb@sec.gov; chris.omahoney@bnymellon.com;
cohena@sec.gov; cward@polsinelli.com; Danna.Drori@usdoj.gov; dennis.graham@kbc.be;
elobello@blankrome.com; esmith@dl.com; frank.sodano@americas.bnpparibas.com;
gado01@handelsbanken.se; gauchb@sec.gov; georgeneofitidis@scotiacapital.com;
giddens@hugheshubbard.com; jacobsonn@sec.gov; Jbecker@wilmingtontrust.com;
jbromley@cgsh.com; jketten@wilkie.com; jmathis@lloydstsbusa.com;
jmcginley@wilmingtontrust.com; jshickich@riddellwilliams.com; jwang@sipc.org;
k4.nomura@aozorabank.co.jp; kiplok@hugheshubbard.com; kobak@hugheshubbard.com;
krubin@ozcap.com; lattard@kayescholer.com; lgranfield@cgsh.com; lschweitzer@cgsh.com;
Malcolm@firstbankny.com; michael.halevi@anz.com; Michael.mauerstein@citi.com;
michael.tan@fubon.com; ms.wu@fubonny.com; mtuck@lloydstsbusa.com;
murai24234@nissay.co.jp; nbruce@lloydstsbusa.com; newyork@sec.gov;
noriyukitsumura@chuomitui.jp; panosn@sec.gov; prachmuth@reedsmith.com; pwright@dl.com;
ranjit.mather@bnymellon.com; raymond.morison@bnymellon.com; rdicanto@nabny.com;
rmunsch@munsch.com; robert.bailey@bnymellon.com; rolfnagel.dahl@dnbnor.no;
RTrust@cravath.com; rwasserman@cftc.gov; sharbeck@sipc.org; shuji.yamada@escb.co.jp;
ssmall@us.mufg.jp; tarbit@cftc.gov; tbrock@ssbb.com;
tetsuhiro.toomata@shinseibank.com; timothy.white@mizuhocbus.com; whitej@sec.gov;
wsmith@bocusa.com; yasuhikoimai@smbcgroup.com; rdaversa@orrick.com;
crogers@orrick.com; LMarinuzzi@mofo.com; GLee@mofo.com;
TWatanabe@mofo.com; nissay_10259-0154@mhmjapan.com;
schristianson@buchalter.com; dcrapo@gibbonslaw.com;
susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com; dbarber@bsblawyers.com; arlbank@pbfcm.com;
dclark@stinson.com; ehollander@whitecase.com; tnixon@gklaw.com;
jherzog@gklaw.com; kreynolds@mklawnyc.com; dludman@brownconnery.com;
dludman@brownconnery.com; gschiller@zeislaw.com; RLGold1977@aol.com;
BMiller@mofo.com; BMiller@mofo.com; dheffer@foley.com; jlee@foley.com;
bankruptcy@goodwin.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com;
MSchleich@fraserstryker.com; KOstad@mofo.com; TGoren@mofo.com;
wanda.goodloe@cbre.com; dswan@mcguirewoods.com; kmisken@mcguirewoods.com;
brad.dempsey@hro.com; agold@herrick.com; jkurtzman@klehr.com; slerner@ssd.com;

bmanne@tuckerlaw.com; btupi@tuckerlaw.com; mshiner@tuckerlaw.com; wsilverm@oshr.com; pfeldman@oshr.com; KDWBankruptcyDepartment@kelleydrye.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; jlevitin@cahill.com; sgordon@cahill.com; Bmiller@mofo.com; albaugh.colin@pbgc.gov; eagle.sara@pbgc.gov; KDWBankruptcyDepartment@kelleydrye.com; dlipke@vedderprice.com; ezavalkoff-babej@vedderprice.com; efriedman@friedumspring.com; lisa.kraidin@allenovery.com; karen.wagner@dpw.com; sabin.willett@bingham.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com; info2@normandyhill.com; shari.leventhal@ny.frb.org; harvey.miller@weil.com; jacqueline.marcus@weil.com; shai.waisman@weil.com; lori.fife@weil.com