MOORE & VAN ALLEN PLLC
40 Calhoun Street
Suite 300
Charleston, S.C. 29401
Telephone: (843) 579-7000
Facsimile: (843) 579-8727

Counsel for Public Service of North Carolina

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 08-13555 (JMP)** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | ) | **(Jointly Administered)** |
| **et. al.,** | ) | |
| | ) | **Chapter 11** |
| **Debtors.** | ) | |
| | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, David B. Wheeler, of the law firm of Moore & Van Allen PLLC, hereby appears, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, on behalf of Creditor, Public Service of North Carolina ("PSNC" or "Creditor"), in the captioned case, and demands that notices of all matters be served on him, at the address set forth below.

Please take further notice that demand is also made for service of copies of papers, reports, pleadings, monthly operating statements, Motions and Applications, Petitions, Disclosure Statements, Plans of Reorganization and any other matter filed in this action, including any adversary proceedings.

The full address for such service and notice is as follows:

David B. Wheeler, Esquire
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

CHARLESTON\345732v1

    Telephone:  (843) 579-7000
    Facsimile:  (843) 579-8727

davidwheeler@mvalaw.com

Please take further notice that said Creditor intends that neither this Notice of Appearance nor any later appearance, pleadings, claim, or suit shall waive (1) the right of Creditor to have final orders in non-core matters entered only after de novo review by the District Court, (2) the rights of said Creditor to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the rights of said Creditor to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupment to which said Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, or recoupment said Creditor expressly reserves.

**MOORE & VAN ALLEN PLLC**

/s/David B. Wheeler_____
David B. Wheeler
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC  29413-2828
(843) 579-7015
(843) 579-8727 facsimile
davidwheeler@mvalaw.com

ATTORNEYS FOR CREDITOR,
PUBLIC SERVICE OF NORTH CAROLINA

CHARLESTON, SC
October 16, 2008