Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                :
In re:                                          :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) SS.:
COUNTY OF NEW YORK    )

    ELLIOT C. LAW, being duly sworn, deposes and says:

    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Proposed Counsel for the Official

Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

On October 13, 2008, I caused a true and correct copy of the following documents (collectively, the "Documents") to be served (a) by United States Postal Service for delivery by first class mail to the entities listed on Exhibit A attached hereto; and (b) by electronic mail to the addresses listed on Exhibit B attached hereto:

1. JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN DEBTORS' OBJECTION TO THE MOTION OF WILLIAM KUNTZ III FOR AN ORDER LIFTING OR MODIFYING THE AUTOMATIC STAY IN THESE CHAPTER 11 CASES [Docket No. 851]

2. NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO RECONSIDERATION OF COURT'S SEPTEMBER 17, 2008 INTERIM ORDER (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT TO SECTIONS 363 AND 364 OF BANKRUPTCY CODE AND (II) GRANTING LIENS AND SUPERPRIORITY CLAIMS TO POSTPETITION LENDERS PURSUANT TO SECTION 364 OF BANKRUPTCY CODE [Docket No. 864]

3. OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO AMENDED MOTION FOR APPOINTMENT OF OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS [Docket No. 865]

    4.    LIMITED OBJECTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTIONS OF (I) THE HARBINGER FUNDS AND (II) NEWPORT GLOBAL OPPORTUNITIES FUND LP, NEWPORT GLOBAL CREDIT FUND (MASTER) L.P., PEP CREDIT INVESTOR L.P., AND PROVIDENCE TMT SPECIAL SITUATIONS FUND L.P. FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR LEHMAN BROTHERS INC. AND OTHER ENTITIES  [Docket No. 869]

    /s/ Elliot C. Law
Elliot C. Law

**SWORN TO AND SUBSCRIBED** before me this 16th day of October, 2008

  /s/ Rena K. Ceron
Rena K. Ceron
Notary Public, State of New York
No. 01CE6028430
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Feb. 1, 2010

3

**Exhibit A**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
        Tracy Hope Davis

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:   Lindsee P. Granfield, Esq.
        Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn:   Robinson B. Lacy, Esq.
        Hydee R. Feldstein, Esq.

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475
Attn: Steven A. Ginther

Linebarger Goggan Blair & Sampson, LLP
The Terrace II
2700 Via Fortuna Drive
Suite 400
Austin, TX 78746
Attn:   Diane W. Sanders

**Exhibit B**

harveystrickon@paulhastings.com; sheehan@txschoollaw.com; KDWBankruptcyDepartment@kelleydrye.com; ffm@bostonbusinesslaw.com; RLevin@cravath.com; RTrust@cravath.com; grosenberg@co.arapahoe.co.us; rjohnson2@co.arapahoe.co.us; dallas.bankruptcy@publicans.com; Hsnovikoff@wlrk.com; rgmason@wlrk.com; jafeltman@wlrk.com; deryck.palmer@cwt.com; john.rapisardi@cwt.com; george.davis@cwt.com; gary.ticoll@cwt.com; fhyman@mayerbrown.com; atrehan@mayerbrown.com; btrust@mayerbrown.com; jtougas@mayerbrown.com; cs@stevenslee.com; cp@stevenslee.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com; DRosner@goulstonstorrs.com; GKaden@goulstonstorrs.com; JWallack@goulstonstorrs.com; jhs7@att.net; ekbergc@lanepowell.com; mbienenstock@dl.com; jliu@dl.com; tkarcher@dl.com; Hollace.cohen@troutmansanders.com; Paul.deutch@troutmansanders.com; mrosenthal@gibsondunn.com; jweiss@gibsondunn.com; mhopkins@cov.com; dcoffino@cov.com; mvenditto@reedsmith.com; cshulman@sheppardmullin.com; rreid@sheppardmullin.com; elobello@blankrome.com; splatzer@platzerlaw.com; Rhett.Campbell@tklaw.com; Ira.Herman@tklaw.com; Demetra.Liggins@tklaw.com; pwright@dl.com; esmith@dl.com; peter.zisser@hklaw.com; richard.lear@hklaw.com; mspeiser@stroock.com; smillman@stroock.com; kressk@pepperlaw.com; kovskyd@pepperlaw.com; wisotska@pepperlaw.com; Israel.Dahan@cwt.com; shari.leventhal@ny.frb.org; mabrams@willkie.com; schapman@willkie.com; bromano@willkie.com; info2@normandyhill.com; dflanigan@polsinelli.com; phayden@mcguirewoods.com; dhayes@mcguirewoods.com; eglas@mccarter.com; kmayer@mccarter.com; tslome@msek.com; fred.berg@rvblaw.com; mjedelman@vedderprice.com; Roberts@PursuitPartners.com; keith.simon@lw.com; david.heller@lw.com; douglas.bacon@lw.com; mcto@debevoise.com; macronin@debevoise.com; Hseife@chadbourne.com; Dlemay@chadbourne.com; Arosenblatt@chadbourne.com; igoldstein@dl.com; wheuer@dl.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com; steven.wilamowsky@bingham.com; sabin.willett@bingham.com; jbird@polsinelli.com; lattard@kayescholar.com; wbenzija@halperinlaw.net; jdyas@halperinlaw.net; hirsh.robert@arentfox.com; angelich.george@arentfox.com; agolianopoulos@mayerbrown.com; tkiriakos@mayerbrown.com; mmickey@mayerbrown.com; Michael.kim@kobrekim.com; robert.henoch@kobrekim.com; andrew.lourie@kobrekim.com; steven.perlstein@kobrekim.com; ian.levy@kobrekim.com; cbelmonte@ssbb.com; tbrock@ssbb.com; pbosswick@ssbb.com; Dravin@wolffsamson.com; Rnies@wolffsamson.com; efile@willaw.com; Ira.Herman@tklaw.com; Mitchell.Ayer@tklaw.com; rfleischer@pryorcashman.com; mjacobs@pryorcashman.com; charles@filardi-law.com; martin.davis@ots.treas.gov; dirk.roberts@ots.treas.gov; wtaylor@mccarter.com; ahammer@freebornpeters.com; deggert@freebornpeters.com; scousins@armstrongteasdale.com; sehlers@armstrongteasdale.com; cmontgomery@salans.com; lwhidden@salans.com; asnow@ssbb.com; schapman@willkie.com; brian_corey@gtservicing.com; rmunsch@munsch.com; klippman@munsch.com; jrabinowitz@rltlawfirm.com; ilevee@lowenstein.com; hbeltzer@morganlewis.com; spiotto@chapman.com; acker@chapman.com; top@chapman.com; heiser@chapman.com; tnixon@gklaw.com; kgwynne@reedsmith.com; jfalgowski@reedsmith.com; lalshibib@reedsmith.com; mmorreale@us.mufg.jp; mstamer@akingump.com; pdublin@akingump.com; mlahaie@akingump.com; Mark.Ellenberg@cwt.com; karen.wagner@dpw.com; avi.gesser@dpw.com; james.mcclammy@dpw.com; george_kielman@freddiemac.com; robert.dombroff@bingham.com; steven.wilamowsky@bingham.com; jcarberry@cl-law.com; dladdin@agg.com; frank.white@agg.com; douglas.mcgill@dbr.com; Robert.malone@dbr.com;

dfriedman@kasowitz.com; drosner@kasowitz.com; aglenn@kasowitz.com;
adarwin@nixonpeabody.com; cdesiderio@nixonpeabody.com; neal.mann@oag.state.ny.us;
dkleiner@velaw.com; arwolf@wlrk.com; amenard@tishmanspeyer.com;
mbenner@tishmanspeyer.com; bturk@tishmanspeyer.com; nbannon@tishmanspeyer.com;
sheakkorzun@comcast.net; krosen@lowenstein.com; vdagostino@lowenstein.com;
ehorn@lowenstein.com; eschwartz@contrariancapital.com; pnichols@whitecase.com;
tmacwright@whitecase.com; JWishnew@mofo.com; LMarinuzzi@mofo.com;
masaki_konishi@noandt.com; Akihiko_Yagyuu@chuomitsui.jp; CMTB_LC11@chuomitsui.jp;
rfleischer@pryorcashman.com; drose@pryorcashman.com; lgranfield@cgsh.com;
lacyr@sullcrom.com; Ischweitzer@cgsh.com; feldsteinh@sullcrom.com; JPintarelli@mofo.com;
LMarinuzzi@mofo.com; Monica.Lawless@brookfieldproperties.com;
howard.hawkins@cwt.com; hanh.huynh@cwt.com; ellen.halstead@cwt.com;
Brad.dempsey@hro.com; gabriel.delvirginia@verizon.net; r.stahl@stahlzelloe.com;
sidorsky@butzel.com; fishere@butzel.com; David.bennett@tklaw.com;
glenn.siegel@dechert.com; donald.badaczewski@dechert.com; ecohen@russell.com;
mark.deveno@bingham.com; ezujkowski@emmetmarvin.com; fpb@ppgms.com;
lml@ppgms.com; araboy@cov.com; bambacha@sec.gov; bankoftaiwan@botnya.com;
bill.hughes@us.standardchartered.com; brehenyb@sec.gov; chris.omahoney@bnymellon.com;
cohena@sec.gov; cward@polsinelli.com; Danna.Drori@usdoj.gov; dennis.graham@kbc.be;
elobello@blankrome.com; esmith@dl.com; frank.sodano@americas.bnpparibas.com;
gado01@handelsbanken.se; gauchb@sec.gov; georgeneofitidis@scotiacapital.com;
giddens@hugheshubbard.com; jacobsonn@sec.gov; Jbecker@wilmingtontrust.com;
jbromley@cgsh.com; jketten@wilkie.com; jmathis@lloydstsbusa.com;
jmcginley@wilmingtontrust.com; jshickich@riddellwilliams.com; jwang@sipc.org;
k4.nomura@aozorabank.co.jp; kiplok@hugheshubbard.com; kobak@hugheshubbard.com;
krubin@ozcap.com; lattard@kayescholer.com; lgranfield@cgsh.com; lschweitzer@cgsh.com;
Malcolm@firstbankny.com; michael.halevi@anz.com; Michael.mauerstein@citi.com;
michael.tan@fubon.com; ms.wu@fubonny.com; mtuck@lloydstsbusa.com;
murai24234@nissay.co.jp; nbruce@lloydstsbusa.com; newyork@sec.gov;
noriyukitsumura@chuomitui.jp; panosn@sec.gov; prachmuth@reedsmith.com; pwright@dl.com;
ranjit.mather@bnymellon.com; raymond.morison@bnymellon.com; rdicanto@nabny.com;
rmunsch@munsch.com; robert.bailey@bnymellon.com; rolfnagel.dahl@dnbnor.no;
RTrust@cravath.com; rwasserman@cftc.gov; sharbeck@sipc.org; shuji.yamada@escb.co.jp;
ssmall@us.mufg.jp; tarbit@cftc.gov; tbrock@ssbb.com;
tetsuhiro.toomata@shinseibank.com; timothy.white@mizuhocbus.com; whitej@sec.gov;
wsmith@bocusa.com; yasuhikoimai@smbcgroup.com; rdaversa@orrick.com;
crogers@orrick.com; LMarinuzzi@mofo.com; GLee@mofo.com;
TWatanabe@mofo.com; nissay_10259-0154@mhmjapan.com;
schristianson@buchalter.com; dcrapo@gibbonslaw.com;
susheelkirpalani@quinnemanuel.com; jamestecce@quinnemanuel.com;
scottshelley@quinnemanuel.com; dbarber@bsblawyers.com; arlbank@pbfcm.com;
dclark@stinson.com; ehollander@whitecase.com; tnixon@gklaw.com;
jherzog@gklaw.com; kreynolds@mklawnyc.com; dludman@brownconnery.com;
dludman@brownconnery.com; gschiller@zeislaw.com; RLGold1977@aol.com;
BMiller@mofo.com; BMiller@mofo.com; dheffer@foley.com; jlee@foley.com;
bankruptcy@goodwin.com; bankruptcy@goodwin.com; bankruptcy@goodwin.com;
MSchleich@fraserstryker.com; KOstad@mofo.com; TGoren@mofo.com;
wanda.goodloe@cbre.com; dswan@mcguirewoods.com; kmisken@mcguirewoods.com;
brad.dempsey@hro.com; agold@herrick.com; jkurtzman@klehr.com; slerner@ssd.com;

bmanne@tuckerlaw.com; btupi@tuckerlaw.com; mshiner@tuckerlaw.com;
wsilverm@oshr.com; pfeldman@oshr.com;
KDWBankruptcyDepartment@kelleydrye.com; howard.hawkins@cwt.com;
ellen.halstead@cwt.com; howard.hawkins@cwt.com; ellen.halstead@cwt.com;
jlevitin@cahill.com; sgordon@cahill.com; Bmiller@mofo.com;
albaugh.colin@pbgc.gov; eagle.sara@pbgc.gov;
KDWBankruptcyDepartment@kelleydrye.com; dlipke@vedderprice.com; ezavalkoff-babej@vedderprice.com; efriedman@friedumspring.com; lisa.kraidin@allenovery.com;
karen.wagner@dpw.com; sabin.willett@bingham.com; gabriel.delvirginia@verizon.net;
r.stahl@stahlzelloe.com; info2@normandyhill.com; shari.leventhal@ny.frb.org;
harvey.miller@weil.com; jacqueline.marcus@weil.com; shai.waisman@weil.com;
lori.fife@weil.com; tslome@msek.com; jmazermarino@msek.com;
Russj4478@aol.com; mschonholtz@kayescholer.com; aalfonso@kayescholer.com;
rnetzer@willkie.com; dkozusko@willkie.com; timothy.brink@dlapiper.com;
stephanie.wickouski@dbr.com; kristin.going@dbr.com; fsosnick@shearman.com;
jgarrity@shearman.com; ned.schodek@shearman.com; metkin@lowenstein.com;
steele@lowenstein.com; sean@blbglaw.com; davids@blbglaw.com;
jkehoe@sbtklaw.com; bhinerfeld@sbtklaw.com; jschwartz@hahnhessen.com;
jorbach@hahnhessen.com; joseph.scordato@dkib.com; GLee@mofo.com;
JPintarelli@mofo.com; jeffrey.sabin@bingham.com; ronald.silverman@bingham.com;
joshua.dorchak@bingham.com; bankruptcymatters@us.nomura.com;
weissjw@gtlaw.com