**BINGHAM MCCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
Telephone:  (212) 705-7000
Facsimile:  (212) 752-5378
Jeffrey S. Sabin
Ronald J. Silverman
Joshua Dorchak

*Attorneys for UBS Securities LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
                                                        :
In re                                                   :        Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.,*   :        Case No. 08-13555 (JMP)
                                                        :
                              Debtors.          :        (Jointly Administered)
                                                        :
---------------------------------------------------------------x

## <u>OBJECTION OF UBS SECURITIES LLC TO PROPOSED CURE AMOUNT</u>

UBS Securities LLC ("<u>UBS</u>"), by and through its undersigned counsel, hereby objects to

Barclays Capital Inc.'s ("<u>Barclays</u>") proposed cure amounts in connection with certain contracts

listed in Barclays' Fourth Omnibus Notice of Assumption and Assignment of Executory

Contracts and Unexpired Leases, dated October 6, 2008 (the "<u>Notice</u>"), in the above-captioned

matter.

The Notice lists UBS on four separate line items, each of which includes an "Agreement

ID" of "CON000000026748," a "Type II" of "Master Agreement," and a "Cure Amount" of

"$0.00" (the "<u>Proposed Cure Amount</u>").  UBS does not know, and cannot discern from the

Notice, what contract or contracts (the "<u>Contracts</u>") are being referenced in the Notice.

Accordingly, UBS objects to the Proposed Cure Amount and objects to the fact that the

Contracts are not described with sufficient particularity to identify them.

A/72687092.1

UBS reserves the right to: (i) make such other and further objection and claims as may be appropriate, and (ii) amend, modify and supplement this Objection, including without limitation to assert a correct cure amount after the Contracts are sufficiently identified.

Dated: New York, New York          **BINGHAM MCCUTCHEN LLP**
       October 16, 2008

                                       By: /s/  Joshua Dorchak
                                       Jeffrey S. Sabin
                                       jeffrey.sabin@bingham.com
                                       Ronald J. Silverman
                                       ronald.silverman@bingham.com
                                       Joshua Dorchak
                                       joshua.dorchak@bingham.com
                                       399 Park Avenue
                                       New York, New York 10022
                                       Telephone:  (212) 705-7000
                                       Facsimile:  (212) 752-5378

                                       *Attorneys for UBS Securities LLC*