IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

IN RE:

LEHMAN BROTHERS HOLDINGS INC

CASE NO. 08-13555
CHAPTER 11
JUDGE JAMES M. PECK

## REQUEST FOR SERVICE OF NOTICE PURSUANT TO F.R.B.P. 2002(g)

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that McCALLA RAYMER, LLC has been appointed by America's Servicing Company, to serve as its authorized agent to, inter alia, receive and review all notices that may affect its interests in this matter. Accordingly, you are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to, notices required by Bankruptcy Rules 2002 (g) and 9010(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the addresses indicated below.

Respectfully submitted,

McCALLA RAYMER, LLC

/s/ Matthew Dyer
_____
Matthew Dyer, Esq.
1544 Old Alabama Road
Roswell, Georgia  30076-2102
770-643-7200/866-761-0279 Fax

*Authorized Agent for America's Servicing Company*

File Number ASC-08-17613 /
Request for Service of Notice