Jonathan L. Flaxer, Esq.
Michael S. Weinstein, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Counsel to Pregame LLC and Randall James Busack*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                                       :
                                                            :   Chapter 11
Gawker Media LLC, *et al.*,                                 :
                                                            :   Case No. 16-11700 (SMB)
                                                            :   (Jointly Administered)
                              Debtors.                      :
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

JODI SAVITSKY, being duly sworn, deposes and says:

I am over the age of 18 years, not a party to this proceeding and reside in Queens County. On January 31, 2018, I caused to be served on the below NOTICE OF MOTION IN LIMINE TO EXCLUDE EXPERT (DKT. NO. 1073) AND EXHIBITS in accordance with the *Order Establishing Certain Notice, Case Management, and Administrative Procedures and Omnibus Hearing Dates* [Docket No. 93] via electronic mail on the following address(es):

  Thomas G. Hentoff
  Williams & Connolly LLP
  THentoff@wc.com
  Counsel for Ryan Goldberg

2956702.1

Dipesh Patel
Saul Ewing Arnstein & Lehr LLP
dipesh.patel@saul.com
Counsel for Ryan Goldberg

Sharon Levine
Saul Ewing Arnstein & Lehr LLP
slevine@saul.com
Counsel for Ryan Goldberg

Jodi Savitsky

Sworn to before me this
1st day of February, 2018

Notary Public

ANNE M. McGRATH
Notary Public, State of New York
No. 43-4783221
Qualified in Richmond County
Commission Expires March 30, 2019

2

2956702.1