Steven E. Fineman (SF 8481)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Tel.: (212) 355-9500

*Counsel for the Certified Class in Austin v. Chisick*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | <u>Jointly Administered</u> |
| **SECURITIES INVESTOR PROTECTION CORPORATION,**<br>  Plaintiff, | |
| v. | Adv. Proc. No. 08-01420 (JMP) |
| **LEHMAN BROTHERS INC.,** | SIPA Liquidation Proceeding |
| Defendant. | |
| **In re:** | |
| **LEHMAN COMMERCIAL PAPER, INC.,** | Case No. 08-13900 (JMP) |
| Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I, Steven E. Fineman, hereby certify that I caused a true and correct copy

of the Notice of Appearance and Request for Service of Papers By Lieff, Cabraser,

Heimann & Bernstein, LLP On Behalf of the Certified Class in *Austin, et al. v. Chisick, et al.* to be served through the Bankruptcy Court's electronic notification system, as well as to the recipients and in the manner listed on the attached Service List.

Dated: New York, New York
       October 16, 2008

/s/ Steven E. Fineman
Steven E. Fineman

## SERVICE LIST

By e-mail:

atrehan@mayerbrown.com
avi.gesser@dpw.com
bambacha@sec.gov
btrust@mayerbrown.com
cohena@sec.gov
Danna.Drori@usdoj.gov
dckaufman@hhlaw.com
ddunne@milbank.com
donald.badaczewski@dechert.com
drosner@goulstonstorrs.com
easmith@venable.com
ecohen@russell.com
ehollander@whitecase.com
ellen.halstead@cwt.com
esmith@dl.com
feldsteinh@sullcrom.com
fhyman@mayerbrown.com
gauchb@sec.gov
gbray@milbank.com
george_kielman@freddiemac.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
hanh.huynh@cwt.com
howard.hawkins@cwt.com
isgreene@hhlaw.com
jacqueline.marcus@weil.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jharbour@hunton.com
jpintarelli@mofo.com
jtougas@mayerbrown.com
jrsmith@hunton.com
karen.wagner@dpw.com
lacyr@sullcrom.com
lattard@kayescholer.com
ldespins@milbank.com
lgranfield@cgsh.com
lmarinuzzi@mofo.com
lori.fife@weil.com
lschweitzer@cgsh.com

3

monica.lawless@brookfieldproperties.com
neal.mann@oag.state.ny.us
newyork@sec.gov
paronzon@milbank.com
pfeldman@oshr.com
ppartee@hunton.com
pwright@dl.com
richard.krasnow@weil.com
rlevin@cravath.com
rtrust@cravath.com
sbernstein@hunton.com
scottshelley@quinnemanuel.com
shai.waisman@weil.com
strum@dl.com
susheelkirpalani@quinnemanuel.com
wfoster@milbank.com
wsilverm@oshr.com
poulos@hugheshubbard.com
loomis@hugheshubbard.com
jwang@sipc.org
kiplok@hugheshubbard.com
margolin@hugheshubbard.com
giddens@hugheshubbard.com
kobak@hugheshubbard.com
harvey.miller@weil.com
jpark@fulbright.com
rfischer@fulbright.com

By facsimile:

Andrew D. Velez-Rivera
The Office of the United States Trustee
(212) 668-2255

Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services LLC)
(646) 282-2501

Internal Revenue Service
(212) 436-1931

785779.1

4