Steven E. Fineman (SF 8481)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Tel.: (212) 355-9500

*Counsel for the Certified Class in Austin v. Chisick*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff, | |
| v. | Adv. Proc. No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC., | SIPA Liquidation Proceeding |
| Defendant. | |
| In re: | |
| LEHMAN COMMERCIAL PAPER, INC., | Case No. 08-13900 (JMP) |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Steven E. Fineman, hereby certify that I caused a true and correct copy

of the Motion for Relief from Automatic Stays to Proceed with Class Action Settlement,

and accompanying Cabraser Declaration in support thereof (with exhibits), Proposed Order, and Notice of Hearing to be served through the Bankruptcy Court's electronic notification system, as well as to the recipients and in the manner listed on the attached Service List.

Dated: New York, New York
      October 16, 2008

                                             /s/ Steven E. Fineman
                                             Steven E. Fineman

# SERVICE LIST

By e-mail:

atrehan@mayerbrown.com
avi.gesser@dpw.com
bambacha@sec.gov
btrust@mayerbrown.com
cohena@sec.gov
Danna.Drori@usdoj.gov
dckaufman@hhlaw.com
ddunne@milbank.com
donald.badaczewski@dechert.com
drosner@goulstonstorrs.com
easmith@venable.com
ecohen@russell.com
ehollander@whitecase.com
ellen.halstead@cwt.com
esmith@dl.com
feldsteinh@sullcrom.com
fhyman@mayerbrown.com
gauchb@sec.gov
gbray@milbank.com
george_kielman@freddiemac.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
hanh.huynh@cwt.com
howard.hawkins@cwt.com
isgreene@hhlaw.com
jacqueline.marcus@weil.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jharbour@hunton.com
jpintarelli@mofo.com
jtougas@mayerbrown.com
jrsmith@hunton.com
karen.wagner@dpw.com
lacyr@sullcrom.com
lattard@kayescholer.com
ldespins@milbank.com
lgranfield@cgsh.com
lmarinuzzi@mofo.com
lori.fife@weil.com
lschweitzer@cgsh.com

monica.lawless@brookfieldproperties.com
neal.mann@oag.state.ny.us
newyork@sec.gov
paronzon@milbank.com
pfeldman@oshr.com
ppartee@hunton.com
pwright@dl.com
richard.krasnow@weil.com
rlevin@cravath.com
rtrust@cravath.com
sbernstein@hunton.com
scottshelley@quinnemanuel.com
shai.waisman@weil.com
strum@dl.com
susheelkirpalani@quinnemanuel.com
wfoster@milbank.com
wsilverm@oshr.com
poulos@hugheshubbard.com
loomis@hugheshubbard.com
jwang@sipc.org
kiplok@hugheshubbard.com
margolin@hugheshubbard.com
giddens@hugheshubbard.com
kobak@hugheshubbard.com
harvey.miller@weil.com
jpark@fulbright.com
rfischer@fulbright.com

By facsimile:

Andrew D. Velez-Rivera
The Office of the United States Trustee
(212) 668-2255

Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services LLC)
(646) 282-2501

Internal Revenue Service
(212) 436-1931

785779.1