UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that pursuant to Section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the law firm of Katsky Korins LLP appears as counsel for Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC (collectively the "Tuxedo Owners"), parties-in-interest in the above captioned chapter 11 cases, and requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given and served upon the following:

Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, New York 10158
(212) 953-6000
Attn: Steven H. Newman, Esq.
Email: snewman@katskykorins.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estates.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Notices and Documents* (the "Notice") nor any later appearance nor any pleading,

325750-1-W

proof of claim, claim, or suit shall constitute (a) a consent of waiver of either of the Tuxedo Owners to the jurisdiction of the Court over it for any purpose or (b) a waiver of either of the Tuxedo Owners of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
October 16, 2008

          KATSKY KORINS LLP

          By: /s/ Steven H. Newman
            Steven H. Newman
            605 Third Avenue, 16th Floor
            New York, New York 10158
            (212) 953-6000

          Counsel for Tuxedo Reserve Owner LLC and
          Tuxedo TPA Owner LLC