## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )


RICHARD SCOTT, being duly sworn, deposes and says that deponent is not a party to the

action, is over 18 years of age and resides in Bronx, New York.  That on the 15th day of  October

2008, deponent served the within *Notice of Appearance and Limited Objection to Fourth Omnibus*

*Motion* upon:

> CLEARY GOTTLIEB STEEN & HAMILTON
> ONE LIBERTY PLAZA
> NEW YORK, NY 10006
>
> OFFICE OF THE US TRUSTEE
> 33 WHITEHALL STREET
> NEW YORK, NY 10004
>
> HUGHES HUBBARD & REED, LLP
> ONE BATTERY PARK PLAZA
> NEW YORK, NY 10004


the address designated by said person(s) for that purpose by depositing a true copy VIA HAND

DELIVERY ONLY.


                                                         _/s/ Richard Scott_____
                                                         Richard Scott

Sworn to before me this
15th  day of October, 2008


 _/s/Amy Hawk_____
            Notary Public-01HA6192626
            Expires 9-8-2012

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK   )


RICHARD SCOTT, being duly sworn, deposes and says that deponent is not a party to the

action, is over 18 years of age and resides in Bronx, New York.  That on the 16th day of October

2008, deponent served the within *Notice of Appearance and Limited Objection to Fourth Omnibus*

*Motion* upon:

WEIL GOTSHAL & MANGES, LLP
767 FIFTH AVENUE
NEW YORK, NY 10153

MILBANK TWEED HADLEY & MCCLOY
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005


the address designated by said person(s) for that purpose by depositing a true copy VIA HAND

DELIVERY ONLY.

_/s/ Richard Scott_____
Richard Scott

Sworn to before me this
16th  day of October, 2008



_/s/ Amy Hawk_____
      Notary Public-01HA6192626
      Expires 9-8-2012

000161/00890 Litigation 6320283v1