UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,    :    Case No. 08-13555 (JMP)
:
    Debtors.                                       :    (Jointly Administered)
:
---------------------------------------------------------------x    Ref. Docket No. 719

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                        ) ss.:
COUNTY OF NEW YORK  )

        CASSANDRA MURRAY, being duly sworn, deposes and says:

    1.    I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On October 7, 2008, I caused to be served true and correct copies of the "Verified Statement of Cadwalader, Wickersham & Taft, LLP Pursuant to Bankruptcy Rule 2019(a)," dated October 7, 2008 [docket no. 719], to be delivered by electronic mail to those parties listed on Exhibit A annexed hereto, by facsimile to those parties listed on Exhibit B annexed hereto and enclosed securely in separate postage pre-paid envelopes, to be delivered by first class mail to those parties listed on Exhibit C annexed hereto.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Cassandra Murray

Sworn to before me this

# EXHIBIT A

| | | |
|---|---|---|
| acker@chapman.com | dclark@stinson.com | gary.ticoll@cwt.com |
| adarwin@nixonpeabody.com | dcoffino@cov.com | gauchb@sec.gov |
| aglenn@kasowitz.com | dcrapo@gibbonslaw.com | gbray@milbank.com |
| agold@herrick.com | ddunne@milbank.com | george.davis@cwt.com |
| agolianopoulos@mayerbrown.com | deggert@freebornpeters.com | george_neofitidis@scotiacapital.com |
| ahammer@freebornpeters.com | demetra.liggins@tklaw.com | giddens@hugheshubbard.com |
| akihiko_yagyuu@chuomitsui.jp | dennis.graham@kbc.be | gkaden@goulstonstorrs.com |
| albaugh.colin@pbgc.gov | deryck.palmer@cwt.com | glee@mofo.com |
| amenard@tishmanspeyer.com | dflanigan@polsinelli.com | glenn.siegel@dechert.com |
| andrew.lourie@kobrekim.com | dfriedman@kasowitz.com | grosenberg@co.arapahoe.co.us |
| angelich.george@arentfox.com | dhayes@mcguirewoods.com | gschiller@zeislaw.com |
| anne.kennelly@hp.com | dheffer@foley.com | hanh.huynh@cwt.com |
| araboy@cov.com | dirk.roberts@ots.treas.gov | harveystrickon@paulhastings.com |
| arlbank@pbfcm.com | dkleiner@velaw.com | heiser@chapman.com |
| arosenblatt@chadbourne.com | dladdin@agg.com | hirsh.robert@arentfox.com |
| arwolf@wlrk.com | dlemay@chadbourne.com | hollace.cohen@troutmansanders.com |
| asnow@ssbb.com | dludman@brownconnery.com | howard.hawkins@cwt.com |
| atrehan@mayerbrown.com | dmcguire@winston.com | hseife@chadbourne.com |
| austin.bankruptcy@publicans.com | dodonnell@milbank.com | hsnovikoff@wlrk.com |
| avi.gesser@dpw.com | donald.badaczewski@dechert.com | ian.levy@kobrekim.com |
| bambacha@sec.gov | douglas.bacon@lw.com | igoldstein@dl.com |
| bankoftaiwan@botnya.com | douglas.mcgill@dbr.com | ilevee@lowenstein.com |
| bankruptcy@goodwin.com | dravin@wolffsamson.com | info2@normandyhill.com |
| bill.freeman@pillsburylaw.com | drose@pryorcashman.com | ira.herman@tklaw.com |
| bill.hughes@us.standardchartered.com | drosner@goulstonstorrs.com | israel.dahan@cwt.com |
| bmanne@tuckerlaw.com | drosner@kasowitz.com | jacobsonn@sec.gov |
| bmiller@mofo.com | dswan@mcguirewoods.com | jafeltman@wlrk.com |
| brad.dempsey@hro.com | eagle.sara@pbgc.gov | james.mcclammy@dpw.com |
| brian_corey@gtservicing.com | ecohen@russell.com | jamestecce@quinnemanuel.com |
| bromano@willkie.com | edpe01@handelsbanken.se | Jbecker@wilmingtontrust.com |
| btrust@mayerbrown.com | efile@willaw.com | jbird@polsinelli.com |
| btupi@tuckerlaw.com | efile@pbgc.gov | jbromley@cgsh.com |
| bturk@tishmanspeyer.com | efleck@milbank.com | jcarberry@cl-law.com |
| cbelmonte@ssbb.com | eglas@mccarter.com | jdyas@halperinlaw.net |
| cdesiderio@nixonpeabody.com | ehollander@whitecase.com | jeffrey.sabin@bingham.com |
| charles@filardi-law.com | ehorn@lowenstein.com | Jesse.Hibbard@ozcap.com |
| chris.omahoney@bnymellon.com | ekbergc@lanepowell.com | jfalgowski@reedsmith.com |
| cmontgomery@salans.com | ellen.halstead@cwt.com | jherzog@gklaw.com |
| CMTB_LC11@chuomitsui.jp | elobello@blankrome.com | jhs7@att.net |
| cohena@sec.gov | eschwartz@contrariancapital.com | jketten@wilkie.com |
| cp@stevenslee.com | esmith@dl.com | jkurtzman@klehr.com |
| crogers@orrick.com | ezujkowski@emmetmarvin.com | jlee@foley.com |
| cs@stevenslee.com | fbp@ppgms.com | jlevitin@cahill.com |
| cschreiber@winston.com | feldsteinh@sullcrom.com | jliu@dl.com |
| cshulman@sheppardmullin.com | ffm@bostonbusinesslaw.com | jmathis@lloydstsb-usa.com |
| cward@polsinelli.com | fhyman@mayerbrown.com | jmcginley@wilmingtontrust.com |
| dallas.bankruptcy@pulicans.com | fishere@butzel.com | john.rapisardi@cwt.com |
| Danna.Drori@usdoj.gov | frank.sodano@americas.bnpparibas.com | jpintarelli@mofo.com |
| david.bennett@tklaw.com | frank.white@agg.com | jrabinowitz@rltlawfirm.com |
| david.crichlow@pillsburylaw.com | fred.berg@rvblaw.com | jshickich@riddellwilliams.com |
| david.heller@lw.com | gabriel.delvirginia@verizon.net | jtougas@mayerbrown.com |
| dbarber@bsblawyers.com | gado01@handelsbanken.se | jwallack@goulstonstorrs.com |
| jwang@sipc.org | mmorreale@us.mufg.jp | RTrust@cravath.com |
| jweiss@gibsondunn.com | monica.lawless@brookfieldproperties.com | rwasserman@cftc.gov |
| jwishnew@mofo.com | mpage@kelleydrye.com | sabin.willett@bingham.com |

| | | |
|---|---|---|
| k4.nomura@aozorabank.co.jp | mrosenthal@gibsondunn.com | schapman@willkie.com |
| karen.wagner@dpw.com | ms.wu@fubonny.com | schristianson@buchalter.com |
| KDWBankruptcyDepartment@kelleydrye.com | MSchleich@fraserstryker.com | scottshelley@quinnemanuel.com |
| keith.simon@lw.com | mshiner@tuckerlaw.com | scousins@armstrongteasdale.com |
| ken.higman@hp.com | mspeiser@stroock.com | sdnyecf@dor.mo.gov |
| kgwynne@reedsmith.com | mstamer@akingump.com | sehlers@armstrongteasdale.com |
| kiplok@hugheshubbard.com | mtuck@lloydstsb-usa.com | sgordon@cahill.com |
| klippman@munsch.com | murai24234@nissay.co.jp | sharbeck@sipc.org |
| kmayer@mccarter.com | nbannon@tishmanspeyer.com | shari.leventhal@ny.frb.org |
| kmisken@mcguirewoods.com | nbruce@lloydstsb-usa.com | sheakkorzun@comcast.net |
| kobak@hugheshubbard.com | neal.mann@oag.state.ny.us | sheehan@txschoollaw.com |
| Kostad@mofo.com | newyork@sec.gov | sidorsky@butzel.com |
| kovskyd@pepperlaw.com | nissay_10259-0154@mhmjapan.com | slerner@ssd.com |
| kressk@pepperlaw.com | oipress@travelers.com | smillman@stroock.com |
| KReynolds@mklawnyc.com | paronzon@milbank.com | spiotto@chapman.com |
| krosen@lowenstein.com | paul.deutch@troutmansanders.com | splatzer@platzerlaw.com |
| lacyr@sullcrom.com | pbosswick@ssbb.com | ssmall@us.mufg.jp |
| lalshibib@reedsmith.com | pdublin@akingump.com | steve.ginther@dor.mo.gov |
| lattard@kayescholer.com | peter.zisser@hklaw.com | steven.perlstein@kobrekim.com |
| ldespins@milbank.com | peter@bankrupt.com | steven.wilamowsky@bingham.com |
| lgranfield@cgsh.com | pfeldman@oshr.com | susheelkirpalani@quinnemanuel.com |
| linda.boyle@twtelecom.com | phayden@mcguirewoods.com | tarbit@cftc.gov |
| lmarinuzzi@mofo.com | pnichols@whitecase.com | tbrock@ssbb.com |
| lml@ppgms.com | prachmuth@reedsmith.com | tetsuhiro.toomata@shinseibank.com |
| lschweitzer@cgsh.com | pwright@dl.com | TGoren@mofo.com |
| lwhidden@salans.com | r.stahl@stahlzelloe.com | timothy.white@mizuhocbus.com |
| mabrams@willkie.com | ramona.neal@hp.com | tkarcher@dl.com |
| macl01@handelsbanken.se | ranjit.mather@bnymellon.com | tkiriakos@mayerbrown.com |
| macronin@debevoise.com | raymond.morison@bnymellon.com | tmacwright@whitecase.com |
| Malcolm@firstbankny.com | rdaversa@orrick.com | tnixon@gklaw.com |
| mark.deveno@bingham.com | rdicanto@nabny.com | tslome@msek.com |
| mark.ellenberg@cwt.com | rfleischer@pryorcashman.com | twatanabe@mofo.com |
| mark.houle@pillsburylaw.com | rgmason@wlrk.com | vdagostino@lowenstein.com |
| martin.davis@ots.treas.gov | rhett.campbell@tklaw.com | wanda.goodloe@cbre.com |
| masaki_konishi@noandt.com | richard.lear@hklaw.com | wbenzija@halperinlaw.net |
| mbenner@tishmanspeyer.com | rjohnson2@co.arapahoe.co.us | wfoster@milbank.com |
| mbienenstock@dl.com | RLevin@cravath.com | wheuer@dl.com |
| mcto@debevoise.com | RLGold1977@aol.com | wisotska@pepperlaw.com |
| mhopkins@cov.com | rmunsch@munsch.com | wsilverm@oshr.com |
| michael.halevi@anz.com | rnies@wolffsamson.com | wsmith@bocusa.com |
| michael.kim@kobrekim.com | robert.bailey@bnymellon.com | wtaylor@mccarter.com |
| Michael.mauerstein@citi.com | robert.dombroff@bingham.com | yasuhiko_imai@smbcgroup.com |
| michael.tan@fubon.com | robert.henoch@kobrekim.com | |
| Mitchell.Ayer@tklaw.com | robert.malone@dbr.com | |
| mjacobs@pryorcashman.com | Robert.yalen@usdoj.gov | |
| mjedelman@vedderprice.com | roberts@pursuitpartners.com | |
| mkjaer@winston.com | rolfnagel.dahl@dnbnor.no | |
| mlahaie@akingump.com | ronald.silverman@bingham.com | |
| mmickey@mayerbrown.com | rreid@sheppardmullin.com | |

**EXHIBIT B**

| name | fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |
| HUA NAN COMMERCIAL BANK | 2-2331-6741 |

**EXHIBIT C**

# LEHMAN BROTHERS HOLDINGS, INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING, 1 CHONGRO 1 KU, CHONGRO KA, SEOUL,    KOREA |
| AOZORA | 1-3-1 KUDAN-MINAMI, CHIYODA-KU, TOKYO,    102-8660 JAPAN |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE, LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,    VIC 3000 AUSTRALIA |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA, 3-33-1 SHIBA, MINATO-KU, TOKYO,    105-0014 JAPAN |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC, 44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HONG KONG |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO, 37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION, 1-3-3, MARUNOUCHI, CHIYODA-KU, TOKYO,    100-8210 JAPAN |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI, CHIYODA-KU, TOKYO,    100-8210 JAPAN |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY, C/O THE ROCKEFELLER GROUP, 1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER, FINANCIAL INSTITUTIONS DEPT, 3-7, YAESU 1-CHOME, CHUOKU, TOKYO,    104-0028 JAPAN |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME, CHUO-KU, TOKYO,    104-0031 JAPAN |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO, CHUO-KU, TOKYO,    103-0001 JAPAN |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TAIWAN |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH, 1 RAFFLES QUAY #20-01, ONE RAFFLES QUAY NORTH TOWER, ,    048583 SINGAPORE |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI, CHIYODA-KU, TOKYO,    100-8388 JAPAN |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |