08-13555-mg   Doc 1081   Filed 10/10/08   Entered 10/16/08 16:30:30   Main Document

Emergency Injunctions to stop proceedings, If eligible
Motions & Petitions                                tbd - possible

**weis**

Page 1068

THANKS FOR SHOPPING WEIS MARKETS #195
365 S CEDAR CREST BLVD
ALLENTOWN, PA. 18103
TELEPHONE: 610-821-4550

YOUR CASHIER TODAY WAS Heidi

```
        Post Office         5.49
        TAX                 0.00
****    BALANCE             5.49
        CASH                6.00
        CHANGE              0.51
```

TOTAL NUMBER OF ITEMS SOLD =   1
10/02/08 04:49pm 195 592 81 424

ASK US HOW OUR WEIS SHOPPERS CLUB
CAN SAVE YOU $$'S EVERYDAY

WEIS CLUB MEMBERS
HAVE THE POWER TO SAVE MORE

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

Postage         $ 0.42
Certified Fee     2.70
Return Receipt Fee 2.20
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ 5.49

Postmark
OCT 8 2008

Sent To: Lehman Brothers (...)
Street, Apt. No.; or PO Box No.: 745 Seventh Avenue
City, State, ZIP+4: New York NY 10019

7008 1140 0003 8670 5020

Fed: 5-cv-4457
Philadelphia, Pa
and
Fed: 1:06mc54
Alexandria, VA
and
Others

Homeless etilings
account
federal subpoena'd
yahoo.com

Please see 2
federal subpoenas
enclosed with
ofbreral forms
and ones recently
sent on 7/22/2008
and
according to The Morning Call newspaper
Lehman Brothers filed for bankruptcy on
Sept. 15 2008

Also on
ePacer
US
Courts

RECEIVED
OCT 10 2008
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Thanks!
BF Brothers
(A Class
Actions)

Other contact US District Court in Allentown Pa
(Evelyn)


**YAHOO! MAIL** Classic

*Page 2 of 8*

.!!!07/22/2008!!!!Please See The Text Body!!!! Please Focus On Definitely Answering 2a After Reading The Other Legal Background Informations and Please See The Text Body. Federal Subpoenas and FOIAs Legal eFilings eSent

Tuesday, July 22, 2008 8:04 PM

From: "b smith" <federalsubpoena@yahoo.com>
To: LehmanCommodities@lehman.com, CorpCommEurope@lehman.com, imd.analyst@lehman.com, tdphires@lehman.com, webmaster@netiq.com, derrick_viallz@bmc.com, mae_forsythe@bmc.com, "US Courts JPML" <karen_redmond@ao.uscourts.gov>, "Melissa K" <kirchnerm@allentownsd.org>, "L C Clerk Of Courts" <dianewashburn@lehighcounty.org>, "US Dept Of Labor" <foiarequest@dol.gov>, "US Dept Of Labor" <webmaster-oas@dol.gov>, "US Dept Of Labor" <webmaster-sol@dol.gov>, "US Dept Of Labor" <civilrightscenter@dol.gov>, "LC Court Administration" <CAHelp@lehighcounty.org>, "N J District Court" <ecfchange@njd.uscourts.gov>, "US NAVY" <foia@ogc.law.navy.mil>, "nsf.gov" <foia@nsf.gov>, "Barry @ NYFLIX" <bsmith@nyflix.com>, "US Patent And Trademark Office" <webmaster@uspto.gov>, "Pa State Governors Office" <ob-webmaster@state.pa.us>, "ofheo.gov" <foiaoffice@ofheo.gov>, "ots.treas.gov" <public.info@ots.treas.gov>, "PA Courts Pacer" <pacer@psc.uscourts.gov>, "pacle.org" <pacleb@pacle.org>, "pacourts.us" <civil.rules@pacourts.us>, "pacourts.us" <ccpaopc@pacourts.us>, "pasen.gov" <jrhoades@pasen.gov>, "sba.gov" <fsc.asksba@sba.gov>, "US SEC" <foia/pa@sec.gov>, "US Senator" <arlen_specter@specter.senate.gov>, senator.simitian@sen.ca.gov, senator@feinstein.senate.gov

US District Court and Others Federal Civil Case Subpoena Side 1.pdf.PDF (812KB),
US District Court and Others Federal Civil Case Subpoena Side 2.pdf.PDF (1006KB),
US District Court and Others Federal Criminal Case Subpoena Side 1.pdf.PDF (514KB),
US District Court and Others Federal Criminal Case Subpoena Side 2.pdf.PDF (521KB),
Wheel Incident Pictures -More Pictures Are Available Fed5-CV-4457 and Others.PDF (108KB),
ePacers Denial and Blocking Of A Homeless Litigants Rights To Access His AccountPage 1 of 7.pdf.PDF (164KB),
ePacers Denial and Blocking Of A Homeless Litigants Rights To Access His AccountPage 2 of 7Fed5-CV-4457and Others.pdf.PDF (162KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 1.PDF.PDF (73KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 2.PDF.PDF (75KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 3.PDF.PDF (30KB)

*[Handwritten margin notes: "Page 2 of 8", "All 16 Legal pages are legally included"]*

Observations and Opinions.
No Accusations and Allegations are being Expressed and Implied. The Plantiffs Are Not Responsible For "Misinformations".Official Forms Are enclosed as Attachments. This Legal efilings can be added onto but without a delay on actions,please reply in the timely manner
as legally written below. Please note all legal efilings/emails attachments legally binds, bounds and is legally binding to all case filings and efilings including past federal subpoenas sent and/or served.Please read and answer number 2 (all) addressed to you directly. To: All organizations and individuals as legally written in the eFilings Addresses and please see all legal writings below,herewithin and all throughout.

"ALL LEGAL WRITINGS HEREWITHIN AND ALL SURRONDINGS IS LEGALLY EFFECTIVE IMMEDIATELY" "ALL REPLIES TO BE IN LEGAL WRITINGS AND TO BE SENT TO THE COURTS LISTED,PLEASE"Please include
all individuals thought to be and possibly acting on your organizations behalf. Bottom line questions and answers requested: All informations on possible relations,associations and possible involvements of the "possible stealings of informations that have created all the inventions and movies and others legal disputes legally written herewithin and all throughout.Please answer in writings with Real Names of individuals and Real Names Of All Organizations,if applicable and if possible by factual informations not hearsay please.All FOIAs informations legally written below,herewithin and throughout legally applies to all agencies.

A  Legal        eLaws
eGovernment(s)
http://en.wikipedia.org/wiki/EGovernment
http://search.yahoo.com/search;_ylt=A0geu5.z7cJHyDoBE6istLcF?ei=UTF-8&p=eGovernment&fr=yfp-t-501

# YAHOO! MAIL
Classic

*Page 3 of 4* (handwritten)

### !!!!Please See Text Body!!!!Please Legally Answer 2a !!!!7/22/2008!!!!Legal eFilings Of Federal Subpoenas and FOIAs That Are Legally Effective Immediately

**From:** "prosebobaneyman" <prosebobaneyman@yahoo.com>                Tuesday, July 22, 2008 8:33 PM

**To:** mjmcnama@lehman.com, invbank.associate.us@lehman.com, imd.associate@lehman.com, amy.sachrison@netiq.com, press@softwareag.com, Partner_Certification@bmc.com, staff@film.com, brenda.happ@mail.house.gov, jason.lane@mail.house.gov, info.clerkweb@mail.house.gov, james.franko@mail.house.gov, efiling@vetapp.gov, rita_wallace@ca6.uscourts.gov, karen_redmond@ao.uscourts.gov, ecf_paed@paed.uscourts.gov, melonie.mccall@usdoj.gov, uscfc_webmaster@ao.uscourts.gov, treasurer@cfcbar.org, llevasseur@mayerbrownrowe.com, bryant.snee@usdoj.gov, efoia@doc.gov, foiaappeals@doc.gov, ecf_clerksoffice@paed.uscourts.gov, vaed_ecf_questions@vaed.uscourts.gov, harrlesr@slsd.org, iatorolar@slsd.org, limparl@slsd.org, twillgin@fjc.gov, "Pa State General Counsel" <gc-webmaster@state.pa.us>, "Pa State Governors Office" <ob-webmaster@state.pa.us>, "Pa State Health Dept" <webmaster@health.state.pa.us>, "Pa State Rep Steve Samuelson" <ssamuels@pahouse.net>, "Pa State Webmaster" <webmaster@dot.state.pa.us>, "Pa Courts Pacer" <pacer@psc.uscourts.gov>, "Pacer Help desk" <pacer.psc@uscourts.gov>, "Center For Ind Rights" <families@nmf.org>, "Human Rights" <hrc@hrc.org>, "Pa Children Rights" <juvenile.rules@pacourts.us>, "Pa Civil Procedural Rules" <civil.rules@pacourts.us>, "sba.gov" <foia@sba.gov>, "sba.gov" <answerdesk@sba.gov>, "sba.gov" <dfchelpdesk1@sba.gov>, "sba.gov" <charlotte.nc@sba.gov>, "sba.gov" <richmond.va@sba.gov>, "sba.gov" <ombudsman@sba.gov>, "sba.gov" <technology@sba.gov>, "SEC" <foia/pa@sec.gov>, "Barry Smith" <barrysmith@nyflix.com>, "State Of Pa Fellow Webmaster" <ra-erwebmaster@state.pa.us>, "State Of Pa Fellow Webmaster" <ra-ethicswebmaster@state.pa.us>, "State Of Pa Fellow Webmaster" <ra-jcjcwebmaster@state.pa.us>, "US Supreme Court-Please Forward" <gpoaccess@gpo.gov>, "United Nations" <tb-petitions@ohchr.org>, "United Nations" <ngochr@ohchr.org>, "United Nations" <personnel@ohchr.org>, "United Nations" <fellowship_prog@ohchr.org>, "United Nations" <infodesk@ohchr.org>, "United Nations" <publications@ohchr.org>, "US Congress" <kathleen.chapman@mail.house.gov>, "NJ District Court" <ecfhelp@njd.uscourts.gov.org>, "Delaware Corporation Bureau" <gic@state.de.us>, "DOC" <psaputo@eda.doc.gov>, "DOC" <rhickey@eda.doc.gov>, "eFiling" <ecf_paed@paeduscourts.gov>, "ePacermail" <pacermail@psc.uscourts.gov>, "FEC" <foia@fec.gov>, "foia" <alexandra_mallus@ios.doi.gov>, "foia" <foia-pa@occ.treas.gov>, "foia" <efoia@fdic.gov>, "LC Court Administration" <CAHelp@lehighcounty.org>, "Lehigh County Domestic Relations Rosemary McFee" <rosemarymcfee@pacses.com>, "LC Court Lisa Wilson" <lisawilson@lehighcounty.org>, "Melissa K" <kirchnerm@allentownsd.org>, "NCUA" <ohrmail@ncua.gov>, "NJ District Court" <ecfhelp@njd.uscourts.gov>, "US Whitehouse" <comments@whitehouse.gov>, "US Whitehouse" <vice_president@whitehouse.gov>

*An 15 legal pages are legally included* (handwritten annotation)

US District Court and Others Federal Civil Case Subpoena Side 1.pdf.PDF (812KB),
US District Court and Others Federal Civil Case Subpoena Side 2.pdf.PDF (1006KB),
US District Court and Others Federal Criminal Case Subpoena Side 1.pdf.PDF (514KB),
US District Court and Others Federal Criminal Case Subpoena Side 2.pdf.PDF (521KB),
Wheel Incident Pictures -More Pictures Are Available Fed5-CV-4457 and Others.PDF (108KB),
eFilings in US District Court in Virginia.pdf (1125KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Picture Page 2 of 3.PDF (155KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Picture Page 3 of 3.PDF (160KB),
Bring Forward Evidences Blocked By Them In The Past tbd Possible. They Complied Partially With The Pictures Of Wheel In...PDF (164KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 1.PDF.PDF (73KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 2.PDF.PDF (75KB),
United States Whitehouse Website Online Form eFilings System Check and Contents 01302008 Page 3.PDF.PDF (30KB)

Observations and Opinions.
No Accusations and Allegations are being Expressed and Implied. The Plantiffs Are Not Responsible For "Misinformations".Official Forms Are enclosed as Attachments. This Legal efilings can be added onto but without a delay on actions,please reply in the timely manner as legally written below. Please note all legal efilings/emails attachments legally binds, bounds and is legally binding to all case filings and efilings including past federal subpoenas sent and/or served.Please read and answer number 2 (all) addressed to you directly. To: All organizations and individuals as legally written in the eFilings Addresses and please see all legal writings below,herewithin and all throughout.

"ALL LEGAL WRITINGS HEREWITHIN AND ALL SURRONDINGS IS LEGALLY EFFECTIVE IMMEDIATELY" "ALL REPLIES TO BE IN LEGAL WRITINGS AND TO BE SENT TO THE COURTS LISTED,PLEASE"Please include all individuals thought to be and possibly acting on your organizations behalf. Bottom line

Observations and Opinions
No Accusations and Allegations are Being Expressed Page 1 of 4
and Implied

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

JPML, US Court of Federal Claims, US District Courts (Philadelphia, Pennsylvania, Alexandria Virginia and all others)

DISTRICT OF Eastern (All of The US) Pennsylvania, New Jersey, Tennessee, Virginia, California, Florida, Ohio, North Carolina and Kansas and Michigan and more and Delaware...

BF Smith & others (A Class Action)
v. LLC's and others Inactive Due to All Events

MB Wagner, Lehman Brothers (All name variations), The Lehigh County Pa, the Commonwealth of Pennsylvania (and all States) and all others "possibly" involved —

**SUBPOENA IN A CRIMINAL CASE**

Case Number: Fed: 5-CV-4457 and Fed: 1:06mc54 and others legally including all Lehigh County, Pa courts and all US Courts and all legal citings and legal attachments.

TO: Lehman Brothers (all name variations)
745 Seventh Avenue, New York (City), NY 10019 And all locations and all others

Also, based on the News, if applicable

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE If you can't read and/or understand, please contact federalsubpoena@yahoo.com and/or any of the US courts legally listed on These legal documents and/or the legal citings and legal attachments. | COURTROOM |
|---|---|
| | DATE AND TIME |

1) ☑ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s): Please send by legal communications in two ways and to two locations your legal replies and please focus your legal replies on all (possible) informations of relations, associations and possible involvements towards BF Smith (aka Beverly F Smith - all name variations Ex: Bob) & others (his past business ventures and entities Ex: Internet, movies, financial and others) old home and home office at 586 E Mosser St, Allentown, Pa 18103 (2) Please others 14th pages legally transferred herewith all (some but not all) possible involvements, if any.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT [signature] (By) Deputy Clerk | DATE 10/2/2008 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER: BF Smith & Others, BFS & all, 1545 W Greenleaf St, Allentown, Pa. 18102 (Pro Se, In Forma Pauperis, Class Action)

No phone. Please call any US Courts if needed (legally listed - phone numbers, fax, citings (aka email)
Observations and Opinions
No Accusations and Allegations are being Expressed and Implied —
These legal documents and all legal case and all legal writings contents may be

No Accusations and Allegations are being Expressed and Implied  Page 2 of 4

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 10/02/2008 | PLACE Lehman Brothers (all name variations) and more and others, 745 Seventh Avenue, New York, NY 10019 and others all |
| SERVED | DATE 10/2?/2008 | PLACE Lehman Brothers (all name variations) and more and others, 745 Seventh Avenue, New York, NY 10019 and others (all) |
| SERVED ON (PRINT NAME) Lehman Brothers (all name variations) and more and others, 745 Seventh Avenue, New York, NY 10019 and all others. | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ _____ | |
| SERVED BY (PRINT NAME) BE Smith & others (A Class Action), c/o G. Smith, 1545 W Greenleaf St, Allentown, PA 18102 | TITLE Pro Se, In Forma Pauperis | |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10/2/2008
DATE

Please reply in legal writings as previously legally described by 11/2/2008. One month of receipt by Lehman Brothers (A Name Variations and all others

BE Smith & others / BE [signature]
SIGNATURE OF SERVER  c/o Gloria Smith
1545 W Greenleaf St
ADDRESS OF SERVER
Allentown, PA 18102

ADDITIONAL INFORMATION ② These legal documents herewithin and all throughout are legally transferred, automatically interchangeable and legally bound and legally bound to all case filings in all courts as legally described and in all legal ePaces, legal efilings and legal attachments and all others. ③ This is a legal, equitable and compensatory claim also as of the first date (sent, observed, served and all prior legal possible events, if applicable.
④ Please see all organizations (for example) and all locations some legal include: all financial organizations (ex: Charles Schwab Investments and others in the Omega Buildings on S Cedar Crest Blvd, Allentown PA and all (all possible) movie organizations for legally ex ample Paramount, Newberger & Berman, Wells Fargo, BNY Mellon Investors, JP Morgan, All other venture capital organizations, Computershare (all Drip-Stock Transfer Organizations), Scottrade, Lehigh County Pa and the Commonwealth of Pa (Pensions, Retirements, other financial organizations) with all all other states (Tennessee and more), Datek aka TD Ameritrade (First Horizon) and all business permits organizations, all housing licensing organizations, all legal organizations others and please do not exclude all federal organizations, all state organizations, all local organizations, all retired individuals, all security organizations and all other organizations and associations, and more

Observations and Opinions. No Accusations and Allegations are being Expressed and Implied

please see other legal pages and all credit organizations and all stock analyst organizations (ex: Strifel and all Predecessors) and all newspaper organizations and all music

Observations and Opinions being Proposed and Implied.
No Accusations and Allegations are

Issued by the
# UNITED STATES DISTRICT COURT

Page 6 of 8

Eastern (All of the US)  DISTRICT OF Pennsylvania, New Jersey, Tennessee, Virginia, California, Florida, Ohio, Michigan and all others and Delaware

B E Smith & others (A Class Action - LLC's and others Inactive Due to All Rules)

v.

M B Wagner, Lehman Brothers (all name variations, The Lehigh County Pa, the Commonwealth of Pennsylvania (and all states) and all others

To: Lehman Brothers (all name variations) 745 Seventh Avenue, New York, NY 10019 and all locations and all others

SUBPOENA IN A CIVIL CASE

Case Number: Fed: 5-cv-4457 and Fed: 1:06mc54 And All others as legally written on the criminal case legal document legally attached and legally transferred herewithin and all throughout

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY (4 continued) All consulting, media, advertising organizations and all similar to and all partnerships, co-ops and joint ventures), all television organizations, all electronic transaction organizations, all publishing organizations and all other legal entities and individuals, all products organizations, also

COURTROOM

DATE AND TIME

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case. Please legally reply in legal writings with Real Names of individuals

PLACE OF DEPOSITION and organizations of all possible stealing of information also in specific details and in particulars. All Organizations and associations and headquarters and more

DATE AND TIME

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Please send

All legal documents herewithin and all throughout are legally attached, legally automatically transferred, legally bound, legally included to all case filings, all legal citings, all legal citings, all legal attachments

PLACE (5) Some locations possible: http://www.lehman.com/who/offices/ Americas.htm And all sitemaps, websites, archives, also websites and all legal contents, and all Web, if applicable

DATE AND TIME

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

PREMISES locations possible: 399 Park Avenue, 1271 Avenue of the Americas, 1301 Avenue of the Americas all in New York City, New York, 3414 Peachtree Road in Atlanta Georgia, Boston Massachusetts, Florham Park NJ, Tampa Florida, Chicago Illinois, Seattle Washington, Market St Philadelphia Pa, Salt Lake City Utah, Los Angeles California, Dallas Texas

DATE AND TIME Wilmington Delaware

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6). And Harrisburg Pa (7) Carlisle Pa and /All surrounding locations  Jersey City New Jersey  (All Locations)

ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)  DATE 10/2/2008

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER B E Smith & others, et al, 1545 W Greenleaf Street, Allentown, Pa. 18102 (Pro Se, In Forma Pauperis, Class Action)
No Phone  Please call any US Courts if needed (Legally listed phone numbers for citings  also email)

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

If action is pending in district other than district of issuance, state district under case number.

Observations and Opinions. No Accusations and Allegations are being Expressed and Implied. More maybe added to the legal citings sent to Lehman Brothers

Observations and Opinions
No Accusations and Allegations are being Expressed and Implied

## PROOF OF SERVICE

| | DATE | PLACE Lehman Brothers (all name variations), the |
|---|---|---|
| SERVED | 10/2/2008 | Lehigh County 745 Seventh Ave, New York, New York City 10019 and all locations and all other |

SERVED ON (PRINT NAME) Lehman Brothers (all name variations), 745 Seventh Ave, New York, New York 10019 & all others

MANNER OF SERVICE US Mail Certified Return Receipt and Signature legally requested

SERVED BY (PRINT NAME) B F Smith & other

TITLE Pro Se, In Forma Pauperis

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 10/2/2008
DATE
And places legally included at Lehigh County Pa public Assistance organizations, if involved.

B F Smith & other / B F Smith
SIGNATURE OF SERVER c/o B Smith, 1545 W Greenleaf St
ADDRESS OF SERVER
Allentown, Pa. 18102

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Observations and Opinions
No Accusations and Allegations are being Expressed and Implied

Fed: 5-cv-4457
and
Fed: 1:06mc 54 And others

Page 8 of 8



Lehman Brothers (All items Verifying) And
US Bankruptcy Courts
745 Seventh Avenue
New York, NY 10019

Attn: Legal Counsel 10/5/2008

BE Smith & others
c/o G. Smith, 1545 W
Greenleaf St
Allentown, Pa.
18102

Sent via Post office box at RS Waters Giant Food store W Emmaus Ave & S 31st
Allentown Pa 10146xxx