**SEWARD & KISSEL LLP**
Ronald L. Cohen (RC 3897)
One Battery Park Plaza
New York, New York  10004
Telephone:  (212) 574-1200
Facsimile:  (212) 480-8421

Attorneys for The Sumitomo Trust &
Banking Co., Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555-JMP<br><br>(Jointly Administered) |
| In re:<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13888-JMP |

**CERTIFICATE OF SERVICE**

I, **Ronald L. Cohen**, an attorney duly admitted to the bar of the State of New York, hereby certifies that on October 16, 2008, I caused a copy of the Notice of Appearance and Request for Service of Papers to be served by First Class Mail Postage Prepaid or Facsimile as indicated upon the parties on the annexed service list.

SEWARD & KISSEL LLP

By: /s/ Ronald L. Cohen
Ronald L. Cohen (RC 3897)
One Battery Park Plaza
New York, New York 10004
Tel.: (212) 574-1200
Fax: (212) 480-8421
Email: cohenr@sewkis.com

Attorneys for The Sumitomo Trust
& Banking Co., Ltd.

## SERVICE LIST

Honorable James M. Peck (First Class Mail)
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP (Fax)
767 Fifth Avenue
New York, New York 10153
Attn:    Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.

Office of the United States Trustee (First Class Mail)
for The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:    Andy Velez-Rivera, Esq.
    Paul Schwartzberg, Esq.
    Brian Masumoto, Esq.
    Linda Rifkin, Esq.
    Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP (Fax)
1 Chase Manhattan Plaza
New York, New York 10005
Attn:    Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.

Cleary Gottlieb LLP (Fax)
One Liberty Plaza
New York, New York 10006
Attn:    Lindsee P. Granfield, Esq.
    Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP (Fax)
125 Broad Street
New York, New York 10004
Attn:    Robinson B. Lacy, Esq.
    Hydee R. Feldstein, Esq.

Quinn Emanuel Urquhart Oliver & Hedges (Fax)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn:  James Tecce, Esq.
    Susheel Kirpalani, Esq

SK 99999 0010 928602