HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400
Facsimile: (212) 592-1500
Stephen B. Selbst
Elizabeth L. Rose
Attorneys for Compagnie Financiere Tradition SA, *et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────── x
In re:                                           :
                                                 :   Chapter 11
LEHMAN BROTHERS HOLDING INC., *et al.*,          :
                                                 :   Case No. 08-13555 (JMP)
                  Debtors.                       :
                                                 :   (Jointly Administered)
─────────────────────────── x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Compagnie Financiere Tradition SA, *et al.* ("Tradition") appears herein through its undersigned attorneys pursuant to Section 1109(b) of the United States Bankruptcy Code and United States Bankruptcy Rule 9010 and requests that all notices (including those required by Bankruptcy Rule 2002) in this case and any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service of copies of all papers, including but not limited to pleadings, motions, applications and answering or reply papers filed in the above-captioned case adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

                    Elizabeth L. Rose, Esq.
                    Herrick, Feinstein LLP
                    2 Park Avenue
                    New York, New York 10016
                    erose@herrick.com

**PLEASE TAKE FURTHER NOTICE** that Tradition does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim or suit, to waive any rights to which they may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after <u>de novo</u> review by a District Judge; (ii) its right to trial by jury; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

        HERRICK, FEINSTEIN LLP
        Attorneys for Compagnie Financiere Tradition SA, *et al.*

        By: /s/ *Elizabeth L. Rose*
            Elizabeth L. Rose

Dated: October 16, 2008
      New York, New York