UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re                                                        :
                                                             : Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.                        :
                                                             : Case No. 08-13555 (JMP)
                              Debtors.                       :
                                                             : (Jointly Administered)
------------------------------------------------------------ x
                                                             :
In re                                                        : Chapter 11
                                                             :
LEHMAN BROTHERS COMMODITY SERVICES                           :
INC.                                                         :
                              Debtor.                        : Case No. 08-13885
                                                             :
------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK :
                              :ss.:
COUNTY OF NEW YORK :

    Pamela Lewis, being duly sworn deposes and says:

    1.    I am over the age of eighteen years and employed by Alston & Bird LLP and I am not a party to the above-captioned action.

    2.    I served true and correct copies of Delcaration of Arthur C. Corbin in Support of Main Street Natural Gas Inc.'s Joinder in Limited Objection of the Bank of New York Mellon Trust Company, N.A. as Indenture Trustee, to Debtors' Motion for Entry of an Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 6004, 6006 and 9019 Authorizing Lehman Brothers Holdings Inc. to (A) Enter into a Partnership Interests Purchase Agreement, (B) Compromise and Release a Portion of an Intercompany Loan and (C) Assign the Remainder of such Intercompany Loan to Purchasers, which was filed electronically with the Bankruptcy Court on October 16, 2008 by First Class Mail to the parties on the annexed Exhibit A and by Electronic E-mail to the parties on the annexed Exhibit B on October 16, 2008.

                                                          /s/ Pamela L. Lewis
                                                          Pamela L. Lewis

KL1 2577666.1

Sworn to before me
this 16th day of October, 2008

/s/ Kim Fitzgerald  Kim Fitzgerald
 Notary Public
 Notary Public, State of New York
 No. 01F1609313
 Qualified in Kings County
 Commission Expires August 09, 2009

KL2 2577666.1

Exhibit A

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Shai Y. Waisman, Esq.
    Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee
for the Southern District of New York
Attn: Andrew D. Velez-Rivera
    Brian Shoichi Masumoto
    Paul Schwartzberg
    Tracy Hope Davis
    Linda Riffkin
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
    Evan Fleck, Esq.
    Dennis O'Donnell, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Cleary Gottlieb LLP
Attn: Lindsee P. Granfield, Esq.
    Lisa Schweiger, Esq.
One Liberty Plaza
New York, NY 10006

Sullivan & Cromwell LLP
Attn: Robinson B. Lacy, Esq.
    Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY 10004


Attn: Jeff Schlegel
    Richard Engman
Jones Day
717 Texas Street, 33rd Floor
Houston, TX 77002

Attn: Zack A. Clement
Fulbright & Jaworski L.L.P.
1301 McKinney, 41st Floor
Houston, Texas 77010

Attn: Keith H. Wofford, Esq.
Ropes and Gray LLP
1211 Avenue of the Americas
New York, New York 10036

KL4 2577666.1

## Exhibit B

lori.fife@weil.com
richard.krasnow@weil.com
shai.waisman@weil.com
jacqueline.marcus@weil.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
DDunne@milbank.com
DODonnell@milbank.com
EFleck@milbank.com
lacyr@sullcrom.com
feldsteinh@sullcrom.com
keith.wofford@ropesgray.com
jaschlegel@jonesday.com
rengman@jonesday.com
zclement@fulbright.com