GRAHAM & DUNN, PC
Mark D. Northrup (WSBA #16947)
Stacey A. Walters (WSBA #28504;
　NY #4319083)
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, Washington 98121-1128
Telephone: (206) 340-9628
Facsimile:  (206) 340-9599
*Attorneys for Creditor Aditi Technologies*
　*Private Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : 08-13555 (JMP) |
| | : (Jointly Administered) |
| Debtors. | : |

## OBJECTION OF ADITI TECHNOLOGIES PRIVATE LIMITED TO PROPOSED CURE AMOUNT

Aditi Technologies Private Limited ("Aditi"), by its undersigned attorneys, objects as follows to the cure amount proposed in the Debtors' October 6, 2008 First Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases (the "Notice"):

1. Prior to the Debtors' Petition Date, Aditi and Lehman Brothers, Inc. (or one or more of its affiliates; "LBI") entered into a Master Services Agreement ("MSA"). Pursuant to the MSA, Aditi was obligated to perform certain services and provide certain work product to LBI.

2. The list of executory contracts appended to the Notice correctly references the MSA but incorrectly states the cure amount as "$0."

3. The amounts currently owing to Aditi under the MSA in fact total $233,468.00, as set forth on three invoices (PA-1086, PA-1085, PA-1082), copies of which are attached hereto as Exhibit A.

4. Aditi respectfully requests that the Court grant this Objection and find that the correct cure amount under the MSA is not less than $233,468.00.

5. Aditi hereby expressly reserves its right to make further objections and claims as may be appropriate and amend, modify and supplement this Objection, including, without limitation, for additional funds owing to Aditi from the Debtors.

Dated: October 16, 2008
Seattle, Washington

> GRAHAM & DUNN, PC
>
> By  /s/ Stacey A. Walters
>     Mark D. Northrup (WSBA #16947)
>     Stacey A. Walters (WSBA #28504;
>     NY #4319083)
>     Pier 70, 2801 Alaskan Way, Suite 300
>     Seattle, Washington 98121-1128
>     Telephone: (206) 340-9628
>     Facsimile:  (206) 340-9599
>     *Attorneys for Creditor Aditi Technologies
>     Private Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection was served, via filing through the Court's ECF system, this 16th day of October, 2008.

>  /s/ Stacey A. Walters
> Stacey A. Walters

# EXHIBIT A

# ADITI

2002, 156th Ave NE, Suite 200
Bellevue, WA 98007 USA

| Invoice | PA – 1086 |
|---|---|
| Date | September 9, 2008 |
| Page | 1 |

**Bill to:**
Lehman Brothers Holdings Inc.
Global Architecture and Engineering
70, Hudson Street, 8th Floor
Jersey City, NJ 07302, USA

**Ship to:**
Lehman Brothers Holdings Inc.
Global Architecture and Engineering
70, Hudson Street, 8th Floor
Jersey City, NJ 07302, USA

| Purchase Order No | Customer ID | Payment Terms | Due Date |
|---|---|---|---|
| SOW Dated 27-Mar-08 | LEHMAN | Immediate | October 9, 2008 |

| Item | Description | Amount |
|---|---|---|
| 1 | Towards Charges for Completion of deliverables as per SOW for Project 2, 3 & 4.<br><br>( requirement gathering, High level Design Documentation, release notes & Development Cost Estimation) | $ 30,000.00 |
| | Subtotal | $30,000.00 |
| | Tax | 0 |
| | **Total** | **$30,000.00** |

**Payment mode:**

You can choose between the 2 options:

1. An electronic Money Transfer to Bank of America

    Swift Code: BOFAUS3N
    Routing #: 026009593
    Account #: 69088912
    Beneficiary name: Aditi Technologies Private Limited
    Branch Address: 10555 NE 8th Street, Bellevue, WA 98004
    Branch#: 37068

2. ACH Credits

    Routing #: 125000024
    Account #: 69088912

---

Aditi Technologies | 2002, 156th Ave NE, Suite 200, Bellevue, WA 98007 | Telephone: (425) 378 6500 | Fax: (425) 653 3031 | www.aditi.com

# ADITI

2002, 156th Ave NE, Suite 200
Bellevue, WA 98007 USA

| Invoice | PA – 1085 |
|---|---|
| Date | September 8, 2008 |
| Page | 1 |

**Bill to:**
Lehman Brothers Holdings Inc.
Accounts Payable
745 Seventh Avenue
New York, NY 10019

**Ship to:**
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

| Purchase Order No | Customer ID | Payment Terms | Due Date | |
|---|---|---|---|---|
| | LEHMAN | Net 30 | December 08, 2008 | |
| Item | Description | Quantity | Unit Price | Total Amount |
| 1 | MindAlign Maintenance fees for the Period October 1, 2008 to September 30, 2009 | | $165,968.00 | $165,968.00 |
| | | | Subtotal | $165,968.00 |
| | | | Tax | 0 |
| | | | Total | $165,968.00 |

**Payment mode:**

You can choose between the 2 options:

1. An electronic Money Transfer to Bank of America

   Swift Code: BOFAUS3N
   Routing #: 026009593
   Account #: 69088912
   Beneficiary name: Aditi Technologies Private Limited
   Branch Address: 10555 NE 8th Street, Bellevue, WA 98004
   Branch#: 37068

2. ACH Credits

   Routing #: 125000024
   Account #: 69088912

---

Aditi Technologies | 2002, 156th Ave NE, Suite 200, Bellevue, WA 98007 | Telephone: (425) 378 6500 | Fax: (425) 653 3031 | www.aditi.com

# ADITI

2002, 156th Ave NE, Suite 200
Bellevue, WA 98007 USA

| Invoice | PA – 1082 |
|---|---|
| Date | July 14, 2008 |
| Page | 1 |

**Bill to:**
Lehman Brothers Holdings Inc,
Global Architecture And Engineering
70, Hudson Street, 8th Floor
Jersey City, NJ 07302, USA

**Ship to:**
Lehman Brothers Holdings Inc,
Global Architecture And Engineering
70, Hudson Street, 8th Floor
Jersey City, NJ 07302, USA

| Purchase Order No | Customer ID | Payment Terms | Due Date |
|---|---|---|---|
| SOW Dated 27-Mar-08 | LEHMAN | Immediate | August 13, 2008 |

| Item | Description | Amount |
|---|---|---|
| 1 | Towards charges for completion of deliverables as per SOW<br><br>(Buddy sync and IMLive migration tool<br>User Manual, Release notes and installation instructions)<br><br>(50% of Project-1 cost of $ 75,000/-) | $37,500.00 |
| | | $37,500.00 |
| | Tax | 0 |
| | **Total** | **$37,500.00** |

**Payment mode:**

You can choose between the 2 options:

1. An electronic Money Transfer to Bank of America
   Swift Code: BOFAUS3N
   Routing #: 026009593
   Account #: 69088912
   Beneficiary name: Aditi Technologies Private Limited
   Branch Address: 10555 NE 8th Street, Bellevue, WA 98004
   Branch#: 37068

2. ACH Credits
   Routing #: 125000024
   Account #: 69088912

| Phone | Fax | Email | Website |
|---|---|---|---|
| 425 378 6684 | 425 653 3031 | balajis@aditi.com | www.aditi.com |