**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
:
Debtors. : **(Jointly Administered)**
:
:
----------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS SPECIAL** : **08-13888 (JMP)**
**FINANCING INC.,** :
:
Debtor. :
:
----------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS COMMODITY** : **08-13885 (JMP)**
**SERVICES INC.,** :
:
Debtor. :
:
----------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS FINANCE SA,** : **08-13887 (JMP)**
:
Debtor. :
:
----------------------------------------------------------------x

```
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS OTC                                          :   08-13893 (JMP)
DERIVATIVES INC.,                                            :
                                                             :
         Debtor.                                             :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS                                              :   08-13899 (JMP)
DERIVATIVE PRODUCTS INC.,                                    :
                                                             :
         Debtor.                                             :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN COMMERCIAL                                            :   08-13900 (JMP)
PAPER INC.,                                                  :
                                                             :
         Debtor.                                             :
                                                             :
-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS                                              :   08-13901 (JMP)
COMMERCIAL CORPORATION,                                      :
                                                             :
         Debtor.                                             :
                                                             :
-------------------------------------------------------------x
```

2

```
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS                                                :    08-13902 (JMP)
FINANCIAL PRODUCTS INC.,                                       :
                                                               :
            Debtor.                                            :
                                                               :
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
FUNDO DE INVESTIMENTO                                          :    08-13903 (JMP)
MULTIMERCADO CREDITO                                           :
PRIVADO NAVIGATOR                                              :
INVESTIMENTO NO EXTERIOR,                                      :
            Debtor.                                            :
                                                               :
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN SCOTTISH                                                :    08-13904 (JMP)
FINANCE L.P.,                                                  :
                                                               :
            Debtor.                                            :
                                                               :
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
CES AVIATION LLC,                                              :    08-13905 (JMP)
                                                               :
                                                               :
            Debtor.                                            :
                                                               :
---------------------------------------------------------------x
```

3

------------------------------------------------------------x
:
In re                                             :     **Chapter 11 Case No.**
                                                  :
**CES AVIATION V LLC**                            :     **08-13906 (JMP)**
                                                  :
                                                  :
            **Debtor.**                           :
                                                  :
------------------------------------------------------------x
:
In re                                             :     **Chapter 11 Case No.**
                                                  :
**CES AVIATION IX LLC**                           :     **08-13907 (JMP)**
                                                  :
                                                  :
            **Debtor.**                           :
                                                  :
------------------------------------------------------------x
:
In re                                             :     **Chapter 11 Case No.**
                                                  :
**EAST DOVER LIMITED**                            :     **08-13908 (JMP)**
                                                  :
                                                  :
            **Debtor.**                           :
                                                  :
------------------------------------------------------------x
:
In re                                             :     **Chapter 11 Case No.**
                                                  :
**PAMI STATLER ARMS LLC**                         :     **08-13664 (JMP)**
                                                  :
                                                  :
            **Debtor.**                           :
                                                  :
------------------------------------------------------------x

**ORDER PURSUANT TO RULE 1015(b)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion, dated October 11, 2008 (the "Motion"), of the above referenced debtors (collectively, the "Debtors"), as debtors and debtors in possession, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requesting the joint administration of the Debtors' chapter 11 cases for procedural purposes only, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the attorneys for the Debtors' postpetition lenders; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing (the "Hearing") having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought

in the Motion is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **08-13555 (JMP)** |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x
; and it is further

ORDERED that a docket entry shall be made in each of Debtors' chapter 11 cases substantially as follows:

> An Order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of PAMI Statler Arms LLC, Lehman Brothers Special Financing Inc., Lehman

6

>Brothers Commodities Services Inc., Lehman Brothers Finance SA, Lehman Brothers Derivative Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial Corporation, Lehman Brothers Financial Products Inc., Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior, Lehman Scottish Finance L.P., CES Aviation LLC, CES Aviation V LLC, CES Aviation IX LLC, East Dover Limited, and Lehman Brothers OTC Derivatives Inc. with all other cases jointly administered under **Case No. 08-13555 (JMP),** and the docket of **Case No. 08-13555 (JMP)** should be consulted for all matters affecting this case.

; and it is further

>ORDERED that the Debtors shall be permitted to file their monthly operating reports required by the United States Trustee Operating Guidelines on a consolidated basis.


Dated: New York, New York
October 16, 2008

>*s/ James M. Peck*
>UNITED STATES BANKRUPTCY JUDGE