**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| 21st CENTURY ONCOLOGY HOLDINGS, INC., *et al.*,[1] | ) Case No. 17-22770 (RDD) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

**AFFIDAVIT OF SERVICE**

I, Robert Terziyan, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On May 9, 2018, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; via First Class Mail upon the service list attached hereto as **Exhibit B**; and via Overnight Mail upon the service list attached hereto as **Exhibit C**:

- **Order Granting Applications of Professional for Final Allowance and Payment of Final Compensation and Reimbursement of Expenses** [Docket No. 1084]

Dated May 14, 2018

/s/ Robert Terziyan
Robert Terziyan

State of California
County of Los Angeles

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Subscribed and sworn to (or affirmed) before me on this 14th day of May, 2018, by Robert Terziyan proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _____

TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

---

[1] Each of the Reorganized Debtors in the above-captioned jointly administered chapter 11 cases and their respective tax identification numbers are set forth in the *Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 30]. The location of 21st Century Oncology Holdings, Inc.'s corporate headquarters and the Reorganized Debtors' service address is: 2270 Colonial Boulevard, Fort Myers, Florida 33907.

# EXHIBIT A

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Spirit Realty Corporation | Akerman LLP | John E Mitchell | john.mitchell@akerman.com |
| Counsel to Spirit Realty Corporation | Akerman LLP | Katherine C Fackler | katherine.fackler@akerman.com |
| Counsel to Spirit Realty Corporation | Akerman LLP | Susan F Balaschak | susan.balaschak@akerman.com |
| Counsel to Wilmington Trust NA as Indenture Trustee | Arent Fox LLP | Andrew I Silfen & Beth M Brownstein | andrew.silfen@arentfox.com; beth.brownstein@arentfox.com |
| Assistant County Attorney | Assistant County Attorney | Jeffrey Poppel | Jpoppel@miamidade.gov |
| Counsel to DOC-21st Century Sarasota, LLC, Landlord | Baker & Mckenzie LLP | Debra A Dandeneau | Debra.Dandeneau@bakermckenzie.com |
| Counsel to Roche Diagnostics Corporation | Barnes & Thornburg LLP | David M Powlen | david.powlen@btlaw.com |
| Counsel to David Di Pietro | Berger Singerman LLP | Sharon Kegerreis | SKegerreis@bergersingerman.com |
| Counsel to United Parcel Service, Inc. | Bialson Bergen & Schwab | Lawrence M Schwab Kenneth T Law | Klaw@bbslaw.com |
| Counsel to Dignity Health (d/b/a Marian Regional Medical Center) | Binder & Schwartz LLP | Eric B Fisher Tessa B Harver | efisher@binderschwartz.com; tharvey@binderschwartz.com |
| Counsel to Central Coast Medical Oncology Corp | Bovitz & Spitzer | J Scott Bovitz | bovitz@bovitz-spitzer.com |
| Counsel to McKesson Specialty Care Distribution Corporation | Buchalter A Professional Corporation | Jeffrey K Garfinkle | jgarfinkle@buchalter.com |
| Counsel to American Oncologic Associates of Michigan PC and Michigan Healthcare Professionals PC | Butzel Long PC | Joshua E Abraham | abraham@butzel.com |
| Counsel to the Administrative Agents under the Debtors' Prepetition Secured Credit Facilities; Counsel to Morgan Stanley Senior Funding Inc (MSSF) | Cahill Gordon & Reindel LLP | Joel H Levitin and Richard A Stieglitz | jlevitin@cahill.com; rstieglitz@cahill.com |
| Counsel to HCP-RTS LLC | Carlton Fields | Natalie A Napierala | nnapierala@carltonfields.com |
| Counsel to Central Coast Medical Oncology Corp | Central Coast Medical Oncology - Corp | Dr Robert Dichmann | robert@ccmo.com |
| Counsel for Cardinal Health 108 LLC and Cardinal Health 414 LLC | Chiesa Shahinian & Giantomasi PC | Ryan P OConnor | roconnor@csglaw.com |
| Counsel for Cardinal Health 108 LLC and Cardinal Health 414 LLC | Chiesa Shahinian & Giantomasi PC | Scott A Zuber | szuber@csglaw.com |
| Counsel to Colonial Bldg 3 of Naples, Inc. | Dal Lago Law | Michael R Dal Lago | mike@dallagolaw.com |
| Counsel to Canada Pension Plan Investment Board | Debevoise & Plimpton LLP | My Chi To & Daniel E Stroik | mcto@debevoise.com; destroik@debevoise.com |
| Counsel to Darlene Gabeau | DelBello Donnellan Weingarten Wise & Wiederkehr LLP | Dawn Kirby | dkirby@ddw-law.com |
| Counsel to David DiPietro | DelBello Donnellan Weingarten Wise & Wiederkehr LLP | Jonathan S Pasternak & Steven R Schoenfeld | jpasternak@ddw-law.com; srs@ddw-law.com |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | askdoj@usdoj.gov |
| Counsel to PMA Insurance Group | Earp Cohn PC | Allen A Etish | aetish@earpcohn.com |
| Counsel to BC Technical, Inc. | Eversheds Sutherland US LLP | Mark D Sherrill | marksherrill@eversheds-sutherland.com |
| Counsel to Alliance Healthcare Services, Inc., d/b/a Alliance Healthcare Radiology | Foley & Larnder LLP | Derek L Wright | dlwright@foley.com |
| Counsel to Alliance Healthcare Services, Inc., d/b/a Alliance Healthcare Radiology | Foley & Larnder LLP | William J McKenna | wmckenna@foley.com |
| Counsel to Kishore K Dass Ben Han and Rajiv Patel | Furr & Cohen PA | Alvin S Goldstein & Robert C Furr | agoldstein@furrcohen.com; mortman@furrcohen.com |
| Counsel to Central Coast Medical Oncology Corp | Grodsky & Olecki LLP | Allen Grodsky & Tim Henderson | allen@grodsky-olecki.com; tim@grodsky-olecki.com |
| Counsel to the following Creditors: Practice Management Groups; Current Employees/Contractors; Former Employees/Contractors; Landlords | Hunton & Williams LLP | Robert A Rich | rrich2@hunton.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management LLC | Joseph Corrigan | Bankruptcy2@ironmountain.com; |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Pitt County Memorial Hospital Incorporated d/b/a Vidant Medical Center | K&L Gates LLP | Robert T Honeywell | robert.honeywell@klgates.com |
| Counsel to Data Breach Plaintiffs | Keller Rohrback LLP | Cari Campen Laufenberg | claufenberg@kellerrohrback.com |
| Counsel to Data Breach Plaintiffs | Keller Rohrback LLP | Chris Springer | cspringer@kellerrohrback.com |
| Counsel to Data Breach Plaintiffs | Keller Rohrback LLP | Gary Gotto Christopher Graver | ggotto@kellerrohrback.com; cgraver@kellerrohrback.com |
| On Behalf of Ken Burton, Jr. Tax Collector | Kerri Ward Legal & Collection Support Specialist I CFCA | Ken Burton Jr Manatee County Tax Collector | legal@taxcollector.com |
| Counsel to Florida Oncology Partners, LLC | Kilpatrick Townsend & Stockton LLP | Guy N Molinari & Gianfranco Finizio | gmolinari@kilpatricktownsend.com; gfinizio@kilpatricktownsend.com |
| Debtor's Counsel | Kirkland & Ellis LLP | Christopher Marcus PC & Asif Attarwala | asif.attarwala@kirkland.com; christopher.marcus@kirkland.com |
| Counsel to Andrew L Woods | Klestadt Winters Jureller Southard & Stevens LLP | Tracy Klestadt & John Jureller Jr | tklestadt@klestadt.com; jjureller@klestadt.com |
| Counsel to Madlyn Dornaus | Lackey Hershman LLP | Deborah Deitsch-Perez & Jamie R Welton | ddp@lhlaw.net; jrw@lhlaw.net |
| Counsel to Vestar Capital Partners | Latham & Watkins LLP | Adam J Goldberg & Marc A Zelina | adam.goldberg@lw.com; marc.zelina@lw.com |
| Counsel to Commonage Corporation | Lippes Mathias Wexler Friedman LLP | John A Mueller | jmueller@lippes.com |
| Counsel to Debtor Knight Fire & Security Inc | Loren & Kean Law | Bruce E Loren | bloren@lorenkeanlaw.com; bankruptcyemail@lorenkeanlaw.com |
| Counsel to Data Breach Plaintiffs | Lowenstein Sandler LLP | Michael S Etkin Andrew Behlmann | metkin@lowenstein.com; abehlmann@lowenstein.com |
| Counsel to Central Coast Medical Oncology Corp | Marilyn Macron PC | Marilyn Cowhey Macron | marilyn@marilynmacron.com |
| Counsel to CloudCare Corporation | Mayerson & Hartheimer PLLC | David H Hartheimer | David@mhlaw-ny.com |
| Counsel to Creditor, William F. Crook | Medina Law Firm LLC | Eric S Medina | emedina@medinafirm.com |
| Counsel to Netsai Masomere | Michael A. Koplen, Esq. | | atty@KoplenLawFirm.com |
| Counsel to State of Michigan Department of Treasury | Michigan Attorney General | Bill Schuette & Juandisha M Harris | harrisj12@michigan.gov |
| Counsel to the Ad Hoc Committee of Lenders under the Debtors' Prepetition Secured Credit Facility (the "First Lien Ad Hoc Committee") | Milbank Tweed Hadley & McCloy LLP | Dennis F Dunne Evan R Fleck and Matthew L Brod | efleck@milbank.com; mbrod@milbank.com; ddunne@milbank.com |
| Agent under the Debtors' Postpetition Financing Facility (DIP Agent for the Revolver / Term Loan) | Morgan Stanley Senior Funding Inc | | AGENCY.BORROWERS@morganstanley.com |
| Counsel to Elekta Inc | Moritt Hock & Hamroff LLP | Theresa A Driscoll | tdriscoll@moritthock.com |
| Counsel to the Official Committee of Unsecured Creditors of 21st Century Oncology Holdings Inc et al; Committee Designee | Morrison & Foerster LLP | Lorenzo Marinuzzi Jonathan I Levine Daniel J Harris & Benjamin W Butterfield, Andrew Kissner | lmarinuzzi@mofo.com; jonlevine@mofo.com; dharris@mofo.com; bbutterfield@mofo.com; akissner@mofo.com |
| NJ Department of Environmental Protection | NJ Department of Environmental Protection | Richard Peros | Richard.Peros@dep.nj.gov |
| Counsel to Laura A. Hudson, Individually and as Personal Representative for the Estate of Todd Michael Hudson | Norman L Schroeder II PA | Norman L Schroeder II | Nschroeder@nlsbankruptcy.com |
| Local Counsel to SCG Capital Corp | Norris Mclaughlin & Marcus PA | Melissa A Pena | mapena@nmmlaw.com |
| Counsel to Simi Valley Hospital & Health Care Services, a California nonprofit religious corporation dba Adventist Health Simi Valley | Norton Rose Fulbright US LLP | Rebecca J Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| Massachusetts Attorney General | Office of the MA Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Maryland Attorney General | Office of the MD Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Michigan Attorney General | Office of the MI Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Nevada Attorney General | Office of the NV Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| US Trustee | Office of the United States Trustee | Paul Schwartzberg Susan Golden | paul.schwartzberg@usdoj.gov |
| Washington Attorney General | Office of the WA Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |
| United States Attorney's Office SDNY | Office of US Attorney SDNY | Attn Rebecca S Tinio | Rebecca.Tinio@usdoj.gov |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Co-Counsel to Marilyn Macron PC, Counsel to Central Coast Medical Oncology Corp. | Ortiz & Ortiz LLP | Norma E Ortiz | email@ortizandortiz.com |
| Counsel to Brenda Santoro, Fernando and Maria Piquero | Pick and Zabicki LLP | Douglas J Pick | dpick@picklaw.net |
| Counsel to Jewish Hospital and St Mary's Healthcare | Polsinelli PC | Jeremy R Johnson | jeremy.johnson@polsinelli.com |
| Counsel to Jewish Hospital and St Mary's Healthcare | Polsinelli PC | Jerry L Switzer Jr | jswitzer@polsinelli.com |
| Counsel to Charlene R Thomas Charles C Thomas II MD McDowell Medical Offices LLC McDowell Medical Equipment LLC Henderson Medical Offices LLC Henderson Medical Equipment LLC Strategic Healthcare Advisors LLC Rutherford Medical Offices LLC Regional Development Partners and Rutherford Medical Equipment LLC | Poyner Spruill LLP | Jill C Walters | jwalters@poynerspruill.com |
| Counsel to Wilmington Savings Fund Society FSB as Prepetition MDL Agent | Pryor Cashman LLP | Seth H Lieberman Patrick Sibley & Matthew W Silverman | slieberman@pryorcashman.com; psibley@pryorcashman.com; msilverman@pryorcashman.com |
| Counsel to Atrium 6030 LLC | Rashti & Mitchell Attorneys at Law | Timothy T Mitchell | tim@rashtiandmitchell.com |
| Counsel to Edit Tolnai | Reich Reich & Reich PC | Lawrence R Reich | lreich@reichpc.com |
| Counsel to Varian | Rimon PC | Phillip Wang | phillip.wang@rimonlaw.com |
| Counsel to NCH Healthcare System Inc NCHMD Inc & Naples Community Hospital Inc | Robins Kaplan LLP | Lawrence A Farese | LFarese@RobinsKaplan.com |
| Counsel to NCH Healthcare System Inc NCHMD Inc & Naples Community Hospital Inc | Robins Kaplan LLP | Michael A Kolcun | MKolcun@RobinsKaplan.com |
| Counsel to Robert Russell James Corbel Roxanne Haatvedt Veneta Delucchi Melquiades Bonilla Carl Schmitt Matthew Benzion Kathleen LaBarge Stacey Schwartz Timothy Meulenberg Stephen Wilbur Jackie Griffith Judith Cabrera Sharon MacDermid and Steven Brehio Plaintiffs in In re: 21st Century Oncology Customer Data Security Breach Litigation | Robinson Calcagnie Inc | Daniel S Robinson | drobinson@robinsonfirm.com |
| Counsel to Data Breach Plaintiffs | Robinson Calcagnie Inc | Daniel S Robinson Wesley Polischuk | drobinson@robinsonfirm.com; wpolischuk@robinsonfirm.com |
| Counsel to Moody's Investors Service Inc | Satterlee Stephens LLP | Christopher R Belmonte & Pamela A Bosswick | cbelmonte@ssbb.com; pbosswick@ssbb.com |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | SECBankruptcy-OGC-ADO@SEC.GOV |
| Securities and Exchange Commission New York Regional Office | Securities and Exchange Commission NY Regional Office | Andrew Calamari Regional Director | bankruptcynoticeschr@sec.gov |
| Counsel to the following Creditors: Practice Management Groups; Current Employees/Contractors; Former Employees/Contractors; Landlords | Shumaker Loop & Kendrick LLP | Steven M Berman | sberman@slk-law.com |
| Counsel to Florida Community Bank | Shutts & Bowen LLP | Larry I Glick | lglick@shutts.com |
| Counsel to Florida Community Bank | Shutts & Bowen LLP | Peter H Levitt | PLevitt@shutts.com |

**Exhibit A**
Master Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Nationwide Health Properties LLC | Sidley Austin LLP | Andrew P Propps | apropps@sidley.com |
| Counsel to Nationwide Health Properties LLC | Sidley Austin LLP | Anna Gumport | agumport@sidley.com |
| Counsel to Nationwide Health Properties LLC | Sidley Austin LLP | Bojan Guzina | bguzina@sidley.com |
| Special Counsel to the Debtors and Debtors in Possession | Simpson Thacher & Bartlett LLP | Katurah Topps | katurah.topps@stblaw.com |
| Counsel to the Ad Hoc Committee of Crossover Lenders and Noteholders and Certain DIP Lenders | Stroock & Stroock & Lavan LLP | Jayme T Goldstein Matthew A Schwartz Frank A Merola & Samantha Martin | jgoldstein@stroock.com; mschwartz@stroock.com; fmerola@stroock.com; smartin@stroock.com |
| Counsel to Data Breach Claimants | Stull Stull & Brody | Melissa Emert | memert@ssbny.com |
| Counsel to Radiology Regional Center PA | Trenam Kemker Scharf Barkin Frye O'Neill & Mullis PA | Lori V Vaughan | lvaughan@trenam.com |
| Local Counsel to SCG Capital Corp | Tyding & Rosenberg LLP | Joseph Selba | jselba@tydingslaw.com |
| Department of Veterans Affairs | US Department of Veterans Affairs | Kathleen Ellis | Kathleen.ellis3@va.gov |
| MDLLC Term Loan | Wilmington Savings Fund Society FSB | Attn Geoff Lewis | adminagent@wsfsbank.com |
| Oncure Notes | Wilmington Trust National Association | Attention Joseph P O'Donnell | jodonnell@wilmingtontrust.com |

# EXHIBIT B

## Exhibit B
Master Service List
Served via First Class Mail

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Assistant County Attorney | Assistant County Attorney | Jeffrey Poppel | 1611 NW 12th Ave West Wing Rm 109 | | | Miami | FL | 33136 |
| US Department of Justice | Department of Justice US Attorney General | Commercial Litigation Branch | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 |
| Environmental Protection Agency (Regional) | Environmental Protection Agency | | 290 Broadway | | | New York | NY | 10007-1866 |
| Federal Communications Commission | Federal Communications Commission | | 445 12th Street SW | | | Washington | DC | 20554 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Agent under the Debtors' Postpetition Financing Facility (DIP Agent for the Revolver / Term Loan) | Morgan Stanley Senior Funding Inc | | 1585 Broadway | | | New York | NY | 10036 |
| Agent under the Debtors' Postpetition Financing Facility (DIP Agent for the Revolver / Term Loan) | Morgan Stanley Senior Funding Inc | | 1300 Thames Street 4th Fl | | | Baltimore | MD | 21231 |
| Alabama Attorney General | Office of the AL Attorney General | Attn Bankruptcy Department | PO Box 300152 | | | Montgomery | AL | 36130-0152 |
| Arizona Attorney General | Office of the AZ Attorney General | Attn Bankruptcy Department | 1275 W Washington St | | | Phoenix | AZ | 85007 |
| California Attorney General | Office of the CA Attorney General | Attn Bankruptcy Department | 1300 I St Ste 1740 | | | Sacramento | CA | 95814 |
| Florida Attorney General | Office of the FL Attorney General | Attn Bankruptcy Department | The Capitol Pl 01 | | | Tallahassee | FL | 32399-1050 |
| Indiana Attorney General | Office of the IN Attorney General | Attn Bankruptcy Department | Indiana Govt Center South 5th Fl | 302 West Washington St | | Indianapolis | IN | 46204 |
| Kentucky Attorney General | Office of the KY Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building Suite 118 | | Frankfort | KY | 40601 |
| Massachusetts Attorney General | Office of the MA Attorney General | Attn Bankruptcy Department | One Ashburton Place | | | Boston | MA | 02108-1698 |
| Maryland Attorney General | Office of the MD Attorney General | Attn Bankruptcy Department | 200 St Paul Place | | | Baltimore | MD | 21202-2202 |
| Michigan Attorney General | Office of the MI Attorney General | Attn Bankruptcy Department | 525 W Ottawa St | PO Box 30212 | | Lansing | MI | 48909-0212 |
| North Carolina Attorney General | Office of the NC Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | PO Box 629 | | Raleigh | NC | 27699-9001 |
| New Jersey Attorney General | Office of the NJ Attorney General | Attn Bankruptcy Department | Richard J Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625 |
| Nevada Attorney General | Office of the NV Attorney General | Attn Bankruptcy Department | Old Supreme Ct Bldg | 100 N Carson St | | Carson City | NV | 89701 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | 120 Broadway 24th Fl | | | New York | NY | 10271 |
| New York Attorney General | Office of the NY Attorney General | Attorney General | The Capitol | | | Albany | NY | 12224-0341 |
| Rhode Island Attorney General | Office of the RI Attorney General | Attn Bankruptcy Department | 150 S Main St | | | Providence | RI | 02903 |
| South Carolina Attorney General | Office of the SC Attorney General | Attn Bankruptcy Department | Rembert C Dennis Office Bldg | PO Box 11549 | | Columbia | SC | 29211-1549 |
| US Trustee | Office of the United States Trustee | Paul Schwartzberg Susan Golden | US Federal Office Bldg | 201 Varick Street Suite 1006 | | New York | NY | 10014 |
| Washington Attorney General | Office of the WA Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| Wisconsin Attorney General | Office of the WI Attorney General | Attn Bankruptcy Department | Wisconsin Dept of Justice | State Capitol Room 114 East | PO Box 7857 | Madison | WI | 53707-7857 |
| West Virginia Attorney General | Office of the WV Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd East | | Charleston | WV | 25305 |
| United States Attorney's Office SDNY | Office of US Attorney SDNY | Attn Rebecca S Tinio | 86 Chambers St Third Fl | | | New York | NY | 10007 |
| Holders of the Debtors' SFRO PIK Notes | Ravi Patel | | 2783 Pillsbury Way | | | Wellington | FL | 33414 |
| Secretary of the State | Secretary of State | Division of Corporations | 99 Washington Ave Ste 600 | One Commerce Plz | | Albany | NY | 12231-0001 |
| Secretary of the State | Secretary of State | | 123 William St | | | New York | NY | 10038-3804 |
| Securities and Exchange Commission Headquarters | Securities and Exchange Commission | Attn General Counsel | 100 F St NE | | | Washington | DC | 20549 |

**Exhibit B**
Master Service List
Served via First Class Mail

| DESCRIPTION | COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|---|
| Counsel to Federal Communications Commission | US Department of Justice | Attorney General | 950 Pennsylvania Ave NW | | | Washington | DC | 20530 |
| Environmental Protection Agency (US) | US Environmental Protection Agency | Mail Code 2310A, Office of General Counsel | 1200 Pennsylvania Ave NW | | | Washington | DC | 20460 |
| MDLLC Term Loan | Wilmington Savings Fund Society FSB | Attn Geoff Lewis | 500 Delaware Ave 11th Fl | | | Wilmington | DE | 19801 |
| Indenture Trustee for the Debtors' 11% Senior Notes Due 2023 (the "Senior Notes") | Wilmington Trust National Association | Attn 21st Century Oncology Inc Senior Notes Administrator | 246 Goose Lane Suite 105 | | | Guilford | CT | 06437-2186 |

# EXHIBIT C

**Exhibit C**

Chambers Service List

Served via Overnight Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| United States Bankruptcy Court | Honorable Judge Drain | 300 Quarropas Street Rm 248 | Chambers Copy | White Plains | NY | 10601 |

In re 21st Century Oncology Holdings, Inc., et al.
Case No. 17-22770 (RDD)

Page 1 of 1