# United States Bankruptcy Court

Southern District of New York

In re

21st Century Oncology

Debtors

Chapter 11

Case No. 17-22770

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that NAPLES PATHOLOGY ASSOCIATES a creditor in the cases of the above-captioned debtors ("Debtors") directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claim (as listed on the Debtor's schedules or on the claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions be sent to the new address set forth below, effective as of the date hereof.

**Former Address**

NAPLES PATHOLOGY ASSOCIATES
4331 Tamiami Trail N
Naples, FL 34103

**New Address**

NAPLES PATHOLOGY ASSOCIATES
c/o Argo Partners
12 West 37th Street, 9th Floor
New York, NY 10018

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-14-18

NAPLES PATHOLOGY ASSOCIATES

By: _____ (Ernest W.)

Title: President, Naples Pathology Pathology