**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                 :
**In re**                                        :   **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :   **08-13555 (JMP)**
                                                                 :
   Debtors.                                      :   **(Jointly Administered)**
                                                                 :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
**In re**                                        :   **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS SPECIAL**                      :   **08-13888 (JMP)**
**FINANCING INC.,**                              :
                                                                 :
   Debtor.                                       :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
**In re**                                        :   **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS COMMODITY**                    :   **08-13885 (JMP)**
**SERVICES INC.,**                               :
                                                                 :
   Debtor.                                       :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
**In re**                                        :   **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS FINANCE SA,**                  :   **08-13887 (JMP)**
                                                                 :
   Debtor.                                       :
                                                                 :
                                                                 :
-----------------------------------------------------------------x
                                                                 :
**In re**                                        :   **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS OTC**                          :   **08-13893 (JMP)**
**DERIVATIVES INC.,**                            :
                                                                 :
   Debtor.                                       :

```
                                                          :
------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS                                           :    08-13899 (JMP)
DERIVATIVE PRODUCTS INC.,                                 :
                                                          :
         Debtor.                                          :
                                                          :
------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN COMMERCIAL                                         :    08-13900 (JMP)
PAPER INC.,                                               :
                                                          :
         Debtor.                                          :
                                                          :
------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS                                           :    08-13901 (JMP)
COMMERCIAL CORPORATION,                                   :
                                                          :
         Debtor.                                          :
                                                          :
------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS                                           :    08-13902 (JMP)
FINANCIAL PRODUCTS INC.,                                  :
                                                          :
         Debtor.                                          :
                                                          :
------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
FUNDO DE INVESTIMENTO                                     :    08-13903 (JMP)
MULTIMERCADO CREDITO                                      :
PRIVADO NAVIGATOR                                         :
```

| | | |
|---|---|---|
| **INVESTIMENTO NO EXTERIOR,** | : | |
| Debtor. | : | |
| | : | |
| ---------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN SCOTTISH** | : | **08-13904 (JMP)** |
| **FINANCE L.P.,** | : | |
| | : | |
| Debtor. | : | |
| | : | |
| ---------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **CES AVIATION LLC,** | : | **08-13905 (JMP)** |
| | : | |
| Debtor. | : | |
| | : | |
| ---------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **CES AVIATION V LLC** | : | **08-13906 (JMP)** |
| | : | |
| Debtor. | : | |
| | : | |
| ---------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **CES AVIATION IX LLC** | : | **08-13907 (JMP)** |
| | : | |
| Debtor. | : | |
| | : | |
| ---------------------------------------------------------------x | | |
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **EAST DOVER LIMITED** | : | **08-13908 (JMP)** |
| | : | |

3

|                    | : |
|--------------------|---|
| **Debtor.**        | : |
|                    | : |

-----------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE DIRECTING THAT CERTAIN ORDERS AND OTHER PLEADINGS ENTERED OR FILED IN THE CHAPTER 11 CASES OF AFFILIATED DEBTORS BE MADE APPLICABLE TO RECENTLY FILED CASES

Upon the motion, dated October 11, 2008 (the "Motion"), jointly filed by the above referenced debtors, as debtors in possession, seeking application of certain orders and other pleadings entered or filed in these chapter 11 cases [Case No. 08-13555] be made applicable to Lehman Brothers Derivative Products Inc. (Case No. 08-13899 (JMP)), Lehman Commercial Paper Inc. (Case No. 08-13900 (JMP)), Lehman Brothers Commercial Corporation (Case No. 08-13901 (JMP)), Lehman Brothers Financial Products Inc. (Case No. 08-13902 (JMP)), Fundo de Investimento Multimercado Credito Privado Navigator Investimento No Exterior (Case No. 08-13903 (JMP)), Lehman Scottish Finance L.P. (Case No. 08-13904 (JMP)), CES Aviation LLC (Case No. 08-13905 (JMP)), CES Aviation V LLC (Case No. 08-13906 (JMP)), CES Aviation IX LLC (Case No. 08-13907 (JMP)), East Dover Limited (Case No. 08-13908 (JMP)), Lehman Brothers Commodity Services Inc. (Case No. 08-13885 (JMP)), Lehman Brothers Finance SA (Case No. 08-13887 (JMP)), Lehman Brothers Special Financing Inc. (Case No. 08-13888 (JMP)), and Lehman Brothers OTC Derivatives Inc. (Case No. 08-13893(JMP)) (the "New Debtors") all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant

4

to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the attorneys for the Debtors' postpetition lenders; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing and all of the proceedings had before the Court; the Court finds and determines, after due deliberation, that the relief sought in the Motion is in the best interests of the Debtors, their estates, and all parties in interest therein and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the following orders in the jointly administered chapter 11 cases (Case No. 08-13555 (JMP)) are hereby made applicable to the New Debtors, effective as of entry of this order, as if the New Debtors were debtors referred to in said orders:

(1) Order Enforcing the Protections of Section 362 of the Bankruptcy Code [Docket No. 48]

(2) Order Extending the Time to Comply with the Requirements of Local Bankruptcy Rule 1007-2(a) and 1007-2(b) [Docket No. 49]

(3)   Order (i) Authorizing the Employment of Epiq Bankruptcy Solutions, LLC as Claims and Noticing Agent for the Debtor and (ii) Appointing Epiq Bankruptcy Solutions, LLC as Agent of the Bankruptcy Court [Docket No. 50]

(4)   Order (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs; and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 [Docket No. 52]

(5)   Order Waiving the Requirement to File a List of Creditors; and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case [Docket No. 53]

(6)   Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC) [Docket No. 86]

(7)   Order Implementing Certain Notice and Case Management Procedures [Docket No. 285]

(8)   Order Extending the Stay Under Section 366 of the Bankruptcy Code Through October 16 [Docket No. 420]

(9)   Order Establishing Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property [Docket No. 628]

(10)  Interim Order (A) (i) Authorizing Debtor to Continue its Workers Compensation Programs and its Liability, Product, Property, and Other Insurance Programs, (ii) Authorizing Debtor to Pay all Prepetition Obligations in Respect Thereof, (B) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations, and (C) Scheduling a Final Hearing [Docket No. 649]

; and it is further

ORDERED that the Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications [Docket No. 2], is hereby made applicable to the New Debtors as if the New debtors were Debtors referred to in said affidavit; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
      October 16, 2008

                                          *s/ James M. Peck*
                                      UNITED STATES BANKRUPTCY JUDGE