**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
In re                                                          :     **Chapter 11 Case No.**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     **08-13555 (JMP)**
                                                               :
                    Debtors.                              :     **(Jointly Administered)**
                                                               :
                                                               :
-------------------------------------------------------------------x

**ORDER DENYING MOTION OF GREGORY GEORGAS**
**FOR THE APPOINTMENT OF AN EQUITY COMMITTEE**

Upon the amended motion, dated September 22, 2008 (the "Motion"), of Gregory Georgas, for an order, pursuant to section 1102(a)(2) of title 11 of the United States Code (the "Bankruptcy Code"), appointing an official committee of equity security holders of Lehman Brothers Holdings Inc. ("LBHI"), all as more fully described in the Motion and the supporting memorandum of law; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and upon the objection, dated October 13, 2008 (the "Objection"), of the LBHI and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), objection, dated October 10, 2008 (the "UST Objection"), filed by the Office of the United States Trustee,

2

the objection, dated October 13, 2008 (the "Committee Objection"), filed by the Official

Creditors' Committee, and the omnibus joinder of the Informal Noteholder Group to the

UST Objection and the Committee Objection; and a hearing having been held to consider

the relief requested in the Motion (the "Hearing"); and upon the Affidavit of Ian T.

Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District

of New York in Support of First-Day Motions and Applications, and all of the

proceedings had before the Court; and after due deliberation and sufficient cause

appearing therefor and for the reasons stated by the Court at the Hearing, it is

ORDERED that the Motion is denied without prejudice.

Dated:  New York, New York
        October 16, 2008

                                                *s/ James M. Peck*
                                                UNITED STATES BANKRUPTCY JUDGE