**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                                :

**In re**                                        :       **Chapter 11 Case No.**

                                                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**

                                                :

                         **Debtors.**         :       **(Jointly Administered)**

                                                :

                                                :
-------------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS**
**105(a) AND 366 OF THE BANKRUPTCY CODE**
**(I) APPROVING THE DEBTORS' PROPOSED FORM**
**OF ADEQUATE ASSURANCE OF PAYMENT, (II) RESOLVING**
**OBJECTIONS BY UTILITY COMPANIES, AND (III) PROHIBITING**
**UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICE**

Upon the motion, dated September 29, 2008 (the "Motion"), of Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-

debtor affiliates, "Lehman"), pursuant to sections 105(a) and 366 of title 11 of the United States

Code (the "Bankruptcy Code"), (i) for approval of the Debtors' Proposed Adequate Assurance[1];

(ii) to establish procedures for resolving any objections to the Motion by the Utility Companies

that the Proposed Adequate Assurance is not adequate; and (iii) to prohibit the Utility Companies

from altering, refusing, or discontinuing service, all as more fully described in the Motion; and

the Court having jurisdiction to consider the Motion and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to

Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title

11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief

---

[1]     Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided to (i) the United States Trustee for the Southern District of

New York (the "U.S. Trustee"), (ii) those creditors holding the fifty (50) largest unsecured

claims against the Debtors' estates, (iii) the Securities and Exchange Commission, (iv) the

Internal Revenue Service, and (v) the United States Attorney for the Southern District of New

York, and it appearing that no other or further notice need be provided; and a hearing having

been held to consider the relief requested in the Motion (the "Hearing"); and the appearances of

all interested parties having been noted in the record of the Hearing; and upon the Affidavit of

Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of

New York in Support of First-Day Motions and Applications, and all of the proceedings had

before the Court; and the Court having found and determined that the relief sought in the Motion

is in the best interests of the Debtors, its estate and creditors, and all parties in interest and that

the legal and factual bases set forth in the Motion establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors' Proposed Adequate Assurance satisfies the

requirements under section 366 of the Bankruptcy Code; and it is further

ORDERED that no Utility Company shall (a) discontinue, alter, or refuse service

to, or discriminate against, the Debtors on the basis of the commencement of these chapter 11

cases or as a result of any unpaid prepetition charges, or (b) require additional adequate

assurance of payment, other than the Adequate Assurance Deposit supplied; and it is further

ORDERED that any Utility Company that failed to file **by no later than 4:00**

**p.m. (prevailing Eastern Time) on October 13, 2008** its (i) request for an Adequate Assurance

Deposit or (ii) an Objection to the Motion is deemed to have adequate assurance that is

satisfactory to it, within the meaning of section 366 of the Bankruptcy Code; and it is further

ORDERED that the Debtors are authorized to supplement, as necessary, the list of

Utility Companies (a "New Utility Company") annexed as Exhibit A hereto (the "Utility Service

List"), and that this Order shall apply to any such New Utility Company that is subsequently

added to the Utility Service List; and it is further

ORDERED that if the Debtors supplement the Utility Service List, they shall

serve a copy of this Order and the revised Utility Service List on the New Utility Company and

such party will have 10 days from the date of service to respond to the Adequate Assurance

Deposit.  If New Utility Company fails to respond to the Adequate Assurance Deposit on or

before 10 days after service of the revised Utility Service List, that party shall be deemed to have

adequate assurance that is satisfactory to it, within the meaning of section 366 of the Bankruptcy

Code; and it is further

ORDERED that if Debtors and the New Utility Company are unable to resolve

any disputes regarding the Adequate Assurance Deposit on a consensual basis, then the Court

shall resolve such dispute at the next scheduled omnibus hearing; *provided*, *however*, that until

such consensual resolution or Court determination, the New Utility Company shall be deemed to

have been provided adequate assurance within the meaning of section 366 of the Bankruptcy

Code as set forth herein; and it is further

ORDERED that any Adequate Assurance Deposit requested by, and provided to,

any Utility Company pursuant to the Motion shall be returned to the Debtors the earlier of the

date the Debtors discontinue Utility Services or the conclusion of these chapter 11 cases; and it is

further

ORDERED that the Debtors are authorized and empowered to take all actions

necessary or appropriate to implement the relief granted in this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation and/or interpretation of this Order; and it is

further

ORDERED that nothing in this Order or the Motion shall be deemed to constitute

the postpetition assumption or adoption of any agreement pursuant to section 365 of the

Bankruptcy Code; and it is further

ORDERED that the Debtors' service of the Motion upon the Utility Companies

shall not constitute an admission or concession that such entities are a utility within the meaning

of section 366 of the Bankruptcy Code, and the Debtors reserve all rights and defenses with

respect thereto.


Dated:  New York, New York
        October 16, 2008

                                    _s/ James M. Peck_____
                                    UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

## (Utility Companies)

## Utility Matrix

| Lehman Brothers Holdings Inc., et al., | | **EXHIBIT A** | | |
|---|---|---|---|---|
| **List of Utility Companies** | | | | |
| **Building Location** | **Utility Company Name** | **Address** | **Type of Service** | **Account Number** |
| 101 Hudson St. Jersey City, NJ | PSE&G | P.O. Box 14106 New Brunswick, NJ 08906 | Electric | 2194114238 2195699213 2195696028 2194427104 |
| 399 Park Avenue, New York, NY | Con Edison | JAF Station, P.O. Box 1701, New York, NY 10116 | Gas | 42-7201-0008-0000-2 |
| 085 Tenth Avenue | Con Edison | JAF Station, P.O. Box 1701, New York, NY 10116 | Electric | 49-4071-0009-0100-3 |
| 1127 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21652380929717 |
| 1128 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21658901352743 |
| 1129 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21668597353643 |
| 1130 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21669668000105 |
| 1131 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21677106051260 |
| 1132 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21666406100148 |
| 1133 Euclid Avenue, Cleveland, OH 44115 | AT&T | P.O. 8100, Aurora, IL 60507 | Telephone | 21624162554334 |
| 1134 Euclid Avenue, Cleveland, OH 44115 | Cleveland Public Power | P.O. 5637, Cleveland, OH 44101 | Electric | 4310005958 |
| 1135 Euclid Avenue, Cleveland, OH 44115 | Division of water | P.O. 94540, Cleveland, OH 44101 | Water | 01483643001-1 |
| 1136 Euclid Avenue, Cleveland, OH 44115 | Dominion | P.O. 26225, Richmond, VA 23260 | | 53325 |
| 1137 Euclid Avenue, Cleveland, OH 44115 | Interstate Gas | P.O. 631919, Cincinnati, OH 45263 | Gas | 1184 |
| 1138 Euclid Avenue, Cleveland, OH 44115 | Illuminating | P.O. 3638, Akron, OH 44309 | | 110023197400 |
| 1139 Euclid Avenue, Cleveland, OH 44115 | Illuminating | P.O. 3638, Akron, OH 44309 | | 110023975896 |
| 1140 Euclid Avenue, Cleveland, OH 44115 | NEORSD | P.O. 94550, Cleveland, OH 44101 | | 01373526001-1 |
| 1141 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 229315702 |
| 1142 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 233193801 |
| 1143 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream, IL 60132 | Internet / Cable | 228465004 |

## Utility Matrix



## Utility Matrix

| Building Location | Utility Company Name | Address | Type of Service | Account Number |
|---|---|---|---|---|
| 1144 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 222818503 |
| 1145 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 216501801 |
| 1146 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 228561604 |
| 1147 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 235373901 |
| 1148 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 234921801 |
| 1149 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 229500004 |
| 1150 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 226559601 |
| 1151 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 219544802 |
| 1152 Euclid Avenue, Cleveland, OH 44115 | TimeWarner | P.O. 0901, Carol Stream,  IL 60132 | Internet / Cable | 227333403 |
| Parkridge 7 - Parking Lot, Colorado | Xcel Energy | P.O. Box 840, Denver, CO 80201 | Electric | 53-45058234-7 |
| Parkridge 7 - Parking Lot, Colorado | Denver Water | 1600 W. 12th Avennue, Denver, CO 80212; P.O. Box 173343, Denver, CO 80217 | Water | 20028187-01-3 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Utility Matrix

