STEVEN T. GUBNER (CA SBN 156593)
COREY R. WEBER (CA SBN 205912)
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California  91367
Telephone: (818) 827-9000
Facsimile:  (818) 827-9099

Counsel for City of Long Beach

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Ezra Brutzkus Gubner LLP hereby appears as counsel in

these cases on behalf of the City of Long Beach, a creditor herein, and that pursuant to

Bankruptcy Rules 2002, 9007 and 9010(b) and 11 U.S.C. §§ 102(1), 342 and 1109(b), that all

notices given or required to be given in this case and all papers served or required to be served in

this case, be given to and served as set forth below:

Steven T. Gubner, Esq.
Corey R. Weber, Esq.
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California  91367
Telephone:  (818) 827-9000
Facsimile:   (818) 827-9099
Email:  sgubner@ebg-law.com
        cweber@ebg-law.com

**PLEASE TAKE FURTHER NOTICE** that, if applicable, pursuant to 11 U.S.C.

§ 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers

referred to in the Bankruptcy Rules and Code provisions specified above, but also includes,

without limitation, all orders notices, hearing dates, applications, motions, petitions, requests,

complaints, demands, replies, answers, schedules of assets and liabilities and statements of

affairs, operating reports, plans of reorganization and liquidation, and disclosure statements,

whether formal or informal, whether written or oral and whether transmitted or conveyed by

mail, delivery, telephone, telex or otherwise, which affect or seek to affect in any way the

Debtors or property or proceeds in which the Debtors may claim an interest.

Dated:  Woodland Hills, California
        October 15, 2008

**EZRA BRUTZKUS GUBNER LLP**

By:  ___/s/ Steven T. Gubner___
        STEVEN T. GUBNER
        COREY R. WEBER

Counsel for City of Long Beach

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Ezra | Brutzkus | Gubner LLP, 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367, Telephone (818) 827-9000, Facsimile (818) 827-9099.

      On October 16, 2008, I served the foregoing document described as **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]    **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. mail at Woodland Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    **(BY PERSONAL DELIVERY)** I caused such envelope to be delivered by hand by [Name and address of courier service], to the office of the addressee(s) noted on the attached Service List.

[ ]    **(BY FACSIMILE TRANSMISSION)** I caused such document to be transmitted to the addressee(s) facsimile number noted above. The facsimile machine I used complied with CRC Rule 2003(3) and the transmission was reported as complete and without error. Pursuant to CRC Rule 2008(4), I caused the machine to print a transmission record of the facsimile transmission.

[ ]    **(BY FEDERAL EXPRESS / OVERNITE EXPRESS)** I caused such envelope to be deposited at the Federal Express/Overnite Express drop box at Woodland Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with Federal Express/Overnite Express that same day in the ordinary course of business.

      Executed on October 16, 2008, at Woodland Hills, California.

      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and, that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_MELA ZEPEDA_

3

## SERVICE LIST

Debtor
Lehman Brothers Holdings, Inc.
745 Seventh Avenue
New York, NY  10019

Attorneys for Debtor
Harvey R. Miller, Esq.
Jacqueline Marcus, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Claims and Noticing Agent
Epiq Bankruptcy Solutions, LLC
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY  10017

Attorneys for James W. Giddens, as Trustee
for the SIPA Liquidation of Lehman Brothers Inc.
Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY  10004

Office of the United States Trustee
Andrew D. Velez-Rivera, Staff Attorney
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Attorneys for Official Committee of Unsecured
Creditors
James Tecce, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY  10010