Joanne K. Lipson, WSBA #13204
CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA  98101
Telephone:  (206) 624-9894
Facsimile:  (206) 624-8598
jlipson@crockerkuno.com
Attorneys for The Central Puget Sound Regional Transit Authority

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | : | Case No. 08-13555-JMP |
| | : | **(Jointly Administered)** |
| Debtors. | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 08-13888-JMP |
| LEHMAN BROTHERS SPECIAL FINANCING, INC., | : | |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS COMMODITY SERVICES INC., | : | Case No. 08-13885-JMP |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS FINANCE SA, | : | Case No. 08-13887-JMP |
| | : | |
| Debtor. | : | |

-------------------------------------------------------------x

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF PAPERS - 1

```
------------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS OTC                           :    Case No. 08-13893-JMP
DERIVATIVES INC.,                             :
                                              :
              Debtor.                         :
------------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS                               :    Case No. 08-13899-JMP
DERIVATIVE PRODUCTS INC.,                     :
                                              :
              Debtor.                         :
------------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
LEHMAN COMMERCIAL PAPER INC.,                 :    Case No. 08-13900-JMP
                                              :
              Debtor.                         :
------------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS                               :
COMMERCIAL CORPORATION,                       :    Case No. 08-13901-JMP
                                              :
              Debtor.                         :
------------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
LEHMAN BROTHERS                               :    Case No. 08-13902-JMP
FINANCIAL PRODUCTS INC.,                      :
                                              :
              Debtor.                         :
------------------------------------------------------------x
In re                                         :    Chapter 11
                                              :
FUNDO DE INVESTIMENTO                         :
MULTIMERCADO CREDITO PRIVADO                  :
NAVIGATOR INVESTIMENTO NO EXTERIOR  :    Case No. 08-13903-JMP
                                              :
              Debtor.                         :
------------------------------------------------------------x
```

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| LEHMAN SCOTTISH FINANCE L.P., | : | Case No. 08-13904-JMP |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| CES AVIATION LLC, | : | Case No. 08-13905-JMP |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| CES AVIATION V LLC, | : | Case No. 08-13906-JMP |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| CES AVIATION IX LLC, | : | Case No. 08-13907-JMP |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| EAST DOVER LIMITED, | : | Case No. 08-13908-JMP |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| In re | : | Chapter 11 |
| | : | |
| PAMI STATLEER ARMS LLC, | : | Case No. 08-13664-JMP |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Joanne K. Lipson and J. Todd Tracy of Crocker Kuno PLLC appear as counsel for The Central Puget Sound Regional Transit Authority, and pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and

section 1109(b) of Title 11 of the United States Code, request that all notices given or required to be given, and all papers served or required to be served in this case, be delivered to and served upon the following:

> Joanne K. Lipson, WSBA #13204
> J. Todd Tracy, WSBA #17342
> CROCKER KUNO PLLC
> 720 Olive Way, Suite 1000
> Seattle, WA 98101
> Telephone: (206) 624-9894
> Facsimile: (206) 624-8598
> Email: jlipson@crockerkuno.com
> ttracy@crockerkuno.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only those notices and papers referred to in Rules 2002 and 9010, but also includes, without limitation, in accordance with Rule 3017(a), (d) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of Title 11 of the United States Code, disclosure statements or any amendments thereto and plans of reorganization or any amendments thereto, as well as any and all pleadings, motions, orders to show cause, applications, requests, presentments, petitions, memoranda, affidavits, declarations, orders, or other documents filed or entered in this case—whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise..

PLEASE TAKE FURTHER NOTICE that the foregoing request constitutes a request for service only, and does not constitute, and shall not be deemed to constitute, a waiver of any substantive right of The Central Puget Sound Regional Transit Authority, consent to jurisdiction of the Bankruptcy Court, or the waiver of a right to jury trial. Neither this Notice nor any other appearance, pleading, claim or suit shall constitute any

waiver of the rights of The Central Puget Sound Regional Transit Authority to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, to trial by jury in a proceeding triable in this case or any case or controversy or proceeding related to this case, to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, defenses, setoffs, or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED this 17th day of October 2008.

CROCKER KUNO PLLC

By    */s/ Joanne K. Lipson*
Joanne K. Lipson, WSBA #13204
J. Todd Tracy, WSBA #17342
720 Olive Way, Suite 1000
Seattle, WA 98101
Telephone: (206) 624-9894
Facsimile: (206) 624-8598
Email:  jlipson@crockerkuno.com
          ttracy@crockerkuno.com

Attorneys for The Central Puget Sound Regional Transit Authority