BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin
Ronald J. Silverman
Joshua Dorchak
399 Park Avenue
New York, NY 10022-4689
Tel: 212-705-7000
Fax: 212-752-5378

*Attorneys for UBS Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :
In re                                       :   Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   Case No. 08-13555 (JMP)
                                            :
                           Debtors.         :   (Jointly Administered)
                                            :
-----------------------------------------------------------x

### CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to this Court, hereby certifies under penalty of perjury that, on October 16, 2008, I caused copies of UBS Securities LLC's Notice of Appearance and Objection to Proposed Cure Amount to be served via the Court's ECF system and on the following parties by hand delivery:

Weil Gotshal & Manges LLP
Attn: Lori R. Fife, Shai Y. Waisman, Richard
P. Krasnow and Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
for the Southern District of New York
Attn: Andy Velez-Rivera, Brian Masumoto
and Tracy Hope Davis
33 Whitehall Street, Suite 21st Floor
New York, NY 10004

A/72692058.1

Cleary Gottlieb Steen & Hamilton LLP
Attn: Lindsee P. Granfield and Lisa M. Schwartzberg
One Liberty Plaza
New York, NY 10006

Hughes Hubbard & Reed LLP
Attn: Jeffery S. Margolin
One Battery park Plaza
New York, NY 10004

Millbank Tweed Hadley & McCloy LLP
Attn: Dennis F. Dunne, Dennis O'Donnell and Evan Fleck
One Chase Manhattan Plaza
New York, NY 10005

Additionally, on October 16, 2008, copies of the documents were served by First Class Mail on each of the parties listed on the October 15, 2008, master service list posted on the Court's Lehman website.

David Marcus

A/72692058.1