WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                :

In re                              :          **Chapter 11 Case No.**
                                :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :         **08-13555 (JMP)**
                                :

               Debtors.             :          **(Jointly Administered)**
                                :
                                :
------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON OCTOBER 17, 2008 AT 5:00 P.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, Room 601, One Bowling Green, New York, NY 10004-1408

**I.**      **CONTESTED MATTERS:**

    1.    Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (c) to Schedule a Final Hearing **[Docket No. 669]**

Responses Received:

A. Response to Motion and Limited Objection of the Federal Home Loan Bank of Pittsburgh to Debtors' Motion For Order Pursuant To Sections 105(A), 345(B), 363(B), 363(C) And 364(A) of The Bankruptcy Code and Bankruptcy Rules 6003 and 6004: (A) For Authorization To: (i) Continue Using Existing Centralized Cash Management System, As Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; and (B) For an Extension of Time To Comply With Section 345(B) of the Bankruptcy Code **[Docket No. 904]**

B. Objection of the Informal Noteholder Group to Debtors` Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (C) to Schedule a Final Hearing **[Docket No. 924]**

C. Response of Avista Corporation and Powerex Corp. to Debtors' Motion for Authorization to Continue Using Existing Cash Management System and Other Relief **[Docket No. 927]**

D. Limited Objection of The Harbinger Funds to Debtors' Motion (A) For Authorization to (I) Continue Using Existing Centralized Cash Management System, As Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms; (B) For an Extension of Time to Comply With Section 345(B) of the Bankruptcy Code; and (C) to Schedule a Final Hearing **[Docket No. 932]**

E. Limited Objection to Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) For Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) For an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (C) To Schedule a Final Hearing **[Docket No. 936]**

F. Objection of (A) Fir Tree Value Master Fund, L.P. and Fir Tree Opportunity Master Fund, L.P., (B) Royal Charter Properties-East, Inc., (C) Quantum Partners LDC, and (D) OppenheimerFunds, Inc., Oppenheimer Strategic Income Fund and Certain Other Funds and Accounts Advised or Sub-Advised by OppenheimerFunds, Inc. and its

        Affiliates to the Debtors? Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 And 6004 (A) for Authorization to (I) Continue Using Existing Centralized Cash Management System, as Modified, (II) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (III) Maintain Existing Bank Accounts and Business Forms; and (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code **[Docket No. 941]**

G.    Limited Objection of the Joint Administrators of the Lehman European Group Administration Companies to the Debtor's Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 264(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code and (C) to Schedule a Final Hearing **[Docket No. 947]**

H.    Notice of Second Revised Proposed Interim Order Approving Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (C) to Schedule a Final Hearing **[Docket No. 1051]**

I.    Notice of Second Revised Proposed Interim Order Approving Debtors' Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms; (B) for an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code, and (C) to Schedule a Final Hearing **[Docket No. __] (to be filed prior to the hearing).**

Related Filings:

A. Supplement to Motion Pursuant to Sections 105(a), 345(b), 363(b), 363(c) and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 (A) for Authorization to (i) Continue Using Existing Centralized Cash Management System, as Modified, (ii) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (iii) Maintain Existing Bank Accounts and Business Forms **[Docket No. 826]**

Status: This motion is going forward.

Dated: October 17, 2008
      New York, New York

/s/ Alfredo R. Pérez
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Alfredo R. Pérez
Shai Y. Waisman
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession