UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
In re                                                                    :    Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC.,                                           :    08-13555 (JMP)
                                                                         :
                Debtor.                                                  :    CERTIFICATE OF
                                                                         :    SERVICE
                                                                         :
                                                                         :
------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, attorneys for the Republic of Argentina, hereby certify that:

       On the 15th day of October 2008, The Reply of Barclays Capital Inc. to Objections to Order Authorizing the Debtors and Barclays Capital Inc. to File Under Seal Certain Schedules to the Asset Purchase Agreement, dated October 15, 2008 was served by hand and by e-mail, as indicated, upon:

       BY HAND

       Michael S. Stamer
       Philip C. Dublin
       Meredith A. Lahaie
       Akin Gump Strauss Hauer & Feld LLP
       590 Madison Avenue
       New York, NY  10022-2524

       Harvey R. Miller
       Richard P. Krasnow
       Lori R. Fife
       Shai Y. Waisman
       Jacqueline Marcus
       Ralph I. Miller
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, NY  10153

Robinson B. Lacy
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Susheel Kirpalani
James C. Tecce
Scott C. Shelley
Quinn Emanuel Urquhart Oliver & Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Andy Velez-Rivera
Paul Schwartzburg
Brian Masamoto
Linda Riffkin
Tracy Hope Davis
U.S. Trustee for Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

E-MAIL

mstamer@akingump.com, pdublin@akingump.com,
mlahaie@akingump.com, ddune@milbank.com,
ldespins@milbank.com, wfoster@milbank.com,
harvey.miller@weil.com, Jacqueline.marcus@weil.com,
shai.waisman@weil.com, susheelkirpalani@quinnemanuel.com,
jamestecce@quinnemanuel.com, scottshelley@quinnemanuel.com

Dated:   New York, New York
         October 15, 2008

    s/Richard V. Conza
    Richard V. Conza