UNITED STATES BANKRUPTY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:

LEHMAN BROTHERS, ETC, ET AL.    Case # 08-013555

Debtors

Ch 11

FILED
BANKRUPTCY COURT
2008 OCT 17 AM 8: 45
S.D. OF N.Y.





# UNITED STATES BANKRUPTY COURT
# SOUTHERN DISTRICT OF NEW YORK

IN RE:

LEHMAN BROTHERS, ETC, ET AL.

Debtors

FILED
U.S. BANKRUPTCY COURT
2008 OCT 16 A 8: 45
JMP
Ch 11 S.D. OF N.Y.

Case # 08-013555

Proof of Service

**Certificate of Mailing #1:**
Received From: Kuntz, Bx 1801, 02554
One piece of ordinary mail addressed to: Cleary Gottlieb LLP, 1 Liberty Plaza, NY NY 10006
Postmark: NANTUCKET, MA 02554, OCT 15 2008, $1.10

**Certificate of Mailing #2:**
Received From: Kuntz, Bx 1801, 02554
One piece of ordinary mail addressed to: Michael Tweed, 1 Chase Plaza, NY NY 10005
Postmark: NANTUCKET, MA 02554, OCT 15 2008, $1.10



Certificate of Mailing: Received From: Kuntz, Bx 1801, 02554. One piece of ordinary mail addressed to: Quinn LLP, 51 Mimosa, NY NY 10010. Postmark NANTUCKET MA, OCT 15 2008, $1.10

UNITED STATES BANKRUPTY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:

    LEHMAN BROTHERS, ETC, ET AL.    Case # 08-013555

    Debtors

FILED
BANKRUPTCY COURT
2008 OCT 16  AM 8 45
Ch 11

Proof of Service



**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Kuntz
Bx 1801
Nantucket MA 02554

One piece of ordinary mail addressed to:
Milbank Tweed
1 Chase Plaza
NY NY 10005

PS Form 3817, January 2001

HYANNIS MA 02601 OCT -8 2008
U.S. POSTAGE PAID HYANNIS, MA 02601 OCT 08, 08 AMOUNT $1.10 00095691-05

---

**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Kuntz
Bx 1801
Nantucket Mass 02554

One piece of ordinary mail addressed to:
WS Trustee 21st Floor
33 Whitehall
NY NY 10004

PS Form 3817, January 2001

# UNITED STATES BANKRUPTY COURT

# SOUTHERN DISTRICT OF NEW YORK

IN RE:

FILED
U.S. BANKRUPTCY COURT
2008 OCT 16 A 8:45
JMP

Ch 11 OF N.Y.

## LEHMAN BROTHERS, ETC, ET AL.    Case # 08-013555

Debtors

Proof of Service

