UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY ADORNO & YOSS LLP ON BEHALF OF GMAC LLP, GMAC RESIDENTIAL CAPITAL, GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC

PLEASE TAKE NOTICE that Adorno & Yoss LLP ("A&Y") hereby appears as attorneys for (1) GMAC LLC, (2) GMAC Residential Capital, (3) GMAC-IM and (4) Residential Funding Company LLC in the above-captioned Chapter 11 case. Pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), A&Y request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given and served upon A&Y at the office, address and telephone number set forth below, and that A&Y be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

Case No. 08-13555 (JMP)
Chapter 11

Charles M. Tatelbaum, Esq.
Adorno & Yoss LLP
350 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301
Ph: (954) 766-7820
Fax: (866) 821-4198
Email: ctatelbaum@adorno.com

Steven D. Ginsburg, Esq.
Adorno & Yoss LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134
Ph: (305) 460-1000
Fax: (305) 356-4791
Email: sdg@adorno.com

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtors, property of such debtor, or GMAC, LLC and GMAC Residential Capital.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other

Case No. 08-13555 (JMP)
Chapter 11

than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 16, 2008

_____
Steven D. Ginsburg (N.Y. Bar #: 1756253;
Fla. Bar #218723)
Adorno & Yoss LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134
Ph: (305) 460-1000
Fax: (305) 356-4791
Email: sdg@adorno.com

*Counsel for GMAC LLC, GMAC Residential Capital, GMAC-IM and Residential Funding Company, LLC*