UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., ) | Case No. 08-13555 (JMP) |
| ) | |
| Debtor. ) | |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

Steven D. Ginsburg (the "Movant"), a member in good standing of the Bar of the State of New York, and attorney admitted to practice before the United States District Court for the Southern District of New York and a member of the law firm of Adorno & Yoss LLP ("Adorno"), hereby moves this Court to enter an order permitting Charles M. Tatelbaum to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above captioned case. In support thereof, the Movant respectfully represents as follows:

Mr. Tatelbaum is a partner with Adorno, a member in good standing of the Bar of the State of Florida, and is admitted to practice in the United States District Court for the Southern District of Florida. Mr. Tatelbaum agrees to pay the fee of $25.00 upon entry of an order admitting him to practice *pro hac vice* in this Chapter 11 case. Mr. Tatelbaum's address is: Adorno & Yoss LLP, 350 E. Las Olas Blvd., Suite 1700, Fort Lauderdale, FL 33301. Mr. Tatelbaum's email address is ctatelbaum@adorno.com and his telephone and facsimile numbers are (954) 766-7820 and (866) 621-4198, respectively.

{210339.0026/N0730230_1}

WHEREFORE, the Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated: October 16 , 2008

        ADORNO & YOSS LLP

        */s/ Steven D. Ginsburg*

        Steven D. Ginsburg (N.Y. Bar #: 1756253;
        Fla. Bar #218723)
        2525 Ponce de Leon Blvd., Suite 400
        Miami, FL  33134
        Ph: (305) 460-1000
        Fax: (305) 356-4791
        Email: sdg@adorno.com

        -and-

        Charles M. Tatelbaum
        350 E. Las Olas Blvd., Suite 1700
        Ft. Lauderdale, FL  33301
        Ph: (954) 766-7820
        Fax: (866) 821-4198
        Email: ctatelbaum@adorno.com

        *Counsel for GMAC LLC, GMAC Residential Capital, GMAC-IM and Residential Funding Company, LLC*