**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | x<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>x |

| **Chapter 11 Case No.** |
|---|
| **08-13555 (JMP)** |
| **Jointly Administered** |

## AFFIDAVIT OF SERVICE

**KURT R. VELLEK,** being duly sworn hereby deposes and says that:

1. I am over 18 years of age, not a party to this proceeding, and reside in Mahopac, New York.

2. On Wednesday, October 15, 2008, I caused (i) the Motion of Barclays Capital Inc., for Relief Concerning an American Express Contract Erroneously Posted with the Closing Date Contracts; the (ii) Notice of Hearing; the (iii) Declaration of Lindsee P. Granfield; and the (iv) Declaration of Patrick Coster to be served upon the attorneys listed below by hand delivery:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Office of US Trustee
33 Whitehall Street
New York, New York 10004

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Milbank, Tweed, Hadley
& McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005

Dewey & Lebeouf LLP  
1301 Avenue of the Americas  
New York, New York 10019

Flaster/Greenberg PC  
1628 John F. Kennedy Blvd.  
Philadelphia, Pennsylvania 19103  
(BY FIRST CLASS MAIL)

/s/ Kurt R.Vellek____

Sworn to before me this 16th day of October, 2008

__/s/ Toby D. Mann_____ _____