**EXHIBIT B**

| Trade Date | Seller | Buyer | Borrower | Credit Agreement |
|---|---|---|---|---|
| 8/26/2008 | Lehman Commercial Paper Inc. | DK Acquisition Partners, L.P. | Tronox Worldwide, LLC | November-05 |
| 8/21/2008 | Lehman Commercial Paper Inc. | DK Acquisition Partners, L.P. | Tronox Worldwide, LLC | November-05 |
| 8/22/2008 | Lehman Commercial Paper Inc. | DK Acquisition Partners, L.P. | Tronox Worldwide, LLC | November-05 |
| 8/28/2008 | DK Acquisition Partners, L.P. | Lehman Commercial Paper Inc. | Tronox Worldwide, LLC | November-05 |
| 9/8/2008 | DK Acquisition Partners, L.P. | Lehman Commercial Paper Inc. | United Airlines, Inc. | February-07 |
| 7/29/2008* | Lehman Commercial Paper Inc, UK Branch | Greywolf Capital Partners II LP | Lavena Holdings 3 GMBH | Mar-2-2007 (mezzanine facility) |
| 7/29/2008* | Lehman Commercial Paper Inc, UK Branch | Greywolf Capital Overseas Fund | Lavena Holdings 3 GMBH | Mar-2-2007 (mezzanine facility) |
| 4/18/2008 | Longacre Capital Partners (QP), LP | Lehman Commercial Paper, Inc. | Tropicana | January-07 |
| 4/25/2008 | Lehman Commercial Paper, Inc. | Longacre Capital Partners (QP), LP | Tropicana | January-07 |
| 4/18/2008 | Longacre Master Fund, Ltd. | Lehman Commercial Paper, Inc. | Tropicana | January-07 |
| 4/25/2008 | Lehman Commercial Paper, Inc. | Longacre Master Fund, Ltd. | Tropicana | January-07 |
| 3/24/2008** | Longacre Master Fund, Ltd. | Lehman Commercial Paper, Inc. | Lear Corporation | April-06 |
| 3/24/2008** | Longacre Capital Partners (QP), LP | Lehman Commercial Paper, Inc. | Lear Corporation | April-06 |
| 5/27/2008 | Lehman Commercial Paper, Inc. | Longacre Master Fund, Ltd. | Saint Acquisition Corporation (Swift Transportation) | May-07 |
| 5/27/2008 | Lehman Commercial Paper, Inc. | Longacre Capital Partners (QP), LP | Saint Acquisition Corporation (Swift Transportation) | May-07 |
| 5/20/2008 | Lehman Commercial Paper, Inc. | Longacre Master Fund, Ltd. | Saint Acquisition Corporation (Swift Transportation) | May-07 |
| 5/20/2008 | Lehman Commercial Paper, Inc. | Longacre Capital Partners (QP), LP | Saint Acquisition Corporation (Swift Transportation) | May-07 |
| 5/19/2008 | Lehman Commercial Paper, Inc. | Longacre Master Fund, Ltd. | Saint Acquisition Corporation (Swift Transportation) | May-07 |
| 5/19/2008 | Lehman Commercial Paper, Inc. | Longacre Capital Partners (QP), LP | Saint Acquisition Corporation (Swift Transportation) | May-07 |
| 8/6/2008 | Farallon Choctaw ENE, LLC | Lehman Commercial Paper Inc. | Choctaw Investors B.V. | May-99 |
| 5/6/2008 | Farallon Capital Partners, LP | Lehman Commercial Paper Inc. | Enron Hawaii | November-00 |
| 5/6/2008 | Farallon Capital Institutional Partners, LP | Lehman Commercial Paper Inc. | Enron Hawaii | November-00 |
| 5/6/2008 | Farallon Capital Institutional Partners II, LP | Lehman Commercial Paper Inc. | Enron Hawaii | November-00 |
| 5/6/2008 | Farallon Capital Offshore Investors, Inc. | Lehman Commercial Paper Inc. | Enron Hawaii | November-00 |
| 5/6/2008 | Farallon Capital Offshore Investors II, Inc. | Lehman Commercial Paper Inc. | Enron Hawaii | November-00 |
| 5/6/2008 | Farallon Capital Institutional Partners III, LP | Lehman Commercial Paper Inc. | Enron Hawaii | November-00 |
| 9/12/2008 | Lehman Commercial Paper Inc. | Farallon Capital Partners, LP | Tronox Worldwide, LLC | November-05 |
| 9/12/2008 | Lehman Commercial Paper Inc. | Farallon Capital Institutional Partners, LP | Tronox Worldwide, LLC | November-05 |
| 9/12/2008 | Lehman Commercial Paper Inc. | Farallon Capital Institutional Partners II, LP | Tronox Worldwide, LLC | November-05 |
| 9/12/2008 | Lehman Commercial Paper Inc. | Farallon Capital Offshore Investors, Inc. | Tronox Worldwide, LLC | November-05 |
| 9/12/2008 | Lehman Commercial Paper Inc. | Farallon Capital Offshore Investors II, Inc. | Tronox Worldwide, LLC | November-05 |
| 9/12/2008 | Lehman Commercial Paper Inc. | Farallon Capital Institutional Partners III, LP | Tronox Worldwide, LLC | November-05 |
| 09/04/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | Alltell | November-07 |
| 03/06/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc., UK Branch | Almatis | October-07 |
| 09/09/08 | Lehman Commercial Paper Inc. | Goldman Sachs Credit Partners, LP | American Air | March-06 |
| 09/12/08 | Lehman Commercial Paper Inc. | Goldman Sachs Credit Partners, LP | Bauble Acquisition | May-07 |
| 09/05/08 | Lehman Commercial Paper Inc., UK Branch | Goldman Sachs Credit Partners, LP | Eircom | May-07 |
| 06/03/08 | Lehman Commercial Paper Inc., UK Branch | Goldman Sachs Credit Partners, LP | Formula One | July-07 |
| 07/04/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc., UK Branch | INEOS | December-05 |
| 06/20/08 | Lehman Commercial Paper Inc., UK Branch | Goldman Sachs Credit Partners, LP | KDG | March-06 |
| 07/22/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc., UK Branch | KDG | May-06 |
| 05/21/08 | Lehman Commercial Paper Inc., UK Branch | Goldman Sachs Credit Partners, LP | Lafarge | June-07 |

| Trade Date | Seller | Buyer | Borrower | Credit Agreement |
|---|---|---|---|---|
| 07/10/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | National Cinema | February-07 |
| 08/13/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | Neff Corp. | May-07 |
| 09/11/08 | Lehman Commercial Paper Inc. | Goldman Sachs Credit Partners, LP | Northwest Air | August-06 |
| 06/04/08 | Lehman Commercial Paper Inc., UK Branch | Goldman Sachs Credit Partners, LP | NYCO Holding | December-06 |
| 08/12/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc., UK Branch | Prosieben Holding Company | March-07 |
| 08/06/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | Semgroup | October-05 |
| 07/10/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | Swift | May-07 |
| 07/24/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | Swift | May-07 |
| 06/23/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc., UK Branch | TDF | January-07 |
| 07/31/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | Venetian Macau | May-06 |
| 08/13/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | Venetian Macau | May-06 |
| 09/12/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | Visteon | April-07 |
| 04/22/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc. | WCI Communications | June-06 |
| 07/02/08 | Goldman Sachs Credit Partners, LP | Lehman Commercial Paper Inc., UK Branch | WDAC | May-07 |
| 3/6/2008 | Lehman Commercial Paper Inc., UK Branch | Halcyon Structured Asset Management European CLO 2007-I B.V. | ESCALINE S.á.r.l. | October-06 |
| 6/27/2008 | Rowayton Loan Funding Company | Lehman Commercial Paper Inc. | Mark IV Industries, Inc. | September-00 |
| 4/10/08 | Lehman Commercial Paper, Inc. | Morgan Stanley Bank International Limited | NTL Incorporated | July-06 |
| 8/19/08 | Lehman Commercial Paper, Inc. | Morgan Stanley Senior Funding, Inc. | Hawaiian Telecom | 05-May, Amended and Restated June-07 |
| 7/21/08 | Lehman Commercial Paper, Inc. | Morgan Stanley Senior Funding, Inc. | Swift Transportation Co., Inc. | May-07 |
| 7/24/08 | Lehman Commercial Paper, Inc. | Morgan Stanley Senior Funding, Inc. | Swift Transportation Co., Inc. | May-07 |
| 5/6/08 | Morgan Stanley Bank International Limited | Lehman Commercial Paper, Inc. | NYCO Holdings | December-06 |
| 5/8/08 | Morgan Stanley Bank International Limited | Lehman Commercial Paper, Inc. | NYCO Holdings | December-06 |
| 5/21/08 | Morgan Stanley Bank International Limited | Lehman Commercial Paper, Inc. | NYCO Holdings | December-06 |
| 8/26/08 | Morgan Stanley Bank International Limited | Lehman Commercial Paper, Inc. | NYCO Holdings | December-06 |
| 6/4/08 | Morgan Stanley Senior Funding, Inc. | Lehman Commercial Paper, Inc. | NYCO | December-06 |
| 6/19/08 | Morgan Stanley Senior Funding, Inc. | Lehman Commercial Paper Inc. | Quebecor | April-99, Amended and Restated December-07 |
| 8/6/2008 | Royal Bank of Scotland, plc | Lehman Commercial Paper, Inc. | Semcrude | October-08 |
| 9/12/2008 | Lehman Commercial Paper, Inc. | Royal Bank of Scotland, plc | Las Vegas Sands | May-07 |
| 6/24/2008 | Royal Bank of Scotland, plc | Lehman Commercial Paper, Inc. | Las Vegas Sands | May-07 |
| 5/9/2008 | GIL Holdings LLC | Lehman Commercial Paper, Inc. | Wolf Hollow I, L.P. | December-05 |
| 9/1/2008 | Royal Bank of Scotland, plc | Lehman Commercial Paper, Inc., UK Branch | Kabel Deutschland Holding GMBH | May-06 |
| 9/3/2008 | Royal Bank of Scotland, plc | Lehman Commercial Paper, Inc., UK Branch | Kabel Deutschland Holding GMBH | May-06 |
| 9/9/2008 | Royal Bank of Scotland, plc | Lehman Commercial Paper, Inc., UK Branch | Cortefiel | March-07 |
| 4/2/2008 | Royal Bank of Scotland, plc | Lehman Commercial Paper, Inc., UK Branch | NYCO Holdings 2 ApS | December-06 |

\* Trade terminated pursuant to letter dated September 29, 2008.

\*\*Participation