# **Exhibit C**

## Friedman, Michael

**From:** LSTA News [lstanews@lsta.org]
**Sent:** Friday, October 03, 2008 11:48 AM
**To:** Friedman, Michael
**Subject:** Lehman Notice Regarding the Ability to Continue to Close Open Trades



To: **All Market Participants**

The LSTA has been asked to distribute the following notice from Lehman Comercial Paper, Inc. regarding LCPI's ability to continue to close open trades:

### Lehman Commercial Paper Inc
### Notice To Trading Counterparties

"We have received numerous inquiries regarding the status of Lehman Commercial Paper Inc. ("LCPI") and its ability to continue to close open trades. Please take notice that LCPI has not commenced a case under title 11 of the United States Code (the "Bankruptcy Code"). LCPI continues to operate its business and is authorized to perform its obligations in accordance with the terms of the various agreements to which it is party. In that regard, we are continuing to close open loan trades as expeditiously as possible. For instance, in the past week LCPI closed approximately 60 trades."

"Please note that any action taken or purportedly taken by a counterparty to any trade on the basis that Lehman Brothers Holdings Inc. has commenced a case under the Bankruptcy Code would be in violation of the applicable agreements. LCPI will consider all of its options with respect to any entity which acts in contravention of the agreements."

**Disclaimer**

This memorandum is provided by the LSTA for information purposes only.

10/17/2008