**Exhibit D**

## Friedman, Michael

| | |
|---|---|
| **From:** | LSTA News [lstanews@lsta.org] |
| **Sent:** | Wednesday, September 17, 2008 2:14 PM |
| **To:** | Friedman, Michael |
| **Subject:** | Lehman's Role as Administrative Agent |

**To: LSTA Membership and Loan Market Participants**

We have just been advised that Lehman Commercial Paper, Inc. has posted the following message to Intralinks in connection with its role as Administrative Agent for certain credit agreements.

If you have any questions, please do no hesitate to contact Elliot Ganz at eganz@lsta.org or Bridge Marsh at bmarsh@lsta.org.

## ATTENTION LENDERS

Please be advised that Lehman Commercial Paper Inc. ("LCPI"), in its role as Administrative Agent in the above referenced deal, has resolved all wire and funding issues encountered earlier this week.

It is imperative that your institution, in its capacity as a Lender under the Credit Agreement, strictly adhere to the funding provisions set forth in the Credit Agreement.

All wires sent to LCPI per Borrower funding requests should note they are being sent to LCPI in its capacity as Administrative Agent for the benefit of the Borrower. LCPI is not a debtor and all monies will be forwarded to the Borrower. In addition, any payments received from the Borrower for the benefit of the Lenders will be forwarded to the lending group as required by the Credit Agreement.

Lenders that fail to comply with such provisions will be considered defaulting Lenders under the Credit Agreement.

If such a default occurs, LCPI, in its capacity as Administrative Agent under the Credit Agreement, will pursue all remedies available to it under the terms of the Credit Agreement and applicable law.

10/17/2008