**Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
| Debtors. | : Jointly Administered |

**ORDER COMPELLING LEHMAN COMMERCIAL PAPER INC. TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105(d)(2)(A) AND 365(d)(2) OF THE BANKRUPTCY CODE**

This matter coming before the Court on the Motion for an Order Compelling Lehman Commercial Paper Inc. to Assume or Reject Executory Contracts Pursuant to Sections 105(d(2)(A) and 365(d)(2) of the Bankruptcy Code (the "Motion"),[1] filed by the Movants; the Court having reviewed the Motion and having considered the statements of counsel before the Court at the hearing on the Motion (the "Hearing"); and the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (c) notice of the Motion and Hearing was proper and sufficient under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors shall file a motion to assume or reject each of the Trade Confirmations by no later than November 7, 2008 to be heard at the next earliest omnibus hearing date

established in these cases. To the extent the Debtors have not filed such motion with this Court with respect to a Trade Confirmation on or prior to November 7, 2008, then such Trade Confirmation shall be deemed rejected as of that date without further order of this Court.

3. This Order shall be without prejudice (i) to any rights the Movants may have with respect to the Debtors or (ii) to the Movants' right to assert claims (including priority claims) relating to or arising under the Trade Confirmations or otherwise.

4. This Court shall retain jurisdiction to resolve all matters relating to the implementation of this Order.

Dated: New York, NY
      November __, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not defined herein shall have those meanings associated with them in the Motion.