STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Alec P. Ostrow
Constantine D. Pourakis
apo@stevenslee.com
cp@stevenslee.com

*Counsel for Royal Bank America*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
                                                :
In re                                           :   Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC.,                 :   Case No. 08-13555 (JMP)
*et al.*,                                       :
                                                :   (Jointly Administered)
                Debtors.                        :
                                                :
------------------------------------------------------------

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

   PLEASE TAKE NOTICE that Royal Bank America, a creditor and party-in-interest, pursuant to section 11 U.S.C. § 1109, and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appear through **STEVENS & LEE, P.C.**, their undersigned attorneys, and demand service of all notices and papers herein upon:

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 319-8500
Fax: (212) 319-8505
Attn: Alec P. Ostrow
Constantine D. Pourakis
email: apo@stevenslee.com
cp@stevenslee.com

1

SL1 872740v1/101445.00035

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or their estates.  The undersigned requests that its name be added to the mailing list in each of the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Demand for Service of Papers* (the "**Notice**") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated  New York, New York
      October 17, 2008        STEVENS & LEE, P.C.

                                  By:   /s/Constantine D. Pourakis
                                        Alec P. Ostrow
                                        Constantine D. Pourakis
                                        485 Madison Avenue, 20th Floor
                                        New York, New York  10022
                                        (212) 319-8500

                                  Counsel for Royal Bank America

SL1 872740v1/101445.00035

## CERTIFICATE OF SERVICE

        I hereby certify that on October 17, 2008 a true and correct copy of Notice of Appearance and Demand for Service of Papers was served by first class U.S. Mail upon:

| | |
|---|---|
| **Harvey R. Miller**<br>**Jacqueline Marcus**<br>**Shai Waisman**<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | **Jeffrey S. Margolin**<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |
| **Andrew D. Velez-Rivera**<br>**Paul Schwartzberg**<br>**Brian Masumoto**<br>**Linda Riffkin**<br>**Tracy Hope Davis**<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 | **James Tecce**<br>**Susheel Kirpalani**<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| **Dennis F. Dunne**<br>**Dennis O'Donnell**<br>**Evan Fleck, Esq.**<br>Milbank, Tweed , Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | **Lindsee P. Granfield, Esq.**<br>**Lisa Schweiger, Esq.**<br>Cleary Gottliebb LLP<br>One Liberty Plaza<br>New York, NY  10006 |
| **Robinson B. Lacy, Esq.**<br>**Hydee R. Feldstein, Esq.**<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY  10004 | |

Dated: New York, New York
       October 17, 2008

                                                  /s/ Constantine D. Pourakis
                                                Constantine D. Pourakis

SL1 872740v1/101445.00035