**SEWARD & KISSEL LLP**
John R. Ashmead (JA 4756)
Mark J. Hyland (MH 5872)
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421

Attorneys for Global Thematic Opportunities
Fund LP, Panton Master Fund, L.P., CFIP
Master Fund, Ltd., Cura Fixed Income Arbitrage
Master Fund, Ltd., Turnberry Leveraged Credit
Master Fund, L.P., Investcorp Interlachen
Multi-Strategy Master Fund Limited, Investcorp
Fixed Income Relative Value Fund Ltd., and
Investcorp Silverback Arbitrage Master Fund
Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555-JMP <br><br> (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT Seward & Kissel LLP hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") on behalf of Attorneys for Global Thematic Opportunities Fund LP, Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., Turnberry Leveraged Credit Master Fund, L.P., Investcorp

Interlachen Multi-Strategy Master Fund Limited, Investcorp Fixed Income Relative Value Fund Ltd., and Investcorp Silverback Arbitrage Master Fund Limited (the "Entities"), parties-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that the Entities as parties-in-interest, request, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

> John R. Ashmead, Esq.
> Seward & Kissel LLP
> One Battery Park Plaza
> New York, New York  10004
> Tel.: (212) 574-1200
> Fax: (212) 480-8421
> E-mail: ashmead@sewkis.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

   This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the Entities' rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs or recoupments to which the Entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Entities expressly reserve.

Dated: New York, New York
   October 17, 2008

               SEWARD & KISSEL LLP

               By: /s/ John R. Ashmead
               John R. Ashmead (JA 4756)
               One Battery Park Plaza
               New York, New York 10004
               Tel.: (212) 574-1200
               Fax: (212) 480-8421
               Email: ashmead@sewkis.com

               Attorneys for Global Thematic Opportunities Fund LP, Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., Turnberry Leveraged Credit Master Fund, L.P., Investcorp Interlachen Multi-Strategy Master Fund Limited, Investcorp Fixed Income Relative Value Fund Ltd., and Investcorp Silverback Arbitrage Master Fund Limited