ROPES & GRAY LLP
Gregg M. Galardi
Joshua Y. Sturm
Kimberly J. Kodis
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to the Plan Administrator for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
                                              :
In re                                         :    Chapter 11
                                              :
Gawker Media LLC, *et al.*,[1]                :    Case No. 16-11700 (SMB)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
------------------------------------------------------x

**AGENDA FOR HEARING TO BE HELD**
**MAY 17, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

| | |
|---|---|
| Date and Time: | May 17, 2018 at 10:00 A.M. (Prevailing Eastern Time) |
| Location of Hearing: | The Honorable Judge Stuart M. Bernstein<br>United States Bankruptcy Court for the Southern District of New York<br>Alexander Hamilton Custom House<br>One Bowling Green, Courtroom No. 723<br>New York, New York 10004 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.nysb.uscourts.gov and the website of the Debtors' notice and claims agent, Prime Clerk LLC, at https://cases.primeclerk.com/gawker. Further information may be obtained by calling Prime Clerk toll free at 855-639-3375 or internationally at 1-917-651-0323. |

---

[1] The last four digits of the taxpayer identification number of the debtors are: Gawker Media LLC (0492); Gawker Media Group, Inc. (3231); and Gawker Hungary Kft. (f/k/a Kinja Kft.) (5056). Gawker Media LLC and Gawker Media Group, Inc.'s mailing addresses are c/o The Boathouse Group, LLC, Attn: William D. Holden, Plan Administrator, 44 Lynden Street, Rye, New York 10580. Gawker Hungary Kft.'s mailing address is c/o The Boathouse Group, LLC, Attn: William D. Holden, 44 Lynden Street, Rye, New York 10580.

69129301_3

1. Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties [Docket No. 1105].

   **Response Deadline**: May 10, 2018 at 4:00 p.m.

   **Responses Received**:

   a. Response of Gizmodo Media Group, LLC to Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule Of Bankruptcy Procedure 9019 Approving Release Agreement With Thiel Parties [Docket No. 1119].

   **Related Documents**:

   b. Notice of Hearing on Plan Administrator's Motion for Entry of an Order Pursuant to Federal Rule of Bankruptcy Procedure 9019 Approving Release Agreement with Thiel Parties [Docket No. 1114].

   **Status**: This matter is going forward.

| | |
|---|---|
| Dated:  May 15, 2018<br>New York, New York | _/s/ Gregg M. Galardi_<br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>Joshua Y. Sturm<br>Kimberly J. Kodis<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone:  (212) 596-9000<br>Facsimile:  (212) 596-9090<br>gregg.galardi@ropesgray.com<br>joshua.sturm@ropesgray.com<br>kimberly.kodis@ropesgray.com<br><br>*Counsel to the Plan Administrator for the Debtors* |