UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

In re:                                         :        Chapter 11
                                               :
LEHMAN BROTHERS HOLDINGS, INC., et al.,        :        Case No. 08-13555 (JMP)
                                               :
                        Debtors.               :        (Jointly Administered)
                                               :

---------------------------------------------------------- x

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICES AND PAPERS

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, DARRYL S.

LADDIN and FRANK N. WHITE of the firm of ARNALL GOLDEN GREGORY LLP, whose

office address and telephone number appear herein below, do hereby enter an appearance as

counsel for SunTrust Banks, Inc. and its subsidiaries (collectively, "STBI") in the above-styled

Chapter 11 case.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and

9007 of the Federal Rules of Bankruptcy Procedure, STBI requests copies of all notices and

pleadings given or filed in this case be given and served upon the undersigned at the following

address and telephone number:

**Darryl S. Laddin**
**Frank N. White**
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
Telephone: (404) 873-8120
Fax:  (404) 873-8121
Emails: dladdin@agg.com
            frank.white@agg.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This 17th day of October, 2008.

Respectfully submitted,

ARNALL GOLDEN GREGORY LLP

/s/  Darryl S. Laddin
Darryl S. Laddin (GA Bar No. 460793)
Frank N. White (GA Bar No. 753377)
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8120
Attorneys for SunTrust Banks, Inc.

2474031v1

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the Notice of Appearance and Demand for Notices and Papers by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

Harvey R. Miller
Jacqueline Marcus
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

James Tecce
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY  10004

Paul Aronzon
Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

This 17th day of October, 2008.

/s/  Darryl S. Laddin
Darryl S. Laddin