UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK

---------------------------------------------------------------X
                                                               :
In re:                                                         :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS, INC., et al.,                        :    Case No.  08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
---------------------------------------------------------------X


**VERIFIED STATEMENT OF ARNALL GOLDEN GREGORY LLP
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Arnall Golden Gregory LLP ("AGG") hereby submits this verified statement of multiple representations pursuant to Federal Rule of Bankruptcy Procedure 2019(a) (the "Bankruptcy Rules"), and discloses the following with respect to the chapter 11 cases of the above-captioned debtors (the "Debtors") and/or the related Securities Investor Protection Act liquidation proceeding of Lehman Brothers Inc. ("LBI," and with the Debtors, "Lehman"):

1. AGG is counsel to the wholly-owned subsidiaries of Verizon Communications Inc. (collectively, "Verizon") and SunTrust Banks, Inc. and its subsidiaries (collectively, "STB") (Verizon and STB collectively, the "Entities"), each of whom has a claim against Lehman. The address for each of the Entities is set forth in the annexed Exhibit A.

2. The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claims filed against the Lehman estates. The Entities are the original holders of their respective claims. Such claims arose at the time of and in connection with their respective transactions with Lehman.

2474058v1

3. The Entities separately asked AGG to represent their respective interests in connection with the Lehman cases.

4. AGG does not hold any interests in, or position with respect to, any of the claims or interests held by the Entities with respect to Lehman.

5. AGG makes this statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by Verizon or STB.

6. The undersigned hereby verifies under oath that this Statement is true and accurate to the best of the undersigned's knowledge and belief. AGG reserves the right to amend, revise and/or supplement this Statement.

Dated: October 17, 2008.

        Respectfully submitted,

        ARNALL GOLDEN GREGORY LLP

        By:  /s/ Darryl S. Laddin
              Darryl S. Laddin (GA Bar No. 460793)
              171 17th Street NW, Suite 2100
              Atlanta, Georgia  30363
              Telephone: (404) 873-8604
              Fax: (404) 873-8605
              Email: dladdin@agg.com

# CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing: VERIFIED STATEMENT OF ARNALL GOLDEN GREGORY LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 by causing a copy of same to be deposited in the United States Mail, first-class postage prepaid, addressed as follows:

| | |
|---|---|
| Harvey R. Miller<br>Jacqueline Marcus<br>Shai Waisman<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st. Floor<br>New York, NY 10004 |
| Epiq Bankruptcy Solutions, LLC Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | James Tecce<br>Susheel Kirpalani<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 | Paul Aronzon<br>Gregory A. Bray<br>Milbank, Tweed, Hadley & McCloy LLP<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 |

This 17th day of October 2008.

/s/ Darryl S. Laddin
Darryl S. Laddin

2474058v1

# EXHIBIT A

Wholly-Owned Subsidiaries of Verizon Communications Inc.
22001 Loudoun County Parkway
Room E1-3-115
Ashburn, VA 20147

SunTrust Banks, Inc. and Affiliates
303 Peachtree Street, 36th Floor
Atlanta, Georgia  30308

2474058v1