Ira S. Greene (IG-2315)
Scott Golden (SG-6663)
Dena C. Kaufman (DC-9222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys For Kraft Foods Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re                                             :
                                                  :
LEHMAN BROTHERS HOLDINGS, INC. *et al.,*          :  Chapter 11
                                                  :
                                                  :  Case No. 08-13555 (JMP)
                    Debtors.                      :
                                                  :  (Jointly Administered)
                                                  x
---------------------------------------------------:
In re                                             :
                                                  :  Chapter 11
LEHMAN COMMERCIAL PAPER INC.,                     :
                                                  :  Case No. 08-13900 (JMP)
                    Debtor.                       :
                                                  :
                                                  :
---------------------------------------------------------------------x

**NOTICE OF APPEARANCE
AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Kraft Foods Inc., a party-in-interest, hereby appears in the above-captioned cases under Chapter 11 of the United States Code ("Bankruptcy Code") and, pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and Section 1109 (b) of the Bankruptcy Code, demands that any notices given or required to be given to, and all papers to be served or required to be served in the above-captioned Chapter 11 cases and any other case(s) consolidated herewith, be given to and served upon:

1099715

Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Attn: Ira S. Greene (IG-2315)
Scott Golden (SG-6663)
Dena C. Kaufman (DC-9222)
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
isgreene@hhlaw.com
sagolden@hhlaw.com
dckaufman@hhlaw.com

Dated: New York, New York
October 17, 2008

**HOGAN & HARTSON LLP**

By: /s/ Ira S. Greene
Ira S. Greene (IG-2315)
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

Attorneys For Kraft Foods Inc.

1099715