STEVEN T. GUBNER (CA SBN 156593)
COREY R. WEBER (CA SBN 205912)
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099

Counsel for City of Long Beach

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## <u>MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE</u>

I, Steven T. Gubner, a member in good standing of the Bar of the State of California and

the bar of the United States District Court for the Central District of California, request

admission, *pro hac vice*, before the Honorable James M. Peck, to represent the City of Long

Beach, in the above-referenced case.

My address is 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.

My email address is sgubner@ebg-law.com; telephone number is (818) 827-9000;

facsimile number is (818) 827-9099.

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice **pro hac vice**.

Dated:   October 14, 2008
         Woodland Hills, California

**EZRA BRUTZKUS GUBNER LLP**

By: _____
        STEVEN T. GUBNER

        Counsel for City of Long Beach