SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Fredric Sosnick
James L. Garrity, Jr.
Ned S. Schodek

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
                                                             :
                                                             :
**In re:**                            :        **Chapter 11**
                                                             :
**LEHMAN BROTHERS HOLDINGS INC., et al.,** :   **Case No. 08 – 13555 (JMP)**
                                                             :
                  **Debtors.**        :        **(Jointly Administered)**
                                                             :
                                                             :
                                                             :
-------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )      ss.:
COUNTY OF NEW YORK           )

        Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

        1.   I am over the age of eighteen years and employed by Shearman & Sterling

LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-

captioned proceedings.

NYDOCS03/871686.1

      2.   On October 16, 2008, I caused to be served via the methods indicated, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Joinder of Bank of America, N.A. to the Motion of Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc.**"

/s/ Jennifer C. Lin
Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 16th day of October, 2008.

/s/ Marian D. Luketić
Marian D. Luketić
Notary Public, State of New York
No. 02LU5083644
Qualified in Nassau County,

Certificate Filed in NY County
My commission expires: August 18, 2009

**Exhibit A**

**Via Federal Express**

Stoel Rives LLP
Attn: Erin L. Eliasen
600 University Street, Suite 3600
Seattle, Washington 98101

Tucker Arensburg, P.C.
Attn: Beverly Weiss Manne, Bradley S. Tupi And Michael A. Shiner
1500 One Ppg Place
Pittsburgh, Pennsylvania 15222

Peitzman, Weg & Kempinsky LLP
Attn: Howard J. Weg and David B. Shemano
10100 Santa Monica Blvd., Suite 1450
Los Angeles, California 90067

**Via Messenger**

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Shai Y. Waisman, Esq.,
and Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

The Office of the United Stated Trustee for
the Southern District of New York
Attn: Andy Velez-Rivera,
Paul Schwartzberg, Brian Masumoto,
Linda Riffkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.,
Dennis O'Donnell, Esq. and
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq. and
Lisa Schweiger, Esq.
One Liberty Plaza
New York, New York 10006

Sullivan & Cromwell LLP
Attn: Robinson B. Lacy, Esq. and
Hydee R. Feldstein, Esq.
125 Broad Street
New York, New York 10004

Akin Gump Strauss Hauer & Feld LLP
Attn: Michael S. Stamer, Philip C. Dublin
and Meredith A. Lahaie
590 Madison Avenue
New York, New York 10022-2524

Fried, Frank, Harris, Shriver &
Jacobson LLP
Attn: Peter L. Simmons, Brian D. Pfeiffer,
Esq. And Mitchell Epner, Esq.
One New York Plaza
New York, New York 10004-1980

Kasowitz, Benson, Torres & Friedman LLP
Attn: David Friedman, David Rosner,
Andrew Glenn
1633 Broadway
New York, New York 10019

Kaye Scholer LLP
Attn: Madlyn Gleich Primoff, Scott D
Talmadge And Lauren Attard
425 Park Avenue
New York, New York 10022

Dechert LLP
Attn:  Glenn E. Siegel and
Donald M. Badaczewski
1095 Avenue Of The Americas
New York, New York 10036

Wachtell, Lipton, Rosen & Katz
Attn: Harold S. Novikoff,Esq, Richard G.
Mason,Esq And Joshua A. Feltman, Esq
51 West 52nd Street
New York, New York 10019-6150

Willkie Farr & Gallagher LLP
Attn: Roger Netzer, Esq. And Dan C.
Kozusko, Esq.
787 Seventh Avenue
New York, New York 10019-6099

Steven B. Soll
Otterbourg, Steindler, Houston & Rosen,
P.C.
230 Park Avenue
New York, New York 10169

Bingham McCutchen LLP
Attn:  Jeffrey S. Sabin, Ronald Silverman,
Sabin Willett and Rheba Rutowski
399 Park Avenue
New York, New York 10022

Hahn & Hessen LLP
Attn:  Rosanne Thomas Matzat
350 Fifth Avenue
New York, New York 10118

Brown Rudnick LLP
Attn:  Edward S. Weisfelner, Esq., David J.
Molton, Esq. and Andrew Dash, Esq.
Seven Times Square
New York, New York 10036

Seward & Kissel LLP
Attn:  John R. Ashmead And Mark J.
Hyland
One Battery Park Plaza
New York, New York 10004

Linklaters LLP
Attn:  Martin Flics and Mary K. Warren
1345 Avenue of the Americas
New York, New York 10105