Steven E. Fineman (SF 8481)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Tel.: (212) 355-9500

Elizabeth J. Cabraser
(*pro hac vice* admission pending)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000

*Counsel for the Certified Class in Austin v. Chisick*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | | |
|---|---|---|
| **In re:** | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| **Debtors.** | : | <u>Jointly Administered</u> |

------------------------------------------------------------

| | | |
|---|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Adv. Proc. No. 08-01420 (JMP) |
| | : | |
| **LEHMAN BROTHERS INC.,** | : | SIPA Liquidation Proceeding |
| **Defendant.** | : | |

------------------------------------------------------------

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **LEHMAN COMMERCIAL PAPER, INC.,** | : | Case No. 08-13900 (JMP) |
| **Debtor.** | : | |

------------------------------------------------------------

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Elizabeth J. Cabraser, a member in good standing of the Bar of the State of California and the Bar of the United States District Court for the Northern District of California, request admission *pro hac vice* before the Honorable James M. Peck in the above-referenced cases and adversary proceeding to represent the members of the certified plaintiff class in *Austin, et al. v. Chisick, et al.*, Case No. SA CV 01-0971 DOC ("*Austin v. Chisick*") (pending in the United States District Court for the Central District of California before the Honorable David O. Carter).

**Mailing address:** Lieff, Cabraser, Heimann & Bernstein, LLP, Embarcadero Center West, 275 Battery Street, 30th Floor, San Francisco, CA 94111-3339

**E-mail address:** ecabraser@lchb.com; **Telephone number:** (415) 956-1000

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 15, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Tel.: (415) 956-1000

By: /s/ Elizabeth J. Cabraser
    Elizabeth J. Cabraser

Steven E. Fineman (SF 8481)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024
Tel.: (212) 355-9500

*Counsel for the Certified Class in Austin v. Chisick*

785320. 1