UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| In re | : | Chapter 11 |
|---|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------ X

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       On the 15th day of October 2008, the Notice of Appearance and Request for Service of Papers, dated October 15, 2008 was served by first class mail upon:

**Honorable James M. Peck ("Chambers")**
Courtroom 601
One Bowling Green
New York, New York 10004

**U.S. Trustee**
Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004

**Chadbourne & Parke LLP**
Att: Howard Seife, Esq.
David M. LeMay, Esq.
Andrew Rosenblatt, Esq.
30 Rockefeller Plaza
New York, New York 10112

**Klehr, Harrison, Harvey, Branzburg & Ellers, LLP**
Attn: Jeffrey Kurtzman, Esq.
260 S. Broad Street
Philadelphia, PA 19102

**Linebarger Goggan Blair & Sampson, LLP**
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas 78760

**Stinson Morrison Hecker LLP**
Attn: Darrell W. Clark, Esq.
1150 18th Street, NW
Suite 800
Washington, DC 20036

**Missouri Department of Revenue**
Bankruptcy Unit
Attn: Steven A. Ginther
P.O. Box 475
Jefferson City, MO 65105-0475

**Cahill Gordon & Reindal LLP**
Attn: Joel Levitin, Esq.
Stephen J. Gordon, Esq.
Eighty Pine Street
New York, New York 10005

**Ingram Yuzek Gainen Carroll & Bertolotti, LLP**
Attn: Corey L. Weiss, Esq.
Attorneys for 50 Broadway Reality Corp.
250 Park Avenue
New York, New York 10177

**Carrollton-Farmers Branch Independent School District**
c/o: Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, PC
4411 N. Central Expressway
Dallas, Texas 75205

**Reed Smith LLP**
Attn: Paul A. Rachmuth, Esq.
599 Lexington Avenue
New York, New York 10022
**The Wilson Law Firm, P.C.**
Attn: L. Matt Wilson, Esq.
Suite 3250 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326

On the 16th day of October 2008, the Notice of Appearance and Request for Service of Papers, dated October 15, 2008 was also served by facsimile and by e-mail, as indicated, upon:

**BY FAX**

**Epiq Bankruptcy Solutions, LLC**
757 Third Avenue, 3rd Floor
New York, NY 10017
Fax: (646) 282-2501

**BY EMAIL**

aalfonso@kayescholer.com
acker@chapman.com
adarwin@nixonpeabody.com
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
amenard@tishmanspeyer.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
anne.kennelly@hp.com
araboy@cov.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avi.gesser@dpw.com

3

bambacha@sec.gov
bankoftaiwan@botnya.com
bankruptcy@goodwin.com
bankruptcy matters@us.namura.com
bhinderfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bill.hughes@us.standardchartered.com
bmanne@tuckerlaw.com
bmiller@mofo.com
brad.dempsey@hro.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
charles@filardi-law.com
chris.omahoney@bnymellon.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
cward@polsinelli.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
dbarber@bsblawyers.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddunne@milbank.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com

dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dswan@mcguirewoods.com
eagle.sara@pbgc.gov
ecohen@russell.com
edpe01@handelsbanken.se
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.sodano@americas.bnpparibas.
frank.white@agg.com
fred.berg@rvblaw.com

fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gado01@handelsbanken.se
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
Harvey.miller@weil.com
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
Iromansic@steptoe.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jacqueline.marcus@weil.com
Jbecker@wilmingtontrust.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
Jesse.Hibbard@ozcap.com
jfalgowski@reedsmith.com
jgarrity@shearman.com
jherzog@gklaw.com
jhs7@att.net

jkehoe@sbtklaw.com
jketten@wilkie.com
jkurtzman@klehr.com
jlee@foley.com
jlevitin@cahill.com
jliu@dl.com
jlovi@steptoe.com
jmathis@lloydstsb-usa.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jpintarelli@mofo.com
jrabinowitz@rltlawfirm.com
jshickich@riddellwilliams.com
jschwartz@hahnhessen.com,
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kellydrye.com
keith.simon@lw.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
klippman@munsch.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
Kostad@mofo.com
kovskyd@pepperlaw.com
kipper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
ldespins@milbank.com

lgranfield@cgsh.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
lmarinuzzi@mofo.com
lml@ppgms.com
lschweitzer@cgsh.com
lwhidden@salans.com
mabrams@willkie.com
macl01@handelsbanken.se
macronin@debevoise.com
Malcolm@firstbankny.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
martin.davis@ots.treas.gov
masaki_konishi@noandt.com
mbenner@tishmanspeyer.com
mbienenstock@dl.com
mcto@debevoise.com
metkin@lowenstein.com
mhopkins@cov.com
michael.halevi@anz.com
michael.kim@kobrekim.com
Michael.mauerstein@citi.com
michael.tan@fubon.com
Mitchell.Ayer@tklaw.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mrosenthal@gibsondunn.com
ms.wu@fubonny.com
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mtuck@lloydstsb-usa.com
murai24234@nissay.co.jp
nbannon@tishmanspeyer.com

nbruce@lloydstsb-usa.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.
oipress@travelers.com
paronzon@milbank.com
paul.deutch@troutmansanders.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
prachmuth@reedsmith.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdaversa@orrick.com
rdicanto@nabny.com
rfleischer@pryorcashman.com
rgmason@wlrk.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
ritkin@steptoe.com
rjohnson2@co.arapahoe.co.us
RLevin@cravath.com
RLGold1977@aol.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
Russj4478@aol.com

rwasserman@cftc.gov
sabin.willett@bingham.com
schapman@willkie.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfineman@lchb.com
sgordon@cahill.com
Sgross@HodgsonRuss.com
shai.waisman@weil.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
sidorsky@butzel.com
slerner@ssd.com
smillman@stroock.com
spiotto@chapman.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
tarbit@cftc.gov
tbrock@ssbb.com
tetsuhiro.toomata@shinseibank.com
TGoren@mofo.com
timothy.brink@dlapiper.com
timothy.white@mizuhocbus.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tnixon@gklaw.com
tslome@msek.com
twatanabe@mofo.com
twheeler@lowenstein.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
wanda.goodloe@cbre.com

wbenzija@halperinlaw.net
weissjw@gtlaw.com
wfoster@milbank.com
wheuer@dl.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wsmith@bocusa.com
wtaylor@mccarter.com
yamashiro@sumitomotrust.co.jp
yasuhiko_imai@smbcgroup.com

Dated:  New York, New York
        October 20, 2008

                                             /s/Richard V. Conza
                                               Richard V. Conza