Dennis F. Dunne
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                          :
**In re:**                                :   **Chapter 11 Case No.**
                                          :
**LEHMAN BROTHERS HOLDINGS INC., et al.,** :   **08-13555 (JMP)**
                                          :
                    Debtors               :   (Jointly Administered)
                                          :
------------------------------------------------------------x

**COUNTER-STATEMENT OF OFFICIAL COMMITTEE
OF UNSECURED CREDITORS OF ISSUES PRESENTED ON
APPEAL AND COUNTER-DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, the

Official Committee of Unsecured Creditors appointed in the above captioned cases

(the "Committee"), submits the following statement of issues presented and

counterdesignation of additional items to be included in the record[1] in connection with the appeal of the Informal Noteholder Group[2] (the "Appellants") from the following orders of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (James M. Peck, B.J.), entered on September 20, 2008: (i) the Order Under 11 U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases in Case No. 08-13555 (JMP); and (ii) the Order Approving and Incorporating by Reference for the Purposes of this Proceeding, an Order Authorizing the Sale of Purchased Assets and Other Relief in the Lehman Brothers Holdings, Inc. Chapter 11 Proceeding in each of Case Nos. 08-01419 and 08-01420 (JMP) (together, the "Appealed Orders").

**COUNTER-STATEMENT OF ISSUES ON APPEAL**

1. Whether, pursuant to section 363(m) of the Bankruptcy Code, this appeal is moot where (a) the purchaser, Barclays Capital, Inc ("Barclays"), purchased the property covered by the Appealed Orders (the "Property") in good faith; (b) the Appellants failed to seek a stay of the Appealed Orders pending appeal; and (c) the sale authorized by the Appealed Orders has been fully consummated?

---

[1] The Committee reserves the right to amend this counterdesignation of additional items to be included in the record on appeal. For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations, and affidavits related thereto.

[2] According to the Notice of Appeal filed September 29, 2008, as of that date, the members of the Informal Noteholder Group are the following institutions: Aegon USA; AIG Global Investment Group; Alliance Bernstein; Blackrock, Inc.; Capital Guardian Trust Company; Cyrus Capital Partners; Pacific Investment Management Company; Thrivent Financial for Lutherans; Western Asset Management Company; and York Capital Management.

2

2. Whether the Bankruptcy Court committed clear error in finding that Barclays purchased the Property in good faith, where the Appealed Orders contain detailed findings of fact with respect to the arms-length nature of negotiations among the Debtors and Barclays, and where no collusion has been found?

3. Whether the Bankruptcy Court was correct in concluding that the sale authorized by the Appealed Orders complied with the Due Process clause of the Fifth Amendment where the Bankruptcy Court found that the parties provided (a) notice of the sale adequate in light of the exigent circumstances and the wasting nature of the Property; and (b) a reasonable opportunity under the circumstances for all parties, including the Appellants, to be heard and object?

4. Whether the Bankruptcy Court, having properly concluded that one or more of the standards set forth in section 363(f)(1)-(5) of the Bankruptcy Code has been satisfied, and that every person or entity with any interest in the Property, (a) consented to the sale or was deemed to have consented to the sale, (b) could be compelled in a legal or equitable proceeding to accept money satisfaction of such interest, or (c) otherwise fell within the provisions of section 363(g) of the Bankruptcy Code, properly approved the sale to Barclays free and clear of all claims, liens and encumbrances pursuant to section 363(f) of the Bankruptcy Code?

5. Whether the Bankruptcy Court was correct, as a matter of law, where, having concluded that, *inter alia,* (a) there was ample evidence to find Barclays to be a purchaser in good faith; (b) the Debtors' estates would suffer immediate and irreparable harm if the sale did not proceed; (c) the sale was in the best interests of the Debtors, their estates and other parties in interests; (d) the Debtors showed business justifications for the

3

sale; (e) Barclays' offer was fair consideration and a reasonably equivalent value that provided the greatest recovery for the Debtors' estates; and (f) time was of the essence in consummating the sale, it authorized the sale of the Property to Barclays pursuant to the terms, and subject to conditions of, the Appealed Orders?

**COUNTERDESIGNATION OF RECORD**

**Case No. 08-13555 (JMP (Chapter 11 Cases)**

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 1. | 9/15/2008 | 1 | Voluntary Petition (Chapter 11). Order for Relief Entered |
| 2. | 9/15/2008 | 2 | Affidavit of Ian T. Lowitt Pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York in Support of First-Day Motions and Applications |
| 3. | 9/15/2008 | 3 | Debtor's Motion, Pursuant to Section 105 of the Bankruptcy Code, for an Order Enforcing the Protections of Section 362 of the Bankruptcy Code |
| 4. | 9/15/2008 | 4 | Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007-3 |
| 5. | 9/15/2008 | 5 | Debtor's Motion Pursuant to Bankruptcy Rules 1007(c) and 2002(d) (i) Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders |

4

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 6. | 9/15/2008 | 6 | Debtor's Motion Pursuant to Section 105(a) of the Bankruptcy Code and Local Bankruptcy Rule 10072(d) for Waiver of the Requirements of Local Bankruptcy Rule 1007-2(b) |
| 7. | 9/15/2008 | 7 | Debtor's Motion Pursuant to Section 105(a), 342(a), and 521(a)(1) of the Bankruptcy Code, Bankruptcy Rules 1007(a) and 2002(a), (f), and (l), and Local Bankruptcy Rule 1007-1 for (i) a Waiver of the Requirements to File a List of Creditors and (ii) Approval of the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case |
| 8. | 9/15/2008 | 15 | Amended Corporate Ownership Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007-3 |
| 9. | 9/16/2008 | 23 | Notice of Commencement of Chapter 11 Case and First Day Motions |
| 10. | 9/16/2008 | 29 | Motion of Lehman Brothers Holdings Inc. for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Clearing Advances |
| 11. | 9/16/2008 | 30 | Notice of Adjournment of Hearing on First Day Motions |
| 12. | 9/16/2008 | 31 | Statement of JPMorgan Chase Bank, N.A. in Support of Motion of Lehman Brothers Holdings Inc. for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Clearing Advances |
| 13. | 9/16/2008 | 47 | Order Confirming Status of Clearing Advances |
| 14. | 9/16/2008 | 48 | Order Enforcing the Protections of Section 362 of the Bankruptcy Code |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 15. | 9/16/2008 | 49 | Order Extending the Time to Comply with the Requirements of Local Bankruptcy Rule 1007-2(a) and 1007-2(b) |
| 16. | 9/16/2008 | 52 | Order Extending the Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs and (ii) Waiving of the Requirements to File the Equity List and Provide Notice to Equity Security Holders Through and Including November 14, 2008 |
| 17. | 9/16/2008 | 53 | Order Waiving of the Requirements to File a List of Creditors and (ii) Approving the Form and Manner of Notifying Creditors of the Commencement of the Debtor's Chapter 11 Case |
| 18. | 9/17/2008 | 56 | Debtor's Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases |
| 19. | 9/17/2008 | 57 | Motion Pursuant to Section 105(a) of the Bankruptcy Code for an Order Directing that Certain Orders in the Chapter 11 Case of Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC |
| 20. | 9/17/2008 | 58 | Notice of Hearing to be held on 9/17/2008 at 11:00 a.m. |
| 21. | 9/17/2008 | 59 | Debtor's Motion for Order: (i) Authorizing the Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of the Bankruptcy Code, and (iii) Scheduling Final Hearing |
| 22. | 9/17/2008 | 61 | Notice of Agenda of Matters Scheduled for Hearing on September 17, 2008 |
| 23. | 9/17/2008 | 62 | Appointment of Official Creditors' Committee |

| **Designation Number** | **Date of Filing** | **Docket Number** | **Description** |
|---|---|---|---|
| 24. | 9/17/2008 | 65 | Notice of Adjournment of Hearing to be held on 9/17/2008 at 4:00 p.m. |
| 25. | 9/17/2008 | 79 | Affidavit of Service of Herb Baer of Epiq Bankruptcy Solutions, LLC |
| 26. | 9/17/2008 | 80 | Affidavit of Service of Bridget Gallerie of Epiq Bankruptcy Solutions, LLC |
| 27. | 9/17/2008 | 86 | Order Directing Joint Administration for Case Number 08-13555 (Lehman Brothers Holdings Inc.) and Case Number 08-13600 (LB 745 LLC) |
| 28. | 9/17/2008 | 87 | Order Directing that Certain Orders in the Chapter 11 Case Lehman Brothers Holdings Inc. Be Made Applicable to LB 745 LLC |
| 29. | 9/17/2008 | 88 | Order (I) Approving the Break-Up Fee and Expense Reimbursement, (II) Certain Matters Relating to Competing Bids, If Any, (III) Approving the Form and Manner of Sale Notices and (IV) Setting the Sale Hearing Date in Connection with the Sale of Certain of the Debtors' Assets |
| 30. | 9/17/2008 | 89 | Interim Order (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Granting Liens and Superpriority Claims to Postpetition Lenders and (III) Scheduling a Final Hearing to be Held on 10/2/2008 |
| 31. | 9/17/2008 | 91 | Transcript of Hearing Held on 9/16/08 |
| 32. | 9/18/2008 | 107 | Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under Contracts and Leases to be Assumed and Assigned to Successful Purchaser |
| 33. | 9/19/2008 | 108 | Notice of Hearing |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 34. | 9/18/2008 | 109 | Motion of Debtors for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Citibank Clearing Advances |
| 35. | 9/18/2008 | 110 | Statement of Citigroup Inc. in Support of Motion of Debtors for Order, Pursuant to Section 105 of the Bankruptcy Code, Confirming Status of Citibank Clearing Advances |
| 36. | 9/19/2008 | 201 | Copy of Certified Order Transferring Case No. 08CV8119 [the SIPA Proceeding] from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. |
| 37. | 9/19/2008 | 203 | Complaint against Lehman Brothers Inc.; Order signed by United States District Court Judge Gerard E. Lynch [in the SIPA Proceeding] |
| 38. | 9/19/2008 | 205 | Notice of Agenda of Matters Scheduled for Hearing on September 19, 2008 at 4:00 p.m. |
| 39. | 9/19/2008 | 213 | Limited Objection of Keane, Inc. to Debtors' Cure Notice |
| 40. | 9/19/2008 | 214 | Objection of HST Lessee SNYT LLC Lessee Of Sheraton New York Hotel & Towers To Proposed Cure Amounts |
| 41. | 9/19/2008 | 220 | Objection to Motion / Limited Objection of Goldman, Sachs & Co. to Proposed Cure Amounts and Assumption and Assignment of Executory Contracts |
| 42. | 9/19/2008 | 225 | NYSE's Reservation of Rights and Limited Objection to Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 43. | 9/19/2008 | 227 | Opposition to Assumption and Assignment of, And Amounts Necessary to Cure Defaults Under Contracts and Leases to Be Assumed and Assigned to Successful Purchaser |
| 44. | 9/19/2008 | 229 | Objection to Motion Reservation of Rights and Limited Objection of AboveNet Communications Inc. to Cure Amount |
| 45. | 9/19/2008 | 237 | Affidavit of Service of Herb Baer of Epiq Bankruptcy Solutions, LLC |
| 46. | 9/19/2008 | 239 | Affidavit of Service of Robert Saraceni of Epiq Bankruptcy Solutions, LLC |
| 47. | 9/19/2008 | 242 | Affidavit of Service of Regina Amporfro of Epiq Bankruptcy Solutions, LLC |
| 48. | 9/19/2008 | 267 | Notice of Objection to Proposed Cure Amount as to Iris Software, Inc. |
| 49. | 9/19/2008 | 269 | Objection to Assumption and Agreement Fixing Cure Amount |
| 50. | 9/19/2008 | 270 | Notice of Objection by ICAS to Notice of Assumption, Assignment and Amounts to Cure Dated September 18, 2008 |
| 51. | 9/19/2008 | 273 | Affidavit of Service of Regina Amporfro of Epiq Bankruptcy Solutions, LLC |
| 52. | 9/22/2008 | 284 | Order Confirming Status of Citibank Clearing Advances |
| 53. | 9/23/2008 | 298 | Notice of Final Hearing (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of the Bankruptcy Code |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 54. | 9/26/2008 | 376 | Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 55. | 9/26/2008 | 378 | Declaration of Shai Y. Waisman in Support of Order to Show Cause Scheduling a Hearing to Consider Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 56. | 9/26/2008 | 380 | Order to Show Cause Fixing Hearing Date to Consider the Motion Filed by the Debtors to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 57. | 9/26/2008 | 388 | Joinder [of James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.] in Debtors Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 58. | 9/29/2008 | 392 | Notice of Adjournment of Final Hearing (i) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of the Bankruptcy Code, (ii) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of the Bankruptcy Code |
| 59. | 9/29/2008 | 430 | Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing [the Filing] Under Seal [of] Certain Schedules to the Asset Purchase Agreement, dated September 29, 2008 |
| 60. | 10/01/2008 | 504 | Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser [Barclays Capital Inc.] |
| 61. | 10/02/2008 | 564 | Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser [Barclays Capital Inc.] |
| 62. | 10/03/2008 | 568 | Notice of Presentment of Order Authorizing the Debtors and Barclays Capital Inc. to File Under Seal Certain Schedules to the Purchase Agreement |
| 63. | 10/03/2008 | 628 | Order Granting the Debtors' Motion to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Property and Abandonment of Related Personal Property |
| 64. | 9/15/2008 - 10/16/2008 | N/A | Docket for Lehman Brothers Holdings Inc., et al., Ch. 11 Case No. 08-13555 (JMP) |

### Case No. 08-01419 (JMP) (SIPA Proceeding)

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 1. | 9/19/2008 | 1 | Copy of Certified Order Transferring Case No. 08CV8119 from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. |
| 2. | | | Notice of Appeal, filed September 21, 2008 [Docket No. 3] |
| 3. | 9/20/2008 | 5 | Affidavit of Service filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. |
| 4. | 10/01/2008 | 6 | Order Directing the Closing of this Adversary Proceeding |

### Case No. 08-01420 (JMP) (SIPA Proceeding)

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 1. | | 1 | Order [in SIPA Proceeding] Commencing Liquidation by United States District Court Judge, Gerard E. Lynch |
| 2. | | 4 | Affidavit of Service filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers, Inc. |
| 3. | | | Notice of Appeal, filed September 21, 2008 [Docket No. 5] |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 4. | | 9 | Notice of Presentment of Stipulation filed by Jeffrey S. Margolin on behalf of James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc. |
| 5. | | 16 | Amended Notice of Presentment of Stipulation and Order in Connection with the Assumption and Assignment of Financial Services Agreements |
| 6. | | 28 | Trustee's Motion to Adopt and Incorporate by Reference an Order Establishing Procedures for Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Estate Property and Abandonment of Related Personal Property, as Entered in the Chapter 11 Proceedings |
| 7. | | 30 | Order to Show Cause Fixing a Hearing Date to Consider the Motion filed by the Trustee to Adopt and Incorporate by Reference an Order Establishing Procedures for Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Personal and Non-Residential Real Estate Property and Abandonment of Related Personal Property, as Entered in the Chapter 11 Proceedings |
| 8. | | 33 | So Ordered Stipulation and Order in Connection with the Assumption and Assignment of Financial Services Agreements |
| 9. | | 44 | Order Directing the Closing of Duplicate Adversary Proceeding No. 08-1419 |
| 10. | | 47 | Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser |
| 11. | | 51 | Notice of Revised Exhibit A to Notice of Revisions to Schedules of Certain Contracts and Leases Assumed and Assigned to Purchaser |

| Designation Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 12. | | N/A | Docket for *Securities Investor Protection Corporation v. Lehman Brothers Inc.*, Case No. 0801420 (JMP) |

Dated:  New York, New York  
October 20, 2008

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Dennis F. Dunne  
Dennis F. Dunne  
Wilbur F. Foster, Jr.  
1 Chase Manhattan Plaza  
New York, NY 10005  
Telephone:  (212) 530-5000

and

Paul Aronzon  
Gregory A. Bray  
601 South Figueroa Street, 30th Floor  
Los Angeles, CA 90017  
Telephone:  (213) 892-4000

Proposed Counsel for Official  
Committee of Unsecured Creditors  
of Lehman Brothers Holdings Inc., et al.