Richard J. Mason
Shawn R. Fox
Paul J. Catanese
MCGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile:  (212) 548-2150

*Counsel to Meridian Comp Of New York, Inc.*
*D/B/A CHD Meridian Healthcare*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:   : <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> Jointly Administered |
| SECURITIES INVESTOR PROTECTION CORPORATION,      : <br><br> Plaintiff, <br><br>        v. <br><br> LEHMAN BROTHERS INC. <br>              Debtor. | <br><br><br><br> Adversary Proceeding No. <br><br> 08-01420 |

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

**CERTIFICATE OF SERVICE**

I, Shawn R. Fox, the undersigned, an attorney duly admitted to practice law in the State of New York, certify that on the 17th day of October 2008, caused a true and correct copy of Meridian Comp of New York, Inc. D/B/A CHD Meridian Healthcare's Motion for an Order Compelling Payment of Post-Petition Administrative Expenses and

Compelling Assumption or Rejection of Contract to be served on the parties and in the manner listed below.

Dated: October 20, 2008
New York, New York

S/Shawn R. Fox_____
Shawn R. Fox (SF-7975)

**Via U.S. Mail & ECF Service**

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Official Committee of Unsecured Creditors
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

James W. Giddens
Trustee for the SIPA
Liquidation of Lehman Brothers Inc.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Lindsee P. Granfield
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006