## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., | ) Case no. 08-13555 (JMP) |
| | ) |
| Debtor. | ) |
| | ) |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Melissa A. Mickey, a member in good standing of the Bar of the State of Illinois, request admission, *pro hac vice*, before the Honorable James M. Peck to represent SP4 190 S. LaSalle LP in the above-referenced Chapter 11 case.

My address is: Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
My telephone number is: 312-701-8730
My facsimile number is: 312-706-9359
My email address is: mmickey@mayerbrown.com

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: September 18, 2008

Melissa A. Mickey

### ORDER

**ORDERED,** that Melissa A. Mickey, Esq., is admitted to practice, *pro hac vice*, in the above-referenced Chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY
JUDGE