UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., ) | Case no. 08-13555 (JMP) |
| ) | |
| Debtor. ) | |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas S. Kiriakos, a member in good standing of the Bar of the State of Illinois, as well as the State of Iowa (Certificate of Exemption), the United States District Courts for the Northern District of Illinois and Eastern District of Wisconsin, The United States Courts of Appeals for the Fourth and Seventh Circuits, and the Supreme Court of the United States, request admission, *pro hac vice*, before the Honorable James M. Peck to represent SP4 190 S. LaSalle LP in the above-referenced Chapter 11 case.

My address is: Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
My telephone number is: 312-701-7275
My facsimile number is: 312-706-8232
My email address is: tkiriakos@mayerbrown.com

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: September 18, 2008

_____
Thomas S. Kiriakos

---

### ORDER

**ORDERED**, that Thomas S. Kiriakos, Esq., is admitted to practice, *pro hac vice*, in the above-referenced Chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY
JUDGE