**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 08-13555 (JMP) |
| Lehman Brothers Holdings, Inc., et al., | ) Jointly Administered |
| | ) |
| Debtor. | ) |
| | ) |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, R. Alexander Pilmer, a member in good standing of the bar in the State of California, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Kapalua Bay, LLC, an interested party in the above-referenced and associated cases.

My:   address is Kirkland & Ellis LLP, 777 South Figueroa Street, Los Angeles, CA 90017
         e-mail address is apilmer@kirkland.com; telephone number is (213) 680-8400

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: October 21, 2008
         Los Angeles, California          /s/ R. Alexander Pilmer
                                                      R. Alexander Pilmer

_____

**ORDER**

**ORDERED,**
that R. Alexander Pilmer, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2008
         New York, New York          _____
                                                      United States Bankruptcy Judge

K&E 13475715.2