**THE LOCATOR SERVICES GROUP LTD.**
**LEHMAN BROTHERS, INC. ("LBI")**
**PENDING CLAIM RECOVERY SUMMARY***
**10/21/08**

| Claim | Start Date | Claim Amount | TLSG Fee | LBI Amount |
|---|---|---|---|---|
| 1.  Utah | 11/7/07 | $1,700.00 | $170.00 | $1,530.00 |
| 2.  Florida | 11/8/07 | $163.89 | $16.38 | $147.51 |
| 3.  Texas | 5/23/08 | $797.23 | $79.72 | $717.51 |
| 4.  Virginia | 11/8/07 | $0.00 | $0.00 | $0.00** |
| 5.  Puerto Rico | 11/7/07 | $413.31 | $41.33 | $371.98 |
| 6.  Hawaii | 11/6/07 | $340.79 | $34.07 | $306.72 |
| 7.  New Jersey | 3/5/07 | $460,617.14 | $46,061.71 | $414,555.43 |
| 8.  Australia | 7/12/07 | $8,955.53 | $895.55 | $8,059.98 |
| 9.  Pennsylvania | 4/16/07 | $1,099.85 | $109.98 | $989.87 |
| 10. New York | 1/26/05 | $55,492.39 | $5,549.23 | $49,943.16 |
| 11. New York | 6/13/07 | $371,473.86 | $37,147.38 | $334,326.48 |
| 12. New Jersey | 7/18/08 | $23,108.65 | $2,310.86 | $20,797.79 |

| Total Claims Pending | | Total Claims Amount | Total TLSG 10% Fees | Total LBI Recovery |
|---|---|---|---|---|
| **12** | | **$924,162.64*** | **$92,416.26*** | **$831,746.38*** |

*All figures presented are approximate estimations of the final totals.
**Virginia will not identify the amount of this claim until after the claim is paid to LBI.

**EXHIBIT A**