The Locator Services Group Ltd.
316 Newbury Street, Suite 32
Boston, Massachusetts 02115
(617) 859-0600
Kim Sherrie Sawyer (KS-8546)

Attorney for the Locator Services Group Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x\

In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC.
                 *et al.*                    Case No. 08-13555 (JMP)


-----------------------------------------------------------x

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUETTS  )
                                                   ) SS:
COUNTY OF SUFFOLK                        )

    I, Kim Sherrie Sawyer, am over the age of 18 and I hereby certify under penalties of perjury that on October 21, 2008 I caused a true copy of the *Amended Supplemental Objection of the Locator Services Group Ltd. to Proposed Cure Amount Included On the Debtor's List of IT Closing Date Contracts And Reservation of Rights Regarding Assumption and Assignment of Closing Date Contracts* to be served by electronic transmission mail to the following:

Weil Gotshal & Manges, LLP                     Huges Hubbard & Reed, LLP
767 Fifth Avenue                                       One Battery Park Plaza
New York, New York  10153                      New York, New York  1004
Attn: Lori Fife                                          Attn:  Jason S. Margolin
       Shai Y. Waisman

    Cleary Gottlieb Steen & Hamilton, LLP
    One Liberty Plaza
    New York, New York  10006
    Attn:  Lindsee P. Granfield
         Lisa M. Schwitzer

                    /s/Kim Sherrie Sawyer
                    Kim Sherrie Sawyer


Sworn to before me this
21st day of October 2008, in Suffolk County, Massachusetts

/s/ Nancy P. Jordan
    Notary Public, Commonwealth of Massachusetts
    Commission Expires on July 25, 2014