**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Phone: (212) 574-1200
Fax:    (212) 480-8421
John R. Ashmead (JA 4756)
Mark J. Hyland (MH 5872)

Attorneys for Global Thematic Opportunities Fund LP,
Panton Master Fund, L.P., CFIP Master Fund, Ltd.,
Cura Fixed Income Arbitrage Master Fund, Ltd., and
Turnberry Leveraged Credit Master Fund, L.P., InvestCorp
Interlachen Multi-Strategy Master Fund Limited,
InvestCorp Fixed Income Relative Value Fund Ltd. and
InvestCorp Silverback Arbitrage Master Fund Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, JOHN R. ASHMEAD, an attorney duly admitted to the bar of the State of New York, hereby certifies that on October 17, 2008, I caused a copy of the Notice of Appearance and Request for Service of Papers to be served by facsimile as indicated upon the parties on the annexed service list.

In addition, on October 20, 2008, I caused a copy of the Notice of Appearance and Request for Service of Papers to be served by hand as indicated on the annexed service list.

SEWARD & KISSEL LLP

By: /s/ John R. Ashmead
         John R. Ashmead

*Attorneys for Global Thematic Opportunities Fund LP,
Panton Master Fund, L.P., CFIP Master Fund, Ltd.,
Cura Fixed Income Arbitrage Master Fund, Ltd., and
Turnberry Leveraged Credit Master Fund, L.P., InvestCorp
Intervachen Multi-Strategy Master Fund Limited,
InvestCorp Fixed Income Relative Valve Fund Ltd. and
InvestCorp Silverback Arbitrage Master Fund Limited*

## SERVICE LIST

Honorable James M. Peck (By Hand on 10/20/08)  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
New York, New York  10004  

Weil Gotshal & Manges LLP (Fax)  
767 Fifth Avenue  
New York, New York  10153  
Attn:  Richard P. Krasnow, Esq.  
        Lori R. Fife, Esq.  
        Shai Y. Waisman, Esq.  
        Jacqueline Marcus, Esq.  

Office of the United States Trustee (By Hand on 10/20/08)  
for The Southern District of New York  
33 Whitehall Street, 21st Floor  
New York, New York  10004  
Attn:   Andy Velez-Rivera, Esq.  
        Paul Schwartzberg, Esq.  
        Brian Masumoto, Esq.  
        Linda Rifkin, Esq.  
        Tracy Hope Davis, Esq.  

Milbank, Tweed, Hadley & McCloy, LLP (Fax)  
1 Chase Manhattan Plaza  
New York, New York  10005  
Attn:  Dennis F. Dunne, Esq.  
        Dennis O'Donnell, Esq.  
        Evan Fleck, Esq.  

Cleary Gottlieb LLP (Fax)  
One Liberty Plaza  
New York, New York  10006  
Attn:  Lindsee P. Granfield, Esq.  
        Lisa Schweitzer, Esq.  

Sullivan & Cromwell LLP (Fax)  
125 Broad Street  
New York, New York  10004  
Attn:   Robinson B. Lacy, Esq.  
        Hydee R. Feldstein, Esq.  

Quinn Emanuel Urquhart Oliver & Hedges (Fax)  
51 Madison Avenue, 22nd Floor  
New York, New York  10010  
Attn:  James Tecce, Esq.  
        Susheel Kirpalani, Esq  

SK 99999 0010 930445