WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                                   :   **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   **08-13555 (JMP)**
                                                            :
                                    Debtors.   :   **(Jointly Administered)**
                                                            :
                                                            :
-------------------------------------------------------------------x

**NOTICE OF FILING OF UPDATED MASTER SERVICE LIST**

Pursuant to an order of this Court dated September 22, 2008, granting the Debtors'

motion for an order implementing certain notice and case management procedures [Docket

No. 285], attached hereto is the Master Service List as of October 21, 2008.

Dated:  October 21, 2008
        New York, New York

                                            /s/ Shai Y. Waisman
                                            Harvey R. Miller
                                            Richard P. Krasnow
                                            Lori R. Fife
                                            Shai Y. Waisman
                                            Jacqueline Marcus

                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Debtors
                                            and Debtors in Possession

NY2:\1929055\01\15CGV01!.DOC\58399.0003