**Objection Deadline: October 31, 2008 @ 4:00 p.m.**
**Hearing Date: November 5, 2008 @ 10:00 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,:    Case No. 08-13555 (JMP)
                                                    :
                                 Debtors.     :    (Jointly Administered)
-----------------------------------------------------------x

**APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103, FED.**
**R. BANKR. P. 2014, AND S.D.N.Y. LBR 2014-1, AUTHORIZING**
**EMPLOYMENT AND RETENTION OF HOULIHAN LOKEY HOWARD**
**& ZUKIN CAPITAL, INC. AS INVESTMENT BANKER**
**AS OF SEPTEMBER 17, 2008**

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE:

          The Official Committee of Unsecured Creditors (the "Committee"),

appointed in the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc.

("LBHI"), and its affiliated debtors and debtors in possession (collectively, the "Debtors"

and together with their non-debtor affiliates, "Lehman") hereby applies (the

"Application") for an order, under sections 328(a) and 1103 of title 11 of the United

States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rule 2014 of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2014-1 of

the Local Bankruptcy Rules for the District of New York (the "Local Rules"), authorizing

the employment and retention of Houlihan Lokey Howard & Zukin Capital, Inc.

("Houlihan") as its investment banker, effective as of September 17, 2008 (the "Effective

Date"). The facts and circumstances supporting this Application are set forth in the

Declaration of Eric Siegert, Senior Managing Director of Houlihan, in support of this

Application, which is attached hereto as Exhibit A (the "Siegert Declaration").

## BACKGROUND

1.    Chapter 11 Filings.  On September 15, 2008, LBHI filed with this

Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Initial

Petition Date").  Thereafter, on September 16, 2008, LB 745 LLC filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code; on September 23, 2008,

PAMI Statler Arms LLC filed a voluntary petition for relief under chapter 11 of the

Bankruptcy Code; on October 3, 2008, each of Lehman Brothers Commodity Services

Inc., Lehman Brothers Special Financing Inc., Lehman Brothers OTC Derivatives Inc.,

and Lehman Brothers Finance, S.A. filed a voluntary petition for relief under chapter 11

of the Bankruptcy Code; and on October 5, 2008, each of Lehman Brothers Derivative

Products Inc., Lehman Commercial Paper Inc., Lehman Brothers Commercial

Corporation, Lehman Brothers Financial Products Inc., Fundo de Investimento

Multimercado Credito Privado, Lehman Scottish Finance L.P., CES Aviation LLC, CES

Aviation V LLC, CES Aviation IX LLC, and East Dover Limited filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code (references to the "Petition

Date" shall mean the date a particular Debtor filed its petition).  The cases of each of the

other Debtors have been consolidated for procedural purposes with that of LBHI.

2.    Committee.  On September 17, 2008, the United States Trustee

filed the Appointment of Committee of Unsecured Creditors (docket no. 62), and thereby

appointed the Creditors' Committee consisting of: (i) Wilmington Trust Company, as

Indenture Trustee; (ii) The Bank of NY Mellon; (iii) Shinsei Bank, Limited; (iv)  Mizuho

Corporate Bank, Ltd., as Agent; (v) The Royal Bank of Scotland, PLC; (vi) Metlife; and

(vii) RR Donnelley & Sons.  On September 17, 2008, the Creditors' Committee duly

selected Milbank as counsel to represent it during the pendency of the Debtors' chapter

11 cases and selected Houlihan to provide certain investment banking services as

described herein.  RR Donnelley & Sons and The Royal Bank of Scotland, plc

subsequently resigned as members of the Committee and on October 3, 2008, the United

States Trustee filed the First Amended Appointment of Committee of Unsecured

Creditors (docket no. 592) appointing The Vangard Group Inc. and Aegon USA

Investment Management as additional members of the Committee.

3.      No other official committees have been appointed or designated in

these cases.

4.      <u>Jurisdiction</u>.  This Court has jurisdiction over this Application

under 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy

Judges of the United States District Court for the Southern District of New York (Ward,

Acting C.J.), dated July 10, 1984.  This matter constitutes a core proceeding as that term

is defined in 28 U.S.C. § 157(b).  Venue of the Debtors' chapter 11 cases and this

Application is proper in this district under 28 U.S.C. §§ 1408 and 1409.

**<u>RELIEF REQUESTED</u>**

5.      The Committee seeks authority to retain and employ Houlihan as

its investment banker in these chapter 11 cases.  By this Application, the Committee

requests that the Court enter an order authorizing the Committee to retain and employ

Houlihan as its investment banker in these cases, effective as of September 17, 2008 (the

"<u>Effective Date</u>"), pursuant to the terms, and subject to the conditions, of the engagement

3

letter between the Committee and Houlihan dated September 17, 2008 attached hereto as

Exhibit B (the "Engagement Letter").

## APPLICABLE AUTHORITY

6.      Section 1103(a) of the Bankruptcy Code provides, in relevant part,

that the Committee, with the Court's approval, "may select and authorize the employment

by such committee of one or more attorneys, accountants, or other agents, to represent or

perform services for such committee."  11 U.S.C. § 1103(a).

7.      In addition, section 328(a) of the Bankruptcy Code provides, in

relevant part, that the Committee:

> may employ or authorize the employment of a professional person
> under section 327 or 1103 of this title, as the case may be, on any
> reasonable terms and conditions of employment, including on a
> retainer, on an hourly basis, on a fixed or percentage fee basis, or
> on a contingent fee basis.  Notwithstanding such terms and
> conditions, the court may allow compensation different from the
> compensation provided under such terms and conditions after the
> conclusion of such employment, if such terms and conditions
> prove to have been improvident in light of developments not
> capable of being anticipated at the time of fixing such terms and
> conditions.

11 U.S.C. § 328(a).

8.      Bankruptcy Rule 2014 provides, in relevant part, as follows:

> An order approving the employment of . . . professionals pursuant to . . .
> § 1103 . . . of the Code shall be made only on application of the trustee
> or committee.

9.      Local Bankruptcy Rule 2014-1 provides, in relevant part, as

follows:

> An application for the employment of a professional person
> pursuant to §§ 327 and 328 of the Bankruptcy Code shall state the
> specific facts showing the reasonableness of the terms and

4

conditions of the employment, including the terms of any retainer,
hourly fee or contingent fee arrangement.

S.D.N.Y. LBR 2014-1.

## HOULIHAN'S QUALIFICATIONS

10.      The Committee formally interviewed and reviewed materials submitted by a number of candidates prior to selecting Houlihan as its investment banker. Such selection was based on the Committee's determination that Houlihan is the best candidate for the services to be provided and that its proposed fee structure is competitive and appropriate given the Committee's understanding of the facts and circumstances of these cases.

11.      The Committee has selected Houlihan to act as its investment banker in these cases based on Houlihan's extensive experience and expertise in corporate restructurings, its knowledge of the capital markets and its merger and acquisition capabilities.  Houlihan is a nationally recognized investment banking and financial advisory firm, with ten offices worldwide and more than 500 professionals. Houlihan's Financial Restructuring Group, which has more than 100 professionals, is one of the leading advisors and investment bankers to debtors, secured and unsecured creditors, acquirers, and other parties-in-interest involved in financially troubled companies both in and outside of bankruptcy.  Houlihan has been, and is, involved in some of the largest restructuring cases in the United States, including representing official committees in Refco, Inc., Delta Airlines, Inc., Winn-Dixie Stores, Inc., Enron Corp., Armstrong Holdings, Inc., Pillowtex Corp., Laidlaw, Inc., WorldCom, Inc., Tower Automotive, Inc., Magellan Health Services, Inc., and AMF Worldwide, Inc., and

representing debtors in <u>Covad Communications, Inc.</u>, <u>Dairy Mart Convenience Stores, Inc.</u>, <u>Worldtex, Inc.</u>, and <u>Stage Stores, Inc.</u>

        12.     The Committee believes that, because of Houlihan's experience and expertise, its employment and retention is in the best interests of the Committee and all of the Debtors' unsecured creditors.

## SERVICES TO BE PROVIDED BY HOULIHAN

        13.     Pursuant to the Engagement Letter, it is expected that Houlihan will provide the following services to the Committee in the Chapter 11 Cases:

- Analyzing the Debtors' business plans and forecasts;

- Evaluating the Debtors' assets and liabilities;

- Assessing the financial issues and options concerning (i) the sale of the Debtors, either in whole or in part, (ii) the sale of any or all assets of the Debtors, (iii) the sale, either in whole or in part; of any non-debtor affiliates of the Debtors or any assets of such non-debtors, and (iv) the Debtors' chapter 11 plan(s) of reorganization or liquidation or any other chapter 11 plan(s);

- Analyzing and reviewing the financial and operating statements of the Debtors and their non-debtor affiliates;

- Assisting in the review of claims and with the reconciliation, estimation, settlement, and litigation with respect thereto;

- Assisting the Committee in identifying potential alternative sources of liquidity in connection with any debtor-in-possession financing, any chapter 11 plan(s) or otherwise;

- Representing the Committee in negotiations with the Debtors and third parties with respect to any of the foregoing;

- Providing such financial analyses as the Committee may require in connection with the Chapter 11 Cases;

- Providing testimony in court on behalf of the Committee with respect to any of the foregoing, if necessary; and

- Providing such other financial advisory and investment banking services as may be agreed upon by Houlihan and the Committee, provided however, that if the

Debtors, the Committee and Houlihan agree that Houlihan shall act as the lead investment banker for any sale of Debtor or non-debtor assets, or procurement of financing for same, or provide any other services for any Debtor or non-Debtor affiliate, Houlihan shall be entitled to customary fees for such activities as may be agreed to by the parties and such fees shall be in addition to any other fee payable pursuant to the Engagement Letter.

14.    The Committee is also seeking to retain and employ FTI Consulting, Inc. ("FTI") as its financial advisor.  FTI's services will primarily include, but are not limited to, assisting the committee to (a) review the Debtors' financial disclosures, accounting practices, cash management systems, corporate ownership and capital structure, cash flow projections, budgets, cash receipts, disbursement analysis, employee benefit programs, core business assets, unprofitable sectors, and cost/benefit evaluations with respect to executory contracts and leases; (b) evaluate the Debtors' operations and identify of areas of potential cost savings; (c) coordinate with the Debtors' proposed financial advisor and the Debtors' other advisors in reviewing the Debtors' operations and financial information; (d) review and/or prepare the information and analysis necessary for confirmation of a plan in these Chapter 11 Cases, (e) evaluate and analyze avoidance actions and tax matters; and (f) provide litigation advisory services with respect to accounting and tax matters.  Due to the complexity of the Debtors' chapter 11 proceedings, and the nature and scope of the Debtors' assets and business operations, the Committee has chosen to employ Houlihan to provide investment banking services and to retain FTI to provide the above enumerated services.

15.    The Committee anticipates that it will also seek to retain and employ other professionals (collectively with FTI, the "Other Professionals").  Houlihan has agreed to coordinate its services to the Committee with those of the Other Professionals to minimize any potential duplication in the services provided and any

potential burden on the Debtors and their professionals.  For instance, the Committee

expects Houlihan and the Other Professionals to develop, in consultation with the

Debtors and their professional advisors, a protocol with respect to coordinating and

consolidating any and all information requests to the Debtors.  Further, should the

situation arise, Houlihan and the Other Professionals will share, if necessary, information

each receives from the Debtors.  This should eliminate the need to separately request

information already in the possession (or previously requested) by another professional

employed by the Committee.  Further, Houlihan will coordinate with the Other

Professions regarding telephone conferences and meetings with the Debtors and/or their

professionals, so that, if the topic/information to be discussed by any one advisor is also

relevant to a matter within another professional's scope of responsibility, that other

professional will be informed, and the topics/information can be discussed efficiently and

without duplication.  The imposition of such procedures should ensure that there is little,

if any, additional burden placed on the Debtors as a result of the Committee's proposed

retention of multiple advisors.  Houlihan will work with the Other Professionals

throughout these cases to develop further procedures to ensure minimal burden on the

Debtors and their professionals.

## <u>CONSIDERATION TO HOULIHAN</u>

16.    Subject to the Court's approval, Houlihan will be entitled to the

following consideration[1] for its services pursuant to, and as further explained by, the

Engagement Letter:

---

[1]    Neither the Committee, its constituents, nor any of its advisors or professionals
(including, but not limited to, counsel to the Committee) is liable for the fees, expenses or
other amounts payable to Houlihan under the Engagement Letter. In the event of any

- **Monthly Fees**:  Houlihan will be paid in advance a nonrefundable cash fee of $500,000 per month for the first 6 months, commencing as of the Effective Date, and $400,000 for each month thereafter ("Monthly Fee").  The first payment shall be made upon the approval of this Application and shall cover the period from the Effective Date through the month in which payment is made (and, therefore, may be equal to more than one monthly payment).  Thereafter, payment of the Monthly Fee shall be made on every monthly anniversary of the Effective Date.

- **Deferred Fees**:  In addition, Houlihan will be paid deferred fees (the "Deferred Fees") equal to 0.05% of the first $30 billion of Unsecured Recoveries (as defined in the Engagement Letter) and 0.035% of all Unsecured Recoveries in excess of $30 billion.  Deferred Fees are to be paid in the same consideration to be received by the unsecured creditors or, at the option of the Committee and with the consent of the Debtors and Houlihan, in cash.  For purposes of determining when the $30 billion threshold has been met, any non-cash consideration is to be valued as follows: (i) as disclosed in a court approved disclosure statement; (ii) if it includes publicly-traded securities, the value of such securities will be calculated based on the weighted average of the last sale or closing price for the ten trading days immediately prior to the relevant distribution date; or (iii) if such non-cash consideration cannot be valued under clauses (i) or (ii), Houlihan will prepare a valuation of such non-cash consideration, and Houlihan and the Committee will mutually agree on a fair valuation thereof for the purposes of calculating the Deferred Fee; if the Committee and Houlihan are unable to agree, this Court will determine the value of such non-cash consideration.

- **Expenses**.  In addition, the Debtors will reimburse Houlihan for its reasonable out-of-pocket expenses, including, without limitation, the reasonable fees and expenses of Houlihan's legal counsel incurred in connection with its retention and compensation.

- **Indemnification.**  Subject to the terms of order authorizing the retention of Houlihan, the Debtors are to indemnify and hold harmless Houlihan and its affiliated parties (collectively, the "Indemnified Parties") from and against any and all losses, claims, damages or liabilities arising out of or related to Houlihan's engagement in these Chapter 11 Cases, except for any loss, claim, damage or liability finally judicially determined to have resulted primarily from the willful misconduct or gross negligence of such Indemnified Party.

17.    The terms of the Engagement Letter were negotiated between the Committee and Houlihan, and reflect the Committee's evaluation of the extensive work that will be performed by Houlihan and its expertise.  The Committee acknowledges and

---

discrepancy between this description and the Engagement Letter, the terms and conditions of the Engagement Letter should control.

agrees that the Monthly Fees and Deferred Fees have been agreed upon by the parties in anticipation that a substantial commitment of professional time and effort will be required of Houlihan and its professionals under the Engagement Letter, and in light of the fact that such commitment may foreclose other opportunities for Houlihan and that the actual time and commitment required of Houlihan and its professionals to perform its services hereunder may vary substantially from week to week or month to month, creating "peak load" issues for the firm.

18.    In light of the foregoing and given the numerous issues which Houlihan may be required to address in the performance of its services hereunder, Houlihan's commitment to the variable level of time and effort necessary to address all such issues as they arise, and the market prices for Houlihan's services for engagements of this nature in an out-of-court context, the Committee acknowledges and agrees that the Monthly Fees and Deferred Fees are both fair and reasonable under the standards set forth in 11 U.S.C. § 328(a).  All compensation and expenses will be sought in accordance with section 328(a) of the Bankruptcy Code, as incorporated in sections 329 and 331 of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules and orders of the Court.

## DISCLOSURE CONCERNING CONFLICTS OF INTEREST

19.    To the best of the Committee's knowledge, information, and belief, other than as set forth in the Siegert Declaration, Houlihan has not represented and has no relationship with: (i) the Debtors, (ii) their respective creditors or equity security holders, (iii) any other parties-in-interest in these cases, (iv) the respective attorneys and accountants of any of the foregoing, or (v) the United States Trustee or any other person employed in the Office of the United States Trustee.

20.     Houlihan will continue to represent certain clients in respect of transactions involving the Debtors or non-Debtor entities that are a part of Lehman, or affiliated with the Debtors or other members of Lehman, except where such action may be directly and materially adverse to Lehman or the Debtors.  To the extent that the interests of the Committee and these clients in unrelated matters conflict in respect of Lehman, the conflicts matter will be handled by FTI.

21.     Houlihan is a "disinterested person," as such term is defined in section 101(14) of the Bankruptcy Code.[2]  The Siegert Declaration, executed on behalf of Houlihan in accordance with section 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, is filed contemporaneously herewith and incorporated herein by reference. The Committee's knowledge, information, and belief regarding the matters set forth in this Application are based, and made in reliance, upon the Siegert Declaration.  The Committee believes that the employment of Houlihan would be in the best interests of the Committee, the Debtors and their estates and creditors.

## FEE APPLICATIONS AND INTERIM PAYMENTS

22.     Houlihan has received no compensation from the Debtors or any other party-in-interest in connection with these Chapter 11 Cases.

23.     Customarily, investment bankers like Houlihan Lokey do no charge for their services on an hourly basis. Instead, fees consist of monthly "flat" fees and deferred compensation contingent upon the occurrence of specified events, e.g., the confirmation of a chapter 11 plan.  Like other investment bankers, Houlihan Lokey does

---

[2]     Section 328(c) of the Bankruptcy Code allows a Court to deny allowance of compensation to a person employed under Section 1103 if such person is not "disinterested" at any time during such employment.  Section 1103, however, does not contain the "disinterested person" requirement.

not customarily maintain time records like those maintained by attorneys' and other
professionals compensated on an hourly basis.  Because Houlihan will be compensated
on a fixed monthly fee and deferred fee basis, Houlihan shall not be required to maintain
or provide detailed time records in connection with its fee applications.  The Committee
has been advised that to have Houlihan create the time entries for its restructuring
personnel and require its non-restructuring personnel to record its time as prescribed by
the Local Rules would be, in each case, unduly burdensome and time consuming.  As
such, the Committee submits that Houlihan shall not be required to maintain and provide
the detailed time descriptions customarily provided by professionals that charge for their
services on an hourly basis in connection with a subsequent application for
compensation.

24.     The Committee is seeking to retain Houlihan under section 328 of
the Bankruptcy Code and the Deferred Fees will be paid directly from distributions as
provided in the Engagement Letter.  Notwithstanding the foregoing, the United States
Trustee shall retain the right to object to Houlihan's monthly fees payable pursuant to the
Engagement Letter based on the reasonableness standard provided for in section 330 of
the Bankruptcy Code; provided, that, with respect to the United States Trustee's retention
of rights under section 330, it is understood and agreed that reasonableness for this
purposes shall be evaluated by comparing the fees payable in these cases to fees paid to
other investment banking firms offering comparable services in other chapter 11 cases,
and shall not be evaluated primarily on the basis of time committed or the length of these
cases.  Except as otherwise provided herein, Houlihan intends to apply to the Court for
interim and final payment of compensation and reimbursement of expenses in accordance

with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local

Rules, the guidelines promulgated by the United States Trustee, and pursuant to any

additional procedures that may be or have already been established by the Court in these

cases.

## NOTICE

25.     No trustee or examiner has been appointed in these cases.  Notice

of this Application has been given to (i) the United States Trustee, (ii) counsel for the

Debtors, and (iii) those entities that have requested receipt of notice in these cases

(collectively, the "Notice Parties").  In light of the relief requested herein, the Committee

submits that no other or further notice is required.

## NO PRIOR REQUEST

26.     No previous application for the relief requested herein has been

made to this or any other court.

## MEMORANDUM OF LAW

27.     Pursuant to Local Rule 9013-1, because there are no novel issues

of law presented herein, the Creditors' Committee respectfully reserves the right to file a

brief in reply to any objection to this Application.

**WHEREFORE**, the Committee respectfully requests the Court to enter an order, substantially in the form attached hereto as <u>Exhibit C</u>, (i) authorizing the Committee to retain and employ Houlihan effective as of September 17, 2008, as its investment banker pursuant to sections 328(a) and 1103 of the Bankruptcy Code and (ii) granting the Committee such other relief as is appropriate.

DATED:  New York, New York
    October 21, 2008

         **OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>**

         Wilmington Trust Company, as Indenture Trustee Designated Signatory for Official Committee of Unsecured Creditors

         By:   /s/ Julie Becker
         Name: Julie Becker
         Title: Vice President

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                     :    Chapter 11
                                           :
LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>, :  Case No. 08-13555 (JMP)
                                           :
                        Debtors.           :    (Jointly Administered)

------------------------------------------------------------x

### DECLARATION OF ERIC SIEGERT IN SUPPORT OF APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER, UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014 AND 5002, AND S.D.N.Y. LBR 2014-1, AUTHORIZING RETENTION <u>AND EMPLOYMENT OF HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.</u>

STATE OF NEW YORK          )
                           )   SS.:
COUNTY OF NEW YORK         )

ERIC SIEGERT, being duly sworn, says:

1.     I am a Senior Managing Director of the firm of Houlihan Lokey Howard & Zukin Capital, Inc. ("<u>Houlihan</u>").  I am duly authorized to make this Declaration on behalf of Houlihan.

2.     I submit this Declaration pursuant to section 1103(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "<u>Bankruptcy Code</u>") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), in support of the Application of the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Lehman Brothers Holdings, Inc. and its affiliated debtors and debtors in possession (collectively, "<u>Lehman</u>" or the "<u>Debtors</u>"), for an Order, under 11 U.S.C. §§ 328(a) and 1103, Federal Rules of Bankruptcy Procedure 2014 and 5002, and Local Bankruptcy Rule 2014-1, authorizing the employment and retention of Houlihan as investment bankers to the Committee (the "<u>Application</u>").

3.     Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[1]  Unless otherwise defined, capitalized terms and phrases not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

## **BACKGROUND**

4.     Chapter 11 Filings.    On September 15, 2008 and periodically thereafter, the Debtors commenced the Chapter 11 Cases.  The Chapter 11 Cases have been consolidated for procedural purposes and are being jointly administered pursuant to Bankruptcy Rule 1015(b). The Debtors have been authorized to operate their businesses and manage their properties as debtors-in-possession pursuant to section 1107(a) and 1108 of the Bankruptcy Code.

5.     Creditors' Committee.  On September 17, 2008, the United States Trustee for the Southern District of New York (the "US Trustee") appointed the Committee initially consisting of: (i) Wilmington Trust Company, as Indenture Trustee; (ii) The Bank of NY Mellon; (iii) Shinsei Bank, Limited; (iv)  Mizuho Corporate Bank, Ltd., as Agent; (v) The Royal Bank of Scotland, PLC; (vi) Metlife; and (vii) RR Donnelley & Sons.  Subsequently, RR Donnelley & Sons and The Royal Bank of Scotland, plc resigned as members of the Committee, and on October 3, 2008, the US Trustee appointed The Vanguard Group Inc. and Aegon USA Investment Management as additional members of the Committee.  No trustee or examiner been appointed in the Chapter 11 Cases.

6.     Jurisdiction.  This Court has jurisdiction over this Application under 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10,

---

[1]    Certain of the disclosures set forth herein relate to matters within the knowledge of other employees
`...(continued)`

1984.  This matter constitutes a core proceeding as that term is defined in 28 U.S.C. § 157(b).

Venue of the Debtors' chapter 11 cases and this Application is proper in this district under 28

U.S.C. §§ 1408 and 1409.

### Qualifications of Houlihan

7.      Houlihan has ten offices worldwide, and employs more than five

hundred (500) employees who provide investment banking and financial advisory services and

execution capabilities in a variety of areas including mergers and acquisitions and financial

restructuring, where Houlihan is one of the leading investment bankers and advisors to debtors,

bondholder groups, secured and unsecured creditors, acquirers, and other parties-interest

involved in financially distressed companies, both in and outside of bankruptcy.  Houlihan's

Financial Restructuring Group has over one hundred (100) professionals dedicated in this area.

8.      Houlihan has been, and is involved in some of the largest restructuring

matters in the United States, including representing official committees in Refco, Inc., Delta

Airlines, Inc., Winn-Dixie Stores, Inc., Enron Corp., WorldCom, Inc., Armstrong Holdings, Inc.,

Pillowtex Corp., Laidlaw, Inc., WorldCom, Inc., Tower Automotive, Inc., Magellan health

services, Inc., and AMF Worldwide, Inc., and representing the debtors in Covad

Communications, Inc., Dairy Mart Convenience Stores, Inc., Worldtex, Inc., and Stage Stores,

Inc., to name a few of its engagements.  In addition, through its role in these and other

restructuring engagements, Houlihan has developed considerable expertise in many of the issues

that will be presented in this engagement.

---

...(continued)
at Houlihan and are based on information provided by them.

### Services to be Rendered

        9.     If the Application is approved, Houlihan will provide investment banking and other related services as contemplated under the Engagement Letter and as may be requested by the Committee, including, but not limited to the following:

a)   Analyzing business plans and forecasts of the Debtors;

b)   Evaluating the assets and liabilities of the Debtors;

c)   Assessing the financial issues and options concerning (i) the sale of the Debtors, either in whole or in part, (ii) the sale of any or all assets of the Debtors, (iii) the sale, either in whole or in part of any non-debtor affiliates of the Debtors or any assets of such non-debtors, and (iv) the Debtors' chapter 11 plan(s) of reorganization or liquidation or any other chapter 11 plan(s);

d)   Analyzing and reviewing the financial and operating statements of the Debtors and non-debtor affiliates;

e)   Assisting in the review of claims and with the reconciliation, estimation, settlement, and litigation with respect thereto;

f)   Assisting the Committee in identifying potential alternative sources of liquidity in connection with any debtor-in-possession financing, any chapter 11 plan(s) or otherwise;

g)   Representing the Committee in negotiations with the Debtors and third parties with respect to any of the foregoing;

h)   Providing such financial analyses as the Committee may require in connection with the Cases;

i)   Providing testimony in court on behalf of the Committee with respect to any of the foregoing, if necessary; and

j)   Providing such other financial advisory and investment banking services as may be agreed upon by Houlihan Lokey and the Committee, provided however, that if the Debtors, the Committee and Houlihan Lokey agree that Houlihan Lokey shall act as the lead investment banker for any sale of Debtor or non-debtor assets, or procurement of financing for same, or provide any other services for any Debtor or non-Debtor affiliate, Houlihan Lokey shall be entitled to customary fees for such activities as may be agreed to by the parties and such fees shall be in addition to any other fee payable pursuant to this Agreement.

### Houlihan's Connections with Parties in Interest

10.     Houlihan is wholly owned by Houlihan, Lokey, Howard & Zukin, Inc. ("HLHZ Parent").  Since the beginning of 2006, HLHZ Parent has been a wholly owned subsidiary of Fram Holdings, Inc. ("Fram").  The former shareholders of HLHZ Parent own a minority interest in Fram.  The majority interest in Fram is owned by ORIX USA Corporation ("ORIX USA"), a wholly owned subsidiary of ORIX Corporation, a leading, publicly traded, integrated financial services group headquartered in Tokyo, Japan.  Other than HLHZ Parent, Fram's only other business interests comprise various corporate lending subsidiaries (collectively "ORIX Finance").

11.     Houlihan is a "disinterested person" as that term is defined in section 101(14) of title 11 of the United States Code (the "Bankruptcy Code") in that Houlihan Lokey:

a.     is not a creditor, equity security holder or insider of the Debtors;

b.     is not and was not an investment banker for any outstanding security of the Debtors;

c.     has not been, within three (3) years before the date of the filing of the Debtors' chapter 11 petition, (i) an investment banker for a security of the Debtors, or (ii) an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the Debtors; and

d.     is not and, was not, within two (2) years before the date of the filing of the Debtors' chapter 11 petition, a director, officer, or employee of the Debtors or of any investment banker as specified in subparagraph (b) or (c) of this paragraph.

12.      Except as otherwise set forth herein, the professionals and affiliates of Houlihan (i) do not have any connection with the Debtors, the Debtors' creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee for the Southern District of New York, or any person employed in the office of the United States Trustee for the Southern District of New York, and (ii) pursuant to 11 U.S.C. § 1103(b), do not represent any other entity having an adverse interest in connection with these cases.

13.      In connection with its proposed retention by the Committee in these cases, Houlihan researched its client databases to determine whether it had any relationships with any of the individuals and entities listed on Exhibit A (the "Conflict Parties") least of which I have been advised is a list of the individuals and entities to be checked for conflicts as provided to Houlihan by counsel to the Committee and counsel to the Debtors.

14.      To the extent that such searches indicated that Houlihan has a relationship with any such entity, the identities of such entities, and Houlihan's relationships therewith, are set forth in Exhibit B annexed hereto and incorporated herein.

15.      As to the remainder of the individuals and entities set forth on Exhibit A, Houlihan has not represented any of them or any of their known affiliates within the past three years.

16.      Additionally, Houlihan attempted to search all current engagements for known relationships or interests of the Debtors or non-Debtor affiliates..  A full list of identified ongoing Houlihan advisory engagements with some level of known involvement by the Debtors and/or affiliates of the Debtors is detailed in Exhibit C.  Houlihan does not believe that the matters listed on Exhibit C create any material conflict with Houlihan's role as advisor to the Committee.  From time to time, and to the extent appropriate, Houlihan will "wall off" employees working on engagements with a Lehman-related relationship from either any

6

information relating to the relevant engagement/Lehman interest or from all activities in the Lehman cases all together.

17.    Houlihan does not keep a record of stock or securities owned by employees of Houlihan.  Nevertheless, Houlihan requested all employees to inform us of their Lehman holdings, if any.  The list in Exhibit D hereto is a list of employees that we presently know own interests in Lehman or Lehman affiliates.  Other than Tanja Aalto, none of these employees will be involved in our engagement on behalf of the Committee.  In light of Tanja Aalto's receipt of confidential information regarding Lehman, Tanja Aalto has agreed to not sell, dispose, or take any other action whatsoever with regards to her interests in Lehman

18.    From time to time, Houlihan has provided services, and likely will continue to provide services, to certain creditors and/or equity security holders of the Debtors and various other parties adverse to, or otherwise connected to, the Debtors in matters unrelated to these chapter 11 cases. As described above, however, Houlihan has undertaken a detailed search to determine, and to disclose, whether it has been employed by any significant unsecured creditors, equity security holders, insiders or other parties in interest in such unrelated matters.

19.    Houlihan provides services in connection with numerous cases, proceedings and transactions unrelated to these chapter 11 cases, including representing debtors and creditors' committees in chapter 11 proceedings and in out-of-court restructurings. These unrelated matters involve numerous attorneys, professionals, creditors and equity holders, some of whom are or may be attorneys, professionals, creditors or equity holders of the Debtors in these chapter 11 cases.

20.    The Debtors have numerous relationships and creditors.  In addition, the Debtors' chapter 11 filing was made without extensive preparation, with the result that the conflicts information made available to the Committee to date has not been as complete or

precise as might otherwise have been the case.  Consequently, although every reasonable effort

has been made to discover and eliminate the possibility of any conflict, including the efforts

outlined above, Houlihan is unable to state with certainty whether any more of its clients or such

clients' affiliated entities hold claims or otherwise are parties in interest in these chapter 11

cases.  If Houlihan discovers any information that is contrary to or pertinent to the statements

made herein, Houlihan will promptly disclose such information to the Court on notice to

creditors and the United States Trustee.

21.    Houlihan maintains referral programs with a number of investment banks

and other financial intermediaries.  Houlihan's referral relationship with Lehman was

memorialized in an agreement entered into on May 14, 2007.  To the best of my knowledge, no

fees or other payments were ever made pursuant to the referral agreement with Lehman, and

Barclay's capital now owns Lehman's former investment banking business.  Houlihan is working

on one current investment banking engagement that, if consummated at previously discussed

values, could result in a referral fee of less than $400,000 to be due to Lehman or Barclays under

the referral agreement.  In light of current market conditions, that transaction is presently on

hold.  If that transaction does close, Houlihan will request instructions from the Debtors as to

where and to whom to remit any referral fee due under the agreement.

## Professional Compensation

22.    As of the date of this Declaration, Houlihan has received no compensation

for its work on behalf of the Committee.

23.    Subject to the Court's approval, Houlihan will be entitled to fees and

expense reimbursements as more fully set forth in the Engagement Letter, and I respectfully refer

the Bankruptcy Court to the Engagement Letter for a full recitation of its terms.  In summary,

Houlihan will be entitled to receive the following fees, pursuant to section 328(a) of the

Bankruptcy Code and subject to final approval of the Bankruptcy Court:

- Monthly Fee.  Houlihan will be paid in advance a nonrefundable cash fee of $500,000 per month for the first 6 months, commencing as of the Effective Date, and $400,000 for each month thereafter ("Monthly Fee").  The first payment shall be made upon the approval of this Application and shall cover the period from the Effective Date through the month in which payment is made (and, therefore, may be equal to more than one monthly payment).  Thereafter, payment of the Monthly Fee shall be made on every monthly anniversary of the Effective Date.; and

- Deferred Fee.  Houlihan will be paid deferred fees (the "Deferred Fees") equal to 0.05% of the first $30 billion of Unsecured Recoveries (as defined in the Engagement Letter) and 0.035% of all Unsecured Recoveries in excess of $30 billion.  Deferred Fees are to be paid in the same consideration to be received by the unsecured creditors or, at the option of the Committee and with the consent of the Debtors and Houlihan, in cash.  For purposes of determining when the $30 billion threshold has been met, any non-cash consideration is to be valued as follows: (i) as disclosed in a court approved disclosure statement; (ii) if it includes publicly-traded securities, the value of such securities will be calculated based on the weighted average of the last sale or closing price for the ten trading days immediately prior to the relevant distribution date; or (iii) if such non-cash consideration cannot be valued under clauses (i) or (ii), Houlihan will prepare a valuation of such non-cash consideration, and Houlihan and the Committee will mutually agree on a fair valuation thereof for the purposes of calculating the Deferred Fee; if the Committee and Houlihan are unable to agree, this Court will determine the value of such non-cash consideration.

- Expenses. In addition, the Debtors will reimburse Houlihan for its reasonable out-of-pocket expenses, including, without limitation, the reasonable fees and expenses of Houlihan's legal counsel incurred in connection with its retention and compensation.

- Indemnification.  Subject to the terms of order authorizing the retention of Houlihan, the Debtors are to indemnify and hold harmless Houlihan and its affiliated parties (collectively, the "Indemnified Parties") from and against any and all losses, claims, damages or liabilities arising out of or related to Houlihan's engagement in these Chapter 11 Cases, except for any loss, claim, damage or liability finally judicially determined to have resulted primarily from the willful misconduct or gross negligence of such Indemnified Party.

    24.    While Houlihan's compensation will be determined pursuant to section

328(a) of the Bankruptcy Code, Houlihan will nevertheless file and serve requests for interim

and final compensation and reimbursement of expenses in accordance with the applicable

provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules of Bankruptcy

Procedure, and any administrative orders establishing procedures for the interim compensation

and reimbursement of expenses of professionals in these cases.

25.    Other than as set forth above, there is no proposed arrangement between

the Committee and Houlihan for compensation to be paid in these cases.  Houlihan has no

agreement with any other entity to share any compensation received, nor will any be made,

except as permitted under section 504(b)(1) of the Bankruptcy Code.

**Indemnification**

26.    Houlihan and certain related persons will be indemnified in accordance

with the provisions in the Engagement Letter.

27.    The proposed employment of Houlihan is not prohibited by or improper

under Rule 5002 of the Bankruptcy Rules.  I am not related, and to the best of my knowledge, no

Houlihan professional is related, to any United States Bankruptcy Judge or District Court Judge

for the Southern District of New York or to the United States Trustee for such district or any

employee in the office thereof.

28.    Houlihan is carrying on further inquiries of its professionals with respect to

the matters contained herein.  Houlihan will file supplemental affidavits regarding this retention

if any additional relevant information comes to its attention.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 21, 2008

    /s/ P. Eric Siegert
P. Eric Siegert

## Lehman Brothers Holdings Inc.
## List of Entities Searched by Houlihan Lokey

| Company | Company |
|---|---|
| 1111 Brickell Office, LLC | Ernst & Young |
| 125 High Street LP | Ernst and Young Private Limited |
| 1301 Properties Owner LP | Essex Equity Holdings USA, LLC |
| 4Kids Entertainment, Inc. | e-Valuate, LP |
| 4Kids Entertainment, Inc., New York | Evans Marshall & Pease, Rolling Meadows |
| 555 Owners LLC | Exane BNP Paribas, Paris |
| 70 Hudson Street, LLC | Executive Monetary Management, Inc. |
| 8 Sound Shore Associates, LLC | Factiva, Inc. |
| ABÉNEX Capital, Paris | Falcon |
| Abm Industries, Inc. | Falcon Holdings I LLC |
| ABM Industries, Inc., SAN FRANCISCO | Falcon Holdings II LLC |
| ABN AMRO Bank N. V., Amsterdam | Falcon Ivestor I-X Inc. |
| ABN AMRO Bank N.V., Hong Kong | Falcon LB Sarl |
| ABN AMRO Bank N.V., Milan | Fannie Mae |
| ABN AMRO Bank N.V., Minneapolis | Federal Express Corporation |
| ABN AMRO Bank N.V., Rome | Federal Home Loan |
| ABN Amro Bank, Chicago | Federal Reserve Bank of New York |
| ABN AMRO Bank, Houston | Federated Investors |
| ABN AMRO Bank, London | Fenway |
| ABN AMRO Belgium | Ferrari SpA |
| ABN Amro Capital Advisory (Australia) Pty Ltd, Sydney | Fidelity Management and Research |
| ABN AMRO Craigs, Auckland | Fidessa Plc. |
| ABN AMRO Incorporated, New York | First Alliance Mortgage Company Class Action |
| ABN AMRO Merchant Services, Lansing | First Commercial Bank Co, Ltd. |
| ABN AMRO Netherlands | First Commercial Bank Co., Ltd, New York Agency |
| ABN AMRO North Americas, New York | First Union Lehman Brothers Bank Of America |
| ABN AMRO Private Equity, Chicago | First Ward Properties Inc. |
| ABN AMRO Rothschild | Flight Sim I LLC |
| ABN AMRO, Auckland | Flight Sim II LLC |
| ABN AMRO, Boston | Flight Sim III LLC |
| ABN Amro, Bruxelles | Flight Sim IV LLC |
| ABN AMRO, Central | Flight Sim V Inc. |
| ABN AMRO, Chicago | FMR LLC |
| ABN AMRO, Dallas | FRAH Special Services Inc. |
| ABN AMRO, Frankfurt | Franklin Advisors Inc. |
| ABN AMRO, London | Franklin Advisors LP |
| ABN AMRO, Madrid | Franklin Federal Intermediate-Term-Tax-Free Income Fund |
| ABN Amro, Miami | Franklin Federal Tax-Free Income Fund |
| ABN AMRO, New York | Franklin Georgia Tax-Free Income Fund |
| ABN AMRO, Rotterdam | Franklin High-Yield Tax-Free Income Fund |
| ABN AMRO, San Francisco | Franklin Templeton Investments |
| ABN AMRO, Sao Paulo | Fred Hutchinson Cancer Research Center |
| ABN AMRO, Toronto | FT Interactive Data |
| ABN Amro, Utrecht | Fundo De Investimento Multimercado Credito Privado Navigator |
| ABN-AMRO, Central | Furno & Del Castano CapitalPartners LLP |
| AboveNet Communications Inc. | FX Alliance, LLC |
| Abovenet Inc | Fxcm Holdings LLC |
| AboveNet, Inc, White Plains | G. Walker Consulting, Toronto |
| AboveNet, McLean | G.E. Walker, Inc., Tampa |
| Accenture LLP | GA Dekalb Inc. |
| Accenture, Atlanta | Gainsborough Investments BV |
| Accenture, Boston | Galleon Buccaneer's Offshore LTD |
| Accenture, Brussels | Garber, Staeihr, Locals 302 & 612 of the International Union of Op |
| Accenture, Cambridge | GE Capital (New York) |
| Accenture, Central | GE Capital Information Technology Solutions, Inc. d/b/a IKON Fin |
| Accenture, Chicago | Genegan Construction Co., Inc. |
| Accenture, Columbus | General Electric Capital Corp. |

## Lehman Brothers Holdings Inc.
## List of Entities Searched by Houlihan Lokey

| Company | Company |
|---|---|
| Accenture, El Segundo | GKI Korea Development Limited |
| Accenture, Houston | Glennon, Lubeley, Vaughn & Walker, LLP, Reston |
| Accenture, Inc., San Francisco | Glg Partners LP |
| Accenture, Irving | Global Korea Investments Ltd. |
| Accenture, London | Global Principal Stategies Loans Inc. |
| Accenture, Maidenhead | Global Thai Property Fund |
| Accenture, Minneapolis | GM Canada Foreign Trust |
| Accenture, New York | Goldman, Sachs & Co. |
| Accenture, Reston | GRA Finance Corporation Ltd. |
| Accenture, San Jose | Greefield Commons/Aurora |
| Accenture, Southfield | Green Tree Servicing LLC |
| Accenture, Walnut Creek | Greenwich Capital Markets, Inc. |
| Account Temps | Greer & Walker, LLP, Charlotte |
| Advance Series Trust | Greg Georgas & Mark Grock |
| Aegis Finance LLC | Growth Partners Inc. |
| Aegis Financial Corp, Arlington | Guardian Life Insurance Company |
| Aegis, LLC, Boston | Guggenheim Concourse, L.P. |
| AETNA Life Insurance Company | H.O.P.E. Of Lee County Inc, Fort Myers |
| Aetna Life Insurance Company, Hartford | Hahn Loeser & Parks LLP |
| Aetna Loan  (1301 McCormick) | Hale Avenue Borrower LLC |
| AIG Annuity Insurance Company | Hanover Moving & Storage Co. Inc. |
| AIG Global Investment Corp. (Europe) Ltd, London | Harbert |
| Aig Global Investment Corporation | Harbinger Capital Partners |
| AIG Global Investment Group, Dallas | Harbinger Capital Partners Special Situations Fund LP |
| AIG Global Investment Group, Houston | Harland Lee & Associates, Marina Del Rey |
| AIG Global Investment Group, Inc., New York | Harrington, Bob & Eileen, Colchester |
| AIG Global Investment Group, New York | Harris County |
| Aig Global Real Estate Investment (Europe) Ltd, London | Hartford Life Insurance Company |
| ALFA Mutual Fire Insurance Company | Harvard Law School |
| Allen & Overy | Hatfield Philips International Limited |
| Allen & Overy Gaikoku Kyodo Jigyo Horitsu Jimusho, Minato-ku | Haworth Singapore PTE Ltd. |
| Allen & Overy LLP, London | Heil Heil Smart & Golee, Evanston |
| Allen & Overy LLP, New York | Heller Ehrman LLP |
| Allen & Overy, Amsterdam | Hellman, Lee, New York |
| Allen & Overy, Brussels | Henegan Construction Co., Inc. |
| Allen & Overy, Central | Henry J. Lee Distributors, Inc., Hanahan |
| Allen & Overy, Frankfurt am Main | Henry Kaufman & Company, Inc., New York |
| Allen & Overy, Madrid | Henry-Lee & Company, LLC, Chicago |
| Allen & Overy, Paris | Herrick & Feinstein |
| Allen & Overy, Warsaw | Hewlett Packard AP (HONG KONG) LIMITED |
| Allianz Life Insur Co N Amer, Minneapolis | HIGHWAY 20 CHEVRON |
| Allianz Life Insurance Company of North America | Hilliard Farber & Co., Inc. |
| Allstate Insurance Co. | Hills Funding One, Ltd. |
| Allstate Insurance Company, Corpus Christi | Hing Wa Lee, City of Industry |
| Allstate Insurance Company, Gilbert | Hoare Govett, Ltd. |
| Allstate Insurance Company, Irving | HSBC Bank |
| Allstate Insurance Company, New Brighton | HSBC Securities (USA) Inc. |
| Allstate Insurance Company, Scottsdale | Hua Nan Commercial Bank, Ltd |
| Alnwick Investments (UK) Limited | Hughes Hubbard |
| Alnwick Investments (UK) Ltd. Kingdom | Huhtamaki Van Leer (Chinet), Albertville |
| Alpha Mutual Fund SP Managment | Hunstman Corporation |
| Alverez & Marsal | Huntsman Corporation |
| Amber Capital Invesmtent Management | Huron Consulting Group, Inc. |
| Amber Capital Investment Management, New York | HWA 555 Owners, LLC |
| Ameren et al. | Hydrocarbon Capital II LLC |
| American Family Insurance (AFLAC), Eureka | IBM |
| American Family Life Assurance Company | IBM Corporation |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
|---|---|
| American Life Insurance Company | ICAP Securities Limited |
| American Life Insurance Company, Wilmington | IGI Resources |
| America's Development Foundation | IGS |
| Andrew & Kurth | IL Lombard Inc. |
| Anjarlekar & Associates | Illuminating |
| Anthony Victor Lomas | In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation |
| ANZ Banking Group Limited | In re Mirant Corporation Securities Litigation |
| Aol Time Warner Inc | In re Public Offering Antitrust Litigation (class action) |
| Aozora | In re Short Sale Antitrust Litigation |
| Aozora Bank | Independence Holding Co. |
| Appalachian Asset Management Corp. | Informal LBHI Bondholder Group |
| Arapahoe County Treasurer | Information Builders Inc. |
| Archipelago Holdings, Inc. | ING bank, FSB |
| Area Assignor Corp. | ING Investment LLC |
| Area Depository Corporation | Institutional Benchmarks |
| Area GP Corporation | Interactive Data Corp. |
| Aristos LLC | Interface Cable Assemblies and Services Corp. a/d/a ICAS |
| ARS | International Advisory Committee of the Federal Reserve Bank of |
| ARS Holdings I LLC | International Business Machines Corporation / IBM |
| ARS Holdings, Inc., Pittsburgh | Intralinks Inc |
| ASB L.L.C. | IntraLinks, Inc |
| Ashurst Morris Crisp | IntraLinks, Inc. |
| Ashurst Morris Crisp, Chiyoda-ku | Intuition Publishing |
| Ashurst Morris Crisp, London | Intuition Publishing, Inc. |
| Ashurst Morris Crisp, Madrid | Investment Committee of the International Monetary FUnd Staff |
| Ashurst Morris Crisp, New York | Investmento |
| AT&T | IPC Information Systems Inc. |
| AT&T Broadband, Englewood | IPO Class Actions |
| AT&T Broadband, Pittsburgh | Iris Software, Inc. |
| AT&T Cable Service, Pittsburgh | Iron Mountain Information Management |
| AT&T Canada, Inc., Mississauga | Ivanhoe Lan Pty Limited |
| AT&T Canada, Inc., Ottawa | J.P. Morgan Chase Bank, N.A. |
| AT&T Canada, Inc., Toronto | J.P. Morgan Securities Inc. |
| AT&T Center, San Antonio | Jackson National Life Insurance |
| AT&T Corp, Basking Ridge | Jarden Corporation |
| AT&T Corp, Vienna | JDJ Properties, Inc. |
| AT&T Corporation, Atlanta | Jet Aircraft Leasing Inc. |
| AT&T Corporation, Berkeley Heights | Jet Partners, LLC |
| AT&T Corporation, Chicago | JF Lehman Fund |
| AT&T Corporation, Englewood | JFM Aviation Once LLC |
| AT&T Corporation, Florham Park | John Hancock Investment Management Services |
| AT&T Corporation, Menlo Park | John Hancock Life Insurance Company |
| AT&T Corporation, Morristown | JP Morgan |
| AT&T Corporation, New York | Jp Morgan Chase & Co |
| AT&T Corporation, Pleasanton | JPMorgan Chase |
| AT&T Corporation, Staten Island | JQ Network PTD Limited |
| AT&T Corporation, Washington | Kayenta L.P. |
| AT&T FSAT, Greensboro | KBC Bank |
| AT&T Government Solutions, Vienna | Keane, Inc. |
| AT&T Illinois, Chicago | Kenilworth Investments Ltd. |
| AT&T Inc. | Kim & Chang |
| AT&T Labs, New Providence | Kingston Communications PLC |
| AT&T Latin America Corporation, Coral Gables | KM-I Real Estate Company VII |
| AT&T Latin America Corporation, Santiago | L.B.C. YK |
| AT&T Latin America Corporation, Washington | L.B.C. YK Hearn Street Holdings Limited |
| AT&T Long Distance, Dublin | Laminar Holdings LLC |
| AT&T Mobility, LLC, Atlanta | |

## Lehman Brothers Holdings Inc.
### List of Entities Searched by Houlihan Lokey

| Company |
| --- |
| AT&T Professional Services, Oakton |
| AT&T Ventures, Austin |
| At&T Wireless |
| AT&T Wireless Service, Jackson |
| AT&T WIRELESS SERVICES, INC. |
| AT&T Wireless Services, Inc., Artesia |
| AT&T Wireless Services, Inc., Chicago |
| AT&T Wireless Services, Inc., Dallas |
| AT&T Wireless Services, Inc., New York |
| AT&T Wireless, Cerritos |
| AT&T Wireless, Culver City |
| AT&T Wireless, Inc., Beltsville |
| AT&T, Alpharetta |
| AT&T, Bedminster |
| AT&T, Berkeley Heights |
| AT&T, Inc., San Antonio |
| Atlantic Council |
| Aurora Loan Services LLC |
| Australia and New Zealand Banking Group Limited |
| Australia National Bank |
| Automated Securities Clearance LLC |
| Automobile Club Insurance Association |
| Avaya Inc. |
| Avaya, Inc., Basking Ridge |
| Avaya, Inc., Bellevue |
| Avaya, Inc., Milpitas |
| Avaya, Inc., Northglenn |
| Avaya, Inc., San Francisco |
| Avaya, Inc., Uxbridge |
| Avenius, et al. v. Banc of America Securities LLC, et al. |
| AXA |
| AXA Advisors, LLC, Alpharetta |
| AXA Advisors, LLC, Atlanta |
| AXA Advisors, LLC, Bellevue |
| AXA Advisors, LLC, Dallas |
| AXA Advisors, LLC, Denver |
| AXA Advisors, LLC, Edison |
| AXA Advisors, LLC, Falls Church |
| AXA Advisors, LLC, Houston |
| AXA Advisors, LLC, Irvine |
| AXA Advisors, LLC, Los Angeles |
| AXA Advisors, LLC, Minneapolis |
| AXA Advisors, LLC, New York |
| AXA Advisors, LLC, Northbrook |
| AXA Advisors, LLC, San Diego |
| AXA Advisors, LLC, Woodbridge |
| AXA Advisors, LLC, Woodland Hills |
| AXA Advisors, LLC., Hinsdale |
| Axa Art Insurance Corporation, New York |
| AXA Corporate Solutions Assurance, Paris |
| AXA Equitable Life Assurance Company, New York |
| AXA Equitable Life Assurance Society, New York |
| AXA Equitable Life Insurance Company |
| AXA Financial, Inc., New York |
| AXA Group, Paris |
| AXA Insurance, London |
| AXA Investment Managers UK Ltd, London |

| Company |
| --- |
| Lancaster Office Cleaning Co. |
| Landamerica Financial Group, Inc. |
| Lazzard |
| LB 745 Leaseco I LLC |
| LB 745 LLC |
| LB Alberta Holdings Inc. |
| LB Alpha Finance Cayman Limited |
| LB Asia Insurance Company Ltd. |
| LB Asset Management Ltd. |
| LB Australia and Asia Investments Limited |
| LB Beta Finance Cayman Limited |
| LB Capital Investments Ltd. |
| LB Delta (Cayman) No I Ltd. |
| LB Delta (Cayman) No Ltd. |
| LB Delta Funding |
| LB GPS Lightfoot L.L.C. |
| LB Holdings Intermediate 2 Ltd LB I Group Inc. |
| LB Holdings Intermediate I Ltd. |
| LB Holdings Intermediate Ltd. |
| LB I Group Inc. |
| LB India holdings Cayman I Limited |
| LB India Holdings Cayman II Limited |
| LB India Holdings Mauritius I Limited |
| LB India Holdings Mauritius II Limited |
| LB India Holdings Mauritius III Limited |
| LB Investment Corp. Inc. |
| LB Investment Holding Company Limited |
| LB Investments (UK) Limited |
| LB Lease & Finance No. Ltd. |
| LB Leaseco I |
| LB Leasing Inc. |
| LB LLC |
| LB Lomond Investments Limited |
| LB Maritim Investor GmbH |
| LB Memphis Brownestone LLC |
| LB Military Housing LLC |
| LB Note Corp. |
| LB Ohana, LLC |
| LB Russia Holdings Inc. |
| LB Russia Holdings LLC |
| LB SF No. Ltd. |
| LB Skypower Inc. |
| LB SPV SCA |
| LB Trade Corp. |
| LB UK Financing Limited |
| LB UK RE RE Holdings Ltd. |
| LB Vin Co Inc. |
| LB3 GmbH |
| LBA Funding (Cayman) Limited |
| LBAC Holdings I Inc. |
| LBASC LLC |
| LBAYK |
| LBCCA Holdings I Inc. |
| LBCCA Holdings I LLC |
| LBCCA Holdings II Inc. |
| LBCCA Holdings II LLC |
| LBHK Funding (Cayman) No. 2 Ltd. |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
|---|---|
| AXA Investment Managers, Inc., Greenwich | LBHK Funding (Cayman) No. 4 Ltd. |
| AXA Investment Managers, New York | LBHK Funding (Cayman) No. I Ltd. |
| AXA Investment Managers, Paris La Defense | LBHK Funding (Cayman) No. Ltd. |
| Axa Life Insurance Company Limited, Minato-Ku | LB-NL Holding I Inc. |
| AXA Private Equity Germany GmbH, Frankfurt | LB-NL Holding L.P. |
| AXA Private Equity UK, London | LB-NL Holdings (Cayman) Limited |
| AXA Private Equity, New York | LB-NL U.S. Investor Inc. |
| AXA Private Equity, Paris | LBO Funding (Cayman) Limited |
| Axa Reim, London | LBO Investments Limited |
| Axa Rosenberg Global Services, LLC, Orinda | LBQ Funding (UK) |
| B P Corporation North America, Chicago | LBQ Hong Kong Funding Ltd. |
| Bader and Yakaitis P.S.P. and Trust, et al. v. Michael L. Ainslie, et al. | LBQ Hong Kong Services Limited |
| Bain & Company, Inc. | LBREP Lakeside SC Master I, LLC |
| Bain & Company, Inc., Atlanta | LBREP/L-SUNCAL MASTER I, LLC |
| Bain & Company, Inc., Boston | LBS Holdings SARL |
| Bain & Company, Inc., Central | LCP LTU LLC |
| Bain & Company, Inc., CHICAGO | LCPI Properties Inc. |
| Bain & Company, Inc., Chiyoda-ku | LCPI Properties Inv. |
| Bain & Company, Inc., Irving | Leesburg ACG LLC |
| Bain & Company, Inc., London | Lehman ABS Corporation |
| Bain & Company, Inc., Los Angeles | Lehman Aircraft Securitization Holdings LLC |
| Bain & Company, Inc., New York | Lehman ALI Inc. |
| Bain & Company, Inc., Ontario | Lehman Asset Backed Caps Inc. |
| Bain & Company, Inc., San Francisco | Lehman Brother (Israel) Inc. |
| Bain & Company, Inc., Toronto | Lehman Brother 1999 Venture GP Partnership L.P. |
| Bain & Company, Paris | Lehman Brother Venture Capital 2003 Partnership |
| Bain & Company, Rome | Lehman Brothers (PTG) Limited |
| Ballybunion Investments No. 2 Ltd. | Lehman Brothers (Spain) S.A. |
| Ballybunion Investments No. 3 Ltd. | Lehman Brothers 1999 Venture Managers' Partnership L.P. |
| Ballybunion Investments No. Ltd. | Lehman Brothers AIM Holding II LLC |
| Ballybunion Partnership | Lehman Brothers Alternative Investment Management LLC |
| Bamburgh Investments (UK) Ltd. | Lehman Brothers Argentina S.A. |
| Banctec Ltd. | Lehman Brothers Asia Capital Company |
| Banctec, Inc., Irving | Lehman Brothers Asia Capital Company Kong |
| Bank of America | Lehman Brothers Asia Holdings Limited |
| Bank of America Business Capital, Atlanta | Lehman Brothers Asia Limited |
| Bank of America Business Capital, Boston | Lehman Brothers Asia Pacific (Singapore) PTE. Ltd. |
| Bank of America Business Capital, Charlotte | Lehman Brothers Asset Management (Europe) Ltd. |
| Bank of America Business Capital, Chicago | Lehman Brothers Asset Management Asia, Inc. |
| Bank of America Business Capital, Cleveland | Lehman Brothers Asset Management France |
| Bank of America Business Capital, Dallas | Lehman Brothers Asset Management Inc. |
| Bank of America Business Capital, Denver | Lehman Brothers Asset Mangaement, LLC |
| Bank of America Business Capital, Glastonbury | Lehman Brothers Asset Securitization LLC |
| Bank of America Business Capital, Houston | Lehman Brothers Australia Granica PTY Limited |
| Bank of America Business Capital, Livonia | Lehman Brothers Australia Holdings PTY Limited |
| Bank of America Business Capital, Long Beach | Lehman Brothers Australia Limited |
| Bank of America Business Capital, Manakin Sabot | Lehman Brothers Bancorp Inc. |
| Bank of America Business Capital, New York | Lehman Brothers Bancorp UK Holdings Limited |
| Bank of America Business Capital, Pasadena | Lehman Brothers Bank, FSB |
| Bank of America Business Capital, Philadelphia | Lehman Brothers Bankhaus Aktiengesellschaft |
| Bank of America Business Capital, Providence | Lehman Brothers Canada Inc. |
| Bank of America Business Capital, Reading | Lehman Brothers Capital GmbH, Co. |
| Bank of America Business Capital, Southfield | Lehman Brothers Capital Partners I, L.P. |
| Bank of America Business Capital, Springfield | Lehman Brothers Capital Partners II, L.P. |
| Bank of America Business Capital, Toronto | Lehman Brothers Capital Partners IV, L.P. |
| Bank of America Business Capital, Waukesha | Lehman Brothers Capital Private Limited |
| Bank of America Capital Investors, Chicago | Lehman Brothers CDO 2003 L.P. |

## Lehman Brothers Holdings Inc.
## List of Entities Searched by Houlihan Lokey

| Company | Company |
|---|---|
| Bank of America Capital Management, Los Angeles | Lehman Brothers CDO 2004 L.P. |
| Bank of America Card Services, Wilmington | Lehman Brothers CDO Opportunities Partners 2004-2, L.P. |
| Bank of America Commercial Finance/Business Credit, Charlotte | Lehman Brothers Co-Investment Associates LLC |
| Bank of America Corporation | Lehman Brothers Commercial Bank |
| Bank of America Corporation, Albany | Lehman Brothers Commercial Corporation |
| Bank of America Corporation, Anaheim | Lehman Brothers Commercial Corporation Asia Limited |
| Bank of America Corporation, Atlanta | Lehman Brothers Commercial Mortgage K.K. |
| Bank of America Corporation, Austin | Lehman Brothers Commodity Service Inc. |
| Bank of America Corporation, Baltimore | Lehman Brothers Communications Partnership |
| Bank of America Corporation, Bangkok | Lehman Brothers de Chile, S.A. |
| Bank of America Corporation, Bethesda | Lehman Brothers de Venezuela C.A. |
| Bank of America Corporation, Beverly Hills | Lehman Brothers Derivative Fiance LLC |
| Bank of America Corporation, Boston | Lehman Brothers Derivative Products Inc. |
| Bank of America Corporation, Central | Lehman Brothers Diversified Private Equity Fund 2004, L.P. |
| Bank of America Corporation, Chattanooga | Lehman Brothers do Brasil Ltda |
| Bank of America Corporation, Chicago | Lehman Brothers Energy Canada, ULC |
| Bank of America Corporation, Cleveland | Lehman Brothers Equity Finance (Cayman) Limited |
| Bank Of America Corporation, Concord | Lehman Brothers Europe Inc. |
| Bank of America Corporation, Costa Mesa | Lehman Brothers Europe Limited |
| Bank of America Corporation, Dallas | Lehman Brothers European Mezzanine 2002 Associates L.P. |
| Bank of America Corporation, Fort Worth | Lehman Brothers European Mezzanine 2002 L.P. |
| Bank of America Corporation, Fresno | Lehman Brothers European Venture Capital Associates L.P. |
| Bank of America Corporation, Garden City | Lehman Brothers European Venture Capital L.P. |
| Bank of America Corporation, Glen Rock | Lehman Brothers Finance (Japan) Inc. |
| Bank of America Corporation, Greensboro | Lehman Brothers Finance S.A. |
| Bank of America Corporation, Greenwich | Lehman Brothers Financial Products Inc. |
| Bank of America Corporation, High Point | Lehman Brothers Fixed Income Securities Private Limited |
| Bank of America Corporation, Houston | Lehman Brothers Fund of Funds Associates L.P. |
| Bank of America Corporation, Irvine | Lehman Brothers Fund of Funds L.P. |
| Bank of America Corporation, Kansas City | Lehman Brothers Futures Asia Limited |
| Bank of America Corporation, Las Vegas | Lehman Brothers Futures Assets Management Corp. |
| Bank of America Corporation, London | Lehman Brothers Global Asset Management K.K. |
| Bank of America Corporation, Long Beach | Lehman Brothers Global Investments LLC |
| Bank of America Corporation, Los Angeles | Lehman Brothers Healthcare Venture Capital Associates L.P. |
| Bank of America Corporation, Manhattan Beach | Lehman Brothers Healthcare Venture Capital L.P. |
| Bank of America Corporation, Mexico City | Lehman Brothers Holdings Capital Trust IV |
| Bank of America Corporation, Miami | Lehman Brothers Holdings Inc. |
| Bank of America Corporation, Milwaukee | Lehman Brothers Holdings International Inc. |
| Bank of America Corporation, Monterey | Lehman Brothers Holdings Japan Inc. |
| Bank of America Corporation, New York | Lehman Brothers Holdings Plc. |
| Bank of America Corporation, Newport Beach | Lehman Brothers Holdings Scottish LP |
| Bank of America Corporation, Palo Alto | Lehman Brothers Hy Opportunities Inc. |
| Bank of America Corporation, Pasadena | Lehman Brothers Hy Opportunities Korea Inc. |
| Bank of America Corporation, Phoenix | Lehman Brothers Inc. |
| Bank of America Corporation, Pittsburgh | Lehman Brothers Inc., Atlanta |
| Bank of America Corporation, Portland | Lehman Brothers Inc., Bangkok |
| Bank of America Corporation, Princeton | Lehman Brothers Inc., Boston |
| Bank of America Corporation, Providence | Lehman Brothers Inc., Chicago |
| Bank of America Corporation, Richmond | Lehman Brothers Inc., Columbus |
| Bank of America Corporation, Ridgefield Pk | Lehman Brothers Inc., Dallas |
| Bank of America Corporation, Riverside | Lehman Brothers Inc., Houston |
| Bank of America Corporation, Rockville | Lehman Brothers Inc., Jersey City |
| Bank of America Corporation, Roseville | Lehman Brothers Inc., Los Angeles |
| Bank of America Corporation, Saint Louis | Lehman Brothers Inc., Menlo Park |
| Bank of America Corporation, San Antonio | Lehman Brothers Inc., Miami |
| Bank of America Corporation, San Diego | Lehman Brothers Inc., Minato-Ku |
| Bank of America Corporation, San Francisco | Lehman Brothers Inc., Mumbai |

## Lehman Brothers Holdings Inc.
### List of Entities Searched by Houlihan Lokey

| Company | Company |
| --- | --- |
| Bank of America Corporation, San Jose | Lehman Brothers Inc., New York |
| Bank of America Corporation, Seattle | Lehman Brothers Inc., Palm Beach |
| Bank of America Corporation, Stamford | Lehman Brothers Inc., Paris |
| Bank of America Corporation, Sunnyvale | Lehman Brothers Inc., San Francisco |
| Bank of America Corporation, Syracuse | Lehman Brothers Inc., Seattle |
| Bank of America Corporation, Tampa | Lehman Brothers Inc., Seoul |
| Bank of America Corporation, Toronto | Lehman Brothers Inc., Washington |
| Bank of America Corporation, Tyler | Lehman Brothers Insurance Agency L.L.C. |
| Bank of America Corporation, Washington | Lehman Brothers International (Europe) |
| Bank of America Corporation, Wilton | Lehman Brothers International Services, Inc. |
| Bank of America Corporation, Woodland Hills | Lehman Brothers Investment Holding Company Inc. |
| Bank of America Corporation, Yarmouth Port | Lehman Brothers Investment Korea Inc. |
| Bank of America Investment Securities, LLC, New York | Lehman Brothers Investment Management Asia Limited |
| Bank of America Investment Services, Inc., Pasadena | Lehman Brothers Investments PTE Ltd. |
| Bank of America Investment Services, Inc., Thousand Oaks | Lehman Brothers Japan Inc. |
| Bank of America NA, Los Angeles | Lehman Brothers LBO Inc. |
| Bank of America NA, Saint Louis | Lehman Brothers Limited |
| Bank of America NA, San Antonio | Lehman Brothers Luxembourg Investments Sarl |
| Bank of America Plaza STE 3500 | Lehman Brothers Management LLC |
| Bank of America Private Bank, Greenwich | Lehman Brothers MBG Associates III L.L.C. |
| Bank of America Private Bank, Los Angeles | Lehman Brothers MBG Associates L.P. |
| Bank of America Private Bank, New York | Lehman Brothers MBG Capital Partners 1998 ( C ) LP |
| Bank of America San Francisco Commercial Banking, San | Lehman Brothers MBG Finders 1999 (A) L.P. |
| Bank of America Securities LLC | Lehman Brothers MBG Finders 1999 (B) L.P. |
| Bank of America Securities, New York | Lehman Brothers MBG Finders 2000 (B) L.P. |
| Bank of America Specialty Group, Alpharetta | Lehman Brothers MBG Partners 1997 (A) L.P. |
| Bank of America, Agoura | Lehman Brothers MBG Partners 1997 (B) L.P. |
| Bank of America, Albany | Lehman Brothers MBG Partners 1998 ( C ) L.P. |
| Bank of America, Atlanta | Lehman Brothers MBG Partners 1998 (A) L.P. |
| Bank of America, Beaverton | Lehman Brothers MBG Partners 1998 (B) L.P. |
| Bank of America, Belvedere | Lehman Brothers MBG Partners 1999 ( C ) L.P. |
| Bank of America, Brooklyn | Lehman Brothers MBG Partners L.P. |
| Bank of America, Buenos Aries | Lehman Brothers MBG Venture Capital Partners 1997 |
| Bank of America, Charlotte | Lehman Brothers MBG Venture Capital Partners 1998 ( C ) L.P. |
| Bank of America, Chicago | Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P. |
| Bank of America, Columbia | Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P. |
| Bank of America, Costa Mesa | Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P. |
| Bank of America, Durham | Lehman Brothers MLP Associates, L.P. |
| Bank of America, Fort Lauderdale | Lehman Brothers MLP Partners, L.P. |
| Bank of America, Frankfurt am Main | Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd. |
| Bank of America, Hartford | Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd. |
| Bank of America, Lambertville | Lehman Brothers Offshore Diversified Private Equity Fund 2004, I |
| Bank of America, McLean | Lehman Brothers Offshore Investment Partnership L.P. |
| Bank of America, Minneapolis | Lehman Brothers Offshore Investment Partnership-Japan L.P. |
| Bank of America, N. A., Denver | Lehman Brothers Offshore Long/Short Fund, Ltd. |
| Bank of America, N.A, Los Angeles | Lehman Brothers Offshore Long/Short Master Fund Ltd. |
| Bank of America, NA, Bromley | Lehman Brothers Offshore Partners Ltd. |
| Bank of America, NA, Duluth | Lehman Brothers Offshore Partnership Account 2000/2001, L.P. |
| Bank of America, Nashville | Lehman Brothers Offshore Partnership GP 2000/2001 L.P. |
| Bank of America, New Haven | Lehman Brothers Offshore Real Estate Associates, Ltd. |
| Bank of America, New York | Lehman Brothers OTC Derivatives Inc. |
| Bank of America, Paris La Defense | Lehman Brothers Overseas Inc. |
| Bank of America, Pittsburgh | Lehman Brothers P.A. LLC |
| Bank of America, Portland | Lehman Brothers Pacific Holdings Pte. Ltd. |
| Bank of America, Providence | Lehman Brothers Participation Fund Associates, L.P. |
| Bank of America, Teaneck | Lehman Brothers Partnership GP 2000/2001 L.P. |
| Bank of America, Tulsa | Lehman Brothers Private Equity Advisers |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
| --- | --- |
| Bank of America, Vancouver | Lehman Brothers Private Equity Advisers L.L.C |
| Bank of China | Lehman Brothers Private Equity Funds |
| Bank of China (Hong Kong) Limited, Central | Lehman Brothers Private Fund Advisers LP |
| Bank of China Holding Ltd, New York | Lehman Brothers Private Fund Advisers LPD |
| Bank of China, Beijing | Lehman Brothers Private Fund Management LP |
| Bank of China, Los Angeles | Lehman Brothers Private Funds Investment Company GP, LLC |
| Bank of China, New York Branch | Lehman Brothers Private Funds Investment Company LP, LLC |
| Bank of New York Mellon | Lehman Brothers Secondary Fund of Funds Associates L.P. |
| Bank of Taiwan, New York Agency | Lehman Brothers Secondary Fund of Funds L.P. |
| Bank One Plaza | Lehman Brothers Securities Asia Limited |
| Banque Lehman Brothers S.A. | Lehman Brothers Securities N.V. |
| Barclays Capital Inc. | Lehman Brothers Securities Private Limited |
| Barclays Capital, Birmingham | Lehman Brothers Securities Taiwan Limited |
| Barclays Capital, Chicago | Lehman Brothers Services India Private Limited |
| Barclays Capital, Frankfurt am Main | Lehman Brothers Singapore PTE Ltd. |
| Barclays Capital, Inc., New York | Lehman Brothers South Asia Limited |
| Barclays Capital, Inc., San Francisco | Lehman Brothers South East Asia Investments PTE Limited |
| Barclays Capital, London | Lehman Brothers Spain Holdings Limited |
| Barclays Capital, Santa Monica | Lehman Brothers Special Financing Inc. |
| Barclays Global Fund Advisors | Lehman Brothers Sudamerica S.A. |
| Barclays Global Investors Japan Limited, Shibuya-ku | Lehman Brothers Treasury Co. B.V. |
| Barclays Global Investors, N.A., San Francisco | Lehman Brothers Trust Company of Delaware |
| Barclays Global Investors, New York | Lehman Brothers Trust Company, National Association |
| Bats Holdings, Inc. | Lehman Brothers U.K. Holdings (Delaware) Inc. |
| Bats Trading, Inc. | Lehman Brothers U.K. Holdings Ltd. |
| Bay Harbour Management LC | Lehman Brothers UK Investments Limited |
| Bay Harbour Management, LC, New York | Lehman Brothers Uruguay S.A. |
| Bay Harbour Master Ltd. | Lehman Brothers VC Partners L.P. |
| BBVA Gestion SA AGIIC (Spain) | Lehman Brothers Venture Associates Inc. |
| Best Karpet | Lehman Brothers Venture Bankers' Partnership L.P. |
| BHCO Master Ltd. | Lehman Brothers Venture Capital Partners I, L.P. |
| Bixen Limited | Lehman Brothers Venture GP Partnership L.P. |
| BK I Realty Inc. | Lehman Brothers Venture Partners L.P. |
| BK II Properties Inc. | Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH |
| BK III Properties Inc. | Lehman Capital Investments Ltd. |
| Blackrock Advisors | Lehman CMO Inc. |
| Blixen U.S.A. | Lehman Commercial Paper Inc. |
| Bloomberg Finance LP | Lehman Commerical Mortgage Conduit Ltd. |
| Bloomberg L.P. | Lehman Crossroads Corporate Investors II, LP |
| Bloomberg, LP, Chicago | Lehman Crossroads Corporate Investors, LP |
| Bloomberg, LP, New York | Lehman Crossroads Investment Advisers, LP |
| Bloomberg, LP, San Francisco | Lehman Crossroads Investment Company, LP |
| Bloomberg, LP, Skillman | Lehman Holdings Inc. Junior Subordinated |
| Bloomberg, LP, Washington | Lehman Holdings Inc. Subordinated  Debt |
| Blue Jay Realty Corporation | Lehman Insurance Company |
| Blue Way Finace Corporation U.A. | Lehman Loan Funding I LLC |
| BNC Holdings Inc. | Lehman Mortgage Company of Canada |
| BNP Paribas | Lehman Mortgage Holdings Canada I Inc. |
| BNP Paribas / AtisReal, Brussel | Lehman Mortgage Holdings Canada II Inc. |
| BNP Paribas Group, Paris | Lehman Municipal ABS Corp. |
| BNP Paribas Principal Investment, Paris Cedex 02 | Lehman OPC LLC |
| BNP Paribas Private Equity, Paris | Lehman Pass-Through Securities Inc. |
| Bnp Paribas Securities (Japan) Limited, Tokyo Branch, Chiyoda-Ku | Lehman Queens Center Inc. |
| BNP Paribas Securities Corp. | Lehman Queens Limited Inc. |
| BNP Paribas Structured Finance, Paris | Lehman Re Ltd. |
| BNP Paribas, Central | Lehman Realty & Development Corp. |
| BNP Paribas, Chicago | Lehman Receivables Corp. |

# Lehman Brothers Holdings Inc.
## List of Entities Searched by Houlihan Lokey

| Company | Company |
|---|---|
| BNP Paribas, Dallas | Lehman Repo |
| BNP Paribas, Frankfurt am Main | Lehman Risk Advisors Inc. |
| BNP Paribas, Genève | Lehman Risk Management, Inc. |
| BNP Paribas, Houston | Lehman Risk Services (Bermuda) Ltd. |
| BNP Paribas, London | Lehman Structured Assets Inc. |
| BNP Paribas, Los Angeles | Lehman Structured Securities Corp. |
| BNP Paribas, Munich | Lehman Syndicated Loan Funding Inc. |
| BNP Paribas, New York | Lehman Syndicated Loan Inc. |
| BNP Paribas, Paris | Lehman VIP Holdings Inc. |
| BNP Paribas, San Francisco | Lehman VIP Investment LDC |
| BNP Paribas, Toronto | Lewtan Technologies, Inc. |
| BNP Paribas-BNL, Roma | Liberty Corner Inc. |
| BNY ConvergEx | Liberty GP II Inc. |
| BNY ConvergEx Group LLC | Liberty National Life Insurance Company |
| Bny Convergex Group Llc & Eze Castle Software | Libro Companhia Secuitizadora de Creditos |
| BP Canada | LIBRO Holdings I Inc. |
| BP Energy | Lincoln Capital Fixed Income Mangement Company, LLC |
| BP North America | Linklaters |
| Brasstown Entrada I SCA | Linklaters, S.L. |
| Brasstown LLC | LiquidPoint |
| Brasstown Mansfield I SCA | Lloyds Bank |
| Breakaway Solutions Inc. | London & European Title Insurance Services Ltd. |
| Broadridge Securities Processing | London Borough of Tower Hamlets Rates |
| Bromley LLC | London Eastern Railway Limited |
| Brookson Corp. | Long Point Funding Pty Ltd. |
| Brookwood Energy & Properties Inc. | Longmeade Limited |
| BT Americas, Inc. | Loomis Sayles & Company L.P. |
| BT Americas, Inc., New York | Los Angeles City Employees' Retirement System |
| Caldwalader, Wickersham, and Taft | Louise Y.K. |
| Canadian Imperial Bank | LPGA |
| Canadian Imperial Bank of Commerce, New York | LPTG Inc. |
| Canary Warf Management Limited | LPTG LLC |
| Canope Credit Corp. | LUBS Inc. |
| Cantel AT&T, Toronto | Lunar Constellation Limited Partnership |
| Cantor Fitzgerald & Co. | LW-LP Properties Inc. |
| Cantor Fitzgerald & Company, New York | M&L Debt Investments Holdings Pty Limited |
| Cantor Fitzgerald, San Bruno | M&L Debt Investments Pty Limited |
| Capgemini Financial Services USA, Inc. | M. Brian Maher & Basil Maher |
| Capital Analytics II, LP | MABLE Commerical Funding Limited |
| Capital Analytics, Dallas | Mace Limited |
| Capital Research and Management | Mack-Cali Realty LP |
| Capital Research and Management Company, Los Angeles | Maewha K-STARS Ltd. |
| Capstone Mortgage Services Ltd. | Main Street Natural Gas, Inc. |
| Carnegie Institution of Washington | Marble Care |
| Carnegie Institution of Washington, Washington | Marcus Evans Television UK, London |
| Carrollton-Farmers Branch Independent School District | marcus evans, Kuala Lumpur |
| Cb Richard Ellis | Marty's Chevron |
| CB Richard Ellis Client Account RE Gloa | MARYVILLE CHEVRON |
| CB Richard Ellis Group, Inc., El Segundo | Mast Depositor Corp. |
| CB Richard Ellis Group, Inc., Los Angeles | Maureen Breakiron-Evans, C.P.A., Villanova |
| CB Richard Ellis Inc., Cleveland | MBAM Investor Ltd. |
| CB Richard Ellis Inc., Sacramento | MBR/GP Corp. |
| CB Richard Ellis Investors Holdings K.K., Minato-ku | McCaul, Martin, Evans & Cook, PC, Mechanicsville |
| CB Richard Ellis Investors Japan K.K., Minato-ku | McKee Nelson |
| CB Richard Ellis Investors, LLC, Los Angeles | McKee Nelson LLP |
| CB Richard Ellis K.K., Minato-ku | McKenna Long & Aldridge LLP |
| CB Richard Ellis Limited, London | McLennan County |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
|---|---|
| CB Richard Ellis Real Estate Srvices, Saint Louis | MCPR Unit V LP, S.E. c/o MCPR Unit R LP |
| Cb Richard Ellis Senior Housing Services, San Diego | Medical Liability Mutual Insurance Company |
| CB Richard Ellis Whitter Partners, Boston | Meridian |
| CB Richard Ellis, Atlanta | Meridian Comp Of New York, Inc. D/B/A CHD Meridian Healthca |
| CB Richard Ellis, Commerce | Meridian IT, Inc. |
| CB Richard Ellis, Dallas | Merit, LLC |
| CB Richard Ellis, Fort Lauderdale | Merrill Lynch |
| CB Richard Ellis, Greenwood Village | Merrill Lynch Governmental Securities Inc. |
| CB Richard Ellis, Inc., Anaheim | MetLife |
| CB Richard Ellis, Inc., Atlanta | Metlife Insurance Company of Connecticut |
| CB Richard Ellis, Inc., Bannockburn | Metro Realty Corporation |
| CB Richard Ellis, Inc., Boston | Metropolitan Life Insurance |
| CB Richard Ellis, Inc., Chicago | Metropolitan West Capital Managment |
| CB Richard Ellis, Inc., Dallas | Mette, Evans & Woodside, Harrisburg |
| CB Richard Ellis, Inc., East Brunswick | Meyer, Orlando & Evans, PC, Houston |
| CB Richard Ellis, Inc., El Segundo | MGM Mirage |
| CB Richard Ellis, Inc., Foster City | Mgm Mirage Inc |
| CB Richard Ellis, Inc., Greenville | MGM Mirage/MGM |
| CB Richard Ellis, Inc., Honolulu | Michael John Andrew Jervis |
| CB Richard Ellis, Inc., Houston | Microsoft Corporation |
| CB Richard Ellis, Inc., Los Angeles | Microsoft Licensing |
| CB Richard Ellis, Inc., Mc Lean | Microsoft Licensing, GP |
| CB Richard Ellis, Inc., Minneapolis | MICT Limited |
| CB Richard Ellis, Inc., New York | Middlefield Park Associates |
| CB Richard Ellis, Inc., Newport Beach | Midwest Realty Advisors, LLC |
| CB Richard Ellis, Inc., Oak Brook | Millennium De Investimentos Imobiliarios LTDA |
| CB Richard Ellis, Inc., Ontario | Millennium Developers PVT LTD |
| CB Richard Ellis, Inc., Paramus | Mirant Corporation |
| Cb Richard Ellis, Inc., Philadelphia | Misys IQ LLC |
| CB Richard Ellis, Inc., Salt Lake City | Mizuho Corporate Bank Ltd. |
| CB Richard Ellis, Inc., San Diego | Mizuho Securities USA Inc. |
| CB Richard Ellis, Inc., San Francisco | MJH Wacker LLC |
| CB Richard Ellis, Inc., San Jose | MMP Funding Corp. |
| CB Richard Ellis, Inc., Stamford | Monarch Centre Associates, LLC |
| CB Richard Ellis, Inc., Toronto | Monument Realty LLC |
| CB Richard Ellis, Inc., Universal City | Moody's Investors Service |
| CB Richard Ellis, Inc., Washington | Morgan Stanley & Co. |
| CB Richard Ellis, Los Angeles | Morgan Stanley & Co. Incorporated |
| CB Richard Ellis, Miami | Morganberry Corporation |
| CB Richard Ellis, Minneapolis | Morris, Laing, Evans, Brock & Kennedy, Chartered, Wichita |
| CB Richard Ellis, New York | Morse Group Limited |
| CB Richard Ellis, Orlando | Morse Services Holdings Limited |
| CB Richard Ellis, S.A., Madrid | Motors Insurance Corp. |
| CB Richard Ellis, Tampa | MSS Distressed & Opportunites 2 |
| CB Richard Ellis, Washington | MSTD, Inc. |
| CD Representative | Nai Harn Hotel I Company Limited |
| CD Representative, L.C. | Nale Trust |
| CDW Direct LLC | National Australian Bank |
| Central Funding Corporation | National Bank of Australia |
| Centrale Attivita Finanziarie SPA | National Bank of Canada |
| Chevron Natural Gas | National Commerce Bank |
| CHEVRON-THE NEW CHAPPARAL | NATIXIS Asset Managment Advisors |
| Chicago Board Options Exchange, Inc. | Naval Academy Foundation |
| Chuo Mitsui Trust & Banking | Net One Systems |
| CIBC World Market | Network Appliance |
| CIBC World Markets Corporation, New York | Neuberger & Berman Agency, Inc. |
| CIBC World Markets Inc. | Neuberger Berman Asset Management, LLC |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
|---|---|
| CIBC World Markets, Chicago | Neuberger Berman Inc. |
| CIBC World Markets, Houston | Neuberger Berman Investments Services, LLC |
| CIBC World Markets, London | Neuberger Berman Management Inc. |
| CIBC World Markets, LOS ANGELES | Neuberger Berman Pty Ltd. |
| CIBC World Markets, Menlo Park | Neuberger Berman, LLC |
| CIBC World Markets, New York | New Centruy Finance Co., Ltd. |
| CIBC World Markets, Newport Beach | Newark Poperties One Inc. |
| CIBC World Markets, San Francisco | Nexity Investment Partnership L.P. |
| CIBC World Markets, Singapore | Nippon Life Insurance Co. |
| CIBC World Markets, Sydney | NL Funding, L.P. |
| CIBC World Markets, Toronto | NL GP Inc. |
| CIBC World Markets, White Rock | Normandy Hill Capital, LP |
| CIMT Limited | NORTH EAST COMMUNICATIONS |
| Cingular Wireless, LLC, Redmond | NORTH EAST TRANSFER, INC. |
| Cisco System Capital Corporation / Cisco Systems, Inc./ Cisco | NorthEast |
| Citibank N.A. Hong Kong Branch | NORTHEAST ARBORISTS TREE & LANDSCAPE COR |
| Citibank N.A. Hong Kong Branch Financial Institutions Group of Asia | Northeast Community SD |
| Citibank N.A., Shinagawa-Ku | NORTHEAST DESIGN, INC. |
| Citibank N.A., Syosset | NORTHEAST FOREST PRODUCTS CORP. |
| Citibank NA, Kolkata | NORTHEAST LTD., T/A TRACY TRANSPORT |
| Citibank, N.A., Beverly Hills | Northeast Mississippi Community College |
| Citibank, N.A., Doral | Northgate Minerals Corporation |
| Citibank, N.A., McLean | Northstar Equipment Leasing Income Inc. |
| Citibank, N.A., New York | Northwest Mutual Life Insurance Company |
| Citibank, N.A., Rockville | NORTHWEST TIMBERLINE CHEVRON |
| Citibank, NA | NPC Inc. |
| Citibank, NA, Jakarta | NPD Group Inc. |
| Citibank, NA, London | NYSE Euronext, Inc. |
| Citibank, NA, New York | NYSE Market, Inc. |
| Citibank, NA, Sherman Oaks | O.M.B. Limited Partner |
| Citibank, NA, Sioux Falls | Occidental Energy Marketing, Inc. |
| Citibank, NA, Uniondale | OCI Holdings Limited |
| Citigroup Global Commercial Banking, New York | Office Depot Inc. |
| Citigroup Global Markets Asia Limited, Central | Office of Thrift Supervision |
| Citigroup Global Markets Inc. | Office of Thrift Supervision, Northeast Region |
| Citigroup Global Markets Inc., Fort Worth | OOO Lehman Brothers |
| Citigroup Global Markets Inc., Palo Alto | Opal Finance Holdings Ireland Limited |
| Citigroup Global Markets Limited, Paris | Oppenheimer Funds, Inc. |
| Citigroup Global Markets, Frankfurt | Origin HR Consulting Limited |
| Citigroup Global Markets, Inc., Beverly Hills | OSD Corp. |
| Citigroup Global Markets, Inc., Boston | Overstock.com, Inc., et al. v. Morgan Stanley & Co., Inc., et al. |
| Citigroup Global Markets, Inc., Chicago | PAC Aircraft Management Inc. |
| Citigroup Global Markets, Inc., Dallas | Pacific |
| Citigroup Global Markets, Inc., Folsom | Palm Beach Centre 1, LLC |
| Citigroup Global Markets, Inc., Los Angeles | Paul Weiss |
| Citigroup Global Markets, Inc., New York | PB GPS Lightfoot L.L.C. |
| Citigroup Global Markets, Inc., Orange | Pentaring Inc. Long Point Funding Pty Ltd. |
| Citigroup Global Markets, Inc., Palo Alto | Pentaring, Inc. |
| Citigroup Global Markets, Inc., Philadelphia | Pew Partnership for Civic Change |
| Citigroup Global Markets, San Francisco | Phillips Hager & North Investment Management |
| Citigroup Inc | Phuket Hotel 1 Holdings Company Limited |
| Citigroup Inc., New York | Pike International Y.K. |
| Citigroup, Brussels | PIMCO Advisors LP |
| Citigroup, Central | PIMCO Funds Global Investors |
| Citigroup, Inc. | Pindar Pty Ltd. |
| Citigroup, Inc., Greenwich | Plumbers and Pipefitters National Pension Fund |
| Citigroup, Inc., New York | Police & Fire Pension |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
|---|---|
| Citigroup, Irving | Portfolio Services LLC |
| Citigroup, Jakarta | Portfolio Trust |
| Citigroup, London | Portsmouth Investment Company Pty Ltd. |
| Citigroup, Long Island City | Preferred Group Limited |
| Citigroup, New York | Preferred Holdings Limited |
| Citigroup, Rockville | Preferred Mortgages Limited |
| Citigroup, Stockholm | Pricewaterhouse Coopers |
| Citigroup, Washington | Pricoa Relocation UK Limited |
| Citigroup, Zurich | Principal Life Insurance |
| City of Cleveland, Cleveland | Principal TransactionsInc. |
| City of Cleveland, Ohio | Property Asset Management Inc. |
| CLARK WHEATLAND CHEVRON | Prudential Financial Inc. |
| Clarks Summit I, LLC | Prudential Insurance Company of America |
| Clarks Summit II, LLC | Pursuit Capital Partners Master |
| Clearbridge Advisors, LLC | Pursuit Capital Partners Master (Cayman) Ltd. |
| Clifford Chance | Pursuit Opportunity Fund I Master Ltd. |
| Clifford Chance Law Office, Minato-ku | Pursuit Partners |
| Clifford Chance Limited Liability Partnership, London | QP80 Real Estate Services Inc. |
| Clifford Chance LLP, Beijing | Quality Pork Partners, Inc. |
| Clifford Chance LLP, Duesseldorf | Quinn Emanuel |
| Clifford Chance LLP, Munich | Real Estate Investors Inc. |
| Clifford Chance Pünder, Berlin | Real Estate Private Equity Inc. |
| Clifford Chance Punder, Brussels | Real Estate Services I Inc. |
| Clifford Chance US LLP | Real Estate Services VII Inc. |
| Clifford Chance US, LLP, Los Angeles | Reform |
| Clifford Chance US, LLP, New York | Reliance Energy E&P, LLC |
| Clifford Chance US, LLP, Palo Alto | Reliance Globalcom Services, Inc. |
| Clifford Chance US, LLP, Washington | Rentokil |
| Clifford Chance, Amsterdam | REPE LBREP II LLC |
| Clifford Chance, Bangkok | REPE LBREP III LLC |
| Clifford Chance, Central | Republic Waste |
| Clifford Chance, Frankfurt | Research Analyst Independence Litigations |
| Clifford Chance, Italy, Rome | Resetfan Limited |
| Clifford Chance, London | Resetfan Limited Capstone Mortgage Services Ltd. |
| Clifford Chance, Madrid | Retirement Plan |
| Clifford Chance, Moscow | Reuters America Inc. |
| Clifford Chance, Paris | Reuters Ltd |
| Clifford Chance, Roma | Revival Holdings Limited |
| Clifford Chance, Sao Paulo | RIBCO LLC |
| Cohort Investment Limited | RIBCO SPC, Inc. |
| Collexis Holdings, Inc. | Riversource Life Insurance Company |
| Collins Building Services, Inc. | RMC |
| Collins Building Services, Inc., New York | Rock Hill Real Estate, Inc. |
| Column Financial\Credit Suisse, Plano | Rockefeller Center Management Corporation |
| Commonwealth Ave. Inc. | Rockefeller Center North, Inc. |
| Commonwealth Bank of Australia, London | Rockefeller Group Development Corporation |
| Commonwealth Bank of Australia, New York | Rock-Forty Ninth LLC, Rockefeller Center et al. |
| Commonwealth Bank of Australia, Sydney | Royal Bank of America, New York |
| Commonwealth Bank of Australia, Tokyo Branch | Royal Bank of Scotland |
| Community Trust Bancorp Inc. | RR Donnelley & Sons |
| Community Trust Bancorp, Inc., Pikeville | Sage Partners, LLC |
| Companies | Sagent Advisors, New York |
| Compucenter (UK) Ltd. | SAIL Investor Pte Ltd. |
| Compucenter, SA, Madrid | Sambar Properties Inc. |
| Con Edison | San Diego - Frazee, LLC |
| Constellation Place, LLC | SAP Argentina S.A., Ciudad De Buenos Aires |
| Consultatio Inversora S.A. | Sargent & Berman, Los Angeles |

## Lehman Brothers Holdings Inc.
### List of Entities Searched by Houlihan Lokey

| Company |
| --- |
| Continental Casualty Company |
| Continental Casualty Company, Chicago |
| Corporate Park Associates |
| Correctnet, Hauppauge |
| CorrectNet, Inc. |
| Council for Excellence in Government |
| Council for Excellence in Government, Washington |
| CP1 Real Estate Services Inc. |
| CP4 Real Estate Services Inc. |
| Credit Suisse |
| Credit Suisse (Brasil) SA, Sao Paulo |
| Credit Suisse (UK) Limited, London |
| Credit Suisse (USA), Inc., Atlanta |
| Credit Suisse (USA), Inc., Boston |
| Credit Suisse (USA), Inc., Chicago |
| Credit Suisse (USA), Inc., Dallas |
| Credit Suisse (USA), Inc., Houston |
| Credit Suisse (USA), Inc., Irvine |
| Credit Suisse (USA), Inc., Palo Alto |
| Credit Suisse (USA), Inc., San Francisco |
| Credit Suisse Asia International (Cayman) Limited, Taipei |
| Credit Suisse Asset Management, LLC, New York |
| Credit Suisse First Boston Securities (Japan) Limited, Minato-ku |
| Credit Suisse Hong Kong, Central |
| Credit Suisse International, Frankfurt am Main |
| Credit Suisse International, London |
| Credit Suisse Private Banking, West Conshohocken |
| Credit Suisse Private Equity, New York |
| Credit Suisse Private Equity, Zürich |
| Credit Suisse Securities (Canada), Inc., Montreal |
| Credit Suisse Securities (Canada), Inc., Toronto |
| Credit Suisse Securities (Europe) Limited, London |
| Credit Suisse Securities (Europe) Limited, Milan |
| Credit Suisse Securities (Europe) Limited, Paris |
| Credit Suisse Securities (USA) LLC |
| Credit Suisse Securities (Usa) LLC, New York |
| Credit Suisse Securities LLC, Baltimore |
| Credit Suisse Securities USA LLC, Los Angeles |
| Credit Suisse Securities USA, LLC, New York |
| Credit Suisse Securities, LLC, Chicago |
| Credit Suisse Securities, LLC, Dallas |
| Credit Suisse Securities, LLC, San Francisco |
| Credit Suisse Servicios SA de CV, Chapultepec Polanco |
| Credit Suisse, Dubai |
| Credit Suisse, Frankfurt |
| Credit Suisse, George Town |
| Credit Suisse, Global Energy Group |
| Credit Suisse, San Francisco |
| Credit Suisse, St. Petersburg |
| Crescent TC Investors LP |
| CT Tower Investments Inc. |
| Cushman & Wakefield Healey & Baker, London |
| Cushman & Wakefield of California, Inc., Oakland |
| Cushman & Wakefield of California, San Diego |
| Cushman & Wakefield of Georgia, Inc., Atlanta |
| Cushman & Wakefield, Denver |
| Cushman & Wakefield, Frankfurt |

| Company |
| --- |
| Sargent & Berman, Santa Monica |
| Sargent & Greenleaf, Nicholasville |
| Sargent & Lundy Engineers, Chicago |
| Sargent Aerospace, Inc., Miami |
| Sargent Controls, Tucson |
| Sargent Electric Company, Pittsburgh |
| Sargent Fletcher Company, El Monte |
| Sargent Manufacturing Company, New Haven |
| Sargent Trucking, Inc., Mars Hill |
| Sargento Foods, Inc., Plymouth |
| SASCO ARC Corporation |
| Schlessinger Media USA, Wynnewood |
| Schlessinger, Evan, Los Angeles |
| Scranzay, Inc. |
| SECOND AVENUE CHEVRON |
| Security Assurance Advisers, LP |
| Sedway Group, a CB Richard Ellis Co., San Francisco |
| Select Asset Inc. |
| Selma-Dallas County Chamber of Commerce, Selma |
| Senior Income Fund Inc. |
| Serafino Investments Pty Limited |
| Services |
| Shareholders of Novastar Financial, Inc. |
| Shearson Lehman Brothers Capital Partners II, L.P. |
| Shearson Lehman Hutton Capital Partners II |
| Shinkin Central Bank |
| Shinsei Bank Ltd. |
| Sidley Austin |
| Simpson Thacher & Bartlett LLP |
| Singapore Investment Corporation PTD, Ltd. |
| Sirti Argentina, Buenos Aires |
| Skratook LLC |
| SkyPower Corporation |
| Small Business Assets I LLC |
| SMBC |
| SMBC Capital Markets |
| Smith Barney Citigroup Global Markets Inc, Honolulu |
| Smith Barney Citigroup Global Markets, Inc., Boston |
| Societe Generale |
| SOGKI Development Inc. |
| Solvay Chemicals Sector - Detergent, Brussels |
| Sony Corporation |
| Sorgenti & Associates, Moorestown |
| Sorgenti & Associates, Philadelphia |
| Southern Pacific Funding |
| Southern Pacific Funding 5 Ltd. |
| Southern Pacific Mortgage Limited |
| SP4 190 S. LaSalle, L.P. |
| SPML Mortgage Funding Limited |
| Stamford Investment Realty Inc. |
| Standard & Poors |
| Standard & Poors Corp. |
| Standard Chartered Bank |
| Stanley Convergent Security Solutions, Inc., Norcross |
| State Street |
| Statler Arms Garage LLC |
| Steingass |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
| --- | --- |
| Cushman & Wakefield, Inc., Addison | Steven Anthony Pearson |
| Cushman & Wakefield, Inc., Atlanta | STEVEN PEARSON, INDIVIDUALLY |
| Cushman & Wakefield, Inc., Boston | Stewart & Stevenson LLC |
| Cushman & Wakefield, Inc., Chicago | Stockholm Investments Limited |
| Cushman & Wakefield, Inc., East Rutherford | Storm Funding Ltd. |
| Cushman & Wakefield, Inc., Los Angeles | Storm Funding Ltd. Lehman (Cayman Islands) Ltd. |
| Cushman & Wakefield, Inc., Miami | Stratagent Life Sciences, San Jose |
| Cushman & Wakefield, Inc., New York | STRAUTUS I Inc. |
| Cushman & Wakefield, Inc., Newark | Structure Asset Securities Corporation II |
| Cushman & Wakefield, Inc., Philadelphia | Structure Consulting Group, LLC |
| Cushman & Wakefield, Inc., Portland | Structure Tone Inc. |
| Cushman & Wakefield, Inc., Rosemont | Structured Asset Securities Corporation |
| Cushman & Wakefield, Inc., San Francisco | Structured Options Inc. |
| Cushman & Wakefield, Inc., San Jose | STUIE CORP.. |
| Cushman & Wakefield, Inc., Washington | SuccessFactors, Inc. |
| Cushman & Wakefield, Inc., Woodland Hills | Sumitomo Mitsubishi Banking Corp |
| Cushman & Wakefield, Irvine | Sumitomo Mitsui Banking Corp. |
| Cushman & Wakefield, Ontario | Sumitomo Mitsui Brussels Branch |
| Cushman & Wakefield, Stamford | Summit System, Inc. |
| Cushman and Wakefield, Inc. | Sun Life Assure Co. of Canada |
| Cushman Wakefield vs Robinson | Sun Microsystems, Inc. |
| Customer Asset Protection | SunGard |
| CW Lending II Limited | Sungard Data Systems Inc |
| Daiwa Securities America Inc. | Sungard Securities Finance Inc. |
| Daiwa Securities America, Inc., Los Angeles | Sunrise Finance Co., Ltd. |
| Daiwa Securities America, Inc., New York | Sunward Intelligent, Changsha |
| Dallas County | Svenska Handelsbanken |
| Dallas County Community College District, Dallas | Svenska Handelsbanken AB |
| Dallas County Hospital District, Dallas | Swapswire Limited |
| Dan Yoram Schwarzmann | Swedbank |
| Danske Bank | Syngenta AG, Basel |
| Danske Bank, London | Syngenta Corporation, Frazer |
| Danske Bank, New York | Syngenta Corporation, Wilmington |
| David Rockefeller Center for Latin American Studies at Harvard | Syngenta Crop Protection, Inc., Greensboro |
| David's Chevron | Syngenta Seeds, Inc., Minneapolis |
| Davis Polk & Wardwell | Syngenta, Schwarzwaldallee |
| Davis Polk & Wardwell, Beijing | T. Rowe Price Associates |
| Davis Polk & Wardwell, Madrid | Taipei Fubon Bank, New York Agency |
| Davis, Polk & Wardwell, Central | TAL Europe, LLC |
| Davis, Polk & Wardwell, London | Tallus |
| Davis, Polk & Wardwell, Menlo Park | TANGLEWILDE CHEVRON |
| Davis, Polk & Wardwell, Minato-ku | Tarrant County |
| Davis, Polk & Wardwell, New York | Tata Consultancy Services |
| Davis, Polk & Wardwell, Washington | TD Security |
| Davis, Polk and Wardwell | Teachers Insurance and Annuity Association |
| DCI Umbrella FUnd PLC | Telwares, Inc. |
| Dell Marketing L.P. | Thacher Proffitt & Wood LLP |
| Deloitte & Touch USA LLP | Thayer |
| Deloitte & Touche Corporate Finance LLC, Birmingham | Thayer Group Limited |
| Deloitte & Touche Corporate Finance LLC, New York | Thayer Properties (Jersey) Ltd. |
| Deloitte & Touche GmbH, Dusseldorf | Thayer Properties Limited |
| Deloitte & Touche LLC, London | The Bank of New York |
| Deloitte & Touche LLC, Shenzhen | The Bank of New York Mellon Corp. as indenture trustee under the |
| Deloitte & Touche LLP, San Juan | The Bank of New York Mellon Corporation, London |
| Deloitte & Touche LLP, Southampton | The Bank of New York Mellon, Los Angeles |
| Deloitte & Touche Private Clients Ltd, Cambridge | The Bank of New York Mellon, Pittsburgh |
| Deloitte & Touche Tax Tech, LLC, Deerfield | The Bank of New York Trust Company, N.A., Atlanta |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
|---|---|
| Deloitte & Touche USA LLP, Washington | The Bank of New York Trust Company, N.A., Dallas |
| Deloitte & Touche, Amsterdam | The Bank of New York Trust Company, N.A., Houston |
| Deloitte & Touche, Buenos Aires | The Bank of New York Trust Company, NA, New Albany |
| Deloitte & Touche, Leeds | The Bank of Nova Scotia |
| Deloitte & Touche, LLP, Ann Arbor | The Bank of Nova Scotia, Singapore Branch |
| Deloitte & Touche, LLP, Atlanta | The Bank of NY Mellon |
| Deloitte & Touche, LLP, Austin | The British Land Company PLC |
| Deloitte & Touche, LLP, Baltimore | The Broadway Group |
| Deloitte & Touche, LLP, Beijing | The Chicago Board Options Exchange, Chicago |
| Deloitte & Touche, LLP, Birmingham | The Chuo Mitsui Trust And Banking Company, Limited, Minato-K |
| Deloitte & Touche, LLP, Boise | The Hess Corporation |
| Deloitte & Touche, LLP, Boston | The Irvine Company |
| Deloitte & Touche, LLP, Charlotte | The Joint Administrators of the Lehman European Group Administ |
| Deloitte & Touche, LLP, Chicago | The Liverpool Limited Partnership |
| Deloitte & Touche, LLP, Cincinnati | The Main Office Mangement Company, LP |
| Deloitte & Touche, LLP, Cleveland | The Posse Foundation |
| Deloitte & Touche, LLP, Columbus | The Royal Bank of Scotland, PLC |
| Deloitte & Touche, LLP, Costa Mesa | The Ryland Group, Inc. |
| Deloitte & Touche, LLP, Dallas | The St. Joe Company |
| Deloitte & Touche, LLP, Davenport | The Vanguard Group |
| Deloitte & Touche, LLP, Dayton | The Walt Disney Company/ Disney |
| Deloitte & Touche, LLP, Denver | Thompson Financial |
| Deloitte & Touche, LLP, Des Moines | Thomson Reuters Plc & Thomson Reuters Corp. |
| Deloitte & Touche, LLP, Detroit | Thrivent Financial for Lutherans |
| Deloitte & Touche, LLP, Fort Lauderdale | Thrupoint Inc |
| Deloitte & Touche, LLP, Fresno | ThruPoint, Inc. |
| Deloitte & Touche, LLP, Grand Rapids | TIBCO Software, Inc. |
| Deloitte & Touche, LLP, Greenville | Time Warner |
| Deloitte & Touche, LLP, Guelph | Time Warner Telecom Inc |
| Deloitte & Touche, LLP, Hartford | TMIC Limited |
| Deloitte & Touche, LLP, Hermitage | Toronto-Dominion Bank |
| Deloitte & Touche, LLP, Honolulu | Townsend Analytics Japan ltd. |
| Deloitte & Touche, LLP, Houston | Townsend Analytics, Ltd. |
| Deloitte & Touche, LLP, Indianapolis | Tradeweb Markets LLC |
| Deloitte & Touche, LLP, Jacksonville | Training the Streets, Inc. |
| Deloitte & Touche, LLP, Jericho | Transamerica Life Insurance Company |
| Deloitte & Touche, LLP, Kansas City | TransCanada Pipelines Limited |
| Deloitte & Touche, LLP, Las Vegas | Trophy Hunter Investments Ltd. |
| Deloitte & Touche, LLP, Little Rock | TX Tower Inc. |
| Deloitte & Touche, LLP, London | U.S. Trust, Bank of America Private Wealth Management, Los |
| Deloitte & Touche, LLP, Los Angeles | UBS Financial Services |
| Deloitte & Touche, LLP, Louisville | UBS Financial Services of Puerto Rico |
| Deloitte & Touche, LLP, McLean | UBS International Inc. |
| Deloitte & Touche, LLP, Memphis | UBS Investment Bank |
| Deloitte & Touche, LLP, Miami | UBS Investment KAG |
| Deloitte & Touche, LLP, Midland | UBS Securities LLC |
| Deloitte & Touche, LLP, Milwaukee | UFJ Bank Limited |
| Deloitte & Touche, LLP, Minneapolis | United Parcel Service, Inc./UPS |
| Deloitte & Touche, LLP, Munich | United States - Indices |
| Deloitte & Touche, LLP, Nashville | United States Cellular |
| Deloitte & Touche, LLP, Oakland | United States Environmental Services |
| Deloitte & Touche, LLP, Omaha | United States Medical Supply, Inc. |
| Deloitte & Touche, LLP, Orlando | United States Steel Corporation |
| Deloitte & Touche, LLP, Parsippany | University |
| Deloitte & Touche, LLP, Philadelphia | Vail Resorts |
| Deloitte & Touche, LLP, Phoenix | Vail Resorts Inc. |
| Deloitte & Touche, LLP, Pittsburgh | Van Kampen Asset Management |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company | Company |
|---|---|
| Deloitte & Touche, LLP, Portland | Vanderbilt University |
| Deloitte & Touche, LLP, Raleigh | Vanguard Group Incorporated |
| Deloitte & Touche, LLP, Rancho Cordova | Verizon Communications Inc. |
| Deloitte & Touche, LLP, Reno | Vertex Mortgage Services |
| Deloitte & Touche, LLP, Richmond | Virtx |
| Deloitte & Touche, LLP, Rochester | W.R. Grace & Co. |
| Deloitte & Touche, LLP, Saint Louis | WA-Columbia Center Property LLC |
| Deloitte & Touche, LLP, Salt Lake City | Walt Disney Company |
| Deloitte & Touche, LLP, San Antonio | Washington Mutual Bank |
| Deloitte & Touche, LLP, San Diego | Washington Mutual, Inc. |
| Deloitte & Touche, LLP, San Francisco | WCCV |
| Deloitte & Touche, LLP, San Jose | Weight Watchers |
| Deloitte & Touche, LLP, Seattle | Weight Watchers International Inc. |
| Deloitte & Touche, LLP, Stamford | Weight Watchers.Com Inc |
| Deloitte & Touche, LLP, Sydney | Weil Gotshal |
| Deloitte & Touche, LLP, Tampa | Wells Fargo & Co. |
| Deloitte & Touche, LLP, Tulsa | Wells Fargo Bank, NA |
| Deloitte & Touche, LLP, Vancouver | West Dover, LLC |
| Deloitte & Touche, LLP, Washington | Western Asset Managment Company |
| Deloitte & Touche, LLP, West Palm Beach | Westridge Capital |
| Deloitte & Touche, LLP, Wilton | Wharf Reinsurance Inc. |
| Deloitte & Touche, LLP, Woodland Hills | White & Case |
| Deloitte & Touche, Madrid | Wilmington Trust Company |
| Deloitte & Touche, Munich | Wilmington Trust FSB |
| Deloitte & Touche, Naperville | WILSONVILLE CHEVRON |
| Deloitte & Touche, Neuilly-Sur-Seine | WIPRO Infotech Enterprise Solutions |
| Deloitte & Touche, Niagara Falls | Woori-LB Fifth Asset Securitization Specialty Co., Ltd. |
| Deloitte & Touche, Nottingham | Woori-LB First Asset Securitization Specialty Co., Ltd. |
| Deloitte & Touche, Prague | Woori-LB Fourth Asset Securitization Specialty Co., Ltd. |
| Deloitte & Touche, St. Albans | Woori-LB Sixth Asset Securitization Specialty Co., Ltd. |
| Deloitte & Touche, Villeurbanne | WPGH, LLC |
| Demann | Wright and Dynoil Refining LLC |
| Deutsche Bank Securities Inc. | Y.K. Park Funding |
| Deutsche Borsche AG | Y.K. Tower Funding |
| Dimension Data | York |
| Dimont Corporation | YXIME |
| Direct Energy Business LLC | ZKB (Zurcher Kantonalbank) |
| Direct Energy LLC | Zurich American Insurance Company |
| Diversified Credit Investments LLC as agent for the Government of Division Water | |
| DL Mortgage Corp. | |
| DLA Piper | |
| DnB NOR Bank ASA | |
| DRA Management, Inc. | |
| Dresdner Kleinwort Group Holdings LLC | |
| Dresdner Kleinwort Securities LLC | |
| Drowst Trading, LLC | |
| Dun & Bradstreet | |
| Dynamo Invesmtnes Ltd. | |
| Eagle Energy Management, LLC | |
| Eagle Energy Partners I, L.P. | |
| East Dover Limited | |
| Eastrich No. 167 Corporation | |
| Edibrook Corp. | |
| EHMD, LLC | |
| EHP/GP Inc. | |
| Eldon Street Holdings Limited | |

**Lehman Brothers Holdings Inc.**
**List of Entities Searched by Houlihan Lokey**

| Company |
| --- |
| Elliot Associates, L.P. |
| Elliot International L.P. |
| Elliott Associates, L.P. c/o Odyssea Marine, Inc. |
| Elliott international. L.P. c/o Odyssea Marine Inc |
| ELQ Holdings |
| ELQ Hypothekan N.V. |
| Elyo Services Limited |
| Embarcadero Aircraft Sec Trust 2000-1 |
| Embarcadero Aircraft Securitization Trust |
| EMC Corporation |
| Engineers-Employees Construction Industry Retirement Trust/Saginaw |
| Entrada II Sarl |
| EQL Holding B.V. |
| Equipment Management Inc. |
| Equity Strategies Loans LLC |
| Equity Strategy Loans LLC |
| Erin Asset |

| Company |
| --- |
| **Individuals** |
| Alex Kirk |
| Christian Meissner |
| Christopher O'Mera |
| David Goldfarb |
| Eric Felder |
| Erin Callen |
| George Walker |
| Gerald A. Donini |
| Henry Kaufman |
| Herbert McDade III |
| Hugh McGee III |
| Hyung S. Lee |
| Ian T. Lowitt |
| Jasjit S. Bhattal |
| Jerry A. Grundhofer |
| John D. Macomber |
| John F. Akers |
| Marsha Johnson Evans |
| Michael Geband |
| Michael L. Ainslie |
| Riccardo Banchetti |
| Richard S. Fuld, Jr. |
| Rogers S. Berlind |
| Roland A. Hernandez |
| Scott J. Freidheim |
| Sir Christopher Gent |
| Stephen M. Lessing |
| Thomas H. Cruikshank |

**Lehman Brothers Holdings Inc.**
**Parties in Interest to Whom Houlihan Has Provided Services**

| Client | Job Code | End Date(s) |
|---|---|---|
| Aetna Life Insurance Company | Solvency Opinion | Apr-02 |
| AIG Global Investment Group, Inc. | Purchase Price Allocation | Feb-06 |
| AIG Global Investment Group, Inc. | Tax | Jun-06 |
| AT&T Canada, Inc. | Creditor Advisors | Jul-04 |
| AXA Investment Managers | Fairness | Feb-99 |
| AXA Private Equity | Buyer Representation | Dec-05 |
| Banctec, Inc. | Stock Option Valuation | Apr-06 |
| Banctec, Inc. | Purchase Price Allocation | Jun-06 |
| Banctec, Inc. | Stock Option Valuation | Sep-07 |
| Banctec, Inc. | Purchase Price Allocation | Jul-08 |
| Bank of America | ESOP Fairness | Jun-00 |
| Bank of America | Creditor Advisors | Mar-02 |
| Bank of America | ESOP Update | Jun-02 |
| Bank of America | Consulting | Oct-02 |
| Bank of America | Non-Transaction Based Opinion | Mar-03 |
| Bank of America | ESOP Update | May-03 |
| Bank of America | ESOP Update | Mar-04 |
| Bank of America | ESOP Update | Jul-04 |
| Bank of America | ESOP Update | Jun-05 |
| Bank of America | ESOP Update | Sep-05 |
| Bank of America | ESOP Fairness | Jan-06 |
| Bank of America | ESOP Update | Apr-06 |
| Bank of America Business Capital | Collateral Valuation | Nov-00 |
| Bank of America Business Capital | Non-Transaction Based Opinion | Mar-01 |
| Bank of America Business Capital | Non-Transaction Based Opinions | Mar-02 |
| Bank of America Business Capital | Collateral Valuation | May-02 |
| Bank of America Business Capital | Non-Transaction Based Opinions | Jun-02 |
| Bank of America Business Capital | Collateral Valuation | Sep-02 |
| Bank of America Business Capital | Collateral Valuation | Jan-04 |
| Bank of America Corporation | Non-Transaction Based Opinion | Apr-02 |
| Bank of America Corporation | Non-Transaction Based Opinion | Sep-04 |
| Bank of America Corporation | Creditor Advisors | Mar-07 |
| Barclays Global Investors, N.A. | Portfolio Valuation | May-05 |
| Barclays Global Investors, N.A. | Portfolio Valuation | Aug-05 |
| Barclays Global Investors, N.A. | Portfolio Valuation | Feb-06 |
| Bloomberg, LP | Purchase Price Allocation | Ongoing |
| Bloomberg, LP | Estate & Gift Tax | Ongoing |
| Bloomberg, LP | Solvency | Ongoing |
| CB Richard Ellis Group, Inc. | Non-Transaction Based Opinion | Jul-02 |
| CB Richard Ellis Group, Inc. | Consulting | Dec-03 |
| CB Richard Ellis Group, Inc. | Non-Transaction Based Opinion | Mar-04 |
| CB Richard Ellis Group, Inc. | Non-Transaction Based Opinion | Apr-05 |
| CB Richard Ellis Investors Holdings K.K. | Non-Transaction Based Opinion | Ongoing |
| Citigroup | Portfolio Valuation | Ongoing |
| CitiStreet, LLC | Fairness | Apr-02 |
| Con-Way, Inc. | Goodwill Impairment | Apr-02 |
| Con-Way, Inc. | ESOP Update | Oct-02 |
| Con-Way, Inc. | ESOP Update | Jul-03 |
| Cowen Capital Partners LLC | Transaction Based Opinion | May-08 |
| Credit Suisse Securities USA, LLC | Consulting | Nov-00 |
| Credit Suisse Securities USA, LLC | Creditor Advisors | May-03 |
| Credit Suisse Securities USA, LLC | Creditor Advisors | Jul-07 |
| Cushman Wakefield vs Robinson | Litigation | Aug-93 |
| Deloitte & Touche LLC | Portfolio Valuation | Jul-08 |
| Deloitte & Touche LLC | Portfolio Valuation | Ongoing |
| Deloitte & Touche LLC | Portfolio Valuation | Ongoing |
| Deutsche Bank Securities, Inc. | Collateral Valuation | Mar-02 |
| Deutsche Bank Securities, Inc. | Transaction Based Opinion | Mar-04 |
| Dun & Bradstreet, Inc. | Transaction Based Opinion | Mar-04 |
| Dun & Bradstreet, Inc. | Solvency | Ongoing |
| Eagle Energy Management LLC | Fairness | Apr-08 |
| EMC | Purchase Price Allocation | Mar-02 |
| EMC | Purchase Price Allocation | May-02 |
| EMC | Goodwill Impairment | Mar-03 |
| EMC | Goodwill Impairment | Nov-03 |
| EMC Corporation | Tax | Jul-07 |
| Fannie Mae | Portfolio Valuation | Dec-04 |
| Fannie Mae | Portfolio Valuation | Apr-07 |
| Federal Home Loan Marketing Corporation | Non-Transaction Based Opinion | Jan-06 |
| Goldman Sachs & Co. | M&A Sellside | Oct-03 |
| Goldman Sachs & Co. | Estate & Gift Tax | Feb-04 |
| Goldman Sachs & Co. | Non-Transaction Based Opinion | Apr-04 |
| Goldman Sachs & Co. | Estate & Gift Tax | Jun-04 |
| Goldman Sachs & Co. | General Financial Advisory | Oct-04 |
| Goldman Sachs & Co. | Non-Transaction Based Opinion | Mar-05 |

**Lehman Brothers Holdings Inc.**
**Parties in Interest to Whom Houlihan Has Provided Services**

| Client | Job Code | End Date(s) |
|---|---|---|
| Goldman Sachs & Co. | Consulting | Jun-05 |
| Goldman Sachs & Co. | Estate & Gift Tax | Mar-06 |
| Goldman Sachs & Co. | Creditor Advisors | Mar-07 |
| Goldman Sachs & Co. | Tax | Mar-08 |
| Goldman Sachs & Co. | Transfer Pricing | Apr-08 |
| Goldman Sachs & Co. | Portfolio Valuation | Ongoing |
| Goldman Sachs & Co. | Portfolio Valuation | Ongoing |
| Goldman Sachs & Co. | Transfer Pricing | Ongoing |
| Goldman Sachs & Co. | Transfer Pricing | Ongoing |
| Goldman Sachs & Co. | Creditor Advisors | Ongoing |
| Goldman Sachs & Co. | Portfolio Valuation | Ongoing |
| Goldman Sachs International | Creditor Advisors | Aug-07 |
| Harbinger Capital Partners | M&A Buyside | May-08 |
| Harbinger Capital Partners | Client Advisors | Ongoing |
| Herrick, Feinstein, LLP | Estate & Gift Tax | Ongoing |
| Hewlett-Packard Company | Consulting | Dec-99 |
| Hilliard Farber | General Financial Advisory | Sep-98 |
| HSBC Bank USA | ESOP Fairness | May-02 |
| HSBC Bank USA | ESOP Update | Jul-02 |
| HSBC Bank USA | ESOP Update | Jul-02 |
| HSBC Bank USA | Purchase Price Allocation | Oct-02 |
| HSBC Bank, PLC | Transaction Based Opinion | Sep-04 |
| HSBC Bank, PLC | Transaction Based Opinion | Oct-04 |
| IPC Information Systems | Solvency | Apr-98 |
| Iron Mountain Information Ser. | Solvency | Dec-90 |
| Jarden Corporation | Exclusive Sale | Mar-02 |
| Jarden Corporation | Purchase Price Allocation | Jun-07 |
| Jarden Corporation | Purchase Price Allocation | Ongoing |
| Jarden Corporation | Purchase Price Allocation | Ongoing |
| Jarden Corporation | Goodwill Impairment | Ongoing |
| Jarden Corporation | Purchase Price Allocation | Ongoing |
| JPMorgan Chase | Exclusive Sale | Aug-07 |
| JPMorgan Chase Bank | Fairness | Mar-06 |
| JPMorgan Chase Bank | Fairness | Sep-06 |
| JPMorgan Chase Bank | Creditor Advisors | Dec-06 |
| JPMorgan Chase Bank, N.A. | Non-Transaction Based Opinion | Jul-03 |
| JPMorgan Chase Bank, N.A. | Tax | Aug-04 |
| JPMorgan Securities, Inc. | Exclusive Sale | Sep-08 |
| JPMorgan Securities, Inc. | Transaction Based Opinion | Ongoing |
| KPMG, LLP | Purchase Price Allocation | Nov-00 |
| Lazard Freres & Company, LLC | Non-Transaction Based Opinion | Jun-00 |
| Lehman Brothers Inc. | Creditor Advisors | Aug-03 |
| Lehman Brothers Inc. | M&A Sellside | Oct-03 |
| Lehman Brothers Inc. | Fairness | Mar-08 |
| Luskin, Stern & Eisler LLP | Collateral Valuation | Oct-02 |
| Merrill Lynch & Company | ESOP Fairness | Jul-99 |
| Merrill Lynch & Company, Inc. | Litigation | Ongoing |
| Merrill Lynch & Company, Inc. | Derivatives/Risk Management | Ongoing |
| Merrill Lynch & Company, Inc. | Litigation | Ongoing |
| MetLife | Transaction Based Opinion | Sep-03 |
| Mirant Corporation | Creditor Advisors | Dec-06 |
| Morgan Stanley | Solvency | Mar-08 |
| Morgan Stanley & Company International, Ltd. | Fairness | Oct-00 |
| PricewaterhouseCoopers, LLP | Estate & Gift Tax | Mar-04 |
| Prudential Financial, Inc. | General Financial Advisory | Jun-91 |
| Prudential Financial, Inc. | Litigation | Dec-96 |
| Prudential Financial, Inc. | Fairness | Sep-97 |
| Prudential Financial, Inc. | Fairness | Sep-97 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Jan-98 |
| Prudential Financial, Inc. | Fairness | Apr-98 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Apr-98 |
| Prudential Financial, Inc. | Fairness | May-98 |
| Prudential Financial, Inc. | Fairness | Jul-98 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Aug-98 |
| Prudential Financial, Inc. | Fairness | Sep-98 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Oct-98 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Oct-99 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Nov-99 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Oct-02 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Oct-03 |
| Prudential Financial, Inc. | Non-Transaction Based Opinion | Apr-05 |
| Quinn Emanuel Urquhart Oliver & Hedges | Litigation | Sep-08 |
| Real Estate Services, Ltd. | Non-Transaction Based Opinion | Jun-04 |
| Sherson Lehman | Litigation | Dec-93 |
| Sidley & Austin (Meyerhoff) | Litigation | Sep-92 |

**Lehman Brothers Holdings Inc.**
**Parties in Interest to Whom Houlihan Has Provided Services**

| Client | Job Code | End Date(s) |
|---|---|---|
| Sidley & Austin (Meyerhoff) | Litigation | Oct-93 |
| Sidley Austin LLP | Non-Transaction Based Opinion | Apr-00 |
| Sidley Austin LLP | Tax | Jul-01 |
| Sidley Austin LLP | Debtor Advisors | Apr-02 |
| Sidley Austin LLP | Litigation | Oct-02 |
| Sidley Austin LLP | Non-Transaction Based Opinion | Apr-07 |
| Simpson Thacher & Bartlett | Creditor Advisors | Aug-01 |
| Simpson Thacher & Bartlett | Creditor Advisors | Apr-02 |
| Simpson Thacher & Bartlett | Solvency | Jan-04 |
| Societe Generale | Non-Transaction Based Opinion | Ongoing |
| Societe Generale | Non-Transaction Based Opinion | Ongoing |
| Standard Chartered Bank | General Financial Advisory | Jun-02 |
| State Street Bank & Trust Company | Creditor Advisors | Mar-01 |
| State Street Bank & Trust Company | Creditor Advisors | Apr-02 |
| State Street Bank & Trust Company | General Financial Advisory | Apr-02 |
| State Street Bank & Trust Company | ESOP Update | Apr-02 |
| State Street Bank & Trust Company | ESOP Fairness | May-02 |
| State Street Global Advisors | ESOP Fairness | Mar-02 |
| State Street Global Advisors | ESOP Update | May-03 |
| State Street Global Advisors | Transaction Based Opinion | Dec-03 |
| Thacher, Proffitt & Wood | Litigation | May-98 |
| The Bank of New York | Portfolio Valuation | Ongoing |
| The Bank of New York | Debtor Advisors | Ongoing |
| The Royal Bank of Scotland (RBS) | Tax | Apr-04 |
| The Royal Bank of Scotland (RBS) | Non-Transaction Based Opinion | Jul-04 |
| The Royal Bank of Scotland (RBS) | Non-Transaction Based Opinion | Nov-05 |
| TIBCO Software, Inc. | Purchase Price Allocation | Dec-00 |
| TIBCO Software, Inc. | Consulting | May-02 |
| TIBCO Software, Inc. | Non-Transaction Based Opinion | Jun-02 |
| TIBCO Software, Inc. | Purchase Price Allocation | Jul-02 |
| Time Warner, Inc. | Litigation | Sep-99 |
| Time Warner, Inc. | Non-Transaction Based Opinion | Apr-02 |
| Triana Energy, Inc. | Purchase Price Allocation | Mar-04 |
| UBS Securities LLC | Collateral Valuation | Ongoing |
| United States Army Mgmnt(AMEC) | Consulting | Dec-96 |
| United States Leather, Inc. | Debtor Advisors | Aug-02 |
| United States Manufacturing | Tax | Mar-96 |
| United States Manufacturing | Consulting | Jan-98 |
| United States Steel Corporation | Fairness | Dec-04 |
| United States Steel Corporation | General Financial Advisory | Dec-05 |
| United States Trust Company, N.A. | ESOP Update | May-02 |
| United States Trust Company, N.A. | ESOP Update | Nov-02 |
| United States Trust Company, N.A. | ESOP Update | Feb-04 |
| United States Trust Company, N.A. | ESOP Update | Apr-04 |
| United States Trust Company, N.A. | ESOP Update | May-06 |
| United States Trust Company, N.A. | ESOP Update | Apr-07 |
| United States Trust Company, N.A. | ESOP Update | Apr-08 |
| United States Trust Company, N.A. | ESOP Update | Ongoing |
| US Trust Company, NA | Fairness | May-02 |
| US Trust Company, NA | Solvency | Oct-02 |
| Vail Resorts, Inc. | Fairness | Apr-05 |
| Vail Resorts, Inc. | Fairness | Jul-07 |
| Verizon Communications Inc. | Solvency | Ongoing |
| Verizon Communications, Inc. | Creditor Advisors | Nov-02 |
| Verizon Communications, Inc. | Solvency | Feb-07 |
| W.R. Grace & Company | Solvency | May-04 |
| Weil, Gotshal & Manges LLP | Creditor Advisors | Feb-05 |
| Wells Fargo | Creditor Advisors | Apr-02 |
| White & Case, LLP | Transaction Based Opinion | Sep-00 |
| White & Case, LLP | Non-Transaction Based Opinion | Feb-01 |
| White & Case, LLP | Non-Transaction Based Opinion | Mar-02 |
| White & Case, LLP | Transaction Based Opinion | May-02 |
| White & Case, LLP | Non-Transaction Based Opinion | Sep-02 |
| Wilmington Trust Company | Non-Transaction Based Opinion | Nov-04 |

## Lehman Brothers Holdings Inc.

### Parties in Interest with whom Orix Finance has an Outstanding Non-Controlling Investment

| Entity Name | Asset Type |
| --- | --- |
| MGM Mirage Inc. | Bond |
| Bank of New York Convergex Group LLC & Exe Castle Software | Loan |
| Bank of New York Convergex Group LLC & Exe Castle Software | Loan |
| Bank of New York Convergex Group LLC & Exe Castle Software | Loan |
| United States Steel Corporation | Lease |
| Bank of New York Convergex Group LLC & Exe Castle Software | Loan |
| United States Steel Corporation | Lease |
| Intralinks, Inc. | Loan |
| Bank of America | Other |
| JP Morgan Chase & Co. | Other |
| Bank of New York Convergex Group LLC & Exe Castle Software | Loan |
| Intralinks, Inc. | Loan |
| MGM Mirage Inc. | Bond |
| Citigroup Inc. | Bond |
| United States Environmental Services | Loan |
| Bank of America | Bond |
| JP Morgan Chase & Co. | Bond |

**Lehman Brothers Holdings Inc.**

**Current Houlihan Advisory Engagement with Lehman Involvement**

| Client | Houlihan Role | Current Lehman Role |
|---|---|---|
| Scotia Pacific | Advisor to Ad Hoc Noteholder Committee | Member of Steering Committee of Secured Lenders |
| Velocity Express | Company Advisor | Holder of $12.89 million of bonds (position may have been sold to Barclays or liquidated by JP Morgan Chase) |
| Allied Defense Group | Company Advisor | Holder of $0.8 million of bonds (position may have been sold to Barclays or liquidated by JP Morgan Chase) |
| Ospraie Management | Portfolio Valuation | Lehman Private Equity has a 20% ownership interest |
| Tropicana Entertainment LLC | Secured Creditor Advisor | R3 is a member of the group that holds secured debt against one of Tropicana's entities |
| Seychelles Government | Government advisor | Lehman may have a $120 million claim, but Lehman could not confirm pre-filing if it was the actual beneficial holder of the claim |
| Gate Gourmet | Advisor to Ad Hoc Shareholder Committee | Lehman Brothers International (Europe) was a Committee member with an estimated 4.0% equity ownership position in Gate Gourmet *(Lehman is not an active Committee meber)* |
| Project LASER | Company Advisor | Lehman Commercial Paper Inc. holds Euro 4.0 million and US$2.0 million of the company's Term Loan B and Term Loan C.  The company has total debt of Euro 850 million. |
| Monday Properties *(Real Estate client)* | Consulting; Strategic Alternatives | Houlihan Lokey's services will consist of assisting the Board of Directors or management of the Company in: (a) undertaking, in consultation with members of management, a study and analysis of the business, operations, real estate assets, financial condition and prospects of the Company; and (b) reviewing, with members of management, the Company's financial plans and analyzing the Company's strategic plans and business alternatives, including whether or not the Company should enter into one or more transactions.  Monday Properties has a Lehman bridge equity interest, a joint investment with Lehman and a limited partnership position with LBREP. Lehman is also a guarantor and counter-party on an interest swap agreement. |

## Lehman Brothers Holdings Inc.
## Current Employees with Lehman Stock Ownership

| Employee | Lehman Holdings |
|---|---|
| Tanja Aalto | owns 6,700 shares |
| Femi Badeji | |
| Cynthia Bush | |
| Asher Cohen | |
| Ashton (Jarrett) Davies | |
| Francois Faure | ex-Lehman employee, member of the pension fund |
| Rajiv Harjani | owns 150 shares |
| Jordan Martel | |
| Hayes Olofson | |
| William Smith | owns 1 share |
| Jim Zukin | owns 10,000 shares |

**EXHIBIT B**



# HOULIHAN LOKEY

<u>***Confidential***</u>

As of September 17, 2008

The Official Committee (the "Committee") of Unsecured Creditors
of Lehman Brothers Holdings Inc.
and its affiliated debtors and debtors-in-possession
(the "Debtors") in care of the Chair of the Committee

To The Official Committee of Unsecured Creditors:

This letter agreement (this "Agreement") confirms the terms under which the Committee has engaged Houlihan Lokey Howard & Zukin Capital, Inc. ("Houlihan Lokey"), effective as of the date indicated above (the "Effective Date"), to provide financial advisory and investment banking services to the Committee in connection with the Debtors' Chapter 11 cases (the "Cases"), which are pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

1. **Services**. Pursuant to its engagement by the Committee, Houlihan Lokey's services will consist of, if appropriate and if requested by the Committee:

   a) Analyzing business plans and forecasts of the Debtors;

   b) Evaluating the assets and liabilities of the Debtors;

   c) Assessing the financial issues and options concerning (i) the sale of the Debtors, either in whole or in part, (ii) the sale of any or all assets of the Debtors, (iii) the sale, either in whole or in part; of any non-debtor affiliates of the Debtors or any assets of such non-debtors, and (iv) the Debtors' chapter 11 plan(s) of reorganization or liquidation or any other chapter 11 plan(s);

   d) Analyzing and reviewing the financial and operating statements of the Debtors and non-debtor affiliates;

   e) Assisting in the review of claims and with the reconciliation, estimation, settlement, and litigation with respect thereto;

   f) Assisting the Committee in identifying potential alternative sources of liquidity in connection with any debtor-in-possession financing, any chapter 11 plan(s) or otherwise;

   g) Representing the Committee in negotiations with the Debtors and third parties with respect to any of the foregoing;

The Official Committee of Unsecured
Creditors of **Lehman Brothers Holdings Inc.**
As of September 17, 2008
Page 2

h) Providing such financial analyses as the Committee may require in connection with the Cases;

i) Providing testimony in court on behalf of the Committee with respect to any of the foregoing, if necessary; and

j) Providing such other financial advisory and investment banking services as may be agreed upon by Houlihan Lokey and the Committee, provided however, that if the Debtors, the Committee and Houlihan Lokey agree that Houlihan Lokey shall act as the lead investment banker for any sale of Debtor or non-debtor assets, or procurement of financing for same, or provide any other services for any Debtor or non-Debtor affiliate, Houlihan Lokey shall be entitled to customary fees for such activities as may be agreed to by the parties and such fees shall be in addition to any other fee payable pursuant to this Agreement.

2.    **Committee Engagement**.    Neither the Committee, its constituents, nor any of its advisors or professionals (including, but not limited to, counsel to the Committee ("Committee Counsel")), shall be liable for the fees, expenses or other amounts payable to Houlihan Lokey hereunder.  Houlihan Lokey is providing its services as the financial advisor to the Committee, and is not providing any services on behalf of the individual members of the Committee.  To the extent any issue arises as to the scope, nature or substance of Houlihan Lokey's analysis, Houlihan Lokey and the Committee, with the advice of Committee Counsel, shall in good faith work to mutually resolve such issue.    At the direction of Committee Counsel, certain communication and correspondence between Houlihan Lokey and the Committee, and work product and analyses prepared by Houlihan Lokey for the Committee in connection with this matter, will be considered in preparation for litigation regarding the restructuring of the Debtors, and accordingly will be subject to the attorney-client privilege and work-product privilege between Houlihan Lokey, Committee Counsel and the Committee.

3.    **Fees and Expenses.**    In consideration of Houlihan Lokey's acceptance of this engagement and performance of services pursuant to this Agreement, the Debtors shall pay the following:

(i) *Monthly Fees*:  Houlihan Lokey shall be paid in advance a nonrefundable cash fee of $500,000 per month for the first 6 months, commencing as of the Effective Date and $400,000 for each month thereafter ("Monthly Fee").  The first payment shall be made upon the approval of this Agreement by the Bankruptcy Court and shall be in respect of the period from the Effective Date through the month in which payment is made (and, therefore, may be equal to more than one monthly payment).  Thereafter, payment of the Monthly Fee shall be on every monthly anniversary of the Effective Date during the term of this Agreement.  Each Monthly Fee shall be earned upon Houlihan Lokey's receipt thereof in consideration of Houlihan Lokey accepting this engagement and performing services as described herein; and

(ii) *Deferred Fee*:  In addition to the other fees provided for herein, the Debtors (and any successors thereof) shall pay and distribute to Houlihan Lokey deferred fees (the "Deferred Fees") equal to 0.05% of the first $30 Billion of Unsecured Recoveries (as defined below) and 0.035% of all Unsecured Recoveries in excess of $30 Billion.

Each Deferred Fee shall be paid as and when each payment or distribution is made to any unsecured creditor of the Debtors and shall be paid to Houlihan Lokey in the same consideration to be received by such creditor(s) (including, without limitation, cash, notes, rights, options, trust certificates, equity or other

The Official Committee of Unsecured
Creditors of **Lehman Brothers Holdings Inc.**
As of September 17, 2008
Page 3

contractual rights or property) or, at the option of the Committee and with the consent of the Debtors and Houlihan Lokey, in cash.

For purposes hereof, "Unsecured Recoveries" shall mean any consideration or distribution of any kind or in any form whatsoever paid to, or received or retained by, any unsecured creditor of any Debtor, or to any reserve or escrow for the benefit of any allowed, disputed or contingent unsecured claim against any Debtor, whether distributed pursuant to any plan of reorganization, plan of liquidation, as an interim or other distribution during these Cases or otherwise following the termination or conversion of all or any of these Cases to one or more cases under Chapter 7 of the Bankruptcy Code or otherwise.

For purposes of determining when the $30 Billion threshold has been met, or for determining cash fees to be paid to Houlihan Lokey when such fees are not paid in the same consideration as paid to creditors, non-cash consideration shall be valued as follows: (I) if the value of such non-cash consideration is disclosed in a court approved disclosure statement in support of any plan of reorganization or plan of liquidation or other disclosure to creditors of the Debtors approved by the Bankruptcy Court, the value of such non-cash consideration shall be as so disclosed in such disclosure statement; (II) if such non-cash consideration includes publicly-traded debt, equity or commodity securities, the value of such securities shall be calculated based on the weighted average of the last sale or closing price for the ten trading days immediately prior to the relevant distribution date; or (III) if such non-cash consideration cannot be valued under clauses (I) or (II), Houlihan Lokey will prepare a valuation of such non-cash consideration, and Houlihan Lokey and the Committee will mutually agree on a fair valuation thereof for the purposes of calculating the Deferred Fee; provided that, if the Committee and Houlihan Lokey are unable to agree on the value of such non-cash consideration, then the Bankruptcy Court will determine the value of such non-cash consideration and such decision will be final and binding on the Committee and Houlihan Lokey.

4.     **Term and Termination.**   In the event that (a) the Committee's application for employment of Houlihan Lokey under Sections 328(a) and 1103 of Title 11, United States Code (11 U.S.C. §§ 101 et seq.) (the "Bankruptcy Code") is not granted by the Bankruptcy Court or (b) the form of the order entered by the Bankruptcy Court granting such employment application is not acceptable to Houlihan Lokey in its sole discretion, Houlihan Lokey may terminate this Agreement immediately.  Otherwise, this Agreement may be terminated at any time after the second (2nd) anniversary of the Effective Date by either Houlihan Lokey or the Committee upon thirty days prior written notice to the other party.  The expiration or termination of this Agreement shall not affect (i) any provision of this Agreement other than Sections 1 and 3 (i) and (ii) Houlihan Lokey's right to receive, and the Debtors' obligation to pay, all Deferred Fees (including Deferred Fees on Unsecured Recoveries distributed following the termination date) and any and all other fees, expenses and other amounts due hereunder, as more fully set forth in this Agreement.

5.     **Reasonableness of Fees.**   The parties acknowledge that a substantial professional commitment of time and effort will be required of Houlihan Lokey and its professionals hereunder, and that such commitment may foreclose other opportunities for the firm.  Moreover, the actual time and commitment required for the engagement may vary substantially, creating "peak load" issues for the firm.  Given the numerous issues which may arise in engagements such as this, Houlihan Lokey's commitment to the variable level of time and effort necessary to address such issues, the expertise and capabilities of Houlihan Lokey that will be required in this engagement, and the market rate for Houlihan Lokey's services of this nature, whether in-court or out-of-court, the parties agree that the fee arrangement provided for herein is reasonable, fairly compensates Houlihan Lokey, and provides the requisite certainty to the Debtors and the Committee.

The Official Committee of Unsecured
Creditors of **Lehman Brothers Holdings Inc.**
As of September 17, 2008
Page 4

6.      **Expenses.**  In addition to all of the other fees and expenses described in this Agreement, the Debtors shall, upon Houlihan Lokey's request, reimburse Houlihan Lokey for its reasonable out-of-pocket expenses incurred from time to time in connection with its services hereunder.  Houlihan Lokey bills its clients for its reasonable out-of-pocket expenses including, but not limited to (i) travel-related and certain other expenses, without regard to volume-based or similar credits or rebates Houlihan Lokey may receive from, or fixed fee arrangements made with, travel agents, airlines or other vendors on a periodic basis, and (ii) research, database and similar information charges paid to third party vendors, and postage, telecommunication and duplicating expenses, to perform client-related services that are not capable of being identified with, or charged to, a particular client or engagement in a reasonably practicable manner, based upon a uniformly applied monthly assessment or percentage of the fees due to Houlihan Lokey.

Houlihan Lokey shall, in addition, be reimbursed by the Debtors for the reasonable fees and expenses of Houlihan Lokey's legal counsel incurred in connection with (i) the negotiation and performance of this Agreement and the matters contemplated hereby, (ii) Houlihan Lokey's employment as a professional person in the Cases and (iii) the payment of all fees and expenses due to Houlihan Lokey hereunder, including, without limitation, in connection with fee disputes and objections to Houlihan Lokey's fees by any party in the Cases.

7.      **Invoicing and Payment.**  All amounts payable to Houlihan Lokey shall be made in lawful money of the United States in accordance with the payment instructions set forth on the invoice provided with this Agreement, or to such accounts as Houlihan Lokey shall direct, and the Debtors shall provide contemporaneous written notice of each such payment to Houlihan Lokey.  All amounts invoiced by Houlihan Lokey shall be exclusive of value added tax, withholding tax, sales tax and any other similar taxes ("Taxes").  All amounts charged by Houlihan Lokey will be invoiced together with Taxes where appropriate.

8.      **Conflicts.**  The Committee understands that Houlihan Lokey is currently involved in situations that may in some way relate to the Debtors or the Debtors' affiliates and that, to the extent known, efforts have been made to disclose these situations to the Bankruptcy Court.  The Committee further understands that it is inevitable that in the course of its business, Houlihan Lokey will encounter future opportunities where its services or activities will in some way relate to one or more of the Debtors or the Debtors' affiliates.  The Committee further understands that it is impractical for Houlihan Lokey to refuse all such opportunities throughout the pendancy of these Cases.  As such, the Committee has given clearance for Houlihan Lokey to work on related matters, provided that Houlihan Lokey will: (i) explain the situation to the Committee and its counsel to obtain clearance from the Committee and to establish that there are no interests represented that are materially adverse to the estate; (ii) commit that staffing for such assignment would not include any members of the team working on these Cases, and (iii) provide disclosure to the Court regarding such assignment.

9.      **Information.**  The Committee shall use all reasonable efforts to cause the Debtors (i) to provide Houlihan Lokey with access to management and other representatives of the Debtors, as reasonably requested by Houlihan Lokey and (ii) to furnish all data, material and other information concerning the business, assets, liabilities, operations, cash flows, properties, financial condition and prospects of the Debtors that Houlihan Lokey reasonably requests in connection with the services to be performed for the Committee hereunder.  Houlihan Lokey shall rely, without independent verification, on the accuracy and completeness of all information that is publicly available and of all information furnished by or on behalf of the Debtors or the Committee or otherwise reviewed by Houlihan Lokey.  The Committee understands and agrees that Houlihan Lokey will not be responsible for the accuracy or completeness of such information, and shall not be liable for any inaccuracies or omissions therein.  The Committee acknowledges that Houlihan Lokey has no

The Official Committee of Unsecured
Creditors of **Lehman Brothers Holdings Inc.**
As of September 17, 2008
Page 5

obligation to conduct any appraisal of any real property or fixed assets or liabilities of the Debtors or any other party.  Any advice rendered by, or other materials prepared by, or any communication from, Houlihan Lokey may not be disclosed, in whole or in part, to any third party, or summarized, quoted from, or otherwise referred to in any manner without the prior written consent of Houlihan Lokey.

10.    **Limitations on Services as Advisor.**  Houlihan Lokey's services are limited to those specifically provided in this Agreement, or subsequently agreed-upon, in writing, by Houlihan Lokey and the Committee. Houlihan Lokey shall have no obligation or responsibility for any other services including, without limitation, any crisis management or business consulting services related to, among other things, the implementation of any operational, organizational administrative, cash management, or similar activities. Houlihan Lokey is providing the Committee with Houlihan Lokey's services hereunder as an independent contractor, and the parties agree that this Agreement does not create an agency, fiduciary, or third party beneficiary relationship between Houlihan Lokey, on the one hand, and the Committee or any other person, on the other hand. Any advice (whether written or oral) rendered by Houlihan Lokey pursuant to this Agreement is intended solely for the use of the Committee in considering the matters to which this Agreement relates, and such advice may not be relied upon by any other person or used for any other purpose.  In performing its services pursuant to this Agreement, Houlihan Lokey is not assuming any responsibility for the Committee's or the Debtors' decision to pursue, or not to pursue, any business strategy, or to effect, or not to effect, any transaction(s).

11.    **Bankruptcy Court Approval.**  The Committee shall, as soon as practicable following the execution of this Agreement by the Committee, seek an order authorizing the employment of Houlihan Lokey pursuant to the terms of this Agreement, as a professional person pursuant to, and subject to the standard of review of, Sections 328(a) and 1103 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and applicable local rules and orders and Houlihan Lokey's employment hereunder shall not be subject to any other standard of review under Section 330 of the Bankruptcy Code.  In so agreeing to seek Houlihan Lokey's retention under Section 328(a) of the Bankruptcy Code, the Committee acknowledges that it believes that Houlihan Lokey's general restructuring experience and expertise, its knowledge of the capital markets and its merger and acquisition capabilities will inure to the benefit of the Committee, that the value to the Committee of Houlihan Lokey's services derives in substantial part from that expertise and experience and that, accordingly, the structure and amount of the contingent Deferred Fee is reasonable regardless of the number of hours to be expended by Houlihan Lokey's professionals in the performance of the services to be provided hereunder.  The Committee shall use its best efforts to cause Houlihan Lokey's employment application to be considered on the most expedited basis.  The employment application and the proposed order authorizing employment of Houlihan Lokey shall be provided to Houlihan Lokey as much in advance of their filing as is practicable, and must be acceptable to Houlihan Lokey in its sole discretion.  If the order authorizing the employment of Houlihan Lokey is obtained, the Debtors shall pay all fees and expenses due pursuant to this Agreement, as promptly as possible in accordance with the terms of this Agreement and the order of such Bankruptcy Court, the Bankruptcy Code, the Bankruptcy Rules and applicable local rules and orders, and the Committee will work with Houlihan Lokey to promptly file any and all necessary applications regarding such fees and expenses with the Bankruptcy Court.  The terms of this Section are solely for the benefit of Houlihan Lokey, and may be waived, in whole or in part, only by Houlihan Lokey.

12.    **Credit.**  Houlihan Lokey may, at its own expense, place announcements on its corporate website and in financial and other newspapers and periodicals (such as a customary "tombstone" advertisement, including the Debtors' logo or other identifying marks) describing its services in connection with this engagement.

The Official Committee of Unsecured
Creditors of **Lehman Brothers Holdings Inc.**
As of September 17, 2008
Page 6

13.     <u>**Choice of Law; Jury Trial Waiver; Jurisdiction.**</u> **THIS AGREEMENT SHALL BE DEEMED TO BE MADE IN NEW YORK. ALL DISPUTES ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL BE GOVERNED BY, AND CONSTRUED IN ACCORDANCE WITH, THE LAWS OF THE STATE OF NEW YORK. EACH OF HOULIHAN LOKEY AND THE COMMITTEE IRREVOCABLY WAIVES ANY RIGHT TO TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM (WHETHER BASED UPON CONTRACT, TORT OR OTHERWISE) RELATED TO OR ARISING OUT OF THE ENGAGEMENT OF HOULIHAN LOKEY PURSUANT TO, OR THE PERFORMANCE BY HOULIHAN LOKEY OF THE SERVICES CONTEMPLATED BY, THIS AGREEMENT. REGARDLESS OF ANY PRESENT OR FUTURE DOMICILE OR PRINCIPAL PLACE OF BUSINESS OF THE PARTIES HERETO, EACH PARTY HEREBY IRREVOCABLY CONSENTS AND AGREES THAT ANY CLAIMS OR DISPUTES BETWEEN OR AMONG THE PARTIES HERETO ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL BE BROUGHT AND MAINTAINED IN THE BANKRUPTCY COURT.**

14.     <u>**Indemnification and Standard of Care.**</u> As a material part of the consideration for the agreement of Houlihan Lokey to furnish its services to the Committee under this Agreement, the Debtors shall (i) indemnify and hold harmless Houlihan Lokey and its affiliates, and their respective past, present and future directors, officers, shareholders, partners, members, employees, agents, representatives, advisors, subcontractors and controlling persons (collectively, the "Indemnified Parties"), to the fullest extent lawful, from and against any and all losses, claims, damages or liabilities (or actions in respect thereof), joint or several, arising out of or related to this Agreement, Houlihan Lokey's engagement under this Agreement, any transaction or any actions taken or omitted to be taken by an Indemnified Party, the Committee, any member of the Committee or the Debtors in connection with this Agreement and (ii) reimburse each Indemnified Party for all expenses (including without limitation the fees and expenses of counsel) as they are incurred in connection with investigating, preparing, pursuing, defending, settling or compromising any action, suit, dispute, inquiry, investigation or proceeding, pending or threatened, brought by or against any person (including without limitation any shareholder or derivative action), arising out of or relating to the formulation of any plan of reorganization for the Debtors, this Agreement, or such engagement, transaction or actions. However, the Debtors shall not be liable under the foregoing indemnity and reimbursement agreement for any loss, claim, damage or liability which is finally judicially determined by a court of competent jurisdiction to have resulted primarily from the willful misconduct or gross negligence of such Indemnified Party.

If for any reason the foregoing indemnification or reimbursement is unavailable to any Indemnified Party or insufficient fully to indemnify any such party or to hold it harmless in respect of any losses, claims, damages, liabilities or expenses referred to in such indemnification or reimbursement provisions, then the Debtors shall contribute to the amount paid or payable by the Indemnified Party as a result of such losses, claims, damages, liabilities or expenses in such proportion as is appropriate to reflect the relative benefits received by the Committee and the Debtors, on the one hand, and Houlihan Lokey, on the other hand, in connection with the services rendered by Houlihan Lokey. If, however, the allocation provided by the immediately preceding sentence is not permitted by applicable law, then the Debtors shall contribute to such amount paid or payable by any Indemnified Party in such proportion as is appropriate to reflect not only such relative benefits, but also the relative fault of the Committee and Debtors, on the one hand, and such Indemnified Party, on the other hand, in connection therewith, as well as any other relevant equitable considerations. Notwithstanding the foregoing, in no event shall the Indemnified Parties be required to contribute an aggregate amount in excess of the amount of fees actually received by Houlihan Lokey from the Debtors pursuant to this Agreement. Relative benefits received by the Committee and the Debtors, on the one hand, and Houlihan

Lokey, on the other hand, shall be deemed to be in the same proportion as (i) the total value paid or received or contemplated to be paid or received by the Debtors, and its security holders, creditors (including members of the Committee), and other affiliates, as the case may be, pursuant to the transaction(s) (whether or not consummated) contemplated by the engagement hereunder, bears to (ii) the fees received by Houlihan Lokey under this Agreement.  Neither the Committee nor the Debtors shall settle, compromise or consent to the entry of any judgment in or otherwise seek to terminate any pending or threatened claim, action, suit, dispute, inquiry, investigation or proceeding in respect of which indemnification or contribution may be sought hereunder (whether or not an Indemnified Party is an actual or potential party thereto), unless such settlement, compromise, consent or termination contains a release of the Indemnified Parties reasonably satisfactory in form and substance to Houlihan Lokey.

Neither Houlihan Lokey nor any other Indemnified Party shall have any liability (whether direct or indirect and regardless of the legal theory advanced) to the Committee, the Debtors or any person or entity asserting claims related to or arising out of this Agreement, Houlihan Lokey's engagement under this Agreement, any transaction, or any actions taken or omitted to be taken by an Indemnified Party, the Debtors or the Committee in connection with this Agreement, except for losses, claims, damages or liabilities incurred by the Committee and/or the Debtors which are finally judicially determined by a court of competent jurisdiction to have resulted primarily from the willful misconduct or gross negligence of such Indemnified Party, and no Indemnified Party shall have any liability whatsoever to any other person or entity.  The indemnity, reimbursement, and other obligations and agreements of the Committee and the Debtors set forth herein (i) shall apply to any services provided by Houlihan Lokey in connection with this engagement prior to the date hereof and to any modifications of this Agreement, (ii) shall be in addition to any obligation or liability which such parties may otherwise have to any Indemnified Party, (iii) shall remain operative and in full force and effect regardless of any investigation made by or on behalf of such parties or any Indemnified Party or any person controlling any of them, and (iv) shall survive the completion of the services described in, and any expiration or termination of the relationship established by, this Agreement.

15.    **Miscellaneous.**    This Agreement shall be binding upon the parties hereto and their respective successors, heirs and assigns and any successor, heir or assign of any substantial portion of such parties' respective businesses and/or assets, including any Chapter 11 or Chapter 7 trustee appointed in the Cases.  If appropriate, in connection with performing its services for the Committee hereunder Houlihan Lokey may utilize the services of one or more of its affiliates, in which case the references herein to Houlihan Lokey shall include such affiliates.

Nothing in this Agreement, express or implied, is intended to confer or does confer on any person or entity, other than the Committee, the Indemnified Parties and each of their respective successors, heirs and assigns, any rights or remedies under or by reason of this Agreement or as a result of the services to be rendered by Houlihan Lokey hereunder.

This Agreement is the complete and exclusive statement of the entire understanding of the parties regarding the subject matter hereof, and supersedes all previous agreements or understandings regarding the same, whether written or oral.  This Agreement may not be amended, and no portion hereof may be waived, except in a writing duly executed by Houlihan Lokey and the Chair or other authorized representative of the Committee and approved by the Bankruptcy Court.

The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provision of this Agreement, which shall remain in full force and effect pursuant to the terms hereof.

The Official Committee of Unsecured
Creditors of **Lehman Brothers Holdings Inc.**
As of September 17, 2008
Page 8

To help the United States government fight the funding of terrorism and money laundering activities, the federal law of the United States requires all financial institutions to obtain, verify and record information that identifies each person with whom they do business as a condition to doing business with that person. Accordingly, the Debtors will provide Houlihan Lokey upon request certain identifying information necessary to verify the identity of the Debtors, such as a government-issued identification number (e.g., a U.S. taxpayer identification number), certified articles of incorporation, a government-issued business license, partnership agreement or trust instrument.

This Agreement may be executed in any number of counterparts, each of which will be deemed an original and all of which will constitute one and the same instrument.  Such counterparts may be delivered by one party to the other by facsimile or other electronic transmission, and such counterparts shall be valid for all purposes.

The Committee has all requisite power and authority to enter into this Agreement and perform its obligations hereunder.  This Agreement has been duly and validly authorized by all necessary action on the part of the Committee and has been duly executed and delivered by the Committee and constitutes a legal, valid and binding agreement of the Committee, enforceable in accordance with its terms.  This Agreement has been reviewed by the signatories hereto and their counsel.  There shall be no construction of any provision against Houlihan Lokey because this Agreement was drafted by Houlihan Lokey, and the parties waive any statute or rule of law to such effect.

The Committee understands that Houlihan Lokey is not undertaking to provide any legal, regulatory, accounting, insurance, tax or other similar professional advice and the Committee confirms that it is relying on its own counsel, accountants and similar advisors for such advice.

The Official Committee of Unsecured
Creditors of **Lehman Brothers Holdings Inc.**
As of September 17, 2008
Page 9


All of us at Houlihan Lokey thank you for choosing us to advise the Committee, and look forward
to working with you on this engagement.

Very truly yours,

**HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.**


By: _____
      **Eric Siegert**
      **Senior Managing Director**


Accepted and agreed to as of the Effective Date:

**OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.**


By:  **Committee Member**


By:  _____

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                          :    Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (JMP)
                                                :
                    Debtors.                    :    (Jointly Administered)
---------------------------------------------------------------x

**ORDER UNDER 11 U.S.C. §§ 328(a) AND 1103, FED. R. BANKR. P. 2014, AND
S.D.N.Y. LBR 2014-1 AUTHORIZING EMPLOYMENT AND RETENTION OF
HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC., AS INVESTMENT
BANKER TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
LEHMAN BROTHERS HOLDINGS INC., ET AL.,
EFFECTIVE AS OF SEPTEMBER 17, 2008**

Upon the Application, dated October 21, 2008 (the "Application"), of the

Official Committee of Unsecured Creditors (the "Committee") appointed in the above-

captioned chapter 11 cases (the "Chapter 11 Cases") of Lehman Brothers Holdings Inc.

and its affiliated debtors (other than Lehman Brothers Inc.) (collectively, the "Debtors")

for an order, pursuant to sections 328(a) and 1103(a) of title 11 of the United States Code,

11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") and rule 2014 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2014-1 of the

Local Bankruptcy Rules for the District of New York (the "Local Rules"), authorizing the

Committee to retain and employ Houlihan Lokey Howard & Zukin Capital, Inc.

("Houlihan") as investment banker for the Committee, effective as of September 17, 2008

(the "Effective Date"), pursuant to the terms of the engagement letter between the

Committee and Houlihan, dated September 17, 2008 (the "Engagement Letter"); and the

Court having jurisdiction to consider the Application and the relief requested therein

pursuant to 28 U.S.C. § 1334 and the Standing Order of Referral of Cases to Bankruptcy

Judges of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10, 1984; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed the Application and determined that the employment of Houlihan by the Committee is necessary and in the best interest of the Debtors' estates, creditors, and other parties in interest and that the terms of compensation being sought by the Application as set forth in the Letter of Engagement are reasonable; and the Court having considered the Declaration of Eric Siegert, sworn to October 21, 2008 (the "Siegert Declaration") filed in support of the Application; and the Court being satisfied based on the representations in the Application and the Siegert Declaration that Houlihan does not represent any other entity having an adverse interest in connection with the case; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted as provided herein; and it is further

ORDERED that in accordance with sections 328(a) and 1103 of the Bankruptcy Code, the Committee is authorized to employ and retain Houlihan as of September 17, 2008 as its investment banker in the above-captioned bankruptcy cases on

the terms set forth in the Application, the Engagement Letter and the Siegert Declaration; and it is further

ORDERED that all compensation and reimbursement of expenses to be paid to Houlihan shall be subject to the standard of review provided in section 328(a) of the Bankruptcy Code, and not subject to any other standard of review under section 330 of the Bankruptcy Code; and it is further

ORDERED that, notwithstanding the preceding paragraph, all Monthly Fees and reimbursement of expenses to be paid to Houlihan shall be subject to prior approval of this Court pursuant to the standard of review described above, and the United States Trustee shall retain the right to object to the Monthly Fees payable pursuant to the Engagement Letter based on the reasonableness standard provided for in section 330 of the Bankruptcy Code; provided, that it is understood and agreed that reasonableness for this purpose shall be evaluated by comparing the fees payable in these cases to fees paid to other investment banking firms offering comparable services in other chapter 11 cases and shall not be evaluated on an hourly or length of case based criteria; and it is further

ORDERED that in the event Houlihan seeks reimbursement for attorneys' fees pursuant to the terms of the Engagement Letter, the invoices and supporting time records from such attorneys shall be included in Houlihan's own application and such invoices and time records shall be subject to the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of the Bankruptcy Court under the standards of sections 330 and 331 of the Bankruptcy Code; and it is further

ORDERED that (i) none of the fees hereunder shall constitute a "bonus" under applicable law; (ii) Houlihan shall not be required to maintain time records;  (iii)

Houlihan shall be entitled to be paid out of distributions to unsecured creditors, when and

if made, in accordance with the terms of the Engagement Letter without further

application to the Court; and it is further

        ORDERED that all requests of Houlihan for payment of indemnity

pursuant to the Engagement Letter shall be made by application and shall be subject to

review by the Court to ensure that payment of such indemnity conforms to the terms of

the Engagement Letter and is reasonable based upon the circumstances of the litigation or

settlement in respect of which indemnity is sought; provided, however, that in no event

shall Houlihan be indemnified in the case of its own willful misconduct, gross

negligence, bad faith or self dealing; and it is further

        ORDERED that to the extent this Order is inconsistent with the

Engagement Letter or the Application, this Order shall govern; and it is further

        ORDERED that this Court shall retain jurisdiction with respect to all

matters arising or related to the implementation of this order; and it is further

Dated: New York, New York
      _____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE