**HOLLAND & KNIGHT LLP**
195 Broadway
24th Floor
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al*.,    Case No. 08-13555-JMP


                        Debtors.           (Jointly Administered)
---------------------------------------------------------x


# VERIFIED STATEMENT OF HOLLAND & KNIGHT LLP
# PURSUANT TO FED. R. BANKR. P. 2019(a)

Holland & Knight LLP ("Counsel") hereby submits this verified statement ("Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and avers as follows:

1.  Counsel appears in these cases on behalf of the entities listed on Exhibit A hereto (the "Entities").

2.  Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

3.  Each of the Entities separately requested that Counsel represent them in connection with the Debtors' chapter 11 cases.

4. The undersigned herby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement this statement.

Dated: New York, New York
October 22, 2008

                    HOLLAND & KNIGHT LLP

                    By: /s/ Peter Zisser_____
                        Peter A. Zisser (PZ-9634)
                    195 Broadway
                    24th Floor
                    New York, New York 10007
                    Tel.: (212) 513-3200
                    Fax: (212) 385-9010

## **EXHIBIT A**

1. SBA Communications Corporation
   5900 Broken Sound Parkway NW
   Boca Raton, FL 33487

   Swap counterparty with Lehman Brothers OTC Derivatives with Lehman Brothers Holding, Inc.  Working Capital Line of Credit borrower in which Lehman Brothers Commercial Paper, Inc., is the Co-Syndication agent and
   Lehman Brothers, Inc. is a bookrunner.

2. US Bank
   U.S. Bank National Association
   Mail Station EP-MN-WS1D
   60 Livingston Ave.
   St. Paul, MN  55107

   US Bank as successor to First Union National Bank as Trustee for Connector 2000 Association, Inc, Toll Reserve Bonds. Repurchase Agreement Counterparty
   to Lehman Brothers, Inc. and Lehman Brothers Holdings, Inc., as Credit Support Provider.

3. Singapore Airlines, Limited
   08-D Airline House
   25 Airline Road
   Singapore 819829

   Forward Contract Counterparty to Lehman Brothers Commodity Services, Inc., and Lehman Brothers Holdings, Inc., as Credit Support Provider.

4. HSBC Realty Credit Corporation (USA)
   1441 Brickell Avenue--16th Floor
   Miami, Florida 33131

   Co-Lending agreement counterparty with Lehman Brothers Holdings, Inc., as Split Note Holder and as agent for Split Note Holders.

5. Carlton Willard Homes, Inc.
   100 Old Billerica Road
   Bedford, Massachusetts 01730

   Swap counterparty with Lehman Brothers Special Financing, Inc. and Lehman Brothers Holdings, Inc., as Credit Support Provider.

#5738200v1