**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re**  <br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al*. <br><br>**Debtors** | **Chapter 11 Case No.** <br><br>**08-13555 (JMP)** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, ROBERT L. HOLLADAY, JR., of the firm YoungWilliams P.A., whose office address and telephone number appear hereinbelow, does hereby enter an appearance as counsel for Intechra LLC ("Intechra") in the above-styled Chapter 11 cases.

Pursuant to section 342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, Intechra requests that copies of all notices and pleadings given or filed in these cases be given and served upon the undersigned at the following address and telephone number.

> Robert L. Holladay, Jr.
> YoungWilliams P.A.
> P.O. Box 23059
> [210 E. Capitol St., Ste 2000, Zip 39201]
> Jackson, MS  39225-3059
> (601) 948-6100 Telephone
> (601) 355-6136 Facsimile
> Robert.Holladay@youngwilliams.com

Please take further notice that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Federal Rules of bankruptcy Procedure specified above but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating repot, pleadings or request,

whether formal of informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone telegraph, telex or otherwise filed with regard to these cases and any proceedings therein.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Intechra's rights (i) to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, setoffs, or recoupments to which Intechra is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Intechra expressly reserves.

This 22nd day of October, 2008.

Respectfully submitted,

/Robert L. Holladay, Jr./
Robert L. Holladay, Jr. (MS Bar No. 100713)
**YoungWilliams P.A.**
210 East Capitol Street, Suite 2000
P. O. Box 23059
Jackson, MS 39225-3059
*tele*    601.948.6100
*fax*    601.355.6136

Counsel for Intechra LLC

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 22, 2008 a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers has been served on all parties via the CM/ECF and by placing a copy in the U.S. mail, postage prepaid, to the following parties:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Attn:  The Honorable James J. Peck<br>One Bowling Green, Courtroom 601<br>New York, NY  10004 | Weil Gotshal & Manges LLP<br>Attn:  Richard P. Krasnow, Lori R. Fife,<br>           Shay Y. Waisman, Jacqueline Marcus<br>(Counsel to the Debtors)<br>767 Fifth Avenue<br>New York, NY  10153 |
| Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn:  Dennis Dunne, Luc Despins,<br>           Wilbur Foster, Jr., Dennis O'Donnell, Esq.,<br>           Evan Fleck, Esq.<br>(Counsel to the Official Committee of Unsecured Creditors)<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn:  Paul Aronzo & Gregory Bray<br>(Counsel to the Official Committee of Unsecured Creditors)<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Cleary Gottlieb Steen & Hamilton LLP<br>Attn:  Lisa Schweitzer & Lindsee Granfield<br>One Liberty Plaza<br>New York, NY  10006 |

This 22nd day of October, 2008.

/Robert L. Holladay, Jr./
**Robert L. Holladay, Jr.**