# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1. I, Mark J. Dorval, a member in good standing of the bar of the Commonwealth of Pennsylvania, the State of New Jersey and the United States District Court for the Eastern District of Pennsylvania, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Delaware Management Holdings, Inc. and its subsidiaries and affiliates in the above-referenced case.

2. I have never been suspended or disbarred from any court. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. My mailing address is Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103.

4. My telephone number is (215) 564-8109 and my fax number is (215) 564-8120.

5. My e-mail address is mdorval@stradley.com.

# 850098

6. The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

                        STRADLEY RONON STEVENS & YOUNG, LLP

Dated: October 22, 2008      By: /s/ Mark J. Dorval
                                  Mark J. Dorval, Esquire
                                  Stradley Ronon Stevens & Young, LLP
                                  2600 One Commerce Square
                                  Philadelphia, PA 19103-7098
                                  Telephone: (215) 564-8000
                                  Fax: (215) 564-8120

                                  *Attorneys for Delaware Management Holdings, Inc.*
                                  *and its affiliates and subsidiaries*

# 850098

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) |

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MARK J. DORVAL

UPON the motion of Mark J. Dorval, dated October 22, 2008, for admission *pro hac vice* in this bankruptcy proceeding; its is hereby

ORDERED, that Mark J. Dorval is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
      October _____, 2008

_____
United States Bankruptcy Judge

# 850098