### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1. I, Michael J. Cordone, a member in good standing of the bar of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States District Court for the Middle District of Pennsylvania, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Delaware Management Holdings, Inc. and its subsidiaries and affiliates in the above-referenced case.

2. I have never been suspended or disbarred from any court. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. My mailing address is Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103.

4. My telephone number is (215) 564-8002 and my fax number is (215) 564-8120.

5. My e-mail address is mcordone@stradley.com.

# 847782

- 2 -

6.  The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

STRADLEY RONON STEVENS & YOUNG, LLP

Dated: October 22, 2008

By: /s/ Michael J. Cordone
Michael J. Cordone, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
Fax: (215) 564-8120

*Attorneys for Delaware Management Holdings, Inc. and its affiliates and subsidiaries*

# 847782

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) |

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MICHAEL J. CORDONE

UPON the motion of Michael J. Cordone, dated October 22, 2008, for admission *pro hac vice* in this bankruptcy proceeding; its is hereby

ORDERED, that Michael J. Cordone is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
October _____, 2008

_____
United States Bankruptcy Judge

# 847782