**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | : 08-13555 (JMP) |
| Debtors. | : Jointly Administered |
| | : |
| | : |
| | : |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1.      I, Paul A. Patterson, a member in good standing of the bar of the Commonwealth of Pennsylvania, the United States District Court for the Eastern District of Pennsylvania and the United States Court of Appeals for the Third Circuit, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Delaware Management Holdings, Inc. and its subsidiaries and affiliates in the above-referenced cases.

2.      I have never been suspended or disbarred from any court.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3.      My mailing address is Stradley Ronon Stevens & Young, LLP, 2600 One Commerce Square, Philadelphia, PA 19103.

4.      My telephone number is (215) 564-8052 and my fax number is (215) 564-8120.

5.      My e-mail address is ppatterson@stradley.com.

# 844915

6.    The filing fee of $25.00 has been submitted with this motion for *pro hac vice*

admission.

STRADLEY RONON STEVENS & YOUNG, LLP

Dated:  October 22, 2008                By: /s/ Paul A. Patterson
                                        Paul A. Patterson, Esquire
                                        Stradley Ronon Stevens & Young, LLP
                                        2600 One Commerce Square
                                        Philadelphia, PA 19103-7098
                                        Telephone:  (215) 564-8000
                                        Fax: (215) 564-8120

                                        *Attorneys for Delaware Management Holdings, Inc.
                                        and its subsidiaries and affiliates*

- 2 -

# 844915

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE***
**OF PAUL A. PATTERSON**

UPON the motion of Paul A. Patterson dated October 22, 2008, for admission *pro hac vice* in this bankruptcy proceeding; its is hereby

ORDERED, that Paul A. Patterson is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy proceeding in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
_____________,2008

_________________________________
United States Bankruptcy Judge

# 844915