Jonathan P. Guy (JG-2634)
Kathleen A. Orr
Debra L. Felder
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
(202) 339-8400
*Counsel to California Independent Systems Operator Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | ) | **Case No. 08-13555 (JMP)** |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Jonathan P. Guy, Kathleen A. Orr, Debra L. Felder, and Orrick, Herrington & Sutcliffe LLP hereby enter their appearances in the above-captioned Chapter 11 cases on behalf of California Independent Systems Operator Corp. ("CAISO") pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), and request copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to parties who filed with the court a request that all notices to be mailed to them) be given to and served upon them as follows:

>ORRICK, HERRINGTON & SUTCLIFFE LLP
>Columbia Center
>1152 15th Street, N.W.
>Washington, DC  20005-1706
>Attention:   Jonathan P. Guy, Esq.
>             Kathleen A. Orr, Esq.
>Telephone: (202) 339-8400
>Facsimile: (202) 339-8500
>Email:     jguy@orrick.com
>           korr@orrick.com
>           dfelder@orrick.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notice of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these cases.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Rule 3017, the foregoing request includes any disclosure statement and/or plan of reorganization that may be filed in this case.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver by CAISO: (1) of the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) of the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) of the right to have the District Court withdraw the reference in any matter subject

to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, setoffs, or recoupments to which CAISO is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments CAISO expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby consents to e-mail service as may be given in these cases.

Dated: October 23, 2008
Washington, DC

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:*/S/ JONATHAN P. GUY*
Jonathan P. Guy, Esquire (JG-2634)
Kathleen A. Orr, Esquire
Debra L. Felder, Esquire
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500

*Attorneys for California Independent Systems Operator Corp.*