# EXHIBIT A

```
CIPINQRY                     FED PAYMENT DETAILS - PAGE 01      09/16/08  14:46:05

PYMT TRN - DSP 080912 00566 00      HIT # -         XREF # -          ACTION CODE    CIP
                                    FT STATUS -  COM    EXCEPTION -      NS

DR PARTY - ACCT #    000469324        TYP CUS    INSTR DT 08/09/12 ADVISE BY
---------  AMT       3,000,000.00 USD VALUE DT 08/09/12 MSG CHG
           COMM CHG         0.00 FUNDS S POST DT              CBL AMT          0.00
           CRN     DSP080912005660      DIV-REGION-DIST 019-001-015

NAME/ADDRESS                                    ORDERING CUSTOMER
DSE MANUAL WIRES                                770283
THE BANK OF NY CORP TRUST CONTROL               SOLA LTD
111 SANDERS CREEK PKWY
EAST SYRACUSE, NY 13057-1382
                                                ORDERING BANK
                                                BANK OF NEW YORK MELLON
                                                GLOBAL CORPORATE TRUST
                                                DANIEL DRAKE
                                                713-483-6340

PRINT MSG                                ACTION: -I- -C-
PF1/PREV  PF2/NEXT
```