# **EXHIBIT B**

```
CIPINQRY                    FED PAYMENT  DETAILS - PAGE 02     09/16/08  14:46:15

PYMT TRN  -  DSP 080912 00566 00                               ACTION CODE
CR/PAY    -  ACCT  ABA/021000021 TYP ABA  INSTR DT 08/09/12 ADVISE BY
----------   AMT         3,000,000.00 USD VALUE DT 08/09/12 MSG CHG
             COMM CHG            0.00 FUNDS S POST DT           CBL AMT    0.00
             CRN     021000021              DIV-REGION-DIST 080-001-043

NAME/ADDRESS                              ACCOUNT WITH BANK
JPMORGAN CHASE BANK                       06614343
1 NEW YORK PLAZA                          LEHMAN BROTHERS SPECIAL FINANCE
NEW YORK, NEW YORK 10004

ULTIMATE BENEFICIARY                      BANK TO BANK INFORMATION



DETAILS OF PAYMENT
/BNF/REF: SWAPS, FBO SLHIUS3SXXX  SOLA LTD

PF1/PREV  PF2/NEXT                        ACTION: -I-  -C-
```

```
CIPINQRY                    FED PAYMENT DETAILS - PAGE 03      09/16/08  14:46:26

PYMT TRN    DSP 080912 00566 00                       XREF TRNS :    ACTION CODE
IMAD 20080912B1Q81511C003621                                         BKI2483-15SEP08

INSERTED  TIME - 12.10.09.17  DATE - 08-09-12
VERIFIED  TIME - 12.10.09.17  DATE - 08-09-12

FUNDS RLSD TIME - 12.22.00.73  DATE - 08-09-12

---- DOCUMENTS ----        --DE---VR1--VR2--SRV-   -TYPE---CART---FRAME-
XDR ADV  16388 CUST DRA 04136              -CAN--RRTE--EDI-
FEDPAY   14105                                   N


   PF1/PREV    PF2/NEXT                                ACTION: -I-  -C-
```