# STEVENS & LEE
## LAWYERS & CONSULTANTS

485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500  Fax (212) 319-8505
www.stevenslee.com

Direct Dial:     (212) 537-0403
Email:     nfk@stevenslee.com
Direct Fax:     (610) 371-1223

September 26, 2008

VIA HAND DELIVERY and FACSIMILE

Lehman Brothers Special Financing, Inc.
c/o Lehman Brothers Inc.
Transaction Management
ATTN: Documentation Manager
745 Seventh Avenue, 28th Floor
New York, NY 10019

Re:  Royal Bank America (formerly known as Royal Bank of Pennsylvania)
      Letter Regarding Early Termination Notice

To Whom It May Concern:

Enclosed please find a letter regarding ISDA Master Agreement and Schedule between our client, Royal Bank America (formerly known as Royal Bank America) and Lehman Brothers Special Financing, Inc.  Please acknowledge receipt of Mr. McSwiggan's letter by fully executing the bottom of Mr. McSwiggan's letter and returning the executed letter in the self-addressed envelope provided.

Best regards,

STEVENS & LEE

Kenneth R. Dugan

KRD:slga
Encl.

cc:  James J. McSwiggan, Jr.
      David W. Swartz, Esq.

09/26/08/SL1 869035v1/101445.00001



# ROYAL BANK
AMERICA

<u>VIA COURIER, FACSIMILE, CERTIFIED MAIL (RETURN RECEIPT REQUESTED) AND EMAIL</u>

29 September 2008

Lehman Brothers Special Financing, Inc.
c/o Lehman Brothers Inc.
Transaction Management
ATTN: Documentation Manager
745 Seventh Avenue, 28th Floor
New York, New York 10019

Re:    Early Termination Notice for the ISDA Master and Schedule
        dated as of July 8, 2002, as amended, between
        Lehman Brothers Special Financing, Inc. and Royal Bank of Pennsylvania

To Whom It May Concern:

        As you know, Lehman Brothers Holding, Inc. ("LBHI") filed for bankruptcy protection on September 15, 2008. LBHI is named as a Credit Support Provider of Lehman Brothers Special Financing, Inc. ("LBSFI") subject to a certain International Swap and Derivatives Association, Inc. Master Agreement and Schedule dated as of July 8, 2002, as amended, between LBSFI and Royal Bank America (formerly known as Royal Bank of Pennsylvania) ("Royal") (collectively, the "Agreement"). Pursuant to the terms of the Agreement the bankruptcy filing of LBHI constitutes an Event of Default as described in Section 5 (a) (vii). Therefore, Royal has elected to declare an Early Termination Event pursuant to Section 6 (a) with respect to all transactions subject to the Agreement effective today.

        Pursuant to Paragraph 8 (a) (iii) of the Credit Support Annex dated July 8, 2002, we will proceed to set off the value of the posted collateral held by you for the benefit of Royal against the determination of our Loss of the outstanding transactions subject to that Agreement pursuant to Section 6 (e) (i) (4) as soon as we can practicably.

        Kindly note that Royal reserves all of its rights, powers, privileges and immunities with respect to the Agreement

                                                Sincerely,

                                                James J McSwiggan Jr.
                                                Chief Operating Officer

RECEIPT ACKNOWLEDGED BY _____ DATE:_____

