

# ROYAL BANK
## ——— AMERICA ———

October 21, 2008

**VIA TELECOPY & HAND DELIVERY**

Fax No. (212) 526-7672                         Fax No.(212) 759-5532

Lehman Brothers Special Financing, Inc.        Alvarez & Marsal, LLC
c/o Lehman Brothers Inc.                        6th Floor
Transaction Management                          600 Lexington Avenue
ATTN: Documentation Manager                     New York, New York  10022
745 Seventh Avenue, 28th Floor
New York, New York 10019

Re:   Demand for Return of Posted Collateral Pursuant to terms of ISDA Master Agreement,
      Schedule and Credit Support Annex dated as of July 8, 2002 (collectively and as amended,
      the "Agreement") between Lehman Brothers Special Financing, Inc. ("LBSF") and Royal
      Bank America, formerly Royal Bank of Pennsylvania ("Royal Bank")

To Whom It May Concern:

On September 29, 2008, Royal Bank issued written notice to LBSF declaring an Early
Termination Event under Section 6 of the above-referenced Agreement and selecting
September 29, 2008 as the Early Termination Date. A copy of this written notice is enclosed.

Pursuant to Section 6 (e)(i)(4) of the Agreement, Royal Bank has determined that an
early termination payment is owed to LBSF in the net amount of $351,263.20. Royal Bank's
calculation of this net amount in accordance with the Second Method and Loss is enclosed.

Pursuant to Paragraph 8(b)(iv)(B) of the Credit Support Annex, Royal Bank is entitled to
withhold payment of the foregoing sum until such time as the Posted Collateral is returned to
Royal Bank. The Posted Collateral consists of a Fannie Mae ($15,000,000 par) mortgage backed
security, FNMA Pool 254721, bearing Cusip No. 31371K4E8. In addition, pursuant to
Paragraph 8(b)(i) of the Credit Support Annex and Section 9-623 of the New York Uniform
Commercial Code (the "UCC"), Royal Bank hereby tenders to LBSF the sum of (i) $351,623.20
and (ii) the reasonable expenses and attorneys fees (if any) described in Section 9-615(a)(1) of
the UCC to the extent provided for the Agreement and not prohibited by law, such sum to be
paid simultaneously upon the return of the Posted Collateral (together with any interest received
by LBSF with respect to such collateral after September 29, 2008). Pursuant to Sections 9-602
and 9-624 of the UCC, Royal Bank's right of redemption with respect to the Post Collateral is
not subject to waiver.





Lehman Brothers Special Financing, Inc.
October 20, 2008
Page 2

And notwithstanding the foregoing, pursuant to Section 8 (b)(iii) of the Credit Support Annex, Royal Bank hereby demands that LBSF immediately comply with its obligation to return the Posted Collateral to Royal Bank, and pursuant to Section 8(b)(iii) tender and/or payment of the above amount is not a condition precedent to LBSF's obligation to do so.

Finally, please be advised that effective September 29, 2008, any legally enforceable right that LBSF may have had under Section 6 of the Credit Support Annex to use the Posted Collateral was terminated. Pursuant to Section 9-207 of the UCC, LBSF has an obligation to protect and preserve the Posted Collateral until it can be returned to Royal Bank.

If the Posted Collateral, together with any interest received by LBSF with respect to such collateral after September 29, 2008, is not returned immediately, Royal Bank will commence an appropriate action in the Bankruptcy Court to recover its property. Royal Bank reserves all of its rights, powers, privileges and immunities with respect to the Agreement and under applicable law.

Very truly yours,

James J. McSwiggan, Jr.
Chief Operating Officer

JJM:laz

SL1 873837v1/101445.00035



# ROYAL BANK
## AMERICA

VIA COURIER, FACSIMILE, CERTIFIED MAIL (RETURN RECEIPT REQUESTED) AND EMAIL

29 September 2008

Lehman Brothers Special Financing, Inc.
c/o Lehman Brothers Inc.
Transaction Management
ATTN: Documentation Manager
745 Seventh Avenue, 28th Floor
New York, New York 10019

Re:  Early Termination Notice for the ISDA Master and Schedule
     dated as of July 8, 2002, as amended, between
     Lehman Brothers Special Financing, Inc. and Royal Bank of Pennsylvania

To Whom It May Concern:

As you know, Lehman Brothers Holding, Inc. ("LBHI") filed for bankruptcy protection on September 15, 2008. LBHI is named as a Credit Support Provider of Lehman Brothers Special Financing, Inc. ("LBSFI") subject to a certain International Swap and Derivatives Association, Inc. Master Agreement and Schedule dated as of July 8, 2002, as amended, between LBSFI and Royal Bank America (formerly known as Royal Bank of Pennsylvania) ("Royal") (collectively, the "Agreement"). Pursuant to the terms of the Agreement the bankruptcy filing of LBHI constitutes an Event of Default as described in Section 5 (a) (vii). Therefore, Royal has elected to declare an Early Termination Event pursuant to Section 6 (a) with respect to all transactions subject to the Agreement effective today.

Pursuant to Paragraph 8 (a) (iii) of the Credit Support Annex dated July 8, 2002, we will proceed to set off the value of the posted collateral held by you for the benefit of Royal against the determination of our Loss of the outstanding transactions subject to that Agreement pursuant to Section 6 (e) (i) (4) as soon as we can practicably.

Kindly note that Royal reserves all of its rights, powers, privileges and immunities with respect to the Agreement

Sincerely,

James J McSwiggan Jr.
Chief Operating Officer

RECEIPT ACKNOWLEDGED BY _____ DATE:_____



SLI 869016v1/101445.00001
Executive Offices • 732 Montgomery Avenue • Narberth, PA 19072 • 610.668.4700
NASDAQ: RBPAA                                    www.RoyalBankAmerica.com
FDIC

# A N D R E W   K A L O T A Y
## A S S O C I A T E S,  I N C.

### Valuation of Certain Swaps with Lehman Brothers

October 17, 2008

As requested by Royal Bank America, Andrew Kalotay Associates, Inc. has valued the following swaps as of September 26, 2008. The values are settlement amounts (i.e. they include accrued interest). Amounts in parentheses are against Royal Bank America.

| Swap Reference | Notional Amount ($) | Settlement Value ($) |
|---|---|---|
| 3884887 | 12,500,000 | (64,551.34) |
| 3884901 | 12,500,000 | (15,324.24) |
| 3878157 | 10,000,000 | 113,849.85 |
| 2623748 | 5,388,837 | (385,237.47) |

Please contact us if you have any questions.

Leslie Abreo

61 Broadway ◻ New York, New York 10006 ◻ (212) 482-0900 ◻ Fax (212) 482-0529 ◻ www.kalotay.com