Howard J. Weg (Cal. State Bar No. 91057)
David B. Shemano (DS-1224)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Tel. (310) 552-3100

Rosanne Thomas Matzat (RM-6937)
HAHN & HESSEN LLP
488 Madison Avenue
New York, New York 10022
Tel. (212) 478-7200

Attorneys for Avista Corporation, Cascade Investment, LLC, and Powerex Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al.  ) | No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**REQUEST FOR NOTICE BY AVISTA CORPORATION,**
**CASCADE INVESTMENT, LLC, AND POWEREX CORP.**

**PLEASE TAKE NOTICE** that Avista Corporation, Cascade Investment, LLC, and Powerex Corp., creditors in the above-referenced cases, hereby request that all notices, applications, motions, pleadings, plans, disclosure statements, fee applications, operating reports and other papers filed and/or served in the above-referenced cases or in any contested matter or adversary proceeding therein, including all notices provided pursuant to the provisions of Rules 2002 or 9007 of the Federal Rules of Bankruptcy Procedure, be given to and served upon their counsel at the following addresses and numbers:

>Howard J. Weg, Esq.
>David B. Shemano, Esq.
>Peitzman, Weg & Kempinsky LLP
>10100 Santa Monica Blvd., Suite 1450
>Los Angeles, CA 90067
>Telephone: (310) 552-3100
>Facsimile:  (310) 552-3101
>Email: hweg@pwkllp.com
>        dshemano@pwkllp.com
>
>and
>
>Rosanne Thomas Matzat, Esq.
>Hahn & Hessen LLP
>488 Madison Avenue
>New York, New York 10022
>Telephone: (212) 478-7200
>Facsimile:  (212) 478-7400
>Email: rmatzat@hahnhessen.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the aforementioned Rules, but also includes, without limitation, orders and notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopy, telex or otherwise.

Dated: Los Angeles, California
       October 23, 2008

**PEITZMAN, WEG & KEMPINSKY LLP**
Attorneys for Avista Corporation, Cascade Investment, LLC, and Powerex Corp.

By:    /s/ David B. Shemano
       David B. Shemano (DS 1224)
       10100 Santa Monica Blvd.
       Suite 1450
       Los Angeles, California 90067
       (310) 552-3100

and

Dated: New York, New York
      October 23, 2008

**HAHN & HESSEN LLP**
Attorneys for Avista Corporation, Cascade Investment, LLC, and Powerex Corp.

By: /s/ Rosanne Thomas Matzat
    Rosanne Thomas Matzat (RM-6937)
    350 Fifth Avenue
    New York, New York 10022
    (212) 736-1000