Howard J. Weg (Cal. State Bar No. 91057)
David B. Shemano (DS 1224)
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067
Tel. (310) 552-3100

Attorneys for Avista Corporation, Cascade Investment, LLC, and Powerex Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. ) | No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### VERIFIED STATEMENT OF PEITZMAN, WEG & KEMPINSKY LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Peitzman, Weg & Kempinsky LLP ("PWK"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

1. PWK is counsel to the Entities in the above-captioned cases. The address for PWK for purposes of this statement is 10100 Santa Monica Boulevard, Suite 1450, Los Angeles, CA 90067.

2. The mailing address for each of the Entities is listed on Exhibit A hereto.

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law, or equity pursuant to their relationship with the Debtors.

4. The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claims filed against the Debtors' estates.

5. The following are the facts and circumstances in connection with PWK's

employment in these cases. PWK represented each of the Entities prior to the Debtors' chapter 11 cases. Each of the Entities separately requested that PWK represent them in connection with the Debtors' chapter 11 cases. PWK also represents two of the Entities on matters unrelated to these cases.

6. Upon information and belief, PWK does not possess or hold any claims against or interests in the Debtors or any affiliates of the Debtors.

7. The undersigned hereby verifies under oath that the foregoing information is true and accurate, to the best of the undersigned's knowledge and belief. PWK reserves the right to revise and supplement this statement.

Dated: Los Angeles, California
October 23, 2008

**PEITZMAN, WEG & KEMPINSKY LLP**
Attorneys for Avista Corporation, Cascade Investment, LLC, and Powerex Corp.

By: /s/ David B. Shemano
David B. Shemano (DS 1224)
10100 Santa Monica Blvd.
Suite 1450
Los Angeles, California 90067
(310) 552-3100

## EXHIBIT A

1.  Cascade Investment, LLC
    2365 Carillon Point
    Kirkland, WA 98033

2.  Avista Corporation
    1411 East Mission Avenue
    Spokane, WA 99202

3.  Powerex Corp.
    666 Burrard Street
    Suite 1400
    Vancouver, Canada, BC V6C 2X8