Rosanne Thomas Matzat (RM-6937)
HAHN & HESSEN LLP
488 Madison Avenue
New York, NY 10022
Tel. (212) 478-7200

Attorneys for Avista Corporation, Cascade Investment, LLC, and Powerex Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### VERIFIED STATEMENT OF HAHN & HESSEN LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Hahn & Hessen LLP, as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

1.      Hahn & Hessen is counsel to the Entities in the above-captioned cases. The address for Hahn & Hessen for purposes of this statement is 488 Madison Avenue, New York, NY 10022.

2.      The mailing address for each of the Entities is listed on Exhibit A hereto.

3.      Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law, or equity pursuant to their relationship with the Debtors.

4.      The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claims filed against the Debtors' estates.

5.      The following are the facts and circumstances in connection with Hahn & Hessen's employment in these cases. Hahn & Hessen has represented two of the Entities prior to the

Debtors' chapter 11 cases. Each of the Entities separately requested that Hahn & Hessen represent them in connection with the Debtors' chapter 11 cases. Hahn & Hessen also represents one of the Entities on matters unrelated to these cases.

6.     Upon information and belief, Hahn & Hessen does not possess or hold any claims against or interests in the Debtors or any affiliates of the Debtors.

7.     The undersigned hereby verifies under oath that the foregoing information is true and accurate, to the best of the undersigned's knowledge and belief. Hahn & Hessen reserves the right to revise and supplement this statement.

Dated: New York, NY
     October 23, 2008

**HAHN & HESSEN LLP**
Attorneys for Avista Corporation, Cascade
Investment, LLC, and Powerex Corp.

By:    /s/ Rosanne Thomas Matzat
       Rosanne Thomas Matzat
       488 Madison Avenue
       New York, NY 10022

## **EXHIBIT A**

1.    Cascade Investment, LLC
       2365 Carillon Point
       Kirkland, WA 98033

2.    Avista Corporation
       1411 East Mission Avenue
       Spokane, WA 99202

3.    Powerex Corp.
       666 Burrard Street
       Suite 1400
       Vancouver, Canada, BC V6C 2X8