| | |
|---|---|
| David L. Dubrow<br>George P. Angelich<br>ARENT FOX LLP<br>1675 Broadway<br>New York, New York 10019<br>(212) 484-3900 | Hearing Date and Time:  November 5, 2008 at 10:00 a.m.<br>Objection Deadline:  October 31, 2008 at 4:00 p.m. |

Counsel for The Vanguard Group, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

### NOTICE OF FILING OF REVISED PROPOSED
### ORDER APPROVING SPECIFIED INFORMATION
### BLOCKING PROCEDURES AND PERMITTING TRADING OF CLAIMS
### AGAINST THE DEBTOR UPON ESTABLISHMENT OF A SCREENING WALL

PLEASE TAKE NOTICE that The Vanguard Group, Inc., by and through its counsel Arent Fox LLP, has filed clean (Exhibit A) and blacklined (Exhibit B) versions of a revised proposed order in connection with the *Motion of The Vanguard Group, Inc. for Entry of An Order Approving Specified Information Blocking Procedures and Permitting Trading of Claims Against the Debtor Upon Establishment of A Screening Wall* [Docket No. 1122].

Dated:   New York, New York
            October 23, 2008

                                              ARENT FOX LLP
                                              Counsel for The Vanguard Group, Inc.

                                              By:   */s/ David L. Dubrow*
                                                      David L. Dubrow
                                                      George P. Angelich
                                                      ARENT FOX LLP
                                                      1675 Broadway
                                                      New York, New York 10019
                                                      (212) 484-3900

NYC/408213.1