Fabyanske, Westra, Hart & Thomson, P.A.
Paul L. Ratelle (MN Bar No. 127632)
Attorneys for Bremer Financial Corporation
800 LaSalle Avenue, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 359-7600

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
                                                            :
In re :                                                     :    Case No. 08-13555 (JMP)
                                                            :
LEHMAN BROTHERS HOLDINGS, INC.,                             :
et al.,                                                     :    (Jointly Administered)
                                                            :
            Debtors                                         :    (Chapter 11)
------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Paul L. Ratelle, a member in good standing of the bar of the State of Minnesota and the bar of the United States District Court for the District of Minnesota, request admission *pro hac vice*, before the Honorable James M. Peck, to represent Bremer Financial Corporation, a creditor and party-in-interest, in the above-referenced case and any related adversary proceedings.

May mailing address is Fabyanske, Westra, Hart & Thomson, P.A., 800 LaSalle Avenue, Suite 1900, Minneapolis, Minnesota 55402; E-mail address is pratelle@fwhtlaw.com; telephone number (612) 359-7600; and facsimile number (612) 359-7602.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 22, 2008
        Minneapolis, Minnesota

                                                    _____
                                                    Paul L. Ratelle (MN Bar No. 127632)

[Stamp: OCT 23 2008]

\\file1\vol1\PL\83762\83762-001\765424.doc