ALLEN & OVERY LLP
Ken Coleman
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel for First Commercial Bank Co., Ltd. New York Agency*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| Lehman Brothers Holdings Inc., *et al*. | : Case No. 08-13555-JMP |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PLEADINGS

**PLEASE TAKE NOTICE** that, by this Notice of Appearance, Allen & Overy LLP hereby appears in the above-captioned case (the **Chapter 11 Case**) under chapter 11 of title 11 of the United States Code (the **Bankruptcy Code**) as counsel for First Commercial Bank Co., Ltd. New York Agency, (the **Creditor**), and pursuant to Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the **Bankruptcy Rules**) and sections 342 and 1109(b) of the Bankruptcy Code, and hereby requests that all notices given or required to be served in the Chapter 11 Case, whether written or oral, and all papers served in the Chapter 11 Case (including but not limited to all papers filed and served in all adversary proceedings in the Chapter 11 Case and all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with the Bankruptcy Court a request that all notices be mailed to them) be given to or served upon:

> ALLEN & OVERY LLP
> Counsel for First Commercial Bank Co., Ltd. New York Agency
> 1221 Avenue of the Americas
> New York, NY 10020
> Attention:      Ken Coleman
> Telephone:     (212) 610-6300
> Facsimile:      (212) 610-6399
> Email:           Ken.Coleman@allenovery.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect the above captioned debtors (the **Debtors**), any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in these proceedings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of Creditor (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be added to the Official Service List, or any other creditor matrix for notice of all contested matters, adversary proceedings and other proceedings in the Chapter 11 Case.

Dated: New York, New York
October 24, 2008

ALLEN & OVERY LLP

By: /s/ Ken Coleman
Ken Coleman
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Ken.Coleman@allenovery.com

*Counsel for First Commercial Bank Co., Ltd. New York Agency*

3