**Hearing Date: November 18, 2008 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: November 13, 2008 at 4:00 p.m. (Prevailing Eastern Time)**

**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue
New York, New York 10022
(212) 752-8000
(212) 752-8393 Facsimile
Leo V. Leyva
Ilana Volkov
Attorneys for 125North10, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

**NOTICE OF MOTION OF 125NORTH10, LLC: (I) FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b) FOR FUNDS EXPENDED POST-PETITION FOR THE BENEFIT OF LEHMAN BROTHERS HOLDINGS, INC. AND ITS BANKRUPTCY ESTATE; (II) TO COMPEL ASSUMPTION OR REJECTION OF CERTAIN LOAN AGREEMENTS; AND (III) FOR OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE** that 125North10, LLC has filed a Motion (i) for the allowance and payment of an administrative expense claim pursuant to 11 U.S.C. § 503(b) for funds expended post-petition for the benefit of Lehman Brothers Holdings, Inc. and its bankruptcy estate; (ii) to compel assumption or rejection of certain loan agreements; and (iii) for other related relief (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held in connection with the Motion (the "Hearing") on **November 18, 2008 at 10:00 a.m. (prevailing Eastern time)**

before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 601.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion and the relief requested therein must be made in writing, conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Bankruptcy Court, set forth the basis for the objection and the specific grounds therefor, and be filed with the Bankruptcy Court electronically in accordance with General Order M-242, as amended by General Order M-269, by registered users of the Court's electronic case filing system (the User's manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), with a hard copy delivered to Chambers and served in accordance with General Order M-242 or by first-class mail upon each of the following: (i) the Chambers of the Honorable James M. Peck, U.S.B.J., One Bowling Green, New York, New York 10004; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10152 (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.), attorneys for the above-captioned debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors; (v) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004 (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.); (vi) the attorneys for any other official committee (s) that may be appointed in the above-captioned cases; and (vii)

counsel to 125North10, LLC, Cole, Schotz, Meisel, Forman & Leonard, P.A., 700 Third Avenue, New York, New York 10022 (Attn: Leo V. Leyva, Esq. and Ilana Volkov, Esq.), so as to be received on or before **4:00 p.m. (prevailing Eastern time) on November 13, 2008**, or such shorter time as the Bankruptcy Court may hereafter order and of which you may receive subsequent notice. Only objections that are timely filed and served by the Objection Deadline in accordance with the procedures herein may be considered by the Court at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion in accordance with this Notice and the Court's Order Implementing Certain Notice and Case Management Procedures (D.I. 285), dated September 22, 2008, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded and enter an order granting the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained at no charge at http://www.lehman-docket.com or for a fee via PACER at http:222.nysb.uscourts.gov.

        COLE, SCHOTZ, MEISEL,
        FORMAN & LEONARD, P.A.
        900 Third Avenue
        New York, New York 10022

        Attorneys for 125North10, LLC

        By: */s/ Leo V. Leyva*
           Leo V. Leyva
           Ilana Volkov

DATED: October 24, 2008

44992/0010-1540685v1