**EXHIBIT B**

AMENDMENT
TO
FLOW SUBSERVICING AGREEMENT

This Amendment to the Flow Subservicing Agreement ("Amendment") is entered into as of the 29th day of October, 2007, by and between Lehman Capital, A Division of Lehman Brothers Holdings Inc. (the "Owner") and Green Tree Servicing LLC (the "Servicer").

WHEREAS, the Owner and the Servicer are parties to that certain Flow Subservicing Agreement dated as of October 19, 2007 (the "Flow Agreement"); and

WHEREAS, Section 10.12 of the Flow Agreement requires waivers and modifications to the Flow Agreement to be in writing and signed by all parties; and

WHEREAS, the Owner and the Servicer desire to amend the Flow Agreement pursuant to the terms of this Amendment.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the parties, the parties agree as follows:

1. Except as otherwise specifically defined in this Amendment, capitalized terms used in this Amendment without definition shall have the meaning ascribed thereto in the Flow Agreement.

2. The definition of "Remittance Date" set forth in Article I of the Flow Agreement is hereby deleted and replaced with the following definition:

"Remittance Date: The 10th day (or if such 10th day is not a Business Day, the first Business Day immediately following) of any month."

3. Except as expressly amended herein, all other terms of the Flow Agreement remain unchanged.

[The Next Page is the Signature Page]

1

IN WITNESS WHEREOF, the parties have duly executed this Amendment as of the date set forth in the preamble of this Amendment.

LEHMAN CAPITAL, A DIVISION OF LEHMAN BROTHERS HOLDINGS INC.,

Owner

By: *[signature]*
Name: Jack E. Desens
Title: Vice President


GREEN TREE SERVICING LLC,

Servicer

By: *[signature]*
Name: Keith A. Anderson
Title: Chief Operating Officer