UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
In re                                                  :      Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS, INC., et al.     :      Case No. 08-13555 (JMP)
                                                       :      (Jointly Administered)
                                                       :
                   Debtors.                            :
-------------------------------------------------------------X

**NOTICE OF APPEARANCE AND DEMAND FOR
SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that California Public Employees Retirement System ("CalPERS"), a creditor and party in interest, pursuant to Section 1109 of Title 11 of the United States Code, and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears through their undersigned counsel, and request service of all notices and documents herein upon:

STEVEN H. FELDERSTEIN (Calif. State Bar No. 056978)
PAUL J. PASCUZZI (Calif. State Bar No. 148810)
JOAN S. HUH (Calf. State Bar No. 225724)
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone:  (916) 329-7400
Facsimile:  (916) 329-7435
email:  sfelderstein@ffwplaw.com
email:  ppasuzzi@ffwplaw.com
email:  jhuh@ffwplaw.com

and

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
c/o THOMAS J. NOGUEROLA
SENIOR.STAFF COUNSEL
P.O. Box 942707
Sacramento, CA  94229-2707
Tel: (916) 795-4134
Fax: (916) 795-3659
email:  Thomas_Noguerola@calpers.ca.gov

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors, their property or estates.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Notices and Documents (the "Notice") nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or in any case, controversy or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purposes other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  October 24, 2008          FELDERSTEIN FITZGERALD
                                  WILLOUGHBY & PASCUZZI LLP


                                   */s/ Steven H. Felderstein*
                                  STEVEN H. FELDERSTEIN
                                  PAUL J. PASCUZZI
                                  400 Capitol Mall, Suite 1450
                                  Sacramento, CA  95814
                                  Telephone:  (916) 329-7400
                                  Facsimile:  (916) 329-7435

                                  Attorneys for California Public Employees Retirement System

## PROOF OF SERVICE

## FEDERAL COURT

I am a citizen of the United States, over the age of 18 years, and am not a party to or interested in the within entitled cause. I am an employee of Felderstein Fitzgerald Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434.

On October 24, 2008, I served the following document(s) described as:

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF NOTICES AND DOCUMENTS**

(✓)    I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned documents on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing on this date following ordinary business practices, at Sacramento, California, addressed as set forth below.

| | |
|---|---|
| Lehman Brothers Holdings, Inc.<br>745 Seventh Avenue<br>New York, NY 10019 | United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |
| James Tecce<br>Quinn Emanuel Urguhart, Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2008 at Sacramento, California.

　　　　　　　　　　　　　　　　　　　　　　__/s/ Karen L. Widder___
　　　　　　　　　　　　　　　　　　　　　　Karen L. Widder