UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,        Case No. 08-13555 (JMP)

                              Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF PAUL L. RATELLE

UPON the motion of Paul L. Ratelle dated October 24, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Paul L. Ratelle is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  New York, New York
            October 27, 2008

                                                    s/ *James M. Peck*
                                                    UNITED STATES BANKRUPTCY JUDGE