UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

In re:                                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                    Case No. 08-13555 (JMP)


                            Debtor.

-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CHARLES M. TATELBAUM

UPON the motion of Steven D. Ginsburg dated October 17, 2008, for admission *pro hac vice*

in this bankruptcy proceeding; it is hereby

**ORDERED**, that Charles M. Tatelbaum is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.


Dated:  New York, New York
        October 27, 2008

                                        s/ *James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE