UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,               Case No. 08-13555 (JMP)

                            Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF R. ALEXANDER PILMER

UPON the motion of R. Alexander Pilmer dated October 21, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that R. Alexander Plimer is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
            October 27, 2008

                                                                *s/ James M. Peck*
                                                                UNITED STATES BANKRUPTCY JUDGE