# EXHIBIT 2

<u>ANNEX A</u>

"<u>Acceptable Lien State</u>" means California, Florida, Georgia, Illinois, Indiana, Michigan, New Jersey, New York, Pennsylvania, Tennessee, Texas, Connecticut and any other State identified in writing by the Administrative Agent as an "Acceptable Lien State" or any other state if the Company has delivered an opinion of counsel generally to the effect that (a) the Seller will have a valid, perfected security interest in each Financed Vehicle titled in such State upon the occurrence of the completion of specified ministerial and administrative tasks and (b) with respect to Financed Vehicles which are titled in such State on a permanent basis, no filing or other action other than the filing of certain related financing statements is necessary to continue the perfection status of the transferee against the Obligor following (i) the transfer and assignment of the Seller's security interest in such Financed Vehicles to the Company, in the first instance, and (ii) the Company's pledge to the Administrative Agent and the grant in favor of Administrative Agent of a perfected security interest in the Company's security interest in and to the Financed Vehicles, in the second instance.

"<u>Account Control Agreements</u>" means the Wachovia Deposit Account Control Agreement, the Wachovia Securities Account Control Agreement and the Fifth Third Account Control Agreement.

"<u>Acknowledged Receivable File</u>" has the meaning specified in the Custodial Agreement.

"<u>Addition Notice</u>" means, with respect to any transfer of Receivables to the Company pursuant to <u>Section 2.2</u> of the Sale and Servicing Agreement, notice of the Seller's election to transfer Receivables to the Company, such notice to designate the related Transfer Date and the approximate principal amount of Receivables to be transferred on such Transfer Date.

"<u>Adjusted Asset Amount</u>" means, on any date, (a) the Asset Amount plus (b) the amount of principal collections on deposit in the Collection Account on such date.

"<u>Adjusted Commitment</u>" means, on any date of determination, with respect to a Committed Purchaser for a CP Conduit and the Master Repurchase Agreement, such Committed Purchaser's Committed Purchase Limit under such Master Repurchase Agreement minus the sum of (a) the Aggregate Repurchase Price held by such Committed Purchaser under such Master Repurchase Agreement plus (b) the aggregate outstanding principal amount of its Support Advances to such CP Conduit related to the Master Purchase Agreement (but excluding any Support Advances made to fund such CP Conduit's obligations to pay interest, fees or other similar amounts relating to the funding of its making or maintaining its purchases under the Master Repurchase Agreement).

"<u>Administrative Agent</u>" means Lehman Commercial Paper Inc., in its capacity as administrative agent on behalf of the Purchasers, including its successors-in-interest, until and unless a successor Person shall have become the Administrative Agent pursuant to the Master Repurchase Agreement, and thereafter "Administrative Agent" shall mean such successor Person.

"Administrative Agent Fee Letter" means each letter agreement designated therein as a Supplemental Fee Letter, between the Company, the Administrative Agent and Sixth Gear, as such letter agreement may be amended or otherwise modified from time to time.

"Affected Party" means, with respect to any CP Conduit, any Support Party of such CP Conduit or any related Agent.

"Affiliate" means, with respect to any specified Person, any other Person controlling or controlled by or under common control with such specified Person. For the purposes of this definition, "control" when used with respect to any Person means the power to direct the management and policies of such Person, directly or indirectly, whether through the ownership of voting securities, by contract or otherwise; and the terms "controlling" and "controlled" have meanings correlative to the foregoing. A person shall not be deemed to be an Affiliate of any person solely because such other Person has the contractual right or obligation to manage such Person, unless such other Person controls such Person through equity ownership or otherwise.

"Agent" means each person designated as an "Agent" under the Master Repurchase Agreement.

"Aggregate Principal Balance" means, with respect to any date of determination, the sum of the Principal Balances for all Receivables (other than (i) any Defaulted Receivable and (ii) any Receivable that has been purchased or repurchased from the Purchasers by any Person pursuant to the Transaction Documents) as of the date of determination.

"Aggregate Repurchase Price" means, as of any date, the sum of the Repurchase Prices with respect to each Transaction outstanding as of such date.

"Amendment Closing Date" means May 9, 2008.

"Amortization Event" means the occurrence of any one of the following events (whatever the reason for such Amortization Event and whether it shall be voluntary or involuntary or be effected by operation of law or pursuant to any judgment, decree or order of any court or any order, rule or regulation of any administrative or governmental body):

(i)     a Servicer Termination Event;

(ii)    the occurrence of a Default;

(iii)   the first date on which the Commitment Termination Date has occurred with respect to all of the Committed Purchasers; or

(iv)    a breach of any Financial Covenant.

"Amount Financed" means, with respect to a Receivable, the amount advanced under such Receivable toward the purchase price or refinancing of the Financed Vehicle and any related costs, including amounts advanced in respect of accessories, insurance premiums, Service Contracts, car club and warranty contracts, and other items customarily financed as part of retail

automobile installment sales contracts, automobile note and security agreements or promissory notes.

"Annual Percentage Rate" or "APR" of a Receivable means the annual percentage rate of finance charges or service charges, as stated in the related Contract.

"Applicable Cure Period" means, with respect to a Margin Deficit, (a) five Business Days after written notice thereof is received by the Servicer from the Administrative Agent or any Purchaser or after discovery thereof by the Servicer, if the Margin Deficit is 5% or less than the Aggregate Repurchase Price; and (b) two Business Days after written notice thereof is received by the Servicer from the Administrative Agent or any Purchaser or after discovery thereof by the Servicer in all other cases; provided that the Applicable Cure Period shall be extended to a maximum of ten Business Days after written notice of such Margin Deficit is received by the Servicer from the Administrative Agent or any Purchaser or after discovery thereof by the Servicer in the event that within 2 days after written notice of such Margin Deficit is received by the Servicer from the Administrative Agent or any Purchaser or after discovery thereof by the Servicer, the Company provides (i) evidence satisfactory to the Administrative Agent in its reasonable discretion exercised in good faith that an irrevocable capital call under a committed equity agreement has been made by Sixth Gear in a minimum amount to cure such Margin Deficit to Warburg Pincus Private Equity IX, LP and LB I Group Inc. as founding investors or such other equity investor acceptable to the Administrative Agent in its reasonable discretion exercised in good faith and (ii) a covenant satisfactory to the Administrative Agent in its reasonable discretion exercised in good faith that (A) the Company will deposit (or will cause to be deposited) into the Collection Account the cash proceeds of such capital call and (B) the Administrative Agent will have a first priority perfected security interest on such cash proceeds to be applied to cure the Margin Deficit.

"Approved Subservicing Arrangement" means the written list of subservicers and written description of subservicing arrangements set forth on Schedule C to the Sale and Servicing Agreement, as such list may be modified in writing from time to time with the prior written consent of the Administrative Agent, acting in its sole discretion.

"Asset Amount" means, on any date, (a) the sum of the Prime Receivables Asset Amount, the Near-Prime Receivables Asset Amount, the Sub-Prime Receivables Asset Amount and the Deep Sub-Prime Receivables Asset Amount minus (b) the Excluded State Concentration Balance minus (c) the Excluded Interim Custodian Balance minus (d) the Excluded Extended Receivables Balance minus (e) the Excluded Security Level Receivables Balance.

"Asset Amount Percentage" means, with respect to any Receivable, (a) if such Receivable is a Prime Receivable, (1) 97%, for any date on which a Current Level I Trigger Event-Prime is not in effect or (2) 95%, for any date on which a Current Level I Trigger Event-Prime is in effect, (b) if such Receivable is a Near-Prime Receivable, (1) 94%, for any date on which a Current Level I Trigger Event--Near-Prime is not in effect or (2) 90%, for any date on which a Current Level I Trigger Event-Near-Prime is in effect, (c) if such Receivable is a Sub-Prime Receivable (1) 89%, for any date on which a Current Level I Trigger Event--Sub-Prime is not in effect or (2) 84%, for any date on which a Current Level I Trigger Event-Sub-Prime is in effect and (d) if such Receivable is a Deep Sub-Prime Receivable (1) 74%, for any date on which

a Current Level I Trigger Event—Deep Sub-Prime is not in effect or (2) 67%, for any date on which a Current Level I Trigger Event-Deep Sub-Prime is in effect.

"Asset Value" means, with respect to any Receivable, the product of the applicable Asset Amount Percentage multiplied by the Principal Balance (as of the related Cutoff Date) of such Receivable; provided, however, that the Asset Value of a Receivable will equal zero if such Receivable is not an Eligible Receivable.

"Assignee" means, with respect to the Master Repurchase Agreement and the Purchased Receivables, a Permitted Transferee to which a Purchaser shall have made an Assignment in accordance with the Master Repurchase Agreement.

"Assignment" means, with respect to any Person and the Master Repurchase Agreement and the Purchased Receivables, the sale, transfer or assignment of all or any part of such Person's Committed Purchase Limit, Voluntary Purchase Limit or its interest in the Purchased Receivables and its rights and obligations under the Master Repurchase Agreement and the Transaction Documents.

"Authorized Officer" means, with respect to the Company or the Servicer, any officer of or agent acting pursuant to a power of attorney of the Company or the Servicer, respectively, who is authorized to act for the Company or the Servicer, respectively, in matters relating to the Company or the Servicer, respectively, and who is identified on the list of Authorized Officers delivered by the Company or the Servicer, respectively, to the Administrative Agent from time to time.

"Available Consolidated Net Income" means, for any Person at any time, the excess, if any, of

    (i)    the sum of Consolidated Net Income for the four Fiscal Quarters ending on the last day of the immediately preceding Fiscal Quarter (after deducting therefrom extraordinary gains of such Person and its Subsidiaries for such period) plus all amortization of reorganization value in excess of amounts allocable to identifiable assets of such Person and its Subsidiaries for such period

        over

    (ii)    the sum of all payments and prepayments of Consolidated Funded Debt required to be made by such Person and its Subsidiaries during such period plus all restricted payments made by such Person and its Subsidiaries pursuant to Section 5.18(c) of the Amended and Restated Master Repurchase Agreement during such period.

"Available Funds" means, with respect to any Distribution Date, the sum of (i) the Collected Funds for the related Collection Period, (ii) all Purchase Amounts deposited in the Collection Account during the related Collection Period, plus Investment Earnings with respect to the Collection Account for the related Collection Period, (iii) following the acceleration of the Repurchase Date pursuant to Section 12.2 of the Master Repurchase Agreement, the amount of money or property collected pursuant to Article 12 of the Master Repurchase Agreement since

the preceding Distribution Date by the Administrative Agent, (iv) the proceeds of any purchase or sale of the assets of the Company described in <u>Section 9.1</u> of the Sale and Servicing Agreement and (v) any amounts received by the Administrative Agent pursuant to any Interest Rate Hedge.

"<u>Average Principal Balance</u>" means, with respect to any period, the Aggregate Repurchase Price for each of the days during such period, divided by the number of days in such period.

"<u>Backup Servicer</u>" means the Person appointed as the Backup Servicer under the Backup Servicing Agreement.

"<u>Backup Servicing Agreement</u>" means any Backup Servicing Agreement from time to time in effect between the Backup Servicer named therein, the Company and the Administrative Agent, as the same may be amended, supplemented or otherwise modified from time to time in accordance with the terms thereof, which Backup Servicing Agreement and any amendments, supplements or modifications thereto shall be in form and substance satisfactory to the Administrative Agent.

"<u>Backup Servicing Fee</u>" has the meaning specified in the Backup Servicing Agreement.

"<u>Base Servicing Fee</u>" means, with respect to any Collection Period, the fee payable to the Servicer for services rendered during such Collection Period, which shall be equal to the sum of:

(a)   the product of (i) the Servicing Fee Rate – Deep Sub-Prime times (ii) the weighted average daily Principal Balance of Receivables which are Deep Sub-Prime Receivables during such Collection Period times (iii) a fraction, the numerator of which is the actual number of days in such Collection Period and the denominator of which is 360;

(b)   the product of (i) the Servicing Fee Rate – Sub-Prime times (ii) the weighted average daily Principal Balance of Receivables which are Sub-Prime Receivables during such Collection Period times (iii) a fraction, the numerator of which is the actual number of days in such Collection Period and the denominator of which is 360;

(c)   the product of (i) the Servicing Fee Rate – Near-Prime times (ii) the weighted average daily Principal Balance of Receivables which are Near-Prime Receivables during such Collection Period times (iii) a fraction, the numerator of which is the actual number of days in such Collection Period and the denominator of which is 360; and

(d)   the product of (i) the Servicing Fee Rate – Prime times (ii) the weighted average daily Principal Balance of Receivables which are Prime Receivables during such Collection Period times (iii) a fraction, the numerator of which is the actual number of days in such Collection Period and the denominator of which is 360.

"Breached Receivable" means a Receivable purchased as of the close of business on the last day of a Collection Period by the Servicer pursuant to Section 4.6 or Section 4.15 of the Sale and Servicing Agreement or repurchased by the Seller pursuant to Section 3.2 of the Sale and Servicing Agreement.

"Business Day" means any day, other than a Saturday or a Sunday, on which commercial banks are open for business generally in the state of New York.

"Capitalized Lease Liabilities" of any Person means all monetary obligations of such Person under any leasing or similar arrangement which, in accordance with GAAP, are or would be classified as capitalized leases on a balance sheet of such Person.

"Cash Equivalents" means  (a) securities with maturities of 90 days or less from the date of acquisition issued or fully guaranteed or insured by the United States Government or any agency thereof, (b) certificates of deposit and eurodollar time deposits with maturities of 90 days or less from the date of acquisition and overnight bank deposits of any commercial bank having capital and surplus in excess of $500,000,000, (c) repurchase obligations of any commercial bank satisfying the requirements of clause (b) of this definition, having a term of not more than seven days with respect to securities issued or fully guaranteed or insured by the United States Government, (d) commercial paper of a domestic issuer rated at least A-1 or the equivalent thereof by S&P or P-1 or the equivalent thereof by Moody's and in either case maturing within 90 days after the day of acquisition, (e) securities with maturities of 90 days or less from the date of acquisition issued or fully guaranteed by any state, commonwealth or territory of the United States, by any political subdivision or taxing authority of any such state, commonwealth or territory or by any foreign government, the securities of which state, commonwealth, territory, political subdivision, taxing authority or foreign government (as the case may be) are rated at least A by S&P or A by Moody's, (f) securities with maturities of 90 days or less from the date of acquisition backed by standby letters of credit issued by any commercial bank satisfying the requirements of clause (b) of this definition or (g) shares of money market mutual or similar funds which invest exclusively in assets satisfying the requirements of clauses (a) through (f) of this definition.

"Certificate of Title" means, with respect to any Financed Vehicle, the certificate of title or other documentary evidence of ownership of such Financed Vehicle as issued by the department, agency or official of the jurisdiction (whether in paper or electronic form), in which such Financed Vehicle is titled, responsible for accepting applications for, and maintaining records regarding, certificates of title and liens thereon.

"Certificateholder" means Sixth Gear Solutions Corp. or any other Person that holds the residual interest in the Company.

"Closing Date" means December 21, 2007.

"Code" means the Internal Revenue Code of 1986, as amended from time to time, and Treasury Regulations promulgated thereunder.

"Collected Funds" means, with respect to any Collection Period, the amount of funds in the Collection Account representing collections on the Receivables during such Collection

Period, including all Net Liquidation Proceeds collected during such Collection Period (but excluding any Purchase Amounts).

"Collection Account" means the Wachovia Deposit Account designated as such, established and maintained pursuant to Section 8.1 of the Master Repurchase Agreement.

"Collection Account Property" means the Collection Account, all amounts and investments held from time to time in the Collection Account (whether in the form of deposit accounts, book-entry securities, uncertificated securities or otherwise), and all proceeds of the foregoing.

"Collection Period" means the period beginning on the first day of each calendar month and ending on the last day of such calendar month (or, in the case of the initial Collection Period, the period commencing on the close of business on the initial Purchase Date and ending on the last day of the calendar month in which the initial Purchase Date occurs). As used herein, the "related" Collection Period with respect to any date of determination or a Distribution Date shall be deemed to be the Collection Period which immediately precedes that date of determination or such Distribution Date.

"Collection Policy" means the written credit, servicing and collections procedures approved by the Administrative Agent in its sole discretion.

"Commercial Paper Notes" means, with respect to a CP Conduit and the Master Repurchase Agreement, the short-term promissory notes or extendible commercial paper notes issued directly or indirectly by such CP Conduit which are allocated by such CP Conduit as its funding for its purchasing or maintaining its Percentage Interest of the Purchased Receivables under the Master Repurchase Agreement.

"Commitment Fee" means, for each Purchaser Group, the commitment fee identified as the "Commitment Fee" in the Supplemental Fee Letter for such Purchaser Group.

"Commitment Termination Date" means, with respect to the Master Repurchase Agreement and each Committed Purchaser, the date that is three years from the initial Purchase Date, as such date may be extended by such Committed Purchaser from time to time in accordance with Section 2.3(b) of the Master Repurchase Agreement.

"Committed Purchase Limit" means, for any Committed Purchaser, the maximum amount of such Committed Purchaser's required commitment to purchase a portion of the related Receivables in connection with a Transaction, as set forth on Annex I to the Master Repurchase Agreement or in the Transfer Supplement or Joinder Supplement by which such Committed Purchaser became a party to the Master Repurchase Agreement or assumed the Committed Purchase Limit (or a portion thereof) of another Committed Purchaser, as such amount may be adjusted from time to time pursuant to Section 2.3 of the Master Repurchase Agreement or pursuant to Transfer Supplement(s) executed by such Committed Purchaser and its Assignee(s) and delivered pursuant to Section 13.1 of the Master Repurchase Agreement. In the event that a Committed Purchaser maintains a portion of its Committed Purchase Limit under the Master Repurchase Agreement in relation to more than one CP Conduit, such Committed Purchaser

shall be deemed to have issued separate Committed Purchase Limits under the Master Repurchase Agreement in each such capacity.

"Committed Purchaser" means, with respect to the Master Repurchase Agreement, each Person identified as a Committed Purchaser on the signature pages to the Master Repurchase Agreement, and any Assignee of such Person to the extent such Assignee has assumed the Committed Purchase Limit of such Person.

"Company" means Sixth Gear Funding Trust, a Delaware statutory trust, until a successor replaces it and, thereafter, means the successor.

"Company Property" has the meaning specified in Section 2.2 of the Sale and Servicing Agreement.

"Company Secured Obligations" means all amounts and obligations which the Company may at any time owe under the Transaction Documents.

"Computer Tape" means the computer tape or other electronic media furnished by the Seller to the Company, the Administrative Agent and the Agents describing certain characteristics of the related Receivables transferred by the Seller to the Company as of the related Cutoff Date.

"Conduit Borrower" means, with respect to the Master Repurchase Agreement, an entity which is designated as a Conduit Borrower on the signature pages to the Master Repurchase Agreement, which entity will fund its purchases of Receivables under the Master Repurchase Agreement by borrowing from a specified financing conduit.

"Confidential Information" means, all information provided by or on behalf of the Company, the Seller or the Servicer pursuant to the Transaction Documents or otherwise relating to the Receivables, the Transaction Documents or their respective businesses, including, without limitation, (i) any such information transmitted in written, oral, magnetic or any other medium, (ii) all copies and reproductions, in whole or in part, of such information and (iii) all summaries, analyses, compilations, studies, notes or other records which contain, reflect, or are generated from such information.

"Confirmation" has the meaning set forth in Section 2.2(c) of the Master Repurchase Agreement.

"Consolidated Funded Debt" means, with respect to any Person, all Funded Debt of such Person and its Subsidiaries.

"Consolidated Net Income" means, with respect to any Person for any period, the consolidated net income of such Person and its Subsidiaries for such period, calculated in accordance with GAAP.

"Consolidated Net Worth" means, with respect to any Person on any date, the consolidated stockholders' equity of such Person and its Subsidiaries on such date, calculated in accordance with GAAP.

"<u>Consolidated Tangible Net Worth</u>" means, with respect to any Person on any date, Consolidated Net Worth minus the aggregate amount of any intangible assets, including goodwill, franchises, licenses, patents, trademarks, trade names, copyrights, service marks and brand names all determined on a consolidated basis for such Person and its Subsidiaries on such date.

"<u>Contingent Liability</u>" means any agreement, undertaking or arrangement by which any Person:

(i)    guarantees, endorses or otherwise becomes or is contingently liable upon (by direct or indirect agreement, contingent or otherwise, to provide funds for payment, to supply funds to, or otherwise to invest in, a debtor, or otherwise to assure a creditor against loss) the debt, obligation or other liability of any other Person (other than by endorsements of instruments in the course of collection);

(ii)   guarantees the payment of dividends or other distributions upon the shares of any other Person; or

(iii)  undertakes or agrees (contingently or otherwise) to purchase, repurchase, or otherwise acquire any Indebtedness, obligation or liability or any security therefor, or to provide funds for the payment or discharge thereof (whether in the form of loans, advances, stock purchases, capital contributions or otherwise), or to maintain solvency, assets, level of income, or other financial condition, or to make payment other than for value received.

The amount of any Person's obligation under any Contingent Liability shall (subject to any limitation set forth therein) be deemed to be the outstanding principal amount (or maximum permitted principal amount, if larger) of the debt, obligation or other liability guaranteed or supported thereby.

"<u>Contract</u>" means a retail installment sale contract or installment note and security agreement relating to the sale or refinancing of a new or used automobile, light duty truck, sport utility vehicle, van or minivan.

"<u>CP Conduit</u>" means, with respect to the Master Repurchase Agreement, any Purchaser which is designated as a CP Conduit on the signature pages to the Master Repurchase Agreement; <u>provided</u>, <u>however</u>, that if the entity signing the Master Repurchase Agreement specifies on the related signature page that it is a Conduit Borrower with respect to a financing conduit identified on such signature page, then, with respect to such entity, "CP Conduit" means, collectively, such Conduit Borrower and such specified financing conduit.

"<u>Cram Down Loss</u>" means, with respect to a Receivable, if a court of appropriate jurisdiction in an insolvency proceeding shall have entered an order reducing the amount owed on such Receivable or otherwise modifying or restructuring the Scheduled Payments to be made on such Receivable, an amount equal to (i) the excess of the principal balance of such Receivable immediately prior to such order over the principal balance of such Receivable as so reduced and/or (ii) if such court shall have issued an order reducing the effective rate of interest on such Receivable, the excess of the net present value of the remaining Scheduled Payments with

respect to the Receivable before such court order (using as the discount rate the APR on such remaining Scheduled Payments with respect to such Receivable) over the net present value of the remaining Scheduled Payments with respect to such Receivable after such court order (using as the discount rate the higher of the APR on such Receivable and the rate of interest, if any, specified by the court in such order) of the Scheduled Payments as so modified or restructured. A "Cram Down Loss" shall be deemed to have occurred on the date of entry of such order.

"Cumulative Net Losses" means, as of any Determination Date, for any Vintage Pool, the aggregate cumulative amount of gross charge-offs of receivables in such Vintage Pool as of the end of the related Collection Period net of all Recoveries with respect to any such receivables as of the end of such related Collection Period.

"Cumulative Net Loss Ratio" means, as of any Determination Date, for any Vintage Pool, the ratio, expressed as a percentage, computed by dividing:

(a)     Cumulative Net Losses for such Vintage Pool as of the end of the related Collection Period;

by

(b)     the aggregate initial principal balance for such Vintage Pool.

"Current Level I Trigger Event–Deep Sub-Prime" means, with respect to any date, a Level I Trigger Event—Deep Sub-Prime that has occurred not more than six months prior to such date and that is continuing as of such date.

"Current Level I Trigger Event–Near-Prime" means, with respect to any date, a Level I Trigger Event—Near-Prime that has occurred not more than six months prior to such date and that is continuing as of such date.

"Current Level I Trigger Event–Prime" means, with respect to any date, a Level I Trigger Event—Prime that has occurred not more than six months prior to such date and that is continuing as of such date.

"Current Level I Trigger Event–Sub-Prime" means, with respect to any date, a Level I Trigger Event—Sub-Prime that has occurred not more than six months prior to such date and that is continuing as of such date.

"Custodial Agreement" means any Custodial Agreement from time to time in effect between the Custodian named therein, the Company, Sixth Gear and the Administrative Agent, as the same may be amended, supplemented or otherwise modified from time to time in accordance with the terms thereof, which Custodial Agreement and any amendments, supplements or modifications thereto shall be in form and substance satisfactory to the Administrative Agent.

"Custodial Fee" has the meaning specified in the Custodial Fee Letter.

"<u>Custodial Fee Letter</u>" means the Fee Letter from time to time in effect between the Custodian, the Servicer, the Company and the Administrative Agent.

"<u>Custodian</u>" means the Person appointed as custodian under the Custodial Agreement.

"<u>Custom Score</u>" means the Seller's custom credit score as determined in accordance with the credit scoring model described in the Underwriting Guidelines.

"<u>Cutoff Date</u>" means, with respect to a Receivable, the Transfer Date.

"<u>Dealer</u>" means a dealer who sold a Financed Vehicle and who originated and assigned the respective Receivable to the Seller under a Dealer Agreement or pursuant to an assignment.

"<u>Dealer Agreement</u>" means any agreement between a Dealer and the Seller relating to the acquisition of Receivables from a Dealer by the Seller.

"<u>Deep Sub-Prime Receivable</u>" means a Receivable originated under the Seller's "Deep Sub-Prime" program as described in the Underwriting Guidelines.

"<u>Deep Sub-Prime Receivables Asset Amount</u>" means, on any date,

(a)     the sum of:

    (i)     (A) the Included Deep Sub-Prime Receivables Balance on such date that are not Permitted Delinquent Receivables on such date times (B) (1) 0.74, for any date on which a Current Level I Trigger Event—Deep Sub-Prime is not in effect or (2) 0.67, for any date on which a Current Level I Trigger Event-Deep Sub-Prime is in effect; and

    (ii)     (A) the Included Deep Sub-Prime Receivables Balance on such date that are Permitted Delinquent Receivables on such date times (B) 0.50; minus

(b)     the Deep Sub-Prime Receivables Minimum Spread Adjustment, if any, for such date.

"<u>Deep Sub-Prime Receivables Minimum Spread Adjustment</u>" means, with respect to any date, the positive value, if any, of the product of (a) 2.5 and (b) the sum, for all Deep Sub-Prime Receivables included in the Included Deep Sub-Prime Receivables Balance as of such date, of the following with respect to each Deep Sub-Prime Receivable (which amount may be negative for any individual Deep Sub-Prime Receivable):  the product of (A) the Principal Balance as of such date and (B) the amount equal to (i) the Two-Year Swap rate as of the date of origination plus (ii) 11.00% minus (iii) the APR.

"<u>Default</u>" means any occurrence that is, or with notice or the lapse of time or both (in either case, to the extent set forth in the relevant provisions of the related Event of Default) would become, an Event of Default.

"Defaulted Receivable" means any Receivable with respect to which any of the following shall have occurred:  (i) in accordance with the Collection Policy the Servicer has determined that such Receivable has been or should be written off as uncollectible; (ii) the related Financed Vehicle has been repossessed and sold; (iii) 90 days (after any Obligor cure period) have passed since the repossession of the Financed Vehicle; (iv) 10% or more of a scheduled payment is more than 120 days past due; or (v) in the Servicer's good faith judgment, all amounts recoverable under such Receivable have been received.

"Delinquency Ratio" means, with respect to any Vintage Pool, as of any Determination Date, a fraction, expressed as a percentage, computed by dividing (i) the aggregate principal balance of all receivables (other than Defaulted Receivables) in such Vintage Pool with respect to which 10% or more of a Scheduled Payment is more than 60 days past due as of the last day of the related Vintage Seasoning Period by (ii) the aggregate principal balance of all receivables (other than Defaulted Receivables) in such Vintage Pool on the first day of such Vintage Seasoning Period; provided, however, that if the aggregate principal balance of all receivables (other than Defaulted Receivables) in such Vintage Pool on the last day of such Vintage Seasoning Period is 15% or less than the original aggregate principal balance of all receivables (other than Defaulted Receivables) in such Vintage Pool, the "Delinquency Ratio" for such Vintage pool will be deemed to be 0%.

"Determination Date" means, with respect to any Collection Period, the third Business Day preceding the Distribution Date in the next calendar month and with respect to any Distribution Date, the third Business Day preceding such Distribution Date.

"Distribution Date" means, with respect to each Collection Period, the 21st day of the following calendar month, or, if such day is not a Business Day, the immediately following Business Day.

"Dollars" means dollars in lawful money of the United States of America.

"Eligible Deposit Account" means either (a) a deposit account with a Qualified Institution or (b) a trust account with the corporate trust department of a depository institution acting in its fiduciary capacity organized under the laws of the United States of America or any one of the states thereof or the District of Columbia (or any domestic branch of a foreign bank), having corporate trust powers and acting as trustee for funds deposited in such account, so long as the long-term unsecured debt of such depository institution shall have a credit rating from each Rating Agency in one of its generic rating categories which signifies investment grade.

"Eligible Investments" mean book-entry securities, negotiable instruments or securities represented by instruments in bearer or registered form which evidence:

(a)    direct obligations of, and obligations fully guaranteed as to timely payment by, the United States of America;

(b)    demand deposits, time deposits or certificates of deposit of any depository institution or trust company incorporated under the laws of the United States of America or any state thereof or the District of Columbia (or any domestic branch of a foreign bank) and subject to supervision and examination by federal or state banking or depository institution authorities

(including depository receipts issued by any such institution or trust company as custodian with respect to any obligation referred to in clause (a) above or portion of such obligation for the benefit of the holders of such depository receipts); provided, however, that at the time of the investment or contractual commitment to invest therein (which shall be deemed to be made again each time funds are reinvested following each Distribution Date), the commercial paper or other short-term unsecured debt obligations (other than such obligations the rating of which is based on the credit of a Person other than such depository institution or trust company) of such depository institution or trust company shall have a credit rating from Standard & Poor's of A-1+ and from Moody's of Prime-1;

(c)        commercial paper and demand notes investing solely in commercial paper having, at the time of the investment or contractual commitment to invest therein, a rating from Standard & Poor's of A-1+ and from Moody's of Prime-1;

(d)        investments in money market funds (including funds for which the Administrative Agent in its individual capacities or any of its Affiliates is investment manager, controlling party or advisor) having a rating from Standard & Poor's of AAA-m or AAAm-G and from Moody's of Aaa;

(e)        bankers' acceptances issued by any depository institution or trust company referred to in clause (b) above;

(f)        repurchase obligations with respect to any security that is a direct obligation of, or fully guaranteed by, the United States of America or any agency or instrumentality thereof the obligations of which are backed by the full faith and credit of the United States of America, in either case entered into with a depository institution or trust company (acting as principal) referred to in clause (b) above; and

(g)        cash denominated in United States dollars.

Any of the foregoing Eligible Investments may be purchased by or through the Administrative Agent or any of its Affiliates.

"Eligible Receivable" means, with respect to any day, a Receivable as to which each of the following is true and correct on such day, provided that each reference to "Cutoff Date" shall be deemed to be a reference to such day:

(a)        Title.  Immediately prior to the sale, transfer, assignment and conveyance of such Receivable by the Seller to the Company, the Seller had good and marketable title to such Receivable, free and clear of all Liens (other than Permitted Liens) and immediately after the sale, transfer, assignment and conveyance of such Receivable to the Company, the Company will have good and marketable title to such Receivable, free and clear of all Liens (other than Permitted Liens).  No Dealer or any other Person has any right to receive proceeds of such Receivable.

(b)        All Filings Made.  All filings (including, without limitation, UCC filings) necessary in any jurisdiction to give the Company a first priority perfected ownership

interest in such Receivable, and to give the Administrative Agent a first priority perfected security interest therein, shall have been made.

(c)    <u>Characteristics of Receivables</u>.    Such Receivable (i) shall have been originated in the United States of America by the Seller in the ordinary course of the its business in accordance with the Underwriting Guidelines, and shall have been fully and properly executed or electronically authenticated (as defined in the UCC) by the parties thereto, (ii) shall contain customary and enforceable provisions such that the rights and remedies of the holder thereof shall be adequate for realization against the collateral of the benefits of the security, (iii) shall be a Simple Interest Receivable or a Scheduled Interest Receivable and shall provide for level monthly payments (provided that the payment in the first or last month in the life of the Receivable may be minimally different from the level payment) that fully amortize the Amount Financed over the original term and yield interest at the rate per annum specified on the Schedule of Receivables, (iv) shall be denominated in U.S. dollars and the related Obligor with respect to such Receivable shall have a mailing address in the United States of America at the time of origination and shall not be an Affiliate of any party to the Transaction Documents, (v) is identified on the Servicer's master servicing records as an automobile installment sales contract or installment note and (vi) is not secured by a motorcycle, commercial truck or any other type of vehicle other than a Financed Vehicle.

(d)    <u>Schedule of Receivables</u>.    The information set forth in the Schedule of Receivables with respect to such Receivable is true and correct, in all material respects, as of the close of business on the applicable Cutoff Date.  The Computer Tape regarding the Receivable is true and correct in all material respects as of the close of business on the applicable Cutoff Date.

(e)    <u>Compliance With Law</u>.    Such Receivable complied at the time it was originated or made and as of the applicable Cutoff Date complies in all material respects with all requirements of applicable Federal, state and local laws and regulations thereunder, including, without limitation, usury laws, the Federal Truth-in-Lending Act, the Equal Credit Opportunity Act, the Fair Credit Reporting Act, the Federal Trade Commission Act, the Magnuson-Moss Warranty Act, the Rees-Levering Act, the Federal Reserve Board's Regulations B and Z, the Servicemembers Civil Relief Act, state adaptations of the National Consumer Act, the Uniform Consumer Credit Code and other consumer credit laws and equal credit opportunity and disclosure laws.

(f)    <u>Binding Obligation</u>.    Such Receivable represents the legal, valid and binding payment obligation in writing of the Obligor thereunder, enforceable by the holder thereof in accordance with its terms except (A) as such enforceability may be limited by applicable bankruptcy, insolvency, moratorium, fraudulent conveyance, reorganization and similar laws now or hereafter in effect related to or affecting creditors' rights generally and subject to general principles of equity (whether applied in a proceeding at law or in equity) and (B) as such Receivable may be modified by the application of the Servicemembers Civil Relief Act, as amended, as of the related Cutoff Date; and all parties to such Receivable had full legal capacity to execute and deliver

such Receivable and all other documents related thereto and to grant the security interest purported to be granted thereby.

(g)    No Government Obligor.  Such Receivable is not due from the United States of America or any State or from any agency, department, instrumentality or political subdivision of the United States of America or any state.

(h)    Security Interest in Financed Vehicle.  Immediately prior to the assignment and transfer thereof to the Company, such Receivable is secured by a validly perfected first priority security interest in the Financed Vehicle in favor of the Seller as secured party or all necessary and appropriate actions have been commenced that will result in the valid perfection of a first priority security interest in the Financed Vehicle in favor of the Seller as secured party within 210 days of the origination of such Receivable. Immediately after the assignment and transfer thereof to the Company, although the Certificate of Title (or such other document kept by the Servicer consistent with the Collection Policy) will not indicate the Company as secured party, such Receivable will be secured by an enforceable and perfected security interest in the Financed Vehicle in favor of the Company as secured party, which security interest is prior to all other Liens (other than Permitted Liens) in such Financed Vehicle.  If the related Financed Vehicle has an obligor with a mailing address in a High Concentration State, then such High Concentration State is an Acceptable Lien State.

(i)    Receivables in Force.  Such Receivable has not been satisfied, subordinated or rescinded, nor has the related Financed Vehicle been released from the Lien granted by such Receivable in whole or in part unless another vehicle has been substituted as collateral securing such Receivable in accordance with the Underwriting Guidelines and the Collection Policy.

(j)    No Waiver or Amendment.  No provision of such Receivable has been waived or amended except in accordance with the Collection Policy and as permitted pursuant to Section 4.2 of the Sale and Servicing Agreement.

(k)    No Defenses.  No right of rescission, setoff, counterclaim or defense has been asserted or threatened in writing with respect to such Receivable.  The Seller has not breached any representation or warranty with respect to such Receivables.

(l)    No Default.  Such Receivable has no Scheduled Payment 10% or more of which is more than 90 days past due as of the applicable Cutoff Date and none of Sixth Gear, any Dealer or third-party lender or anyone acting on their behalf advanced funds to the Obligor as a result of which such Receivable satisfies this clause (l).

(m)    No Bankruptcies.  The Obligor on such Receivable was not the subject of a bankruptcy proceeding commenced following the execution of the related Contract.

(n)    No Repossessions.  The Financed Vehicle securing such Receivable is not in repossession status.

(o)  Adverse Selection.  No selection procedures adverse to the Purchasers were utilized in selecting such Receivable from those owned by the Seller which met the selection criteria contained in this definition.

(p)  Characterization.  Such Receivable constitutes "chattel paper" (including "electronic chattel paper" or "tangible chattel paper") as defined in the UCC.

(q)  Insurance.  The Obligor with respect to such Receivable agreed in the related Contract to obtain insurance covering the Financed Vehicle insuring against loss and damage due to fire, theft, transportation, collision and other risks generally covered by comprehensive and collision insurance coverage (i) in an amount at least equal to the lesser of (x) its maximum insurable value or (y) the Principal Balance due from the Obligor under such Receivable and (ii) naming the Seller as loss payee.  The Financed Vehicle with respect to such Receivable is not subject to force-placed insurance.

(r)  Lawful Assignment.  Such Receivable was not originated in, nor is subject to the laws of, any jurisdiction under which the sale, transfer, assignment or conveyance of such Receivable is unlawful, void or voidable.  The Seller has not entered into any agreement with any Obligor or other Person that prohibits, restricts, requires notice of or otherwise conditions the assignment of such Receivable.

(s)  One Original.  There is no more than one fully executed or electronically authenticated original or authoritative copy of the related Contract (in each case within the meaning of the UCC).

(t)  Location of Receivable Files.  Each item required to be in such Receivable File is in such Receivable File.

(u)  Computer Records.  As of the applicable Transfer Date, the accounting and computer records relating to the receivables of the Seller have been marked to show the absolute ownership by the Company of such Receivable.

(v)  Maturity of Receivables.  Such Receivable has an original term to stated maturity of not less than 24 months and (i) not more than 84 months, if such Receivable is a Prime Receivable and (ii) not more than 76 months, if such Receivable is a Near-Prime Receivable, Sub-Prime Receivable or Deep Sub-Prime Receivable.

(w)  Balance.  As of the applicable Transfer Date, (i) in the case of a Prime Receivable, such Prime Receivable has a remaining principal balance of not less than $2,500 and not more than $100,000, (ii) in the case of a Near-Prime Receivable, such Near-Prime Receivable has a remaining principal balance of not less than $2,500 and not more than $80,000, (iii) in the case of a Sub-Prime Receivable, such Sub-Prime Receivable has a remaining principal balance of not less than $2,500 and not more than $50,000 and (iv) in the case of a Deep Sub-Prime Receivable, such Deep Sub-Prime Receivable has a remaining principal balance of not less than $2,500 and not more than $40,000.

(x)    <u>Amount Financed</u>.  Such Receivable does not have an Amount Financed of greater than $100,000 or less than $1,000.

(y)    <u>Receivable Not Assumable</u>.  Such Receivable is not assumable by another Person in a manner which would release the Obligor thereof from such Obligor's obligation with respect to such Receivable.

(z)    <u>Annual Percentage Rate</u>.  Such Receivable has an Annual Percentage Rate (i) of not more than 33% and not less than 1% and (ii) that is not a subvented rate.

(aa)    <u>Fulfillment of Contract Terms</u>.  Sixth Gear has performed all obligations required to by performed by it under the Contract relating to such Receivable, including delivery of the Financed Vehicle to the Obligor in the case of a retail installment sales contract.

(bb)    <u>Confidentiality</u>.  Such Receivable does not contain a confidentiality provision that would restrict the ability of the Servicer to review such Receivable or to otherwise exercise its rights and duties under the Sale and Servicing Agreement with respect to such Receivable.

(cc)    <u>Electronic Chattel Paper</u>.  With respect to any Receivable that constitutes "electronic chattel paper", (i) such Receivable was originated through an econtracting facilitator approved by the Administrative Agent (each such econtracting facilitator, a "<u>Facilitator</u>"), (ii) a single electronically authenticated authoritative copy (within the meaning of the UCC) of the related Contract is continuously maintained with the Custodian or a Facilitator, (iii) the agreements between the Company or Servicer and each applicable Facilitator permit the Servicer (A) to transfer the electronically authenticated authoritative copy of the related Contract to a separate electronic vault at the Facilitator controlled by the applicable successor Servicer or to an electronic vault at the applicable successor Servicer or (B) to remove the electronically authenticated authoritative copy from the electronic vault and deliver a physical copy of the applicable Contract to the successor Servicer, and (iv) the assignment and transfer of such Receivable to the Company would not cause the Aggregate Principal Balance of all Receivables that constitute electronic chattel paper to exceed 2% of the Aggregate Principal Balance.

(dd)    <u>Tangible Chattel Paper</u>.  With respect to any Receivable that constitutes "tangible chattel paper," the Custodian or the Interim Custodian has possession (as defined in the UCC) of such Receivable.

(ee)    <u>Trust Receipt and Exceptions</u>.  Such Receivable is included in the Trust Receipt and (i) the related Supplemental Receipt indicates that the Custodian has possession (which may include possession in imaged form) of (A) the related documents described in <u>Section 2(a)</u> of the Custodial Agreement and (B) the related documents described in either <u>Section 2(b)</u> or Section 2(c) of the Custodial Agreement, (ii) all of the fields of information described in the last paragraph of <u>Section 6(a)</u> of the Custodial

Agreement are included in such Supplemental Receipt and (iii) the information contained in such fields corresponds with the Schedule of Receivables.

(ff)    <u>Security Level</u>.  Such Receivable was not underwritten at a Security Level 9 or higher level.

"<u>Event of Default</u>" has the meaning specified in <u>Section 12.1</u> of the Master Repurchase Agreement.

"<u>Excess Receivables</u>" has the meaning specified in <u>Section 2.2(g)</u> of the Master Repurchase Agreement.

"<u>Exchange Act</u>" means the Securities Exchange Act of 1934, as amended.

"<u>Excluded Deep Sub-Prime Receivables Balance</u>" means, with respect to any date, the sum, without duplication, of the following amounts:

(a)    (i) the amount by which the Aggregate Principal Balance of Eligible Receivables which are both Deep Sub-Prime Receivables and Permitted Delinquent Receivables exceeds 24.00% of the Aggregate Principal Balance of Eligible Receivables which are Deep Sub-Prime Receivables plus, without duplication, (ii) the amount by which the Aggregate Principal Balance of Eligible Receivables which are both Deep Sub-Prime Receivables and Permitted Delinquent 60+ Receivables exceeds 8.00% of the Aggregate Principal Balance of Eligible Receivables which are Deep Sub-Prime Receivables;

(b)    the Aggregate Principal Balance of Eligible Receivables which are Deep Sub-Prime Receivables which must be disregarded in order to cause the weighted average FICO score of the remaining pool of Eligible Receivables which are Deep Sub-Prime Receivables to be 513 or more; and

(c)    the amount by which the Aggregate Principal Balance of Eligible Receivables which are Deep Sup-Prime Receivables with a Custom Score of 141 or less exceeds 5% of the Aggregate Principal Balance of Eligible Receivables which are Deep Sup-Prime Receivables.

"<u>Excluded Extended Receivables Balance</u>" means, with respect to any date, the aggregate amount of Eligible Receivables which are Extension Receivables which must be disregarded in order to cause the average Extension Ratio during any three-month rolling period to equal 3% or less during such three-month rolling period.

"<u>Excluded Interim Custodian Balance</u>" means, with respect to any date, the sum, without duplication, of the following amounts:

(a)    the aggregate amount by which the Aggregate Principal Balance of Eligible Receivables that (i) were originated by the related Dealer no more than 30 days prior to such date and (ii) are held by the Interim Custodian as of such date exceeds the

greater of (A) $40,000,000 and (B) (i) 20% of the Aggregate Principal Balance of all Eligible Receivables with respect to any date during the first through twelfth month following the initial Purchase Date, (ii) 17% of the Aggregate Principal Balance of all Eligible Receivables with respect to any date during the thirteenth through twenty-fourth month following the initial Purchase Date and (iii) 10% of the Aggregate Principal Balance of all Eligible Receivables with respect to any date during and after the twenty-fifth month following the initial Purchase Date; and

(b)    the Aggregate Principal Balance of Eligible Receivables that (i) were originated by the related Dealer more than 30 days prior to such date and (ii) are held by the Interim Custodian as of such date.

"Excluded Near-Prime Receivables Balance" means, with respect to any date, the sum, without duplication, of the following amounts:

(a)    (i) the amount by which the Aggregate Principal Balance of Eligible Receivables which are both Near-Prime Receivables and Permitted Delinquent Receivables exceeds 6.00% of the Aggregate Principal Balance of Eligible Receivables which are Near-Prime Receivables plus, without duplication, (ii) the amount by which the Aggregate Principal Balance of Eligible Receivables which are both Near-Prime Receivables and Permitted Delinquent 60+ Receivables exceeds 2.00% of the Aggregate Principal Balance of Eligible Receivables which are Near-Prime Receivables;

(b)    the Aggregate Principal Balance of Eligible Receivables which are Near-Prime Receivables which must be disregarded in order to cause the weighted average FICO score of the remaining pool of Eligible Receivables which are Near-Prime Receivables to be 644 or more; and

(c)    the Aggregate Principal Balance of Eligible Receivables which are Near-Prime Receivables with a Custom Score of 194 or less.

"Excluded Prime Receivables Balance" means, with respect to any date, the sum, without duplication, of the following amounts:

(a)    (i) the amount by which the Aggregate Principal Balance of Eligible Receivables which are both Prime Receivables and Permitted Delinquent Receivables exceeds 5.25% of the Aggregate Principal Balance of Eligible Receivables which are Prime Receivables plus, without duplication, (ii) the amount by which the Aggregate Principal Balance of Eligible Receivables which are both Prime Receivables and Permitted Delinquent 60+ Receivables exceeds 1.75% of the Aggregate Principal Balance of Eligible Receivables which are Prime Receivables;

(b)    the Aggregate Principal Balance of Eligible Receivables which are Prime Receivables which must be disregarded in order to cause the weighted average FICO score of the remaining pool of Eligible Receivables which are Prime Receivables to be 707 or more; and

(c)      the Aggregate Principal Balance of Eligible Receivables which are Prime Receivables with a Custom Score of 215 or less.

"Excluded Security Level Receivables Balance" means the amount by which the Aggregate Principal Balance of Eligible Receivables which were underwritten at Security Level 7 or Security Level 8 exceeds 2% of the Aggregate Principal Balance of all Eligible Receivables.

"Excluded State Concentration Balance" means, with respect to any date, the sum, without duplication, of the following amounts:

(a)      the aggregate amount by which the Aggregate Principal Balance of Eligible Receivables the Obligors of which have mailing addresses in any one state exceeds the greater of (i) $50,000,000 and (ii) 15% of the Aggregate Principal Balance of all Eligible Receivables; and

(b)      the aggregate amount by which the Aggregate Principal Balance of Eligible Receivables the Obligors of which have mailing addresses in any one of the Top Three States exceeds (i) (A) 100% of the Aggregate Principal Balance of all Eligible Receivables, with respect to any date during the first through third month following the initial Purchase Date and (B) 65% of the Aggregate Principal Balance of all Eligible Receivables, with respect to any date during the fourth through twelfth month following the initial Purchase Date, (ii) 55% of the Aggregate Principal Balance of all Eligible Receivables, with respect to any date during the thirteenth through twenty-fourth month following the initial Purchase Date and (iii) 50% of the Aggregate Principal Balance of all Eligible Receivables, with respect to any date during and after the twenty-fifth month following the initial Purchase Date.

"Excluded Sub-Prime Receivables Balance" means, with respect to any date, the sum, without duplication, of the following amounts:

(a)      (i) the amount by which the Aggregate Principal Balance of Eligible Receivables which are both Sub-Prime Receivables and Permitted Delinquent Receivables exceeds 16.50% of the Aggregate Principal Balance of Eligible Receivables which are Sub-Prime Receivables plus, without duplication, (ii) the amount by which the Aggregate Principal Balance of Eligible Receivables which are both Sub-Prime Receivables and Permitted Delinquent 60+ Receivables exceeds 5.50% of the Aggregate Principal Balance of Eligible Receivables which are Sub-Prime Receivables;

(b)      the Aggregate Principal Balance of Eligible Receivables which are Sub-Prime Receivables which must be disregarded in order to cause the weighted average FICO score of the remaining pool of Eligible Receivables which are Sub-Prime Receivables to be 568 or more; and

(c)      the Aggregate Principal Balance of Eligible Receivables which are Sub-Prime Receivables with a Custom Score of 159 or less.

"Excluded Taxes" means net income taxes (including branch profit taxes, minimum taxes and taxes computed under alternative methods, at least one of which is based on or measured by

net income), franchise taxes (imposed in lieu of net income taxes), or any other taxes based on or measured by the net income of a Purchaser, Participant, Agent or the Administrative Agent (as the case may be).

"Executive Officer" means, with respect to any corporation, limited partnership or limited liability company, the Chief Executive Officer, Chief Operating Officer, Chief Financial Officer, President, any Executive Vice President, any Vice President, the Secretary or the Treasurer of such corporation, limited partnership or limited liability company; and with respect to any partnership, any general partner thereof.

"Exemption Certificate" is defined in Section 2.6(d) of the Master Repurchase Agreement.

"Extension Ratio" means, as of any Distribution Date, a fraction (expressed as a percentage), the numerator of which is the sum of the Principal Balances of all Extension Receivables as of the last day of the related Collection Period (or, in the case of the initial Distribution Date, the initial aggregate Principal Balances of all such Extension Receivables) and the denominator of which is the Aggregate Principal Balance as of the last day of the Collection Period (or, in the case of the initial Distribution Date, the initial Aggregate Principal Balance).

"Extension Receivable" means any Receivable that has been deferred or extended pursuant to Section 4.2 of the Sale and Servicing Agreement.

"Facility Limit" means, for any day, the lesser of (i) the Asset Amount and (ii) the Total Purchase Limit on such day.

"FDIC" means the Federal Deposit Insurance Corporation.

"FICO" means FICO Classic98.

"Fifth Third Account" means the Deposit Account as defined in Section 1.01 of the Fifth Third Account Control Agreement.

"Fifth Third Account Control Agreement" means the Deposit Account Control Agreement, dated as of May 9, 2008, between Fifth Third Bank, the Company and the Administrative Agent, as the same may from time to time be amended, modified or otherwise supplemented.

"Fifth Third Account Property" means the Fifth Third Account, all amounts and investments held from time to time in the Fifth Third Account (whether in the form of deposit accounts, book-entry securities, uncertificated securities or otherwise), and all proceeds of the foregoing.

"Financed Vehicle" means, with respect to any Receivable, an automobile or light-duty truck, van, sport utility vehicle or minivan, together with all accessions thereto, securing an Obligor's indebtedness under such Receivable.

"Financial Covenant" means the covenants set forth in Section 5.18(a) through Section 5.18(e) of the Master Repurchase Agreement.

"Fiscal Quarter" means each of the four consecutive three month periods comprising a Fiscal Year.

"Fiscal Year" means any period of four consecutive Fiscal Quarters ending on March 31.

"Funded Debt" means, with respect to any Person, all Indebtedness of such Person which by the terms of the agreement governing or instrument evidencing such Indebtedness matures more than one year from, or is directly or indirectly renewable or extendable at the option of the debtor under a revolving credit or similar agreement obligating the lender or lenders to extend credit over a period of more than one year from, the date of creation thereof, including all current maturities of such Indebtedness.

"GAAP" means generally accepted accounting principles in the United States.

"Governmental Authority" means any nation or government, any state or other political subdivision thereof and any entity exercising executive, legislative, judicial, regulatory or administrative functions of or pertaining to government.

"Grant" means mortgage, pledge, bargain, warrant, alienate, remise, release, convey, assign, transfer, create, grant a lien upon and a security interest in and right of set-off against, deposit, set over and confirm pursuant to the Master Repurchase Agreement.  A Grant of the Repurchase Assets or of any other agreement or instrument shall include all rights, powers and options (but none of the obligations) of the Granting party thereunder, including the immediate and continuing right to claim for, collect, receive and give receipt for principal and interest payments in respect of the Repurchase Assets and all other moneys payable thereunder, to give and receive notices and other communications, to make waivers or other agreements, to exercise all rights and options, to bring proceedings in the name of the Granting party or otherwise and generally to do and receive anything that the Granting party is or may be entitled to do or receive thereunder or with respect thereto.

"High Concentration State" means any state for which the Aggregate Principal Balance of Eligible Receivables the Obligors of which have mailing addresses in such state exceeds 5% of the Aggregate Principal Balance.

"Included Deep Sub-Prime Receivables Balance" means, on any date, the Aggregate Principal Balance constituting Deep Sub-Prime Receivables which are Eligible Receivables minus the Excluded Deep Sub-Prime Receivables Balance for such date.

"Included Near-Prime Receivables Balance" means, on any date, the Aggregate Principal Balance constituting Near-Prime Receivables which are Eligible Receivables minus the Excluded Near-Prime Receivables Balance for such date.

"Included Prime Receivables Balance" means, on any date, the Aggregate Principal Balance constituting Prime Receivables which are Eligible Receivables minus the Excluded Prime Receivables Balance for such date.

"Included Sub-Prime Receivables Balance" means, on any date, the Aggregate Principal Balance constituting Sub-Prime Receivables which are Eligible Receivables minus the Excluded Sub-Prime Receivables Balance for such date.

"Included Receivables" means, for any date of determination, all Eligible Receivables (other than any Receivable that has been purchased or repurchased from the Company by any Person pursuant to the Transaction Documents).

"Indebtedness" of any Person means, without duplication:

> (i)　　all obligations of such Person for borrowed money and all obligations evidenced by bonds, debentures, notes or other similar instruments;

> (ii)　　all obligations, contingent or otherwise, relative to the face amount of all letters of credit, whether or not drawn, and banker's acceptances issued for the account of such Person;

> (iii)　　all obligations as lessee under leases which have been or should be, in accordance with GAAP, recorded as Capitalized Lease Liabilities;

> (iv)　　all other items which, in accordance with GAAP, would be included as liabilities on the liability side of a balance sheet of such Person as of the date at which Indebtedness is to be determined; and

> (v)　　whether or not so included as liabilities in accordance with GAAP

>> (A)　　all obligations of such Person to pay the deferred purchase price of property or services, and indebtedness (excluding prepaid interest thereon) secured by a Lien on property owned or being purchased by such Person (including indebtedness arising under conditional sales or other title retention agreements), whether or not such indebtedness shall have been assumed by such Person or is limited in recourse, and

>> (B)　　all Contingent Liabilities of such Person in respect of any Indebtedness of such Person.

"Indemnitee" means each of the Administrative Agent, the Trustee, the Agents, the applicable Purchasers under the Master Repurchase Agreement, each other Affected Party, each of their Affiliates, and each of their respective successors, transferees, participants and assigns and all officers, directors, shareholders, controlling persons, employees and agents of any of the foregoing.

"Insolvency Event" means, with respect to a specified Person, (a) the filing of a petition against such Person or the entry of a decree or order for relief by a court having jurisdiction in the premises in respect of such Person or any substantial part of its property in an involuntary case under any applicable federal or state bankruptcy, insolvency or other similar law now or hereafter in effect, or appointing a receiver, liquidator, assignee, custodian, trustee, sequestrator,

or similar official for such Person or for any substantial part of its property, or ordering the winding-up or liquidation or such Person's affairs, and such petition, decree or order shall remain unstayed and in effect for a period of 60 consecutive days; or (b) the commencement by such Person of a voluntary case under any applicable federal or state bankruptcy, insolvency or other similar law now or hereafter in effect, or the consent by such Person to the entry of an order for relief in an involuntary case under any such law, or the consent by such Person to the appointment of or taking possession by a receiver, liquidator, assignee, custodian, trustee, sequestrator, or similar official for such Person or for any substantial part of its property, or the making by such Person of any general assignment for the benefit of creditors, or the failure by such Person generally to pay its debts as such debts become due, or the taking of action by such Person in furtherance of any of the foregoing.

"Interest Period" means, with respect to any Transaction:

(a)    the period commencing on (and including) the Purchase Date and ending on the last day of the calendar month in which such Purchase Date occurred; and

(b)    thereafter, each period commencing on the first day of a calendar month and ending on (and including) the last day of a calendar month.

"Interest Rate Hedge" means any interest rate cap or other hedging mechanism which satisfies the requirements of Section 5.13 of the Master Repurchase Agreement.

"Interest Rate Hedge Payment" means any payment received by the Administrative Agent under any Interest Rate Hedge.

"Interim Custodial Agreement" means the DealerTrack Digital Services, Inc. eDocs Services Agreement, dated as of March 20, 2008, between the Interim Custodian and Sixth Gear, as the same may be amended, supplemented or otherwise modified from time to time in accordance with the terms thereof, which agreement shall be in form and substance satisfactory to the Administrative Agent.

"Interim Custodian" means DealerTrack Digital Services, Inc. or other Person appointed as custodian (or similar capacity) under the Interim Custodial Agreement.

"Investment Earnings" means, with respect to any date of determination and the Collection Account, the investment earnings on amounts on deposit in the Collection Account on such date.

"Joinder Supplement" means an agreement among one of more Purchasers, the Company, an Agent and the Administrative Agent in the form of Exhibit B to the Master Repurchase Agreement (appropriately completed).

"Lehman Purchaser Group" means the Purchaser Group with respect to which Lehman Brothers Commercial Paper, Inc. is the Committed Purchaser.

"Level I Delinquency Trigger" means, as of any Determination Date and with respect to any Vintage Pool, the Delinquency Ratio as of the end of a Vintage Seasoning Period for such Vintage Pool exceeds the applicable "Level I" percentage set forth on Schedule 1 hereto.

"Level I Loss Trigger" means, as of any Determination Date and with respect to any Vintage Pool, the Cumulative Net Loss Ratio as of the end of a Vintage Seasoning Period for such Vintage Pool exceeds the applicable "Level I" percentage set forth on Schedule 1 hereto.

"Level I Trigger" means the occurrence of either a Level I Delinquency Trigger or a Level I Loss Trigger.

"Level I Trigger – Deep Sub-Prime" means that a Level I Trigger has occurred with respect to the Originated Portfolio – Deep Sub-Prime.

"Level I Trigger – Near-Prime" means that a Level I Trigger has occurred with respect to the Originated Portfolio – Near-Prime.

"Level I Trigger – Prime" means that a Level I Trigger has occurred with respect to the Originated Portfolio – Prime.

"Level I Trigger – Sub-Prime" means that a Level I Trigger has occurred with respect to the Originated Portfolio – Sub-Prime.

"Level II Delinquency Trigger" means, as of any Determination Date and with respect to any Vintage Pool, the Delinquency Ratio as of the end of a Vintage Seasoning Period for such Vintage Pool exceeds the applicable "Level II" percentage set forth on Schedule 1 hereto.

"Level II Loss Trigger" means, as of any Determination Date and with respect to any Vintage Pool, the Cumulative Net Loss Ratio as of the end of a Vintage Seasoning Period for such Vintage Pool exceeds the applicable "Level II" percentage set forth on Schedule 1 hereto.

"Level II Trigger" means the occurrence of either a Level II Delinquency Trigger or a Level II Loss Trigger.

"Leverage Ratio" means, with respect to any Person on any date, the ratio of (a) the Consolidated Funded Debt of such Person divided by (b) the Consolidated Net Worth of such Person.

"LIBOR Rate" means, with respect to any day during an Interest Period, the rate per annum shown on Reuters Screen LIBOR 01 Page as the composite offered rate for London interbank deposits for a period equal to one month, as shown under the heading "USD" as of 11:00 a.m. (London time) two Business Days prior to such day; provided that in the event no such rate is shown, the LIBOR Rate shall be the rate per annum based on the rates at which Dollar deposits for a period equal to one month are displayed on page "LIBOR" of the Reuters Monitor Money Rates Service or such other page as may replace the LIBOR page on that service for the purpose of displaying London interbank offered rates of major banks as of 11:00 a.m. (London time) two London Business Days prior to such day (it being understood that if at least two such rates appear on such page, the rate will be the arithmetic mean of such displayed rates);

provided further that in the event fewer than two such rates are displayed, or if no such rate is relevant, the LIBOR Rate shall be a rate per annum at which deposits in Dollars are offered by the principal office of a leading bank (as selected by the Administrative Agent in its reasonable discretion) in London, England to prime banks in the London interbank market at 11:00 A.M. (London time) two Business Days before such day for delivery on such first day and for a period equal to such Fixed Period.

"Lien" means (i) with respect to any asset other than a Receivable, (a) any mortgage, deed of trust, lien, pledge, hypothecation, encumbrance, charge or security interest in, on or of such asset, (b) the interest of a vendor or a lessor under any conditional sale agreement, capital lease or title retention agreement (or any financing lease having substantially the same economic effect as any of the foregoing) relating to such asset and (c) in the case of securities, any purchase option, call or similar right of a third party with respect to such securities and (ii) with respect to a Receivable, a security interest, lien, charge, pledge, equity, or encumbrance of any kind, other than tax liens, mechanics' liens and any liens that attach to the respective Receivable by operation of law as a result of any act or omission by the related Obligor.

"Limited Amortization Amount" shall mean, with respect to any Limited Amortization Period, the amount, as set forth on a notice given pursuant to Section 2.3(d) of the Master Repurchase Agreement,  to be paid to each Purchaser in connection therewith.

"Limited Amortization Period" shall mean, unless an Event of Default shall have occurred and be continuing, a period beginning on the first day of the Collection Period specified in the notice delivered by the Company in accordance with Section 2.3(d) of Master Repurchase Agreement, and ending upon the first to occur of (i) the occurrence of an Event of Default and (ii) payment in full of the Limited Amortization Amount.

"Liquidity Percentage" means, with respect to a Committed Purchaser for a CP Conduit under the Master Repurchase Agreement, such Committed Purchaser's Adjusted Commitment with respect to such CP Conduit under the Master Repurchase Agreement as a percentage of the aggregate Adjusted Commitments of all Committed Purchasers for such CP Conduit under the Master Repurchase Agreement.

"Lockbox" has the meaning specified in Section 4.01 of the Fifth Third Account Control Agreement.

"Lockbox Agreement" means the Lockbox Agreement from time to time in effect between Fiserv Automotive Solutions Inc., the Servicer, the Company and the Administrative Agent.

"London Business Day" means any Business Day that is also a day on which dealings in deposits in U.S. dollars are transacted in the London interbank market.

"Majority Purchasers" means, at any time, Committed Purchasers having Purchase Limits under the Master Repurchase Agreement aggregating more than 50% of the Total Purchase Limit.

"Margin Confirmation" means an Officer's Certificate, in form and substance satisfactory to the Administrative Agent, certifying the calculation of the Asset Amount.

"Margin Deficit" means, on any day, a condition that shall exist on such day if the Aggregate Repurchase Price on such day shall exceed the Adjusted Asset Amount on such day and the amount of such Margin Deficit shall equal the amount of such excess on such day.

"Master Repurchase Agreement" means the Original Master Repurchase Agreement, as amended and restated by the Amended and Restated Master Purchase Agreement, dated as of May 9, 2008, among those same parties, and as from time to time further amended, supplemented or otherwise modified.

"Maximum Purchase Amount" means, for any CP Conduit and the Master Repurchase Agreement, the aggregate Committed Purchase Limits of the Committed Purchasers in its Purchaser Group under the Master Repurchase Agreement.

"Monthly Costs and Expenses" means, for any Interest Period, the sum of all amounts then due and payable by the Company (determined without regard to limitations on the sources of payment thereof) pursuant to the Master Repurchase Agreement, other than Price Differential and the Aggregate Repurchase Price.

"Moody's" means Moody's Investors Service, or its successor.

"Near-Prime Receivable" means a Receivable originated under the Seller's "Near-Prime" program as described in the Underwriting Guidelines.

"Near-Prime Receivables Asset Amount" means, on any date,

(a)    the sum of:

    (i)    (A) the Included Near-Prime Receivables Balance on such date that are not Permitted Delinquent Receivables on such date times (B) (1) 0.94, for any date on which a Current Level I Trigger Event--Near-Prime is not in effect or (2) 0.90, for any date on which a Current Level I Trigger Event-Near-Prime is in effect; and

    (ii)    (A) the Included Near-Prime Receivables Balance on such date that are Permitted Delinquent Receivables on such date times (B) 0.50; minus

(b)    the Near-Prime Receivables Minimum Spread Adjustment, if any, for such date.

"Near-Prime Receivables Minimum Spread Adjustment" means, with respect to any date, the positive value, if any, of the product of (a) 2.5 and (b) the sum, for all Near-Prime Receivables included in the Included Near-Prime Receivables Balance as of such date, of the following with respect to each Near-Prime Receivable (which amount may be negative for any individual Near-Prime Receivable): the product of (A) the Principal Balance as of such date and (B) the amount equal to (i) the Two-Year Swap rate as of the date of origination plus (ii) 4.00% minus (iii) the APR.

"Net Liquidation Proceeds" means, with respect to a Defaulted Receivable, all amounts realized with respect to such Receivable net of (i) reasonable expenses incurred by the Servicer in connection with the collection of such Receivable and the repossession and disposition of the Financed Vehicle and (ii) amounts that are required to be refunded to the Obligor on such Receivable; provided, however, that the Net Liquidation Proceeds with respect to any Receivable shall in no event be less than zero.

"Nonextending Purchaser" means (a) each Committed Purchaser which has declined to extend its Commitment Termination Date in accordance with Section 2.3(c) of the Master Repurchase Agreement and (b) each Committed Purchaser whose Committed Purchase Limit has been reduced in whole or in part in accordance with Section 2.3(a) of the Master Repurchase Agreement; provided, however, that if such Committed Purchase Limit has been reduced in part (rather than in whole), then such Committed Purchaser shall be deemed to be a Nonextending Purchaser only with respect to the portion of the Committed Purchase Limit which has been reduced.

"Non-Excluded Taxes" means all Taxes other than Excluded Taxes.

"Non-Use Fee" means, for each Purchaser Group, the non-use fee identified as the "Non-Use Fee" in the Supplemental Fee Letter for such Purchaser Group.

"Non-U.S. Purchaser" means any Purchaser that is not a "United States person," as defined under section 7701(a)(30) of the Code.

"Notice of Exclusive Control" means a "Notice of Exclusive Control" under the Fifth Third Account Control Agreement, a "Notice" under the Wachovia Deposit Account Control Agreement" and a "notice of exclusive control" under the Wachovia Securities Account Control Agreement, as applicable.

"Obligor" on a Receivable means the purchaser or co-purchasers of the related Financed Vehicle and any other Person who owes payments under the Receivable.

"Officers' Certificate" means, with respect to the Sale and Servicing Agreement, a certificate signed by any Executive Officer, any assistant treasurer or any assistant secretary of the Seller or the Servicer, as applicable.

"Opinion of Counsel" means a written opinion of counsel that is reasonably acceptable to the Administrative Agent, and is satisfactory in form and substance to the Administrative Agent.

"Original Closing Date" means December 21, 2007.

"Original Master Repurchase Agreement" means the Master Repurchase Agreement, dated as of December 21, 2007, among the Company, Sixth Gear, the financial institutions and CP Conduits parties thereto, the Agents and the Administrative Agent.

"Original Sale and Servicing Agreement" means the Sale and Servicing Agreement, dated as of December 21, 2007, among the Company, Sixth Gear, as Seller and Servicer, and the Administrative Agent.

"<u>Originated Portfolio</u>" means any of the Originated Portfolio–Deep Sub-Prime, the Originated Portfolio–Sub-Prime, the Originated Portfolio–Near-Prime and the Originated Portfolio–Prime.

"<u>Originated Portfolio–Deep Sub-Prime</u>" means as of any date, all Deep Sub-Prime Receivables which have been originated by Sixth Gear or any of its Affiliates as of such date (including, without limitation, all Deep Sub-Prime Receivables which have been sold, securitized, written off or paid in full).

"<u>Originated Portfolio–Near-Prime</u>" means as of any date, all Near-Prime Receivables which have been originated by Sixth Gear or any of its Affiliates as of such date (including, without limitation, all Near-Prime Receivables which have been sold, securitized, written off or paid in full).

"<u>Originated Portfolio–Prime</u>" means as of any date, all Prime Receivables which have been originated by Sixth Gear or any of its Affiliates as of such date (including, without limitation, all Prime Receivables have been sold, securitized, written off or paid in full).

"<u>Originated Portfolio–Sub-Prime</u>" means as of any date, all Sub-Prime Receivables which have been originated by Sixth Gear or any of its Affiliates as of such date (including, without limitation, all Sub-Prime Receivables have been sold, securitized, written off or paid in full).

"<u>Participant</u>" means, with respect to the Master Repurchase Agreement and the Purchased Receivables, a Permitted Transferee which has purchased a Participation from a Purchaser in accordance with the Master Repurchase Agreement.

"<u>Participation</u>" means a participation interest in a Committed Purchase Limit, a Voluntary Purchase Limit or any Purchased Receivables.

"<u>Percentage Interest</u>" means, as to any Purchaser and the Master Repurchase Agreement at any time of determination, the percentage equivalent of a fraction the numerator of which shall be an amount equal to the portion of the unpaid principal amount of the Repurchase Price owing to such Purchaser (or, if no amount of the Repurchase Price is outstanding, the amount of its Purchase Limit, if any, under the Master Repurchase Agreement) at such time (after giving effect to all Assignments effective on or prior to such time of determination) and the denominator of which shall be an amount equal to the Aggregate Repurchase Price (or, if no amount of the Repurchase Price is outstanding, the Total Purchase Limit) at such time under the Master Repurchase Agreement.

"<u>Perfection Representations</u>" means the representations, warranties and covenants set forth in <u>Schedule B</u> to the Sale and Servicing Agreement.

"<u>Permitted Delinquent Receivable</u>" means any Receivable with respect to which 10% or more of a Scheduled Payment is more than 30 days past due but less than or equal to 90 days past due.

"Permitted Delinquent 60+ Receivable" means any Receivable with respect to which 10% or more of a Scheduled Payment is more than 60 days past due but less than or equal to 90 days past due.

"Permitted Liens" means (a) interests of the parties under the Transaction Documents; (b) any Liens for taxes not due and payable or the amount or validity of which is being contested in good faith by appropriate proceedings; and (c) any Liens of mechanics, suppliers, materialmen, laborers, employees or repairmen or other like Liens arising in the ordinary course of the Seller's or the Servicer's business securing obligations which are not due and payable or the amount or validity of which is being contested in good faith by appropriate proceedings.

"Permitted Transferee" means, (i) each Purchaser, each Support Party, any asset-backed conduit or commercial paper conduit administered by any of the Agents, each Agent (in its individual capacity), and the Administrative Agent (in its individual capacity), (ii) each other Person who has been consented to in writing as a potential Transferee by the Seller (which consent shall not be withheld (except for a commercially reasonable purpose or reason) or delayed) and by the Administrative Agent and (iii) after the occurrence of an Event of Default or Amortization Event, any other Person; provided, in each case, that the transfer to such other Person is in compliance with the provisions of the Master Repurchase Agreement and will not require registration of the Company under any applicable securities laws.

"Person" means any individual, corporation, limited liability company, estate, partnership, joint venture, association, joint stock company, trust (including any beneficiary thereof), unincorporated organization or government or any agency or political subdivision thereof.

"Potential Amortization Event" means any occurrence that is, or with notice or the lapse of time or both (in either case, to the extent set forth in the relevant provisions of the related Amortization Event) would become, an Amortization Event.

"Price Differential" means, with respect to any Transaction hereunder as of any date, the aggregate amount obtained by daily application of the Pricing Rate of such Transaction to the Purchase Price for such Transaction on a 360 day per year basis for the actual number of days during the period commencing on (and including) the Purchase Date for such Transaction and ending on (but excluding) the Repurchase Date (reduced by any amount of such Price Differential previously paid by the Company to the Purchasers with respect to such Transaction and increased by the amount of any accrued and unpaid interest in respect of any overdue Price Differential, as calculated pursuant to Section 2.10(a) of the Master Repurchase Agreement). The Price Differential with respect to any Distribution Date shall equal the amount calculated in accordance with the foregoing sentence with respect to each Transaction during the related Interest Period.  For the avoidance of doubt, with respect to any Transaction that has been rolled into a new Transaction pursuant to Section 2.1 of the Master Repurchase Agreement, the "Purchase Date" with respect to such new Transaction shall be deemed to be the date on which such former Transaction was rolled into such new Transaction.

"Pricing Rate" means the sum of interest for each day during such Interest Period at a rate per annum equal to the LIBOR Rate for such day plus 1.00%.

"<u>Prime Receivable</u>" means a Receivable originated under the Seller's "Prime" program as described in the Underwriting Guidelines.

"<u>Prime Receivables Asset Amount</u>" means, on any date,

(a)     the sum of:

    (i)     (A) the Included Prime Receivables Balance on such date that are not Permitted Delinquent Receivables on such date times (B) (1) 0.97, for any date on which a Current Level I Trigger Event-Prime is not in effect or (2) 0.95, for any date on which a Current Level I Trigger Event-Prime is in effect; and

    (ii)     (A) the Included Prime Receivables Balance on such date that are Permitted Delinquent Receivables on such date times (B) 0.50; minus

(b)     the Prime Receivables Minimum Spread Adjustment, if any, for such date.

"<u>Prime Receivables Minimum Spread Adjustment</u>" means, with respect to any date, the positive value, if any, of the product of (a) 2.5 and (b) the sum, for all Prime Receivables included in the Prime Receivables Balance as of such date, of the following with respect to each Prime Receivable (which amount may be negative for any individual Prime Receivable): the product of (A) the Principal Balance as of such date and (B) the amount equal to (i) the Two-Year Swap rate as of the date of origination plus (ii) 1.00% minus (iii) the APR.

"<u>Principal Balance</u>" means, with respect to any Receivable, as of any date, the Amount Financed minus (i) that portion of all amounts received on or prior to such date and allocable to principal in accordance with the terms of the Receivable and (ii) any Cram Down Loss in respect of such Receivable.  The Principal Balance of any Receivable that becomes a Defaulted Receivable will be deemed to be $0 as of the date it became a Defaulted Receivable.

"<u>Proceeding</u>" means any suit in equity, action at law or other judicial or administrative proceeding.

"<u>Purchase Amount</u>" means, with respect to a Receivable, the Principal Balance and all accrued and unpaid interest on the Principal Balance of such Receivable.

"<u>Purchase Date</u>" means, with respect to those Purchased Receivables that are sold to the Purchasers in any Transaction, the date on which those Purchased Receivables are transferred by the Company to the Purchasers, as specified in the related Confirmation.

"<u>Purchase Limit</u>" means, with respect to any Purchaser Group, the sum of (i) the Committed Purchase Limit for the related Committed Purchaser and (ii) the Voluntary Purchase Limit for such Purchaser Group.

"<u>Purchase Price</u>" means on each Purchase Date (a) with respect to each Purchased Receivable, the price at which such Purchased Receivable is transferred by the Company to the Purchasers, which shall equal the Asset Value of such Purchased Receivable and (b) with respect

to each Transaction, the sum of the Purchase Prices for all of the Purchased Receivables for such Transaction.

"Purchase Request" means a written request to enter into a Transaction, made by the Company to the Administrative Agent on behalf of the Purchasers, substantially in the form included in Exhibit A to the Sale and Servicing Agreement.

"Purchase Termination Date" means, for each Purchaser and the Master Repurchase Agreement, the earliest to occur of (i) the Commitment Termination Date for such Purchaser under the Master Repurchase Agreement or, with respect to a Purchaser which is a CP Conduit, the first date on which Commitment Termination Dates for all its related Committed Purchasers under the Master Repurchase Agreement have occurred, (ii) the date of any termination of the Committed Purchase Limit of such Purchaser under the Master Repurchase Agreement pursuant to Section 2.3 of the Master Repurchase Agreement or, with respect to a Purchaser which is a CP Conduit, the first date on which the Committed Purchase Limit for all of its Committed Purchasers have been terminated pursuant to Section 2.3 of the Master Repurchase Agreement and (iii) the effective date on which the Committed Purchase Limits are terminated or deemed terminated pursuant to Section 2.9 of the Master Repurchase Agreement.

"Purchased Receivable" means a Receivable subject to a Transaction pursuant to the Master Repurchase Agreement, including any Receivables transferred to any Purchaser or its designee in accordance with Section 7.1 of the Master Repurchase Agreement.

"Purchasers" means, collectively, the CP Conduits and the Committed Purchasers party to the Master Repurchase Agreement.

"Purchaser Group" means, each group of Purchasers under the Master Repurchase Agreement consisting of (i) a CP Conduit, and/or (ii) the Committed Purchasers with respect to such CP Conduit and, in the case of a Committed Purchaser not related to a CP Conduit, such Committed Purchaser.

"Purchaser Percentage" means, with respect to a CP Conduit and the Master Repurchase Agreement, the Maximum Purchase Amount of such CP Conduit under the Master Repurchase Agreement as a percentage of the aggregate Committed Purchase Limits under the Master Repurchase Agreement.

"Qualified Institution" means a depository institution or trust company organized under the laws of the United States of America or any one of the states thereof or the District of Columbia (or any domestic branch of a foreign financial institution) (a) which at all times has the Required Deposit Rating and (b) whose deposits are insured by the FDIC.

"Ratable Share" means, with respect to any date on which the Repurchase Price is calculated with respect to a Transaction, the ratio (expressed as a percentage) of (a) the Repurchase Price for such Transaction, calculated as of the most recent prior date on which a Waterfall Payment was received by the Purchasers divided by (b) the Aggregate Repurchase Price on such date.

"Receivable" means any Contract listed on the Schedule of Receivables.

"Receivable Files" means the following documents or instruments delivered to the Custodian under the Custodial Agreement with respect to each Receivable.

(i)      the fully executed or electronically authenticated original or authoritative copy (in each case within the meaning of the UCC) of the Contract (together with any agreements modifying the Contract, including, without limitation, any extension agreements);

(ii)     subject to Section 4.15 of the Sale and Servicing Agreement, the Certificate of Title; and

(iii)    such other documents and instruments as may be specified in the Custodial Agreement.

"Recoveries" means, with respect to any charged-off receivable, monies collected in respect thereof from whatever source, during any Collection Period, net of the sum of any reasonable expenses incurred by the applicable servicer in connection with the collection, repossession and disposition of the related Financed Vehicle and any amounts required by law to be remitted to the related Obligor.

"Regulation AB" means Subpart 229.1100 – Asset Backed Securities (Regulation AB), 17 C.F.R. §§229.1100-229.1123, as such regulation may be amended from time to time and subject to such clarification and interpretation as have been provided by the Commission in the adopting release (Asset-Backed Securities, Securities Act Release No. 33-8518, 70 Fed. Reg. 1,506, 1,531 (January 7, 2005)) or by the staff of the Commission, or as may be provided in writing by the Commission or its staff from time to time.

"Regulatory Change" means, (A) as to each Purchaser, any change occurring after the date of the execution and delivery of the Master Repurchase Agreement, (B) as to each Participant, any change occurring after the date on which its Participation became effective, or (C) as to each Affected Party, any change occurring after the date it became such an Affected Party, in each case, in any (or the adoption after such date of any new):

(i)      United States Federal or state law or foreign law applicable to such Purchaser, Participant or Affected Party; or

(ii)     regulation, interpretation, directive, guideline or request (whether or not having the force of law) applicable to such Purchaser, Participant or Affected Party of any court or other judicial authority or any Governmental Authority charged with the interpretation or administration of any law referred to in clause (i) or of any fiscal, monetary or other Governmental Authority or central bank having jurisdiction over such Purchaser, Participant or Affected Party.

"Repurchase Assets" has the meaning set forth in Section 9.1 of the Master Repurchase Agreement.

"Repurchase Date" means the date on which the Company is to repurchase the Purchased Receivables from the Purchasers which will be no later than the Stated Termination Date, unless

otherwise determined by application of the provisions of <u>Articles 2</u>, <u>8</u> or <u>12</u> of the Master Repurchase Agreement.

"<u>Repurchase Price</u>" means the price at which Purchased Receivables are to be transferred from the Purchasers to the Company upon termination of a Transaction, which will be determined in each case (including Transactions terminable upon demand) as (i) the sum of the Purchase Price and the Price Differential decreased by (ii) such Transaction's Ratable Share of all Waterfall Payments.

"<u>Required Deposit Rating</u>" means (i) a certificate of deposit rating from Moody's of "P-1", from S&P of "A-1+" and from Fitch of "F1+" (if rated by Fitch), (ii) a long-term senior unsecured debt rating of "Aa3" or better by Moody's, "AA-" or better from S&P and "AA−" or better by Fitch (if rated by Fitch).

"<u>Required Purchasers</u>" means, at any time, Committed Purchasers having Purchase Limits under the Master Repurchase Agreement aggregating more than two-thirds of the Total Purchase Limit.

"<u>Responsible Officer</u>" means, with respect to the Administrative Agent, any officer within the Corporate Trust Office of the Administrative Agent, including any Vice President, Assistant Vice President, Assistant Treasurer, Trust Officer, or any other officer of the Administrative Agent customarily performing functions similar to those performed by any of the above designated officers and also, with respect to a particular matter, any other officer to whom such matter is referred because of such officer's knowledge of and familiarity with the particular subject.

"<u>Sale and Servicing Agreement</u>" means the Original Sale and Servicing Agreement Agreement, as amended and restated by the Amended and Restated Sale and Servicing Agreement Agreement, dated as of May 9, 2008, among those same parties, and as from time to time further amended, supplemented or otherwise modified.

"<u>Schedule of Receivables</u>" means, collectively, each schedule of Receivables attached as Schedule A to the related Transfer Agreement.

"<u>Scheduled Interest Receivable</u>" means any Receivable under which the portion of a payment allocable to earned interest (which may be referred to in the related Receivable as an add-on finance charge) and the portion allocable to the Amount Financed is determined according to the sum of periodic balances or the sum of monthly balances or any equivalent method or are monthly actuarial receivables.

"<u>Scheduled Payment</u>" means, with respect to any Collection Period for any Receivable, the amount set forth in such Receivable as required to be paid by the Obligor in such Collection Period. If after the Closing Date, the Obligor's obligation under a Receivable with respect to a Collection Period has been modified so as to differ from the amount specified in such Receivable as a result of (i) the order of a court in an insolvency proceeding involving the Obligor, (ii) pursuant to the Servicemembers Civil Relief Act or (iii) modifications or extensions of the Receivable permitted by <u>Section 4.2</u> of the Sale and Servicing Agreement, the Scheduled

Payment with respect to such Collection Period shall refer to the Obligor's payment obligation with respect to such Collection Period as so modified.

"Securitization Transaction" means any underwriting or private placement of asset-backed securities for which an underwriting or placement fee shall be payable, which are issued or sponsored by the Company or any Affiliate thereof.

"Security Level" means a "Security Level" as set forth in the LOS Credit Authority Table in the Underwriting Guidelines.

"Seller" means Sixth Gear in its capacity as Seller under the Sale and Servicing Agreement; provided that if an Affiliate of Sixth Gear is added as a Seller under the Sale and Servicing Agreement, each reference to the "Seller" in the Transaction Documents shall be deemed to refer to the applicable Seller.

"Service Contract" means, with respect to a Financed Vehicle, the agreement, if any, financed under the related Receivable that provides for the repair of such Financed Vehicle, including any extended warranty.

"Servicer" means Sixth Gear in its capacity as the servicer of the Receivables under the Sale and Servicing Agreement, and any successor in interest to the extent permitted under the Sale and Servicing Agreement.

"Servicer Termination Event" means the occurrence of any of the following events:

(a)     Any failure by the Servicer to deliver to the Company or the Administrative Agent any deposit or payment required to be delivered to such party by the Servicer pursuant to the terms of the Transaction Documents, which failure continues unremedied for a period of two Business Days after the written notice of such failure is received by the Servicer from the Administrative Agent, any Purchaser or any Agent or after discovery of such failure by the Servicer;

(b)     The breach of any representation or warranty of the Servicer or failure by the Servicer duly to observe or to perform any covenants or agreements of the Servicer set forth in any Transaction Document, which breach or failure shall (i) materially and adversely affect the rights of the Purchasers and (ii) continue unremedied for a period of 30 days after the earlier to occur of (I) discovery thereof by the Servicer and (II) the date on which written notice of such breach or failure, requiring the same to be remedied, shall have been given (A) to the Servicer by the Administrative Agent or (B) to the Servicer and the Administrative Agent by Purchasers evidencing not less than 25% of the Aggregate Repurchase Price; provided, that no Servicer Termination Event under this clause (b) shall result from the breach by the Servicer of any covenant, representation or warranty relating to any Receivable;

(c)     An Insolvency Event has occurred with respect to the Servicer;

(d)     The Servicer has discovered or has been notified by the Administrative Agent or any Purchaser that it has failed to deliver a Servicer's Certificate within two Business Days of the related Determination Date;

(e)     The Servicer has discovered or has been notified by the Administrative Agent or any Purchaser that it has failed to deliver the annual statement of compliance required to be delivered pursuant to <u>Section 4.9</u> of the Sale and Servicing Agreement within 30 days of the date on which such statement is required to be delivered;

(f)     An Event of Default;

(g)     A Level I Trigger has occurred as a result of the Servicer's failure to service the Receivables in accordance with the Collection Policy or as otherwise determined by the Administrative Agent; or

(h)     The Administrative Agent determines that the Servicer has failed to service the Receivables in accordance with the Collection Policy.

"<u>Servicer's Certificate</u>" means an Officers' Certificate of the related Servicer delivered pursuant to <u>Section 4.8</u> of the Sale and Servicing Agreement.

"<u>Servicing Criteria</u>" means the "servicing criteria" set forth in Item 1122(d) of Regulation AB.

"<u>Servicing Fee</u>" means, for any Collection Period, the sum of the Base Servicing Fee plus all amounts remitted by or on behalf of Obligors representing late fees, prepayment charges, administrative fees and similar charges.

"<u>Servicing Fee Rate – Deep Sub-Prime</u>" means 3.00% per annum.

"<u>Servicing Fee Rate – Near-Prime</u>" means 2.00% per annum.

"<u>Servicing Fee Rate – Prime</u>" means 1.25% per annum.

"<u>Servicing Fee Rate – Sub-Prime</u>" means 2.25% per annum.

"<u>Servicing Rights</u>" means all rights relating to the servicing and collection of the Receivables.

"<u>Simple Interest Method</u>" means the method of allocating a fixed level payment to principal and interest, pursuant to which the portion of such payment that is allocated to interest is equal to the product of the fixed rate of interest multiplied by the unpaid principal balance multiplied by the period of time elapsed since the preceding payment of interest was made (in some states assuming 30 day months), divided by the actual number of days in a year (360 days in states which assume 30 day months) and the remainder of such payment is allocable to principal.

"Simple Interest Receivable" means a Receivable under which the portion of the payment allocable to interest and the portion allocable to principal is determined in accordance with the Simple Interest Method.

"Sixth Gear" means Sixth Gear Solutions Corp., a Delaware corporation.

"Sixth Gear Fee Letter" means each letter agreement between Sixth Gear and the Company pursuant to which Sixth Gear agrees to pay a commitment fee, non-use fee and other fees specified therein, as such letter agreement may be amended or otherwise modified from time to time.

"Standard & Poor's" means Standard & Poor's, a division of The McGraw-Hill Companies, Inc., or its successor.

"State" means any one of the 50 states of the United States of America or the District of Columbia.

"Stated Termination Date" means the Distribution Date in the 12th month following the month in which the all the Committed Purchase Limits have terminated.

"Sub-Prime Receivable" means a Receivable originated under the Seller's "Sub-Prime" program as described in the Underwriting Guidelines.

"Sub-Prime Receivables Asset Amount" means, on any date,

(a)    the sum of:

   (i)    (A) the Included Sub-Prime Receivables Balance on such date that are not Permitted Delinquent Receivables on such date times (B) (1) 0.89, for any date on which a Current Level I Trigger Event--Sub-Prime is not in effect or (2) 0.84, for any date on which a Current Level I Trigger Event-Sub-Prime is in effect; and

   (ii)   (A) the Included Sub-Prime Receivables Balance on such date that are Permitted Delinquent Receivables on such date times (B) 0.50; minus

(b)    the Sub-Prime Receivables Minimum Spread Adjustment, if any, for such date.

"Sub-Prime Receivables Minimum Spread Adjustment" means, with respect to any date, the positive value, if any, of the product of (a) 2.5 and (b) the sum, for all Sub-Prime Receivables included in the Included Sub-Prime Receivables Balance as of such date, of the following with respect to each Sub-Prime Receivable (which amount may be negative for any individual Sub-Prime Receivable): the product of (A) the Principal Balance as of such date and (B) the amount equal to (i) the Two-Year Swap rate as of the date of origination plus (ii) 8.00% minus (iii) the APR.

"Subsidiary" means, with respect to any Person, any corporation, limited liability company or other entity, more than 50% of the outstanding voting securities, membership

interests or other voting interests, as applicable, of which are owned or controlled, directly or indirectly, by such Person.

"<u>Supplemental Fee Letter</u>" means each letter agreement designated therein as a Supplemental Fee Letter, between the Company, an Agent and Sixth Gear, as such letter agreement may be amended or otherwise modified from time to time.

"<u>Supplemental Receipt</u>" has the meaning specified in the Custodial Agreement.

"<u>Support Advances</u>" means, with respect to a Committed Purchaser and its related CP Conduit and the Master Repurchase Agreement, any participation held by such Committed Purchaser in such CP Conduit's Percentage Interest in the Purchased Receivables under the Master Repurchase Agreement which was purchased from such CP Conduit pursuant to a Support Facility and any loans or other advances made by such Committed Purchaser to such CP Conduit pursuant to a Support Facility to fund such CP Conduit's making or maintaining its purchases under the Master Repurchase Agreement.

"<u>Support Facility</u>" means, with respect to a CP Conduit and the Master Repurchase Agreement, any liquidity or credit support agreement with a CP Conduit which relates to the Master Repurchase Agreement (including any agreement to purchase an assignment of or participation in the related Purchased Receivables).

"<u>Support Party</u>" means any bank, insurance company or other financial institution extending or having a commitment to extend funds to or for the account of a CP Conduit (including by agreement to purchase an assignment of or participation in any interest in Purchased Receivables or by swap agreement) under a Support Facility.  Each Committed Purchaser (other than a Committed Purchaser which is also a CP Conduit) for a CP Conduit shall be deemed to be a Support Party for such CP Conduit.

"<u>Tangible Net Worth</u>" means, with respect to any Person, the net worth of such Person calculated in accordance with GAAP after subtracting therefrom the aggregate amount of such Person's intangible assets, including, without limitation, goodwill, franchises, licenses, patents, trademarks, tradenames, copyrights and service marks.

"<u>Taxes</u>" means any present or future income, stamp or other taxes, levies, imposts, duties, charges, fees, deductions or withholdings, now or hereafter imposed, levied, collected, withheld or assessed by any Governmental Authority.

"<u>Termination Date</u>" means (A) the earlier of, (i) the first date on which the Purchase Termination Date for all Purchasers has occurred under the Master Repurchase Agreement and (ii) the date on which all Company Secured Obligations have been paid in full or (B) such later date as the parties to the Master Repurchase Agreement may agree to in accordance with <u>Section 14.17</u> thereof.

"<u>Termination Event</u>" means the occurrence of any Event of Default or Amortization Event.

"Top Three States" means, as of any date, the three states with the greatest Aggregate Principal Balance of Eligible Receivables the Obligors of which have mailing addresses in such states.

"Total Purchase Limit" means, on any date of determination, the aggregate Purchase Limits of the Purchaser Groups under the Master Repurchase Agreement.

"Transaction" has the meaning set forth in Section 2.1 of the Master Repurchase Agreement.

"Transaction Documents" means the Sale and Servicing Agreement, the Backup Servicing Agreement, the Master Repurchase Agreement (including all Supplemental Fee Letters, Transfer Supplements and Joinder Supplements related thereto), the Administrative Agent Fee Letter, each Custodial Agreement, any Interest Rate Hedge, the Account Control Agreements, the Lockbox Agreement, the Custodial Fee Letter, each Transfer Agreement, and other documents and certificates delivered in connection therewith.

"Transfer" means any sale, transfer, assignment, participation, pledge, hypothecation or other disposition of a Purchased Receivable, a Committed Purchase Limit, a Voluntary Purchase Limit or any interest therein pursuant to Article 13 of the Master Repurchase Agreement.

"Transfer Agreement" means an agreement in substantially the form of Exhibit A to the Sale and Servicing Agreement between the Company and the Seller pursuant to which the Company will acquire Receivables from the Seller.

"Transfer Date" means, with respect to any Receivables, the date on which such Receivables are to be transferred from the Seller to the Company pursuant to the Sale and Servicing Agreement and the related Transfer Agreement.

"Transfer Supplement" means, with respect to the Master Repurchase Agreement, an agreement substantially in the form attached to the Master Repurchase Agreement as Exhibit A thereto.

"Transferee" means any Person to whom a Transfer is made.

"Trigger Event" has the meaning set forth in the Account Control Agreement.

"Trust Agreement" means, collectively, the Trust Agreement, dated as of December 20, 2007 by and between Sixth Gear and the trustee appointed therein, and the Amended and Restated Trust Agreement, dated as of December 21, 2007 by and between Sixth Gear and the trustee appointed therein.

"Trust Receipt" has the meaning specified in the Custodial Agreement.

"Trustee" means Wilmington Trust Company, a Delaware banking corporation, not in its individual capacity but solely as owner trustee under the Trust Agreement, and any successor Trustee thereunder.

"Two-Year Swap Rate" means, for any day, the rate for U.S. Dollar swaps with a maturity of two years, expressed as a percentage, as measured by Bloomberg's 2-year Swap Index with the ticker "USSW2" as of 5:00 p.m., New York City time, on the previous Business Day.

"UCC" means, unless the context otherwise requires, the Uniform Commercial Code, as in effect in the relevant jurisdiction, as amended from time to time.

"Underwriting Guidelines" means the written underwriting guidelines and pricing methodology approved by the Administrative Agent in its sole discretion exercised in good faith.

"Unhedged Amount" means, as of any day, an amount equal to the excess, if any, of the Aggregate Repurchase Price as of such day over the aggregate notional amount of all Interest Rate Hedges in place on such day.

"Vintage Pool" means a pool of Receivables within an Originated Portfolio that was originated during a calendar quarter; provided, however, that if the aggregate Principal Balance of such Receivables does not exceed $2,000,000, then such Receivables will be included in the "Vintage Pool" for the following calendar quarter.

"Vintage Seasoning Period" means, with respect to any Determination Date, the seasoning period for a Vintage Pool as set forth on Schedule 1, which such period begins on the first day of the first month following the calendar quarter to which such Vintage Pool relates and ends on the last day of the immediately preceding Collection Period.

"Voluntary Purchase Limit" means, for any Purchaser Group, the maximum amount of such Purchaser Group's voluntary commitment to purchase a portion of the related Receivables in connection with a Transaction, as set forth on Annex I to the Master Repurchase Agreement or in the Transfer Supplement or Joinder Supplement by which such Purchaser Group became a party to the Master Repurchase Agreement or assumed the Voluntary Purchase Limit (or a portion thereof) of another Purchaser Group, as such amount may be adjusted from time to time pursuant to Section 2.3 of the Master Repurchase Agreement or pursuant to Transfer Supplement(s) executed by such Purchaser Group and its Assignee(s) and delivered pursuant to Section 13.1 of the Master Repurchase Agreement. In the event that a Purchaser Group maintains a portion of its Voluntary Purchase Limit under the Master Repurchase Agreement in relation to more than one CP Conduit, such Purchaser Group shall be deemed to have issued separate Voluntary Purchase Limits under the Master Repurchase Agreement in each such capacity.

"Wachovia Accounts" means the Wachovia Deposit Account, the Wachovia Obligor ACH Account and the Wachovia Securities Account.

"Wachovia Accounts Property" means with respect to each Wachovia Account, all amounts and investments held from time to time in such Wachovia Account (whether in the form of deposit accounts, book-entry securities, uncertificated securities or otherwise), and all proceeds of the foregoing.

"<u>Wachovia Deposit Account Control Agreement</u>" means the Deposit Account Control Agreement, dated as of May 9, 2008, between Wachovia Bank, National Association, the Company and the Administrative Agent, as the same may from time to time be amended, modified or otherwise supplemented.

"<u>Wachovia Deposit Account Control Agreement – Obligor ACH Account</u>" means the Deposit Account Control Agreement – Obligor ACH Account, dated as of May 9, 2008, between Wachovia Bank, National Association, Sixth Gear and the Administrative Agent, as the same may from time to time be amended, modified or otherwise supplemented.

"<u>Wachovia Deposit Account</u>" means the Account as defined in the Wachovia Deposit Account Control Agreement.

"<u>Wachovia Obligor ACH Account</u>" means the Account as defined in the Wachovia Deposit Account Control Agreement – Obligor ACH Account.

"<u>Wachovia Securities Account</u>" means the Account as defined in the Wachovia Securities Account Control Agreement.

"<u>Wachovia Securities Account Control Agreement</u>" means  the Account Control Agreement, dated as of May 9, 2008, between Wachovia Bank, National Association, the Company and the Administrative Agent, as the same may be amended, modified or otherwise supplemented.

"<u>Waterfall Payments</u>" means, on any date of determination, all payments actually received to and including such date of determination by the Purchasers pursuant to Section 2.3(c) and (d) of the Master Repurchase Agreement and Articles 7 and 8 of the Master Repurchase Agreement.

"<u>written</u>" or "<u>in writing</u>" (and other variations thereof) means, any form of written communication or a communication by means of facsimile, email, telex, telecopier device, telegraph or cable.

SCHEDULE 1

## Level I and Level II Loss Triggers

| Vintage Seasoning Period | Prime | | Near-Prime | | Sub-Prime | | Deep Sub-Prime | |
|---|---|---|---|---|---|---|---|---|
| | Level I | Level II | Level I | Level II | Level I | Level II | Level I | Level II |
| Month 1-3 | 0.75% | 1.50% | 1.50% | 2.50% | 3.00% | 4.00% | 4.50% | 6.50% |
| Month 4-6 | 1.00% | 2.00% | 2.25% | 3.25% | 4.50% | 5.50% | 7.00% | 9.00% |
| Month 7-9 | 1.25% | 2.25% | 3.00% | 4.00% | 6.00% | 7.25% | 9.50% | 11.50% |
| Month 10-12 | 1.50% | 2.50% | 3.50% | 5.00% | 7.00% | 9.00% | 11.25% | 14.00% |
| Month 13-15 | 1.50% | 2.75% | 4.25% | 5.75% | 8.25% | 10.50% | 13.50% | 17.00% |
| Month 16-18 | 1.75% | 2.75% | 4.75% | 6.75% | 9.75% | 12.00% | 15.75% | 19.50% |
| Month 19-21 | 1.75% | 3.00% | 5.50% | 7.50% | 11.25% | 13.50% | 18.00% | 22.50% |
| Month 22-24 | 2.00% | 3.25% | 6.00% | 8.25% | 12.50% | 14.50% | 20.00% | 25.00% |
| Month 25-27 | 2.00% | 3.75% | 6.75% | 8.75% | 13.75% | 15.75% | 22.00% | 26.75% |
| Month 28-30 | 2.00% | 4.00% | 7.00% | 9.25% | 15.00% | 16.75% | 24.00% | 28.25% |
| Month 31-33 | 2.25% | 4.25% | 7.50% | 9.75% | 16.00% | 17.75% | 25.75% | 29.75% |
| Month 34-36 | 2.50% | 4.50% | 7.75% | 10.00% | 17.00% | 18.50% | 27.50% | 31.00% |
| Month 37-39 | 2.50% | 4.50% | 7.75% | 10.25% | 17.75% | 19.00% | 28.25% | 32.00% |
| Month 40-42 | 2.50% | 4.50% | 8.00% | 10.25% | 18.00% | 19.50% | 29.00% | 33.00% |
| Month 43-45 | 2.75% | 4.75% | 8.25% | 10.50% | 18.25% | 20.00% | 29.50% | 34.00% |
| Month 46-48 | 2.75% | 4.75% | 8.25% | 10.75% | 18.50% | 20.25% | 30.00% | 35.00% |
| Month 49-51 | 2.75% | 4.75% | 8.25% | 10.75% | 18.75% | 20.75% | 30.50% | 35.75% |
| Month 52-54 | 2.75% | 4.75% | 8.25% | 10.75% | 19.00% | 21.00% | 31.00% | 36.50% |
| Month 55-57 | 3.00% | 5.00% | 8.50% | 11.00% | 19.25% | 21.50% | 31.50% | 37.00% |
| Month 58+ | 3.00% | 5.00% | 8.50% | 11.00% | 19.50% | 21.75% | 32.00% | 37.50% |

## Level I and Level II Delinquency Triggers

| Vintage Seasoning Period | Prime | | Near-Prime | | Sub-Prime | | Deep Sub-Prime | |
|---|---|---|---|---|---|---|---|---|
| | Level I | Level II | Level I | Level II | Level I | Level II | Level I | Level II |
| Month 1-12 | 1.50% | 1.75% | 1.75% | 2.50% | 4.50% | 5.50% | 7.00% | 9.25% |
| Month 13-24 | 1.75% | 2.25% | 2.00% | 2.75% | 5.50% | 7.00% | 8.00% | 10.75% |
| Month 25-36 | 2.00% | 2.50% | 2.25% | 3.00% | 6.00% | 7.75% | 9.00% | 12.50% |
| Month 37+ | 2.00% | 2.50% | 2.50% | 3.50% | 6.50% | 8.50% | 10.00% | 14.00% |