# EXHIBIT 5

| | |
|---|---|
| **From:** | Sullivan, Daniel [dasulliv@lehman.com] |
| **Sent:** | Monday, September 22, 2008 2:33 PM |
| **To:** | Sue Labar |
| **Cc:** | William Houlihan; Stephen Dietz; Valentino, Steve; Sweely, Gordon G; Lechner, Scott; Ku, Jeffrey; Obermeyer, James; Rodgers, Daniel |

**Subject:** RE: Request to Borrow

Sue-
As per our conversation, Lehman will not fund this request.

**From:** Sue Labar [mailto:Sue.Labar@SixthGear.com]
**Sent:** Monday, September 22, 2008 12:56 PM
**To:** Sullivan, Daniel; Ku, Jeffrey; Obermeyer, James; Rodgers, Daniel
**Cc:** William Houlihan; Stephen Dietz; Sue Labar
**Subject:** Request to Borrow

Reference is made to the Transfer Agreement and Purchase Request (the "Request") dated as of September 12, 2008 and attached hereto which requested that you purchase Receivables (as defined in the Request) for a price of $673,262.92 on September 15, 2008.   Daniel Rodgers confirmed by email on September 12, 2008 that you would be purchasing such Receivables.  You indicated on September 15, 2008 by phone that you would not be funding such Request and you did not do so.

Attached is another Transfer Agreement and Purchase Request dated today's date which requests that you purchase Receivables for a price of $1,925,966.65.   This request includes the Receivables we requested you purchase on September 15, 2008.   Please confirm today that you will be funding this request tomorrow, September 23, 2008 before 4 p.m. EST.

Please understand that we rely on your funding these requests to continue to do business and that if you refuse to honor your commitments we will be unable to continue as a going concern and will incur substantial damages.  We do not have any other source of financing available.

We reserve all of our rights and remedies should you fail to honor this request.

**:: : : :    :     :        :**

**Susan LaBar**
**Director, Treasury**
Sixth Gear
1212 Avenue of the Americas
17th Floor
New York, NY 10036

direct   646.454.2605
fax   646.454.2683
email   sue.labar@sixthgear.com

www.sixthgear.com

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the

10/20/2008

purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

10/20/2008