Jeffrey W. Levitan  
PROSKAUER ROSE LLP  
1585 Broadway  
New York, NY 10036-8299  
(212) 969-3000  
*Attorneys for Sixth Gear Funding Trust  
and Sixth Gear Solutions Corp.*

**Hearing Date: Nov. 18, 2008 at 10:00 a.m.**  
**Objection Date: Nov. 13, 2008 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

LEHMAN BROTHERS HOLDINGS, INC.,
*et al.*,

                Debtors.

Chapter 11  
Case No. 08-13555 (JMP)  
(Jointly Administered)

---

### NOTICE OF HEARING ON MOTION TO SET PROMPT DATE FOR ASSUMPTION OR REJECTION OF LEHMAN COMMERCIAL PAPER INC.'S AMENDED AND RESTATED MASTER REPURCHASE AGREEMENT WITH SIXTH GEAR

**PLEASE TAKE NOTICE,** that on the date hereof, Sixth Gear Solutions Corp., the sole beneficiary of Sixth Gear Funding Trust (together "Sixth Gear"), filed the annexed motion for an Order pursuant to 11 U.S.C. § 365(d)(2), requiring Lehman Commercial Paper Inc. ("LCPI") to assume or reject the Amended and Restated Master Repurchase Agreement dated May 9, 2008 (and related agreements) by a specified date within 15 days of the date of such Order (the "Motion"). The motion is based upon this Notice of Motion, the accompanying Motion, and the accompanying Declaration of William Houlihan executed October 27, 2008 with exhibits, all other pleadings and proceedings had herein, and such other and further evidence as may be presented prior to or at the time of hearing.

1

**PLEASE TAKE FURTHER NOTICE**, that a hearing will be held on November 18, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court (the "Court"), Southern District of New York, Alexander Hamilton Custom House, Courtroom 601, One Bowling Green, New York, NY 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, shall be made in writing, shall state with particularity the grounds therefor and shall be filed with the Court, with a courtesy copy delivered to the chambers of the Honorable James M. Peck, U.S.B.J., and served upon the counsel for Sixth Gear, Proskauer Rose LLP, 1585 Broadway, New York, NY 10036, Attn: Jeffrey W. Levitan, Esq., David M. Lederkramer, Esq., and Karen E. Clarke, Esq., so as to be received by all such parties no later than 4:00 p.m. (New York City time) on November 13, 2008, three business days prior to the return date of the motion. Only those objections that have been timely filed and served in accordance with the Procedures stated in the Order of Hon. James M. Peck dated September 22, 2008 in *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP) (Dkt. No. 285) may be considered by the Court at the hearing.

**PLEASE TAKE FURTHER NOTICE**, that if you fail to respond in accordance with this Notice and said Procedures, the Court may grant the relief demanded by the motion without further notice or hearing.

2

Dated: October 27, 2008

                PROSKAUER ROSE LLP

By: _____/s/_____
    David M. Lederkramer
    Jeffrey W. Levitan
    Karen E. Clarke
    Victoria Loughery (not yet admitted)
1585 Broadway
New York, NY 10036-8299
Tel.: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for Sixth Gear Funding Trust
and Sixth Gear Solutions Corp.*

3