UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**Lehman Brothers Holdings, Incorporated, et al.,**  Case No.: 08-13555 (JMP)
(jointly administered)
Chapter 11

Debtors.

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jeremy D. Eiden, a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the Minnesota State Board of Investment, a creditor in the above referenced case.

I have never been disbarred from any court. There are no pending disciplinary proceedings against me as a member of the bar in any jurisdiction.

I am currently admitted to the United States Bankruptcy Court for the Southern District of New York for case number 05-60155 (REG); and United States Bankruptcy Court for the Western District of Michigan, Grand Rapids Division, for case number 04-12515 (JDG).

Mailing address: 445 Minnesota Street, Suite 900, St. Paul, MN 55101-2127;

E-mail address: jeremy.eiden@state.mn.us; telephone number ( 651 ) 297-4392.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 24, 2008

Respectfully submitted,

Jeremy D. Eiden
Bar Number 0388289
Assistant Attorney General
State of Minnesota
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127
Telephone: (651) 297-4392
Fax: (651) 297-8265
ATTORNEY FOR
MINNESOTA STATE
BOARD OF INVESTMENT

OCT 2 7 2008