UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of October, 2008, I caused a true and correct copy of each of the following documents (hereinafter collectively referred to as "The Documents") to be served via electronic transmission on the parties set forth on list attached hereto:

- Notice of Appearance and Request for Service of Papers of Stradley Ronon Stevens & Young, LLP
- Motion for Admission to Practice, *Pro Hac Vice* of Paul A. Patterson, Esquire
- Motion for Admission to Practice, *Pro Hac Vice* of Michael J. Cordone, Esquire
- Motion for Admission to Practice, *Pro Hac Vice* of Mark J. Dorval, Esquire

On October 27, 2008, I also caused The Documents to be served via first class United States mail, postage prepaid on the following:

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

B # 852649 v.1

| | |
|---|---|
| BigFix, Inc.<br>c/o Michael St. James<br>St.James Law, P.C.<br>155 Montgomery Street, Suite 1004<br>San Francisco, CA 94104-4117 | Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Anthony D. Boccanfuso<br>Arnold & Porter<br>399 Park Avenue<br>New York, NY 10022 | Daniel S. Braverman<br>Law Offices of Daniel S. Braverman<br>225 Broadway, Suite 1901<br>New York, NY 10007-3747 |
| Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036 | Elizabeth J. Cabraser<br>Lieff, Cabraser, Heimann & Bernstein<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-339 |
| Cadwalader, Wickersham & Taft LLP<br>One World Financial Center<br>New York, NY 10281 | Wade K. Cannon<br>Gearhiser, Peters, Lockaby<br>Cavett & Elliott, PLLC<br>320 McCallie Avenue<br>Chattanooga, TN 37402 |
| Amy Caton<br>Kramer Levin Naftalis & Frankel, LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Chicago Mercantile Exchange<br>20 South Wacker Drive<br>Chicago, IL 60606 |
| Epiq Bankruptcy Solutions, LLC Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 | Christopher Combest<br>Quarles & Brady<br>500 W. Madison Street<br>Suite 3700<br>Chicago, IL 60661 |
| Contrarian Capital Management, LLC<br>411 West Putnam Avenue<br>Suite 425<br>Greenwich, CT 06830 | Currenex, Inc.<br>c/o Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022 |
| Christopher J. Giaimo<br>Arent Fox PLLC<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5339 | Andrew D. Gottfried<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178 |

B # 852649 v.1

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Christine Jagde
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Gary P. Hunt
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Thomas S. Kiriakos
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Daniel Steven Lubell
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Rosanne Thomas Matzat
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Sandra E. Mayerson
Holland & Knight
195 Broadway
New York, NY 10007

Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Matthew P. Morris
Lovells
590 Madison Avenue
8th Floor
New York, NY 10022

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

Michael A. Shiner
Tucker Arensberg, P.C
1500 One PPG Place
Pittsburgh, PA 15222

Margot Schonholtz
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Bradley S. Tupi
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

<table>
<tr><td>

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Amy Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

</td><td>

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

</td></tr>
</table>

/s/Mark J. Dorval
Mark J. Dorval
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square,
Philadelphia, PA 19103-7098
(215) 564-8000 – phone
(215) 564-8120 – fax

Attorneys for Delaware Management Holdings, Inc., and its subsidiaries and affiliates

**08-13555-jmp Notice will be electronically mailed to:**

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker    acker@chapman.com

Luma Al-Shibib    lalshibib@reedsmith.com

Colin B. Albaugh    albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso    aalfonso@kayescholer.com

George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com

John R. Ashmead    ashmead@sewkis.com

Lauren Attard    lattard@kayescholer.com,
lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com

Elizabeth Banda    kwilliams@pbfcm.com

Lawrence Bass    lawrence.bass@hro.com

T. Scott Belden    sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    hbeltzer@morganlewis.com

Walter Benzija    wbenzija@halperinlaw.net

Martin J. Bienenstock    martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Michael V. Blumenthal    mblumenthal@crowell.com

Timothy W. Brink    timothy.brink@dlapiper.com

Martin G. Bunin    marty.bunin@alston.com

Aaron R. Cahn    cahn@clm.com

Matthew Allen Cantor    info2@normandyhill.com

Michael D. Capozzi    mcapozzi@ingramllp.com

John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

10/27/2008

Lawrence F. Carnevale   bankruptcy@clm.com, murphy@clm.com

James S. Carr   KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman   maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski   eugene.chikowski@flastergreenberg.com

Shawn M. Christianson   schristianson@buchalter.com, cmcintire@buchalter.com

Darrell W. Clark   dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Ronald L. Cohen   cohenr@sewkis.com

Kenneth P. Coleman   kurt.vellek@allenovery.com, daniel.guyder@allenovery.com;tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins   pcollins@farrellfritz.com

Kenneth Corey-Edstrom   kcoreyedstrom@larkinhoffman.com

Patrick M. Costello   pcostello@bbslaw.com

Steven Cousins   scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo   dcrapo@gibbonslaw.com

David A. Crichlow   dcrichlow@pillsburywinthrop.com

Maureen A. Cronin   macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com;hzhang@debevoise.com;dalexander@debevoise.com;mcto@debe
-ecf@debevoise.com

Leo T. Crowley   leo.crowley@pillsburylaw.com

Vincent D'Agostino   vdagostino@lowenstein.com

Israel Dahan   allison.dipasqua@cwt.com

George A. Davis   wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo   pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco   jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.   gabriel.delvirginia@verizon.net

Bradford E. Dempsey   brad.dempsey@hro.com

Christopher M. Desiderio   cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

10/27/2008

Paul H. Deutch   paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Mark W. Deveno   mark.deveno@bingham.com, pat.wright@bingham.com

Joshua Dorchak   joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval   mdorval@stradley.com

Amish R. Doshi   adoshi@daypitney.com

Thomas Alan Draghi   tdraghi@westermanllp.com

Robert W. Dremluk   rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Matthew Dyer   bkmail@mrdefault.com

Michael James Edelman   mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Eggermann   deggermann@kramerlevin.com

Devon Eggert   deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers   sehlers@armstrongteasdale.com

Charles R. Ekberg   ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen   eaeliasen@stoel.com, basargent@stoel.com

Mark C. Ellenberg   mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod   delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Michael R. Enright   menright@rc.com

Michael S. Etkin   metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar   mfarquhar@winstead.com, whsu@winstead.com

Matthew Allen Feldman   maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi   charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman   sfineman@lchb.com

Eric Fisher   fishere@butzel.com

Daniel J. Flanigan   dflanigan@polsinelli.com, tbackus@polsinelli.com

Charles H. Fleischer   cfleischer@ofqlaw.com, aswaim@ofqlaw.com

10/27/2008

Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com;psibley@pryorcashman.com

Abbe F. Fletman    abbe.fletman@flastergreenberg.com

Martin N. Flics    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox    sfox@mcguirewoods.com

Mark Freedlander    mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com

David M. Friedman    ffigueroa@kasowitz.com

Ellen A. Friedman    mmyles@friedumspring.com

Kenneth Friedman    kfriedman@manatt.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com

Anthony I. Giacobbe    agiacobbe@zeklaw.com

Steven D. Ginsburg    sdg@adorno.com, smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther    sdnyecf@dor.mo.gov

Joseph M. Gitto    jgitto@nixonpeabody.com

Eduardo J. Glas    eglas@mccarter.com

Andrew C. Gold    AGOLD@HERRICK.COM

Matthew J. Gold    mgold@kkwc.com, mattgoldesq@optonline.net

Richard L. Gold    RLGold1977@aol.com

Irena M. Goldstein    igoldstein@dl.com

Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Andrew J. Goodman    agoodman@gsblaw.com

Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield    maofiling@cgsh.com,
lgranfield@cgsh.com;aluft@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.c

10/27/2008

Ira S. Greene    isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo    egrillo@goodwinprocter.com

Steven T. Gubner    ecf@ebg-law.com

Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com

Alan D. Halperin    ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Dion W. Hayes    dhayes@mcguirewoods.com, phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser    heiser@chapman.com

Ira L. Herman    ira.herman@tklaw.com, orlando.salcedo@tklaw.com;delilah.garcia@tklaw.com;jessica.lopez@tklaw.com

Neil E. Herman    Nherman@morganlewis.com

Robert M. Hirsh    hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Robert L. Holladay    rob.holladay@youngwilliams.com

Eric H. Horn    ehorn@lowenstein.com, elawler@lowenstein.com

Frederick D. Hyman    fhyman@mayerbrownrowe.com

Robbin L. Itkin    ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

John J. Jolley    jay.jolley@kutakrock.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden    gkaden@goulstonstorrs.com

Richard S. Kanowitz    rkanowitz@cooley.com

Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman    dkasselman@kasselman-law.com

J. Michael Kelly    kellyjm@cooley.com

Christopher K. Kiplok    kiplok@hugheshubbard.com

Barry R. Kleiner    dkleiner@velaw.com

10/27/2008

Howard Koh    hkoh@meisterseelig.com

Robert Kolodney    rkolodney@kanekessler.com

Timothy J. Korzun    sheakkorzun@comcast.net

Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Darryl S. Laddin    bkrfilings@agg.com

Robert Laplaca    rlaplaca@levettrockwood.com

Francis J. Lawall    lawallf@pepperlaw.com

David M. LeMay    dlemay@chadbourne.com

Stephen D. Lerner    slerner@ssd.com

Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin    JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com

Fredrick J. Levy    flevy@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Richard Levy    rlevy@pryorcashman.com

Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov    liebovd@sullcrom.com

Demetra Liggins    demetra.liggins@tklaw.com, nancy.miller@tklaw.com

Joanne K. Lipson    jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello    elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Sarah K. Loomis    loomis@hugheshubbard.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

10/27/2008

Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman    dludman@brownconnery.com

Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo    jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.

Christopher J. Major    cmajor@rc.com, tanderson@rc.com

Robert K. Malone    robert.malone@dbr.com

Beverly Weiss Manne    bmanne@tuckerlaw.com

Julie A. Manning    bankruptcy@goodwin.com

Jacqueline Marcus    jacqueline.marcus@weil.com

Alan E. Marder    lgomez@msek.com

Jeffrey S. Margolin    margolin@hugheshubbard.com

Lorenzo Marinuzzi    lmarinuzzi@mofo.com

Douglas Kirk Mayer    dkmayer@wlrk.com, dkmayer@wlrk.com

Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy    lehman.chapter11@dpw.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

David C. McGrail    dmcgrail@davidmcgraillaw.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Michelle A. Mendez    mmendez@hunton.com

Michael T. Mervis    Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth    msteen@daypitney.com

Brett H. Miller    bmiller@mofo.com

Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com

10/27/2008

Kenneth M. Misken    kmisken@mcguirewoods.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com;moldovanlb@morrisoncohen.com

Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery    cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Steven T. Mulligan    smulligan@bsblawyers.com

Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman    snewman@katskykorins.com

Robert E. Nies    rnies@wolffsamson.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Mark D. Northrup    mnorthrup@GrahamDunn.com, dpurdy@GrahamDunn.com

Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Kalman Ochs    ochska@ffhsj.com

Karen Ostad    kostad@mofo.com

Jody Michelle Oster    ECF.Oster@huntington.com

R. Stephen Painter    spainter@cftc.gov

Charles Palella    cpalella@kurzman.com

Steven W. Perlstein    steven.perlstein@kobrekim.com

Thomas Pietrantonio    pietrantoniolaw@optonline.net

Sydney G. Platzer    splatzer@platzerlaw.com

Frederick B. Polak    lml@ppgms.com

John N. Poulos    poulos@hugheshubbard.com

Constantine Pourakis    cp@stevenslee.com

William C. Price    wprice@mcguirewoods.com

Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy    araboy@cov.com

10/27/2008


John J. Rapisardi   john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.gre

Ira A. Reid   ira.a.reid@bakernet.com

Steven J. Reisman   sreisman@curtis.com,
jbarucha@curtis.com;webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@

Howard D. Ressler   hressler@diamondmccarthy.com

Kenneth A. Reynolds   kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Jeffrey N. Rich   jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards   mrichards@blankrome.com

Dirk S. Roberts   dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler   mroeschenthaler@mcguirewoods.com

Elizabeth L. Rose   erose@herrick.com

George Rosenberg   grosenberg@co.arapahoe.co.us

Kermit A. Rosenberg   krosenberg@tighepatton.com

Edward M. Rosensteel   info@rosebeck.com

David A. Rosenzweig   DRosenzweig@Fulbright.com

David S. Rosner   ffigueroa@kasowitz.com;dfliman@kasowitz.com

Douglas B. Rosner   drosner@goulstonstorrs.com

Barry J Roy   broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky   srutsky@proskauer.com

Chester B. Salomon   cs@stevenslee.com

Diane W. Sanders   austin.bankruptcy@publicans.com

Lori K. Sapir   lsapir@ssghlaw.com

Kim Sherrie Sawyer   gharnett@tlsgltd.com

Gregory B. Schiller   gschiller@zeislaw.com

Michael L. Schleich   mschleich@fslf.com

10/27/2008

Carey D. Schreiber    cschreiber@winston.com

Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman    dschulman@salans.com

Jeffrey L. Schwartz    jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@

Lisa M. Schweitzer    lschweitzer@cgsh.com, maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Glenn E. Siegel    Glenn.Siegel@dechert.com

Paul H. Silverman    PSilverman@mclaughlinstern.com

Peter L. Simmons    peter.simmons@friedfrank.com

Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome    lgomez@msek.com

Edward Smith    easmith@venable.com

Elizabeth Page Smith    esmith@llgm.com, strum@dl.com

Fredric Sosnick    fsosnick@shearman.com, karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com

Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

Harvey A. Strickon    harveystrickon@paulhastings.com, frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

10/27/2008

James Tecce   jamestecce@quinnemanuel.com

Samuel Jason Teele   jteele@lowenstein.com,
siazzetta@lowenstein.com;gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To   mcto@debevoise.com, mao-ecf@debevoise.com

Amit K. Trehan   atrehan@mayerbrown.com, atrehan@mayerbrown.com;gwilley@mayerbrown.com

Sarah Trum   strum@dl.com, lsaal@dl.com

Brian Trust   btrust@mayerbrown.com

Raymond J. Urbanik   rurbanik@munsch.com

Michael J. Venditto   mvenditto@reedsmith.com

Raymond W. Verdi   hellerverdi@aol.com

Jon C. Vigano   jvigano@schiffhardin.com, dgordon@schiffhardin.com

Shai Waisman   shai.waisman@weil.com,
amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@

Josephine Wang   jwang@sipc.org

Rochelle R. Weisburg   rochellew@shiboleth.com

John W. Weiss   weissjw@gtlaw.com

Elizabeth Weller   dallas.bankruptcy@publicans.com

David B. Wheeler   davidwheeler@mvalaw.com

Timothy Raymond Wheeler   twheeler@lowenstein.com

Lee Papachristou Whidden   lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski   stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Eric R. Wilson   KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson   efile@willaw.com

Amy R. Wolf   arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne   richard_wynne@kirkland.com;sperry@kirkland.com

10/27/2008

Erin Zavalkoff     ezavalkoff-babej@vedderprice.com

Peter Alan Zisser    jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg    azylberberg@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

10/27/2008