Deborah D. Williamson
Texas State Bar No. 21617500
dwilliamson@coxsmith.com
**COX SMITH MATTHEWS INCORPORATED**
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone:  (210) 554-5500
Facsimile:  (210) 226-8395

**ATTORNEYS FOR TESORO CORPORATION**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ---------------------------------------------------------- X | | **Chapter 11** |
| **In re:**                          : | | |
|                                          : | | **Case No. 08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS,**    : | | |
| **INC., et al.,**                    : | | **(Jointly Administered)** |
|                                          : | | |
| **Debtors.**            : | | |
| ---------------------------------------------------------- X | | |

**MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice**

I, Deborah D. Williamson, a member in good standing of the bar in the State of

Texas, and licensed to practice before the Supreme Court of Texas, the United States

Court of Appeals for the Fifth Circuit, and the United States District Courts for the

Western, Southern, Eastern and Northern Districts of Texas, request admission, *pro hac*

*vice*, before the Honorable James M. Peck, to represent Tesoro Corporation ("Tesoro"),

an interested party in the above referenced case.  Mailing address:  Cox Smith Matthews

Incorporated, 112 E. Pecan Street, Suite 1800, San Antonio, Texas 78205; E-mail

address:  dwilliamson@coxsmith.com*; telephone number (210) 554-5500.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  October 27, 2008

 /s/  Deborah D. Williamson
Deborah D. Williamson

2401827.1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- X     **Chapter 11**
**In re:**                                                          :
                                                                    :     **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS,**                                       :
**INC., et al.,**                                                   :     **(Jointly Administered)**
                                                                    :
          **Debtors.**                                              :
--------------------------------------------------------------- X

**ORDER**

Having considered the Application of Deborah D. Williamson, Esq., and recognizing that she is a member in good standing of the bar in the State of Texas, and licensed to practice before the Supreme Court of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Western, Southern, Eastern and Northern Districts of Texas,

it is therefore **ORDERED,**

that Deborah D. Williamson, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York

_____
James M. Peck
UNITED STATES BANKRUPTCY JUDGE

2401827.1