UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                      Case No. 08-13555 (JMP)

                    Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF ROBERT JAY MOORE

UPON the motion of Dennis C. O'Donnell dated October 24, 2008, for admission *pro hac*

*vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Robert Jay Moore is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.


Dated:  New York, New York
        October 28, 2008

                                    s/ *James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE