Alan E. Gamza, Esq. (AG-2014)
Andrew P. Lederman, Esq. (AL-4108)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Telephone: (212) 554-7800

Attorneys for Deutsche Bank AG, New York Branch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x     Chapter 11
In re:                                                  )     Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC.,                          )
*et al.*,                                               )     (Jointly Administered)
                                                        )
                                            Debtors.    )
------------------------------------------------------- x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

Dane Gibson, being duly sworn according to law, deposes and says that he is employed by Moses & Singer LLP, and that on the 28th day of October, 2008, he caused a copy of the:

Supplemental Objection of Deutsche Bank AG, New York Branch to Debtors' Motion for an Order Authorizing and Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases

to be served via First Class Mail upon the parties listed on below by causing true copies of the same, enclosed in a postage pre-paid envelope, to be deposited into an official depository under the exclusive care and custody of the United States Postal Service.

| | |
|---|---|
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Attn: Lori R. Fife, Esq.<br>     Shai Y. Waisman, Esq. | Hughes, Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Attn: Jeffrey S. Margolin, Esq. |
| Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Attn: Lindsee P. Granfield, Esq.<br>Lisa M. Schweitzer, Esq. | Office of the U.S. Trustee, S.D.N.Y<br>33 Whitehall Street, 21st Floor<br>Attn: Andy Velez-Rivera, Esq.<br>Paul K. Schwartzberg, Esq.<br>Brain Masumoto, Esq.<br>Linda Rifkin, Esq.<br>Tracy Hope Davis, Esq. |

720054v1  070636.0593

                                                  <u>Dane Gibson</u>
                                                  Dane Gibson

Sworn to before me on October 28, 2008

    <u>/s/ Marie S. Leybag</u>
Notary Public

      Marie S. Leybag
Notary Public, State of New York
     No. 01LE5060744
  Qualified in Queens County
Commission Expires: May 20, 2010

720054v1  070636.0593