**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (JMP)
                                                   :
                    Debtors.                       :    (Jointly Administered)
                                                   :
                                                   :
------------------------------------------------------------------x

### BRIDGE ORDER
### PURSUANT TO SECTION 105(a)
### OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9006
### EXTENDING THE TIME TO FILE THE DEBTORS' SCHEDULES,
### STATEMENTS OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS

Upon the motion, dated October 28, 2008 (the "Motion"), having been filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), to further extend the time to file the Debtors' schedules, statements of financial affairs, and related documents (collectively, the "Schedules"), all as more fully described in the Motion; and the Court having scheduled a hearing to consider the Motion on November 18, 2008 at 10:00 a.m. (prevailing Eastern Time), which is after the date on which the Debtors' time to file their Schedules expires; and the Court having determined that it is appropriate to extend the Debtors' time to file their Schedules until such time as the Court considers and enters an order determining the Motion, it is hereby

2

ORDERED that the Debtors' time to file their Schedules is extended until such time as the Court has entered an order determining the Motion.

Dated: New York, New York
October 28, 2008

          *s/ James M. Peck*
UNITED STATES BANKRUPTCY JUDGE