**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x    **Ref. Doc. No. 1212**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                                          ) ss.:
COUNTY OF NEW YORK   )

HERB BAER, being duly sworn, deposes and says:

1.        I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.        On October 27, 2008, I caused to be served the "Debtors' Response to the Motions of Barclays Capital Inc. for Relief, Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024, Concerning Various Closing Date Contracts", dated October 27, 2008 [Docket #1212], by causing true and correct copies to be:

   a)  delivered by email to those parties listed on the attached Exhibit "A",

   b)  delivered by facsimile to those parties listed on the attached Exhibit "B",

   c)  enclosed securely in separate postage-prepaid envelopes and delivered by first-class mail to the parties listed on the attached Exhibit "C", and

   d)  enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "D".

3.        All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
28th day of October, 2008
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

EMAIL ADDRESSES

| | |
|---|---|
| aalfonso@kayescholer.com | chris.omahoney@bnymellon.com |
| acker@chapman.com | christopher.schueller@bipc.com |
| adarwin@nixonpeabody.com | cmontgomery@salans.com |
| aentwistle@entwistle-law.com | CMTB_LC11@chuomitsui.jp |
| aglenn@kasowitz.com | cohena@sec.gov |
| agold@herrick.com | cohenr@sewkis.com |
| agolianopoulos@mayerbrown.com | cp@stevenslee.com |
| ahammer@freebornpeters.com | crogers@orrick.com |
| akihiko_yagyuu@chuomitsui.jp | cs@stevenslee.com |
| albaugh.colin@pbgc.gov | cschreiber@winston.com |
| amarder@msel.com | cshulman@sheppardmullin.com |
| amenard@tishmanspeyer.com | ctatelbaum@adorno.com |
| andrew.lourie@kobrekim.com | cward@polsinelli.com |
| angelich.george@arentfox.com | cweber@ebg-law.com |
| anne.kennelly@hp.com | cweiss@ingramllp.com |
| apo@stevenslee.com | dallas.bankruptcy@pulicans.com |
| araboy@cov.com | Danna.Drori@usdoj.gov |
| arlbank@pbfcm.com | david.bennett@tklaw.com |
| arosenblatt@chadbourne.com | david.crichlow@pillsburylaw.com |
| arwolf@wlrk.com | david.heller@lw.com |
| ashmead@sewkis.com | davids@blbglaw.com |
| asnow@ssbb.com | davidwheeler@mvalaw.com |
| atrehan@mayerbrown.com | dbarber@bsblawyers.com |
| austin.bankruptcy@publicans.com | dbaumstein@whitecase.com |
| avenes@whitecase.com | dckaufman@hhlaw.com |
| avi.gesser@dpw.com | dclark@stinson.com |
| azylberberg@whitecase.com | dcoffino@cov.com |
| bambacha@sec.gov | dcrapo@gibbonslaw.com |
| bankoftaiwan@botnya.com | ddrebsky@nixonpeabody.com |
| bankruptcy@goodwin.com | ddunne@milbank.com |
| bankruptcymatters@us.nomura.com | deggert@freebornpeters.com |
| bhinerfeld@sbtklaw.com | demetra.liggins@tklaw.com |
| bill.freeman@pillsburylaw.com | dennis.graham@kbc.be |
| bill.hughes@us.standardchartered.com | deryck.palmer@cwt.com |
| bmanne@tuckerlaw.com | dfelder@orrick.com |
| bmiller@mofo.com | dflanigan@polsinelli.com |
| brad.dempsey@hro.com | dfriedman@kasowitz.com |
| brendalblanks@eaton.com | dhayes@mcguirewoods.com |
| brian.pfeiffer@friedfrank.com | dheffer@foley.com |
| brian_corey@gtservicing.com | dirk.roberts@ots.treas.gov |
| bromano@willkie.com | dkleiner@velaw.com |
| broy@rltlawfirm.com | dkozusko@willkie.com |
| bruce.ortwine@sumitomotrust.co.jp | dladdin@agg.com |
| btrust@mayerbrown.com | dlemay@chadbourne.com |
| btupi@tuckerlaw.com | dlipke@vedderprice.com |
| bturk@tishmanspeyer.com | dludman@brownconnery.com |
| cave@hugheshubbard.com | dmcguire@winston.com |
| cbelmonte@ssbb.com | dodonnell@milbank.com |
| cdesiderio@nixonpeabody.com | donald.badaczewski@dechert.com |
| charles@filardi-law.com | douglas.bacon@lw.com |

| | |
|---|---|
| douglas.mcgill@dbr.com | howard.hawkins@cwt.com |
| dravin@wolffsamson.com | hseife@chadbourne.com |
| drose@pryorcashman.com | hsnovikoff@wlrk.com |
| drosner@goulstonstorrs.com | hweg@pwkllp.com |
| drosner@kasowitz.com | ian.levy@kobrekim.com |
| dshemano@pwkllp.com | igoldstein@dl.com |
| dswan@mcguirewoods.com | ilevee@lowenstein.com |
| eagle.sara@pbgc.gov | info2@normandyhill.com |
| ecohen@russell.com | ira.herman@tklaw.com |
| edpe01@handelsbanken.se | isgreene@hhlaw.com |
| efile@pbgc.gov | israel.dahan@cwt.com |
| efile@willaw.com | jacobsonn@sec.gov |
| efleck@milbank.com | jafeltman@wlrk.com |
| efriedman@friedumspring.com | james.mcclammy@dpw.com |
| eglas@mccarter.com | jamestecce@quinnemanuel.com |
| ehollander@whitecase.com | Jbecker@wilmingtontrust.com |
| ehorn@lowenstein.com | jbeemer@entwistle-law.com |
| ekbergc@lanepowell.com | jbird@polsinelli.com |
| ellen.halstead@cwt.com | jbromley@cgsh.com |
| elobello@blankrome.com | jcarberry@cl-law.com |
| erose@herrick.com | jdyas@halperinlaw.net |
| eschwartz@contrariancapital.com | jeffrey.sabin@bingham.com |
| esmith@dl.com | jennifer.demarco@cliffordchance.com |
| ezavalkoff-babej@vedderprice.com | Jesse.Hibbard@ozcap.com |
| ezujkowski@emmetmarvin.com | jfalgowski@reedsmith.com |
| fbp@ppgms.com | jgarrity@shearman.com |
| feldsteinh@sullcrom.com | jguy@orrick.com |
| ffm@bostonbusinesslaw.com | jherzog@gklaw.com |
| fhyman@mayerbrown.com | jhs7@att.net |
| fishere@butzel.com | jhuggett@margolisedelstein.com |
| frank.sodano@americas.bnpparibas.com | jhuh@ffwplaw.com |
| frank.white@agg.com | jkehoe@sbtklaw.com |
| fred.berg@rvblaw.com | jketten@wilkie.com |
| frelingh@hugheshubbard.com | jkurtzman@klehr.com |
| fsosnick@shearman.com | jlee@foley.com |
| gabriel.delvirginia@verizon.net | jlevitin@cahill.com |
| gary.ticoll@cwt.com | jlipson@crockerkuno.com |
| gauchb@sec.gov | jliu@dl.com |
| gbray@milbank.com | jlovi@steptoe.com |
| george.davis@cwt.com | jmathis@lloydstsb-usa.com |
| george_neofitidis@scotiacapital.com | jmazermarino@msek.com |
| giddens@hugheshubbard.com | jmcginley@wilmingtontrust.com |
| gkaden@goulstonstorrs.com | john.rapisardi@cwt.com |
| glee@mofo.com | jorbach@hahnhessen.com |
| glenn.siegel@dechert.com | joseph.scordato@dkib.com |
| grosenberg@co.arapahoe.co.us | joshua.dorchak@bingham.com |
| gschiller@zeislaw.com | jpintarelli@mofo.com |
| hanh.huynh@cwt.com | jporter@entwistle-law.com |
| harveystrickon@paulhastings.com | jrabinowitz@rltlawfirm.com |
| heiser@chapman.com | jschwartz@hahnhessen.com |
| hirsh.robert@arentfox.com | jshickich@riddellwilliams.com |
| hollace.cohen@troutmansanders.com | jsmairo@pbnlaw.com |

| | |
|---|---|
| jtimko@allenmatkins.com | martin.davis@ots.treas.gov |
| jtougas@mayerbrown.com | masaki_konishi@noandt.com |
| jwallack@goulstonstorrs.com | matthew.dyer@prommis.com |
| jwang@sipc.org | matthew.klepper@dlapiper.com |
| jweiss@gibsondunn.com | mbenner@tishmanspeyer.com |
| jwhitman@entwistle-law.com | mbienenstock@dl.com |
| jwishnew@mofo.com | mcordone@stradley.com |
| k4.nomura@aozorabank.co.jp | mcto@debevoise.com |
| karen.wagner@dpw.com | mdorval@stradley.com |
| KDWBankruptcyDepartment@kelleydrye.com | metkin@lowenstein.com |
| keith.simon@lw.com | mgreger@allenmatkins.com |
| Ken.Coleman@allenovery.com | mhopkins@cov.com |
| ken.higman@hp.com | michael.feldberg@allenovery.com |
| kgwynne@reedsmith.com | michael.halevi@anz.com |
| kiplok@hugheshubbard.com | michael.kim@kobrekim.com |
| klippman@munsch.com | Michael.mauerstein@citi.com |
| kmayer@mccarter.com | michael.tan@fubon.com |
| kmisken@mcguirewoods.com | mimi04@handelsbanken.se |
| kobak@hugheshubbard.com | Mitchell.Ayer@tklaw.com |
| korr@orrick.com | mitchell.epner@friedfrank.com |
| Kostad@mofo.com | mjacobs@pryorcashman.com |
| kovskyd@pepperlaw.com | mjedelman@vedderprice.com |
| kpiper@steptoe.com | mkjaer@winston.com |
| kressk@pepperlaw.com | mlahaie@akingump.com |
| KReynolds@mklawnyc.com | mmendez@hunton.com |
| kristin.going@dbr.com | mmickey@mayerbrown.com |
| krosen@lowenstein.com | mmorreale@us.mufg.jp |
| lacyr@sullcrom.com | mmurphy@co.sanmateo.ca.us |
| lalshibib@reedsmith.com | monica.lawless@brookfieldproperties.com |
| Landon@StreusandLandon.com | mpage@kelleydrye.com |
| lattard@kayescholer.com | mrosenthal@gibsondunn.com |
| laura.martin@allenovery.com | ms.wu@fubonny.com |
| lawrence.bass@hro.com | MSchleich@fraserstryker.com |
| ldespins@milbank.com | mschonholtz@kayescholer.com |
| lgranfield@cgsh.com | mshiner@tuckerlaw.com |
| linda.boyle@twtelecom.com | mspeiser@stroock.com |
| lisa.kraidin@allenovery.com | mstamer@akingump.com |
| lmarinuzzi@mofo.com | mtuck@lloydstsb-usa.com |
| lml@ppgms.com | murai24234@nissay.co.jp |
| lromansic@steptoe.com | nbannon@tishmanspeyer.com |
| lschweitzer@cgsh.com | nbruce@lloydstsb-usa.com |
| lubell@hugheshubbard.com | neal.mann@oag.state.ny.us |
| lwhidden@salans.com | ned.schodek@shearman.com |
| mabrams@willkie.com | newyork@sec.gov |
| macl01@handelsbanken.se | Nherman@morganlewis.com |
| macronin@debevoise.com | nissay_10259-0154@mhmjapan.com |
| Malcolm@firstbankny.com | oipress@travelers.com |
| MAOFILING@CGSH.COM | paronzon@milbank.com |
| margolin@HughesHubbard.com | paul.deutch@troutmansanders.com |
| mark.deveno@bingham.com | pbosswick@ssbb.com |
| mark.ellenberg@cwt.com | pdublin@akingump.com |
| mark.houle@pillsburylaw.com | peter.simmons@friedfrank.com |

| | |
|---|---|
| peter.zisser@hklaw.com | sehlers@armstrongteasdale.com |
| peter@bankrupt.com | sfelderstein@ffwplaw.com |
| pfeldman@oshr.com | sfineman@lchb.com |
| phayden@mcguirewoods.com | sfox@mcguirewoods.com |
| pnichols@whitecase.com | sgordon@cahill.com |
| ppascuzzi@ffwplaw.com | Sgross@HodgsonRuss.com |
| ppatterson@stradley.com | sgubner@ebg-law.com |
| prachmuth@reedsmith.com | sharbeck@sipc.org |
| pwirt@ftportfolios.com | shari.leventhal@ny.frb.org |
| pwright@dl.com | sheakkorzun@comcast.net |
| r.stahl@stahlzelloe.com | sheehan@txschoollaw.com |
| ramona.neal@hp.com | sidorsky@butzel.com |
| ranjit.mather@bnymellon.com | slerner@ssd.com |
| raymond.morison@bnymellon.com | smillman@stroock.com |
| rdaversa@orrick.com | snewman@katskykorins.com |
| rdicanto@nabny.com | spiotto@chapman.com |
| rfleischer@pryorcashman.com | splatzer@platzerlaw.com |
| rgmason@wlrk.com | ssmall@us.mufg.jp |
| rgraham@whitecase.com | steele@lowenstein.com |
| rhett.campbell@tklaw.com | stephanie.wickouski@dbr.com |
| richard.lear@hklaw.com | steve.ginther@dor.mo.gov |
| ritkin@steptoe.com | steven.perlstein@kobrekim.com |
| RLevin@cravath.com | steven.wilamowsky@bingham.com |
| RLGold1977@aol.com | Streusand@StreusandLandon.com |
| rmatzat@hahnhessen.com | susan.schultz@newedgegroup.com |
| rmunsch@munsch.com | susheelkirpalani@quinnemanuel.com |
| rnetzer@willkie.com | tarbit@cftc.gov |
| rnies@wolffsamson.com | tbrock@ssbb.com |
| robert.bailey@bnymellon.com | tetsuhiro.toomata@shinseibank.com |
| robert.dombroff@bingham.com | TGoren@mofo.com |
| robert.henoch@kobrekim.com | Thomas_Noguerola@capers.ca.gov |
| Robert.Holladay@youngwilliams.com | timothy.brink@dlapiper.com |
| robert.malone@dbr.com | timothy.palmer@bipc.com |
| Robert.yalen@usdoj.gov | timothy.white@mizuhocbus.com |
| roberts@pursuitpartners.com | tjfreedman@pbnlaw.com |
| rolfnagel.dahl@dnbnor.no | tkarcher@dl.com |
| ronald.silverman@bingham.com | tkiriakos@mayerbrown.com |
| rreid@sheppardmullin.com | tmacwright@whitecase.com |
| RTrust@cravath.com | tnixon@gklaw.com |
| Russj4478@aol.com | tslome@msek.com |
| rwasserman@cftc.gov | ttracy@crockerkuno.com |
| rwynne@kirkland.com | twatanabe@mofo.com |
| sabin.willett@bingham.com | twheeler@lowenstein.com |
| sagolden@hhlaw.com | vdagostino@lowenstein.com |
| sandra.mayerson@hklaw.com | Villa@StreusandLandon.com |
| schapman@willkie.com | vivek.prashar@lloydstsb.co.uk |
| schristianson@buchalter.com | wanda.goodloe@cbre.com |
| scottshelley@quinnemanuel.com | wbenzija@halperinlaw.net |
| scousins@armstrongteasdale.com | weissjw@gtlaw.com |
| sdg@adorno.com | wfoster@milbank.com |
| sdnyecf@dor.mo.gov | wheuer@dl.com |
| sean@blbglaw.com | wilten@hugheshubbard.com |

| |
|---|
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wsmith@bocusa.com |
| wtaylor@mccarter.com |
| yamashiro@sumitomotrust.co.jp |
| yasuhiko_imai@smbcgroup.com |

**Exhibit "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

| Claim Name | Address Information |
| --- | --- |
| ACCLARA | 945 HORNET DRIVE, HAZELWOOD, MO 63042 |
| ACHIEVEGLOBAL   INC. | LEGAL DEPARTMENT/CONTRACTS MANAGEMENT,170 WEST ELECTION ROAD,SUITE 201, DRAPER, UT 84020 |
| ADDISON | ROGER BYROM,20 EXCHANGE PLACE 9TH FLOOR, NEW YORK, NY 10005 |
| AFTERBURNER, INC. | JAMES MURPHY,1503 B NORTHSIDE DRIVE, ATLANTA, GA 30318 |
| AMERICAN MANAGEMENT ASSOC. | LISA ZOBA,6 WINCHESTER DRIVE, EAST BRUNSWICK, NJ 08816 |
| AMERICAN MANAGEMENT ASSOC. | CHIEF FINANCIAL OFFICER,1601 BROADWAY, NEW YORK, NY 10019 |
| ANA-DATA | MOHAN PATEL,112 THIRD STREET, STAMFORD, CT 06905 |
| ANA-DATA CONSULTING INC | MOHAN PATEL,112 THIRD STREET, STAMFORD, CT 06905 |
| ANDERSON, ISABELLE | ISABELLE ANDERSON,1272 SUGAR MAPLE DRIVE, MARRIOTTSVILLE, MD 21104 |
| ANNA PHILLIPS CO UK | ANNA PHILLIPS,PO BOX 19, PAR PL,   PL24 2ZR GB |
| ANSCO ARENA LIMITED | 25 CANADA SQUARE, CANARY WHARFL,  E14 5LQ GB |
| APPINTELLIGENCE   INC | STEVEN C. HALPER,2172 BLUESTONE DRIVE, ST. CHARLES, MO 63303 |
| ARCSIGHT, INC | 5 RESULTS WAY,BUILDING #5, CUPERTINO, CA 95014 |
| ARIAL INTERNATIONAL, LLC | TONY MALAGHAN,3800A BRIDGEPORT WAY W. #333, UNIVERSITY PLACE, WA 98466 |
| AUSTIN TETRA INC. | 6333 NORTH HIGHWAY 161,SUITE 100, IRVING, TX 75038 |
| AVATAR NEW YORK LLC | CHARLES MCCOY,40 WORTH ST., SUITE 1219, NEW YORK, NY 10013 |
| B ENTERTAINMENT INC. | LINDA CUTRONI, PRESIDENT,3 HIDDEN GLEN ROAD, SCARSDALE, NY 10583 |
| BERLITZ LANGUAGE CENTER | DAN BOLGER,400 ALEXANDER PARK, PRINCETON, NJ 08540 |
| BLUE SKY | STEHEN DENIS,GILL FARM BUILDINGS,GILL LANE ASHFORD, KENT,  TN26 2PG GB |
| BOHNAMS | M. NEILL, DIRECTOR, VALUATIONS DEPT.,MONTPELIER STREET, KNIGHTSBRIDGE,  SW7 1HH GB |
| BRIGHT HORIZONS | SUSAN CUNNINGHAM,200 TALCOTT AVENUE SOUTH, WATERTOWN, MA 02472 |
| BRIGHT HORIZONS | ANDREA MARTINI,200 TALCOTT AVENUE SOUTH, WATERTOWN, MA 02472 |
| BUSINESS EDGE SOLUTIONS, INC | LEGAL DEPARTMENT,ONE TOWER CENTER BLVD., EAST BRUNSWICK, NJ 08816 |
| BUSINESS EDGE SOLUTIONS, INC | LEGAL DEPARTMENT,ONE TOWER CENTER BLVD.,9TH FLOOR, EAST BRUNSWICK, NJ 08816 |
| BYTE CONSULTING INC | 352 SEVENTH AVENUE,SUITE 1511, NEW YORK, NY 10001 |
| CARPENTER GROUP | POLLY CARPENTER,72 SPRING STREET, NEW YORK, NY 10012 |
| CATHERINE ORENSTEIN | CATHERINE ORENSTEIN, 906 AMSTERDAM AVENUE, NEW YORK, NY 10025 |
| CDR ASSESSMENT GROUP | GENERAL COUNSEL,1644 S. DENVER TULSA, TULSA, OK 74119 |
| CHD MERIDIAN HEALTHCARE | 4 HILLMAN DRIVE, SUITE 130, CHADDS FORD, PA 19317 |
| CORELOGIC | GENERAL COUNSEL,10360 OLD PACERVILLE ROAD,SUITE 100, SACRAMENTO, CA 95827 |
| CUSTOMER SERVICE EXPERTS, INC | LISE D'ANDREA,116 DEFENSE HIGHWAY,SUITE 205, ANNAPOLIS, MD 21401 |
| DRIVE 495 | STEVEN LIGHT,495 BROADWAY, NEW YORK, NY 10012 |
| DRYDEN PROCUREMENT TECHNOLOGIES | BRIAN MCD,1410 RUSSELL ROAD,SUITE 204, PAOLI, PA 19301 |
| DUKE CORPORATE EDUCATION INC | 310 BLACKWELL STREET, DURHAM, NC 27701-3611 |
| DYNAMIC COMMUNICATION | BARBARA TANNENBAUM,121 BENEVOLENT STREET, PROVIDENCE, RI 02906 |
| ECD INSIGHT US LTD | 48 WALL STREET,SUITE 1100, NEW YORK, NY 10005 |
| ECLERX | 29 BANK STREET, FORT MUMBAI,   IN |
| ELLYN SPRAGINS | ELLYN SPRAGINS,322 SOUTH MAIN STREET, PENNINGTON, NJ 08534 |
| ESI INTERNATIONAL INC | 901 NORTH GLEBE ROAD,SUITE 200, ARLINGTON, VA 22203 |
| EXPAND FORUM | 330 MADISON AVE, NEW YORK, NY 10117 |
| EXZAC COMPANY | ALON EVEN,591 SUMMIT AVE, JERSEY CITY, NJ 07306 |
| EXZAC LLC | ALON EVEN,591 SUMMIT AVE, JERSEY CITY, NJ 07306 |
| EXZAC, INC.* | ALON EVEN,591 SUMMIT AVE, JERSEY CITY, NJ 07306 |
| FARATA SYSTEM | YAKON FAIN,5049 GREENWICH PRESERVE, DELRAY BEACH, FL 33436 |
| FIRST AMERICAN DEFAULT INFO SERVICES LLC | GENERAL COUNSEL,1 FIRST AMERICAN WAY, WESTLAKE, TX 76262 |
| FORBES CONSULTING | GARY E. BLUMENTHAL,24 HARTWELL AVENUE, 3RD FL, LEXINGTON, MA 02421 |
| GLASSHOUSE TECHNOLOGIES INC. | KARL JOHNSEN,200 CROSSING BOUOLEVARD, FRAMINGHAM, MA 01702-4486 |

| Claim Name | Address Information |
|---|---|
| GLOBAL RESEARCH DISTRIBUTION | GLOBAL RESEARCH DISTRIBUTION, INC.,128 WEST 26TH STRREET, NEW YORK, NY 10001 |
| GOLDMAN SACHS | CASEY EARLY,85 BROAD STREET, NEW YORK, NY 10004 |
| GRAYZ EVENTS | GRAYZ,13-15 WEST 54TH STREET, NEW YORK, NY 10019 |
| GREENWICH TECHNOLOGIES   INC. | JOHN G. COLON,8 GREENWICH OFFICE PARK, GREENWICH, CT 06831 |
| GROUP 1066, LLC | GROUP 1066, LLC,443 PARK AVENUE SOUTH,7TH FLOOR, NEW YORK, NY 10016 |
| HEWLETT, SYLVIA ANN | SYLVIA ANN HEWLETT,C/O CENTER FOR WORK-LIFE POLICY,1841 BROADWAY, SUITE 706, NEW YORK, NY 10023 |
| INFORMA RESEARCH SERVICES, INC. | MICHAEL ADLER, PRESIDENT,26565 AGOURA ROAD,SUITE 300, CALABASAS, CA 91302 |
| INFUSION DEVELOPMENT CORP. | 500 ROUTE 46 EAST, CLIFTON, NJ 07011 |
| INMARKETS LIMITED | 78 CANNON STREET, LONDON,  EC4N 6HH GB |
| INSTITUTE FOR CORPORATE PRODUCTIVITY INC | 411 1ST AVENUE SOUTH #403, SEATTLE, WA 98104 |
| INSTITUTE FOR GLOBAL FUTURES | 2084 UNION STREET, SAN FRANCISCO, CA 94123 |
| INSTITUTE FOR INTELLECTUAL CAPITAL | 11 HACKAMORE COURT, ANCASTER, ON  CANADA |
| INTUITION PUBLISHING INC | JOHN O'TOOLE,245 FIFTH AVENUE,SUITE 2204, NEW YORK, NY 10016 |
| INVESTORS MORTGAGE ASSET RECOVERY | ROBERT SIMPSON,18818 TELLER AVENUE,SUITE 265, IRVINE, CA 92612 |
| JACOBI PERSUASIVE SPEAKING | JEFFERY JACOBI,484 W. 43RD STREET,SUITE #28-S, NY, NY 10036 |
| JACOBI VOICE DEVELOPMENT | JEFFERY JACOBI,484 W. 43RD STREET,SUITE #28-S, NY, NY 10036 |
| JASPER, JANN | JANN JASPER,1169 LORAINE AVE., PLAINFIELD, NJ 07062 |
| JDW CONCEPTS LTD. | JULIE WEIDINGER,511 OAKBOURNE RD., WEST CHESTER, PA 19382 |
| KAP GROUP, LLC. | MARTY AVERBUCH,316 GOLDEN HILLS DR., PORTOLA VALLEY, CA 94028 |
| KEARNEY, LYNN, PHD | LYNN KEARNEY, PHD,1775 YORK AVENUE, APT# 20B, NY, NY 10128 |
| KEPNER TREGOE INC | PHILIP FRIEDRICH,17 RESEARCH ROAD, PRINCETON, NJ 08542 |
| KNOWLEDGE LAUNCH LLC | JOHN TOLSMA,PO BOX 10066, KNOXVILLE, TN 37939 |
| KNOWLEDGE SERVICES | CHRISTOPHER LANIER,PO BOX 361490, LOS ANGELES, CA 90036-9246 |
| LAUREN SONTAG | LAUREN SONTAG,14 MANOR DRIVE, GOLDENS BRIDGE, NY 10526 |
| LAWRENCE GLOSTEN AND RAVI JAGANNATHAM | LAWRENCE GLOSTEN,400 RIVERSIDE DR.,APT. 5D, NEW YORK, NY 10025 |
| LAWRENCE GLOSTEN AND RAVI JAGANNATHAM | RAVI JAGANNATHAM,127 BERTLING LANE, WINNETKA, IL 60093-4202 |
| LEADERSHIP SOLUTIONS CONSULTING LLC | DONNA DENNIS,66 WITHERSPOON ST., PRINCETON, NJ 08542 |
| LEAGUE FOR THE HARD OF HEARING | LAURIE HANIN,50 BROADWAY,6TH FLR., NEW YORK, NY 10004 |
| LISA OSBORN | LISA OSBORN,17662 MILLER DRIVE, TUSTIN, CA 92780 |
| LOCATOR SERVICES GROUP, | KIM SAWYER,316 NEWBURY STREET, BOSTON, MA 02115 |
| LOWE, ANDEA JANE | DR. ANDREA JANE LOWE,UNIT 1D 64 MACDONNELL RD., MID-LEVALS,   HONG KONG |
| LYDIAN DATA SERVICES | STEPHEN C. WILHOIT,4850 T-REX AVE.,SUITE 100, BOCA RATON, FL 33431 |
| MARIA VALDES PHD  INC. | MARIA VALDES PHD,4500 EAST 7TH AVE., DENVER, CO 80220 |
| MONITOR COMPANY GROUP, LP | CHRISTOPHER MEYER,2 CANAL PARK, CAMBRIDGE, MA 02141 |
| NEW BOSTON SYSTEMS INC | MATT GORSKI,61 BROADWAY,SUITE 2705, NEW YORK, NY 10006 |
| NEWSWIRE18 PVT LTD.* | FIRANGI KALI TOWERS, KOLKATA,  700012 IN |
| NEXNET INC. | DAN IHRIG, PRESIDENT,84 PHEASANT RUN, MILLWOOD, NY 10546 |
| NICHOLAS WARREN | NICLOLAS WARREN,4 WEST 109TH STREET,APT 1D, NEW YORK, NY 10025 |
| OPENCROWD | SUSHIL PRABHO,41 EAST 11TH STREET,11TH FLOOR, NEW YORK, NY 10003 |
| PARKER CONSULTING LLC | PARKER CONULTING LLC,5 DAN BEARD LANE, READING, CT 06896 |
| PARTNERS IN CHANGE, INC | PARTNERS IN CHANGE, INC.,105 TRENTO CIRCLE, MCMURRAY, PA 15317 |
| PEOPLEANSWERS | GABRIEL GONCALVES,14185 DALLAS PKWY,SUITE 550, DALLAS, TX 75254 |
| PERFORMANCE IMPROVEMENT SOLUTIONS, INC | LYNNE MORTON,208 EAST 51ST STREET,#366, NEW YORK, NY 10022 |
| PERFORMANCE OF A LIFETIME | MAUREEN KELLY,920 BROADWAY, NEW YORK, NY 10010 |
| PERSONNEL DECISIONS INTL. CORP. | 2000 PLAZA VII TOWER,45 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402 |
| PERSONNEL DECISIONS INTL. CORP. | LEGAL DEPARTMENT,2000 PLAZA VII TOWER,45 SOUTH SEVENTH STREET, MINNEAPOLIS, MN 55402 |
| PINK ELEPHANT | LOU CINO,5575 NORTH SERVICE ROAD, BURLINGTON, ON L7L 6NM CA |

| Claim Name | Address Information |
|---|---|
| PREVENTURE | DAVID PICKERING, 2006 NOOSENECK HILL RD., COVENTRY, RI 02816 |
| PROFESSIONAL RESOURCE SCREENING, INC.* | FIRST ADVANTAGE ENTERPRISE SCREENING, 805 EXECUTIVE CENTER DRIVE WEST, SUITE 300, ST. PETERSBURG, FL 33702 |
| Q2 STRATEGIES | MICHAEL DEL SORDO, 500 WEST 56TH STREET, SUITE 1113, NEW YORK, NY 10019 |
| REASON INC. | NOT SPECIFIED, 80 MADISON AVENUE, 5H, NEW YORK, NY 10016 |
| RENT-A-PC INC. | 265 OSER AVENUE, HAUPPAUGE, NY 11788 |
| RIGHT MANAGEMENT CONSULTANTS INC. | NOT ADDRESSED, 100 PROSPECT ST, STAMFORD, CT 06901 |
| RIGHT MANAGEMENT CONSULTANTS INC. | HOWARD CHIN, 100 PROSPECT ST., STAMFORD, CT 06901 |
| ROMANO GATLAND OF ILLINOIS, LLC | MARK ROMANO, 99 WEST HOFFMAN AVENUE, LINDENHURT, NY 11757 |
| RUSSELL REYNOLDS ASSOCIATES LIMITED | 200 PARK AVENUE, FLOOR 23, NEW YORK, NY 10166-2399 |
| SECURITIES TECHNOLOGY ANALYSIS CENTER | 1507 E 53RD STREET, SUITE 806, CHICAGO, IL 60615 |
| SELECTMINDS, INC. | ANNE BERKOWITCH, 149 FIFTH AVENUE, 6TH FLOOR, NEW YORK, NY 10010 |
| SIEGEL & GALE | 10 ROCKERFELLER CENTER, NY, NY 10020 |
| SKILLBRIDGE LLC* | 10 KING ARTHUR RD, NORTH EASTON, MA 02356 |
| SOFTECH PLUS INC | PO BOX 5284, NORTH BERGEN, NJ 07042 |
| STARCITE INC | WILLIAM GRAY, 1650 ARCH STREET, 18TH F, PHILADELPHIA, PA 19103 |
| STEBICH RIDDER INTERNATIONAL | STEBICH RIDDER INTERNATIONAL, INC, 599 ELEVENTH AVENUE, NEW YORK, NY 10036 |
| STRATEGIC PRODUCTS AND SERVICES | STRATEGIC PRODUCT, 3 WING DRIVE SUITE 100, CEDAR KNOLLS, NJ 07927 |
| SUFFOLK PARTNERS, LLC | ANATHONY MACARI, 47 AUTUMN LANE, NEW CANNAN, CT 06840 |
| SUSTAINABLE FINANCE LTD. | MATT ARNOLD, 1650 30TH STREET, NW, WASHINGTON, DC 20007 |
| TECHNICAL OPERATIONS INC. | 454 WEST 41 STREET, NEW YORK, NY 10036 |
| THE AUTOEX GROUP.* | 195 BROADWAY, NEW YORK, NY 10007 |
| THE RESEARCH ASSOCIATES | SUNG LEE, 248 WEST 35TH ST., 15TH FLOOR, NEW YORK, NY 10001 |
| THE WHARTON SCHOOL - UNIV OF PA | 255 S. 38TH ST SUITE 200, PHILADEPHIA, PA 19104-6359 |
| TIPPINGPOINT TECHNOLOGIES, INC. | BILLY J. MURPHY, 7501B NORTH CAPITAL OF TEXAS HIGHWAY, AUSTIN, TX 78731 |
| TIVERSA, INC. | 144 EMERYVILLE DRIVE, SUITE 300, CRANBERRY TOWNSHIP, PA 16066 |
| TIVERSA, INC. | ROBERT J. BLACK, 200 CORPORATE DRIVE, SUITE 300, PITTSBURGH, PA 15090 |
| TMP WORLDWIDE / MONSTER.COM | TOM WALSH, 205 HUDSON STREET, 5TH FLOOR, NEW YORK, NY 10013 |
| TRAINING THE STREET, INC. | SCOTT ROSTAN/ TRAINING THE STREET, 1214 GARDEN STREET, HOBOKEN, NJ 07030-4406 |
| TRANSPERFECT TRANSLATIONS | CARRIE TATE, THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 |
| TRICHYS, LLC | 16 W TOWNSHIP LINE RD, EAST NORRITON, PA 19401 |
| TXG LTD | MICHELLE WALDER, VENTNERS PLACE, 68 UPPER THAMES STREET, LONDON, EC EC4V 3BJ UNITED KINGDON |
| UCA COMPUTER SYSTEMS INC. | REHAN ANSARI, 3 STEWART CT, DENVILLE, NJ 07834 |
| VANGUARD INTEGRITY PROFESSIONALS | YVONNE J. SHOUP, 6625 EASTERN AVE, SUITE 100, LAS VEGAS, NV 89119-3930 |
| VAS ASSOCIATES, INC. | DONALD BARCLAY, 1110 65TH STREET, BROOKLYN, NY 11219 |
| VAULT | 500 2ND AVE N, CLANTON, AL 35045-3421 |
| VIDEO CORPORATION OF AMERICA | DAVID BERLIN, 370 SEVENTH AVENNUE, SUITE 550, NEW YORK, NY 10001 |
| WAJSKOL DESIGN & COMMUNICATIONS | JONATHAN WAJSKOL, 315 SEVENTH AVENUE, SUITE 11A, NEW YORK, NY 10001 |
| WFC RESOURCES, INC. | SUSAN SEITEL, 5197 BEACHSIDE DRIVE, MINNETONKA, MN 55343 |
| WINNING MIND, LLC | STEVEN KLEIN, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| WJM ASSOCIATES, INC. | TIM MORIN, 675 THIRD AVENUE, SUITE 1610, NEW YORK, NY 10017 |

**Total Creditor Count 134**

Additional Parties (10/27/2008)


Allen & Overy LLP
Attn: Michael S. Feldberg, Laura Martin
1221 Avenue of the Americas
New York, NY 10020

Flaster/Greenberg PC
Attn: Eugene J. Chikowski, Greg T. Kupniewski
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103

# Exhibit "D"

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,  102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,  VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,  105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,   HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,   TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,  100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG,BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS,33 WHITEHALL STREET, 21ST FLOOR, NEW YORK, NY 10004 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,  104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,  104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,  103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,   TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,  048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,  100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 35**