**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                                                    :
In re                                                               :   Chapter 11 Case No.
                                                                    :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,                        :   Case No. 08-13555 (JMP)
                                                                    :
            Debtors.                                                :   (Jointly Administered)
                                                                    :
----------------------------------------------------------------------x   Ref. Doc. No. 1138

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2008, I caused to be served the "INTERIM ORDER PURSUANT TO SECTIONS 105(a), 345(b), 363(b), 363(c) AND 364(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 6003 AND 6004 (A) AUTHORIZING DEBTORS TO (i) CONTINUE TO USE EXISTING CASH MANAGEMENT SYSTEM, AS MODIFIED, (ii) HONOR CERTAIN PREPETITION OBLIGATIONS RELATED TO THE USE OF THE CASH MANAGEMENT SYSTEM, AND (iii) MAINTAIN EXISTING BANK ACCOUNTS AND BUSINESS FORMS; (B) EXTENDING THE DEBTORS' TIME TO COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE; AND (C) SCHEDULING A FINAL HEARING", dated October 20, 2008 [Docket #1138], by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A",

   b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

   c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                   /s/ Herb Baer
Sworn to before me this                                Herb Baer
28th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

T:\Clients\LBH\Affidavits\Int Cash Mgt Ord_ aff 10-27-08.doc

**Exhibit "A"**

Exhibit A-1 - Bank Email Addresses

| | |
|---|---|
| alan.davis@rbsgc.com | robert.swidey@lehman.com |
| alison.barnard@rbc.com | rochelle.geneti@usbank.com |
| alma.kamarauskaite@seb.lt | s.wafa@alahli.com |
| bernadette.mazzella@bankofamerica.com | salvatore.guardino@mediobanca.it |
| bill.hughes@us.standardchartered | SH59@NTRS.com |
| bjorn.sigurdsson@landsbanki.is | shenderson@evergreeninvestments.com |
| Brandon_Semilof@reservefunds.com | shonette.kruger@fnbcorporate.co.za |
| btrapani@dtcc.com | terencelaw@bankofny.com |
| caros@tdcibg.com | tgrant@clamericas.com |
| carrie.murray@blackrock.com | tprince@ucmpartners.com |
| Cinzia.Montuoro@AM.Generali.com | tzimkova@scob.sk |
| colin.cookson@morleyfm.com | |
| elaine.christiansen@dnb.no | |
| Franco.D'Urso@morganstanley.com | |
| frank.sodano@americas.bnpparibas.com | |
| Gstawicki@lehmanbank.com | |
| Gustaf.nyblaeus@seb.se | |
| hubbard.e@mellon.com | |
| igor.livojevic@zaba.hr | |
| ilze.kokorevica@hansabanka.lv | |
| jeff.stallard@columbiamanagement.com | |
| john.estrada@db.com | |
| joseph_conklin@ml.com | |
| jskruch@federatedinv.com | |
| julien.piron@euroclear.com | |
| katherine.lukas@citigroup.com | |
| katya.maneva@ingbank.com | |
| kwalters@idbny.com | |
| lasse.larsen@seb.dk | |
| lena.hallen@swedbank.se | |
| lori.weller@phxinv.com | |
| MACL01@handelsbanken.se | |
| Marissa.Hedge@fmr.com | |
| mark.g.doctoroff@jpmorgan.com | |
| mason.martin@icdfunds.com | |
| MClay@russell.com | |
| melissa.haave@barclaysglobal.com | |
| merih.cetinkaya@credit-suisse.com | |
| michael.curran@pioneerinvestments.com | |
| michael.j.giese@wellsfargo.com | |
| michael.mauerstein@citi.com | |
| natasha@bradescobbi.com.br | |
| nfjalltoft@westpac.com.au | |
| noemi.oslo@bancaintesa.co.uk | |
| Patrick.Mason@truscocapital.com | |
| paul.lopez@us.hsbc.com | |
| rainer.habisch@db.com | |
| rakang@nbk.com | |
| ray.otero@ubs.com | |
| reby@barclayscapital.com | |

Exhibit A-2 - Master Service List Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | chris.omahoney@bnymellon.com |
| acker@chapman.com | christopher.schueller@bipc.com |
| adarwin@nixonpeabody.com | cmontgomery@salans.com |
| aentwistle@entwistle-law.com | CMTB_LC11@chuomitsui.jp |
| aglenn@kasowitz.com | cohena@sec.gov |
| agold@herrick.com | cohenr@sewkis.com |
| agolianopoulos@mayerbrown.com | cp@stevenslee.com |
| ahammer@freebornpeters.com | crogers@orrick.com |
| akihiko_yagyuu@chuomitsui.jp | cs@stevenslee.com |
| albaugh.colin@pbgc.gov | cschreiber@winston.com |
| amarder@msel.com | cshulman@sheppardmullin.com |
| amenard@tishmanspeyer.com | ctatelbaum@adorno.com |
| andrew.lourie@kobrekim.com | cward@polsinelli.com |
| angelich.george@arentfox.com | cweber@ebg-law.com |
| anne.kennelly@hp.com | cweiss@ingramllp.com |
| apo@stevenslee.com | dallas.bankruptcy@pulicans.com |
| araboy@cov.com | Danna.Drori@usdoj.gov |
| arlbank@pbfcm.com | david.bennett@tklaw.com |
| arosenblatt@chadbourne.com | david.crichlow@pillsburylaw.com |
| arwolf@wlrk.com | david.heller@lw.com |
| ashmead@sewkis.com | davids@blbglaw.com |
| asnow@ssbb.com | davidwheeler@mvalaw.com |
| atrehan@mayerbrown.com | dbarber@bsblawyers.com |
| austin.bankruptcy@publicans.com | dbaumstein@whitecase.com |
| avenes@whitecase.com | dckaufman@hhlaw.com |
| avi.gesser@dpw.com | dclark@stinson.com |
| azylberberg@whitecase.com | dcoffino@cov.com |
| bambacha@sec.gov | dcrapo@gibbonslaw.com |
| bankoftaiwan@botnya.com | ddrebsky@nixonpeabody.com |
| bankruptcy@goodwin.com | ddunne@milbank.com |
| bankruptcymatters@us.nomura.com | deggert@freebornpeters.com |
| bhinerfeld@sbtklaw.com | demetra.liggins@tklaw.com |
| bill.freeman@pillsburylaw.com | dennis.graham@kbc.be |
| bill.hughes@us.standardchartered.com | deryck.palmer@cwt.com |
| bmanne@tuckerlaw.com | dfelder@orrick.com |
| bmiller@mofo.com | dflanigan@polsinelli.com |
| brad.dempsey@hro.com | dfriedman@kasowitz.com |
| brendalblanks@eaton.com | dhayes@mcguirewoods.com |
| brian.pfeiffer@friedfrank.com | dheffer@foley.com |
| brian_corey@gtservicing.com | dirk.roberts@ots.treas.gov |
| bromano@willkie.com | dkleiner@velaw.com |
| broy@rltlawfirm.com | dkozusko@willkie.com |
| bruce.ortwine@sumitomotrust.co.jp | dladdin@agg.com |
| btrust@mayerbrown.com | dlemay@chadbourne.com |
| btupi@tuckerlaw.com | dlipke@vedderprice.com |
| bturk@tishmanspeyer.com | dludman@brownconnery.com |
| cave@hugheshubbard.com | dmcguire@winston.com |
| cbelmonte@ssbb.com | dodonnell@milbank.com |
| cdesiderio@nixonpeabody.com | donald.badaczewski@dechert.com |
| charles@filardi-law.com | douglas.bacon@lw.com |

| | |
|---|---|
| douglas.mcgill@dbr.com | howard.hawkins@cwt.com |
| dravin@wolffsamson.com | hseife@chadbourne.com |
| drose@pryorcashman.com | hsnovikoff@wlrk.com |
| drosner@goulstonstorrs.com | hweg@pwkllp.com |
| drosner@kasowitz.com | ian.levy@kobrekim.com |
| dshemano@pwkllp.com | igoldstein@dl.com |
| dswan@mcguirewoods.com | ilevee@lowenstein.com |
| eagle.sara@pbgc.gov | info2@normandyhill.com |
| ecohen@russell.com | ira.herman@tklaw.com |
| edpe01@handelsbanken.se | isgreene@hhlaw.com |
| efile@pbgc.gov | israel.dahan@cwt.com |
| efile@willaw.com | jacobsonn@sec.gov |
| efleck@milbank.com | jafeltman@wlrk.com |
| efriedman@friedumspring.com | james.mcclammy@dpw.com |
| eglas@mccarter.com | jamestecce@quinnemanuel.com |
| ehollander@whitecase.com | Jbecker@wilmingtontrust.com |
| ehorn@lowenstein.com | jbeemer@entwistle-law.com |
| ekbergc@lanepowell.com | jbird@polsinelli.com |
| ellen.halstead@cwt.com | jbromley@cgsh.com |
| elobello@blankrome.com | jcarberry@cl-law.com |
| erose@herrick.com | jdyas@halperinlaw.net |
| eschwartz@contrariancapital.com | jeffrey.sabin@bingham.com |
| esmith@dl.com | jennifer.demarco@cliffordchance.com |
| ezavalkoff-babej@vedderprice.com | Jesse.Hibbard@ozcap.com |
| ezujkowski@emmetmarvin.com | jfalgowski@reedsmith.com |
| fbp@ppgms.com | jgarrity@shearman.com |
| feldsteinh@sullcrom.com | jguy@orrick.com |
| ffm@bostonbusinesslaw.com | jherzog@gklaw.com |
| fhyman@mayerbrown.com | jhs7@att.net |
| fishere@butzel.com | jhuggett@margolisedelstein.com |
| frank.sodano@americas.bnpparibas.com | jhuh@ffwplaw.com |
| frank.white@agg.com | jkehoe@sbtklaw.com |
| fred.berg@rvblaw.com | jketten@wilkie.com |
| frelingh@hugheshubbard.com | jkurtzman@klehr.com |
| fsosnick@shearman.com | jlee@foley.com |
| gabriel.delvirginia@verizon.net | jlevitin@cahill.com |
| gary.ticoll@cwt.com | jlipson@crockerkuno.com |
| gauchb@sec.gov | jliu@dl.com |
| gbray@milbank.com | jlovi@steptoe.com |
| george.davis@cwt.com | jmathis@lloydstsb-usa.com |
| george_neofitidis@scotiacapital.com | jmazermarino@msek.com |
| giddens@hugheshubbard.com | jmcginley@wilmingtontrust.com |
| gkaden@goulstonstorrs.com | john.rapisardi@cwt.com |
| glee@mofo.com | jorbach@hahnhessen.com |
| glenn.siegel@dechert.com | joseph.scordato@dkib.com |
| grosenberg@co.arapahoe.co.us | joshua.dorchak@bingham.com |
| gschiller@zeislaw.com | jpintarelli@mofo.com |
| hanh.huynh@cwt.com | jporter@entwistle-law.com |
| harveystrickon@paulhastings.com | jrabinowitz@rltlawfirm.com |
| heiser@chapman.com | jschwartz@hahnhessen.com |
| hirsh.robert@arentfox.com | jshickich@riddellwilliams.com |
| hollace.cohen@troutmansanders.com | jsmairo@pbnlaw.com |

| | |
|---|---|
| jtimko@allenmatkins.com | masaki_konishi@noandt.com |
| jtougas@mayerbrown.com | matthew.dyer@prommis.com |
| jwallack@goulstonstorrs.com | matthew.klepper@dlapiper.com |
| jwang@sipc.org | mbenner@tishmanspeyer.com |
| jweiss@gibsondunn.com | mbienenstock@dl.com |
| jwhitman@entwistle-law.com | mcordone@stradley.com |
| jwishnew@mofo.com | mcto@debevoise.com |
| k4.nomura@aozorabank.co.jp | mdorval@stradley.com |
| karen.wagner@dpw.com | metkin@lowenstein.com |
| KDWBankruptcyDepartment@kelleydrye.com | mgreger@allenmatkins.com |
| keith.simon@lw.com | mhopkins@cov.com |
| Ken.Coleman@allenovery.com | michael.halevi@anz.com |
| ken.higman@hp.com | michael.kim@kobrekim.com |
| kgwynne@reedsmith.com | Michael.mauerstein@citi.com |
| kiplok@hugheshubbard.com | michael.tan@fubon.com |
| klippman@munsch.com | mimi04@handelsbanken.se |
| kmayer@mccarter.com | Mitchell.Ayer@tklaw.com |
| kmisken@mcguirewoods.com | mitchell.epner@friedfrank.com |
| kobak@hugheshubbard.com | mjacobs@pryorcashman.com |
| korr@orrick.com | mjedelman@vedderprice.com |
| Kostad@mofo.com | mkjaer@winston.com |
| kovskyd@pepperlaw.com | mlahaie@akingump.com |
| kpiper@steptoe.com | mmendez@hunton.com |
| kressk@pepperlaw.com | mmickey@mayerbrown.com |
| KReynolds@mklawnyc.com | mmorreale@us.mufg.jp |
| kristin.going@dbr.com | mmurphy@co.sanmateo.ca.us |
| krosen@lowenstein.com | monica.lawless@brookfieldproperties.com |
| lacyr@sullcrom.com | mpage@kelleydrye.com |
| lalshibib@reedsmith.com | mrosenthal@gibsondunn.com |
| Landon@StreusandLandon.com | ms.wu@fubonny.com |
| lattard@kayescholer.com | MSchleich@fraserstryker.com |
| lawrence.bass@hro.com | mschonholtz@kayescholer.com |
| ldespins@milbank.com | mshiner@tuckerlaw.com |
| lgranfield@cgsh.com | mspeiser@stroock.com |
| linda.boyle@twtelecom.com | mstamer@akingump.com |
| lisa.kraidin@allenovery.com | mtuck@lloydstsb-usa.com |
| lmarinuzzi@mofo.com | murai24234@nissay.co.jp |
| lml@ppgms.com | nbannon@tishmanspeyer.com |
| lromansic@steptoe.com | nbruce@lloydstsb-usa.com |
| lschweitzer@cgsh.com | neal.mann@oag.state.ny.us |
| lubell@hugheshubbard.com | ned.schodek@shearman.com |
| lwhidden@salans.com | newyork@sec.gov |
| mabrams@willkie.com | Nherman@morganlewis.com |
| macl01@handelsbanken.se | nissay_10259-0154@mhmjapan.com |
| macronin@debevoise.com | oipress@travelers.com |
| Malcolm@firstbankny.com | paronzon@milbank.com |
| MAOFILING@CGSH.COM | paul.deutch@troutmansanders.com |
| margolin@HughesHubbard.com | pbosswick@ssbb.com |
| mark.deveno@bingham.com | pdublin@akingump.com |
| mark.ellenberg@cwt.com | peter.simmons@friedfrank.com |
| mark.houle@pillsburylaw.com | peter.zisser@hklaw.com |
| martin.davis@ots.treas.gov | peter@bankrupt.com |

| | |
|---|---|
| pfeldman@oshr.com | sfineman@lchb.com |
| phayden@mcguirewoods.com | sfox@mcguirewoods.com |
| pnichols@whitecase.com | sgordon@cahill.com |
| ppascuzzi@ffwplaw.com | Sgross@HodgsonRuss.com |
| ppatterson@stradley.com | sgubner@ebg-law.com |
| prachmuth@reedsmith.com | sharbeck@sipc.org |
| pwirt@ftportfolios.com | shari.leventhal@ny.frb.org |
| pwright@dl.com | sheakkorzun@comcast.net |
| r.stahl@stahlzelloe.com | sheehan@txschoollaw.com |
| ramona.neal@hp.com | sidorsky@butzel.com |
| ranjit.mather@bnymellon.com | slerner@ssd.com |
| raymond.morison@bnymellon.com | smillman@stroock.com |
| rdaversa@orrick.com | snewman@katskykorins.com |
| rdicanto@nabny.com | spiotto@chapman.com |
| rfleischer@pryorcashman.com | splatzer@platzerlaw.com |
| rgmason@wlrk.com | ssmall@us.mufg.jp |
| rgraham@whitecase.com | steele@lowenstein.com |
| rhett.campbell@tklaw.com | stephanie.wickouski@dbr.com |
| richard.lear@hklaw.com | steve.ginther@dor.mo.gov |
| ritkin@steptoe.com | steven.perlstein@kobrekim.com |
| RLevin@cravath.com | steven.wilamowsky@bingham.com |
| RLGold1977@aol.com | Streusand@StreusandLandon.com |
| rmatzat@hahnhessen.com | susan.schultz@newedgegroup.com |
| rmunsch@munsch.com | susheelkirpalani@quinnemanuel.com |
| rnetzer@willkie.com | tarbit@cftc.gov |
| rnies@wolffsamson.com | tbrock@ssbb.com |
| robert.bailey@bnymellon.com | tetsuhiro.toomata@shinseibank.com |
| robert.dombroff@bingham.com | TGoren@mofo.com |
| robert.henoch@kobrekim.com | Thomas_Noguerola@capers.ca.gov |
| Robert.Holladay@youngwilliams.com | timothy.brink@dlapiper.com |
| robert.malone@dbr.com | timothy.palmer@bipc.com |
| Robert.yalen@usdoj.gov | timothy.white@mizuhocbus.com |
| roberts@pursuitpartners.com | tjfreedman@pbnlaw.com |
| rolfnagel.dahl@dnbnor.no | tkarcher@dl.com |
| ronald.silverman@bingham.com | tkiriakos@mayerbrown.com |
| rreid@sheppardmullin.com | tmacwright@whitecase.com |
| RTrust@cravath.com | tnixon@gklaw.com |
| Russj4478@aol.com | ttracy@crockerkuno.com |
| rwasserman@cftc.gov | tslome@msek.com |
| rwynne@kirkland.com | twatanabe@mofo.com |
| sabin.willett@bingham.com | twheeler@lowenstein.com |
| sagolden@hhlaw.com | vdagostino@lowenstein.com |
| sandra.mayerson@hklaw.com | Villa@StreusandLandon.com |
| schapman@willkie.com | vivek.prashar@lloydstsb.co.uk |
| schristianson@buchalter.com | wanda.goodloe@cbre.com |
| scottshelley@quinnemanuel.com | wbenzija@halperinlaw.net |
| scousins@armstrongteasdale.com | weissjw@gtlaw.com |
| sdg@adorno.com | wfoster@milbank.com |
| sdnyecf@dor.mo.gov | wheuer@dl.com |
| sean@blbglaw.com | wilten@hugheshubbard.com |
| sehlers@armstrongteasdale.com | wisotska@pepperlaw.com |
| sfelderstein@ffwplaw.com | wsilverm@oshr.com |

| |
|---|
| wsmith@bocusa.com |
| wtaylor@mccarter.com |
| yamashiro@sumitomotrust.co.jp |
| yasuhiko_imai@smbcgroup.com |

**Exhibit "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,    TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG,BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS,33 WHITEHALL STREET, 21ST FLOOR, NEW YORK, NY 10004 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 35**

| Claim Name | Address Information |
|---|---|
| ABN-AMRO   [ROYAL BANK OF SCOTLAND] | ALAN DAVIS,101 PARK AVENUE, NEW YORK, NY 10178 |
| AMR INVESTMENT SERVICES, INC. | MASON MARTIN,601 MONTGOMERY ST, STE 1800, SF, CA 94111 |
| AUSTRALIA AND NEW ZEALAND | BANKING GROUP LIMITED,VINCENT SABATINO,55 COLLINS STREET, MELBOURNE,   VIC 3001 AU |
| BANCA INTESA | NOEMI OSLO,90 QUEEN STREET, LONDON,   EC4N 1SA GB |
| BANCO BRADESCO SA | NATASHA NISSENTAL,AVENIDA PAULISTA 1450, 8TH FLOOR, SAO PAULO,   01210-917 BR |
| BANCO NACIONAL DE MEXICO S.A. | KATHERINE LUKAS,388 GREENWICH STREET 24TH FLOOR, NEW YORK, NY 10013 |
| BANK OF AMERICA | B. J. MAZZELLA,335 MADISON AVENUE, NEW YORK, NY 10017 |
| BANK OF NY | TERENCE R.  LAW,ONE WALL STREET 41ST FLOOR, NEW YORK, NY 10286 |
| BANK OF NY DIVIDEND TRUST | TERENCE R.  LAW,ONE WALL STREET 41ST FLOOR, NEW YORK, NY 10286 |
| BANK ONE NA   [JPMORGAN CHASE] | MARK DOCTOROFF,277 PARK AVENUE, NEW YORK, NY 10017 |
| BARCLAYS GLOBAL INVESTORS FUNDS | MELISSA HAAVE,45 FREMONT STREET, SAN FRANCISCO, CA 94105 |
| BLACK ROCK | CARRIE MURRAY,100 BELLEVUE PARKWAY, WILMINGTON, DE 19809 |
| BNP PARIBAS | FRANK  SODANO,787 7TH AVE., NEW YORK, NY 10019 |
| CESKOSLOVENSKA OBCHODNI BANKA AS | TIMEA ZIMKOVA,LEHOTSKEHO 3, BRATISLAVA,   812 25 SK |
| CITIBANK | KATE LUKAS,388 GREENWICH STREET-22ND FLOOR, NEW YORK, NY 10013 |
| CITIBANK DEL PERU | MICHAEL MAURSTEIN,388 GREENWICH STREET-22ND FLOOR, NEW YORK, NY 10013 |
| CITIBANK HANDLOWY | MICHAEL MAURSTEIN,388 GREENWICH STREET-22ND FLOOR, NEW YORK, NY 10013 |
| CITIBANK KOREA | MICHAEL MAURSTEIN,388 GREENWICH STREET-22ND FLOOR, NEW YORK, NY 10013 |
| CITIBANK PTY LIMITED | MICHAEL MAURSTEIN,388 GREENWICH STREET-22ND FLOORS, NEW YORK, NY 10013 |
| CITIGROUP ASSET MANAGEMENT | KATE LUKAS,388 GREENWICH STREET-22ND FLOOR, NEW YORK, NY 10013 |
| CREDIT LYONNAIS ASSET MANAGEMENT | TERRY GRANT,1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE FIRST BOSTON | MERIHŸ CETINKAYA,FIVE CABOT SQUARE, LONDON,   E14 4QR GB |
| DEUTSCHE BANK | JOHN ESTRADA,60 WALL STREET, 28TH FLOOR, NEW YORK, NY 10005 |
| DNB NOR BANK ASA | ELAINE CHRISTIANSEN,STRANDEN 21, AKER BRYGGE, OSLO,   NO-0021 NO |
| DREYFUS SERVICE CORPORATION | LOU BAZATA,200 PARK AVENUE, NEW YORK, NY 10166 |
| DWS GROUP | RAINER HABISCH,2 BOULEVARD KONRAD ADENAUER, LUXEMBOURG,   BP766 LU |
| EUROCLEAR | JULIEN PIRON,1, BOULEVARD DU ROI ALBERT II, BRUSSELS,   B-1210 BE |
| EVERGREEN INVESTMENTS | MANAGEMENT COMPANY, LLC,SARAH ELLEN HENDERSON,200 BERKELEY STREET 18TH FLOOR, BOSTON, MA 02116 |
| FEDERATED INVESTORS, INC. | JENNIFER SKRUCH,5800 CORPORATE DRIVE, PITTSBURGH, PA 15237 |
| FIDELITY INVESTMENTS | MARISSA B. HEDGE,500 SALEM STREET OS1N2, SMITHFIELD, RI 02917 |
| FIRST NATIONAL BANK | JAMES HOLMES/ANDY STUART,4 FIRSTPLACE BANK, 5TH FLOOR, JOHANNESBURG,   2001 ZA |
| GENERALI ASSET MANAGEMENT SGR S.P.A. | CINZIA MONTUORO,DIREZIONE COMMERCIALE - ROMA, ROME,   IT |
| HANSABANKA | MR. ILZE KOKOREVICA,ROMA, RIGA,   LV |
| HSBC | PAUL LOPEZ,ITALY, NEW YORK, NY 10018 |
| ING SOFIA | MS. KATYA MANEVA,12 EMIL BERSINSKI, SOFIA,   BG |
| ISRAEL DISCOUNT BANK | KEN WALTERS,511 FIFTH AVENUE, NEW YORK, NY 10017 |
| J.P. MORGAN CHASE & CO. | MARK DOCTOROFF,277 PARK AVENUE, NEW YORK, NY 10017 |
| JYSKE BANK | ROBERT EBY,70 HUDSON STREET 10 FLOOR, JERSEY CITY, NJ 07302-4585 |
| LANDSBANKI ISLANDS | MR. BJORN SIGURDSSON,LAUGAVEGUR 77, REYKJAVIK,   155 IS |
| LEHMAN BROTHERS ASSET MANAGEMENT | BOB SWIDEY,125 HIGH STREET 17 FLOOR, BOSTON, MA 02110-2704 |
| LEHMAN BROTHERS BANK | GAIL STAWICKI,1000 NORTH WEST STREET,SUITE 200 01 FLOOR, WILMINGTON, DE 19801 |
| LEHMAN BROTHERS LIQUIDITY FUND PLC | BOB SWIDEY,125 HIGH STREET 17 FLOOR, BOSTON, MA 02110-2704 |
| MELLON | EDDIE HUBBARD,110 SHERBURN ROAD, SEVERNA PARK, MD 21146 |
| MERRILL LYNCH INVESTMENT MANAGEMENT | JOSEPH CONKLIN,800SCUDDERS MILL ROAD, PLAINSBORO, NJ 08536 |
| MERRIMAC FUNDS GROUP | ROBERT SWIDEY,260 FRANKLIN STREET, BOSTON, MA 02110 |
| MORGAN STANLEY INVESTMENT | MANAGEMENT INC.,FRANCO D'URSO JR.,100 FRONT STREET, 8TH FLOOR, WEST CONSHOHOCKEN, PA 19428 |
| MORLEY LIQUIDITY FUNDS PLC | COLIN COOKSON,NO. 1 POULTRY, LONDON,   EC2R 8EJ GB |

| Claim Name | Address Information |
|---|---|
| NATIONAL BANK OF KUWAIT | RAKAN AL-GHANIM, P.O. BOX 95, SAFAT, 13001 KW |
| NATIONAL COMMERCIAL BANK | SAMI WAFA, P.O. BOX 3555, JEDDAH, 21481 SA |
| NATIONS FUNDS | JEFF STALARD, 101 SOUTH TRYON STREET, CHARLOTTE, NC 28255 |
| NORTHERN TRUST CORPORATION | SCOTT HENDERSON, 50 SOUTH LASALLE STREET, CHICAGO, IL 60675 |
| ONE GROUP MUTUAL FUNDS | DOUG APPLEGATE, 1111 POLARIS PARKWAY, COLUMBUS, OH 43271 |
| PHOENIX INVESTMENT PARTNERS | LORI WELLER, 101 MUNSON STREET, GREENFIELD, MA 01302-0088 |
| PIONEER INVESTMENTS | MICHAEL CURRAN, GEORGE QUAY PLAZA, DUBLIN 2, DUBLIN, 2 IE |
| PRUDENTIAL MUTUAL FUND SERVICES | GERRI MCATEER, TWO GATEWAY CENTER, NEWARK, NJ 07102 |
| ROYAL BANK OF CANADA | ALISON BARNARD, 200 BAY STREET, TORONTO, ON M5J 2J5 CA |
| RUSSELL INVESTMENTS | MATTHEW CLAY, 909 A. STREET, TACOMA, WA 98402 |
| SCUDDER INVESTMENTS SERVICE COMPANY | JOHN LARKIN, ONE SOUTH STREET, BALTIMAORE, MD 21202 |
| SEB | LASSE LARSEN, P.O. BOX 2098, COPENHAGEN, DK-1014 DK |
| SKANDINAVISKA ENSKILDA BANKEN | GUSTAF NYBLAEUS, STOCKHOLM, 106 40 SE |
| SPAFID S.P.A. | SALVATORE GUARDINO, VIA FILODRAMMATICI, 10, MILANO, IT |
| STANDARD CHARTERED BANK | BILL HUGES, 1 MADISON AVE., NEW YORK, NY 10010 |
| STANDARD LIFE INVESTMENTS | LIZ DAVIDSON, 1 GEORGE STREET, EDINBURGH, EH2 2LL GB |
| STRONG CAPITAL MANAGEMENT | LEVI LURA, 100 HERITAGE RESERVE, MENOMONEE FALLS, WI 53051 |
| SUNTRUST BANK | PATRICK MASON, 50 HURT PLAZA, SUITE 1400, ATLANTA, GA 30303 |
| SVENSKA | MARK CLEARY, 875 3RD AVE, 4TH FLOOR, NEW YORK, NY 10022 |
| SWEDBANK | LENA HALLEN, 8 BRUNKEBERGSTORG, STOCKHOLM, S-105 34 SE |
| THE DEPOSITORY TRUST COMPANY | BOB TRAPANI, 55 WATER STREET, 51ST FLOOR, NEW YORK, NY 10041 |
| THE RESERVE FUNDS | BRANDON SEMILOF, 1250 BROADWAY, NEW YORK, NY 10001 |
| TORONTO DOMINION BANK FINANCIAL GROUP | SHARON CARO, 77 KING STREET WEST, 19TH FLOOR, TORONTO, ON M5K 1A2 CA |
| U.S. BANK | ONE U.S. BANK PLAZA, SAINT LOUIS, MO 63101 |
| UBS GLOBAL ASSET MANAGEMENT | RAYMOND OTERO, 51 WEST 52ND ST. 15TH FLOOR, NEW YORK, NY 10019 |
| US BANCORP ASSET MANAGEMENT, INC. | ROCHELLE GENETTI, 800 NICOLLET MALL, MINNEAPOLIS, MN 55402 |
| UTENDAHL CAPITAL MANAGEMENT, L.P. | TERRY PRINCE, 30 BROAD ST. 21ST FLOOR, NEW YORK, NY 10004 |
| VILNIUS BANKAS | ALMA KAMARAUSKAITE, GEDIMINO AVE 12, VILNIUS, LT-01103 LT |
| WELLS FARGO FUNDS | MICHAEL GIESE, 90 SOUTH SEVENTH STREET 7TH FLOOR, MAC N9305-075, MINNEAPOLIS, MN 55402-3903 |
| WESTPAC BANKING CORPORATION | NICLAS FJALLTOFT, 575 FIFTH AVENUE, 39TH FLOOR, NEW YORK, NY 10017 |
| ZAGREBACKA BANKA | IGOR LIVOJEVIC, SAVSKA 60/4, ZAGREB, 10000 HR |

**Total Creditor Count 78**