UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | ) | No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

**I, HOWARD J. WEG,** a member in good standing of the bar in the State of California, or of the bar of the U.S. District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable James M. Peck, Untied States Bankruptcy Judge, to represent Avista Corporation, Cascade Investment, LLC, and Powerex Corp. in the above-referenced case.

My address is 10100 Santa Monica Blvd., Suite 1450, Los Angeles, California 90067; email address is hweg@pwkllp.com; telephone number is (310) 552-3100.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: Los Angeles, CA
October 27, 2008

                                                        **PEITZMAN, WEG & KEMPINSKY LLP**
                                                        Attorneys for Avista Corporation, Cascade
                                                        Investment, LLC, and Powerex Corp.

                                                        By: /s/ Howard J. Weg
                                                             Howard J. Weg
                                                             10100 Santa Monica Blvd.
                                                             Suite 1450
                                                             Los Angeles, California 90067
                                                             (310) 552-3100