UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| LEHMAN BROTHERS HOLDINGS INC., et al. ) | No. 08-13555 (JMP) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

**I, HOWARD J. WEG,** a member in good standing of the bar in the State of California, or of the bar of the U.S. District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable James M. Peck, United States Bankruptcy Judge, to represent Avista Corporation, Cascade Investment, LLC, and Powerex Corp. in the above-referenced case.

## ORDER

**ORDERED,**

that Howard J. Weg, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____

_____
UNITED STATES BANKRUPTCY JUDGE