PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
*Attorneys for Sixth Gear Funding Trust
and Sixth Gear Solutions Corp.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br>*et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Anthony Lopez, the undersigned, being duly sworn, deposes and says:

1. That deponent is not a party to the action, is over 18 years of age, and reside in Union County, New Jersey.

2. That on the 28th day of October, 2008, I caused true and correct copies of the Notice of Hearing, the Motion to Set a Prompt Date for the Assumption or Rejection of Debtor's Amended and Restated Master Repurchase Agreement with Sixth Gear, (Proposed) Order Setting Prompt Date for Assumption or Rejection of Debtor LCPI'S Amended and Restated Master Repurchase Agreement with Sixth Gear and the Declaration of William Houlihan (with exhibits) in support of the Motion to be served on governing case

management procedures entered in case no. 08-13555 (Docket No. 285), as indicated on the attached Service List.

Anthony Lopez

Sworn to before me on this 28th day of October, 2008

Notary Public

JOHN G. FLEMING, JR.
Notary Public, State of New York
No. 01FL6072061
Qualified in New York County
Commission Expires April 8, 2010

# SERVICE LIST

**BY ECF:**

United States Bankruptcy Court
Southern District Of New York
ATTN: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

**BY HAND:**

Weil Gotshal & Manges LLP
ATTN: Richard P. Krasnow, Lori R. Fife
Shai Y. Waisman, Jacqueline Marcus
(Counsel To The Debtors)
767 Fifth Avenue
New York, NY 10153

United States Bankruptcy Court
Southern District Of New York
ATTN: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

**BY U.S. MAIL:**

Office Of The U.S. Trustee
ATTN: Andrew D. Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21ST Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
ATTN: Dennis Dunne, Luc Despins, Wilbur Foster, Jr.
Dennis O'Donnell, ESQ., Evan Fleck, ESQ.
(Counsel To The Official Committee Of
Unsecured Creditors)
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges LLP
ATTN: Susheel Kirpalani, James C. Tecce and
Scott C. Shelley
(Counsel To Special Counsel To The Official
Committee Of Unsecured Creditors Of LBH Inc.)
51 Madison Avenue, 22nd Floor
New York, NY 10010

Cleary Gottlieb Steen & Hamilton LLP
ATTN: Lisa Schweitzer and Lindsee Granfield
One Liberty Plaza
New York, NY 10006

Sullivan & Cromwell LLP
ATTN: Robinson B. Lace and
Hydee R. Feldstein
(Counsel To Barclays Capital, Inc.)
125 Broad Street
New York, NY 10004