RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Michael Friedman
Joon P. Hong

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (JMP) |
|  | : |
| Debtors. | : (Jointly Administered) |

**VERIFIED STATEMENT OF RICHARDS KIBBE & ORBE LLP**
**PURSUANT TO RULE 2019(a) OF THE FEDERAL**
**RULES OF BANKRUPTCY PROCEDURE**

Richards Kibbe & Orbe LLP ("RK&O") submits this verified statement ("Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure and states as follows:

1.     RK&O appears in these cases on behalf of the entities listed on Exhibit A hereto (collectively, the "Entities"). The address for RK&O for purposes of this Statement is One World Financial Center, New York, NY 10281.

2.     The mailing address for each of the Entities is listed on Exhibit A hereto.

3.     Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors. The amounts of the claims held by each of the Entities have not yet been determined.

4.     Each of the Entities separately requested that RK&O represent them in

NY471596.3/344-01676

connection with the Debtors' chapter 11 cases.

5.  RK&O is party to a real property sublease with Lehman Brothers Inc. ("LBI"), an affiliate of the Debtors, and may hold claims against LBI. On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to LBI and a trustee appointed under SIPA is currently administering LBI's estate.

6.  RK&O previously represented a group of loan credit default swap dealers, including LBI. RK&O's representation of the group of credit default swap dealers ended in or about August 2008. RK&O may hold a claim against LBI on account of legal services rendered and fully completed prior to the commencement of LBI's SIPA proceeding.

The undersigned hereby verifies under oath that this Statement is true and accurate, to the best of the undersigned's knowledge and belief. RK&O reserves the right to revise and supplement this Statement as appropriate.

Dated: New York, NY
       October 28, 2008

                                        RICHARDS KIBBE & ORBE LLP

                                        By:  /s/ Joon P. Hong
                                             Michael Friedman
                                             Joon P. Hong

                                        One World Financial Center
                                        New York, New York 10281
                                        Telephone: (212) 530-1800
                                        Facsimile: (212) 530-1801

2

NY471596.3/344-01676

**Exhibit A**

1.  DK Acquisition Partners, L.P.
    65 East 55th Street
    New York, New York 10022

2.  Farallon Choctaw ENE, LLC
    Farallon Capital Partners, LP
    Farallon Capital Institutional Partners, LP
    Farallon Capital Institutional Partners II, LP
    Farallon Capital Institutional Partners III, LP
    Farallon Capital Offshore Investors, Inc.
    Farallon Capital Offshore Investors II, Inc.
    One Maritime Plaza
    Suite 2100
    San Francisco, California 94111

3.  Goldman Sachs Credit Partners L.P.
    85 Broad Street
    New York, New York 10004

4.  Greywolf Capital Partners II LP
    Greywolf Capital Overseas Fund
    4 Manhattanville Road
    Suite 201
    Purchase, New York 10577

5.  Halcyon Structured Asset Management European CLO 2007-I B.V.
    Rowayton Loan Funding Company
    477 Madison Avenue
    8th Floor
    New York, New York 10022

6.  Longacre Capital Partner (QP), L.P.
    Longacre Master Fund, Ltd.
    810 Seventh Avenue
    22nd Floor
    New York, New York 10019

7.  Morgan Stanley Bank International Limited
    Morgan Stanley Senior Funding, Inc.
    1585 Broadway
    New York, New York 10036

NY471596.3/344-01676

8.  Royal Bank of Scotland, plc
    600 Steamboat Road
    Greenwich, CT 06830

NY471596.3/344-01676