## Exhibit A

1. DK Acquisition Partners, L.P.
   65 East 55th Street
   New York, New York 10022

2. Farallon Choctaw ENE, LLC
   Farallon Capital Partners, LP
   Farallon Capital Institutional Partners, LP
   Farallon Capital Institutional Partners II, LP
   Farallon Capital Institutional Partners III, LP
   Farallon Capital Offshore Investors, Inc.
   Farallon Capital Offshore Investors II, Inc.
   One Maritime Plaza
   Suite 2100
   San Francisco, California 94111

3. Goldman Sachs Credit Partners L.P.
   85 Broad Street
   New York, New York 10004

4. Greywolf Capital Partners II LP
   Greywolf Capital Overseas Fund
   4 Manhattanville Road
   Suite 201
   Purchase, New York 10577

5. Halcyon Structured Asset Management European CLO 2007-I B.V.
   Rowayton Loan Funding Company
   477 Madison Avenue
   8th Floor
   New York, New York 10022

6. Longacre Capital Partner (QP), L.P.
   Longacre Master Fund, Ltd.
   810 Seventh Avenue
   22nd Floor
   New York, New York 10019

7. Morgan Stanley Bank International Limited
   Morgan Stanley Senior Funding, Inc.
   1585 Broadway
   New York, New York 10036

8. Royal Bank of Scotland, plc
600 Steamboat Road
Greenwich, CT 06830