Joon P. Hong, Esq.
Michael Friedman, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Jhong@rkollp.com
Mfriedman@rkollp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :    Chapter 11 Case No. 08-13555 (JMP)

In re                                    :

                                        :    (Jointly Administered)

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :

                                        :    **CERTIFICATE OF SERVICE**

                  Debtors.       :

                                        :

                                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, Joon P. Hong hereby certify that on October 28, 2008, a true and correct copy of the *Verified Statement of Richards Kibbe & Orbe LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019(a)* was served (a) electronically to all parties receiving notice through CM/ECF and (b) via United States Mail, postage pre-paid, to the following:

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>ATTN:  RICHARD P. KRASNOW,<br>       LORI R. FIFE<br>       SHAI Y. WAISMAN<br>       JACQUELINE MARCUS | HUGHES HUBBARD & REED LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1482<br>ATTN:   JEFFREY S. MARGOLIN |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br>ATTN:  LINDSEE P. GRANFIELD<br>       LISA M. SCHWEITZER | OFFICE OF THE US TRUSTEE<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004<br>ATTN:   ANDREW D. VELEZ-RIVERA<br>       PAUL SCHWARTZBERG<br>       BRIAN MASUMOTO<br>       LINDA RIFKIN<br>       TRACY HOPE DAVIS |

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATTN: DENNIS DUNNE
    LUC DESPINS
    WILBUR FOSTER, JR.
    DENNIS O'DONNELL
    EVAN FLECK

EPIQ BANKRUPTCY SOLUTIONS, INC.
(f/k/a BANKRUPTCY SERVICES, LLC)
757 THIRD AVENUE, THIRD FLOOR
NEW YORK, NEW YORK 10017
ATTN: CLAIMS AGENT

MILBANK, TWEED, HADLEY & MCCLOY, LLP
601 SOUTH FIGUEROA STREET
30TH FLOOR
LOS ANGELES, CA 90017
ATTN: PAUL ARONZO

SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY 10004
ATTN: ROBINSON B. LACE
    HYDEE R. FELDSTEIN

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
51 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY 10010
ATTN: SUSHEEL KIRPALANI
    JAMES C. TECCE

Joon P. Hong