UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lehman Brothers Holdings Inc., <u>et al.</u> | ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Willkie Farr & Gallagher LLP, on behalf of Marshall Wace LLP, and under, *inter alia*, Rules 2002, 7005 and 9007 of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue
> New York, NY 10019-6099
> Telephone: (212) 728-8000
> Facsimile:  (212) 728-8111
>
> Attention:  Marc Abrams, Esq.
>
> E-mail:    mabrams@willkie.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, or otherwise.

Dated:    New York, New York
          October 28, 2008

>Respectfully submitted,
>
>**WILLKIE FARR & GALLAGHER LLP**
>
>By: /s/ Marc Abrams
>    Marc Abrams, Esq.
>    787 Seventh Avenue
>    New York, New York 10019
>    Telephone: (212) 728-8000
>
>*Counsel for Marshall Wace LLP*