UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                      Case No. 08-13555 (JMP)

                                   Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JEREMY D. EIDEN

UPON the motion of Jeremy D. Eiden dated October 27, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jeremy D. Eiden is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
             October 28, 2008

                                                          *s/ James M. Peck*
                                                          UNITED STATES BANKRUPTCY JUDGE