UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                        Case No. 08-13555 (JMP)

                                    Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DEBORAH D. WILLIAMSON

UPON the motion of Deborah D. Williamson dated October 28, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Deborah D. Williamson is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
            October 28, 2008

                                                                    *s/ James M. Peck*
                                                                    UNITED STATES BANKRUPTCY JUDGE