DEWEY & LeBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.

FLASTER GREENBERG
1628 John F. Kennedy Blvd.
Philadelphia, Pennsylvania 19103
(215) 279-9393
Eugene J. Chikowski, Esq.
Greg T. Kupniewski, Esq.

Co-Attorneys for American Express Travel Related
  Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br>et al.<br><br>                    Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| BARCLAYS CAPITAL INC.<br><br>                    Movant,<br>v.<br><br>AMERICAN EXPRESS TRAVEL RELATED<br>   SERVICES COMPANY,<br><br>                    Respondent. | |

**AFFIDAVIT OF DANIEL J. MASSONI**
**IN SUPPORT OF OBJECTION OF AMERICAN EXPRESS TRAVEL RELATED**
**SERVICES COMPANY, INC. TO MOTION OF BARCLAYS CAPITAL INC.**
**FOR RELIEF CONCERNING AMERICAN EXPRESS CONTRACTS**
<u>**LISTED AS CLOSING DATE CONTRACTS**</u>

Pg 2 of 3

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

Daniel J. Massoni, being duly sworn, deposes and says:

1. I am a Vice President and Chief Credit Officer of Global Commercial Card of American Express Travel Related Services Company, Inc. ("AmEx"). I make this affidavit based upon my personal knowledge and my review of the books and records of AmEx, except where otherwise indicated. I am authorized to make this affidavit on behalf of AmEx.

2. Prior to September 15, 2008, Lehman Brothers Holdings, Inc. ("LBHI") (on behalf of itself and its global related entities) entered into a Global Corporate Services Commercial Account Agreement with American Express Travel Related Services Company, Inc. (and its global related entities) effective as of October 13, 2006 (as amended from time to time, the "AmEx Corporate Services Contract").

3. I have reviewed the declaration dated October 14, 2008 of Patrick Coster submitted in support of the motion of Barclays Capital Inc. for relief concerning American Express Contracts listed as closing date contracts. In his declaration, Mr. Coster states that he had been advised that AmEx had cancelled the corporate cards issued under the AmEx Corporate Services Contract and that it had stopped providing services prior to LBHI's bankruptcy filing.

4. Mr. Coster's understanding is incorrect. In fact, AmEx neither stopped providing services prior to LBHI's bankruptcy filing, nor cancelled any corporate cards due to the bankruptcy filing. Attached hereto as Exhibit A is a listing (redacted to protect the identity and personal information of card-holders) of the charges under the AmEx Corporate Services Contract since the bankruptcy filing, including amounts charged after September 22, 2008, the

2

date of the closing of the Asset Purchase Agreement among LBHI, Lehman Brothers, Inc., LB745 LLC and Barclays, dated as of September 16, 2008.

5.   As of the September 22, 2008, the Debtors owed AmEx approximately $17,234,887 on account of the AmEx Corporate Services Contract and approximately $577,833 on account of the AmEx Travel Contract, for a combined total of $17,812,000.

6.   I relied on the finality of the court's sale order, the closing date contracts list and consent process outlined by the court, and therefore, concluded that Barclays had taken assignment of the AmEx Contracts. If I had been advised that this assignment by Barclays wasn't legally binding, I would have ensured that AmEx stopped extending credit and pursued other legal avenues to obtain payments of amounts owed or explored whether the AmEx Contracts could have been assumed and assigned as part of the Debtors' other transactions.

Daniel J. Massoni

Sworn to before me this
27th day of October, 2008

Helen Eleni Ferguson
Notary Public

HELEN ELENI FERGUSON
Notary Public, State of New York
No. 01FE6046805
Qualified in Orange County
Commission Expires August 21, 2010