UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                            Ch 11 <jmp>

    LEHMAN BROTHERS, ETC EL AL   Case # 08-013555

Debtors

---

NOTICE OF MOTION AND MOTION UNDER RULE TO ENLARGE TIME WITHIN WHICH TO FILE NOTICE OF APPEAL

SIR/MADAM:

PLEASE TAKE NOTICE THAT WILLIAM KUNTZ, III WHO APPEAR PRO SE WILL MOVE AT A TIME AND PLACE SET BY THE COURT UPON THE ANNEXED PAPERS FOR AN ORDER EXTENDING HIS TIME WITHIN WHICH TO FILE A NOTICE OF APPEAL FROM AN ORDER DATED OCT 16, 2008.

PLEASE TAKE NOTICE THAT THE COURT MAY RULE UPON THE MOTION WITH OR WITHOUT A HEARING AND WITH OR WITHOUT PAPERS IN OPPOSITION.

RESPECTFULLY,

WILLIAM KUNTZ, III INDIA ST PO BOX 1801

NANTUCKET ISLAND, MA 02554-1801

508-775-5225

OCT 23, 2008



RECEIVED OCT 24 2008 U.S. BANKRUPTCY COURT, SDNY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                                    Ch 11 <jmp>

    LEHMAN BROTHERS, ETC EL AL      Case # 08-013555

                              Debtors      MOTION TO EXTEND TIME

Now comes William Kuntz, III who appears Pro Se and Respectfully submits the following:

By Order dated Oct 16, 2008 this Court denied Movant's attempt to reach a certain Escrow Account. The Order stated that it was denied "with Prejudice". On Oct 22, 2008 Federal Express<ex 1> delivered Movant's Motion in NY for Reconsideration to remove the "with Prejudice" language included in the Order supplied by Weil, Gothsal.

Assuming this is considered within the next few days, Movant Wishes to preserve his right to appeal but does not wish to incure the expense of a Fee or further Crowd the docket of District Court. Movant really has no desire to either be stuck to the tar-baby of Lehman or further tarred and feathered by obtuse[1] papers from the Debtors Counsel seeking to further it's agenda rather than restoring property to the rightful owners/claimants.

---

[1] As in the Silicon Graphics Case, it is almost pathetic that Weil, Gotshal, who was the Ch 11 Counsel Could not distinguish between Cray Reseach and Cray Computers, both founded by Seymour Cray but with Different corporate existences and Movant's ownership in the latter instead of alleging Movant owned Stock in the former as presented to Judge Lifland

However, given the fact that Weil, Gotshal served as Counsel to the Debtor of Grand Union III before Judge Winfield In New Jersey at a time when it clearly also represented this Debtor cannot be ignored by this Court and makes the strenuous Objections suspect. When the Transcripts of Grand Union become Available Movant and as Movant recalls certain statements being made In open court when Attorney Basta formerly of Weil, Gotshal was present movant might wish to seek the Court's review of this matter unfettered by the "with prejudice" and in advance of the Claims Process which may take a Decade.

Accordingly Movant requests that the Court grant an extension within which to file a Notice of Appeal.

Respectfully,

William Kuntz, III

India St PO Box 1801

Nantucket Island, Ma 02554-1801

508-775-5225

**FedEx**

Español | Customer Support | FedEx Locations    Search    [Go]

| Package/Envelope | Freight | Expedited | Office/Print Services |

Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders
## Detailed Results

Printable Version    Quick Help

| | |
|---|---|
| Tracking number | 864121881503 |
| Signed for by | K.CAPPIELLO |
| Ship date | Oct 20, 2008 |
| Delivery date | Oct 22, 2008 8:52 AM |
| Status | Delivered |
| Signature image available | Yes |

| | |
|---|---|
| Delivered to | Receptionist/Front Desk |
| Service type | Express Saver Pak |
| Weight | 2.0 lbs. |

**Wrong Address?**
Reduce future mistakes by using FedEx Address Checker.

Tracking a FedEx SmartPost Shipment?
Go to shipper login

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 22, 2008 | 8:52 AM | Delivered | | |
| | 8:23 AM | On FedEx vehicle for delivery | NEW YORK, NY | |
| | 8:06 AM | At local FedEx facility | NEW YORK, NY | |
| | 5:52 AM | Arrived at FedEx location | NEWARK, NJ | |
| | 3:21 AM | Departed FedEx location | MEMPHIS, TN | |
| Oct 21, 2008 | 11:27 AM | Arrived at FedEx location | MEMPHIS, TN | |
| Oct 20, 2008 | 11:27 PM | At local FedEx facility | EAST BOSTON, MA | |
| | 7:23 PM | Left FedEx origin facility | WEST YARMOUTH, MA | |
| | 12:20 PM | Picked up | HYANNIS, MA | Tendered at FedEx Kinko's location |

FedEx Desktop:
Tracking at your fingertips
Learn more

[ Signature proof ]    [ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your name: _____    Your e-mail address: _____

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☒ |
| | English | ☐ | ☒ |
| | English | ☐ | ☒ |
| | English | ☐ | ☒ |

Select format: ● HTML  ○ Text  ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions    [ Submit ]