*original*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:                                             Ch 11 <jmp>

    LEHMAN BROTHERS, ETC EL AL    Case # 08-013555

Debtors

---

NOTICE OF MOTION AND MOTION UNDER RULE 60

SIR/MADAM:

PLEASE TAKE NOTICE THAT WILLIAM KUNTZ, III WHO APPEAR PRO SE WILL MOVE AT A TIME AND PLACE SET BY THE COURT UPON THE ANNEXED PAPERS FOR RELIEF FROM A CERTAIN ORDER DATED OCT 16, 2008.

PLEASE TAKE NOTICE THAT THE COURT MAY RULE UPON THE MOTION WITH OR WITHOUT A HEARING AND WITH OR WITHOUT PAPERS IN OPPOSITION.

RESPECTFULLY,

WILLIAM KUNTZ, III

INDIA ST PO BOX 1801

NANTUCKET ISLAND, MA 02554-1801

508-775-5225

OCT 18, 2008



RECEIVED OCT 22 2008

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                                                  Ch 11 <jmp>

    LEHMAN BROTHERS, ETC EL AL          Case # 08-013555

                       Debtors                      RULE 60 MOTION

Now comes William Kuntz, III who appears Pro Se and Respectfully submits the following:

I came down from Boston on what used to be called the Night Owl Train. I sat thru the Morning Hearing and listened to the Court's Decision on my Motion. I returned to Boston on the Fung Wah China-town bus <which of course broke down in Flushing> and was content with the Court's Decision in most respects in that while it did not clear the way to reach the funds being held by the Debtor, it allowed me room to proceed in State Court against other parties. I had always assumed that the Claims Process would allow this.

However, upon reading the Court's Decision, I read with dismay that it had been signed 'with prejudice'. Further, while I understand that these orders are produced by the handful by Debtor's Counsel and recited some of the papers, it did not recite all the papers including my Affidavit and Memo.

According to Federal Express, the Memo was delivered to the Court on Oct 15, 2008. Despite it's timely arrival, it has yet to be docketed and it thus may have not been considered by the Court. <ex 1>

In submitting my Memo, I waived Defects in Service by Mr. Miller's Firm. That does not mean however that the Court Accepted this Waiver. It now appears that the Papers were not even mailed until the 14th of Oct, 2008 and that the Requested time for Delivery was 5 hours After the **hearing.** Further, it now Appears that the Papers were directed to an Address inconsistent with the Federal Rules of Civil Procedure as applied to this Case. <ex 2&3> Accordingly, it would appear that the Debtor's Counsel fell short of the Court's own prior Order.

I have never really been able to understand the difference between Strategy and Tactics. However it appears that the Position of Debtor's Counsel was ill considered and a mistake.

As a former shareholder of Lehman and also a person who had funds sent along to Albany, NY <affidavit ex 2> Movant really had little basis for standing. If Movant is correct and the Escrow Fund was 'taken' out of the Grand Union I Settlement by Lehman, it is really not an asset of the Estate but rather funds being held by the Debtor as a Custodian. Had somebody up on 5th Ave been thinking, they would have followed thru with an actual effort to understand the Facts and it might have

resulted in remitting the funds to Albany. <ex 4>

When I say it was a mistake, I mean that by such strenuous effort, The Debtor's Counsel and the Creditors Committee have given me Standing in which I doubt I could have otherwise have obtained. Having obtained this Status, I am inclined to use it. I had otherwise planned to make myself useful by drawing up a list of reading material for this winter in the Bahamas and work on my Platinum Mine in Montana. I think now, assuming the Court does not reverse itself, that I might make more constructive use of my time in bringing on a Motion To convert this Case to Ch 7. It is clear that there is world-wide attention to this Proceeding.

Mr. Miller himself drew to the Court's Attention, the specific Interest of the English Prime Minister, Mr. Gordon Brown and the President of France, Nicolas Sarkozy. Further there have been Demonstrations and Riots in Hong Kong and Singapore. <ex 5> There is also reported many Dour Expressions in Germany over the loss of money.

It seems to me what you have here is a Bank, a bad bank and a very bad bank. To go along with this you have the Innocent, the Evil and the Wicked. So it seems that each should be paired and paid accordingly. While I know the subject of equitable subordination is a hot button issue

For Mr. Miller, it seems on just and proper that this estate prepare and make immediate and prompt payments to the Innocent. It is after all 'a roll of the dice' so to speak that Lehman failed.

The Opening Presention was Mr. Miller at his Classic Best. His first bit of stagecraft was to offer up a bit of befuddling information, like how many giga-peta-flobs of data need to be corralled. Then make the strong suggestion that all matters will be in hand 'within a few weeks' and that it will only require a small addition of staff to make this happen. Later, after the public and legal interest has waned, it will turn out that the task was underestimated, and so forth...

The Court was advised that in essence the Debtor has lost control of it's books and records. This result should have been clear when the Data Centers were sold off to Barclays. Weil, Gotshal after all has represented the Debtor for a long time and the effect of this rushed sale of the Records clearly must have been known. Mr. Miller talks about 2,000+ Applications. Really, that is not so remarkable considering the number of employee's, the Ratio is less than 1 :11. That is really like telling the Court that Lehman had 2,000 coffee cups. Most data on mainframe computers is held in only 3 kinds of software language.

The Statement that there are "x-flops" of Data clearly shows that Debtor's Counsel is almost clueless as to what a " flop" even is.

I have enclosed an extract from Wikipedia to assist the Court.

As the Court may see, upon every increase of data ie 10 to the 6th power Is called a mega flop. 10 to the 9th power is called a gigaflop and so forth. <ex 6>

Under **Cost of Computing** a childs Sony Play Station runs @ 2 Tflops so the submission that this data is so overwhelming is a fiction. This problem which the Debtor and Debtor's Counsel have created upon themselves.

The Court was advised at length about 2 major problems, ie the Actions of the Chicago Board of Trade Post Petition and the CDO Mess. <ex 7> It seems to me and considering what has been said by the Federal Authorities that 1) CDO's etc are really a form of gambling And the Debtor's records are only in the form of people's Memories and Emails < which they cannot access> It is my impression that Contract's for Gambling are unenforceable in New York and/or without adequate Documents cannot enforced under the Statute of Frauds. 2) It would seem that the normal operations on a Broker Failure by the Chicago Board of Trade are a nullity as fall into:

# Force majeure

From Wikipedia, the free encyclopedia

What is permitted to be a *force majeure* event or circumstance can be the source of much controversy

While I have doubts that the parties currently controlling the Debtor

Would effect such a recovery to the estate of perhaps $2.7 Billion

I have no doubt that a suitable Ch 7 Trustee would.

I also enclose for the Court's Information an very useful article

Entitled "Derivatives and Systemic Risk: What role can the Bankruptcy

Code Play?" <ex 8>

I have reviewed the Docket and it Round numbers (about 642) the

Bulk of the Papers appear to be nothing more than out of town Lawyers

Moving toward the gravy train and a corresponding number of Orders

Approving same. While this ancient meathod is seemingly required, it is

a total waste of time and effort by the Court. Out of all the Applications

I did not see 1 disapproval. < as opposed to the Western District of Pa

where a non-conforming application from a Virginia drew a $500

sanction in the Pittsburg Brewing Case> If each application took

4 minutes of the Courts time, that amounts to almost 30 man-hours,

More than enough time for the Court to get it's arms around mega-giga-

data problems whatever ruse akin to the prior 'fire-fire' emergency calls of the past month which resulted in the bargin basement sale to Barclays.

After all, does the Court really think that the Chinese man defrauded of his life's savings cares what happens to a bunch of office workers in New York and London? In that they have a seam-less transition to a new corporate master?

Back on the subject of my monetary concerns' Lehman was a Lender to Grand Union III in the Newark Case and also provided the DIP Loan of $60 million. As I recall, Weil, Gotshal represented Grand Union along with a New Jersey Firm. Clearly by taking a position on this Motion Weil Gotshal has fallen prone before it's own 'concerns' as to conflicts. It's own papers reveal an obsession almost like the character in the recent james bond movie stating 'I am invincible' just as he mindlessly set's off the self-destruct. It's own Express Mail <ex 3> Document reveals use of information from an entirely different case.

In that Case, in papers filed before Judge Lifland, they could not distinguish between 2 different mainframe computer companies sharing the first same name. They believed that I was a shareholder in the first<ny debtor> when it was clear that I was a shareholder in the second<colorado debtor> and that

my claim was not based upon ownership of shares in the first but rather the Anti-Trust/Dumping Case in the US Court of International Trade over in Foley Square and a <perhaps derivative> tort based upon Federal Government[i] Action. They proceeded to file papers <and knew or could have known> when that Debtor and the Attorney for the Creditor's Committee knew I was in Greece for the Winter.

**MOVANT** thus prays that the Court amend the order to remove 'with prejudice' and further suggests that the Debtor take a very hard look as the Escrow of which is of concern to me. Where, for example, it were determined that this sum should be forwarded without delay to Albany. <ex 9> Movants standing would be significantly curtailed if not Eliminated upon this set of facts.

Most Respectfully Submitted,

William Kuntz, III

India St PO Box 1801 Nantucket Island, Ma 02554-1801

508-775-5225

'The Federal Government gave a small vote of confidence to the struggling supercomputer industry yesterday when the National Security Agency awarded the Cray Computer Corporation a $4.2 million contract to help develop what might become the world's ultimate spying machine.

NY Times John Markoff

http://query.nytimes.com/gst/fullpage.html?res=9A02E2D61E30F93BA2575BC0A962958260