UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

IN RE:                                                    Ch 11 <jmp>

LEHMAN BROTHERS, ETC EL AL    Case # 08-013555

Proof of Service of Rule 60a

Debtors    MOTION TO EXTEND TIME





| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Kantz
Bx 1801
02554

One piece of ordinary mail addressed to:

United States Trustee
33 Whitehall Street,
21st Floor, New York, New York 10004

U.S. POSTAGE PAID NANTUCKET, MA 02554 OCT 23, 08 AMOUNT $1.10

PS Form

---

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
Kantz
Bx 1801
02554

One piece of ordinary mail addressed to:

Cleary Gottlieb LLP, One Liberty Plaza, New York, New York 10006

U.S. POSTAGE PAID NANTUCKET, MA 02554 OCT 23, 08 AMOUNT $1.10

PS Form 3817, January 2001