AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                          :
**In re:**                                : Chapter 11
                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*  : Case No. 08-13555 (JMP)
                                          :
                           **Debtors.**   : **(Jointly Administered)**
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE**, that effective October 27, 2008, **AKIN GUMP STRAUSS HAUER & FELD LLP**, has relocated its offices to One Bryant Park, New York, New York 10036. All service of papers and correspondence should be directed to the new address. All existing telephone and fax numbers, as well as e-mail addresses will remain the same.

**Please be advised that only the New York office address has changed.**

Dated:  New York, New York
        October 29, 2008

                                    By:  /s/ *Michael S. Stamer*
                                         Michael S. Stamer (MS-4900)
                                         Philip C. Dublin (PD-4919)
                                         Meredith A. Lahaie (ML-1008)
                                         Akin Gump Strauss Hauer & Feld LLP
                                         One Bryant Park
                                         New York, New York 10036
                                         (212) 872-1000 (Telephone)
                                         (212) 872-1002 (Facsimile)
                                         mstamer@akingump.com
                                         pdublin@akingump.com
                                         mlahaie@akingump.com

                                         *Counsel for the Informal Noteholder Group*