INGRAM YUZEK GAINEN
  CARROLL & BERTOLOTTI, LLP
Attorneys for 50 Broadway Realty Corp.
250 Park Avenue
New York, New York 10177
(212) 907-9600
Cory L. Weiss (CW 2467)
Michael D. Capozzi (MC 9704)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
                                                                       :    Chapter 11
In re:                                                                 :    Case No. 08-13555-JMP
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**                                      :
                                                                       :
            Debtor.                                                    :
                                                                       :
----------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM ECF SERVICE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws its appearance in this case on behalf of Claimant 50 Broadway Realty Corp., and requests that the undersigned be removed from the ECF and any other service list in this case.

Dated: New York, New York
       October 29, 2008

                                        **INGRAM YUZEK GAINEN CARROLL
                                        & BERTOLOTTI, LLP**
                                        Attorneys for 50 Broadway Realty Corp.
                                        250 Park Avenue
                                        New York, New York 10177
                                        (212) 907-9600

                                        By: _____
                                             Cory L. Weiss (CW 2467)
                                             Michael D. Capozzi (MC 9704)

300778_1/02120-0033