**EXHIBIT A**

| Trade Date | Seller | Buyer | Borrower |
|---|---|---|---|
| 9/13/2007 | Lehman Commercial Paper, Inc. | J.P. Morgan Securities Inc. | Collins & Aikman |
| 9/25/2007 | Lehman Commercial Paper, Inc. | J.P. Morgan Securities Inc. | Collins & Aikman |
| 9/26/2007 | Lehman Commercial Paper, Inc. | J.P. Morgan Securities Inc. | Collins & Aikman |
| 10/2/2007 | Lehman Commercial Paper, Inc. | J.P. Morgan Securities Inc. | Collins & Aikman |
| 10/3/2007 | Lehman Commercial Paper, Inc. | J.P. Morgan Securities Inc. | Collins & Aikman |
| 12/21/2007 | Lehman Commercial Paper, Inc. | J.P. Morgan Securities Inc. | Collins & Aikman |
| 2/13/2008 | Lehman Commercial Paper, UK Branch | J.P. Morgan Europe Limited | Amadeus -- Project Aqua |
| 3/6/2008 | JPMorgan Chase Bank, N.A. | Lehman Commerical Paper, Inc. | Lear Corporation |
| 6/5/2008 | Lehman Commerical Paper, Inc. | J.P. Morgan Whitefriars Inc. | Swift Transportation |
| 6/5/2008 | Lehman Commerical Paper, Inc. | J.P. Morgan Whitefriars Inc. | Swift Transportation |
| 6/6/2008 | Lehman Commerical Paper, Inc. | J.P. Morgan Whitefriars Inc. | Swift Transportation |
| 6/6/2008 | Lehman Commerical Paper, Inc. | J.P. Morgan Whitefriars Inc. | Swift Transportation |
| 6/6/2008 | Lehman Commerical Paper, Inc. | J.P. Morgan Whitefriars Inc. | Swift Transportation |
| 6/12/2008 | Lehman Commercial Paper, Inc. | J.P. Morgan Whitefriars Inc. | Swift Transportation |
| 6/26/2008 | JPMorgan Chase Bank, N.A. | Lehman Commercial Paper, Inc. | Tembec Inc. |
| 7/3/2008 | JPMorgan Chase Bank, N.A. | Lehman Commercial Paper, Inc. | Penn National Gaming |
| 7/3/2008 | JPMorgan Chase Bank, N.A. | Lehman Commercial Paper, Inc. | Penn National Gaming |
| 7/23/2008 | Lehman Brothers Holdings Inc. | JPMorgan Chase Bank, N.A. | General Motors |
| 7/30/2008 | Lehman Commercial Paper, Inc. | JPMorgan Chase Bank, N.A. | Swift Trucking |
| 8/29/2008 | J.P. Morgan Europe Limited | Lehman Commercial Paper, Inc. | Wind Telecom |
| 9/2/2008 | J.P. Morgan Europe Limited | Lehman Commercial Paper, Inc. | Wind Telecom |
| 9/11/2008 | J.P. Morgan Whitefriars Inc. | Lehman Commercial Paper, Inc. | PQ Corp. |