**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

### MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Alexander G. Rheaume, a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Salem Five Cents Savings Bank, a creditor in the above referenced case.

|  |  |
|---|---|
| Mailing address: | Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02109 |
| E-mail address: | arheaume@riemerlaw.com |
| Telephone number | 617-880-3492 |

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 29, 2008  /s/ Alexander G. Rheaume
Boston, Massachusetts  Alexander G. Rheaume

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,

Debtors

Chapter 11

Case No. 08-13555 (JMP)

Jointly Administered

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE***
**OF ALEXANDER G. RHEAUME**

UPON the motion of Alexander G. Rheaume dated October 29, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Alexander G. Rheaume is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
October ____, 2008

_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

1113520.1