UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors | Chapter 11<br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Guy B. Moss, a member in good standing of the bar in the Commonwealth of Massachusetts and the bar of the U.S. District Court for the District of Massachusetts, request admission, **pro hac vice**, before the Honorable James M. Peck, to represent Salem Five Cents Savings Bank, a creditor in the above referenced case.

|  |  |
|---|---|
| Mailing address: | Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02109 |
| E-mail address: | gmoss@riemerlaw.com |
| Telephone number | 617-880-3466 |

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: October 29, 2008
Boston, Massachusetts

_____
Guy B. Moss

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors | Chapter 11<br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**ORDER AUTHORIZING ADMISSION *PRO HAC VICE***
**OF GUY B. MOSS**

UPON the motion of Guy B. Moss dated October 29, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Guy B. Moss is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       October ____, 2008

                                                          _____
                                                          THE HONORABLE JAMES M. PECK
                                                          UNITED STATES BANKRUPTCY JUDGE

1114232.1