UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                          Debtors | Chapter 11<br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR
## NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that **SALEM FIVE CENTS SAVINGS BANK** (the "Bank"), an interested party in the above-captioned Chapter 11 cases, by and through its attorneys, Riemer & Braunstein LLP, and pursuant to Fed. R. Bankr. P. 2002, 9007 and 9010(b), and 11 U.S.C. §§102(1) and 1109(b), requests that all notices given or required to be given in connection with the captioned Chapter 11 cases, and all papers served or required to be served in connection therewith, be given and served upon:

> Guy B. Moss, Esq.
> Alan L. Braunstein, Esq.
> Alexander G. Rheaume, Esq.
> Riemer & Braunstein LLP
> Three Center Plaza
> Boston, Massachusetts 02108
> T: (617) 523-9000
> F: (617) 692-3466
> Emails: gmoss@riemerlaw.com
>              abraunstein@riemerlaw.com
>              arheaume@riemerlaw.com

This request encompasses all notices, copies, and pleadings referred to in 11 U.S.C. §1109(b), or Fed. R. Bankr. P. 2002, 3017, or 9007, including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before

this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned case and any proceedings therein.

Neither this Request for Notices and Service of Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of the Bank: (i) to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings", and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claims, actions or defenses, setoffs, recoupments or other matters to which the Bank is entitled under any agreements or at law or in equity or under the United States Constitution.

SALEM FIVE CENTS SAVINGS BANK

By its Attorneys,
RIEMER & BRAUNSTEIN LLP

Dated: October 29, 2008

/s/ Alexander G. Rheaume
Guy B. Moss, Esq.
Alan L. Braunstein, Esq.
Alexander G. Rheaume, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108
(617) 523-9000

1112544.1

2