HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler Architecture, Design & Planning, P.C., and*
*Gensler and Associates/Architects, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | ) ) ) | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | ) ) |  |

### NOTICE OF WITHDRAWAL OF
### NOTICE PURSUANT TO 11 U.S.C § 546(b)
### OF INTENT TO ENFORCE MECHANIC'S LIENS

M. Arthur Gensler Jr. & Associates, Inc. ("Gensler"), Gensler Architecture, Design & Planning, P.C. ("GAD&P"), and Gensler and Associates/Architects, Inc. ("GAA") hereby withdraw their Notice Pursuant to 11 U.S.C. § 546(b) Of Intent to Enforce Mechanic's Liens [Docket No. 468], filed September 30, 2008.

Dated this 29th day of October, 2008.

By: /s/ Bradford E. Dempsey
    Bradford E. Dempsey (#30160)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,*
*Gensler Architecture, Design & Planning, P.C., and*
*Gensler and Associates/Architects, Inc.*

#1368816 v1 den

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado  80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*pro hac vice* admission pending)

*Attorneys for M. Arthur Gensler Jr. & Associates, Inc.,
Gensler Architecture, Design & Planning, P.C., and
Gensler and Associates/Architects, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. |  |

CERTIFICATE OF SERVICE

     I hereby certify that on October 29, 2008, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF NOTICE PURSUANT TO 11 U.S.C § 546(b) OF INTENT TO ENFORCE MECHANIC'S LIENS** was served to all parties receiving notice through CM/ECF, and that copies were placed in the United States Mail, postage pre-paid, addressed to the following:

Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Shai Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

#1368816 v1 den

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

James W. Giddens, Trustee for the
SIPA Liquidation of Lehman Brothers
c/o Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Paul Aronzon
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017

BP 399 Park Avenue, LLC
Boston Properties, Inc.
599 Lexington Avenue
New York, New York 10022

Rock-Forty-Ninth, LLC
c/o The Rockefeller Group
1221 Avenue of the Americas
New York, New York 10020

Corporate Park Associates
10 Corporate Place South
Piscataway, NJ 08854

#1368816 v1 den

JMB Realty Corporation
900 North Michigan Avenue, Suite 1400
Chicago, IL 60611

Constellation Place, LLC
900 North Michigan Avenue, Suite 1400
Chicago, IL 60611

By: /s/Bradford E. Dempsey
Bradford E. Dempsey (CO #30160)
(admitted *pro hac vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

#1368816 v1 den