**SEWARD & KISSEL LLP**  Hearing Date: November 5, 2008, at 10:00 a.m.
One Battery Park Plaza
New York, NY  10004
Phone: (212) 574-1200
Fax:    (212) 480-8421
John R. Ashmead (JA 4756)
Mark J. Hyland (MH 5872)

Attorneys for Global Thematic Opportunities Fund LP,
Panton Master Fund, L.P., CFIP Master Fund, Ltd.,
Cura Fixed Income Arbitrage Master Fund, Ltd.,
Turnberry Leveraged Credit Master Fund, L.P.,
Investcorp Interlachen Multi-Strategy Master Fund
Limited, Investcorp Fixed Income Relative Value
Fund Ltd., Investcorp Silverback Arbitrage Master
Fund Limited, Diamond Notch Opportunities
Master Fund, Ltd., and Tang Capital Partners, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, JOHN R. ASHMEAD, an attorney duly admitted to the bar of the State of New York, hereby certifies that on October 28, 2008, I caused a copy of the First Amended Joinder To The Motions For Leave To Conduct Rule 2004 Discovery Of Lehman Brothers Holdings Inc. And Others (the "Joinder") to be served by facsimile as indicated upon the parties on the annexed service list.

In addition, on October 29, 2008 the Joinder was served by hand as indicated on the annexed service list.

SEWARD & KISSEL LLP

By: /s/ John R. Ashmead
                John R. Ashmead

Attorneys for Global Thematic Opportunities Fund LP, Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., Turnberry Leveraged Credit Master Fund, L.P., Investcorp Interlachen Multi-Strategy Master Fund Limited, Investcorp Fixed Income Relative Value Fund Ltd., Investcorp Silverback Arbitrage Master Fund Limited, Diamond Notch Opportunities Master Fund, Ltd., and Tang Capital Partners, L.P.

## SERVICE LIST

Honorable James M. Peck (By Hand)
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP (Fax)
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.

Office of the United States Trustee (By Hand)
for The Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Rifkin, Esq.
        Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy, LLP (Fax)
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis F. Dunne, Esq.
        Dennis O'Donnell, Esq.
        Evan Fleck, Esq.

Cleary Gottlieb LLP (Fax)
One Liberty Plaza
New York, New York 10006
Attn:   Lindsee P. Granfield, Esq.
        Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP (Fax)
125 Broad Street
New York, New York 10004
Attn:   Robinson B. Lacy, Esq.
        Hydee R. Feldstein, Esq.

Quinn Emanuel Urquhart Oliver & Hedges (Fax)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Attn:  James Tecce, Esq.
       Susheel Kirpalani, Esq