Dennis F. Dunne
Dennis C. O'Donnell
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                 :

In re:                            :        Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., et al.,   :        08-13555 (JMP)
                                 :

             Debtors.        :        (Jointly Administered)
                                 :

----------------------------------------------------------------- x

**STATEMENT OF OFFICIAL COMMITTEE OF UNSECURED
CREDITORS IN SUPPORT OF DEBTORS' MOTION PURSUANT TO
SECTIONS 105(a) AND 363(b)(1) THE BANKRUPTCY CODE AND
BANKRUPTCY RULE  6004 FOR AUTHORIZATION TO
IMPLEMENT RETENTION AND RECRUITMENT PROGRAM**

TO THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE:

        The Official Committee of Unsecured Creditors (the "Committee") appointed in

the above-captioned chapter 11 cases (the "Chapter 11 Cases") of Lehman Brothers Holdings

Inc. ("LBHI") and its affiliated debtors (other than Lehman Brothers Inc.) (collectively, the

"Debtors") hereby files this statement in support (the "Statement In Support") of the Debtors'

Motion Pursuant To Sections 105(A) And 363(B)(1) The Bankruptcy Code And Bankruptcy

Rule 6004 For Authorization To Implement Recruitment Program (the "Motion"), and

respectfully states as follows:

## Background

1.      Commencing on September 15 2008  and periodically thereafter, as the

case may be (as applicable, the "Petition Date"), LBHI and certain of its affiliates commenced in

this Court voluntary cases under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code").

2.      Since the Petition Date, the Debtors have continued in possession of their

properties and have continued to operate and manage their businesses as debtors in possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On September 17, 2008, pursuant to section 1102 of the Bankruptcy Code,

the United States Trustee for the Southern District of New York appointed the Committee.  No

trustee or examiner has been appointed in the Chapter 11 Cases.

4.      On September 19, 2008, a proceeding was commenced under the

Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc.

("LBI").  A trustee appointed under SIPA (the "SIPA Trustee") is administering LBI's estate.

5.      Following discussions with the Committee and its advisors, the Debtors

filed the Motion, contemporaneously with the Committee's Statement In Support.  In the Motion,

the Debtors request: (i) authorization to implement an employee retention and recruitment

program (the "Retention and Recruitment Program"), as described in the Motion, to the extent

that such Retention and Recruitment is not in the ordinary course of the Debtors'

2

business; and (ii) approval of administrative expense priority for payment rights under the

Retention and Recruitment Program.

## **STATEMENT**

6.      The Committee has participated in numerous discussions with the Debtors,

the Debtors' advisors, and the Committee's own advisors, and has reviewed the terms of the

Debtors' proposed Retention and Recruitment Program.  Based on this evaluation, the

Committee believes that the relief requested in the Motion is appropriate and necessary to

maximize value for the Debtors' estates and recoveries to unsecured creditors.  As a result, the

Committee supports the relief requested in the Motion, as it has supported similar programs

implemented by other Lehman non-Debtor entities to retain and incentivize employees essential

to the Debtors' sale and wind-down efforts.

7.      The Committee agrees with the Debtors that it is imperative that the

Debtors adopt a retention and recruitment program if they are to be able to preserve and

maximize asset recoveries in the most cost-effective and efficient manner.  The Debtors do not

currently have the workforce to effectively manage their businesses to preserve value, and do not

have systems in place to properly incentivize those employees they currently employ.

Notwithstanding the costs involved, the Committee has come to believe, based upon the Debtors'

representations and the diligence of its own professionals, that the retention and recruitment of

current and former Lehman employees having the knowledge and skill to effectively manage and

monetize Lehman's assets is the best available way to maximize recovery for unsecured

creditors.

8.      The Committee understands that Alvarez and Marsal North America, Inc.

("A&M"), the Debtors' restructuring managers, will continue to consult with and seek the

consent of the Committee as to certain aspects of the Retention and Recruitment Program that have yet to be fully finalized, as fully set forth in the Motion, including, most significantly, the scope of the project objectives and applicable performance metrics.  The Committee's consent will also be required with respect to (i) all material increases, decreases or reallocation of the specific amount of funds allocated to any specific job slot under the Retention and Recruitment Program; and (ii) any amounts required to fund base salary and bonuses for extended commitment periods.  Thus, if the Retention and Recruitment Program is approved, the Committee will work with A&M to ensure that the Retention and Recruitment Program is managed in a manner that maximizes value.

9.      The Committee shares the Debtors' view that the Retention and Recruitment Program entails a sound exercise of the Debtors' business judgment.  As proposed, the Retention and Recruitment Program will create benefits that far outweigh both its not insubstantial costs and the costs that would otherwise have been incurred to hire new employees with no familiarity with the Debtors' businesses and little to no incentive to maximize the value of the Debtors' estates.  The Committee believes that retention and recruitment of current and former Debtor employees with the knowledge and economic motivation required to do the job, as contemplated by the Motion, is in the Debtors' and the Committee's best interests.  As a result, the Committee respectfully requests that the Court approve the Motion.

## CONCLUSION

10.     For all of the foregoing reasons, the Committee respectfully requests that

the Court grant (i) the Motion and (ii) such other relief as the Court deems just and proper.

Dated:    New York, New York
          October 29, 2008

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By:  /s/ Dennis F. Dunne
Dennis F. Dunne
Dennis C. O'Donnell
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.