Steven E. Fineman (SF 8481)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Tel.: (212) 355-9500

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Tel.: (415) 956-1000

*Counsel for the Certified Class in Austin v. Chisick*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | **Case No. 08-13555 (JMP)** |
| Debtors. | **Jointly Administered** |
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | |
| Plaintiff, | |
| v. | **Adv. Proc. No. 08-01420 (JMP)** |
| **LEHMAN BROTHERS INC.,** | **SIPA Liquidation Proceeding** |
| Defendant. | |
| In re: | |
| **LEHMAN COMMERCIAL PAPER, INC.,** | **Case No. 08-13900 (JMP)** |
| Debtor. | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Michael J. Miarmi, a member in good standing of the Bar of the State of New York and of the United States Courts of Appeals for the Third and Eighth Circuits, request admission *pro hac vice* before the Honorable James M. Peck in the above-referenced proceedings to represent the members of the certified plaintiff class in *Austin, et al. v. Chisick, et al.*, Case No. SA CV 01-0971 DOC ("*Austin v. Chisick*") (United States District Court for the Central District of California).

**Mailing address:** Lieff, Cabraser, Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, NY 10013-1413

**E-mail address:** mmiarmi@lchb.com; **Telephone number:** (212) 355-9500; **Facsimile number:** (212) 355-9592

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

785320. 1

Dated: October 30, 2008

Respectfully submitted,

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Tel.: (212) 355-9500

By:    /s/ Michael J. Miarmi
         Michael J. Miarmi

Steven E. Fineman (SF 8481)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Tel.: (212) 355-9500

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Tel.: (415) 956-1000

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MICHAEL J. MIARMI

UPON the motion of Michael J. Miarmi, dated October 30, 2008, for admission *pro hac vice* in the above-referenced proceedings; it is hereby

ORDERED, that Michael J. Miarmi, Esq., is admitted to practice *pro hac vice* in the above-referenced proceedings in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____  
New York, New York                          UNITED STATES BANKRUPTCY JUDGE

785320. 1