WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                  :
**In re**                                         :    Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    08-13555 (JMP)
                                                  :
                              Debtors.            :    (Jointly Administered)
                                                  :
                                                  :
------------------------------------------------------------------x

## NOTICE OF ADJOURNMENT

     **PLEASE TAKE NOTICE** that the hearing on the following applications or motions regarding the employment of various professionals (the "Applications") scheduled for November 5, 2008, has been adjourned to **November 18, 2008 at 10:00 a.m.** (prevailing Eastern Time) before the Honorable James M. Peck, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 601, One Bowling Green, New York, New York 10004:

- Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code for Authorization to Employ and Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtors, Nunc Pro Tunc to the Commencement Date **[Docket No. 758]**

- Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Interim and Final Orders Authorizing the Debtors to (A) Retain Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officer and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer Nunc Pro Tunc to the Commencement Date, and (C) to Schedule a Final Hearing **[Docket No. 760]**

- Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code for Authorization to Employ and Retain Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel for the Debtors, Nunc Pro Tunc, to the Date of Its Engagement **[Docket No. 761]**

Dated: October 30, 2008
New York, New York

/s/ Richard P. Krasnow
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession