**PROSKAUER ROSE LLP**
1585 Broadway
New York, New York 10036
(212) 969-3000
Scott K. Rutsky (SR-0712)
Jeffrey W. Levitan (JL-6155)
Sheldon I. Hirshon (SH-0070)
Michael T. Mervis (MM-0306)
Karen D. Coombs (KC-3538)
Adam T. Berkowitz (AB-0817)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | **Case No. 08-13555 (JMP)** |
| **et al.,** | : | **Jointly Administered** |
|  | : |  |
| Debtors. | : |  |

----------------------------------------------------------x

### VERIFIED STATEMENT OF PROSKAUER ROSE LLP
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

 Proskauer Rose LLP ("Proskauer") hereby submits this verified statement (the "Verified

Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a), and states as follows:


1.       Proskauer represents the entities listed on Exhibit A annexed hereto (collectively,

the "Entities"), who may hold claims against and/or interests in the above-captioned debtors or

Lehman Brothers Inc. (collectively, the "Debtors") arising out of applicable agreements, law, or

equity pursuant to their respective relationships with the Debtors.


2.       The specific nature and amounts of the claims held by the Entities may be set

forth in proofs of claims or other pleadings filed in the Debtors' chapter 11 cases.


4541/13576-010 Current/12250723v3

3.      The following are the facts and circumstances in connection with Proskauer's

employment in these cases. Each of the Entities separately approached Proskauer and requested

that Proskauer represent them in connection with the Debtors' chapter 11 cases. Proskauer may

also represent the Entities on matters unrelated to these cases.

4.      As of the date hereof, Proskauer is not aware of any claim that it holds against the

Debtors but reserves all rights to assert and file any claims that may be identified.

5.      Neither this Verified Statement nor the filing of this Verified Statement shall

operate as an appearance by any of the Entities, nor is this submission intended to or shall be

deemed to have submitted any of the Entities to the jurisdiction of this Court.

6.      The undersigned hereby verifies under oath that this Verified Statement is true

and accurate, to the best of the undersigned's knowledge and belief. Proskauer reserves the right

to revise and supplement this Verified Statement.

Dated:    New York, New York
          October 30, 2008

Respectfully Submitted,

**PROSKAUER ROSE LLP**

By:  /s/ Scott  K Rutsky
     Scott K. Rutsky (SR-0712)
     Jeffrey W. Levitan (JL-6155)
     Sheldon I. Hirshon (SH-0070)
     Adam T. Berkowitz (AB 0817)
     Michael T. Mervis (MM-0306)
     Karen D. Coombs (KC-3538)
     1585 Broadway
     New York, New York 10036
     Tel:  (212) 969-3000
     Fax:  (212) 969-2900

2

4541/13576-010 Current/12250723v3

## EXHIBIT A

1.  Markit Group Limited, Markit Valuations Limited,
    Swapswire Limited and Markit North America Inc.
    Level 5, 2 More London Riverside
    London, SE1 2AP
    United Kingdom

2.  BT Americas Inc.
    350 Madison Avenue
    New York, New York 10017

3.  Radianz Americas Inc.
    575 Lexington Avenue
    New York, New York 10022

4.  New Meadowlands Stadium Company, LLC
    102 Route 120
    East Rutherford, NJ 07073

5.  MarketAxess Holdings Inc. and MarketAxess Corporation
    140 Broadway, 42nd Floor
    New York, NY 10005

6.  Depository Trust & Clearing Corporation
    55 Water Street
    New York, NY 10004

7.  Sixth Gear Funding Trust and Sixth Gear Solutions Corp.
    1212 Avenue of the Americas
    17th Floor
    New York, NY 10036

4541/13576-010 Current/12250723v3