**PROSKAUER ROSE LLP**
1585 Broadway
New York, New York 10036
(212) 969-3000
Scott K. Rutsky (SR-0712)
Jeffrey W. Levitan (JL-6155)
Sheldon I. Hirshon (SH-0070)
Michael T. Mervis (MM-0306)
Karen D. Coombs (KC-3538)
Adam T. Berkowitz (AB-0817)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | **Case No. 08-13555 (JMP)** |
| **et al.,** | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | |

---------------------------------------------------------x

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ss.: |
| COUNTY OF NEW YORK | ) |

**AFFIDAVIT OF SERVICE BY**
**FIRST CLASS MAIL**

David C. Cooper, being duly sworn, deposes and says that:

1. I am not a party to the action, am over 18 years of age and reside in New York County, New York.

2. On October 30, 2008, I caused true copies of the Verified Statement of Proskauer Rose LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019(a) (the "Statement") to be served via First Class Mail upon the parties on the annexed Service List by enclosing the Statement in properly addressed, stamped envelopes and causing the same to be

4541/13576-010 Current/12370769v1

deposited into a designated depository maintained by the United States Postal Service.

/s/ David C. Cooper
David C. Cooper

Sworn to before me this
30th day of October, 2008

/s/ Javier Santiago
Notary Public, State of New York
No. 01SA6185530
Qualified in New York County
Commission Expires April 21, 2012

2

4541/13576-010 Current/12370769v1

Weil, Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife,
    Shai Y. Waisman & Jacqueline Marcus
767 Fifth Avenue
New York, NY 10153

Office of the U.S. Trustee
Attn: Andy Velez-Rivera, Paul Schwartzberg,
    Brian Masumoto, Linda Riffkin
    & Tracy Hope Davis
33 Whitehall Street, 21st. Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Dennis O'Donnell
    & Evan Fleck
1 Chase Manhattan Plaza
New York, New York 10005

Cleary Gotliebb LLP
Attn: Lindsee P. Granfield and Lisa Schweiger
One Liberty Plaza
New York, NY 10006

Sullivan & Cromwell LLP
Attn: Robinson B. Lacy & Hydee R. Feldstein
125 Broad Street
New York, NY 10004

Hughes Hubbard & Reed LLP
Attn: Jeffery S. Margolin
One Battery Park Plaza
New York, NY 10004

Quinn Emanuel Urquhart Oliver & Hedges
Attn: James Tecce
51 Madison Avenue, 22nd Floor
New York, NY 10010

Chambers of the Honorable James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004