# EXHIBIT C

**Abigail Snow**

| | |
|---|---|
| **From:** | Christopher R. Belmonte |
| **Sent:** | Wednesday, October 01, 2008 3:34 PM |
| **To:** | 'doron.shakarachy@barcap.com'; 'nancy.stanton@barcap.com' |
| **Cc:** | Pamela A. Bosswick |
| **Subject:** | Lehman/IBM cure amounts |

Doron,
As you requested, I attach the invoices comprising IBM's proposed cure amount.  Please let us know if you need anything further.
Chris

---

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue                    33 Wood Avenue South
New York, NY 10169                 Iselin, NJ 08830
Tel: (212) 404-8725                (732) 603-4966
Fax: (212) 818-9606                (732) 603-4977
Cell: (914) 373-1019
E-mail: cbelmonte@ssbb.com

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in (and attached hereto) this e-mail is intended only for the personal and confidential use of the designated recipient (s) named above. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail and delete the original message (including attachments).

-----

10/27/2008

## Christopher R. Belmonte

| | |
|---|---|
| **From:** | Christopher R. Belmonte |
| **Sent:** | Thursday, October 09, 2008 3:24 PM |
| **To:** | 'arif.goraya@barclayscapital.com' |
| **Cc:** | Pamela A. Bosswick |
| **Subject:** | Lehman/Moodys/IBM |

Lehman/Moodys      Lehman/IBM cure
                         amounts

Arif,

As we discussed, herewith the emails previously forwarded to Goron with the invoices comprising the cure amounts for IBM and Moodys.  If you need anything further, please let us know.

_____

Christopher R. Belmonte

Satterlee Stephens Burke & Burke LLP

| | |
|---|---|
| 230 Park Avenue | 33 Wood Avenue South |
| New York, NY 10169 | Iselin, NJ 08830 |
| Tel: (212) 404-8725 | (732) 603-4966 |
| Fax: (212) 818-9606 | (732) 603-4977 |
| Cell: (914) 373-1019 | |

E-mail: cbelmonte@ssbb.com

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in (and attached hereto) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail and delete the original message (including attachments).