**ADJOURNED HEARING DATE: November 18, 2008 at 10:00 a.m.**

Michael Feldberg
Laura Martin
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 610 6300

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                    :

**In re**                         :       **Chapter 11 Case No.**
                                      :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (JMP)**
                                      :

            **Debtors.**                  :      **(Jointly Administered)**
                                      :
                                      :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION BY BARCLAYS CAPITAL**
**INC. SEEKING ORDER FOR RELIEF CONCERNING AN AMERICAN EXPRESS**
**CONTRACT ERRONEOUSLY POSTED WITH THE CLOSING DATE CONTRACTS**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of

Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted

with the Closing Date Contracts (D.I. 959), which was scheduled to be heard on November 5,

2008 at 10:00 a.m., **has been adjourned to November 18, 2008 at 10:00 a.m.,** or as soon

thereafter as counsel may be heard (the "Adjourned Hearing").  The Adjourned Hearing will be

held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern

District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated:  New York, New York
        October 30, 2008

Allen & Overy LLP

By:_____s/ Michael S. Feldberg_____

　　　Michael S. Feldberg
　　　Laura Martin

1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610 6300
Facsimile: (212) 610 6399

*Attorneys for Barclays Capital Inc.*