**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (JMP) |

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the October 30, 2008 motion of Howard R. Hawkins Jr., Esq. for admission to practice *pro hac vice* of Mark C. Ellenberg, Esq. of Cadwalader Wickersham & Taft LLP; due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is

ORDERED THAT Mark C. Ellenberg, Esq. is permitted to practice *pro hac vice* in connection with the above captioned bankruptcy case.

Dated:   New York, New York
         October ____, 2008

 

_____
UNITED STATES BANKRUPTCY JUDGE