**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666

1201 F Street N.W., Suite 1100
Washington, DC  20004
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | Jointly Administered |

**FIRST AMENDED VERIFIED STATEMENT OF**
**CADWALADER, WICKERSHAM & TAFT, LLP**
**PURSUANT TO BANKRUPTCY RULE 2019(a)**

Cadwalader, Wickersham & Taft, LLP ("Cadwalader"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and related subsidiaries and affiliates including LB 745, LLC and Lehman Brothers, Inc. (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Statement").

1.      Cadwalader is counsel or special counsel to the Entities in the above-captioned cases.  The address for Cadwalader for purposes of this Statement is One World Financial Center, New York, NY 10281.

2.      The mailing address for each of the Entities is listed on Exhibit A hereto.

3.      Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

4.      The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claims filed against the Debtors' estates.

5.      The following are the facts and circumstances in connection with Cadwalader's employment in these cases.  Cadwalader represented each of the Entities prior to the Debtors' chapter 11 cases.  Each of the Entities separately requested that Cadwalader represent them in connection with the Debtors' chapter 11 cases.  Cadwalader also represents the Entities on matters unrelated to the cases.

6.      The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Cadwalader's representation of such entities.

7.      Cadwalader also represents or advises, or may have represented or advised other parties in interest with respect to the cases that have not been included in the Statement because the parties that Cadwalader represents do not currently intend to appear in the cases or such representations have been concluded.  These parties in interest include commercial and investment banks, private equity and hedge funds, and other financial institutions, exchanges, and clearing organizations that are parties to various agreements with the Debtors.

8.      Cadwalader has provided, and may continue to provide, certain legal services to the Debtors. With respect to such services, Cadwalader has prepetition and may have post-petition claims against the Debtors.

9.      Cadwalader will supplement this Statement as necessary.

Dated:   October 30, 2008

CADWALADER, WICKERSHAM & TAFT LLP

/s/ *Howard R. Hawkins, Jr.*
   Howard R. Hawkins, Jr. Esq.
   Deryck A. Palmer, Esq.
   Bruce R. Zirinsky, Esq.
   John J. Rapisardi, Esq.
   George Davis, Esq.
   Israel Dahan, Esq.
   Gary D. Ticoll, Esq.
   Jason Jurgens, Esq.
   Ellen M. Halstead, Esq.

   One World Financial Center
   New York, NY  10281
   Telephone:  (212) 504-6000
   Facsimile:  (212) 504-6666

   - and -

   Mark C. Ellenberg, Esq., *Pro Hac Vice*
   1201 F Street N.W., Suite 1100
   Washington, DC  20004
   Telephone:  (202) 862-2200
   Facsimile:  (202) 862-2400

I, Howard R. Hawkins, Jr., declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

By: _/s/ Howard R. Hawkins, Jr._____
       Howard R. Hawkins, Jr.

Executed this 30th day of October, 2008.

**EXHIBIT** A

**Attorneys for:**

Citigroup Inc. and affiliates
399 Park Ave.
New York, NY  10043

Morgan Stanley & Co. Incorporated and affiliates
1221 Avenue of the Americas, 27th Floor
New York, NY  10020

FXCM Holdings, LLC
Financial Square
32 Old Slip, 10th Floor
New York, New York  10005

Fortis Americas
520 Madison Avenue, Level 2
New York, NY  10022

Chilton New Era Partners, L.P.
1266 East Main Street, 7th Floor
Stamford, CT  06902

Lehman Brothers MLP Opportunity Fund L.P.
Lehman Brothers CDO Opportunity Fund L.P.
399 Park Avenue, 9th Floor
New York, NY  10022-4614

WestLB AG, New York Branch
1211 Avenue of the Americas
New York, NY  10002

LibertyView Credit Opportunities Fund, L.P.
LibertyView Credit Select Fund, L.P.
LibertyView Funds, L.P.
LibertyView Global Risk Arbitrage Fund, L.P.
LibertyView Special Opportunities Fund, L.P.
399 Park Avenue, 4th Floor
New York, NY  10022

**Special Counsel for:**

Credit Suisse
Eleven Madison Avenue
New York, NY