**ADJOURNED HEARING DATE: November 18, 2008 at 10:00 a.m.**
          **OBJECTIONS DUE: November 13, 2008 at 4:00 p. m.**

Shawn R. Fox
Richard J. Mason
MCGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile:  (212) 548-2150

*Counsel to Meridian Comp Of New York, Inc.*
*D/B/A CHD Meridian Healthcare*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:   : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
|   Debtors. | Jointly Administered |
| SECURITIES INVESTOR PROTECTION CORPORATION,   : | |
|   Plaintiff, | |
|   v. | Case. No. 08-01420(JMP) SIPA |
| LEHMAN BROTHERS INC.   Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION
FOR ORDER (I) COMPELLING PAYMENT OF POST-PETITION
ADMINISTRATIVE EXPENSES; AND (II) COMPELLING
<u>ASSUMPTION OR REJECTION OF CONTRACT</u>**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of

Meridian Comp of New York, Inc. D/B/A CHD Meridian Healthcare for an order: (1)

1

compelling payment of post-petition administrative expenses, and (2) compelling assumption or rejection of a certain healthcare and software contract (D.I. 1124 in Case No. 08-13555 (JMP) and D.I. 152 in Case. No. 08-01420(JMP) SIPA) (the "Motion"), which was scheduled to be heard on November 5, 2008 at 10:00 a.m., has been adjourned to November 18, 2008 at 10:00 a.m., or as soon thereafter as counsel may be heard (the "Adjourned Hearing"). The Adjourned Hearing will be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the deadline to respond or object to the relief sought in the Motion which was October 31, 2008 at 4:00 p.m., has been adjourned to November 13, 2008 at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be adjourned from time to time without further notice other than the announcement of such adjournment in open court or by posting of such adjourned date on the Court's calendar on the aforementioned date.

Dated: October 30, 2008
New York, New York

S/Shawn R. Fox
Shawn R. Fox
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, New York 10105
Telephone: (212) 548-2100
Facsimile:  (212) 548-2150

*Counsel to Meridian Comp Of New York, Inc.
D/B/A CHD Meridian Healthcare*

2