SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Sally McDonald Henry

Attorneys for BlackRock Financial Management, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

      1. I am over 18 years of age, and reside in Nassau County, New York.

      2. On October 29, 2008, I caused to be served a true and correct copy of the ***Joinder of Blackrock Financial Management, Inc. To The Motion For An Order Compelling Lehman Commercial Paper Inc. To Assume Or Reject Executory Contracts Pursuant To Sections 105(D)(2)(A) And 365(D)(2) Of The Bankruptcy Code [DI.# 1258]***, which was filed Wednesday, October 29, 2008 in the above-captioned proceeding, on the parties listed on the attached Exhibit A Service List by Federal Express.

                                          **Skadden, Arps, Slate, Meagher
                                          & Flom LLP**

                                          By:_*/s/Jean Guerrier*_
                                          **Jean L. Guerrier**

**Sworn to before me this
29th day of October, 2008.**

*/s/ Vottress C. Desire*
**Notary Public**
**Vottress C. Desire - Notary Public, State of New York
No. 01DE4935232
Qualified in Nassau County
Commission Expires June 27, 2010**

# EXHIBIT A
# SERVICE LIST

**Weil Gothsal & Manges LLP**
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
Shai Y. Waisman, Esq., Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153

**The Office of the United States Trustee
for the Southern District of New York**
Attn: Andy Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Riffkin, Tracy Hope Davis
33 Whitehall Street 21st Floor
New York, NY 10004

**Milbank, Tweed, Hadley & McCloy LLP**
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

**Cleary Gotliebb LLP**
Attn: Lindsee P. Granfield, Esq., Lisa Schweiger, Esq.
One Liberty Plaza
New York, NY 10006

**Sullivan & Cromwell LLP**
Attn: Robinson B. Lacy, Esq., Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY 10004

**Richards Kibbe & Orbe LLP**
One Financial Center
New York, NY 10281