Steven E. Fineman (SF 8481)
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel.: (212) 355-9500

*Counsel for the Certified Class in Austin v. Chisick*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.**, *et al.*, | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **Debtors.** | : | **Jointly Administered** |

------------------------------------------------------------

| | | |
|---|---|---|
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | : | |
| **Plaintiff,** | : | |
| | : | |
| | : | |
| **v.** | : | **Adv. Proc. No. 08-01420 (JMP)** |
| | : | |
| **LEHMAN BROTHERS INC.,** | : | **SIPA Liquidation Proceeding** |
| | : | |
| **Defendant.** | : | |

------------------------------------------------------------

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **LEHMAN COMMERCIAL PAPER, INC.,** | : | **Case No. 08-13900 (JMP)** |
| | : | |
| **Debtor.** | : | |

------------------------------------------------------------

## CERTIFICATE OF SERVICE

    I, Steven E. Fineman, hereby certify that I caused a true and correct copy

of the Motion of Michael J. Miarmi for Admission to Practice *Pro Hac Vice* (and

accompanying proposed order) to be served through the Bankruptcy Court's electronic

notification system, as well as to the recipients and in the manner listed on the attached

Service List.


Dated: New York, New York
      October 30, 2008

                                        /s/ Steven E. Fineman
                                        Steven E. Fineman

# SERVICE LIST

By U.S. mail:

Andrew D. Velez-Rivera
The Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Richard P. Krasnow
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Lindsee P. Granfield
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Josephine Wang
Securities Investor Protection Corp.
805 15th Street, N.W.
Suite 800
Washington, DC  20005

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

James Tecce
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010

By e-mail:

atrehan@mayerbrown.com

avi.gesser@dpw.com
bambacha@sec.gov
btrust@mayerbrown.com
cohena@sec.gov
Danna.Drori@usdoj.gov
dckaufman@hhlaw.com
ddunne@milbank.com
donald.badaczewski@dechert.com
drosner@goulstonstorrs.com
easmith@venable.com
ecohen@russell.com
ehollander@whitecase.com
ellen.halstead@cwt.com
esmith@dl.com
feldsteinh@sullcrom.com
fhyman@mayerbrown.com
gauchb@sec.gov
gbray@milbank.com
george_kielman@freddiemac.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
hanh.huynh@cwt.com
howard.hawkins@cwt.com
isgreene@hhlaw.com
jacqueline.marcus@weil.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jharbour@hunton.com
jpintarelli@mofo.com
jtougas@mayerbrown.com
jrsmith@hunton.com
karen.wagner@dpw.com
lacyr@sullcrom.com
lattard@kayescholer.com
ldespins@milbank.com
lgranfield@cgsh.com
lmarinuzzi@mofo.com
lori.fife@weil.com
lschweitzer@cgsh.com
monica.lawless@brookfieldproperties.com
neal.mann@oag.state.ny.us
newyork@sec.gov
paronzon@milbank.com
pfeldman@oshr.com
ppartee@hunton.com
pwright@dl.com

richard.krasnow@weil.com
rlevin@cravath.com
rtrust@cravath.com
sbernstein@hunton.com
scottshelley@quinnemanuel.com
shai.waisman@weil.com
strum@dl.com
susheelkirpalani@quinnemanuel.com
wfoster@milbank.com
wsilverm@oshr.com
poulos@hugheshubbard.com
loomis@hugheshubbard.com
jwang@sipc.org
kiplok@hugheshubbard.com
margolin@hugheshubbard.com
giddens@hugheshubbard.com
kobak@hugheshubbard.com
harvey.miller@weil.com
jpark@fulbright.com
rfischer@fulbright.com

By facsimile:

Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services LLC)
(646) 282-2501

Internal Revenue Service
(212) 436-1931

785779.1