Abbe F. Fletman (PA Bar No. 52896)
Greg T. Kupniewski (PA Bar No.89872)
FLASTER/GREENBERG P.C.
Eight Penn Center, 15th Floor
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
Telephone: (215) 279-9388
Facsimile: (215) 279-9394
Attorneys for American Express Travel
Related Services Company, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et. al., | Case Nos. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES**

PLEASE TAKE NOTICE that **Abbe F. Fletman, Esquire** hereby withdraws her appearance in the above-referenced case on behalf of American Express Travel Related Services Company, Inc. and requests to be removed from the service lists and from the CM/ECF notice list. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's electronic filing system for this case:

Abbe F. Fletman, Esquire
Flaster/Greenberg P.C.
Eight Penn Center
1628 John F. Kennedy Blvd., 15th Floor
Philadelphia, PA 19103
abbe.fletman@flastergreenberg.com

FLASTER/GREENBERG P.C.

Dated: October 31, 2008

*/s/ Greg T. Kupniewski*
Greg T. Kupniewski
Eight Penn Center
1628 John F. Kennedy Blvd., 15th Floor
Philadelphia, PA 19103
greg.kupniewski@flastergreenberg.com