UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re:                                                  :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :        08-13555 (JMP)
                                                        :
                        Debtors.                        :        (Jointly Administered)
------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

       Robinson Strauss, being duly sworn, deposes and says:

       1.     I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, Counsel for JPMorgan Chase & Co. in the above-captioned case.

       2.     On October 29, 2008, the following document (the "Document"), JOINDER IN SUPPORT OF MOTION FOR AN ORDER COMPELLING ASSUMPTION OR REJECTION OF EXECUTORY CONTRACTS PURSUANT TO SECTIONS 105(d)(2)(A) AND 365(d)(2) OF THE BANKRUPTCY CODE [Docket No. 1265], was filed and served by email via the Court's ECF system in accordance with the Case Management Order.

       3.     On October 30, 2008, I caused a copy of the Document to be served upon the parties listed on the service list attached hereto by United States Postal Service for delivery via first class mail.

                                                          /s/ Robinson Strauss
                                                              Robinson Strauss

Sworn to before me this
31st day of October, 2008

   /s/ Alison C. Levy
Alison C. Levy
Notary Public, State of New York
No. 01LE6191504
Qualified in New York County

## SERVICE LIST

Weil Gothsal & Manges LLP
Attn:   Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY  10153

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY  10005

Cleary Gotliebb LLP
Attn:   Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
One Liberty Plaza
New York, NY  10006

Sullivan & Cromwell LLP
Attn:   Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY  10004

Office of the United States Trustee
Southern District of New York
Attn:   Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
33 Whitehall Street
21st Floor
New York, NY  10004

Ethan Schwartz
Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT  06830

Attorney General of the State of New York
Attn:  Neal S. Mann, Assistant Attorney General
120 Broadway, 24th Floor
New York, NY  10271

Internal Revenue Service
Special Procedures Branch
Attn:  District Director
290 Broadway
New York, NY  10007

Steven H. Felderstein
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA  95814-4434

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street
37th Floor
New York, NY  10165

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL  60606-6677

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY  10016

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO  80203

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY  10281

Daniel H. Golden
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY  10022

Christine Jagde
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY  10017

Thomas S. Kiriakos
Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL  60606-4637

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY  10022

Sandra E. Mayerson
Holland & Knight
195 Broadway
New York, NY  10007

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY  10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY  10022-4689

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY  10022

Otterbourg, Steindler, Houston &
Rosen, P.C.
Attn:   William M. Silverman
Peter Feldman
230 Park Avenue
New York, NY  10169-0075

White & Case LLP
Attn:   Philip John Nichols
1155 Avenue of the Americas
New York, NY  10036-2787

White & Case LLP
Attn:   Thomas E. MacWright Jr.
Aileen Venes
Wachovia Financial Center
Suite 4900
200 South Biscayne Blvd
Miami, FL  33131

Account Temps
12400 Collections Drive
Chicago, IL  60693

Aozora
1-3-1 Kudan-Minami
Chiyoda-Ku
Tokyo, 102-8660 JP

Australia and New Zealand Banking Group Ltd
Melbourne Office Level 6
100 Queen Street
Victoria Melbourne, VIC 3000 AU

Chuo Mitsui Trust & Banking Noriyuki Tsumura
3-33-1 Shiba
Minato-Ku, Tokyo, 105-0014 JP

Demann
16919 Walden
Cleveland, OH  44128

Dominion
PO Box 26225
Richmond, VA  23260

IGS
PO Box 631919
Cincinnati, OH  45263-1919

Marble Care
5184 Richmond Rd
Cleveland, OH  44146

Mizuho Corporate Bank Ltd
Global Syndicated Finance Division
1-3-3, Marunouchi, Chiyoda-Ku, Tokyo, 100-8210 JP

Northeast
PO Box 9260
Akron, OH  44305

Rentokil
8001 Sweet Valley Dr
Valleyview, OH  44125

RMC
PO Box 31315
Rochester, NY  14603

Black Rock
Carrie Murray
100 Bellevue Parkway
Wilmington, DE  19809

Shinkin Central Bank
Shuji Yamada
Deputy General Manager
Financial Institutions Dept
3-7, Yaesu 1-Chome, Chuoku
Tokyo, 104-0028 JP

Statler Arms Garage LLC
1111 Euclid Ave
Cleveland, OH  44115

Sumitomo Mitsubishi Banking Corp
13-6 Nihobashi-Kodenma-Cho
Chuo-Ku, Tokyo, 103-0001 JP

TD Security
PO Box 81357
Cleveland, OH  44181

Time Warner
PO Box 0901
Carol Stream, IL  60132

WCCV
3479 State Rd
Cuyahoga Falls, OH  44223

AMR Investment Services, Inc.
Mason Martin
601 Montgomery St,
Ste 1800
SF, CA  94111

Banca Intesa
Noemi Oslo
90 Queen Street
London, EC4N 1SA GB

Bank of NY
Terence R. Law
One Wall Street
41st Floor
New York, NY  10286

- 3 -

Ceskoslovenska Obchodni
Banka AS
Timea Zimkova
Lehotskeho 3
Bratislava, 812 25 SK

Citibank
Michael Maurstein
388 Greenwich Street
22nd Floor
New York, NY  10013

Citigroup Asset Management
Kate Lukas
388 Greenwich Street
22nd Floor
New York, NY  10013

Credit Suisse First Boston
Merihÿ Cetinkaya
Five Cabot Square
London, E14 4QR GB

DNB NOR Bank ASA
Elaine Christiansen
Stranden 21
Aker Brygge
Oslo, NO-0021 NO

DWS Group
Rainer Habisch
2 Boulevard Konrad Adenauer
Luxembourg, BP766 LU

Evergreen Investments
Management Company, LLC
Sarah Ellen Henderson
200 Berkeley Street
18th Floor
Boston, MA  02116

Fidelity Investments
Marissa B. Hedge
500 Salem Street Os1n2
Smithfield, RI  02917

Generali Asset Management Sgr S.p.A.
Cinzia Montuoro
Direzione Commerciale – Roma Rome, IT

HSBC
452 Fifth Avenue, 25th Floor
Paul Lopez
New York, NY  10018

Israel Discount Bank
Ken Walters
511 Fifth Avenue
New York, NY  10017

Jyske Bank
Robert Eby
70 Hudson Street
10 Floor
Jersey City, NJ  07302-4585

Lehman Brothers Asset Management
Bob Swidey
125 High Street
17 Floor
Boston, MA  02110-2704

Merrill Lynch Investment Management
Joseph Conklin
800 Scudders Mill Road
Plainsboro, NJ  08536

Morgan Stanley Investment
Management Inc.
Franco D'Urso Jr.
100 Front Street
8th Floor
West Conshohocken, PA  19428

National Bank of Kuwait
Rakan Al-Ghanim
P.O. Box 95
Safat 13001 KW

Nations Funds
Jeff Stalard
101 South Tryon Street
Charlotte, NC  28255

One Group Mutual Funds
Doug Applegate
1111 Polaris Parkway
Columbus, OH  43271

Pioneer Investments
Michael Curran
George Quay Plaza
Dublin 2, Dublin 2 IE

Royal Bank of Canada
Alison Barnard
200 Bay Street
Toronto, ON M5J 2J5 CA

Scudder Investments Service  Company
John Larkin
One South Street
Baltimore, MD  21202

Skandinaviska Enskilda Banken
Gustaf Nyblaeus
Stockholm 106 40 SE

Standard Chartered Bank
Bill Huges
1 Madison Ave
New York, NY  10010

Strong Capital Management
Levi Lura 100
Heritage Reserve
Meno-Monee Falls, WI  53051

Svenska
Mark Cleary
875 3rd Ave
4th Floor
New York, NY  10022

The Depository Trust Company
Bob Trapani
55 Water Street
51st Floor
New York, NY  10041

Toronto Dominion Bank Financial Group
Sharon Caro
77 King Street West
19th Floor
Toronto, ON M5K 1A2 CA

UBS Global Asset Management
Raymond Otero
51 West 52nd St.
15th Floor
New York, NY  10019

Utendahl Capital Management, L.P.
Terry Prince
30 Broad St
21st Floor
New York, NY  10004

Wells Fargo Funds
Michael Giese
90 South Seventh Street
7th Floor
Mac N9305-075
Minneapolis, MN  55402-3903

Zagrebacka Banka
Igor Livojevic
Savska 60/4
Zagreb, 10000 HR

AT&T
PO Box 8100
Aurora, IL  60507

Best Karpet
1477 E 357 St
Eastlake, OH  44095

Citibank NA Hong Kong Branch
Financial Institutions
Group Asia Pacific
44/F Citibank Tower
3 Garden Rd
Central Hong Kong, HK

Division Water
PO Box 94540
Cleveland, OH  44101

Hua Nan Commercial Bank Ltd
38 Chung-King South Rd
Section 1
Taipei, TW

Illuminating
PO Box 3638
Akron, OH  44309

Midwest Realty Advisors LLC
Attn:  Jack Cornachio
37848 Euclid Ave
Willoughby, OH  44094

Mizuho Corporate Bank Ltd
1-3-3, Marunouchi
Chiyoda-Ku
Tokyo, 100-8210 JP

Rock-Forty-Ninth LLC
Attn:  President/Secretary
c/o The Rockefeller Group
1221 Ave of the Americas
New York, NY  10020

Republic Waste
PO Box 9001826
Louisville, KY  40290

Steingass
754 Progress Drive
Medina, OH  44256

Shinkin Central Bank
8-1, Kyobashi 3-Chome
Chuo-Ku
Tokyo, 104-0031 JP

ANZ Banking Group Ltd
18th Floor
Kyobo Guilding
1 Chongro 1 Ku
Chongro Ka, Seoul, KR

Taipei Fubon Bank, Head Office
No. 36, Sec 3, Naking
East Rd, Taipei, TW

The Bank of Nova Scotia Singapore Branch
1 Raffles Quay #20-01
One Raffles Quay
North Tower, 048583 SG

UFJ Bank Limited
2-7-1, Marunouchi
Chiyoda-Ku
Tokyo, 100-8388 JP

ABN-AMRO
Alan Davis
101 Park Avenue,
New York, NY  10178

Australia and New Zealand
Banking Group Limited
Vincent Sabatino
55 Collins Street
Melbourne, Vic 3001 AU

Banco Bradesco SA
Natasha Nissental
Avenida Paulista 1450
8th Floor
Sao Paulo, 01210-917 BR

Bank of America
B. J. Mazzella
335 Madison Avenue
New York, NY  10017

Barclays Global Investors Funds
Melissa Haave
45 Fremont Street
San Francisco, CA  94105

BNP Paribas
Frank Sodano
787 7th Ave.
New York, NY  10019

Credit Lyonnais Asset Management
Terry Grant
1301 Avenue of the Americas
New York, NY  10019

- 6 -

Deutsche Bank
John Estrada
60 Wall Street
28th Floor
New York, NY  10005

Dreyfus Service Corporation
Lou Bazata
200 Park Avenue
New York, NY  10166

Euroclear
Julien Piron
1 Boulevard Du Roi Albert II
Brussels, B-1210 BE

Federated Investors, Inc.
Jennifer Skruch
5800 Corporate Drive
Pittsburgh, PA  15237

First National Bank
James Holmes/Andy Stuart
4 Firstplace Bank
5th Floor
Johannesburg, 2001 ZA

Hansabanka
Mr. Ilze Kokorevica
Roma, Riga, LV

ING Sofia
Ms. Katya Maneva
12 Emil Bersinski
Sofia, BG

J.P. Morgan Chase & Co.
Mark Doctoroff
277 Park Avenue
New York, NY  10017

Landsbanki Islands
Mr. Bjorn Sigurdsson
Laugavegur 77
Reykjavik, 155 IS

Lehman Brothers Bank
Gail Stawicki
1000 North West Street
Suite 200 01 Floor
Wilmington, DE  19801

Mellon
Eddie Hubbard
110 Sherburn Road
Severna Park, MD  21146

Morley Liquidity Funds PLC
Colin Cookson
No. 1 Poultry
London, EC2R 8EJ GB

National Commercial Bank
Sami Wafa P.O. Box 3555
Jeddah 21481 SA

Northern Trust Corporation
Scott Henderson
50 South Lasalle Street
Chicago, IL  60675

Phoenix Investment Partners
Lori Weller
101 Munson Street
Greenfield, MA  01302-0088

Prudential Mutual Fund Services
Gerri Mcateer
Two Gateway Center
Newark, NJ  07102

Russell Investments
Matthew Clay
909 A. Street
Tacoma, WA  98402

SEB
Lasse Larsen
P.O. Box 2098
Copenhagen DK-1014 DK

- 7 -

Spafid S.p.A.
Salvatore Guardino
Via Filodrammatici
10 Milano, IT

Standard Life Investments
Liz Davidson
1 George Street
Edinburgh, EH2 2LL GB

Suntrust Bank
Patrick Mason
50 Hurt Plaza
Suite 1400
Atlanta, GA  30303

Swedbank
Lena Hallen
8 Brunkebergstorg
Stockholm, S-105 34 SE

The Reserve Funds
Brandon Semilof
1250 Broadway
New York, NY  10001

U.S. Bank
One U.S. Bank Plaza
Saint Louis, MO  63101

US Bancorp Asset Management, Inc.
Rochelle Genetti
800 Nicollet Mall
Minneapolis, MN  55402

Vilnius Bankas
Alma Kamarauskaite
Gedimino Ave 12
Vilnius LT-01103 LT

Westpac Banking Corporation
Niclas Fjalltoft
575 Fifth Avenue
39th Floor
New York, NY  10017