UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                              Case No. 08-13555 (JMP)


                          Debtor.
-------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MICHAEL J. MIARMI

UPON the motion of Michael J. Miarmi dated October 30, 2008, for admission *pro hac vice*

in this bankruptcy proceeding; it is hereby

**ORDERED**, that Michael J. Miarmi is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.


Dated:  New York, New York
        October 31, 2008

                                        s/ *James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE