UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,          Case No. 08-13555 (JMP)

                    Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF MARK C. ELLENBERG

UPON the motion of Howard R. Hawkins, Jr. dated October 30, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Mark C. Ellenberg is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
        October 31, 2008

                                    s/ *James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE