WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
Telephone:  (212) 403-1000
Facsimile:  (212) 403-2000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| **IN RE:** | ) | **Chapter 11** |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | ) | **Case No.  08-13555 (JMP)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**VERIFIED STATEMENT OF WACHTELL, LIPTON, ROSEN & KATZ**
**PURSUANT TO BANKRUPTCY RULE 2019**

Wachtell, Lipton, Rosen & Katz ("WLRK"), in connection with the above-

captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and related subsidiaries and

affiliates (collectively, the "Debtors"), respectfully submits this verified statement (the "Verified

Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as

follows:

        1.     WLRK is engaged to represent the following entities in connection with

the above-captioned chapter 11 cases:

        (a)    JPMorgan Chase Bank, N.A.
                270 Park Avenue
                New York, NY  10017

        (b)    Tishman Speyer Properties, L.P.
                45 Rockefeller Plaza
                New York, NY  10111

        (c)    Archstone
                9200 East Panorama Circle
                Suite 400
                Englewood, CO  80112

2.      JPMorgan Chase Bank, N.A., Tishman Speyer Properties, L.P., and

Archstone may hold claims against and/or interests in the Debtors arising out of applicable

agreements, law, or equity pursuant to their respective relationships with the Debtors.

3.      WLRK represented these entities prior to the Debtors' chapter 11 cases.

Each of the entities separately requested that WLRK represent it in connection with the Debtors'

chapter 11 cases.

4.      WLRK does not possess any claims against or interests in the Debtors.

5.      The undersigned hereby verifies that this Verified Statement is true and

accurate, to the best of the undersigned's knowledge and belief.  WLRK reserves the right to

revise and supplement the Verified Statement.


Dated:  New York, New York                    Respectfully submitted,
        October 31, 2008


                                              WACHTELL, LIPTON, ROSEN & KATZ

                                                  By:  /s/ Amy R. Wolf
                                                  Harold S. Novikoff (HN 3898)
                                                  Amy R. Wolf (AW 6646)
                                                  51 West 52nd Street
                                                  New York, NY  10019
                                                  Telephone:  (212) 403-1000
                                                  Facsimile:  (212) 403-2000

                                                  Attorneys for JPMorgan Chase Bank, N.A.,
                                                  Tishman Speyer Properties, L.P., and
                                                  Archstone