UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                                 Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                     Case No. 08-13555 (JMP)

                                        Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF GUY B. MOSS

UPON the motion of Guy B. Moss dated October 30, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Guy B. Moss is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
            October 31, 2008

                                                    *s/ James M. Peck*
                                                    UNITED STATES BANKRUPTCY JUDGE