Deborah D. Williamson (admitted *pro hac vice*)
Texas State Bar No. 21617500
dwilliamson@coxsmith.com
**COX SMITH MATTHEWS INCORPORATED**
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

**ATTORNEYS FOR TESORO CORPORATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| | ) **CHAPTER 11 CASE** |
| **LEHMAN BROTHERS HOLDINGS,** | ) |
| **INC., et al.,** | ) **CASE NO. 08-13555 (JMP)** |
| | ) |
| **Debtors.** | ) **(Jointly Administered)** |
| | ) |

**CERTIFICATE OF SERVICE**

      I hereby certify that, on October 31, 2008, true and correct copies of the foregoing *Objection to the Assumption and Assignment of a Financial Service Agreement Between Lehman Brothers Inc. and Tesoro Corporation* were served on the parties listed below, electronically through the Court's ECF System (for parties requesting electronic service), by Federal Express and by U.S. Mail, First Class, Postage Prepaid, as required by the *Order Granting Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Non Residential Real Property and Abandonment of Related Personal Property*, Case No. 08-13555, ECF Dkt. #628.

Lori R. Fife
Shai Y. Waisman
Weil, Gotshal &Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
*for the Debtors and
Lehman Brothers, Inc.*

Tracy Hope Davis
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

2405971.1

Lindsee P. Granfield
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
*for the Purchaser*

James B. Kobak
David Wiltenburg
Jeff Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
*for the SIPA Trustee*

Dennis F. Dunne
Dennis C. O'Donnell
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*for the Creditors' Committee*

Honorable James M. Peck
U.S. Bankruptcy Court,
Southern District of New York
Courtroom 601
One Bowling Green
New York, NY 10004

   */s/ Deborah D. Williamson*
Deborah D. Williamson (admitted *pro hac vice*)

2

2405971.1