**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS, INC. *et al.*,**                      :     Case No. 08-13555 (JMP)
                                                                  :
        Debtors.                                                  :     (Jointly Administered)
                                                                  :
------------------------------------------------------------------x     Ref. Docket No. 649

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

       HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On October 28, 2008, I caused to be served the "INTERIM ORDER PURSUANT TO SECTIONS 105(a), 362(d), 363(b), AND 503(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 4001, 6003 AND 6004 FOR ORDER (A) (i) AUTHORIZING DEBTOR TO CONTINUE ITS WORKERS' COMPENSATION PROGRAMS AND ITS LIABILITY, PRODUCT, PROPERTY, AND OTHER INSURANCE PROGRAMS, (ii) AUTHORIZING DEBTOR TO PAY ALL PREPETITION OBLIGATIONS IN RESPECT THEREOF, (B) AUTHORIZING FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS, AND (C) SCHEDULING A FINAL HEARING", dated October 3, 2008 [Docket No. 649] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C".

      3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

        /s/ Herb Baer  
        Herb Baer

Sworn to before me this  
31st day of October, 2008

/s/ Regina Amporfro  
Notary Public, State of New York  
No. 01AM6064508  
Qualified in Bronx County  
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses - Insurance

| |
|---|
| ANDREW.MOULTON@ASCOTUW.COM |
| ANTHONY.GIACCO@XLGROUP.COM |
| DARYL.EWER@UK.QBE.COM |
| DAVID.CHIN@AIG.COM |
| DAVID.SANKEY@AIG.COM |
| DAVID.WATSON@2121.CO.UK |
| DSMITH@NAVG.COM |
| ED.PINTO@AIG.COM |
| GCARUSO@TRAVELERS.COM |
| HFULANI@CHUBB.COM |
| HOWARD.BURNELL@AMLIN.CO.UK |
| JAN_BERGER@SWISSRE.COM |
| JASON.MORTIMER@GLACIERGROUP.COM |
| JULIUS.WILSON@MRUNDERWRITING.COM |
| KCUNNINGHAM@HCC-GLOBAL.COM |
| KEVIN.LEACH@CNA.COM |
| KEVIN.MASSEY@CVSTARRCO.COM |
| KIMBERLY.A.WHITCOMB@MARSH.COM |
| MARK.PEETERS@XLGROUP.COM |
| MMACHIN@CHUBB.COM |
| PAUL.SIMPSON@CATLIN.COM |
| PETER.GOWER@HISCOX.COM |
| PHILIP.GRAHAM@CHAUCERPLC.COM |
| PHILIP.SANDLE@CANOPIUS.COM |
| PHILIPPE.BACON@ACE.BM |
| PHILLIP.FURLONG@TALBOTUW.COM |
| RICHARD.MANDER@BRITINSURANCE.COM |
| ROB.JONES@ACE-INA.COM |
| ROBERT.MCADAMS@XLGROUP.COM |
| ROBERT.SCOTTMACKIE@LIBERTYGROUP.CO.UK |
| RT.THOMAS@ZURICHNA.COM |
| SARAH.J.KATZ@SCHINNERER.COM |
| SIMON.URRY@MARKELINTL.COM |
| STOMLIN@AEGISLONDON.CO.UK |
| TOBY.DRYSDALE@ATRIUM-UW.COM |
| URSULA.HARBINSON@INTER-HANNOVER.COM |

EMAIL ADDRESSES

| | |
|---|---|
| aalfonso@kayescholer.com | charles@filardi-law.com |
| acker@chapman.com | chris.omahoney@bnymellon.com |
| adarwin@nixonpeabody.com | christopher.schueller@bipc.com |
| aentwistle@entwistle-law.com | cmontgomery@salans.com |
| aglenn@kasowitz.com | CMTB_LC11@chuomitsui.jp |
| agold@herrick.com | cohena@sec.gov |
| agolianopoulos@mayerbrown.com | cohenr@sewkis.com |
| ahammer@freebornpeters.com | cp@stevenslee.com |
| akihiko_yagyuu@chuomitsui.jp | crogers@orrick.com |
| albaugh.colin@pbgc.gov | cs@stevenslee.com |
| amarder@msel.com | cschreiber@winston.com |
| amenard@tishmanspeyer.com | cshulman@sheppardmullin.com |
| andrew.lourie@kobrekim.com | ctatelbaum@adorno.com |
| angelich.george@arentfox.com | cward@polsinelli.com |
| anne.kennelly@hp.com | cweber@ebg-law.com |
| apo@stevenslee.com | cweiss@ingramllp.com |
| araboy@cov.com | dallas.bankruptcy@pulicans.com |
| arlbank@pbfcm.com | Danna.Drori@usdoj.gov |
| arosenblatt@chadbourne.com | david.bennett@tklaw.com |
| arwolf@wlrk.com | david.crichlow@pillsburylaw.com |
| ashmead@sewkis.com | david.heller@lw.com |
| asnow@ssbb.com | davids@blbglaw.com |
| atrehan@mayerbrown.com | davidwheeler@mvalaw.com |
| austin.bankruptcy@publicans.com | dbarber@bsblawyers.com |
| avenes@whitecase.com | dbaumstein@whitecase.com |
| avi.gesser@dpw.com | dckaufman@hhlaw.com |
| awilson@lloydstsb-usa.com | dclark@stinson.com |
| azylberberg@whitecase.com | dcoffino@cov.com |
| bambacha@sec.gov | dcrapo@gibbonslaw.com |
| bankoftaiwan@botnya.com | ddrebsky@nixonpeabody.com |
| bankruptcy@goodwin.com | ddunne@milbank.com |
| bankruptcymatters@us.nomura.com | deggert@freebornpeters.com |
| bhinerfeld@sbtklaw.com | demetra.liggins@tklaw.com |
| bill.freeman@pillsburylaw.com | dennis.graham@kbc.be |
| bill.hughes@us.standardchartered.com | deryck.palmer@cwt.com |
| bmanne@tuckerlaw.com | dfelder@orrick.com |
| bmiller@mofo.com | dflanigan@polsinelli.com |
| brad.dempsey@hro.com | dfriedman@kasowitz.com |
| brendalblanks@eaton.com | dhayes@mcguirewoods.com |
| brian.pfeiffer@friedfrank.com | dheffer@foley.com |
| brian_corey@gtservicing.com | dirk.roberts@ots.treas.gov |
| bromano@willkie.com | dkleiner@velaw.com |
| broy@rltlawfirm.com | dkozusko@willkie.com |
| bruce.ortwine@sumitomotrust.co.jp | dladdin@agg.com |
| btrust@mayerbrown.com | dlemay@chadbourne.com |
| btupi@tuckerlaw.com | dlipke@vedderprice.com |
| bturk@tishmanspeyer.com | dludman@brownconnery.com |
| cave@hugheshubbard.com | dmcguire@winston.com |
| cbelmonte@ssbb.com | dodonnell@milbank.com |
| cdesiderio@nixonpeabody.com | donald.badaczewski@dechert.com |

| | |
|---|---|
| douglas.bacon@lw.com | hollace.cohen@troutmansanders.com |
| douglas.mcgill@dbr.com | howard.hawkins@cwt.com |
| dravin@wolffsamson.com | hseife@chadbourne.com |
| drose@pryorcashman.com | hsnovikoff@wlrk.com |
| drosner@goulstonstorrs.com | hweg@pwkllp.com |
| drosner@kasowitz.com | ian.levy@kobrekim.com |
| dshemano@pwkllp.com | igoldstein@dl.com |
| dswan@mcguirewoods.com | ilevee@lowenstein.com |
| eagle.sara@pbgc.gov | info2@normandyhill.com |
| ecohen@russell.com | ira.herman@tklaw.com |
| edpe01@handelsbanken.se | isgreene@hhlaw.com |
| efile@pbgc.gov | israel.dahan@cwt.com |
| efile@willaw.com | jacobsonn@sec.gov |
| efleck@milbank.com | jafeltman@wlrk.com |
| efriedman@friedumspring.com | james.mcclammy@dpw.com |
| eglas@mccarter.com | jamestecce@quinnemanuel.com |
| ehollander@whitecase.com | Jbecker@wilmingtontrust.com |
| ehorn@lowenstein.com | jbeemer@entwistle-law.com |
| ekbergc@lanepowell.com | jbird@polsinelli.com |
| ellen.halstead@cwt.com | jbromley@cgsh.com |
| elobello@blankrome.com | jcarberry@cl-law.com |
| erose@herrick.com | jdyas@halperinlaw.net |
| eschwartz@contrariancapital.com | jeffrey.sabin@bingham.com |
| esmith@dl.com | jennifer.demarco@cliffordchance.com |
| ezavalkoff-babej@vedderprice.com | Jesse.Hibbard@ozcap.com |
| ezujkowski@emmetmarvin.com | jfalgowski@reedsmith.com |
| fbp@ppgms.com | jgarrity@shearman.com |
| feldsteinh@sullcrom.com | jguy@orrick.com |
| ffm@bostonbusinesslaw.com | jherzog@gklaw.com |
| fhyman@mayerbrown.com | jhs7@att.net |
| fishere@butzel.com | jhuggett@margolisedelstein.com |
| frank.sodano@americas.bnpparibas.com | jhuh@ffwplaw.com |
| frank.white@agg.com | jkehoe@sbtklaw.com |
| fred.berg@rvblaw.com | jketten@wilkie.com |
| frelingh@hugheshubbard.com | jkurtzman@klehr.com |
| fsosnick@shearman.com | jlee@foley.com |
| gabriel.delvirginia@verizon.net | jlevitin@cahill.com |
| gary.ticoll@cwt.com | jlipson@crockerkuno.com |
| gauchb@sec.gov | jliu@dl.com |
| gbray@milbank.com | jlovi@steptoe.com |
| george.davis@cwt.com | jmathis@lloydstsb-usa.com |
| george_neofitidis@scotiacapital.com | jmazermarino@msek.com |
| giddens@hugheshubbard.com | jmcginley@wilmingtontrust.com |
| gkaden@goulstonstorrs.com | john.rapisardi@cwt.com |
| glee@mofo.com | jorbach@hahnhessen.com |
| glenn.siegel@dechert.com | joseph.scordato@dkib.com |
| grosenberg@co.arapahoe.co.us | joshua.dorchak@bingham.com |
| gschiller@zeislaw.com | jpintarelli@mofo.com |
| hanh.huynh@cwt.com | jporter@entwistle-law.com |
| harveystrickon@paulhastings.com | jrabinowitz@rltlawfirm.com |
| heiser@chapman.com | jschwartz@hahnhessen.com |
| hirsh.robert@arentfox.com | jshickich@riddellwilliams.com |

| | |
|---|---|
| jsmairo@pbnlaw.com | mark.houle@pillsburylaw.com |
| jtimko@allenmatkins.com | martin.davis@ots.treas.gov |
| jtougas@mayerbrown.com | masaki_konishi@noandt.com |
| jwallack@goulstonstorrs.com | matthew.dyer@prommis.com |
| jwang@sipc.org | matthew.klepper@dlapiper.com |
| jweiss@gibsondunn.com | mbenner@tishmanspeyer.com |
| jwhitman@entwistle-law.com | mbienenstock@dl.com |
| jwishnew@mofo.com | mcordone@stradley.com |
| k4.nomura@aozorabank.co.jp | mcto@debevoise.com |
| karen.wagner@dpw.com | mdorval@stradley.com |
| KDWBankruptcyDepartment@kelleydrye.com | metkin@lowenstein.com |
| keith.simon@lw.com | mgreger@allenmatkins.com |
| Ken.Coleman@allenovery.com | mhopkins@cov.com |
| ken.higman@hp.com | michael.halevi@anz.com |
| kgwynne@reedsmith.com | michael.kim@kobrekim.com |
| kiplok@hugheshubbard.com | Michael.mauerstein@citi.com |
| klippman@munsch.com | michael.tan@fubon.com |
| kmayer@mccarter.com | mimi04@handelsbanken.se |
| kmisken@mcguirewoods.com | Mitchell.Ayer@tklaw.com |
| kobak@hugheshubbard.com | mitchell.epner@friedfrank.com |
| korr@orrick.com | mjacobs@pryorcashman.com |
| Kostad@mofo.com | mjedelman@vedderprice.com |
| kovskyd@pepperlaw.com | mkjaer@winston.com |
| kpiper@steptoe.com | mlahaie@akingump.com |
| kressk@pepperlaw.com | mmendez@hunton.com |
| KReynolds@mklawnyc.com | mmickey@mayerbrown.com |
| kristin.going@dbr.com | mmorreale@us.mufg.jp |
| krosen@lowenstein.com | mmurphy@co.sanmateo.ca.us |
| lacyr@sullcrom.com | monica.lawless@brookfieldproperties.com |
| lalshibib@reedsmith.com | mpage@kelleydrye.com |
| Landon@StreusandLandon.com | mrosenthal@gibsondunn.com |
| lattard@kayescholer.com | ms.wu@fubonny.com |
| lawrence.bass@hro.com | MSchleich@fraserstryker.com |
| ldespins@milbank.com | mschonholtz@kayescholer.com |
| lgranfield@cgsh.com | mshiner@tuckerlaw.com |
| linda.boyle@twtelecom.com | mspeiser@stroock.com |
| lisa.kraidin@allenovery.com | mstamer@akingump.com |
| lmarinuzzi@mofo.com | murai24234@nissay.co.jp |
| lml@ppgms.com | nbannon@tishmanspeyer.com |
| lnashelsky@mofo.com | nbruce@lloydstsb-usa.com |
| lromansic@steptoe.com | neal.mann@oag.state.ny.us |
| lschweitzer@cgsh.com | ned.schodek@shearman.com |
| lubell@hugheshubbard.com | newyork@sec.gov |
| lwhidden@salans.com | Nherman@morganlewis.com |
| mabrams@willkie.com | nissay_10259-0154@mhmjapan.com |
| macl01@handelsbanken.se | oipress@travelers.com |
| macronin@debevoise.com | paronzon@milbank.com |
| Malcolm@firstbankny.com | paul.deutch@troutmansanders.com |
| MAOFILING@CGSH.COM | pbosswick@ssbb.com |
| margolin@HughesHubbard.com | pdublin@akingump.com |
| mark.deveno@bingham.com | peter.simmons@friedfrank.com |
| mark.ellenberg@cwt.com | peter.zisser@hklaw.com |

| | |
|---|---|
| peter@bankrupt.com | sfelderstein@ffwplaw.com |
| pfeldman@oshr.com | sfineman@lchb.com |
| phayden@mcguirewoods.com | sfox@mcguirewoods.com |
| pnichols@whitecase.com | sgordon@cahill.com |
| ppascuzzi@ffwplaw.com | Sgross@HodgsonRuss.com |
| ppatterson@stradley.com | sgubner@ebg-law.com |
| prachmuth@reedsmith.com | sharbeck@sipc.org |
| pwirt@ftportfolios.com | shari.leventhal@ny.frb.org |
| pwright@dl.com | sheakkorzun@comcast.net |
| r.stahl@stahlzelloe.com | sheehan@txschoollaw.com |
| ramona.neal@hp.com | sidorsky@butzel.com |
| ranjit.mather@bnymellon.com | slerner@ssd.com |
| raymond.morison@bnymellon.com | smillman@stroock.com |
| rdaversa@orrick.com | snewman@katskykorins.com |
| rdicanto@nabny.com | spiotto@chapman.com |
| rfleischer@pryorcashman.com | splatzer@platzerlaw.com |
| rgmason@wlrk.com | ssmall@us.mufg.jp |
| rgraham@whitecase.com | steele@lowenstein.com |
| rhett.campbell@tklaw.com | stephanie.wickouski@dbr.com |
| richard.lear@hklaw.com | steve.ginther@dor.mo.gov |
| ritkin@steptoe.com | steven.perlstein@kobrekim.com |
| RLevin@cravath.com | steven.wilamowsky@bingham.com |
| RLGold1977@aol.com | Streusand@StreusandLandon.com |
| rmatzat@hahnhessen.com | susan.schultz@newedgegroup.com |
| rmunsch@munsch.com | susheelkirpalani@quinnemanuel.com |
| rnetzer@willkie.com | tarbit@cftc.gov |
| rnies@wolffsamson.com | tbrock@ssbb.com |
| robert.bailey@bnymellon.com | tetsuhiro.toomata@shinseibank.com |
| robert.dombroff@bingham.com | TGoren@mofo.com |
| robert.henoch@kobrekim.com | Thomas_Noguerola@calpers.ca.gov |
| Robert.Holladay@youngwilliams.com | timothy.brink@dlapiper.com |
| robert.malone@dbr.com | timothy.palmer@bipc.com |
| Robert.yalen@usdoj.gov | timothy.white@mizuhocbus.com |
| roberts@pursuitpartners.com | tjfreedman@pbnlaw.com |
| rolfnagel.dahl@dnbnor.no | tkarcher@dl.com |
| ronald.silverman@bingham.com | tkiriakos@mayerbrown.com |
| rreid@sheppardmullin.com | tmacwright@whitecase.com |
| RTrust@cravath.com | tnixon@gklaw.com |
| Russj4478@aol.com | ttracy@crockerkuno.com |
| rwasserman@cftc.gov | tslome@msek.com |
| rwynne@kirkland.com | twatanabe@mofo.com |
| sabin.willett@bingham.com | twheeler@lowenstein.com |
| sagolden@hhlaw.com | vdagostino@lowenstein.com |
| sandra.mayerson@hklaw.com | Villa@StreusandLandon.com |
| schapman@willkie.com | vivek.prashar@lloydstsb.co.uk |
| schristianson@buchalter.com | wanda.goodloe@cbre.com |
| scottshelley@quinnemanuel.com | wbenzija@halperinlaw.net |
| scousins@armstrongteasdale.com | weissjw@gtlaw.com |
| sdg@adorno.com | wfoster@milbank.com |
| sdnyecf@dor.mo.gov | wheuer@dl.com |
| sean@blbglaw.com | wilten@hugheshubbard.com |
| sehlers@armstrongteasdale.com | wisotska@pepperlaw.com |

| |
|---|
| wsilverm@oshr.com |
| wsmith@bocusa.com |
| wtaylor@mccarter.com |
| yamashiro@sumitomotrust.co.jp |
| yasuhiko_imai@smbcgroup.com |

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

| Claim Name | Address Information |
| --- | --- |
| ACE AMERICAN INSURANCE COMPANY | C/O ACE ENVIRONMENTAL RISK,WILLIAM P. HAZELTON (SR. VICE PRESIDENT),436 WALNUT STREET,   PHILADELPHIA, PA 19106 |
| ACE BERMUDA INSURANCE COMPANY | THE ACE BLDG.,ATTN:DAVID JENKINS,POL:LEHMAN 00395 P05,   HAMILTON,   HM 08 BERMUDA |
| ACE BERMUDA INSURANCE LTD. | ACE GLOBAL HEADQUARTERS,ATTN: PHILIPPE BACON,17 WOODBOURNE AVENUE,   HAMILTON,   HM 08 BERMUDA |
| ACE BERMUDA INSURANCE, LTD. | ATTN: JEREMY WRIGHT,17 WOODBURNE AVENUE,   HAMILTON,   HM 08 BERMUDA |
| ACE CASUALTY RISK | ATTN: UNIT UNDERWRITING OFFICER,P O BOX 1000,436 WALNUT STREET - WA 07A,   PHILADELPHIA, PA 19106 |
| ACE ENVIRONMENTAL RISK | ATTN: STEVEN ROTH,1133 AVENUE OF THE AMERICAS,   NEW YORK, NY 10036 |
| ACE EUROPEAN GROUP | ATTN:ROB JONES,ACE BUILDING,100 LEADENHALL STREET,   LONDON,   EC3A 3BP UNITED KINGDOM |
| ACE GLOBAL MARKETS | 100 LEADENHALL STREET,ATTN:JONATHAN TAY, POL:DP614407,   LONDON,   EC3 GB |
| ACE USA | 1133 AVENUE OF THE AMERICAS,ATTN:ALLAN J. MEBERG, POL:GPAD-36110624,   NEW YORK, NY 10036-6710 |
| ACE USA PROFESSIONAL RISK | ATTENTION: CHIEF UNDERWRITING OFFICER,140 BROADWAY, 41ST FLOOR,   NEW YORK, NY 10005 |
| ACE USA, PROFESSIONAL RISK | ATTN: STEVE CARABASES,(POLICY NO.: 003019007),140 BROADWAY, 40TH FLOOR,   NEW YORK, NY 10005 |
| AEGIS | 110 FENCHURCH STREET,ATTN:ALEX POWELL, POL:DP614407,   LONDON,   EC3M 5JT GB |
| AEGIS LONDON | ATTN:STELLA TOMLIN,110 FENCHURCH STREET,   LONDON,   EC3M 5JT UNITED KINGDOM |
| AIG CAT EXCESS | ATTENTION: FINANCIAL LINES,UNDERWRITING DEPT.,70 PINE STREET,   NEW YORK, NY 10270 |
| AIG CAT EXCESS LIABILITY | ATT: KIMALE EVANS,20 RICHMOND ROAD,   PEMBROKE,   HM 08 BERMUDA |
| AIG DOMESTIC CLAIMS, INC. | ATTN: BRIAN CONLIN,(POLICY NO.: 301-90-07),175 WATER STREET,   NEW YORK, NY 10038 |
| AIG DOMESTIC CLAIMS, INC. | ATTN:PETER WALDRON,HIGH EXCESS CLMS UNIT,(POLICY NO.: 349-4864),160 WATER STREET, 19TH FLOOR,   NEW YORK, NY 10038 |
| AIG EXCESS CASUALTY | ATTN:DAVID BAKER, NATL ACCTS UNDERWRITER,175 WATER STREET - 21ST FLOOR,   NEW YORK, NY 10038 |
| AIG RISK MANAGEMENT | ATTN: ELIZABETH JUAREZ, REGIONAL MGR,NATL ACCTS TEL.,32 OLD SLIP - 19TH FLOOR,   NEW YORK, NY 10005 |
| AIG UK LTD | ATTN:DAVID SANKEY,THE AIG BUILDING,58 FENCHURCH STREET,   LONDON,   EC3M 4AB UNITED KINGDOM |
| AIG WORLDSOURCE | 32 OLD SLIP, 20TH FLOOR,ATTN:PATRICK HAGERTY, POL:IMB 752 8838,   NEW YORK, NY 10005 |
| ALLIANZ GLOBAL CORPORATE & | SPECIALTY NORTH AMERICA,225W. WASHINGTON ST. SUITE 2000,ATTN:JOHN DEWITT, POL:CLP 3008964,   CHICAGO, IL 60606-3484 |
| ALLIED WORLD ASSURANCE COMPANY | 27 RICHMOND ROAD,ATTN:MICHAEL COX, POL:P005127/003,   PEMBROKE,   HM 08 BERMUDA |
| ALLIED WORLD ASSURANCE COMPANY LTD. | ATTN: STEPHEN JONES,27 RICHMOND ROAD,   PEMBROKE,   HM 08 BERMUDA |
| AMLIN | ST HELEN'S,1 UNDERSHAFT,ATTN:JOHN BROWN, POL:DP614407,   LONDON,   EC3A 8ND GB |
| AMLIN BERMUDA LTD. | ST HELEN'S,1 UNDERSHAFT,ATTN: ROBERT B. ROBINSON,   LONDON,   EC3A 8ND UNITED KINGDOM |
| AMLIN GROUP | ST HELEN'S,1 UNDERSHAFT,ATTN: ROBERT B. ROBINSON,   LONDON,   EC3A 8ND UNITED KINGDOM |
| AMLIN PLC | ATTN:HOWARD BURNELL,ST.HELEN'S,1 UNDERSHAFT,   LONDON,   EC3A 8ND UNITED KINGDOM |
| AMLIN UNDERWRITING LTD. | ST HELEN'S,1 UNDERSHAFT,ATTN: ROBERT B. ROBINSON,   LONDON,   EC3A 8ND UNITED KINGDOM |
| ARCH INSURANCE COMPANY | EXECUTIVE ASSURANCE CLAIMS,(POLICY NO.: IAP0018995-01),ONE LIBERTY PLAZA, 53RD FLOOR,   NEW YORK, NY 10006 |
| ARCH INSURANCE COMPANY | EXECUTIVE ASSURANCE UNDERWRITING,245 PARK AVENUE 32ND FLOOR,   NEW YORK, NY 10167 |

| Claim Name | Address Information |
|---|---|
| ARCH INSURANCE GROUP | ONE LIBERTY PLAZA, 17TH FLOOR,ATTN:MICHAEL R. RODRIGUEZ, CPCU,POL:PRP 0024150 00,   NEW YORK, NY 10006 |
| ARGENTA HOLDINGS PLC | ATTN:DAVID WATSON,FOUNTAIN HOUSE,130 FENCHURCH STREET,   LONDON,   EC3M 5DJ UNITED KINGDOM |
| ASCOT UNDERWRITING LIMITED | ATTN:ANDREW MOULTON,PLANTATION PLACE,30 FENCHURCH STREET,   LONDON,   EC3M 3BD UNITED KINGDOM |
| ASCOT UNDERWRITING LTD | 14TH FLOOR, PLANTATION PLACE,30 FENCHURCH ST,ATTN:THEO BUTT, POL:DP614407,   LONDON,   EC3V 1LE GB |
| ATRIUM UNDERWRITING PLC | ROOM 790,LLOYDS, 1 LIME STREET,ATTN:SIMON CLEGG, POL:DP614407,   LONDON,   EC3M 7DQ GB |
| ATRIUM UNDERWRITING PLC | ATTN:TOBY DRYSDALE,ROOM 790, LLOYD'S,1 LIME STREET,   LONDON,   EC3M 7DQ UNITED KINGDOM |
| AXIS CAPITAL | 4TH FLOOR, PLANTATION PLACE SOUTH,60 GREAT TOWER STREET,ATTN:RICHARD HOUSLEY, POL:DP614407,   LONDON,   EC3R 5AZ GB |
| AXIS FINANCIAL INSURANCE SOLUTIONS | CONNELL CORPORATE PARK,(POLICY NO.: MNN 729822/01/2007),300 CONNELL DRIVE, SUITE 2000,   BERKLEY HEIGHTS, NJ 07922-0357 |
| AXIS FINANCIAL INSURANCE SOLUTIONS | CONNELL CORPORATE PARK,300 CONNELL DRIVE, SUITE 2000,   BERKLEY HEIGHTS, NJ 07922-0357 |
| AXIS RE LTD | MOUNT HERBERT COURT, 34 UPPER MOUNT ST,ATTN:DANIEL WALSH, POL:B0509DU349607, DUBLIN 2,   EC3R 5AZ IRELAND |
| AXIS SPECIALITY EUROPE LTD | 4TH FLOOR, PLANTATION PLACE SOUTH,60 GREAT TOWER STREET,   LONDON,   EC3R 5AZ GB |
| AXIS SPECIALTY LIMITED | ATTN: CHRISTOPHER KELLY,92 PITTS BAY ROAD,   PEMBROKE,   HM 08 BERMUDA |
| AXIS US | ONE STATE ST. SUITE 1700,ATTN:MARK BARONI, POL:RGB708489-07,   HARTFORD, CT 06103 |
| BEAZLEY GROUP PLC | PLANTATION PLACE SOUTH,60 GREAT TOWER STREET,ATTN:ALASTAIR ROBSON, POL:DP614407,   LONDON,   EC3R 5AD GB |
| BRIT INSURANCE | ATTN:RICHARD MANDER,55 BISHOPSGATE,   LONDON,   EC2N 3AS UNITED KINGDOM |
| CANOPIUS | 36 GRACECHURCH STREET,ATTN:MICHAEL DUFFY, POL:DP614407,   LONDON,   EC3V 0BT GB |
| CANOPIUS MANAGING AGENTS LTD | ATTN:PHILIP SANDLE,GALLERY 9, THE LLOYD'S BUILDING,1 LIME STEET,   LONDON, EC3M 7HA UNITED KINGDOM |
| CATLIN SYNDICATE | ATTN:PAUL SIMPSON,3 MINSTER COURT,MINCING LANE,   LONDON,   EC3R 7DD UNITED KINGDOM |
| CATLIN UNDERWRITING AGENCIES LTD | 3 MINSTER COURT, MINCING LANE,ATTN:DAVID SLADE, POL:DP614407,   LONDON,   EC3R 7YD GB |
| CATLIN UNDERWRITING AGENCIES LTD | 3 MINSTER COURT, MINCING LANE,ATTN:CHRIS KING, POL:B05909DU348107,   LONDON, EC3R 7YD GB |
| CHAUCER SYNDICATE 1084 | ATTN:PHIL GRAHAM,PLANTATION PLACE,30 FENCHURCH STREET,   LONDON,   EC3M 3AD UNITED KINGDOM |
| CHUBB | KIM HOGREFE, ESQ.,5 MOUNTAIN VIEW ROAD,   WARREN, NJ 07059 |
| CHUBB | ATTN: KIM HOGREFE, ESQ.,(POLICY NO.: 6800-5473),5 MOUNTAIN VIEW ROAD,   WARREN, NJ 07059 |
| CHUBB | EXECUTIVE PROTECTION PRACTICE,5 MOUNTAIN VIEW ROAD,   WARREN, NJ 07059 |
| CHUBB | 55 WATER STREET,ATTN:KEITH SLATTERY, POL:3578-68-56,   NEW YORK, NY 10041 |
| CHUBB GROUP OF INSURANCE COMPANIES | TTN: HUMPHREYS FULANI,55 WATER STREET,   NEW YORK, NY 10041 |
| COMPLETE EQUITY MARKETS, INC. | ATTN: BRENDA TEEMS,1190 FLEX COURT,   LAKE ZURICH, IL 60047 |
| CONTINENTAL CASUALTY COMPANY | ATTN: KEVIN LEACH,40 WALL STREET,   NEW YORK, NY 10005 |
| CONTINENTAL CASUALTY INSURANCE | 40 WALL STREET,   NEW YORK, NY 10005 |
| CUSTOMER ASSET PROTECTION CO (CAPCO) | C/O KIMBERLY WHITCOMB, CPA VICE PRES,CAPTIVE SOLUTIONS MARSH MGMT SVCS INC,100 BANK STREET, SUITE 610,   BURLINGTON, VT 05401 |
| CVSTARR | ATTN:KEVIN MASSEY,3RD FLOOR,140 LEADENHALL STREET,   LONDON,   EC3V 4QT UNITED KINGDOM |
| ENDURANCE SPECIALTY | ATTN: FORBES GEEKIE,WELLESLY HOUSE,90 PITTS BAY ROAD,   PEMBROKE,   HM 08 |

| Claim Name | Address Information |
|---|---|
| ENDURANCE SPECIALTY | BERMUDA |
| EXECUTIVE LIABILITY UNDERWRITERS | ATTN: STEVEN GLADSTONE,(POLICY NO.: ELU101620-07),ONE CONSTITUTION PLAZA, 16TH FLOOR,   HARTFORD, CT 06103 |
| FIDELITY & DEPOSIT COMPANY OF MARYLAND | 3910 KESWICK ROAD,   BALTIMORE, MD 21211 |
| GEP II, LLC | 555 FIFTH AVENUE,ATTN:SHARON M. HERBERT,POL:GEP1987 & GEP19888,   NEW YORK, NY 10017 |
| GLACIER INSURANCE AG | ZOLLSTRASSE 82,ATTN:JASON MORTIMER, POL:ND166,   SCHAAN,   FL-9494 LIECHTENSTEIN |
| GREAT AMERICAN | (POLICY 5860279),49 E. FOURTH STREET, 9TH FLOOR,   CINCINNATI, OH 45202 |
| GREAT AMERICAN | (POLICY 5860280),49 E. FOURTH STREET, 9TH FLOOR,   CINCINNATI, OH 45202 |
| GREAT AMERICAN | (POLICY 5231293),49 E. FOURTH STREET, 9TH FLOOR,   CINCINNATI, OH 45202 |
| GREAT AMERICAN | (POLICY 5231294),49 E. FOURTH STREET, 9TH FLOOR,   CINCINNATI, OH 45202 |
| GREAT AMERICAN INSURANCE | 40 RECTOR STREET, 15TH FLOOR,   NEW YORK, NY 10006-1778 |
| GREGORY DEKKER | SENIOR VICE PRESIDENT,AIG AVIATION, INC.,80 PINE STREET, 10TH FLOOR,   NEW YORK, NY 10005 |
| HARDY UNDERWRITING GROUP PLC | 4TH FLOOR,40 LIME STREET,ATTN:ANTHONY HEPBURN, POL:DP614407,   LONDON,   EC3M 7AW GB |
| HCC GLOBAL FINANCIAL PRODUCTS | ATTENTION: UNDERWRITER, ERIC RUSH,111 TOWN SQUARE PLACE, SUITE 1201,   JERSEY CITY, NJ 07310 |
| HCC GLOBAL FINANCIAL PRODUCTS | ATTN: RICH RUFFEE,(POLICY NO.: 24-MGU-07-A15762),P.O. BOX 4018,   FARMINGTON, CT 06034 |
| HERITAGE | KNOLLYS HOUSE,47 MARK LANE,ATTN:RICHARD HARDCASTLE, POL:DP614407,   LONDON, EC3R 7QQ GB |
| HISCOX | ATTN:PETER GOWER,1 GREAT ST HELENS,   LONDON,   EC3A 6HX UNITED KINGDOM |
| HOUSTON CASUALTY | 40 LIME STREET,ATTN:ANDREW MIDDLETON, POL:DP614407,   LONDON,   EC3M 5BS GB |
| ICI MUTUAL INSURANCE COMPANY | PROFESSIONAL LIABILITY CLAIMS,PO BOX 730,   BURLINGTON, VT 05402-0730 |
| ILLINOIS NATIONAL INSURANCE COMPANY | ATTN: ED PINTO,175 WATER STREET,   NEW YORK, NY 10038 |
| ILLINOIS NATIONAL INSURANCE COMPANY | 175 WATER STREET,   NEW YORK, NY 10038 |
| INTER HANNOVER | 60 FENCHURCH STREET,ATTN:URSULA HARBINSON,POL:07993A0000M & 07994A0000M, LONDON,   EC3M 4AD GB |
| IRONSHORE INSURANCE LTD. | SWAN BLDG.,26 VICTORIA STREET,ATTN:ROD TODD, POL:007EP0701001,   HAMILTON, BERMUDA |
| LANCASHIRE INS CO | MINTFLOWER PLACE, 8 PAR-LA-VILLE ROAD,ATTN:CHARLES MATHIAS, POL:DU348107(1), HAMILTON,   HM 08 BERMUDA |
| LANCASHIRE INS CO | LEVEL 11, VITRO,60 FENCHURCH STREET,ATTN:PAULA PORTER, POL:DP614407,   LONDON, EC3M 4AQ GB |
| LEXINGTON | 100 SUMMER ST.,ATTN:JOHN MAGLIOCCO, POL:6685239,   BOSTON, MA 02110 |
| LEXINGTON (AIG) | FINANCIAL SQUARE, 32 OLD SLIP - 20TH FLR,ATTN:ROB CRUZ, POL:9406835,   NEW YORK, NY 10005 |
| LIBERTY INSURANCE UNDERWRITERS INC. | ATTN: ALAN MANDEL, ASSISTANT VICE PRES,55 WATER STREET - 18TH FLOOR,   NEW YORK, NY 10041 |
| LIBERTY MUTUAL PROPERTY | 52 TRAPPER LANE,ATTN:RALPH BOTTI,POL:MQ2 L9L 531 759 027,   LEVITTOWN, NY 11756 |
| LIBERTY SYNDICATES | ATTN:ROBERT SCOTT-MACKIE,5TH FLOOR, PLANTATION PLACE SOUTH,60 GREAT TOWER STREET,   LONDON,   EC3R 5AZ UNITED KINGDOM |
| LLOYD'S BUILDING | 1 LIME STREET,   LONDON,   EC3M 7HA GB |
| LLOYD'S SYNDICATE 2001 | ST HELEN'S,1 UNDERSHAFT,ATTN: ROBERT B. ROBINSON,   LONDON,   EC3A 8ND GB |
| LLOYDS OF LONDON | ONE LIME STREET,   LONDON,   EC3M 7HA GB |
| LLOYDS OF LONDON | C/O LOCKE, LORD, BISSELL & LIDDEL,111 SOUTH WACKER DRIVE SUITE 4200,   CHICAGO, IL 60606 |
| MAP UNDERWRITING | 110 FENCHURCH STREET,ATTN:ANDREW GROOM, POL:DP614407,   LONDON,   EC3M 5JT GB |
| MARKEL INTERNATIONAL | THE MARKEL BUILDING,49 LEADENHALL STREET,ATTN:HENRY STURGE, POL:DP614407, LONDON,   EC3A 2EA GB |
| MARKEL INTERNATIONAL | ATTN:SIMON URRY,THE MARKEL BUILDING,49 LEADENHALL STREET,   LONDON,   EC3A 2EA |

| Claim Name | Address Information |
|---|---|
| MARKEL INTERNATIONAL | UNITED KINGDOM |
| MARSH LIMITED | FINPRO PRACTICE,TOWER PLACE,   LONDON,   EC3R 5BU GB |
| MAX BERMUDA LTD. | #2 FRONT STREET,ATTN:STEVE SCHREIBER,POL:18325-2203-PRMAN-2007,   HAMILTON,   HM 11 BERMUDA |
| MONTPELIER REINSURANCE LTD. | MONTPELIER HOUSE, 94 PITT'S BAY ROAD,ATTN:MALCOLM GRAHAM-TAYLOR,POL:M2NCB66258,   PEMBROKE,   HM 08 BERMUDA |
| NATIONAL UNION FIRE INS CO OF PITT PA | MICHAEL B. MULVEY, JR., ASSISTANT VP,FINANCIAL INST. DIV, AIG EXEC LIABILITY,175 WATER STREET, 4TH FLOOR,   NEW YORK, NY 10038 |
| NATIONAL UNION FIRE INSURANCE CO | (POLICY BE7251067),70 PINE STREET,   NEW YORK, NY 10270 |
| NATIONAL UNION FIRE INSURANCE COMPANY | OF PITTSBURGH, PA,ATTN: DAVID CHIN,175 WATER STREET,   NEW YORK, NY 10038 |
| NATL UNION FIRE INSURANCE CO OF PITT PA | ATTN: AIG FINANCIAL INSTITUTIONS,UNDERWRITING DEPT,175 WATER ST,   NEW YORK, NY 10038 |
| NAVIGATORS | ATTN:DEMIAN SMITH,7TH FLOOR, 2 MINSTER COURT,MINCING LANE,   LONDON,   EC3R 7BB UNITED KINGDOM |
| NORTHERN ASSURANCE COMPANY OF AMERICA | C/O MICHELE GALLEGO, MARINE SPECIALIST,INTERNATIONAL MARINE UNDERWRITERS,77 WATER ST. 16TH FLOOR,   NEW YORK, NY 10005 |
| PROFESSIONAL INDEMNITY AGENCY, INC. | ATTN: DIVERSIFIED FINANCIAL PRODUCTS,(POLICY NO.: U707-60579),37 RADIO CIRCLE DRIVE, PO BOX 5000,   MT. KISCO, NY 10549 |
| PROFESSIONAL INDEMNITY AGENCY, INC. | ATTN: DIVERSIFIED FINANCIAL PRODUCTS,(UNDERWRITING),37 RADIO CIRCLE DR, PO BOX 5000,   MT. KISCO, NY 10549 |
| QBE MARINE & ENERGY 1036 | ATTN:DARYL EWER,PLANTATION PLACE,30 FENCHURCH STREET,   LONDON,   EC3M 3BD UNITED KINGDOM |
| RISK SPECIALISTS COMPANY OF NY, INC. | 32 OLD SLIP, 20TH FLOOR,ATTN:JOSEPH L. POBEGA, CPCU, AU,POL:6685239,   NEW YORK, NY 10005 |
| ROYAL & SUN ALLIANCE INSURANCE PLC | LEADENHALL COURT,1 LEADENHALL STREET,   LONDON,   EC3V 1PP GB |
| RSUI (LANDMARK AMERICAN INSURANCE CO) | 945 EAST PACES FERRY ROAD, SUITE 1800,ATTN:CARTER SCHLENKE,POL:LHD355604 & LHD355606,   ATLANTA, GA 30326-1160 |
| ST PAUL SYNDICATE | 60 GRACECHURCH STREET,ATTN:COLIN CLULOW, POL:DP614407,   LONDON,   EC3V 0HR GB |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY | ATTN: GEN CARUSO,485 LEXINGTON AVE.,   NEW YORK, NY 10017 |
| ST. PAUL TRAVELERS | ATTN:ANGELA G HAYES,FPS SPECIALTY CLAIMS,(POLICY NO.: 590CM3054),485 LEXINGTON AVENUE,   NEW YORK, NY 10017 |
| STRATEGIC RISK SPECIALISTS | (A DIVISION OF GMAC RE),44 VILLAGE COURT,ATTN:JOSEPH L. MEER, POL:XIN34197, HAZLET, NJ 07730 |
| SWISS RE INTERNATIONAL SE | MYTHENQUAI 50/60,ATTN:JAN BERGER, POL:MH60260.1-2007,   ZURICH,   CH-8022 SWITZERLAND |
| TALBOT UNDERWRITING | ATTN:PHILIP FURLONG,55 GRACECHURCH STREET,   LONDON,   EC3V 0JP UNITED KINGDOM |
| TALBOT UNDERWRITING LTD | GRACECHURCH HOUSE,55 GRACECHURCH STREET,ATTN:STEVE LLOYD, POL:DP614407, LONDON,   EC3V 0JP GB |
| THE HARTFORD | HARTFORD FINANCIAL PRODUCTS,2 PARK AVENUE, 5TH FLOOR,   NEW YORK, NY 10016 |
| TRAVELERS | ATTENTION: PROFESSIONAL E&O,UNDERWRITING DEPT.,485 LEXINGTON AVE,   NEW YORK, NY 10017 |
| TRAVELERS PROPERTY CASUALTY COMPANY | OF AMERICA,ATTN: BRADY THOMAS,485 LEXINGTON AVENUE, STE 400,   NEW YORK, NY 10017-2630 |
| U.S. SPECIALTY INSURANCE COMPANY | ATTN: KERRI CUNNINGHAM,8 FOREST PARK DRIVE,P.O. BOX 4018,   FARMINGTON, CT 06034 |
| UNDERWRITERS AT LLOYDS | (POLICY B066408164A07),C/O THOMPSON HEATH & BOND LTD.,107 LEADENHALL STREET, 7TH FLOOR,   LONDON,   EC3A 4AF GB |
| UNDERWRITERS AT LLOYDS | (POLICY B066408164B07),C/O THOMPSON HEATH & BOND LTD.,107 LEADENHALL STREET, 7TH FLOOR,   LONDON,   EC3A 4AF GB |
| VICTOR O. SCHINNERER & CO., INC. | ATTN: SARAH KATZ,TWO WISCONSIN CIRCLE, SUITE 1100,   CHEVY CHASE, MD 20815 |
| VIGILANT INSURANCE COMPANY | ATTN: MIKE MACHIN,55 WATER STREET, 28TH FLOOR,   NEW YORK, NY 10041 |

| Claim Name | Address Information |
|---|---|
| WATKINS SYNDICATE | ATTN:JULIUS WILSON,ST HELENS,1 UNDERSHAFT,   LONDON,    EC3A 8EE UNITED KINGDOM |
| WHARF RE | MARSH MANAGEMENT SVCS. - P.O. BOX 530,ATTN:KIMBERLY WHITCOMB,POL:XS02;2008PRIUK01;2008NBC01;2008T02,  BURLINGTON, VT 05402-0530 |
| XL HOUSE | ATTN:ROB MCADAMS,70 GRACECHURCH STREET,   LONDON,   EC3V 0XL UNITED KINGDOM |
| XL INSURANCE (BERMUDA) LTD | XL HOUSE,ONE BERMUDIANA ROAD,   HAMILTON,   HM 11 BERMUDA |
| XL PROFESSIONAL | EXECUTIVE LIABILITY UNDERWRITERS,100 CONSTITUTION PLAZA, 16TH FLOOR,  HARTFORD, CT 06103 |
| XL SPECIALTY INSURANCE COMPANY | 100 CONSTITUTION PLAZA,17TH FLOOR,   HARTFORD, CT 06103 |
| ZURICH | 1 LIBERTY PLAZA - 21ST FLOOR,ATTN:ALEX BLOCKE, POL:PPR 5915262-02 &,   NEW YORK, NY 10036 |
| ZURICH AMERICAN INSURANCE COMPANY | ATTN: RT THOMAS,ONE LIBERTY PLAZA, 30TH FLOOR,   NEW YORK, NY 10006 |
| ZURICH AMERICAN INSURANCE COMPANY | 1 LIBERTY PLAZA, 30TH FLOOR,   NEW YORK, NY 10006 |
| ZURICH EXCESS CASUALTY | ATTN: JASMINE FLORCRUZ, UNDERWRITER,ONE LIBERTY PLAZA - 32ND FLOOR,   NEW YORK, NY 10006 |

**Total Creditor Count 138**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,   KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,   HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,   TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG,BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS,33 WHITEHALL STREET, 21ST FLOOR, NEW YORK, NY 10004 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,   TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 35**