UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
                                   :

In re                             :       **Chapter 11 Case No.**

                                   :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :       **08-13555 (JMP)**

                                   :

                   **Debtors.**        :       **(Jointly Administered)**

                                   :

                                   :

-------------------------------------------------------------------x

## DECLARATION OF DAVID COLES
## PURSUANT TO RULE 1007-2 OF THE LOCAL BANKRUPTCY
## <u>RULES FOR THE SOUTHERN DISTRICT OF NEW YORK</u>

        DAVID COLES makes this declaration under 28 U.S.C. § 1746, and

states:

        1.      I am the Chief Financial Officer of Lehman Brothers Holdings Inc.

("<u>LBHI</u>") and its affiliated debtors (collectively, the "<u>Debtors</u>") that have commenced

cases under chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  In

those capacities, I am familiar with the general state of the Debtors' financial affairs.  I

submit this Declaration pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the

Southern District of New York (the "<u>Local Rules</u>") in order to provide parties in interest

with the information described in Local Rule 1007-2(a)(6) – (12) and (b).

        2.      On September 15, 2008, the Debtors submitted the Affidavit of Ian

T. Lowitt [Docket No. 2], which set forth the information required by Local Rule 1007-

2(a)(1)-(4).  On September 16, 2008, the Court entered an order extending the time for

the Debtors to file the information set forth in Local Rule 1007-2(a)(5) – (12) and (b) by

an additional 45 days.[1]  On September 25, 2008, the Debtors filed a Schedule listing the

largest secured claims, on a consolidated basis, pursuant to Local Rule 1007-2(a)(5)

[Docket No. 359].  This Declaration is intended to provide information required by Local

Rule 1007-2, and as a supplement to the information previously filed as set forth above.

## VI.

## Information Required by Local Rule 1007-2(a)(6)-(12) and (b)

3.        Pursuant to Local Rule 1007-2(a)(6), Schedule 1 hereto provides a

summary of the Debtors' assets and liabilities.

4.        Pursuant to Local Rule 1007-2(a)(7), Schedule 2 hereto provides

information regarding the Debtors' publicly held securities, including a separate list of

the public securities held by the Debtors' officers and directors.

5.        Pursuant to Local Rule 1007-2(a)(8), Schedule 3 hereto lists

certain of the Debtors' property that is known, based upon available information, to be in

the possession of other persons.  The Debtors are not currently aware of all of the

property within the scope of this rule but are continuing to review their books and

records.  In the ordinary course of business, property of the Debtors was likely placed in

the possession of various other persons, including maintenance and repair service

providers, shippers, common carriers, facility providers, materialmen, custodians, public

officers, mortgagees, pledgees, assignees of rents, secured creditors or agents thereof.  In

light of the movement of all such property, a comprehensive list of the persons or entities

---

[1] Order Pursuant to Section 105(a) of the Bankruptcy Code and Local Bankruptcy Rule 1007-2(d)
Extending the Time to Comply with Requirements of Local Bankruptcy Rule 1007-2(a) and 1007-2(b)
[Docket No. 49].

in possession of the property, their addresses and telephone numbers, and the location of any court proceeding affecting such property is currently unavailable.

6. Pursuant to Local Rule 1007-2(a)(9), Schedule 4 hereto provides a list of premises owned, leased or held under other arrangement from which the Debtors operated their businesses as of September 15, 2008.

7. Pursuant to Local Rule 1007-2(a)(10), Schedule 5 hereto provides information regarding the location of the Debtors' assets and the location of their books and records.

8. Pursuant to Local Rule 1007-2(a)(11), Schedule 6 hereto provides a summary of the nature and present status of significant legal actions or proceedings commenced against the Debtors prior to the petition date.

9. Pursuant to Local Rule 1007-2(a)(12), Schedule 7 hereto provides a list of the names of the individuals who comprised the Debtors' senior management as of September 15, 2008, their tenure with the Debtors, and a brief summary of their relevant responsibilities and experience.

10. Pursuant to Local Rule 1007-2(b)(1)-(2)(A), (C), Schedule 8 hereto provides the estimated payroll to the Debtors' employees who are not officers and directors, and the estimated amount to be paid to officers and directors, as well as the three restructuring advisors from Alvarez & Marsal North America, LLC who are serving as executive officers (Chief Restructuring Officer, Chief Financial Officer, and Chief Operating Officer) for the Debtors ("A&M"), during the time periods set forth therein. No payments have been made to A&M during the relevant time period and thus the

amounts to be paid are estimated based on A&M's applicable hourly rates and hours worked.

        11.     Pursuant to Local Rule 1007-2(b)(3), to the best of my knowledge and belief, following due inquiry, and based on currently available information for three of the Debtors, Schedule 9 hereto provides an estimate of cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.  The estimate of cash receipts and disbursements, net cash gain or loss, was derived from known cash flows within five bank accounts that were established on a postpetition basis by such Debtors.  The Debtors currently have limited access to information regarding certain of their prepetition bank accounts due to restrictions imposed by certain banks that maintain such accounts. Information regarding obligations and receivables expected to accrue that remain unpaid, other than professional fees, was derived from cash flow projections for the period of October 15, 2008 through November 15, 2008.

I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Dated this 31st day of October 2008

By: /s/ *David Coles*
    David Coles
    Chief Financial Officer

## SCHEDULE 1

### Consolidated Assets and Liabilities
### (as of May 31, 2008)

| ASSETS | |
|---|---:|
| Cash and cash equivalents | 6,513,000,000 |
| Cash and securities segregated and on deposit for regulatory and other purposes | 13,031,000,000 |
| Financial instruments and other inventory positions owned[1] | 269,409,000,000 |
| Collateralized agreements: | |
| Securities purchased under agreements to resell | 169,684,000,000 |
| Securities borrowed | 124,842,000,000 |
| Receivables: | |
| Brokers, dealers, and clearing organizations | 16,701,000,000 |
| Customers | 20,784,000,000 |
| Others | 4,236,000,000 |
| Property, equipment, and leasehold improvements:[2] | 4,278,000,000 |
| Other assets | 5,853,000,000 |
| Identifiable intangible assets and goodwill[3] | 4,101,000,000 |
| **TOTAL ASSETS** | **$ 639,432,000,000** |
| LIABILITIES | |
| Short-term borrowings and current portion of long-term borrowings[4] | 35,302,000,000 |
| Financial instruments and other inventory positions sold but not yet purchased | 141,507,000,000 |
| Collateralized financings: | |
| Securities sold under agreements to repurchase | 127,846,000,000 |
| Securities loaned | 55,420,000,000 |
| Other secured borrowings[5] | 24,656,000,000 |
| Payables: | |
| Brokers, dealers, and clearing organizations | 3,835,000,000 |
| Customers | 57,251,000,000 |
| Accrued liabilities and other payables | 9,802,000,000 |
| Deposit liabilities at banks[6] | 29,355,000,000 |
| Long-term borrowings[7] | 128,182,000,000 |
| **TOTAL LIABILITIES** | **$ 613,156,000,000** |

---

[1] Includes $43,031,000,000 pledged as collateral.

[2] Net of accumulated depreciation and amortization.

[3] Net of accumulated amortization.

[4] Includes $9,354,000,000 at fair value.

[5] Includes $13,617,000,000 at fair value.

[6] Includes $10,252,000,000 at fair value.

[7] Includes $27,278,000,000 at fair value.

**SCHEDULE 2**

**PUBLICLY HELD SECURITIES**[1]

**Equity Securities**
**(as of September 15, 2008)**

| Type of Security | Number of Shares | Approximate Number of Record Holders |
|---|---|---|
| Common Stock | 789,226,317 | 23,112[2] |
| Preferred Stock – Series C | 5,000,000[3] | 5 |
| Preferred Stock – Series D | 4,000,000[4] | 9 |
| Preferred Stock – Series F | 13,800,000[5] | 1 |
| Preferred Stock – Series G | 12,000,000[6] | 1 |
| Preferred Stock – Series J | 75,900,000[7] | 1 |

---

[1] Except as otherwise noted in this Schedule 2, the securities identified consist of those that were issued by LBHI and that were listed either on the American Stock Exchange LLC ("Amex") or the New York Stock Exchange ("NYSE"), as of September 15, 2008. LBHI was notified on September 17, 2008 and September 18, 2008, by Amex and NYSE, respectively, that such securities were being delisted. Other than LBHI, no other Debtor entity issued publicly held securities.

[2] Registered Shareholders on the books and records of the Debtors' transfer agent, The Bank of New York Mellon.

[3] Represented by Depositary Shares, each representing a 1/10 interest in a share of Preferred Stock.

[4] Represented by Depositary Shares, each representing a 1/100 interest in a share of Preferred Stock.

[5] Represented by Depositary Shares, each representing a 1/100 interest in a share of Preferred Stock.

[6] Represented by Depositary Shares, each representing a 1/100 interest in a share of Preferred Stock.

[7] Represented by Depositary Shares, each representing a 1/100 interest in a share of Preferred Stock.

| | | |
|---|---|---|
| Preferred Stock – Series P | 2,818,843 | 1 |
| Preferred Stock – Series Q | 1,466,930 | 1 |
| Lehman Brothers Holdings Floating Rate MCAPS[8] | 500,000 | |
| Lehman Brothers Holdings 5.857% MCAPS[9] | 1,000,000 | |

**Debt Securities**
**(as of September 15, 2008)**

LBHI has issued various debt securities including the publicly-held debt securities identified below.

1.    Pursuant to an Indenture, dated September 1, 1987 (as amended, the "Senior Indenture"), between LBHI and Citibank, N.A. as trustee, LBHI has issued from time to time in various series, senior unsecured debt securities which have been registered pursuant to the Securities Act of 1933.  The Senior Indenture does not limit the amount of debt securities that may be issued thereunder or the amount of indebtedness that LBHI can incur.

2.    The following debt securities are listed on Amex:

- Opta Exchange-Traded Notes due February 25, 2038;

- Medium Term Notes, Series I, Due February 16, 2012;

- Medium Term Notes, Series I, Due May 15, 2010;

- Dow Jones Global Titans 50 IndexSM SUNS Stock Upside Note Securities Due February 9, 2010;

- Dow Jones Industrial Average SUNS Stock Upside Note Securities Due April 29, 2010;

- Index-Plus Notes Due December 23, 2009;

---

[8] Each Floating Rate MCAPS consists of (1) a contract to purchase one depositary share representing 1/100th of a share of certain LBHI Preferred Stock with a liquidation preference of $100,000 per share and (2) a trust preferred security of Lehman Brothers Holdings Capital Trust VIII.

[9] Each Fixed Rate MCAPS consists of (1) a contract to purchase one depositary share representing 1/100th of a share of certain LBHI Preferred Stock with a liquidation preference of $100,000 per share, and (2) a trust preferred security of Lehman Brothers Capital Trust VII.

- Index-Plus Notes Due March 3, 2010;

- Index-Plus Notes Due November 15, 2009;

- Index-Plus Notes Due September 28, 2009;

- Nikkei 225SM Index SUNS Stock Upside Note Securities Due June 10, 2010; and

- S&P 500 Index Callable SUNS Stock Upside Note Securities Due November 6, 2009.

**Securities Held By the Debtors' Directors and Officers**
**As of September 15, 2008**

| Name of Officer or Director | Number of Securities Held |
|---|---|
| John F. Akers | 18,000 shares of Common Stock |
| Roger S. Berlind | 480,000 shares of Common Stock |
| Richard S. Fuld, Jr. | 96,440 shares of Common Stock |
| Sir Christopher Gent | 6,140 shares of Common Stock |
| John Macomber | 116,876 shares of Common Stock |
| Scott J. Freidheim | 11,661 shares of Common Stock |

## SCHEDULE 3

### DEBTORS' PROPERTY NOT IN THE DEBTORS' POSSESSION

| TYPE OF PROPERTY | VALUE OF PROPERTY | LOCATION OF PROPERTY AND/OR PERSON IN POSSESSION |
|---|---|---|
| RENT DEPOSIT | $800 | LEONARD E DWYER & MARCIA B DWYER<br>5266 OWERA PT; CAZENOVIA, NY 13035 |
| AUTO LEASE DEPOSIT | $749 | AUDI AUTO LEASE |
| RENT DEPOSIT | $850 | HUNTSVILLE NC |
| ELECTRIC DEPOSIT | $400 | NIAGARA MOHAWK POWER (CAZENOVIA) |
| REFUNDABLE RETAINER | $1,440 | NINE PENN CENTER ASSOCIATES, L.P.<br>C/O REIT MANAGEMENT & RESEARCH; PO BOX 845976; BOSTON MA 02284-5976 PHILADELPHIA |
| REFUNDABLE RETAINER | $3,386 | DENVER |
| ELECTRIC DEPOSIT | $88,290 | CON EDISON (FOR 10TH AVENUE) 55 BROAD STREET; 22ND FLOOR; NEW YORK, NEW YORK 01004 |
| RENT DEPOSIT | $100,000 | CONSULTATIO INVERSORA S.A. BUENOS AIRES-ALEM PLAZA |
| RENT DEPOSIT | $165,000 | MIDDLEFIELD PARK ASSOCIATES<br>C/O WILLIS & CO; 3130 ALPINE ROAD, SUITE 190; PORTOLA VALLEY, CA 94028 |
| SECURITY DEPOSIT | $150,834 | EQUITY OWNER HOLDINGS LOS ANGELES |

## SCHEDULE 4

### PREMISES OWNED, LEASED, OR HELD UNDER OTHER ARRANGEMENT FROM WHICH THE DEBTORS OPERATE THEIR BUSINESSES

#### Owned Real Property

| Location of Property | Owner Entity |
|---|---|
| 745 7TH AVENUE NEW YORK, NY 10019* | LB 745 LLC |
| 27 COMMERCE DRIVE, CRANFORD, NJ 07016* | LB 745 LLC |
| PARKRIDGE 7 – PARKING LOT | LEHMAN BROTHERS HOLDINGS INC. |

#### Leased Real Property

| Location of Property | Owner Entity |
|---|---|
| 680 NEWPORT CENTER DR, NEWPORT BEACH, CALIFORNIA 92660 | THE IRVINE COMPANY |
| 555 CALIFORNIA STREET- 30TH FLOOR, SAN FRANCISCO, CALIFORNIA 94104 | HWA 555 OWNERS, LLC |
| 555 CALIFORNIA STREET- 41ST FLOOR, SAN FRANCISCO, CALIFORNIA 94104 | HWA 555 OWNERS, LLC |
| 101 HUDSON STREET, 11TH FLOOR PLUS PORTION OF 27 AND ANCILLARY SPACES, JERSEY CITY, NEW JERSEY 07302 | 101 HUDSON LEASING ASSOCIATES |
| 101 HUDSON STREET, 32ND FLOOR, JERSEY CITY, NEW JERSEY 07302 | 101 HUDSON LEASING ASSOCIATES |
| 220 EAST 42ND STREET, 29TH, 34TH & BASEMENT FLOORS, NEW YORK, NEW YORK 10017 | SLG 220 NEWS OWNER LLC |
| 101 HUDSON JERSEY CITY, NEW JERSEY 07302 (SUBLEASED – CHARTER MAC PART 27TH, 39TH & 40TH), | 101 HUDSON LEASING ASSOCIATES |
| 101 HUDSON JERSEY CITY, NEW JERSEY 07302 (SUBLEASED – FRANKLIN CREDIT – 25TH) | 101 HUDSON LEASING ASSOCIATES |
| 101 HUDSON JERSEY CITY, NEW JERSEY 07302 (SUBLEASED – FRENKEL – 38TH ) | 101 HUDSON LEASING ASSOCIATES |
| 101 HUDSON JERSEY CITY, NEW JERSEY 07302 (SUBLEASED-PWC–26TH ) | 101 HUDSON LEASING ASSOCIATES |
| 220 EAST 42ND – 34TH FLOOR NEW YORK, NEW YORK 10017 (SUBLEASED TJM INSTITUTIONAL) | SLG 220 NEWS OWNER LLC |

| | |
|---|---|
| 600 MADISON AVENUE, NEW YORK, NEW YORK 10022 | 600 PARTNERS COMPANY |
| 399 PARK AVENUE (4TH FLR) NEW YORK, NEW YORK 10022 | CLEARBRIDGE ADVISORS LLC |
| 399 PARK AVENUE (MAILROOM) NEW YORK, NEW YORK 10022 | BP 399 PARK AVENUE LLC |
| 399 PARK AVENUE (CAFETERIA) NEW YORK, NEW YORK 10022 | BP 399 PARK AVENUE LLC |
| 399 PARK AVENUE (5TH FLOOR) NEW YORK, NEW YORK 10022 | BP 399 PARK AVENUE LLC |
| 399 PARK AVENUE (6TH FLOOR) NEW YORK, NEW YORK 10022 | BP 399 PARK AVENUE LLC |
| 399 PARK AVENUE (8TH FLOOR) NEW YORK, NEW YORK 10022 | BP 399 PARK AVENUE LLC |
| 399 PARK AVENUE (9TH FLOOR) NEW YORK, NEW YORK 10022 | BP 399 PARK AVENUE LLC |
| 399 PARK AVENUE (11TH FLOOR) NEW YORK, NEW YORK 10022 | BP 399 PARK AVENUE LLC |
| 399 PARK AVENUE (15TH FLOOR) NEW YORK, NEW YORK 10022 | BP 399 PARK AVENUE LLC |
| 399 PARK AVENUE (16TH FLOOR) | BP 399 PARK AVENUE LLC |
| 6666 EAST 75TH STREET INDIANAPOLIS, IN 46250 | FOR 1031 HERITAGE PARK II, LLC |
| 1271 AVENUE OF THE AMERICAS FL-39, NEW YORK, NEW YORK 10020 (SUBLEASED – ONE WILLIAMS ST CAPITAL MGMT PARTNERSHIP) | HISTORIC TW, INC |
| 1271 AVENUE OF THE AMERICAS FL-39, NEW YORK, NEW YORK 10020 (SUBLEASED-R3 CAPITAL MANAGEMENT, LP) | HISTORIC TW, INC |
| 85 TENTH AVENUE NEW YORK, NEW YORK 10011 | 85 TENTH AVENUE ASSOCIATES, LLC |
| 1271 AVENUE OF THE AMERICAS NEW YORK, NEW YORK 10020 (BM, SB LEVELS, FLS 3,35,37-38, 40-46) | HISTORIC TW INC |
| 600 TRAVIS STREET (67TH FLOOR); HOUSTON, TEXAS 77002 | TEXAS TOWER LIMITED |
| 600 TRAVIS STREET (72ND FLOOR); HOUSTON, TEXAS 77002 | TEXAS TOWER LIMITED |
| 390 SOUTH WOODS MILL ROAD; CHESTERFIELD (ST LOUIS) MISSOURI 63017 | THE REALTY ASSOCIATES FUND VIII L.P. |
| 141 WEST JACKSON BLVD (CABINET); CHICAGO, ILLINOIS 60604 | BOARD OF TRADE OF THE CITY OF CHICAGO, INC |
| 1 VICTORIA STREET - CUMBERLAND HOUSE – HAMILTON | |
| 605 THIRD AVENUE NEW YORK, NEW YORK 10016 | |
| 111 RIVER STREET; HOBOKEN, NEW JERSEY 07030 | CPR (USA) Inc |
| 50 DEY STREET, JERSEY CITY (WAREHOUSE) NEW JERSEY 07306 | HANOVER MOVING & STORAGE COMPANY, INC |
| 25510 COMMERCENTRE DRIVE, 1ST FLOOR, LAKE FOREST, CALIFORNIA 92630 | NEW TOWER TRUST COMPANY MULTI-EMPLOYER PROPERTY TRUST |

| | |
|---|---|
| 25520 COMMERCENTRE DRIVE, 1ST FLOOR, LAKE FOREST, CALIFORNIA 92630 | NEW TOWER TRUST COMPANY MULTI-EMPLOYER PROPERTY TRUST |
| 25510 COMMERCENTRE DRIVE, 2ND FLOOR, (WAREHOUSED SPACE) LAKE FOREST, CALIFORNIA 92630 | NEW TOWER TRUST COMPANY MULTI-EMPLOYER PROPERTY TRUST |
| 10350 PARK MEADOWS DRIVE, LITTLETON, COLORADO 80124 | DENVER UNITED LLC |
| 2 PEACHTREE HILL ROAD, LIVINGSTON, NEW JERSEY 07039 | AIG TECHNOLOGIES |
| 300 MAIN STREET, DUBUQUE, IOWA 52001 | 300 MAIN LLC |
| 6300 S. SYRACUSE WAY CENTENNIAL, CO 80111 (SUBLEASED – FORSYTHE SOLUTIONS GROUP) | LEGACY III CENTENNIAL, LLC |
| 605 THIRD AVENUE, NEW YORK, NEW YORK 10016 | 605 THIRD AVENUE FEE LLC |
| 401 EAST JACKSON STREET, 24TH FLR, TAMPA, FLORIDA 33602 | CMD ST FINANCIAL CENTRE, LLC |
| 4700 W SAM HOUSTON PARKWAY W, HOUSTON, TEXAS 77041 | GUGGENHEIM CONCOURSE, L.P. |
| 4001 SOUTH 700 EAST (LBCB) SALT LAKE CITY, UTAH 84107 | JDJ PROPERTIES, INC. |
| 10420 LITTLE PATUXENT PARKWAY (NB) COLUMBIA, MARYLAND 21044 | 20 CCC Business Trust |
| 1301 AVENUE OF THE AMERICAS (7TH FL) NEW YORK, NEW YORK 10019 | PRICEWATERHOUSE COOPERS, LLP |
| CALGARY - 150 SIXTH AVENUE, SUITE 3370 - PETROCANADA * | PCC PROPERTIES (CALGARY) LTD. |
| CALGARY - 855 2ND STREET, 38TH FLOOR - BANKERS HALL (SUBLEASED - BLAKES SERVICES)* | MACKENZIE FINANCIAL CORPORATION |
| BUENOS AIRES - AV. LEANDRO N. ALEM 855 - TORRE ALEM PLAZA - DIRECT USER* | CONSULTATIO INVERSORA S.A. |
| 1501 W. FOUNTAINHEAD PKWY., SUITE 130, TEMPE, ARIZONA 85282* | TEMPE FOUNTAINHEAD CORPORATE, LLC |
| RIO DE JANEIRO - (HQ TEMPORARY)* | RIO DE JANEIRO - (HQ TEMPORARY) |
| SAO PAULO - FARIA LIMA SQ* | MILLENNIUM DE INVESTIMENTOS IMOBILIARIOS LTDA |
| 155 LINFIELD DRIVE, MENLO PARK, CALIFORNIA 94025* | MIDDLEFIELD PARK ASSOCIATES |
| 1450 FRAZEE ROAD SAN DIEGO, CALIFORNIA , 92108* (2,866 SF SUBLEASED FROM BNC MORTGAGE) | SAN DIEGO - FRAZEE, LLC |
| 10250 CONSTELLATION BLVD - MGM GRAND - 24TH FLOOR (BC), LOS ANGELES, CALIFORNIA 90067* | CONSTELLATION PLACE, LLC |
| 10250 CONSTELLATION BLVD - MGM GRAND - 25TH FLOOR (NC), LOS ANGELES, CALIFORNIA 90067* | CONSTELLATION PLACE, LLC |
| 10880 WILSHIRE BLVD., LOS ANGELES, CALIFORNIA 90024* | CA-10880 WILSHIRE LIMITED PARTNERSHIP |

| | |
|---|---|
| 3000 SAND HILL ROAD, MENLO PARK, CALIFORNIA 94025* | SHARON LAND COMPANY, LLC |
| 1475 S. BASCOM AVENUE, CAMPBELL, CALIFORNIA 95008* | CREEKSIDE BUSINESS MALL LLC |
| 22632 E. GOLDEN SPRINGS DRIVE DIAMOND BAR (COVINA), CALIFORNIA 91765* | ROSEMEAD PROPERTIES, INC. |
| 500 NORTH CENTRAL, GLENDALE, CALIFORNIA 91203* | GRE GLENDALE LLC |
| 18200 VON KARMAN AVE., SUITES 200, 250 (SUBLEASED ), IRVINE, CALIFORNIA 92614* | THE IRVINE COMPANY LLC |
| 1901 MAIN STREET, IRVINE, CALIFORNIA 92614* | PIEDMONT OPERATING PARTNERSHIP, L.P. |
| 1100 GLENDON LOS ANGELES, CALIFORNIA 90024 (SUBLEASED - FRONTLINE MANAGEMENT GROUP)* | TRIZEC WESTWOOD CENTER LLC |
| 1450 FRAZEE ROAD, SAN DIEGO, CALIFORNIA 92108* | SAN DIEGO- FRAZEE, LLC |
| 1450 FRAZEE ROAD (9,366 TOTAL RSF - 6,500 RSF VACANT), SAN DIEGO, CALIFORNIA 92108* | SAN DIEGO- FRAZEE, LLC |
| 16 MARKET SQUARE CENTER DENVER, COLORADO* (HQ/REGUS - NB) | HQ GLOBAL WORKPLACES |
| CENTENNIAL (DENVER) - 6300 S. SYRACUSE WAY CENTENNIAL (DENVER) COLORADO (SUBLEASED - REDDSHELL CORP.)* | LEGACY III CENTENNIAL, LLC |
| 327 INVERNESS DRIVE, ENGLEWOOD, COLORADO 80112* | TRIPLE NET PROPERTIES, LLC |
| 4100 E MISS. AVE. GLENDALE (DENVER), COLORADO 80246* | MOUNTAIN TOWERS PROPERTIES, LLC |
| 8 SOUND SHORE DRIVE, GREENWICH, CONNECTICUT 06830* | 8 SOUND SHORE ASSOCIATES, LLC |
| 2001 K STREET NW (SUBLEASE), WASHINGTON, DC 20006* | CLIFFORD CHANCE US LLP |
| 1399 NEW YORK AVE WASHINGTON, DC 20005 (SUBLEASED - THE ASHCROFT GROUP)* | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| 919 NORTH MARKET STREET (NB), WILMINGTON, DELAWARE 19801* | B&R 919, LLC |
| 1000 WEST STREET - BRANDYWINE BUILDING (LBB), WILMINGTON, DELAWARE, 19801* | BRANDYWINE OFFICE INVESTMENTS LLC |
| 1111 BRICKELL AVENUE - BARCLAY'S FINANCIAL CENTER, MIAMI, FLORIDA 33131* | 1111 BRICKELL OFFICE, LLC |
| 450 ROYAL PALM WAY, PALM BEACH, FLORIDA 33480 (LICENSE AGREEMENT FOR 1,704 ON 6TH FLOOR)* | PALM BEACH PARK CENTRE 4, LLC |
| 3414 PEACHTREE ROAD, ATLANTA, GEORGIA 30326* | MONARCH CENTRE ASSOCIATES, LLC |

| | |
|---|---|
| ATLANTA - (EAGLE) - 3060 PEACHTREE ROAD, NW - ONE BUCKHEAD PLAZA, ATLANTA, GEORGIA 30305* | ARGONNE CAPITAL GROUP |
| 4400 ALEXANDER DRIVE (SUBLEASED - COYOTE LOGISTICS, L.L.C., ALPHARETTA, GEORGIA 30022* | NBS BROOKSIDE 700/800, L.L.C. |
| 100 SOUTH WACKER DRIVE - 19 & 20TH FLOOR (TAL), CHICAGO, ILLINOIS 60606* | MJH WACKER LLC |
| 190 S. LASALLE STREET - 22ND FLOOR (NC), CHICAGO, ILLINOIS 60603* | SP4 190 S. LASALLE, L.P. |
| 190 S. LASALLE STREET - 23RD FLOOR (NC), CHICAGO, ILLINOIS 60603* | SP4 190 S. LASALLE, L.P. |
| 190 S. LASALLE STREET - 24TH FLOOR (NC), CHICAGO, ILLINOIS 60603* | SP4 190 S. LASALLE, L.P. |
| 190 S. LASALLE STREET - 25TH FLOOR, CHICAGO, ILLINOIS 60603* | SP4 190 S. LASALLE, L.P. |
| 190 S. LASALLE STREET - 26TH FLOOR, CHICAGO, ILLINOIS 60603* | SP4 190 S. LASALLE, L.P. |
| 190 S. LASALLE STREET - 27TH FLOOR, CHICAGO, ILLINOIS 60603* | SP4 190 S. LASALLE, L.P. |
| CHICAGO (LIGHTPOINT CAPITAL) - 200 W MONROE STREET, CHICAGO, ILLINOIS 60606* | JBC FUNDS 200 WEST MONROE LLC |
| NAPERVILLE - (EAGLE) - 2948 ARTESIAN ROAD (SUITE 104C), NAPERVILLE, ILLINOIS 60564* | STILLWATER DEVELOPMENT, LLC |
| NAPERVILLE - (EAGLE) - 2948 ARTESIAN ROAD (SUITE 104D), NAPERVILLE, ILLINOIS 60564* | STILLWATER DEVELOPMENT, LLC |
| NAPERVILLE - (EAGLE) - 2948 ARTESIAN ROAD(SUITE 104E), NAPERVILLE, ILLINOIS 60564* | STILLWATER DEVELOPMENT, LLC |
| 311 SOUTH WACKER DRIVE CHICAGO, ILLINOIS 60606 (SUBLEASED - KAPLAN HIGHER EDUCATION)* | WACKER DRIVE LIMITED PARTNERSHIP |
| DOWNERS GROVE (CHICAGO) - CORRIDORS ONE TOWER II, DOWNERS GROVE, ILLINOIS * | CORRIDORS I & II/LOUDOUN II SPE FEECO, L.L.C. |
| 1051 PERIMETER DR, SUITE 525 SCHAUMBURG, ILLINOIS 60173 (SUBLEASED - HTC AMERICA)* | BENEFICIARIES OF NORTH STAR TRUST COMPANY TITLE HOLDING LAND TRUST |
| 125 HIGH STREET - 16TH FLOOR (BC), BOSTON, MASSACHUSETTS 02110* | 125 HIGH STREET LP |
| 125 HIGH STREET - 17TH FLOOR (NC), BOSTON, MASSACHUSETTS 02110* | 125 HIGH STREET LP |
| 400 PROFESSIONAL DRIVE, GAITHERSBURG, MARYLAND 20879* | CROWN POINT, L.L.C. |
| MEXICO CITY - AV. PASEO DE LA REFORMA 265 COL. CUAUHTEMOC* | DEUTSCHE IMMOBILIEN FONDS AKTIENGESELLSCHAFT |

| | |
|---|---|
| SOUTHFIELD (DETROIT) - 300 GALLERIA OFFICENTRE SOUTHFIELD, MICHIGAN 48034* | GALLERIA PROPERTIES, LLC |
| 7760 FRANCE AVENUE SOUTH MINNEAPOLIS, MINNESOTA 55435 (HQ/REGUS - NB)* | HQ GLOBAL WORKPLACES |
| 70 HUDSON STREET, JERSEY CITY NJ 07302* | 70 HUDSON STREET, LLC |
| 40 CORPORATE PLACE SOUTH, PISCATAWAY, NEW JERSEY 08854* | CORPORATE PARK ASSOCIATES |
| 230 PARK AVENUE* , FLORHAM PARK, NEW JERSEY 07932 | NORMANDY REAL ESTATE PARTNERS |
| 5450 W. SAHARA AVENUE, SUITE 200, LAS VEGAS, NEVADA 89146* | 5450 WEST SAHARA LLC |
| 1301 AVENUE OF THE AMERICAS (FLRS SUBCONC, CONC, 2-6 & MSC) NEW YORK, NEW YORK 10019* | 1301 PROPERTIES OWNER L.L.C |
| 1301 AVENUE OF THE AMERICAS (PT. 6TH FLR) NEW YORK, NEW YORK 10019- SSUBL W/HURON* | HURON CONSULTING GROUP LLC |
| 1301 AVENUE OF THE AMERICAS (8TH FLR) NEW YORK, NEW YORK 10019 - SUBL W/DEUTSCHE* | DEUTSCHE BANK AG, NEW YORK BRANCH |
| 1301 AVENUE OF THE AMERICAS (9TH FLR) NEW YORK, NEW YORK 10019- SUBL W/DEUTSCHE* | DEUTSCHE BANK AG, NEW YORK BRANCH |
| 1301 AVENUE OF THE AMERICAS (12TH FLR) NEW YORK, NEW YORK 10019- SUBL W/WASSERSTEIN* | WPGH, LLC |
| 45 BROADWAY, NEW YORK, NEW YORK 10006* | TELWARES, INC. |
| 65 BROADWAY - 14TH FLOOR (TAL DC) NEW YORK, NEW YORK 10006* | ARCHIPELAGO HOLDINGS, INC. |
| 780 THIRD AVENUE (TAL)* NEW YORK, NEW YORK | TEACHERS INSURANCE AND ANNUITY ASSOC. OF AMERICA |
| 220 EAST 42ND  -32ND, 33 + BASEMENT* NEW YORK, NEW YORK 10017 | SLG 220 NEWS OWNER LLC |
| 50 BROADWAY* NEW YORK, NEW YORK 10004 | 50 BROADWAY REALTY CORP. |
| ELMSFORD (TARRYTOWN) - 570 TAXTER ROAD ELMSFORD, NEW YORK 10523 (SUBLEASED - STG COMPUTER SYSTEMS)* | MACK-CALI CW REALTY ASSOCIATES L.L.C. |
| 1 WORLD FINANCIAL CENTER NEW YORK, NEW YORK 10281 (SUBLEASED - GLOBAL FOREX - 22ND)* | BROOKFIELD PROPERTIES ONE WFC CO. LLC |
| 1 WORLD FINANCIAL CENTER NEW YORK, NEW YORK 10281 (SUBLEASED - RSKO - 27TH - 29TH)* | BROOKFIELD PROPERTIES ONE WFC CO. LLC |
| 1 WORLD FINANCIAL CENTER NEW YORK, NEW YORK 10281 (SUBLEASED - TATA - 21ST)* | BROOKFIELD PROPERTIES ONE WFC CO. LLC |
| 2600 CORPORATE EXCHANGE DRIVE, COLUMBUS, OHIO 43231* | EASTRICH NO. 167 CORPORATION |

| | |
|---|---|
| 312 WALNUT STREET CINCINNATI, OHIO 45202 (HQ/REGUS - NB)* | HQ GLOBAL WORKPLACES |
| 161 BAY STREET, 42ND FLOOR, TORONTO, ONTARIO, CANADA * | CT TOWER INVESTMENTS INC |
| 1735 MARKET STREET - MELLON BANK CENTER, PHILADELPHIA, PENNSYLVANIA 19103* | NINE PENN CENTER ASSOCIATES, LP |
| 767 ELECTRONIC DRIVE, HORSHAM, PENNSYLVANIA 19044* | LIBERTY PROPERTY LIMITED PARTNERSHIP |
| 270 MUNOZ RIVERA AVENUE, HATO REY, PUERTO RICO* | MCPR UNIT V LP, S.E. |
| 3100 WEST END AVENUE NASHVILLE, TENNESSEE 37203 (SUBLEASED - CHERNAU, CHAFFIN & BURNSED)* | AMERICAN CENTER |
| 200 CRESCENT COURT, DALLAS, TEXAS 75201* | CRESCENT TC INVESTORS LP |
| 325 N. ST. PAUL STREET (FORMER CROSSROADS) DALLAS, TEXAS 75201- DIRECT USER* | FOUR POINT STAR OPERATING COMPANY, L.P. |
| 15305 DALLAS PARKWAY ADDISON, TEXAS 75001 HQ/REGUS (MCD CORPORATE)* | HQ GLOBAL WORKPLACES |
| DALLAS - 4100 MIDWAY ROAD CARROLLTON, TEXAS 75007 (SUBLEASED)* | CB OFFICE 10, LTD. |
| HOUSTON (EAGLE) - 7904 N SAM HOUSTON PARKWAY W HOUSTON, TEXAS 77064 (SUBLEASED - EFLEX RESOURCES)* | SANDTRAP II, LTD. |
| 501 W PRESIDENT GEORGE BUSH PARKWAY, RICHARDSON, TEXAS 75080* | CUSTER COURT, L.P. |
| MONTEVIDEO - RICON 477 - DIRECT USER* | LEMPIRA S.R.L., R.U.C. |
| MIDVALE (SALT LAKE CITY) - 1225 EAST FORT UNION BLVD MIDVALE, UTAH 84047 (SUBLEASED - TTA)* | WLA UPU 1 AND 2, LLC |
| 1145 GASKINS ROAD, SUITE 100, RICHMOND, VIRGINIA 23238* | COURTSIDE WEST, LLC |
| 701 FIFTH AVENUE, SEATTLE, WASHINGTON 98104* | COLUMBIA CENTER PROPERTY LLC |
| TUKWILA (SEATTLE) – 16400 SOUTHCENTER PARKWAY, TUKWILA, WASHINGTON 98188* | SUNRAY INVESTMENTS |

* Assigned to Barclays Capital Inc.

## <u>SCHEDULE 5</u>

## LOCATION OF DEBTORS' ASSETS, BOOKS AND RECORDS

### Location of Debtors' Substantial Assets

The Debtors have assets located around the world, in locations throughout North America, South America, Latin America, Europe and Asia.

### Books and Records

A significant amount of the Debtors' records are stored electronically and are therefore accessible from offices the Debtors maintain around the world.  Otherwise, many of the Debtors' books and records are also kept in the ordinary course of business at the Debtors' office located at 399 Park Avenue, New York, New York, 10022.

## SCHEDULE 6

## SIGNIFICANT LITIGATION COMMENCED
## AGAINST THE DEBTORS PRIOR TO SEPTEMBER 15, 2008

| Title of Action (Including Index or Docket Number) | Court | Case Number(s) | Nature of Action | Status |
|---|---|---|---|---|
| Alaska Electrical Pension Fund v. Lehman Brothers Holdings Inc., et al. | Supreme Court of the State of New York, County of Nassau | 08-011341 (NY St. Ct.)<br><br>2:08-cv-02816-ADS-ARL (NY Eastern Dist. Ct.) | Securities Class Action | Recently filed and pending |
| Steven A. Stender, et al. v. James A. Cardwell, et al. | United States District Court for the District of Colorado | 07-cv-2503 | Fiduciary duty class action | Defendants' motion to dismiss pending |
| Jack P. Katz v. Ernest A. Gerardi, Jr., et al. | Circuit Court of Cook County, Illinois | 08-cv-04035 | Fraud | Recently filed and pending |
| In Re: Municipal Derivatives Litigation[1] | United Sates District Court for the Southern District of New York | 08-md-01950 | Municipal Derivatives Litigation | Recently filed and pending, several consolidated cases |
| Southeastern Pennsylvania Transportation Authority, et al. v. Lehman Brothers Holdings, Inc., et al. | United States District Court for the Northern District of Illinois | 08-cv-02431 | Mortgage related matter | Recently filed and pending |
| Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al. | United States District Court for the Southern District of New York | 08-cv-05523 | Mortgage related matter | Recently filed and pending |

---

[1] Lead case identified, the following are consolidated member cases of *In Re: Municipal Derivatives Litigation*: *Hinds County, Mississippi v. Wachovia Bank N.A. et al.; Haywood County, Tennessee v. Bank of America, N.A. et al; Fairfax County, Virginia v. Packerkiss Securities, Inc.; Fairfax County, Virginia v. Bank of America; Mayor and City Counsel [sic] of Baltimore v. Wachovia Bank N.A. et al; Washington County, Tennessee v. Bank of America, N.A. et al; City of Oakland, California v. AIG Financial Product Corp.; Central Bucks School District v. Bank of America, NA; Central Buck [sic] School District v. Wachovia Bank, NA.*

| Title of Action (Including Index or Docket Number) | Court | Case Number(s) | Nature of Action | Status |
|---|---|---|---|---|
| Alex E. Rinehart et al. v. Lehman Brothers Holdings, Inc. et al. | United States District Court for the Southern District of New York | 08-cv-5598 | Mortgage related matter | Recently filed and pending |
| City of Cleveland v. Deutsche Bank Trust Company, et al. | United States District Court for the Northern District of Ohio | 08-cv-00139 | Forclosure related | Motion for remand pending |
| In re Public Offering Antitrust Litigation[2] | United States District Court, Southern District of New York | 98-cv-07890 | Antitrust | Stayed pending class certification in In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation |
| In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation[3] | United States District Court, Southern District of New York | 00-cv-07804 | Antitrust | Remanded from Second Circuit to determine if case may proceed as class action |
| In re Mirant Corporation Securities Litigation | United States District Court, Northern District of Georgia | 02-cv-01467 | Securities Litigation | Partially dispositive motions pending |
| Fogarazzo, et al. v. Lehman Brothers Inc., et al. | United States District Court, Southern District of New York | 03-cv-05194 | Research Analyst Independence Litigation | Stayed pending decision in In re Salomon Analyst Metromedia |
| Bader and Yakaitis P.S.P. and Trust, et al. v. Michael L. Ainslie, et al. | New York State Supreme Court, New York County | 610889-2003 | Derivative action | Recently filed and pending |
| In re Short Sale Antitrust Litigation | United States District Court, Southern District of New York | 06-cv-02859 | Antitrust | Motion to dismiss granted, pending appeal |

---

[2] According to PACER, case dismissed pursuant to Federal Rule of Civil Procedure 41(a) on May 16, 2008.

[3] Associated case of *In Re Public Offering Antitrust Litigation*.

| Title of Action (Including Index or Docket Number) | Court | Case Number(s) | Nature of Action | Status |
|---|---|---|---|---|
| Avenius, et al. v. Banc of America Securities LLC, et al. | California Superior Court | CGC-06-453422 | Antitrust | Recently filed and pending |
| Overstock.com, Inc., et al. v. Morgan Stanley & Co., Inc., et al. | California Superior Court, San Francisco | CGC-07-460147 | Antitrust | Recently filed and pending |
| In re Lehman Brothers Holdings, Inc. Derivative Litigation | United States District Court, Southern District of New York | | Stock option related derivative action | Recently filed and pending |

## SCHEDULE 7

## DEBTORS' SENIOR MANAGEMENT AS OF SEPTEMBER 15, 2008

| Name/Position | Summary of Responsibilities and Experience |
| --- | --- |
| **Richard S. Fuld, Jr.**<br>Chairman and Chief Executive Officer | Richard S. Fuld, Jr. has been the chief executive officer of Lehman Brothers Holdings Inc. and its affiliates since 1993. Mr. Fuld was president and chief operating officer of Lehman Brothers Holdings Inc. and Lehman Brothers Inc. from 1993 to 1994. He was president and co-chief executive officer of the Lehman Brothers Division of Shearson Lehman Brothers Inc. from 1990 to 1993. Mr. Fuld was a vice chairman of Shearson Lehman Brothers from 1984 until 1990 and has been a director of Lehman Brothers Inc. since 1984. He joined Lehman Brothers in 1969. Mr. Fuld received his B.A. from the University of Colorado and his M.B.A. from the New York University Stern School of Business. |
| **Riccardo Banchetti**<br>Co-Chief Executive Officer, Europe and the Middle East | Riccardo Banchetti is co-chief executive officer for Lehman Brothers Europe and the Middle East, a position he has held since September 2008. Mr. Banchetti joined Lehman Brothers in 1993. He was the head of European Fixed Income Sales from 2002 to 2006 and served as chief executive officer for Lehman Brothers, Italy from 2007 to September 2008. Mr. Banchetti was previously with Bankers Trust before he joined Lehman Brothers. He holds a degree in economics from the University of Rome. |
| **Eric Felder**<br>Global Co-Head of Fixed Income | Eric Felder is global co-head of the Fixed Income Division at Lehman Brothers Holdings Inc., a position he has held since September 2008. Mr. Felder joined Lehman Brothers in 1994 and has held a variety of roles in the firm's Fixed Income Division since then. In June 2008, he was appointed head of Global Credit Products. Mr. Felder was previously with the D. E. Shaw Group. Mr. Felder earned his B.S. with dual concentrations in finance and decision sciences from the University of Pennsylvania. |
| **Scott J. Freidheim**<br>Chief Administrative Officer | Scott J. Freidheim is an executive vice president and chief administrative officer of Lehman Brothers Holdings Inc. He is responsible for global oversight of Legal, Compliance and Audit; Corporate Communications, Marketing and Brand Management; Corporate Security; Corporate Services; Diversity; Human Resources; Recruiting; and Talent Management. Mr. Freidheim received his B.A. from Northwestern University and his M.B.A. from the Northwestern University Kellogg School of Management. |
| **Michael Gelband**<br>Global Head of Capital Markets | Michael Gelband is global head of Capital Markets for Lehman Brothers Holdings Inc., a position he has held since June 2008. Mr. Gelband joined Lehman Brothers in 1983. Mr. Gelband was global head of the Fixed Income Division from 2005 to 2007. He was global head of Fixed Income Liquid Markets from 2000 to 2005, with responsibility for Interest Rate Products, Foreign Exchange and Securitized Products. Mr. Gelband received a B.B.A. from the University of Georgia and an M.B.A. from the University of Michigan. |

| Name/Position | Summary of Responsibilities and Experience |
|---|---|
| **David Goldfarb**<br>Chief Strategy Officer | David Goldfarb is chief strategy officer of Lehman Brothers Holdings Inc., a position he has held since June 2008. Mr. Goldfarb was global head of Strategic Partnerships, Principal Investing and Risk since October 2006. He was chief administrative officer of Lehman Brothers from 2004 to 2006 and, prior to that, served as chief financial officer from 2000 to 2004. Additionally, he served as global controller from 1995 to 2000. Mr. Goldfarb joined Lehman Brothers in 1993. Prior to joining Lehman Brothers, Mr. Goldfarb was a senior partner in Ernst & Young's Financial Services practice, where he worked from 1979 to 1993. |
| **Alex Kirk**<br>Global Head of Principal Investing | Alex Kirk is global head of Principal Investing at Lehman Brothers Holdings Inc., a position he has held since June 2008. Mr. Kirk joined Lehman Brothers Fixed Income Division in 1994 as global head of the Distressed Debt business with responsibility for trading, sales and research and in 2002 was named global head of the High Yield business. From 2006 to 2007, Mr. Kirk served as head of Global Credit Products. He also recently served as co-chief operating officer for the Fixed Income Division. Prior to joining Lehman Brothers, Mr. Kirk was head of Distressed Trading at Kidder, Peabody and Co. Mr. Kirk holds a B.A. in economics from Trinity College and is a chartered financial analyst. |
| **Hyung S. Lee**<br>Global Co-Head of Fixed Income | Hyung S. Lee is global co-head of the Fixed Income Division at Lehman Brothers Holdings Inc., a position he has held since September 2008. Mr. Lee joined Lehman Brothers in 1993. In 1997, he was named head of High Yield and Distressed Trading for Asia. From 2002 to 2005, he served as head of Fixed Income, Asia-Pacific. In 2005, he was named head of Capital Markets, Asia-Pacific. Mr. Lee has a B.S. in economics from the University of Pennsylvania. |
| **Stephen M. Lessing**<br>Head of Client Relationship Management | Stephen M. Lessing is head of Client Relationship Management at Lehman Brothers Holdings Inc., a position he has held since 2002. Mr. Lessing joined Lehman Brothers in 1980 as an associate in the Fixed Income Division. In his 27 years with Lehman Brothers, he has held a number of senior management positions, including head of Global Fixed Income Sales and Research, head of Global Equity Sales and Research, co-head of Global Capital Markets, and head of Private Client Services. Mr. Lessing received his B.A. from Fairfield University, and his M.B.A. from Fordham University. |
| **Christian Meissner**<br>Co-Chief Executive Officer, Europe and the Middle East | Christian Meissner is co-chief executive officer for Lehman Brothers Europe and the Middle East, a position he has held since September 2008. Mr. Meissner joined Lehman Brothers in January 2004 as co-head of Investment Banking, Germany and Austria. From February 2006 to April 2008, he served as co-head of Investment Banking, Europe and in April 2008, was named sole head. Mr. Meissner was previously with Goldman Sachs for 10 years. He holds a B.A. in European history from Princeton University. |
| **Thomas A. Russo**<br>Vice Chairman/Chief Legal Officer | Thomas A. Russo is an executive vice president and the chief legal officer of Lehman Brothers Holdings Inc. Mr. Russo is a vice chairman of Lehman Brothers Inc. He is responsible for Lehman Brothers' Legal, Compliance and Audit group. Prior to joining the firm in January 1993, Mr. Russo was a partner at Cadwalader, Wickersham & Taft and a member of its Management Committee. From 1971 to 1975, he was an associate at Cadwalader, Wickersham & Taft. Mr. Russo also worked as an attorney in the Division of Market Regulation of the Securities and Exchange Commission from 1969 until 1971. He received his B.A. from Fordham University. Mr. Russo earned his J.D. at Cornell Law School and his M.B.A. at Cornell's Johnson School of Management. |

| Name/Position | Summary of Responsibilities and Experience |
|---|---|
| **George H. Walker**<br>Global Head of Investment Management | George H. Walker is global head of the Investment Management Division at Lehman Brothers Holdings Inc.  In this role, Mr. Walker oversees Asset Management, including Neuberger Berman, Private Investment Management and Private Equity businesses.  Previously, Mr. Walker was head of Alternative Investment Strategies for Goldman Sachs Asset Management and a partner of the firm.  Mr. Walker earned his B.A./B.S. from the University of Pennsylvania and an M.B.A. from the Wharton School. |

# SCHEDULE 8

**ESTIMATED PAYROLL FOR THE PERIOD BEGINNING
SEPTEMBER 19, 2008 AND ENDING OCTOBER 31, 2008
(EXCLUSIVE OF OFFICERS AND DIRECTORS)**

| Week | Estimated Payroll |
|------|-------------------|
| Week of 9/19/08 | $0.00 |
| Week of 10/3/08 | $3,219,686.00 |
| Week of 10/17/08 | $1,606,890.00 |
| Week of 10/31/08 | $1,336,571.00 |

**ESTIMATED PAYMENTS BY THE DEBTORS FOR SERVICES PROVIDED BY
OFFICERS, DIRECTORS, AND A&M DURING THE PERIOD BEGINNING
SEPTEMBER 15, 2008 AND ENDING OCTOBER 15, 2008**

| Persons Receiving Payment | Estimated Payments |
|---------------------------|--------------------|
| Officers / Directors | $2,000,000[1] |
| A&M | $590,950.00[2] |

---

[1] No salaries were paid to officers or other employees during the week ending September 19, 2008. Further, officers and employees of LBHI and its affiliates were typically paid on a bi-weekly basis. Accordingly, the figure provided represents an estimate of the aggregate salary that would have been payable to officers of LBHI and its affiliates over one and a half pay periods (three weeks).

[2] No payments have been made to A&M during the relevant time period. The amounts to be paid are estimated based on A&M's applicable hourly rates and hours worked.

## SCHEDULE 9

### DEBTORS' ESTIMATED CASH DISBURSEMENTS AND RECEIPTS
### FOR THE 30-DAY PERIOD FOLLOWING THE COMMENCEMENT DATE

### Lehman Brothers Holdings Inc.

| | |
|---|---|
| Cash Receipts | $835,730,385 |
| Cash Disbursements | $363,742,342[1] |
| Net Cash Gain | $471,988,043 |
| Unpaid Obligations | $71,202,000 |
| Unpaid Receivables | $363,967,000 |

### LB 745 LLC

| | |
|---|---|
| Cash Receipts | $959,112,556 |
| Cash Disbursements | $205,123,179[2] |
| Net Cash Gain | $753,989,377 |
| Unpaid Obligations | $0 |
| Unpaid Receivables | $0 |

### PAMI Statler Arms LLC

| | |
|---|---|
| Cash Receipts | $0 |
| Cash Disbursements | $0 |
| Net Cash Gain | $0 |
| Unpaid Obligations | $0 |
| Unpaid Receivables | $0 |

---

[1] A portion of this amount is attributable to funding non-debtor affiliates of LBHI in order to preserve the value of assets.

[2] Approximately $200 million of this amount was used to pay off postpetition financing provided to the Debtors by Barclays Capital Inc.