WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                                :
**In re**                                                       :    **Chapter 11 Case No.**
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*                     :    **08-13555 (JMP)**
                                                                :
                      **Debtors.**                              :    **(Jointly Administered)**
                                                                :
----------------------------------------------------------------x

## NOTICE OF PROPOSED FINAL ORDER
### APPROVING DEBTORS' MOTION PURSUANT TO
### SECTIONS 105(a), 345(b), 363(b), 363(c)
### AND 364(a) OF THE BANKRUPTCY CODE AND BANKRUPTCY
### RULES 6003 AND 6004 (A) FOR AUTHORIZATION TO
### (i) CONTINUE USING EXISTING CENTRALIZED CASH
### MANAGEMENT SYSTEM, AS MODIFIED, (ii) HONOR
### CERTAIN PREPETITION OBLIGATIONS RELATED TO
### THE USE OF THE CASH MANAGEMENT SYSTEM, AND
### (iii) MAINTAIN EXISTING BANK ACCOUNTS AND
### BUSINESS FORMS; AND (B) FOR AN EXTENSION OF TIME
### <u>TO COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE</u>

PLEASE TAKE NOTICE that attached hereto as Exhibit "A" is a black-line of the proposed final order reflecting revisions to the interim order, dated October 20, 2008, approving the Motion, dated October 3, 2008 [docket no. 669] (the "<u>Motion</u>"), including the Supplement to the Motion, dated October 10, 2008 [docket no. 826], of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors in possession (together, the "<u>Debtors</u>"), pursuant to sections 105(a),

345(b), 363(b), 363(c) and 364(a) of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 6003 and 6004 of the Federal Rules of Bankruptcy Procedure, (A) for authorization to (i) continue to use the Debtors' centralized cash management system (the "<u>Cash Management System</u>"); (ii) honor certain prepetition obligations related to the Cash Management System; (iii) maintain and utilize existing bank accounts (the "<u>Bank Accounts</u>") and business forms; and (iv) modify the Cash Management System, including the closing of any existing Bank Account(s) and the opening of any new bank accounts, as may be necessary in connection with section 345 of the Bankruptcy Code; (B) for authorization and directing financial institutions to honor the Debtors' request to open or close, as the case may be, the Bank Accounts or additional bank or investment accounts; (C) an extension of the time to comply with section 345(b) of the Bankruptcy Code, and (D) to schedule a final hearing granting the relief requested in the Motion on a final basis.

Dated:  October 31, 2008
        New York, New York

> /s/ Alfredo R. Perez
> Harvey R. Miller
> Richard P. Krasnow
> Lori R. Fife
> Shai Y. Waisman
> Jacqueline Marcus
> WEIL, GOTSHAL & MANGES LLP
> 767 Fifth Avenue
> New York, New York 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
>
> Attorneys for Debtors
> and Debtors in Possession

**<u>Exhibit A</u>**
**(Proposed Final Cash Management Order)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                :
In re                                           :      Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :      08-13555 (JMP)
                                                :
            Debtors.                            :      (Jointly Administered)
                                                :
                                                :
-------------------------------------------------------------------x

~~INTERIM~~FINAL ORDER PURSUANT TO SECTIONS 105(a), 345(b),
363(b), 363(c) AND 364(a) OF THE BANKRUPTCY CODE
AND BANKRUPTCY RULES 6003 AND 6004 (A) AUTHORIZING
DEBTORS TO (i) CONTINUE TO USE EXISTING CASH
MANAGEMENT SYSTEM, AS MODIFIED, (ii) HONOR
CERTAIN PREPETITION OBLIGATIONS
RELATED TO THE USE OF THE CASH MANAGEMENT
SYSTEM, AND (iii) MAINTAIN EXISTING BANK ACCOUNTS
AND BUSINESS FORMS~~;~~ AND (B) EXTENDING THE DEBTORS'
TIME TO COMPLY WITH SECTION 345(b) OF THE BANKRUPTCY CODE~~;
AND (C) SCHEDULING A FINAL HEARING~~

Upon the motion, dated October 3, 2008 [docket no. 669] (the "<u>October 3</u>
<u>Motion</u>"), of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliated debtors in the

above-referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the

"<u>Debtors</u>"), pursuant to sections 105(a), 345(b), 363(b), 363(c) and 364(a) of chapter 11

of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 6003 and 6004

of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), (A) for

authorization to (i) continue to use the Debtors' cash management system (the "<u>Cash</u>

<u>Management System</u>"); (ii) honor certain prepetition obligations related to the Cash

Management System; (iii) maintain and utilize existing bank accounts (the "<u>Bank</u>

<u>Accounts</u>") and business forms (the "<u>Business Forms</u>"); and (iv) modify the Cash

Management System, including the closing of any existing Bank Account(s) and the

opening of any new bank accounts, as may be necessary in connection with section 345

of the Bankruptcy Code; (B) for authorization and directing financial institutions to honor

the Debtors' request to open or close, as the case may be, the Bank Accounts or

additional bank or investment accounts; (C) an extension of the time to comply with

section 345(b) of the Bankruptcy Code, and (D) to schedule a final hearing (the "Final

Hearing") granting the relief requested in the Motion on a final basis, and the Supplement

to the October 3 Motion, dated October 10, 2008 [docket no. 826] (together with the

October 3 Motion, the "Motion"), all as more fully described in the Motion; and the

Court having jurisdiction to consider the Motion and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to

Bankruptcy Judges for the Southern District of New York Any and All Proceedings

Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);

and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

due and proper notice of the Motion having been provided in accordance with the

procedures set forth in the order entered September 22, 2008 governing case management

and administrative procedures [docket no. 285] to (i) the United States Trustee for the

Southern District of New York (the "U.S. Trustee"); (ii) the attorneys for the Official

Committee of Unsecured Creditors (the "Creditors' Committee"); (iii) the attorneys for

the Debtors' postpetition lenders; (iv) the Securities and Exchange Commission; (v) the

Internal Revenue Service; (vi) the United States Attorney for the Southern District of

New York; (vii) all parties who have requested notice in these chapter 11 cases; and (viii)

all Banks listed on Exhibit A hereto, and it appearing that no other or further notice need

be provided; and hearings having been held to consider the relief requested in the Motion

on an interim basis; and the Court having entered the interim order on October 20, 2008

granting the relief requested in the Motion on an interim basis [docket no. 1138] (the

"Interim Order"); and the Final Hearing having been held to consider the relief requested

in the Motion on a final basis; and the Court having found and determined that the relief

sought in the Motion is in the best interests of the Debtors, their estates and creditors, and

all parties in interest and that the legal and factual bases set forth in the Motion establish

just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor and the Debtors and the Creditors' Committee having stipulated to a

protocol (the "Stipulation"), which may be amended by mutual agreement of the Debtors

and the Creditors' Committee without a requirement for a further Court intervention or

notice to any entity, pursuant to which the Debtors will provide the following reports to

the Creditors' Committee, each in a format reasonably acceptable to the Creditors'

Committee:  (i) a report on cash activities on a weekly basis (ii) rolling 13 week

forecasts, updated at least monthly, and (iii) monthly post petition intercompany activity

and intercompany balances; it is

        ORDERED that the Motion is granted on an interim a final basis; and it is

further

        ORDERED that the Debtors are authorized and empowered, pursuant to

sections 105(a) and 363(c) of the Bankruptcy Code, to continue to manage their cash

pursuant to the Cash Management System utilized by the Debtors prior to the

commencement of their chapter 11 cases (the "Commencement Date"), as modified by

this Order, and to collect, concentrate, and disburse cash in accordance with the Cash

Management System, including intercompany funding; and it is further

ORDERED that the Debtors are authorized to continue to use bank

accounts of Lehman Brothers Inc. and Barclays Capital Inc. as described in the Motion

and as appropriate in conjunction with their Cash Management System; and it is further

ORDERED that pursuant to section 105(a) of the Bankruptcy Code, each

of the banks listed on Exhibit A hereto (the "Banks") are authorized and directed to

continue to honor transfers as directed by the Debtors of funds among their Bank

Accounts and to the Debtors; and it is further

ORDERED that the Debtors shall maintain accurate records of all

transfers within the Cash Management System so that all postpetition transfers and

transactions shall be adequately and promptly documented in, and readily ascertainable

from, their books and records, to the same extent maintained by the Debtors prior to the

Commencement Date; and it is further

ORDERED that the Debtors are authorized to: (i) designate, maintain and

continue to use any or all of their existing Bank Accounts listed on Exhibit A annexed

hereto in the names and with the account numbers existing immediately prior to the

Commencement Date, (ii) deposit funds in and withdraw funds from such accounts by all

usual means including, without limitation, checks, wire transfers, automated

clearinghouse transfers and other debits, (iii) pay any bank fees or charges associated

with the Bank Accounts, and (iv) treat their prepetition Bank Accounts for all purposes as

debtors in possession accounts; and it is further

ORDERED that except as otherwise provided in this Order, all financial institutions in which the Debtors maintain the Bank Accounts as of the commencement of their chapter 11 cases are authorized and directed to continue to maintain, service, and administer such Bank Accounts without interruption and in the usual and ordinary course, and to receive, process, honor and pay any and all checks, drafts, wires, or other transfers by the holders or makers thereof, as the case may be; provided, however, that nothing contained herein shall authorize any such financial institution to honor any check, draft, wire, or other transfer issued or dated prior to the Commencement Date, except as otherwise provided by further order of this Court; provided further, however, that any such financial institution may rely on the representations of the Debtors with respect to whether any check, draft, wire, or other transfer drawn or issued by the Debtors prior to the Commencement Date should be honored pursuant to an order of this Court, and such bank shall not have any liability to any entity for relying on such representation by the Debtors as provided for herein; and it is further

ORDERED that nothing in this Order shall be deemed to affect any entity's (and for the avoidance of doubt, including the representatives of other related insolvent estates) otherwise valid rights or claims under applicable agreements or applicable law, including, *inter alia*, (i) valid setoff or recoupment rights under applicable law, (ii) valid netting rights under applicable law, (iii) valid right under applicable law to impose an administrative freeze on any Bank Account, (iv) valid argument that it is entitled to a constructive trust, (v) valid property or ownership rights (legal or equitable), or (vi) valid legal or beneficial interests in cash or other property, and nothing herein shall affect (x) any entity's (and for the avoidance of doubt, including the representatives

of other related insolvent estates) actions to exercise such valid rights or assert such

claims or (y) the right of the Debtors, the Creditors' Committee, or any entity with

appropriate standing to controvert and/or defend against any entity's (and for the

avoidance of doubt, including the representatives of other related insolvent estates)

asserted rights or claims, including to assert that any exercise of a purported right is

improper or any element of any claim (including constructive trust) has not been satisfied

or proven; and it is further

ORDERED that the Stipulation is hereby approved; and it is further

ORDERED that the Debtors shall account for the movement of cash and

any collection/disbursement activity between Debtors and affiliates through

intercompany accounting; and from and after the date of ~~this~~the Interim Order, (i) the

transfer of cash to or for the benefit of any Debtor directly or indirectly from any Debtor

or non-Debtor affiliate shall entitle the transferring affiliate to an allowed claim in the

recipient Debtor's chapter 11 case, under sections 364(c)(1) and 507(b) of the

Bankruptcy Code, having priority over any and all administrative expenses of the kind

specified in sections 503(b) and 507(b) of the Bankruptcy Code and (ii) with respect to

any transfer of cash by a Debtor to or for the benefit of a non-Debtor affiliate pursuant to

this Order, the Debtor shall use commercially reasonable efforts to obtain from the

affiliate (a) a note accruing interest at a market rate (which note may be a master note

governing all transfers between certain entities) and (b) a valid perfected lien junior to

any existing liens of such affiliate; *provided, however,* that, except as a Debtor and the

Creditors' Committee may otherwise agree, prior to any Debtor transferring cash in

excess of $25 million in a single transaction or in excess of $40 million in the aggregate

per calendar month (*i.e.*, beginning on the first of the calendar month and ending on the last day of the month) to or for the benefit of any affiliate, the Debtor shall provide notice of such proposed transfer (which notice shall include the parties to the proposed transfer, the amount of the proposed transfer, and the justification for the proposed transfer) to counsel to the Creditors' Committee at least five (5) business days prior to the date of the proposed transfer and, if the Creditors' Committee sends Debtors' counsel written notice of an objection to such transfer within three (3) business days of receipt of the notice, the Debtor shall not make such transfer without further Court order or unless and to the extent the Creditors' Committee provides the Debtors' counsel written notice of withdrawal of its objection; ~~and it is further~~ORDERED that nothing in this Order shall affect the rights of Solus Alternative Asset Management, LP and MKP Opportunity Master Fund, Ltd., and each of their subsidiaries, affiliates and/or related entities, to assert, impose or prove that any such entity is entitled to a constructive trust on, or other transfer of, funds in bank account number 066-143-543 of Lehman Brothers Special Financing Inc. at JP Morgan Chase Bank N.A. relating to (a) a wire transfer in the amount of $3,000,000 to such account on September 12, 2008 (FED reference number 20080912B1Q8151C003621) and (b) a wire transfer in the amount of $4,000,000 to such account on September 18, 2008 (FED reference number 20080918B6B7HU4R006953), and all parties reserve all rights regarding whether such a constructive trust exists under applicable law; and it is further*provided further, however,* for the avoidance of doubt, this decretal paragraph shall not apply to the transfers from the Debtors to Lehman Brothers Inc. bank accounts that are described in paragraphs 29 and 30 of the Motion, and it is further

ORDERED that nothing in this Order modifies any requirements of guaranty agreements between the Debtors and the Government National Mortgage Association, or any regulations related thereto, concerning the use and handling of custodial funds; and it is further

ORDERED that with respect to those Bank Accounts which are not located in Banks that are Authorized Bank Depositories and with respect to any of their investments, the Debtors shall have 60 days (or such additional time as the U.S. Trustee may agree to) from the entry of ~~this~~the Interim Order (the "Extension Period") to either come into compliance with section 345(b) of the Bankruptcy Code or to make such other arrangements as agreed with the U.S. Trustee; and it is further

ORDERED, that nothing contained herein shall prevent the Debtors from opening any additional bank accounts, or closing any existing Bank Account(s) as it may deem necessary and appropriate, and the Banks and other financial institutions are directed to honor the Debtors' request to open or close, as the case may be, such Bank Accounts or additional bank accounts provided that such request does not conflict with any Bank's otherwise valid right under applicable law to set off with respect to such account; and it is further

ORDERED that the Debtors shall mark "Debtors in Possession" and the chapter 11 case number under which these cases are being jointly administered on their check stock, business form stock, and wire transfer instructions and shall not be required to order new stock with such marking until it exhausts their current stock; and it is further

ORDERED that, pursuant to section 364(a) of the Bankruptcy Code, the Debtors are authorized in connection with the ordinary course of their Cash Management

System to obtain unsecured credit and incur unsecured debt in the ordinary course of business without notice and a hearing; and it is further

ORDERED that the Debtors are authorized to continue to use their Cash Management System to fund non-Debtors affiliates as they did prior to the Commencement Date; and it is further

ORDERED that the Banks are directed to provide the Debtors with access to information relating to the Bank Accounts and their Subsidiaries' bank accounts to the same extent as the access provided to the Debtors prepetition; and it is further

ORDERED that the Debtors are authorized, but not directed, to pay prepetition amounts outstanding as of the Commencement Date, if any, owed to the Banks as service charges for the maintenance of the Cash Management System; and it is further

ORDERED that Bankruptcy Rule 6003(b) has been satisfied; and it is further

ORDERED that notwithstanding any applicability of Bankruptcy Rules 6004(h),[1] 7062, or 9014, the terms and conditions of this Order shall be immediately effective and enforceable upon their entry; and it is further

ORDERED that notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rules 6004(a) are waived; and it is further

---

[1] Bankruptcy Rule 6004(h) is an interim bankruptcy rule adopted pursuant to standing General Order M-308 of the United States Bankruptcy Court for the Southern District of New York, signed on October 11, 2005 by Chief Judge Stuart M. Bernstein.

~~ORDERED that the Final Hearing to consider entry of an order granting the relief requested in the Motion on a final basis shall be held on November 5, 2008 at 10:00 a.m. (prevailing Eastern Time); and any objections to entry of such order shall be in writing, filed with the Court in accordance with General Order M-242, and served upon those parties entitled to receive service of objections under the Cash Management Order, in each case so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on October 31, 2008; and it is further~~

~~ORDERED that the Debtors shall serve this Order within three business days of their entry on (i) the U.S. Trustee, (ii) the attorneys for the Creditors' Committee, (iii) the attorneys for the Debtors' postpetition lenders, (iv) the Securities and Exchange Commission, (v) the Internal Revenue Service, (vi) the United States Attorney for the Southern District of New York, and (vii) the Banks listed on Exhibit A to the Motion; and it is further~~

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: ~~October~~November __, 2008
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

## BANK ACCOUNTS

## LBHI

| Bank | Acct. Num. | Account Title |
|---|---|---|
|  |  |  |
| Bank of America, New York | 6550-1-61536 | LB HOLDINGS INC, UK BRANCH |
| Citibank | 40615202 | LBHI Main Operating Account |
| Citibank | 3062-2222 | Lehman Brothers Holdings Inc. |
| J.P. Morgan Chase & Co. | 066-650682 | Lehman Brothers Holdings Inc. |
| Citibank | 3062-4711 | Lehman Brothers Holdings Inc. |
| Australia and New Zealand Banking Group Limited | 463034NZD00001 | LB HOLDINGS INC, UK BRANCH |
| Citibank, A.S. | 201492017 | LB HOLDINGS INC, UK BRANCH |
| Citibank Rt. | 201834007 | LB HOLDINGS INC, UK BRANCH |
| Citibank, A.S. | 91803003 | LB HOLDINGS INC, UK BRANCH |
| DnB NOR Bank ASA | 7966.02.01268 | LB HOLDINGS INC, UK BRANCH |
| First National Bank | 9015175 | LB HOLDINGS INC, UK BRANCH |
| HSBC BANK PLC | 400515 57401113 | LB HOLDINGS INC, UK BRANCH |
| Israel Discount Bank | 518-61-950092 | LB HOLDINGS INC, UK BRANCH |
| Royal Bank of Canada | 000022732758 | LB HOLDINGS INC, UK BRANCH |
| Citibank Handlowy | PL02103015080000000300759009 | LB HOLDINGS INC, UK BRANCH |
| Bank of America | 6014-30058013 | LB HOLDINGS INC, UK BRANCH |
| Bank of America | 6064-20805010 | LB HOLDINGS INC, UK BRANCH |
| Banco Nacional de Mexico S.A. | 0009720006 | Lehman Brothers Holdings Inc MXN FX Account |
| National Commercial Bank | 88310027000106 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan AG | 611-16-00729 | Lehman Brothers Holdings Inc UK Branch |
| SEB | 5295-0017001256 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| Citibank Pty Limited | 0-206441-054 | Lehman Brothers Holdings Inc UK Branch |
| ABN-AMRO | 264100254726 | LEHMAN BROTHER HOLDINGS INC UK BRANCH |
| Landsbanki Islands | 0100-27-090375 | LEHMAN BROTHERS HOLDINGS INC (UK BRANCH) |
| HSBC Bank Middle East Ltd | 021-110309-437 | LBHIUK Funding Account |
| Ceskoslovenska Obchodni Banka AS | 255030893 | Lehman Brothers Holding Inc (UK Branch) |
| ZAO Citibank | 40807810500501370001 | LBHI (UK Branch) |
| HSBC Bank Kazakhstan | 001-006873-175 | LBHIUK |
| HSBC Bank Kazakhstan | 001-006873-170 | LBHIUK Cash USD |
| ING Sofia | BG56 INGB 9145 1002 4460 14 | LBHIUK |
| Swedbank | 17608 | LBHIUK |
| Vilnius Bankas | LT22 7044 0600 0636 9498 | LBHIUK |
| Hansabanka | LV37HABA0551021211699 | LBHIUK |
| Citibank, N.A. | 028 780 000000 0400557519 71 | LBHIUK |
| Zagrebacka Banka | 5180002060191 | LBHIUK |
| Citibank, N.A. | 11953788 | LBHIUK |
| HSBC Bank Middle East Ltd | 002-297299-200 | LBHIUK |

| Bank | Acct. Num. | Account Title |
|------|-----------|---------------|
| Citibank, N.A. | 3046-6725 | LBHI-Expat USD Account |
| Citibank | 3856-9112 | LBHI Flexible Spending |
| Citibank | 3889-3991 | LBHI CP Settlement Account |
| Citibank | 4074-3925 | LBHI Administrative Services Only |
| Bank One NA | 7046324 | LB Holdings Inc, UK Branch |
| Citibank | | Lehman Brothers OTC Derivatives Inc. |
| Lehman Brothers Bank | 10007987 | LBHI-Trustee Of P & I For Various GNMA MBS |
| Lehman Brothers Bank | 16003196 | LBHI-Trustee Of Servicers' Escrow For GNMA MBS Cur |
| Lehman Brothers Bank | 17004417 | LB Futures Asset Management Company |
| Lehman Brothers Bank | 508000142689 | Trico VII Dealer Note Payments |
| Toronto Dominion Bank Financial Group | 2501-0301924 | Lehman Brothers Holding Inc. |
| Toronto Dominion Bank Financial Group | XXPlaceholderXX | Lehman Brothers Holding Inc. |
| Citibank | 3054-5554 | LBHI Bank Loans |
| J.P. Morgan Chase & Co. | 066614864 | LBHI-TRUSTEE OF P&I CUSTODIAL ACCT |
| J.P. Morgan Chase & Co. | 066907527 | LBHI-TRUSTEE OF P&I CUSTODIAL DISBURSEMENT ACCT |
| Bank of America, West Coast | 12334-10604 | Lehman Brothers Holdings Inc. Fed Funds |
| J.P. Morgan Chase | 475-025970 | Lehman Brothers Group Insurance Plan - MetLife Dental Program |
| Citibank | 3057-3934 | LBH Equity Deriv for the benefit of LBF NA |
| Mellon Bank NA | 0224098 | Lehman Brothers Holdings Inc. - Equipment |
| Mellon Bank NA | 0224127 | Lehman Brothers Holdings Inc. - Leasehold Improvements |
| Lehman Brothers Bank | 508000162133 | Lehman Brothers Holdings Inc. |
| Mellon Tr Co of NE | 012-9533 | Lehman Brothers Holdings Inc. – Piscataway Leasehold Improvements |
| Mellon Tr Co of NE | 012-9605 | Lehman Brothers Holdings Inc. – Piscataway Equipment |
| Lehman Brothers Bank | 508000150211 | LBHI as Agent for Boise Land & Timber II, LLC Collateral Account |
| J.P. Morgan Chase Bank, N.A. | 2900113594 | JP Morgan Chase Bank N.A., Lehman Brothers Holdings Inc., Cash Collateral Account. |
| HSBC Bank USA | 0487667463 | Lehman Brothers Holdings Inc. |
| Bank of America, New York | 6550914465 | Lehman Brothers Holdings Inc. |
| Spafid S.p.a. | 1776/01 | Lehman Brothers Holdings Inc |
| Standard Chartered Bank | ID0000062673 | Lehman Brothers Co-Investment Group Cayman AIV I, L.P. |
| Standard Chartered Bank | ID0000062680 | Lehman Brothers Co-Investment Capital Partners Cayman AIV I, L.P. |
| Standard Chartered Bank | ID0000062694 | Lehman Brothers Co-Investment Partners Cayman AIV I, L.P. |
| J.P. Morgan Chase & Co. | LCE | Lehman Brothers Holdings Inc. |
| HSBC Bank USA | 10-878-814 | Lehman Brothers Holdings Inc. (Escrow Account - US Underwriters) |
| HSBC Bank USA | 10-878-816 | Lehman Brothers Holdings Inc. (Escrow Account - UK Underwriters) |
| J.P. Morgan Chase & Co. | 753-881-366 | Lehman Brothers Holdings Inc., by Tishman Speyer, as Agent |
| J.P. Morgan Chase & Co. | 066-141-605 | Holdings Check Swap |
| Citibank EAB Branch | 002-056-893 | Lehman Brothers Holdings Inc. |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Lehman Brothers Bank | 17004425 | Lehman Brothers Holdings Inc. |
| Euroclear | 24909 | LBHI UK Tri-Party |
| Euroclear | 24909 | LBHI UK Tri-Party |
| Euroclear | 24909 | LBHI UK Tri-Party |
| Euroclear | 24909 | LBHI UK Tri-Party |
| Euroclear | 24909 | LBHI UK Tri-Party |
| J.P. Morgan Chase & Co. | LXH | Lehman Brothers Holding Inc. - Segregated |
| Lehman Brothers Asset Management | 10-878-817 | HSBC as trustee for Lehman Brothers Holdings Inc. (Trust Account - UK Underwriters) |
| ABN Amro/SEI Global Fund | ABN002721 | ABN AMRO Global Liquidity Euro Fund |
| Pioneer Investments | LMB0000004 | Plurifond |
| Merrimac Funds Group | 3829 | Lehman Brothers Holdings Inc. |
| Black Rock | 24911 | Lehman Brothers Holdings Inc. |
| Scudder Investments Service Company | 240002335 | Waterferry |
| Strong Capital Management | 2490000859 | Waterferry |
| J.P. Morgan Fleming Asset Management | 5015137 | Waterferry |
| Citigroup Asset Management | 454329 | Lehman Brothers Holdings Inc. |
| Nations Funds | 4000161655 | Waterferry |
| Prudential Mutual Fund Services | 2808243303 | Waterferry |
| Nations Funds | 4000136616 | Waterferry |
| One Group Mutual Funds | 707002302 | Lehman Brothers Holdings Inc. |
| Barclays Global Investors Funds | 3599 | Lehman Brothers Holdings Inc. |
| AMR Investment Services, Inc. | 133216325 | Waterferry |
| Black Rock | 23644 | Waterferry |
| Citigroup Asset Management | 454329 | Waterferry |
| Deutsche Bank Asset Management | 168724629 | Waterferry |
| Dreyfus Service Corporation | 5100031514 | Waterferry |
| Evergreen Investments Management Company, LLC | 1009323568 | Waterferry |
| Federated Investors, Inc. | 4551148 | Waterferry |
| Fidelity Investments | 503380743 | Waterferry |
| Merrill Lynch Investment Management | 3386194 | Waterferry |
| Phoenix Investment Partners | 39073309 | Waterferry |
| Merrill Lynch Investment Management | 3386195 | Waterferry |
| Merrill Lynch Investment Management | 3386196 | Waterferry |
| Morgan Stanley Investment Management Inc. | 756001081 | Waterferry |
| Scudder Investments Service Company | 240002673 | Waterferry |
| Merrill Lynch Investment Management | 121 | Lehman Brothers Holdings Inc. |
| Black Rock | 16 | Lehman Brothers Holdings Inc. |
| Wells Fargo Funds | 2430000614 | Waterferry |
| US Bancorp Asset Management, Inc. | 9400051318 | Waterferry |
| Lehman Brothers Asset Management | 143122911-6 | Waterferry |
| Northern Trust Corporation | 8490010482 | Lehman Brothers Holdings Inc. |
| The Reserve Funds | 79933848 | Waterferry |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| The Reserve Funds | 79933849 | Waterferry |
| Northern Trust Corporation | 8450016588 | Lehman Brothers Holdings Inc. |
| Northern Trust Corporation | 8460010916 | Lehman Brothers Holdings Inc. |
| Northern Trust Corporation | 8470017836 | Lehman Brothers Holdings Inc. |
| Northern Trust Corporation | 8480012183 | Lehman Brothers Holdings Inc. |
| Northern Trust Corporation | 8860010314 | Lehman Brothers Holdings Inc. |
| The Reserve Funds | 80831931 | Waterferry |
| Bank of New York | 125735 | Lehman Brothers Holdings Inc. |
| AMR Investment Services, Inc. | GE0000015-00 | Waterferry |
| SunTrust Bank | 7916865 | Waterferry |
| UBS Global Asset Management | 300285 | Waterferry |
| The Reserve Funds | 81713431 | Waterferry |
| Lehman Brothers Asset Management | 1000370 | Lehman Brothers Holdings Inc. |
| Utendahl Capital Management, L.P. | 1956-30088 | Waterferry |
| The Reserve Funds | 82981648 | Waterferry |
| The Reserve Funds | 82981649 | Waterferry |
| Russell Investments | 10468511 | Lehman Brothers Holdings Inc. |
| National Bank of Kuwait | 0800194390101 | LBHIUK |
| Citibank | 30775763 | LBHI (UK Branch) |
| HSBC BANK PLC | 59972077 | LBHI AIG Escrow |
| HSBC BANK PLC | 59972085 | LBHI AIG Escrow |
| HSBC BANK PLC | 59972093 | LBHI AIG Escrow |
| HSBC BANK PLC | 993316 | LBHI AIG Escrow |
| J.P. Morgan Chase Bank, N.A. | 32500601 | LEHMAN BROTHER HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500602 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500603 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500604 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500605 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500606 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500607 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500608 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500609 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500610 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500611 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500612 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500613 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500614 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500615 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500616 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 32500617 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |

| Bank | Acct. Num. | Account Title |
|---|---|---|
| J.P. Morgan Chase Bank, N.A. | 32500618 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| J.P. Morgan Chase Bank, N.A. | 37492601 | LBHI UK Pledge 1 |
| JP Morgan | 37492603 | Local Government Pension Institution Pledge (LBHIUK) |
| Bank of America, New York | 7009761536 | LBHIUK USD Automatch account |
| J.P. Morgan Chase Bank, N.A. | 32500619 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| Euroclear | 24909 | LBHI UK TRI PARTY |
| Euroclear | 24909 | LBHI UK TRI PARTY |
| Euroclear | 24909 | LBHI UK Tri-Party |
| DWS Group | C5846459 | LB HOLDINGS INC, UK BRANCH |
| Deutsche Bank | L-002270 | Deutsche Global Liquidity Series |
| Banca Intesa | IT19B0306912707073456886853 | LBHI UK Nextra fund - MONEY FUND WASH ACCOUNT |
| JPM Fleming AM | ILS0000816 | JPMF Euro Enhanced Yield Fund |
| Credit Lyonnais Asset Management | 0000999109U cle 10 | CLAM Eonia Investment |
| Standard Life Investments | 10030 | Money Market Funds |
| Deutsche DWS Investment SA | C6124599 | Deutsche Asset Management |
| Pioneer Investments | 1099266 | Activest |
| Generali Asset Management SGR S.p.A. | 386126 | Generali Euro Short Term Yield Plus fund |
| Lehman Brothers Liquidity Fund Plc | 1000260 | Lehman Liquidity Fund: LBCF4 |
| HSBC BANK PLC | 0000860 | HSBC Liquidity Plus Fund |
| HSBC BANK PLC | 0000860 | HSBC Liquidity Fund |
| ABN-AMRO | 9785 | ABN AMRO Interest Growth Fund |
| ABN-AMRO | ABN002721 | ABN AMRO global Liquidity Funds |
| Lehman Brothers Liquidity Fund Plc | 1000364 | Lehman Brothers Capital Funding V |
| JP Morgan Administration Services Ireland (Ltd) | LEHA100231 | LEHMAN BROTHERS HOLDINGS INC UK BRANCH |
| BlackRock | 4236366 | Blackrock Liquidity Fund |
| JP Morgan Asset Management (Europe) S.a.r.l | ILF0001952 | JP Morgan Liquidity Fund |
| Morley Liquidity Funds Plc | 00000733 | Morley Sterling Liquidity Fund |
| Pioneer Investments | 24462 | Pioneer Institutional Fund 19 |
| Northern Trust Global Investments | 14117 | Nothern Trust Liquidity Pool |
| BNP Asset Management London | 101720 | BNP Insticash EUR - LBHI |

## LB 745 LLC

| Bank | Acct. Num. | Account Title |
|---|---|---|
| J.P. Morgan Chase & Co. | 066-624436 | LB 745 LLC Promissory Note |

## PAMI STATLER ARMS LLC

no bank accounts

## CES AVIATION LLC(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank | 3049-7636 | CES Aviation LLC |

## CES AVIATION V LLC(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank | 3056-8123 | CES Aviation V LLC |

## CES AVIATION IX(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Citibank, N.A. | 30664297 | CES Aviation IX LLC |

## EAST DOVER LIMITED(SPV)

| Bank | Acct. Num. | Account Title |
|---|---|---|
| J.P. Morgan Chase & Co. | 066-645808 | East Dover - Disbursement Account |
| J.P. Morgan Chase & Co. | 066-645816 | East Dover - Main Operating Account |

## LEHMAN BROTHERS HOLDINGS SCOTTISH LP

| Bank | Acct. Num. | Account Title |
|---|---|---|
| The Depository Trust Company | 7535 | Lehman Brothers Inc. / OWS Mortgage Opportunity Master Fund, L.P. |

## FUNDO DE INVESTIMENTO MULTIMERCADO CREDITO PRIVADO NAVIGATOR INVESTIMENTO NO EXTERIOR

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Banco Bradesco SA | 5896207 / FIM CREDITO PRIVADO NAVIG | Fundo de Investimento Multimercado Credito Privado Navigator-Cash |
| Banco Bradesco SA | 8399.00.70-4 | Fundo de Investimento Multimercado Credito Privado Navigator-SELIC |
| Banco Bradesco SA | 448-8 | Fundo de Investimento Multimercado Credito Privado Navigator-CBLC |
| Banco Bradesco SA | 0495800-0 | Fundo de Investimento Multimercado Credito Privado Navigator-CETIP |
| Banco BM&F S.A. | 365-6 | Fundo de Investimento Multimercado Credito Privado Navigator-CPRs |

## LEHMAN BROTHERS FINANCIAL PRODUCTS INC.

| Bank | Acct. Num. | Account Title |
|---|---|---|
| Australia and New Zealand Banking Group Limited | 55204200001 | FX Cash Account |
| Bank of America | 601917062016 | Lehman Brothers Financial Products |
| Bank of America NT & SA | 606417889019 | FX Cash Account |
| Bank of America | 601413118016 | FX Cash Account |
| J.P. Morgan Chase & Co. | 066-289009 | LBFP Cash Operating Account |
| J.P. Morgan Chase & Co. | 066-289181 | LBFP Proprietary Account |
| J.P. Morgan Chase & Co. | 066-289203 | LBFP Customer Collateral Pledge |
| Citibank, N.A. | 8013713 | FX Cash Account |
| J.P. Morgan Chase & Co. | LW0 | LBFP LBSF Collateral Pledge |
| Jyske Bank | 50061126384 | FX Cash Account |
| Skandinaviska Enskilda Banken | 52018529978 | FX Cash Account |

| Toronto Dominion Bank Financial Group | 0360-01-2225593 | Lehman Brothers Financial Products |
| Westpac Banking Corporation | RET017673NZD220001 | FX Cash Account-LBFP |
| Black Rock | 23761 | Sunlight |
| Fidelity Investments | 504062738 | Sunlight |
| Merrimac Funds Group | 4815 | Lehman Brothers Financial Products Inc. |
| Lehman Brothers Asset Management | 143034760-4 | Lehman Brothers Financial Products Inc. |

## LEHMAN COMMERCIAL PAPER INC.

| Bank | Acct. Num. | Account Title |
| --- | --- | --- |
| Bank of Tokyo-Mitsubishi | 0220001944 | LCPI |
| J.P. Morgan Chase & Co. | 066-210-860 | LCPI |
| Citibank | 3043-4133 | LCPI Bank Loans (New Loan Iq System) |
| Citibank | 3043-4141 | LCPI As Agent (Bank Loans) |
| Citibank | 4061-5659 | LCPI Cash Concentration |
| J.P. Morgan Chase & Co. | G72455 | Lehman Commercial Paper Inc AC |
| J.P. Morgan Chase & Co. | G72456 | Lehman Commercial Paper Inc |
| J.P. Morgan Chase & Co. | G72858 | Lehman Commercial Paper |
| U.S. Bank - Loan Servicing | 104757490602 | Lehman Commercial Paper Inc / United Capital |
| U.S. Bank - Loan Servicing | 104757490610 | Lehman Commercial Paper Inc / Terminal |
| U.S. Bank - Loan Servicing | 104757490628 | Lehman Commercial Paper Inc / T&W Leases |
| U.S. Bank - Loan Servicing | 104757490636 | Lehman Commercial Paper Inc/T&W IV |
| Macquarie Bank Limited | 02361061 | Lehman Commercial Paper Inc. |
| Lehman Brothers Bank | 508000157059 | [General William Lyon, Interest Reserve Account] |
| Citibank | 30649134 | Lehman Commercial Paper Inc. |
| Bank of New York | 213832 | Lehman Brothers Commerical Paper Inc. |
| J.P. Morgan Chase & Co. | LCD | Lehman Commerical Paper Inc. - DTC |

## LEHMAN BROTHERS DERIVATIVE PRODUCTS INC.

| Bank | Acct. Num. | Account Title |
| --- | --- | --- |
| Australia and New Zealand Banking Group Limited | 711184/00001CURRENT A/C NO.1 | Lehman Brothers Derivative Products |
| Bank of America | 17063-014 | Lehman Brothers Derivative Products |
| Bank of America NT & SA | 606420466010 | FX Cash Account |
| Bank of America | 601413713014 | FX Cash Account |
| J.P. Morgan Chase & Co. | 066-902622 | LBDP Cash Operating Account |
| J.P. Morgan Chase & Co. | 066-902630 | LBDP Termination Account |
| J.P. Morgan Chase & Co. | 066-902649 | LBDP Proprietary Account |
| J.P. Morgan Chase & Co. | 066-902673 | LBDP Customer Collateral Pledge |
| DnB NOR Bank ASA | 79660201292 | Lehman Brothers Derivative Products |
| J.P. Morgan Chase & Co. | LD5 | LBDP Collateral Pledge |
| Skandinaviska Enskilda Banken | 52018552589 | FX Cash Account |
| Toronto Dominion Bank Financial Group | 0360-01-2237912 | Lehman Brothers Derivative Products Inc. |
| Westpac Banking Corporation | 018945220001 | Lehman Brothers Derivative Producsts |
| Black Rock | 23762 | Moonbeam |
| Fidelity Investments | 504062811 | Moonbeam |
| Merrimac Funds Group | 4802 | Lehman Brothers Derivative Products Inc. |
| Citibank, N.A. | 11037420 | LBDP GBP Settlement account |

| Lehman Brothers Asset Management | 143034770-1 | Lehman Brothers Derivative Products Inc. |

## LEHMAN BROTHERS OTC DERIVATIVES INC.

| Bank | Acct. Num. | Account Title |
| --- | --- | --- |
| J.P. Morgan Chase & Co. | 066-624-770 | Lehman Brothers OTC Derivatives Inc. |
| J.P. Morgan Chase & Co. | LBK | Lehman Brothers OTC Derivatives Inc. |
| J.P. Morgan Chase & Co. | 066-626277 | Lehman Brothers OTC Derivatives inc. |
| J.P. Morgan Chase & Co. | 066-626412 | Lehman Brothers OTC Derivatives Inc. |
| Lehman Brothers Asset Management | 150006810 | Lehman Brothers OTC Derivatives Inc. |
| Bank of New York | 382232 | Lehman Brothers OTC Derivatives Inc. |

## LEHMAN BROTHERS COMMODITY SERVICES INC

| Bank | Acct. Num. | Account Title |
| --- | --- | --- |
| J.P. Morgan Chase & Co. | 066-647517 | Lehman Brothers Commodity Services Inc. |
| Citibank | 2015477006 | LBCS-CAD |
| Citibank, N.A. | 0011228102 | LBCS - EUR |
| Citibank, N.A. | 0011228110 | LBCS - STERLING |
| Citibank, N.A. | 0159925404 | LBCS - JPY |
| Citibank, N.A. | 0011291769 | LBCS Swiss Francs |
| Svenska | 40341739 | LBCS Swdish Krona |
| Swedbank | 15099 | LBCS - SEK |
| Citibank | 501330019 | LBCS ZAR account |
| Citibank | 3077-4322 | Lehman Brothers Commodity Services Juice Sweep Account |
| Bank of America | 6550261540 | Lehman Brothers Commodity Services Inc (Europe) |
| J.P. Morgan Chase Bank, N.A. | 33197701 | Lehman Brothers Commodity Services Inc (Europe) |
| HSBC BANK PLC | 400515 58971134 | Lehman Brothers Commodity Services Inc Europe |
| Citibank Pty Limited | 231025006 | LBCS - AUD |
| SEB | 5295-0017001930 | LBCS JGEN CASH CONTROL |
| DnB NOR Bank ASA | 5083.06.23342 | LBCS NOK Account |
| SEB | 5295-0017002023 | LBCS DKK Account |
| Citibank Rt. | 202292003 | LBCS HUF NOSTRO ACCOUNT |
| Bank of America NT & SA | 28937011 | LBCS SGD NOSTRO ACCOUNT |
| Citibank Handlowy | 97103015080000000505744004 PLN | LBCE PLN NOSTRO ACCOUNT |
| J.P. Morgan Chase Bank, N.A. | 00995 | Precious Metals XAU |
| J.P. Morgan Chase Bank, N.A. | 00077 | Precious Metals XPT |
| J.P. Morgan Chase Bank, N.A. | 00100 | Precious Metals XPD |
| J.P. Morgan Chase Bank, N.A. | 00499 | Precious Metals XAG |

## LEHMAN BROTHERS FINANCE S.A.

| Bank | Acct. Num. | Account Title |
| --- | --- | --- |
| Citibank Korea Inc. | 5-107372-026 | LBFSA |
| Citibank Korea Inc. | 5-107372-018 | LBFSA |
| Citibank Korea Inc. | 107372-0001 | LBFSA |
| Citibank Korea Inc. | 5107372042 | LB Finance SA-KOFEX |
| Citibank Korea Inc. | 5107372069 | LB Finance SA-KOFEX |
| Citibank, N.A. | 10547840 | LEHMAN BROTHERS FINANCE SA |

| Citibank, N.A. | 7111343001 | LEHMAN BROTHERS FINANCE SA, Collateral (JV) |
| Credit Suisse First Boston | 39297721 | LEHMAN BROTHERS FINANCE SA, Expenses |
| ABN-AMRO | J 68519 | LEHMAN BROTHERS SA, Expenses |
| SEB | 05295003245 | Lehman Brothers Finance SA |
| SEB | 5295-0017001280 | Lehman brothers Finance SA |

## LEHMAN BROTHERS SPECIAL FINANCING INC.

| Bank | Acct. Num. | Account Title |
|------|-----------|---------------|
| Citibank Korea Inc. | 5-001466-005 | Lehman Brothers Special Financing Inc. |
| Citibank Korea Inc. | 5-001466-013 | Lehman Brothers Special Financing Inc. |
| Standard Chartered Bank | 00100255868 | Lehman Brothers Special Financing Inc. |
| Standard Chartered Bank | 00100255876 | Lehman Brothers Special Financing Inc. |
| J.P. Morgan Chase & Co. | 066-143-543 | Incoming FF-LBSF |
| J.P. Morgan Chase & Co. | 066-292-301 | Lehman Brother Securities |
| Banco BNP Paribas | 1007871001 | Lehman Brothers Special Financing Inc. - Passenger Account |
| Citibank | 3058-2857 | LBSF Bank Loans |
| Banco BNP Paribas | 1007871002 | Lehman Brothers Special Financing Inc. - Own |
| Federated Investors, Inc. | 4551599 | LBSF/Federated Limited Term Municipal Fund |
| Federated Investors, Inc. | 4551603 | LBSF/Federated Municipal Ultrashort Fund |
| Federated Investors, Inc. | 4551607 | LBSF/ Federated Michigan Intermediate Municipal Trust |
| Federated Investors, Inc. | 4551611 | LBSF/Federated California Municipal Trust |
| Federated Investors, Inc. | 4551615 | LBSF/Federated New York Municipal Income Fund |
| Federated Investors, Inc. | 4551619 | LBSF/Federated North Carolina Municipal Income |
| Federated Investors, Inc. | 4551623 | LBSF/Federated Ohio Municipal Income |
| Federated Investors, Inc. | 4551627 | LBSF/Federated Pennsylvania Municipal Income Fund |
| Federated Investors, Inc. | 4551631 | LBSF/Federated Intermediate Municipal Trust |
| Federated Investors, Inc. | 4551635 | LBSF/Federated Short Term Municipal Trust |
| Federated Investors, Inc. | 4551639 | LBSF/Federated Municipal Opportunities |
| Federated Investors, Inc. | 4551643 | LBSF/Federated Municipal Securities Fund |
| Federated Investors, Inc. | 4551647 | LBSF/Federated Premier Municipal Income Fund |
| Federated Investors, Inc. | 4551651 | LBSF/Federated Premier Intermediate Municipal Income Fund |
| Citibank | 3062-6522 | LBSF ENERGY-USD |
| Banco BNP Paribas | 1019952 | Lehman Brothers Special Financing Inc. |
| J.P. Morgan Chase Bank, N.A. | XAU869 | LBSF Gold Account |
| J.P. Morgan Chase Bank, N.A. | XAG414 | LBSF Silver account |
| Citibank | 30649126 | Lehman Brothers Special Financing Inc. |
| Bank of New York | 213833 | Lehman Brothers Special Financing Inc. |
| Citibank, N.A. | 0000116197 | Lehman Brothers Special Financing |

| | | Inc. (Non Exempt) |
|---|---|---|
| Citibank, N.A. | 0002116190 | Lehman Brothers Special Financing (Exempt) |
| Citibank del Peru S.A. | 0073252016 | Lehman Brothers Special Financing Inc. |
| Citibank del Peru S.A. | 0096575400 | Lehman Brothers Special Financing Inc. |
| Banco Bradesco SA | 0526.0040064-9 | Lehman Brothers Special Financing Inc. |
| Citibank Korea Inc. | 1074750001 | Lehman Brothers Special Financing Inc |
| Citibank Korea Inc. | 5107475003 | Lehman Brothers Special Financing Inc(KRW) |
| Citibank Korea Inc. | 0073450045 | LEHMAN BRO SPECIAL FINAN INC |
| Citibank Korea Inc. | 5007945312 | LEHMAN BRO SPECIAL FINAN INC |
| Citibank Korea Inc. | 5007945339 | LEHMAN BRO SPECIAL FINAN INC |
| J.P. Morgan Chase Bank, N.A. | 25048101 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048102 | LBSF SWapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048103 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048104 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048105 | LBSF Swapclear PPS house Account |
| J.P. Morgan Chase Bank, N.A. | 25048106 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048107 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048109 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048110 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048112 | LBSF Swapclear PPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048111 | LBSF SwapclearPPS Account |
| J.P. Morgan Chase Bank, N.A. | 25048108 | LBSFI Swapclear PPS |
| J.P. Morgan Chase & Co. | 066-625998 | LCH Intraday Call Account |
| SEB | 5295-0017001973 | LBSF JGEN CASH ACCOUNT |

## CONTACT INFORMATION FOR BANKS

| Bank | Relationship Contact | Address | City | State | Country | Zip | Phone |
|---|---|---|---|---|---|---|---|
| ABN-AMRO [Royal Bank of Scotland] | Alan Davis | 101 Park Avenue | NY | NY | USA | 10178 | 203-618-6571 |
| AMR Investment Services, Inc. | Mason Martin | 601 Montgomery St, Ste 1800 | SF | CA | USA | 94111 | 415-248-5646 |
| Australia and New Zealand Banking Group Limited | Vincent Sabatino | 55 Collins Street | Melbourne | Victoria | Australia | 3001 | 61 392 732 574 |
| Banca Intesa | Noemi Oslo | 90 Queen Street | London | | UK | EC4N 1SA | 44 0 20 7651 3174 |
| Banco Bradesco SA | Natasha Nissental | Avenida Paulista 1450, 8th floor | Sao Paulo | | BRAZIL | 01210-917 | 5511-2178-6951 |
| Banco Nacional de Mexico S.A. | Katherine Lukas | 388 Greenwich Street 24th Floor | NY | NY | USA | 10013 | 212-816-6413 |
| Bank of America | B. J. Mazzella | 335 Madison Avenue | NY | NY | USA | 10017 | (212) 503-7761 |
| Bank of NY | Terence R. Law | One Wall Street 41st Floor | NY | NY | USA | 10286 | 212-635-6829 |
| Bank of NY Dividend Trust | Terence R. Law | One Wall Street 41st Floor | NY | NY | USA | 10286 | 212-635-6829 |
| Bank One NA [JPMorgan Chase] | Mark Doctoroff | 277 Park Avenue | NY | NY | USA | 10017 | 212-622-1878 |
| Barclays Global Investors Funds | Melissa Haave | 45 Fremont Street | San Francisco | CA | USA | 94105 | 415.402.4941 |
| Black Rock | Carrie Murray | 100 Bellevue Parkway | Wilmington | DE | USA | 19809 | 800-441-7450 |
| BNP Paribas | Frank Sodano | 787 7th Ave. | NY | NY | USA | 10019 | 212-841-2084 |
| Ceskoslovenska Obchodni Banka AS | Timea Zimkova | Lehotskeho 3 | Bratislava | | Slovakia | 812 25 | 4217 5966 8418 |
| Citibank | Kate Lukas | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | (212) 816-6413 |
| Citibank del Peru | Michael Maurstein | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | 212-816-3431 |
| Citibank Handlowy | Michael Maurstein | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | 212-816-3431 |
| Citibank Korea | Michael Maurstein | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | 212-816-3431 |
| Citibank Pty Limited | Michael Maurstein | 388 Greenwich Street-22nd Floors | NY | NY | USA | 10013 | 212-816-3431 |
| Citigroup Asset Management | Kate Lukas | 388 Greenwich Street-22nd Floor | NY | NY | USA | 10013 | 212-816-3431 |
| Credit Lyonnais Asset Management | Terry Grant | 1301 Avenue of the Americas | NY | NY | USA | 10019 | 212-261-7783 |
| Credit Suisse First Boston | Merih Cetinkaya | Five Cabot Square | London | n/a | UK | E14 4QR | 442078 8 38685 |
| The Depository Trust Company | Bob Trapani | 55 Water Street, 51st Floor | NY | NY | USA | 10041 | (212) 855-7652 |
| Deutsche Bank | John Estrada | 60 Wall Street, 28th Floor | NY | NY | USA | 10005 | (212) 250-1636 |
| DnB NOR Bank ASA | Elaine Christiansen | Stranden 21, Aker Brygge | Oslo | | Norway | NO-0021 | 47 22 48 18 29 |
| Dreyfus Service Corporation | Lou Bazata | 200 Park Avenue | NY | NY | USA | 10166 | 516-338-3503 |
| DWS Group | Rainer Habisch | 2 Boulevard Konrad Adenauer | Luxembourg | | | BP766 | 49 69 71909 8811 |
| Euroclear | Julien Piron | 1, Boulevard du Roi Albert II | Brussels | | Belgium | B-1210 | +32 2 326 2812 |

| Bank | Relationship Contact | Address | City | State | Country | Zip | Phone |
|------|---------------------|---------|------|-------|---------|-----|-------|
| Evergreen Investments Management Company, LLC | Sarah Ellen Henderson | 200 Berkeley Street 18th floor | Boston | MA | USA | 2116 | (704)374.6869 |
| Federated Investors, Inc. | Jennifer Skruch | 5800 Corporate Drive | Pittsburgh | PA | USA | 15237 | (412) 358-2247 |
| Fidelity Investments | Marissa B. Hedge | 500 Salem Street OS1N2 | Smithfield | RI | USA | 2917 | 973 401-1872 |
| First National Bank | Ms. Shonette Kruger | 4 FirstPlace Bank, 5th floor | Johannesburg | | South Africa | 2001 | 27 11 371 7156 |
| Generali Asset Management SGR S.p.A. | Cinzia Montuoro | Direzione Commerciale - Roma | Rome | | Italy | | 0039 065 0573349 |
| Hansabanka | Mr. Ilze Kokorevica | Roma | Riga | | Latvia | | 371 74445812 |
| HSBC | Paul Lopez | Italy | NY | NY | USA | 10018 | 212-525-6662 |
| ING Sofia | Ms. Katya Maneva | 12 Emil Bersinski | Sofia | | Bulgaria | | 359 2 917 6584 |
| Israel Discount Bank | Ken Walters | 511 Fifth Avenue | NY | NY | USA | 10017 | (212) 551-8820 |
| J.P. Morgan Chase & Co. | Mark Doctoroff | 277 Park Avenue | NY | NY | USA | 10017 | 212-622-1878 |
| Jyske Bank | Robert Eby | 70 Hudson Street 10 Floor | Jersey City | NJ | USA | 07302-4585 | +1 201 499 8269 |
| Landsbanki Islands | Mr. Bjorn Sigurdsson | Laugavegur 77 | Reykjavik | | Iceland | 155 | (354) 560-6404 |
| Lehman Brothers Asset Management | Bob Swidey | 125 High Street 17 Floor | Boston | MA | USA | 02110-2704 | +1 617 342 4259 |
| Lehman Brothers Bank | Gail Stawicki | 1000 North West Street, Suite 200 01 Floor | Wilmington | DE | USA | 19801 | +1 302 552 2110 |
| Lehman Brothers Liquidity Fund Plc | Bob Swidey | 125 High Street 17 Floor | Boston | MA | USA | 02110-2704 | +1 617 342 4259 |
| Mellon | Eddie Hubbard | 110 Sherburn Road | Severna Park | MD | USA | 21146 | (410) 384-7224 |
| Merrill Lynch Investment Management | Joseph Conklin | 800Scudders Mill Road | Plainsboro | NJ | USA | 8536 | 609-282-6041 |
| Merrimac Funds Group | Robert Swidey | 260 Franklin Street | Boston | MA | USA | 2110 | (617) 342 - 4259 |
| Morgan Stanley Investment Management Inc. | Franco D'Urso Jr. | 100 Front Street, 8th Floor | West Conshohocken | PA | USA | 19428 | +1 610 260-7381 |
| Morley Liquidity Funds Plc | Colin Cookson | No. 1 Poultry | London | n/a | UK | EC2R 8EJ | 44 20 7809 6357 |
| National Bank of Kuwait | Rakan Al-Ghanim | P.O. Box 95 | Safat | n/a | Kuwait | 13001 | 965-259-5325 |
| National Commercial Bank | Sami Wafa | P.O. Box 3555, Jeddah 21481, Saudi Arabia | | | Saudi Arabia | | 966 (-2) -6464025 |
| Nations Funds | Jeff Stalard | 101 South Tryon Street | Charlotte | NC | USA | 28255 | 704-388-1784 |
| Northern Trust Corporation | Scott Henderson | 50 South LaSalle Street | Chicago | IL | USA | 60675 | (312) 444-5909 |
| One Group Mutual Funds | Doug Applegate | 1111 Polaris Parkway | Columbus | OH | USA | 43271 | 877-691-1118 |
| Phoenix Investment Partners | Lori Weller | 101 Munson Street | Greenfield | MA | USA | 01302-0088 | 800-243-1574 ext 4592 |
| Pioneer Investments | Michael Curran | George Quay Plaza, Dublin 2 | Dublin | n/a | Ireland | 2 | 353 1 480 2107 |
| Prudential Mutual Fund Services | Gerri McAteer | Two Gateway Center | Newark | New Jersey | USA | 7102 | (973) 367-9329 |
| Royal Bank of Canada | Alison Barnard | 200 Bay Street | Toronto | Ontario | Canada | M5J 2J5 | (416) 974-7735 |
| Russell Investments | Matthew Clay | 909 A. Street | Tacoma | WA | USA | 98402 | 253-439-4750 |
| Scudder Investments | John Larkin | One south Street | Baltimore | Maryland | USA | 21202 | 800 730 1313 |

| Bank | Relationship Contact | Address | City | State | Country | Zip | Phone |
|---|---|---|---|---|---|---|---|
| Service Company | | | | | | | |
| SEB | Lasse Larsen | P.O. Box 2098 | Copenhagen | n/a | Denmark | DK-1014 | 45 3376 1219 |
| Spafid S.p.a. | Salvatore Guardino | Via Filodrammatici, 10 | Milano | n/a | Italy | | 00 39 02 8829 826 |
| Standard Chartered Bank | Bill Huges | 1 Madison Ave. | NY | NY | USA | 10010 | 212-667-0355 |
| Standard Life Investments | Liz Davidson | 1 George Street | Edinburgh | n/a | UK | EH2 2LL | 0131 245 2984 |
| Strong Capital Management | Levi Lura | 100 Heritage Reserve | Menomonee Falls | WI | USA | 53051 | 800-733-2274 |
| Skandinaviska Enskilda Banken | Gustaf Nyblaeus | SE-106 40 Stockholm | | Stockholm | | | 46 80 7630 91 74 |
| SunTrust Bank | Patrick Mason | 50 Hurt Plaza, Suite 1400 | Atlanta | GA | USA | 30303 | 404-581-1495 |
| Svenska | Mark Cleary | 875 3rd Ave, 4th Floor | NY | NY | USA | 10022 | 212-326-5101 |
| Swedbank | Lena Hallen | 8 Brunkebergstorg | Stockholm | n/a | Sweden | S-105 34 | 46 (0)8 585 913 21 |
| The Reserve Funds | Brandon Semilof | 1250 Broadway | NY | NY | USA | 10001 | 212-401-5731 |
| Toronto Dominion Bank Financial Group | Sharon Caro | 77 King Street West, 19th Floor | Toronto | Ontario | Canada | M5K 1A2 | (416) 982-6579 |
| UBS Global Asset Management | Raymond Otero | 51 West 52nd St. 15th Floor | NY | NY | USA | 10019 | 212-882-5917 |
| US Bancorp Asset Management, Inc. | Rochelle Genetti | 800 Nicollet Mall | Minneapolis | MN | USA | 55402 | 612-303-3251 |
| Utendahl Capital Management, L.P. | Terry Prince | 30 Broad St. 21st Floor | NY | NY | USA | 10004 | 646-438-2169 |
| Vilnius Bankas | Alma Kamarauskaite | Gedimino Ave 12 | Vilnius | n/a | Lithuania | LT-01103 | 370 5 2681109 |
| Wells Fargo Funds | Michael Giese | 90 South Seventh Street 7th Floor, MAC N9305-075 | Minneapolis | MN | USA | 55402-3903 | (612) 667-0509 |
| Westpac Banking Corporation | Niclas Fjalltoft | 575 Fifth Avenue, 39th Floor | NY | NY | USA | 10017 | 212-551-1810 |
| Zagrebacka Banka | Igor Livojevic | Savska 60/4 | Zagreb | n/a | Croatia | 10000 | 38 51 630 5332 |