**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                          :     Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,   :     Case No. 08-13555 (JMP)
                                               :
    Debtors.                :     (Jointly Administered)
                                               :
----------------------------------------------------------------x     Ref. Docket No. 1320


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

    REGINA AMPORFRO, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On October 31, 2008, I caused to be served the "Trustee's Objection To (I) Motion Of Walt Disney Company For The Appointment Of An Examiner Pursuant To Section 1104(c)(2) Of The Bankruptcy Code And (II) Joinder Of Bank Of America, N.A. In Motion," dated October, 31, 2008 [Docket No. 1320], by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A", and

    b) delivered by facsimile to the party listed on the attached Exhibit "B".

3. All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Regina Amporfro
Regina Amporfro

Sworn to before me this
31st day of October, 2008

/s/ Stephanie A. Gaskin
Notary Public, State of New York
No. 01GA6150011
Qualified in New York County
My Commission Expires July 24, 2010

**EXHIBIT A**

Email
mbienenstock@dl.com
igoldstein@dl.com
harvey.miller@weil.com
Jacqueline.marcus@weil.com
Lori.fife@weil.com
Richard.krasnow@weil.com
Shai.waisman@weil.com
ddunne@milbank.com
ldespins@milbank.com
dodonnell@milbank.com
lgranfield@cgsh.com
lschweitzer@cgsh.com
lacyr@sullcrom.com
feldsteinh@sullcrom.com
fsosnick@shearman.com
jgarrity@shearman.com
ned.schodek@shearman.com

# EXHIBIT B

| Name | Fax |
|---|---|
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |