**Adjourned Hearing Date: November 18, 2008 at 10:00 a.m.**

Karen E. Wagner, Esq.  (KW-3451)
Abraham Gesser, Esq. (AG-7531)
James I. McClammy, Esq. (JM-5592)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

– and –

George Kielman
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive – MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
|  | : |  |
|---|---|---|
| In re: | : |  |
|  | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF FEDERAL HOME
LOAN MORTGAGE CORPORATION FOR LEAVE
TO CONDUCT RULE 2004 DISCOVERY**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of

Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery (Docket

#1180), which was scheduled to be heard on November 5, 2008 at 10:00 a.m., **has been adjourned to November 18, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard ("the Adjourned Hearing"). The Adjourned Hearing will be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated:    November 3, 2008
       New York, New York

**DAVIS POLK & WARDWELL**
By: /s/ James I. McClammy

    Karen E. Wagner, Esq.  (KW-3451)
    Abraham Gesser (AG-7531)
    James I. McClammy (JM-5592)
    450 Lexington Avenue
    New York, NY 10017
    Telephone: (212) 450-4000
    Facsimile: (212) 450-3800

    – and –

    George Kielman
    Associate General Counsel for Litigation
    Federal Home Loan Mortgage Corporation
    8200 Jones Branch Drive – MS202
    McLean, Virginia 22102
    Telephone (703) 903-2640
    Facsimile (703)-903-4160

    *Counsel to the Federal Home Loan*
    *Mortgage Corporation in Conservatorship*