MORELLI & GOLD, LLP
Attorneys for A-V Services, Inc.
Office and Post Office Address
The Chanin Building – Suite 4400
380 Lexington Avenue
New York, NY 10168
RLGold1977@aol.com
(212) 972-1100
(212) 983-5271 (Fax)
Richard L. Gold, Esq. (RG 9693)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                              Chapter 11

      LEHMAN BROTHERS HOLDINGS INC., et al.,    Case No. 08-13555 (JMP)

                      Debtors.                           (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE
## AND DEMAND FOR ALL NOTICES AND PAPERS
## AND REQUEST TO BE REMOVED FROM
## SERVICE LISTS AND ELECTRONIC FILING NOTICES

TO:   Clerk, United States Bankruptcy Court
        Southern District of New York

       PLEASE TAKE NOTICE, that Morelli & Gold, LLP, The Chanin Building – Suite 4400, 380 Lexington Avenue, New York, NY 10168, having represented A-V SERVICES, INC. (hereinafter "A-V"), a creditor of LEHMAN BROTHERS HOLDINGS INC. and/or LEHMAN BROTHERS INC., hereby withdraws its appearance in the above-referenced bankruptcy proceedings on behalf of A-V and requests to be removed from the service lists and from the CE/ECF notice list and the Court's electronic filing system for this case.

       The follwing information should be removed from all such lists and systems:

        Morelli & Gold, LLP
        The Chanin Building – Suite 4400
        380 Lexington Avenue
        New York, NY 10168
        (212) 972-1100
        (212) 983-5271 (Fax)
        RLGold1977@aol.com
        Attention: Richard L. Gold, Esq.

Dated: New York, New York
       November 3, 2008

                MORELLI & GOLD, LLP

                By: _____
                     Richard L. Gold (RG 9693)
                     (A Member of the Firm)
                     Attorneys for A-V SERVICES, INC.
                     Office and Post Office Address
                     The Chanin Building – Suite 4400
                     380 Lexington Avenue
                     New York, NY 10168
                     RLGold1977@aol.com
                     (212) 972-1100
                     (212) 983-5271 (Fax)