DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
Martin J. Bienenstock, Esq.
Irena Goldstein, Esq.

Attorneys for The Walt Disney Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** | : | **Case No. 08-13555 (JMP)** |
| *et al.* | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

**NOTICE OF ADJOURNMENT**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of the Walt Disney Company for Appointment of Examiner Pursuant to Section (c)(2) of the Bankruptcy Code (Docket No. 1143) which was scheduled for November 5, 2008, at 10:00 a.m., **has been adjourned to November 18, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard (the "Adjourned Hearing"). The Adjourned Hearing will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601.

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

NY3 3014234.1 900000 632732 11/3/2008 11:05am

-2-

Dated:  November 3, 2008
         New York, New York

                                                /s/ Irena Goldstein
                                                DEWEY & LEBOEUF LLP
                                                1301 Avenue of Americas
                                                New York, New York  10019
                                                Telephone: (212) 259-8000
                                                Facsimile: (212) 259-6333
                                                Martin J. Bienenstock, Esq.
                                                Irena Goldstein, Esq.

                                                Attorneys for The Walt Disney Company

-2-