**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
: 
In re                                                             :        Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,     :        Case No. 08-13555 (JMP)
: 
Debtors.                                                     :        (Jointly Administered)
: 
-----------------------------------------------------------------------x        Ref. Doc. No. 978

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                               ) ss.:
COUNTY OF NEW YORK      )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 29, 2008, I caused to be served the "Notice of Filing of Motion for an Order Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates and Establishing Notification Procedures Relating Thereto," dated October 15, 2008 [Docket #978], by causing true and correct copies to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "A".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
3rd day of November, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

T:\Clients\LBH\Affidavits\Supplemental NOL_ aff 10-29-08.doc

**EXHIBIT "A"**

LEHMAN BROTHERS HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA CORPORATION | 135 SOUTH LASALLE STREET, 3RD,   CHICAGO, IL 60603-4177 |
| CREDIT SUISSE | 11 MADISON AVENUE,   NEW YORK, NY 10010-3629 |
| DEUTSCHE BANK AG | 280 PARK AVENUE,   NEW YORK, NY 10017-1216 |
| FIDELITY MANAGEMENT & RESEARCH | 82 DEVONSHIRE STREET V11E,   BOSTON, MA 02109-3605 |
| FIDELITY MANAGEMENT RESEARCH | FIDELITY VALUE FUND,82 DEVONSHIRE STREET V11E,   BOSTON, MA 02109-3605 |
| FORE RESEARCH AND MANAGEMENT LP | 280 PARK AVENUE, 43RD FLOOR,   NEW YORK, NY 10017 |
| FRANKLIN ADVISERS INC | FRANKLIN INCOME FUND,PO BOX 7777,   SAN MATEO, CA 94403-1906 |
| FRANKLIN ADVISERS INC | FTVIP FRANKLIN INCOME SEC FLUID,PO BOX 7777,   SAN MATEO, CA 94403-1906 |
| FRANKLIN RESOURCES INCORPORATED | FRANKLIN ADVISERS INC,1 FRANKLIN PKWY., BLDG. 970,1ST FL.,   SAN MATEO, CA 94403-1906 |
| LOOMIS SAYLES & COMPANY LP | 1 FINANCIAL CENTER, 36TH FLOOR,   BOSTON, MA 02111-2630 |
| LORD ABBETT & COMPANY | LORD ABBETT BOND-DEBENTURE FUND INC,90 HUDSON ST,   JERSEY CITY, NJ 07302 |
| LORD ABBETT & COMPANY | 90 HUDSON ST,   JERSEY CITY, NJ 07302 |
| MARSICO CAPITAL MANAGEMENT LLC | 1200 17TH STREET - 1600,   DENVER, CO 80202-5824 |
| MERRILL LYNCH & COMPANY INC | MERRILL LYNCH & COMPANY INC,4 WORLD FINANCIAL CTR.,   NEW YORK, NY 10080-0002 |
| PRICE T ROWE ASSOCIATES INC | T ROWE PRICE VALUE FUND,100 EAST PRATT STREET,   BALTIMORE, MD 21202-1009 |
| T ROWE PRICE ASSOCIATES | 100 EAST PRATT STREET,   BALTIMORE, MD 21202-1009 |
| UBS AG | 1285 AVENUE OF THE AMERICAS,   NEW YORK, NY 10019-6031 |
| ZAZOVE ASSOCIATES LLC | 1001 TAHOE BLVD,   INCLINE VILLAGE, NV 89451 |

**Total Creditor Count 18**