UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

In re:                                                                  :

Lehman Brothers Holdings Inc., et al.,                                  :

                Debtors.                                         :

------------------------------------------------------------------------ X

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

CERTIFICATE OF SERVICE

        I, Richard V. Conza, an attorney admitted to practice before this Court, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 30th day of October 2008, the Notice of Appearance and Request for Service of Papers was served by mail upon:

        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153
        Attn:  Richard P. Krasnow, Esq.
                Lori R. Fife, Esq.
                Shai Y. Waisman, Esq.
                Jacqueline Marcus, Esq.

        Office of the United States Trustee
        for the Southern District of New York
        33 Whitehall Street, 21st Floor
        New York, NY 10004
        Attn:  Andy Velez-Rivera
                Paul Schwartzberg
                Brian Masumoto
                Linda Riffkin
                Tracy Hope Davis

        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, NY 10005
        Attn:  Dennis F. Dunne, Esq.
                Dennis O'Donnell, Esq.
                Evan Fleck, Esq.

2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
       October 30, 2008

                                                           /s/Richard V. Conza
                                                              Richard V. Conza