Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 310-3999

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                               :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
:
**Debtors.**                                :    **(Jointly Administered)**
:
:
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF EVIDENTIARY HEARING ON JOINT
MOTION OF THE DEBTORS AND BARCLAYS CAPITAL INC. FOR ENTRY
OF AN ORDER AUTHORIZING TO FILE UNDER SEAL CERTAIN
<u>SCHEDULES TO THE ASSET PURCHASE AGREEMENT</u>**

PLEASE TAKE NOTICE that the evidentiary hearing on the relief requested in the Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement (D.I. 430), which was scheduled to be heard on November 5, 2008 at 10:00 a.m., **<u>has been adjourned to a date to be determined</u>**. Further notice will be provided once such hearing is rescheduled.

Dated:  New York, New York
         November 3, 2008

                              **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

                              By: /s/ Lindsee P. Granfield
                                  Lindsee P. Granfield
                                  Lisa M. Schweitzer
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                              *Counsel to Barclays Capital Inc.*