**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | § § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                           ) SS:
COUNTY OF NEW YORK )

      Patricia A. Wright, being duly sworn deposes and says:

      1.    That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

      2.    That on the 31st day of October, 2008, I caused to be served by facsimile transmission a true copy of the following upon those parties listed on the attached Service List A:

> *Response and Joinder of the Harbinger Funds to Motion of the Walt Disney Company For Appointment of Examiner Pursuant to Section 1104(C)(2) of the Bankruptcy Code.*

                                                        /s/Patricia A. Wright
                                                            Patricia A. Wright

Sworn to before me this
3rd day of November, 2008

/s/Pamela C. Corbett
Notary Public, State of New York
No. 01CO6194087
Qualified in New York County
Commission Expires 09/29/2012

A/72666231.4

## Service List A

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Fax. No.: 212.310.8007
Attn:  Harvey Miller
       Richard P. Kransnow
       Lori R. Fife
       Shai Y. Waisman
       Jacqueline Marcus

THE OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street, 21st Floor
New York, NY 10004
Fax No.: 212.668.2255
Attn:  Andy Velez-Rivera
       Paul Schwartzberg
       Brian Masumoto
       Linda Rifkin
       Tracy Hope Davis

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Fax No.: 212.530.5219
Attn: Dennis F. Dune
      Luc Despins
      Dennis O'Donnell

CLEARY GOTLIEBB LLP
One LibertyPlaza
New York, NY 10006
Fax No.: 212.225.3999
Attn:  Lindsee P. Granfield
       Lisa Schweitzer

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Fax No.: 212.558.3588
Attn: Robinson B. Lacy
      Hydee R. Feldstein

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Fax No.:  212.259.6333
Attn:  Martin J. Bienenstock
       Irena Goldstein

A/72666231.4