**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
|  |  |
|---|---|
| In re | : |
|  | : |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.,* | : |
|  | : |
| Debtors. | : |
|  | : |

| : | **Chapter 11 Case No.** |
| : | **Case No. 08-13555 (JMP)** |
| : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------------------x    **Ref. Docket No. 1316**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

REGINA AMPORFRO, being duly sworn, deposes and says:

1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      On October 31, 2008, I caused to be served the "Objection of the Walt Disney Company to Debtors' Motion, to Pay Prepetition Excise and Withholding Taxes", dated October 31, 2008 [Docket No. 1316] by causing true and correct copies to be:

  a)  delivered by email to those parties listed on the attached Exhibit "A",

  b)  delivered by facsimile to those parties listed on the attached Exhibit "B", and

  c)  enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to the parties listed on the attached Exhibit "C".

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

           /s/ Regina Amporfro
Sworn to before me this      Regina Amporfro
3 rd day of November, 2008
/s/ Stephanie A. Gaskin
Notary Public, State of New York
No. 01GA6150011
Qualified in New York County
My Commission Expires July 24, 2010

**EXHIBIT A**

EMAIL ADDRESSES
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
amarder@msel.com
amenard@tishmanspeyer.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
anne.kennelly@hp.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awilson@lloydstsb-usa.com
azylberberg@whitecase.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bankruptcy@goodwin.com
bankruptcymatters@us.nomura.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bill.hughes@us.standardchartered.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com

cave@hugheshubbard.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
charles@filardi-law.com
chris.omahoney@bnymellon.com
christopher.schueller@bipc.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dodonnell@milbank.com

donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
eagle.sara@pbgc.gov
ecohen@russell.com
edpe01@handelsbanken.se
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
erose@herrick.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.sodano@americas.bnpparibas.com
frank.white@agg.com
fred.berg@rvblaw.com
frelingh@hugheshubbard.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
harveystrickon@paulhastings.com

heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
jennifer.demarco@cliffordchance.com
Jesse.Hibbard@ozcap.com
jfalgowski@reedsmith.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jkehoe@sbtklaw.com
jketten@wilkie.com
jkurtzman@klehr.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmathis@lloydstsb-usa.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jpintarelli@mofo.com
jporter@entwistle-law.com

jrabinowitz@rltlawfirm.com
jschwartz@hahnhessen.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
klippman@munsch.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
Kostad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
ldespins@milbank.com
lgranfield@cgsh.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
lmarinuzzi@mofo.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
macl01@handelsbanken.se
macronin@debevoise.com
Malcolm@firstbankny.com
maofiling@cgsh.com

margolin@HughesHubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
martin.davis@ots.treas.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mbienenstock@dl.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.halevi@anz.com
michael.kim@kobrekim.com
Michael.mauerstein@citi.com
michael.tan@fubon.com
mimi04@handelsbanken.se
Mitchell.Ayer@tklaw.com
mitchell.epner@friedfrank.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mrosenthal@gibsondunn.com
ms.wu@fubonny.com
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
murai24234@nissay.co.jp
nbannon@tishmanspeyer.com
nbruce@lloydstsb-usa.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
paronzon@milbank.com
paul.deutch@troutmansanders.com
pbosswick@ssbb.com

pdublin@akingump.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
prachmuth@reedsmith.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
raymond.morison@bnymellon.com
rdaversa@orrick.com
rdicanto@nabny.com
rfleischer@pryorcashman.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
ritkin@steptoe.com
RLevin@cravath.com
RLGold1977@aol.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
Robert.Holladay@youngwilliams.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
roberts@pursuitpartners.com
rolfnagel.dahl@dnbnor.no
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
Russj4478@aol.com
rwasserman@cftc.gov
rwynne@kirkland.com
sabin.willett@bingham.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
schapman@willkie.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com

sdg@adorno.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
Sgross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
sidorsky@butzel.com
slerner@ssd.com
smillman@stroock.com
snewman@katskykorins.com
spiotto@chapman.com
splatzer@platzerlaw.com
ssmall@us.mufg.jp
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
tarbit@cftc.gov
tbrock@ssbb.com
tetsuhiro.toomata@shinseibank.com
TGoren@mofo.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
timothy.white@mizuhocbus.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
ttracy@crockerkuno.com
tslome@msek.com
twatanabe@mofo.com
twheeler@lowenstein.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vivek.prashar@lloydstsb.co.uk
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net

weissjw@gtlaw.com
wfoster@milbank.com
wheuer@dl.com
wilten@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wsmith@bocusa.com
wtaylor@mccarter.com
yamashiro@sumitomotrust.co.jp
yasuhiko_imai@smbcgroup.com

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ADORNO & YOSS LLP | ATTN: STEVEN D. GINSBURG, ESQ.,(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC),2525 PONCE DE LAON BLVD., SUITE 400, MIAMI, FL 33134 |
| ADORNO & YOSS LLP | ATTN: CHARLES M. TATELBAUM, ESQ.,(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC),350 E. LAS OLAS BLVD, SUITE 1700, FORT LAUDERDALE, FL 33301 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN,MEREDITH A. LAHAIE,(COUNSEL FOR THE INFORMAL NOTEHOLDER GROUP),590 MADISON AVENUE, NEW YORK, NY 10022-2524 |
| ALLEN & OVERY LLP | ATTN: LISA KRAIDIN,(COUNSEL TO BANK OF CHINA),1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN,(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY,AND BANK OF TAIWAN),1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| ALLEN MATKINS LECK GAMBLE & MALLORY LLP | ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO,(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS),1900 MAIN STREET, 5TH FLOOR, IRVINE, CA 92614-7321 |
| ANZ BANKING GROUP | MICHAEL HALEVI, DIRECTOR,FINANCIAL INSTITUTIONS,1177 AVE OF THE AMERICAS, NEW YORK, NY 10036 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KOREA |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,  102-8660 JAPAN |
| AOZORA BANK LTD | C/O KOJI NOMURA,JOINT GENERAL MANAGER/FINANCIAL INSTITUTIONS DIV,1-3-1 KUDAN MINAMI,CHIYODA-KU, TOKYO,  102-8660 JAPAN |
| ARAPAHOE COUNTY ATTORNEY'S OFFICE | ATTN: GEORGE ROSENBURG, ASSISTANT COUNTY ATTY,5334 S. PRINCE STREET, LITTLETON, CO 80166 |
| ARENT FOX LLP | ATTN: ROBERT M HIRSH AND GEORGE P ANGELICH,(COUNSEL TO THE VANGUARD GROUP, INC.),1675 BROADWAY, NEW YORK, NY 10019 |
| ARMSTRONG TEASDALE LLP | ATTN: STEVEN COUSINS & SUSAN EHLERS,(COUNSEL TO AMEREN ET AL.),ONE METROPOLITAN SQUARE, SUITE 2600, SAINT LOUIS, MO 63102-2720 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN AND FRANK N. WHITE,(COUNSEL TO VERIZON COMMUNICATIONS INC. AND SUN,TRUST BANKS, INC.),171 17TH STREET NW, SUITE 2100, ATLANTA, GA 30363-1031 |
| ASSISTANT UNITED STATES ATTORNEY, SDNY | ATTN: ROBERT YALEN, ESQ.,86 CHAMBERS STREET, 3RD FLOOR, NEW YORK, NY 10007 |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL,(COUNSEL TO THE DEPARTMENT OF TAXATION,AND FINANCE),120 BROADWAY, 24TH FLOOR, NEW YORK, NY 10271 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,  VIC 3000 AUSTRALIA |
| AUSTRALIA NATIONAL BANK | MICHAEL HALEVI,1177 AVE OF THE AMERICAS, 6TH FL, NEW YORK, NY 10036 |
| BANK OF CHINA, NEW YORK BRANCH | ATTN: WILLIAM WARREN SMITH,CHIEF LOAN OFFICER, DEPUTY GENERAL MGR,410 MADISON AVE, NEW YORK, NY 10017 |
| BANK OF TAIWAN, NEW YORK AGENCY | EUNICE S.J. YEH, SVP & GENERAL MGR,100 WALL ST, 11TH FL, NEW YORK, NY 10005 |
| BANKRUPTCY CREDITORS' SERVICE, INC. | ATTN: PETER A. CHAPMAN,572 FERNWOOD LANE, FAIRLESS HILLS, PA 19030 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN (MASS. BBO# 564729),(COUNSEL TO IRON MOUNTAIN INFORMATION MANGEMENT),155 FEDERAL STREET, 9TH FLOOR, BOSTON, MA 02110 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | ATTN: JOHN P. "SEAN" COFFEY, ESQ.,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13),1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | ATTN: DAVID R. STICKNEY, ESQ.,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13),12481 HIGH BLUFF DRIVE, SUITE 300, SAN DIEGO, CA 92130 |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| BIEGING SHAPIRO & BURNS LLP | ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN,(COUNSEL TO PAYREEL, INC.),4582 SOUTH ULSTER STREET PARKWAY,SUITE 1650, DENVER, CO 80237 |

| Claim Name | Address Information |
|---|---|
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND,STEVEN WILAMOWSKY,(COUNSEL TO HARBINGER, HARBERT &UBS FIN SER ET AL),399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND,STEVEN WILAMOWSKY,(COUNSEL TO DEUTSCHE BANK SECURITIES INC.),399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND,JOSHUA DORCHAK,(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S),399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: MARK W. DEVENO,(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY),ONE STATE STREET, HARTFORD, CT 06103 |
| BINGHAM MCCUTCHEN LLP | ATTN: P. SABIN WILLETT,(COUNSEL TO HARBINGER CAPITAL, HARBERT, UBS FIN,SRVS, UBS INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK),ONE FEDERAL PLAZA, BOSTON, MA 02110-1726 |
| BLANK ROME LLP | ATTN EDWARD J LOBELLO ESQ, AS COUNSEL FOR,THOMSON REUTERS PLC & THOMSON REUTERS CORP,THE CHRYSLER BUILDING, 405 LEXINGTON AVE, NEW YORK, NY 10174 |
| BNP PARIBAS | C/O FRANK SODANO,787 7TH AVE, NEW YORK, NY 10019 |
| BROOKFIELD PROPERTIES ONE WFC CO. LLC | ATTN: MONICA LAWLESS,(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC),THREE WORLD FINANCIAL CENTER,200 VESEY STREET, NEW YORK, NY 10281-1021 |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ.,(COUNSEL TO BUSINESS OBJECTS AMERICAS),6 NORTH BROAD STREET, SUITE 100, WOODBURY, NJ 08096 |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ.,(COUNSEL TO FRICTIONLESS COMMERCE, INC.),6 NORTH BROAD STREET, SUITE 100, WOODBURY, NJ 08096 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.,(COUNSEL TO ORACLE CREDIT CORPORATION),333 MARKET STREET, 25TH FLOOR, SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: CHRISTOPHER P. SCHUELLER, ESQ.,(COUNSEL TO GREENBRIAR MINERALS, LLC),620 EIGHTH AVENUE, 23RD FLOOR, NEW YORK, NY 10018 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: TIMOTHY P. PALMER, ESQ.,(COUNSEL TO GREENBRIAR MINERALS, LLC),ONE OXFORD CENTRE,301 GRANT STREET, 20TH FLOOR, PITTSBURGH, PA 15219-1410 |
| BUTZEL LONG, A PROFESSIONAL CORPORATION | ATTN: ERIC B. FISHER AND ROBERT SIDORSKY,(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.),380 MADISON AVENUE,22ND FLOOR, NEW YORK, NY 10017 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.,(COUNSEL TO CITIGROUP, INC & CITIBANK, NA),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD,(COUNSEL TO MORGAN STANLEY & CO. AND,CHILTON NEW ERA PARTNERS, L.P.),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: ISRAEL DAHAN,(COUNSEL TO FXCM HOLDINGS LLC),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.,(COUNSEL TO CREDIT SUISSE),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD,(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND,L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: MARK C. ELLENBERG,(COUNSEL TO FXCM HOLDINGS, LLC AND MORGAN,STANLEY & CO. INCORPORATED AND AFFILIATES),1201 F STREET N.W., SUITE 1100, WASHINGTON, DC 20004 |
| CADWALADER, WICKERSHAM & TAFT, LLP | ATTN: HOWARD R. HAWKINS, JASON JURGENS &,ELLEN M. HALSTEAD, ESQ.,(COUNSEL TO WESTLB AG, NEW YORK BRANCH),ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| CAHILL GORDON & REINDEL LLP | ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON,(COUNSEL TO HYPO INVESTMENKBANK AG),EIGHTY PINE STREET, NEW YORK, NY 10005 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL,PO BOX 942707, SACRAMENTO, CA 94229-2707 |
| CB RICHARD ELLIS, INC | ATTN: WANDA N. GOODLOE, ESQ.,200 PARK AVENUE, 17TH FLOOR, NEW YORK, NY 10166 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW,ROSENBLATT,(COUNSEL TO GLG PARTNERS LP),30 ROCKEFELLER PLAZA, NEW YORK, NY 10112 |

| Claim Name | Address Information |
|---|---|
| CHAPMAN AND CUTLER LLP | ATTN: JAMES E. SPIOTTO, ANN E. ACKER,FRANLIN H. TOP, & JAMES HEISER,(COUNSEL TO US BANK NATL ASSOC. & BANK OF MONTREAL,NATL AUSTRALIA BANK LIMITED),111 WEST MONROE STREET, CHICAGO, IL 60603 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO, 105-0014 JAPAN |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG, HONG KONG |
| CITIBANK NA HONG KONG BRANCH | C/O MICHAEL MAUERSTEIN,MD - FIG,388 GREENWICH ST, NEW YORK, NY 10013 |
| CLEARY GOTTLIEB LLP | JAMES BROMLEY,ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | LISA SCHWEITZER/LINDSEE GRANFIELD,ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER,(COUNSEL TO BARCLAYS CAPITAL, INC.),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS J. MALONEY, ESQ.,(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC,AND D.E. SHAW OCULUS PORTFOLIOS, LLC),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL,(COUNSEL TO HELLMAN & FRIEDMAN LLC),ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| CLIFFORD CHANCE US LLP | ATTN: JENNIFER C. DE MARCO,31 WEST 52ND STREET, NEW YORK, NY 10019 |
| COMMODITY FUTURES TRADING COMMISSION | TERRY S ARBIT,THREE LAFAYETTE CENTRE,1155 21ST ST, NW, WASHINGTON, DC 20581 |
| COMMODITY FUTURES TRADING COMMISSION | ROBERT B WASSERMAN,THREE LAFAYETTE CENTRE,1155 21ST ST, NW, WASHINGTON, DC 20581 |
| CONTRARIAN CAPITAL MANAGEMENT, LLC | ATTN: ETHAN SCHWARTZ,411 WEST PUTNAM AVENUE,SUITE 425, GREENWICH, CT 06830 |
| COUNTY OF SAN MATEO | ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL,(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF,MONTEREY),400 COUNTY CENTER, REDWOOD CITY, CA 94063-1662 |
| COVINGTON & BURLING LLP | COUNSEL FOR WILMINGTON TRUST COMPANY,ATTN M HOPKINS, D COFFINO, A RABOY,THE NEW YORK TIMES BUILDING,620 EIGHTH AVENUE, NEW YORK, NY 10018 |
| CRAVATH, SWAINE & MOORE LLP | ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.,(COUNSEL TO CREDIT SUISSE),WORLDWIDE PLAZA,825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CROCKER KUNO PLLC | ATTN: JOANNE K. LIPSON AND J. TODD TRACY,(COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL,TRANSIT AUTHORITY),720 OLIVE WAY, SUITE 1000, SEATTLE, WA 98101 |
| CUMMINGS & LOCKWOOD LLC | ATTN: JOHN F. CARBERRY, ESQ.,(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC),SIX LANDMARK SQUARE, STAMFORD, CT 06901 |
| DAVIS POLK & WARDWELL | ATTN: KAREN E. WAGNER, ABRAHAM GESSER,JAMES I. MCCLAMMY,(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP),450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO & MAUREEN CRONIN, (COUNSEL TO ROCK-FORTY NINTH LLC, ROCKEFELLER,CENTER ET AL.),919 THIRD AVENUE, NEW YORK, NY 10022 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO AND MAUREEN A. CRONIN,(COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC),919 THIRD AVENUE, NEW YORK, NY 10022 |
| DECHERT LLP | ATTN: GLEN E. SIEGEL AND DONALD M. BADACZEWSKI,(COUNSEL TO RUSSELL INVESTEMENT GROUP, INC.),1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND,TIMOTHY Q. KARCHER,(COUNSEL TO BANK OF AMERICA MELLON),1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEWEY & LEBOEUF LLP | ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT,(COUNSEL TO CUSTOMER ASSET PROTECTION),1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN,& WILLIAM C. HEUER,(COUNSEL TO ROYAL BANK OF SCOTLAND),1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6092 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DLA PIPER LLP (US) | ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER,(COUNSEL TO RIVER CAPITAL ADVISORS, INC.),203 NORTH LASALLE STREET, SUITE 1900, CHICAGO, IL 60601 |
| DNB NOR BANK ASA | ROLF NAGEL DAHL,SVP INTERNATIONAL FINANCIAL INSITITUTIONS,NO-0021, OSLO, NORWAY |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |

| Claim Name | Address Information |
|---|---|
| DRESDNER BANK A.G. | ATTN: JOSEPH SCORDATO, ESQ,1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL,(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG),500 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-1047 |
| DRINKER BIDDLE & REATH LLP | ATTN: STEPHANIE WICKOUSKI, ESQ,(COUNSEL TO PARSEC TRADING CORP.),140 BROADWAY, 39TH FL, NEW YORK, NY 10005-1116 |
| DRINKER BIDDLE & REATH LLP | ATTN: KRISTIN K. GOING, ESQ.,(COUNSEL TO PARSEC CORP.),1500 K ST, NW – SUITE 1100, WASHINGTON, DC 20005-1209 |
| EATON CORPORATION | ATTN: GLOBAL TRADE CREDIT DEPARTMENT,EATON CENTER,1111 SUPERIOR AVENUE, CLEVELAND, OH 44114-2584 |
| EMMET, MARVIN & MARTIN, LLP | ATTN: EDWARD P. ZUJKOWSKI, ESQ.,(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING,GROUP LIMITED),120 BROADWAY, NEW YORK, NY 10271 |
| ENTWISTLE & CAPPUCCI LLP | ATTN: ANDREW J. ENTWISTLE,(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE OF,THE NY STATE COMMON RETIREMENT FUND),280 PARK AVENUE, 26TH FLOOR WEST, NEW YORK, NY 10017 |
| EZRA BRUTZKUS GUBNER LLP | ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ,(COUNSEL TO THE CITY OF LONG BEACH),21650 OXNARD STREET, SUITE 500, WOODLAND HILLS, CA 91367 |
| FEDERAL RESERVE BANK OF NEW YORK | ATTN: SHARI LEVENTHAL,ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES,33 LIBERTY STREET, NEW YORK, NY 10045-0001 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP, | ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH,(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT,SYSTEM),400 CAPITOL MALL, SUITE 1450, SACRAMENTO, CA 95814 |
| FILARDI LAW OFFICES LLC | ATTN: CHARLES J. FILARDI JR.,(COUNSEL TO FEDERAL EXPRESS CORPORATION),65 TRUMBULL STREET, NEW HAVEN, CT 06510 |
| FIRST COMMERCIAL BANK CO, LTD | MALCOLM WANG, DEPUTY GENERAL MANAGER,NEW YORK AGENCY,34TH FL, 750 THIRD AVE, NEW YORK, NY 10017 |
| FIRST TRUST PORTFOLIOS L.P. | ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL,(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST,ADVISORS LP AND BONDWAVE LLC),120 E. LIBERTY DRIVE, SUITE 400, WHEATON, IL 60187 |
| FOLEY & LARDNER LLP | ATTN: DOUGLAS S. HEFFER,(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL),90 PARK AVENUE, NEW YORK, NY 10016 |
| FOLEY & LARDNER LLP | ATTN: JOANNE LEE,(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL),321 N. CLARK STREET,SUITE 2800, CHICAGO, IL 60654 |
| FRASER STRYKER PC LLO | ATTN: MICHAEL L. SCHLEICH, ESQ.,(COUNSEL TO TATA COMMUNICATIONS SERVICES INC.),500 ENERGY PLAZA,409 17TH STREET, OMAHA, NE 68102 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER & DEVON J. EGGERT,(COUNSEL TO ACCENTURE LLP),311 SOUTH WACKER DRIVE, SUITE 3000, CHICAGO, IL 60606-6677 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ.,AND MITCHELL EPNER, ESQ.,(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA),ONE NEW YORK PLAZA, NEW YORK, NY 10004-1980 |
| FRIEDMAN DUMAS & SPRINGWATER LLP | ATTN: ELLEN A. FRIEDMAN, ESQ.,(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY),150 SPEAR STREET, SUITE 1600, SAN FRANCISCO, CA 94105 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO, ESQ.,(COUNSEL TO STANDARD & POOR'S),ONE GATEWAY CENTER, NEWARK, NJ 07102-5310 |
| GIBSON DUNN & CRUTCHER LLP | ATTN: MICHAEL ROSENTHAL & JANET WEISS,(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY FUNDS),200 PARK AVENUE, NEW YORK, NY 10166-0193 |
| GODFREY & KAHN, S.C. | ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG,(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &,ILSLEY TRUST COMPANY, N.A.),780 NORTH WATER STREET, MILWAUKEE, WI 53202 |
| GOULSTON & STORRS, P.C. | ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN,(COUNSEL TO INTERACTIVE DATA CORP.),400 ATLANTIC AVENUE, BOSTON, MA 02110-3333 |
| GREEN TREE SERVICING LLC | ATTN: BRIAN COREY, GENERAL COUNSEL,345 ST. PETER STREET, SAINT PAUL, MN 55102-1639 |
| GREENBERG TRAURIG, LLP | ATTN: JOHN W. WEISS, ESQ.,(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON,BEHALF OF NOMURA HOLDINGS, INC.),200 PARK AVENUE, NEW YORK, NY 10166 |

| Claim Name | Address Information |
|---|---|
| HAHN & HESSEN LLP | ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH,(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG),488 MADISON AVENUE,15TH FLOOR, NEW YORK, NY 10022 |
| HAHN & HESSEN LLP | ATTN: ROSANNE THOMAS MATZAT, ESQ.,(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC,AND POWEREX CORP.),488 MADISON AVE, NEW YORK, NY 10022 |
| HALPERIN BATTAGLIA RAICHT, LLP | ATTN: WALTER BENZIJA AND JULIE D DYAS,(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.),555 MADISON AVENUE, 9TH FLOOR, NEW YORK, NY 10022 |
| HERRICK, FEINSTEIN LLP | ATTN: ANDREW C. GOLD,(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND,LYON CAPITAL VENTURES),TWO PARK AVENUE, NEW YORK, NY 10016 |
| HERRICK, FEINSTEIN LLP | ATTN: ELIZABETH L. ROSE, ESQ.,(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA),2 PARK AVENUE, NEW YORK, NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL,11311 CHINDEN BLVD,MAILSTOP 314, GARDEN CITY, ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST,2125 E. KATELLA AVE,SUITE 400, ANAHEIM, CA 92806 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL,300 HANOVER ST., M/S 1050, PALO ALTO, CA 94304 |
| HODGSON RUSS LLP | ATTN: STEPHEN H. GROSS, ESQ.,(COUNSEL TO VIGNETTE EUROPE LTD & DELL MARKETING),60 EAST 42ND STREET, 37TH FLOOR, NEW YORK, NY 10165-0150 |
| HOGAN & HARTSON LLP | ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN,(COUNSEL TO KRAFT FOODS, INC.),875 THIRD AVENUE, NEW YORK, NY 10022 |
| HOLLAND & KNIGHT LLP | ATTN: PETER A. ZISSER,(COUNSEL TO MONUMENT REALTY LLC),195 BROADWAY, NEW YORK, NY 10007-3189 |
| HOLLAND & KNIGHT LLP | ATTN: SANDRA E. MAYERSON, ESQ.,(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU,QUEBEC),195 BROADWAY, NEW YORK, NY 10007-3189 |
| HOLLAND & KNIGHT LLP | RICHARD E. LEAR, ESQ.,(COUNSEL TO MONUMENT REALTY LLC),2099 PENNSYLVANIA AVE, NW, SUITE 100, WASHINGTON, DC 20006 |
| HOLME ROBERTS & OWEN LLP | ATTN: BRADFORD E. DEMPSEY, ESQ.,(COUNSEL TO M. ARTHUR GENSLER JR & ASSOC, GENSLER,ARCHITECTURE, DESIGN & PLANNING, COSTELLO MAIONE),1700 LINCOLN, SUITE 4100, DENVER, CO 80203 |
| HOLME ROBERTS & OWEN LLP | ATTN: LAWRENCE BASS, ESQ.,(COUNSEL TO NATIONAL CINEMEDIA, INC.),1700 LINCOLN STREET, SUITE 4100, DENVER, CO 80203 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,    TAIWAN |
| HUGHES HUBBARD & REED LLP | JAMES W. GIDDENS,JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK,ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1482 |
| HUNTON & WILLIAMS LLP | ATTN: MICHELLE A. MENDEZ,(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A BLUE,CROSS AND BLUE SHIELD OF ILLINOIS),1445 ROSS AVENUE, SUITE 3700, DALLAS, TX 75202 |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | ATTN: CORY L. WEISS, ESQ.,(COUNSEL TO 50 BROADWAY REALTY CORP. LLC),250 PARK AVENUE, NEW YORK, NY 10177 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES BRANCH,ATTN: DISTRICT DIRECTOR,290 BROADWAY, NEW YORK, NY 10007 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN,(COUNSEL TO BAY HARBOUR MGMT LC, BAY HARBOUR MSTR,TROPHY HUNETR INVST, BHCO MASTER, MSS DISTRESSED,& OPPORTUNITIES 2 AND INSTITUTIONAL BENCHMARKS),1633 BROADWAY, NEW YORK, NY 10019 |
| KATSKY KORINS LLP | ATTN: STEVEN H. NEWMAN, ESQ.,(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDO,TPA OWNER LLC),605 THIRD AVENUE, 16TH FLOOR, NEW YORK, NY 10158 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND,LAUREN ATTARD,(COUNSEL TO WELLS FARGO BANK, NA & WELLS FARGO&CO),425 PARK AVENUE, NEW YORK, NY 10022 |
| KAYE SCHOLER LLP | ATTN: MARGOT B. SCHONHOLTZ AND ANA M. ALFONSO,(COUNSEL TO BANK OF AMERICA, N.A.),425 PARK AVENUE, NEW YORK, NY 10022 |

| Claim Name | Address Information |
| --- | --- |
| KBC BANK | C/O DENIS GRAHAM,125 W 55TH ST, NEW YORK, NY 10019 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, ESQ.,BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.,(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND,IGI RESOURCES),101 PARK AVENUE, NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL, ESQ.,(COUNSEL TO TATA AMERICAN INTERNATIONAL,CORPORATION ANDD TATA CONSULTANCY SERVICES LTD),101 PARK AVENUE, NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: BENJAMIN BLAUSTEIN, ESQ.,(COUNSEL TO THE JUILLIARD SCHOOL),101 PARK AVENUE, NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: MARK W. PAGE, ESQ.,(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND,IGI RESOURCES),333 WEST WACKER DRIVE, 26TH FLOOR, CHICAGO, IL 60606 |
| KIRKLAND & ELLIS LLP | ATTN: RICHARD L. WYNNE, ESQ.,(COUNSEL TO KAPALUA BAY, LLC),777 SOUTH FIGUEROA STREET, 37TH FLOOR, LOS ANGELES, CA 90017 |
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP, | ATTN: JEFFREY KURTZMAN, ESQ.,(COUNSEL TO PJM INTERCONNECTION, L.L.C.),260 S. BROAD STREET, PHILADELPHIA, PA 19102 |
| KOBRE & KIM LLC | ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C,LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY,(COUNSEL TO ESSEX, M&B MAHER, ABM,NORTHGATE,4KIDS),M. BRIAN MAHER AND BASIL MAHER),800 THIRD AVENUE, NEW YORK, NY 10022 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND,AMY CATON,(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA),1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| LANE POWELL PC | ATTN: CHARLES R. EKBERG,(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH CNTR),1420 FIFTH AVENUE,SUITE 4100, SEATTLE, WA 98101-2338 |
| LATHAM & WATKINS LLP | ATTN: KEITH A. SIMON,(COUNSEL TO FANNIE MAE),885 THIRD AVENUE, NEW YORK, NY 10022 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. HELLER & J. DOUGLAS BACON,(COUNSEL TO FANNIE MAE),SEARS TOWER, SUITE 5800,233 SOUTH WACKER DRIVE, CHICAGO, IL 60606 |
| LAW OFFICES OF GABRIEL DEL VIRGINIA | ATTN: GABRIEL DEL VIRGINIA, ESQ.,(COUNSEL TO THE TAARP GROUP, LLP),641 LEXINGTON AVENUE, 21ST FLOOR, NEW YORK, NY 10022 |
| LAW OFFICES OF ROBERT E. LUNA, PC | ATTN: ANDREA SHEEHAN, ESQ.,(COUNSEL TO CARROLLTON-FARMERS BRANCH INDEPENDENT,SCHOOL DISTRICT),4411 N. CENTRAL EXPRESSWAY, DALLAS, TX 75205 |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | ATTN: STEVEN E. FINEMAN, ESQ.,(COUNSEL TO MEMBERS OF CERTIFIED CLASS IN AUSTIN,ET AL V. CHISICK, ET AL., CASE SA CV 01-0971 DOC),780 THIRD AVENUE, 48TH FLOOR, NEW YORK, NY 10017-2024 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN,(COUNSEL TO HARRIS COUNTY),2323 BRYAN STREET, SUITE 1600, DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER,(COUNSEL TO DALLAS COUNTY AND TARRANT COUNTY),2323 BRYAN STREET,SUITE 1600, DALLAS, TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS,(COUNSEL TO MCLENNAN COUNTY),1949 SOUTH I.H. 35,PO BOX 17428, AUSTIN, TX 78760 |
| LLOYDS BANK | ATTN: NICK BRUCE, JEREMY MATHIS AND VIVEK PRASHAR,1251 AVE OF THE AMERICAS, 39TH FL,PO BOX 4873, NEW YORK, NY 10163 |
| LOWENSTEIN SANDLER PC | ATTN: IRA M. LEVEE,(COUNSEL TO FACTIVA, INC.),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN,(COUNSEL TO AVAYA INC.),65 LIVINGSTON AVE., ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE,(COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE,POWER, LP),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ATKIN AND S. JASON TEELE,(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING,AND TRADING),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: IRA M. LEVEE,(COUNSEL TO FACTIVA, INC.),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN, ESQ.,(COUNSEL TO RELIANT ENERGY SERVICES, INC. AND,RELIANT ENERGY POWER SUPPLY, LLC),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, |

| Claim Name | Address Information |
|---|---|
| LOWENSTEIN SANDLER PC | NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER,(COUNSEL TO BINDING COMPANY, INC.),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE,(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE,POWER, LP),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE,(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING,AND TRADING),1251 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW YORK, NY 10022 |
| LOWENSTEIN SNADLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON LEE,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINGURGH COUNCIL & OPER. ENG. LCL 13),65 LIVINGSTON AVENUE, ROSELAND, NJ 07068 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ.,750 SHIPYARD DRIVE, SUITE 102, WILMINGTON, DE 19801 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.,(COUNSEL TO CANADIAN IMPERIAL BANK, CIBC WOLRD MKT,CIBC WOLRD MARKETS INC.),1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN,(COUNSEL TO SUMITOMO MITSUI BANKING CORP, SMBC CAP, SUMITOMO MITSUI BRUSSELS AND SOCIETE GENERAL),1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, FREDERICK D. HYMAN,JEFFREY G. TOUGAS, AMIT K. TRHAN,(COUNSEL TO WASH. MUTUAL & NAT'L BANK OF CANADA),WASHINGTON MUTUAL, INC.),1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: ANTONIA GOLIANOPOULOS, ESQ.,(COUNSEL TO SP4 190 S. LASALLE, L.P.),1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS,AMIT K. TREHAN,(COUNSEL TO NATIONAL BANK OF CANADA ET AL.),1675 BROADWAY, NEW YORK, NY 10019 |
| MAYER BROWN LLP | ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY,(COUNSEL TO SP4 190 S. LASALLE, L.P.),71 S. WACKER DRIVE, CHICAGO, IL 60606 |
| MCBREEN & KOPKO | ATTN: KENNETH A. REYNOLDS, ESQ.,(COUNSEL TO EXECUTIVE FLITEWAYS, INC.),500 NORTH BROADWAY, SUITE 129, JERICHO, NY 11753 |
| MCCALLA RAYMER, LLC | ATTN: MATTHEW DYER,(COUNSEL TO AMERICA'S SERVICING COMPANY),1544 OLD ALABAMA ROAD, ROSWELL, GA 30076-2102 |
| MCCARTER & ENGLISH, LLP | ATTN: EDUARDO J. GLAS, ESQ.,(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.),FOUR GATEWAY CENTER,100 MULBERRY STREET, NEWARK, NJ 07102-4096 |
| MCCARTER & ENGLISH, LLP | ATTN: KATHERINE L. MAYER, ESQ.,(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.),RENAISSANCE CENTRE,405 NORTH KING STREET, WILMINGTON, DE 19801 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM F. TAYLOR, ESQ,(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.),405 NORTH KING STREET,RENAISSANCE CENTER, 8TH FLOOR, WILMINGTON, DE 19801 |
| MCGUIREWOODS LLP | ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX,(COUNSEL TO ACCESS DATA, MERIDIAN COMP OF NY, CNX,GAS CO, SPRINT NEXTEL AND TORONTO-DOMINION BANK),1345 AVENUE OF THE AMERICAS, SEVENTH FLOOR, NEW YORK, NY 10105 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN AND KENNETH M. MISKEN,(COUNSEL TO SPRINT NEXTEL CORP, SPRINT SOLUTIONS),1750 TYSONS BLVD., SUITE 1800, MC LEAN, VA 22102 |
| MCGUIREWOODS LLP | ATTN: DION W. HAYES,(COUNSEL TO THE TORONTO-DOMINION BANK),ONE JAMES CENTER,901 EAST CARY STREET, RICHMOND, VA 23219 |
| MEYER SUOZZI ENGLISH & KLEIN | ATTN: THOMAS R. SLOME, ESQ.,(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC),900 STEWART AVENUE, SUITE 300 PO BOX 9194, GARDEN CITY, NY 11530 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: ALAN E. MARDER AND JIL MAZER-MARINO,(COUNSEL TO CONSTELLATION PLACE, |

| Claim Name | Address Information |
|---|---|
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ADV. PORTFOLIO,SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS),990 STEWART AVENUE, SUITE 300, GARDEN CITY, NY 11530 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: THOMAS R. SLOME AND JIL MAZER-MARINO,(COUNSEL TO DUKE ENERGY OHIO, INC.),990 STEWART AVENUE, SUITE 300,P.O. BOX 9194, GARDEN CITY, NY 11530-9194 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR,DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.,(COUNSEL TO THE OFFICIAL COMMITTEE OF,UNSECURED  CREDITORS),1 CHASE MANHATTAN PLAZA, NEW YORK, NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | ATTN: PAUL ARONZO & GREGORY BRAY,(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED,CREDITORS),601 SOUTH FIGUEROA STREET, 30TH FLOOR, LOS ANGELES, CA 90017 |
| MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, | ATTN: STEVEN A. GINTHER,P.O. BOX 475, JEFFERSON CITY, MO 65105-0475 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JAPAN |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,  100-8210 JAPAN |
| MIZUHO CORPORATE BANK LTD | TIMOTHY WHITE, MANAGING DIRECTOR,HEAD OF ORIGINATIONS,CORPORATE AND INVESTMENT BANKING DEPT,1251 AVE OF THE AMERICAS, 32ND FL, NEW YORK, NY 10020-1104 |
| MIZUHO CORPORATE BANK, LTD | ATTN: TIMOTHY WHITE, MANAGING DIRECTOR,CORPORATE & INVESTMENT BANKING DEPT,1251 AVE OF THE AMERICAS, 32ND FL, NEW YORK, NY 10020-1104 |
| MOORE & VAN ALLEN PLLC | ATTN: DAVID B. WHEELER, ESQ.,(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA),40 CALHOUN STREET, SUITE 300,POST OFFICE BOX 22828, CHARLESTON, SC 29413-2828 |
| MORELLI & GOLD, LLP | ATTN: RICHARD L. GOLD, ESQ.,(COUNSEL TO A-V SERVICES, INC.),380 LEXINGTON AVENUE, NEW YORK, NY 10168 |
| MORGAN, LEWIS & BOCKLIUS LLP | ATTN: NEIL E. HERMAN, ESQ.,(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS),101 PARK AVENUE, NEW YORK, NY 10178-0600 |
| MORI HAMADA & MATSUMOTO | ATTN: KEN MIURA, ESQ.,(COUNSEL TO NIPPON LIFE INSURANCE COMPANY),MARUNOUCHI KITAGUCHI BUILDING,1-6-5 MARUNOUCHI, CHIYODA-KU, TOKYO 100-8222,   JAPAN |
| MORRISON & FOERSTER LLP | ATTN: TSUGUMICHI WATANABE, ESQ.,(COUNSEL TO NIPPON LIFE INSURANCE COMPANY),SHIN-MARUNOUCHI BUILDING, 29TH FLOOR,5-1, MARUNOUCHI 1 -CHOME,CHIYODA-KU, TOKYO 100-6529,   JAPAN |
| MORRISON & FOERSTER LLP | ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI,(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI,(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE, ESQ.,(COUNSEL TO NIPPON LIFE INSURANCE COMPANY),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.,(COUNSEL TO CB RICHARD ELLIS, INC.),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI,ESQ,(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI,MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LARREN M. NASHELSKY,(COUNSEL TO PACIFIC COAST CAP. PARTNERS, LLC,MITSUBISHI UGJ SEC CO., ING REAL ESTATE FINANCE),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MORRISON & FOERSTER, LLP | ATTN: BRETT H. MILLER, ESQ,(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF GRP,OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS),1290 AVENUE OF THE AMERICAS, NEW YORK, NY 10104 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: KEVIN M. LIPPMAN,(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS),3800 LINCOLN PLAZA,500 NORTH AKARD STREET, DALLAS, TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: RUSSELL L. MUNSCH,(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS),ONE AMERICAN CENTER,600 CONGRESS AVENUE, SUITE 2900, AUSTIN, TX 78701-3057 |
| NAGASHIMA OHNO & TSUNEMATSU | ATTN: MASAKI KONISHI, ESQ.,(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.),KIOICHO BUILDING 3-12, KIOICHO,CHIYODA-KU, TOKYO 102-0094,   JAPAN |

| Claim Name | Address Information |
|---|---|
| NATIONAL AUSTRALIA BANK | ROSEMARIE O'CANTO, 245 PARK AVE, 28TH FL, NEW YORK, NY 10167 |
| NEWEDGE USA, LLC | ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL, COUNSEL, NEWEDGE, 550 WEST JACKSON BLVD, SUITE 500, CHICAGO, IL 60661 |
| NIPPON LIFE INSURANCE CO | TAKAYUKI MURAI, DEPUTY GENERAL MGR, CORPORATE FINANCE DEPT #1, 1-6-6, MARUNOUCHI, CHIYODA-KU, TOKYO,  100-8288 JAPAN |
| NIXON PEABODY LLP | ATTN: DENNIS J. DREBSKY, (COUNSEL TO COUNTY OF SAN MATEO AND MONTEREY), 437 MADISON AVENUE, NEW YORK, NY 10022 |
| NIXON PEABODY, LLP | ATTN: CHRISTOPHER M. DESIDERIO, (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS), 437 MADISON AVENUE, NEW YORK, NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN, (COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS), 100 SUMMER STREET, BOSTON, MA 02110 |
| NOMURA HOLDING AMERICA, INC | ATTN: PENNY TEHRANI, TWO WORLD FINANCIAL CENTER, BUILDING B, 22ND FLOOR, NEW YORK, NY 10281 |
| NORMANDY HILL CAPITAL LP | ATTN: MATTHEW A. CANTOR, ESQ., (COUNSEL TO NORMANDY HILL CAPITAL, LP), 150 EAST 52ND STREET, 10TH FLOOR, NEW YORK, NY 10022 |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| OCH-ZIFF | ATTN: KEN RUBIN, 9 W 57TH STREET, 39TH FLOOR, NEW YORK, NY 10019 |
| OFFICE OF THE ATTORNEY GENERAL OF | THE STATE OF NY, NEW YORK OFFICE, 120 BROADWAY, NEW YORK, NY 10271-0332 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DANNA DRORI, ONE ST. ANDREWS PLAZA, NEW YORK, NY 10007 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG, BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS, 33 WHITEHALL STREET, 21ST FLOOR, NEW YORK, NY 10004 |
| OFFICE OF THRIFT SUPERVISION | ATTN: DIRK S. ROBERTS, (DEPUTY CHIEF COUNSEL, LITIGATION), 1700 G STREET, N.W., WASHINGTON, DC 20552 |
| OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION | ATTN: MARTIN JEFFERSON DAVIS, (SENIOR TRIAL ATTORNEY), HARBORSIDE FINANCIAL CENTER PLAZA FIVE, JERSEY CITY, NJ 07311 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS, (COUNSEL TO TELECOM ITALIA CAPITAL S.A.), 666 FIFTH AVENUE, NEW YORK, NY 10103-0001 |
| ORRICK, HARRINGTON & SUTCLIFFE LLP | ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND, DEBRA L. FELDER, (COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP), 1152 15TH STREET, N.W., WASHINGTON, DC 20005-1706 |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN, (COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD), 230 PARK AVENUE, NEW YORK, NY 10169-0075 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: HARVEY A. STRICKON (HS5210), (COUNSEL TO EUROPEAN BANK FOR RECONSTRUCTION AND, GENERAL ELECTRIC CAPITAL CORP.), 75 EAST 55TH STREET, NEW YORK, NY 10022-3205 |
| PEITZMAN, WEG & KEMPINSKY LLP | ATTN: HOWARD J. WEG AND DEVID B. SHEMANO, (COUNSEL TO AVISTA CORP., CASCADE INVESTEMENT LLC, AND POWEREX CORP.), 10100 SANTA MONICA BLVD., SUITE 1450, |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL, SARA B. EAGLE, COLIN B. ALBAUGH, OFFICE OF THE CHIEF COUNSEL, 1200 K STREET, N.W., WASHINGTON, DC 20005 |
| PEPPER HAMILTON LLP | ATTN: AUDREY D. WISOTSKY, ESQ., (COUNSEL TO ING BANK, FSB), 301 CARNEGIE CENTER, SUITE 400, PRINCETON, NJ 08543-5276 |
| PEPPER HAMILTON LLP | ATTN: KAY STANDRIDGE KRESS, DEBORAH KOVSKY-APAP, (COUNSEL TO ING BANK, FSB), 100 RENAISSANCE CENTER, SUITE 3600, DETROIT, MI 48243 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA, (COUNSEL TO CITY OF FARMERS BRANCH, JOHNSON COUNTY, ARLINGTON ISD, MANSFIELD ISD, BURLESON, ISD, CITY OF BURLESON), P.O. BOX 13430, ARLINGTON, TX 76094-0430 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: DAVID A. CRICHLOW, ESQ., (COUNSEL TO UNION BANK OF CALIFORNIA, N.A.), 1540 BROADWAY, NEW YORK, NY 10036-4039 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE, (COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.), 725 SOUTH FIGUEROA STREET, SUITE 2800, LOS ANGELES, CA 90017-5443 |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW, | ATTN: SYDNEY G. PLATZER, (COUNSEL TO 250 EAST BORROWER LLC, EAST 46TH, BORROWER LLC, HALE AVENUE BORROWER LLC), 1065 AVENUE OF THE AMERICAS, 18TH FLOOR, NEW |

| Claim Name | Address Information |
|---|---|
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW | YORK, NY 10018 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: CHRISTOPHER A WARD,(COUNSEL TO BATS HOLDINGS, INC.),222 DELAWARE AVENUE, SUITE 1101, WILMINGTON, DE 19801 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: DANIEL J. FLANIGAN,(COUNSEL TO EHMD, LLC),700 W. 47TH STREET, SUITE 1000, KANSAS CITY, MO 64112 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: JAMES E BIRD,(COUNSEL TO BATS HOLDINGS, INC.),700 W. 47TH STREET, SUITE 1000, KANSAS CITY, MO 64112 |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN,(COUNSEL TO ALIANT BANK),100 SOUTHGATE PARKWAY, MORRISTOWN, NJ 07962-1997 |
| POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A. | ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE,(COUNSEL TO DUKE CORPORATE EDUCATION),575 MADISON AVENUE, NEW YORK, NY 10022 |
| PRYOR CASHMAN LLP | ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS,(COUNSEL TO CD REPRESENTATIVE),410 PARK AVENUE, NEW YORK, NY 10022 |
| PRYOR CASHMAN LLP | ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE,(COUNSEL TO WSG DEVELOPMENT CO.),410 PARK AVENUE, NEW YORK, NY 10022 |
| PURSUIT PARTNERS | ATTN: LISA ROBERTS,333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR, STAMFORD, CT 06902 |
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND,SCOTT C. SHELLEY,(COUNSEL TO SPECIAL COUNSEL TO THE OFFICIAL,COMMITTEE OF UNSECURED CREDITORS OF LBH INC.),51 MADISON AVE, 22ND FLOOR, NEW YORK, NY 10010 |
| RABINOWITZ LUBETKIN & TULLY, LLC | ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY,(COUNSEL TO SOMERSET PROPERTIES SPE, LLC),293 EISENHOWER PARKWAY SUITE 100, LIVINGSTON, NJ 07039 |
| REED SMITH LLP | ATTN PAUL A RACHMUTH ESQ,COUNSEL TO GALLEON BUCCANEER'S OFFSHORE LTD,599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| REED SMITH LLP | ATTN: LUMA AL-SHIBIB,(COUNSEL TO GE CAPITAL INFORMATION TECHNOLOGY,SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES,QWEST CORP, QWEST COMM CORP, IKON OFFICE SOL.),599 LEXINGTON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI,(COUNSEL TO GE CAPITAL INFORMATION TECHNOLOGY,SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES,QWEST CORP, QWEST COMM CORP, IKON OFFICE SOL.),1201 N. MARKET STREET, SUITE 1500, WILMINGTON, DE 19801 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSPEH E. SHICKICH,(COUNSEL TO MICROSOFT CORPORATION AND MICROSOFT,LICENSING),1001 4TH AVENUE SUITE 4500, SEATTLE, WA 98154-1192 |
| RIEMER & BRAUNSTEIN LLP | ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER,RHEAUME,(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK),THREE CENTER PLAZA, BOSTON, MA 02108 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| RUSSELL INVESTMENTS | ATTN: ELIOT COHEN,909 A STREET, TACOMA, WA 98402-5120 |
| RUSSELL R. JOHNSON III | (COUNSEL TO DUKE ENERGY OHIO, INC.),2258 WHEATLANDS DRIVE, MANAKIN SABOT, VA 23103 |
| RUSSIN VECCHI BERG & BERNSTEIN LLP | ATTN: J. FRED BERG JR, ESQ.,(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC),380 LEXINGTON AVENUE, SUITE 1518, NEW YORK, NY 10168 |
| SALANS | ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN,(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK,PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT),620 FIFTH AVENUE, NEW YORK, NY 10020 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK,TIMOTHY T. BROCK, & ABIGAIL SNOW,(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM),230 PARK AVENUE, NEW YORK, NY 10169 |
| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD,(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND,GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13),280 KING OF PRUSSIA ROAD, WAYNE, PA 19087 |

| Claim Name | Address Information |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ATTN: BONNIE L. GAUCH,DIVISION OF MARKET REGULATION,450 5TH STREET, NW, WASHINGTON, DC 20549-1001 |
| SECURITIES INVESTOR PROTECTION CORPORATION | 805 15TH STREET, N.W.,SUITE 800, WASHINGTON, DC 20005-2215 |
| SEWARD & KISSEL LLP | ATTN: RONALD L. COHEN, ESQ.,(COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD),ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ESQ.,(COUNSEL TO GLOBAL, PANTON, CFIP, CURA, TURNBERRY,INVESTCORP ET AL, DIAMOND NOTCH AND TANG CAPITAL),ONE BATTERY PARK PLAZA, NEW YORK, NY 10004 |
| SHEAK & KORZUN, P.C. | ATTN: TIMOTHY J. KORZUN, ESQ.,(COUNSEL TO VOLLERS EXCAVATING & CONSTRUSTION,INC),1 WASHINGTON CROSSING ROAD, PENNINGTON, NJ 08534 |
| SHEARMAN & STERLING LLP | ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ,AND NED S. SCHODEK, ESQ.,(COUNSEL TO BANK OF AMERICA, N.A.),599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| SHENWICK & ASSOCIATES | ATTN: JAMES H. SHENWICK, ESQ.,(COUNSEL TO COLLINS BLDG SERVICES & JASON SINER),655 THIRD AVENUE, 20TH FLOOR,20TH FLOOR, NEW YORK, NY 10017 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN SHULMAN & RUSSELL RIED ESQS,(COUNSEL FOR THE BANK OF NEW YORK MELLON),30 ROCKEFELLER PLAZA 24TH FLOOR, NEW YORK, NY 10112 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,  104-0028 JAPAN |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME, CHUO-KU, TOKYO,  104-0031 JAPAN |
| SHINSEI BANK LTD | C/O TETSUHIRO TOMATA, GENERAL MGR,FINANCIAL INSTITUTIONS,BUSINESS DIV 2,1-8, UCHISAIWAICHO 2-CHOME,CHIYODA-KU, TOKYO,  100-8501 JAPAN |
| SHIPMAN & GOODWIN LLP | ATTN: JULIE A. MANNING, ESQ.,(COUNSEL TO GARTNER, INC., GARTNER UK, COMPUTER,FINANCIAL CONSULTANTS, TANGOE AND OPEN SOLUTIONS),ONE CONSTITUTION PLAZA, HARTFORD, CT 06103-1919 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: SALLY MCDONALD HENRY,(COUNSEL TO REGION MARCHE),FOUR TIMES SQUARE, NEW YORK, NY 10036 |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | ATTN: STEPHEN D. LERNER,(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.),221 E. FOURTH STREET, SUITE 2900, CINCINNATI, OH 45202 |
| STAHL ZELLOE, P.C. | ATTN: RICHARD J. STAHL, ESQ.,(COUNSEL TO THE TAARP GROUP, LLP),11350 RANDOM HILLS ROAD, SUITE 700, FAIRFAX, VA 22030 |
| STANDARD CHARTERED BANK | BILL HUGHES, SVP-FIG,ONE MADISON AVE, NEW YORK, NY 10010-3603 |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| STEPTOE & JOHNSON LLP | ATTN: JOHN H. LOVI AND LARA E. ROMANSIC,(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD,AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.),750 SEVENTH AVENUE, NEW YORK, NY 10019 |
| STEPTOE & JOHNSON LLP | ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER,(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD,AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.),2121 AVENUE OF THE STARS, SUITE 2800, LOS ANGELES, CA 90067 |
| STEVENS & LEE, P.C. | ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS,(COUNSEL TO 1301 PROPERTIES OWNER, LP C/O,PARAMOUNT GROUP, INC.),485 MADISON AVE, 20TH FLOOR, NEW YORK, NY 10022 |
| STEVENS & LEE, P.C. | ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS,(COUSEL TO ROYAL BANK OF AMERICA),485 MADISON AVENUE, 20TH FLOOR, NEW YORK, NY 10022 |
| STINSON MORRISON HECKER LLP | ATTN: DARRELL W. CLARK, ESQ.,(COUNSEL TO EXEGY INCORPORATED),1150 18TH STREET, NW,SUITE 800, WASHINGTON, DC 20036 |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: PAUL A. PATTERSON, MICHAEL J. CORDONE AND,MARK J. DORVAL,(COUNSEL TO DELAWARE MANAGEMENT HOLDINGS, INC.),2600 ONE COMMERCE SQUARE, PHILADELPHIA, PA 19103-7098 |
| STREUSAND & LANDON LLP | ATTN: G. JAMES LANDON AND RICHARD D. VILLA,(COUNSEL TO VIGNETTE EUROPE LIMITED),816 CONGRESS AVENUE, SUITE 1600, AUSTIN, TX 78701 |
| STREUSAND & LANDON LLP | ATTN: SABRINA L. STREUSAND, ESQ.,(COUNSEL TO DELL MARKETING, L.P.),816 |

| Claim Name | Address Information |
| --- | --- |
| STREUSAND & LANDON LLP | CONGRESS AVENUE, SUITE 1600, AUSTIN, TX 78701 |
| STROOCK & STROOK & LAVAN LLP | ATTN: MARK A. SPEISER & SHERRY J. MILLMAN,(COUNSEL TO MIZUHO CORPORATE BANK LTD),180 MAIDEN LANE, NEW YORK, NY 10038 |
| SULLIVAN & CROMWELL LLP | ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN,(COUNSEL TO BARCLAYS CAPITAL, INC.),125 BROAD STREET, NEW YORK, NY 10004 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,  103-0001 JAPAN |
| SUMITOMO MITSUBISHI BANKING CORP | C/O YAS IMAI, SENIOR VP,HEAD OF FINANCIAL INSITUTIONS GROUP,277 PARK AVE, NEW YORK, NY 10172 |
| SVENSKA HANDELSBANKEN | C/O GAIL DOULGAS,153 E 53RD ST, 37TH FL, NEW YORK, NY 10022 |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,   TAIWAN |
| TAIPEI FUBON BANK, NEW YORK AGENCY | ATTN:  M.S. WU,100 WALL ST, 14TH, NEW YORK, NY 10005 |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NEW YORK | ATTN: RAYMOND MORISON,ONE CANADA SQUARE,CANARY WHARF, LONDON,  E14 5AL ENGLAND |
| THE BANK OF NEW YORK | ATTN: CHRIS O'MAHONEY,101 BARCLAY STREET, NEW YORK, NY 10286 |
| THE BANK OF NEW YORK MELLON | ATTN: RANJIT MATHER, ROBERT BAILEY,ONE WALL STREET,  11TH FLOOR, NEW YORK, NY 10286 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,  048583 SINGAPORE |
| THE BANK OF NOVA SCOTIA | GOERGE NEOFITIDIS,DIRECTOR FINANCIA INSTITUTIONS GROUP,ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. | ATTN: MONIQUE L. MORREALE,1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020-1104 |
| THE CHUO MITSUI TRUST AND BANKING CO., LTD | 33-1, SHIBA 3-CHOME,MINATO-KU, TOKYO 105-8574,   JAPAN |
| THE SUMITOMO TRUST & BANKING CO., LTD | ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER,GRANTOKYO, SOUTH TOWER,1-9-2, MARUNOUCHI, CHIYODA-KU, TOKYO 100-6611,   JAPAN |
| THE SUMITOMO TRUST & BANKING CO., LTD | ATTN: BRUCE A. ORTWINE, ESQ., GENERAL COUNSEL,527 MADISON AVENUE, NEW YORK, NY 10022 |
| THE WILSON LAW FIRM PC | ATTN: L. MATT WILSON, ESQ.,(COUNSEL TO GREG GEORGAS & MARK GROCK),950 EAST PACES FERRY ROAD,SUITE 3250 ATLANTA PLAZA, ATLANTA, GA 30326 |
| THOMPSON & KNIGHT LLP | ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS,(COUNSEL TO DIRECT ENERGY BUSINESS LLC, CHEVRON,NATURAL GAS AND CROSSROADS INVESTMENT ADVISORS),919 THIRD AVENUE, 39TH FLOOR, NEW YORK, NY 10022-3915 |
| THOMPSON & KNIGHT LLP | ATTN: DAVID M. BENNETT,(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP),1722 ROUTH STREET, SUITE 1500, DALLAS, TX 75201-2533 |
| THOMPSON & KNIGHT LLP | ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER,(COUNSEL TO CHEVRON NATURAL GAS),333 CLAY STREET, SUITE 3300, HOUSTON, TX 77002 |
| THOMPSON & KNIGHT LLP | ATTN: RHETT G. CAMPBELL,(COUNSEL TO DIRECT ENERGY LLC),333 CLAY STREET, SUITE 3300, HOUSTON, TX 77002-4499 |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| TISHMAN SPEYER PROPERTIES, LP | ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND,NED BANNON, CORPORATE COUNSEL,45 ROCKEFELLER PLAZA, NEW YORK, NY 10111 |
| TRAVELERS | NATIONAL ACCOUNTS,ATTN: OLGA PRESS, ACCOUNT RESOLUTION,1 TOWER SQUARE - 5MN, HARTFORD, CT 06183-4044 |
| TROUTMAN SANDERS LLP | ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH,(COUNSEL TO BANK OF CHINA),405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| TROUTMAN SANDERS LLP | ATTN: HOLLACE T. COHEN AND PAUL H. DEUTCH,(COUNSEL TO PT BANK NEGARA INDONESIA),405 LEXINGTON AVENUE, NEW YORK, NY 10174 |
| TUCKER ARENSBURG, P.C. | ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND,MICHAEL A. SHINER,(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH),1500 ONE PPG PLACE, PITTSBURGH, PA 15222 |
| TW TELECOM INC. | ATTN: LINDA BOYLE,10475 PARK MEADOWS DRIVE, #400, LITTLETON, CO 80124 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,  100-8388 JAPAN |
| UFJ BANK LIMITED | C/O STEPHEN SMALL, VP,HEAD OF FINANCIAL INSTITUTIONS,BANK OF |

| Claim Name | Address Information |
|---|---|
| UFJ BANK LIMITED | TOKYO-MITSUBISHI/UFJ TRUST,1251 AVE OF THE AMERICAS, NEW YORK, NY 10020-1104 |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK,ATTN: THE HONORABLE JAMES M. PECK,ONE BOWLING GREEN, COURTROOM 601, NEW YORK, NY 10004 |
| US SECURITIES AND EXCHANGE COMMISSION | MARK SCHONFELD, REGIONAL DIRECTOR, |
| US SECURITIES AND EXCHANGE COMMISSION | ALISTAIR BAMBACK, |
| US SECURITIES AND EXCHANGE COMMISSION | NEAL JACOBSON, |
| US SECURITIES AND EXCHANGE COMMISSION | ALEXANDER F COHEN, |
| VEDDER PRICE P.C. | ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.,(COUNSEL TO NEWEDGE USA, LLC),1633 BROADWAY, 47TH FLOOR, NEW YORK, NY 10019 |
| VEDDER PRICE P.C. | ATTN: DOUGLAS J. LIPKE, ESQ.,(COUNSEL TO NEWEDGE USA, LLC),222 N. LASALLE STREET, CHICAGO, IL 60601-1003 |
| VEDDER PRICE PC | ATTN: MICHAEL J. EDELMAN,(COUNSEL TO PURSUIT CAPITAL PARTNERS MASTER AND,PURSUIT OPPORTUNITY FUND I MASTER LTD.),1633 BROADWAY, 4TH FLOOR, NEW YORK, NY 10019 |
| VINSON & ELKINS LLP | ATTN: DOV KLEINER, ESQ.,(COUNSEL TO SHINSEI BANK LIMITED),666 FIFTH AVENUE, 26TH FLOOR, NEW YORK, NY 10103 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ,AND JOSHUA A. FELTMAN, ESQ,(COUNSEL TO JPMORGAN CHASE BANK, N.A.),51 WEST 52ND STREET, NEW YORK, NY 10019-6150 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: AMY WOLF, ESQ.,(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP),51 WEST 52ND STREET, NEW YORK, NY 10019-6150 |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |
| WEIL GOTSHAL & MANGES LLP | ATTN: RICHARD P. KRASNOW, LORI R. FIFE,SHAI Y. WAISMAN, JACQUELINE MARCUS,(COUNSEL TO THE DEBTORS),767 FIFTH AVENUE, NEW YORK, NY 10153 |
| WHITE & CASE LLP | ATTN: EVAN C. HOLLANDER, ESQ.,(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA,OVERSEAS FUND, LTD.),1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| WHITE & CASE LLP | ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND,RICHARD GRAHAM,(COUNSEL TO COMMERZBANK AG, NEW YORK AND GRAND,CAYMAN BRANCHES),1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| WHITE & CASE LLP | ATTN: PHILIP JOHN NICHOLS,(COUNSEL TO DNB NOR BANK ASA),1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2787 |
| WHITE & CASE LLP | ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES,(COUNSEL TO DNB NOR BANK ASA),WACHOVIA FINANCIAL CENTER,SUITE 4900,200 SOUTH BISCAYNE BLVD, MIAMI, FL 33131 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, SHELLEY CHAPMAN,BENITO ROMANO, JAMIE KETTEN,(COUNSEL TO AIG GLOBAL INVESTMENT CORPORATION), NEW YORK, NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS,(COUNSEL TO GREEN TREE SERVICING INC.),787 SEVENTH AVENUE, NEW YORK, NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.,(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND,FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.),787 SEVENTH AVENUE, NEW YORK, NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, ESQ.,(COUNSEL TO MARSHALL WACE LLP),787 SEVENTH AVENUE, NEW YORK, NY 10019-6099 |
| WILMINGTON TRUST COMPANY | ATTN JAMES J MCGINLEY,520 MADISON AVE, 33RD FL, NEW YORK, NY 10022 |
| WILMINGTON TRUST FSB | ATTN JULIE J BECKER,8400 NORMANDALE LAKE BLVD SUITE 925, MINNEAPOLIS, MN 55437 |
| WINSTON & STRAWN LLP | ATTN: CAREY D. SCHREIBER,(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC),200 PARK AVENUE, NEW YORK, NY 10166-4193 |
| WINSTON & STRAWN LLP | ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER,(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC),35 WEST WACKER DRIVE, CHICAGO, IL 60601 |
| WOLFF & SAMSON PC | ATTN: DAVID N. RAVIN & ROBERT E. NIES,(COUNSEL TO MACK-CALI REALTY LP),THE OFFICES AT CRYSTAL LAKE,ONE BOLAND DRIVE, WEST ORANGE, NJ 07052 |
| YOUNG WILLIAMS P.A. | ATTN: ROBERT L. HOLLADAY, JR.,(COUNSEL TO INTECHRA LLC),PO BOX 23059,210 E. CAPITOL STREET., SUITE 2000, JACKSON, MS 39201 |

LEHMAN BROTHERS HOLDINGS, INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ZEISLER @ZEISLER, P.C. | ATTN: GREGORY B. SCHILLER, ESQ.,(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.),558 CLINTON AVENUE, BRIDGEPORT, CT 06605 |

**Total Creditor Count 343**