Dennis F. Dunne
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & M$^c$CLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000

Proposed Counsel for Official
Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                              :
In re:                                        :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
-------------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

**ELLIOT C. LAW**, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M$^c$Cloy LLP, Proposed Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned cases.

1.  On October 20, 2008, I caused a true and correct copy of the following document (collectively, the "Document") to be served (a) by United States Postal Service for delivery by first class mail to the entities listed on Exhibit A attached hereto; (b) by electronic mail to the addresses listed on Exhibit B; and (c) by facsimile upon the party listed on Exhibit C attached hereto:

   a.  Counter-Statement of Official Committee of Unsecured Creditors of Issues Presented on Appeal and Counter-Designation of Additional Items to be Included in the Record on Appeal

2.  On October 24, 2008, I caused a copy of the Document to be served upon the parties listed on Exhibit D attached hereto by United States Postal Service for delivery by first class mail.

/s/ Elliot C. Law
Elliot C. Law

**SWORN TO AND SUBSCRIBED** before
me this 3rd day of November, 2008

/s/ Rena K. Ceron
Rena K. Ceron
Notary Public, State of New York
No. 01CE6028430
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Feb. 1, 2010

**Exhibit A**

ACCOUNT TEMPS
12400 COLLECTIONS DRIVE
CHICAGO, IL 60693

ANZ BANKING GROUP LTD
18TH FLOOR KYOBO GUILDING
1 CHONGRO 1 KU
CHONGRO KA
SEOUL,
KOREA

AOZORA
1-3-1 KUDAN-MINAMI
CHIYODA-KU
TOKYO,  102-8660
JAPAN

AT&T
PO BOX 8100
AURORA, IL 60507

AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD
MELBOURNE OFFICE
LEVEL 6, 100 QUEEN STREET
VICTORIA MELBOURNE,  VIC 3000
AUSTRALIA

BEST KARPET
1477 E 357 ST
EASTLAKE, OH 44095

CHUO MITSUI TRUST & BANKING
NORIYUKI TSUMURA
3-33-1 SHIBA, MINATO-KU
TOKYO,  105-0014
JAPAN

CITIBANK NA HONG KONG BRANCH
FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC
44/F CITIBANK TOWER, 3 GARDEN RD
CENTRAL HONG KONG,
HONG KONG

DEMANN
16919 WALDEN
CLEVELAND, OH 44128

DIVISION WATER
PO BOX 94540
CLEVELAND, OH 44101

DOMINION
PO BOX 26225
RICHMOND, VA 23260

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD SECTION 1
TAIPEI,
TAIWAN

IGS
PO BOX 631919
CINCINNATI, OH 45263-1919

ILLUMINATING
PO BOX 3638
AKRON, OH 44309

MARBLE CARE
5184 RICHMOND RD
CLEVELAND, OH 44146

MIDWEST REALTY ADVISORS LLC
ATTN: JACK CORNACHIO
37848 EUCLID AVE
WILLOUGHBY, OH 44094

MIZUHO CORPORATE BANK LTD
GLOBAL SYNDICATED FINANCE DIVISION
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8210
JAPAN

MIZUHO CORPORATE BANK LTD
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8210
JAPAN

NORTHEAST
PO BOX 9260
AKRON, OH 44305

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

RENTOKIL
8001 SWEET VALLEY DR
VALLEYVIEW, OH 44125

REPUBLIC WASTE
PO BOX 9001826
LOUISVILLE, KY 40290

RMC
PO BOX 31315
ROCHESTER, NY 14603

ROCK-FORTY-NINTH LLC
ATTN: PRESIDENT/SECRETARY
C/O THE ROCKEFELLER GROUP
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

SHINKIN CENTRAL BANK
SHUJI YAMADA, DEPUTY GENERAL MANAGER
FINANCIAL INSTITUTIONS DEPT
3-7, YAESU 1-CHOME
CHUOKU
TOKYO,  104-0028  JAPAN

SHINKIN CENTRAL BANK
8-1, KYOBASHI 3-CHOME
CHUO-KU
TOKYO,  104-0031
JAPAN

STATLER ARMS GARAGE LLC
1111 EUCLID AVE
CLEVELAND, OH 44115

STEINGASS
754 PROGRESS DRIVE
MEDINA, OH 44256

SUMITOMO MITSUBISHI BANKING CORP
13-6 NIHOBASHI-KODENMA-CHO
CHUO-KU
TOKYO,  103-0001
JAPAN

TAIPEI FUBON BANK, HEAD OFFICE
NO. 36, SEC 3, NAKING, EAST RD
TAIPEI,
TAIWAN

TD SECURITY
PO BOX 81357
CLEVELAND, OH 44181

THE BANK OF NOVA SCOTIA
SINGAPORE BRANCH
1 RAFFLES QUAY #20-01
ONE RAFFLES QUAY NORTH TOWER
048583
SINGAPORE

TIME WARNER
PO BOX 0901
CAROL STREAM, IL 60132

UFJ BANK LIMITED
2-7-1, MARUNOUCHI
CHIYODA-KU
TOKYO,  100-8388
JAPAN

WCCV
3479 STATE RD
CUYAHOGA FALLS, OH 44223

## **Exhibit B**

aalfonso@kayescholer.com; acker@chapman.com; adarwin@nixonpeabody.com; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; akihiko_yagyuu@chuomitsui.jp; albaugh.colin@pbgc.gov; amarder@msel.com; amenard@tishmanspeyer.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; anne.kennelly@hp.com; apo@stevenslee.com; araboy@cov.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arwolf@wlrk.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; austin.bankruptcy@publicans.com; avi.gesser@dpw.com; bambacha@sec.gov; bankoftaiwan@botnya.com; bankruptcy@goodwin.com; bankruptcymatters@us.nomura.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bill.hughes@us.standardchartered.com; bmanne@tuckerlaw.com; bmiller@mofo.com; brad.dempsey@hro.com; brendalblanks@eaton.com; brian.pfeiffer@friedfrank.com; brian_corey@gtservicing.com; bromano@willkie.com; broy@rltlawfirm.com; bruce.ortwine@sumitomotrust.co.jp; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; cbelmonte@ssbb.com; cdesiderio@nixonpeabody.com; charles@filardi-law.com; chris.omahoney@bnymellon.com; christopher.schueller@bipc.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohena@sec.gov; cohenr@sewkis.com; cp@stevenslee.com; crogers@orrick.com; cs@stevenslee.com; cschreiber@winston.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@pulicans.com; Danna.Drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbarber@bsblawyers.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; dDunne@milbank.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; dennis.graham@kbc.be; deryck.palmer@cwt.com; dflanigan@polsinelli.com; dfriedman@kasowitz.com; dhayes@mcguirewoods.com; dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; dODonnell@milbank.com; donald.badaczewski@dechert.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dswan@mcguirewoods.com; eagle.sara@pbgc.gov; ecohen@russell.com; edpe01@handelsbanken.se; efile@pbgc.gov; efile@willaw.com; eFleck@milbank.com; efriedman@friedumspring.com; eglas@mccarter.com; ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com; ellen.halstead@cwt.com; elobello@blankrome.com; erose@herrick.com; eschwartz@contrariancapital.com; esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; frank.sodano@americas.bnpparibas.com; frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com; gabriel.delvirginia@verizon.net; gary.ticoll@cwt.com;

gauchb@sec.gov; gBray@milbank.com; george.davis@cwt.com;
george_neofitidis@scotiacapital.com; giddens@hugheshubbard.com;
gkaden@goulstonstorrs.com; glee@mofo.com; glenn.siegel@dechert.com;
grosenberg@co.arapahoe.co.us; gschiller@zeislaw.com; hanh.huynh@cwt.com;
harveystrickon@paulhastings.com; heiser@chapman.com; hirsh.robert@arentfox.com;
hollace.cohen@troutmansanders.com; howard.hawkins@cwt.com;
hseife@chadbourne.com; hsnovikoff@wlrk.com; ian.levy@kobrekim.com;
igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com;
ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com;
jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com;
jamestecce@quinnemanuel.com; Jbecker@wilmingtontrust.com; jbird@polsinelli.com;
jbromley@cgsh.com; jcarberry@cl-law.com; jdyas@halperinlaw.net;
jeffrey.sabin@bingham.com; jennifer.demarco@cliffordchance.com;
Jesse.Hibbard@ozcap.com; jfalgowski@reedsmith.com; jgarrity@shearman.com;
jherzog@gklaw.com; jhs7@att.net; jkehoe@sbtklaw.com; jketten@wilkie.com;
jkurtzman@klehr.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com;
jliu@dl.com; jlovi@steptoe.com; jmathis@lloydstsb-usa.com;
jmazermarino@msek.com; jmcginley@wilmingtontrust.com; john.rapisardi@cwt.com;
jorbach@hahnhessen.com; joseph.scordato@dkib.com; joshua.dorchak@bingham.com;
jpintarelli@mofo.com; jrabinowitz@rltlawfirm.com; jschwartz@hahnhessen.com;
jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jtimko@allenmatkins.com;
jtougas@mayerbrown.com; jwallack@goulstonstorrs.com; jwang@sipc.org;
jweiss@gibsondunn.com; jwishnew@mofo.com; k4.nomura@aozorabank.co.jp;
karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com;
keith.simon@lw.com; ken.higman@hp.com; kgwynne@reedsmith.com;
kiplok@hugheshubbard.com; klippman@munsch.com; kmayer@mccarter.com;
kmisken@mcguirewoods.com; kobak@hugheshubbard.com; Kostad@mofo.com;
kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com;
KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com;
lacyr@sullcrom.com; lalshibib@reedsmith.com; Landon@StreusandLandon.com;
lattard@kayescholer.com; lDespins@milbank.com; lgranfield@cgsh.com;
linda.boyle@twtelecom.com; lisa.kraidin@allenovery.com; lmarinuzzi@mofo.com;
lml@ppgms.com; lromansic@steptoe.com; lschweitzer@cgsh.com;
lwhidden@salans.com; mabrams@willkie.com; macl01@handelsbanken.se;
macronin@debevoise.com; Malcolm@firstbankny.com; MAOFILING@CGSH.COM;
mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com;
martin.davis@ots.treas.gov; masaki_konishi@noandt.com;
matthew.dyer@prommis.com; mbenner@tishmanspeyer.com; mbienenstock@dl.com;
mcto@debevoise.com; metkin@lowenstein.com; mgreger@allenmatkins.com;
mhopkins@cov.com; michael.halevi@anz.com; michael.kim@kobrekim.com;
Michael.mauerstein@citi.com; michael.tan@fubon.com; mimi04@handelsbanken.se;
Mitchell.Ayer@tklaw.com; mitchell.epner@friedfrank.com;
mjacobs@pryorcashman.com; mjedelman@vedderprice.com; mkjaer@winston.com;
mlahaie@akingump.com; mmendez@hunton.com; mmickey@mayerbrown.com;
mmorreale@us.mufg.jp; monica.lawless@brookfieldproperties.com;
mpage@kelleydrye.com; mrosenthal@gibsondunn.com; ms.wu@fubonny.com;

MSchleich@fraserstryker.com; mschonholtz@kayescholer.com;
mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com;
mtuck@lloydstsb-usa.com; murai24234@nissay.co.jp; nbannon@tishmanspeyer.com;
nbruce@lloydstsb-usa.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com;
newyork@sec.gov; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com;
oipress@travelers.com; pAronzon@milbank.com; paul.deutch@troutmansanders.com;
pbosswick@ssbb.com; pdublin@akingump.com; peter.simmons@friedfrank.com;
peter.zisser@hklaw.com; peter@bankrupt.com; pfeldman@oshr.com;
phayden@mcguirewoods.com; pnichols@whitecase.com; prachmuth@reedsmith.com;
pwright@dl.com; r.stahl@stahlzelloe.com; ramona.neal@hp.com;
ranjit.mather@bnymellon.com; raymond.morison@bnymellon.com;
rdaversa@orrick.com; rdicanto@nabny.com; rfleischer@pryorcashman.com;
rgmason@wlrk.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com;
ritkin@steptoe.com; RLevin@cravath.com; RLGold1977@aol.com;
rmunsch@munsch.com; rnetzer@willkie.com; rnies@wolffsamson.com;
robert.bailey@bnymellon.com; robert.dombroff@bingham.com;
robert.henoch@kobrekim.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov;
roberts@pursuitpartners.com; rolfnagel.dahl@dnbnor.no;
ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com;
Russj4478@aol.com; rwasserman@cftc.gov; sabin.willett@bingham.com;
sagolden@hhlaw.com; sandra.mayerson@hklaw.com; schapman@willkie.com;
schristianson@buchalter.com; scottshelley@quinnemanuel.com;
scousins@armstrongteasdale.com; sdg@adorno.com; sdnyecf@dor.mo.gov;
sean@blbglaw.com; sehlers@armstrongteasdale.com; sfineman@lchb.com;
sgordon@cahill.com; Sgross@HodgsonRuss.com; sgubner@ebg-law.com;
sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheakkorzun@comcast.net;
sheehan@txschoollaw.com; sidorsky@butzel.com; slerner@ssd.com;
smillman@stroock.com; snewman@katskykorins.com; spiotto@chapman.com;
splatzer@platzerlaw.com; ssmall@us.mufg.jp; steele@lowenstein.com;
stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov;
steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com;
susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com;
tarbit@cftc.gov; tbrock@ssbb.com; tetsuhiro.toomata@shinseibank.com;
TGoren@mofo.com; timothy.brink@dlapiper.com; timothy.palmer@bipc.com;
timothy.white@mizuhocbus.com; tjfreedman@pbnlaw.com; tkarcher@dl.com;
tkiriakos@mayerbrown.com; tmacwright@whitecase.com; tnixon@gklaw.com;
ttracy@crockerkuno.com; tslome@msek.com; twatanabe@mofo.com;
twheeler@lowenstein.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com;
wanda.goodloe@cbre.com; wbenzija@halperinlaw.net; weissjw@gtlaw.com;
wFoster@milbank.com; wheuer@dl.com; wisotska@pepperlaw.com;
wsilverm@oshr.com; wsmith@bocusa.com; wtaylor@mccarter.com;
yamashiro@sumitomotrust.co.jp; yasuhiko_imai@smbcgroup.com

# **Exhibit C**

Office Of The New York Attorney General
Fax No.:   (212) 416-6042

Internal Revenue Service
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the United States Trustee
Fax No.:   (212) 668-2255

**Exhibit D**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:  Richard P. Krasnow, Esq.
         Lori R. Fife, Esq.
         Shai Y. Waisman, Esq.
         Jacqueline Marcus, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
          Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
         Hydee R. Feldstein, Esq.