# Exhibit A

**McGarry Affidavit**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
                                    :

**In re**                               :           **Chapter 11**
                                    :           **Case No. 08-13555**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :          **(Jointly Administered)**
                                    :

**Debtors.**                           :
                                    :
------------------------------------------------------------x

STATE OF NEW YORK   )
                     ) ss.:
COUNTY OF NEW YORK )

### AFFIDAVIT OF MARY ELIZABETH McGARRY FILED ON BEHALF OF SIMPSON THACHER & BARTLETT LLP IN SUPPORT OF THE DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN SIMPSON THACHER BARTLETT LLP AS SPECIAL COUNSEL *NUNC PRO TUNC* TO THE COMMENCEMENT DATE

Mary Elizabeth McGarry, being duly sworn, states the following based upon personal

knowledge and review of relevant documents:

          1.      I am a member of the firm of Simpson Thacher & Bartlett LLP ("Simpson

Thacher" or the "Firm"), 425 Lexington Avenue, New York, New York 10017, and am admitted

to practice law in the State of New York, the United States District Courts for the Southern and

Eastern Districts of New York, the District of Colorado and the Eastern District of Wisconsin,

the United States Courts of Appeals for the Second, Sixth and Tenth Circuits, and the United

States Supreme Court.

   2.  I submit this affidavit in support of the application dated November 3,

2008 (the "Application") filed by the Debtors seeking authorization *nunc pro tunc* to employ

Simpson Thacher as special counsel to Lehman Brothers Holdings Inc. ("LBHI") for certain non-

bankruptcy related postpetition matters that are now concluded, and authorization *nunc pro tunc*

to continue to pay the fees and expenses of Simpson Thacher in connection with a litigation and

related insurance claim, as described below, and to provide the disclosures required under

Bankruptcy Rules 2014(a) and 2016(b).  Any capitalized term not expressly defined herein shall

have the meaning ascribed to it in the Application.  All facts set forth below in this affidavit are

based upon information from, and discussions I or other Simpson Thacher personnel reporting to

me have had with, certain of my colleagues and the attorney at Simpson Thacher responsible for

conflicts matters.  The facts below are also based on a review of the list provided to Simpson

Thacher by Weil, Gotshal & Manges LLP ("WGM"), the Debtors' general bankruptcy counsel,

on October 21, 2008 (the "Conflicts Checklist") setting forth certain of the creditors and other

parties in interest of LBHI and its affiliated debtors and debtors in possession in the above-

referenced chapter 11 cases (together, the "Debtors") performed by (i) the persons within

Simpson Thacher responsible for maintaining records of our representations, with the assistance

of an attorney at Simpson Thacher and (ii) our Finance Department personnel.  Based on the

foregoing, if I were called upon to testify, I could and would testify competently to the facts set

forth herein.  I am authorized to submit this affidavit on behalf of Simpson Thacher.

**Services Performed by Simpson Thacher**

3.    LBHI seeks to retain Simpson Thacher as special counsel to LBHI

pursuant to section 327(e) of the Bankruptcy Code, *nunc pro tunc* to the Commencement Date,

to perform legal services in connection with the matters set forth below.

4.    Simpson Thacher has extensive knowledge and experience in representing

the Debtors and other LBHI affiliates in various matters, including matters that are the subject of

the Application as further described herein.  Simpson Thacher is a leading global law firm with

more than 800 lawyers.  The Firm provides coordinated legal advice on the largest and most

complex corporate transactions and litigation matters in a variety of industries, including

financial services.  Simpson Thacher regularly advises clients regarding ongoing disclosure and

compliance matters under the U.S. securities laws, and regularly advised Debtors on these

matters for many years.  Simpson Thacher is one of the world's preeminent law firms in the

mergers and acquisitions field, and is experienced in such transactions within the financial

services industry.  In addition, Simpson Thacher's litigation professionals frequently represent

individuals and business entities in a wide range of litigation matters, including government

investigations and proceedings.  Simpson Thacher has represented LBHI since its 1994 spin-off

from American Express and represented LBHI's predecessors for several decades before 1994.

During that time, the Firm has represented LBHI and its affiliates in numerous litigations and

corporate transactions and in connection with general corporate and regulatory matters.  Over the

course of such representation, Simpson Thacher has become uniquely familiar with the business

and affairs of these entities.  Accordingly, I believe that Simpson Thacher is both well qualified

and uniquely able to provide the services described below and that its retention would be in the

best interest of the estates, the Debtors' creditors and other parties in interest.

5.    After the Commencement Date, at the Debtors' request, Simpson Thacher
(i) assisted LBHI with ongoing reporting obligations under the Securities and Exchange Act of
1934, (ii) assisted LBHI with respect to negotiations related to, and the closing of the sale of, the
investment banking and capital markets businesses of Lehman Brothers Inc. ("LBI") to Barclays
Capital, Inc., (iii) assisted LBHI with respect to the sale of the investment management division
of LBI to Bain Capital, LLC and Hellman & Friedman LLC, and (iv) represented LBHI in
connection with the testimony of Richard S. Fuld, Jr., Chairman of the Board and Chief
Executive Officer of LBHI, before Congress, including production of LBHI documents to
Congress.  Other than with respect to follow-up requests in connection with these prior matters,
Simpson Thacher's representation of LBHI in connection with these matters is substantially
concluded as of October 22, 2008.  Simpson Thacher requests *nunc pro tunc* approval of the
Application for these matters.

6.    In addition, prior to the Commencement Date, Simpson Thacher
represented LBA Y.K., a non-debtor indirect subsidiary of LBHI, in a litigation matter in federal
district court captioned *LBA Y.K. vs. Marubeni America Corp.*, No. 08-3282 (S.D.N.Y.), and the
appeal therefrom by Marubeni America Corp. to the United States Court of Appeals for the
Second Circuit (the "U.S. LBA Action"), a proceeding under 28 U.S.C. § 1782 seeking U.S.
discovery in aid of LBA Y.K.'s pending action against Marubeni Corporation in the Tokyo,
Japan Civil Court (the "Japan LBA Action"), and in providing assistance to LBA Y.K.'s
Japanese counsel in the Japan LBA Action.  Simpson Thacher has also assisted in gathering and
providing to insurance bond underwriters information concerning this litigation specified under a
bond policy issued to LBHI, pursuant to which LBA Y.K. is an insured.  The Firm has been
informed by LBHI that any recovery LBA Y.K. receives in the Japan LBA Action, and any
proceeds received under the bond policy, will be paid to the Debtors.  Thus, the Debtors' estates

have a common interest with LBA Y.K. in the prosecution of its claims against Marubeni

Corporation, and in recovery under the bond policy, as well as a strong interest in ensuring

maximum recovery from Marubeni Corporation in the Japan LBA Action and under the bond

policy. The Firm also has been informed by LBHI and LBA Y.K. that LBA Y.K. lacks funds

with which to pay Simpson Thacher's fees and expenses in these matters. Prior to the

Commencement Date, LBHI paid Simpson Thacher's fees and expenses in connection with these

matters. LBHI is requesting authority, subject to the control and further order of this Court, to

pay Simpson Thacher's fees and expenses for its representation of LBA Y.K in the U.S. LBA

Action and the Japan LBA Action, and in connection with updating, and providing information

to the underwriters under the bond policy, on an ongoing basis.

7.      WGM will represent the Debtors in connection with the financial

restructuring of the Debtors and bankruptcy-specific issues. Because Simpson Thacher is not

serving as the Debtors' bankruptcy counsel, it is my view that Simpson Thacher has not rendered

"services . . . in contemplation of, or in connection with the case" within the meaning of section

329(a) of the Bankruptcy Code. Simpson Thacher's postpetition work hereafter will be

comprised of (a) ongoing representation of LBA Y.K. as described in paragraph 6, above, its fees

and expenses for which will be paid by LBHI, (b) representation of the Debtors in certain

specific non-litigation matters described in paragraph 5 above, that are now concluded and (c)

responding from time to time to follow-up questions and requests regarding prior matters for

which Simpson Thacher provided corporate services. None of the matters described in the

preceding sentence involves the conduct of the bankruptcy cases themselves. Accordingly, the

services rendered and functions to be performed by Simpson Thacher will not be duplicative of

any bankruptcy-related work performed by WGM or any other law firms retained by the

Debtors. As a result of the foregoing, I believe that Simpson Thacher is qualified to represent

the Debtors as special counsel pursuant to section 327(e) of the Bankruptcy Code.

**"Connections" of Simpson Thacher**

        8.     To the best of my knowledge, neither Simpson Thacher nor I has any

"connection" with the above-captioned Debtors, their creditors, any other parties in interest

herein, or their respective attorneys or accountants, or the Office of the United States Trustee for

the Southern District of New York ("UST") except as stated herein and in Exhibits A, B, C and

D hereto (as described more fully below). To the best of my knowledge, neither the term

"connection" as used in Bankruptcy Rule 2014 nor the proper scope of a professional's search for

"connections" has been completely defined, and I am therefore required to exercise some degree

of professional judgment in applying that term to the facts of which I am aware, as well as in

defining the scope of how to search for such facts. Out of an abundance of caution, I may be

disclosing items that are not, in my judgment, disqualifying or problematic under either the

Bankruptcy Code or applicable standards of professional ethics.

        9.     I understand that the Debtors will retain various professionals during the

pendency of these cases to aid in the prosecution of the Debtors' chapter 11 case. I have been

advised that the Debtors have retained, among others, the following professionals: Weil Gotshal

& Manges LLP, as general bankruptcy counsel, Curtis, Mallet-Prevost, Colt & Mosle LLP as

conflicts counsel and Alvarez & Marsal North America, LLC, as restructuring advisor. Over the

past years, attorneys at Simpson Thacher have worked with certain of these professionals on

various matters, representing either the same parties, parties with similar interests or parties with

adverse interests. In addition, certain of these firms may have been clients of Simpson Thacher.

        10.     In addition, during the course of the Debtors' bankruptcy cases the

Debtors may retain additional or different professionals, not all of which are or can currently be

identified.  Further, the Conflicts Checklist does not disclose the identities of all of the various

professionals that have been retained, or are being considered for retention by the various parties

in interest.  Therefore, we are unable to determine if Simpson Thacher has a client or other

relationship with such as yet unidentified advisors or their affiliates.  However, we believe it

likely that many of the professionals who may appear in these cases are trustees, witnesses,

advisors or counsel, as the case may be, in transactions or cases in which Simpson Thacher also

represents a client.  Simpson Thacher may retain various such professionals or affiliates thereof

to provide forensic, litigation support and financial advisory services to Simpson Thacher or

Simpson Thacher's clients in a variety of past, present or future engagements.  Current

employees at Simpson Thacher may be former employees of, or related to employees of, one or

more of the other professionals in this case.  In addition, attorneys at Simpson Thacher belong to

professional organizations to which other professionals who may appear in these cases may also

belong.

        11.      The Debtors are a large global enterprise with thousands of parties in

interest.  Simpson Thacher is one of the largest law firms in the United States and (a) may from

time to time have represented, (b) may currently represent, and (c) may in the future represent

many entities that are parties in interest in these cases in matters unrelated to the Debtors.

Persons within Simpson Thacher who handle conflicts checks have reviewed our databases of

matters for which the firm has been engaged for "connections" to any of the persons or entities

identified in the Conflicts Checklist.  Our search results indicate that Simpson Thacher currently

represents (or in some cases formerly represented)[1] certain of the persons or entities identified in

---

[1]      Simpson Thacher's conflicts database maintains records of current and former clients
from 1991 to the present.

the Conflicts Checklist (or one or more affiliates of such persons or entities) in unrelated matters, as described in Exhibit A hereto.

12.     In addition, Simpson Thacher has historically been, with the consent of the Debtors, and continues to be, adverse to the Debtors and their affiliates in a variety of matters, including, without limitation, (i) the representation of corporate borrowers or lenders (including agents for lenders) in transactions in which LBHI or one of its affiliates has acted as a lender or agent to the lenders, (ii) the representation of sellers in transactions in which LBHI or one of its affiliates was a buyer or had an interest in the buyer, (iii) the representation of purchasers or the financiers of purchasers of assets from LBHI or one of its affiliates, (iv) the representation of issuers in connection with offerings in which LBHI or one of its affiliates acted as underwriter, (v) the representation of parties with respect to securities contracts for which LBHI or one of its affiliates acted as counterparty and (vi) the representation of debtors in chapter 11 cases in which LBHI or one of its affiliates is a creditor.  A list of clients Simpson Thacher currently represents who are adverse to the Debtors in the types of matters set forth above is attached as Exhibit B. Simpson Thacher expects to continue to represent the clients set forth in Exhibit B in their current matters.  From time to time, Simpson Thacher has advised, and may continue to advise, certain of these clients as to the impact of the Debtors' cases on the matters and transactions for which those clients had previously retained Simpson Thacher.

13.     Simpson Thacher currently represents LBHI, certain Debtor and non-debtor affiliates of LBHI[2] and certain current and former officers, directors and employees of LBHI and its affiliates (the "Lehman Individuals") in civil litigation matters that were pending at the Commencement Date and/or have been filed after the Commencement Date.  Simpson

---

[2]     The litigations against LBHI and the other Debtors are, of course, presently subject to the automatic stay.

Thacher also currently represents current and former officers and employees in connection with investigations arising out of the business of LBHI and its affiliates. A description of the ongoing matters is attached as Exhibit C hereto. Exhibit C also sets forth the names of the Lehman Individuals Simpson Thacher currently represents, to the extent known to Simpson Thacher at this time.

14.    Simpson Thacher also may represent from time to time other clients that are co-defendants with one or more of the Debtors,[3] but I do not believe that there is any adversity between such co-defendants and the Debtors.

15.    Some of the banks, companies, investment funds or other entities and their affiliates that have been or may be solicited in connection with the sales of assets in the bankruptcy cases are clients of Simpson Thacher in unrelated matters although, except for the creditor and other representations disclosed on Exhibits A and B, Simpson Thacher is not at present representing any such client in connection with any such transaction with the Debtors.

16.    Prior to and following the Commencement Date, Simpson Thacher has acted as counsel to, or from time to time provided a variety of corporate and related advice with respect to, entities that comprised the private equity business of LBHI and its affiliates, including those set forth in Exhibit D hereto. Prior to the Commencement Date, itemized bills for Simpson Thacher's time and disbursements were sent to the private equity group of LBHI or Lehman Brothers Private Equity Advisers LLC (together, the "Private Equity Division"), and it is Simpson Thacher's understanding, based on information provided by employees involved in the day-to-day management of the Private Equity Division, that some of the amounts billed are

---

[3]    For example, Simpson Thacher represents several underwriters, and previously represented an underwriter affiliate of LBHI, in securities litigation in the United States District Court in the Southern District of New York.

ultimately payable by non-debtor funds themselves, and some are ultimately payable by other

entities within the Private Equity Division (or in certain cases LBHI and LBI).  Simpson

Thacher's postpetition services are provided to the non-debtor equity funds and their related non-

debtor affiliates, and Simpson Thacher will receive payment for its postpetition services to these

entities directly from the funds or such affiliates themselves and will not seek payment from

LBHI or other Debtors for such services.

       17.    In addition, Simpson Thacher may have represented, may currently

represent, or may in the future represent, a borrower, issuer of securities, financial advisor,

underwriter of securities, lead bank or other client in financing transactions, merger and

acquisition transactions, litigation or arbitration matters, bankruptcy matters or other matters

unrelated to these cases in which one or more parties in interest (or an affiliate) or a professional

involved in these cases, including, but not limited to those listed on the Conflict Checklist,

happens to be involved, although not as Simpson Thacher's client.

       18.    In the past, Simpson Thacher has also represented certain current and

former officers, directors and employees of LBHI or its affiliates, some of whom are currently

represented by other counsel as set forth on Exhibit C.

       19.    Simpson Thacher may also represent, in matters unrelated to the Debtors,

competitors of the Debtors.

       20.    I do not understand Bankruptcy Rule 2014(a) or other applicable law to

require disclosure of each present or future engagement Simpson Thacher receives from a party

in interest as long as it is unrelated to these cases.  Simpson Thacher intends to accept

engagements from other parties in interest (whether existing or new clients).  These engagements

may include matters similar to those described in paragraph 12 hereof.  However, in no event

will Simpson Thacher represent any party whose interest would be adverse to the Debtors or

their estates with respect to the matters for which Simpson Thacher is being retained hereunder.

We will provide supplemental disclosure on a quarterly basis or otherwise as promptly as is

practicable if the Firm represents any clients in additional matters in which such clients are

adverse to the Debtors.

## Securities Ownership

21.    Certain individual attorneys at Simpson Thacher own, or have beneficial

interests in trusts owning, shares in LBHI and securities of related entities and may own shares in

other parties in interest.  An email was sent to all attorneys requesting that they disclose any

ownership of securities of the Debtors (excluding by means of accounts over which the attorneys

hold legal authority but do not have investment discretion, mutual fund holdings and other

similar diversified investment vehicles).  In response to such query, several attorneys indicated

that they or others in their households owned securities of the Debtors.  We have given the

names of these attorneys to our conflicts department and have taken steps to ensure that such

attorneys are screened from, and do not work on, any matters relating to Simpson Thacher's

work for the Debtors.

22.    Simpson Thacher notes, however, that a large number of the Debtors' debt

and equity securities are held by various mutual funds, trusts and portfolios and accounts that are

managed by various advisors.  Simpson Thacher does not know the ultimate beneficial owners of

the funds, although it is believed they are widely held.  Similarly, many of the Debtors' securities

are registered in the name of Depositary Trust Company or its nominee, and securities

entitlements to such securities are held through securities accounts maintained by brokers,

investments advisors and other securities intermediaries.  The ultimate owners of the securities

entitlements are unknown to Simpson Thacher, except for those reported on the Conflicts

Checklist.  It is possible that some of such holders may be clients of Simpson Thacher.

**Various Commercial Relationships with Parties in Interest**

23.     JPMorgan Chase Bank, N.A. (which is a creditor listed in the Conflicts

Checklist) provides banking services to Simpson Thacher and its partners and employees.  A

number of the members of the Firm are or may be members of limited liability companies that in

turn are passive minority investors in certain private equity funds that may be parties in interest

and other management vehicles managed by clients of Simpson Thacher, including funds

managed by affiliates of JPMorgan Chase Bank, N.A.

24.     Some attorneys at or employees of Simpson Thacher may receive services

from the Debtors, other parties in interest or professionals involved in these cases.  Attorneys at

or other employees at Simpson Thacher or their spouses or relatives may have beneficial

ownership of securities issued by, or banking, insurance, brokerage or money management

relationships with, other parties in interest.  Attorneys at Simpson Thacher may have relatives or

spouses who are members of professional firms involved in these cases or employed by parties in

interest.  We have conducted no investigation of our colleagues' banking, insurance, brokerage or

investment activities or familial connections in preparing this Affidavit.

**Amounts Owed Simpson Thacher at Commencement Date**

25.     As of the Commencement Date, the Debtors owed Simpson Thacher

amounts for unbilled and billed fees and expenses incurred for services rendered by Simpson

Thacher unrelated to these bankruptcy cases.  Simpson Thacher has not received payment of any

of these outstanding amounts.[4]  Simpson Thacher is therefore a prepetition creditor of the

---

[4]     Some portion of this amount is for litigation services that may hereafter be paid for under
one or more of the Debtors' insurance policies.

Debtors.[5]  However, Simpson Thacher's status as a prepetition creditor of the Debtors should not

be an impediment to its retention by LBHI under section 327(e) of the Bankruptcy Code.

Additionally, because Simpson Thacher is not serving as the Debtors' bankruptcy counsel,

Simpson Thacher does not believe that it has rendered "services . . . in contemplation of, or in

connection with the case" within the meaning of section 329(a) of the Bankruptcy Code.

**Fees and Engagement**

26.    Simpson Thacher's hourly rates and billing policies are based on market

conditions among certain firms of a size, location and practice comparable to Simpson

Thacher's.  The customary hourly rates of Simpson Thacher's partners presently range from

$785 to $1000; its counsel's and senior counsel's rates range from $740 to $765; its associates'

rates range from $385 to $690; and its para-professionals' rates range from $130 to $285.  These

rates are subject to adjustments at such time Simpson Thacher modifies such rates for other

clients.

27.    Simpson Thacher intends to apply for compensation for professional

services rendered in connection with these chapter 11 cases subject to approval of the

Bankruptcy Court and in compliance with applicable provisions of the Bankruptcy Code, on an

hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by

Simpson Thacher.  To the extent that Simpson Thacher had in place prior to the Commencement

Date any special fee arrangement with respect to any matter, that arrangement will remain in

place for that matter.

---

[5]     Simpson Thacher is also owed amounts by certain non-debtor affiliates for services
rendered to those entities, including in particular the private equity related entities listed
on Exhibit D.  Simpson Thacher anticipates that it will receive payment from those
entities for such services.

28.     Consistent with past practice and its staffing procedures generally, a number of Simpson Thacher attorneys and paralegals have provided services to LBHI from time to time.  The name of each attorney and paralegal working on matters for LBHI and the billing rate of each such individual will be reflected in the periodic fee applications filed by or on behalf of Simpson Thacher.

29.     The hourly rates set forth above are set at a level designed to fairly compensate Simpson Thacher for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses and are subject to periodic adjustments to reflect economic and other conditions.

30.     Simpson Thacher's general policy is to charge clients for certain expenses and disbursements incurred in connection with the client's case, including, inter alia, word processing, telephone and telecopier usage, mail and express mail charges, document retrieval, photocopying charges, travel expenses, expenses for "working meals," computer-aided research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime.  Simpson Thacher believes that allocating these expenses to the client that incurs them is more equitable than distributing such expenses among all clients through higher hourly billing rates.   Simpson Thacher understands that other law firms comparable to it in size, location and practice also have a general policy to charge clients for such expenses and disbursements incurred in connection with such client's case.

31.     Simpson Thacher maintains contemporaneous records of the time expended and out-of-pocket expenses incurred in connection with providing services to its clients in accordance with the fee guidelines for this district.

32.    Simpson Thacher recognizes that it will be required to submit applications for interim and/or final allowances of compensation pursuant to sections 330 and 331 of the Bankruptcy Code and the rules and orders of this Court.  Simpson Thacher has reviewed the fee application guidelines promulgated by the UST and will comply with them.

33.    Other than as set forth above, no arrangement is proposed between the Debtors and Simpson Thacher for compensation to be paid in these cases.

34.    The foregoing constitutes the statement of Simpson Thacher pursuant to sections 327(e) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

Dated: New York, New York
October 31, 2008

Mary Elizabeth McGarry

Sworn to before me this 31st day of October, 2008
/s/
Notary Public, State of New York
No. 01SO6155956
Qualified in New York
Commission Expires: November 20, 2010

AIMEE SONARO
NOTARY PUBLIC, State of New York
No. 01SO6155956
Qualified in New York County
Certificate Filed in New York County
Commission Expires November 20, 2010

## EXHIBIT A TO THE McGARRY AFFIDAVIT

Except where specifically noted in the "Description" column of this Exhibit, Simpson Thacher does not represent any client listed herein in connection with the Debtors or the Debtors' chapter 11 cases.

### 50 Largest Bondholders

| Category | Individual/ Entity | Description |
|---|---|---|
| 50 Largest Bond Holders | PIMCO Advisors LP | Simpson Thacher represents the independent directors of certain PIMCO Advisors LP funds. |
| 50 Largest Bond Holders | Barclays Global Fund Advisors | Simpson Thacher does not represent Barclays Global Fund Advisors, but represents certain affiliates of Barclays in corporate matters. |
| 50 Largest Bond Holders | UBS Investment KAG | Simpson Thacher does not represent UBS Investment KAG, but represents certain UBS affiliates in corporate matters. |
| 50 Largest Bond Holders | Fidelity Management and Research | Simpson Thacher does not represent Fidelity Management and Research, but Fidelity Investment Charitable Gift Fund is a client. |
| 50 Largest Bond Holders | AXA Equitable Life Insurance Co. | AXA Equitable Life Insurance Co. is a client. |
| 50 Largest Bond Holders | BBVA Gestion SA SGIIC (Spain) | BBVA Gestion SA SGIIC (Spain) – Gestion is a joint venture owned by BBVA (51%) and Schroders (49%); BBVA is a client. |
| 50 Largest Bond Holders | Zurich American Insurance Company ("ZAIC") | ZAIC is not a client; Simpson Thacher represents Zurich Capital Markets ("ZCM") (ZCM and ZAIC are both subsidiaries of Zurich Financial Services Group). |
| 50 Largest Bond Holders | AIG Annuity Insurance Company | Simpson Thacher does not represent AIG Annuity Insurance Company, but AIG and AIG Annuity Insurance Company affiliated entities are clients. |
| 50 Largest Bond Holders | PIMCO Funds Global Investors | Simpson Thacher represents the independent directors of certain PIMCO funds. |
| 50 Largest Bond Holders | Western Asset Management Company | Western Asset Management Company is a subsidiary of Legg Mason, Inc., which is a client of Simpson Thacher.  Additionally, |

| | | |
|---|---|---|
| | | Simpson Thacher has represented various closed-end funds advised by Western Asset Management Company. |
| 50 Largest Bond Holders | Continental Casualty Company | Continental Casualty Company is a client. |
| 50 Largest Bond Holders | ING Investment LLC | ING Investment LLC is not a client. However, Simpson Thacher represents ING Bank, ING Capital and ING REI Clarion. |
| 50 Largest Bond Holders | Blackrock Advisors | Blackrock Advisors is a client. |

**100 Largest Unsecured Creditors other than Bondholders**

| Category | Individual/ Entity | Description |
|---|---|---|
| 100 Largest Unsecured Creditors other than Bondholders | Citibank, N.A. | Citigroup, N.A., and a number of its affiliates are clients. |
| 100 Largest Unsecured Creditors other than Bondholders | The Bank of New York Mellon<br><br>The Bank of New York Mellon ("BONY Mellon") | BONY Mellon was formed through the merger of The Bank of New York Company, Inc. ("BONY") and Mellon Financial Corporation ("Mellon Financial"), which merger was completed on July 2, 2007. Mellon Financial is a former client. BONY is a current client. |
| 100 Largest Unsecured Creditors other than Bondholders | Aozora Bank | Cerberus Japan K.K., a client of Simpson Thacher, owns a majority of Aozora Bank. Simpson Thacher has represented Cerberus Japan with respect to its interest in Aozora Bank. |
| 100 Largest Unsecured Creditors other than Bondholders | BNP Paribas | BNP Paribas is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | Mizuho Corporate Bank Ltd. ("MCB") | MCB and certain of MCB's affiliates, are clients. |
| 100 Largest Unsecured Creditors other than Bondholders | Citibank N.A. Hong Kong Branch | A number of Citigroup affiliates are clients. |
| 100 Largest Unsecured Creditors other than Bondholders | Shinsei Bank Ltd. | Shinsei Bank Ltd. is a client. Additionally, a consortium that includes affiliates of J.C. Flowers & Co. LLC ("J.C. Flowers") holds a substantial interest in Shinsei Bank Ltd. and Simpson Thacher represents J.C. Flowers with respect to such investment. |
| 100 Largest Unsecured Creditors other than Bondholders | UFJ Bank Limited | UFJ Bank Limited is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | Sumitomo Mitsubishi Banking Corp. | Although Sumitomo Mitsubishi Banking Corp. is not a client, it may be affiliated with the Sumitomo Mitsui Financial Group, which is a client. |
| 100 Largest Unsecured Creditors other than | Lloyds Bank PLC | Lloyds TSB Bank is a client. |

| Bondholders | | |
|---|---|---|
| 100 Largest Unsecured Creditors other than Bondholders | KBC Bank | KBC Bank is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | The Bank of Nova Scotia | The Bank of Nova Scotia is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | Chuo Mitsui Trust & Banking | Certain affiliates of Chuo Mitsui are clients. |
| 100 Largest Unsecured Creditors other than Bondholders | Microsoft Licensing, GP | Microsoft Licensing, GP is not a client, Microsoft Corporation is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | ANZ Banking Group Limited | ANZ Banking Group Limited is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | Australia and New Zealand Banking Group Limited ("ANZ") | Australia and New Zealand Banking Group Limited is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | DnB NOR Bank ASA | DnB NOR Bank ASA is a client, for which the Firm has had no recent matters. |
| 100 Largest Unsecured Creditors other than Bondholders | HSBC Bank | HSBC Bank affiliate HSBC Securities is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | Cadwalader, Wickersham, and Taft | Cadwalader Wickersham, and Taft is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | CB Richard Ellis Client Account RE Gloa | CB Richard Ellis Client Account RE Gloa is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | Clifford Chance | Clifford Chance is a former client. All matters are closed. The firm last billed time to such matters in 2006. |
| 100 Largest Unsecured Creditors other than Bondholders | Reuters America Inc. | Reuters America Inc. is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | Tata Consultancy Services | Tata Consultancy Services is not a client. However, certain affiliates of Tata Consultancy Services are former and current clients. |
| 100 Largest Unsecured Creditors other than Bondholders | Reuters Ltd. | Simpson Thacher does not represent Reuters Ltd., but Reuters America Inc. is a client. |
| 100 Largest Unsecured Creditors other than Bondholders | Ernst and Young Private Limited | Ernst and Young is a former client for which the Firm has done no work since 1994. |

| 100 Largest Unsecured Creditors other than Bondholders | Davis, Polk and Wardwell | Davis, Polk and Wardwell has been a client. The Firm has done no work for this client in the last year. |
|---|---|---|
| 100 Largest Unsecured Creditors other than Bondholders | Linklaters, S.L. – Linklaters & Paines (n/k/a Linklaters) | Linklaters, S.L. – Linklaters & Paines (n/k/a Linklaters) is a former client for whom all matters have been closed since 1995. |
| 100 Largest Unsecured Creditors other than Bondholders | Ashurst Morris Crisp | Ashurst Morris Crisp is a former client for whom all matters have been closed since 1999. |
| 100 Largest Unsecured Creditors other than Bondholders | Sungard Securities Finance Inc. | Refers to SunGard Financial Systems Inc., an affiliate of SunGard Data Systems, a Simpson Thacher client that is a portfolio company of Silver Lake Partners (lead investor), Bain Capital, The Blackstone Group, GS Capital Partners, Kohlberg Kravis Roberts & Co., Providence Equity Partners, and Texas Pacific Group (the "Sponsors"). Simpson Thacher represented the Sponsors and the Company in the LBO financing in 2005. |
| 100 Largest Unsecured Creditors other than Bondholders | ICAP Securities Limited | ICAP Securities Limited is affiliated with ICAP North America, which is a client. In addition, Simpson Thacher currently represents several ICAP North America brokers. |

**Significant Landlords and Leases**

| Category | Description of Property | Landlord | Description of Representation |
|---|---|---|---|
| Significant Landlords and Leases | 1301 Avenue of the Americas | Deutsche Bank Securities, Inc. | Deutsche Bank Securities, Inc. is a client. Simpson Thacher also represents other affiliates of Deutsche Bank. |
| Significant Landlords and Leases | Houston (Eagle) - 4700 W Sam Houston Parkway W | Guggenheim Concourse, L.P. | The Guggenheim Concourse may be affiliated with the Guggenheim Museum. The Guggenheim Museum and Thomas Krens (the Director of the Guggenheim Museum) and the Guggenheim Foundation are clients. |
| Significant Landlords and Leases | Miami - 1111 Brickell Avenue - Barclay's Financial Center | 1111 Brickell Office, LLC- | 1111 Brickell Office, LLC is not a client. Simpson Thacher represented Lehman Brothers Holdings Inc. in negotiation of a lease with MDM Brickell Office Group, Ltd. for space in the Barclays Financial Center in Miami, Florida, but such matter is closed. |
| Significant Landlords and Leases | New York – 65 Broadway | Archipelago Holdings, Inc. | The Board of Directors of Archipelago Holdings Inc. is a former client, but the Firm has not billed time to such matter since 2005 |
| Significant Landlords and Leases | Washington - 2001 K Street NW | Clifford Chance US LLP | Clifford Chance US LLP is a former client. All matters are closed. The Firm last billed time to such matters in 2006. |

**Secured Creditors**

| Category | Individual/ Entity | Description |
|---|---|---|
| Secured Creditors | JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. is a client. |
| Secured Creditors | State Street | State Street Corporation is not a client, but Simpson Thacher represents a Special Committee of outside directors of State Street. |
| Secured Creditors | Danske Bank | Danske Bank is a client. |

### Government and State Regulatory Agencies

| Category | Individual/ Entity | Description |
| --- | --- | --- |
| Government and State Regulatory Agencies | Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.) | In 2004, Simpson Thacher represented the Office of the Comptroller of the City of New York. |

**Significant Stockholders**

| Category | Individual/ Entity | Description |
|---|---|---|
| Significant Stockholders | AXA and related parties | AXA Equitable Life Insurance Company is a client. |
| Significant Stockholders | FMR LLC and related parties | Simpson Thacher does not represent FMR LLC but Fidelity Investment Charitable Gift Fund is a client. |

**Officers and Directors**

| Category | Individual/ Entity | Description |
|---|---|---|
| Directors and Officers | Michael L. Ainslie (Board of Directors: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Ainslie. |
| Directors and Officers | John F. Akers (Board of Directors: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Akers. |
| Directors and Officers | Roger S. Berlind (Board of Directors: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Berlind. |
| Directors and Officers | Erin M. Callan (Officer: Former) | As set forth in Exhibit C, Simpson Thacher previously represented Ms. Callan. Ms. Callan has retained her own counsel in place of Simpson Thacher. |
| Directors and Officers | Thomas H. Cruikshank (Board of Directors: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Cruikshank. |
| Directors and Officers | Marsha Johnson Evans (Board of Directors: Current) | As set forth in Exhibit C, Simpson Thacher represents Ms. Johnson. |
| Directors and Officers | Richard S. Fuld, Jr. (Board of Directors: Current; Officer: Current) | As set forth in Exhibit C, Simpson Thacher previously represented Mr. Fuld.  Mr. Fuld has retained his own counsel in place of Simpson Thacher. |
| Directors and Officers | Sir Christopher Gent (Board of Directors: Current) | As set forth in Exhibit C, Simpson Thacher represents Sir Christopher Gent. |
| Directors and Officers | David Goldfarb (Officer: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Goldfarb. |
| Directors and Officers | Joseph M. Gregory (Officer: Former) | As set forth in Exhibit C, Simpson Thacher previously represented Mr. Gregory.  Mr. Gregory has retained his own counsel in place of Simpson Thacher. |
| Directors and Officers | Jerry A. Grundhofer (Board of Directors: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Grundhofer. |
| Directors and Officers | Roland A. Hernandez | As set forth in Exhibit C, Simpson |

| | (Board of Directors: Current) | Thacher represents Mr. Hernandez. |
|---|---|---|
| Directors and Officers | Henry Kaufman (Board of Directors: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Kaufman. |
| Directors and Officers | Ian Lowitt (Officer: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Lowitt. |
| Directors and Officers | Hugh E. "Skip" McGee III (Officer: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. McGee. |
| Directors and Officers | Christopher O'Meara (Officer: Former) | As set forth in Exhibit C, Simpson Thacher represents Mr. O'Meara. |
| Directors and Officers | Thomas A. Russo (Officer: Current) | As set forth in Exhibit C, Simpson Thacher represents Mr. Russo. |

## Underwriting Investment Bankers for Debtors' Securities

| Category | Individual/ Entity | Description |
|---|---|---|
| Underwriting Investment Bankers for Debtors' Securities | Lehman Brothers | Lehman Brothers is a client. |
| Underwriting Investment Bankers for Debtors' Securities | UBS Investment Bank | Certain UBS affiliates are clients. |
| Underwriting Investment Bankers for Debtors' Securities | Merrill Lynch | Merrill Lynch is a client. |
| Underwriting Investment Bankers for Debtors' Securities | ABN AMRO Rothschild | ABN Amro is a client. |

**Related Entities**

| Category | Individual/ Entity | Description |
|---|---|---|
| Related Entities | GA Dekalb Inc. | GA Dekalb Inc. is a former client, on a matter that was closed in 2001. |
| Related Entities | Lehman ABS Corporation | Lehman ABS Corporation is a former client, on a matter that was closed in 2005. |
| Related Entities | Lehman Brothers Alternative Investment Management LLC | Lehman Brothers Alternative Investment Management LLC is a client. |
| Related Entities | Lehman Brothers Europe Inc. | Lehman Brothers Europe Inc. is a client. |
| Related Entities | Lehman Brothers Venture Partners L.P. | Lehman Brothers Venture Partners L.P. is a client. In addition, A collective investment vehicle in which certain Simpson Thacher partners have an interest, Lexington Series 1999, has an investment in this fund, which investment would be less than 1% of the value of such fund. |
| Related Entities | Lehman Brothers Capital Partners I, L.P. | Lehman Brothers Capital Partners I, L.P. is a former client, for which Simpson Thacher did work on one matter that was closed in 2000. |
| Related Entities | Lehman Commercial Paper Inc. ("LCPI") | LCPI is a client. |
| Related Entities | Structured Asset Securities Corporation ("SASC") | As set forth in Exhibit C, Simpson Thacher represents SASC, along with other Lehman entities, in securities litigation matters. |
| Related Entities | Lehman Brothers Asia Limited | Lehman Brothers Asia Limited is a client. |
| Related Entities | QP80 Real Estate Services Inc. | QP80 Real Estate Services Inc. is a former client, on a matter that was closed in 1999. |
| Related Entities | Stamford Investment Realty Inc. | Stamford Investment Realty Inc. is a former client, on a matter that was closed in 2006. |
| Related Entities | Neuberger Berman Asset Management, LLC | Neuberger Berman Asset Management, LLC is a client. Simpson Thacher also represented Lehman in its acquisition of Neuberger Berman and in matters related to Lehman's investment in Neuberger Berman. |

| Related Entities | Neuberger & Berman Agency, Inc. | Neuberger & Berman Agency, Inc. is not a client. However, Simpson Thacher represented Lehman in its acquisition of Neuberger Berman and in matters related to Lehman's investment in Neuberger Berman. |
|---|---|---|
| Related Entities | Neuberger & Berman Trust Company | Neuberger & Berman Trust Company is a former client that Simpson Thacher represented in one matter that was closed in 2002. |
| Related Entities | Neuberger Berman Inc. | Neuberger Berman Inc. is not a client. However, Simpson Thacher represented Lehman in its acquisition of Neuberger Berman and in matters related to Lehman's investment in Neuberger Berman. |
| Related Entities | Neuberger Berman Investment Services LLC | Neuberger Berman Investment Services LLC is not a client. However, Simpson Thacher represented Lehman in its acquisition of Neuberger Berman and in matters related to Lehman's investment in Neuberger Berman. |
| Related Entities | Neuberger Berman Pty Ltd. | Neuberger Berman Pty Ltd. is not a client. However, Simpson Thacher represented Lehman in its acquisition of Neuberger Berman and in matters related to Lehman's investment in Neuberger Berman. |
| Related Entities | Neuberger Berman, LLC | Neuberger Berman, LLC is not a client. However, Simpson Thacher represented Lehman in its acquisition of Neuberger Berman and in matters related to Lehman's investment in Neuberger Berman. |

**Former Lehman Brothers Holdings Inc. Entities**

| Category | Individual/ Entity | Description |
|---|---|---|
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Asia Limited | Lehman Brothers Asia Limited is a client. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Asia Holdings Limited | Lehman Brothers Asia Holdings Limited is a former client, in one matter that was closed in 2003. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Asset Management (Europe) Ltd. | Lehman Brothers Asset Management (not Lehman Brothers Asset Management (Europe) Ltd.) is a former client, but all such matters have been closed in 2004 or prior. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Asset Management France | Lehman Brothers Asset Management (not Lehman Brothers Asset Management France) is a former client, but all such matters have been closed in 2004 or prior. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Asset Management Inc. | Lehman Brothers Asset Management (not Lehman Brothers Asset Management Inc.) is a former client, but all such matters have been closed in 2004 or prior. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Asset Management, LLC | Lehman Brothers Asset Management (not Lehman Brothers Asset Management, LLC) is a former client, but all such matters have been closed in 2004 or prior. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Futures Asset Management Corp. | Lehman Brothers Futures Asset Management Corp. is a former client.  All matters involving this client were closed in 1997 and 1998. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Europe Limited | Lehman Brothers Europe Limited is a client. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers International (Europe) | Lehman Brothers International (Europe) is a client. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Asset Management (Europe) Ltd. | Lehman Brothers Asset Management (Europe) Ltd. is a former client, on matters that were closed as of 2004 or prior. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Holdings Plc | Simpson Thacher has represented Lehman Brother Holdings, but it is unclear whether such work was for Lehman Brothers Holdings Inc. or |

| | | Lehman Brothers Holdings Plc. |
|---|---|---|
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Private Equity Advisers | Lehman Brothers Private Equity Advisers is a client. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Private Equity Advisers L.L.C. | Lehman Brothers Private Equity Advisers L.L.C. is a client. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Treasury is a client. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Holdings Japan Inc. | Lehman Brothers Holdings Japan Inc. is a former client. All matters for this client were closed in 2005, except for one matter to which the Firm did not bill any time. |
| Former Lehman Brothers Holdings Inc. Entities | Lehman Brothers Japan Inc. | Lehman Brothers Japan Inc. is a former client. All matters for this client were closed in 2005, except for one matter to which the Firm did not bill any time. |
| Former Lehman Brothers Holdings Inc. Entities | Property Asset Management Group | Property Asset Management Group is a former client, which the Firm represented in a matter that was closed in 2006. |
| Former Lehman Brothers Holdings Inc. Entities | Real Estate Private Equity Inc. | Real Estate Private Equity Inc. is a client. |

**Potential Parties in Interest**

| Category | Individual/ Entity | Description |
|---|---|---|
| Potential Parties in Interest | • UBS Financial Services<br>• UBS International Inc.<br>• UBS Financial Services of Puerto Rico | Simpson Thacher does not represent UBS Financial Services, UBS International Inc. or UBS Financial Services of Puerto Rico, but Simpson Thacher represents certain UBS affiliates. |
| Potential Parties in Interest | Thomson Reuters Plc & Thomson Reuters Corp. | Neither Thomson Reuters Plc nor Thomson Reuters Corp. is a client. However, in 2008, the Thomson Corporation and Reuters Group PLC combined to form Thomson Reuters and Simpson Thacher has represented Reuters America Inc. |
| Potential Parties in Interest | Citigroup, Inc.<br>Citibank, N.A. | Citigroup, N.A. and its affiliates are clients. |
| Potential Parties in Interest | Morgan Stanley & Co. | Morgan Stanley, its board of directors and certain Morgan Stanley affiliates are clients. |
| Potential Parties in Interest | Credit Suisse | Credit Suisse is a client. |
| Potential Parties in Interest | The Bank of New York Mellon<br><br>The Bank of New York Mellon ("BONY Mellon") | BONY Mellon was formed through the merger of The Bank of New York Company, Inc. ("BONY") and Mellon Financial Corporation ("Mellon Financial"), which merger was completed on July 2, 2007. Mellon Financial is a former client. BONY is a current client. |
| Potential Parties in Interest | The Royal Bank of Scotland ("RBS") | Simpson Thacher represents RBS in connection with project finance work in the U.S., and represents RBS in certain litigation matters. |
| Potential Parties in Interest | Federal Reserve Bank of New York ("FRBNY") | Simpson Thacher represents FRBNY in connection with bank regulatory matters and in connection with certain lending arrangements in connection with JPMorgan Chase Bank, N.A.'s acquisition of Bear Stearns. |
| Potential Parties in Interest | Accenture LLP | Accenture LLP is a client. |
| Potential Parties in | Lehman Brothers Private | Lehman Brothers Private Equity |

| Interest | Equity Funds | Funds is a client. |
|---|---|---|
| Potential Parties in Interest | Green Tree Servicing LLC ("Green Tree") | Green Tree is a portfolio company of Centerbridge, which is a client. In addition, Simpson Thacher represents Lehman with respect to its investment in Green Tree. |
| Potential Parties in Interest | Factiva, Inc. | Factiva is a client. |
| Potential Parties in Interest | Canadian Imperial Bank | Canadian Imperial Bank and its affiliates are clients. |
| Potential Parties in Interest | CIBC World Market | Simpson Thacher has not represented CIBC World Market, but CIBC and its affiliates are clients. |
| Potential Parties in Interest | CIBC World Markets Inc. | CIBC World Markets Inc. and its affiliates are clients. |
| Potential Parties in Interest | Sumitomo Mitsui Banking Corp. | Sumitomo Mitsui Banking Corp. is a client. |
| Potential Parties in Interest | Societe Generale | Societe Generale is a client. |
| Potential Parties in Interest | Washington Mutual Bank ("WaMu") | WaMu is a client. |
| Potential Parties in Interest | Toronto-Dominion Bank | Toronto Dominion Bank is a client. |
| Potential Parties in Interest | General Electric Capital Corp. ("GECC") | GECC has been a client but Simpson Thacher does not have any current engagements. |
| Potential Parties in Interest | ING bank, FSB | ING Bank, ING Capital and ING REI Clarion are clients. |
| Potential Parties in Interest | Microsoft Corporation | Microsoft Corporation is a client. |
| Potential Parties in Interest | Microsoft Licensing | Simpson Thacher does not represent Microsoft Licensing, but represents Microsoft Corporation. |
| Potential Parties in Interest | Moody's Investors Service | Moody's Investor Service is a client. |
| Potential Parties in Interest | Mizuho Corporate Bank LTD ("MCB") | MCB and certain of its affiliates are clients. |
| Potential Parties in Interest | Chevron Natural Gas – | Simpson Thacher has not represented Chevron Natural Gas, but has represented Chevron Corporation. |
| Potential Parties in Interest | AIG Global Investment Corporation | AIG Global Investment Corporation is a client. AIG, the parent entity, and affiliated entities of AIG are |

|  |  | clients of the Firm. |
|---|---|---|
| Potential Parties in Interest | Green Tree Servicing Inc. | Green Tree Servicing LLC is a portfolio company of Centerbridge, which is a client. In addition, Simpson Thacher has represented Lehman with respect to its investment in Green Tree Servicing LLC. |
| Potential Parties in Interest | JPMorgan Chase Bank, N.A. | JPMorgan Chase Bank, N.A. is a client. |
| Potential Parties in Interest | Mizuho Corporate Bank ("MCB") | MCB is a client. Simpson Thacher also represents certain of MCB's affiliates. |
| Potential Parties in Interest | Providence Equity Partners | Providence Equity Partners is a client. |
| Potential Parties in Interest | Verizon Communications Inc. | Verizon Communications Inc. is a client. Simpson Thacher also represents Verizon Wireless, a joint venture between Verizon Communications and Vodafone (a client). |
| Potential Parties in Interest | Deutsche Bank Securities Inc. | Deutsche Bank Securities Inc. is a client. |
| Potential Parties in Interest | Brookfield Properties One WFC Co. LLC | Brookfield Properties One WFC Co. LLC is not a client, but appears to be an affiliate of Brookfield Properties. In 2006, Simpson Thacher represented Brookfield Properties in connection with an acquisition but the client relationship ended in 2006. |
| Potential Parties in Interest | Caixa Geral De Depositos, S.A. | Caixa Geral de Depositos, S.A. is a client. |
| Potential Parties in Interest | Morgan Stanley & Co. Incorporated | Morgan Stanley & Co. Incorporated is a client. |
| Potential Parties in Interest | Credit Suisse | Credit Suisse First Boston is a client. |
| Potential Parties in Interest | US Bank National Association | US Bank National Association is not a client. Affiliate of US Bancorp (USB), but U.S. Bancorp and U.S. Bank National Association are clients. FAF Advisors, a subsidiary of U.S. Bank National Association, is a client. |
| Potential Parties in Interest | Bank Of Montreal | Bank Of Montreal is a client. |

| Potential Parties in Interest | National Australia Bank Limited | National Australia Bank Limited is a client for which Simpson Thacher has done no work since 2004. |
|---|---|---|
| Potential Parties in Interest | Barclays Capital, Inc. | Barclays Capital, Inc. is a client. |
| Potential Parties in Interest | Allianz Global Investors AG | Allianz Global Investors AG is not a client, but the independent directors of certain closed end funds managed by entities that are ultimately owned by Allianz Global Investors AG's parent are clients. |
| Potential Parties in Interest | Avaya Inc. | Avaya Inc. is not a client, but clients Silver Lake and TPG are investors in Avaya Inc. |
| Potential Parties in Interest | Chuo Mitsui Trust and Banking Co. | Chuo Mitsui Trust and Banking Co. is a client and is a subsidiary of Chuo Mitsui Trust Holdings, Inc., which is a client. |
| Potential Parties in Interest | GE Capital Information Technology | GE Capital Information Technology is not a client. However, Simpson Thacher assisted Platinum Equity in connection with certain aspects of the acquisition by Compucom Systems, Inc. of GE Capital Information Technology. It appears that Platinum Equity may no longer hold these assets. |
| Potential Parties in Interest | The Bank Of Tokyo-Mitsubishi UFJ, Ltd | The Bank Of Tokyo-Mitsubishi UFJ, Ltd is a client and is a subsidiary of Mitsubishi UFJ Financial Group, Inc., which is also a client. |
| Potential Parties in Interest | The Chuo Mitsui Trust And Banking Co., Ltd | Chuo Mitsui Trust and Banking Co., Ltd. is a client and is a subsidiary of Chuo Mitsui Trust Holdings, Inc., which is a client. |
| Potential Parties in Interest | Tishman Speyer Properties, L.P. | Tishman Speyer Properties, L.P. is a former client for which Simpson Thacher opened one matter that was closed in 1998. Simpson Thacher has also represented Jerry Speyer (Chairman and Co-CEO of Tishman Speyer) from time to time. Simpson Thacher last did work for Mr. Speyer in 2005. |
| Potential Parties in Interest | Shinsei Bank Limited | Is a client. Additionally, a consortium that includes affiliates of |

| | | J.C. Flowers & Co. LLC holds a substantial interest in Shinsei Bank and Simpson Thacher represents J.C. Flowers with respect to such investment. |
|---|---|---|
| Potential Parties in Interest | Dnb Nor Bank Asa | Dnb Nor Bank Asa is a client for which the firm last did work in 2007. |
| Potential Parties in Interest | GE Capital Information Technology Solutions, Inc. D/B/A Ikon Financial Services | GE Capital Information Technology Solutions, Inc. D/B/A Ikon Financial Services is not a client. Simpson Thacher assisted Platinum Equity in connection with certain aspects of the acquisition by Compucom Systems, Inc. of GE Capital Information Technology. It appears that Platinum Equity may no longer hold these assets. |
| Potential Parties in Interest | Russell Investment Group, Inc. | Russell Investment Group, Inc. is not a client, but Pantheon Ventures, which is part of Russell Investment Group, is a client. |
| Potential Parties in Interest | Counsel to Australia and New Zealand Banking | Australia and New Zealand Banking Group Limited ("ANZ") is a client. |
| Potential Parties in Interest | Oracle Credit Corporation | Oracle Credit Corporation is not a client, but its parent, Oracle Corporation, is a former client for which Simpson Thacher last did work in 2007. |
| Potential Parties in Interest | Eaton Corporation | Eaton Corporation is a client for which Simpson Thacher last did work in 2006. |
| Potential Parties in Interest | TW Telecom Inc. | TW Telecom Inc. is not a client, but Time Warner is a client. |
| Potential Parties in Interest | Union Bank of California, N.A. | Union Bank of California, N.A. is a client. |
| Potential Parties in Interest | Travelers National Accounts | Travelers National Accounts is not a client, but is affiliated with The Travelers Companies, which is a client. |
| Potential Parties in Interest | Oversea-Chinese Banking Corp. Ltd. | Oversea-Chinese Banking Corp. Ltd. is a former client that we represented in one matter to which we last billed time in 2001. |
| Potential Parties in Interest | Gartner, Inc. (Gartner Group Inc.) | Gartner, Inc. (Gartner Group Inc.) is not a client, but is a portfolio company of Silver Lake, which is a |

| | | client with respect to its investment Gartner Group. |
|---|---|---|
| Potential Parties in Interest | Gartner UK Limited | Gartner UK Limited is not a client, but is an affiliate of Gartner Group Inc., a portfolio company of Silver Lake, which is a client with respect to its investment Gartner Group. |
| Potential Parties in Interest | Open Solutions Inc. | Open Solutions Inc. is a client. |
| Potential Parties in Interest | CB Richard Ellis, Inc. | CB Richard Ellis, Inc. is a client. |
| Potential Parties in Interest | Sprint Nextel Corp. | Sprint Nextel Corp. is a former client. |
| Potential Parties in Interest | Tata American International | Tata American International is not a client, but it an affiliate of Tata Group, with which Simpson Thacher has the following client relationships:  (1) Tata AutoComp Systems Limited (TACO), an affiliate of the Tata Group, has been a client- the Firm opened two matters for this client, both in 2006. Neither has been active in the last year; (2) VSNL International Pte. Ltd. is a client- it is a wholly owned subsidiary of Videsh Sanchar Nigam Ltd., which in turn is a member of the Tata Group of companies (Tata entities collectively hold 45.15% of Videsh Sanchar Nigam Ltd.'s equity); and (3) Tata Industries, Limited, an affiliate of the Tata Group, is a former client. |
| Potential Parties in Interest | Hypo Investment Bank AG | Hypo Investment Bank AG is not a client, but may be affiliated with HVB, which is a client. |

**Affiliations of Outside Directors**

| Category | Outside Director Name | Affiliation | Description |
|---|---|---|---|
| Affiliations of Outside Directors | Michael L. Ainslie | Director, Lehman Brothers Bank, FSB | Lehman Brothers Bank, FSB is a client. |
| Affiliations of Outside Directors | Marsha Johnson Evans | Director, Weight Watchers Int'l, Inc. | Weight Watchers Int'l Inc. is a client. |
| Affiliations of Outside Directors | Marsha Johnson Evans | Director, Huntsman Corporation | Huntman Corporation is not a client. Simpson Thacher has represented the Special Committee of the Board of Directors of Huntsman Corporation, but has not billed any time on this matter in the last year. Simpson Thacher's client, MatlinPatterson, owns 20% of Huntsman Corporation, but Simpson Thacher does not represent MatlinPatterson with respect to its interest in Huntsman Corporation. |
| Affiliations of Outside Directors | Marsha Johnson Evans | Director, Office Depot Inc. | Simpson Thacher represents Grupo Gigante, which currently owns 50% of Office Depot Mexico. |
| Affiliations of Outside Directors | Roland A. Hernandez | Director, The Ryland Group, Inc. | The Ryland Group, Inc. is not a client, but Simpson Thacher acts as designated underwriters' counsel for The Ryland Group, Inc. |
| Affiliations of Outside Directors | Roland A. Hernandez | Director, Sony Corporation | Sony Financial Holdings, Inc. is a client. |
| Affiliations of Outside Directors | Roland A. Hernandez | Advisory Board-David Rockefeller Center for Latin American Studies at Harvard University ("Rockefeller | The Rockefeller Center is not a client. However, Harvard University is a client. |

| | | Center") | |
|---|---|---|---|
| Affiliations of Outside Directors | Roland A. Hernandez | Advisory Board-Harvard Law School ("HLS") | HLS is not a client. However, Harvard University is a client. |
| Affiliations of Outside Directors | Roland A. Hernandez | President's Council on International Activities – Yale University | Yale University is a client. |
| Affiliations of Outside Directors | Henry Kaufman | Member (and the Chairman Emeritus): Board of Trustees of the Institute of International Education | Simpson Thacher represents the Institute of International Education. Simpson Thacher also represents Dr. Richard M. Krasno, President of the Institute of International Education. |
| Affiliations of Outside Directors | Henry Kaufman | Member: Board of Trustees of New York University | Simpson Thacher represents New York University. |
| Affiliations of Outside Directors | Henry Kaufman | Member (and the Chairman Emeritus): Board of Overseers of the Stern School of Business of New York University | Simpson Thacher represents New York University. |
| Affiliations of Outside Directors | Henry Kaufman | Member of the International Advisory Committee of the Federal Reserve Bank of New York ("FRBNY") | Simpson Thacher represents FRBNY. |

**Professionals Employed by the Debtors**

| Category | Individual/ Entity | Description |
|---|---|---|
| Professionals Employed by the Debtors | Weil, Gotshal & Manges LLP | Weil, Gotshal & Manges LLP is a former client. |
| Professionals Employed by the Debtors | Ernest & Young LLP | Ernst & Young LLP is a former client for whom Simpson Thacher has done no work since 1994. |
| Professionals Employed by the Debtors | Schulte, Roth & Zabel LLP | Schulte, Roth & Zabel LLP is a client. |
| Professionals Employed by the Debtors | Ballard Spahr Anders & Ingersoll, LLP | Ballard Spahr Anders & Ingersoll, LLP is a former client on one matter that was closed in 1994. |
| Professionals Employed by the Debtors | Blake Cassels & Graydon LLP | Blake Cassels & Graydon LLP is a former client. |
| Professionals Employed by the Debtors | Squire, Sanders & Dempsey LLP | Squire, Sanders & Dempsey LLP is not a client, but was a member of the Attorney's Liability Assurance Society (ALAS), a former client. |
| Professionals Employed by the Debtors | Lewis and Roca LLP | Lewis and Roca LLP is not a client, but was a member of the Attorney's Liability Assurance Society (ALAS), a former client. |
| Professionals Employed by the Debtors | Hahn Loeser & Parks LLP | Hahn Loeser & Parks LLP is not a client, but was a member of the Attorney's Liability Assurance Society (ALAS), a former client. |
| Professionals Employed by the Debtors | Cadwalader, Wickersham & Taft LLP | Cadwalader, Wickersham & Taft LLP is a client. |
| Professionals Employed by the Debtors | Carrington, Coleman, Sloman & Blumenthal, LLP | Carrington, Coleman, Sloman & Blumenthal, LLP is not a client, but was a member of the Attorney's Liability Assurance Society (ALAS), a former client. |
| Professionals Employed by the Debtors | Prickett Jones & Elliott, PA | Prickett Jones & Elliott, PA is not a client, but was a member of the Attorney's Liability Assurance Society (ALAS), a former client. |
| Professionals Employed by the Debtors | Oh-Ebashi LPC & Partners | Oh-Ebashi LPC & Partners is a former client Simpson Thacher represented in one matter that was closed in 2001. |
| Professionals | Freshfields Bruckhaus | Freshfields Bruckhaus Deringer is a |

| | | |
|---|---|---|
| Employed by the Debtors | Deringer | client. |
| Professionals Employed by the Debtors | Akerman Senterfitt | Akerman Senterfitt is not a client, but was a member of the Attorney's Liability Assurance Society (ALAS), a former client. |
| Professionals Employed by the Debtors | Paul, Hastings, Janofsky & Walker LLP | Paul, Hastings, Janofsky & Walker LLP is not a client, but was a member of the Attorney's Liability Assurance Society (ALAS), a former client. |
| Professionals Employed by the Debtors | Hogan & Hartson | Hogan & Hartson is not a client, but was a member of the Attorney's Liability Assurance Society (ALAS), a former client. |

**Litigation Claimants**[1]

| Category | Individual/ Entity | Description |
|---|---|---|
| Litigation Claimants | *In re Public Offering Antitrust Litigation* (consolidated class action) | According to LBHI's most recent 10-K filing, four cases were consolidated into *In re Public Offering Antitrust Litigation*, including *Harold Gillet, et. al. v. Goldman Sachs & Co., et. al.* ("*Gillet*"); *Yakov Prager, et. al. v. Goldman Sachs & Co., et. al.*; and *David Holzman, et. al. v. Goldman Sachs & Co., et. al.* (only three cases were identified). LBHI (and/or its affiliates) was a client in the *Gillet* matter, but the litigation has settled. |
| Litigation Claimants | *In re Lehman Brothers Holdings, Inc. Derivative Litigation* (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs) | As set forth in Exhibit C, Simpson Thacher represented LBHI in this litigation matter prior to the Commencement Date. |
| Litigation Claimants | *Fogel Capital Management, Inc. v. Fuld, et al. (08 cv 8225)* | As set forth in Exhibit C, Simpson Thacher represents certain individual defendants in this litigation matter. |
| Litigation Claimants | *Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund* | As set forth in Exhibit C, Simpson Thacher has represented, and continues to represent certain of, the individual defendants in this litigation matter. |
| Litigation Claimants | *Alaska Electrical Pension Fund* | As set forth in Exhibit C, Simpson Thacher represents the individual defendants and SASC in this litigation matter. |

---

[1]    As set forth in Exhibit C, Simpson Thacher represents the Lehman Individuals in certain litigation matters that were not included in the Conflicts Checklist, and are therefore not set forth on this Exhibit A.

## Utilities

| Category | Individual/ Entity | Description |
|---|---|---|
| Utilities | Con Ed | Con Ed is a former client. |
| Utilities | Sempra Energy Solutions | Sempra Energy Solutions is not a client. However, Sempra Energy Trading, LLC, which is owned 51% by The Royal Bank of Scotland Group, a client, and 49% by Sempra Energy, is a client. |
| Utilities | Time Warner | Time Warner is a client. |

**100 Largest Holders of Trade Debt**

| Category | Individual/ Entity | Description |
|---|---|---|
| 100 Largest Holders of Trade Debt | Microsoft Corporation | Microsoft Corporation is a client. |
| 100 Largest Holders of Trade Debt | Sungard Securities Finance Inc. | Sungard Securities Finance Inc - May refer to SunGard Financial Systems Inc., an affiliate of SunGard Data Systems, which is a client. |
| 100 Largest Holders of Trade Debt | AC Nielsen Company (Corporation) | AC Nielsen Company (AC Nielsen Corporation) – AC Nielsen Corporation is a former client for whom all matters have been closed since 2006.  It is a subsidiary of The Nielsen Company, which is a client that is owned by Valcon Acquisition Holding BV, which is in turn owned by a consortium that includes Blackstone, KKR, Carlyle, Thomas H. Lee Partners, Hellman & Friedman and Alpinvest. |
| 100 Largest Holders of Trade Debt | Thomson Financial | In 2008, The Thomson Corporation and Reuters Group PLC combined to form Thomson Reuters. Reuters America Inc. is a client. |
| 100 Largest Holders of Trade Debt | Ernst & Young LLP |  Former client for whom Simpson Thacher has done no work since 1994. |
| 100 Largest Holders of Trade Debt | Gartner Group Inc. | Portfolio company of a client. |
| 100 Largest Holders of Trade Debt | Storage Technology Corp (StorageTek) | Not a client.  Subsidiary of Sun Microsystems, a former client.  The Firm also represented another client in an investment in Sun Microsystems. |
| 100 Largest Holders of Trade Debt | Allen & Overy | Former client.  All matters for this client have been closed since 2003, with the exception of one matter, which is inactive. |
| 100 Largest Holders of Trade Debt | Ikon Office Solutions Inc. | Not a client.  However, the Firm represents the Audit Committee and the Independent Directors of Ikon Office Solutions Inc. |
| 100 Largest Holders of Trade Debt | Lexis-Nexis | Not a client.  However, Lexis-Nexis is an affiliate of Reed Elsevier, which is a client. |
| 100 Largest Holders of | The Bank of New York | BONY Mellon was formed through |

| Trade Debt | Mellon<br><br>The Bank of New York Mellon ("BONY Mellon") | the merger of The Bank of New York Company, Inc. ("BONY") and Mellon Financial Corporation ("Mellon Financial"), which merger was completed on July 2, 2007. Mellon 100 Largest Holders of Trade Debt Financial is a former client. BONY is a current client. |
| --- | --- | --- |

**Members of the Official Committee of Unsecured Creditors**

| Category | Individual/ Entity | Description |
|---|---|---|
| Creditors' Committee Members | Mizuho Corporate Bank, Ltd. ("MCB") | MCB and certain of its affiliates are clients. |
| Creditors' Committee Members | The Bank of New York Mellon<br><br>The Bank of New York Mellon ("BONY Mellon") | BONY Mellon was formed through the merger of The Bank of New York Company, Inc. ("BONY") and Mellon Financial Corporation ("Mellon Financial"), which merger was completed on July 2, 2007. Mellon Financial is a former client. BONY is a current client. |
| Creditors' Committee Members | The Royal Bank of Scotland, PLC ("RBS") | RBS is a client. |
| Creditors' Committee Members | Shinsei Bank, Limited | Shinsei Bank, Limited is a client. Additionally, a consortium that includes affiliates of J.C. Flowers & Co. LLC ("J.C. Flowers") holds a substantial interest in Shinsei Bank, Limited, and we represent J.C. Flowers with respect to such investment. |

## EXHIBIT B TO THE McGARRY AFFIDAVIT

**Simpson Thacher Current Representations Potentially Adverse to LBHI or its Affiliates**

| Client Name |
|---|
| First Data |
| Capmark |
| Centerbridge |
| Energy Future Holdings (formerly TXU) |
| Motor Coach Industries |
| Serena Software, Inc. |
| PPL Corporation |
| Peabody Energy |
| L-3 Communications |
| Accellent |
| Lawson Software Inc. |
| Silver Lake Partners |
| Sheridan Holdings, Inc. |
| AlixPartners, LLP |
| ITC Holdings Corp. and its subsidiary, ITC Midwest LLC |
| Dollar General |
| T.C. Group, L.L.C. and affiliates |
| Carlyle PQ/HDS Opportunity Investment, L.P. and Carlyle HDS Opportunity Investment, L.P. |
| TRW |
| Advantage Partners |
| Technology Crossover Ventures (TCV), Spectrum Equity Investors and RJO Holdings Corp. |
| Ford Motor Company |
| S.A.C. Private Capital Group, LLC |
| Blackstone (BSSF 2007-LLF C5 L.L.C.) |
| Virgin Group |
| AGA Medical  Holdings Inc. |
| Sageview/KKR/ACTS |
| Vestar/Press Ganey |
| Pinnacle Foods Finance LLC |
| Catalent Pharma Solutions, Inc. |
| Blackstone |
| Travelport Limited |
| Orbitz Worldwide, Inc. |
| Lavena Holding 4 (GmbH) |
| ProSiebenSat.1 Media AG |
| Kion Group (GmbH) |
| Blackstone/ Klockner Pentaplast |
| Kleopatra Lux 2 SarL (and various of its subsidiaries including KP |

| |
|---|
| Germany Zweite (GmbH) (together known as the Klockner Pentaplast Group) |
| Goldman Sachs Capital Partners, L.P. |
| Kgb (f/k/a InfoNXX) |
| Lexington Partners |
| New Mountain Capital, LLC |

## EXHIBIT C TO THE McGARRY AFFIDAVIT

### Lehman Individuals Represented by Simpson Thacher

---

**Prepetition Litigation Matters**

      Prior to the Commencement Date, Simpson Thacher was representing LBHI, certain affiliates of LBHI and certain Lehman Individuals (the "Prepetition Litigation Individuals") in several securities and ERISA litigation matters pending in the United States District Courts for the Southern District of New York and the Eastern District of New York (collectively, the "Prepetition Litigations"). Simpson Thacher continues to represent LBHI, LBI, Structured Asset Securities Corporation ("SASC") (a non-debtor LBHI affiliate) and certain of the Prepetition Litigation Individuals with respect to the Prepetition Litigations.

#### Prepetition ERISA Litigations

      The ERISA Prepetition Litigations are: *Rinehart v. Lehman Brothers Holdings, Inc., et al.*, 08 cv 5598 (S.D.N.Y.); *Buzzo v. Lehman Brothers Holdings, Inc., et al.*, 08 cv 6245 (S.D.N.Y.); *Fong v. Lehman Brothers Holdings, Inc., et al.*, 08 cv 6282 (S.D.N.Y.); and *DeSousa v. Lehman Brothers Holdings, Inc., et al.*, 08 cv 6626 (S.D.N.Y.), which have all been consolidated as *In re Lehman Brothers ERISA Litigation*, 08 Civ. 5598 (S.D.N.Y.) (the "ERISA Action")[7]. LBHI, as well as the following former and current officers and directors of LBHI, were originally named defendants in the ERISA Action: Michael L. Ainslie, John F. Akers, Roger S. Berlind, Erin M. Callan, Thomas H. Cruikshank, Marsha Johnson Evans, Richard S. Fuld, Jr., Sir Christopher Gent, Jerry A. Grundhofer, Roland A. Hernandez, Henry Kaufman, John D. Macomber and Wendy M. Uvino. Also named as defendants were the LBHI Employee Benefit Plan Committee and the Compensation and Benefits Committee of the Board of Directors of LBHI (collectively, the "Committees"). In the consolidated amended complaint, filed on October 27, 2008, plaintiffs did not name LBHI and Erin M. Callan as defendants. However, all other named defendants remained the same. Simpson Thacher represents the Committees and the individual defendants in the ERISA Action. However, Richard S. Fuld, Jr. has retained his own counsel in place of Simpson Thacher. Simpson Thacher notes that some of Debtors' employees and former employees are participants in the ERISA Plan, and that the purported plaintiff class consists of all persons, other than Defendants, who were plan participants or their beneficiaries, who allocated plan contributions to LBHI stock during the relevant period.

#### Prepetition Securities Matters

      The securities Prepetition Litigations (the "*Securities Matters*") are: *Operative Plasterers v. Lehman Brothers Holdings, Inc., et al.*, 08 Civ. 5523 (S.D.N.Y.)

---

[7]     Another ERISA action, *Demizio v. Fuld, et al.*, 08 cv 9124 (S.D.N.Y.) ("*Demizio*") was filed on October 24, 2008. The defendants in *Demizio* are the same as the defendants in the ERISA Action.

("*Operative Plasterers*"); *Alaska Electrical Pension Fund v. Lehman Brothers Holdings, Inc. et al.*, 08 Civ. 2816 (E.D.N.Y.) ("*Alaska Pension Fund*"); *N.J. Carp. Health Fund v. Lehman XS Trust Series 2005-5N, et al.*, 08 Civ. 6762 (S.D.N.Y.) ("*N.J. Carp. Health Fund*"); *In re Adams Golf, Inc. Sec. Litig.*, C.A. No. 99-371, (D. Del.) ("*Adams Golf*"); *In re Lehman Brothers Holdings Inc. Deriv. Litig.*, 07-CV-2990 (S.D.N.Y.) ("*In re LBHI*") *Rollins v. Lehman Brothers Inc., et al.*, 08 Civ. 7938 (S.D.N.Y.) ("*Rollins*"); and *Krausz v. Federal National Mortgage Association, et al.*, 08 Civ. 8519 (S.D.N.Y.) ("*Krausz*"). Simpson Thacher notes that some of Debtors' employees and former employees may be members of the purported plaintiff classes in these actions.

### *Operative Plasterers*:

LBHI, Erin M. Callan, Richard S. Fuld, Jr. Joseph M. Gregory and Christopher O'Meara were named as defendants in the original complaint in *Operative Plasterers*. The amended complaint, filed on October 27, 2008, also names as defendants Ian Lowitt, Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and numerous underwriters and drops LBHI as a defendant. Simpson Thacher represented the individual defendants named in the original complaint in *Operative Plasterers*. However, Erin M. Callan and Richard S. Fuld, Jr. have retained their own counsel in place of Simpson Thacher, and it is Simpson Thacher's understanding that Joseph M. Gregory is retaining his own counsel in place of Simpson Thacher. Going forward, Simpson Thacher will represent the individual defendants in *Operative Plasterers* other than Callan, Fuld and Gregory.

### *Alaska Pension Fund*:

LBHI, Lehman Brothers Inc. ("LBI"), SASC and several common law trusts are named defendants in *Alaska Pension Fund*. Also named as defendants in *Alaska Pension Fund* are the following former or current officers and directors of SASC: Lana Franks, Edward Grieb, Richard McKinney, Kristine Smith and James J. Sullivan. Simpson Thacher represents SASC and the individual defendants in *Alaska Pension Fund*.

### *N.J. Carp. Health Fund*:

LBI, SASC and several common law trusts are named defendants in *N.J. Carp. Health Fund*. Also named as defendants in *N.J. Carp. Health Fund* are the following former or current officers and directors of SASC: James J. Sullivan, Samir Tabet and Mark Zusy. Simpson Thacher represents SASC and the individual defendants in *N.J. Carp. Health Fund*.

### *Adams Golf*:

LBHI is the only named Lehman defendant in *Adams Golf*. Simpson Thacher represents LBHI in *Adams Golf*.

### *In re LBHI:*

LBHI and current or former LBHI officers and directors Michael L. Ainslie, John F. Akers, Roger S. Berlind, Jonathan Beyman, John L. Cecil, Thomas H. Cruikshank, Marsha Johnson Evans, Richard S. Fuld, Jr., Sir Christopher Gent, David Goldfarb, Joseph M. Gregory, Roland A. Hernandez, Jeremy Issacs, Bradley Jack, Henry Kaufman, John D. Macomber, Michael McKeever, Dina Merrill, Christopher O'Meara, Thomas A. Russo and Jeffrey Vanderbeek are named defendants in *In re LBHI*. Simpson Thacher originally represented the officer and director defendants in this action, however the officers and directors retained counsel other than Simpson Thacher prepetition. Simpson Thacher represented LBHI prepetition in *In re LBHI*. *In re LBHI* was stayed by LBHI's chapter 11 filing, and was dismissed pursuant to a stipulation so ordered by the district court on October 14, 2008.

### *Rollins:*

LBI is a named defendant in *Rollins*. There are no Lehman individuals named in this case. Simpson Thacher represents LBI and other underwriter defendants in this action. *Rollins* was stayed as to LBI as of September 19, 2008 because of the SIPA liquidation proceeding as to LBI. Simpson Thacher continues to represent the other defendants.

### *Krausz:*

LBI is a named defendant in *Krausz*. There are no Lehman Individuals named in this case. Simpson Thacher represents LBI and other underwriter defendants in this action. *Krausz* was stayed as to LBI as of September 19, 2008 because of the SIPA liquidation proceeding as to LBI. Simpson Thacher continues to represent the other defendants.

### Postpetition Representations

### Investigations

Since the Commencement Date, Simpson Thacher has been asked by the Debtors to be available to serve as counsel to current and former officers and employees of LBHI and its affiliates in various current and potential investigation matters relating to LBHI and its affiliates' businesses. At present, Simpson Thacher represents: Ian Lowitt, Martin Kelly, Paolo Tonucci, Skip McGee, David O'Reilly, Lisa Beeson, Steve Hash, Edward Grieb, Larry Wieseneck, Shaun Butler and David Lazarus and Christopher O'Meara. Simpson Thacher may represent additional individuals in connection with various investigative matters, and who would join the list of Lehman Individuals upon such retention.

### Postpetition Securities Litigations

Since the Commencement Date, Simpson Thacher has been representing current LBHI directors Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas H.

Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry
Kaufman and John D. Macomber in a securities litigation matter pending in the United
States District Court for the Southern District of New York captioned *Fogel Capital
Management, Inc. v. Fuld, et al.* (08 cv 8225).

      Also since the Commencement Date, LBI has been named in *Sandman v.
J.P. Morgan Securities Inc., et al.,* 08 Civ. 8353 (S.D.N.Y.) and *Frankfurt v. Lehman
Brothers, Inc., et al.,* 08 Civ. 8547 (S.D.N.Y.). There are no Lehman Individuals named
in these cases. Simpson Thacher represents LBI and other underwriter defendants in
these actions. Any further actions as to LBI in these cases are stayed as of September 19,
2008 because of the SIPA liquidation proceeding as to LBI. Simpson Thacher continues
to represent the other underwriter defendants in these actions.

## EXHIBIT D TO THE McGARRY AFFIDAVIT

### List of Lehman Private Equity Business Entities

Lehman Brothers Merchant Banking Partners
Lehman Brothers Merchant Banking Partners II
Lehman Brothers Merchant Banking Partners III
Lehman Brothers Merchant Banking Partners IV
Lehman Brothers Venture Capital Group (pre-fund, 1996-1998, aka VC Fund I)
LB VC Partners LP (VC Fund II)
Lehman Brothers Venture Partners
Lehman Brothers VC Partners 2002 LP (VC Fund III)
Lehman Brothers Venture Partners 2003-C
Lehman Brothers Venture Partners 2003-P
Lehman Brothers Venture Partners V-P
Lehman Brothers Venture Partners V
Lehman Brothers CDO Opportunity Partners 2004
Lehman Brothers CDO Mezzanine Fund 2005-1 Unit Trust
Lehman Brothers CDO Opportunity Partners II
Lehman Brothers Loan Opportunity Fund
Lehman Brothers Secondary Opportunities Fund
Lehman Co-Investment Partners
Lehman Brothers Secondary Opportunities Fund II
Lehman Brothers MLP Opportunity Fund
Lehman Brothers Real Estate Partners
Lehman Brothers Real Estate Partners II
Lehman Brothers Real Estate Partners III
Lehman Brothers Real Estate Mezzanine Partners
Lehman Brothers Real Estate Mezzanine Partners
Lehman Brothers Merchant Banking Partners IV (Europe)
Lehman Brothers Private Equity Partners Ltd.
Lehman Brothers European Mezzanine Partners 2003
Lehman Brothers European Mezzanine Partners II
Lehman Brothers Merchant Banking Partners (offshore and Japan)
LB Offshore Investment Partners II LP
Lehman Brothers Loan Opportunity Fund Cayman LP
LB Secondary Opp Offshore Fund LP
LB Secondary Opp Offshore Fund II LP
Lehman Brothers Offshore Real Estate Partners
Lehman Brothers Real Estate Partners II
Lehman Brothers Real Estate Mezzanine Partners
Lehman Brothers Real Estate Partners III
Lehman Brothers Cayman GP, Ltd.
Lehman Brothers Cayman Partners, Ltd.
LB Offshore GP Holdings (PE) Ltd.
LB Offshore Partners (PE) Ltd.
Lehman Crossroads Private Equity Asset Allocation Fund – Series XVII

Lehman Crossroads Private Equity Asset Allocation Fund – Series XVIII
Lehman Brothers Emerging Manager Fund
Lehman Crossroads Private Equity Asset Allocation Fund – Series XIX
Lehman Brothers Distressed Opportunities Fund
Lehman Brothers Capital Partners III, L.P.
Lehman Brothers Capital Partners IV, L.P.
Lehman Brothers Venture Capital Partners I, L.P.
Lehman Brothers Venture Capital Partners II, L.P.
Lehman Brothers Communications Capital Partners I, L.P.
Lehman Brothers European Mezzanine Capital Partners A, L.P.
Lehman Brothers Merchant Banking Capital Partners V L.P.
Lehman Brothers Diversified Private Equity Fund 2004, L.P.
Lehman Brothers Executive Diversified Private Equity Fund 2004, L.P. (DPEF)
Lehman Brothers Crossroads Capital Partners L.P.
Lehman Brothers Real Estate Capital Partners, L.P.
Lehman Brothers Real Estate Capital Partners II, L.P.
Lehman Brothers Real Estate Capital Partners III, L.P.
Lehman Brothers Real Estate Mezzanine Capital Partners, L.P.
Lehman Brothers CDO Capital Partners, L.P.
Lehman Brothers Secondary Opportunities Capital Partners, L.P.
Lehman Brothers Secondary Opportunities Capital Partners II, L.P.
Lehman Brothers Co-Investment Capital Partners L.P.
Lehman Brothers Crossroads Capital  Partners II, L.P.
Lehman Brothers Merchant Banking Capital Partners VI, L.P. (Global)
Lehman Brothers Merchant Banking Capital Partners VI (Europe), L.P.
Lehman Brothers MLP Opportunity  Capital Partners L.P.
Lehman Brothers Loan Opportunity Capital Partners L.P.
Lehman Brothers Distressed Structured Credit Capital Partners, L.P.
LB I Group Inc.
LB Kayak Investment Associates L.L.C.
LB Kayak Investment Associates L.P.
LB Peak Surgical Associates L.P.
LB SearchMe Investment Associates L.P.
LB Skypower Associates (PE) L.P.
LBMB Associates Cayman III L.P.
LBMB Associates Cayman III Ltd.
LBPE Co-Invest II Associates L.L.C.
LBPEA LLC
Lehman Brothers (Cayman) GP Ltd.
Lehman Brothers 1999 Venture GP Partnership L.P.
Lehman Brothers Cayman GP Ltd.
Lehman Brothers CDO Associates (Cayman) II Ltd.
Lehman Brothers CDO Associates (Cayman) Ltd.
Lehman Brothers CDO Associates 2003 L.P.
Lehman Brothers CDO Associates 2004 L.P.
Lehman Brothers CDO Associates 2006 L.P.
Lehman Brothers CDO Associates II L.P.

Lehman Brothers China Investment Associates L.P.
Lehman Brothers Co-Investment Associates Cayman L.P.
Lehman Brothers Co-Investment Associates Cayman Ltd.
Lehman Brothers Co-Investment Associates L.L.C.
Lehman Brothers Co-Investment Associates L.P.
Lehman Brothers Communications Associates Inc.
Lehman Brothers Distressed Structured Credit Associates (Cayman), Ltd.
Lehman Brothers Distressed Structured Credit Associates L.P.
Lehman Brothers Europe Venture Capital Associates L.P.
Lehman Brothers European Mezzanine Associates 2003 L.P.
Lehman Brothers European Mezzanine Associates 2003 Ltd.
Lehman Brothers Fund of Funds Associates L.P.
Lehman Brothers Global Infrastructure Associates Holdings L.L.C.
Lehman Brothers Global Infrastructure Associates L.P.
Lehman Brothers Global Mezzanine Associates (Cayman) L.L.C.
Lehman Brothers Global Mezzanine Associates L.L.C.
Lehman Brothers Global Mezzanine Associates L.P.
Lehman Brothers Healthcare Venture Capital Associates L.P.
Lehman Brothers Loan Opportunity Associates L.L.C.
Lehman Brothers Loan Opportunity Associates L.P.
Lehman Brothers Loan Opportunity Co-Investment Associates L.L.C.
Lehman Brothers Loan Opportunity Co-Investment Associates L.P.
Lehman Brothers Loan Opportuntiy Associates (Cayman) L.L.C.
Lehman Brothers Merchant Banking Associates III L.L.C.
Lehman Brothers Merchant Banking Associates III L.P.
Lehman Brothers Merchant Banking Associates IV (Europe) L.P. Inc.
Lehman Brothers Merchant Banking Associates IV L.L.C.
Lehman Brothers Merchant Banking Associates IV L.P.
Lehman Brothers Merchant Banking Europe Capital Partners Management Ltd.
Lehman Brothers Merchant Banking Partners II Inc.
Lehman Brothers MLP Opportunity Associates L.L.C.
Lehman Brothers MLP Opportunity Associates L.P.
Lehman Brothers Offshore Communications Associates Ltd.
Lehman Brothers Offshore Partners Ltd.
Lehman Brothers Offshore Partnership Account 2000/2001 L.P.
Lehman Brothers Offshore Real Estate Associates II L.P.
Lehman Brothers Offshore Real Estate Associates II Ltd.
Lehman Brothers Offshore Real Estate Associates III (Europe) Holdings LLC
Lehman Brothers Offshore Real Estate Associates III (Europe) L.P.
Lehman Brothers Offshore Real Estate Associates III L.L.C.
Lehman Brothers Offshore Real Estate Associates L.L.C.
Lehman Brothers Offshore Real Estate Associates L.P.
Lehman Brothers Offshore Real Estate Mezzanine Associates II LP
Lehman Brothers Offshore Real Estate Mezzanine Associates II Ltd.
Lehman Brothers Offshore Real Estate Mezzanine Associates L.P.
Lehman Brothers Offshore Real Estate Mezzanine Associates Ltd.
Lehman Brothers Participation Associates L.P.

Lehman Brothers Partnership Account 2000/2001 L.P.
Lehman Brothers Private Equity Advisers LLC
Lehman Brothers Private Fund Advisers, LP
Lehman Brothers Real Estate Associates II L.P.
Lehman Brothers Real Estate Associates III L.P.
Lehman Brothers Real Estate Associates India Holdings L.L.C.
Lehman Brothers Real Estate Associates India L.P.
Lehman Brothers Real Estate Associates L.P.
Lehman Brothers Real Estate Mezzanine Associates II L.P.
Lehman Brothers Real Estate Mezzanine Associates L.P.
Lehman Brothers Secondary Opportunities Associates II L.L.C.
Lehman Brothers Secondary Opportunities Associates II L.P.
Lehman Brothers Secondary Opportunities Associates L.L.C.
Lehman Brothers Secondary Opportunities Associates L.P.
Lehman Brothers VC Partners 2002 L.P.
Lehman Brothers Venture Associates 2003 L.L.C.
Lehman Brothers Venture Associates II L.L.C.
Lehman Brothers Venture Associates Inc.
Lehman Brothers Venture Associates V L.L.C.
Lehman Brothers Venture Associates V L.P.
Lehman Brothers Venture GP Partnership 2003 L.P.
Lehman Brothers Venture GP Partnership II L.P.
Lehman Brothers Venture GP Partnership L.P.
Lehman Brothers VIP Associates, L.P.
Lehman Crossroads Funds and Managing Entities
Lehman Crossroads Investment Advisers, LP
Property Asset Management Inc.
Real Estate Private Equity Inc.
REPE Canada LP