# EXHIBIT A

Borrowing Notice - Schedule 1

| BusinessDate | LoanType | FundingEntity | ProductName | Facility | SettleCcy | Face | Funded Notional | Market Value | Advance Rate | Collateral Value | FundedPct | Industry | MaturityDate | ClosingDate | Spread | S and P | Moodys |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/23/2008 | Corporate | LEHMAN COMMERCIAL PAPER INC | FORD MOTOR COMPANY (12/15/06) | 7-YR TERM LOAN | USD | 85,460,786 | 85,460,786 | 75,632,796 | 90% | 68,069,516 | 100% | Automobiles | 12/15/2013 | 12/15/2006 | 0.03 | B+ | Ba3 |
| 5/23/2008 | Corporate | LCPI LONDON BRANCH | CARLSBERG (27OCT07) | A | EUR | 80,000,000 | 80,000,000 | 79,640,000 | 100% | 79,640,000 | 100% | Beverage | 10/25/2008 | 10/27/2007 | 0.0075 | BBB | Baa3 |
| 5/23/2008 | Corporate | LCPI LONDON BRANCH | IMPERIAL TOBACCO SFA 18JUL07 | TERM B | EUR | 115,000,000 | 115,000,000 | 112,700,000 | 100% | 112,700,000 | 100% | Tobacco | 7/18/2010 | 7/18/2007 | 0.0068 | BBB | Baa3 |
| 5/23/2008 | Corporate | LEHMAN COMMERCIAL PAPER INC | TXU ENERGY (10/10/07) CITI | TERM LOAN B-3 | USD | 71,478,632 | 71,478,632 | 68,083,397 | 90% | 61,275,057 | 100% | Electric Services | 10/10/2014 | 10/10/2007 | 0.035 | B+ | Ba3 |
| 5/23/2008 | Corporate | LEHMAN COMMERCIAL PAPER INC | US INVESTIGATION SERVICES 08/21/07 | TERM LOAN | USD | 63,391,019 | 63,391,019 | 59,429,080 | 90% | 53,486,172 | 100% | Detective, Guard & Armored Car Svcs | 2/21/2016 | 8/21/2007 | 0.03 | B+ | B1 |
|  |  |  |  |  |  |  |  | 395,485,273 |  | 375,170,745 |  |  |  |  |  |  |  |