# EXHIBIT B

| BusinessDate | LoanType | FundingEntity | FCN | ProductName | Facility | SettleCcy | $ equiv Commitment | $ equiv Funded Notional | Market Price | $ equiv Market Value | $ equiv Cash advanced | FundedPct | Industry | MaturityDate | ClosingDate | Spread | SandP | Moodys |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/26/2008 | Corporate | LEHMAN COMMERCIAL PAPER INC. | 6675 | FORD MOTOR COMPANY (12/15/06) | 7-YR TERM LOAN | USD | 85,244,430 | 85,244,430 | 81.75 | 69,687,321 | 62,718,589 | 100% | Automobiles | 12/15/2013 | 12/15/2006 | 0.03 | B+ | Ba3 |
| 6/26/2008 | Corporate | LEHMAN COMMERCIAL PAPER INC. | 8550 | FIRST DATA CORP (9/24/07-CS) | B-3 TRANCHE | USD | 44,697,412 | 44,697,412 | 92.00 | 41,121,619 | 37,069,457 | 100% | Misc. Financial Institutions | 9/24/2014 | 9/24/2007 | 0.0275 | BB- | Ba3 |
| 6/26/2008 | Corporate | LEHMAN COMMERCIAL PAPER INC. | 8630 | TXU ENERGY (10/10/07) CITI | TERM LOAN B-3 | USD | 71,299,037 | 71,299,037 | 93.88 | 66,931,971 | 60,238,774 | 100% | Electric Services | 10/10/2014 | 10/10/2007 | 0.035 | B+ | Ba3 |
| 6/26/2008 | Corporate | LEHMAN COMMERCIAL PAPER INC. | 8432 | US INVESTIGATION SERVICES 08/21/07 | TERM LOAN | USD | 64,511,278 | 64,511,278 | 94.75 | 61,124,436 | 55,011,992 | 100% | Detective, Guard & Armored Car Svcs | 2/21/2015 | 8/21/2007 | 0.03 | B+ | B1 |
| 6/26/2008 | Corporate | LCPI LONDON BRANCH | 8161 | IMPERIAL TOBACCO SFA 18JUL07 | TERM B | EUR | 123,389,052 | 113,682,445 | 100.00 | 113,682,445 | 113,682,445 | 92% | Tobacco | 7/18/2010 | 7/18/2007 | 0.0068 | BBB | Baa3 |
| 6/26/2008 | Corporate | LCPI LONDON BRANCH | 8708 | CARLSBERG (27OCT07) | A | EUR | 34,246,035 | 25,594,270 | 99.70 | 25,517,487 | 25,517,487 | 75% | Beverage | 10/25/2008 | 10/27/2007 | 0.0075 | BBB | Baa3 |
| | | | | | | | | | | 378,065,280 | 354,178,745 | | | | | | | |



| ProductName | Facility | SandP | Moodys | $ equiv Commitment | Funded Pct | $ equiv Funded Notional | Market Price | $ equiv Market Value | Haircut | $ equiv Collateral Value | Industry |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 7-YR TERM LOAN | B+ | Ba3 | 45,244,430 | 100% | 45,244,430 | 78.25 | 35,403,766 | 0.90 | 31,863,390 | Automobiles |
| TXU ENERGY (10/10/07) CITI | TERM LOAN B-2 | B+ | Ba3 | 24,999,999 | 100% | 24,999,999 | 93.25 | 23,312,499 | 0.90 | 20,981,249 | Electric Services |
| TXU ENERGY (10/10/07) CITI | TERM LOAN B-3 | B+ | Ba3 | 49,946,171 | 100% | 49,946,171 | 93.25 | 46,574,804 | 0.90 | 41,917,324 | Electric Services |
| US INVESTIGATION SERVICES 08/21/07 | TERM LOAN | B+ | B1 | 79,373,497 | 100% | 79,373,497 | 92.00 | 73,023,617 | 0.90 | 65,721,256 | Detective, Guard & Armored Car Svcs |
| IMPERIAL TOBACCO SFA 18JUL07 | TERM B | BBB | Baa3 | 111,285,341 | 100% | 111,285,339 | 98.00 | 109,059,632 | 1.00 | 109,059,632 | Tobacco |
| CARLSBERG (27OCT07) | MULTICCY REVOLVER A | BBB | Baa3 | 23,083,629 | 100% | 23,083,629 | 99.75 | 23,025,920 | 1.00 | 23,025,920 | Beverage |
| CARLSBERG REFI (12OCT05) | MULTICCY REVOLVER | NR | Baa3 | 59,603,395 | 82% | 48,970,937 | 98.00 | 47,991,518 | 1.00 | 47,991,518 | Beverage |
| WEST CORPORATION | TERM B-2 LOAN | BB- | B1 | 19,142,807 | 100% | 19,142,807 | 88.50 | 16,941,384 | 0.90 | 15,247,246 | Technology |
|  |  |  |  | 412,679,268 |  | 402,046,808 |  | 375,333,141 |  | 355,807,534 |  |