# EXHIBIT C

| ProductName | Facility | Closed | Maturity | Settle Ccy | Current Commitment | Outstanding | Rate (*2) at 15:37 | USD equiv (a) | Latest Bid (*1) (Loan X 11/3) (b) | Market Value (a) x (b) |
|---|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 7-YR TERM LOAN | 12/15/2006 | 12/15/2013 | USD | 45,129,596.33 | 45,129,596.33 | 1.00 | 45,129,596 | 54.400 | 24,550,500 |
| TXU ENERGY (10/10/07) CITI | TERM LOAN B-2 | 10/10/2007 | 10/10/2014 | USD | 24,999,999.63 | 24,999,999.63 | 1.00 | 25,000,000 | 78.406 | 19,601,500 |
| TXU ENERGY (10/10/07) CITI | TERM LOAN B-3 | 10/10/2007 | 10/10/2010 | USD | 46,946,169.67 | 46,946,169.67 | 1.00 | 46,946,170 | 78.325 | 36,770,587 |
| US INVESTIGATION SERVICES 08/21/07 | TERM LOAN | 8/21/2007 | 2/21/2015 | USD | 79,373,496.68 | 79,373,496.68 | 1.00 | 79,373,497 | 69.000 | 54,767,713 |
| IMPERIAL TOBACCO SFA 18JUL07 | TERM B | 7/18/2007 | 7/18/2010 extended to 7/2009 | EUR | 78,340,663.60 | 78,340,663.60 | 1.26 | 99,085,271 | 94.000 | 93,140,155 |
| CARLSBERG (27OCT07) | MULTICCY REVOLVER A | 10/27/2007 | | GBP | 12,805,358.57 | 12,805,358.57 | 1.58 | 20,276,005 | 98.000 | 19,870,485 |
| CARLSBERG REFI (12OCT05) | | 10/12/2005 | 10/9/2012 | EUR | 64,473,684.21 | 42,231,449.47 | 1.26 | 53,414,337 | 98.000 | 52,346,051 |
| WEST CORPORATION | TERM B-2 LOAN | 10/24/2006 | 10/24/2013 | USD | 19,142,811.76 | 19,142,811.76 | 1.00 | 19,142,812 | 64.667 | 12,379,082 |
| | | | | | | | | 388,367,687 | | 313,426,073 |
| | | | | | | | | | | 350,000,000 |
| | | | | | | | | | | (36,573,927) |

--- Provided by Lehman ---

1. As for secondary price, we use Loan X Bid price. However, we cannot get it for Carlsberg revolver, we used the same pricing of Term Loan at same date.
   (Prices from LoanX are indicative and do not reflect actual executable trading levels)
2. We use mid price of Blomberg page "EURUSD Currency" & "GBPUSD Currency" at 15:37 as of 11/3/2009