# EXHIBIT D

**Historical Price:**

| Bid | 9/22/2008 | 9/23/2008 | 9/24/2008 | 9/25/2008 | 9/26/2008 | 9/29/2008 | 9/30/2008 | 10/1/2008 | 10/2/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 73.75 | 70.19 | 69.75 | 69.47 | 68.97 | 68.53 | 66.02 | 65.43 | 59.73 |
| TXU ENERGY (10/10/07) CITI | 88.84 | 88.41 | 87.73 | 86.56 | 86.19 | 85.86 | 84.03 | 83.47 | 81.00 |
| TXU ENERGY (10/10/07) CITI | 89.00 | 87.95 | 87.56 | 86.38 | 85.73 | 85.63 | 84.33 | 84.79 | 82.98 |
| US INVESTIGATION SERVICES 08/21/07 | 89.00 | 89.00 | 89.00 | 89.00 | 87.00 | 86.00 | 85.00 | 85.50 | 83.50 |
| IMPERIAL TOBACCO SFA 18JUL07 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 | 96.00 |
| CARLSBERG (27OCT07) | 98.25 | 98.00 | 98.00 | 98.00 | 98.00 | 98.00 | 97.00 | 97.50 | 97.50 |
| CARLSBERG REFI (12OCT05) * | 98.25 | 98.00 | 98.00 | 98.00 | 98.00 | 98.00 | 97.00 | 97.50 | 97.50 |
| WEST CORPORATION | 84.06 | 83.31 | 82.81 | 82.69 | 82.31 | 75.63 | 75.00 | 74.83 | 76.75 |

\* No Information in LoanX. SMBC assumes the same pricing of Term Loan of Carlesberg.

| Ask | 9/22/2008 | 9/23/2008 | 9/24/2008 | 9/25/2008 | 9/26/2008 | 9/29/2008 | 9/30/2008 | 10/1/2008 | 10/2/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 74.66 | 71.38 | 70.63 | 70.66 | 70.13 | 69.53 | 66.92 | 66.68 | 61.39 |
| TXU ENERGY (10/10/07) CITI | 89.55 | 89.24 | 88.08 | 87.17 | 87.25 | 86.69 | 85.06 | 84.67 | 82.33 |
| TXU ENERGY (10/10/07) CITI | 89.66 | 88.95 | 88.14 | 87.13 | 86.55 | 86.48 | 85.16 | 84.76 | 81.05 |
| US INVESTIGATION SERVICES 08/21/07 | 91.00 | 91.00 | 91.00 | 91.00 | 90.00 | 89.00 | 87.25 | 86.75 | 85.50 |
| IMPERIAL TOBACCO SFA 18JUL07 | 97.00 | 97.00 | 97.00 | 97.00 | 97.00 | 97.00 | 97.00 | 97.00 | 97.00 |
| CARLSBERG (27OCT07) | 99.25 | 99.00 | 99.00 | 99.00 | 99.00 | 99.00 | 99.00 | 98.50 | 98.50 |
| CARLSBERG REFI (12OCT05) * | 99.25 | 99.00 | 99.00 | 99.00 | 99.00 | 99.00 | 99.00 | 98.50 | 98.50 |
| WEST CORPORATION | 85.44 | 84.88 | 84.06 | 83.50 | 82.00 | 77.38 | 77.67 | 77.17 | 75.92 |

\* No Information in LoanX. SMBC assumes the same pricing of Term Loan of Carlesberg.

| Conservertive 100 | 9/22/2008 | 9/23/2008 | 9/24/2008 | 9/25/2008 | 9/26/2008 | 9/29/2008 | 9/30/2008 | 10/1/2008 | 10/2/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 74.66 | 71.38 | 70.63 | 70.66 | 70.13 | 69.53 | 66.92 | 66.68 | 61.39 |
| TXU ENERGY (10/10/07) CITI | 89.55 | 89.24 | 88.08 | 87.17 | 87.25 | 86.69 | 85.06 | 84.67 | 82.33 |
| TXU ENERGY (10/10/07) CITI | 89.66 | 88.95 | 88.14 | 87.13 | 86.55 | 86.48 | 85.16 | 84.76 | 81.05 |
| US INVESTIGATION SERVICES 08/21/07 | 91.00 | 91.00 | 91.00 | 91.00 | 90.00 | 89.00 | 87.25 | 86.75 | 85.50 |
| IMPERIAL TOBACCO SFA 18JUL07 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| CARLSBERG (27OCT07) | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| CARLSBERG REFI (12OCT05) * | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| WEST CORPORATION | 85.44 | 84.88 | 84.06 | 83.50 | 82.00 | 77.38 | 77.67 | 77.17 | 75.92 |

| | 9/22/2008 | 9/23/2008 | 9/24/2008 | 9/25/2008 | 9/26/2008 | 9/29/2008 | 9/30/2008 | 10/1/2008 | 10/2/2008 |
|---|---|---|---|---|---|---|---|---|---|
| EUR / USD | 1.4781 | 1.4648 | 1.4621 | 1.4608 | 1.4614 | 1.4366 | 1.4092 | 1.3956 | 1.3811 |
| GBP / USD | 1.8548 | 1.8512 | 1.8467 | 1.8373 | 1.8445 | 1.8007 | 1.7805 | 1.7676 | 1.7642 |

| Bid | 9/22/2008 | 9/23/2008 | 9/24/2008 | 9/25/2008 | 9/26/2008 | 9/29/2008 | 9/30/2008 | 10/1/2008 | 10/2/2008 |
|---|---|---|---|---|---|---|---|---|---|
| Market Value (Bid): | 412,139,181 | 407,605,503 | 406,528,312 | 405,229,727 | 403,122,563 | 396,738,933 | 388,443,927 | 387,146,047 | 379,840,478 |
| | | -1.1% | -0.3% | -0.3% | -0.5% | -1.6% | -2.1% | -0.3% | -1.9% |
| Offer (Ask) | | | | | | | | | |
| Market Value (Offer): | 417,233,159 | 413,032,381 | 411,431,957 | 410,334,676 | 408,940,139 | 402,795,982 | 395,170,589 | 391,655,607 | 383,646,923 |
| | | -1.0% | -0.4% | -0.3% | -0.3% | -1.5% | -1.9% | -0.9% | -2.0% |
| Conservertive 100 | | | | | | | | | |
| Market Value (Offer): | 421,599,893 | 417,656,447 | 416,047,360 | 414,944,982 | 413,553,163 | 407,329,123 | 399,619,081 | 396,624,787 | 388,567,349 |
| | | -0.9% | -0.4% | -0.3% | -0.3% | -1.5% | -1.9% | -0.7% | -2.0% |
| Dow Jones Industrial Average | 11,015.69 | 10,854.17 | 10,825.17 | 11,022.06 | 11,143.13 | 10,365.45 | 10,850.66 | 10,831.07 | 10,482.85 |
| | | -1.5% | -0.3% | 1.8% | 1.1% | -7.0% | 4.7% | -0.2% | -3.2% |

**Historical Price:**

| Bid | 10/3/2008 | 10/6/2008 | 10/7/2008 | 10/8/2008 | 10/9/2008 | 10/10/2008 | 10/14/2008 | 10/15/2008 | 10/16/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 60.46 | 59.26 | 58.00 | 54.71 | 53.72 | 45.17 | 50.69 | 46.14 | 43.61 |
| TXU ENERGY (10/10/07) CITI | 81.09 | 80.16 | 78.61 | 76.79 | 75.09 | 69.79 | 75.30 | 72.55 | 72.39 |
| TXU ENERGY (10/10/07) CITI | 80.69 | 80.41 | 78.66 | 76.60 | 75.53 | 69.94 | 73.63 | 72.65 | 72.44 |
| US INVESTIGATION SERVICES 08/21/07 | 84.33 | 84.33 | 83.33 | 83.33 | 82.33 | 80.67 | 80.67 | 80.67 | 79.67 |
| IMPERIAL TOBACCO SFA 18JUL07 | 96.00 | 96.00 | 94.00 | 94.00 | 94.00 | 94.00 | 94.00 | 94.00 | 94.00 |
| CARLSBERG (27OCT07) | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 |
| CARLSBERG REFI (12OCT05) * | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 |
| WEST CORPORATION | 72.75 | 71.92 | 67.50 | 67.20 | 65.00 | 62.00 | 67.33 | 64.50 | 62.79 |

| Ask | 10/3/2008 | 10/6/2008 | 10/7/2008 | 10/8/2008 | 10/9/2008 | 10/10/2008 | 10/14/2008 | 10/15/2008 | 10/16/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 61.98 | 61.71 | 59.05 | 56.38 | 55.17 | 47.61 | 52.92 | 48.00 | 45.61 |
| TXU ENERGY (10/10/07) CITI | 82.31 | 80.03 | 79.59 | 77.69 | 76.06 | 72.32 | 76.90 | 73.83 | 73.68 |
| TXU ENERGY (10/10/07) CITI | 82.91 | 80.21 | 79.72 | 77.57 | 76.63 | 72.73 | 75.63 | 74.20 | 74.19 |
| US INVESTIGATION SERVICES 08/21/07 | 85.50 | 85.50 | 84.50 | 84.50 | 84.17 | 82.17 | 82.17 | 82.17 | 81.83 |
| IMPERIAL TOBACCO SFA 18JUL07 | 97.00 | 97.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 |
| CARLSBERG (27OCT07) | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 |
| CARLSBERG REFI (12OCT05) * | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 |
| WEST CORPORATION | 74.92 | 72.25 | 70.30 | 69.75 | 67.10 | 65.67 | 73.00 | 66.63 | 67.71 |

| Conservertive 100 | 10/3/2008 | 10/6/2008 | 10/7/2008 | 10/8/2008 | 10/9/2008 | 10/10/2008 | 10/14/2008 | 10/15/2008 | 10/16/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 61.98 | 61.71 | 59.05 | 56.38 | 55.17 | 47.61 | 52.92 | 48.00 | 45.61 |
| TXU ENERGY (10/10/07) CITI | 82.31 | 80.03 | 79.59 | 77.69 | 76.06 | 72.32 | 76.90 | 73.83 | 73.68 |
| TXU ENERGY (10/10/07) CITI | 82.91 | 80.21 | 79.72 | 77.57 | 76.63 | 72.73 | 75.63 | 74.20 | 74.19 |
| US INVESTIGATION SERVICES 08/21/07 | 85.50 | 85.50 | 84.50 | 84.50 | 84.17 | 82.17 | 82.17 | 82.17 | 81.83 |
| IMPERIAL TOBACCO SFA 18JUL07 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| CARLSBERG (27OCT07) | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| CARLSBERG REFI (12OCT05) | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| WEST CORPORATION | 74.92 | 72.25 | 70.30 | 69.75 | 67.10 | 65.67 | 73.00 | 66.63 | 67.71 |
| EUR / USD | 1.3772 | 1.3499 | 1.3589 | 1.3673 | 1.3587 | 1.3408 | 1.3623 | 1.3484 | 1.3456 |
| GBP / USD | 1.7714 | 1.7441 | 1.7456 | 1.7295 | 1.7074 | 1.7044 | 1.7407 | 1.7285 | 1.7304 |

| | 10/3/2008 | 10/6/2008 | 10/7/2008 | 10/8/2008 | 10/9/2008 | 10/10/2008 | 10/14/2008 | 10/15/2008 | 10/16/2008 |
|---|---|---|---|---|---|---|---|---|---|
| Bid — Market Value (Bid): | 378,565,610 | 373,392,635 | 369,107,224 | 367,090,229 | 333,587,960 | 321,785,117 | 331,331,476 | 325,841,827 | 323,139,260 |
|  | -0.3% | -1.4% | -1.1% | -0.5% | Note | -3.5% | 3.0% | -1.7% | -0.8% |
| Offer (Ask) — Market Value (Offer): | 384,133,432 | 377,513,519 | 373,952,303 | 372,109,779 | 338,710,484 | 328,557,179 | 337,814,513 | 331,170,821 | 329,691,703 |
|  | 0.1% | -1.7% | -0.9% | -0.5% | Note | -3.0% | 2.8% | -2.0% | -0.4% |
| Conservertive 100 — Market Value (Offer): | 389,042,303 | 382,326,583 | 380,924,654 | 379,120,064 | 345,221,214 | 334,985,877 | 344,348,020 | 337,638,733 | 336,147,238 |
|  | 0.1% | -1.7% | -0.4% | -0.5% | Note | -3.0% | 2.8% | -1.9% | -0.4% |
| Dow Jones Industrial Average | 10,325.38 | 9,955.50 | 9,447.11 | 9,258.10 | 8,579.19 | 8,451.19 | 9,310.99 | 8,577.91 | 8,979.26 |
|  | -1.5% | -3.6% | -5.1% | -2.0% | -7.3% | -1.5% | 10.2% | -7.9% | 4.7% |

* Before 10/8, not reflect actual outstanding amount (we used commitment amount)

**Historical Price:**

| Bid | 10/17/2008 | 10/20/2008 | 10/21/2008 | 10/22/2008 | 10/23/2008 | 10/24/2008 | 10/27/2008 | 10/28/2008 | 10/29/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 42.82 | 47.34 | 47.42 | 50.31 | 48.36 | 47.44 | 47.64 | 48.55 | 53.50 |
| TXU ENERGY (10/10/07) CITI | 72.82 | 76.66 | 76.97 | 77.19 | 76.93 | 76.82 | 76.68 | 76.46 | 76.55 |
| TXU ENERGY (10/10/07) CITI | 72.25 | 76.35 | 76.39 | 77.05 | 77.08 | 76.90 | 76.47 | 76.08 | 76.31 |
| US INVESTIGATION SERVICES 08/21/07 | 79.67 | 71.50 | 71.50 | 71.50 | 70.50 | 71.50 | 70.00 | 68.50 | 70.00 |
| IMPERIAL TOBACCO SFA 18JUL07 | 94.00 | 94.00 | 94.00 | 94.00 | 94.00 | 94.00 | 94.00 | 94.00 | 94.00 |
| CARLSBERG (27OCT07) | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 98.00 | 98.00 | 98.00 |
| CARLSBERG REFI (12OCT05) * | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 97.50 | 98.00 | 98.00 | 98.00 |
| WEST CORPORATION | 60.79 | 58.29 | 61.17 | 63.42 | 63.30 | 63.08 | 63.33 | 63.08 | 63.33 |

| Ask | 10/17/2008 | 10/20/2008 | 10/21/2008 | 10/22/2008 | 10/23/2008 | 10/24/2008 | 10/27/2008 | 10/28/2008 | 10/29/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 45.09 | 48.78 | 49.08 | 51.56 | 50.64 | 49.56 | 49.53 | 50.35 | 55.50 |
| TXU ENERGY (10/10/07) CITI | 74.23 | 77.70 | 78.07 | 78.25 | 78.11 | 78.00 | 77.77 | 77.52 | 77.43 |
| TXU ENERGY (10/10/07) CITI | 74.08 | 77.60 | 77.61 | 78.34 | 78.35 | 78.20 | 77.67 | 77.28 | 77.34 |
| US INVESTIGATION SERVICES 08/21/07 | 81.83 | 74.50 | 74.50 | 74.50 | 75.00 | 74.50 | 73.00 | 72.50 | 73.00 |
| IMPERIAL TOBACCO SFA 18JUL07 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 | 95.00 |
| CARLSBERG (27OCT07) | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 99.00 | 99.00 | 99.00 |
| CARLSBERG REFI (12OCT05) * | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 98.50 | 99.00 | 99.00 | 99.00 |
| WEST CORPORATION | 65.88 | 63.38 | 66.17 | 68.25 | 67.50 | 67.42 | 67.17 | 66.92 | 67.00 |

| Conservertive 100 | 10/17/2008 | 10/20/2008 | 10/21/2008 | 10/22/2008 | 10/23/2008 | 10/24/2008 | 10/27/2008 | 10/28/2008 | 10/29/2008 |
|---|---|---|---|---|---|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 45.09 | 48.78 | 49.08 | 51.56 | 50.64 | 49.56 | 49.53 | 50.35 | 55.50 |
| TXU ENERGY (10/10/07) CITI | 74.23 | 77.70 | 78.07 | 78.25 | 78.11 | 78.00 | 77.77 | 77.52 | 77.43 |
| TXU ENERGY (10/10/07) CITI | 74.08 | 77.60 | 77.61 | 78.34 | 78.35 | 78.20 | 77.67 | 77.28 | 77.34 |
| US INVESTIGATION SERVICES 08/21/07 | 81.83 | 74.50 | 74.50 | 74.50 | 75.00 | 74.50 | 73.00 | 72.50 | 73.00 |
| IMPERIAL TOBACCO SFA 18JUL07 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| CARLSBERG (27OCT07) | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| CARLSBERG REFI (12OCT05) | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| WEST CORPORATION | 65.88 | 63.38 | 66.17 | 68.25 | 67.50 | 67.42 | 67.17 | 66.92 | 67.00 |

| | 10/17/2008 | 10/20/2008 | 10/21/2008 | 10/22/2008 | 10/23/2008 | 10/24/2008 | 10/27/2008 | 10/28/2008 | 10/29/2008 |
|---|---|---|---|---|---|---|---|---|---|
| EUR / USD | 1.3410 | 1.3343 | 1.3063 | 1.2834 | 1.2975 | 1.2623 | 1.2510 | 1.2735 | 1.2955 |
| GBP / USD | 1.7281 | 1.7186 | 1.6706 | 1.6276 | 1.6314 | 1.5897 | 1.5589 | 1.5925 | 1.6392 |

| | 10/17/2008 | 10/20/2008 | 10/21/2008 | 10/22/2008 | 10/23/2008 | 10/24/2008 | 10/27/2008 | 10/28/2008 | 10/29/2008 |
|---|---|---|---|---|---|---|---|---|---|
| Bid — Market Value (Bid): | 321,862,301 | 318,938,871 | 315,804,595 | 314,740,238 | 314,657,803 | 310,325,156 | 307,717,488 | 309,660,552 | 316,380,048 |
| | -0.4% | -0.9% | -1.0% | -0.3% | 0.0% | -1.4% | -0.8% | 0.6% | 2.2% |
| Offer (Ask) — Market Value (Offer): | 328,631,290 | 325,617,811 | 322,536,258 | 321,240,500 | 322,732,664 | 317,120,496 | 314,226,863 | 316,949,178 | 322,840,677 |
| | -0.3% | -0.9% | -0.9% | -0.4% | 0.5% | -1.7% | -0.9% | 0.9% | 1.9% |
| Conservertive 100 — Market Value (Offer): | 335,065,451 | 332,019,659 | 328,801,472 | 327,393,248 | 328,950,304 | 323,169,948 | 319,855,010 | 322,679,262 | 328,672,207 |
| | -0.3% | -0.9% | -1.0% | -0.4% | 0.5% | -1.8% | -1.0% | 0.9% | 1.9% |
| Dow Jones Industrial Average | 8,852.22 | 9,265.43 | 9,033.66 | 8,519.21 | 8,691.25 | 8,378.95 | 8,175.77 | 9,065.12 | 8,990.96 |
| | -1.4% | 4.7% | -2.5% | -5.7% | 2.0% | -3.6% | -2.4% | 10.9% | -0.8% |

**Historical Price:**

| Bid | 10/30/2008 | 10/31/2008 | 11/3/2008 |
|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 56.21 | 54.60 | 54.40 |
| TXU ENERGY (10/10/07) CITI | 78.16 | 78.30 | 78.41 |
| TXU ENERGY (10/10/07) CITI | 76.68 | 78.30 | 78.33 |
| US INVESTIGATION SERVICES 08/21/07 | 69.00 | 63.50 | 69.00 |
| IMPERIAL TOBACCO SFA 18JUL07 | 94.00 | 94.00 | 94.00 |
| CARLSBERG (27OCT07) | 98.00 | 98.00 | 98.00 |
| CARLSBERG REFI (12OCT05) * | 98.00 | 98.00 | 98.00 |
| WEST CORPORATION | 63.50 | 63.63 | 64.67 |

| Ask | 10/30/2008 | 10/31/2008 | 10/31/2008 |
|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 57.79 | 56.25 | 56.00 |
| TXU ENERGY (10/10/07) CITI | 79.18 | 79.19 | 79.44 |
| TXU ENERGY (10/10/07) CITI | 77.63 | 79.23 | 79.33 |
| US INVESTIGATION SERVICES 08/21/07 | 72.50 | 68.50 | 72.50 |
| IMPERIAL TOBACCO SFA 18JUL07 | 95.00 | 95.00 | 95.00 |
| CARLSBERG (27OCT07) | 99.00 | 99.00 | 99.00 |
| CARLSBERG REFI (12OCT05) * | 99.00 | 99.00 | 99.00 |
| WEST CORPORATION | 67.33 | 66.63 | 67.67 |

| Conservertive 100 | 10/30/2008 | 10/31/2008 | 10/31/2008 |
|---|---|---|---|
| FORD MOTOR COMPANY (12/15/06) | 57.79 | 56.25 | 56.00 |
| TXU ENERGY (10/10/07) CITI | 79.18 | 79.19 | 79.44 |
| TXU ENERGY (10/10/07) CITI | 77.63 | 79.23 | 79.33 |
| US INVESTIGATION SERVICES 08/21/07 | 72.50 | 68.50 | 72.50 |
| IMPERIAL TOBACCO SFA 18JUL07 | 100.00 | 100.00 | 100.00 |
| CARLSBERG (27OCT07) | 100.00 | 100.00 | 100.00 |
| CARLSBERG REFI (12OCT05) | 100.00 | 100.00 | 100.00 |
| WEST CORPORATION | 67.33 | 66.63 | 67.67 |

| | | | |
|---|---|---|---|
| EUR / USD | 1.2870 | 1.2747 | 1.2648 |
| GBP / USD | 1.6362 | 1.6082 | 1.5834 |

| Bid | Market Value (Bid): | 316,401,166 | 310,361,824 | 313,426,073 |
|---|---|---|---|---|
| | | 0.0% | -1.9% | 1.0% |
| Offer (Ask) | Market Value (Offer): | 323,085,442 | 318,051,042 | 319,955,728 |
| | | 0.1% | -1.6% | 0.6% |
| Conservertive 100 | Market Value (Offer): | 328,879,704 | 323,788,344 | 325,646,895 |
| | | 0.1% | -1.5% | 0.6% |
| | Dow Jones Industrial Average | 9,180.69 | 9,325.01 | 9,319.83 |
| | | 2.1% | 1.6% | -0.1% |