# EXHIBIT E

Download Date: 1 Nov 2008
Portfolio: LEH Collateral
Portfolio Date: 11/01/08
Pricing Date: 6/30/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Close Bid | Close Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98.25 | 99.25 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 80.613 | 81.363 | | 10 N | 742.3 |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 96 | 97 | | 1 N | |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 92.5 | 93.125 | | 12 N | 474.2 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 92.488 | 93.163 | | 10 N | 477.3 |
| LX079349 | 125255 | loan | Us Investigations Services | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 92.25 | 93.25 | | 2 N | 423.6 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 91.3 | 92.25 | | 5 N | 405.3 |

**FORD MOTOR COMPANY (12/15/06)**

| | Lehman | Citibank | Deutsche Bank | RBS | UBS |
|---|---|---|---|---|---|
| LoanX (Bid) | 81.250 | 81.125 | 81.000 | 81.500 | 81.000 |
| 80.613 | | | | | |
| Difference | 0.637 | 0.512 | 0.387 | 0.887 | 0.387 |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | Lehman | Citibank | Deutsche Bank |
|---|---|---|---|
| LoanX (Bid) | 92.250 | 92.500 | 92.250 |
| 92.500 | | | |
| Difference | (0.250) | 0.000 | (0.250) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | Lehman | Citibank | Deutsche Bank | RBS |
|---|---|---|---|---|
| LoanX (Bid) | 92.250 | 92.500 | 92.125 | 92.250 |
| 92.488 | | | | |
| Difference | (0.238) | 0.012 | (0.363) | (0.238) |

**US INVESTIGATION SERVICES 08/21/07**

| | Lehman | | Deutsche Bank |
|---|---|---|---|
| LoanX (Bid) | 92.250 | | 92.500 |
| Difference | 0.250 | | |

**WEST CORPORATION**

| | Lehman | Deutsche Bank | Barclays | Wachovia |
|---|---|---|---|---|
| LoanX (Bid) | 91.000 | 90.750 | 90.750 | 91.250 |
| 91.300 | | | | |
| Difference | (0.300) | (0.550) | (0.550) | (0.050) |

Download Date:1 Nov 2008

Portfolio: LEH Collateral
Portfolio Date: 11/01/08
Pricing Date: 6/30/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Close Bid | Close Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98.25 | 99.25 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | BBB | 7000 | 13-Dec-13 | 300 | 80.613 | 81.363 | | 10 N | 742.3 |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | | 3000 | 18-Jul-10 | 52.5 | 96 | 97 | | 1 N | |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 92.5 | 93.125 | | 12 N | 474.2 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 92.488 | 93.163 | | 10 N | 477.3 |
| LX079349 | 125255 | loan | Us Investigations Services | I US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 92.25 | 93.25 | | 2 N | 423.6 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin BB- | | 2394.34 | 8-Nov-13 | 237.5 | 91.3 | 92.25 | | 5 N | 405.3 |

**FORD MOTOR COMPANY (12/15/06)**

| | LoanX (Offer) | Lehman | Citibank | Deutsche Bank | RBS | UBS |
|---|---|---|---|---|---|---|
| | 81.363 | 81.750 | 81.875 | 81.750 | 82.500 | 82.000 |
| Difference | | 0.387 | 0.512 | 0.387 | 1.137 | 0.637 |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | LoanX (Offer) | Lehman | Citibank | Deutsche Bank |
|---|---|---|---|---|
| | 93.125 | 92.750 | 92.875 | 93.000 |
| Difference | | (0.375) | (0.250) | (0.125) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | LoanX (Offer) | Lehman | Citibank | Deutsche Bank | RBS |
|---|---|---|---|---|---|
| | 93.163 | 92.750 | 92.875 | 92.875 | 92.750 |
| Difference | | (0.413) | (0.288) | (0.288) | (0.413) |

**US INVESTIGATION SERVICES 08/21/07**

| | LoanX (Offer) | Lehman |
|---|---|---|
| | 93.250 | 93.500 |
| Difference | | 0.250 |

**WEST CORPORATION**

| | LoanX (Offer) | Lehman | Deutsche Bank | Barclays | Wachovia |
|---|---|---|---|---|---|
| | 92.250 | 92.000 | 91.750 | 91.500 | 92.000 |
| Difference | | (0.250) | (0.500) | (0.750) | (0.250) |

Download Date:1 Nov 2008
Portfolio: LEH Collateral
Portfolio Date: 11/01/08
Pricing Date: 9/9/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Close Bid | Close Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98.25 | 99.25 | | 1 N | 832.5 |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 78.013 | 78.763 | | 10 N | |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 96 | 97 | | 1 N | 479.1 |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 93.038 | 93.463 | | 10 N | 483.1 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 92.875 | 93.388 | | 10 N | 443.4 |
| LX079349 | 125255 | loan | Us Investigations Services I | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 91.375 | 92.375 | | 2 N | |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 86.525 | 87.675 | | 5 N | 517 |

**FORD MOTOR COMPANY (12/15/06)**

| | Lehman | Citibank | Deutsche Bank | Merrill Lynch | JPM |
|---|---|---|---|---|---|
| LoanX (Bid) | 78.000 | 78.125 | 77.875 | 78.000 | 78.250 |
| Difference | | (0.013) | 0.112 | (0.138) | (0.013) | 0.237 |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | Lehman | Citibank | Deutsche Bank | Merrill Lynch | Barclays |
|---|---|---|---|---|---|
| LoanX (Bid) | 93.038 | 92.875 | 93.000 | 92.750 | 93.000 |
| Difference | | (0.038) | (0.163) | (0.038) | (0.288) | (0.038) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | Lehman | Citibank | Deutsche Bank | RBS | Barclays |
|---|---|---|---|---|---|
| LoanX (Bid) | 92.875 | 92.625 | 92.750 | 92.625 | 92.750 |
| Difference | | 0.125 | (0.250) | (0.125) | (0.250) | (0.125) |

**US INVESTIGATION SERVICES 08/21/07**

| | Lehman | Citibank |
|---|---|---|
| LoanX (Bid) | 91.375 | 91.750 |
| Difference | | 0.375 |

**WEST CORPORATION**

| | Lehman | Citibank | Barclays | Wachovia |
|---|---|---|---|---|
| LoanX (Bid) | 86.525 | 87.000 | 86.500 | 86.750 | 86.75 |
| Difference | | 0.475 | -0.025 | 0.225 | 0.225 |

Download Date: 1 Nov 2008

Portfolio: LEH Collateral
Portfolio Date: 11/01/08
Pricing Date: 9/9/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Close Bid | Close Offer | Depth | Contribut or | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98.25 | 99.25 | | 1 N | 832.5 |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 78.013 | 78.763 | | 10 N | |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 96 | 97 | | 1 N | |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 93.038 | 93.463 | | 10 N | 479.1 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 92.875 | 93.388 | | 10 N | 483.1 |
| LX079349 | 125255 | loan | Us Investigations Services | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 91.375 | 92.375 | | 2 N | 443.4 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 86.525 | 87.675 | | 5 N | 517 |

**FORD MOTOR COMPANY (12/15/06)**

| | Lehman | Citibank | Deutsche Bank | Merrill Lynch | JPM |
|---|---|---|---|---|---|
| LoanX (Offer) | 78.750 | 78.625 | 78.375 | 78.500 | 79.000 |
| 78.763 | | | | | |
| Difference | (0.013) | (0.138) | (0.388) | (0.263) | 0.237 |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | Lehman | Citibank | Deutsche Bank | Merrill Lynch | Barclays |
|---|---|---|---|---|---|
| LoanX (Offer) | 93.500 | 93.250 | 93.250 | 93.250 | 93.250 |
| 93.463 | | | | | |
| Difference | 0.037 | (0.213) | (0.213) | (0.213) | (0.213) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | Lehman | Citibank | Deutsche Bank | RBS | Barclays |
|---|---|---|---|---|---|
| LoanX (Offer) | 93.500 | 93.000 | 93.000 | 93.125 | 93.125 |
| 93.388 | | | | | |
| Difference | 0.112 | (0.388) | (0.388) | (0.263) | (0.263) |

**US INVESTIGATION SERVICES 08/21/07**

| | Lehman | Citibank |
|---|---|---|
| LoanX (Offer) | 92.750 | 92.750 |
| 92.375 | | |
| Difference | 0.375 | |

**WEST CORPORATION**

| | Lehman | Citibank | Barclays | Wachovia |
|---|---|---|---|---|
| LoanX (Offer) | 88.000 | 87.500 | 87.750 | 87.500 |
| 87.675 | | | | |
| Difference | 0.325 | -0.175 | 0.075 | -0.175 |

Download Date: 1 Nov 2008
Portfolio: LEH Collateral
Portfolio Date: 11/01/08
Pricing Date: 9/15/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Close Bid | Close Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98.25 | 99.25 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 77.661 | 78.911 | | 7 N | 813.6 |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 96 | 97 | | 1 N | |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 91.944 | 92.694 | | 9 N | 496.8 |
| LX090630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 91.958 | 92.653 | | 9 N | 498.9 |
| LX079349 | 125255 | loan | Us Investigations Services | US Investigations (11/07) | TLb | Professional & Business Services | | 725 | 2-May-15 | 300 | 91.125 | 92.125 | | 2 N | 448.7 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Business | BB- | 2394.34 | 8-Nov-13 | 237.5 | 86.188 | 87.438 | | 4 N | 531.3 |

**FORD MOTOR COMPANY (12/15/06)**

| | Lehman | JPM | Citibank | Deutsche Bank | RBS |
|---|---|---|---|---|---|
| LoanX (Bid) | N/A | 77.500 | 78.000 | 77.875 | 77.750 |
| Difference | | (0.161) | 0.339 | 0.214 | 0.089 |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | Lehman | Citibank | Deutsche Bank | MS | Barclays |
|---|---|---|---|---|---|
| LoanX (Bid) | N/A | 90.625 | 91.250 | 91.250 | 91.625 |
| Difference | | (1.319) | (0.694) | (0.694) | (0.319) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | Lehman | Citibank | Deutsche Bank |
|---|---|---|---|
| LoanX (Bid) | N/A | 90.375 | 91.000 |
| Difference | | (1.583) | (0.958) |

**US INVESTIGATION SERVICES 08/21/07**

| | |
|---|---|
| LoanX (Bid) | 91.125 |

* US Investigations was not widely quoted on 9/15

**WEST CORPORATION**

| | |
|---|---|
| LoanX (Bid) | 86.188 |

* West Corp. was not widely quoted on 9/15

Download Date:1 Nov 2008

Portfolio: LEH Collateral
Portfolio Date: 11/01/08
Pricing Date: 9/15/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Close Bid | Close Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98.25 | 99.25 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 77.661 | 78.911 | | 7 N | 813.6 |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 96 | 97 | | 1 N | |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 91.944 | 92.694 | | 9 N | 496.8 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 91.958 | 92.653 | | 9 N | 498.9 |
| LX079349 | 125255 | loan | Us Investigations Services | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 91.125 | 92.125 | | 2 N | 448.7 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 86.188 | 87.438 | | 4 N | 531.3 |

**FORD MOTOR COMPANY (12/15/06)**

| | Lehman | JPM | Citibank | Deutsche Bank | RBS |
|---|---|---|---|---|---|
| LoanX (Offer) | N/A | 78.250 | 79.000 | 78.375 | 78.250 |
| 78.911 | | | | | |
| Difference | | (0.661) | 0.089 | (0.536) | (0.661) |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | Lehman | Citibank | Deutsche Bank | Barclays |
|---|---|---|---|---|
| LoanX (Offer) | N/A | 91.375 | 92.250 | 92.250 |
| 92.694 | | | | |
| Difference | | (1.319) | (0.444) | (0.444) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | Lehman | Citibank | Deutsche Bank |
|---|---|---|---|
| LoanX (Offer) | N/A | 91.125 | 92.000 |
| 92.653 | | | |
| Difference | | (1.528) | (0.653) |

**US INVESTIGATION SERVICES 08/21/07**

| | |
|---|---|
| LoanX (Offer) | |
| 92.125 | |

* US Investigations was not widely quoted on 9/15

**WEST CORPORATION**

| | |
|---|---|
| LoanX (Offer) | |
| 87.438 | |

* West Corp. was not widely quoted on 9/15

Download Date: 14 Oct 2008

Portfolio: LEH Collateral
Portfolio Date: 10/14/08
Pricing Date: 10/14/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Indicative Bid | Indicative Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 97.5 | 98.5 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 50.694 | 52.917 | | 9 N | |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLb | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 94 | 95 | | 1 N | |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 75.3 | 76.9 | | 5 N | 1008.2 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 73.625 | 75.625 | | 4 N | 1011.8 |
| LX079349 | 125255 | loan | Us Investigations Services | I US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 80.667 | 82.167 | | 3 N | 661.9 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 67.333 | 73 | | 3 N | 1234.5 |

**FORD MOTOR COMPANY (12/15/06)**

| LoanX (Bid) | Lehman | JPM | Deutsche Bank | Credit Suisse | Merrill Lynch |
|---|---|---|---|---|---|
| 50.694 | N/A | 49.250 | 48.500 | 50.000 | 48.000 |
| Difference | | (1.444) | (2.194) | (0.694) | (2.694) |

**TXU ENERGY (10/10/07) CITI TLB-2**

| LoanX (Bid) | Lehman | RBS | Deutsche Bank | Credit Suisse | Merrill Lynch |
|---|---|---|---|---|---|
| 75.300 | N/A | 74.500 | 75.000 | 74.000 | 73.000 |
| Difference | | (0.800) | (0.300) | (1.300) | (2.300) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| LoanX (Bid) | Lehman | Deutsche Bank | Credit Suisse |
|---|---|---|---|
| 73.625 | N/A | 74.500 | 74.000 |
| Difference | | 0.875 | 0.375 |

**US INVESTIGATION SERVICES 08/21/07**

| LoanX (Bid) | Lehman | BofA |
|---|---|---|
| 80.667 | N/A | 73.000 |
| Difference | | (7.667) |

**WEST CORPORATION**

| LoanX (Bid) | Lehman | Wachovia | Deutsche Bank |
|---|---|---|---|
| 67.333 | N/A | 67.000 | 65.000 |
| Difference | | (0.333) | (2.333) |

Download Date: 14 Oct 2008

Portfolio: LEH Collateral
Portfolio Date: 10/14/08
Pricing Date: 10/14/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Indicative Bid | Indicative Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 97.5 | 98.5 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 50.694 | 52.917 | | 9 N | |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 94 | 95 | | 1 N | 1008.2 |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 75.3 | 76.9 | | 5 N | 1011.8 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 73.625 | 75.625 | | 4 N | 661.9 |
| LX079349 | 125255 | loan | Us Investigations Services | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 80.667 | 82.167 | | 3 N | 1234.5 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 67.333 | 73 | | 3 N | |

**FORD MOTOR COMPANY (12/15/06)**

| | Lehman | JPM | Deutsche Bank | Credit Suisse |
|---|---|---|---|---|
| LoanX (Offer) | N/A | 50.250 | 50.000 | 53.000 |
| 52.917 | | | | |
| Difference | | (2.667) | (2.917) | 0.083 |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | Lehman | RBS | Deutsche Bank | Merrill Lynch |
|---|---|---|---|---|
| LoanX (Offer) | N/A | 75.500 | 76.000 | 75.000 |
| 76.900 | | | | |
| Difference | | (1.400) | (0.900) | (1.900) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | Lehman | Deutsche Bank | Credit Suisse |
|---|---|---|---|
| LoanX (Offer) | N/A | 75.500 | 75.500 |
| 75.625 | | | |
| Difference | | (0.125) | (0.125) |

**US INVESTIGATION SERVICES 08/21/07**

| | Lehman | BofA | Deutsche Bank | Merrill Lynch |
|---|---|---|---|---|
| LoanX (Offer) | N/A | 76.000 | 76.000 | 75.000 |
| 82.167 | | | | |
| Difference | | (6.167) | (1.400) | (2.917) |

**WEST CORPORATION**

| | Lehman | Wachovia | Deutsche Bank |
|---|---|---|---|
| LoanX (Offer) | N/A | 69.000 | 70.000 |
| 73.000 | | | |
| Difference | | (4.000) | (3.000) |

Download Date: 31 Oct 2008

Portfolio: LEH Collateral
Portfolio Date: 10/31/08
Pricing Date: 10/31/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Indicative Bid | Indicative Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98 | 99 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | BBB | 7000 | 13-Dec-13 | 300 | 54.6 | 56.25 | | 10 N | |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | B+ | 3000 | 18-Jul-10 | 52.5 | 94 | 95 | | 1 N | |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 78.295 | 79.193 | | 11 N | 829.4 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | | 6000 | 27-Oct-14 | 350 | 78.3 | 79.225 | | 10 N | 862.4 |
| LX079349 | 125255 | loan | Us Investigations Services I | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 63.5 | 68.5 | | 2 N | 905.3 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 63.625 | 66.625 | | 4 N | 1163.8 |

**FORD MOTOR COMPANY (12/15/06)**

| | Lehman | JPM | Deutsche Bank | RBS | Merrill Lynch |
|---|---|---|---|---|---|
| LoanX (Bid) | N/A | 53.750 | 55.000 | 54.500 | 55.000 |
| 54.600 | | | | | |
| Difference | | (0.850) | 0.400 | (0.100) | 0.400 |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | Lehman | Citibank | Deutsche Bank | JPM | Barclays |
|---|---|---|---|---|---|
| LoanX (Bid) | N/A | 78.250 | 79.000 | 78.750 | 78.750 |
| 78.295 | | | | | |
| Difference | | (0.045) | 0.705 | 0.455 | 0.455 |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | Lehman | Citibank | Deutsche Bank | Morgan Stanley |
|---|---|---|---|---|
| LoanX (Bid) | N/A | 77.625 | 78.250 | 78.250 |
| 78.300 | | | | |
| Difference | | (0.675) | (0.050) | (0.050) |

**US INVESTIGATION SERVICES 08/21/07**

| | Lehman | BofA |
|---|---|---|
| LoanX (Bid) | N/A | 67.000 |
| 63.500 | | |
| Difference | | 3.500 |

**WEST CORPORATION**

| | Lehman | Barclays | RBS |
|---|---|---|---|
| LoanX (Bid) | N/A | 65.000 | 63.000 |
| 63.625 | | | |
| Difference | | 1.375 | (0.625) |

Download Date: 31 Oct 2008

Portfolio: LEH Collateral
Portfolio Date: 10/31/08
Pricing Date: 10/31/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Indicative Bid | Indicative Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98 | 99 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 54.6 | 56.25 | | 10 N | |
| LX088899 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 94 | 95 | | 1 N | 829.4 |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 78.295 | 79.193 | | 11 N | 862.4 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 78.3 | 79.225 | | 10 N | 905.3 |
| LX079349 | 125255 | loan | Us Investigations Services I | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 63.5 | 68.5 | | 2 N | |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 63.625 | 66.625 | | 4 N | 1163.8 |

**FORD MOTOR COMPANY (12/15/06)**

| | Lehman | JPM | Deutsche Bank | RBS | Merrill Lynch |
|---|---|---|---|---|---|
| LoanX (Offer) | N/A | 54.750 | 56.000 | 55.500 | 57.000 |
| 56.250 | | | | | |
| Difference | | (1.500) | (0.250) | (0.750) | 0.750 |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | Lehman | Citibank | Deutsche Bank | JPM | Barclays |
|---|---|---|---|---|---|
| LoanX (Offer) | N/A | 79.000 | 79.750 | 79.250 | 79.000 |
| 79.193 | | | | | |
| Difference | | (0.193) | 0.557 | 0.057 | (0.193) |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | Lehman | Citibank | Deutsche Bank | Morgan Stanley |
|---|---|---|---|---|
| LoanX (Offer) | N/A | 78.375 | 79.000 | 79.250 |
| 79.225 | | | | |
| Difference | | (0.850) | (0.225) | 0.025 |

**US INVESTIGATION SERVICES 08/21/07**

| | Lehman | BofA |
|---|---|---|
| LoanX (Offer) | N/A | 72.000 |
| 68.500 | | |
| Difference | | 3.500 |

**WEST CORPORATION**

| | Lehman | Barclays | RBS |
|---|---|---|---|
| LoanX (Offer) | N/A | 66.000 | 66.000 |
| 66.625 | | | |
| Difference | | (0.625) | (0.625) |

Download Date:3 Nov 2008

Portfolio: LEH Collateral
Portfolio Date: 11/03/08
Pricing Date: 11/03/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Indicative Bid | Indicative Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98 | 99 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 54.4 | 56 | | 10 N | |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 94 | 95 | | 1 N | 826 |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 78.406 | 79.438 | | 12 N | 828.8 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 78.325 | 79.325 | | 10 N | 1017.4 |
| LX079349 | 125255 | loan | Us Investigations Services I | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 69 | 72.5 | | 2 N | |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 64.667 | 67.667 | | 3 N | 1154 |

**FORD MOTOR COMPANY (12/15/06)**

| | LoanX (Bid) | Lehman | JPM | Deutsche Bank | Barclays |
|---|---|---|---|---|---|
| | 54.400 | N/A | 53.000 | 53.000 | 52.500 |
| Difference | | | (1.400) | (1.400) | (1.900) |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | LoanX (Bid) | Lehman | JPM | Deutsche Bank | Barclays |
|---|---|---|---|---|---|
| | 78.406 | N/A | 78.750 | 78.750 | 79.000 |
| Difference | | | 0.344 | 0.344 | 0.594 |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | LoanX (Bid) | Lehman | JPM | Deutsche Bank | Barclays |
|---|---|---|---|---|---|
| | 78.325 | N/A | 78.500 | 78.500 | 78.500 |
| Difference | | | 0.175 | 0.175 | 0.175 |

**US INVESTIGATION SERVICES 08/21/07**

| | LoanX (Bid) | Lehman | BofA | Credit Suisse |
|---|---|---|---|---|
| | 69.000 | N/A | 68.000 | 70.000 |
| Difference | | | -1.000 | 1.000 |

**WEST CORPORATION**

| | LoanX (Bid) | Lehman | Barclays | Deutsche Bank |
|---|---|---|---|---|
| | 64.667 | N/A | 65.750 | 65.000 |
| Difference | | | 1.083 | 0.333 |

Download Date:3 Nov 2008

Portfolio: LEH Collateral
Portfolio Date: 11/03/08
Pricing Date: 11/03/08

| ID | LCD ID | Asset Type | Issuer | Asset | Description | Industry | Current SP Rating | Initial Amount | Final Maturity | Initial Spread/Coupon Rate | Indicative Bid | Indicative Offer | Depth | Contributor | LIBOR/Treasury STM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LX030847 | -21045 | loan | Carlsberg As | Carlsberg | TLA | Food And Beverage | | 1400 | 13-May-06 | 100 | 98 | 99 | | 1 N | |
| LX051649 | 121473 | loan | Ford Motor Co | Ford Motor (12/06) | TLb | Automotive | | 7000 | 13-Dec-13 | 300 | 53.85 | 55.5 | | 10 N | |
| LX088889 | -39641 | loan | Imperial Tobacco Group Plc | Imperial Tobacco 7/07 | TLB | Tobacco | BBB | 3000 | 18-Jul-10 | 52.5 | 94 | 95 | | 1 N | 826 |
| LX080631 | 125626 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-2 | Utilities | B+ | 7000 | 27-Oct-14 | 350 | 78.49 | 79.521 | | 12 N | 828.8 |
| LX080630 | 125627 | loan | Txu Corp | TXU/TCEH (11/07) | TLb-3 | Utilities | B+ | 6000 | 27-Oct-14 | 350 | 78.4 | 79.2 | | 10 N | 1017.4 |
| LX079349 | 125255 | loan | Us Investigations Services I | US Investigations (11/07) | TLb | Professional & Business Servic | | 725 | 2-May-15 | 300 | 69 | 72.5 | | 2 N | 1154 |
| LX068330 | -35756 | loan | West Corp | West Corp 6/07 | TLB | Professional & Busin | BB- | 2394.34 | 8-Nov-13 | 237.5 | 64.1 | 66.9 | | 5 N | |

**FORD MOTOR COMPANY (12/15/06)**

| | JPM | Deutsche Bank | Barclays |
|---|---|---|---|
| LoanX (Offer) | N/A | | |
| 55.500 | Lehman | 54.000 | 54.500 |
| Difference | 55.000 | (1.500) | (1.000) |
| | (0.500) | | |

**TXU ENERGY (10/10/07) CITI TLB-2**

| | JPM | Deutsche Bank | Barclays |
|---|---|---|---|
| LoanX (Offer) | N/A | | |
| 79.521 | Lehman | 79.750 | 79.750 |
| Difference | 79.750 | 0.229 | 0.229 |
| | 0.229 | | |

**TXU ENERGY (10/10/07) CITI TLB-3**

| | JPM | Deutsche Bank | Barclays |
|---|---|---|---|
| LoanX (Offer) | N/A | | |
| 79.200 | Lehman | 79.750 | 79.750 |
| Difference | 79.500 | 0.550 | 0.550 |
| | 0.300 | | |

**US INVESTIGATION SERVICES 08/21/07**

| | BofA | Credit Suisse |
|---|---|---|
| LoanX (Offer) | N/A | |
| 72.500 | Lehman | 72.500 |
| Difference | 72.000 | 0.000 |
| | -0.500 | |

**WEST CORPORATION**

| | Barclays | Deutsche Bank |
|---|---|---|
| LoanX (Offer) | N/A | |
| 66.900 | Lehman | 67.000 |
| Difference | 67.000 | 0.100 |
| | 0.100 | |