TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X

In re                                                                          Chapter 11

:

LEHMAN BROTHERS HOLDINGS, INC., *et al*.            Case No. 08-13555 (JMP)

:

                                                                               Jointly administered

                              Debtor.

----------------------------------------------------------- X

## STATEMENT OF TROUTMAN SANDERS LLP
## PURSUANT TO RULE 2019 OF THE FEDERAL RULES
## OF BANKRUPTCY PROCEDURE

Troutman Sanders LLP ("Troutman") represents the creditors and parties in interest identified below.  Troutman submits the following statement in accordance with Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1.      Troutman is a law firm of over 600 attorneys, with an office at 405 Lexington Avenue, New York, New York 10174 and additional offices in Atlanta, Georgia, Washington, D.C., Raleigh, North Carolina, Richmond, Tysons Corner, Norfolk, and Virginia Beach, Virginia, London, England and Hong Kong.

2.      Troutman represents the following creditors and parties-in-interest in connection with the captioned chapter 11 cases (collectively, the "Creditors"):

PT. BANK NEGARA INDONESIA (PERSERO) TBK
New York Agency
55 Broadway
New York, NY, 10006

NEW SOUTH FEDERAL SAVINGS BANK, F.S.B.
1900 Crestwood Boulevard
Birmingham, AL 35210

RWE SUPPLY & TRADING GmbH
Huyssenallee 2,
45128 Essen, Germany

3.    The Creditors have claims against one or more of the above-captioned debtors (the "Debtors") and are parties to certain prepetition agreements with one or more of the Debtors that are impacted by these bankruptcy proceedings.  Troutman cannot, at this time, specify the amount and/or nature of the claims held by the Creditors.  Troutman reserves the right to supplement this statement as and when it is able to specify the amount and type of claims held by the Creditors.

4.     The Creditors have retained Troutman to represent their interests in connection with the above-captioned cases.  Troutman has previously represented New South Federal Savings Bank, ISB and RWE Supply & Trading GmbH.

5.    Upon information and belief formed after due inquiry, Troutman does not hold any claims against or equity interests in the Debtors.

Dated: New York, New York
       November 4, 2008

**TROUTMAN SANDERS LLP**


/s/ Hollace T. Cohen____
Hollace T. Cohen
Paul H. Deutch
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

-2-