TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.

Attorneys for RWE SUPPLY & TRADING GmbH

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re                                                                      :    Chapter 11
                                                                                 :
LEHMAN BROTHERS HOLDINGS INC.              :    Case No. 08-13555 (JMP)
                                                                                 :
                                    Debtor.
------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that RWE SUPPLY & TRADING GmbH ("RWE") hereby appears by its counsel, Troutman Sanders LLP, in the above captioned chapter 11 case, pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f), 3017(a) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, proposed disclosure statements and plans of reorganization and any other documents brought before the Court in this case.

All such notices should be addressed as follows:

>TROUTMAN SANDERS LLP
>The Chrysler Building
>405 Lexington Avenue
>New York, New York 10174
>Telephone: (212) 704-6000
>Facsimile: (212) 704-6288
>Attn.:   Hollace T. Cohen, Esq.
>           Paul H. Deutch, Esq.
>Email: hollace.cohen@troutmansanders.com
>          paul.deutch@troutmansanders.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telegraph, telex or telecopier or otherwise, filed with regard to the above-captioned case and proceeding therein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any subsequent appearance, pleading, claim or suit is intended to waive and shall not constitute a waiver of (i) RWE's right to have final orders in non-core matters entered only after de novo review by a District Court; (ii) RWE's right to a jury trial in any proceedings so triable herein, or in any case, controversy, or proceeding related hereto; (iii) RWE's right to request to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or

recoupments to which RWE is or may be entitled to under arguments, documents or instruments, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
November 4, 2008

                              TROUTMAN SANDERS LLP

                              By:    /s/ Hollace T. Cohen
                                      Hollace T. Cohen, Esq.
                                      Paul H. Deutch, Esq.
                                      The Chrysler Building
                                      405 Lexington Avenue
                                      New York, New York 10174
                                      Telephone: (212) 704-6000
                                      Facsimile: (212) 704-6288

                                      Attorneys for RWE SUPPLY &
                                          TRADING GmbH