UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDINGS, INC. et al.,

        Debtors.

CHAPTER 11

Case No. 08-13555(JMP)

(Jointly Administered)

---------------------------------------------------------------

SECURITIES INVESTOR PROTECTION CORPORATION,

        Creditor,

v.

LEHMAN BROTHERS, INC.,

        Defendant.

Adversary No. 08-1420(JMP)

CERTIFICATE OF SERVICE

---------------------------------------------------------------X

        I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1. On the 29th day of October 2008, the Certification of No Objection Under 28 U.S.C. § 1746 Regarding Notice of Presentment of Stipulation and Order (1) Clarifying that Data Services Agreement between Lehman Brothers Inc. and Markit Group, Inc. has not been Assumed and Assigned Pursuant to the September 20, 2008 Sale Order and (2) Withdrawing the Motion of Markit Group, Inc. for Clarification or Modification of the September 20 Order, dated October 29, 2008 was served by facsimile upon:

James B. Koback, Jr.,
Christopher K. Kiplok
Jeffrey S. Margolin
Hughes Hubbard & Reed LLC
212-422-4726

Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley
  & McCloy LLP
212-530-0119

Paul Aronzon
Gregory A. Bray
Milbank, Tweed, Hadley
  & McCloy LLP
213-629-5063

Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jaqueline Marcus
Ralph I. Miller
Weil, Gotshal & Manges LLP
212-310-8007

2. This service was made by paralegal of this firm under my general supervision.

Dated: New York, New York
       November 3, 2008

s/Richard V. Conza<br>Richard V. Conza