WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| Debtors. | **(Jointly Administered)** |
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | |
| Plaintiff, | |
|  | **Adversary Proceeding No.** |
| v. | |
|  | **08-01420 (JMP)** |
| **LEHMAN BROTHERS INC.,** | |
| Debtor. | |

NY2:\1933099\06\15FL706!.DOC\58399.0003

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR HEARING ON NOVEMBER 5, 2008 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

**I.   UNCONTESTED MATTERS:**

1.   Debtors' Motion to Establish Procedures for Interim Monthly Compensation and Reimbursement of Expenses of Professionals **[Docket No. 833]**

   Response Deadline:   October 31, 2008 at 4:00 p.m.

   Responses Received:  None.

   Status: This motion is going forward.

2.   Debtors' Motion for Authorization to Employ Professionals Utilized in the Ordinary Course of Business **[Docket No. 901]**

   Response Deadline:   October 31, 2008 at 4:00 p.m.

   Responses Received:  None.

   Status:  This motion is going forward.

3.   Application of the Debtor to Employ, Nunc Pro Tunc, McKee Nelson LLP as Special Tax Counsel **[Docket No. 916]**

   Response Deadline:   October 31, 2008 at 4:00 p.m.

   Responses Received:  None.

   Status: This motion is going forward.

4. Application of Official Committee of Unsecured Creditors to Employ Milbank, Tweed, Hadley & McCloy LLP as Counsel **[Docket No. 1165]**

   Response Deadline:   October 31, 2008 at 5:00 p.m.

   Responses Received:  None.

   Status:  This motion is going forward on an interim basis. No objections were timely filed; solely for the Debtors and the US Trustee the time to object has been extended on consent to November 13, 2008, at 4:00 p.m. An interim order will be presented at the hearing on November 5; if there are no objections from the Debtors or the US Trustee, a final order may be entered without further hearing.

5. Application of Official Committee of Unsecured Creditors to Employ Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel **[Docket No. 1166]**

   Response Deadline:   October 31, 2008 at 5:00 p.m.

   Responses Received:  None.

   Status: This motion is going forward on an interim basis. No objections were timely filed; solely for the Debtors and the US Trustee the time to object has been extended on consent to November 13, 2008, at 4:00 p.m. An interim order will be presented at the hearing on November 5; if there are no objections from the Debtors or the US Trustee, a final order may be entered without further hearing.

6. Application of Official Committee of Unsecured Creditors to Employ FTI Consulting Inc., as Its Financial Advisor as of September 17, 2008 **[Docket No. 1167]**

   Response Deadline:   October 31, 2008 at 5:00 p.m.

   Responses Received:  None.

   Status: This motion is going forward on an interim basis. No objections were timely filed; solely for the Debtors and the US Trustee the time to object has been extended on consent to November 13, 2008, at 4:00 p.m. An interim order will be presented at the hearing on November 5; if there are no objections from the Debtors or the US Trustee, a final order may be entered without further hearing.

NY2:\1933099\06\15FL706!.DOC\58399.0003

7. Application of Official Committee of Unsecured Creditors to Employ Houlihan Lokey Howard & Zukin Capital, Inc. as Investment Banker **[Docket No. 1168]**

   Response Deadline: October 31, 2008 at 5:00 p.m.

   Responses Received: None.

   Status: This motion is going forward on an interim basis. No objections were timely filed; solely for the Debtors and the US Trustee the time to object has been extended on consent to November 13, 2008, at 4:00 p.m. An interim order will be presented at the hearing on November 5; if there are no objections from the Debtors or the US Trustee, a final order may be entered without further hearing.

8. The Vanguard Group's Motion for Approval of Information Blocking Procedures and Permitting Trading of Claims Upon Establishment of a Screening Wall **[Docket No. 1122]**

   Response Deadline: October 31, 2008 at 4:00 p.m.

   Responses Received: None.

   Status: This motion is going forward.

9. Debtors' Motion to (i) Continue the Debtor's Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs and (ii) Authorization to Pay All Prepetition Obligations in Respect Thereof **[Docket No. 470]**

   Response Deadline: October 31, 2008 at 4:00 p.m.

   Responses Received: None.

   Status: This motion is going forward.

10. Cargill Investment Group Ltd.'s Motion for Relief from Automatic Stay to Terminate Management Agreement and for Allowance and Payment of Administrative Expense Claim **[Docket No. 676]**

    Response Deadline: October 31, 2008 at 4:00 p.m.
    Extended for the Debtors to November 3, 2008 at 4:00 p.m.

    Responses Received: None.

    Status: This motion is resolved and the parties will present stipulation at the hearing.

11. Debtors' Motion for Authorization to Reject Contingent Management Agreement with WestLB AG **[Docket No. 1130]**

    Response Deadline: October 31, 2008 at 4:00 p.m.

    Responses Received:

    A. Response of WestLB AG to Debtors' Motion Pursuant to Section 365 of the Bankruptcy Code and Bankruptcy Rules 6006 and 9014 for Authorization to Reject Contingent Management Agreement with WestLB AG, New York Branch **[Docket No. 1291]**

    Status: This motion is going forward.

12. Debtors' Motion Approving Restrictions on Certain Transfers of Interests in the Debtors and Establishing Notification Procedures Relating Thereto **[Docket No. 978]**

    Response Deadline: October 31, 2008 at 4:00 p.m.

    Responses Received: None.

    Status: This motion is going forward.

13. Debtors' Motion for Approval of Sale of G-IV Aircraft **[Docket No. 1033]**

    Response Deadline: October 31, 2008 at 4:00 p.m.

    Responses Received: None.

    Related Documents:

    A. Supplement to Debtors' Motion **[Docket No. 1257]**

    Status: This motion is going forward.

14. Motion to Compel LCPI to Assume/Reject Open Trades **[Docket No. 1117]**

   Response Deadline:   October 29, 2008 at 4:00 p.m.

   Responses Received:

   A. Notice of Presentment of Stipulation and Agreed Order Resolving Motion to Compel **[Docket No. 1300]**

   Status:  This motion is going forward.  The parties will hand up an Agreed Order at the Hearing.

**II.  CONTESTED MATTERS:**

15. Motion of DNB Nor Bank ASA for Relief from the Automatic Stay to Effect Setoff or, in the Alternative, Adequate Protection **[Docket No. 465]**

   Response Deadline:   October 31, 2008 at 4:00 p.m.

   Responses Received:

   A. Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1334]**

   B. Joinder of Creditors' Committee to Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1336]**

   C. Joinder of Informal Noteholder Group to Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1339]**

   D. Debtors' Amended Objection to Motion of DnB Nor Bank ASA **[Docket No. 1342]**

   Status:  This motion is going forward.

16. Cash Management Motion **[Docket No. 669]**

    Response Deadline: October 31, 2008 at 4:00 p.m.

    Responses Received:

        A. Objection of the Informal Noteholder Group **[Docket No. 924]**

    Related Documents:

        A. Supplement to Motion **[Docket No. 826]**

        B. Notice of Revised Proposed Interim Order **[Docket No. 1051]**

        C. Notice of Proposed Final Order **[Docket No. 1328]**

    Status: All Objections have been resolved except Docket No. 924. This motion is going forward.

17. Motion of Sumitomo Mitsui Banking Corporation for Relief from the Automatic Stay to Foreclosure on Its Collateral **[filed in Debtor Affiliated Case No. 08-13900 Docket No. 17, prior to entry of the Join Administration Order]**

    Response Deadline: October 31, 2008 at 4:00 p.m.

    Responses Received:

        A. Statement of the Informal Noteholder Group **[Docket No. 1304]**

        B. Objection of Lehman Commercial Paper Inc. **[Docket No. 1312]**

        C. Objection of Official Committee of Unsecured Creditors **[Docket No. 1317]**

    Status: This motion is going forward.

18. Federal Home Loan Bank of Pittsburgh's Motion for Clarification regarding the Court's Order Approving the Sale of Assets to Barclays Capital Inc. **[Docket No. 718]**

    Response Deadline: October 31, 2008 at 4:00 p.m.

    Responses Received:

        A. Objection of Barclays Capital Inc. to Motion **[Docket No. 1303]**

        B. Debtors' Response to the Motion **[Docket No. 1319]**

    Status: This motion is going forward.

7

III. **ADVERSARY PROCEEDINGS:**

**Evergreen Solar, Inc. v. Barclays PLC, *et al*. (Adv. Proc. Case No. 08-01633)**

19. Motion of Evergreen Solar, Inc. for Preliminary Injunction **[Adv. Proc. Case No. 08-01633 Docket No. 5]**

   Response Deadline:   October 31, 2008 at 4:00 p.m.

   Responses Received:

   A. Memorandum of Law Barclays Capital Inc. in Opposition **[Adv. Proc. Case No. 08-01633 Docket No. 10]**

   B. Trustee for the SIPA Liquidation's Opposition to Motion of Evergreen Solar, Inc. for Preliminary Injunction **[Adv. Proc. Case No. 08-01633 Docket 14]**

   C. Reply in Support of Motion for Preliminary Injunction **[Adv. Proc. Case No. 08-01633 Docket No. 15]**

   Status:  This motion is going forward.

IV. **LEHMAN BROTHERS, INC PROCEEDING:**

**Securities Investor Protection Corporation v. Lehman Brothers Inc. (Case No. 08-01420)**

20. Trustee's Application for Entry of an Order Regarding Disinterestedness of the Trustee and Counsel to the Trustee [**Adv. Proc. Case No. 08-01420 Docket No. 54**]

   Response Deadline:   October 31, 2008 at 4:00 p.m.

   Responses Received:  None.

   Status:  This motion is going forward.

21. Cargill Investment Group, Ltd.'s Motion for Relief from Automatic Stay **[Adv. Proc. Case No. 08-01420 Docket No. 61]**

   Response Deadline:   October 31, 2008 at 4:00 p.m.

   Responses Received:  None.

   Status:  This motion is going forward and the parties will present stipulation to the Court at the hearing.

8

22. Trustee's Motion to (A) Adopt and Incorporate by Reference for Purposes of this Proceeding, an Order Authorizing (I) Continuing Use of Existing Centralized Cash Management System, as Modified; (II) Honoring Certain Prepetition Obligations Related to the Use of the Cash Management System; (III) Maintaining Existing Bank Accounts and Business Forms; and (IV) Extending Time to Comply with Section 345(b) of the Bankruptcy Code, and (B) Authorize, but not Direct, Payment of Certain Prepetition Compensation and Employee Benefit Obligations **[Adv. Proc. Case No. 08-01420 Docket No. 120]**

   Response Deadline:    October 31, 2008 at 5:00 p.m.

   Responses Received:  None.

   Related Documents:

   A.   Declaration of Daniel S. Lubell, Esq. **[Adv. Proc. Case No. 08-01420 Docket No. 121]**

   B.   Notice of Amendment to Trustee's Motion **[Adv. Proc. Case No. 08-01420 Docket No. 211]**

   Status:  This motion is going forward.

23. Trustee's Motion Establishing Procedures Governing Interim Monthly Compensation of Trustee and Hughes Hubbard & Reed LLP **[Adv. Proc. Case No. 08-01420 Docket No. 124]**

   Response Deadline:    October 27, 2008 at 4:00 p.m.

   Responses Received:  None.

   Status:  This motion is going forward.

24. Trustee's Application for Entry of an Order Approving Form and Manner of Publication and Mailing of Notice of Commencement; Specifying Procedures and Forms for Filing, Determination, and Adjudication of Claims; Fixing a Meeting of Customers and Other Creditors; and Fixing Interim Reporting Pursuant to SIPA **[Adv. Proc. Case No. 08-01420 Docket No. 147]**

   Response Deadline:    October 31, 2008 at 5:00 p.m.

   Responses Received:  None.

   Status:  This motion is going forward.

25. Trustee's Application Seeking Authority to Implement Certain Notice and Case Management Procedures and Related Relief **[Adv. Proc. Case No. 08-01420 Docket No. 149]**

    Response Deadline:   October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  This motion is going forward.

26. Trustee's Motion for Entry of an Order Approving the Rejection of Certain Nonresidential Real Property Leases and Subleases and Abandonment of Related Personal Property **[Adv. Proc. Case No. 08-01420 Docket No. 159]**

    Response Deadline:   October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  This motion is going forward.

27. Trustee's Application for an Order Extending Time Within Which the Trustee May Assume or Reject Executory Contracts and Certain Unexpired Leases **[Adv. Proc. Case No. 08-01420 Docket No. 173]**

    Response Deadline:   October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  This motion is going forward.

V.  **ADJOURNED MATTERS:**

28. Debtors' Application to Employ and Retain Weil, Gotshal & Manges LLP **[Docket No. 758]**

    Response Deadline:   October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

29. Debtors' Motion to Employ Alvarez & Marsal **[Docket No. 760]**

    Response Deadline:    October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

30. Debtors' Application to Employ and Retain Curtis, Mallet-Prevost, Colt & Mosle LLP **[Docket No. 761]**

    Response Deadline:    October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

31. Motion of Official Committee of Unsecured Creditors for Reconsideration of Court's September 17, 2008 Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing **[Docket No. 434]**

    Response Deadline:    November 2, 2008 at 5:00 p.m.
    Extended to November 11, 2008 at 5:00 p.m.

    Responses Received:  None.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

32. WFP Tower A Co. L.P.'s Motion for Payment of Post-Petition Administrative Rent; (B) to Compel Relief from the Automatic Stay; and to Compel Assumption or Rejection of Lease **[Docket No. 1084]**

    Response Deadline:    November 3, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  The parties will present a stipulation at the hearing, otherwise the motion has been adjourned until November 18, 2008 at 10:00 a.m.

33. Meridian Comp of New York's Motion for an Order (I) Compelling Payment of Post-Petition Administrative Expenses; and (II) Compelling Assumption or Rejection of Contract **[Docket No. 1124]**

    Response Deadline:   November 3, 2008 at 4:00 p.m.
    Extended to November 13, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

34. Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery **[Docket No. 373]**

    Response Deadline:   October 10, 2008 at 4:00 p.m.

    Related Documents:

    A.   Supplement to Motion of the Harbinger Funds **[Docket No. 816]**

    Status:  The hearing has been adjourned to a date to be determined.

35. Motion of Creditors' Committee for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. Pursuant to 11 U.S.C. §§ 105(a) and 1103(c) and Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 566]**

    Response Deadline:   October 13, 2008 at 4:00 p.m.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

36. Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Docket No. 809]**

    Response Deadline:   October 27, 2008 at 4:00 p.m.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

37. Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 959]**

    Response Deadline:   October 27, 2008 at 4:00 p.m.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

38. Motion of The Walt Disney Company for Appointment of Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code **[Docket No. 1143]**

    Response Deadline:   October 31, 2008 at 4:00 p.m.
    Extended to November 12, 2008 at 4:00 p.m.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

39. Motion of the Debtors & Barclays to File Under Seal Certain Schedules to the APA **[Docket No. 430]**

    Response Deadline:   October 8, 2008 at 4:00 p.m.

    Responses Received:

    A.   Objection of the Informal Noteholder Group **[Docket No. 755]**

    B.   Limited Objection of the Official Committee of Unsecured Creditors **[Docket No. 763]**

    C.   Reply of Barclays Capital Inc. **[Docket No. 999]**

    Status:  This motion is adjourned without date.

40. Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

    Response Deadline:   October 27, 2008 at 4:00 p.m.
    Extended to November 13, 2008 at 4:00 p.m.

    Responses Received:  None.

41. Motion for Relief from Automatic Stays to Proceed with Class Action Settlements of Certified Class in Austin, *et al.* v. Chisick, *et al.* **[Docket No. 1030]**

    Response Deadline:   October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  This motion has been adjourned.

42. Debtors' Motion for Authorization to Pay Prepetition Excise and Withholding Taxe*s* **[Docket No. 565]**

    Response Deadline:    October 31, 2008 at 4:00 p.m.

    Responses Received:

        A.    Objection of The Walt Disney Company **[Docket No. 1316]**

    Related Documents:

        A.    Debtors' Supplement **[Docket No. 1184]**

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

43. Meridian Comp of New York's Motion for an Order (I) Compelling Payment of Post-Petition Administrative Expenses; and (II) Compelling Assumption or Rejection of Contract **[Adv. Proc. Case No. 08-01420 Docket No. 152]**

    Response Deadline:    October 31, 2008 at 4:00 p.m.
                             Extended to November 13, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

44. Trustee's Amended Motion to Authorize and Approve Expedited Procedures for the Sale or Abandonment of Lehman Brothers Inc.'s De Minimis Asset **[Adv. Proc. Case No. 08-01420 Docket No. 66]**

    Response Deadline:    Extended to November 13, 2008 at 4:00 p.m.

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

45. Barclays Capital's Motion for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Adv. Proc. Case No. 08-01420 Docket No. 92]**

    Response Deadline:   October 27, 2008 at 4:00 p.m.

    Responses Received:

    A.   Trustee's Limited Objection **[Adv. Proc. Case No. 08-01420 Docket No. 179]**

    Related Documents:

    A.   Declaration of Luke A. Barefoot **[Adv. Proc. Case No. 08-01420 Docket No. 93]**

    B.   Declaration of Mario Mendolaro **[Adv. Proc. Case No. 08-01420 Docket No. 94]**

    C.   Declaration of Eszter Farkas **[Adv. Proc. Case No. 08-01420 Docket No. 95]**

    Status:  The hearing has been adjourned until November 18, 2008 at 10:00 a.m.

46. Motion of Newport Global Opportunities Fund LP, Newport Global Credit Fund (Master) L.P., PEP Credit Investor L.P. and Providence TMT Special Situations Fund L.P. for Leave to Conduct Rule 2004 Discovery of Lehman Brothers, Inc. and SIPA Trustee **[Adv. Proc. Case No. 08-01420 Docket No. 123]**

    Response Deadline:   October 27, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  This motion has been adjourned to until November 18, 2008 at 10:00 a.m.

47. WFP Tower A Co. L.P.'s Motion for an Order (A) Compelling Payment of Post-Petition Administrative Rent, (B) Granting Relief from the Automatic Stay; and (C) Compelling Assumption or Rejection of Lease **[Adv. Proc. Case No. 08-01420 Docket No. 146]**

    Response Deadline:   November 3, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  This motion has been adjourned until November 18, 2008 at 10:00 a.m.

15

Dated:  November 4, 2008
      New York, New York

                                        /s/ Harvey R. Miller
                                   Harvey R. Miller

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   Attorneys for Debtors
                                   and Debtors in Possession


Dated:  November 4, 2008
      New York, New York                 /s/ Jeffrey S. Margolin
                                   James B. Kobak, Jr.
                                   David W. Wiltenburg
                                   Christopher K. Kiplok
                                   Jeffrey S. Margolin

                                   HUGHES HUBBARD & REED LLP
                                   One Battery Park Plaza
                                   New York, New York 10004
                                   Telephone: (212) 837-6000
                                   Facsimile: (212) 422-4726

                                   Attorneys for James W. Giddens, Trustee for
                                   the SIPA Liquidation of Lehman Brothers
                                   Inc.

NY2:\1933099\06\15FL706!.DOC\58399.0003