WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                               :

| | |
|---|---|
| **In re** | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

-------------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL DECLARATION OF BRYAN P. MARSAL IN
SUPPORT OF DEBTORS' MOTION PURSUANT TO
SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE FOR FINAL ORDER
AUTHORIZING THE DEBTORS TO (A) RETAIN ALVAREZ & MARSAL NORTH
AMERICA, LLC TO PROVIDE THE DEBTORS
A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL
PERSONNEL, AND (B) TO APPOINT THE CHIEF RESTRUCTURING
OFFICER *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

       **PLEASE TAKE NOTICE** that, on November 4, 2008, Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (together, the "Debtors") filed the attached Supplemental

Declaration of Bryan P. Marsal in Support of the Debtors' Motion Pursuant to Sections 105(a)

and 363(b) of the Bankruptcy Code for Final Order Authorizing the Debtors to (A) Retain

Alvarez & Marsal North America, LLC to Provide the Debtors a Chief Restructuring Officers

and Additional Personnel, and (B) to Appoint the Chief Restructuring Officer *Nunc Pro Tunc* to the Commencement Date.

Dated: November 4, 2008
      New York, New York

                         /s/ *Richard P. Krasnow*
                         Richard P. Krasnow, Esq.
                         WEIL, GOTSHAL & MANGES LLP
                         767 Fifth Avenue
                         New York, New York 10153
                         Telephone: (212) 310-8000
                         Facsimile: (212) 310-8007

                         Attorneys for Debtors
                         and Debtors in Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------x
                                          :
In re                                     :        Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        08-13555 (JMP)
                                          :
              Debtors.                    :        (Jointly Administered)
                                          :
                                          :
-------------------------------------------------------------------x
```

**SUPPLEMENTAL DECLARATION OF BRYAN P. MARSAL IN
SUPPORT OF DEBTORS' MOTION PURSUANT TO
SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE FOR
FINAL ORDER AUTHORIZING THE DEBTORS TO (A) RETAIN ALVAREZ &
MARSAL NORTH AMERICA, LLC TO PROVIDE THE DEBTORS
A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL
PERSONNEL, AND (B) TO APPOINT THE CHIEF RESTRUCTURING
OFFICER *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

Bryan P. Marsal makes this declaration under 28 U.S.C. § 1746, and states:

1.      I am a Managing Director with Alvarez & Marsal North America, LLC (together

with its wholly owned subsidiaries, affiliates (all of which are owned by Alvarez & Marsal North

America, LLC's parent company and employees), agents, independent contractors and

employees, "A&M"), a restructuring advisory services firm with numerous offices throughout

the world.  I submit this supplement (the "Supplemental Declaration") to the original declaration

(the "Original Declaration") that I submitted in connection with the motion (the "Motion")[1] of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors in possession (together, the "Debtors") for an order

authorizing the employment of A&M as restructuring managers under the terms and conditions

---

[1]      Capitalized terms that are used but not defined in this Supplemental Declaration have the meanings
ascribed to them in the Motion.

set forth in the Motion.  Except as otherwise noted,[2] I have personal knowledge of the matters set forth herein.

### Clarifications Regarding the Terms and Conditions of A&M's Employment

2.      Subsequent to the filing of the Motion, A&M, the Debtors, and the U.S. Trustee engaged in further discussions regarding the terms of A&M's employment.  I have prepared this Supplemental Declaration to clarify and, to the extent necessary, amend and modify the terms and conditions of the proposed employment of A&M as set forth in (i) the Motion, (ii) the Engagement Letter, and (iii) my Original Declaration in support of the Motion.

3.      Section 1.a.(ii) of the Engagement Letter provides that A&M will utilize "Additional Personnel" in the performance of its duties, but does not identify those Additional Personnel.  Annexed as <u>Exhibit 1</u> hereto is the current list of Additional Personnel that A&M proposes to utilize.  As reflected on Exhibit 1, all Additional Personnel have been assigned to specific work teams for this engagement.  Every 120 days, or as soon thereafter as practicable, I will file a supplemental disclosure with the Court regarding any revisions made to the list of Additional Personnel.  To the extent that any Additional Personnel are independent contractors with A&M, the fees attributable to such independent contractors will be billed to the Debtors at A&M's cost.

4.      Section 1.a.(ii) of the Engagement Letter also provides that, in addition to the Chief Restructuring Officer, up to two Additional Personnel will be designated by LBHI as executive officers.  Annexed as <u>Exhibit 2</u> hereto is the current list of such executive officers. The three executive officers provided by A&M will also serve as members of the board of directors for certain affiliates of LBHI.  In addition to the three executive officers, Exhibit 2 also

---

[2]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

identifies other officers that A&M will provide to the Debtors, each of whom will have senior management responsibility over the matters described therein. Notwithstanding anything contained in the Indemnification Agreement to the contrary, the only A&M personnel eligible for indemnification from the Debtors shall be those who are serving as officers or directors. Moreover, the indemnification provided to A&M personnel serving as officers or directors shall be on the same terms as provided to the Debtors' other officers and directors under the respective corporate bylaws and applicable state law. Every 120 days, or as soon thereafter as practicable, I will file a supplemental disclosure with the Court regarding any revisions made to the list of officers and directors.

5. Further, A&M has agreed to waive and will not exercise its rights under the following provisions of the Engagement Letter:

- A&M's right under section 2.b of the Engagement Letter to reimbursement for reasonable fees and expenses of A&M's outside counsel incurred in connection with the preparation, negotiation, enforcement and approval of the Engagement Letter, and thus any payment of such fees and expenses shall be limited to indemnification claims as described in paragraph 4 above; and

- A&M's right under section 2.c of the Engagement Letter to a retainer in the amount of $2,500,000.

**Clarifications Regarding Disinterestedness and Eligibility**

6. In the Original Declaration, I stated that neither I nor any member of the A&M engagement team serving the Debtors, to the best of my knowledge, is a holder of any of the Debtors' debt or equity securities except for *de minimis* amounts representing not more than 0.01% of the equity interests in the related entity. Two A&M employees have informed me that they hold equity interests in the Debtors or their non-Debtor affiliates. One such A&M employee holds approximately 4,000 shares of a series of LBHI preferred stock. This A&M

employee has stated that he will sell such preferred shares as soon as is practicable. The other A&M employee formerly worked for Lehman and during his tenure with Lehman, approximately $52,500 was invested on his behalf in limited partnership interests of the Lehman Brothers Partnership Account. The limited partnership interests are illiquid investments and thus, cannot be disposed of at this time. A&M will screen this employee from matters relating to the Lehman Brothers Partnership Account, if any.

7.     Further, in the Original Declaration I stated that A&M conducted an analysis to determine whether it holds or represents any interests adverse to the Debtors. Since the submission of the Original Declaration, the Debtors provided A&M with a revised list of entities holding large claims against or interests in the Debtors. Schedules "A", "B" and "C" hereto supersede, in their entirety, Schedules "A", "B" and "C", respectively, to the Original Declaration.

8.     In the course of its reviews, A&M learned that it maintains a relationship as a financial advisor and/or interim officer of certain entities identified in paragraph 5 of the Original Declaration, and that A&M has provided and could reasonably be expected to continue to provide services or maintain professional relationships unrelated to the Debtors' cases for the various entities identified on Schedule "C". In addition, given the nature of the Debtors' business as a global investment bank, the Debtors may hold debt or equity investments in various A&M clients none of which engagements are related to the Debtors' cases. To the extent I become aware of any A&M engagement which relates to the Debtors' cases, A&M will promptly file a supplemental declaration. To the best of my knowledge and information, none of the entities so identified in the Original Declaration nor any other A&M client in which the

Debtors hold debt or equity investments represents more than 1 percent (1%) of A&M's annual revenues over the past twelve (12) months.

## Clarifications Regarding Professional Compensation

9.      As described in the Original Declaration, A&M will seek from the Debtor payment of, among other things, incentive compensation in an amount to be determined within ninety (90) days of the date of the Commencement Date (the "Incentive Fee"). A&M will apply for the Incentive Fee in accordance with the standards set forth in section 330 of the Bankruptcy Code. The terms of any proposed Incentive Fee will be set forth in a supplemental disclosure that I will file with the Court.

## Conclusion

10.      If any new material relevant facts or relationships are discovered or arise, A&M will promptly file a supplemental declaration. Except as clarified, modified, or amended herein, the Original Declaration is reaffirmed.

I declare under penalty of perjury that, to the best of my knowledge, and after reasonable inquiry, the foregoing is true and correct.

Dated this 4th day of November 2008

By: /s/ *Bryan P. Marsal*                        
          Bryan P. Marsal
          Managing Director

# SCHEDULE A

# 50 Largest Bond Holders

1. PIMCO Advisors LP
2. Barclays Global Fund Advisors
3. Vanguard Group Incorporated
4. UBS Investment KAG
5. Franklin Advisors Inc.
6. American Life Insurance Company
7. Capital Research and Management
8. Fidelity Management and Research
9. Metropolitan Life Insurance Company
10. Federated Investors
11. Loomis Sayles & Company L.P.
12. Sun Life Assure Co. of Canada
13. Phillips Hager & North Investment Management
14. United States – Indices
15. Alpha Mutual Fund Management
16. Teachers Insurance and Annuity Association
17. Northwest Mutual Life Insurance Company
18. AXA Equitable Life Insurance Company
19. BBVA Gestion SA SGIIC (Spain)
20. Allianz Life Insurance Company of North America
21. Prudential Insurance Company of America
22. Riversource Life Insurance Company
23. Van Kampen Asset Management
24. Zurich American Insurance Company
25. AIG Annuity Insurance Company
26. Jackson National Life Insurance
27. John Hancock Life Insurance Company
28. Hartford Life Insurance Company
29. ALFA Mutual Fire Insurance Company
30. PIMCO Funds Global Investors
31. Advanced Series Trust
32. AETNA Life Insurance Company
33. NATIXIS  Asset Management Advisors
34. Guardian Life Insurance Company
35. T. Rowe Price Associates
36. Principal Life Insurance Company
37. Medical Liability Mutual Insurance Company
38. Western Asset Management Company
39. Continental Casualty Company
40. John Hancock Investment Management Services
41. Franklin Templeton Investments
42. Thrivent Financial for Lutherans
43. Metlife Insurance Company of Connecticut
44. Transamerica Life Insurance Company

45. Metropolitan West Capital Management
46. ING Investment LLC
47. Prudential Financial Inc.
48. American Family Life Assurance Company
49. Blackrock Advisors
50. Liberty National Life Insurance Company

## 100 Largest Unsecured Creditors other than Bondholders – Include holders of claims for borrowed money or similar indebtedness (actual, contingent, liquidated or unliquidated), including claims on account of guarantees and legal judgments.

1. Citibank, NA
2. The Bank of New York
3. Aozora Bank
4. BNP Paribas
5. Mizuho Corporate Bank Ltd.
6. Citibank N.A. Hong Kong Branch
7. Shinsei Bank Ltd.
8. UFJ Bank Limited
9. Sumitomo Mitsubishi Banking Corp
10. Svenska Handelsbanken
11. Lloyds Bank, PLC
12. KBC Bank
13. Shinkin Central Bank
14. Commonwealth Bank of Australia, Tokyo Branch
15. The Bank of Nova Scotia
16. Chuo Mitsui Trust & Banking
17. Hua Nan Commercial Bank, Ltd
18. Bank of China, New York Branch
19. CW Lending II Limited
20. Nippon Life Insurance Co.
21. Microsoft Licensing, GP
22. ANZ Banking Group Limited
23. Dimension Data
24. Standard Chartered Bank
25. First Commercial Bank Co., Ltd, New York Agency
26. Bank of Taiwan, New York Agency
27. DnB NOR Bank ASA
28. Australia and New Zealand Banking Group Limited
29. HSBC Bank
30. Bloomberg Finance LP
31. National Bank of Australia
32. Taipei Fubon Bank, New York Agency
33. Origin HR Consulting Limited
34. Banctec Ltd.

35. The British Land Company PLC
36. London Borough of Tower Hamlets Rates
37. McKee Nelson LLP
38. YXIME
39. Standard & Poor's
40. Bats Trading, Inc.
41. Caldwalader, Wickersham, and Taft
42. CB Richard Ellis Client Account RE Gloa
43. Sidley Austin Brown & Wood
44. JQ Network PTD Limited
45. Reuters America Inc.
46. IBM Corporation
47. Network Appliance, Inc.
48. Clifford Chance
49. Ernst & Young
50. Hewlett-Packard AP (HONG KONG) LIMITED
51. CDW Direct LLC
52. Millennium Developers PVT LTD
53. Virtx
54. Linklaters
55. Allen & Overy
56. NYSE Market, Inc.
57. Broadridge Securities Processing
58. Reuters Limited
59. Paul Weiss
60. Kim & Chang
61. Tata Consultancy Services
62. Bloomberg L.P.
63. Standard and Poors Corp.
64. Ernst and Young Private Limited
65. Deutsche Borsche AG
66. FT Interactive Data
67. Thompson Financial
68. Anjarlekar & Associates
69. Pricoa Relocation UK Limited
70. Davis, Polk and Wardwell
71. Henegan Construction Co., Inc.
72. Linklaters, S.L.
73. Ashurst Morris Crisp
74. National Commerce bank
75. ZKB (Zurcher Kantonalbank)
76. Information Builders Inc.
77. TIBCO Software, Inc.
78. Sungard Securities Finance Inc.
79. 1301 Properties Owner LP
80. Dell Marketing L.P.

81. Fidessa Plc.
82. London & European Title Insurance Services Ltd.
83. Haworth Singapore PTE Ltd.
84. 1221 Avenue of the Americas *
85. 55 Broadway *
86. ICAP Securities Limited
87. Morse Service Holdings Limited
88. Swapswire Limited
89. Kingston Communications PLC
90. Vertex Mortgage Services
91. Drowst Trading, LLC
92. Compucenter (UK) Ltd.
93. Bank of America Plaza STE 3500 *
94. Canary Warf Management Limited
95. WIPRO Infotech Enterprise Solutions
96. 767 Fifth  Ave *
97. 125 Broad Street *
98. Morse Group Limited
99. Mace Limited
100. 1301 Properties Owner LP

## Significant Landlords and Leases

| Description of Property | Landlord |
|---|---|
| 745 7th Avenue | Rock Forty Ninth LLC |
| 1301 Avenue of the Americas | 1301 Properties Owner LP |
| 1301 Avenue of the Americas | Huron Consulting Group, Inc. |
| 1301 Avenue of the Americas | Deutsche Bank Securities, Inc. |
| 1301 Avenue of the Americas | Deutsche Bank Securities, Inc. |
| 1301 Avenue of the Americas | WPGH, LLC |
| Jersey City - 70 Hudson Street | 70 Hudson Street, LLC |
| Piscataway - 40 Corporate Place South | Corporate Park Associates |
| Buenos Aires - Av. Leandro N. Alem 855 - Torre Alem Plaza | Consultatio Inversora S.A. |
| Chicago - 100 South Wacker Drive | MJH Wacker LLC |
| Columbus - 2600 Corporate Exchange Drive | Eastrich No. 167 Corporation |
| Greenwich - 8 Sound Shore Drive | 8 Sound Shore Associates, LLC |
| Hato Rey - 270 Munoz Rivera Avenue | MCPR Unit V LP, S.E. c/o MCPR Unit R LP |
| Houston (Eagle) - 4700 W Sam Houston Parkway W | Guggenheim Concourse, L.P. |
| Menlo Park - 155 Linfield Drive | Middlefield Park Associates |

| Miami - 1111 Brickell Avenue - Barclay's Financial Center | 1111 Brickell Office, LLC |
|---|---|
| New York - 45 Broadway | Telwares, Inc. |
| New York - 65 Broadway | Archipelago Holdings, Inc. |
| Salt Lake City - 4001 South 700 East (LBCB) | JDJ Properties, Inc. |
| San Diego - 1450 Frazee Road (subleased from BNC Mortgage) | San Diego - Frazee, LLC |
| Sao Paulo - Faria Lima Sq | Millennium De Investimentos Imobiliarios LTDA |
| Seattle - 701 Fifth Avenue | WA-Columbia Center Property LLC |
| Toronto - 161 Bay Street | CT Tower Investments Inc |
| Washington - 2001 K Street NW | Clifford Chance US LLP |
| Atlanta - 3414 Peachtree Road | Monarch Centre Associates, LLC |
| Boston - 125 High Street | 125 High Street LP |
| Chicago - 190 S. LaSalle Street | SP4 190 S. LaSalle, L.P. |
| Dallas - 200 Crescent Court | Crescent TC Investors LP |
| Los Angeles - 10250 Constellation Blvd - MGM Grand | Constellation Place, LLC |
| Newport Beach - 680 Newport Center Dr | The Irvine Company |
| Palm Beach - 450 Royal Palm Way | Palm Beach Centre 1, LLC |
| San Francisco - 555 California Street | HWA 555 Owners, LLC |

## Secured Creditors

1. JPMorgan Chase
2. Fenway Funding LLC
3. Swedbank
4. State Street
5. MetLife
6. SMBC
7. Danske Bank

## Government and State Regulatory Agencies.

### U.S. Regulation

1. Securities and Exchange Commission
2. State Blue Sky Laws in all 50 states and Puerto Rico
3. Commodity Futures Trading Commission (LBI, NB LLC)
4. Office of Thrift Supervision (LB Bank)
5. Federal Deposit Insurance Corporation (LB Bank, LB Commercial Bank)
6. Office of the Comptroller of Financial Institutions (Lehman Brothers Trust Co.)
7. Federal Energy Regulatory Commission (Lehman Brothers Commodity Services Inc.)

8.        Utah Commissioner of Financial Institutions (LB Commercial Bank)
9.        State Bank Commissioner of the State of Delaware (Lehman Brothers Trust Company of Delaware)
10.      Financial Industry Regulatory Authority (non-governmental)
11.      New York Stock Exchange (non-governmental)
12.      National Futures Association (non-governmental)

## Members of Ad Hoc or Unofficial Creditors' Committees – Those formed prior to the Commencement Date, to the extent known at the Commencement Date.

1. The Ad Hoc Committee of Bondholders of the Main Street Natural Gas, Inc. Gas Project Revenue Bonds
   - Capital Research Management Co.
   - Franklin Federal Intermediate-Term-Tax-Free Income Fund
   - Franklin Federal Tax-Free Income Fund
   - Franklin Georgia Tax-Free Income Fund
   - Franklin High-Yield Tax-Free Income Fund
   - Franklin Advisors LP
   - Oppenheimer Funds, Inc.
   - Independence Holding Co.
   - The Vanguard Group
   - Allstate Insurance Co.
2. Informal LBHI Bondholder Group
   - members not listed

## Significant Stockholders – If Debtor is a corporation, any significant stockholders (greater than 5%).

1. AXA and related parties                 7.25%
2. Clearbridge Advisors, LLC and related parties    6.33%
3. FMR LLC and related parties               5.87%

## Directors and Officers – Current and former (up to three years) members of a corporation's board of directors and its officers, as well as the names of the entities with whom such directors or officers were, during their tenure with the Debtor, affiliated as an employee.

3. Board of Directors
   - Richard S. Fuld, Jr. (current)
   - Michael L. Ainslie (current)
   - John F. Akers (current)
   - Roger S. Berlind (current)

- Thomas H. Cruikshank (current)
- Marsha Johnson Evans (current)
- Sir Christopher Gent (current)
- Jerry A. Grundhofer (current)
- Roland A. Hernandez (current)
- Henry Kaufman (current)
- John D. Macomber (current)

4. Officers
- Richard S. Fuld, Jr. (current)
- Riccardo Banchetti (current)
- Jasjit S. Bhattal (current)
- Gerald A Donini (current)
- Eric Felder (current)
- Scott J. Freidheim (current)
- Michael Geband (current)
- David Goldfarb (current)
- Alex Kirk (current)
- Hyung S. Lee (current)
- Stephen M. Lessing (current)
- Ian T Lowitt (current)
- Herbert H. McDade III (current)
- Hugh E. McGee III (current)
- Christian Meissner (current)
- Thomas A. Russo (current)
- George H. Walker (current)
- David Coles (current)
- James Fogarty (current)
- Bryan Marsal (current)
- Erin Callen (former)
- Jospeh M. Gregory (former)
- Christopher O'Mera (former)
- Jonathan Beyman (former)

**Underwriting Investment Bankers for Debtor's securities for all securities issued or outstanding on the Commencement Date or during the three years prior to the Commencement Date.**

1. Lehman Brothers
2. Hoare Govett, Ltd.
3. UBS Investment Bank
4. Merrill Lynch
5. ABN AMRO Rothschild

## Potential Parties in Interest

1. The Vanguard Group, Inc.
2. Ameren et al.
3. Iron Mountain Information Management
4. Harbinger Capital Partners
5. Harbert
6. UBS Financial Services
7. UBS International Inc.
8. UBS Financial Services of Puerto Rico
9. Harbinger Capital Partners Special Situations Fund LP
10. Harbinger Capital Partners
11. Thomson Reuters Plc & Thomson Reuters Corp.
12. Citigroup, Inc.
13. Citibank, NA
14. Morgan Stanley & Co.
15. Fxcm Holdings LLC
16. Glg Partners LP
17. Wilmington Trust Company
18. Credit Suisse
19. Rock-Forty Ninth LLC, Rockefeller Center et al.
20. Bank of New York Mellon
21. Customer Asset Protection
22. Royal Bank of Scotland
23. Federal Reserve Bank of New York
24. Federal Express Corporation
25. Accenture LLP
26. Lehman Brothers Private Equity Funds
27. Interactive Data Corp.
28. Green Tree Servicing LLC
29. Henegan Construction Co., Inc.
30. Monument Realty LLC
31. Wells Fargo Bank, NA
32. Wells Fargo & Co.
33. BP North America
34. BP Energy
35. BP Canada
36. IGI Resources
37. Essex Equity Holdings USA, LLC
38. Abm Industries, Inc.
39. Northgate Minerals Corporation
40. 4Kids Entertainment, Inc.
41. Fred Hutchinson Cancer Research Center
42. Fannie Mae
43. Carrollton-Farmers Branch Independent School District
44. Harris County
45. Dallas County

46. Tarrant County
47. Mclennan County
48. Factiva, Inc.
49. SP4 190 S. Lasalle, L.P.
50. Canadian Imperial Bank
51. CIBC Wolrd Market.
52. CIBC Wolrd Markets Inc.
53. Sumitomo Mitsui Banking Corp.
54. SMBC Capital Markets
55. Sumitomo Mitsui Brussels Branch
56. Societe Generale
57. Washington Mutual Bank
58. Washington Mutual, Inc.
59. National Bank of Canada
60. Occidental Energy Marketing, Inc.
61. Landamerica Financial Group, Inc.
62. Toronto-Dominion Bank
63. Dresdner Kleinwort Group Holdings LLC
64. Normandy Hill Capital, LP
65. Office of Thrift Supervision
66. Office of Thrift Supervision, Northeast Region
67. General Electric Capital Corp
68. ING bank, FSB
69. 250 East Borrower LLC
70. East 46th Borrower LLC
71. Hale Avenue Borrower LLC
72. EHMD, LLC
73. Bats Holdings, Inc.
74. CD Representative
75. Pursuit Partners
76. Galleon Buccaneer's Offshore LTD
77. Microsoft Corporation
78. Microsoft Licensing
79. Dresdner Kleinwort Group Goldings LLC
80. Svenska Handelsbanken AB
81. Moody's Investors Service
82. IBM
83. Collins Building Services, Inc.
84. 1301 Properties Owner, LP
85. Mizuho Corporate Bank LTD
86. Greg Georgas & Mark Grock
87. Direct Energy Business LLC
88. Direct Energy LLC
89. Chevron Natural Gas
90. Bank of China
91. Pursuit Capital Partners Master

92. Pursuit Opportunity Fund I Master LTD.
93. Aig Global Investment Corporation
94. Green Tree Servicing Inc.
95. Wilmington Trust Company
96. Wilmington Trust FSB
97. Mack-Cali Realty LP
98. Arapahoe County Treasurer
99. J P Morgan Chase Bank, N.A.
100. Mizuho Corporate Bank
101. Pursuit Capital Partners Master (Cayman) Ltd.
102. CD Representative, L.C.
103. Providence Equity Partners
104. Newport Global Advisors LP
105. Altova, Inc.
106. The Informal Noteholder Group
107. Verizon Communications Inc.
108. The Department Of Taxation
109. Deustche Bank Securities Inc.
110. Brookfield Properties One WFC Co. LLC
111. Caixa Geral De Depositos, S.A.
112. FXCM Holdings, Llc
113. Morgan Stanley & Co. Incorporated
114. Credit Suisse
115. US Bank Natl Assoc.
116. Bank Of Montreal
117. Natl Australia Bank Limited
118. Barclays Capital, Inc.
119. Contrarian Capital Management, LLC
120. 8 Sound Shore Associates LLC
121. Federal Home Loan Mortgage Corp
122. Allianz Global  Investors AG
123. Marshall Funds, Inc.
124. Marshall & Ilsley Trust Company, N.A.
125. M. Arthur Gensler Jr and Assoc, Inc.
126. Gensler Architecture, Design And Planning, P.C.
127. Bay Harbour Management LC
128. Bay Harbour Master
129. Trophy Hunterr Investments
130. BHCO Master
131. MSS Distressed & Opportunities 2
132. Institutional Benchmarks
133. The TAARP Group, LLP
134. Avaya Inc.
135. Missouri Department Of Revenue, Bankruptcy Unit
136. Chuo Mitsui Trust And Banking Co.
137. Brookfield Properties One WFC Co. LLC

138. European Bank For Reconstruction
139. WSG Development Co.
140. GE Capital Information Technology
141. Vollers Excavating & Construstion,Inc
142. The Bank Of Tokyo-Mitsubishi UFJ, Ltd
143. The Chuo Mitsui Trust And Banking Co., Ltd
144. Crossroads Investment Advisers, Lp
145. Tishman Speyer Properties, L.P.
146. Shinsei Bank Limited
147. Dnb Nor Bank Asa
148. Cap Gemini Financial Services USA, Inc
149. Yildiz Holdings, Inc.
150. Godiva Chocolatier, Inc.
151. Structure Tone
152. GE Capital Information Technology Solutions, Inc. D/B/A Ikon Financial Services
153. Office Of The United States Attorney
154. Russell Investment Group, Inc.
155. Counsel To Australia And New Zealand Banking
156. JFK International Air Terminal LLC
157. Duke Corporate Education
158. Telecom Italia Capital S.A.
159. Oracle Credit Corporation
160. Eaton Corporation
161. TW Telecom Inc.
162. Bankruptcy Creditors' Service, Inc.
163. Union Bank Of California, N.A.
164. United Bank Of California, N.A.
165. Payreel, Inc.
166. City Of Farmers Branch
167. Johnson County Arlington ISD
168. Mansfield ISD
169. Burleson, ISD
170. Exegy Incorporated
171. Tiger Asia Fund, L.P.
172. Tiger Asia Overseas Fund, Ltd.
173. Executive Fliteways, Inc.
174. Business Objects Americas
175. Frictionless Commerce, Inc.
176. Travelers National Accounts
177. A-V Services, Inc.
178. Oversea-Chinese Banking Corp. Ltd.
179. Informal Group Of Taiwan Financial Institutions
180. Fondo Latinoamericano De Reservas
181. Trading Technologies International
182. Gartner, Inc.

183. Gartner UK Limited
184. Computer Financial Consultants Inc.
185. Tangoe, Inc.
186. Open Solutions Inc.
187. CB Richard Ellis, Inc.
188. Sprint Nextel Corp
189. Costello Maione Schuch Inc.
190. AEW Capital Management, LP
191. Lyon Capital Ventures
192. PJM Interconnection, L.L.C.
193. Broadridge Processing Solutions, Inc.
194. Federal Home Loan Bank Of Pittsburgh
195. Tata American International
196. Hypo Investment Bank Ag
197. Pension Benefit Guaranty Corporation
198. The Juilliard School
199. Newedge USA, LLC
200. Pacific Gas & Electric Company

## Affiliations of Outside Directors

1. Michael L. Ainslie
   - director - The St. Joe Company
   - director - Lehman Brothers Bank, FSB
   - trustee - Vanderbilt University
   - Member (and the chairman emeritus) of the Board of Directors of The Posse Foundation, Inc.
2. John F. Akers
   - director - W.R. Grace & Co
3. Roger S. Berlind
   - governor - The Broadway League
4. Thomas H. Cruikshank
5. Marsha Johnson Evans
   - director - Weight Watchers International, Inc.
   - director - Huntsman Corporation
   - director - Office Depot, Inc.
   - director - Naval Academy Foundation
   - director - America's Development Foundation.
   - advisory board - LPGA
   - advisory board - Pew Partnership for Civic Change
6. Roland A. Hernandez
   - director of MGM Mirage
   - director - The Ryland Group, Inc.
   - director - Sony Corporation
   - director - Vail Resorts, Inc.

- advisory board - David Rockefeller Center for Latin American Studies at Harvard University
- advisory board - Harvard Law School
- President's Council on International Activities – Yale University

7. Henry Kaufman
   - president - Henry Kaufman & Company
   - member (and the chairman emeritus) - Board of Trustees of the Institute of International Education
   - member - Board of Trustees of New York University
   - member (and the chairman emeritus) - Board of Overseers of the Stern School of Business of New York University
   - member - Board of Trustees of the Animal Medical Center
   - member of the International Advisory Committee of the Federal Reserve Bank of New York
   - member of the Advisory Committee to the Investment Committee of the International Monetary Fund Staff Retirement Plan
   - member of the Board of Governors of Tel-Aviv University  treasurer (and former trustee) of The Economic Club of New York.

8. John D. Macomber
   - director - Collexis Holdings, Inc.
   - director - Stewart & Stevenson LLC
   - chairman - Council for Excellence in Government
   - vice chairman - Atlantic Council
   - trustee - Carnegie Institution of Washington
   - trustee - Folger Library

9. Sir Christopher Gent
   - director - Ferrari SpA
   - senior advisor - Bain & Company, Inc.
   - advisory board - Reform


## Professionals Employed by the Company

1. Heller Ehrman LLP
2. McKenna Long & Aldridge LLP
3. Hahn Loeser & Parks LLP
4. Thacher Proffitt & Wood LLP
5. Simpson Thacher & Bartlett LLP
6. Ernst & Young
7. PricewaterhouseCoopers
8. McKee Nelson
9. DLA Piper
10. White & Case
11. Sidley Austin LLP
12. Andrews & Kurth LLP
13. Herrick & Feinstein MMOR Consulting

14. Kramer Levin Naftalis & Frankel LLP
15. Latham & Watkins, LLP
16. Schulte, Roth, & Zabel LLP
17. Ballard Spahr Anders & Ingersoll, LLP
18. Benesch, Fiedlander, Coplan & Arnoff LLP
19. Hunton & Williams LLP
20. Miller Canfield Paddock Stone
21. Kepley Brouscious & Biggs
22. Krieg Devault LLP
23. Click & Null, P.C.
24. Sonnenschein Nath & Rosenthal
25. Burns, White & Hickton
26. Windels Marx Lane & Mittendorf, LLP
27. Woodbury & Santiago, P.A.
28. Blake Cassels & Graydon LLP
29. Willkie Farr & Gallagher LLP
30. Jeffer, Mangels, Butler & Marmaro
31. Menter, Rudin & Trivelpiece, P.C.
32. Trenam, Kemker, Scharf, Barkin, Frye,O'Neill & Mullis
33. Mercer Marsh & McLennan Companies
34. Allen & Overy LLP
35. Brand Law Group, PC
36. Akerman Senterfitt
37. Foster, Graham, Milstein & Calisher, LLP
38. Reilly Pozner & Connelly  LLP
39. Dorsey & Whitney LLP
40. Paul, Weiss, Rifkind, Wharton & Garrison LLP
41. MM Arizona Holdings LLC
42. Snell & Wilmer
43. Squire, Sanders & Dempsey L.L.P.,
44. Lewis and Roca LLP
45. Hahn Loeser & Parks LLP
46. Sills Cummis & Gross P.C.
47. Cadwalader, Wickersgam & Taft LLP
48. Skadden, Arps, Slate, Measgher & Flom LLP
49. Carrington, Coleman, Sloman & Blumenthal, L.L.P.
50. Prickett Jones & Elliott, P.A.
51. Conway and Mrowiec
52. Gianni, Origoni Grippo & Partners
53. Kleyr Grasso Associes
54. Cederquist
55. Mitsui Company
56. LS Horizon Ltd.
57. Herbert Smith Ltd.
58. Oh-Ebashi LPC & Partners
59. Morrison & Foerster LLP

60. Freshfields Bruckhaus Deringer
61. NBP Clems
62. HBN Law
63. L.B. Smithplein 3
64. Pite Duncan
65. Akerman Senterfitt
66. Baker & McKenzie LLP
67. Bloom Murr & Accomazzo, P.C.
68. Foster, Graham, Milstein & Calisher, LLP
69. Houser & Allison, APC
70. Jones Day
71. Sills Cummis Epstein & Gross P.C.
72. Tompkins, McGuire, Wachenfeld & Barry LLP
73. Latham & Watkins LLP
74. Davies Ward Phillips & Vineberg
75. Einstein Malanchuk LLP
76. Gibson, Dunn & Crutcher LLP
77. Paul, Hastings, Janofsky & Walker LLP
78. Dechert LLP
79. Hogan & Hartson
80. Cox Castle Nicholson
81. Morrison & Forster
82. Stroock, Stroock & Lavan

## Litigation Claimants

1. City of Cleveland, Ohio
2. First Alliance Mortgage Company Class Action
3. IPO Class Actions
4. Breakaway Solutions Inc.
5. In re Public Offering Antitrust Litigation (consolidated class action)
6. In re Issuer Plaintiff Initial Public Offering Fee Antitrust Litigation (consolidated class action)
7. In re Mirant Corporation Securities Litigation (class action)
8. Research Analyst Independence Litigations
9. In re Lehman Brothers Holdings, Inc. Derivative Litigation (Garber, Staehr, Locals 302 & 612 of the International Union of Operating Engineers-Employers Construction Industry Retirement Trust, and Saginaw Police & Fire Pension Board, plaintiffs)
10. Annuity Fund et al. v. Lehman Brothers Holdings, Inc., et al.
11. Fogarazzo, et al. v. Lehman Brothers Inc., et al. Claude A. Reese
12. Fogel Capital Management, Inc.
13. Operative Plasterers and Cement Masons International Association Local 262 Annuity Fund
14. Electronic Trading Group, LLC
15. Forza Capital Management, L.L.C.
16. BHL Capital Partners L.P.

17. Alaska Electrical Pension Fund
18. Alex E. Rinehart
19. City of Cleveland
20. Overstock.Com Inc.
21. Keith Carpenter
22. Keith Cheng
23. Oliver Cheng
24. Mary Helbeyn
25. Elizabeth Foster
26. Hugh D. Barton
27. David Trent
28. Mark Montag
29. Bader & Yakaitis P S P & Trust
30. J. Bader

## 100 Largest Holders of Trade Debt

1. Microsoft Corporation
2. IBMorporation
3. Network Appliance Inc.
4. Iron Mountain Digital Archives
5. Bloomberg Finance LP
6. FTInteractive Data
7. Information Builders Inc
8. Tibco Software, Inc.
9. Broadridge Securities Processing
10. CDW Direct LLC
11. Sungard Securities Finance Inc
12. 1301 Properties Owner LP
13. Dell Marketing L.P.
14. Rittal Corporation
15. AC Nielsen Company
16. Thomson Financial
17. Intuition Publishing Inc.
18. Ernst & Young LLP
19. Meridian IT, Inc.
20. Northrop Grunman
21. Diversified Global Graphics Group DG3
22. Gartner Group Inc.
23. Hewlett Packard Company
24. Storage Technology Corp
25. RR Donnelley Receivables Inc.
26. Triple Point Technology, Inc.
27. Video Corporation Of America
28. Rolfe & Nolan Systems Inc.
29. Iron Mountain Digital Archives
30. Cushman & Wakefield Inc.

31. Michael Stapleton Associates
32. A V Services Inc.
33. Automated Securities Clearance Ltd.
34. Computer Associates International Inc.
35. Integreon Managed Solutions
36. Clayton Fixed Income Services, Inc.
37. Meridian It, Inc.
38. CHD Meridian Healthcare
39. Computer Financial Consultants, Inc.
40. Allen & Overy
41. DBRS Inc.
42. Wipro Technologies
43. Alpha Office Supplies Inc.
44. Logical Information Machines
45. Interactive Data Corp.
46. Acronis, Inc.
47. Structure Group
48. AFD Contract Furniture Inc.
49. Key Systems
50. Hanover Moving &Storage Co Inc.
51. Ayco Services Agency Inc.
52. Wombat Financial Software, Inc.
53. Ikon Office Solutions Inc.
54. Rockefeller Center North, Inc.
55. Trimont Real Estate Advisors Inc.
56. Liquid Engines, Inc.
57. CDW Direct LLC
58. Dimension Data
59. Kepner Tregoe Inc.
60. Cyveillance
61. Swets Information Services Inc.
62. Network Appliance Inc.
63. IBM Corporation
64. Headstrong Services, LLC
65. Gotham Technology Group
66. EXLservice Holdings Inc.
67. Quest Software Inc.
68. Restaurant Associates
69. Iron Mountain Records Management
70. Agilysys Nj, Inc.
71. Mellon Analytical Solutions
72. Enterprise Solution Providers Inc.
73. SAS Institute Inc
74. Aperture Technologies
75. Lexis-Nexis
76. Greenline Financial Technologies Inc.

77. Compliance Data Center Inc.
78. DGWB, Inc.
79. DBRS, Inc.
80. Verrazano Consulting Solutions, LLC
81. Tac Americas, Inc.
82. Lexis Nexis
83. Rainmaker Group LLC
84. Dimension Data
85. Transaction Network Services
86. Nishimura & Partners
87. SOS Security Inc.
88. Polaris Software Lab (India), Ltd.
89. 4 Connections LLC
90. Hewlett Packard Company
91. Inconit Corporation
92. ILOG Inc.
93. The Bank Of New York
94. Trilogy Leasing Co. LLC
95. Standard Register
96. KPMG, LLP
97. Infusion Development Corp.
98. Sharon Land Company, LLC
99. Emil Werr
100.    Computer Associates International Inc.

## Professionals Retained by Significant Creditor Groups

1. Milbank, Tweed, Hadley & McCloy LLP
2. Munsch Hardt Kopf & Harr, P.C.
3. Akin Gump Strauss Hauer & Feld LLP
4. The Wilson Law Firm, PC

## Utilities

1. Con Edison
2. The Hess Corporation
3. NSTAR Electirc
4. ComEd
5. Sempra Energy Solutions
6. NYC Water Board
7. AT&T
8. Cleveland Public Power
9. Cleveland Division of Water
10. Dominion
11. Interstate Gas
12. Illuminating
13. NEORSD
14. Time Warner

## Committee Members

1. Wilmington Trust Company
2. Mizuho Corporate Bank, Ltd.
3. RR Donnelley & Sons
4. The Bank of NY Mellon
5. The Royal Bank of Scotland, PLC
6. Shinsei Bank, Limited
7. Metlife

# SCHEDULE B

# Related Entities

1. 737 Portfolio Services LLC
2. 737 Portfolio Trust
3. Area Assignor Corp. (dissolved)
4. Area Depository Corporation (dissolved)
5. Area GP Corporation
6. Aristos LLC
7. ASB L.L.C.
8. Bixen Limited
9. BK I Realty Inc. (dissolved)
10. BK II Properties Inc.
11. BK III Properties Inc.
12. Blue Jay Realty Corporation
13. Bromley LLC
14. Brookson Corp.
15. Brookwood Energy & Properties Inc.
16. Canope Credit Corp.
17. Central Funding (Concord) Corporation (dissolved)
18. Clarks Summit I, LLC
19. Clarks Summit II, LLC
20. CP1 Real Estate Services Inc.
21. CP4 Real Estate Services Inc. (dissolved)
22. Dimont Corporation
23. DL Mortgage Corp.
24. DRA Management, Inc. (dissolved)
25. Eagle Energy Management, LLC
26. Eagle Energy Partners I, L.P.
27. East Dover Limited
28. Edibrook Corp.
29. EHP/GP Inc. (dissolved)
30. Equipment Management Inc.
31. Equity Strategies Loans LLC
32. Equity Strategy Loans LLC
33. First Ward Properties Inc.
34. Flight Sim I LLC
35. Flight Sim II LLC
36. Flight Sim III LLC
37. Flight Sim IV LLC
38. Flight Sim V Inc.
39. FRAH Special Services Inc.
40. Fundo De Investimento Multimercado Credito Privado Navigator Investmento
41. GA Dekalb Inc.
42. Global Principal Strategies Loans Inc.
43. GRA Finance Corporation Ltd.
44. GRA Finance Corporation Ltd.

45. Growth Partners Inc. (dissolved)
46. Hydrocarbon Capital II LLC
47. IL Lombard Inc. (dissolved)
48. Ivanhoe Lan Pty Limited
49. Jet Aircraft Leasing Inc. (dissolved)
50. Jet Partners, LLC
51. JFM Aviation Once LLC
52. KM-I Real Estate Company VII (sold)
53. Laminar Holdings LLC
54. LB Alberta Holdings Inc.
55. LB GPS Lightfoot L.L.C.
56. LB I Group Inc.
57. LB I Group Inc.
58. LB India Holdings Mauritius I Limited
59. LB India Holdings Mauritius II Limited
60. LB India Holdings Mauritius III Limited
61. LB Investment Corp. Inc.
62. LB Investment Holding Company Limited (dissolved)
63. LB Leasing Inc.
64. LB Maritim Investor GmbH
65. LB Memphis Brownestone LLC
66. LB Military Housing LLC
67. LB Note Corp.
68. LB Ohana, LLC
69. LB Skypower Inc.
70. LB Trade Corp.
71. LB3 GmbH
72. LB-NL Holdings (Cayman) Limited
73. LB-NL Holdings I Inc.
74. LB-NL Holdings L.P.
75. LB-NL U.S. Investor Inc.
76. LBQ Hong Kong Funding Ltd
77. LBQ Hong Kong Services Limited
78. LCP LTU LLC
79. LCPI Properties Inc.
80. LCPI Properties Inv.
81. Leesburg ACG LLC
82. Lehman ABS Corporation
83. Lehman Aircraft Securitization Holdings LLC
84. Lehman Asset Backed Caps Inc.
85. Lehman Brother Venture Capital 2003 Partnership
86. Lehman Brothers (Israel) Inc.
87. Lehman Brothers (Spain) S.A.
88. Lehman Brothers 1999 Venture Managers' Partnership L.P.
89. Lehman Brothers 1999 Vernture GP Partnership L.P.
90. Lehman Brothers AIM Holding II LLC

91. Lehman Brothers Alternative Investment Management LLC
92. Lehman Brothers Argentina S.A.
93. Lehman Brothers Asset Management Asia, Inc. (dissolved)
94. Lehman Brothers Asset Securitization LLC
95. Lehman Brothers Capital Partners I, L.P.
96. Lehman Brothers Capital Partners II, L.P.
97. Lehman Brothers Capital Partners IV, L.P.
98. Lehman Brothers CDO 2003 L.P.
99. Lehman Brothers CDO Associates (Cayman), Ltd.
100. Lehman Brothers CDO Associates 2003 L.P.
101. Lehman Brothers CDO Associates 2004 L.P.
102. Lehman Brothers CDO Opportunity Partners 2004-2, L.P.
103. Lehman Brothers Commodity Service Inc.
104. Lehman Brothers Communications Partnership
105. Lehman Brothers de Chile, S.A. (dissolved)
106. Lehman Brothers de Chile, S.A. (dissolved)
107. Lehman Brothers de Venezuela C.A. (inactive)
108. Lehman Brothers de Venezuela C.A. (inactive)
109. Lehman Brothers Derivative Fiance LLC
110. Lehman Brothers Derivative Products Inc.
111. Lehman Brothers Diversified Private Equity Fund 2004, L.P.
112. Lehman Brothers Energy Canada, ULC
113. Lehman Brothers Europe Inc.
114. Lehman Brothers European Mezzanine 2002 Associates L.P.
115. Lehman Brothers European Mezzanine 2002 L.P.
116. Lehman Brothers European Venture Capital Associates L.P.
117. Lehman Brothers European Venture Capital L.P.
118. Lehman Brothers Finance (Japan) Inc.
119. Lehman Brothers Financial Products Inc.
120. Lehman Brothers Fund of Funds Associates L.P.
121. Lehman Brothers Fund of Funds L.P.
122. Lehman Brothers Global Asset Management K.K. (liquidated)
123. Lehman Brothers Healthcare Venture Capital Associates L.P.
124. Lehman Brothers Healthcare Venture Capital L.P.
125. Lehman Brothers Holdings Inc.
126. Lehman Brothers Holdings International Inc.
127. Lehman Brothers Inc.
128. Lehman Brothers International Services, Inc.
129. Lehman Brothers Investment Holding Company Inc.
130. Lehman Brothers Investment Management Asia Limited
131. Lehman Brothers LBO Inc.
132. Lehman Brothers MBG Associates III L.L.C.
133. Lehman Brothers MBG Associates L.P.
134. Lehman Brothers MBG Capital Partners 1998 (C) LP
135. Lehman Brothers MBG Finders 1999 (A) L.P.
136. Lehman Brothers MBG Finders 1999 (B) L.P.

137. Lehman Brothers MBG Finders 2000 (B) L.P.
138. Lehman Brothers MBG Partners 1997 (A) L.P. (dissolved)
139. Lehman Brothers MBG Partners 1997 (B) L.P. (dissolved)
140. Lehman Brothers MBG Partners 1998 (A) L.P.
141. Lehman Brothers MBG Partners 1998 (B) L.P.
142. Lehman Brothers MBG Partners 1998 (C) L.P.
143. Lehman Brothers MBG Partners 1999 (A) L.P.
144. Lehman Brothers MBG Partners 1999 (B) L.P.
145. Lehman Brothers MBG Partners 1999 (C) L.P.
146. Lehman Brothers MBG Partners L.P.
147. Lehman Brothers MBG Venture Capital Partners 1997
148. Lehman Brothers MBG Venture Capital Partners 1998 (A) L.P.
149. Lehman Brothers MBG Venture Capital Partners 1998 (B) L.P.
150. Lehman Brothers MBG Venture Capital Partners 1998 (C) L.P.
151. Lehman Brothers MBG Venture Capital Partners 1998 (D) L.P.
152. Lehman Brothers MLP Associates, L.P.
153. Lehman Brothers MLP Partners, L.P.
154. Lehman Brothers Offshore Diversified Arbitrage Fund, Ltd.
155. Lehman Brothers Offshore Diversified Arbitrage Master Fund Ltd.
156. Lehman Brothers Offshore Diversified Private Equity Fund 2004, L.P.
157. Lehman Brothers Offshore Investment Partnership L.P.
158. Lehman Brothers Offshore Investment Partnership-Japan L.P.
159. Lehman Brothers Offshore long/short fund, ltd
160. Lehman Brothers Offshore Long/Short Master Fund Ltd.
161. Lehman Brothers Offshore Partners Ltd.
162. Lehman Brothers Offshore Partnership Account 2000/2001, L.P.
163. Lehman Brothers Offshore Partnership GP 2000/2001 L.P.
164. Lehman Brothers Overseas Inc.
165. Lehman Brothers Participation Fund Associates, L.P.
166. Lehman Brothers Partnership GP 2000/2001 L.P. (dissolved)
167. Lehman Brothers Secondary Fund of Funds Associates L.P.
168. Lehman Brothers Secondary Fund of Funds L.P.
169. Lehman Brothers Securities Taiwan Limited
170. Lehman Brothers South Asia Limited (Inactive)
171. Lehman Brothers Special Financing Inc.
172. Lehman Brothers Sudamerica S.A.
173. Lehman Brothers Uruguay S.A.
174. Lehman Brothers VC Partners L.P.
175. Lehman Brothers Venture Associates Inc.
176. Lehman Brothers Venture Bankers' Partnership L.P.
177. Lehman Brothers Venture Capital Partners I, L.P.
178. Lehman Brothers Venture GP Partnership L.P.
179. Lehman Brothers Venture Partners L.P.
180. Lehman CMO Inc.
181. Lehman Commercial Paper Inc.
182. Lehman Insurance Company

183. Lehman Loan Funding I LLC
184. Lehman Mortgage  Holdings Canada II Inc. (inactive)
185. Lehman Mortgage Company of Canada (surrendered)
186. Lehman Mortgage Company of Canada (surrendered)
187. Lehman Mortgage Holdings Canada I Inc. (inactive)
188. Lehman Municipal ABS Corp.
189. Lehman OPC LLC
190. Lehman Pass-Through Securities Inc.
191. Lehman Queens Center Inc. (inactive)
192. Lehman Queens Limited Inc. (inactive)
193. Lehman Realty & Development Corp.
194. Lehman Receivables Corp. (dissolved)
195. Lehman Risk Management, Inc. (dissolved)
196. Lehman Structured Securities Corp.
197. Lehman Syndicated Loan Inc.
198. Lehman VIP Holdings Inc.
199. Lehman VIP Investment LDC
200. Lehman VIP Investment LDC
201. Liberty Corner Inc. (sold)
202. Liberty GP II Inc. (sold)
203. Libro Companhia Securitizadora de Creditos
204. Long Point Funding Pty Ltd.
205. LPTG Inc.
206. LPTG Intermediate LLC
207. LPTG Intermediate LLC
208. LPTG LLC
209. LPTG LLC
210. LW-LP Inc.
211. LW-LP Properties Inc.
212. M&L Debt Investments Holdings Pty Limited
213. M&L Debt Investments Pty Limited
214. Mast Depositor Corp
215. MBR/GP Corp.
216. Merit, LLC
217. Metro Realty Corporation (dissolved)
218. Morganberry Corporation
219. Newark Properties One Inc.
220. Nexity Investment Partnership L.P.
221. NL Funding, L.P.
222. NL GP Inc.
223. Northstar Equipment Leasing Income Inc. (dissolved)
224. NPC Inc. (dissolved)
225. O.M.B. Limited Partner Ltd.
226. OSD Corp.
227. PAC Aircraft Management Inc.
228. Pentaring, Inc.

229. Pindar Pty Ltd.
230. QP80 Real Estate Services Inc.
231. Quality Pork Partners, Inc.
232. Real Estate Investors Inc. (dissolved)
233. Real Estate Services I Inc. (dissolved)
234. Real Estate Services VII Inc. (dissolved)
235. Reliance Energy E&P, LLC
236. RIBCO LLC
237. RIBCO LLC
238. RIBCO SPC, Inc.
239. Rock Hill Real Estate, Inc.
240. Sambar Properties Inc.
241. SASCO ARC Corporation
242. Scranzay, Inc.
243. Select Asset Inc.
244. Senior Income Fund Inc. (dissolved)
245. Serafino Investments Pty Limited
246. Shearson Lehman Brothers Capital Partners II, L.P.
247. Shearson Lehman Hutton Capital Partners II
248. Skratook LLC
249. Small Business Assets I LLC
250. Stamford Investment Realty Inc.
251. STRATUS I Inc.
252. Structure Asset Securities Corporation II
253. Structured Asset Securities Corporation
254. Structured Options Inc.
255. STUIE CORP.
256. TAL Europe, LLC
257. Tallus
258. Townsend Analytics Japan Ltd.
259. Townsend Analytics, Ltd.
260. TX Tower Inc. (sold)
261. West Dover, LLC

## Former Lehman Brothers Holdings Inc. Entities

1.        314 Commonwealth Ave. Inc.
2. Aegis Finance LLC
3. Alnwick Investments (UK) Limited
4. Alnwick Investments (UK) Ltd. Kingdom
5. Appalachian Asset Management Corp
6. ARS Holdings I LLC
7. Aurora Loan Services LLC
8. Ballybunion Investments No. Ltd.
9. Ballybunion Investments No. 2 Ltd.
10. Ballybunion Investments No. 3 Ltd
11. Ballybunion Partnership

12. Bamburgh Investments (UK) Ltd
13. Banque Lehman Brothers S.A.
14. Blixen U.S.A.
15. Blue Way Finance Corporation U.A.
16. BNC Holdings Inc.
17. Brasstown Entrada I SCA
18. Brasstown LLC
19. Brasstown Mansfield I SCA
20. Capital Analytics II, LP
21. Capstone Mortgage Services Ltd
22. CIMT Limited
23. Cohort Investments Limited
24. Commonwealth Ave. Inc.
25. Dynamo Investments Ltd.
26. Eldon Street Holdings Limited
27. ELQ Holdings B.V.
28. ELQ Hypothekan N.V.
29. Entrada II Sarl
30. Erin Asset
31. e-Valuate, LP
32. Executive Monetary Management, Inc.
33. Falcon Holdings I LLC
34. Falcon Holdings II Inc
35. Falcon Investor I-X Inc
36. Falcon LB Sarl
37. Furno & Del Castano CapitalPartners LLP
38. Gainsborough Investments BV
39. GKI Korea Development Limited
40. Global Korea Investments Ltd.
41. Global Thai Property Fund
42. Hills Funding One, Ltd.
43. Kayenta L.P
44. Kenilworth Investments  Ltd.
45. L.B.C. YK
46. L.B.C. YK  Hearn Street Holdings Limited
47. LB  Leaseco I
48. LB  LLC
49. LB 745 Leaseco I LLC
50. LB 745 LLC
51. LB Alpha Finance Cayman Limited
52. LB Asia Issuance Company Ltd.
53. LB Asset Management Ltd.
54. LB Australia and Asia Investments Limited
55. LB Beta Finance Cayman Limited
56. Lehman Brothers U.K. Holdings Ltd.
57. LB Capital Investments  Ltd.

58. LB Delta (Cayman) No  Ltd.
59. LB Delta (Cayman) No 1 Ltd
60. LB Delta Funding
61. LB Holdings Intermediate  Ltd.
62. LB Holdings Intermediate 1 Ltd
63. LB Holdings Intermediate 2 LtdLB I Group Inc
64. LB India Holdings Cayman I Limited
65. LB India Holdings Cayman II Limited
66. LB Investments (UK) Limited
67. LB Lease & Finance No . Ltd.
68. LB Lomond Investments Limited
69. LB Russia Holdings Inc.
70. LB Russia Holdings LLC
71. LB SF No.  Ltd.
72. LB SPV SCA
73. LB UK Financing Limited
74. LB UK RE Holdings Ltd.
75. LBA Funding (Cayman) Limited
76. LBAC Holdings I Inc
77. LBASC LLC
78. LBCCA Holdings I Inc.
79. LBCCA Holdings I LLC
80. LBCCA Holdings II Inc
81. LBCCA Holdings II LLC
82. LBHK Funding (Cayman) No.  Ltd.
83. LBHK Funding (Cayman) No. 1 Ltd
84. LBHK Funding (Cayman) No. 2 Ltd.
85. LBHK Funding (Cayman) No. 4 Ltd
86. LB Vin Co Inc.
87. LBO Funding (Cayman) Limited
88. LBO Investments Limited
89. LBQ Funding (UK)
90. LBS Holdings SARL
91. LCPI Properties Inc
92. Lehman ALI Inc.
93. Lehman Brothers (PTG) Limited
94. Lehman Brothers AIM Holding III LLC
95. Lehman Brothers Asia Capital Company
96. Lehman Brothers Asia Capital Company Kong
97. Lehman Brothers Asia Holdings Limited
98. Lehman Brothers Asia Limited
99. Lehman Brothers Asia Pacific (Singapore) PTE. Ltd.
100.    Lehman Brothers Asset Management (Europe) Ltd
101.    Lehman Brothers Asset Management France
102.    Lehman Brothers Asset Management Inc
103.    Lehman Brothers Asset Management, LLC

104. Lehman Brothers Australia Granica PTY Limited
105. Lehman Brothers Australia Holdings PTY Limited.
106. Lehman Brothers Australia Limited
107. Lehman Brothers Bancorp Inc
108. Lehman Brothers Bancorp UK Holdings Limited
109. Lehman Brothers Bank, FSB
110. Lehman Brothers Bankhaus Aktiengesellschaft
111. Lehman Brothers Canada Inc
112. Lehman Brothers Capital GmbH, Co
113. Lehman Brothers Capital Private Limited
114. Lehman Brothers Co-Investment Associates LLC
115. Lehman Brothers Commercial Bank
116. Lehman Brothers Commercial Corporation
117. Lehman Brothers Commercial Corporation Asia Limited
118. Lehman Brothers Commercial Mortgage K.K.
119. Lehman Brothers Commodity Services Inc.
120. Lehman Brothers do Brasil Ltda
121. Lehman Brothers Equity Finance (Cayman) Limited
122. Lehman Brothers Europe Limited
123. Lehman Brothers Finance S.A
124. Lehman Brothers Fixed Income Securities Private Limited
125. Lehman Brothers Futures Asia Limited
126. Lehman Brothers Futures Asset Management Corp
127. Lehman Brothers Global Investments LLC
128. Lehman Brothers Holdings Capital Trust IV
129. Lehman Brothers Holdings Japan Inc.
130. Lehman Brothers Holdings Plc
131. Lehman Brothers Holdings Scottish LP
132. Lehman Brothers Hy Opportunities Inc.
133. Lehman Brothers Hy Opportunities Korea Inc.
134. Lehman Brothers Inc.
135. Lehman Brothers Insurance Agency L.L.C
136. Lehman Brothers International (Europe)
137. Lehman Brothers Investment Korea Inc
138. Lehman Brothers Investments PTE Ltd.
139. Lehman Brothers Japan Inc
140. Lehman Brothers Limited
141. Lehman Brothers Luxembourg Investments Sarl
142. Lehman Brothers Management LLC
143. Lehman Brothers Offshore Real Estate Associates, Ltd
144. Lehman Brothers OTC Derivatives Inc.
145. Lehman Brothers P.A. LLC
146. Lehman Brothers Pacific Holdings Pte. Ltd.
147. Lehman Brothers Private Equity Advisers
148. Lehman Brothers Private Equity Advisers L.L.C
149. Lehman Brothers Private Fund Advisers LP

150. Lehman Brothers Private Fund Advisers LPD
151. Lehman Brothers Private Fund Management LP
152. Lehman Brothers Private Funds Investment Company GP, LLC
153. Lehman Brothers Private Funds Investment Company LP, LLC
154. Lehman Brothers Securities Asia Limited
155. Lehman Brothers Securities N.V.
156. Lehman Brothers Securities Private Limited
157. Lehman Brothers Services India Private Limited
158. Lehman Brothers Singapore PTE Ltd.
159. Lehman Brothers South East Asia Investments PTE Limited
160. Lehman Brothers Spain Holdings Limited
161. Lehman Brothers Special Financing Inc.
162. Lehman Brothers Treasury Co. B.V.
163. Lehman Brothers Trust Company of Delaware
164. Lehman Brothers Trust Company, National Association
165. Lehman Brothers U.K. Holdings (Delaware) Inc.
166. Lehman Brothers U.K. Holdings Ltd.
167. Lehman Brothers UK Investments Limited
168. Lehman Brothers Verwaltungs-und Beteiligungsgesellschaft mbH
169. Lehman Capital Investments  Ltd.
170. Lehman Commercial Mortgage Conduit Ltd.
171. Lehman Crossroads Corporate Investors II, LP
172. Lehman Crossroads Corporate Investors, LP
173. Lehman Crossroads Investment Advisers, LP
174. Lehman Crossroads Investment Company, LP
175. Lehman Re Ltd.
176. Lehman Risk Advisors Inc.
177. Lehman Risk Services (Bermuda) Ltd.
178. Lehman Structured Assets Inc.
179. Lehman Syndicated Loan Funding Inc
180. LIBRO Holdings I Inc.
181. Lincoln Capital Fixed Income Management Company, LLC
182. Longmeade Limited
183. Louise Y.K.
184. LUBS Inc.
185. Lunar Constellation Limited Partnership
186. MABLE Commercial Funding Limited
187. Maewha K-STARS Ltd.
188. MBAM Investor Limited
189. MICT Limited
190. MMP Funding Corp.
191. Nai Harn Hotel 1 Company Limited
192. Nale Trust
193. Neuberger & Berman Agency, Inc.
194. Neuberger Berman Asset Management, LLC
195. Neuberger Berman Inc.

196. Neuberger Berman Investment Services, LLC
197. Neuberger Berman Management Inc.
198. Neuberger Berman Pty Ltd.
199. Neuberger Berman, LLC
200. New Century Finance Co., LTD.
201. OCI Holdings Limited
202. OOO Lehman Brothers
203. Opal Finance Holdings Ireland Limited
204. Pentaring Inc.  Long Point Funding Pty Ltd
205. Phuket Hotel 1 Holdings Company Limited.
206. Pike International Y.K.
207. Pindar Pty Ltd
208. Portsmouth Investment Company Pty Ltd
209. Preferred Group Limited
210. Preferred Holdings Limited
211. Preferred Mortgages Limited
212. Principal Transactions Inc.
213. Property Asset Management Inc.
214. Real Estate Private Equity Inc.
215. REPE LBREP II LLC
216. REPE LBREP III LLC
217. Resetfan Limited
218. Resetfan Limited  Capstone Mortgage Services Ltd.
219. Revival Holdings Limited
220. Sage Partners, LLC
221. SAIL Investor Pte Ltd.
222. Security Assurance Advisers, LP
223. SOGKI Development Inc.
224. Southern Pacific Funding
225. Southern Pacific Funding 5 Ltd
226. Southern Pacific Mortgage Limited
227. SPML Mortgage Funding Limited
228. SPML Mortgage Funding Limited
229. Lehman Brothers Europe Limited
230. Stockholm Investments Limited
231. Storm Funding Ltd.
232. Storm Funding Ltd. Lehman (Cayman Islands) Ltd.
233. Sunrise Finance Co., Ltd.
234. Thayer Group Limited
235. Thayer Properties (Jersey) Ltd.
236. Thayer Properties Limited
237. The Main Office Management Company, LP
238. TMIC Limited
239. Wharf Reinsurance Inc.
240. Woori-LB Fifth Asset Securitization Specialty Co., Ltd.
241. Woori-LB First Asset Securitization Specialty Co., Ltd.

242. Woori-LB Fourth Asset Securitization Specialty Co., Ltd.
243. Woori-LB Sixth Asset Securitization Specialty Co., Ltd
244. Y.K. Park Funding
245. Y.K Tower Funding

# SCHEDULE C

**Creditors** [1]

ABN AMRO Rothschild
Accenture
AIG  - Sun America
Allen & Overy LLP
Allianz of America
Allstate Insurance Co.
Amerada Hess Corporation
American Family Life Insurance
At & T
Baker & McKenzie
Banc of America Securities
Bank of America
Bank of China
Bank of NY Mellon
Bank of Tokyo-Mitsubishi Trust Co.
Barclays Bank, PLC
Blackrock Financial
Bloomberg LP
BNP Paribas
Canadian Imperial Bank
Capital Research & Management Co.
CB Richard Ellis
CDW Computer Centers Inc.
Chuo Mitsui Trust
CIBC, Inc.
Citigroup Inc.
Clifford Chance US LLP
Con Edison
Continental Casualty Company
Credit Suisse
Danske Bank
Dell Marketing LP
Deutsche Bank AG
Dimension Data
Dorsey & Whitney LLP
Dresdner Bank AG
Ernst and Young

[1] A&M is currently advising or has previously advised these parties or their affiliates as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

Federated Investors
Fidelity Management & Research Co. (FMR)
First Commercial Bank
Franklin Advisors LP
Franklin Templeton Investments
General Electric Capital Corporation
GLG Partners
Hartford Capital Appreciation Fund
Hewlett Packard Co.
HSBC Bank
Hua Nan Bank
ING Bank
Iron Mountain
Jackson National Life Insurance Company
John Hancock Advisors, Inc.
JP Morgan Chase Bank
KBC Bank, N.V.
Lloyds
Loomis, Sayles & Company, LP
Merrill Lynch
MetLife
MGM Home Entertainment
MGM Mirage Resorts
Microsoft Corporation
Mizuho Corporate Bank, Ltd
Morgan Stanley & Co.
National Bank of Canada
New York City Water Board
Newedge
Normandy Equities LTD
NYSE
Office Depot, Inc.
Oppenheimer Funds, Inc.
Oracle Corporation
Paul Hastings
Pension Benefit Guaranty Corp.
Phillips, Hager & North Investment Management
PIMCO Corporate Income Fund
Price Waterhouse Coopers
Principal Life Insurance Co.
Providence Equity Partners
Prudential Insurance Company of America
Reuters America, Inc.
Schulte Roth & Zabel  LLP

Sempra Energy Solutions
Sidley Austin
Snell & Wilmer LLP
Societe Generale, S.A.
Sony Music
Sprint
Sprint Nextel
Standard Chartered Bank
State Street Bank & Trust Co.
Sumitomo Mitsui Banking Corporation
Sun Life Canada
T Rowe Price
Teachers Insurance and Annuity Association
of America (TIAA)
The Bank of Nova Scotia
The Bank of NY Mellon
The Royal Bank of Scotland, PLC
The Toronto Dominion Bank
Thompson Financial
Transamerica Business Capital Corp
Travelers Insurance
UBS Investment Bank
Union Bank of California
US Bank
Van Kampen
Verizon
Washington Mutual
Western Asset Management Company
Wilmington Trust Company

**Members of Noteholders Group** [2]
ABN AMRO Rothschild Inc.
Allstate Insurance Co.
Barclays Capital Inc.
Capital Research & Management Co.
Continental Casualty Company
Deutsche Bank Securities
Fidelity Management & Research Co.
(FMR)

IKON
Leows (Continental Casualty)
Merrill Lynch
MetLife
Morgan Stanley & Co.
Newport Global Advisors
Oppenheimer Funds, Inc.
Price Waterhouse Coopers
State Street Bank & Trust Co.
The Bank of NY Mellon
The Vanguard Group

**Professionals & Advisors** [3]
Accenture
Akerman Senterfill LLP
Akin Gump Strauss Hauer & Feld LLP
Allen & Overy
American Home Assurance Co. (AIG)
Andrews Kurth LLP
Ashurst Morris Crisp
Bain & Company, Inc.
Baker & McKenzie
Bank of America, N.A.
Bank of NY Mellon
Barclays Bank, PLC
Cadwalader Wickersham Taft
Capital Research & Management Co.
Carrington Coleman
CB Richard Ellis [4]
CIBC World Markets Corp
Clifford Chance US LLP
Cox Castle & Nicholson
Credit Suisse
Davies Ward Phillips [4]
Davis Polk & Wardwell
Dechert LLP
DLA Piper Rudnick Gray Cary [4]

---

[2] A&M is currently advising or has previously advised various official or unofficial noteholders' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

[3] These professionals have represented clients in matters where A&M or its affiliate was also an advisor (or provided crisis management) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

Ernst and Young
Fidelity Management & Research Co.
Freshfields
Gibson Dunn Crutcher LLP
Heller Ehrman LLP
Herbert Smith
Hogan & Hartson
Houser Allison
HSBC Bank
Hunton Williams
Huron Consulting Group, Inc.
ING
Jones Day
Kim & Chang
KPMG
Kramer Levin Naftalis & Frankel LLP[4]
Latham & Watkins LLP
Lewis & Roca LLP
Linklaters
McKenna Long & Aldridge LLP
Menter Rudin Trivelpiece PC
Milbank Tweed Hadley & McCloy
Morgan Stanley & Co.
Morrison Foerster
Munsch Hardt Kopf & Harr
Paul Hastings Janofsky & Walker LLP
Paul Weiss
Price Waterhouse Coopers
RR Donnelley & Sons
Schulte Roth & Zabel LLP
Sidley Austin
Simpson Thacher & Bartlett LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Snell & Wilmer
Sonnenschein Nath Rosenthal
Squire, Sanders & Dempsey, LLP
Stroock Stroock & Lavan
The Bank of NY Mellon
The Royal Bank of Scotland, PLC
The Vanguard Group
Tompkins McGuire
UBS Investment Bank
Vanguard High-Yield Corporate Bond

Portfolio
Weil Gotshal & Manges LLP[4]
Wells Fargo Foothill Capital
White & Case LLP
Willkie Farr & Gallagher LLP[4]

**Clients of A&M and/or its Affiliates** [5]
ABN AMRO Rothschild
Accenture
AIG
Akin Gump Strauss Hauer & Feld LLP
Allstate Insurance Co.
Amerada Hess Corporation
AT & T
AXA
Baker & McKenzie
Bank of America
Bank of Montreal
Bank of NY Mellon
Barclays Capital PLC
BNP Paribas
Chevron
CIBC
Citi Alternative
Citigroup Inc.
Computer Associates
Con Edison
Cox Castel & Nicholson
Credit Suisse
Cushman Wakefield Inc.
Dechert LLP
Deutsche Bank AG
Direct Energy
DLA Piper Rudnick Gray Cary
Dresdner Kleinwort
Ernst and Young
Federated Investors
Fenway
Fidelity Investments
Franklin Templeton
Fubon Financial Holding

---

[4] These professionals represent A&M or its affiliate on wholly unrelated matters.

[5] A&M and/ or an affiliate is currently providing or has previously provided certain consulting services to these parties or their affiliates in wholly unrelated matters.

General Electric
Gensler
Heller Erhman LLP
Hewlett Packard
ING Clarion
John Hancock Advisors
Jones Day
JP Morgan Chase
KPMG
Latham & Watkins LLP
London Life & General Reinsurance Co. Ltd
Merrill Lynch
MetLife
MGM International Group
Microsoft Corporation
Morgan Stanley & Co.
National Bank of Canada
Network Appliance
Network Appliance Inc.
Nextel
Northrop Grumman
Occidental Petroleum Corporation
Office Depot
Oppenheimer Funds, Inc.
Pacific Gas & Electric Company
Prudential Insurance Company of America
Quest Software
Sidley Austin
Simpson Thacher & Bartlett LLP
Skadden, Arps, Slate, Meagher & Flom LLP
Standard Chartered Bank
T. Rowe Price Group Inc.
Telecom Italia, SPA
The Irvine Company
The Rockefeller Group
The Royal Bank of Scotland
TIAA CREF
Time Warner
Toronto Dominion Bank
Transaction Network Services
Travelers Insurance Company
UBS Investment Bank
US Bank
Vail Resorts, Inc.
Verizon
Weight Watchers International Inc.

Weil Gotshal & Manges
Wells Fargo
White & Case

**<u>Significant Equity Holders</u>**[6]
ABN AMRO Rothschild
AIG
Allianz Group
Arthur Gensler
AXA
Bain & Company, Inc
Bank of America
Bank of NY Mellon
Barclays Bank, PLC
Bay Harbour Management LC
Blackrock Advisors, LLC
Capital Research & Management Co.
Citibank NA
Clearbridge Advisors LLC
Contrarian Capital Management LLC
Deutsche Bank AG
Dresdner Kleinwort
Federated Investment Management
Fenway
Fidelity Management & Research Co.
(FMR)
Franklin Templeton Funds
Galleon
GLG Partners, Inc.
HSBC Bank
ING
JPMorgan Chase
Loomis, Sayles & Company, LP
Mellon Bank. N.A.
Merrill Lynch
Microsoft Corporation
Morgan Stanley & Co.
NATIXIS
Northrop Grumman
Oppenheimer Funds, Inc.
Price Associates Inc

---

[6] These parties or their affiliates are
significant equity holders of other clients of
A&M or its affiliates in wholly unrelated
matters.

Providence Equity
Societe Generale de Financement de Quebec
State Street
T Rowe Price Associates Inc
The Vanguard Group Inc.
TIAA CREF Investment Management
UBS Securities Bank
Verizon
Vertex Management
Wells Fargo & Company

**<u>Significant Joint Venture Partners</u>**[7]
Accenture
IBM
Sprint

---

[7] These parties or their affiliates are significant joint venture partners of other clients of A&M or its affiliates in wholly unrelated matters.

# EXHIBIT 1

List of Additional Personnel

| # | Team | Primary Tasks | Name | A&M Title | A&M SBU |
|---|------|---------------|------|-----------|---------|
| | | | Team Leader | | |
| 1 | **Overall Engagement** | | Bryan Marsal | Co-CEO/A&M | NY |
| | **Legacy Corporation** | | | | |
| 2 | | Treasury | David Coles | Managing Director | Restructuring - NY |
| 3 | | Accounting/Finance | William Fox | Managing Director | Restructuring - NY |
| 4 | | Tax | Brad Goldsmith | Sr. Associate | TAG |
| 5 | | Cash Management | Deep Parekh | Director | TAG |
| 6 | | Cash Forecasting | Steven Cohn | Managing Director | Restructuring - NY |
| 7 | | DIP Financing | Jonas Stiklorius | Director | Restructuring - NY |
| 8 | | Financial Reporting | Andrew Thung | Senior Associate | Restructuring - NY |
| 9 | | Bank/Thrift | Michael Leto | Director | Restructuring - NY |
| 10 | | | Chris Kelly | Sr. Associate | Restructuring - DC |
| 11 | | | Bill Reinhardt | Senior Director | FIAS - NY |
| 12 | | | Michael Carnovali | Senior Director | FIAS - NY |
| 13 | | | Gary Meier | Director | FIAS - Houston |
| 14 | | | Layne Huttenberger | Director | FIAS - DC |
| 15 | | | George Daniels | Senior Director | FIAS - Houston |
| 16 | | | Sherry Resler | Manager | FIAS - Houston |
| 17 | | | Jeff Rose | Managing Director | FIAS - Houston |
| 18 | | | Sam Golden | Managing Director | FIAS - US |
| 19 | | | Lois Trojan | Director | FIAS - US |
| 20 | | | Matt Macellaro | Director | FIAS - US |
| 21 | | | Devin White | Manager | FIAS - US |
| 22 | | | Jim Rives | Managing Director | FIAS - US |
| 23 | | | Danielle Horowitz | Associate | Tax - International |
| 24 | | | Roseann Torres | Director | Tax - International |
| 25 | | | Sumit Mitra | Director | Tax - SALT |
| 26 | | | Brian Cumberland | Managing Director | Tax - CAB |
| 27 | | | Harry Leonard | Managing Director | Tax - SALT |
| 28 | | | Mike Lippman | Managing Director | Tax - SALT |
| 29 | | | Steve Borman | Managing Director | Tax - Federal |
| 30 | | | Steve Hoffman | Managing Director | Tax - International |
| 31 | | | Fabio Gadelha | Sr. Associate | Tax - International |
| 32 | | | Shannon Berryman | Sr. Associate | Tax - International |
| 33 | | | Lindsey Miller | Sr. Direcotr | Tax - CAB |
| 34 | | | Doug Friesen | Associate | Tax - CAB |
| 35 | | | Brandon Peele | Director | Tax - Federal |
| 36 | | | Stephanie DeYoung | Director | Tax - Federal |
| | **Winndown/Transition** | | | | |
| 37 | | Transition Services Agreement | Jim Fogarty | Managing Director | Restructuring - NY |
| 38 | | Costs/Expenses | Robert Hershan | Managing Director | Restructuring - NY |
| 39 | | Human Resources | William Gordon | Senior Director | Restructuring - NY |
| 40 | | Technology | Arjun Lal | Senior Associate | Restructuring - NY |
| 41 | | | Mary Korycki | Senior Associate | Restructuring - NY |
| 42 | | | James Schwarz | Associate | Restructuring - NY |
| 43 | | | Jeff Donaldson | Managing Director | BC - NY |
| 44 | | | Rajeev Jain | Senior Director | BC - Boston |
| 45 | | | Simon Xu | Director | BC - NY |
| 46 | | | Brian Lerubino | Consultant | BC - NY |
| 47 | | | Mike Shanahan | Manager 1 | BC - NY |
| 48 | | | Damien Drab | Director | BC - NY |
| 49 | | | Thiru Thathappa | Manager II | BC - NY |
| 50 | | | Brad Hartman | Support Employee | Corporate |
| 51 | | | Paul Yeager | Manager I | TAMS |
| 52 | | | John Kirk | Sr. Director | TAMS - Boston |

| # | Team | Primary Tasks | Name | A&M Title | A&M SBU |
|---|------|---------------|------|-----------|---------|
| | | | Team Leader | | |
| | **Claims** | | | | |
| 53 | | Consituents | John Suckow | Managing Director | Restructuring - NY |
| 54 | | Unborn Claims | Daniel Spragg | Managing Director | RMA |
| 55 | | Pension Freeze | Neal Wallace | Associate | RMA |
| 56 | | Claims Management | Julie Hertzberg | Managing Director | CMS- Detroit |
| 57 | | | Steve Kotarba | Senior Director | CMS- Chicago |
| 58 | | | Paul Kinealy | Director | CMS- Detroit |
| 59 | | | Mark Zeiss | Director | CMS- Detroit |
| 60 | | | Kevin Larin | Consultant 1 | CMS- Detroit |
| 61 | | | Holden Bixler | Consultant 1 | CMS- Detroit |
| 62 | | | Matt Williams | Consultant 1 | CMS- Detroit |
| 63 | | | Rob Esposito | Consultant 1 | CMS- Detroit |
| 64 | | | Rich Niemerg | Consultant 1 | CMS- Detroit |
| 65 | | | Mary Lou Cabadas | Consultant 1 | CMS- Detroit |
| 66 | | | Teri Christians | Consultant 1 | CMS- Detroit |
| 67 | | | Jamie Strohl | Analyst | CMS- Detroit |
| | | **Forensic Techonology** | | | |
| 68 | | Data Preservation | Al Lakhani | Managing Director | DAF - NY |
| 69 | | Databases | Brett Rheder | Director | DAF - Dallas |
| 70 | | Email / IM / Files | Tyler Langenkamp | Director | DAF - Houston |
| 71 | | | Steven Lee | Manager | DAF - NY |
| 72 | | | Josh Shepard | Manager | DAF - Houston |
| 73 | | | Craig Evans | Senior Associate | DAF - Dallas |
| 74 | | | Dara Badger | Senior Associate | DAF - NY |
| 75 | | | John DeCraen | Senior Associate | DAF - Dallas |
| 76 | | | Jonathan Scheffran | Senior Associate | DAF - Dallas |
| 77 | | | Dipesh Patel | Senior Associate | DAF - Dallas |
| 78 | | | Brad Hartman | Support Employee | Corporate |
| 79 | | | Charles Leonard | Support Employee | Corporate |
| 80 | | | Carmelo LoPresti | Support Employee | Corporate |
| | | **Forensic Analsyis** | | | |
| 81 | | Litigation Support/Analysis | Philip Kruse | Managing Director | DAF - NY |
| 82 | | | Xavier Oustalniol | Managing Director | DAF - San Francisco |
| 83 | | | Lauren Sheridan | Sr. Director | DAF - NY |
| 84 | | | Ganimet Bardhi | Sr. Associate | DAF - NY |
| 85 | | | Loran Cheng | Sr. Associate | DAF - NY |
| | **Asset Teams** | **Derivatives** | | | |
| 86 | | Analysis | Martin Winter | Managing Director | Restructuring - NY |
| 87 | | Unwind | Chuck Finch | Managing Director | DAF-KC |
| 88 | | | Doug Lambert | Managing Director | Public Sector |
| 89 | | | Deb Cash | Sr. Director | BC-Houston |
| 90 | | | Aaliyah Richmond | Manager | BC - NY |
| 91 | | | Jose Velazquez | Manager | DAF - NY |
| 92 | | | Reilly Olson | Analyst | Restructuring - NY |
| 93 | | | Patrick Kim | Director | Real Estate - NY |
| 94 | | | Paul Smith | Director | DAF - Kansas City |
| | | **Loans** | | | |
| 95 | | Analysis | Peter Briggs | Managing Director | Restructuring (GM) |
| 96 | | Unwind | David Walsh | Managing Director | Restructuring - NY |
| 97 | | | Tom Baldasare | Managing Director | Restructuring - ATL |
| 98 | | | Ian McCready | Analyst | Restructuring - NY |
| 99 | | | Sam Golden | Managing Director | FIAS - US |

| # | Team | Primary Tasks | Name | A&M Title | A&M SBU |
|---|------|---------------|------|-----------|---------|
| | | | Team Leader | | |
| | **Asset Teams (cont.)** | **Real Estate** | | | |
| 100 | | Asset Recovery Plan | Jeff Fitts | Managing Director | Real Estate - NY |
| 101 | | Dispositions | Jerry Pietroforte | Managing Director | Real Estate - NY |
| 102 | | Pledged Collateral Issues | Gregory Chastain | Senior Director | Real Estate - NY |
| 103 | | | Luis Briones | Associate | Real Estate - NY |
| 104 | | | Seth Markowitz | Manager | Real Estate - NY |
| 105 | | | Gil Gallego | Manager I | Real Estate - NY |
| 106 | | | Rachel Schmidt | Associate | DAF - Dallas |
| 107 | | | Amber Benoit | Manager I | REAS - Dallas |
| 108 | | | Matt Kelley | Associate | REAS - Dallas |
| 109 | | | Matt Doolittle | Associate | DAF - Dallas |
| 110 | | | Linda Franke | Support Employee | Real Estate - NY |
| | | **Private Equity Investments** | | | |
| 111 | | PE Investments | Jack McCarthy, Jr | Managing Director | TAG - NY |
| 112 | | M&A Coordination | Jason Cohen | Senior Associate | TAG - NY |
| 113 | | | Doug McIntosh | Managing Director | Restructuring - Canada |
| 114 | | | Al Hutchens | Sr. Director | Restructuring - Canada |
| 115 | | | Melanie MacKenzie | Director | Restructuring - Canada |
| 116 | | | Alex Lee | Sr. Associate | Restructuring - Canada |
| 117 | | | Jack McCarthy, Sr. | Director | |
| | | **International Operating Co's** | | | |
| 118 | | M&A Coordination | Daniel Ehrmann | Managing Director | Restructuring - NY |
| 119 | | Issue Resolution | Brian Teets | Associate | Restructuring - NY |
| | | Administrator Coordination | Jack McCarthy, Sr. | Director | |
| | | | Deb Cash | Sr. Director | BC-Houston |
| 120 | | | George Varughese | Managing Director | CF-NY |
| 121 | | | Vin Batra | Senior Director | CF-NY |
| 122 | | | Eddie Suttiratana | Associate | CF-NY |
| 123 | | | Nina So | Analyst | CF-NY |
| 124 | | | Adeola Roluga | Analyst | CF-NY |
| 125 | | | Rakesh Chopra | SubContractor (MD) | RS - UK out of India |
| 126 | | | Sankar Krishnan | Managing Director | Mumbai |
| 127 | | | Sumit Singh Roy | Director | Mumbai |
| 128 | | | Sameer Trivedi | Senior Manager | Mumbai |
| 129 | | | Divir Jain | Manager | Mumbai |

| # | Team | Primary Tasks | Name | A&M Title | A&M SBU |
|---|------|---------------|------|-----------|---------|
| | | | Team Leader | | |
| 130 | | **International Operating Co's (cont.)** | Ann Cairns | Managing Director | FIAS - UK |
| 131 | | | Thomas Dillenseger | Director | Restructuring - UK |
| 132 | | | John Keen | Director | Restructuring - UK |
| 133 | | | Keith Beattie | Director | Perf. Improv. - UK |
| 134 | | | Cathy Radley | Sr. Associate | Restructuring - UK |
| 135 | | | Adriano Bianchi | Managing Director | Restr - Italy Head |
| 136 | | | C. Thoma | Director | Restructuring - France |
| 137 | | | L. Perrot | Sr. Associate | Restructuring - France |
| 138 | | | A. Hamann | Sr. Director | Restructuring - Germany |
| 139 | | | A. Cozza | Analyst | Restructuring - Italy |
| 140 | | | M. Ghiringhelli | Sr. Director | Restructuring - Italy |
| 141 | | | Neill Poole | Managing Director | DAF - HK |
| 142 | | | Aruni Weerasekera | Director | DAF - HK |
| 143 | | | Ian Tan | Senior Manager | DAF - HK |
| 144 | | | Johnathan Lai | Senior Manager | DAF - HK |
| 145 | | | Melanie Cheung | Administrative Srv | HK |
| 146 | | | David Maund | Managing Director | Restr/BC - HK |
| 147 | | | Victor Wong | Senior Manager | BC - HK |
| 148 | | | Paul Chua | Manager | Restr/BC - HK |
| 149 | | | Stephen Chon | Analyst | Restr - HK |
| 150 | | | Vivian Poon | Administrative Srv | HK |
| 151 | | | Stewart Winspear | Managing Director | Restr/BC - Shanghai |
| 152 | | | William Dong | Senior Director | Restr/BC - Shanghai |
| 153 | | | Kevin Zhang | Analyst | Restr/BC - Shanghai |
| 154 | | | Fabio Carvalho | Senior Director | Restructuring - Brazil |
| 155 | | | Helena Pini | Analyst | Restructuring - Brazil |
| 156 | | | Lucas Canhoto | Associate | Restructuring - Brazil |
| 157 | | | Gustavo Vale | Analyst | Restructuring - Brazil |

# EXHIBIT 2

List of Officers and Directors

**List of Lehman/A&M Officers & Directors** **Exhibit 2**
**As of October 14, 2008**

| **Executive Officers:** | **Title** |
|---|---|
| Bryan Marsal | Chief Restructuring Officer |
| David Coles | Chief Financial Officer |
| James Fogarty | Chief Administrative Officer |

| **Other Officers:** | **Responsibility:** |
|---|---|
| Tom Baldasare | Loans |
| Peter Briggs | Loans |
| Steve Borman | Federal Tax |
| Ann Cairns | European Operations |
| Fabio Carvahlo | Latin American Operations |
| Steven Cohn | Treasury |
| Brian Cumberland | Compensation & Benefits |
| Jeff Donaldson | Technology |
| Daniel Ehrmann | International Operations |
| Chuck Finch | Derivatives |
| Jeff Fitts | Real Estate |
| William Fox | Accounting/Finance |
| William Gordon | Transition Services Agreement |
| Robert Hershan | Human Resources |
| Julie Hertzberg | Claims Management |
| Steve Hoffman | International Tax |
| Tom Jones | International Operations |
| Philip Kruse | Forensic Analysis |
| Al Lakhani | Data Preservation |
| Doug Lambert | Loans |
| Harry Leonard | State and Local Taxes |
| Mike Lippman | State and Local Taxes |
| Jack McCarthy, Jr. | Private Equity |
| David Mound | Asian Operations |
| Xavier Oustalniol | Forensic Analysis |
| Jerry Pietroforte | Real Estate |
| Neil Poole | Asian Operations |
| Dan Spragg | Insurance |
| Jonas Stiklorius | Bank/Thrift |
| John Suckow | Claims |
| David Walsh | Loans |
| Stewart Winspear | Asian Operations |
| Martin Winter | Derivatives |

**<u>Directors for certain affiliates of Lehman Brothers Holdings Inc.:</u>**

Bryan Marsal
David Coles
James Fogarty