KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
Thomas Moers Mayer, Esq.
Philip Bentley, Esq.
Gordon Z. Novod, Esq.

Attorneys for Rutger Schimmelpenninck,
Bankruptcy Trustee (*curator*) of Lehman Brothers Treasury Co. B.V.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) Case No. 08-13555 (JMP) |
| | ) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |

---------------------------------------------------------------

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of chapter 11 of title 11, United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") and Rules 9010(b) and 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned counsel hereby appear as counsel for Rutger Schimmelpenninck as Bankruptcy Trustee (*curator*) of Lehman Brothers Treasury Co. B.V. appointed by the Amsterdam District Court and hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and papers given or filed in this case, or required to be given or filed in this case, be given and served upon

[the remainder of this page intentionally left blank]

counsel at the following address and telephone number:

>Kramer Levin Naftalis & Frankel LLP
>1177 Avenue of the Americas
>New York, New York  10036
>Attention: Thomas Moers Mayer, Esq.
>Philip Bentley, Esq.
>Gordon Z. Novod, Esq.
>Tel.: (212) 715-9100
>Fax.: (212) 715-8000
>E-mail: tmayer@kramerlevin.com
>pbentley@kramerlevin.com
>gnovod@kramerlevin.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise, which affects the above-captioned chapter 11 cases or any property of the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive (a) the right to have final orders in non-core matters entered only after de novo review by a district court judge; (b) the right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto; (c) the right to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; (d) any rights available under Chapter 15 of the Bankruptcy Code or (e) any other right, claims, actions, defenses, setoffs, or recoupments to which creditor may be entitled under agreements, documents or instruments in law or equity, all of which rights, claims actions, defenses, setoffs and recoupments are expressly hereby reserved.

Dated: New York, New York
November 4, 2008

                                              KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                  By:      /s/ Thomas Moers Mayer
                                           Thomas Moers Mayer, Esq.
                                           Philip Bentley, Esq.
                                           Gordon Z. Novod, Esq.
                                           1177 Avenue of the Americas
                                           New York, New York 10036

                                           Counsel for Rutger Schimmelpenninck,
                                           Bankruptcy Trustee (*curator*) of Lehman
                                           Brothers Treasury Co. B.V.