SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Fredric Sosnick
James L. Garrity, Jr.
Ned S. Schodek

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
:
In re:                                                                   :    Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**   :    Case No. 08 – 13555 (JMP)
:
Debtors.                                         :    (Jointly Administered)
:
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK              )
                                                )   ss.:
COUNTY OF NEW YORK          )

Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

NYDOCS03/872829.1

2. On October 31, 2008, I caused to be served via the methods indicated, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Joinder of Bank of America, N.A. In the Motion of the Walt Disney Company for the Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code.**"

/s/ Jennifer C. Lin
Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 4th day of November, 2008.

/s/ Marian D. Luketić
Marian D. Luketić
Notary Public, State of New York
No. 02LU5083644
Qualified in Nassau County,

Certificate Filed in NY County
My commission expires: August 18, 2009

NYDOCS03/872829.1

**Exhibit A**

**Via Federal Express**

Milbank, Tweed, Hadley & Mccloy, LLP
Attn: Paul Aronzo, Esq. &
Gregory Bray, Esq.
(Counsel To The Official Committee Of Unsecured Creditors)
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

**Via Messenger**

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Shai Y. Waisman, Esq.,
and Jacqueline Marcus, Esq.
(Counsel To The Debtors)
767 Fifth Avenue
New York, NY  10153

Office Of The US Trustee For The
Southern District Of New York
Attn: Andrew D Velez-Rivera, Paul
Schwartzberg, Brian Masumoto, Linda
Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY  10004

Milbank, Tweed, Hadley & Mccloy LLP
Attn: Dennis Dunne, Esq., Luc Despins,
Esq., Wilbur Foster, Jr, Esq., Dennis
O'Donnell, Esq., Evan Fleck, Esq.
(Counsel To The Official Committee Of
Unsecured Creditors)
1 Chase Manhattan Plaza
New York, NY  10005

Quinn Emanuel Urquhart Oliver &
Hedges, LLP
Attn: Susheel Kirpalani, Esq., James C.
Tecce, Esq. And Scott C. Shelley, Esq.
(Special Counsel To The Official
Committee Of Unsecured Creditors Of
LBH Inc.)
51 Madison Ave., 22nd Floor
New York, NY  10010

Cleary Gottlieb Steen & Hamilton LLP
Attn: Lisa Schweitzer, Esq. &
Lindsee Granfield, Esq.
One Liberty Plaza
New York, NY  10006

Sullivan & Cromwell LLP
Attn: Robinson B. Lacy, Esq. And
Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY  10004

Dewey & Leboeuf LLP
Attn: Martin J. Bienenstock, Esq. And
Irena Goldstein, Esq.
(Counsel To The Walt Disney Company)
1301 Avenue Of The Americas
New York, NY  10019

NYDOCS03/872829.1