SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Fredric Sosnick
James L. Garrity, Jr.
William J.F. Roll, III

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                 :

In re:                      :     **Chapter 11**

**LEHMAN BROTHERS HOLDINGS INC., et al.,**  :     **Case No. 08 – 13555 (JMP)**

         **Debtors.**      :     **(Jointly Administered)**

-----------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE JOINDER OF
BANK OF AMERICA, N.A. IN THE MOTION OF HARBINGER FUNDS
FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF DEBTOR
LEHMAN BROTHERS HOLDINGS INC. AND THE JOINDER OF BANK
OF AMERICA, N.A. IN THE MOTION OF THE WALT DISNEY
COMPANY FOR THE APPOINTMENT OF AN EXAMINER PURSUANT
TO SECTION 1104(c)(2) OF THE BANKRUPTCY CODE**

PLEASE TAKE NOTICE that the hearing to consider the relief requested in the

**Joinder of Bank of America, N.A. in the Motion of Harbinger Funds for Leave to Conduct**

**Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. (Docket No. 1048)** and the

**Joinder of Bank of America, N.A. in the Motion of The Walt Disney Company for the**

**Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code**

**(Docket No. 1302)**, which were originally scheduled to be heard on November 5, 2008 at 10:00

a.m., shall take place before the Honorable James M. Peck, United States Bankruptcy Judge,

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York, on **November 18, 2008 at 10:00 a.m.**, or as soon thereafter as counsel

may be heard.

Dated:  New York, New York
       November 4, 2008

SHEARMAN & STERLING LLP

By:    <u>/s/ Fredric Sosnick</u>
      Fredric Sosnick
      James L. Garrity, Jr.
      William J.F. Roll, III
      599 Lexington Avenue
      New York, New York  10022
      Telephone:  (212) 848-4000
      Facsimile:  (212) 848-7179

      Attorneys for Bank of America, N.A. and its
      Affiliates