Karen E. Wagner, Esq. (KW-3451)
Abraham Gesser, Esq. (AG-7531)
James I. McClammy, Esq. (JM-5592)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

– and –

George Kielman
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive – MS202
McLean, Virginia 22102
Telephone (703) 903-2640
Facsimile (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :
In re:                                : Chapter 11
                                      :
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
                                      :
                         Debtors.     : (Jointly Administered)
                                      :
------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

Katherine Steele Landy, being duly sworn, deposes and says:

1. I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

2. That on the 3rd day of November, 2008, I caused a true and correct copy of the Notice of Adjournment of Hearing on Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery to be filed and served via the Electronic Court Filing ("ECF") system.

3. I further declare that on the 3rd day of November, 2008, I caused copies of the above-referenced pleading to be served by hand and by facsimile to the parties listed in the attached Exhibit A.

Dated: New York, New York
November 4, 2008

_____
Katherine Steele Landy

Sworn to before me this
4th day of November, 2008.

_____
Elizabeth Houghton
Notary Public

ELIZABETH HOUGHTON
Notary Public, State of New York
No. 01HO6178018
Qualified in New York County
Commission Expires August 20, 2011

# Exhibit A

| | |
|---|---|
| Weil Gotshal & Manges LLP | 767 Fifth Avenue, New York, New York 10153 (Attn: Richard P. Krasnow, Esq.) Fax (212-310-8934) |
| Milbank, Tweed, Hadley & McCoy LLP | 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq.) Fax (212-530-5219) |
| Cleary Gottlieb Steen & Hamilton LLP, | One Liberty Plaza, New York, New York 10006 (Attn: Lisa Schweitzer, Esq.) Fax (212-225-3999) |
| Sullivan & Cromwell LLP | 125 Broad Street, New York, New York 10004 (Attn: Robinson B. Lacy, Esq.) Fax (212-558-3588) |
| Office of the United States Trustee for the Southern District of New York | 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq.) Fax (212-668-2255) |