TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 704-6000
Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

------------------------------------------------------------ X

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO ALL PARTIES IN INTEREST:

      Hollace T. Cohen, Esq. and Paul H. Deutch, Esq. of Troutman Sanders LLP, having previously appeared in this case on behalf of Bank of China, New York Branch (Doc. No 33), hereby request that said appearance be withdrawn.

Dated: New York, New York
       November 5, 2008

                         TROUTMAN SANDERS LLP

                         By:   /s/ Hollace T. Cohen
                              Hollace T. Cohen
                              Paul H. Deutch
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, NY 10174
                              (212) 704-6000