OFFICE OF THE MINNESOTA ATTORNEY GENERAL
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 297-4392
Jeremy D. Eiden, Esq., Assistant Attorney General

Attorneys for Minnesota State Board of Investment

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

    **LEHMAN BROTHERS HOLDINGS,**                      Chapter 11
    **INC.** *et al.,*                                       Case No.: 08-13555 (JMP)
                                                                 (Jointly Administered)

Debtor.
---------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** JEREMY D. EIDEN, Esq. hereby appears in the above-captioned chapter 11 cases (the "Cases") pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") on behalf of Minnesota State Board of Investment, parties-in-interest with respect to the above-captioned debtors (the "Debtors").

PLEASE TAKE FURTHER NOTICE that the Entity, as party-in-interest, request, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and Sections 102(1), 342 and 1109(b) of Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases, including but not limited to all notices filed and served in all adversary proceedings in such cases, be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

Jeremy D. Eiden, Esq.
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
Tel.: (651) 297-4392
Fax: (651) 297-8265
E-mail: jeremy.eiden@state.mn.us

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telefax, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the Entities' right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or

(4) to any other rights, claims, actions, setoffs or recoupments to which the Entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Entities expressly reserve.

| | |
|---|---|
| Dated: November 5, 2008 | Respectfully submitted, |
| | s/ **Jeremy D. Eiden** |
| | Jeremy D. Eiden |
| | Bar Number 0388289 |
| | Attorney for |
| | Lori Swanson |
| | Attorney General |
| | State of Minnesota |
| | 445 Minnesota Street, Suite 900 |
| | St. Paul, MN 55101-2127 |
| | Telephone: (651) 297-4392 |
| | Fax: (651) 297-8265 |
| | ATTORNEYS FOR MINNESOTA STATE BOARD OF INVESTMENT |

AG: #2336636-v1