Andrew J. Entwistle, Esq. (AE-6513)
Johnston de F. Whitman, Jr., Esq. (JW-5781)
Jonathan H. Beemer (JB-0458)
Joshua K. Porter (KP-2660)
**ENTWISTLE & CAPPUCCI LLP**
280 Park Avenue
26th Floor West
New York, New York 10017
Telephone: (212) 894-7200

*Attorneys for New York State Comptroller*
*Thomas P. DiNapoli, as Sole Trustee of the*
*New York State Common Retirement Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              )  ss.:
COUNTY OF NEW YORK  )

Teresa Maloney, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Entwistle & Cappucci LLP, 280 Park Avenue, New York, New York 10017, and I am not a party to the above-captioned proceedings.

2. Pursuant to the Court's September 22, 2008 case management order, I caused to be served via first-class mail, to the parties on the service list annexed hereto

as "Exhibit A," true and correct copies of the Notice of Hearing on Motion of New York State Comptroller For Appointment of a Trustee or, In The Alternative, an Examiner with Expanded Powers, the Motion of New York State Comptroller For Appointment of a Trustee or, In The Alternative, an Examiner with Expanded Powers and [Proposed] Order Granting Motion of New York State Comptroller For Appointment of a Trustee [Or An Examiner], on November 4, 2008.

*Teresa Maloney*
Teresa Maloney
Paralegal

Sworn to before me this
4th day of November 2008

*Shannon M. Casey*
Notary Public

SHANNON M. CASEY
Notary Public, State of New York
No. 01CA6131528
Qualified in Nassau County
Commission Expires August 8, 20 09

## Exhibit A

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Shai Y. Waisman, Esq.,
and Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York 10153


The Office of the United States Trustee for the Southern District of New York
Attn: Andy Velez-Rivera
Paul Schwartzberg, Brian Masumoto,
Linda Riffkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004


Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.
and Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005


Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq.
and Lisa Schweiger, Esq.
One Liberty Plaza
New York, New York 10006


Sullivan & Cromwell LLP
Attn: Robinson B. Lacy, Esq.
and Hydee R. Feldstein, Esq.
125 Broad Street
New York, New York 10004