UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

LEHMAN BROTHERS HOLDINGS INC.,

Debtor.

Chapter 11

Case No. 08-13555 (JMP)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         : ss.:
COUNTY OF NEW YORK   )

        Lauren E. Keith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Hudson County, New Jersey.

        On November 5, 2008, deponent served true and correct copies of Verified Statement of Stevens & Lee, P.C. Pursuant To Rule 2019 Of The Federal Rules Of Bankruptcy Procedure upon the attached service list by First Class US mail.

/s/ Lauren E. Keith
Lauren E. Keith

Sworn to before me this
5th day of November 2008

/s/ Constantine D. Pourakis
Notary Public

SL1 880971v1/104011.00001

## SERVICE LIST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN,
TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE
SHAI Y. WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

HUGHES HUBBARD & REED LLP
JAMES W. GIDDENS
JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW WASHINGTON, DC 20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE ATTORNEY GENERAL OF THE STATE
OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL
CAPITAL, GMAC-IM AND RESIDENTIAL
FUNDING COMPANY LLC)
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL 33134

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ARAPAHOE COUNTY ATTORNEYS OFFICE
ATTN: GEORGE ROSENBURG, ASSISTANT
COUNTY ATTY
5334 S. PRINCE STREET
LITTLETON, CO 80166

CLEARY GOTTLIEB LLP JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
(COUNSEL TO GMAC LLC, GMAC
RESIDENTIAL CAPITAL, GMAC-IM AND
RESIDENTIAL FUNDING COMPANY LLC)
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN
MEREDITH A. LAHAIE
(COUNSEL FOR THE INFORMAL NOTEHOLDER
GROUP)
590 MADISON AVENUE
NEW YORK, NY 10022-2524

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO
TECH, SUN GUARD, ET AL., INF SRVS, WALL ST
CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P
ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE
2600 SAINT LOUIS, MO 63102-2720

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND |
FRANK N. WHITE
(COUNSEL TO SAUN TRUST BANKS, INC.)
171 17TH STREET, NW, SUITE 2100
ATLANTA, GA 30363-1031

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030


BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T.
MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237


ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT
ATTORNEY GENERAL
(COUNSEL TO THE DEPARTMENT OF
TAXATION AND FINANCE)
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271


BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N. IRELAND GOVT COMM, EDINBURGH COUNCIL
& OPER. ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130


BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL
PARTNERS & HARBERT)
ONE FEDERAL STREET
BOSTON, MA 02110-1726


BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP AND HARBINGER
CAPITAL PARTNERS MASTER FUND I, LTD)
ONE FEDERAL STREET
BOSTON, MA 02110-1726


BERNSTEIN LITOWITZ BERGER & GROSSMAN
LLP
ATTN: JOHN P. "SEAN" COFFEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF
GUAM,
N. IRELAND GOVT COMM, EDINBURGH
COUNCIL
& OPER. ENG. LCL 13)

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N.
WHITE
(COUNSEL TO VERIZON COMMUNICATIONS
INC.)
171 17TH STREET NW,
SUITE 2100
ATLANTA, GA 30363-1031


BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN
INFORMATION MANAGEMENT)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110


BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN &
RONALD J. SILVERMAN STEVEN
WILAMOWSKY
(COUNSEL TO HARBINGER CAPITAL
PARTNERS & HARBERT)
399 PARK AVENUE
NEW YORK, NY 10022-4689


BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO UBS FINANCIAL SRVS,
UBS INTL INC. AND
UBS FINANCIAL SRVS OF PUERTO RICO)
ONE FEDERAL STREET
BOSTON, MA 02110-1726


BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO DEUSTCHE BANK SECURITIES
INC.)
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN
AND JOSHUA DORCHAK
(COUNSEL TO CURRENEX, INC.)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S SABIN AND
RONALD J SILVERMAN
(COUNSEL TO HARBINGER CAPITAL PARTNERS
SPECIAL SITUATIONS FUND LP AND HARBINGER
CAPITAL PARTNERS MASTER FUND I, LTD)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE
INSURANCE COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY SABIN, RONALD SILVERMAN
AND JOSHUA DORCHAK
(COUNSEL TO UBS SECURITIES LLC)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10017

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J.
SILVERMAN AND STEVEN WILAMOWSKY
(COUNSEL TO UBS FINANCIAL SRVS, UBS INTL
INC, UBS FINANCIAL SERVICES OF PUERTO
RICO)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M.
DOMBROFF AND STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK SECURITIES
INC.)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J.
SILVERMAN AND JOSHUA DORCHAK
(COUNSEL TO STATE STREET BANK AND
TRUST COMPANY)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE
WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

BLANK ROME LLP
ATTN EDWARD J. LOBELLO ESQ, AS COUNSEL
FOR THOMSON REUTERS PLC & THOMSON
REUTERS CORP
THE CHRYSLER BUILDING,
405 LEXINGTON AVE
NEW YORK, NY 10174

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTS AMERICAS)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN
HALSTEAD
(COUNSEL TO MORGAN STANLEY & CO. AND
CHILTON NEW ERA PARTNERS, L.P.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND
ELLEN M. HALSTEAD (COUNSEL TO LEHMAN
BROTHERS MLP OPPORTUNITY FUND L.P. AND
LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER
FRANLIN H. TOP, & JAMES HEISER
(COUNSEL TO US BANK NAIL ASSOC. & BANK
OF MONTREAL NAIL AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH,
ELLEN HALSTEAD
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

BUCHALTER NEMER, A PROFESSIONAL
CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE CREDIT
CORPORATION)
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN
RAPISARDI, ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP, INC & CITIBANK,
NA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS, LLC AND
MORGAN
STANLEY & CO. INCORPORATED AND
AFFILIATES)
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY &
ANDREW ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND
LISA M. SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS,
LLC AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ &
ROBERT H. TRUST, ESQ.
(COUNSEL TO CREDIT SUISSE)
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES
LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
(COUNSEL TO ROCK-FORTY NINTH LLC,
ROCKEFELLER CENTER ET AL.)
919 THIRD AVENUE
NEW YORK, NY 10022

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
(COUNSEL TO THE CENTRAL PUGET SOUND
REGIONAL TRANSIT AUTHORITY)
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER
JAMES I. MCCLAMMY
(COUNSEL TO FEDERAL HOME LOAN
MORTGAGE CORP)
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN
(COUNSEL TO JFK INTERNATIONAL AIR
TERMINAL LLC)
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND DONALD M.
BADACZEWSKI
(COUNSEL TO RUSSELL INVESTMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH &
P. BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET
PROTECTION)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND
MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND
DOUGLAS J. MCGILL
(COUNSEL TO ALLIANZ GLOBAL INVESTORS
AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

DRINKER BIDDLE & REATH LLP
ATTN: KRISTIN K. GOING, ESQ.
(COUNSEL TO PARSEC CORP.)
1500 K ST, NW - SUITE 1100
WASHINGTON, DC 20005-1209

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK & JUDY G.Z.
LIU
(COUNSEL TO BANK OF NEW YORK MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M.
GOLDSTEIN & WILLIAM C. HEUER
(COUNSEL TO ROYAL BANK OF SCOTLAND)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DRESDNER BANK A.G.
ATTN: JOSEPH SCORDATO, ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DRINKER BIDDLE & REATH LLP
ATTN: STEPHANIE WICKOUSKI, ESQ
(COUNSEL TO PARSEC TRADING CORP.)
140 BROADWAY, 39TH FL
NEW YORK, NY 10005-1116

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND
BANKING GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR
VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ.
AND MITCHELL EPNER, ESQ.
(COUNSEL TO FEDERAL HOME LOAN BANK OF
ATLANTA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639

FRASER STRYKER PC LLO
ATTN: MICHAEL L. SCHLEICH, ESQ.
(COUNSEL TO TATA COMMUNICATIONS
SERVICES INC.)
500 ENERGY PLAZA
409 17TH STREET
OMAHA, NE 68102

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND
COREY R. WEBER, ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC
COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND
JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC.
AND MARSHALL & ILSLEY TRUST COMPANY,
N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND
JOSEPH ORBACH (COUNSEL TO
COMMERZBANK A.G.)
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10022

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: ELIZABETH L. ROSE, ESQ.
(COUNSEL TO COMPAGNIE FINANCIERE
TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY,
CORPORATE COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
(COUNSEL TO VIGNETTE EUROPE LIMITED)
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165-0150

HOLLAND & KNIGHT LLP
ATTN: PETER A. ZISSER
(COUNSEL TO MONUMENT REALTY LLC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
ATTN: SANDRA E. MAYERSON, ESQ.
(COUNSEL TO CAISSE DE DEPOT ET
PLACEMENT DU QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR.
DEFAULT & RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806

HOGAN & HARTSON LLP
ATTN: SCOTT GOLDEN AND DENA C. KAUFMAN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO M. ARTHUR GENSLER JR AND
ASSOC, INC., GENSLER ARCHITECTURE,
DESIGN AND PLANNING, P.C.)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO COSTELLO MAIONE SCHUCH
INC.,
DBA CMS INNOVATIVE CONSULTANTS)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI,
LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP. LLC)
250 PARK AVENUE
NEW YORK, NY 10177

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER LLC
AND
TUXEDO TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

KAYE SCHOLER LLP
ATTN: MARGOT B. SCHONHOLTZ AND
ANA M. ALFONSO (COUNSEL TO BANK OF AMERICA,
N.A.)
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY,
BP CANADA AND IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICES CORP
D/B/A BLUE CROSS AND BLUE SHIELD OF ILLINOIS)
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW
GLENN (COUNSEL TO BAY HARBOUR MGMT LC, BAY
HARBOUR MSTR, TROPHY HUNTER INVST, BHCO MASTER,
MSS DISTRESSED & OPPORTUNITIES 2 AND
INSTITUTIONAL BENCHMARKS)
1633 BROADWAY
NEW YORK, NEW YORK 10019

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF,
SCOTT D TALMADGE AND LAUREN ATTARD
(COUNSEL TO WELLS FARGO BANK, NA &
WELLS FARGO & CO)
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN,
ESQ.
(COUNSEL TO BP N.AMERICA, BP NERGY,
BP CANADA AND IGI RESOURCES)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN INTERNATIONAL
CORPORATION AND TATA CONSULTANCY SERVICES
LTD)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178

KOBRE & KIM LLC
ATTN: MICHAEL S KIM, ROBERT W HENOCH,
ANDREW C LOURIE, STEVEN W PERLSTEIN
AND IAN N LEVY (COUNSEL TO ESSEX
EQUITY HOLDINGS USA, LLC, M. BRIAN
MAHER AND BASIL MAHER)
800 THIRD AVENUE
NEW YORK, NY 10022

KOBRE & KIM LLP
ATTN: MICHAEL S KIM, ROBERT W HENOCH,
STEVEN W PERLSTEIN, ANDREW C. LOURIE
AND IAN N LEVY (COUNSEL TO NORTHGATE
MINERALS CORPORATION)
800 THIRD AVENUE
NEW YORK, NY 10022

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON
CANCER RESEARCH CNTR)
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338

KLEHR, HARRISON, HARVEY, BRANZBURG &
ELLERS, LLP
ATTN: JEFFREY KURTZMAN, ESQ.
(COUNSEL TO PJM INTERCONNECTION, L.L.C.)
260 S. BROAD STREET
PHILADELPHIA, PA 19102

KOBRE & KIM LLP
ATTN: MICHAEL S KIM, ROBERT W HENOCH,
ANDREW C LOURIE, STEVEN W PERLSTEIN AND
IAN N LEVY
(COUNSEL TO 4KIDS ENTERTAINMENT, INC.)
800 THIRD AVENUE
NEW YORK, NY 10022

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS
BACON
(COUNSEL TO FANNIE MAE)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

KOBRE & KIM LLP
ATTN: MICHAEL KIM, ROBERT HENOCH,
ANDREW LOURIE, STEVEN PERLSTEIN, IAN
LEVY
(COUNSEL TO ABM INDUSTRIES, INC.)
800 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022

LAW OFFICES OF ROBERT E. LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ.
(COUNSEL TO CARROLLTON-FARMERS
BRANCH
INDEPENDENT SCHOOL DISTRICT)
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LINEBARGER GOGGAN BLAIR & SAMPSON,
LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35 PO BOX 17428
AUSTIN, TX 78760

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ALAMEDA CNTY, GOVT OF
GUAM,
N.IRELAND GOVT COMM, EDINBURGH
COUNCIL &
OPER. ENG. LCL 3)
1251 AVENUE OF THE AMERICAS,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E. FINEMAN, ESQ.
(COUNSEL TO MEMBERS OF CERTIFIED CLASS
IN AUSTIN, ET AL V. CHISICK, ET AL.,
CASE SA CV 01-0971 DOC)
780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NY 10017-2024

LINEBARGER GOGGAN BLAIR & SAMPSON,
LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO DALLAS COUNTY AND
TARRANT COUNTY)
2323 BRYAN STREET SUITE 1600
DALLAS, TX 75201

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN:KENNETH ROSEN, VINCENT
D'AGOSTINO,
ERIC HORN (COUNSEL TO AVAYA INC.)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES CO AND
FIRST CHOICE POWER, LP)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES COMPANY
AND
FIRST CHOICE POWER, LP)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND
ENERGYCO MARKETING AND TRADING)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R.
WHEELER
(COUNSEL TO BINDING COMPANY, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN,
ESQ.
(COUNSEL TO CANADIAN IMPERIAL BANK,
CIBC WORLD MKT CIBC WOLRD MARKETS INC.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND
MAYER BROWN
(COUNSEL TO SOCIETE GENERALE)
1675 BROADWAY
NEW YORK, NY 10019

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
(COUNSEL TO RELIANT ENERGY SERVICES, INC.
AND RELIANT ENERGY POWER SUPPLY, LLC)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ATKIN AND S. JASON
TEELE
(COUNSEL TO ENERGYCO, LLC AND
ENERGYCO MARKETING AND TRADING)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SNADLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON LEE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N.IRELAND GOVT COMM, EDINBURGH COUNCIL &
OPER. ENG. LCL 13)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN
JEFFREY G. TOUGAS, AMIT K. TRHAN
(COUNSEL TO WASHINGTON MUTUAL BANK
AND WASHINGTON MUTUAL, INC.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN,
JEFFREY G. TOUGAS AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1675 BROADWAY
NEW YORK, NY 10019

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING,
INC.)
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS AND
MELISSA A MICKEY
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY
MARKETING, INC.)
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4096

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS
AND AMIT TREHAN
(COUNSEL TO SUMITOMO MITSUI BANKING
CORP, SMBC CAPITAL MKTS, AND SUMITOMO
MITSUI BRUSSELS BRANCH)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019

MCCALLA RAYMER, LLC
ATTN: MATTHEW DYER
(COUNSEL TO AMERICA'S SERVICING
COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R.
FOX (COUNSEL TO ACCESS DATA, MERIDIAN
COMP OF NY, CNX GAS CO, SPRINT NEXTEL
AND TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS, SEVENTH
FLOOR
NEW YORK, NY 10105

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL
GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO THE TORONTO-DOMINION BANK)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: THOMAS R. SLOME AND JIL MAZER-MARINO
(COUNSEL TO DUKE ENERGY OHIO, INC.)
990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NY 11530-9194

MORELLI & GOLD, LLP
ATTN: RICHARD L. GOLD, ESQ.
(COUNSEL TO A-V SERVICES, INC.)
380 LEXINGTON AVENUE
NEW YORK, NY 10168

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT
GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300
PO BOX 9194
GARDEN CITY, NY 11530

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
(COUNSEL TO PUBLIC SERVICE OF NORTH
CAROLINA)
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO
MARINUZZI
(COUNSEL TO THE CHUO MITSUI TRUST AND
BANKING CO.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN AND KENNETH M.
MISKEN
(COUNSEL TO SPRINT NEXTEL CORP,
SPRINT SOLUTIONS)
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA 22102

MISSOURI DEPARTMENT OF REVENUE,
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE
COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222,
JAPAN

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-
MARINO
(COUNSEL TO CONSTELLATION PLACE, ADV.
PORTFOLIO, SUNGUARD, ET AL., INF. SRVS,
WALL ST CONCEPTS)
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

MORGAN, LEWIS & BOCKLIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNIZANT TECHNOLOGY
SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO
MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE
WFC CO. LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR
5-1, MARUNOUCHI 1 -CHOME CHIYODA-KU
TOKYO 100-6529,
JAPAN

MORRISON & FOERSTER LLP
ATTN: BRETT H. MILLER, ESQ.
(COUNSEL TO AB BANKAS SNORAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE,
ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: GARY S. LEE, ESQ. AND
JOHN A. PINTARELLI, ESQ
(COUNSEL TO FONDIARIA, BIM, VITA,
ASSICURAZIONI, MILANO, POPOLARE,
BANCA SAI, SYSTEMA AND NOVARA)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN
(COUNSEL FOR THE AD HOC COMMITTEE
OF BONDHOLDERS)
3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX 75201-6659

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK
TRUST CO. AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M.
GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH
(COUNSEL FOR THE AD HOC COMMITTEE OF
BONDHOLDERS)
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX 78701-3057

MORRISON & FOERSTER LLP
ATTN: BRETT H. MILLER, ESQ.
(COUNSEL TO FONDO LATINOAMERICANO
DE RESERVAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE BANKING
CORP. LTD. & INFORMAL GROUP OF TAIWAN
FINANCIAL INSTITUTIONS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
(COUNSEL TO THE CHUO MITSUI TRUST
AND BANKING CO.)
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
JAPAN

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY
GENERAL COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND
COURTNEY M. ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: HARVEY A. STICKON (HS5210)
(COUNSEL TO GENERAL ELECTRIC CAPITAL CORP)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
(COUNSEL TO CITY OF FARMERS BRANCH, JOHNSON
COUNTY ARLINGTON ISD, MANSFIELD ISD,
BURLESON,
ISD, CITY OF BURLESON)
P.O. BOX 13430
ARLINGTON, TX 76094-0430

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO EUROPEAN BANK FOR
RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

NIXON PEABODY, LLP
ATTN: CHRISTOPHER M. DESIDERIO
(COUNSEL TO DEUTSCHE BANK TRUST
COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER
FELDMAN (COUNSEL TO THE BANK OF
TOKYO-MITSUBISHI UFJ, LTD)
230 PARK AVENUE
NEW YORK, NY 10169-0075

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK, FSB)
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D.
HOULE
(COUNSEL TO UNITED BANK OF CALIFORNIA,
N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PENSION BENEFIT GUARANTY CORPORATION
ATTN: STEPANIE THOMAS, ASST. CHIEF
COUNSEL
SARA B. EAGLE, COLIN B. ALBAUGH
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK, FSB)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PLATZER SWERGOLD KARLIN LEVINE
GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
(COUNSEL TO 250 EAST BORROWER LLC, EAST 46TH
BORROWER LLC, HALE AVENUE BORROWER LLC)
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS
AND DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER &
MARK R. JACOBS (COUNSEL TO CD
REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA,
N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039

POLSINELLI SHALTON FLANIGAN SUELTHAUS
PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POST, POLAK, GOODSELL, MACNEILL &
STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK, ESQ.
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE
ANDSCOTT C. SHELLEY(COUNSEL TO SPECIAL
COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF LBH INC.)
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE
FREEDMAN
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH
FLOOR
STAMFORD, CT 06902

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
ATTN: LUMA AL-SHIBIB
(COUNSEL TO GE CAPITAL INFORMATION
TECHNOLOGY SOLUTIONS, INC.
D/B/A IKON FINANCIAL SERVICES, QWEST CORP,
QWEST COMM CORP, IKON OFFICE SOL.)
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ.
(COUNSEL TO DRESDNER KLEINWORT
GROUP HOLDINGS LLC)
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION
TECHNOLOGY SOLUTIONS, INC. D/B/A IKON
FINANCIAL SERVICES, QWEST CORP,
QWEST COMM CORP, IKON OFFICE SOL.)
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N. IRELAND GOVT COMM, EDINBURGH COUNCIL &
OPER. ENG. LCL 13)
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087

REED SMITH LLP
ATTN PAUL A RACHMUTH ESQ
COUNSEL TO GALLEON BUCCANEER'S
OFFSHORE LTD
599 LEXINGTON AVENUE
NEW YORK, NY 10022

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA
BOSSWICK  TIMOTHY T. BROCK, & ABIGAIL
SNOW (COUNSEL TO MOODY'S INVESTORS
SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORPORATION
AND MICROSOFT LICENSING)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P.
WHIDDEN (COUNSEL TO SVENSKA,
SWEDBANK, ARAB BANK, BANK PEKAO, GL
TRADE, BNY, EZE CASTLE & LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10020

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO THE SUMITOMO TRUST &
BANKING CO., LTD)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SNEAK & KORZUN, P.C.
ATTN: TIMOTHY J. KORZUN, ESQ.
(COUNSEL TO VOLLERS EXCAVATING &
CONSTRUCTION, INC)
1 WASHINGTON CROSSING ROAD
PENNINGTON, NJ 08534

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
(COUNSEL TO COLLINS BUILDING SERVICES,
INC.)
655 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10017

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC.,
GARTNER UK LIMITED AND
COMPUTER FINANCIAL CONSULTANTS INC.)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO OPEN SOLUTIONS INC.)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL THEMATIC, PANTON FND,
CFIP FND, CURA FIXED FND, TURNBERRY FUND,
INVESTCORP, ET AL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ.,
JAMES L. GARRITY, ESQ AND
NED S. SCHODEK, ESQ.
(COUNSEL TO BANK OF AMERICA, N.A.)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN CARREN SHULMAN & RUSSELL RIED ESQS
COUNSEL FOR THE BANK OF NEW YORK MELLON
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO TANGOE, INC.)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING
SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND
KATHERINE C. PIPER
(COUNSEL TO KOREA INVESTMENT
& SECURITIES CO., LTD AND TRUE FRIEND
4TH SECURITIZATION SPECIALTY CO.)
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067

UFJ BANK LIMITED
2-7-1, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8388 JAPAN

SL1 880971v1/104011.00001

STREUSAND & LANDON LLP
ATTN: G. JAMES LANDON AND RICHARD D. VILLA
(COUNSEL TO VIGNETTE EUROPE LIMITED)
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
(COUNSEL TO KOREA INVESTMENT & SECURITIES
CO., LTD AND TRUE FRIEND 4TH SECURITIZATION
SPECIALTY CO.)
750 SEVENTH AVENUE
NEW YORK, NY 10019

STINSON MORRISON HECKER LLP
ATTN: DARRELL W. CLARK, ESQ.
(COUNSEL TO EXEGY INCORPORATED)
1150 18TH STREET, NW
SUITE 800
WASHINGTON, DC 20036

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
JAPAN

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE AND HYDEE R.
FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004

TIME WARNER
PO BOX 0901
CAROL STREAM, IL 60132

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J.
MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK
LTD)
180 MAIDEN LANE
NEW YORK, NY 10038

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK
GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL &
MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574,
JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: BRUCE A. ORTWINE, ESQ., GENERAL
COUNSEL
527 MADISON AVENUE
NEW YORK, NY 10022

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN
(COUNSEL TO CHEVRON NATURAL GAS)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN AND DEMETRA L. LIGGINS
(COUNSEL TO CROSSROADS INVESTMENT
ADVISERS, LP)
919 THIRD AVENUE
39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT
ADVISERS, LP)
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD,
BRADLEY TURK AND NED BANNON
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

TROUTMAN SANDERS LLP
ATTN: HORACE T. COHEN & PAUL H. DEUTCH
(COUNSEL TO BANK OF CHINA)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE,
BRADLEY S. TUPI AND MICHAEL A. SHINER
(COUNSEL TO FEDERAL HOME LOAN BANK
OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003

TISHMAN SPEYER PROPERTIES, L.P.
ATTN: ANN MENARD, ESQ
ATTN: BRADLEY TURK, ESQ.
ATTN: NED BANNON
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN AND PAUL H. DEUTCH
(COUNSEL TO PT BANK NEGARA INDONESIA)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

VEDDER PRICE P.C.
ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COUNSEL TO PURSUIT CAPITAL PARTNERS MASTER
AND PURSUIT OPPORTUNITY FUND I MASTER LTD.)
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON, ESQ
AND JOSHUA A. FELTMAN, ESQ
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WHITE & CASE LLP
ATTN: PHILIP JOHN NICHOLS
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN BENITO ROMANO, JAMIE KETTEN
(COUNSEL TO AIG GLOBAL INVESTMENT CORPORATION)
NEW YORK, NY 10019-6099

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER
SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND RICHARD GRAHAM
(COUNSEL TO COMMERZBANK AG,
NEW YORK AND GRAND CAYMAN BRANCHES)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WILLKIE FARR & GALLAGHER LLP
ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS
(COUNSEL TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND
DAN C. KOZUSKO, ESQ.(COUNSEL TO FIR TREE
VALUE MASTER FUND, L.P.AND FIR TREE
CAPITAL OPPORTUNITY MASTER FUND, L.P.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILMINGTON TRUST FSB
ATTN JULIE J BECKER
8400 NORMANDALE LAKE BLVD SUITE 925
MINNEAPOLIS, MN 55437

WINSTON & STRAW N LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
(COUNSEL TO CAPGEMINI FINANCIAL
SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601

ZEISLER @ZEISLER, P.C.
ATTN: GREGORY B. SCHILLER, ESQ.
(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)
558 CLINTON AVENUE
BRIDGEPORT, CT 06605

ANZ BANKING GROUP
MICHAEL HALEVI, DIRECTOR
FINANCIAL INSTITUTIONS
1177 AVE OF THE AMERICAS
NEW YORK, NY 10036

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
(COUNSEL TO CAPGEMINI FINANCIAL
SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN & ROBERT E. NIES
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

ACCOUNT TEMPS
12400 COLLECTIONS DRIVE
CHICAGO, IL 60693

ANZ BANKING GROUP LTD
18TH FLOOR KYOBO GUILDING
1 CHONGRO 1 KU
CHONGRO KA
SEOUL, KOREA

AOZORA
1-3-1 KUDAN-MINAMI CHIYODA-KU
TOKYO, 102-8660
JAPAN

AT&T
PO BOX 8100
AURORA, IL 60507

AUSTRALIA NATIONAL BANK
MICHAEL HALEVI
1177 AVE OF THE AMERICAS, 6TH FL
NEW YORK, NY 10036

BANK OF TAIWAN, NEW YORK AGENCY
EUNICE S.J. YEH, SVP & GENERAL MGR
100 WALL ST, 11TH FL
NEW YORK, NY 10005

BNP PARIBAS
C/O FRANK SODANO
787 7TH AVE
NEW YORK, NY 10019

AOZORA BANK LTD
C/O KOJI NOMURA
JOINT GENERAL MANAGER/FINANCIAL
INSTITUTIONS DIV
1-3-1 KUDAN MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

AUSTRALIA AND NEW ZEALAND BANKING
GROUP LTD MELBOURNE OFFICE
LEVEL 6, 100 QUEEN STREET
VICTORIA MELBOURNE, VIC 3000
AUSTRALIA

BANK OF CHINA, NEW YORK BRANCH
ATTN: WILLIAM WARREN SMITH
CHIEF LOAN OFFICER, DEPUTY GENERAL MGR
410 MADISON AVE
NEW YORK, NY 10017

BEST KARPET
1477 E 357 ST
EASTLAKE, OH 44095

CHUO MITSUI TRUST & BANKING
NORIYUKI TSUMURA
3-33-1 SHIBA, MINATO-KU
TOKYO, 105-0014
JAPAN

CITIBANK NA HONG KONG BRANCH
C/O MICHAEL MAUERSTEIN
MD – FIG
388 GREENWICH ST
NEW YORK, NY 10013

DNB NOR BANK ASA
ROLF NAGEL DAHL
SVP INTERNATIONAL FINANCIAL
INSTITUTIONS
NO-0021
OSLO,
NORWAY

DEMANN
16919 WALDEN
CLEVELAND, OH 44128

FIRST COMMERCIAL BANK CO, LTD
MALCOLM WANG, DEPUTY GENERAL MANAGER
NEW YORK AGENCY
34TH FL, 750 THIRD AVE
NEW YORK, NY 10017

IGS
PO BOX 631919
CINCINNATI, OH 45263-1919

CITIBANK NA HONG KONG BRANCH
FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC
44/F CITIBANK TOWER, 3 GARDEN RD
CENTRAL HONG KONG,
HONG KONG

DIVISION WATER
PO BOX 94540
CLEVELAND, OH 44101

DOMINION
PO BOX 26225
RICHMOND, VA 23260

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD SECTION 1
TAIPEI,
TAIWAN

ILLUMINATING
PO BOX 3638
AKRON, OH 44309

KBC BANK
C/O DENIS GRAHAM
125W 55TH ST
NEW YORK, NY 10019

MARBLE CARE
5184 RICHMOND RD
CLEVELAND, OH 44146

MIZUHO CORPORATE BANK LTD
TIMOTHY WHITE, MANAGING DIRECTOR
HEAD OF ORIGINATIONS
CORPORATE AND INVESTMENT BANKING
DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

MIZUHO CORPORATE BANK LTD
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8210
JAPAN

NATIONAL AUSTRALIA BANK
ROSEMARIE O'CANTO
245 PARK AVE, 28TH FL
NEW YORK, NY 10167

LLOYDS BANK
MATTHEW TUCK, NICK BRUCE,
JEREMY MATHIS
1251 AVE OF THE AMERICAS, 39TH FL
PO BOX 4873
NEW YORK, NY 10163

MIDWEST REALTY ADVISORS LLC
ATTN: JACK CORNACHIO
37848 EUCLID AVE
WILLOUGHBY, OH 44094

MIZUHO CORPORATE BANK LTD
GLOBAL SYNDICATED FINANCE DIVISION
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8210
JAPAN

MIZUHO CORPORATE BANK, LTD
ATTN: TIMOTHY WHITE, MANAGING
DIRECTOR
CORPORATE & INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

NIPPON LIFE INSURANCE CO
TAKAYUKI MURAI, DEPUTY GENERAL MGR
CORPORATE FINANCE DEPT #1
1-6-6, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8288
JAPAN

NORTHEAST
PO BOX 9260
AKRON, OH 44305

REPUBLIC WASTE
PO BOX 9001826
LOUISVILLE, KY 40290

ROCK-FORTY-NINTH LLC
ATTN: PRESIDENT/SECRETARY
C/O THE ROCKEFELLER GROUP
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

SHINKIN CENTRAL BANK
SHUJI YAMADA, DEPUTY GENERAL MANAGER
FINANCIAL INSTITUTIONS DEPT
3-7, YAESU 1-CHOME
CHUOKU
TOKYO, 104-0028
JAPAN

STANDARD CHARTERED BANK
BILL HUGHES, SVP-FIG
ONE MADISON AVE
NEW YORK, NY 10010-3603

RENTOKIL
8001 SWEET VALLEY DR
VALLEYVIEW, OH 44125

RMC
PO BOX 31315
ROCHESTER, NY 14603

SHINKIN CENTRAL BANK
8-1, KYOBASHI 3-CHOME
CHUO-KU
TOKYO, 104-0031
JAPAN

SHINSEI BANK LTD
C/O TETSUHIRO TOMATA, GENERAL MGR
FINANCIAL INSTITUTIONS
BUSINESS DIV 2
1-8, UCHISAIWAICHO 2-CHOME
CHIYODA-KU
TOKYO, 100-8501
JAPAN

STATLER ARMS GARAGE LLC
1111 EUCLID AVE
CLEVELAND, OH 44115

STEINGASS
754 PROGRESS DRIVE
MEDINA, OH 44256

SUMITOMO MITSUBISHI BANKING CORP
13-6 NIHOBASHI-KODENMA-CHO
CHUO-KU
TOKYO, 103-0001
JAPAN

TAIPEI FUBON BANK, HEAD OFFICE
NO. 36, SEC 3, NAKING, EAST RD
TAIPEI,
TAIWAN

TD SECURITY
PO BOX 81357
CLEVELAND, OH 44181

THE BANK OF NEW YORK
ATTN: CHRIS O'MAHONEY
101 BARCLAY STREET
NEW YORK, NY 10286

SUMITOMO MITSUBISHI BANKING CORP
C/O YAS IMAI, SENIOR VP
HEAD OF FINANCIAL INSTITUTIONS GROUP
277 PARK AVE
NEW YORK, NY 10172

SVENSKA HANDELSBANKEN
C/O GAIL DOUGLAS
153 E 53RD ST, 37TH FL
NEW YORK, NY 10022

TAIPEI FUBON BANK, NEW YORK AGENCY
ATTN: M.S. WU
100 WALL ST, 14TH
NEW YORK, NY 10005

THE BANK OF NEW YORK
ATTN: RAYMOND MORISON
ONE CANADA SQUARE
CANARY WHARF
LONDON, E14 5AL
ENGLAND

THE BANK OF NOVA SCOTIA
GOERGE NEOFITIDIS
DIRECTOR FINANCIAL INSTITUTIONS GROUP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

THE BANK OF NOVA SCOTIA
SINGAPORE BRANCH
1 RAFFLES QUAY #20-01
ONE RAFFLES QUAY NORTH TOWER
048583
SINGAPORE

UFJ BANK LIMITED
CIO STEPHEN SMALL, VP
HEAD OF FINANCIAL INSTITUTIONS
BANK OF TOKYO-MITSUBISHI/UFJ TRUST
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020-1104

WCCV
3479 STATE RD
CUYAHOGA FALLS, OH 44223

OFFICE OF THRIFT SUPERVISION, NORTHEAST
REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311