Robin E. Keller, Esq. (RK 7302)
Omeca N. Nedd, Esq. (ON 0769)
LOVELLS LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 909-0600
Fax: (212)909-0660
Email: robin.keller@lovells.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDING INC., et. al.,                       :    Case No. 08-13555
                                                             :
                                    Debtors.                 :    Jointly Administered
                                                             :
-------------------------------------------------------------X

**NOTICE OF APPEARANCE**
**ON BEHALF OF QVT FINANCIAL LP**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and section 1109(b) of Title 11 of the United States Code (the "**Bankruptcy Code**"), Lovells LLP hereby enters its appearance on behalf of QVT Financial LP as investment manager to funds and accounts under its management ("**QVT**"), party-in-interest in the above-captioned bankruptcy case. The undersigned respectfully requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

| Robin E. Keller, Esq.<br>LOVELLS LLP<br>590 Madison Avenue<br>New York, NY 10022<br>Email: Robin.Keller@Lovells.com<br>Phone: (212) 909-0600<br>Fax:    (212) 909-0660 | Legal Department<br>QVT Financial LP<br>1177 Avenue of the Americas, 9th Floor<br>New York NY 10036<br>Email: legalnotices@qvt.com<br>Phone: (212) 705-8888<br>Fax:    (212) 705-8820 |
|---|---|

NYCLIB01/NYONN/142337.1

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, order, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise filed with regard to the above-captioned bankruptcy case.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit shall not waive any right of QVT (1) to have final orders in non-core matters entered only after *de novo* review by a district judge; (2) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which QVT is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: November 5, 2008
      New York, New York

                        **LOVELLS LLP**

                        By: /s/  Robin E. Keller
                        Robin E. Keller, Esq.
                        Omeca N. Nedd, Esq.
                        590 Madison Avenue
                        New York, NY 10022
                        Telephone: (212) 909-0600
                        Facsimile: (212)909-0660

                        *Counsel for QVT Financial LP*