SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179
Fredric Sosnick
James L. Garrity, Jr.
Ned S. Schodek

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
:
In re:                                                                :     Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**   :     Case No. 08 – 13555 (JMP)
:
Debtors.                      :     (Jointly Administered)
:
:
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK              )
                               )     ss.:
COUNTY OF NEW YORK             )

Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

NYDOCS03/873084.1

2. On November 4, 2008, I caused to be served via the methods indicated, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Notice of Adjournment of Hearing on the Joinder of Bank of America, N.A. in the Motion of Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. and the Joinder of Bank of America, N.A. in the Motion of The Walt Disney Company for the Appointment of an Examiner Pursuant to Section 1104(C)(2) of the Bankruptcy Code.**"

/s/ Jennifer C. Lin
Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 5th day of November, 2008.

/s/ Marian D. Luketić
Marian D. Luketić
Notary Public, State of New York
No. 02LU5083644
Qualified in Nassau County,

Certificate Filed in NY County
My commission expires: August 18, 2009

NYDOCS03/873084.1

**Exhibit A**

**Via Federal Express**

Stoel Rives LLP
Attn: Erin L. Eliasen
600 University Street, Suite 3600
Seattle, Washington 98101

Tucker Arensburg, P.C.
Attn: Beverly Weiss Manne, Bradley S. Tupi And Michael A. Shiner
1500 One Ppg Place
Pittsburgh, Pennsylvania 15222

Peitzman, Weg & Kempinsky LLP
Attn: Howard J. Weg and David B. Shemano
10100 Santa Monica Blvd., Suite 1450
Los Angeles, California 90067

Milbank, Tweed, Hadley & Mccloy, LLP
Attn: Paul Aronzo, Esq. &
Gregory Bray, Esq.
(Counsel To The Official Committee Of Unsecured Creditors)
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

**Via Messenger**

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Shai Y. Waisman, Esq.,
and Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, New York  10153

The Office of the United Stated Trustee for
the Southern District of New York
Attn: Andy Velez-Rivera,
Paul Schwartzberg, Brian Masumoto,
Linda Riffkin and Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York  10004

Cleary Gotliebb LLP
Attn: Lindsee P. Granfield, Esq. and
Lisa Schweiger, Esq.
One Liberty Plaza
New York, New York  10006

Sullivan & Cromwell LLP
Attn: Robinson B. Lacy, Esq. and
Hydee R. Feldstein, Esq.
125 Broad Street
New York, New York  10004

Akin Gump Strauss Hauer & Feld LLP
Attn: Michael S. Stamer, Philip C. Dublin
and Meredith A. Lahaie
590 Madison Avenue
New York, New York 10022-2524

Fried, Frank, Harris, Shriver &
Jacobson LLP
Attn: Peter L. Simmons, Brian D. Pfeiffer,
Esq. And Mitchell Epner, Esq.
One New York Plaza
New York, New York 10004-1980

Kasowitz, Benson, Torres & Friedman LLP
Attn: David Friedman, David Rosner,
Andrew Glenn
1633 Broadway
New York, New York 10019

Kaye Scholer LLP
Attn: Madlyn Gleich Primoff, Scott D
Talmadge And Lauren Attard
425 Park Avenue
New York, New York 10022

Dechert LLP
Attn: Glenn E. Siegel and
Donald M. Badaczewski
1095 Avenue Of The Americas
New York, New York 10036

Wachtell, Lipton, Rosen & Katz
Attn: Harold S. Novikoff,Esq, Richard G.
Mason,Esq And Joshua A. Feltman, Esq
51 West 52nd Street
New York, New York 10019-6150

Willkie Farr & Gallagher LLP
Attn: Roger Netzer, Esq. And Dan C.
Kozusko, Esq.
787 Seventh Avenue
New York, New York 10019-6099

Steven B. Soll
Otterbourg, Steindler, Houston & Rosen,
P.C.
230 Park Avenue
New York, New York 10169

Bingham McCutchen LLP
Attn: Jeffrey S. Sabin, Ronald Silverman,
Sabin Willett and Rheba Rutowski
399 Park Avenue
New York, New York 10022

Hahn & Hessen LLP
Attn: Rosanne Thomas Matzat
488 Madison Avenue
New York, New York 10022

Brown Rudnick LLP
Attn: Edward S. Weisfelner, Esq., David J.
Molton, Esq. and Andrew Dash, Esq.
Seven Times Square
New York, New York 10036

Seward & Kissel LLP
Attn: John R. Ashmead And Mark J.
Hyland
One Battery Park Plaza
New York, New York 10004

Linklaters LLP
Attn: Martin Flics and Mary K. Warren
1345 Avenue of the Americas
New York, New York 10105

Milbank, Tweed, Hadley & Mccloy LLP
Attn: Dennis Dunne, Esq., Luc Despins,
Esq., Wilbur Foster, Jr, Esq., Dennis
O'Donnell, Esq., Evan Fleck, Esq.
(Counsel To The Official Committee Of
Unsecured Creditors)
1 Chase Manhattan Plaza
New York, NY  10005

Quinn Emanuel Urquhart Oliver &
Hedges, LLP
Attn: Susheel Kirpalani, Esq., James C.
Tecce, Esq. And Scott C. Shelley, Esq.
(Special Counsel To The Official
Committee Of Unsecured Creditors Of
LBH Inc.)
51 Madison Ave., 22nd Floor
New York, NY  10010

NYDOCS03/873084.1

Dewey & Leboeuf LLP
Attn: Martin J. Bienenstock, Esq. And
Irena Goldstein, Esq.
(Counsel To The Walt Disney Company)
1301 Avenue Of The Americas
New York, NY  10019

NYDOCS03/873084.1