UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (JMP)
                                                                   :
                    Debtors.                              :    (Jointly Administered)
                                                                   :
                                                                   :
-------------------------------------------------------------------x

### STIPULATION, AGREEMENT, AND ORDER BETWEEN THE DEBTORS AND FIR TREE ADJOURNING THE RESPONSE AND JOINDER TO THE MOTION OF THE HARBINGER FUNDS FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY OF LEHMAN BROTHERS HOLDINGS INC.

This stipulation, agreement, and order ("Stipulation, Agreement, and Order") is entered into by and between Fir Tree Value Master Fund, L.P. and Fir Tree Capital Opportunity Master Fund, L.P. (collectively, "Fir Tree") and Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors").

### RECITALS

A.    On September 15, 2008 and periodically thereafter (as applicable, the "Commencement Date"), LBHI and certain of its subsidiaries commenced with this Court voluntary cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 17, 2008, the United States Trustee for the Southern District of

New York appointed the statutory committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

      B.      On October 9, 2008, Fir Tree filed a response and joinder [Docket No. 782] (the "Joinder") to the Motion of Harbinger Capital Partners Special Situations Fund, L.P. and Harbinger Capital Partners Master Fund I, Ltd., f/k/a Harbert Distressed Investment Master Fund, Ltd. for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc. [Docket No. 373] (the "Harbinger Motion").

      C.      On October 12, 2008, the Debtors filed an opposition to the Harbinger Motion and the Joinder [Docket No. 837].

      D.      At the October 16, 2008 hearing on the Harbinger Motion, the Debtors and Fir Tree (the "Parties") agreed to adjourn the hearing on the Joinder until November 5, 2008 in an attempt to resolve Fir Tree's request consensually.

      E.      The Parties have met and conferred in an effort to resolve the Joinder.

      F.      In light of the events described herein, the Parties agree that it is in their mutual best interests to adjourn the Joinder.

## STIPULATION, AGREEMENT AND ORDER

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED, AND ORDERED** by and between the Debtors and Fir Tree, through their undersigned counsel, that:

      1.      The Joinder is hereby adjourned *sin die* without prejudice, subject to the provisions of this Stipulation, Agreement, and Order.

      2.      Fir Tree may reschedule the Joinder by filing of a notice of hearing with the Court (the "Notice") and serving such Notice in accordance with the Order Pursuant to Section 105(a) of the Bankruptcy Code Order Implementing Certain Notice and Case Management Procedures

2

signed on September 22, 2008 [Docket No. 285] (the "Case Management Order") upon 14 days prior written notice to the Debtors.  Objections and responses to the Notice shall be filed in accordance with the Case Management Order.

3. This Stipulation, Agreement, and Order contains the entire agreement between the Parties relating to the subject matter thereof.

4. This Stipulation, Agreement, and Order can only be amended or otherwise modified by a signed writing executed by the Parties.

5. The person who executes this Stipulation, Agreement, and Order by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation, Agreement, and Order on behalf of such Party.

6. This Stipulation, Agreement, and Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement, and Order to present any copy, copies, or facsimiles signed by the Parties here to be charged.

7. This Stipulation, Agreement, and Order shall be governed by the laws of the State of New York, without regard to the application of New York's conflict of law principles.

[SIGNATURES ON FOLLOWING PAGE.]

Dated: November 4, 2008
       New York, NY

      /s/ Roger Netzer
      Roger Netzer
      Dan C. Kozusko

      WILLKIE FARR & GALLAGHER LLP
      787 Seventh Avenue
      New York, New York 10019
      Telephone: (212) 728-8000

      Counsel for Fir Tree Value Master Fund, L.P. and
      Fir Tree Capital Opportunity Master Fund, L.P.

Dated: November 4, 2008
       New York, NY

      /s/ Shai Waisman
      Harvey R. Miller
      Richard P. Krasnow
      Lori R. Fife
      Shai Y. Waisman
      Jacqueline Marcus

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession

SO ORDERED this 5th day of November, 2008

  s/ James M. Peck
UNITED STATES BANKRUPTCY JUDGE