Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
7 Penn Plaza, Suite 600
New York, New York 10001
(212) 684-0199
Fax: (212) 684-0197
dflanigan@polsinelli.com

David D. Ferguson
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri  64112
(816) 753-1000
Fax: (816) 753-1536
dferguson@polsinelli.com

ATTORNEYS FOR ABRAHAM KAMBER & COMPANY LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

**LEHMAN BROTHERS HOLDINGS,**
**INC., et al.,**

                    Debtors.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Chapter 11**

**Case No.:  08-13555 (JMP)**

**(Jointly Administered)**

**MOTION FOR ADMISSION OF DAVID D. FERGUSON**
**TO PRACTICE,** ***PRO HAC VICE***

I, David D. Ferguson, a member in good standing of the bar in the State of Missouri, the State of Kansas, and the State of Illinois, and admitted to practice in the U.S. District and Bankruptcy Courts for the Western District of Missouri, the U.S. District and Bankruptcy Courts for the District of Kansas, and the U.S. Court of Appeals for the Eighth Circuit, request admission, **pro hac vice**, before the Honorable James M. Peck, to represent Abraham Kamber & Company LLC, interested parties in the above-referenced case.  My contact information is as follows:

        David D. Ferguson
        Polsinelli Shalton Flanigan Suelthaus PC
        700 W. 47th Street, Suite 1000
        Kansas City, MO  64112
        (816) 753-1000
        Fax:  (816) 753-1536
        E-mail:  dferguson@polsinelli.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  Kansas City, Missouri
       November 5, 2008

        */s/  David D. Ferguson*
        David D. Ferguson (MO #37854)


        Respectfully Submitted,

        POLSINELLI SHALTON FLANIGAN SUELTHAUS PC


        By: */s/  Daniel J. Flanigan*
            DANIEL J. FLANIGAN
            7 Penn Plaza, Suite 600
            New York, New York 10001
            (212) 684-0199
            Fax No. (212) 684-0197

            DAVID D. FERGUSON
            700 West 47the Street, Suite 1000
            Kansas City, Missouri 64112-1802
            (816) 360-4311
            Fax No. (816) 753-1536

            ATTORNEYS FOR ABRAHAM KAMBER &
            COMPANY LLC