ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS, INC.,
*et al.*,

                Debtors.

---------------------------------------------------------x

Chapter 11

Case No. 08-13555 (JMP)

Jointly Administered

## VERIFIED STATEMENT OF ARENT FOX LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

    David Dubrow on behalf of Arent Fox LLP ("Arent Fox") as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and its related debtors (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

    1.    Arent Fox is counsel to the Entities in the above-captioned cases.  The address for Arent Fox for purposes of this statement is 1675 Broadway, New York, New York 10019.

    2.    The mailing address for each of the Entities is listed on Exhibit A hereto.

    3.    Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationships with the Debtors.  The amounts of the claims held by each of the Entities have not yet been determined and none of the Entities has filed a proof of claim against any of the Debtors as of the time of filing of this statement.

NYC/408311.2

4. The following are the facts and circumstances in connection with Arent Fox's employment in these cases. Arent Fox represented each of the Entities or their affiliates prior to the Debtors' chapter 11 cases. Each of the Entities separately requested that Arent Fox represent them in connection with the Debtors' chapter 11 cases. Arent Fox may also represent the Entities on matters unrelated to these cases. Arent Fox may similarly undertake additional representations of additional parties in interest and to the extent Arent Fox does so, this statement may be supplemented as appropriate.

5. The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Arent Fox's representation of such Entities.

6. Arent Fox also represents or advises, or may have represented or advised, other parties in interest with respect to these cases that have not been included in this statement because the parties that Arent Fox represents do not currently intend to appear in the cases or such representations have concluded. These parties in interest include parties to various agreements involving the Debtors.

7. Arent Fox has provided legal advice to certain of the Debtors in the past but none of the Debtors is a current client.

8. Upon information and belief, Arent Fox does not possess any claims against or interests in the Debtors.[1]

9. The undersigned certifies that this statement is true and accurate, to the best of his knowledge and belief. Arent Fox reserves the right to revise and supplement this statement as appropriate.

---

[1] However, partners, associates and staff of Arent Fox may, in their individual capacities, hold claims against and/or interests in the Debtors.

NYC/408311.2     - 2 -

Dated:  New York, New York
        November 5, 2008

                                                ARENT FOX LLP

                                   By:  */s/ David L. Dubrow*
                                              David L. Dubrow
                                              1675 Broadway
                                              New York, New York 10019
                                              (212) 484-3900

# **EXHIBIT A**

Georgetown University
2121 Wisconsin Avenue, NW, Suite 400
Washington, DC 20077

Howard Hughes Medical Institute
4000 Jones Bridge Road
Chevy Chase, MD 20815

The Vanguard Group, Inc.
P.O. Box 2600
Valley Forge, PA 19482

Transaction Network Services, Inc.
11480 Commerce Executive Park Drive, Suite 600
Reston, VA 20190

World Wildlife Fund
1250 Twenty Fourth Street, NW
Washington, DC 20037