Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
7 Penn Plaza, Suite 600
New York, New York 10001
(212) 684-0199
Fax: (212) 684-0197
dflanigan@polsinelli.com

David D. Ferguson
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri  64112
(816) 753-1000
Fax: (816) 753-1536
dferguson@polsinelli.com

Neal Schwarzfeld
Penn Proefriedt Schwarzfeld & Schwartz
114 West 47th Street - 19th Floor
New York, New York 10036
Tel: (212) 354-7700
Fax: (212) 997-5070
nschwarzfeld@pennprolaw.com

ATTORNEYS FOR ABRAHAM KAMBER & COMPANY LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**In re:**

**LEHMAN BROTHERS HOLDINGS, INC., et al.,**

          **Debtors.**

**Chapter 11**

**Case No.:  08-13555 (JMP)**

**(Jointly Administered)**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## SUMMARY OF EXHIBITS

The following exhibits in reference to the *Motion of Abraham Kamber & Company LLC for Determination that the Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay* are available upon request:

Exhibit 1:  Declaration of Steven M. Levy

Exhibit 2:  Declaration of Neal Schwarzfeld

Respectfully Submitted,

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC

By: */s/ Daniel J. Flanigan*
    DANIEL J. FLANIGAN
    7 Penn Plaza, Suite 600
    New York, New York 10001
    (212) 684-0199
    Fax No. (212) 684-0197

    DAVID D. FERGUSON
    700 West 47the Street, Suite 1000
    Kansas City, Missouri 64112-1802
    (816) 360-4311
    Fax No. (816) 753-1536

    NEAL SCHWARZFELD
    Penn Proefriedt Schwarzfeld & Schwartz
    114 West 47th Street - 19th Floor
    New York, New York 10036
    (212) 354-7700
    Fax (212) 997-5070
    Email nschwarzfeld@pennprolaw.com

ATTORNEYS FOR ABRAHAM KAMBER & COMPANY LLC