UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
|  |  |
|---|---|
| In re | : Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

-----------------------------------------------------------------x

## ORDER DENYING MOTION FOR CLARIFICATION AND RELIEF FROM JUDGMENT OF FEDERAL HOME LOAN BANK OF PITTSBURGH

Upon the motion, dated October 7, 2008 (the "Motion"), of the Federal Home Loan Bank of Pittsburgh, for clarification and relief, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, from the Court's Order [Docket No. 258] approving the sale of assets to Barclays Capital Inc., all as more fully described in the Motion; and upon the objection to the Motion of Barclays Capital Inc., dated October 31, 2008, and the Debtors' response to the Motion, dated October 31, 2008; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and after due deliberation and sufficient cause appearing therefor and for the reasons stated by the Court at the Hearing, it is

ORDERED that the Motion is denied.

Dated:  New York, New York
        November 6, 2008

                                             *s/ James M. Peck*
                                          UNITED STATES BANKRUPTCY JUDGE