Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- X
In re                                                                   :   Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC.,                                          :   08-13555 (JMP)
                                                                        :
                        Debtor.                                         :   <u>CERTIFICATE OF SERVICE</u>
                                                                        :
----------------------------------------------------------------------- X

   I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   On the 31st day of October 2008, the Objection of Barclays Capital Inc. to Motion of The Federal Home Loan Bank of Pittsburgh for Clarification, and Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b), Section 105(a) of the Bankruptcy Code, Regarding the Court's Order Approving the Sale of Assets to Barclays Capital Inc. with Respect to Non-Debtor Assets was served by hand, by e-mail and by facsimile transimission, as indicated, upon:

      <u>BY HAND</u>

      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, NY 10153
      Attn: Richard P. Krasnow, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Lori R. Fife, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Shai Y. Waisman, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis O'Donnell, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Evan Fleck, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn:   Robinson B. Lacy, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn:   Hydee R. Feldstein, Esq.

Office of the United States Trustee
   for Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn:   Andy Velez-Rivera

Office of the United States Trustee
   for Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Paul Schwartzberg

Office of the United States Trustee
   for Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Brian Masumoto

Office of the United States Trustee
   for Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Linda Riffkin

Office of the United States Trustee
   for Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004
Attn:   Tracy Hope Davis

BY E-MAIL

bmanne@tuckerlaw.com, btupi@tuckerlaw.com
mshiner@tuckerlaw.com, ghunt@tuckerlaw.com,
mstauber@tuckerlaw.com

BY FACSIMILE TRANSMISSION

Beverly Weiss Manne, Esq.
Tucker Arensberg, P.C.
Fax No. (412) 594-5619

Dated:   New York, New York
            November 6, 2008

                  /s/Richard V. Conza
                  Richard V. Conza