UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                      :
In Re:                                                :    Chapter 11
                                                      :
LEHMAN BROTHERS HOLDINGS INC.,                        :    Case No. 08-13555 (JMP)
                                                      :
           Debtor                                     :
                                                      :
------------------------------------------------------x
                                                      :
Securities Investor Protection Corporation,           :
                                                      :    Adversary Proceeding
           Plaintiff                                  :
                                                      :    Case No. 08-01420 (JMP)
           v.                                         :
                                                      :
Lehman Brothers Inc.,                                 :
                                                      :
           Defendant                                  :
                                                      :
------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Berman DeValerio Pease Tabacco Burt & Pucillo ("Berman DeValerio"), hereby appears as counsel for the State Board of Administration of Florida ("SBA") in the captioned adversary proceeding and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in connection with the captioned proceeding, and all papers served or required to be served in connection therewith, be given and served upon Berman DeValerio as follows:

Michael J. Pucillo, Esq.
Wendy H. Zoberman, Esq.
Anne F. O'Berry, Esq. (AFO-0148)
Berman DeValerio Pease Tabacco
 Burt & Pucillo
Esperanté Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel:    561/835-9400
Fax:    561/835-0322
Emails: mpucillo@bermanesq.com
        wzoberman@bermanesq.com
        aoberry@bermanesq.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, pleading, request, complaint, demand, or any other paper, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and request for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over SBA. Further, this appearance and request for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of SBA's substantive or procedural rights, including without limitation: (i) SBA's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) SBA's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) SBA's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-

2

offs or recoupments as appropriate, under any agreements, in law or equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: West Palm Beach, Florida
October 10, 2008

                        Berman DeValerio Pease Tabacco
                         Burt & Pucillo

By: _____*Anne F. O'Berry*_____
      Anne F. O'Berry (AFO-0148)
Michael J. Pucillo, Esq.
Wendy H. Zoberman, Esq.
(Application for Admission Pro Hac Vice forthcoming)
Esperanté Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401
Tel:   561/835-9400
Fax:   561/835-0322
Emails: mpucillo@bermanesq.com
         wzoberman@bermanesq.com
         aoberry@bermanesq.com

**Attorneys for State Board of Administration of Florida**