UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------x
In Re:                                          :      Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC.,   :      Case No. 08-13555 (JMP)
                                                :
           Debtor                               :
-----------------------------------------------------x
Securities Investor Protection Corporation,  :
                                                :      Adversary Proceeding
           Plaintiff                            :
                                                :      Case No. 08-01420 (JMP)
              v.                                :
                                                :
Lehman Brothers Inc.,                           :
                                                :
           Defendant                            :
-----------------------------------------------------x
```

## AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

```
STATE OF FLORIDA            :
                            : SS:
COUNTY OF PALM BEACH        :
```

I, Anne F. O'Berry, being duly sworn, depose and say:

1. I am over the age of eighteen years, am employed in the offices of Berman DeValerio Pease Tabacco Burt & Pucillo, counsel to State Board of Administration of Florida, a party in interest in the above-captioned matter, and am not a party to this action.

2. That on the 10th day of October, 2008, I caused to be served true and correct copies of the following document: Notice of Appearance and Request for Notices and Service of Papers, dated October 10, 2008, upon the parties on the annexed service list, by first-class United States mail.

_Anne F. O'Berry_

Anne F. O'Berry (AFO-0148)

Sworn to before me this 10th
day of October, 2008

_Iraida Avila_

Iraida Avila
Notary Public, State of Florida

**SERVICE LIST**

Harvey R. Miller, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Andrew D. Velez-Rivera, Esquire
Paul K. Schwartzberg, Esquire
Brian S. Masumoto, Esquire
Office of the United States Trustee
Region 2/Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Harvey A. Strickon, Esquire
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022-3205

Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX  75205

James S. Carr, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Frank F. McGinn, Esquire
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th  Floor
Boston, MA  02110

Kathryn Schroeder, Esquire
Arapahoe County
5334 S. Prince Street
Littleton, CO  80166

Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201-2691

Harold S. Novikoff, Esquire
Richard G. Mason, Esquire
Joshua A. Feltman, Esquire
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019-60150

Deryck A. Palmer, Esquire
John J. Rapisardi, Esquire
George A. Davis, Esquire
Gary D. Ticoll, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Frederick D. Hyman, Esquire
Amit Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Brian Trust, Esquire
Jeffrey G. Tougas, Esquire
Amit Trehan, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019

Richard Levin, Esquire
Robert H. Trust, Esquire
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019

Howard R. Hawkins, Jr., Esquire
Ellen M. Halstead, Esquire
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

James H. Shenwick, Esquire
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY  10017

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Timothy Q. Karcher, Esquire
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019

Hollace T. Cohen
Paul H. Deutch
Troutman Sanders LLP
405 Lexington Avenue
New York, NY  10174

Michael Rosenthal
Janet Weiss
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166-0193

Chester B. Salomon, Esquire
Constantine D. Pourakis, Esquire
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022

James F. Wallack, Esquire
Douglas B. Rosner, Esquire
Gregory O. Kaden, Esquire
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-1776

Charles R. Ekberg, Esquire
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338

George Rosenberg
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO  80166

Marc Abrams
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Ann E. Acker
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080

Luma Al-Shibib
Reed Smith
599 Lexington Avenue
New York, NY 10022

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Colin B. Albaugh
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005

George Angelich
Arent Fox LLP
1675 Broadway
New York, NY 10019

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

Christopher Robert Belmonte
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169-0079

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Walter Benzija
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Michael V. Blumenthal
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022

Anthony D. Buccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Martin G. Bunin
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Matthew Allen Cantor
Normandy Hill Capital L.P.
150 East 52nd Street
10th Floor
New York, NY 10022

John F. Carberry
Cummings & Lockwood, LLC
Six Landmark Square
Stamford, CT 06901

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Shelley C. Chapman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market Street
25th Floor
San Francisco, CA 94105

Darrell W. Clark
Stinson Morrison Hecker, LLP
1150 18th Street, N.W.
Suite 800
Washington, DC 20036-3816

Ronald L. Cohen
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Patrick Collins
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Steven Cousins
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102

David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

David A. Crichlow
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Leo T. Crowley
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036

Vincent D'Agostino
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

Israel Dahan
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281

George A. Davis
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
One Gateway Center, 9th Floor
Newark, NJ 07102

Gabriel Del Virginia, Esq.
Law Offices of Gabriel Del Virginia
641 Lexington Avenue
21st Floor
New York, NY 10022

Bradford E. Dempsey
Holme Roberts & Owen LLP
1700 Lincoln
Suite 4100
Denver, CO 80203

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Mark W. Deveno
Bingham McCutchen LLP
299 Park Avenue
New York, NY 10022

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Thomas Alan Draghi
Westerman Ball Ederer Miller & Sharfstein
170 Old Country Road
Suite 400
Mineola, NY 11501

Michael James Edelman
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019

Daniel Eggermann
Amy Caton
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of Americas
New York, NY 10036

Devon Eggert
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Susan K. Ehlers
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

Mark C. Ellenberg
Cadwalader Wickersham & Taft, LLP
1201 F Street, NW
Washington, DC 20004

David Elrod
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201

Michael R. Enright
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

Robert Michael Farquhar
Winstead Sechrest & Minick, P.C.
1201 Elm Street
Suite 5400
Dallas, TX 75270

Matthew Allen Feldman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven, CT 06510

Eric Fisher
Bragar Wexler Eagle & Morgenstern, P.C.
885 Third Avenue
Suite 3040
New York, NY 10022

Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street
Suite 1000
Kansas City, MO 64112

Charles H. Fleischer
Richard Levy, Jr.
Oppenheim, Fleischer & Quiggle, P.C.
7700 Old Georgetown Road
Suite 800
Bethesda, MD 20814

Robert M. Fleischer
Richard Levy, Jr.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

Martin J. Flics
Linklaters
1345 Avenue of the Americas
19th Floor
New York, NY 10105

Shawn Randall Fox
McGuire Woods LLP
1345 Avenue of the Americas
New York, NY 10128

Mark Freedlander
McGuire Woods, LLP
Dominion Tower
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222-3142

David M. Friedman
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019-6799

Kenneth Friedman
Manatt, Phelps & Phillips, LLP
1675 Broadway
27th Floor
New York, NY 10029

Thomas M. Gaa
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Alan E. Gamza
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Anthony I. Giacobbe, Jr.
Ziechner Ellman & Krause, LLP
575 Lexington Avenue
10th Floor
New York, NY 10022

Steven A. Ginther
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
Jefferson City, MO 65105-0475

Joseph M. Gitto
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Eduwardo J. Glas
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102

Andrew C. Gold
Herrick & Feinstein LLP
2 Park Avenue
New York, NY 10016

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
18th Floor
New York, NY 10176

Richard L. Gold
Morelli & Gold, LLP
380 Lexington Avenue, Suite 4400
New York, NY 10168

Antonia Golianopoulos
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Lindsee Paige Granfield
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Paul C. Gunther
Salans
620 Fifth Avenue
New York, NY 10022

Alan D. Halperin
Halperin Battaglia Raicht LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Dion W. Hayes
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219-4030

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

James M. Heiser
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, IL 60603-4080

Ira L. Herman
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Robert M. Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019

Robert L. Holladay, Jr.
Young Williams P.A.
2000 Am south Plaza
Jackson, MS 39225-3059

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

John E. Jureller, Jr.
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017

Gregory O. Kaden
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Richard S. Kanowitz
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798

Dimitri G. Karcazes
Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603-5792

J. Michael Kelly
Cooley Godward Kronish LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Barry R. Kleiner
Vinson & Elkins L.L.P.
666 Fifth Avenue
26th Floor
New York, NY 10103

Howard Koh
Meister Seelig & Fein, LLP
708 Third Avenue
24th Floor
New York, NY 10017

Timothy J. Korzun
Sheak & Korzun, P.C.
1 Washington Crossing Road
Pennington, NJ 08534-3506

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

Jeffrey Kurtzman
Klehr, Harrison, Harvey, Branzburg Ellers
260 S. Broad Street
Philadelphia, PA 19102-5003

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Robert Laplaca
Levett, Rockwood, P.C.
33 Riverside Avenue
Westport, CT 06880

Francis J. Lawall
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

David M. LeMay
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Stephen D. Lerner
Squire Sanders & Dempsey LLP
221 E. Fourth Street
Suite 2900
Cincinnati, OH 45202-4036

Ira M. Levee
Lowenstein Sandler, P.C.
65 Livingston Ave
Roseland, NJ 07068

Shari D. Leventhal
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045

Jeffrey W. Levitan
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Fredrick J. Levy
Olshan Grundman Frome Rosenweig & Wolosky, LLP
65 East 55th Street
New York, NY 10022

Michael Liberman
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

David Liebov
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Demetra Liggins
Thompson & Knight LLP
333 Clay Street
Suite 3300
Houston, TX 77002

Judy G.Z. Liu
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Edward Joseph LoBello
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Eric Lopez Schnabel
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Donald K. Ludman
Brown & Connery, LLP
6 N. Broad Street
Suite 100
Woodbury, NJ 08096

Christopher J. Major
Robinson & Cole LLP
885 Third Avenue
28th Floor
New York, NY 10022

Robert K. Malone
Drinker Biddle & Shanley LLP
500 Campus Drive
Florham Park, NJ 07932

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Beverly Weiss Manne
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Julie A. Manning
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Jil Mazer-Marino
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

James I. McClammy
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Douglas J. McGill
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

David C. McGrail
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Michael T. Mervis
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Richard M. Meth
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd.
Suite 1800
McLean, VA 22102-4215

Claude D. Montgomery
Salans
620 Fifth Avenue
6th Floor
New York, NY 10020

Steven T. Mulligan
Bieging Shapiro & Burrus LLP
4582 So. Ulster Street Parkway
Suite 1650
Denver, CO 80237

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

Timothy F. Nixon
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202

Kalman Ochs
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Karen Ostad
Morrison & Foerster
1290 Avenue of the Americas
40th Floor
New York, NY 10104

Jody Michelle Oster
The Huntington National Bank
41 South High Street - 5th Floor
Columbus, OH 43215

R. Stephen Painter, Jr.
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005

Charles Palella
Kurzman Karelsen & Frank, LLP
230 Park Avenue
23rd Floor
New York, NY 10169

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Steven W. Perlstein
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Thomas Pietrantonio
334 Main Street
Port Washington, NY 11050

Sydney G. Platzer
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas,18th Floor
New York, NY 10018

Frederick B. Polak
Post Polak Goodsell MacNeill & Strauchler
575 Madison Avenue
New York, NY 10022

William C. Price
McGuire Woods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222

Jonathan I. Rabinowitz
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039

Amanda Raboy
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

Ira A. Reid
Baker & McKenzie
805 Third Avenue
New York, NY 10022

Steven J. Risman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Howard D. Ressler
Diamond McCarthy LLP
620 Eighth Avenue
39th Floor
New York, NY 10018

Kenneth A. Reynolds
McBreen & Kopko
500 North Broadway
Suite 129
Jericho, NY 11753

Jeffrey N. Rich
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Marc E. Richards
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

Dirk S. Roberts
Office of Thrift Supervision
1700 G Street, NW
Washington, DC 20552

Michael J. Roeschenthaler
McGuireWoods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222

Kermit A. Rosenberg
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Edward M. Rosensteel
Rosensteel & Beckmann LLC
90 Park Avenue
17th Floor
New York, NY 10016

David A. Rosenzweig
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

David S. Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10119-6022

Scott K. Rutsky
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

Lori K. Sapir
Silverberg Stonehill Goldsmith & Haber
111 West 40th Street
New York, NY 10018

Kim Sherrie Sawyer
The Locator Services Group Ltd.
316 Newbury Street
Suite 32
Boston, MA 02115

Gregory B. Schiller
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605

Michael L. Schleich
Fraser Stryker PC LLC
409 South 17th Street
Suite 500
Omaha, NE 68102

Carey D. Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Howard Seife
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Stephen B. Selbst
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

Glenn E. Siegel
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Paul H. Silverman
McLaughlin & Stern
260 Madison Ave.
New York, NY 10016

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Keith A. Simon
Latham & Watkins, LLP
885 Third Avenue
New York, NY 60606

Thomas R. Slome
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Elizabeth Page Smith
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019

Mark A. Speiser
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Marvin E. Sprouse
Jackson Walker L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701

Bonnie Steingart
Fried, Frank Harris Shriver & Jacobson
One New York Plaza
New York, NY 10004

Malani Sternstein
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Brent C. Strickland
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

My Chi To
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131

Any Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Michael J. Venditto
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Jon C. Vigano
Schiff Hardin LLP
6600 Sears Towers
Chicago, IL 60606

Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Rochelle R. Weisburg
Shiboleth, Yisraeli, Roberts & Zisman, LLP
One Penn Plaza, Suite 2527
New York, NY 10019

Lee Papachristou Whidden
Salans
620 Fifth Avenue
6th Floor
New York, NY 10020

Eric R. Wislon
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

L. Matt Wilson
The Wilson Law Firm, P.C.
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326

Amy R. Wolf
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Erin Zavalkoff
Vedder Price
1633 Broadway
47th Floor
New York, NY 10019

Peter Alan Zisser
Holland & Knight, LLP
195 Broadway
New York, NY 10007

Edward P. Zujkowski
Emmet, Marvin & Martin, LLP
120 Broadway
New York, NY 10271

BigFix, Inc.
c/o Michael St. James
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Howard S. Steel
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Brett H. Miller
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Stephanie Thomas
Assistant Chief Counsel
Sara B. Eagle, Esq.
Colin B. Albaugh, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005

Benjamin Blaustein
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Douglas J. Lipke
Vedder Price P.C.
222 N. LaSalle Street
Chicago, IL 60601-1003

Erin Zavalkoff-Babej
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Susan M. Schultz
Group Deputy Counsel
Newedge USA, LLC
550 West Jackson Blvd., Suite 500
Chicago, IL 60661

Ellen A. Friedman
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Lisa Kraidin
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103