LOVELLS LLP
590 Madison Avenue
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

FILED
U.S. BANKRUPTCY COURT
2008 SEP 19  P 1:31
S.D. OF N.Y.

Attorneys for Standard Chartered Bank

**UNITED STATE BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :
                                                               : Chapter 11 Case No. 08-13555 (jmp)
**LEHMAN BROTHERS HOLDINGS INC.,**          :
                                                               : (Jointly Administered)
         Debtor.                                           :
                                                               :
                                                               :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES, PLEADINGS AND ORDERS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel to Standard Chartered Bank and certain of its worldwide subsidiaries ("SCB"), a creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy case, and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010, requests that all notices given or required to be given in this bankruptcy case, and all papers served or required to be served in this bankruptcy case, be served on SCB by and through service on the following:

| | |
|---|---|
| Christopher R. Donoho, III | Marc Chait |
| Lovells LLP | Standard Chartered Bank |
| 590 Madison Avenue | 1 Madison Avenue, 3rd Floor |
| New York, NY 10022 | New York, N.Y. 10010 |
| Telephone: 212-909-0600 | Telephone: 212-667-0395 |
| Facsimile: 212-909-0660 | Facsimile: 212-6670797 |
| E-mail: chris.donoho@lovells.com | E-mail: Marc.Chait@standardchartered.com |

**PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes, but is not limited to, all pleadings, orders, notices, and other papers referred to in any rule of the Federal Rules of Procedure and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

**PLEASE TAKE NOTICE** that the undersigned hereby further requests that the Debtor and its' counsel, any duly-constituted committee(s) and their counsel, the United States Trustee, and the Clerk of the Court, and all parties filing a notice of appearance herein place the names and addresses of the undersigned on any mailing matrix to be prepared or existing in the above-referenced bankruptcy case.

**PLEASE TAKE NOTICE** that, this Notice of Appearance is not intended to be, and shall not constitute, a consent by SCB to the Bankruptcy Court's subject matter jurisdiction, personal jurisdiction, venue, or core jurisdiction, shall not constitute a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of SCB's: (i) right to have final orders in non-core matters entered only after de novo review by a District Court judge; (ii) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which SCB is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments SCB expressly reserves.

- 3 -

Respectfully submitted on this 19th day of September 2008.

>By: /s/ Christopher R. Donoho, III
> Christopher R. Donoho, III, Esq.
> Lovells LLP
> 590 Madison Avenue
> New York, NY 10022
> Telephone: 212-909-0600
> Facsimile: 212-909-0660