OFFICE OF THE MINNESOTA ATTORNEY GENERAL
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 297-4392
Jeremy D. Eiden, Esq., Assistant Attorney General (*pro hac vice*)

Attorneys for Minnesota State Board of Investment

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

    **LEHMAN BROTHERS HOLDINGS,**                 Chapter 11
    **INC.** *et al.,*                          Case No.: 08-13555 (JMP)
                                       (Jointly Administered)

Debtor.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 6th day of November 2008, the **Notice of Appearance Request for Service of Papers** was electronically filed with the Clerk of the Bankruptcy Court using the ECF system which will send notification of the electronic filing to those in Exhibit A.

      IT IS FURTHER CERTIFIED that on the 6th day of November 2008, service of the foregoing **Notice of Appearance Request for Service of Papers** has been made on the following non-ECF participants by depositing a copy thereof in the U.S. mail, postage prepaid, and addressed to each in Exhibit B.

Dated:  November 6th, 2008                 Respectfully submitted,

                                      s/ **Jeremy D. Eiden**
                                      Jeremy D. Eiden
                                      Bar Number 0388289
                                      Attorney for
                                      Minnesota State Board of Investment
                                      Office of the Minnesota Attorney General
                                      445 Minnesota Street, Suite 900
                                      St. Paul, MN 55101-2127
                                      Telephone:  (651) 297-4392
                                      Fax:  (651) 297-8265

# Exhibit A

Marc Abrams        maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker        acker@chapman.com

Luma Al-Shibib        lalshibib@reedsmith.com

Colin B. Albaugh        albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso        aalfonso@kayescholer.com

George Angelich        angelich.george@arentfox.com, angelich.george@arentfox.com

John R. Ashmead        ashmead@sewkis.com

Lauren Attard        lattard@kayescholer.com,
lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com

Donald M. Badaczewski        donald.badaczewski@dechert.com

Elizabeth Banda        kwilliams@pbfcm.com

Lawrence Bass        lawrence.bass@hro.com

T. Scott Belden        sbelden@kleinlaw.com,
imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte        cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer        hbeltzer@morganlewis.com

Walter Benzija        wbenzija@halperinlaw.net

Martin J. Bienenstock        martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Michael V. Blumenthal        mblumenthal@crowell.com

Timothy W. Brink        timothy.brink@dlapiper.com

James L. Bromley        maofiling@cgsh.com;soneal@cgsh.com

Andrew P. Brozman        andrew.brozman@cliffordchance.com

Martin G. Bunin        marty.bunin@alston.com

Aaron R. Cahn        cahn@clm.com

Matthew Allen Cantor      info2@normandyhill.com

Michael D. Capozzi      mcapozzi@ingramllp.com

John F. Carberry      jcarberry@cl-law.com, dsantos@cl-law.com

Lawrence F. Carnevale      bankruptcy@clm.com, murphy@clm.com

James S. Carr      KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman      maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski      eugene.chikowski@flastergreenberg.com

Shawn M. Christianson      schristianson@buchalter.com, cmcintire@buchalter.com

Darrell W. Clark      dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Hollace T. Cohen      hollace.cohen@troutmansanders.com

Ronald L. Cohen      cohenr@sewkis.com

Kenneth P. Coleman      kurt.vellek@allenovery.com,
daniel.guyder@allenovery.com;tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins      pcollins@farrellfritz.com

Kenneth Corey-Edstrom      kcoreyedstrom@larkinhoffman.com

Patrick M. Costello      pcostello@bbslaw.com

Steven Cousins      scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo      dcrapo@gibbonslaw.com

David A. Crichlow      dcrichlow@pillsburywinthrop.com

Maureen A. Cronin      macronin@debevoise.com,
hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley      leo.crowley@pillsburylaw.com

Vincent D'Agostino      vdagostino@lowenstein.com

Israel Dahan      allison.dipasqua@cwt.com

George A. Davis      wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo      pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco      jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.      gabriel.delvirginia@verizon.net

Bradford E. Dempsey      brad.dempsey@hro.com

Christopher M. Desiderio      cdesiderio@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Paul H. Deutch      paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Mark W. Deveno      mark.deveno@bingham.com, pat.wright@bingham.com

Joshua Dorchak      joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval      mdorval@stradley.com

Amish R. Doshi      adoshi@daypitney.com

Thomas Alan Draghi      tdraghi@westermanllp.com

Dennis J. Drebsky      ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk      rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Matthew Dyer      bkmail@mrdefault.com

Michael James Edelman      mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Eggermann      deggermann@kramerlevin.com

Devon Eggert      deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers      sehlers@armstrongteasdale.com

Jeremy D. Eiden      jeremy.eiden@state.mn.us

Charles R. Ekberg      ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com

Mark C. Ellenberg    mark.ellenberg@cwt.com,
allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod    delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Michael R. Enright    menright@rc.com

Andrew J. Entwistle    aentwistle@entwistle-law.com, tmaloney@entwistle-
law.com;mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-
law.com;scasey@entwistle-law.com;jporter@entwistle-law.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

Matthew Allen Feldman    maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman    sfineman@lchb.com

Eric Fisher    fishere@butzel.com

Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com

Charles H. Fleischer    cfleischer@ofqlaw.com, aswaim@ofqlaw.com

Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com

Abbe F. Fletman    abbe.fletman@flastergreenberg.com

Martin N. Flics    martin.flics@linklaters.com,
shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox    sfox@mcguirewoods.com

Mark Freedlander    mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

David M. Friedman    ffigueroa@kasowitz.com

Ellen A. Friedman    mmyles@friedumspring.com

Kenneth Friedman    kfriedman@manatt.com

Michael Friedman      mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa      tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza      Agamza@mosessinger.com,
dkick@mosessinger.com;dbutvick@mosessinger.com

Anthony I. Giacobbe      agiacobbe@zeklaw.com

Steven D. Ginsburg      sdg@adorno.com,
smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther      sdnyecf@dor.mo.gov

Joseph M. Gitto      jgitto@nixonpeabody.com

Eduardo J. Glas      eglas@mccarter.com

Andrew C. Gold      AGOLD@HERRICK.COM

Matthew J. Gold      mgold@kkwc.com, mattgoldesq@optonline.net

Richard L. Gold      RLGold1977@aol.com

Irena M. Goldstein      igoldstein@dl.com

Antonia Golianopoulos      agolianopoulos@mayerbrownrowe.com,
agolianopoulos@mayerbrownrowe.com

Andrew J. Goodman      agoodman@gsblaw.com

Todd M. Goren      tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield      maofiling@cgsh.com,
lgranfield@cgsh.com;aluft@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cg
sh.com;bmorag@cgsh.com;mmarler@cgsh.com

Ira S. Greene      isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo      egrillo@goodwinprocter.com

Steven T. Gubner      ecf@ebg-law.com

Paul C. Gunther      pgunther@salans.com, nkhalatova@salans.com

Alan D. Halperin      ahalperin@halperinlaw.net,

cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Howard R. Hawkins     howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Dion W. Hayes
phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser     heiser@chapman.com

Sally M. Henry     Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman     ira.herman@tklaw.com

Neil E. Herman     Nherman@morganlewis.com

Robert M. Hirsh     hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Robert L. Holladay     rob.holladay@youngwilliams.com

Eric H. Horn     ehorn@lowenstein.com, elawler@lowenstein.com

Frederick D. Hyman     fhyman@mayerbrownrowe.com

Robbin L. Itkin     ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

John J. Jolley     jay.jolley@kutakrock.com

John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden     gkaden@goulstonstorrs.com

Richard S. Kanowitz     rkanowitz@cooley.com

Dimitri G. Karcazes     dimitri.karcazes@goldbergkohn.com,
kristina.bunker@goldbergkohn.com

Diane J. Kasselman     dkasselman@kasselman-law.com

J. Michael Kelly     kellyjm@cooley.com

Christopher K. Kiplok     kiplok@hugheshubbard.com

Barry R. Kleiner     dkleiner@velaw.com

Howard Koh     hkoh@meisterseelig.com

Robert Kolodney    rkolodney@kanekessler.com

Timothy J. Korzun    sheakkorzun@comcast.net

Deborah Kovsky-Apap    kovskyd@pepperlaw.com,
kressk@pepperlaw.com,wisotska@pepperlaw.com

Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Darryl S. Laddin    bkrfilings@agg.com

Robert Laplaca    rlaplaca@levettrockwood.com

Francis J. Lawall    lawallf@pepperlaw.com

David M. LeMay    dlemay@chadbourne.com

Stephen D. Lerner    slerner@ssd.com

Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin    JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com

Fredrick J. Levy    flevy@olshanlaw.com,
ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Richard Levy    rlevy@pryorcashman.com

Leo V. Leyva    lleyva@coleschotz.com

Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov    liebovd@sullcrom.com

Demetra Liggins    demetra.liggins@tklaw.com

Joanne K. Lipson    jlipson@crockerkuno.com,
ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu      judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello      elobello@blankrome.com,
senese@blankrome.com;nmorales@blankrome.com

Sarah K. Loomis      loomis@hugheshubbard.com

Eric Lopez Schnabel      schnabel.eric@dorsey.com

Daniel A. Lowenthal      dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman      dludman@brownconnery.com

Alan Lungen      alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo      jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.c
om;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com

Christopher J. Major      cmajor@rc.com, tanderson@rc.com

Robert K. Malone      robert.malone@dbr.com

Beverly Weiss Manne      bmanne@tuckerlaw.com

Julie A. Manning      bankruptcy@goodwin.com

Jacqueline Marcus      jacqueline.marcus@weil.com

Alan E. Marder      lgomez@msek.com

Jeffrey S. Margolin      margolin@hugheshubbard.com

Lorenzo Marinuzzi      lmarinuzzi@mofo.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson
@hahnhessen.com;nrigano@hahnhessen.com;zvirani@hahnhessen.com

Douglas Kirk Mayer      dkmayer@wlrk.com, dkmayer@wlrk.com

Jil Mazer-Marino      jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy      lehman.chapter11@dpw.com

Douglas J. McGill     douglas.mcgill@dbr.com

Frank McGinn     ffm@bostonbusinesslaw.com

Lorraine S. McGowen     lmcgowen@orrick.com

Michelle McMahon     michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Michelle A. Mendez     mmendez@hunton.com

Michael T. Mervis     Mmervis@proskauer.com,
Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth     msteen@daypitney.com

Brett H. Miller     bmiller@mofo.com

Harvey R. Miller     harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken     kmisken@mcguirewoods.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com,
moldovanlb@morrisoncohen.com

Thomas J. Moloney     maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Joshua D. Morse     morsej@hbdlawyers.com

Steven T. Mulligan     smulligan@bsblawyers.com

Roger David Netzer     maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman     snewman@katskykorins.com

Robert E. Nies     rnies@wolffsamson.com

Timothy F. Nixon     tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Mark D. Northrup     mnorthrup@GrahamDunn.com, dpurdy@GrahamDunn.com

Harold S. Novikoff     hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Kalman Ochs     ochska@ffhsj.com

Karen Ostad      kostad@mofo.com

Jody Michelle Oster      ECF.Oster@huntington.com

Alec P. Ostrow      apo@stevenslee.com

R. Stephen Painter      spainter@cftc.gov

Charles Palella      cpalella@kurzman.com

Steven W. Perlstein      steven.perlstein@kobrekim.com

Thomas Pietrantonio      pietrantoniolaw@optonline.net

Sydney G. Platzer      splatzer@platzerlaw.com

Frederick B. Polak      lml@ppgms.com

John N. Poulos      poulos@hugheshubbard.com

Constantine Pourakis      cp@stevenslee.com

William C. Price      wprice@mcguirewoods.com

Jonathan I. Rabinowitz      jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy      araboy@cov.com

John J. Rapisardi      john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdon
nell@cwt.com;scott.greenberg@cwt.com;betty.comerro@cwt.com;sohyoung.choo@cwt.com

Paul L. Ratelle      pratelle@fwhtlaw.com

Ira A. Reid      ira.a.reid@bakernet.com

Steven J. Reisman      sreisman@curtis.com,
jbarucha@curtis.com;webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbey
er@curtis.com;tbarnes@curtis.com

Howard D. Ressler      hressler@diamondmccarthy.com

Kenneth A. Reynolds      kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume     arheaume@riemerlaw.com

Jeffrey N. Rich     jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards     mrichards@blankrome.com

Dirk S. Roberts     dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler     mroeschenthaler@mcguirewoods.com

Elizabeth L. Rose     erose@herrick.com, erose@herrick.com

George Rosenberg     grosenberg@co.arapahoe.co.us

Kermit A. Rosenberg     krosenberg@tighepatton.com

Edward M. Rosensteel     info@rosebeck.com

David A. Rosenzweig     DRosenzweig@Fulbright.com

David S. Rosner     ffigueroa@kasowitz.com;dfliman@kasowitz.com

Douglas B. Rosner     drosner@goulstonstorrs.com

Rene S. Roupinian     rroupinian@outtengolden.com

Barry J Roy     broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky     srutsky@proskauer.com

Chester B. Salomon     cs@stevenslee.com

Diane W. Sanders     austin.bankruptcy@publicans.com

Lori K. Sapir     lsapir@ssghlaw.com

Kim Sherrie Sawyer     gharnett@tlsgltd.com

Gregory B. Schiller     gschiller@zeislaw.com

Michael L. Schleich     mschleich@fslf.com

Carey D. Schreiber     cschreiber@winston.com

Christopher P. Schueller     christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman    dschulman@salans.com

Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com

Lisa M. Schweitzer    lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com

Andrea Sheehan    sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Glenn E. Siegel    Glenn.Siegel@dechert.com

Paul H. Silverman    PSilverman@mclaughlinstern.com

Peter L. Simmons    peter.simmons@friedfrank.com

Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome    lgomez@msek.com

Edward Smith    easmith@venable.com

Elizabeth Page Smith    esmith@llgm.com, strum@dl.com

Abigail Snow    asnow@ssbb.com

Fredric Sosnick    fsosnick@shearman.com,
karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com

Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

Harvey A. Strickon    harveystrickon@paulhastings.com,
frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

James Tecce    jamestecce@quinnemanuel.com

Samuel Jason Teele    jteele@lowenstein.com,
gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer    ktomer@goodwinprocter.com

Amit K. Trehan    atrehan@mayerbrown.com,
atrehan@mayerbrown.com;gwilley@mayerbrown.com

Sarah Trum    strum@dl.com, lsaal@dl.com

Brian Trust    btrust@mayerbrown.com

Raymond J. Urbanik    rurbanik@munsch.com

Michael J. Venditto    mvenditto@reedsmith.com

Raymond W. Verdi    hellerverdi@aol.com

Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com

Shai Waisman    shai.waisman@weil.com,
amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil
.com;ilusion.rodriguez@weil.com;sherri.toub@weil.com;camisha.simmons@weil.com;victoria.v
ron@weil.com;julio.gurdian@weil.com;matthew.curro@weil.com;michele.meises@weil.com

Josephine Wang    jwang@sipc.org

Rochelle R. Weisburg    rochellew@shiboleth.com

John W. Weiss    weissjw@gtlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David B. Wheeler    davidwheeler@mvalaw.com

Timothy Raymond Wheeler    twheeler@lowenstein.com

Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski    stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swicko
us@aol.com

Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson    efile@willaw.com

Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne    richard_wynne@kirkland.com;sperry@kirkland.com

Erin Zavalkoff    ezavalkoff-babej@vedderprice.com, ecfnydocket@vedderprice.com

Peter Alan Zisser
jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg    azylberberg@whitecase.com,
jdisanti@whitecase.com;mcosbny@whitecase.com

# Exhibit B

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036
david.albalah@bracewellgiuliani.com

Bruce Bennett
Hennigan, Bennett and Dorman
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
salcedol@gtlaw.com

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166
sbernstein@hunton.com

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022
Anthony_Boccanfuso@aporter.com, quebecorservice@aporter.com

Daniel S. Braverman
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

David C. Bryan
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
dcbryan@wlrk.com

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
30th Floor
San Francisco, CA 94111-339

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Wade K. Cannon
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Amy Caton
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
acaton@kramerlevin.com

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

www.bsillc.com

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661
ccombest@quarles.com, fbf@quarles.com

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Currenex, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Steven H. Felderstein
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA 95814-4434
sfelderstein@ffwplaw.com

Christopher J. Giaimo
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339
giaimoc@arentfox.com

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165
sgross@hodgsonruss.com, rcipollaro@hodgsonruss.com

Jonathan P. Guy

Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

GARY P. HUNT
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677
bkdocketing@freebornpeters.com

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
dheffer@foley.com

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
ehollander@whitecase.com, rlipman@mcleodusa.com;mcosbny@whitecase.com

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281
jhong@rkollp.com, rkoquebec@rkollp.com

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Christine Jagde
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017
cjagde@foxrothschild.com

Thomas S. Kiriakos
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com,
benjaminfinestone@quinnemanuel.com;josephminias@quinnemanuel.com

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Daniel Steven Lubell
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com

Sandra E. Mayerson
Holland & Knight
195 Broadway
New York, NY 10007

David C. McGrail
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036
dmcgrail@davidmcgraillaw.com

Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Matthew P. Morris
Lovells
590 Madison Avenue
8th Floor
New York, NY 10022
matthew.morris@lovells.com

Michael A. Morris
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Morrison & Foerster LLP
1290 Avenue of Americas
New York, NY 10104

Larren M. Nashelsky
Morrison & Foerster LLP

1290 Avenue of the Americas
New York, NY 10104
rfreimuth@mofo.com;nrosenbaum@mofo.com;dcapucilli@mofo.com

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036
gnovod@kramerlevin.com

Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Jack Raisner
Outten & Golden, LLP
3 Park Ave
29th Floor
New York, NY 10016

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

MICHAEL A. SHINER
TUCKER ARENSBERG, P.C
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

MICHAEL J. STAUBER
TUCKER ARENSBERG, P.C.
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

Margot Schonholtz
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689
ronald.silverman@bingham.com

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
mark.somerstein@ropesgray.com

Stevens & Lee, P.C.
485 Madison Avenue
New York, NY 10022

BRADLEY S. TUPI
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

A. Brent Truitt
Hennigan, Bennett & Dorman LLP
245 Park Avenue
Suite 3962
New York, NY 10167

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd.

Suite 4900
Miami, FL 33131

Amy Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

AG: #2337039-v1