UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., et al.,    :
                                                                 :
                                    Debtors.              :
-----------------------------------------------------------------x

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), Gilmartin, Poster & Shafto LLP hereby appears in the above-captioned case on behalf of Pietro Ferrero and requests, pursuant to Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and copies of all papers and documents served and/or filed herein, including but not limited to orders, reports, pleadings, motions, applications, petitions, disclosure statements, and plans, be served upon:

> Andreas Seuffert, Esq.
> Gilmartin, Poster & Shafto LLP
> 845 Third Avenue
> New York, New York  10022
> (212) 425-3220
> Fax:  (212) 425-3130
> aseuffert@lawpost-nyc.com

Dated:  New York, New York
        November 6, 2008

                                    GILMARTIN, POSTER & SHAFTO LLP

                                    By: /s/ Michael C. Lambert
                                        Michael C. Lambert (ML-3408)
                                        845 Third Avenue
                                        New York, New York  10022
                                        (212) 425-3220
                                        Attorneys for Pietro Ferrero

{00021596.DOC}