PRESENTMENT DATE AND TIME: Thursday, November 13, 2008 at 12:00 p.m.
OBJECTION DEADLINE:  Wednesday, November 12, 2008 at 4:00 p.m.

Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 310-3999

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., <u>et al</u>. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Debtors. | |
| Securities Investor Protection Corporation, | |
| Plaintiff | Adversary Proceeding No. |
| v. | |
| Lehman Brothers Inc., | 08-01420 (JMP) |
| Debtor. | |

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER IN
CONNECTION WITH THE ASSUMPTION AND ASSIGNMENT OF
CERTAIN CONTRACTS BETWEEN BARCLAYS CAPITAL INC. AND
<u>TRADEWEB MARKETS LLC AND ITS AFFILIATES</u>**

PLEASE TAKE NOTICE that the undersigned will present the attached Stipulation and

Order in Connection with the Assumption and Assignment of Certain Contracts Between

Barclays Capital Inc. and Tradeweb Markets LLC and Its Affiliates (the "<u>Stipulated Order</u>") to

the Honorable James M. Peck, United States Bankruptcy Judge, for signature on **Thursday,**

**November 13, 2008 at 12:00 p.m. (ET).**

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the relief requested in

the Stipulated Order must comply with the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") and the Local Rules of the United States Bankruptcy Court for the

Southern District of New York, must be set forth in a writing describing the basis therefor and

must be filed with the Court electronically in accordance with General Orders M-182 and M-193

by registered users of the Court's electronic case filing system (the User's Manual for the

Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website

of the Bankruptcy Court) and, by all other parties in interest, on a 3½ inch disk, preferably in

Portable Document Format (PDF), WordPerfect or any other Windows-based word processing

format (with a hard copy delivered directly to Chambers (as defined below)) and served in

accordance with General Orders M-182 or by first-class mail upon each of the following: (i) the

chambers of the Honorable James M. Peck ("Chambers"), One Bowling Green, New York, New

York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York,

New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq.,

and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the United States

Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New

York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and

Tracy Hope Davis); (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza,

New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan

Fleck, Esq.), attorneys for the Official Committee of Unsecured Creditors; (v) Cleary Gottlieb

LLP, One Liberty Plaza, New York, NY 10006, (Attn: Lindsee P. Granfield, Esq. and Lisa

Schweitzer, Esq.) and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004,

(Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.), attorneys for Barclays Capital Inc.;

(vi) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James

B. Kobak, Esq. and David Wiltenberg, Esq.), attorneys for the SIPA Trustee; and (vii) Fried,

Frank, Harris, Shriver & Jacobson LLP, One New York Plaza, New York, New York, 10004

(Attn: Brian D. Pfeiffer, Esq.), attorneys for TradeWeb Markets LLC, TradeWeb NewMarkets

LLC, TradeWeb LLC, TradeWeb Markets International LLC and TradeWeb Europe Limited, so

as to be received no later than **4:00 p.m. (ET) on Wednesday, November 12, 2008.**  If no

objections are filed and served by that time, the Court may sign the Stipulated Order without a

hearing and without any further notice.

PLEASE TAKE FURTHER NOTICE that if a written objection is timely filed and

served, a hearing will be held on **Wednesday, December 3, 2008, at 10a.m. (ET)** at the United

States Bankruptcy Court for the Southern District of New York, Honorable James M. Peck,

United States Bankruptcy Judge, One Bowling Green, New York, New York 10004-1408, 6th

Floor.  The moving and objecting parties are required to attend the hearing, and failure to appear

may result in relief being granted or denied upon default.

Dated:  New York, New York
         November 6, 2008

**CLEARY GOTTLIEB STEEN &
HAMILTON LLP**

By:   _/s/ Lisa M. Schweitzer_____
     Lindsee P. Granfield
     Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*