**SHEAK & KORZUN, P.C.**
1 Washington Crossing Road
Pennington, New Jersey 08534
(609) 737-6885
E-mail: sheakkorzun@comcast.net
**Attorneys for Vollers Excavating & Construction, Inc.**

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | In Proceedings Under Chapter 11 |
| | : | of the Bankruptcy Code |
| **LEHMAN BROTHERS HOLDINGS, INC.** | : | |
| Et als., | : | Case No. 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |
| | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST TO
BE REMOVED FROM SERVICE LISTS AND ELECTRONIC FILING NOTICES**

**PLEASE TAKE NOTICE** that **Timothy J. Korzun, Esq.** of **SHEAK & KORZUN, PC**, hereby withdraws his appearance in the above-referenced case on behalf of **Vollers Excavating & Construction, Inc.** and requests to be removed from the service lists and from the CM/ECF notice list. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's electronic filing system for this case:

Timothy J. Korzun, Esq.
**SHEAK & KORZUN, PC**
1 Washington Crossing Road
Pennington, NJ 08534
sheakkorzun@comcast.net

Dated: November 6, 2008     By:     **SHEAK & KORZUN, PC**
*/s/ Timothy J. Korzun TK-1121*
Timothy J. Korzun, Esq.