WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                             :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **08-13555 (JMP)**
                                                                  :
                            Debtors.                      :    **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF NOVEMBER 18, 2008 OMNIBUS HEARING

**PLEASE TAKE NOTICE** that pursuant to the order, dated September 22, 2008 [Docket No. 285], implementing certain notice and case management procedures, a hearing in the above-referenced chapter 11 cases was scheduled for November 18, 2008 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004 (the "Omnibus Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Omnibus Hearing has been adjourned to **November 20, 2008 at 2:00 p.m. (Prevailing Eastern Time)** before the Honorable James M. Peck, United States Bankruptcy Judge, One Bowling Green, Room 601, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that all matters previously scheduled for November 18, 2008 shall be heard on **November 20, 2008 at 2:00 p.m.** (**Prevailing Eastern Time**).

Dated: November 6, 2008
      New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession