Hearing Date: December 3, 2008 at 10:00 a.m. (Prevailing Eastern Time)
Objection Deadline: November 28, 2008 at 4:00 p.m. (Prevailing Eastern Time)

**LOWENSTEIN SANDLER PC**
Bruce S. Nathan (BN 4844)
David M. Banker (DB 3278)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

**BARNES & THORNBURG LLP**
Samuel Hodson
11 South Meridian Street
Indianapolis, IN 46204
(317) 261-7972 (Telephone)
(317) 231-7433 (Facsimile)

Co-Counsel to Midwest
Independent System Operator

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON THE MIDWEST INDEPENDENT SYSTEM OPERATOR'S MOTION FOR (I) RELIEF FROM THE AUTOMATIC STAY TO EXERCISE SETOFF RIGHTS PURSUANT TO SECTION 553 OF THE <u>BANKRUPTCY CODE AND (II) OTHER RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") on the Midwest

Independent System Operator's Motion for (I) Relief from the Automatic Stay to Exercise Setoff

Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief (the

18955/3
11/07/2008 **10168712.1**

"Motion") will be held on December 3, 2008 at 10:00 a.m. (Prevailing Eastern Time) before the Honorable James M. Peck, United States Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Room 601, One Bowling Green, New York, New York 10004.

**PLEASE TAKE NOTICE** the Hearing may be adjourned thereafter from time to time without further notice.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and shall be filed with the Bankruptcy Court electronically by registered users of the Bankruptcy Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (in either case, with a hard copy delivered directly to the Chambers of the Honorable James M. Peck, U.S.B.J., United States Bankruptcy Court, One Bowling Green, Room 601, New York, New York 10004 ("Chambers")); and shall be served upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (ii) the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, and Tracy Hope Davis); (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys for the official committee of unsecured creditors appointed in these cases; (iv) the attorneys for any other official committee(s) appointed in these chapter cases; (v) Cleary Gotliebb LLP, One

Liberty Plaza, New York, NY 10006, (Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.) and (vi) Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.), attorneys for the Debtors' postpetition lenders, and (vii) any other person or entity entitled to receive such objection in these cases; so as to be actually received on or before November 28, 2008 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing, and that if no objections to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Motion without further notice or hearing.

Dated: November 7, 2008

By:/s/ David M. Banker
Bruce S. Nathan (BN 4844)
David M. Banker (DB 3278)
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

Samuel Hodson
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
(317) 261-7972 (Telephone)
(317) 231-7433 (Facsimile)

Co-Counsel to Midwest
Independent System Operator