**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.,* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MIDWEST INDEPENDENT SYSTEM OPERATOR'S MOTION
FOR: (I) RELIEF FROM THE AUTOMATIC STAY TO EXERCISE
SETOFF RIGHTS PURSUANT TO SECTION 553 OF THE BANKRUPTCY CODE
AND (II) OTHER RELATED RELIEF**

Upon consideration of the Midwest Independent System Operator's Motion For (I) Relief from the Automatic Stay to Execute Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief (the "Motion"), and sufficient notice of the Motion having been given to all parties in interest as required by the circumstances; and it appearing that no other or further notice of the Motion need to be given; and the Court having determined that good cause exists for granting the relief requested in the Motion; and objections to the Motion, if any, having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that**:**

1.      The Motion is hereby granted;

2.      The automatic stay is hereby lifted so as to authorize MISO to immediately exercise its rights of setoff as provided in the Tariff (as defined in the Motion);

3.      The above-captioned Debtors and MISO are authorized to take all necessary steps

to implement the terms of this Order;

4.     This Court shall retain jurisdiction regarding the implementation of this Order.

_____

**JAMES M. PECK,**
**UNITED STATES BANKRUPTCY JUDGE**