UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
In re:                                                       :    Chapter 11
                                                             :
LEHMAN COMMERCIAL PAPER INC.,                                :    Case No. 08-13555 (JMP)
                                                             :
                              Debtor.                        :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Cheri Williams-Pugh, being duly sworn, deposes and says:

1.   I am over the age of eighteen years, am employed in the offices of Mayer Brown LLP, 1675 Broadway, New York, New York, 10019. I am not a party to this action and reside in Queens, New York.

2.   On November 4, 2008, I caused true and correct copies of the following to be served on the parties on the attached service list by hand delivery:

(a)   Reply to Motion for Entry of An Order Granting Relief from the Automatic Stay, and

(b)   Supplemental Declaration of David A. Buck in Support of the Motion and Reply of Sumitomo Mitsui Banking Corporation for Entry of an Order Granting Relief from the Automatic Stay to Foreclose on its Collateral.

Cheri Williams-Pugh

Sworn to before me this
7th day of November, 2008

_____
NOTARY PUBLIC

MICHAEL CHAN
Notary Public, State of New York
No. 01CH6120938
Qualified in Queens County
Commission Expires January 3, 2009
Certificate filed in New York County

17541599

## SERVICE LIST

Chambers of the Honorable James M. Peck
**United States Bankruptcy Court**
**Southern District of New York**
One Bowling Green, Courtroom 601
New York, New York 10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
**Weil Gotshal & Manges LLP**
767 Fifth Avenue,
New York, New York 10153

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
**Office of the United States Trustee**
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, New York 10005

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
**Cleary Gotliebb LLP**
One Liberty Plaza
New York, NY 10006

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004

17541599

Michael S. Stamer, Esq.
Philip C. Dublin, Esq.
Sarah Link Schultz, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, New York 10036

Susheel Kirpalani, Esq.
James C. Tecce, Esq.
Robert K. Dakis, Esq.
**Quinn Emanuel Urquhart Oliver & Hedges, LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010