**LOWENSTEIN SANDLER PC**
Bruce S. Nathan (BN 4844)
David M. Banker (DB 3278)
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)

**BARNES & THORNBURG LLP**
Samuel Hodson
11 South Meridian Street
Indianapolis, IN 46204
(317) 261-7972 (Telephone)
(317) 231-7433 (Facsimile)

Co-Counsel to Midwest
Independent System Operator

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF SERVICE

**Gina C. Buccellato**, certifies as follows:

1.      I am a legal assistant employed by the law firm of Lowenstein Sandler PC, Co-Counsel to Midwest Independent System Operator, in the above captioned matter.

2.      On November 7, 2008, I caused to be served a copy of the Midwest Independent System Operator's Motion for (I) Relief from the Automatic Stay

to Exercise Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief via First Class Mail to the parties listed on the annexed Exhibit "A".

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 7, 2008

/s/ Gina C. Buccellato
Gina C. Buccellato

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF
NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332

COMMODITY FUTURES TRADING COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW WASHINGTON, DC 20581

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE SHAI Y.
WAISMAN, JACQUELINE MARCUS
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY 10153

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

HUGHES HUBBARD & REED LLP
JAMES W. GIDDENS JAMES B. KOBAK, JR., CHRISTOPHER
K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,
GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC)
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN MEREDITH
A. LAHAIE (COUNSEL FOR THE INFORMAL NOTEHOLDER
GROUP)
590 MADISON AVENUE
NEW YORK, NY 10022-2524

ARAPAHOE COUNTY ATTORNEY'S OFFICE
ATTN: GEORGE ROSENBURG, ASSISTANT COUNTY ATTY
5334 S. PRINCE STREET
LITTLETON, CO 80166

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720

SECURITIES INVESTOR PROTECTION CORPORATION
805 15TH STREET, N.W. SUITE 800
WASHINGTON, DC 20005-2215

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
(COUNSEL TO THE DEPARTMENT OF TAXATION AND
FINANCE)
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN INFORMATION
MANGEMENT)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL,
GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC)
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL 33134

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH,
SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P ANGELICH
(COUNSEL TO THE VANGUARD GROUP, INC.)
1675 BROADWAY
NEW YORK, NY 10019

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY
AGENCY AND BANK OF TAIWAN)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND FRANK N. WHITE
(COUNSEL TO VERIZON COMMUNICATIONS INC. AND SUN
TRUST BANKS, INC.)
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY SUITE 1650
DENVER, CO 80237

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: JOHN P. "SEAN" COFFEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER.
ENG. LCL 13)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL, HARBERT, UBS FIN
SRVS, UBS INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK)
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ. (COUNSEL TO ALAMEDA
CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM,
EDINBURGH COUNCIL & OPER. ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE
COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
STEVEN WILAMOWSKY
(COUNSEL TO HARBINGER, HARBERT &UBS FIN SER ET
AL)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ,
AS COUNSEL FOR THOMSON REUTERS PLC & THOMSON
REUTERS CORP
THE CHRYSLER BUILDING,  405 LEXINGTON AVE
NEW YORK, NY 10174

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND
STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK SECURITIES INC.)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTS AMERICAS)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND
JOSHUA DORCHAK
(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO.
LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE 22ND FLOOR
NEW YORK, NY 10017

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN
HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
(COUNSEL TO MORGAN STANLEY & CO. AND CHILTON
NEW ERA PARTNERS, L.P.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY
FUND L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY
FUND LP)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS, LLC AND MORGAN
STANLEY & CO. INCORPORATED AND AFFILIATES)
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942707
SACRAMENTO, CA 94229-2707

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE CREDIT CORPORATION)
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW
ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ,
GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP, INC & CITIBANK, NA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTA, ANN E. ACKER FRANLIN H. TOP,
& JAMES HEISER
(COUNSEL TO US BANK NATL ASSOC. & BANK OF
MONTREAL NATL AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC
AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE SUITE 425
GREENWICH, CT 06830

COUNTY OF SAN MATEO
ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL
(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF
MONTEREY)
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.
(COUNSEL TO CREDIT SUISSE)
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
(COUNSEL TO ROCK-FORTY NINTH LLC, ROCKEFELLER
CENTER ET AL.)
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND DONALD M. BADACZEWSKI
(COUNSEL TO RUSSELL INVESTMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY (COUNSEL
TO THE CENTRAL PUGET SOUND REGIONAL TRANSIT
AUTHORITY)
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER JAMES I.
MCCLAMMY (COUNSEL TO FEDERAL HOME LOAN
MORTGAGE CORP)
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN (COUNSEL
TO JFK INTERNATIONAL AIR TERMINAL LLC)
919 THIRD AVENUE
NEW YORK, NY 10022

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND
TIMOTHY Q. KARCHER (COUNSEL TO BANK OF AMERICA
MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION) 1301
AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DRINKER BIDDLE & REATH LLP
ATTN: STEPHANIE WICKOUSKI, ESQ (COUNSEL TO PARSEC
TRADING CORP.)
140 BROADWAY, 39TH FL
NEW YORK, NY 10005-1116

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.) 203 NORTH
LASALLE STREET, SUITE 1900 CHICAGO, IL 60601

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT EATON
CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL
(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG) 500
CAMPUS DRIVE FLORHAM PARK, NJ 07932-1047

ENTWISTLE & CAPPUCCI LLP
ATTN: ANDREW J. ENTWISTLE (COUNSEL TO THOMAS P.
DINAPOLI, AS SOLE TRUSTEE OF THE NY STATE COMMON
RETIREMENT FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017

DRINKER BIDDLE & REATH LLP
ATTN: KRISTIN K. GOING, ESQ. (COUNSEL TO PARSEC
CORP.) 1500 K ST, NW - SUITE 1100 WASHINGTON, DC 20005-
1209

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ. (COUNSEL TO
AUSTRALIA AND NEW ZEALAND BANKING GROUP
LIMITED)
120 BROADWAY
NEW YORK, NY 10271

FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI
LLP
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN
HUH (COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES
RETIREMENT SYSTEM)
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN &
WILLIAM C. HEUER (COUNSEL TO ROYAL BANK OF
SCOTLAND)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

FIRST FUND PORTFOLIOS L.P.
ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL
(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST
ADVISORS LP AND BONDWAVE LLC)
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187

DRESDNER BANK A.G.
ATTN: JOSEPH SCORDATO, ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

FOLEY & LARDNER LLP
ATTN: JOANNE LEE (COUNSEL TO TRADING
TECHNOLOGIES INTERNATIONAL)
321 N. CLARK STREET SUITE 2800 CHICAGO, IL 60654

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT (COUNSEL
TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS (COUNSEL
TO LEHMAN BROTHERS PRIVATE EQUITY FUNDS) 200
PARK AVENUE
NEW YORK, NY 10166-0193

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL ASSISTANT GENERAL COUNSEL
AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG
KADEN (COUNSEL TO INTERACTIVE DATA CORP.) 400
ATLANTIC AVENUE
BOSTON, MA 02110-3333

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR. (COUNSEL TO FEDERAL
EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510

GREENBERG TRAURIG, LLP
ATTN: JOHN W. WEISS, ESQ. (COUNSEL TO NOMURA
HOLDING AMERICA, INC AND ON BEHALF OF NOMURA
HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY 10166

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER (COUNSEL TO TRADING
TECHNOLOGIES INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC,
AND POWEREX CORP.)
488 MADISON AVE
NEW YORK, NY 10022

FRASER STRYKER PC LLO
ATTN: MICHAEL L. SCHLEICH, ESQ. (COUNSEL TO TATA
COMMUNICATIONS SERVICES INC.)
500 ENERGY PLAZA 409 17TH STREET
OMAHA, NE 68102

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ
AND MITCHELL EPNER, ESQ.
(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL &
ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ. (COUNSEL TO PACIFIC
GAS & ELECTRIC COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL 345 ST. PETER
STREET SAINT PAUL, MN 55102-1639

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK
AG) 488 MADISON AVENUE 15TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: ELIZABETH L. ROSE, ESQ. (COUNSEL TO
COMPAGNIE FINANCIERE TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS (COUNSEL TO
HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY, CORPORATE
COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD (COUNSEL TO AEW CAPITAL
MANAGEMENT, LP AND LYON CAPITAL VENTURES) TWO
PARK AVENUE
NEW YORK, NY 10016

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ. (COUNSEL TO VIGNETTE
EUROPE LTD & DELL MARKETING)
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165-0150

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD MAILSTOP 314
GARDEN CITY, ID 83714-0021

HOLLAND & KNIGHT LLP
ATTN: PETER A. ZISSER (COUNSEL TO MONUMENT
REALTY LLC)
195 BROADWAY
NEW YORK, NY 10007-3189

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY
ANALYST
2125 E. KATELLA AVE SUITE 400
ANAHEIM, CA 92806

HOLLAND & KNIGHT LLP
ATTN: SANDRA E. MAYERSON, ESQ. (COUNSEL TO CAISSE
DE DEPOT ET PLACEMENT DU QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ. (COUNSEL TO M.
ARTHUR GENSLER JR & ASSOC, GENSLER ARCHITECTURE,
DESIGN & PLANNING, COSTELLO MAIONE)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203

HOLLAND & KNIGHT LLP RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ (COUNSEL TO HEALTH CARE
SERVICES CORP D/B/A BLUE CROSS AND BLUE SHIELD OF
ILLINOIS)
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW
GLENN (COUNSEL TO BAY HARBOUR MGMT LC, BAY
HARBOUR MSTR, TROPHY HUNETR INVST, BHCO MASTER,
MSS DISTRESSED & OPPORTUNITIES 2 AND
INSTITUTIONAL BENCHMARKS)
1633 BROADWAY

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ. (COUNSEL TO BP N.AMERICA,
BP ENERGY, BP CANADA AND IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE
AND LAUREN ATTARD (COUNSEL TO WELLS FARGO
BANK, NA & WELLS FARGO&CO)
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ. (COUNSEL TO TATA
AMERICAN INTERNATIONAL CORPORATION ANDD TATA
CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ., BEN BLAUSTEIN, ESQ.,
JORDAN BERGMAN, ESQ. (COUNSEL TO BP N.AMERICA, BP
ENERGY, BP CANADA AND IGI RESOURCES)
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
ATTN: RICHARD L. WYNNE, ESQ. (COUNSEL TO KAPALUA
BAY, LLC) 777 SOUTH FIGUEROA STREET, 37TH FLOOR LOS
ANGELES, CA 90017

HOLME ROBERTS & OWEN LLP
ATTN: LAWRENCE BASS, ESQ. (COUNSEL TO NATIONAL
CINEMEDIA, INC.)
1700 LINCOLN STREET, SUITE 4100 DENVER, CO 80203

KOBRE & KIM LLC
ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C
LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
(COUNSEL TO ESSEX, M&B MAHER,
ABM,NORTHGATE,4KIDS)
M. BRIAN MAHER AND BASIL MAHER)
800 THIRD AVENUE
NEW YORK, NY 10022

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ. (COUNSEL TO 50 BROADWAY
REALTY CORP. LLC)
250 PARK AVENUE
NEW YORK, NY 10177

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON (COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ. (COUNSEL TO TUXEDO
RESERVE OWNER LLC AND TUXEDO TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ. (COUNSEL TO THE
TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MARGOT B. SCHONHOLTZ AND ANA M. ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ. (COUNSEL TO THE
JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP
ATTN: JEFFREY KURTZMAN, ESQ. (COUNSEL TO PJM
INTERCONNECTION, L.L.C.)
260 S. BROAD STREET PHILADELPHIA, PA 19102

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN (COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201

LANE POWELL PC
ATTN: CHARLES R. EKBERG (COUNSEL TO FRED
HUTCHINSON CANCER RESEARCH CNTR)
1420 FIFTH AVENUE SUITE 4100
SEATTLE, WA 98101-2338

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS (COUNSEL TO MCLENNAN
COUNTY) 1949 SOUTH I.H. 35 PO BOX 17428 AUSTIN, TX
78760

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON (COUNSEL
TO FANNIE MAE)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

MICHAEL J. PUCILLO, ESQ.
WENDY H. ZOBERMAN, SQ.
ANNE F. O'BERRY, ESQ.
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
ESPERANTE BUILDING SUITE 900
222 LAKEVIEW AVENUE
WEST PALM BEACH, FL 33401

LAW OFFICES OF ROBERT E. LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ. (COUNSEL TO
CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL
DISTRICT)
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

CHRISTOPHER R. DONOHO
LOVELLS LLP STANDARD CHARTERED BANK
590 MADISON AVENUE
NEW YORK, NY 10022

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E. FINEMAN, ESQ.
(COUNSEL TO MEMBERS OF CERTIFIED CLASS IN AUSTIN,
ET AL V. CHISICK, ET AL., CASE SA CV 01-0971 DOC)
780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NY 10017-2024

WCCV
3479 STATE RD
CUYAHOGA FALLS, OH 44223

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER (COUNSEL TO DALLAS
COUNTY AND TARRANT COUNTY) 2323 BRYAN STREET
SUITE 1600 DALLAS, TX 75201

CLIFFORD CHANCE US LLP
ANDREW BROZMAN, ESQ.
SARA M. TAPINEKIS, ESQ.
31 WEST 52ND STREET
NEW YORK, NY 10019

ROBIN E. KELLER, ESQ.
LOVELLS LLP
590 MADISON AVENUE
NEW YORK, NY 10022

JEREMY D. EIDEN, ESQ.
OFFICE OF THE MINNESOTA ATTORNEY GENERAL
445 MINNESOTA STREET, SUITE 900
ST. PAUL, MINNESOTA 55101-2127

THE BANK OF NEW YORK
ATTN: CHRIS O'MAHONEY
101 BARCLAY STREET
NEW YORK, NY 10286

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

THE BANK OF NOVA SCOTIA
SINGAPORE BRANCH
1 RAFFLES QUAY #20-
01 ONE RAFFLES QUAY NORTH TOWER
048583 SINGAPORE

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT
TREHAN (COUNSEL TO SUMITOMO MITSUI BANKING
CORP, SMBC CAP , SUMITOMO MITSUI BRUSSELS AND
SOCIETE GENERAL)
1675 BROADWAY
NEW YORK, NY 10019

LEGAL DEPARTMENT
QVT FINANCIAL LP
1177 AVENUE OF THE AMERICAS, 9TH FLOOR
NEW YORK NY 10036

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ. (COUNSEL TO SP4
190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.
(COUNSEL TO CANADIAN IMPERIAL BANK, CIBC WOLRD
MKT CIBC WOLRD MARKETS INC.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN JEFFREY G.
TOUGAS, AMIT K. TRHAN (COUNSEL TO WASH. MUTUAL &
NAT'L BANK OF CANADA) WASHINGTON MUTUAL, INC.)
1675 BROADWAY
NEW YORK, NY 10019

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ. (COUNSEL TO
EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753

MARC CHAIT
1 MADISON AVENUE, 3RD FLOOR
NEW YORK, NY 10010

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ. (COUNSEL TO OCCIDENTAL
ENERGY MARKETING, INC.)
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4096

ANDREAS SEUFFERT
GILMARTIN, POSTER & SHAFTO LLP
845 THIRD AVENUE
NEW YORK, NY 10022

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ (COUNSEL TO
LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801

MCGUIREWOODS LLP
ATTN: DION W. HAYES (COUNSEL TO THE TORONTO-
DOMINION BANK)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO
(COUNSEL TO CONSTELLATION PLACE, ADV. PORTFOLIO,
SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS)
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS AMIT
K. TREHAN (COUNSEL TO NATIONAL BANK OF CANADA
ET AL.)
1675 BROADWAY
NEW YORK, NY 10019

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ. (COUNSEL TO PUBLIC
SERVICE OF NORTH CAROLINA)
40 CALHOUN STREET, SUITE 300 POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828

MCCALLA RAYMER, LLC
ATTN: MATTHEW DYER (COUNSEL TO AMERICA'S
SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

MORGAN, LEWIS & BOCKLIUS LLP
ATTN: NEIL E. HERMAN, ESQ. (COUNSEL TO COGNIZANT
TECHNOLOGY SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ. (COUNSEL TO
OCCIDENTAL ENERGY MARKETING, INC.)
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING
CO.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX (COUNSEL
TO ACCESS DATA, MERIDIAN COMP OF NY, CNX GAS CO,
SPRINT NEXTEL AND TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS, SEVENTH FLOOR
NEW YORK, NY 10105

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: THOMAS R. SLOME AND JIL MAZER-MARINO
(COUNSEL TO DUKE ENERGY OHIO, INC.)
990 STEWART AVENUE, SUITE 300
P.O. BOX 9194 GARDEN CITY, NY 11530-9194

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN AND KENNETH M. MISKEN
(COUNSEL TO SPRINT NEXTEL CORP, SPRINT SOLUTIONS)
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA 22102

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY
UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ. (COUNSEL TO DRESDNER
KLEINWORT GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300
PO BOX 9194
GARDEN CITY, NY 11530

MORELLI & GOLD, LLP ATTN: RICHARD L. GOLD, ESQ.
(COUNSEL TO A-V SERVICES, INC.) 380 LEXINGTON
AVENUE
NEW YORK, NY 10168

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ. (COUNSEL TO NIPPON LIFE
INSURANCE COMPANY) MARUNOUCHI KITAGUCHI
BUILDING 1-6-5 MARUNOUCHI, CHIYODA-KU TOKYO 100-
8222,
JAPAN

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ. (COUNSEL TO
NIPPON LIFE INSURANCE COMPANY) SHIN-MARUNOUCHI
BUILDING, 29TH FLOOR 5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU TOKYO 100-6529,
JAPAN

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO.
LLC) 1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI,ESQ
(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI,
MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE. ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY) 1290
AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ (COUNSEL TO OVERSEA-
CHINESE BANKING CORP, INF GRP OF TAIWAN FIN INST,
FONDO LATINO AND AB BANKAS) 1290 AVENUE OF THE
AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.) 1290 AVENUE OF
THE AMERICAS
NEW YORK, NY 10104

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN (COUNSEL FOR THE AD HOC
COMMITTEE OF BONDHOLDERS) 3800 LINCOLN PLAZA 500
NORTH AKARD STREET DALLAS, TX 75201-6659

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY (COUNSEL TO PACIFIC
COAST CAP. PARTNERS, LLC, MITSUBISHI UGJ SEC CO.,
ING REAL ESTATE FINANCE) 1290 AVENUE OF THE
AMERICAS
NEW YORK, NY 10104

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL
COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH (COUNSEL FOR THE AD HOC
COMMITTEE OF BONDHOLDERS) ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900 AUSTIN, TX 78701-3057

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY (COUNSEL TO COUNTY OF SAN
MATEO AND MONTEREY)
437 MADISON AVENUE
NEW YORK, NY 10022

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ. (COUNSEL TO THE CHUO
MITSUI TRUST AND BANKING CO.) KIOICHO BUILDING 3-
12, KIOICHO CHIYODA-KU TOKYO 102-0094,
JAPAN

NIXON PEABODY, LLP
ATTN: CHRISTOPHER M. DESIDERIO (COUNSEL TO
DEUTSCHE BANK TRUST COMPANY AMERICAS) 437
MADISON AVENUE
NEW YORK, NY 10022

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ. (COUNSEL TO
NORMANDY HILL CAPITAL, LP) 150 EAST 52ND STREET,
10TH FLOOR
NEW YORK, NY 10022

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND DEBRA
L. FELDER (COUNSEL TO CALIFORNIA IND. SYSTEMS
OPERATOR CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS (DEPUTY CHIEF COUNSEL,
LITIGATION) 1700 G STREET, N.W. WASHINGTON, DC 20552

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD)
230 PARK AVENUE
NEW YORK, NY 10169-0075

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.) 666 FIFTH
AVENUE
NEW YORK, NY 10103-0001

PENSION BENEFIT GUARANTY CORPORATION
ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL
SARA B. EAGLE, COLIN B. ALBAUGH OFFICE OF THE CHIEF
COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN (COUNSEL TO DEUTSCHE BANK
TRUST CO. AMERICAS) 100 SUMMER STREET BOSTON, MA
02110

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ. (COUNSEL TO ING
BANK, FSB)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: DAVID A. CRICHLOW, ESQ. (COUNSEL TO UNION
BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039

OCH-ZIFF
ATTN: KEN RUBIN
9 W 57TH STREET, 39TH FLOOR
NEW YORK, NY 10019

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG &
JASLOW
ATTN: SYDNEY G. PLATZER (COUNSEL TO 250 EAST
BORROWER LLC, EAST 46TH BORROWER LLC, HALE
AVENUE BORROWER LLC)
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS (SENIOR TRIAL
ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210) (COUNSEL TO
EUROPEAN BANK FOR RECONSTRUCTION AND GENERAL
ELECTRIC CAPITAL CORP.)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK, FSB)
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PURSUIT PARTNERS
ATTN: LISA ROBERTS 333 LUDLOW STREET, NORTH
TOWER, 4TH FLOOR STAMFORD, CT 06902

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA (COUNSEL TO CITY OF
FARMERS BRANCH, JOHNSON COUNTY ARLINGTON ISD,
MANSFIELD ISD, BURLESON, ISD CITY OF BURLESON)
P.O. BOX 13430
ARLINGTON, TX 76094-0430

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD (COUNSEL TO BATS
HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN (COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD (COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID
ROSE (COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND SCOTT
C. SHELLEY (COUNSEL TO SPECIAL COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
LBH INC.)
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN PAUL A RACHMUTH ESQ COUNSEL TO GALLEON
BUCCANEER'S OFFSHORE LTD
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI (COUNSEL
TO GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS,
INC. D/B/A IKON FINANCIAL SERVICES, QWEST CORP,
QWEST COMM CORP, IKON OFFICE SOL.)
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH (COUNSEL TO MICROSOFT
CORPORATION AND MICROSOFT LICENSING)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

RUSSELL R. JOHNSON III (COUNSEL TO DUKE ENERGY
OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK
PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10020

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM,
N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER.
ENG. LCL 13)
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087

REED SMITH LLP
ATTN: LUMA AL-SHIBIB (COUNSEL TO GE CAPITAL
INFORMATION TECHNOLOGY SOLUTIONS, INC. D/B/A
IKON FINANCIAL SERVICES, QWEST CORP, QWEST COMM
CORP, IKON OFFICE SOL.)
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ. (COUNSEL TO DRESDNER
KLEINWORT GROUP HOLDINGS LLC)
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK
TIMOTHY T. BROCK, & ABIGAIL SNOW (COUNSEL TO
MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ. (COUNSEL TO THE
SUMITOMO TRUST & BANKING CO., LTD) ONE BATTERY
PARK PLAZA
NEW YORK, NY 10004

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL THEMATIC, PANTON FND, CFIP
FND,
CURA FIXED FND, TURNBERRY FUND, INVESTCORP, ET
AL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ
AND NED S. SCHODEK, ESQ. (COUNSEL TO BANK OF
AMERICA, N.A.) 599 LEXINGTON AVENUE
NEW YORK, NY 10022

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSELL RIED ESQS
(COUNSEL FOR THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER (COUNSEL TO BROADRIDGE
PROCESSING SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC (COUNSEL
TO KOREA INVESTMENT & SECURITIES CO., LTD AND
TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.) 750
SEVENTH AVENUE
NEW YORK, NY 10019

STINSON MORRISON HECKER LLP
ATTN: DARRELL W. CLARK, ESQ. (COUNSEL TO EXEGY
INCORPORATED)
1150 18TH STREET, NW SUITE 800
WASHINGTON, DC 20036

SHEAK & KORZUN, P.C.
ATTN: TIMOTHY J. KORZUN, ESQ.
(COUNSEL TO VOLLERS EXCAVATING &
CONSTRUSTION,INC)
1 WASHINGTON CROSSING ROAD
PENNINGTON, NJ 08534

STREUSAND & LANDON LLP
ATTN: G. JAMES LANDON AND RICHARD D. VILLA
(COUNSEL TO VIGNETTE EUROPE LIMITED)
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ. (COUNSEL TO COLLINS
BUILDING SERVICES, INC.)
655 THIRD AVENUE 20TH FLOOR
NEW YORK, NY 10017

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN (COUNSEL
TO MIZUHO CORPORATE BANK LTD)
180 MAIDEN LANE
NEW YORK, NY 10038

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ. (COUNSEL TO GARTNER,
INC., GARTNER UK, COMPUTER FINANCIAL
CONSULTANTS, TANGOE AND OPEN SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030

STEVENS & LEE, P.C.
ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS
(COUSEL TO ROYAL BANK OF AMERICA)
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO.,
LTD AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY
CO.)
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A. PATTERSON, MICHAEL J. CORDONE AND
MARK J. DORVAL (COUNSEL TO DELAWARE
MANAGEMENT HOLDINGS, INC.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER, LP
C/O PARAMOUNT GROUP, INC.)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022

STREUSAND & LANDON LLP
ATTN: SABRINA L. STREUSAND, ESQ. (COUNSEL TO DELL
MARKETING, L.P.)
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611,
JAPAN

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ. (COUNSEL TO GREG
GEORGAS & MARK GROCK) 950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME MINATO-KU
TOKYO 105-8574,
JAPAN

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL (COUNSEL TO DIRECT
ENERGY LLC) 333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: BRUCE A. ORTWINE, ESQ., GENERAL COUNSEL
527 MADISON AVENUE
NEW YORK, NY 10022

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT (COUNSEL TO CROSSROADS
INVESTMENT ADVISERS, LP)
1722 ROUTH STREET SUITE 1500
DALLAS, TX 75201-2533

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS (COUNSEL
TO DIRECT ENERGY BUSINESS LLC, CHEVRON NATURAL
GAS AND CROSSROADS INVESTMENT ADVISORS)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH (COUNSEL
TO BANK OF CHINA)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK
AND NED BANNON, CORPORATE COUNSEL 45
ROCKEFELLER PLAZA
NEW YORK, NY 10111

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND
MICHAEL A. SHINER (COUNSEL TO FEDERAL HOME LOAN
BANK OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN (COUNSEL TO PURSUIT
CAPITAL PARTNERS MASTER AND PURSUIT OPPORTUNITY
FUND I MASTER LTD.)
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019

WHITE & CASE LLP
ATTN: PHILIP JOHN NICHOLS
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G.
MASON,ESQ AND JOSHUA A. FELTMAN, ESQ (COUNSEL TO
JPMORGAN CHASE BANK, N.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA
OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN AND PAUL H. DEUTCH
(COUNSEL TO PT BANK NEGARA INDONESIA)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN BENITO
ROMANO, JAMIE KETTEN
(COUNSEL TO AIG GLOBAL INVESTMENT CORPORATION)
NEW YORK, NY 10019-6099

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND
FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

VEDDER PRICE P.C.
ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

WILMINGTON TRUST FSB
ATTN JULIE J BECKER
8400 NORMANDALE LAKE BLVD SUITE 925
MINNEAPOLIS, MN 55437

VINSON & ELKINS LLP
ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN
AND RICHARD GRAHAM (COUNSEL TO COMMERZBANK
AG, NEW YORK AND GRAND CAYMAN BRANCHES)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

ANZ BANKING GROUP LTD
18TH FLOOR KYOBO GUILDING 1 CHONGRO 1 KU
CHONGRO KA
SEOUL, KOREA

WILLKIE FARR & GALLAGHER LLP
ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS (COUNSEL
TO GREEN TREE SERVICING INC.)
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

AOZORA BANK LTD
C/O KOJI NOMURA JOINT GENERAL MANAGER/FINANCIAL
INSTITUTIONS DIV
1-3-1 KUDAN MINAMI CHIYODA-KU
TOKYO, 102-8660
JAPAN

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY 520 MADISON AVE, 33RD FL
NEW YORK, NY 10022

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN & ROBERT E. NIES (COUNSEL TO
MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER (COUNSEL TO CAPGEMINI
FINANCIAL SERVICES USA, INC)
200 PARK AVENUE
NEW YORK, NY 10166-4193

ZEISLER @ZEISLER, P.C.
ATTN: GREGORY B. SCHILLER, ESQ.
(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)
558 CLINTON AVENUE
BRIDGEPORT, CT 06605

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER (COUNSEL TO
CAPGEMINI FINANCIAL SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL 60601

ANZ BANKING GROUP
MICHAEL HALEVI, DIRECTOR FINANCIAL INSTITUTIONS
1177 AVE OF THE AMERICAS
NEW YORK, NY 10036

YOUNG WILLIAMS P.A.
ATTN: ROBERT L. HOLLADAY, JR.
(COUNSEL TO INTECHRA LLC)
PO BOX 23059
210 E. CAPITOL STREET., SUITE 2000
JACKSON, MS 39201

AOZORA
1-3-1 KUDAN-MINAMI
CHIYODA-KU
TOKYO, 102-8660
JAPAN

ACCOUNT TEMPS
12400 COLLECTIONS DRIVE
CHICAGO, IL 60693

AT&T
PO BOX 8100
AURORA, IL 60507

AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD
MELBOURNE OFFICE LEVEL 6, 100
QUEEN STREET
VICTORIA MELBOURNE, VIC 3000
AUSTRALIA

BNP PARIBAS
C/O FRANK SODANO 787 7TH AVE
NEW YORK, NY 10019

BANK OF CHINA, NEW YORK BRANCH
ATTN: WILLIAM WARREN SMITH CHIEF LOAN OFFICER,
DEPUTY GENERAL MGR
410 MADISON AVE
NEW YORK, NY 10017

CITIBANK NA HONG KONG BRANCH
C/O MICHAEL MAUERSTEIN MD - FIG
388 GREENWICH ST
NEW YORK, NY 10013

BEST KARPET
1477 E 357 ST
EASTLAKE, OH 44095

DEMANN
16919 WALDEN
CLEVELAND, OH 44128

CHUO MITSUI TRUST & BANKING
NORIYUKI TSUMURA 3-33-1 SHIBA, MINATO-KU
TOKYO, 105-0014
JAPAN

DIVISION WATER
PO BOX 94540
CLEVELAND, OH 44101

CITIBANK NA HONG KONG BRANCH FINANCIAL
INSTITUTIONS GROUP ASIA PACIFIC
44/F CITIBANK TOWER, 3 GARDEN RD CENTRAL
HONG KONG, HONG KONG

DOMINION
PO BOX 26225
RICHMOND, VA 23260

AUSTRALIA NATIONAL BANK
MICHAEL HALEVI
1177 AVE OF THE AMERICAS, 6TH FL
NEW YORK, NY 10036

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD
SECTION 1
TAIPEI, TAIWAN

BANK OF TAIWAN, NEW YORK AGENCY
EUNICE S.J. YEH, SVP & GENERAL MGR
100 WALL ST, 11TH FL
NEW YORK, NY 10005

ILLUMINATING
PO BOX 3638
AKRON, OH 44309

LLOYDS BANK
ATTN: NICK BRUCE, JEREMY MATHIS AND VIVEK
PRASHAR
1251 AVE OF THE AMERICAS, 39TH FL
PO BOX 4873
NEW YORK, NY 10163

MIZUHO CORPORATE BANK LTD
GLOBAL SYNDICATED FINANCE DIVISION
1-3-3, MARUNOUCHI CHIYODA-KU
TOKYO, 100-8210
JAPAN

DNB NOR BANK ASA ROLF
NAGEL DAHL SVP
INTERNATIONAL FINANCIAL INSTITUTIONS
NO-0021 OSLO, NORWAY

MIZUHO CORPORATE BANK, LTD
ATTN: TIMOTHY WHITE, MANAGING DIRECTOR
CORPORATE & INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

FIRST COMMERCIAL BANK CO, LTD
MALCOLM WANG, DEPUTY GENERAL MANAGER
NEW YORK AGENCY 34TH FL,
750 THIRD AVE
NEW YORK, NY 10017

NIPPON LIFE INSURANCE CO
TAKAYUKI MURAI, DEPUTY GENERAL MGR CORPORATE
FINANCE DEPT
#1 1-6-6, MARUNOUCHI CHIYODA-KU
TOKYO, 100-8288
JAPAN

IGS
PO BOX 631919
CINCINNATI, OH 45263-1919

RENTOKIL
8001 SWEET VALLEY DR
VALLEYVIEW, OH 44125

KBC BANK
C/O DENIS GRAHAM
125 W 55TH ST
NEW YORK, NY 10019

MIZUHO CORPORATE BANK LTD
TIMOTHY WHITE, MANAGING DIRECTOR
HEAD OF ORIGINATIONS CORPORATE AND INVESTMENT
BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

MARBLE CARE
5184 RICHMOND RD
CLEVELAND, OH 44146

MIZUHO CORPORATE BANK LTD
1-3-3, MARUNOUCHI CHIYODA-KU
TOKYO, 100-8210
JAPAN

MIDWEST REALTY ADVISORS LLC
ATTN: JACK CORNACHIO
37848 EUCLID AVE
WILLOUGHBY, OH 44094

NATIONAL AUSTRALIA BANK
ROSEMARIE O'CANTO
245 PARK AVE, 28TH FL
NEW YORK, NY 10167

NORTHEAST
PO BOX 9260
AKRON, OH 44305

ROCK-FORTY-NINTH LLC
ATTN: PRESIDENT/SECRETARY
C/O THE ROCKEFELLER GROUP
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

REPUBLIC WASTE
PO BOX 9001826
LOUISVILLE, KY 40290

SHINKIN CENTRAL BANK
SHUJI YAMADA, DEPUTY GENERAL MANAGER FINANCIAL
INSTITUTIONS DEPT
3-7, YAESU 1-CHOME
CHUOKU
TOKYO, 104-0028
JAPAN

RMC
PO BOX 31315
ROCHESTER, NY 14603

STANDARD CHARTERED BANK
BILL HUGHES, SVP-FIG
ONE MADISON AVE
NEW YORK, NY 10010-3603

SHINKIN CENTRAL BANK
8-1, KYOBASHI 3-CHOME CHUO-KU
TOKYO, 104-0031
JAPAN

STEINGASS
754 PROGRESS DRIVE
MEDINA, OH 44256

SHINSEI BANK LTD
C/O TETSUHIRO TOMATA, GENERAL MGR FINANCIAL
INSTITUTIONS BUSINESS DIV
2 1-8, UCHISAIWAICHO 2-CHOME CHIYODA-KU
TOKYO, 100-8501
JAPAN

SUMITOMO MITSUBISHI BANKING CORP
13-6 NIHOBASHI-KODENMA-CHO CHUO-KU
TOKYO, 103-0001
JAPAN

STATLER ARMS GARAGE LLC
1111 EUCLID AVE
CLEVELAND, OH 44115

SVENSKA HANDELSBANKEN
C/O GAIL DOULGAS
153 E 53RD ST, 37TH FL
NEW YORK, NY 10022

SUMITOMO MITSUBISHI BANKING CORP
C/O YAS IMAI, SENIOR VP HEAD OF FINANCIAL
INSITUTIONS GROUP
277 PARK AVE
NEW YORK, NY 10172 Master Service List (as of 10/28/2008
14:22:41)

TAIPEI FUBON BANK, HEAD OFFICE
NO. 36, SEC 3, NAKING, EAST RD
TAIPEI, TAIWAN

TAIPEI FUBON BANK, NEW YORK AGENCY
ATTN: M.S. WU
100 WALL ST, 14TH
NEW YORK, NY 10005

UFJ BANK LIMITED
C/O STEPHEN SMALL, VP HEAD OF FINANCIAL
INSTITUTIONS BANK OF TOKYO-MITSUBISHI/UFJ TRUST
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020-1104

THE BANK OF NEW YORK
ATTN: RAYMOND MORISON
ONE CANADA SQUARE CANARY WHARF
LONDON, E14 5AL ENGLAND

UFJ BANK LIMITED
2-7-1, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8388
JAPAN

THE BANK OF NOVA SCOTIA
 GOERGE NEOFITIDIS DIRECTOR FINANCIA INSTITUTIONS
GROUP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

TIME WARNER
PO BOX 0901
CAROL STREAM, IL 60132

TD SECURITY
PO BOX 81357
CLEVELAND, OH 44181