Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747
Tel: (212) 233-2910
Fax: (212) 766-2298
Daniel S. Braverman (DB 9423)
Peter Marchetti (PM 3044)
dbraverman@bravelaw.com

Attorneys for Direct Edge ECN LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWAL OF OBJECTION OF DIRECT EDGE ECN LLC TO PROPOSED CURE AMOUNT LISTED ON THE DEBTORS' LIST OF NON IT CLOSING DATE CONTRACTS

PLEASE TAKE NOTICE, that Direct Edge ECN LLC ("Direct Edge"), hereby withdraws its Objection to the Proposed Cure Amount Listed on the Debtors' List of Non IT Closing Date Contracts [Docket No. 480].

Dated: October 21, 2008
New York, NY

Respectfully Submitted,

Daniel S. Braverman (DB 9423)
Peter Marchetti (PM 3044)
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747
Tel: (212) 233-2910
Fax: (212) 766-2298
dbraverman@bravelaw.com

## CERTIFICATE OF SERVICE

I certify that on October 21, 2008, I caused a copy of the foregoing to be served by by email on the following:

Counsel for Lehman Brothers Holdings, Inc.
Lori R. Fife (lori.fife@weil.com)
Shai Y. Waisman (shai.waisman@weil.com)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153


Counsel for James W. Giddens, Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
Jeffrey S. Margolin (margolin@hugheshubbard.com)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004


Counsel for Barclays Capital, Inc.
Lindsee P. Granfield (lgranfield@cgsh.com)
Lisa M. Schweitzer (lschweitzer@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Peter Marchetti