Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY  10007-3747
Tel:  (212) 233-2910
Fax:  (212) 766-2298
Daniel S. Braverman (DB 9423)
Peter Marchetti  (PM 3044)
dbraverman@bravelaw.com

Attorneys for International Securities Exchange, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No.  08-13555 (JMP) |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF OBJECTION OF INTERNATIONAL SECURITIES EXCHANGE, LLC TO PROPOSED CURE AMOUNT LISTED ON THE DEBTORS' LIST OF NON IT CLOSING DATE CONTRACTS

PLEASE TAKE NOTICE, that International Securities Exchange, LLC, hereby withdraws its Objection to the Proposed Cure Amount Listed on the Debtors' List of Non IT Closing Date Contracts [Docket No. 988].

Dated:  November 5, 2008
New York, NY

Respectfully Submitted,

Daniel S. Braverman (DB 9423)
Peter Marchetti (PM 3044)
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY  10007-3747
Tel:  (212) 233-2910
Fax:  (212) 766-2298
dbraverman@bravelaw.com

## CERTIFICATE OF SERVICE

I certify that on November 5, 2008, I caused a copy of the foregoing to be served by by email on the following:

Counsel for Lehman Brothers Holdings, Inc.
Lori R. Fife (lori.fife@weil.com)
Shai Y. Waisman (shai.waisman@weil.com)
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Counsel for James W. Giddens, Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
Jeffrey S. Margolin (margolin@hugheshubbard.com)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Counsel for Barclays Capital, Inc.
Lindsee P. Granfield (lgranfield@cgsh.com)
Lisa M. Schweitzer (lschweitzer@cgsh.com)
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Peter Marchetti