UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                 Case No. 08-13555 (JMP)

                            Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DAVID D. FERGUSON

UPON the motion of David D. Ferguson dated November 5, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that David D. Ferguson is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
            November 7, 2008

                                                        *s/ James M. Peck*
                                                        UNITED STATES BANKRUPTCY JUDGE