UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

LEHMAN BROTHERS HOLDINGS INC.,

Chapter 11
Case No. 08-13555 (JMP)

------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff,

-against-

LEHMAN BROTHERS INC.,

Debtor,

Adversary Proceeding
No. 08-01420 (JMP)

------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM ECF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby withdraws its appearance in this case on behalf of CHARLES RIVER BROKERAGE, LLC ("Charles River"), and requests that the undersigned be removed from the ECF and any other service list in this case. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for this case:

Andrew J. Goodman, Esq.
Garvey Schubert Barer
100 Wall Street, 20th Floor
New York, New York 10005
agoodman@gsblaw.com

Dated: New York, New York
November 11, 2008

GARVEY SCHUBERT BARER

By: _____
Andrew J. Goodman, Esq. (AG-3406)
*Attorneys for Charles River Brokerage, LLC*
100 Wall Street, 20th Floor
New York, New York 10005
Telephone: (212) 431-8700
Facsimile:   (212) 334-2378