**Hearing Date and Time**: December 3, 2008
at 10:00 a.m. (Prevailing Eastern Time)
**Objection Deadline**: November 25, 2008
at 4:00 p.m. (Prevailing Eastern Time)

GREENBERG TRAURIG, LLP
Nancy A. Mitchell, Esq.
Maria J. DiConza, Esq.
200 Park Avenue
New York, New York 10166
(212) 801-9200

and

KATSKY KORINS LLP
Mark Walfish, Esq.
Steven H. Newman, Esq.
605 Third Avenue
New York, New York 10158
212 716-3207

Attorneys for Tuxedo Reserve Owner LLC and
Tuxedo TPA Owner LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
                                      :
In re:                                :    Chapter 11
                                      :
LEHMAN BROTHERS HOLDINGS INC.,        :    Case No. 08-13555 (LMP)
et al.,                               :
                                      :    Jointly Administered
          Debtors.                    :
                                      :
----------------------------------------------------------X

**NOTICE OF HEARING ON MOTION OF TUXEDO RESERVE
OWNER LLC AND TUXEDO TPA OWNER LLC FOR AN ORDER
PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363, AND 1107
AUTHORIZING AND COMPELLING ACTIONS BY DEBTORS AS AGENT
<u>AND LENDER UNDER LOAN FACILITY AND GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that Tuxedo Reserve Owner LLC and Tuxedo TPA Owner

LLC, by its counsel Greenberg Traurig LLP, has filed a *Motion of Tuxedo Reserve Owner LLC*

*and Tuxedo TPA Owner LLC for an Order Pursuant to Bankruptcy Code Sections 105, 363, and*

NY 239,203,823v1 11-10-08

*1107 Authorizing and Compelling Actions by Debtors as Agent and Lender Under Loan Facility and Granting Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held on **December 3, 2008 at 10:00 a.m**., or soon after as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court (the "Bankruptcy Court"), One Bowling Green, Courtroom 601, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Southern District of New York and the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, entered September 22, 2008 [Docket no. 285]; (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format) by all other parties in interest; (d) be submitted in hard copy form to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and (e) be served upon the following parties: (i) counsel for Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC. Greenberg Traurig, LLP, 200 Park Avenue, New York, New York 10166, Attention: Nancy A. Mitchell, Esq. and Maria J. DiConza, Esq., and Katsky Korins, LLP, 605 Third Avenue, New York, New York 10158, Attention: Mark Walfish, Esq. and Steven H. Newman, Esq., (ii) counsel for the Debtors,

Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq., (iii) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq., (iv) counsel for Debtors' Postpetition Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq., and Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004, Attention: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq., and (v) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope Davis, in each case so as to be **received no later than 4:00 p.m. (Eastern Time) on November 25, 2008** (the "Objection Deadline").

Dated:  New York, New York
        November 10, 2008

GREENBERG TRAURIG, LLP
Attorneys for Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC

By: /s/Maria J. DiConza
    Nancy A. Mitchell, Esq.
    Maria J. DiConza, Esq.
200 Park Avenue
New York, New York 10166
(212) 801-9200
(212) 801-6400 (fax)
  -and-
KATSKY KORINS LLP
Mark Walfish, Esq.
Steven H. Newman, Esq.
605 Third Avenue
New York, New York 10158
212 716-3207
212 716-3350 (fax)