# EXHIBIT C

| | |
|---|---|
| **From:** | Winkelman, Amy [Amy.Winkelman@moodys.com] |
| **Sent:** | Monday, October 06, 2008 3:22 PM |
| **To:** | Christopher R. Belmonte; Pamela A. Bosswick |
| **Subject:** | FW: Lehman Bros. invioces (Moody's Investors Service Inc.) |

Hello Chris and Pam --

Attached is the first of two e-mails we have already sent to Doran Sakarchy at Barclay's; the next will follow. Is there anything else that we or you should do to facilitate the swift processing of these invoices?

- Amy

-----Original Message-----
**From:** Carpenter, David
**Sent:** Friday, October 03, 2008 10:10 AM
**To:** 'Doran.Sakarchy@Barcap.com'; 'Nancy.Stanton@Barcap.com'; 'bdolan@barclayscapital.com'
**Cc:** Winkelman, Amy; Gonsalves, David
**Subject:** Lehman Bros. invioces (Moody's Investors Service Inc.)

Good morning,

We have received confirmation from our external council Saterlee Stephens Burke & Burke LLP that you have requested copy invoices for all outstanding fees. Please find attached Pdf. copies of all outstanding invoices relating to Moody's Investors Service Inc. and an Excel file listing the invoices and respective values:

<<MIS Lehman Bros Invoices 3rd Oct 2008.zip>> <<MIS Lehman Bros. invoices 3rd Oct 2008.xls>>

Please would you confirm what the next steps are from your perspective and let me know if your require any additional information.

Regards,

**David Carpenter**
*Senior Manager - Head of Global Collections*
Moody's Investors Service Ltd
2 Minster Court
Mincing Lane
London EC3R 7XB
Tel: +44 (0)20 772 8656

**This e-mail message, and any attachment thereto, may contain legally privileged and/or confidential information and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free**

from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.

**Abigail Snow**

| | |
|---|---|
| **From:** | Winkelman, Amy [Amy.Winkelman@moodys.com] |
| **Sent:** | Monday, October 06, 2008 3:23 PM |
| **To:** | Christopher R. Belmonte; Pamela A. Bosswick |
| **Subject:** | FW: Lehman Bros. invoices (Moody's Analytics Inc.) |

And here is the second e-mail, regarding Moody's Analytics's outstanding invoices.

-----Original Message-----
**From:** Berkowicz, Adam
**Sent:** Friday, October 03, 2008 2:43 PM
**To:** 'Doran.Sakarchy@Barcap.com'; 'Nancy.Stanton@Barcap.com'; 'bdolan@barclayscapital.com'
**Cc:** Crimmins, Michael; Winkelman, Amy; O'Hare, John
**Subject:** Lehman Bros. invoices (Moody's Analytics Inc.)

Good afternoon,

We have received confirmation from our external council Saterlee Stephens Burke & Burke LLP that you have requested copy invoices for all outstanding fees. Please find attached Pdf. copies of all outstanding invoices relating to Moody's Analytics Inc. and an Excel file listing the invoices and respective values:

<<Lehman Bros AR for Moodys Analytics.xls>>  <<Moody's Analytics Invoices.zip>>

Please would you confirm what the next steps are from your perspective and let me know if your require any additional information.

Regards,

Adam Berkowicz
AVP- Revenue Accounting and Disbursements
Tel: 212-553-4662

This e-mail message, and any attachment thereto, may contain legally privileged and/or confidential information and is intended solely for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution or copying of this message, or any attachment thereto, in whole or in part, is strictly prohibited. If you have received this message in error, please immediately notify us by telephone, fax or e-mail and delete the message and all of its attachments. Thank you. Every effort is made to keep our network free from viruses. You should, however, review this e-mail message, as well as any attachment thereto, for viruses. We take no responsibility and have no liability for any computer virus which may be transferred via this e-mail message.

# Abigail Snow

**From:** Christopher R. Belmonte
**Sent:** Monday, October 06, 2008 5:08 PM
**To:** 'doron.shakarachy@barcap.com'
**Cc:** Pamela A. Bosswick
**Subject:** Lehman/Moodys

  

FW: Lehman Bros.   FW: Lehman Bros.
invoices (Moo...   invioces (Moo...

Doron,
Attached are the open Moodys invoices for the US and Canada. The UK and Asia Pacific invoices are excluded. Please let us know if you need anything further.

---

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP

| 230 Park Avenue | 33 Wood Avenue South |
| New York, NY 10169 | Iselin, NJ 08830 |
| Tel: (212) 404-8725 | (732) 603-4966 |
| Fax: (212) 818-9606 | (732) 603-4977 |
| Cell: (914) 373-1019 | |

E-mail: cbelmonte@ssbb.com

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in (and attached hereto) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail and delete the original message (including attachments).

# Christopher R. Belmonte

**From:** Christopher R. Belmonte
**Sent:** Thursday, October 09, 2008 3:24 PM
**To:** 'arif.goraya@barclayscapital.com'
**Cc:** Pamela A. Bosswick
**Subject:** Lehman/Moodys/IBM

  

Lehman/Moodys    Lehman/IBM cure amounts

Arif,
As we discussed, herewith the emails previously forwarded to Goron with the invoices comprising the cure amounts for IBM and Moodys. If you need anything further, please let us know.

---

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP

| 230 Park Avenue | 33 Wood Avenue South |
| New York, NY 10169 | Iselin, NJ 08830 |
| Tel: (212) 404-8725 | (732) 603-4966 |
| Fax: (212) 818-9606 | (732) 603-4977 |
| Cell: (914) 373-1019 | |

E-mail: cbelmonte@ssbb.com

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in (and attached hereto) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail and delete the original message (including attachments).

## Abigail Snow

**From:** Christopher R. Belmonte
**Sent:** Saturday, November 08, 2008 6:42 PM
**To:** 'Luke A Barefoot'
**Cc:** Pamela A. Bosswick; Abigail Snow
**Subject:** FW: Lehman/Barclays -Moody's Open Invoices 11/6/08

Luke,
Attached are Moody's open invoices as of the close of business Friday, and the contact info for the business people there.
Best,
Chris


Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 404-8725
Fax: (212) 818-9606
E-mail: cbelmonte@ssbb.com
To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in (and attached hereto) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail and delete the original message (including attachments).

-----Original Message-----
**From:** Gonsalves, David [mailto:David.Gonsalves@moodys.com]
**Sent:** Friday, November 07, 2008 4:15 PM
**To:** Christopher R. Belmonte
**Cc:** Bhatia, Raj; Coleman, Carolyn; Shilling, Susan; Carpenter, David; Winkelman, Amy; Sweeney, David; Menendez, Marie; Costa, Anthony; Berkowicz, Adam
**Subject:** Lehman/Barclays - Open Invoices 11/6/08

Chris,

Per our earlier discussion, included are the following:

Ratings
- file listing the unpaid invoices as of 11/6/08 $2,852,057
<<MIS Lehman Bros. invoices 6th Nov 2008 III.xls>>
- PDF copy of the invoices relating to the above
<<Lehman pdf 110608.zip>>

Analytics
- file listing the unpaid invoices as of 11/6/08 $670,031.07
<<Lehman Bros AR for Moodys Analytics Update.xls>>
- PDF copy of the invoices relating to the above
<<Moody's Analytics Invoices.zip>>

11/10/2008

Moody's contact

<u>Ratings</u>
David Gonsalves
7 WTC, 250 Greenwich Street
New York, NY 10007
Tel: (212) 553-1417
david.gonsalves@moodys.com

<u>Analytics</u>
Adam Berkowicz
7 WTC, 250 Greenwich Street
New York, NY 10007
Tel: (212) 553-4662
adam.berkowicz@moodys.com

11/10/2008