SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Michael H. Torkin (MT-5511)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
:
In re:                                                    :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    Case No. 08 – 13555 (JMP)
:
Debtors.                               :    (Jointly Administered)
:
:
------------------------------------------------------------x

**VERIFIED STATEMENT OF SHEARMAN & STERLING LLP PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Shearman & Sterling LLP ("Shearman & Sterling"), a law firm which maintains its offices at 599 Lexington Avenue, New York, New York, 10022, makes this verified statement (this "Verified Statement") pursuant to Rule 2019 of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules") as follows:

1. Shearman & Sterling separately advises and otherwise represents various creditors (collectively, the "Creditors") who may hold claims against and/or interests in the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned cases (the "Cases").

2. The names and addresses of Creditors are as set forth below:

(i)  Bank of America N.A. and its affiliates
     One Bryant Park
     New York, NY 10036

NYDOCS03/871043.5

    (ii) DekaBank Deutsche Girozentrale
      Real Estate Lending
      76 02 01
      Taunusanlage 10
      60329 Frankfurt, Germany

3. The nature and amount of the claims of the foregoing Creditors are as follows:

  (i) The claims of Bank of America N.A. and its affiliates (collectively, "Bank of America") arise by virtue of Bank of America's contractual, statutory and common law or other rights with or against the Debtors, and/or by operation of law. The amounts of the claims held by Bank of America have not yet been determined.

  (ii) The claims of DekaBank Deutsche Girozentrale ("DekaBank") arise by virtue of DekaBank's contractual, statutory and common law or other rights with or against the Debtors, and/or by operation of law. The amounts of the claims held by DekaBank have not yet been determined.

4. Each of the Creditors separately requested that Shearman & Sterling represent them in connection with the Cases. Shearman & Sterling holds no ownership interests in the claims of any of the Creditors described above.

5. Shearman & Sterling reserves the right to supplement this Verified Statement in accordance with Bankruptcy Rule 2019.

6. Shearman & Sterling does not hold any claim against, or interest in, any of the Debtors.

Dated: New York, New York
   November 10, 2008

                SHEARMAN & STERLING LLP

            By: /s/ Michael H. Torkin
               599 Lexington Avenue
               New York, New York 10022
               Telephone: (212) 848-4000
               Facsimile: (212) 848-7179

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
: 
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08 – 13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
---------------------------------------------------------------x

       I, Michael H. Torkin, a member of Shearman & Sterling LLP, a law firm which maintains its offices at 599 Lexington Avenue, New York, New York, 10022 and has made the attached statement pursuant to Federal Rule of Bankruptcy Procedure 2019 (the "Rule 2019 Statement"), declare under penalty of perjury that the Rule 2019 Statement is true and correct and that the filing of the Rule 2019 Statement on behalf of Shearman & Sterling has been authorized.

Dated: New York, New York
       November 10, 2008

                                                                 SHEARMAN & STERLING LLP

                                                       By:  /s/ Michael H. Torkin
                                                              599 Lexington Avenue
                                                              New York, New York 10022
                                                              Telephone: (212) 848-4000
                                                              Facsimile: (212) 848-7179