SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Michael H. Torkin (MT-5511)

Attorneys for DekaBank Deutsche Girozentrale

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
:
In re:                                              :    Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**   :    Case No. 08 – 13555 (JMP)
:
Debtors.                        :    (Jointly Administered)
:
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                         )   ss.:
COUNTY OF NEW YORK       )

   Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

   1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

NYDOCS03/873543.1

    2.   On November 10, 2008, I caused to be served via first class mail, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Motion of Dekabank Deutsche Girozentrale for Relief from the Automatic Stay.**"


    /s/ Jennifer C. Lin
    Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 11th day of November, 2008.

    /s/ Marian D. Luketić
    Marian D. Luketić
    Notary Public, State of New York
    No. 02LU5083644
    Qualified in Nassau County,

    Certificate Filed in NY County
    My commission expires: August 18, 2009

NYDOCS03/873543.1