SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848-4000
Facsimile:   (212) 848-7179
Michael H. Torkin (MT-5511)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
:
:
In re:                                                                            :     Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :     Case No. 08 – 13555 (JMP)
:
Debtors.                                 :     (Jointly Administered)
:
:
:
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK                    )
                                                              )    ss.:
COUNTY OF NEW YORK               )

Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

1. I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

2. On November 10, 2008, I caused to be served via the methods indicated, to the parties on the service list annexed hereto as "Exhibit A," true and correct copies of the, "**Verified Statement of Shearman & Sterling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019.**"

/s/ Jennifer C. Lin
Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 11th day of November, 2008.

/s/ Marian D. Luketić
Marian D. Luketić
Notary Public, State of New York
No. 02LU5083644
Qualified in Nassau County,

Certificate Filed in NY County
My commission expires: August 18, 2009

**Exhibit A**

**Via First Class Mail**

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Esq., Lori R.
Fife, Esq., Shai Y. Waisman, Esq.,
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153

Cleary Gottlieb Steen & Hamilton LLP
Lisa Schweitzer, Esq. and Lindsee
Granfield, Esq.
One Liberty Plaza
New York, NY 10006

Milbank, Tweed, Hadley & Mccloy LLP
Dennis Dunne, Esq., Dennis O'Donnell,
Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Sullivan & Cromwell LLP
Attn: Robinson B. Lace, Esq. And Hydee R.
Feldstein, Esq.
125 Broad Street
New York, NY 10004