**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  | X |  |
|---|---|---|---|
| In re: | § | | Chapter 11 |
| | § | | |
| LEHMAN BROTHERS HOLDINGS, INC. | § | | Case No. 08-13555 (JMP) |
| et al., | § | | (Jointly Administered) |
| | § | | |
| | § | | |
| Debtors, | | | |

_____

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | Case No. 08-01420 (JMP) |
| LEHMAN BROTHERS, INC. | § | SIPA |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | X | |

**NOTICE OF EXTENDED OBJECTION DEADLINE FOR
CERTAIN COUNTERPARTIES TO CONTRACTS AND LEASES
ASSUMED AND ASSIGNED TO PURCHASER**

  **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI") and LB 745 LLC ("745") filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on September 15, 2008, and September 17, 2008, respectively (Case Nos. 08-13555 and 08-13600, such cases, the "Chapter 11 Cases").

  **PLEASE TAKE FURTHER NOTICE** that on September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to Lehman Brothers Inc. ("LBI," together with LBHI and 745, the "Debtors") and James W. Giddens was appointed as Trustee under the SIPA (the "SIPC Trustee") to administer LBI's estate (Case No. 08-01420, such proceeding, the "SIPA Proceeding").

  **PLEASE TAKE FURTHER NOTICE** that on September 16, 2008, the Debtors entered into an Asset Purchase Agreement (as amended, modified or clarified, the "Purchase Agreement") with Barclays Capital Inc. ("Purchaser").

  **PLEASE TAKE FURTHER NOTICE** that section 2.5 of the Purchase Agreement provides for the assignment to Purchaser of contracts and leases related to the assets purchased by the Purchaser pursuant to the Purchase Agreement (such contracts, "Purchased Contracts"),

1

provided such contracts and leases are designated as Purchased Contracts within 60 days after the Closing.

**PLEASE TAKE FURTHER NOTICE** that on September 20, 2008, the Court entered an order (the "Chapter 11 Sale Order") approving the Purchase Agreement and the various transactions contemplated therein in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that on September 20, 2008, the Bankruptcy Court also entered an order approving, and incorporating by reference the Chapter 11 Sale Order in the SIPA Proceeding.

**PLEASE TAKE FURTHER NOTICE** that on September 18, 2008, the Debtors designated certain executory contracts and unexpired leases for assumption and assignment to the Purchaser as of the Closing (as defined in the Purchase Agreement) (such contracts, "Closing Date Contracts") by listing those contracts at http://chapter11.epiqsystems.com/lehman (the "Website").  The Debtors filed and served a notice regarding the Closing Date Contracts on September 18, 2008 (the "Closing Date Contracts Notice").

**PLEASE TAKE FURTHER NOTICE** that on October 1, 2008, the Purchaser posted revised schedules of Closing Date Contracts to the Website, which with respect to certain counterparties, reflected: (a) revised amounts necessary to cure defaults, and/or (b) removal of certain contracts from the schedules.  The Purchaser filed and served a notice regarding such revised schedules on October 1, 2008 (the "Revised Closing Date Contracts Notice").

### Notice to Certain Parties to Closing Date Contracts

The current address details for certain counterparties to the Closing Date Contracts were not available at the time of service of the Closing Date Contracts Notice and the Revised Closing Date Contracts Notice.  The Purchaser has since served those counterparties, who are listed on the attached Exhibit C.  Such parties should consult the debtor's website at http://chapter11.epiqsystems.com/lehman for copies of the schedules of Closing Date Contracts.  Please note that there have been no revisions to the schedules of Closing Date Contracts since October 1, 2008.  NOTE THAT ABSENT AN OBJECTION BY THE COUNTERPARTY, THE PURCHASER INTENDS TO PAY THE CURE AMOUNTS IDENTIFIED ON THE CLOSING DATE CONTRACT SCHEDULES IN FULL SATISFACTION OF ITS CURE OBLIGATIONS IN CONNECTION WITH THE ASSUMPTION AND ASSIGNMENT OF THE CLOSING DATE CONTRACTS.

**The objection deadline for counterparties set forth on Exhibit C (and only those on Exhibit C) has been extended to November 24, 2008 at 4:00 pm (New York City time) (the "Extended Objection Deadline").**  Parties listed on Exhibit C wishing to object must file and serve their objections not later than the Extended Objection Deadline in accordance with the original procedures applicable to Closing Date Contracts as set forth on the Website and in the Chapter 11 Sale Order.  If a party is not on Exhibit C, then its cure objection deadline has not been extended.

Copies of the Sale Motion, the Sale Order and further information relating to the sale transaction may be found at http://chapter11.epiqsystems.com/lehman.  Questions about this Notice may be directed to the Purchaser's counsel at Barclays-Cure@cgsh.com or by calling 212-225-3403.

Dated: November 11, 2008
       New York, New York

                                             **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

                                             By: /s/ Lisa M. Schweitzer
                                                 Lindsee P. Granfield
                                                 Lisa M. Schweitzer
                                           One Liberty Plaza
                                           New York, New York 10006
                                           Telephone: (212) 225-2000
                                           Facsimile: (212) 225-3999

                                           *Counsel to Barclays Capital Inc.*

# **EXHIBIT C**

| Vendor Name+ |
|---|
| @STAKE, INC |
| A&S Boiler |
| ACCO Engineered Systems |
| Advantage Data |
| AECSOFT USA, INC |
| AFA |
| AGS / STR / OTA |
| AGS Spec. |
| AK Productions |
| All American Sewer Service |
| Alpro |
| AMBIENT GROUP INC. |
| Ambient Water |
| ANALYTICS, INC. |
| Aramsco |
| ASCO |
| ASSOCIATED OPTIONS INC |
| AVM/III |
| BlackBarrel |
| BUILDFORGE, INC (now known as IBM) |
| Bureau of National Affairs Inc. |
| BUREAU VAN DIJK |
| BUSINESS ENGINE CORPORATION (now known as Plainview) |
| Business Integration Group |
| BUSINESS INTREGRATION GROUP |
| BVD |
| California Water Service Company |
| Carrier |
| Champion Carpet & Wood Services |
| CHICAGO & MIDWEST Transaction Fees |
| Cintas Corporation #062 |
| Cliqbook |
| ComEd |
| Comnetix Inc. |
| COSTAR GROUP INC. |
| CRD CAPITAL, LLC |
| CREEKPATH SYSTEMS INC |
| CT Tower Investment Inc. |
| Culligan |
| Cummins Southern Plains, LLC |
| DAG Sec. (Doug Glander) |
| Danaher |
| DATACERT SERVICES |
| DAVIDGE DATA SYSTEMS CORP |
| Devine International Inc. |
| DHL |
| Dorado |
| Durrants (Data - N. Gatti) |
| ELECTRONICS DATA SYSTEMS LIMITED.* |
| Elite |
| Elizabethtown Gas |
| Emerson Network Power, Liebert Services, |
| Energy Options Inc. |
| Englander #1 (Wald) |
| Englander #1 AMEX/Option |
| Englander (Risk Arb) |
| EQUIFAX |
| Evolution |
| Evolution Cleared |
| Evolution UK |
| Financial Models |
| Fix Flyer, LLC |
| FM Brokerage-Total |

1

| Vendor Name+ |
| --- |
| FTSE INTERNATIONAL LIMITED |
| Fujitec Serge of New York |
| G.A. Davies & Co. #1& #2 |
| G.P. Energy Advisors |
| GFI Sing |
| Ginga Sing |
| Global Direct Equities |
| GREEN STREET ADVISORS INC |
| Heinze, Kenneth |
| Horan Investments Corp. |
| ICE Data LLP |
| INDEPENDENT BROKERS LLC |
| Intelligent Technologies |
| International SOS, Inc. |
| J.P. Patti Co., Inc. |
| James, William (Rockport Grp) |
| JDJ PROPERTIES, INC |
| KEC |
| Krueger, Harvey M. |
| Lakeshore Total |
| Landmark |
| Lason |
| Lenticular (now known as R and D Graphics |
| Level- EBX Group |
| Liberty |
| Libucki & Co. |
| Link Crude |
| Linkbrokers Total |
| Lipper |
| LIQUID ENGINES, INC. |
| LOAN PERFORMANCE |
| Louis Capital Markets Chicago |
| Louis Capital Markets Philly |
| Macgregor |
| Marks Consulting Firm |
| MBS |
| MCDATA CORPORATION |
| Mcmaster-Carr Supply Co. |
| McMurray, Joseph (Reynold's Channel) |
| Meadowlands Fire Protection Corp. |
| MEB Options Total |
| METREOS CORPORATION (now known as CISCO) |
| Metro Fire & Safety Equip |
| Middlefield Park |
| NC4 The National Center |
| New Jersey American Water & Fire Water |
| NMS Linkage Fee |
| NSTAR |
| NYBOT Brokerage |
| OC TANNER RECOGNITION COM |
| OCEANUS SECURITIES, LLC |
| OES Limited |
| ONSSI |
| OPS WARE INC (now known as Hewlett Packard) |
| Options (OP) |
| Parity |
| PARLANO, INC |
| Patrick Alfano #1962 |
| PATRIOT |
| PCI SERVICES INC |
| PERFORMANCE EXPLORER LIMITED |

| Vendor Name+ |
|---|
| PG&E |
| PHILADELPHIA Transaction Fees |
| Phillips Medical Systems |
| PJ Mechanical |
| PLATINUM MAINTENANCE SERVICES CORP. |
| PLATTS |
| Powernext Spot Fees |
| PRG SCHULTZ |
| PROTEGENT INC |
| PVM Sing |
| PYROSIGNAL |
| PYXIS SOLUTIONS LLC |
| Radiation Detection Company |
| Radix Sing |
| RAFFERTY-(REFCO) |
| REALNETWORKS INC. |
| RECRUITMAX SOFTWARE INC |
| RELATIONAL SECURITY CORPORATION |
| REMATE ELECTRONICO |
| RIA |
| RISK METRIS GROUP INC |
| Roundtable Capital Partners |
| Roy Moffitt Customized Fueling,Inc. |
| RUSS Electric |
| Schlesinger, James |
| SIMEX Clearing |
| SmarTrade Technology |
| SNL FINANCIAL |
| Spectron Cleared |
| Spectrum Staffing Services |
| SSY |
| Starsupply |
| STRATEGIC FINANCIAL SOLUTIONS, LLC |
| STRATEGIC INSIGHT, INC. |
| Summit |
| SYMANTEC |
| TANGOSOL, INC. (now known as Oracle) |
| Telecom Communications, Inc. |
| TEMCO |
| THOR TECHNOLOGIES, INC. |
| Three Boys Sec (D. Gallagher) #917 |
| THUNDERHEAD, INC |
| TIMESTEM PERFORMANCE |
| Total Fire Protection |
| TRC Environmental Corp. |
| TS Boston Core Holdings LP |
| Tsigonia Paint Sales of Jersey City, Inc |
| T-Zero |
| UCA GLOBAL, INC. |
| UNALITE |
| US Safety & Security |
| W NEW YORK TIMES SQUARE |
| Weather Services Internation Limited |
| WEST POINT DERIVATIVES LTD |
| Winston Associates |
| Wolverine Trading Total |