Robert N. H. Christmas, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Tel. (212) 940-3103
Fax: (866) 947-2426
E-mail: rchristmas@nixonpeabody.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
|  | Jointly Administered |
| Debtors. |  |

VERIFIED STATEMENT OF NIXON PEABODY LLP
PURSUANT TO RULE 2019 OF
THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure, Nixon Peabody LLP ("Nixon Peabody") hereby makes the following disclosures:

1. Name and Address of the Creditors Represented by Nixon Peabody; Nature and Amount of Claims thereof.

Nixon Peabody has been retained to represent the following creditors in this case and has filed Notice of Appearance on their behalf:

(a) Deutsche Bank Trust Company Americas, as Trustee
CDO Business Unit
1761 East St. Andrew Place
Santa Ana, CA  92705-4934

(b) Deutsche Bank National Trust Company, as Trustee and Indenture Trustee
Structured Finance Services
1761 East St. Andrew Place
Santa Ana, CA  92705-4934

(c) County of San Mateo
c/o Michael P. Murphy, County Counsel
400 County Center
Redwood, CA 94063-1662

11195687.1

        Facsimile: (650) 363-4034

(d)    County of Monterey
Charles J. McKee, Esq.
168 West Alisal Street, 3rd Floor
Salinas, CA 93901
Facsimile: (831) 755-5283

2.    The Debtors were, at the time of the filing of their petition initiating these cases, and continue to be indebted to the creditors identified above.

3.    Nixon Peabody is representing the creditors identified above in these bankruptcy proceedings.

4.    Nixon Peabody does not hold any claims against, or hold any interest in, any of the Debtors.

5.    Nixon Peabody hereby reserves the right to supplement or amend this statement at any time in the future. By making this statement, Nixon Peabody does not submit itself to the jurisdiction of this Court for any purpose other than with respect to this statement.

I, Robert N. H. Christmas, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Dated: November 12, 2008
       New York, New York

          NIXON PEABODY LLP

          By: */s/ Robert N. H. Christmas*
              Robert N. H. Christmas
          437 Madison Avenue
          New York, NY 10022
          Telephone: (212) 940-3103
          Facsimile: (866) 947-2426
          e-mail: rcrhistmas@nixonpeabody.com