UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---

**ORDER SUSTAINING OBJECTION TO PROPOSED ASSIGNMENT OF FINANCIAL SERVICES AGREEMENT BETWEEN LEHMAN BROTHERS, INC. AND PITCAIRN PROPERTIES HOLDINGS, INC. TO BARCLAYS CAPITAL INC.**

Upon consideration of the Objection of Pitcairn Properties Holdings, Inc. ("Pitcairn") to the proposed assignment to Barclays Capital Inc. of an executory agreement (the "Agreement") between Pitcairn and Lehman Brothers, Inc. ("Lehman"); and the Court having found and determined that applicable law excuses Pitcairn from accepting performance from an entity other than Lehman, and that Pitcairn does not consent to the proposed assignment; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the Objection is sustained.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

#10248421 v4