Anne M. Aaronson (AA 1679)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 808-2700
Fax: (212) 286-9806
-and-
Michael H. Friedman
Leon R. Barson
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

Attorneys for Pitcairn Properties Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| Debtors. | : | Jointly Administered |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 12, 2008, copies of the foregoing Objection To Proposed Assignment Of Financial Services Agreement Between Lehman Brothers, Inc. And Pitcairn Properties Holdings, Inc. To Barclays Capital Inc. were caused to be served via overnight courier on the entities on the attached service list.

Dated: November 12, 2008        PEPPER HAMILTON LLP

By: /s/ Anne M. Aaronson
Anne M. Aaronson (AA 1679)
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 808-2700
Fax: (212) 286-9806

#10248421 v4

-and-

Michael F. Friedman
Leon R. Barson
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

Attorneys for Pitcairn Properties Holdings, Inc.

#10248421 v4

Creditors' Committee
c/o Dennis F. Dunne, Esquire
Luc A. Despins, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

SIPC Trustee
c/o James B. Kobak, Esquire
David Wiltenburg, Esquire
Jeff Margolin, Esquire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004

LBHI
c/o Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY  10153-0119

BCI
c/o Lindsee P. Granfield, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY  10006

Tracy Hope Davis
Office of the U. S. Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

#10255970 v1