# EXHIBIT A



**BARCLAYS CAPITAL**

745 Seventh Avenue
New York, NY 10019
United States

November 6, 2008

Pitcairn Properties Holdings, Inc.
One Pitcairn Place
165 Township Line Road, Suite 1500
Jenkintown, PA 19046

RE: Letter Agreement dated as of July 29, 2008 between Pitcairn Properties Holdings, Inc. and Lehman Brothers Inc. (the "Engagement Letter")

Dear Mr. Salah Mekkawy,

As you know, on September 22, Barclays Capital Inc. acquired assets relating to the North American investment banking and capital markets businesses of Lehman Brothers, including Investment Banking, Fixed Income and Equities Sales, Trading and Research.

As part of the transaction, your Engagement Letter has been transferred to Barclays Capital. A separate notice of the assignment of the Engagement Letter to Barclays Capital is attached. Please note that the attached notice is a formal legal notice required as part of the bankruptcy court process.

Of course, while we are now part of a new firm, we remain committed to our clients and our core operating principles. We will continue to provide the same quality service you are accustomed to receiving from your senior coverage team.

The transaction with Barclays Capital immediately creates a top-tier global investment bank, with number one positions in global fixed income trading and fixed income and equities research, and leading positions in mergers and acquisitions, equities origination and trading. We are proud to be part of one of the industry's leading financial services organizations.

I look forward to speaking with you soon to introduce you to the capabilities and reach of our new firm.

Sincerely,

Lisa Eyles Beeson
(212) 526-5534

Barclays Capital Inc.
Barclays Bank Plc, New York Branch

October 22, 2008

Pitcairn Properties Holdings, Inc.
One Pitcairn Place
165 Township Line Road, Suite 1500
Jenkintown, PA 19046

Re: M&A Engagement Letter, dated as of July 29, 2008, between Lehman Brothers, Inc. ("LBI") and Pitcairn Properties Holdings, Inc. ("Counterparty") (the "Agreement")

As you may be aware, Barclays Capital Inc. ("BCI") has entered into a transaction with LBI pursuant to which BCI has acquired certain assets of LBI relating to LBI's investment banking and capital markets businesses. The sale transaction closed September 22, 2008. Prior to the closing of the sale, LBI's parent company, Lehman Brothers Holdings Inc. ("LBHI," together with LBI, "Lehman"), commenced a voluntary case under chapter 11 of the Bankruptcy Code in the US Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and LBI commenced a proceeding under the Securities Investor Protection Act. The Asset Purchase Agreement governing the sale transaction, as approved by the Bankruptcy Court, provides BCI the right to have contracts related to the purchased assets assumed by the trustee overseeing LBI's SIPA proceeding (the "SIPC Trustee") and assigned to BCI in connection with the sale.

At the request of BCI, and in accordance with the Asset Purchase Agreement, the SIPC Trustee has assigned LBI's rights, and BCI has assumed LBI's obligations, under the Agreement, to which Counterparty is a counterparty. The SIPC Trustee and BCI have determined that there are no amounts outstanding or other obligations of LBI to the Counterparty that must be cured (such amounts and obligations, the "Cure Amounts") in connection with the assumption and assignment of the Agreement to BCI.

If you object to the assignment of the Agreement and/or the Cure Amounts for the Agreement, you must file and serve a written objection so that such objection is filed with the Bankruptcy Court and actually received by the following parties **no later than ten (10) days after the date of this letter** (such date, the "Objection Deadline"): (i) the attorneys for LBHI, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119 (Attn: Lori R. Fife and Shai Y. Waisman); (ii) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis); (iii) the attorneys for BCI, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York NY 10006 (Attn: Lindsee P. Granfield and Lisa M. Schweitzer); (iv) the attorneys for the Creditors' Committee appointed in LBHI's chapter 11 case, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 (Attn: Dennis F. Dunne, Luc A. Despins, and Wilbur F. Foster, Jr.); and (v) the attorneys for the SIPC Trustee, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 (Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin). **Failure to object by the Objection Deadline in accordance with the procedures above will constitute Counterparty's consent to the assignment of the Agreement to BCI, including the Cure Amounts for the Agreement.**

BCI looks forward to working with you.

BARCLAYS CAPITAL INC.