**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|  |  |  |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | **Case No. 08-13555 (JMP)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

------------------------------------------------------------------------x    **Ref. Docket No. 1386**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK     )

Herb Baer, being duly sworn, deposes and says:

1.       I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.       I caused to be served the:

a) "NOTICE OF ORDER APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS' ESTATES AND ESTABLISHING NOTIFICATION PROCEDURES RELATING THERETO", dated November 5, 2008, attached Exhibit "A" (the "NOL Notice"), and

b) "ORDER PURSUANT TO SECTIONS 105(a) AND 362 OF THE BANKRUPTCY CODE APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS' ESTATES AND ESTABLISHING NOTIFICATION PROCEDURES RELATING THERETO", dated November 5, 2008 [Docket No. 1386] (the "NOL Order")

by causing true and correct copies of the:

a) NOL Notice to be delivered by email to those parties listed on the attached Exhibit "B", on November 5, 2008,

b) NOL Notice to be delivered by facsimile to those parties listed on the attached Exhibit "C", on November 5, 2008,

c) NOL Notice to be enclosed securely in separate postage-prepaid envelopes and delivered by first-class mail to the parties listed on the attached Exhibit "D", on November 5, 2008,

d)  NOL Notice and NOL Order to be delivered by email to those parties listed on the attached Exhibit "E", on November 6, 2008, and

e)  NOL Notice to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "E", on November 6, 2008

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                              /s/ Herb Baer
Sworn to before me this                                      Herb Baer
7th day of November, 2008
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# Exhibit "A"

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                   :

**In re**                              :          **Chapter 11 Case No.**
                                   :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :     **08-13555 (JMP)**
                                   :

                      **Debtors.**       :     **(Jointly Administered)**
                                           :

                                   :
------------------------------------------------------------------x

**NOTICE OF ORDER APPROVING  RESTRICTIONS ON CERTAIN
TRANSFERS OF INTERESTS IN THE DEBTORS' ESTATES AND
ESTABLISHING NOTIFICATION PROCEDURES RELATING THERETO**

TO ALL PERSONS OR ENTITIES WITH EQUITY INTERESTS IN LEHMAN
BROTHERS HOLDINGS INC.:

        PLEASE TAKE NOTICE that commencing on September 15, 2008 and
periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI")[1] and its subsidiaries in
the above-referenced chapter 11 cases, as debtors and debtors in possession (the
"Debtors" and, collectively with LBHI's wholly-owned non-debtor domestic subsidiaries,
"Lehman"), commenced a case under chapter 11 of title 11 of the United States Code (the
"Bankruptcy Code").  Section 362(a) of the Bankruptcy Code operates as a stay of any
act to obtain possession of property of the Debtors' estates or of property from the
Debtors' estates or to exercise control over property of the Debtors' estates.

        PLEASE TAKE FURTHER NOTICE that on November 5, 2008, the
United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy

---

[1] All capitalized terms not expressly defined herein shall have the meaning ascribed to them in the Motion.

Court"), having jurisdiction over this chapter 11 case, upon motion of the Debtors (the "Motion"), entered an order (the "Order") [docket no. 1386] (i) finding that Lehman's consolidated net operating loss carryforwards ("NOLs") and certain other tax attributes (together with the NOLs, the "Tax Attributes") are property of the Debtors' estates and are protected by section 362(a) of the Bankruptcy Code; (ii) finding that trading in LBHI's common stock, certain classes of preferred stock or options to acquire such stock could severely limit the Debtors' ability to use the Tax Attributes for purposes of title 26 of the United States Code (the "Tax Code"); and (iii) approving the procedures set forth below to preserve the Tax Attributes pursuant to sections 105(a) and 362(a) of the Bankruptcy Code. **ANY ACQUISITION, DISPOSITION OR OTHER TRANSFER IN VIOLATION OF THE RESTRICTIONS SET FORTH BELOW SHALL BE NULL AND VOID *AB INITIO* AS AN ACT IN VIOLATION OF THE AUTOMATIC STAY UNDER SECTIONS 105(A) AND 362 OF THE BANKRUPTCY CODE.**

PLEASE TAKE FURTHER NOTICE that the following procedures and restrictions have been approved by the Bankruptcy Court and shall apply to holding and trading in Lehman Stock (as defined below):

(1) Acquisition of Lehman Stock or Options. At least twenty (20) calendar days prior to the proposed date of any transfer of equity securities (including Options, as defined below, to acquire such securities) that would result in an increase in the amount of Lehman Stock beneficially owned by any person who currently is or becomes a Substantial Equityholder (as defined below) or that would result in a person or entity becoming a Substantial Equityholder (a "Proposed Equity Acquisition Transaction"), such person, entity or Substantial Equityholder (a "Proposed Equity Transferee") shall file with the Court, and serve upon the Debtors and Debtors' counsel, a Notice of Intent to Purchase, Acquire or Otherwise Accumulate Lehman Stock (an "Equity Acquisition Notice"), in the form attached hereto as Exhibit "E," specifically and in detail describing the proposed transaction in which Lehman Stock would be acquired. At the holder's election, the Equity Acquisition Notice to be filed with the Court may be redacted to exclude such holder's taxpayer identification number and the number of shares of Lehman Stock that such holder beneficially owns and proposes to purchase or otherwise acquire.

(2) Disposition of Lehman Stock or Options. At least twenty (20) calendar days prior to the proposed date of any transfer of equity securities (including Options to acquire such securities) that would result in a decrease in the amount of Lehman Stock beneficially owned by a Substantial Equityholder or that would result in a person or entity ceasing to be a Substantial Equityholder (a "Proposed Equity Disposition Transaction" and together with a Proposed Equity Acquisition

Transaction, a "<u>Proposed Equity Transaction</u>"), such person, entity or Substantial Equityholder (a "<u>Proposed Equity Transferor</u>") shall file with the Court, and serve upon the Debtors and Debtors' counsel, a Notice of Intent to Sell, Trade or Otherwise Transfer Lehman Stock (an "<u>Equity Disposition Notice</u>," and together with an Equity Acquisition Notice, an "<u>Equity Trading Notice</u>"), in the form attached hereto as Exhibit "F," specifically and in detail describing the proposed transaction in which Lehman Stock would be transferred. At the holder's election, the Equity Disposition Notice to be filed with the Court may be redacted to exclude such holder's taxpayer identification number and the number of shares of Lehman Stock that such holder beneficially owns and proposes to sell or otherwise transfer.

(3) <u>Objection Procedures</u>. The Debtors shall have fifteen (15) calendar days after the filing of an Equity Trading Notice (the "<u>Equity Objection Deadline</u>") to file with the Court and serve on a Proposed Equity Transferee or a Proposed Equity Transferor, as the case may be, an objection to any proposed transfer of Lehman Stock described in such Equity Trading Notice on the grounds that such transfer may adversely affect the Debtors' ability to utilize the Tax Attributes (an "<u>Equity Objection</u>") as a result of an ownership change under section 382 or section 383 of the Tax Code.

If the Debtors file an Equity Objection by the Equity Objection Deadline, then the Proposed Equity Acquisition Transaction or the Proposed Equity Disposition Transaction shall not be effective unless approved by a final and nonappealable order of this Court.

If the Debtors do not file an Equity Objection by the Equity Objection Deadline, or if the Debtors provide written authorization to the Proposed Equity Transferor approving the Proposed Equity Acquisition Transaction or the Proposed Equity Disposition Transaction, as the case may be, prior to the Equity Objection Deadline, then such Proposed Equity Acquisition Transaction or the Proposed Equity Disposition Transaction, as the case may be, may proceed solely as specifically described in the Equity Trading Notice. Any further Proposed Equity Transaction must be the subject of additional notices as set forth herein, with an additional twenty (20) calendar day waiting period.

(4) <u>Unauthorized Transactions in Lehman Stock or Options</u>. Effective as of the filing of the Motion and until further order of the Court to the contrary, any acquisition, disposition or other transfer of Lehman Stock in violation of the procedures set forth herein shall be null and void *ab initio* as an act in violation of the automatic stay under sections 362 and 105(a) of the Bankruptcy Code.

(5) <u>Definitions</u>. For purposes of this Order:

Substantial Equityholder. A "Substantial Equityholder" is any person or entity that beneficially owns at least:

(i) 23,900,000 shares of LBHI's common stock ("Lehman Common Stock") (representing approximately 4.0% of all issued and outstanding shares of LBHI's common stock);[2] or

(ii) 4.50% of the outstanding shares of LBHI's 8.75% Non-Cumulative Mandatory Convertible Preferred Stock, Series Q (the "Series Q Convertible Preferred"), as of the day immediately prior to the date of the filing of the Equity Trading Notice;[3] or

(iii) 4.50% of the outstanding shares of LBHI's 7.25% Non-Cumulative Perpetual Convertible Preferred Stock, Series P (the "Series P Convertible Preferred"), as of the day immediately prior to the date of the filing of the Equity Trading Notice;

Beneficial Ownership. "Beneficial ownership" (or any variation thereof of Lehman Stock and Options to acquire Lehman Stock) shall be determined in accordance with applicable rules under section 382 of the Tax Code, the U.S. Department of Treasury regulations ("Treasury Regulations") promulgated thereunder and rulings issued by the Internal Revenue Service, and, thus, to the extent provided in those rules, from time to time shall include, without limitation, (i) direct and indirect ownership (e.g., a holding company would be considered to beneficially own all stock owned or acquired by its subsidiaries), (ii) ownership by a holder's family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of stock and (iii) in certain cases, the ownership of an Option to acquire Lehman Stock;

Option. An "Option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture,

---

[2] Note that this represents approximately 4.75% of all outstanding shares of LBHI's common stock excluding shares currently held in the "RSU Trust." In 1997, LBHI established an irrevocable grantor trust (the "RSU Trust") to provide common stock voting rights to employees holding outstanding LBHI restricted stock units. LBHI has made regular contributions of Lehman Common Stock to the RSU Trust; the Trust currently holds approximately 97 million shares of Lehman Common Stock. However, these shares are not considered outstanding stock for federal income tax purposes.

[3] Because the Series P Convertible Preferred and Series Q Convertible Preferred have conversion rights, 4.50% (although arbitrary) allows cushion for the reduced number of shares of preferred stock that may be outstanding as of the actual acquisition or disposition of the shares that are the subject of the Equity Trading Notice.

contract to acquire stock, or similar interest regardless of whether it is contingent or otherwise not currently exercisable; and

Lehman Stock. "Lehman Stock" shall mean Lehman Common Stock, the Series P Convertible Preferred and the Series Q Convertible Preferred. For the avoidance of doubt, by operation of the definition of beneficial ownership, an owner of an Option to acquire Lehman Stock may be treated as the owner of such Lehman Stock.

> (6) The Debtors may waive, in writing, any and all restrictions, stays, and notification procedures contained in the Order.

**FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THIS NOTICE WILL CONSTITUTE A VIOLATION OF THE AUTOMATIC STAY PRESCRIBED BY SECTION 362 OF THE BANKRUPTCY CODE.**

**ANY PROHIBITED ACQUISITION, DISPOSITION OR OTHER TRANSFER OF LEHMAN STOCK IN VIOLATION OF THE ORDER WILL BE NULL AND VOID *AB INITIO* AND MAY LEAD TO CONTEMPT, COMPENSATORY DAMAGES, PUNITIVE DAMAGES, OR SANCTIONS BEING IMPOSED BY THE BANKRUPTCY COURT.**

**THE DEBTORS MAY WAIVE, IN WRITING, ANY AND ALL RESTRICTIONS, STAYS, AND NOTIFICATION PROCEDURES CONTAINED IN THE ORDER.**

PLEASE TAKE FURTHER NOTICE that any person or entity that desires to acquire an interest restricted by the Order may request relief for cause at any time and the Debtors may oppose such relief.

PLEASE TAKE FURTHER NOTICE that the requirements set forth in this Notice are in addition to the requirements of Bankruptcy Rule 3001(e) and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

Dated: November 5, 2008
New York, New York

BY ORDER OF THE COURT

# Exhibit "B"

EMAIL ADDRESSES

| | |
|---|---|
| aalfonso@kayescholer.com | btupi@tuckerlaw.com |
| abraunstein@riemerlaw.com | bturk@tishmanspeyer.com |
| acaton@kramerlevin.com | cave@hugheshubbard.com |
| acker@chapman.com | cbelmonte@ssbb.com |
| adarwin@nixonpeabody.com | cdesiderio@nixonpeabody.com |
| aentwistle@entwistle-law.com | charles@filardi-law.com |
| aglenn@kasowitz.com | chris.omahoney@bnymellon.com |
| agold@herrick.com | christopher.schueller@bipc.com |
| agolianopoulos@mayerbrown.com | cmontgomery@salans.com |
| ahammer@freebornpeters.com | CMTB_LC11@chuomitsui.jp |
| akihiko_yagyuu@chuomitsui.jp | cohena@sec.gov |
| albaugh.colin@pbgc.gov | cohenr@sewkis.com |
| amarder@msel.com | cp@stevenslee.com |
| amenard@tishmanspeyer.com | crogers@orrick.com |
| Andrew.Brozman@cliffordchance.com | cs@stevenslee.com |
| andrew.lourie@kobrekim.com | cschreiber@winston.com |
| angelich.george@arentfox.com | cshulman@sheppardmullin.com |
| anne.kennelly@hp.com | ctatelbaum@adorno.com |
| apo@stevenslee.com | cward@polsinelli.com |
| araboy@cov.com | cweber@ebg-law.com |
| arheaume@riemerlaw.com | cweiss@ingramllp.com |
| arlbank@pbfcm.com | dallas.bankruptcy@pulicans.com |
| arosenblatt@chadbourne.com | Danna.Drori@usdoj.gov |
| arwolf@wlrk.com | david.bennett@tklaw.com |
| ashmead@sewkis.com | david.crichlow@pillsburylaw.com |
| asnow@ssbb.com | david.heller@lw.com |
| atrehan@mayerbrown.com | davids@blbglaw.com |
| austin.bankruptcy@publicans.com | davidwheeler@mvalaw.com |
| avenes@whitecase.com | dbarber@bsblawyers.com |
| avi.gesser@dpw.com | dbaumstein@whitecase.com |
| awilson@lloydstsb-usa.com | dckaufman@hhlaw.com |
| azylberberg@whitecase.com | dclark@stinson.com |
| bambacha@sec.gov | dcoffino@cov.com |
| bankoftaiwan@botnya.com | dcrapo@gibbonslaw.com |
| bankruptcy@goodwin.com | ddrebsky@nixonpeabody.com |
| bankruptcymatters@us.nomura.com | ddunne@milbank.com |
| bhinerfeld@sbtklaw.com | deggert@freebornpeters.com |
| bill.freeman@pillsburylaw.com | demetra.liggins@tklaw.com |
| bill.hughes@us.standardchartered.com | dennis.graham@kbc.be |
| bmanne@tuckerlaw.com | deryck.palmer@cwt.com |
| bmiller@mofo.com | dfelder@orrick.com |
| boneill@kramerlevin.com | dflanigan@polsinelli.com |
| brad.dempsey@hro.com | dfriedman@kasowitz.com |
| brendalblanks@eaton.com | dhayes@mcguirewoods.com |
| brian.pfeiffer@friedfrank.com | dheffer@foley.com |
| brian_corey@gtservicing.com | dirk.roberts@ots.treas.gov |
| bromano@willkie.com | dkleiner@velaw.com |
| broy@rltlawfirm.com | dkozusko@willkie.com |
| bruce.ortwine@sumitomotrust.co.jp | dladdin@agg.com |
| btrust@mayerbrown.com | dlemay@chadbourne.com |

| | |
|---|---|
| dlipke@vedderprice.com | gnovod@kramerlevin.com |
| dludman@brownconnery.com | grosenberg@co.arapahoe.co.us |
| dmcguire@winston.com | gschiller@zeislaw.com |
| dodonnell@milbank.com | hanh.huynh@cwt.com |
| donald.badaczewski@dechert.com | harveystrickon@paulhastings.com |
| douglas.bacon@lw.com | heiser@chapman.com |
| douglas.mcgill@dbr.com | hirsh.robert@arentfox.com |
| dravin@wolffsamson.com | hollace.cohen@troutmansanders.com |
| drose@pryorcashman.com | howard.hawkins@cwt.com |
| drosner@goulstonstorrs.com | hseife@chadbourne.com |
| drosner@kasowitz.com | hsnovikoff@wlrk.com |
| dshemano@pwkllp.com | hweg@pwkllp.com |
| dswan@mcguirewoods.com | ian.levy@kobrekim.com |
| eagle.sara@pbgc.gov | igoldstein@dl.com |
| ecohen@russell.com | ilevee@lowenstein.com |
| edpe01@handelsbanken.se | info2@normandyhill.com |
| efile@pbgc.gov | ira.herman@tklaw.com |
| efile@willaw.com | isgreene@hhlaw.com |
| efleck@milbank.com | israel.dahan@cwt.com |
| efriedman@friedumspring.com | jacobsonn@sec.gov |
| eglas@mccarter.com | jafeltman@wlrk.com |
| ehollander@whitecase.com | james.mcclammy@dpw.com |
| ehorn@lowenstein.com | jamestecce@quinnemanuel.com |
| ekbergc@lanepowell.com | jason.jurgens@cwt.com |
| ellen.halstead@cwt.com | Jbecker@wilmingtontrust.com |
| elobello@blankrome.com | jbeemer@entwistle-law.com |
| erose@herrick.com | jbird@polsinelli.com |
| eschwartz@contrariancapital.com | jbromley@cgsh.com |
| esmith@dl.com | jcarberry@cl-law.com |
| ezavalkoff-babej@vedderprice.com | jdyas@halperinlaw.net |
| ezujkowski@emmetmarvin.com | jeffrey.sabin@bingham.com |
| fbp@ppgms.com | jennifer.demarco@cliffordchance.com |
| feldsteinh@sullcrom.com | jeremy.eiden@state.mn.us |
| ffm@bostonbusinesslaw.com | Jesse.Hibbard@ozcap.com |
| fhyman@mayerbrown.com | jfalgowski@reedsmith.com |
| fishere@butzel.com | jgarrity@shearman.com |
| frank.sodano@americas.bnpparibas.com | jguy@orrick.com |
| frank.white@agg.com | jherzog@gklaw.com |
| fred.berg@rvblaw.com | jhs7@att.net |
| frelingh@hugheshubbard.com | jhuggett@margolisedelstein.com |
| fsosnick@shearman.com | jhuh@ffwplaw.com |
| gabriel.delvirginia@verizon.net | jkehoe@sbtklaw.com |
| gary.ticoll@cwt.com | jketten@wilkie.com |
| gauchb@sec.gov | jkurtzman@klehr.com |
| gbray@milbank.com | jlee@foley.com |
| george.davis@cwt.com | jlevitin@cahill.com |
| george_neofitidis@scotiacapital.com | jlipson@crockerkuno.com |
| giddens@hugheshubbard.com | jliu@dl.com |
| gkaden@goulstonstorrs.com | jlovi@steptoe.com |
| glee@mofo.com | jmathis@lloydstsb-usa.com |
| glenn.siegel@dechert.com | jmazermarino@msek.com |
| gmoss@riemerlaw.com | jmcginley@wilmingtontrust.com |

| | |
|---|---|
| john.rapisardi@cwt.com | lubell@hugheshubbard.com |
| jorbach@hahnhessen.com | lwhidden@salans.com |
| joseph.scordato@dkib.com | mabrams@willkie.com |
| joshua.dorchak@bingham.com | macl01@handelsbanken.se |
| jpintarelli@mofo.com | macronin@debevoise.com |
| jporter@entwistle-law.com | Malcolm@firstbankny.com |
| jrabinowitz@rltlawfirm.com | maofiling@cgsh.com |
| jschwartz@hahnhessen.com | margolin@HughesHubbard.com |
| jshickich@riddellwilliams.com | mark.deveno@bingham.com |
| jsmairo@pbnlaw.com | mark.ellenberg@cwt.com |
| jtimko@allenmatkins.com | mark.houle@pillsburylaw.com |
| jtougas@mayerbrown.com | martin.davis@ots.treas.gov |
| jwallack@goulstonstorrs.com | masaki_konishi@noandt.com |
| jwang@sipc.org | matthew.dyer@prommis.com |
| jweiss@gibsondunn.com | matthew.klepper@dlapiper.com |
| jwhitman@entwistle-law.com | mbenner@tishmanspeyer.com |
| jwishnew@mofo.com | mbienenstock@dl.com |
| k4.nomura@aozorabank.co.jp | mcordone@stradley.com |
| karen.wagner@dpw.com | mcto@debevoise.com |
| KDWBankruptcyDepartment@kelleydrye.com | mdorval@stradley.com |
| keith.simon@lw.com | metkin@lowenstein.com |
| Ken.Coleman@allenovery.com | mgreger@allenmatkins.com |
| ken.higman@hp.com | mhopkins@cov.com |
| kgwynne@reedsmith.com | michael.kim@kobrekim.com |
| kiplok@hugheshubbard.com | Michael.mauerstein@citi.com |
| klippman@munsch.com | michael.tan@fubon.com |
| kmayer@mccarter.com | mimi04@handelsbanken.se |
| kmisken@mcguirewoods.com | Mitchell.Ayer@tklaw.com |
| kobak@hugheshubbard.com | mitchell.epner@friedfrank.com |
| korr@orrick.com | mjacobs@pryorcashman.com |
| Kostad@mofo.com | mjedelman@vedderprice.com |
| kovskyd@pepperlaw.com | mkjaer@winston.com |
| kpiper@steptoe.com | mlahaie@akingump.com |
| kressk@pepperlaw.com | mmendez@hunton.com |
| KReynolds@mklawnyc.com | mmickey@mayerbrown.com |
| kristin.going@dbr.com | mmorreale@us.mufg.jp |
| krosen@lowenstein.com | mmurphy@co.sanmateo.ca.us |
| lacyr@sullcrom.com | monica.lawless@brookfieldproperties.com |
| lalshibib@reedsmith.com | mpage@kelleydrye.com |
| Landon@StreusandLandon.com | mrosenthal@gibsondunn.com |
| lattard@kayescholer.com | ms.wu@fubonny.com |
| lawrence.bass@hro.com | MSchleich@fraserstryker.com |
| ldespins@milbank.com | mschonholtz@kayescholer.com |
| lgranfield@cgsh.com | mshiner@tuckerlaw.com |
| linda.boyle@twtelecom.com | mspeiser@stroock.com |
| lisa.kraidin@allenovery.com | mstamer@akingump.com |
| lmarinuzzi@mofo.com | murai24234@nissay.co.jp |
| lmcgowen@orrick.com | nbannon@tishmanspeyer.com |
| lml@ppgms.com | nbruce@lloydstsb-usa.com |
| lnashelsky@mofo.com | neal.mann@oag.state.ny.us |
| lromansic@steptoe.com | ned.schodek@shearman.com |
| lschweitzer@cgsh.com | newyork@sec.gov |

| | |
|---|---|
| Nherman@morganlewis.com | rwyron@orrick.com |
| nissay_10259-0154@mhmjapan.com | sabin.willett@bingham.com |
| oipress@travelers.com | sagolden@hhlaw.com |
| paronzon@milbank.com | Sally.Henry@skadden.com |
| paul.deutch@troutmansanders.com | sandra.mayerson@hklaw.com |
| pbentley@kramerlevin.com | Sara.Tapinekis@cliffordchance.com |
| pbosswick@ssbb.com | schapman@willkie.com |
| pdublin@akingump.com | schristianson@buchalter.com |
| peter.simmons@friedfrank.com | scottshelley@quinnemanuel.com |
| peter.zisser@hklaw.com | scousins@armstrongteasdale.com |
| peter@bankrupt.com | sdg@adorno.com |
| pfeldman@oshr.com | sdnyecf@dor.mo.gov |
| phayden@mcguirewoods.com | sean@blbglaw.com |
| pnichols@whitecase.com | sehlers@armstrongteasdale.com |
| ppascuzzi@ffwplaw.com | sfelderstein@ffwplaw.com |
| ppatterson@stradley.com | sfineman@lchb.com |
| prachmuth@reedsmith.com | sfox@mcguirewoods.com |
| pwirt@ftportfolios.com | sgordon@cahill.com |
| pwright@dl.com | Sgross@HodgsonRuss.com |
| r.stahl@stahlzelloe.com | sgubner@ebg-law.com |
| ramona.neal@hp.com | sharbeck@sipc.org |
| ranjit.mather@bnymellon.com | shari.leventhal@ny.frb.org |
| raymond.morison@bnymellon.com | sheakkorzun@comcast.net |
| rdaversa@orrick.com | sheehan@txschoollaw.com |
| rdicanto@nabny.com | sidorsky@butzel.com |
| rfleischer@pryorcashman.com | slerner@ssd.com |
| rfrankel@orrick.com | smillman@stroock.com |
| rgmason@wlrk.com | snewman@katskykorins.com |
| rgraham@whitecase.com | spiotto@chapman.com |
| rhett.campbell@tklaw.com | splatzer@platzerlaw.com |
| richard.lear@hklaw.com | ssmall@us.mufg.jp |
| ritkin@steptoe.com | steele@lowenstein.com |
| RLevin@cravath.com | stephanie.wickouski@dbr.com |
| RLGold1977@aol.com | steve.ginther@dor.mo.gov |
| rmatzat@hahnhessen.com | steven.perlstein@kobrekim.com |
| rmunsch@munsch.com | steven.wilamowsky@bingham.com |
| rnetzer@willkie.com | Streusand@StreusandLandon.com |
| rnies@wolffsamson.com | susan.schultz@newedgegroup.com |
| robert.bailey@bnymellon.com | susheelkirpalani@quinnemanuel.com |
| robert.dombroff@bingham.com | tarbit@cftc.gov |
| robert.henoch@kobrekim.com | tbrock@ssbb.com |
| Robert.Holladay@youngwilliams.com | tetsuhiro.toomata@shinseibank.com |
| robert.malone@dbr.com | TGoren@mofo.com |
| Robert.yalen@usdoj.gov | Thomas_Noguerola@calpers.ca.gov |
| roberts@pursuitpartners.com | timothy.brink@dlapiper.com |
| rolfnagel.dahl@dnbnor.no | timothy.palmer@bipc.com |
| ronald.silverman@bingham.com | timothy.white@mizuhocbus.com |
| rreid@sheppardmullin.com | tjfreedman@pbnlaw.com |
| RTrust@cravath.com | tkarcher@dl.com |
| Russj4478@aol.com | tkiriakos@mayerbrown.com |
| rwasserman@cftc.gov | tmacwright@whitecase.com |
| rwynne@kirkland.com | tmayer@kramerlevin.com |

| |
|---|
| tnixon@gklaw.com |
| ttracy@crockerkuno.com |
| tslome@msek.com |
| twatanabe@mofo.com |
| twheeler@lowenstein.com |
| vdagostino@lowenstein.com |
| Villa@StreusandLandon.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| weissjw@gtlaw.com |
| wfoster@milbank.com |
| wheuer@dl.com |
| wilten@hugheshubbard.com |
| wiltenburg@hugheshubbard.com |
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wsmith@bocusa.com |
| wtaylor@mccarter.com |
| yamashiro@sumitomotrust.co.jp |
| yasuhiko_imai@smbcgroup.com |

Exhibit "C"

| Name | Fax |
|------|-----|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# Exhibit "D"

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,  102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,  VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,  105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,    TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,  100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG,BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS,33 WHITEHALL STREET, 21ST FLOOR, NEW YORK, NY 10004 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,  104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,  104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,  103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,  048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,  100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 35**

ALLIANCEBERNSTEIN L.P.
ATTN: MAHEDY, JOHN P.
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105-0302

AXA ASSURANCES I.A.R.D. MUTUELLE
26, RUE DROUOT
75009 PARIS,
FRANCE

AXA ASSURANCES VIE MUTUELLE
26, RUE DROUOT
75009 PARIS,
FRANCE

AXA COURTAGE ASSURANCE MUTUELLE
26, RUE DROUOT
75009 PARIS,
FRANCE

AXA EQUITABLE LIFE INSURANCE COMPANY
25, AVENUE MATIGNON,
75008 PARIS,
FRANCE

AXA FINANCIAL, INC.
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BANK OF AMERICA CORPORATION
135 SOUTH LASALLE STREET, 3RD
CHICAGO, IL 60603-4177

BARCLAYS GLOBAL INVESTORS, N.A.
ATTN: FRIEDMAN, ABE
45 FREMONT STREET
SAN FRANCISCO, CA 94105-2204

BLACKROCK INVESTMENT MGMT, LLC
ATTN: RENDINO, KEVIN M.
800 SCUDDERS MILL ROAD
PLAINSBORO, NJ 08536-1606

BNY MELLON SHAREOWNER SERVICES
CHURCH STREET STATION
PO BOX 11258
NEW YORK, NY 10286-1258

BNY MELLON SHAREOWNER SERVICES
500 ROSS STREET, 6TH FLOOR
PITTSBURGH, PA 15219

CAPITAL GUARDIAN TRUST COMPANY
ATTN: POLAK, DAVID
333 SOUTH HOPE STREET, 52ND FL
LOS ANGELES, CA 90071-1406

CLEARBRIDGE ADVISORS
ATTN: DEUTSCH, DEREK J.
620 EIGHTH AVENUE, 48TH FLOOR
NEW YORK, NY 10018-1405

CLEARBRIDGE ADVISORS, LLC
399 PARK AVENUE
NEW YORK, NY 10022

COLUMBIA MGMT ADVISORS, INC.
ATTN: SANTORO, PETER S.
100 FEDERAL STREET, 22ND FLOOR
MA5-100-22-01
BOSTON, MA 02110-1802

COMPUTERSHARE INC
(BOSTON EQUISERVE TRUST CO NA)
301 N GUADALUPE ST #203
SANTA FE, NM 87501-1852

COMPUTERSHARE TRUST COMPANY
350 INDIANA ST STE 800
GOLDEN, CO 80401-5099

CREDIT SUISSE
11 MADISON AVENUE
NEW YORK, NY 10010-3629

DEUTSCHE BANK AG
280 PARK AVENUE
NEW YORK, NY 10017-1216

EDWARD C. JOHNSON 3D
82 DEVONSHIRE STREET
BOSTON, MA 02109

FIDELITY MANAGEMENT & RESEARCH
82 DEVONSHIRE STREET V11E
BOSTON, MA 02109-3605

FIDELITY MANAGEMENT & RESEARCH
COMPANY
82 DEVONSHIRE STREET
BOSTON, MA 02109

FIDELITY MANAGEMENT RESEARCH
FIDELITY VALUE FUND
82 DEVONSHIRE STREET V11E
BOSTON, MA 02109-3605

FIDELITY MGMT & RESEARCH
ATTN: WINCHESTER, SUE
82 DEVONSHIRE STREET V11E
BOSTON, MA 02109-3605

FMR LLC
82 DEVONSHIRE STREET
BOSTON, MA 02109

FORE RESEARCH AND MANAGEMENT LP
280 PARK AVENUE, 43RD FLOOR
NEW YORK, NY 10017

FRANKLIN ADVISERS INC
FRANKLIN INCOME FUND
PO BOX 7777
SAN MATEO, CA 94403-1906

FRANKLIN ADVISERS INC
FTVIP FRANKLIN INCOME SEC FLUID
PO BOX 7777
SAN MATEO, CA 94403-1906

FRANKLIN RESOURCES INCORPORATED
FRANKLIN ADVISERS INC
1 FRANKLIN PKWY., BLDG. 970
1ST FL.
SAN MATEO, CA 94403-1906

FRANKLIN TEMPLETON INVESTMENTS
1 FRANKLIN PKWY.
BLDG. 970, 1ST FL.
SAN MATEO, CA 94403

J.P. MORGAN INVESTMENT MGMT INC.
(NEW YORK)
ATTN: BOND, TIM
245 PARK AVENUE
NEW YORK, NY 10167-0002

JANUS CAPITAL MGMT LLC
ATTN: SMITH, GIBSON G.
151 DETROIT STREET
DENVER, CO 80206-4805

LOOMIS SAYLES & COMPANY LP
1 FINANCIAL CENTER, 36TH FLOOR
BOSTON, MA 02111-2630

LORD ABBETT & COMPANY
LORD ABBETT BOND-DEBENTURE FUND INC
90 HUDSON ST
JERSEY CITY, NJ 07302

LORD ABBETT & COMPANY
90 HUDSON ST
JERSEY CITY, NJ 07302

MARSICO CAPITAL MANAGEMENT LLC
1200 17TH STREET - 1600
DENVER, CO 80202-5824

MERRILL LYNCH & COMPANY INC
MERRILL LYNCH & COMPANY INC
4 WORLD FINANCIAL CTR.,
NEW YORK, NY 10080-0002

MOORE CAPITAL MGMT, INC.
ATTN: VITALE, LAWRENCE R.
1251 AVE OF THE AMERICAS, 17TH
NEW YORK, NY 10020-1104

NORGES BANK
ATTN: BRODN, MAX K.
BANKPLASSEN 2
OSLO, 0151
NO

NORTHERN TRUST INVESTMENTS, N.A.
ATTN: MELDRUM, LAURA
181 WEST MADISON STREET
CHICAGO, IL 60602-4510

OPPENHEIMER CAPITAL L.L.C.
ATTN: ADAMS, JONATHAN P.
1345 AVENUE OF THE AMERICAS
48TH FLOOR
NEW YORK, NY 10105-4800

PRICE T ROWE ASSOCIATES INC
T ROWE PRICE VALUE FUND
100 EAST PRATT STREET
BALTIMORE, MD 21202-1009

PUTNAM INVESTMENT MGMT, L.L.C.
ATTN: REYNOLDS, ROBERT L.
ONE POST OFFICE SQUARE
BOSTON, MA 02109-2106

PZENA INVESTMENT MGMT, LLC
ATTN: PETERSON, MICHAEL D.
120 WEST 45TH STREET, 20TH FLO
NEW YORK, NY 10036-4041

SMITH BARNEY FUND MANAGEMENT LLC
399 PARK AVENUE
NEW YORK, NY 10022

SOROS FUND MGMT, L.L.C.
ATTN: ANDERSON, KEITH T.
888 SEVENTH AVENUE, 33RD FLOOR
NEW YORK, NY 10106-0001

STATE STREET GLOBAL ADVISORS (US)
ATTN: MISKOVIC, MAUREEN
1 LINCOLN STREET
BOSTON, MA 02111-2900

T ROWE PRICE ASSOCIATES
100 EAST PRATT STREET
BALTIMORE, MD 21202-1009

T. ROWE PRICE ASSOCIATES, INC.
ATTN: MCWILLIAM, ROBERT
100 EAST PRATT STREET
BALTIMORE, MD 21202-1009

TOSCAFUND ASSET MGMT, L.L.P.*
ATTN: HUGHES, MARTIN B.
90 LONG ACRE, SEVENTH FLOOR
LONDON, WC2E 9RA
GB

UBS AG
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6031

VANGUARD GROUP, INC.
ATTN: LUDT, RYAN E.
100 VANGUARD BOULEVARD
MALVERN, PA 19355-2331

WELLINGTON MGMT COMPANY, LLP
ATTN: MCCARTHY, TIM
75 STATE STREET
BOSTON, MA 02109-1809

ZAZOVE ASSOCIATES LLC
1001 TAHOE BLVD
INCLINE VILLAGE, NV 89451

# Exhibit "E"

## Transfer Agents

Computershare
Attn: Paul Eori
250 Royall Street
Canton, MA 02021
Phone: (781) 575 3231
Email: paul.eori@computershare.com

BNYMellon Shareowner Services
Attn: Megan Mawer
480 Washington Blvd.
29th Floor
Jersey City, NJ 07310
Phone: (201) 680-4490
Email: megan.mawer@bnymellon.com