WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (JMP)**
:
Debtors. : (Jointly Administered)
:
:
----------------------------------------------------------------x

**AMENDED SECOND NOTICE OF ESTABLISHMENT OF**
**OMNIBUS HEARING DATES PURSUANT TO CASE MANAGEMENT ORDER**
**IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

PLEASE TAKE NOTICE that pursuant to the order, dated September 22, 2008 (the "Case Management Order") [Docket No. 285], implementing certain notice and case management procedures, the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") scheduled certain omnibus hearing dates set forth in the second notice establishing omnibus hearing dates filed by Lehman Brothers Holdings Inc. and its affiliated debtors [Docket No. 1425] (the "Notice").

PLEASE TAKE NOTICE THAT the omnibus hearing dates previously listed in the Notice are hereby amended and rescheduled to be as follows:

January 14, 2009 at 10:00 a.m. (Prevailing Eastern Time)

January 28, 2009 at 10:00 a.m. (Prevailing Eastern Time)

February 11, 2009 at 10:00 a.m. (Prevailing Eastern Time)

February 25, 2009 at 10:00 a.m. (Prevailing Eastern Time)

March 11, 2009 at 10:00 a.m. (Prevailing Eastern Time)

March 25, 2009 at 10:00 a.m. (Prevailing Eastern Time)

April 7, 2009 at 10:00 a.m. (Prevailing Eastern Time)

April 22, 2009 at 10:00 a.m. (Prevailing Eastern Time)

PLEASE TAKE FURTHER NOTICE that except as otherwise ordered by the Bankruptcy Court, the Case Management Order governs the scheduling of all matters to be heard on the foregoing omnibus hearing dates.

PLEASE TAKE FURTHER NOTICE that all omnibus hearing dates will be held in Courtroom 601, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: November 12, 2008
      New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession