SYSTEMS FOR INFORMATION MANAGEMENT

SGP
International, Inc.

October 15, 2008

FEDEX

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004
Attn: Clerk's Office

Re:   In re Lehman Brothers Holdings Inc.
      Case No. 08-13555 (JMP)

Dear Sir/Madam:

   I have enclosed original and copy of Objection to Third Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases. Please accept the original for filing and return the copy to me stamped indicating the filing date in the enclosed stamped envelope.

Thank you.

Evan Brodie

SGP International,Inc. 16 EAST 40TH STREET, 8TH FLOOR, NEW YORK, NY 10016.0113
phone: 212.685.0819   fax: 212.685.4846   email:info@sgpnyc.com   www.sgpinternational.com

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      I, Evan Brodie, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at New York, New York. On October 10, 2008, I served a copy of the within **OBJECTION TO THIRD OMNIBUS NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES** by depositing a true copy thereof enclosed in a properly addressed wrapper with Federal Express for delivery prior to latest time designated by Federal Express for delivery addressed to the following person(s) at the last known address set forth after each name:

**Attorneys for the Debtors**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn:  Lori R. Fife
      Shai Y. Waisman

**U.S. Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:  Tracy Hope Davis

**Attorneys for the Purchaser**
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield
      Lisa M. Schweitzer

**Attorneys for the Creditors C**
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:  Dennis F. Dunne
      Luc A. Despins
      Wilbur F. Foster, Jr.

**Attorneys for the SIPA Trustee**
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn:  James B. Kobak
      David Wiltenburg
      Jeff Margtolin

_____
Evan Brodie

Sworn to before me this
10th day of October, 2008

_____
JORDAN BRODIE
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02BR4950142
Qualified in Kings County
Commission Expires 4/24/2011