UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------------ x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF CLYDE E. CLICK
## ON BEHALF OF CLICK & NULL, P.C.

STATE OF GEORGIA             )
                             ) ss:
COUNTY OF FULTON             )

**CLYDE E. CLICK,** being duly sworn, upon his oath, deposes and says:

1. I am the President of Click & Null, P.C., located at 3475 Piedmont Road, N.E., Suite 1910, Atlanta, Georgia 30305 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $181,439.40 for prepetition services.

7. If at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Subscribed and sworn to before me

this 31st day of October, 2008

_____           _____
Notary Public                                                          Clyde E. Click

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (JMP)
                                                                   :
                                        Debtors.                   :    (Jointly Administered)
                                                                   :
                                                                   :
-------------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>    Weil, Gotshal & Manges LLP
>    767 Fifth Avenue
>    New York, New York 10153
>    Attn:   Jennifer Sapp
>            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

    Click & Null, P.C.
    3475 Piedmont Road, N.E., Suite 1910
    Atlanta, Georgia 30305
    Attention: Clyde E. Click, Esq.

2. Date of retention: July 1, 2003

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Commercial real estate and related legal services, including servicing; workout; loan modifications; equity interest analysis and servicing; real estate sales, including drafting and negotiation of purchase and sale agreements; loan transfers and sales and related services; foreclosures; UCC filings; corporate and limited liability company and other entity dissolutions.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly; monthly flat fee retainer may also be arranged for certain types of services.

   (a) Average hourly rate (if applicable):

   $450

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   $85,650.00.

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   $181,439.40

   Date claim arose:  Monthly upon rendering of bills for legal services, beginning January 2008

   Source of Claim:   Fees and expenses for prepetition legal services.

7. Prepetition claims against the Debtors held individually by any member,

associate, or professional employee of the firm:

None.

8. Stock of the Debtors currently held by the firm:

None.

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

None.

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None.

11. Name of individual completing this form:

Clyde E. Click.