UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                  :

**In re**                                            :      Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :      08-13555 (JMP)

                      Debtors.                 :      (Jointly Administered)

-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF ROBERT A. HENRY

### ON BEHALF OF SNELL & WILMER, L.L.P.

STATE OF ARIZONA       )
                                  ) ss:
COUNTY OF MARICOPA  )

    Robert A. Henry, being duly sworn, upon his oath, deposes and says:

    1.     I am a Partner of Snell & Wilmer, L.L.P., located at 400 East Van Buren Street, One Arizona Center, Phoenix, Arizona 85004-2202 (the "Firm").

    2.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

    3.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $382.50 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

_____
Robert A. Henry

Subscribed and sworn to before me
this 23rd day of October, 2008

_____
Notary Public

OFFICIAL SEAL
LESLIE OIE
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires Sept. 11, 2009

---

[1] If necessary.

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.    2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)
                                          :
              Debtors.                    :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:  Jennifer Sapp
          Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address of firm:

        Snell & Wilmer, LLP

        One Arizona Center

        400 East Van Buren Street

        Phoenix, Arizona  85004-2202

   2.   Date of retention:   May 18, 2006

   3.   Type of services provided (accounting, legal, etc.):

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

<u>Legal</u>

4. Brief description of services to be provided:

   <u>Counsel client in connection with pending condemnation matter.</u>

5. Arrangements for compensation (hourly, contingent, etc.)

   <u>Hourly</u>

   (a) Average hourly rate (if applicable):

   <u>$290.00</u>

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim:   <u>$382.50</u>

   Date claim arose:  <u>September 15, 2008</u>

   Source of Claim:   <u>Legal Services</u>

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: <u>Not applicable</u>

   Status: <u>Not applicable</u>

   Amount of Claim:  $<u>Not applicable</u>

   Date claim arose: <u>Not applicable</u>

   Source of claim: <u>Not applicable</u>

8. Stock of the Debtors currently held by the firm:

   Kind of shares:  Not applicable

   No. of shares:  Not applicable

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name:  An email was sent on October 21, 2008 to all attorneys and paralegals at this firm asking whether anyone currently holds more than 2,000 shares in Lehman Brothers Holdings, Inc. No affirmative responses have yet been provided.

   Status: Not applicable

   Kind of shares:  Not applicable

   No. of shares:  Not applicable

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    Not applicable

11. Name of individual completing this form:

    Robert A. Henry