

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. **Country :** Sweden

   **This public document**

2. **has been signed by** Anne-Marie Bonde

3. **acting in the capacity of** Notary Public

4. **bears the seal/stamp of**

   Notary Public in Stockholm

   **Certified**

5. **at** Stockholm          6. **the** 04.11.2008

7. **by** Björn Sandin

   Notary Public

8. **No** 4856

9. **Seal/stamp:**          10. **Signature:**

    



**EXHIBIT A**

**(Ordinary Course Professional Affidavit)**

NY2: 1926908 01 15/zz/T801! DOC 58399.0003



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                            :
In re                                       :   Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :   08-13555 (JMP)
                                            :
                    Debtors.                :   (Jointly Administered)
                                            :
                                            :
-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF SVANTE HULTQVIST AND JENS TILLQVIST,

### ON BEHALF OF ADVOKATFIRMAN CEDERQUIST KB

COUNTRY OF SWEDEN

      Svante Hultqvist and Jens Tillqvist, being duly sworn, upon their oath, deposes and says:

      1.    I am a partner of Advokatfirman Cederquist KB, located at Hovslagargatan 3, P.O. BOX 1670, SE -111 96, Stockholm, Sweden (the "Firm").

      2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

      3.    The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these

chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ 0 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit

_____
Svante Hultqvist

_____
Jens Tillqvist

Subscribed and sworn to before me
this 4th day of November 2008

_____
Notary Public
Anne-Marie Bonde

2

08-13555-mg    Doc 1477    Filed 11/12/08    Entered 11/12/08 18:21:24    Main Document
Pg 5 of 9

**EXHIBIT B**

**(Retention Questionnaire)**



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                        :
In re                                   :   Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :   08-13555 (JMP)
                                        :
              Debtors.                  :   (Jointly Administered)
                                        :
                                        :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:  Jennifer Sapp
>        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Advokatfirman Cederquist KB

   Hovslagargatan 3

   P.O. BOX 1670

   SE- 111 96 Stockholm

   Sweden

2. Date of retention:    7 October 2008

3.  Type of services provided (accounting, legal, etc.):

    Legal services.

4.  Brief description of services to be provided:

    We will advise on all matters relating to Swedish law.

5.  Arrangements for compensation (hourly, contingent, etc.)

    Hourly

    (a) Average hourly rate (if applicable):

    Partner: SEK 3,800- 4,200

    Senior Associate: SEK 2,600- 3,200

    Associate: SEK 1,900-2,400

    Junior Associate: SEK 1,400-1,700

    Trainee: SEK 1,000

    (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

    N/A

6.  Prepetition claims against the Debtors held by the firm:

    Amount of claim:    N/A

    Date claim arose:   N/A

    Source of Claim:    N/A

7.  Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

    Name: N/A

    Status: N/A

    Amount of Claim: N/A

    Date claim arose: N/A

    Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

    Kind of shares: N/A

    No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

    Name: N/A

    Status: N/A

    Kind of shares: N/A

    No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    We hold no interest adverse to the Debtors.

[Notary seal: NOTARIUS PUBLICUS I STOCKHOLM — ANNE-MARIE BONDE]

11. Name of individual completing this form:

_____          _____
Svante Hultqvist                Jens Tillqvist

I, the undersigned, Anne-Marie Bonde, Notary Public of the City of Stockholm, Sweden, certify that SVANTE HULTQVIST and JENS TILLQVIST, signed the document for ADVOKATFIRMAN CEDERQUIST KB,

400:-            04.11.2008

