**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                  :        Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,           :        Case No. 08-13555 (JMP)
                                                       :
        Debtors.                                       :        (Jointly Administered)
                                                       :
------------------------------------------------------------------------x        Ref. Docket No. 1433


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

CHRISTOPHER CREGER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2008, I caused to be served the:

   a) "Sixth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases", dated November 10, 2008 [Docket No.1433], (the "Sixth Omni"), and

   b) "Order Granting Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Non Residential Real Property and Abandonment of Related Personal Property", dated October 3, 2008, [Docket No. 628], (the "Debtors' Motion"),

by causing true and correct copies of the Sixth Omni and Debtors' Motion, enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "A".

3.      All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/Christopher Creger\_\_\_
Christopher Creger

Sworn to before me this
11th day of November, 2008

/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
My Commission Expires October 22, 2011

2

# EXHIBIT A

| Name of Counterparty | Counterparty Contact | Counterparty Mailing Address |
|---|---|---|
| Weil Gotshal & Manges LLP | Richard P. Krasnow, Lori R. Fife, Shai Y Waisman, Jaqueline Marcus, | 767 5th Ave, New York, NY 10153 |
| Hughes Hubbard & Reed LLP | James W. Giddens, James B. Kobak, Jr., Christopher K. Kiplok | One Battery Park Plaza, New York, NY 10004 |
| Milbank, Tweed, Hadley & McCloy LLP | Dennis F Dunne/ Dennis O'Donnell/ Evan Fleck | 1 Chase Manhattan Plaza, New York, NY 10004 |
| The Office of the United States Trustee (SDNY) | Andrew D. Velez-Rivera, Paul Schwartzberg, Brain Masumoto, Linda Rifkin, Tracy Hope Davis | 33 Whitehall Street, 21st Floor, New York, NY 10004 |
| Practicing Law Institute | Rick Zahn | 810 7th Ave, New York, NY 10019 |