UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,                       :    Case No. 08-13555 (JMP)
                                                               :
        Debtors.                                               :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x    Ref. Docket No. 1058

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

    BRIDGET GALLERIE, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    Prior to 11:00 AM, New York Time on October 16, 2008, I caused to be served the "Second Amended Notice of Agenda of Matters Scheduled for Hearing on October 16, 2008 at 11:00 a.m.", dated October 16, 2008 [Docket No. 1058], by causing true and correct copies to be:

    a)    delivered by email to those parties listed on the attached Exhibit "A", and

    b)    delivered by facsimile to those parties listed on the attached Exhibit "B".

                                                    _____
                                                            Bridget Gallerie

Sworn to before me this
16th day of October, 2008

_____
Notary Public

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, 2009

T:\Clients\LBH\Affidavits\Amended Agenda_ aff 10-16-08.doc

**EXHIBIT "A"**

Exhibit A - Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | cs@stevenslee.com |
| acker@chapman.com | cschreiber@winston.com |
| adarwin@nixonpeabody.com | cshulman@sheppardmullin.com |
| aglenn@kasowitz.com | cward@polsinelli.com |
| agold@herrick.com | cweiss@ingramllp.com |
| agolianopoulos@mayerbrown.com | dallas.bankruptcy@pulicans.com |
| ahammer@freebornpeters.com | Danna.Drori@usdoj.gov |
| akihiko_yagyuu@chuomitsui.jp | david.bennett@tklaw.com |
| albaugh.colin@pbgc.gov | david.crichlow@pillsburylaw.com |
| amenard@tishmanspeyer.com | david.heller@lw.com |
| andrew.lourie@kobrekim.com | davids@blbglaw.com |
| angelich.george@arentfox.com | dbarber@bsblawyers.com |
| anne.kennelly@hp.com | dclark@stinson.com |
| araboy@cov.com | dcoffino@cov.com |
| arlbank@pbfcm.com | dcrapo@gibbonslaw.com |
| arosenblatt@chadbourne.com | ddunne@milbank.com |
| arwolf@wlrk.com | deggert@freebornpeters.com |
| asnow@ssbb.com | demetra.liggins@tklaw.com |
| atrehan@mayerbrown.com | dennis.graham@kbc.be |
| austin.bankruptcy@publicans.com | deryck.palmer@cwt.com |
| avi.gesser@dpw.com | dflanigan@polsinelli.com |
| bambacha@sec.gov | dfriedman@kasowitz.com |
| bankoftaiwan@botnya.com | dhayes@mcguirewoods.com |
| bankruptcy@goodwin.com | dheffer@foley.com |
| bankruptcymatters@us.nomura.com | dirk.roberts@ots.treas.gov |
| bhinerfeld@sbtklaw.com | dkleiner@velaw.com |
| bill.freeman@pillsburylaw.com | dkozusko@willkie.com |
| bill.hughes@us.standardchartered.com | dladdin@agg.com |
| bmanne@tuckerlaw.com | dlemay@chadbourne.com |
| bmiller@mofo.com | dlipke@vedderprice.com |
| brad.dempsey@hro.com | dludman@brownconnery.com |
| brendalblanks@eaton.com | dmcguire@winston.com |
| brian.pfeiffer@friedfrank.com | dodonnell@milbank.com |
| brian_corey@gtservicing.com | donald.badaczewski@dechert.com |
| bromano@willkie.com | douglas.bacon@lw.com |
| broy@rltlawfirm.com | douglas.mcgill@dbr.com |
| bruce.ortwine@sumitomotrust.co.jp | dravin@wolffsamson.com |
| btrust@mayerbrown.com | drose@pryorcashman.com |
| btupi@tuckerlaw.com | drosner@goulstonstorrs.com |
| bturk@tishmanspeyer.com | drosner@kasowitz.com |
| cbelmonte@ssbb.com | dswan@mcguirewoods.com |
| cdesiderio@nixonpeabody.com | eagle.sara@pbgc.gov |
| charles@filardi-law.com | ecohen@russell.com |
| chris.omahoney@bnymellon.com | edpe01@handelsbanken.se |
| cmontgomery@salans.com | efile@pbgc.gov |
| CMTB_LC11@chuomitsui.jp | efile@willaw.com |
| cohena@sec.gov | efleck@milbank.com |
| cohenr@sewkis.com | efriedman@friedumspring.com |
| cp@stevenslee.com | eglas@mccarter.com |
| crogers@orrick.com | ehollander@whitecase.com |

| | |
|---|---|
| ehorn@lowenstein.com | jeffrey.sabin@bingham.com |
| ekbergc@lanepowell.com | jennifer.demarco@cliffordchance.com |
| ellen.halstead@cwt.com | Jesse.Hibbard@ozcap.com |
| elobello@blankrome.com | jfalgowski@reedsmith.com |
| eschwartz@contrariancapital.com | jgarrity@shearman.com |
| esmith@dl.com | jherzog@gklaw.com |
| ezavalkoff-babej@vedderprice.com | jhs7@att.net |
| ezujkowski@emmetmarvin.com | jkehoe@sbtklaw.com |
| fbp@ppgms.com | jketten@wilkie.com |
| feldsteinh@sullcrom.com | jkurtzman@klehr.com |
| ffm@bostonbusinesslaw.com | jlee@foley.com |
| fhyman@mayerbrown.com | jlevitin@cahill.com |
| fishere@butzel.com | jliu@dl.com |
| frank.sodano@americas.bnpparibas.com | jlovi@steptoe.com |
| frank.white@agg.com | jmathis@lloydstsb-usa.com |
| fred.berg@rvblaw.com | jmazermarino@msek.com |
| fsosnick@shearman.com | jmcginley@wilmingtontrust.com |
| gabriel.delvirginia@verizon.net | john.rapisardi@cwt.com |
| gary.ticoll@cwt.com | jorbach@hahnhessen.com |
| gauchb@sec.gov | joseph.scordato@dkib.com |
| gbray@milbank.com | joshua.dorchak@bingham.com |
| george.davis@cwt.com | jpintarelli@mofo.com |
| george_neofitidis@scotiacapital.com | jrabinowitz@rltlawfirm.com |
| giddens@hugheshubbard.com | jschwartz@hahnhessen.com |
| gkaden@goulstonstorrs.com | jshickich@riddellwilliams.com |
| glee@mofo.com | jtougas@mayerbrown.com |
| glenn.siegel@dechert.com | jwallack@goulstonstorrs.com |
| grosenberg@co.arapahoe.co.us | jwang@sipc.org |
| gschiller@zeislaw.com | jweiss@gibsondunn.com |
| hanh.huynh@cwt.com | jwishnew@mofo.com |
| harveystrickon@paulhastings.com | k4.nomura@aozorabank.co.jp |
| heiser@chapman.com | karen.wagner@dpw.com |
| hirsh.robert@arentfox.com | KDWBankruptcyDepartment@kelleydrye.com |
| hollace.cohen@troutmansanders.com | keith.simon@lw.com |
| howard.hawkins@cwt.com | ken.higman@hp.com |
| hseife@chadbourne.com | kgwynne@reedsmith.com |
| hsnovikoff@wlrk.com | kiplok@hugheshubbard.com |
| ian.levy@kobrekim.com | klippman@munsch.com |
| igoldstein@dl.com | kmayer@mccarter.com |
| ilevee@lowenstein.com | kmisken@mcguirewoods.com |
| info2@normandyhill.com | kobak@hugheshubbard.com |
| ira.herman@tklaw.com | Kostad@mofo.com |
| israel.dahan@cwt.com | kovskyd@pepperlaw.com |
| jacobsonn@sec.gov | kpiper@steptoe.com |
| jafeltman@wlrk.com | kressk@pepperlaw.com |
| james.mcclammy@dpw.com | KReynolds@mklawnyc.com |
| jamestecce@quinnemanuel.com | kristin.going@dbr.com |
| Jbecker@wilmingtontrust.com | krosen@lowenstein.com |
| jbird@polsinelli.com | lacyr@sullcrom.com |
| jbromley@cgsh.com | lalshibib@reedsmith.com |
| jcarberry@cl-law.com | Landon@StreusandLandon.com |
| jdyas@halperinlaw.net | lattard@kayescholer.com |

| | |
|---|---|
| ldespins@milbank.com | newyork@sec.gov |
| lgranfield@cgsh.com | Nherman@morganlewis.com |
| linda.boyle@twtelecom.com | nissay_10259-0154@mhmjapan.com |
| lisa.kraidin@allenovery.com | oipress@travelers.com |
| lmarinuzzi@mofo.com | paronzon@milbank.com |
| lml@ppgms.com | paul.deutch@troutmansanders.com |
| lromansic@steptoe.com | pbosswick@ssbb.com |
| lschweitzer@cgsh.com | pdublin@akingump.com |
| lwhidden@salans.com | peter.simmons@friedfrank.com |
| mabrams@willkie.com | peter.zisser@hklaw.com |
| macl01@handelsbanken.se | peter@bankrupt.com |
| macronin@debevoise.com | pfeldman@oshr.com |
| Malcolm@firstbankny.com | phayden@mcguirewoods.com |
| mark.deveno@bingham.com | pnichols@whitecase.com |
| mark.ellenberg@cwt.com | prachmuth@reedsmith.com |
| mark.houle@pillsburylaw.com | pwright@dl.com |
| martin.davis@ots.treas.gov | r.stahl@stahlzelloe.com |
| masaki_konishi@noandt.com | ramona.neal@hp.com |
| mbenner@tishmanspeyer.com | ranjit.mather@bnymellon.com |
| mbienenstock@dl.com | raymond.morison@bnymellon.com |
| mcto@debevoise.com | rdaversa@orrick.com |
| metkin@lowenstein.com | rdicanto@nabny.com |
| mhopkins@cov.com | rfleischer@pryorcashman.com |
| michael.halevi@anz.com | rgmason@wlrk.com |
| michael.kim@kobrekim.com | rhett.campbell@tklaw.com |
| Michael.mauerstein@citi.com | richard.lear@hklaw.com |
| michael.tan@fubon.com | ritkin@steptoe.com |
| mimi04@handelsbanken.se | RLevin@cravath.com |
| Mitchell.Ayer@tklaw.com | RLGold1977@aol.com |
| mitchell.epner@friedfrank.com | rmunsch@munsch.com |
| mjacobs@pryorcashman.com | rnetzer@willkie.com |
| mjedelman@vedderprice.com | rnies@wolffsamson.com |
| mkjaer@winston.com | robert.bailey@bnymellon.com |
| mlahaie@akingump.com | robert.dombroff@bingham.com |
| mmendez@hunton.com | robert.henoch@kobrekim.com |
| mmickey@mayerbrown.com | robert.malone@dbr.com |
| mmorreale@us.mufg.jp | Robert.yalen@usdoj.gov |
| monica.lawless@brookfieldproperties.com | roberts@pursuitpartners.com |
| mpage@kelleydrye.com | rolfnagel.dahl@dnbnor.no |
| mrosenthal@gibsondunn.com | ronald.silverman@bingham.com |
| ms.wu@fubonny.com | rreid@sheppardmullin.com |
| MSchleich@fraserstryker.com | RTrust@cravath.com |
| mschonholtz@kayescholer.com | Russj4478@aol.com |
| mshiner@tuckerlaw.com | rwasserman@cftc.gov |
| mspeiser@stroock.com | sabin.willett@bingham.com |
| mstamer@akingump.com | schapman@willkie.com |
| mtuck@lloydstsb-usa.com | schristianson@buchalter.com |
| murai24234@nissay.co.jp | scottshelley@quinnemanuel.com |
| nbannon@tishmanspeyer.com | scousins@armstrongteasdale.com |
| nbruce@lloydstsb-usa.com | sdnyecf@dor.mo.gov |
| neal.mann@oag.state.ny.us | sean@blbglaw.com |
| ned.schodek@shearman.com | sehlers@armstrongteasdale.com |

| |
|---|
| sfineman@lchb.com |
| sgordon@cahill.com |
| Sgross@HodgsonRuss.com |
| sharbeck@sipc.org |
| shari.leventhal@ny.frb.org |
| sheakkorzun@comcast.net |
| sheehan@txschoollaw.com |
| sidorsky@butzel.com |
| slerner@ssd.com |
| smillman@stroock.com |
| spiotto@chapman.com |
| splatzer@platzerlaw.com |
| ssmall@us.mufg.jp |
| steele@lowenstein.com |
| stephanie.wickouski@dbr.com |
| steve.ginther@dor.mo.gov |
| steven.perlstein@kobrekim.com |
| steven.wilamowsky@bingham.com |
| susan.schultz@newedgegroup.com |
| susheelkirpalani@quinnemanuel.com |
| tarbit@cftc.gov |
| tbrock@ssbb.com |
| tetsuhiro.toomata@shinseibank.com |
| TGoren@mofo.com |
| timothy.brink@dlapiper.com |
| timothy.white@mizuhocbus.com |
| tkarcher@dl.com |
| tkiriakos@mayerbrown.com |
| tmacwright@whitecase.com |
| tnixon@gklaw.com |
| tslome@msek.com |
| twatanabe@mofo.com |
| twheeler@lowenstein.com |
| vdagostino@lowenstein.com |
| Villa@StreusandLandon.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| weissjw@gtlaw.com |
| wfoster@milbank.com |
| wheuer@dl.com |
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wsmith@bocusa.com |
| wtaylor@mccarter.com |
| yamashiro@sumitomotrust.co.jp |
| yasuhiko_imai@smbcgroup.com |

**EXHIBIT "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |