**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                                        :
In re                                                                   :    Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.***,**                        :    Case No. 08-13555 (JMP)
                                                                        :
          Debtors.                                                      :    (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x    Ref. Docket No. 905

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

　　　　　BRIDGET GALLERIE, being duly sworn, deposes and says:

　　　　1.　　I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

　　　　2.　　On October 13, 2008, I caused to be served the "Debtors' Opposition to Amended Motion for Appointment of Equity Committee," dated October 13, 2008 [Docket No. 905] by causing true and correct copies, as follows:

　　　　　　i.　　by email to those parties listed on the annexed Exhibit "A",
　　　　　　ii.　　by facsimile to those parties on the annexed Exhibit "B", and
　　　　　　iii.　　enclosed securely in separate postage pre-paid envelopes, to be delivered by overnight delivery to those parties on the annexed Exhibit "C".

　　　　3.　　All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bridget Gallerie
　　　　　　　　　　　　　　　　　　　　　　　　　　Bridget Gallerie

Sworn to before me this
17th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

| **EMAIL ADDRESSES** | |
|---|---|
| aalfonso@kayescholer.com | jweiss@gibsondunn.com |
| acker@chapman.com | jwishnew@mofo.com |
| adarwin@nixonpeabody.com | k4.nomura@aozorabank.co.jp |
| aglenn@kasowitz.com | karen.wagner@dpw.com |
| agold@herrick.com | KDWBankruptcyDepartment@kelleydrye.com |
| agolianopoulos@mayerbrown.com | keith.simon@lw.com |
| ahammer@freebornpeters.com | ken.higman@hp.com |
| akihiko_yagyuu@chuomitsui.jp | kgwynne@reedsmith.com |
| albaugh.colin@pbgc.gov | kiplok@hugheshubbard.com |
| amenard@tishmanspeyer.com | klippman@munsch.com |
| andrew.lourie@kobrekim.com | kmayer@mccarter.com |
| angelich.george@arentfox.com | kmisken@mcguirewoods.com |
| anne.kennelly@hp.com | kobak@hugheshubbard.com |
| araboy@cov.com | Kostad@mofo.com |
| arlbank@pbfcm.com | kovskyd@pepperlaw.com |
| arosenblatt@chadbourne.com | kressk@pepperlaw.com |
| arwolf@wlrk.com | KReynolds@mklawnyc.com |
| asnow@ssbb.com | kristin.going@dbr.com |
| atrehan@mayerbrown.com | krosen@lowenstein.com |
| austin.bankruptcy@publicans.com | lacyr@sullcrom.com |
| avi.gesser@dpw.com | lalshibib@reedsmith.com |
| bambacha@sec.gov | lattard@kayescholer.com |
| bankoftaiwan@botnya.com | ldespins@milbank.com |
| bankruptcy@goodwin.com | lgranfield@cgsh.com |
| bill.freeman@pillsburylaw.com | linda.boyle@twtelecom.com |
| bill.hughes@us.standardchartered.com | lisa.kraidin@allenovery.com |
| bmanne@tuckerlaw.com | lmarinuzzi@mofo.com |
| bmiller@mofo.com | lml@ppgms.com |
| brad.dempsey@hro.com | lschweitzer@cgsh.com |
| brian_corey@gtservicing.com | lwhidden@salans.com |
| bromano@willkie.com | mabrams@willkie.com |
| btrust@mayerbrown.com | macl01@handelsbanken.se |
| btupi@tuckerlaw.com | macronin@debevoise.com |
| bturk@tishmanspeyer.com | Malcolm@firstbankny.com |
| cbelmonte@ssbb.com | mark.deveno@bingham.com |
| cdesiderio@nixonpeabody.com | mark.ellenberg@cwt.com |
| charles@filardi-law.com | mark.houle@pillsburylaw.com |
| chris.omahoney@bnymellon.com | martin.davis@ots.treas.gov |
| cmontgomery@salans.com | masaki_konishi@noandt.com |
| CMTB_LC11@chuomitsui.jp | mbenner@tishmanspeyer.com |
| cohena@sec.gov | mbienenstock@dl.com |
| cp@stevenslee.com | mcto@debevoise.com |
| crogers@orrick.com | mhopkins@cov.com |
| cs@stevenslee.com | michael.halevi@anz.com |
| cschreiber@winston.com | michael.kim@kobrekim.com |
| cshulman@sheppardmullin.com | Michael.mauerstein@citi.com |
| cward@polsinelli.com | michael.tan@fubon.com |
| dallas.bankruptcy@pulicans.com | Mitchell.Ayer@tklaw.com |
| Danna.Drori@usdoj.gov | mjacobs@pryorcashman.com |
| david.bennett@tklaw.com | mjedelman@vedderprice.com |
| david.crichlow@pillsburylaw.com | mkjaer@winston.com |
| david.heller@lw.com | mlahaie@akingump.com |
| dbarber@bsblawyers.com | mmickey@mayerbrown.com |
| dclark@stinson.com | mmorreale@us.mufg.jp |
| dcoffino@cov.com | monica.lawless@brookfieldproperties.com |
| dcrapo@gibbonslaw.com | mpage@kelleydrye.com |

| EMAIL ADDRESSES | |
|---|---|
| ddunne@milbank.com | mrosenthal@gibsondunn.com |
| deggert@freebornpeters.com | ms.wu@fubonny.com |
| demetra.liggins@tklaw.com | MSchleich@fraserstryker.com |
| dennis.graham@kbc.be | mschonholtz@kayescholer.com |
| deryck.palmer@cwt.com | mshiner@tuckerlaw.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dfriedman@kasowitz.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | mtuck@lloydstsb-usa.com |
| dheffer@foley.com | murai24234@nissay.co.jp |
| dirk.roberts@ots.treas.gov | nbannon@tishmanspeyer.com |
| dkleiner@velaw.com | nbruce@lloydstsb-usa.com |
| dkozusko@willkie.com | neal.mann@oag.state.ny.us |
| dladdin@agg.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | newyork@sec.gov |
| dlipke@vedderprice.com | nissay_10259-0154@mhmjapan.com |
| dludman@brownconnery.com | oipress@travelers.com |
| dmcguire@winston.com | paronzon@milbank.com |
| dodonnell@milbank.com | paul.deutch@troutmansanders.com |
| donald.badaczewski@dechert.com | pbosswick@ssbb.com |
| douglas.bacon@lw.com | pdublin@akingump.com |
| douglas.mcgill@dbr.com | peter.zisser@hklaw.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosner@goulstonstorrs.com | phayden@mcguirewoods.com |
| drosner@kasowitz.com | pnichols@whitecase.com |
| dswan@mcguirewoods.com | prachmuth@reedsmith.com |
| eagle.sara@pbgc.gov | pwright@dl.com |
| ecohen@russell.com | r.stahl@stahlzelloe.com |
| edpe01@handelsbanken.se | ramona.neal@hp.com |
| efile@pbgc.gov | ranjit.mather@bnymellon.com |
| efile@willaw.com | raymond.morison@bnymellon.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@friedumspring.com | rdicanto@nabny.com |
| eglas@mccarter.com | rfleischer@pryorcashman.com |
| ehollander@whitecase.com | rgmason@wlrk.com |
| ehorn@lowenstein.com | rhett.campbell@tklaw.com |
| ekbergc@lanepowell.com | richard.lear@hklaw.com |
| ellen.halstead@cwt.com | rjohnson2@co.arapahoe.co.us |
| elobello@blankrome.com | RLevin@cravath.com |
| eschwartz@contrariancapital.com | RLGold1977@aol.com |
| esmith@dl.com | rmunsch@munsch.com |
| ezavalkoff-babej@vedderprice.com | rnetzer@willkie.com |
| ezujkowski@emmetmarvin.com | rnies@wolffsamson.com |
| fbp@ppgms.com | robert.bailey@bnymellon.com |
| feldsteinh@sullcrom.com | robert.dombroff@bingham.com |
| ffm@bostonbusinesslaw.com | robert.henoch@kobrekim.com |
| fhyman@mayerbrown.com | robert.malone@dbr.com |
| fishere@butzel.com | Robert.yalen@usdoj.gov |
| frank.sodano@americas.bnpparibas.com | roberts@pursuitpartners.com |
| frank.white@agg.com | rolfnagel.dahl@dnbnor.no |
| fred.berg@rvblaw.com | ronald.silverman@bingham.com |
| fsosnick@shearman.com | rreid@sheppardmullin.com |
| gabriel.delvirginia@verizon.net | RTrust@cravath.com |
| gado01@handelsbanken.se | Russj4478@aol.com |
| gary.ticoll@cwt.com | rwasserman@cftc.gov |
| gauchb@sec.gov | sabin.willett@bingham.com |

| EMAIL ADDRESSES | |
|---|---|
| gbray@milbank.com | schapman@willkie.com |
| george.davis@cwt.com | schristianson@buchalter.com |
| george_neofitidis@scotiacapital.com | scottshelley@quinnemanuel.com |
| giddens@hugheshubbard.com | scousins@armstrongteasdale.com |
| gkaden@goulstonstorrs.com | sdnyecf@dor.mo.gov |
| glee@mofo.com | sehlers@armstrongteasdale.com |
| glenn.siegel@dechert.com | sgordon@cahill.com |
| grosenberg@co.arapahoe.co.us | sharbeck@sipc.org |
| gschiller@zeislaw.com | shari.leventhal@ny.frb.org |
| hanh.huynh@cwt.com | sheakkorzun@comcast.net |
| harveystrickon@paulhastings.com | sheehan@txschoollaw.com |
| heiser@chapman.com | sidorsky@butzel.com |
| hirsh.robert@arentfox.com | slerner@ssd.com |
| hollace.cohen@troutmansanders.com | smillman@stroock.com |
| howard.hawkins@cwt.com | spiotto@chapman.com |
| hseife@chadbourne.com | splatzer@platzerlaw.com |
| hsnovikoff@wlrk.com | ssmall@us.mufg.jp |
| ian.levy@kobrekim.com | stephanie.wickouski@dbr.com |
| igoldstein@dl.com | steve.ginther@dor.mo.gov |
| ilevee@lowenstein.com | steven.perlstein@kobrekim.com |
| info2@normandyhill.com | steven.wilamowsky@bingham.com |
| ira.herman@tklaw.com | susan.schultz@newedgegroup.com |
| israel.dahan@cwt.com | susheelkirpalani@quinnemanuel.com |
| jacobsonn@sec.gov | tarbit@cftc.gov |
| jafeltman@wlrk.com | tbrock@ssbb.com |
| james.mcclammy@dpw.com | tetsuhiro.toomata@shinseibank.com |
| jamestecce@quinnemanuel.com | TGoren@mofo.com |
| Jbecker@wilmingtontrust.com | timothy.brink@dlapiper.com |
| jbird@polsinelli.com | timothy.white@mizuhocbus.com |
| jbromley@cgsh.com | tkarcher@dl.com |
| jcarberry@cl-law.com | tkiriakos@mayerbrown.com |
| jdyas@halperinlaw.net | tmacwright@whitecase.com |
| jeffrey.sabin@bingham.com | tnixon@gklaw.com |
| Jesse.Hibbard@ozcap.com | tslome@msek.com |
| jfalgowski@reedsmith.com | twatanabe@mofo.com |
| jgarrity@shearman.com | vdagostino@lowenstein.com |
| jherzog@gklaw.com | wanda.goodloe@cbre.com |
| jhs7@att.net | wbenzija@halperinlaw.net |
| jketten@wilkie.com | wfoster@milbank.com |
| jkurtzman@klehr.com | wheuer@dl.com |
| jlee@foley.com | wisotska@pepperlaw.com |
| jlevitin@cahill.com | wsilverm@oshr.com |
| jliu@dl.com | wsmith@bocusa.com |
| jmathis@lloydstsb-usa.com | wtaylor@mccarter.com |
| jmazermarino@msek.com | yasuhiko_imai@smbcgroup.com |
| jmcginley@wilmingtontrust.com | |
| john.rapisardi@cwt.com | |
| jpintarelli@mofo.com | |
| jrabinowitz@rltlawfirm.com | |
| jshickich@riddellwilliams.com | |
| jtougas@mayerbrown.com | |
| jwallack@goulstonstorrs.com | |
| jwang@sipc.org | |

**EXHIBIT "B"**

| Name | Fax |
|---|---|
| EATON CORPORATION, ATTN: GLOBAL TRADE CREDIT DEPT | 216-479-7086 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

L. Matt Wilson
**THE WILSON LAW FIRM, PC**
Facsimile: (404)266-7459

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL, KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO, 102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE, VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO, 105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG, HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI, TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO, 104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO, 104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO, 103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI, TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, , 048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 34**

L. Matt Wilson
**THE WILSON LAW FIRM, PC**
950 East Paces Ferry Road
Suite 3250 - Atlanta Plaza
Atlanta, Georgia 30326

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

MILBANK TWEED HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER JR
DENNIS O'DONNELL, EVAN FLECK
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA ST, 30TH FL
LOS ANGELES, CA 90017