**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC.** *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------x   Ref. Docket Nos.
837, 838 & 839

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1.      I am employed as an Associate Consultant by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.      I caused to be served the following:

   a) "Debtors' Opposition to the Motions of Harbinger Funds and Others to Conduct Examinations Under Bankruptcy Rule 2004," (the "Opposition") dated October 12, 2008 [Docket 837],
   b) "Debtors' Memorandum of Law in Opposition to the Motions of Harbinger Funds and others to Conduct Examinations Under Bankruptcy Rule 2004," (the "Memorandum") dated October 12, 2008 [Docket 838], and
   c) "Response to Supplement to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of Debtor Lehman Brothers Holdings Inc.," (the "Response") dated October 12, 2008 [Docket 839],

by causing true and correct copies to be delivered as follows:

   i) Opposition, Memorandum, and Response by email to those parties listed on the attached Exhibit "A" on October 12, 2008,

   ii) Opposition, Memorandum, and Response by facsimile to those parties listed on the attached Exhibit "B" on October 12, 2008,

   iii) Opposition and Memorandum enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C" on October 13, 2008, and

   iv) Opposition, Memorandum, and Response enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties on the attached Exhibit "D".

3.     All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Bridget Gallerie
Bridget Gallerie

Sworn to before me this
16th day of October, 2008

/s/ Stephanie A. Gaskin
Notary Public, State of New York
No. 01GA6150011
Qualified in New York County
My Commission Expires July 24, 2010

**EXHIBIT "A"**

| **EMAIL ADDRESSES** | |
|---|---|
| aalfonso@kayescholer.com | jweiss@gibsondunn.com |
| acker@chapman.com | jwishnew@mofo.com |
| adarwin@nixonpeabody.com | k4.nomura@aozorabank.co.jp |
| aglenn@kasowitz.com | karen.wagner@dpw.com |
| agold@herrick.com | KDWBankruptcyDepartment@kelleydrye.com |
| agolianopoulos@mayerbrown.com | keith.simon@lw.com |
| ahammer@freebornpeters.com | ken.higman@hp.com |
| akihiko_yagyuu@chuomitsui.jp | kgwynne@reedsmith.com |
| albaugh.colin@pbgc.gov | kiplok@hugheshubbard.com |
| amenard@tishmanspeyer.com | klippman@munsch.com |
| andrew.lourie@kobrekim.com | kmayer@mccarter.com |
| angelich.george@arentfox.com | kmisken@mcguirewoods.com |
| anne.kennelly@hp.com | kobak@hugheshubbard.com |
| araboy@cov.com | Kostad@mofo.com |
| arlbank@pbfcm.com | kovskyd@pepperlaw.com |
| arosenblatt@chadbourne.com | kressk@pepperlaw.com |
| arwolf@wlrk.com | KReynolds@mklawnyc.com |
| asnow@ssbb.com | kristin.going@dbr.com |
| atrehan@mayerbrown.com | krosen@lowenstein.com |
| austin.bankruptcy@publicans.com | lacyr@sullcrom.com |
| avi.gesser@dpw.com | lalshibib@reedsmith.com |
| bambacha@sec.gov | lattard@kayescholer.com |
| bankoftaiwan@botnya.com | ldespins@milbank.com |
| bankruptcy@goodwin.com | lgranfield@cgsh.com |
| bill.freeman@pillsburylaw.com | linda.boyle@twtelecom.com |
| bill.hughes@us.standardchartered.com | lisa.kraidin@allenovery.com |
| bmanne@tuckerlaw.com | lmarinuzzi@mofo.com |
| bmiller@mofo.com | lml@ppgms.com |
| brad.dempsey@hro.com | lschweitzer@cgsh.com |
| brian_corey@gtservicing.com | lwhidden@salans.com |
| bromano@willkie.com | mabrams@willkie.com |
| btrust@mayerbrown.com | macl01@handelsbanken.se |
| btupi@tuckerlaw.com | macronin@debevoise.com |
| bturk@tishmanspeyer.com | Malcolm@firstbankny.com |
| cbelmonte@ssbb.com | mark.deveno@bingham.com |
| cdesiderio@nixonpeabody.com | mark.ellenberg@cwt.com |
| charles@filardi-law.com | mark.houle@pillsburylaw.com |
| chris.omahoney@bnymellon.com | martin.davis@ots.treas.gov |
| cmontgomery@salans.com | masaki_konishi@noandt.com |
| CMTB_LC11@chuomitsui.jp | mbenner@tishmanspeyer.com |
| cohena@sec.gov | mbienenstock@dl.com |
| cp@stevenslee.com | mcto@debevoise.com |
| crogers@orrick.com | mhopkins@cov.com |
| cs@stevenslee.com | michael.halevi@anz.com |
| cschreiber@winston.com | michael.kim@kobrekim.com |
| cshulman@sheppardmullin.com | Michael.mauerstein@citi.com |
| cward@polsinelli.com | michael.tan@fubon.com |
| dallas.bankruptcy@pulicans.com | Mitchell.Ayer@tklaw.com |
| Danna.Drori@usdoj.gov | mjacobs@pryorcashman.com |
| david.bennett@tklaw.com | mjedelman@vedderprice.com |
| david.crichlow@pillsburylaw.com | mkjaer@winston.com |
| david.heller@lw.com | mlahaie@akingump.com |
| dbarber@bsblawyers.com | mmickey@mayerbrown.com |
| dclark@stinson.com | mmorreale@us.mufg.jp |
| dcoffino@cov.com | monica.lawless@brookfieldproperties.com |
| dcrapo@gibbonslaw.com | mpage@kelleydrye.com |

| EMAIL ADDRESSES | |
|---|---|
| ddunne@milbank.com | mrosenthal@gibsondunn.com |
| deggert@freebornpeters.com | ms.wu@fubonny.com |
| demetra.liggins@tklaw.com | MSchleich@fraserstryker.com |
| dennis.graham@kbc.be | mschonholtz@kayescholer.com |
| deryck.palmer@cwt.com | mshiner@tuckerlaw.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dfriedman@kasowitz.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | mtuck@lloydstsb-usa.com |
| dheffer@foley.com | murai24234@nissay.co.jp |
| dirk.roberts@ots.treas.gov | nbannon@tishmanspeyer.com |
| dkleiner@velaw.com | nbruce@lloydstsb-usa.com |
| dkozusko@willkie.com | neal.mann@oag.state.ny.us |
| dladdin@agg.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | newyork@sec.gov |
| dlipke@vedderprice.com | nissay_10259-0154@mhmjapan.com |
| dludman@brownconnery.com | oipress@travelers.com |
| dmcguire@winston.com | paronzon@milbank.com |
| dodonnell@milbank.com | paul.deutch@troutmansanders.com |
| donald.badaczewski@dechert.com | pbosswick@ssbb.com |
| douglas.bacon@lw.com | pdublin@akingump.com |
| douglas.mcgill@dbr.com | peter.zisser@hklaw.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosner@goulstonstorrs.com | phayden@mcguirewoods.com |
| drosner@kasowitz.com | pnichols@whitecase.com |
| dswan@mcguirewoods.com | prachmuth@reedsmith.com |
| eagle.sara@pbgc.gov | pwright@dl.com |
| ecohen@russell.com | r.stahl@stahlzelloe.com |
| edpe01@handelsbanken.se | ramona.neal@hp.com |
| efile@pbgc.gov | ranjit.mather@bnymellon.com |
| efile@willaw.com | raymond.morison@bnymellon.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@friedumspring.com | rdicanto@nabny.com |
| eglas@mccarter.com | rfleischer@pryorcashman.com |
| ehollander@whitecase.com | rgmason@wlrk.com |
| ehorn@lowenstein.com | rhett.campbell@tklaw.com |
| ekbergc@lanepowell.com | richard.lear@hklaw.com |
| ellen.halstead@cwt.com | rjohnson2@co.arapahoe.co.us |
| elobello@blankrome.com | RLevin@cravath.com |
| eschwartz@contrariancapital.com | RLGold1977@aol.com |
| esmith@dl.com | rmunsch@munsch.com |
| ezavalkoff-babej@vedderprice.com | rnetzer@willkie.com |
| ezujkowski@emmetmarvin.com | rnies@wolffsamson.com |
| fbp@ppgms.com | robert.bailey@bnymellon.com |
| feldsteinh@sullcrom.com | robert.dombroff@bingham.com |
| ffm@bostonbusinesslaw.com | robert.henoch@kobrekim.com |
| fhyman@mayerbrown.com | robert.malone@dbr.com |
| fishere@butzel.com | Robert.yalen@usdoj.gov |
| frank.sodano@americas.bnpparibas.com | roberts@pursuitpartners.com |
| frank.white@agg.com | rolfnagel.dahl@dnbnor.no |
| fred.berg@rvblaw.com | ronald.silverman@bingham.com |
| fsosnick@shearman.com | rreid@sheppardmullin.com |
| gabriel.delvirginia@verizon.net | RTrust@cravath.com |
| gado01@handelsbanken.se | Russj4478@aol.com |
| gary.ticoll@cwt.com | rwasserman@cftc.gov |
| gauchb@sec.gov | sabin.willett@bingham.com |

| EMAIL ADDRESSES | |
|---|---|
| gbray@milbank.com | schapman@willkie.com |
| george.davis@cwt.com | schristianson@buchalter.com |
| george_neofitidis@scotiacapital.com | scottshelley@quinnemanuel.com |
| giddens@hugheshubbard.com | scousins@armstrongteasdale.com |
| gkaden@goulstonstorrs.com | sdnyecf@dor.mo.gov |
| glee@mofo.com | sehlers@armstrongteasdale.com |
| glenn.siegel@dechert.com | sgordon@cahill.com |
| grosenberg@co.arapahoe.co.us | sharbeck@sipc.org |
| gschiller@zeislaw.com | shari.leventhal@ny.frb.org |
| hanh.huynh@cwt.com | sheakkorzun@comcast.net |
| harveystrickon@paulhastings.com | sheehan@txschoollaw.com |
| heiser@chapman.com | sidorsky@butzel.com |
| hirsh.robert@arentfox.com | slerner@ssd.com |
| hollace.cohen@troutmansanders.com | smillman@stroock.com |
| howard.hawkins@cwt.com | spiotto@chapman.com |
| hseife@chadbourne.com | splatzer@platzerlaw.com |
| hsnovikoff@wlrk.com | ssmall@us.mufg.jp |
| ian.levy@kobrekim.com | stephanie.wickouski@dbr.com |
| igoldstein@dl.com | steve.ginther@dor.mo.gov |
| ilevee@lowenstein.com | steven.perlstein@kobrekim.com |
| info2@normandyhill.com | steven.wilamowsky@bingham.com |
| ira.herman@tklaw.com | susan.schultz@newedgegroup.com |
| israel.dahan@cwt.com | susheelkirpalani@quinnemanuel.com |
| jacobsonn@sec.gov | tarbit@cftc.gov |
| jafeltman@wlrk.com | tbrock@ssbb.com |
| james.mcclammy@dpw.com | tetsuhiro.toomata@shinseibank.com |
| jamestecce@quinnemanuel.com | TGoren@mofo.com |
| Jbecker@wilmingtontrust.com | timothy.brink@dlapiper.com |
| jbird@polsinelli.com | timothy.white@mizuhocbus.com |
| jbromley@cgsh.com | tkarcher@dl.com |
| jcarberry@cl-law.com | tkiriakos@mayerbrown.com |
| jdyas@halperinlaw.net | tmacwright@whitecase.com |
| jeffrey.sabin@bingham.com | tnixon@gklaw.com |
| Jesse.Hibbard@ozcap.com | tslome@msek.com |
| jfalgowski@reedsmith.com | twatanabe@mofo.com |
| jgarrity@shearman.com | vdagostino@lowenstein.com |
| jherzog@gklaw.com | wanda.goodloe@cbre.com |
| jhs7@att.net | wbenzija@halperinlaw.net |
| jketten@wilkie.com | wfoster@milbank.com |
| jkurtzman@klehr.com | wheuer@dl.com |
| jlee@foley.com | wisotska@pepperlaw.com |
| jlevitin@cahill.com | wsilverm@oshr.com |
| jliu@dl.com | wsmith@bocusa.com |
| jmathis@lloydstsb-usa.com | wtaylor@mccarter.com |
| jmazermarino@msek.com | yasuhiko_imai@smbcgroup.com |
| jmcginley@wilmingtontrust.com | |
| john.rapisardi@cwt.com | |
| jpintarelli@mofo.com | |
| jrabinowitz@rltlawfirm.com | |
| jshickich@riddellwilliams.com | |
| jtougas@mayerbrown.com | |
| jwallack@goulstonstorrs.com | |
| jwang@sipc.org | |

**EXHIBIT "B"**

| Name | Fax |
|---|---|
| EATON CORPORATION, ATTN: GLOBAL TRADE CREDIT DEPT | 216-479-7086 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**EXHIBIT C**

**BROWN RUDNICK LLP**
Attn: Edward S. Weisfelner
David J. Molton
Andrew Dash
Seven Times Square
New York, NY 10036

**TUCKER ARENSBERG, P.C.**
Attn: Beverly Weiss Manne
1500 One PPG Place
Pittsburgh, Pennsylvania 15222

**KAYE SCHOLER LLP**
Attn: Madlyn Gleich Primoff
Lauren Attard
425 Park Avenue
New York, NY  10022

**WILLKIE FARR & GALLAGHER LLP**
Attn: Roger Netzer
Dan C. Kozusko
787 Seventh Avenue
New York, NY 10019

**STOEL RIVES LLP**
Attn: Erin L. Eliasen
600 University Street, Suite 3600
Seattle, WA 98101

**OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
Attn: Steven B. Soll
230 Park Avenue
New York, NY 10169

**SEWARD & KISSEL LLP**
Attn: John R. Ashmead
Mark J. Hyland
One Battery Park Plaza
New York, NY 10004

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Attn: Michael S. Stamer
Philip C. Dublin
Meredith A. Lahaie
590 Madison Avenue
New York, NY 10022-2524

**EXHIBIT D**

**BINGHAM McCUTCHEN LLP**
Attn: Jeffrey S. Sabin
Ronald J. Silverman
Sabin Willett
Rheba Rutkowski
399 Park Avenue
New York, NY 10022

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE,   CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA,   SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU,   TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100,   AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET,   VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST,   EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU,   TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD,   CENTRAL HONG KONG,   HK |
| DEMANN | 16919 WALDEN,   CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540,   CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225,   RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1,   TAIPEI,    TW |
| IGS | PO BOX 631919,   CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638,   AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD,   CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE,   WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260,   AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR,   VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826,   LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315,   ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS,   NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU,   TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU,   TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE,   CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE,   MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU,   TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD,   TAIPEI,    TW |
| TD SECURITY | PO BOX 81357,   CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER,  , 048583 SG |
| TIME WARNER | PO BOX 0901,   CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU,   TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD,   CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 34**