**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                                       :
In re                                                                  :     Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,     :     Case No. 08-13555 (JMP)
                                                                       :
         Debtors.                                                 :     (Jointly Administered)
                                                                       :
-----------------------------------------------------------------------x     Ref. Docket Nos. 470 and 490

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                             ) ss.:
COUNTY OF NEW YORK   )

       BRIDGET GALLERIE, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On October 1, 2008, I caused to be served true and correct copies of the following:

a) "Notice of Debtors' Motion Pursuant to Sections 105(A), 362(D), 363(B) and 503(B) of the Bankruptcy Code and Bankruptcy Rules 4001, 6003 and 6004 Seeking Authority to (A) (I) Continue the Debtor's Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs and (II) Pay All Prepetition Obligations in Respect Thereof, and (B) Schedule a Final Hearing," dated October 1, 2008 to which is attached the "Debtors' Motion Pursuant to Sections 105(A), 362(D), 363(B) And 503(B) of the Bankruptcy Code and Bankruptcy Rules 4001, 6003 and 6004 Seeking Authority to (A) (I) Continue the Debtor's Workers' Compensation Programs and its Liability, Property, and Other Insurance Programs and (II) Pay All Prepetition Obligations in Respect Thereof and (B) Schedule a Final Hearing," dated October 1, 2008 [Docket 470], and,

b) "Notice of Agenda of Matters Scheduled for Hearing on October 2, 2008 at 3:00 P.M.," dated October 1, 2008 [Docket 490],

by causing true and correct copies to be delivered as follows:
      a) delivered by email to those parties listed on the attached Exhibit "A",

      b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

      c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C".

      3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Bridget Gallerie
Bridget Gallerie

Sworn to before me this
1st day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

**Email List - Insurance Parties**
DARYL.EWER@UK.QBE.COM
STOMLIN@AEGISLONDON.CO.UK
PAUL.SIMPSON@CATLIN.COM
PETER.GOWER@HISCOX.COM
PHILIP.SANDLE@CANOPIUS.COM
ROB.JONES@ACE-INA.COM
ROB.MCADAMS@XLGROUP.COM
TOBY.DRYSDALE@ATRIUM-UW.COM
JULIUS.WILSON@MRUNDERWRITING.COM
PHILLIP.FURLONG@TALBOTUW.COM
ROBERT.SCOTTMACKIE@LIBERTYGROUP.CO.UK
DSMITH@NAVG.COM
PHILIP.GRAHAM@CHAUCERPLC.COM
HOWARD.BURNELL@AMLIN.CO.UK
ANDREW.MOULTON@ASCOTUW.COM
SIMON.URRY@MARKELINTL.COM
RICHARD.MANDER@BRITINSURANCE.COM
KEVIN.MASSEY@CVSTARRCO.COM
DAVID.WATSON@2121.CO.UK
DARYL.EWER@UK.QBE.COM
PAUL.SIMPSON@CATLIN.COM
STOMLIN@AEGISLONDON.CO.UK
PETER.GOWER@HISCOX.COM
ROBERT.MCADAMS@XLGROUP.COM
DAVID.SANKEY@AIG.COM
DAVID.WATSON@2121.CO.UK
JAN_BERGER@SWISSRE.COM
JASON.MORTIMER@GLACIERGROUP.COM
URSULA.HARBINSON@INTER-HANNOVER.COM)
KIMBERLY.A.WHITCOMB@MARSH.COM
ED.PINTO@AIG.COM
GCARUSO@TRAVELERS.COM
KEVIN.LEACH@CNA.COM
KCUNNINGHAM@HCC-GLOBAL.COM
RT.THOMAS@ZURICHNA.COM
ED.PINTO@AIG.COM
MMACHIN@CHUBB.COM
DAVID.CHIN@AIG.COM
ANTHONY.GIACCO@XLGROUP.COM
SARAH.J.KATZ@SCHINNERER.COM
HFULANI@CHUBB.COM
MARK.PEETERS@XLGROUP.COM
PHILIPPE.BACON@ACE.BM
STEPHEN.JONES@AWAC.COM
CHRISTOPHER.KELLY@AXIS.BM
FGEEKIE@ENDURANCE.BM
MICHAEL.MULVEY@AIG.COM
KIMALE.EVANS@AIG.COM
JLEIFERT@HCC-GLOBAL.COM
ELIZABETH.JUAREZ@AIG.COM
DAVID.BAKER@AIG.COM
ALAN.MANDEL@LIBERTYIU.COM
JASMINE.FLORCRUZ@ZURICHNA.COM
JEREMY.WRIGHT@ACE.BM

| EMAIL ADDRESSES | |
|---|---|
| acker@chapman.com | kmayer@mccarter.com |
| adarwin@nixonpeabody.com | kobak@hugheshubbard.com |
| aglenn@kasowitz.com | kovskyd@pepperlaw.com |
| agolianopoulos@mayerbrown.com | kressk@pepperlaw.com |
| ahammer@freebornpeters.com | krosen@lowenstein.com |
| akihiko_yagyuu@chuomitsui.jp | krubin@ozcap.com |
| amenard@tishmanspeyer.com | lacyr@sullcrom.com |
| andrew.lourie@kobrekim.com | lalshibib@reedsmith.com |
| angelich.george@arentfox.com | lattard@kayescholer.com |
| anne.kennelly@hp.com | ldespins@milbank.com |
| araboy@cov.com | lgranfield@cgsh.com |
| arosenblatt@chadbourne.com | linda.boyle@twtelecom.com |
| arwolf@wlrk.com | lmarinuzzi@mofo.com |
| asnow@ssbb.com | lml@ppgms.com |
| atrehan@mayerbrown.com | lschweitzer@cgsh.com |
| austin.bankruptcy@publicans.com | lwhidden@salans.com |
| avi.gesser@dpw.com | mabrams@willkie.com |
| bambacha@sec.gov | macl01@handelsbanken.se |
| bankoftaiwan@botnya.com | macronin@debevoise.com |
| bill.freeman@pillsburylaw.com | Malcolm@firstbankny.com |
| bill.hughes@us.standardchartered.com | mark.deveno@bingham.com |
| brad.dempsey@hro.com | mark.ellenberg@cwt.com |
| brehenyb@sec.gov | mark.houle@pillsbury.com |
| brian_corey@gtservicing.com | martin.davis@ots.treas.gov |
| bromano@willkie.com | masaki_konishi@noandt.com |
| btrust@mayerbrown.com | mbenner@tishmanspeyer.com |
| bturk@tishmanspeyer.com | mbienenstock@dl.com |
| cbelmonte@ssbb.com | mcto@debevoise.com |
| cdesiderio@nixonpeabody.com | mhopkins@cov.com |
| charles@filardi-law.com | michael.halevi@anz.com |
| chris.omahoney@bnymellon.com | michael.kim@kobrekim.com |
| cmontgomery@salans.com | Michael.mauerstein@citi.com |
| CMTB_LC11@chuomitsui.jp | michael.tan@fubon.com |
| cohena@sec.gov | Mitchell.Ayer@tklaw.com |
| cp@stevenslee.com | mjacobs@pryorcashman.com |
| crogers@orrick.com | mjedelman@vedderprice.com |
| cs@stevenslee.com | mkjaer@winston.com |
| cschreiber@winston.com | mlahaie@akingump.com |
| cshulman@sheppardmullin.com | mmickey@mayerbrown.com |
| cward@polsinelli.com | mmorreale@us.mufg.jp |
| dallas.bankruptcy@pulicans.com | monica.lawless@brookfieldproperties.com |
| Danna.Drori@usdoj.gov | mpage@kelleydrye.com |
| david.bennett@tklaw.com | mrosenthal@gibsondunn.com |
| david.crichlow@pillsburylaw.com | ms.wu@fubonny.com |
| david.heller@lw.com | mspeiser@stroock.com |
| dbarber@bsblawyers.com | mstamer@akingump.com |
| dcoffino@cov.com | mtuck@lloydstsb-usa.com |
| dcrapo@gibbonslaw.com | murai24234@nissay.co.jp |
| ddunne@milbank.com | nbannon@tishmanspeyer.com |
| deggert@freebornpeters.com | nbruce@lloydstsb-usa.com |
| demetra.liggins@tklaw.com | neal.mann@oag.state.ny.us |

| EMAIL ADDRESSES | |
|---|---|
| dennis.graham@kbc.be | newyork@sec.gov |
| deryck.palmer@cwt.com | nissay_10259-0154@mhmjapan.com |
| dflanigan@polsinelli.com | noriyuki_tsumura@chuomitui.jp |
| dfriedman@kasowitz.com | panosn@sec.gov |
| dhayes@mcguirewoods.com | paronzon@milbank.com |
| dirk.roberts@ots.treas.gov | paul.deutch@troutmansanders.com |
| dkleiner@velaw.com | pbosswick@ssbb.com |
| dladdin@agg.com | pdublin@akingump.com |
| dlemay@chadbourne.com | peter@bankrupt.com |
| dmcguire@winston.com | peter.zisser@hklaw.com |
| dodonnell@milbank.com | phayden@mcguirewoods.com |
| donald.badaczewski@dechert.com | pnichols@whitecase.com |
| douglas.bacon@lw.com | prachmuth@reedsmith.com |
| douglas.mcgill@dbr.com | pwright@dl.com |
| dravin@wolffsamson.com | r.stahl@stahlzelloe.com |
| drose@pryorcashman.com | ramona.neal@hp.com |
| drosner@goulstonstorrs.com | ranjit.mather@bnymellon.com |
| drosner@kasowitz.com | raymond.morison@bnymellon.com |
| ecohen@russell.com | rdaversa@orrick.com |
| edpe01@handelsbanken.se | rdicanto@nabny.com |
| efile@willaw.com | rfleischer@pryorcashman.com |
| efleck@milbank.com | rgmason@wlrk.com |
| eglas@mccarter.com | rhett.campbell@tklaw.com |
| ehorn@lowenstein.com | richard.lear@hklaw.com |
| ekbergc@lanepowell.com | rjohnson2@co.arapahoe.co.us |
| ellen.halstead@cwt.com | RLevin@cravath.com |
| elobello@blankrome.com | rmunsch@munsch.com |
| eschwartz@contrariancapital.com | rnies@wolffsamson.com |
| esmith@dl.com | robert.bailey@bnymellon.com |
| ezujkowski@emmetmarvin.com | robert.dombroff@bingham.com |
| fbp@ppgms.com | robert.henoch@kobrekim.com |
| feldsteinh@sullcrom.com | robert.malone@dbr.com |
| ffm@bostonbusinesslaw.com | roberts@pursuitpartners.com |
| fhyman@mayerbrown.com | rolfnagel.dahl@dnbnor.no |
| fishere@butzel.com | ronald.silverman@bingham.com |
| frank.sodano@americas.bnpparibas.com | rreid@sheppardmullin.com |
| frank.white@agg.com | RTrust@cravath.com |
| fred.berg@rvblaw.com | rwasserman@cftc.gov |
| gabriel.delvirginia@verizon.net | sabin.willett@bingham.com |
| gado01@handelsbanken.se | schapman@willkie.com |
| gary.ticoll@cwt.com | schristianson@buchalter.com |
| gauchb@sec.gov | scottshelley@quinnemanuel.com |
| gbray@milbank.com | scousins@armstrongteasdale.com |
| george.davis@cwt.com | sdnyecf@dor.mo.gov |
| george_neofitidis@scotiacapital.com | sehlers@armstrongteasdale.com |
| giddens@hugheshubbard.com | sharbeck@sipc.org |
| gkaden@goulstonstorrs.com | shari.leventhal@ny.frf.org |
| glenn.siegel@dechert.com | sheakkorzun@comcast.net |
| glee@mofo.com | sheehan@txschoollaw.com |
| grosenberg@co.arapahoe.co.us | shuji.yamada@escb.co.jp |
| hanh.huynh@cwt.com | shuji.yamada@e-scb.co.jp |

| EMAIL ADDRESSES | |
|---|---|
| harveystrickon@paulhastings.com | sidorsky@butzel.com |
| heiser@chapman.com | smillman@stroock.com |
| hirsh.robert@arentfox.com | spiotto@chapman.com |
| hollace.cohen@troutmansanders.com | splatzer@platzerlaw.com |
| howard.hawkins@cwt.com | ssmall@us.mufg.jp |
| hseife@chadbourne.com | steve.ginther@dor.mo.gov |
| hsnovikoff@wlrk.com | steven.perlstein@kobrekim.com |
| ian.levy@kobrekim.com | steven.wilamowsky@bingham.com |
| igoldstein@dl.com | susheelkirpalani@quinnemanuel.com |
| ilevee@lowenstein.com | tarbit@cftc.gov |
| info2@normandyhill.com | tbrock@ssbb.com |
| ira.herman@tklaw.com | tetsuhiro.toomata@shinseibank.com |
| israel.dahan@cwt.com | timothy.white@mizuhocbus.com |
| jacobsonn@sec.gov | tkarcher@dl.com |
| jafeltman@wlrk.com | tkiriakos@mayerbrown.com |
| james.mcclammy@dpw.com | tmacwright@whitecase.com |
| jamestecce@quinnemanuel.com | tnixon@gklaw.com |
| Jbecker@wilmingtontrust.com | tslome@msek.com |
| jbird@polsinelli.com | twatanabe@mofo.com |
| jbromley@cgsh.com | vdagostino@lowenstein.com |
| jcarberry@cl-law.com | wbenzija@halperinlaw.net |
| jdyas@halperinlaw.net | wfoster@milbank.com |
| jeffrey.sabin@bingham.com | wheuer@dl.com |
| jfalgowski@reedsmith.com | whitej@sec.gov |
| jhs7@att.net | wisotska@pepperlaw.com |
| jketten@wilkie.com | wsmith@bocusa.com |
| jliu@dl.com | wtaylor@mccarter.com |
| jmathis@lloydstsb-usa.com | yasuhiko_imai@smbcgroup.com |
| jmcginley@wilmingtontrust.com | |
| john.rapisardi@cwt.com | |
| jpintarelli@mofo.com | |
| jrabinowitz@rltlawfirm.com | |
| jshickich@riddellwilliams.com | |
| jtougas@mayerbrown.com | |
| jwallack@goulstonstorrs.com | |
| jwang@sipc.org | |
| jweiss@gibsondunn.com | |
| jwishnew@mofo.com | |
| k4.nomura@aozorabank.co.jp | |
| karen.wagner@dpw.com | |
| KDWBankruptcyDepartment@kelleydrye.com | |
| keith.simon@lw.com | |
| ken.higman@hp.com | |
| kgwynne@reedsmith.com | |
| kiplok@hugheshubbard.com | |
| klippman@munsch.com | |

**EXHIBIT "B"**

| Name | Fax |
| --- | --- |
| NORTHERN ASSURANCE COMPANY OF AMERICA | 866-845-2872 |
| ACE ENVIRONMENTAL RISK | 212-703-7099 |

| | |
|---|---|
| INTERNAL REVENUE SERVICE | 215-516-2015 |
| ANDREW D VELEZ-RIVERA OFFICE OF THE TRUSTEE | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |
| HUA NAN COMMERCIAL BANK LTD | 2-2331-6741 |

# EXHIBIT C

| Claim Name | Address Information |
| --- | --- |
| ACE AMERICAN INSURANCE COMPANY | C/O ACE ENVIRONMENTAL RISK,WILLIAM P. HAZELTON (SR. VICE PRESIDENT),436 WALNUT STREET,   PHILADELPHIA, PA 19106 |
| ACE BERMUDA INSURANCE COMPANY | THE ACE BLDG.,ATTN:DAVID JENKINS,POL:LEHMAN 00395 P05,   HAMILTON,   HM 08 BM |
| ACE CASUALTY RISK | ATTN: UNIT UNDERWRITING OFFICER,P O BOX 1000,436 WALNUT STREET - WA 07A,   PHILADELPHIA, PA 19106 |
| ACE GLOBAL MARKETS | 100 LEADENHALL STREET,ATTN:JONATHAN TAY, POL:DP614407,   LONDON,   EC3 GB |
| ACE USA | 1133 AVENUE OF THE AMERICAS,ATTN:ALLAN J. MEBERG, POL:GPAD-36110624,   NEW YORK, NY 10036-6710 |
| ACE USA PROFESSIONAL RISK | ATTENTION: CHIEF UNDERWRITING OFFICER,140 BROADWAY, 41ST FLOOR,   NEW YORK, NY 10005 |
| ACE USA, PROFESSIONAL RISK | ATTN: STEVE CARABASES,(POLICY NO.: 003019007),140 BROADWAY, 40TH FLOOR,   NEW YORK, NY 10005 |
| AEGIS | 110 FENCHURCH STREET,ATTN:ALEX POWELL, POL:DP614407,   LONDON,   EC3M 5JT GB |
| AIG CAT EXCESS | ATTENTION: FINANCIAL LINES,UNDERWRITING DEPT.,70 PINE STREET,   NEW YORK, NY 10270 |
| AIG DOMESTIC CLAIMS, INC. | ATTN: BRIAN CONLIN,(POLICY NO.: 301-90-07),175 WATER STREET,   NEW YORK, NY 10038 |
| AIG DOMESTIC CLAIMS, INC. | ATTN:PETER WALDRON,HIGH EXCESS CLMS UNIT,(POLICY NO.: 349-4864),160 WATER STREET, 19TH FLOOR,   NEW YORK, NY 10038 |
| AIG WORLDSOURCE | 32 OLD SLIP, 20TH FLOOR,ATTN:PATRICK HAGERTY, POL:IMB 752 8838,   NEW YORK, NY 10005 |
| ALLIANZ GLOBAL CORPORATE & | SPECIALTY NORTH AMERICA,225W. WASHINGTON ST. SUITE 2000,ATTN:JOHN DEWITT, POL:CLP 3008964,   CHICAGO, IL 60606-3484 |
| ALLIED WORLD ASSURANCE COMPANY | 27 RICHMOND ROAD,ATTN:MICHAEL COX, POL:P005127/003,   PEMBROKE,   HM 08 BM |
| AMLIN | ST HELEN'S,1 UNDERSHAFT,ATTN:JOHN BROWN, POL:DP614407,   LONDON,   EC3A 8ND GB |
| ARCH INSURANCE COMPANY | EXECUTIVE ASSURANCE CLAIMS,(POLICY NO.: IAP0018995-01),ONE LIBERTY PLAZA, 53RD FLOOR,   NEW YORK, NY 10006 |
| ARCH INSURANCE COMPANY | EXECUTIVE ASSURANCE UNDERWRITING,245 PARK AVENUE 32ND FLOOR,   NEW YORK, NY 10167 |
| ARCH INSURANCE GROUP | ONE LIBERTY PLAZA, 17TH FLOOR,ATTN:MICHAEL R. RODRIGUEZ, CPCU,POL:PRP 0024150 00,   NEW YORK, NY 10006 |
| ASCOT UNDERWRITING LTD | 14TH FLOOR, PLANTATION PLACE,30 FENCHURCH ST,ATTN:THEO BUTT, POL:DP614407,   LONDON,   EC3V 1LE GB |
| ATRIUM UNDERWRITING PLC | ROOM 790,LLOYDS, 1 LIME STREET,ATTN:SIMON CLEGG, POL:DP614407,   LONDON,   EC3M 7DQ GB |
| AXIS CAPITAL | 4TH FLOOR, PLANTATION PLACE SOUTH,60 GREAT TOWER STREET,ATTN:RICHARD HOUSLEY, POL:DP614407,   LONDON,   EC3R 5AZ GB |
| AXIS FINANCIAL INSURANCE SOLUTIONS | CONNELL CORPORATE PARK,(POLICY NO.: MNN 729822/01/2007),300 CONNELL DRIVE, SUITE 2000,   BERKLEY HEIGHTS, NJ 07922-0357 |
| AXIS FINANCIAL INSURANCE SOLUTIONS | CONNELL CORPORATE PARK,300 CONNELL DRIVE, SUITE 2000,   BERKLEY HEIGHTS, NJ 07922-0357 |
| AXIS RE LTD | MOUNT HERBERT COURT, 34 UPPER MOUNT ST,ATTN:DANIEL WALSH, POL:B0509DU349607,   DUBLIN 2,   EC3R 5AZ IE |
| AXIS SPECIALITY EUROPE LTD | 4TH FLOOR, PLANTATION PLACE SOUTH,60 GREAT TOWER STREET,   LONDON,   EC3R 5AZ GB |
| AXIS US | ONE STATE ST. SUITE 1700,ATTN:MARK BARONI, POL:RGB708489-07,   HARTFORD, CT 06103 |
| BEAZLEY GROUP PLC | PLANTATION PLACE SOUTH,60 GREAT TOWER STREET,ATTN:ALASTAIR ROBSON, POL:DP614407,   LONDON,   EC3R 5AD GB |
| CANOPIUS | 36 GRACECHURCH STREET,ATTN:MICHAEL DUFFY, POL:DP614407,   LONDON,   EC3V 0BT GB |
| CATLIN UNDERWRITING AGENCIES LTD | 3 MINSTER COURT, MINCING LANE,ATTN:DAVID SLADE, POL:DP614407,   LONDON,   EC3R 7YD GB |
| CATLIN UNDERWRITING AGENCIES LTD | 3 MINSTER COURT, MINCING LANE,ATTN:CHRIS KING, POL:B05909DU348107,   LONDON,   EC3R 7YD GB |

| Claim Name | Address Information |
| --- | --- |
| CHUBB | KIM HOGREFE, ESQ.,5 MOUNTAIN VIEW ROAD, WARREN, NJ 07059 |
| CHUBB | ATTN: KIM HOGREFE, ESQ.,(POLICY NO.: 6800-5473),5 MOUNTAIN VIEW ROAD, WARREN, NJ 07059 |
| CHUBB | EXECUTIVE PROTECTION PRACTICE,5 MOUNTAIN VIEW ROAD, WARREN, NJ 07059 |
| CHUBB | 55 WATER STREET,ATTN:KEITH SLATTERY, POL:3578-68-56, NEW YORK, NY 10041 |
| COMPLETE EQUITY MARKETS, INC. | ATTN: BRENDA TEEMS,1190 FLEX COURT, LAKE ZURICH, IL 60047 |
| CONTINENTAL CASUALTY INSURANCE | 40 WALL STREET, NEW YORK, NY 10005 |
| EXECUTIVE LIABILITY UNDERWRITERS | ATTN: STEVEN GLADSTONE,(POLICY NO.: ELU101620-07),ONE CONSTITUTION PLAZA, 16TH FLOOR, HARTFORD, CT 06103 |
| FIDELITY & DEPOSIT COMPANY OF MARYLAND | 3910 KESWICK ROAD, BALTIMORE, MD 21211 |
| GEP II, LLC | 555 FIFTH AVENUE,ATTN:SHARON M. HERBERT,POL:GEP1987 & GEP19888, NEW YORK, NY 10017 |
| GREAT AMERICAN | (POLICY 5860279),49 E. FOURTH STREET, 9TH FLOOR, CINCINNATI, OH 45202 |
| GREAT AMERICAN | (POLICY 5860280),49 E. FOURTH STREET, 9TH FLOOR, CINCINNATI, OH 45202 |
| GREAT AMERICAN | (POLICY 5231293),49 E. FOURTH STREET, 9TH FLOOR, CINCINNATI, OH 45202 |
| GREAT AMERICAN | (POLICY 5231294),49 E. FOURTH STREET, 9TH FLOOR, CINCINNATI, OH 45202 |
| GREAT AMERICAN INSURANCE | 40 RECTOR STREET, 15TH FLOOR, NEW YORK, NY 10006-1778 |
| GREGORY DEKKER | SENIOR VICE PRESIDENT,AIG AVIATION, INC.,80 PINE STREET, 10TH FLOOR, NEW YORK, NY 10005 |
| HARDY UNDERWRITING GROUP PLC | 4TH FLOOR,40 LIME STREET,ATTN:ANTHONY HEPBURN, POL:DP614407, LONDON, EC3M 7AW GB |
| HCC GLOBAL FINANCIAL PRODUCTS | ATTENTION: UNDERWRITER, ERIC RUSH,111 TOWN SQUARE PLACE, SUITE 1201, JERSEY CITY, NJ 07310 |
| HCC GLOBAL FINANCIAL PRODUCTS | ATTN: RICH RUFFEE,(POLICY NO.: 24-MGU-07-A15762),P.O. BOX 4018, FARMINGTON, CT 06034 |
| HERITAGE | KNOLLYS HOUSE,47 MARK LANE,ATTN:RICHARD HARDCASTLE, POL:DP614407, LONDON, EC3R 7QQ GB |
| HOUSTON CASUALTY | 40 LIME STREET,ATTN:ANDREW MIDDLETON, POL:DP614407, LONDON, EC3M 5BS GB |
| ICI MUTUAL INSURANCE COMPANY | PROFESSIONAL LIABILITY CLAIMS,PO BOX 730, BURLINGTON, VT 05402-0730 |
| IRONSHORE INSURANCE LTD. | SWAN BLDG.,26 VICTORIA STREET,ATTN:ROD TODD, POL:007EP0701001, HAMILTON, BM |
| LANCASHIRE INS CO | MINTFLOWER PLACE, 8 PAR-LA-VILLE ROAD,ATTN:CHARLES MATHIAS, POL:DU348107(1), HAMILTON, HM 08 BM |
| LANCASHIRE INS CO | LEVEL 11, VITRO,60 FENCHURCH STREET,ATTN:PAULA PORTER, POL:DP614407, LONDON, EC3M 4AQ GB |
| LEXINGTON | 100 SUMMER ST.,ATTN:JOHN MAGLIOCCO, POL:6685239, BOSTON, MA 02110 |
| LEXINGTON (AIG) | FINANCIAL SQUARE, 32 OLD SLIP - 20TH FLR,ATTN:ROB CRUZ, POL:9406835, NEW YORK, NY 10005 |
| LIBERTY MUTUAL PROPERTY | 52 TRAPPER LANE,ATTN:RALPH BOTTI,POL:MQ2 L9L 531 759 027, LEVITTOWN, NY 11756 |
| LLOYD'S BUILDING | 1 LIME STREET, LONDON, EC3M 7HA GB |
| LLOYDS OF LONDON | ONE LIME STREET, LONDON, EC3M 7HA GB |
| LLOYDS OF LONDON | C/O LOCKE, LORD, BISSELL & LIDDEL,111 SOUTH WACKER DRIVE SUITE 4200, CHICAGO, IL 60606 |
| MAP UNDERWRITING | 110 FENCHURCH STREET,ATTN:ANDREW GROOM, POL:DP614407, LONDON, EC3M 5JT GB |
| MARKEL INTERNATIONAL | THE MARKEL BUILDING,49 LEADENHALL STREET,ATTN:HENRY STURGE, POL:DP614407, LONDON, EC3A 2EA GB |
| MARSH LIMITED | FINPRO PRACTICE,TOWER PLACE, LONDON, EC3R 5BU GB |
| MAX BERMUDA LTD. | #2 FRONT STREET,ATTN:STEVE SCHREIBER,POL:18325-2203-PRMAN-2007, HAMILTON, HM 11 BM |
| MONTPELIER REINSURANCE LTD. | MONTPELIER HOUSE, 94 PITT'S BAY ROAD,ATTN:MALCOLM GRAHAM-TAYLOR,POL:M2NCB66258, PEMBROKE, HM 08 BM |
| NATIONAL UNION FIRE INSURANCE CO | (POLICY BE7251067),70 PINE STREET, NEW YORK, NY 10270 |

| Claim Name | Address Information |
| --- | --- |
| NATL UNION FIRE INSURANCE CO OF PITT PA | ATTN: AIG FINANCIAL INSTITUTIONS,UNDERWRITING DEPT,175 WATER ST, NEW YORK, NY 10038 |
| PROFESSIONAL INDEMNITY AGENCY, INC. | ATTN: DIVERSIFIED FINANCIAL PRODUCTS,(POLICY NO.: U707-60579),37 RADIO CIRCLE DRIVE, PO BOX 5000, MT. KISCO, NY 10549 |
| PROFESSIONAL INDEMNITY AGENCY, INC. | ATTN: DIVERSIFIED FINANCIAL PRODUCTS,(UNDERWRITING),37 RADIO CIRCLE DR, PO BOX 5000, MT. KISCO, NY 10549 |
| RISK SPECIALISTS COMPANY OF NY, INC. | 32 OLD SLIP, 20TH FLOOR,ATTN:JOSEPH L. POBEGA, CPCU, AU,POL:6685239, NEW YORK, NY 10005 |
| ROYAL & SUN ALLIANCE INSURANCE PLC | LEADENHALL COURT,1 LEADENHALL STREET, LONDON, EC3V 1PP GB |
| RSUI (LANDMARK AMERICAN INSURANCE CO) | 945 EAST PACES FERRY ROAD, SUITE 1800,ATTN:CARTER SCHLENKE,POL:LHD355604 & LHD355606, ATLANTA, GA 30326-1160 |
| ST PAUL SYNDICATE | 60 GRACECHURCH STREET,ATTN:COLIN CLULOW, POL:DP614407, LONDON, EC3V 0HR GB |
| ST. PAUL TRAVELERS | ATTN:ANGELA G HAYES,FPS SPECIALTY CLAIMS,(POLICY NO.: 590CM3054),485 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| STRATEGIC RISK SPECIALISTS | (A DIVISION OF GMAC RE),44 VILLAGE COURT,ATTN:JOSEPH L. MEER, POL:XIN34197, HAZLET, NJ 07730 |
| TALBOT UNDERWRITING LTD | GRACECHURCH HOUSE,55 GRACECHURCH STREET,ATTN:STEVE LLOYD, POL:DP614407, LONDON, EC3V 0JP GB |
| THE HARTFORD | HARTFORD FINANCIAL PRODUCTS,2 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10016 |
| TRAVELERS | ATTENTION: PROFESSIONAL E&O,UNDERWRITING DEPT.,485 LEXINGTON AVE, NEW YORK, NY 10017 |
| TRAVELERS PROPERTY CASUALTY COMPANY | OF AMERICA,ATTN: BRADY THOMAS,485 LEXINGTON AVENUE, STE 400, NEW YORK, NY 10017-2630 |
| UNDERWRITERS AT LLOYDS | (POLICY B066408164A07),C/O THOMPSON HEATH & BOND LTD.,107 LEADENHALL STREET, 7TH FLOOR, LONDON, EC3A 4AF GB |
| UNDERWRITERS AT LLOYDS | (POLICY B066408164B07),C/O THOMPSON HEATH & BOND LTD.,107 LEADENHALL STREET, 7TH FLOOR, LONDON, EC3A 4AF GB |
| WHARF RE | MARSH MANAGEMENT SVCS. – P.O. BOX 530,ATTN:KIMBERLY WHITCOMB,POL:XS02;2008PRIUK01;2008NBC01;2008T02, BURLINGTON, VT 05402-0530 |
| XL PROFESSIONAL | EXECUTIVE LIABILITY UNDERWRITERS,100 CONSTITUTION PLAZA, 16TH FLOOR, HARTFORD, CT 06103 |
| ZURICH | 1 LIBERTY PLAZA – 21ST FLOOR,ATTN:ALEX BLOCKE, POL:PPR 5915262-02 &, NEW YORK, NY 10036 |
| ZURICH AMERICAN INSURANCE COMPANY | 1 LIBERTY PLAZA, 30TH FLOOR, NEW YORK, NY 10006 |

**Total Creditor Count 85**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 33**