**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** | : | **08-13888 (JMP)** |
| Debtor. | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS COMMODITY SERVICES INC.,** | : | **08-13885 (JMP)** |
| Debtor. | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS FINANCE SA,** | : | **08-13887 (JMP)** |
| Debtor. | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS OTC DERIVATIVES INC.,** | : | **08-13893 (JMP)** |
| Debtor. | : | |

---------------------------------------------------------------x

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS DERIVATIVE PRODUCTS INC.,** | : | **08-13899 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN COMMERCIAL PAPER INC.,** | : | **08-13900 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS COMMERCIAL CORPORATION,** | : | **08-13901 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS FINANCIAL PRODUCTS INC.,** | : | **08-13902 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **FUNDO DE INVESTIMENTO MULTIMERCADO CREDITO PRIVADO NAVIGATOR INVESTIMENTO NO EXTERIOR** | : | **08-13903 (JMP)** |
| | : | |
| Debtor. | : | |
| ------------------------------------------------------------x | | |

|   |   |   |
|---|---|---|
| ------------------------------------------------------------------x | : |   |
| **In re** | : | **Chapter 11 Case No.** |
|   | : |   |
| **LEHMAN SCOTTISH FINANCE L.P.** | : | **08-13904 (JMP)** |
|   | : |   |
| Debtor. | : |   |
|   | : |   |
| ------------------------------------------------------------------x | : |   |
|   | : |   |
| **In re** | : | **Chapter 11 Case No.** |
|   | : |   |
| **CES AVIATION LLC,** | : | **08-13905 (JMP)** |
|   | : |   |
| Debtor. | : |   |
|   | : |   |
| ------------------------------------------------------------------x | : |   |
|   | : |   |
| **In re** | : | **Chapter 11 Case No.** |
|   | : |   |
| **CES AVIATION V LLC** | : | **08-13906 (JMP)** |
|   | : |   |
| Debtor. | : |   |
|   | : |   |
| ------------------------------------------------------------------x | : |   |
|   | : |   |
| **In re** | : | **Chapter 11 Case No.** |
|   | : |   |
| **CES AVIATION IX LLC** | : | **08-13907 (JMP)** |
|   | : |   |
| Debtor. | : |   |
|   | : |   |
| ------------------------------------------------------------------x | : |   |
|   | : |   |
| **In re** | : | **Chapter 11 Case No.** |
|   | : |   |
| **EAST DOVER LIMITED** | : | **08-13908 (JMP)** |
|   | : |   |
| Debtor. | : |   |
|   | : |   |
| ------------------------------------------------------------------x |   | **Related Docket Nos. 831 & 832** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

BRIDGET GALLERIE, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the following:

   a) "Motion for Order Pursuant to Section 105(a) of the Bankruptcy Code Directing That Certain Orders and Other Pleadings Entered or Filed in the Chapter 11 Cases of Affiliated Debtors be Made Applicable to Recently Filed Cases," dated October 11, 2008 [Docket 832]

   b) "Debtors' Motion Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure Requesting Joint Administration of Chapter 11 Cases," dated October 11, 2008 [Docket 831],

by causing true and correct copies to be delivered as follows:

   i) delivered by email to those parties listed on the attached Exhibit "A" on October 11, 2008,

   ii) delivered by facsimile to those parties listed on the attached Exhibit "B" on October 11, 2008,

   iii) enclosed securely in separate postage pre-paid envelopes to be delivered via overnight courier to those parties on the attached Exhibit "C" on October 13, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            /s/ Bridget Gallerie
                                            Bridget Gallerie

Sworn to before me this
16th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

# EXHIBIT "A"

| **EMAIL ADDRESSES** | |
|---|---|
| aalfonso@kayescholer.com | jweiss@gibsondunn.com |
| acker@chapman.com | jwishnew@mofo.com |
| adarwin@nixonpeabody.com | k4.nomura@aozorabank.co.jp |
| aglenn@kasowitz.com | karen.wagner@dpw.com |
| agold@herrick.com | KDWBankruptcyDepartment@kelleydrye.com |
| agolianopoulos@mayerbrown.com | keith.simon@lw.com |
| ahammer@freebornpeters.com | ken.higman@hp.com |
| akihiko_yagyuu@chuomitsui.jp | kgwynne@reedsmith.com |
| albaugh.colin@pbgc.gov | kiplok@hugheshubbard.com |
| amenard@tishmanspeyer.com | klippman@munsch.com |
| andrew.lourie@kobrekim.com | kmayer@mccarter.com |
| angelich.george@arentfox.com | kmisken@mcguirewoods.com |
| anne.kennelly@hp.com | kobak@hugheshubbard.com |
| araboy@cov.com | Kostad@mofo.com |
| arlbank@pbfcm.com | kovskyd@pepperlaw.com |
| arosenblatt@chadbourne.com | kressk@pepperlaw.com |
| arwolf@wlrk.com | KReynolds@mklawnyc.com |
| asnow@ssbb.com | kristin.going@dbr.com |
| atrehan@mayerbrown.com | krosen@lowenstein.com |
| austin.bankruptcy@publicans.com | lacyr@sullcrom.com |
| avi.gesser@dpw.com | lalshibib@reedsmith.com |
| bambacha@sec.gov | lattard@kayescholer.com |
| bankoftaiwan@botnya.com | ldespins@milbank.com |
| bankruptcy@goodwin.com | lgranfield@cgsh.com |
| bill.freeman@pillsburylaw.com | linda.boyle@twtelecom.com |
| bill.hughes@us.standardchartered.com | lisa.kraidin@allenovery.com |
| bmanne@tuckerlaw.com | lmarinuzzi@mofo.com |
| bmiller@mofo.com | lml@ppgms.com |
| brad.dempsey@hro.com | lschweitzer@cgsh.com |
| brian_corey@gtservicing.com | lwhidden@salans.com |
| bromano@willkie.com | mabrams@willkie.com |
| btrust@mayerbrown.com | macl01@handelsbanken.se |
| btupi@tuckerlaw.com | macronin@debevoise.com |
| bturk@tishmanspeyer.com | Malcolm@firstbankny.com |
| cbelmonte@ssbb.com | mark.deveno@bingham.com |
| cdesiderio@nixonpeabody.com | mark.ellenberg@cwt.com |
| charles@filardi-law.com | mark.houle@pillsburylaw.com |
| chris.omahoney@bnymellon.com | martin.davis@ots.treas.gov |
| cmontgomery@salans.com | masaki_konishi@noandt.com |
| CMTB_LC11@chuomitsui.jp | mbenner@tishmanspeyer.com |
| cohena@sec.gov | mbienenstock@dl.com |
| cp@stevenslee.com | mcto@debevoise.com |
| crogers@orrick.com | mhopkins@cov.com |
| cs@stevenslee.com | michael.halevi@anz.com |
| cschreiber@winston.com | michael.kim@kobrekim.com |
| cshulman@sheppardmullin.com | Michael.mauerstein@citi.com |
| cward@polsinelli.com | michael.tan@fubon.com |
| dallas.bankruptcy@pulicans.com | Mitchell.Ayer@tklaw.com |
| Danna.Drori@usdoj.gov | mjacobs@pryorcashman.com |
| david.bennett@tklaw.com | mjedelman@vedderprice.com |
| david.crichlow@pillsburylaw.com | mkjaer@winston.com |
| david.heller@lw.com | mlahaie@akingump.com |
| dbarber@bsblawyers.com | mmickey@mayerbrown.com |
| dclark@stinson.com | mmorreale@us.mufg.jp |
| dcoffino@cov.com | monica.lawless@brookfieldproperties.com |
| dcrapo@gibbonslaw.com | mpage@kelleydrye.com |

| **EMAIL ADDRESSES** | |
|---|---|
| ddunne@milbank.com | mrosenthal@gibsondunn.com |
| deggert@freebornpeters.com | ms.wu@fubonny.com |
| demetra.liggins@tklaw.com | MSchleich@fraserstryker.com |
| dennis.graham@kbc.be | mschonholtz@kayescholer.com |
| deryck.palmer@cwt.com | mshiner@tuckerlaw.com |
| dflanigan@polsinelli.com | mspeiser@stroock.com |
| dfriedman@kasowitz.com | mstamer@akingump.com |
| dhayes@mcguirewoods.com | mtuck@lloydstsb-usa.com |
| dheffer@foley.com | murai24234@nissay.co.jp |
| dirk.roberts@ots.treas.gov | nbannon@tishmanspeyer.com |
| dkleiner@velaw.com | nbruce@lloydstsb-usa.com |
| dkozusko@willkie.com | neal.mann@oag.state.ny.us |
| dladdin@agg.com | ned.schodek@shearman.com |
| dlemay@chadbourne.com | newyork@sec.gov |
| dlipke@vedderprice.com | nissay_10259-0154@mhmjapan.com |
| dludman@brownconnery.com | oipress@travelers.com |
| dmcguire@winston.com | paronzon@milbank.com |
| dodonnell@milbank.com | paul.deutch@troutmansanders.com |
| donald.badaczewski@dechert.com | pbosswick@ssbb.com |
| douglas.bacon@lw.com | pdublin@akingump.com |
| douglas.mcgill@dbr.com | peter.zisser@hklaw.com |
| dravin@wolffsamson.com | peter@bankrupt.com |
| drose@pryorcashman.com | pfeldman@oshr.com |
| drosner@goulstonstorrs.com | phayden@mcguirewoods.com |
| drosner@kasowitz.com | pnichols@whitecase.com |
| dswan@mcguirewoods.com | prachmuth@reedsmith.com |
| eagle.sara@pbgc.gov | pwright@dl.com |
| ecohen@russell.com | r.stahl@stahlzelloe.com |
| edpe01@handelsbanken.se | ramona.neal@hp.com |
| efile@pbgc.gov | ranjit.mather@bnymellon.com |
| efile@willaw.com | raymond.morison@bnymellon.com |
| efleck@milbank.com | rdaversa@orrick.com |
| efriedman@friedumspring.com | rdicanto@nabny.com |
| eglas@mccarter.com | rfleischer@pryorcashman.com |
| ehollander@whitecase.com | rgmason@wlrk.com |
| ehorn@lowenstein.com | rhett.campbell@tklaw.com |
| ekbergc@lanepowell.com | richard.lear@hklaw.com |
| ellen.halstead@cwt.com | rjohnson2@co.arapahoe.co.us |
| elobello@blankrome.com | RLevin@cravath.com |
| eschwartz@contrariancapital.com | RLGold1977@aol.com |
| esmith@dl.com | rmunsch@munsch.com |
| ezavalkoff-babej@vedderprice.com | rnetzer@willkie.com |
| ezujkowski@emmetmarvin.com | rnies@wolffsamson.com |
| fbp@ppgms.com | robert.bailey@bnymellon.com |
| feldsteinh@sullcrom.com | robert.dombroff@bingham.com |
| ffm@bostonbusinesslaw.com | robert.henoch@kobrekim.com |
| fhyman@mayerbrown.com | robert.malone@dbr.com |
| fishere@butzel.com | Robert.yalen@usdoj.gov |
| frank.sodano@americas.bnpparibas.com | roberts@pursuitpartners.com |
| frank.white@agg.com | rolfnagel.dahl@dnbnor.no |
| fred.berg@rvblaw.com | ronald.silverman@bingham.com |
| fsosnick@shearman.com | rreid@sheppardmullin.com |
| gabriel.delvirginia@verizon.net | RTrust@cravath.com |
| gado01@handelsbanken.se | Russj4478@aol.com |
| gary.ticoll@cwt.com | rwasserman@cftc.gov |
| gauchb@sec.gov | sabin.willett@bingham.com |

| EMAIL ADDRESSES | |
|---|---|
| gbray@milbank.com | schapman@willkie.com |
| george.davis@cwt.com | schristianson@buchalter.com |
| george_neofitidis@scotiacapital.com | scottshelley@quinnemanuel.com |
| giddens@hugheshubbard.com | scousins@armstrongteasdale.com |
| gkaden@goulstonstorrs.com | sdnyecf@dor.mo.gov |
| glee@mofo.com | sehlers@armstrongteasdale.com |
| glenn.siegel@dechert.com | sgordon@cahill.com |
| grosenberg@co.arapahoe.co.us | sharbeck@sipc.org |
| gschiller@zeislaw.com | shari.leventhal@ny.frb.org |
| hanh.huynh@cwt.com | sheakkorzun@comcast.net |
| harveystrickon@paulhastings.com | sheehan@txschoollaw.com |
| heiser@chapman.com | sidorsky@butzel.com |
| hirsh.robert@arentfox.com | slerner@ssd.com |
| hollace.cohen@troutmansanders.com | smillman@stroock.com |
| howard.hawkins@cwt.com | spiotto@chapman.com |
| hseife@chadbourne.com | splatzer@platzerlaw.com |
| hsnovikoff@wlrk.com | ssmall@us.mufg.jp |
| ian.levy@kobrekim.com | stephanie.wickouski@dbr.com |
| igoldstein@dl.com | steve.ginther@dor.mo.gov |
| ilevee@lowenstein.com | steven.perlstein@kobrekim.com |
| info2@normandyhill.com | steven.wilamowsky@bingham.com |
| ira.herman@tklaw.com | susan.schultz@newedgegroup.com |
| israel.dahan@cwt.com | susheelkirpalani@quinnemanuel.com |
| jacobsonn@sec.gov | tarbit@cftc.gov |
| jafeltman@wlrk.com | tbrock@ssbb.com |
| james.mcclammy@dpw.com | tetsuhiro.toomata@shinseibank.com |
| jamestecce@quinnemanuel.com | TGoren@mofo.com |
| Jbecker@wilmingtontrust.com | timothy.brink@dlapiper.com |
| jbird@polsinelli.com | timothy.white@mizuhocbus.com |
| jbromley@cgsh.com | tkarcher@dl.com |
| jcarberry@cl-law.com | tkiriakos@mayerbrown.com |
| jdyas@halperinlaw.net | tmacwright@whitecase.com |
| jeffrey.sabin@bingham.com | tnixon@gklaw.com |
| Jesse.Hibbard@ozcap.com | tslome@msek.com |
| jfalgowski@reedsmith.com | twatanabe@mofo.com |
| jgarrity@shearman.com | vdagostino@lowenstein.com |
| jherzog@gklaw.com | wanda.goodloe@cbre.com |
| jhs7@att.net | wbenzija@halperinlaw.net |
| jketten@wilkie.com | wfoster@milbank.com |
| jkurtzman@klehr.com | wheuer@dl.com |
| jlee@foley.com | wisotska@pepperlaw.com |
| jlevitin@cahill.com | wsilverm@oshr.com |
| jliu@dl.com | wsmith@bocusa.com |
| jmathis@lloydstsb-usa.com | wtaylor@mccarter.com |
| jmazermarino@msek.com | yasuhiko_imai@smbcgroup.com |
| jmcginley@wilmingtontrust.com | |
| john.rapisardi@cwt.com | |
| jpintarelli@mofo.com | |
| jrabinowitz@rltlawfirm.com | |
| jshickich@riddellwilliams.com | |
| jtougas@mayerbrown.com | |
| jwallack@goulstonstorrs.com | |
| jwang@sipc.org | |

**EXHIBIT "B"**

| Name | Fax |
|---|---|
| EATON CORPORATION, ATTN: GLOBAL TRADE CREDIT DEPT | 216-479-7086 |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL, KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO, 102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE, VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO, 105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG, HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI, TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO, 104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO, 104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO, 103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI, TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, , 048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO, 100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 34**