**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                           :     Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :     Case No. 08-13555 (JMP)
                                                                :
        Debtors.                                              :     (Jointly Administered)
                                                                :
----------------------------------------------------------------x     Ref. Docket No. 1278

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK   )

KATE MAILLOUX, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the "Notice of Debtors' Motion Pursuant to Sections 105(a) and 363(b)(1) the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Implement the Retention and Recruitment Program," dated October 29, 2008, to which is attached the "Debtors' Motion Pursuant to Sections 105(a) and 363(b)(1) the Bankruptcy Code and Bankruptcy Rule 6004 for Authorization to Implement the Retention and Recruitment Program," dated October 29, 2008, [Docket No. 1278] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B",

    c) enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to the parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Kate Mailloux
Kate Mailloux

Sworn to before me this
29th day of October, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

| EMAIL ADDRESSES | |
|---|---|
| aalfonso@kayescholer.com | cave@hugheshubbard.com |
| abraunstein@riemerlaw.com | cbelmonte@ssbb.com |
| acaton@kramerlevin.com | cdesiderio@nixonpeabody.com |
| acker@chapman.com | charles@filardi-law.com |
| adarwin@nixonpeabody.com | chris.omahoney@bnymellon.com |
| aentwistle@entwistle-law.com | christopher.schueller@bipc.com |
| aglenn@kasowitz.com | cmontgomery@salans.com |
| agold@herrick.com | CMTB_LC11@chuomitsui.jp |
| agolianopoulos@mayerbrown.com | cohena@sec.gov |
| ahammer@freebornpeters.com | cohenr@sewkis.com |
| akihiko_yagyuu@chuomitsui.jp | cp@stevenslee.com |
| albaugh.colin@pbgc.gov | crogers@orrick.com |
| amarder@msel.com | cs@stevenslee.com |
| amenard@tishmanspeyer.com | cschreiber@winston.com |
| andrew.lourie@kobrekim.com | cshulman@sheppardmullin.com |
| angelich.george@arentfox.com | ctatelbaum@adorno.com |
| anne.kennelly@hp.com | cward@polsinelli.com |
| apo@stevenslee.com | cweber@ebg-law.com |
| araboy@cov.com | cweiss@ingramllp.com |
| arheaume@riemerlaw.com | dallas.bankruptcy@pulicans.com |
| arlbank@pbfcm.com | Danna.Drori@usdoj.gov |
| arosenblatt@chadbourne.com | david.bennett@tklaw.com |
| arwolf@wlrk.com | david.crichlow@pillsburylaw.com |
| ashmead@sewkis.com | david.heller@lw.com |
| asnow@ssbb.com | davids@blbglaw.com |
| atrehan@mayerbrown.com | davidwheeler@mvalaw.com |
| austin.bankruptcy@publicans.com | dbarber@bsblawyers.com |
| avenes@whitecase.com | dbaumstein@whitecase.com |
| avi.gesser@dpw.com | dckaufman@hhlaw.com |
| awilson@lloydstsb-usa.com | dclark@stinson.com |
| azylberberg@whitecase.com | dcoffino@cov.com |
| bambacha@sec.gov | dcrapo@gibbonslaw.com |
| bankoftaiwan@botnya.com | ddrebsky@nixonpeabody.com |
| bankruptcy@goodwin.com | ddunne@milbank.com |
| bankruptcymatters@us.nomura.com | deggert@freebornpeters.com |
| bhinerfeld@sbtklaw.com | demetra.liggins@tklaw.com |
| bill.freeman@pillsburylaw.com | dennis.graham@kbc.be |
| bill.hughes@us.standardchartered.com | deryck.palmer@cwt.com |
| bmanne@tuckerlaw.com | dfelder@orrick.com |
| bmiller@mofo.com | dflanigan@polsinelli.com |
| boneill@kramerlevin.com | dfriedman@kasowitz.com |
| brad.dempsey@hro.com | dhayes@mcguirewoods.com |
| brendalblanks@eaton.com | dheffer@foley.com |
| brian.pfeiffer@friedfrank.com | dirk.roberts@ots.treas.gov |
| brian_corey@gtservicing.com | dkleiner@velaw.com |
| bromano@willkie.com | dkozusko@willkie.com |
| broy@rltlawfirm.com | dladdin@agg.com |
| bruce.ortwine@sumitomotrust.co.jp | dlemay@chadbourne.com |
| btrust@mayerbrown.com | dlipke@vedderprice.com |
| btupi@tuckerlaw.com | dludman@brownconnery.com |
| bturk@tishmanspeyer.com | dmcguire@winston.com |

1

| | |
|---|---|
| dodonnell@milbank.com | harveystrickon@paulhastings.com |
| donald.badaczewski@dechert.com | heiser@chapman.com |
| douglas.bacon@lw.com | hirsh.robert@arentfox.com |
| douglas.mcgill@dbr.com | hollace.cohen@troutmansanders.com |
| dravin@wolffsamson.com | howard.hawkins@cwt.com |
| drose@pryorcashman.com | hseife@chadbourne.com |
| drosner@goulstonstorrs.com | hsnovikoff@wlrk.com |
| drosner@kasowitz.com | hweg@pwkllp.com |
| dshemano@pwkllp.com | ian.levy@kobrekim.com |
| dswan@mcguirewoods.com | igoldstein@dl.com |
| eagle.sara@pbgc.gov | ilevee@lowenstein.com |
| ecohen@russell.com | info2@normandyhill.com |
| edpe01@handelsbanken.se | ira.herman@tklaw.com |
| efile@pbgc.gov | isgreene@hhlaw.com |
| efile@willaw.com | israel.dahan@cwt.com |
| efleck@milbank.com | jacobsonn@sec.gov |
| efriedman@friedumspring.com | jafeltman@wlrk.com |
| eglas@mccarter.com | james.mcclammy@dpw.com |
| ehollander@whitecase.com | jamestecce@quinnemanuel.com |
| ehorn@lowenstein.com | Jbecker@wilmingtontrust.com |
| ekbergc@lanepowell.com | jbeemer@entwistle-law.com |
| ellen.halstead@cwt.com | jbird@polsinelli.com |
| elobello@blankrome.com | jbromley@cgsh.com |
| erose@herrick.com | jcarberry@cl-law.com |
| eschwartz@contrariancapital.com | jdyas@halperinlaw.net |
| esmith@dl.com | jeffrey.sabin@bingham.com |
| ezavalkoff-babej@vedderprice.com | jennifer.demarco@cliffordchance.com |
| ezujkowski@emmetmarvin.com | Jesse.Hibbard@ozcap.com |
| fbp@ppgms.com | jfalgowski@reedsmith.com |
| feldsteinh@sullcrom.com | jgarrity@shearman.com |
| ffm@bostonbusinesslaw.com | jguy@orrick.com |
| fhyman@mayerbrown.com | jherzog@gklaw.com |
| fishere@butzel.com | jhs7@att.net |
| frank.sodano@americas.bnpparibas.com | jhuggett@margolisedelstein.com |
| frank.white@agg.com | jhuh@ffwplaw.com |
| fred.berg@rvblaw.com | jkehoe@sbtklaw.com |
| frelingh@hugheshubbard.com | jketten@wilkie.com |
| fsosnick@shearman.com | jkurtzman@klehr.com |
| gabriel.delvirginia@verizon.net | jlee@foley.com |
| gary.ticoll@cwt.com | jlevitin@cahill.com |
| gauchb@sec.gov | jlipson@crockerkuno.com |
| gbray@milbank.com | jliu@dl.com |
| george.davis@cwt.com | jlovi@steptoe.com |
| george_neofitidis@scotiacapital.com | jmathis@lloydstsb-usa.com |
| giddens@hugheshubbard.com | jmazermarino@msek.com |
| gkaden@goulstonstorrs.com | jmcginley@wilmingtontrust.com |
| glee@mofo.com | john.rapisardi@cwt.com |
| glenn.siegel@dechert.com | jorbach@hahnhessen.com |
| gmoss@riemerlaw.com | joseph.scordato@dkib.com |
| grosenberg@co.arapahoe.co.us | joshua.dorchak@bingham.com |
| gschiller@zeislaw.com | jpintarelli@mofo.com |
| hanh.huynh@cwt.com | jporter@entwistle-law.com |

| | |
|---|---|
| jrabinowitz@rltlawfirm.com | margolin@HughesHubbard.com |
| jschwartz@hahnhessen.com | mark.deveno@bingham.com |
| jshickich@riddellwilliams.com | mark.ellenberg@cwt.com |
| jsmairo@pbnlaw.com | mark.houle@pillsburylaw.com |
| jtimko@allenmatkins.com | martin.davis@ots.treas.gov |
| jtougas@mayerbrown.com | masaki_konishi@noandt.com |
| jwallack@goulstonstorrs.com | matthew.dyer@prommis.com |
| jwang@sipc.org | matthew.klepper@dlapiper.com |
| jweiss@gibsondunn.com | mbenner@tishmanspeyer.com |
| jwhitman@entwistle-law.com | mbienenstock@dl.com |
| jwishnew@mofo.com | mcordone@stradley.com |
| k4.nomura@aozorabank.co.jp | mcto@debevoise.com |
| karen.wagner@dpw.com | mdorval@stradley.com |
| KDWBankruptcyDepartment@kelleydrye.com | metkin@lowenstein.com |
| keith.simon@lw.com | mgreger@allenmatkins.com |
| Ken.Coleman@allenovery.com | mhopkins@cov.com |
| ken.higman@hp.com | michael.halevi@anz.com |
| kgwynne@reedsmith.com | michael.kim@kobrekim.com |
| kiplok@hugheshubbard.com | Michael.mauerstein@citi.com |
| klippman@munsch.com | michael.tan@fubon.com |
| kmayer@mccarter.com | mimi04@handelsbanken.se |
| kmisken@mcguirewoods.com | Mitchell.Ayer@tklaw.com |
| kobak@hugheshubbard.com | mitchell.epner@friedfrank.com |
| korr@orrick.com | mjacobs@pryorcashman.com |
| Kostad@mofo.com | mjedelman@vedderprice.com |
| kovskyd@pepperlaw.com | mkjaer@winston.com |
| kpiper@steptoe.com | mlahaie@akingump.com |
| kressk@pepperlaw.com | mmendez@hunton.com |
| KReynolds@mklawnyc.com | mmickey@mayerbrown.com |
| kristin.going@dbr.com | mmorreale@us.mufg.jp |
| krosen@lowenstein.com | mmurphy@co.sanmateo.ca.us |
| lacyr@sullcrom.com | monica.lawless@brookfieldproperties.com |
| lalshibib@reedsmith.com | mpage@kelleydrye.com |
| Landon@StreusandLandon.com | mrosenthal@gibsondunn.com |
| lattard@kayescholer.com | ms.wu@fubonny.com |
| lawrence.bass@hro.com | MSchleich@fraserstryker.com |
| ldespins@milbank.com | mschonholtz@kayescholer.com |
| lgranfield@cgsh.com | mshiner@tuckerlaw.com |
| linda.boyle@twtelecom.com | mspeiser@stroock.com |
| lisa.kraidin@allenovery.com | mstamer@akingump.com |
| lmarinuzzi@mofo.com | murai24234@nissay.co.jp |
| lml@ppgms.com | nbannon@tishmanspeyer.com |
| lnashelsky@mofo.com | nbruce@lloydstsb-usa.com |
| lromansic@steptoe.com | neal.mann@oag.state.ny.us |
| lschweitzer@cgsh.com | ned.schodek@shearman.com |
| lubell@hugheshubbard.com | newyork@sec.gov |
| lwhidden@salans.com | Nherman@morganlewis.com |
| mabrams@willkie.com | nissay_10259-0154@mhmjapan.com |
| macl01@handelsbanken.se | oipress@travelers.com |
| macronin@debevoise.com | paronzon@milbank.com |
| Malcolm@firstbankny.com | paul.deutch@troutmansanders.com |
| MAOFILING@CGSH.COM | pbosswick@ssbb.com |

3

| | |
|---|---|
| pdublin@akingump.com | sdnyecf@dor.mo.gov |
| peter.simmons@friedfrank.com | sean@blbglaw.com |
| peter.zisser@hklaw.com | sehlers@armstrongteasdale.com |
| peter@bankrupt.com | sfelderstein@ffwplaw.com |
| pfeldman@oshr.com | sfineman@lchb.com |
| phayden@mcguirewoods.com | sfox@mcguirewoods.com |
| pnichols@whitecase.com | sgordon@cahill.com |
| ppascuzzi@ffwplaw.com | Sgross@HodgsonRuss.com |
| ppatterson@stradley.com | sgubner@ebg-law.com |
| prachmuth@reedsmith.com | sharbeck@sipc.org |
| pwirt@ftportfolios.com | shari.leventhal@ny.frb.org |
| pwright@dl.com | sheakkorzun@comcast.net |
| r.stahl@stahlzelloe.com | sheehan@txschoollaw.com |
| ramona.neal@hp.com | sidorsky@butzel.com |
| ranjit.mather@bnymellon.com | slerner@ssd.com |
| raymond.morison@bnymellon.com | smillman@stroock.com |
| rdaversa@orrick.com | snewman@katskykorins.com |
| rdicanto@nabny.com | spiotto@chapman.com |
| rfleischer@pryorcashman.com | splatzer@platzerlaw.com |
| rgmason@wlrk.com | ssmall@us.mufg.jp |
| rgraham@whitecase.com | steele@lowenstein.com |
| rhett.campbell@tklaw.com | stephanie.wickouski@dbr.com |
| richard.lear@hklaw.com | steve.ginther@dor.mo.gov |
| ritkin@steptoe.com | steven.perlstein@kobrekim.com |
| RLevin@cravath.com | steven.wilamowsky@bingham.com |
| RLGold1977@aol.com | Streusand@StreusandLandon.com |
| rmatzat@hahnhessen.com | susan.schultz@newedgegroup.com |
| rmunsch@munsch.com | susheelkirpalani@quinnemanuel.com |
| rnetzer@willkie.com | tarbit@cftc.gov |
| rnies@wolffsamson.com | tbrock@ssbb.com |
| robert.bailey@bnymellon.com | tetsuhiro.toomata@shinseibank.com |
| robert.dombroff@bingham.com | TGoren@mofo.com |
| robert.henoch@kobrekim.com | Thomas_Noguerola@calpers.ca.gov |
| Robert.Holladay@youngwilliams.com | timothy.brink@dlapiper.com |
| robert.malone@dbr.com | timothy.palmer@bipc.com |
| Robert.yalen@usdoj.gov | timothy.white@mizuhocbus.com |
| roberts@pursuitpartners.com | tjfreedman@pbnlaw.com |
| rolfnagel.dahl@dnbnor.no | tkarcher@dl.com |
| ronald.silverman@bingham.com | tkiriakos@mayerbrown.com |
| rreid@sheppardmullin.com | tmacwright@whitecase.com |
| RTrust@cravath.com | tmayer@kramerlevin.com |
| Russj4478@aol.com | tnixon@gklaw.com |
| rwasserman@cftc.gov | ttracy@crockerkuno.com |
| rwynne@kirkland.com | tslome@msek.com |
| sabin.willett@bingham.com | twatanabe@mofo.com |
| sagolden@hhlaw.com | twheeler@lowenstein.com |
| sandra.mayerson@hklaw.com | vdagostino@lowenstein.com |
| schapman@willkie.com | Villa@StreusandLandon.com |
| schristianson@buchalter.com | vivek.prashar@lloydstsb.co.uk |
| scottshelley@quinnemanuel.com | wanda.goodloe@cbre.com |
| scousins@armstrongteasdale.com | wbenzija@halperinlaw.net |
| sdg@adorno.com | weissjw@gtlaw.com |

4

| | |
|---|---|
| wfoster@milbank.com | |
| wheuer@dl.com | |
| wilten@hugheshubbard.com | |
| wisotska@pepperlaw.com | |
| wsilverm@oshr.com | |
| wsmith@bocusa.com | |
| wtaylor@mccarter.com | |
| yamashiro@sumitomotrust.co.jp | |
| yasuhiko_imai@smbcgroup.com | |

**Exhibit "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,   102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,   VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,   105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,    TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG,BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS,33 WHITEHALL STREET, 21ST FLOOR, NEW YORK, NY 10004 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,   104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,   104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,   103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,   048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,   100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 35**