UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re                                                             :     Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,                      :     Case No. 08-13555 (JMP)
                                                                  :
          Debtors.                                                :     (Jointly Administered)
                                                                  :
------------------------------------------------------------------x

                                              Ref. Docket Nos.
                                              1351, 1352

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

        DIANE STREANY, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a) "Notice of Adjournment of Hearing," dated November 3, 2008, [Docket No. 1351], (the "Notice"), and

   b) "Notice of Hearing Regarding Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Simpson, Thatcher & Bartlett LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Commencement Date," dated November 3, 2008, to which is attached the "Application of the Debtors Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Authorization to Employ and Retain Simpson, Thatcher & Bartlett LLP as Special Counsel to the Debtors, *Nunc Pro Tunc* to the Commencement Date," dated November 3, 2008, [Docket No. 1352], (the "Application"),

by causing true and correct copies to be delivered as follows:

        a) Notice and Application by email to those parties listed on the attached Exhibit "A" on November 3, 2008,

    b) Notice and Application by facsimile to those parties listed on the attached Exhibit "B" on November 3, 2008,

    c) Notice and Application, enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C" on November 4, 2008,

    d) Notice enclosed securely in a separate postage-prepaid envelope and delivered by overnight mail to the party listed on the attached Exhibit "D" on November 4, 2008.

3.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

    /s/Diane Streany
    Diane Streany

Sworn to before me this
5th day of November, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT A**

CREDITOR LISTING

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
amarder@msel.com
amenard@tishmanspeyer.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
anne.kennelly@hp.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
awilson@lloydstsb-usa.com
azylberberg@whitecase.com
bambacha@sec.gov
bankoftaiwan@botnya.com
bankruptcy@goodwin.com
bankruptcymatters@us.nomura.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bill.hughes@us.standardchartered.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brad.dempsey@hro.com
brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
cave@hugheshubbard.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com

charles@filardi-law.com
chris.omahoney@bnymellon.com
christopher.schueller@bipc.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
Danna.Drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.graham@kbc.be
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com
dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dravin@wolffsamson.com
drose@pryorcashman.com

CREDITOR LISTING

drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
eagle.sara@pbgc.gov
ecohen@russell.com
edpe01@handelsbanken.se
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
erose@herrick.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.sodano@americas.bnpparibas.com
frank.white@agg.com
fred.berg@rvblaw.com
frelingh@hugheshubbard.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com
george.davis@cwt.com
george_neofitidis@scotiacapital.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
jennifer.demarco@cliffordchance.com
Jesse.Hibbard@ozcap.com
jfalgowski@reedsmith.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jkehoe@sbtklaw.com
jketten@wilkie.com
jkurtzman@klehr.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmathis@lloydstsb-usa.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jrabinowitz@rltlawfirm.com
jschwartz@hahnhessen.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com

CREDITOR LISTING

| | |
|---|---|
| jwhitman@entwistle-law.com | mcto@debevoise.com |
| jwishnew@mofo.com | mdorval@stradley.com |
| k4.nomura@aozorabank.co.jp | metkin@lowenstein.com |
| karen.wagner@dpw.com | mgreger@allenmatkins.com |
| KDWBankruptcyDepartment@kelleydrye.com | mhopkins@cov.com |
| keith.simon@lw.com | michael.halevi@anz.com |
| Ken.Coleman@allenovery.com | michael.kim@kobrekim.com |
| ken.higman@hp.com | Michael.mauerstein@citi.com |
| kgwynne@reedsmith.com | michael.tan@fubon.com |
| kiplok@hugheshubbard.com | mimi04@handelsbanken.se |
| klippman@munsch.com | Mitchell.Ayer@tklaw.com |
| kmayer@mccarter.com | mitchell.epner@friedfrank.com |
| kmisken@mcguirewoods.com | mjacobs@pryorcashman.com |
| kobak@hugheshubbard.com | mjedelman@vedderprice.com |
| korr@orrick.com | mkjaer@winston.com |
| Kostad@mofo.com | mlahaie@akingump.com |
| kovskyd@pepperlaw.com | mmendez@hunton.com |
| kpiper@steptoe.com | mmickey@mayerbrown.com |
| kressk@pepperlaw.com | mmorreale@us.mufg.jp |
| KReynolds@mklawnyc.com | mmurphy@co.sanmateo.ca.us |
| kristin.going@dbr.com | monica.lawless@brookfieldproperties.com |
| krosen@lowenstein.com | mpage@kelleydrye.com |
| lacyr@sullcrom.com | mrosenthal@gibsondunn.com |
| lalshibib@reedsmith.com | ms.wu@fubonny.com |
| Landon@StreusandLandon.com | MSchleich@fraserstryker.com |
| lattard@kayescholer.com | mschonholtz@kayescholer.com |
| lawrence.bass@hro.com | mshiner@tuckerlaw.com |
| ldespins@milbank.com | mspeiser@stroock.com |
| lgranfield@cgsh.com | mstamer@akingump.com |
| linda.boyle@twtelecom.com | murai24234@nissay.co.jp |
| lisa.kraidin@allenovery.com | nbannon@tishmanspeyer.com |
| lmarinuzzi@mofo.com | nbruce@lloydstsb-usa.com |
| lml@ppgms.com | neal.mann@oag.state.ny.us |
| lnashelsky@mofo.com | ned.schodek@shearman.com |
| lromansic@steptoe.com | newyork@sec.gov |
| lschweitzer@cgsh.com | Nherman@morganlewis.com |
| lubell@hugheshubbard.com | nissay_10259-0154@mhmjapan.com |
| lwhidden@salans.com | oipress@travelers.com |
| mabrams@willkie.com | paronzon@milbank.com |
| macl01@handelsbanken.se | paul.deutch@troutmansanders.com |
| macronin@debevoise.com | pbosswick@ssbb.com |
| Malcolm@firstbankny.com | pdublin@akingump.com |
| maofiling@cgsh.com | peter.simmons@friedfrank.com |
| margolin@HughesHubbard.com | peter.zisser@hklaw.com |
| mark.deveno@bingham.com | peter@bankrupt.com |
| mark.ellenberg@cwt.com | pfeldman@oshr.com |
| mark.houle@pillsburylaw.com | phayden@mcguirewoods.com |
| martin.davis@ots.treas.gov | pnichols@whitecase.com |
| masaki_konishi@noandt.com | ppascuzzi@ffwplaw.com |
| matthew.dyer@prommis.com | ppatterson@stradley.com |
| matthew.klepper@dlapiper.com | prachmuth@reedsmith.com |
| mbenner@tishmanspeyer.com | pwirt@ftportfolios.com |
| mbienenstock@dl.com | pwright@dl.com |
| mcordone@stradley.com | r.stahl@stahlzelloe.com |

CREDITOR LISTING

| | |
|---|---|
| ramona.neal@hp.com | slerner@ssd.com |
| ranjit.mather@bnymellon.com | smillman@stroock.com |
| raymond.morison@bnymellon.com | snewman@katskykorins.com |
| rdaversa@orrick.com | spiotto@chapman.com |
| rdicanto@nabny.com | splatzer@platzerlaw.com |
| rfleischer@pryorcashman.com | ssmall@us.mufg.jp |
| rgmason@wlrk.com | steele@lowenstein.com |
| rgraham@whitecase.com | stephanie.wickouski@dbr.com |
| rhett.campbell@tklaw.com | steve.ginther@dor.mo.gov |
| richard.lear@hklaw.com | steven.perlstein@kobrekim.com |
| ritkin@steptoe.com | steven.wilamowsky@bingham.com |
| RLevin@cravath.com | Streusand@StreusandLandon.com |
| RLGold1977@aol.com | susan.schultz@newedgegroup.com |
| rmatzat@hahnhessen.com | susheelkirpalani@quinnemanuel.com |
| rmunsch@munsch.com | tarbit@cftc.gov |
| rnetzer@willkie.com | tbrock@ssbb.com |
| rnies@wolffsamson.com | tetsuhiro.toomata@shinseibank.com |
| robert.bailey@bnymellon.com | TGoren@mofo.com |
| robert.dombroff@bingham.com | Thomas_Noguerola@calpers.ca.gov |
| robert.henoch@kobrekim.com | timothy.brink@dlapiper.com |
| Robert.Holladay@youngwilliams.com | timothy.palmer@bipc.com |
| robert.malone@dbr.com | timothy.white@mizuhocbus.com |
| Robert.yalen@usdoj.gov | tjfreedman@pbnlaw.com |
| roberts@pursuitpartners.com | tkarcher@dl.com |
| rolfnagel.dahl@dnbnor.no | tkiriakos@mayerbrown.com |
| ronald.silverman@bingham.com | tmacwright@whitecase.com |
| rreid@sheppardmullin.com | tmayer@kramerlevin.com |
| RTrust@cravath.com | tnixon@gklaw.com |
| Russj4478@aol.com | ttracy@crockerkuno.com |
| rwasserman@cftc.gov | tslome@msek.com |
| rwynne@kirkland.com | twatanabe@mofo.com |
| sabin.willett@bingham.com | twheeler@lowenstein.com |
| sagolden@hhlaw.com | vdagostino@lowenstein.com |
| Sally.Henry@skadden.com | Villa@StreusandLandon.com |
| sandra.mayerson@hklaw.com | wanda.goodloe@cbre.com |
| schapman@willkie.com | wbenzija@halperinlaw.net |
| schristianson@buchalter.com | weissjw@gtlaw.com |
| scottshelley@quinnemanuel.com | wfoster@milbank.com |
| scousins@armstrongteasdale.com | wheuer@dl.com |
| sdg@adorno.com | wilten@hugheshubbard.com |
| sdnyecf@dor.mo.gov | wisotska@pepperlaw.com |
| sean@blbglaw.com | wsilverm@oshr.com |
| sehlers@armstrongteasdale.com | wsmith@bocusa.com |
| sfelderstein@ffwplaw.com | wtaylor@mccarter.com |
| sfineman@lchb.com | yamashiro@sumitomotrust.co.jp |
| sfox@mcguirewoods.com | yasuhiko_imai@smbcgroup.com |
| sgordon@cahill.com | |
| Sgross@HodgsonRuss.com | |
| sgubner@ebg-law.com | |
| sharbeck@sipc.org | |
| shari.leventhal@ny.frb.org | |
| sheakkorzun@comcast.net | |
| sheehan@txschoollaw.com | |
| sidorsky@butzel.com | |

**EXHIBIT B**

CREDITOR LISTING

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ACCOUNT TEMPS | 12400 COLLECTIONS DRIVE, CHICAGO, IL 60693 |
| ANZ BANKING GROUP LTD | 18TH FLOOR KYOBO GUILDING,1 CHONGRO 1 KU,CHONGRO KA, SEOUL,    KR |
| AOZORA | 1-3-1 KUDAN-MINAMI,CHIYODA-KU, TOKYO,    102-8660 JP |
| AT&T | PO BOX 8100, AURORA, IL 60507 |
| AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD | MELBOURNE OFFICE,LEVEL 6, 100 QUEEN STREET, VICTORIA MELBOURNE,    VIC 3000 AU |
| BEST KARPET | 1477 E 357 ST, EASTLAKE, OH 44095 |
| CHUO MITSUI TRUST & BANKING | NORIYUKI TSUMURA,3-33-1 SHIBA, MINATO-KU, TOKYO,    105-0014 JP |
| CITIBANK NA HONG KONG BRANCH | FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC,44/F CITIBANK TOWER, 3 GARDEN RD, CENTRAL HONG KONG,    HK |
| DEMANN | 16919 WALDEN, CLEVELAND, OH 44128 |
| DIVISION WATER | PO BOX 94540, CLEVELAND, OH 44101 |
| DOMINION | PO BOX 26225, RICHMOND, VA 23260 |
| HUA NAN COMMERCIAL BANK LTD | 38 CHUNG-KING SOUTH RD SECTION 1, TAIPEI,    TW |
| IGS | PO BOX 631919, CINCINNATI, OH 45263-1919 |
| ILLUMINATING | PO BOX 3638, AKRON, OH 44309 |
| MARBLE CARE | 5184 RICHMOND RD, CLEVELAND, OH 44146 |
| MIDWEST REALTY ADVISORS LLC | ATTN: JACK CORNACHIO,37848 EUCLID AVE, WILLOUGHBY, OH 44094 |
| MIZUHO CORPORATE BANK LTD | GLOBAL SYNDICATED FINANCE DIVISION,1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,    100-8210 JP |
| MIZUHO CORPORATE BANK LTD | 1-3-3, MARUNOUCHI,CHIYODA-KU, TOKYO,    100-8210 JP |
| NORTHEAST | PO BOX 9260, AKRON, OH 44305 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG,BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS,33 WHITEHALL STREET, 21ST FLOOR, NEW YORK, NY 10004 |
| RENTOKIL | 8001 SWEET VALLEY DR, VALLEYVIEW, OH 44125 |
| REPUBLIC WASTE | PO BOX 9001826, LOUISVILLE, KY 40290 |
| RMC | PO BOX 31315, ROCHESTER, NY 14603 |
| ROCK-FORTY-NINTH LLC | ATTN: PRESIDENT/SECRETARY,C/O THE ROCKEFELLER GROUP,1221 AVE OF THE AMERICAS, NEW YORK, NY 10020 |
| SHINKIN CENTRAL BANK | SHUJI YAMADA, DEPUTY GENERAL MANAGER,FINANCIAL INSTITUTIONS DEPT,3-7, YAESU 1-CHOME,CHUOKU, TOKYO,    104-0028 JP |
| SHINKIN CENTRAL BANK | 8-1, KYOBASHI 3-CHOME,CHUO-KU, TOKYO,    104-0031 JP |
| STATLER ARMS GARAGE LLC | 1111 EUCLID AVE, CLEVELAND, OH 44115 |
| STEINGASS | 754 PROGRESS DRIVE, MEDINA, OH 44256 |
| SUMITOMO MITSUBISHI BANKING CORP | 13-6 NIHOBASHI-KODENMA-CHO,CHUO-KU, TOKYO,    103-0001 JP |
| TAIPEI FUBON BANK, HEAD OFFICE | NO. 36, SEC 3, NAKING, EAST RD, TAIPEI,    TW |
| TD SECURITY | PO BOX 81357, CLEVELAND, OH 44181 |
| THE BANK OF NOVA SCOTIA | SINGAPORE BRANCH,1 RAFFLES QUAY #20-01,ONE RAFFLES QUAY NORTH TOWER, ,    048583 SG |
| TIME WARNER | PO BOX 0901, CAROL STREAM, IL 60132 |
| UFJ BANK LIMITED | 2-7-1, MARUNOUCHI,CHIYODA-KU, TOKYO,    100-8388 JP |
| WCCV | 3479 STATE RD, CUYAHOGA FALLS, OH 44223 |

**Total Creditor Count 35**

CREDITOR LISTING

DEWEY & LEBOEUF LLP
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019
MARTIN J. BIENENSTOCK, ESQ.
IRENA GOLDSTEIN, ESQ.

**EXHIBIT D**

CREDITOR LISTING

UNITED STATES BANKRUPTCY COUR FOR
THE SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HON. JAMES M. PECK
ONE BOWLING GREEN
COURTROOM 601
NEW YORK, NY 10004