**HOLLAND & KNIGHT LLP**
195 Broadway
24th Floor
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al*.,   Case No. 08-13555-JMP


                                   Debtors.          (Jointly Administered)
-----------------------------------------------------------x

**SECOND AMENDED**
**VERIFIED STATEMENT OF HOLLAND & KNIGHT LLP**
**PURSUANT TO FED. R. BANKR. P. 2019(a)**

Holland & Knight LLP ("Counsel") hereby submits this amended verified statement

("Amended Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and avers as follows:

1.      Counsel appears in these cases on behalf of the entities listed on Exhibit A hereto

(the "Entities").

2.      Each of the Entities may hold claims against and/or interests in the Debtors

arising out of applicable agreements, law or equity pursuant to their relationship with the

Debtors.

3.      Each of the Entities separately requested that Counsel represent them in

connection with the Debtors' chapter 11 cases.

4.      The undersigned herby verifies under oath that this Amended Verified Statement

is true and accurate, to the best of the undersigned's knowledge and belief.  Counsel reserves the

right to revise and supplement this statement.


Dated: New York, New York
       November 13, 2008

                                        HOLLAND & KNIGHT LLP

                                        By: /s/ Peter Zisser_____
                                            Peter A. Zisser (PZ-9634)
                                        195 Broadway
                                        24th Floor
                                        New York, New York 10007
                                        Tel.: (212) 513-3200
                                        Fax: (212) 385-9010

## EXHIBIT A

1.      SBA Communications Corporation
        5900 Broken Sound Parkway NW
        Boca Raton, FL 33487

        Swap counterparty with Lehman Brothers OTC Derivatives with Lehman  Brothers
        Holding, Inc.  Working Capital Line of Credit borrower in which Lehman Brothers
        Commercial Paper, Inc., is the Co-Syndication agent and
        Lehman Brothers, Inc. is a bookrunner.

2.      US Bank
        U.S. Bank National Association
        Mail Station EP-MN-WS1D
        60 Livingston Ave.
        St. Paul, MN  55107

        US Bank as successor to First Union National Bank as Trustee for Connector 2000
        Association, Inc, Toll Reserve Bonds. Repurchase Agreement Counterparty
        to Lehman Brothers, Inc. and Lehman Brothers Holdings, Inc., as Credit Support
        Provider.

3.      Singapore Airlines, Limited
        08-D Airline House
        25 Airline Road
        Singapore 819829

        Forward Contract Counterparty to Lehman Brothers Commodity Services, Inc., and
        Lehman Brothers Holdings, Inc., as Credit Support Provider.

4.      HSBC Realty Credit Corporation (USA)
        1441 Brickell Avenue--16th Floor
        Miami, Florida 33131

        Co-Lending agreement counterparty with Lehman Brothers Holdings, Inc., as Split
        Note Holder and as agent for Split Note Holders.

5.      Carlton Willard Homes, Inc.
        100 Old Billerica Road
        Bedford, Massachusetts 01730

        Swap counterparty with Lehman Brothers Special Financing, Inc. and Lehman
        Brothers Holdings, Inc., as Credit Support Provider.

6.      Monument Realty LLC
        1700 K Street NW
        Suite 600
        Washington, DC 20006

        Monument Realty LLC and various joint ventures involving its affiliates have loans
        from Lehman Brothers Holdings Inc.  Various Lehman affiliates are partners with
        Monument affiliates in multiple real estate ventures.

7.      Caisse de dépôt et placement du Québec
        Centre CDP Capital
        1000, place Jean-Paul-Riopelle
        Montréal, Québec
        Canada H2Z 2B3

        The Caisse de dépôt et placement du Québec is a financial institution that manages
        funds primarily for public and private pension and insurance plans.  As at
        December 31, 2007, it held $155.4 billion of net assets. One of the leading
        institutional fund managers in Canada, the Caisse invests in the main financial
        markets as well as in private equity and real estate.

8.      **Argent Classic Convertible Arbitrage Fund Ltd.**
        **c/o M&C Corporate Services Limited**
        **PO Box 309GT**
        **Ugland House**
        **South Church Street, Georgetown**
        **Grand Cayman, Cayman Islands**

        **Margin Lending Agreement, Global Master Securities Lending Agreement, and**
        **International Prime Brokerage Agreement with Lehman Brothers International**
        **(Europe) Customer Account Agreement Prime Brokerage Agreement with Lehman**
        **Brothers, Inc.**

#5738200v3