**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
900 Third Avenue, 16th Floor
New York, New York 10022-4728
(212) 752-8000
(212) 752-8393 Facsimile
Laurence May, Esq. (LM-9714)
John H. Drucker, Esq. (JD-2524)

Attorneys for Federal Home Loan Bank of Pittsburgh

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

## SUPPLEMENTAL[1] NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Federal Home Loan Bank of Pittsburgh ("FHLB"), pursuant to title 11 of the United States Code, 11 U.S.C. § 101 et seq., and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears in the above-captioned bankruptcy case through Cole, Schotz, Meisel, Forman & Leonard, P.A, and demands service of all notices and papers herein upon:

---

[1] This supplemental notice of appearance does not supersede or amend the notice of appearance previously filed by Tucker Arensberg, P.C. with this Court at Docket No. 671.

COLE, SCHOTZ, MEISEL, FORMAN &
LEONARD, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, NY 10022
Attn:  Laurence May, Esq.
       John H. Drucker, Esq.
(212) 752-8000 Telephone
(212) 752-8393 Facsimile
Email: Lmay@coleschotz.com
       Jdrucker@coleschotz.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, applications, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the above captioned bankruptcy case, the above-captioned Debtors, their properties, or their estates or which affect or seek to affect in any way rights or interests of FHLB.  <u>The undersigned request that the names and updated addresses set forth above be added to the mailing matrix.</u>

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Demand for Service of Papers (the "Notice") nor any later appearance, pleading, or suit shall constitute a waiver of FHLB's:

1. right to have any and all final orders in any and all non-core matters entered only after <u>de novo</u> review by a United States District Judge;

2. right to trial by jury in any proceeding as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

46320/0001-3112199v1

3. right to seek abstention or remand of any matter or proceeding subject to mandatory or discretionary abstention or remand, and to have the District Court withdraw the reference in any matter or proceeding subject to mandatory or discretionary withdrawal;

4. right to receipt of service of process in all actions, causes, claims or proceedings arising in, arising under or related to these proceedings to be served directly on FHLB as required by law;

5. right to contest service of process;

6. rights, remedies and claims against other entities;

7. any other rights, claims, actions, defenses, setoffs, or recoupments to which FHLB is or may be entitled under any agreements or at law or in equity or under the United States Constitution; or

8. any defense, right or remedy FHLB may have under the laws of any other courts.

All of the above rights are expressly reserved and preserved by FHLB without exception.

46320/0001-3112199v1

DATED:    New York, New York
November 13, 2008

                                COLE, SCHOTZ, MEISEL,
                                FORMAN & LEONARD, P.A.
                                A Professional Corporation

By: /s/ Laurence May
       Laurence May, Esq. (LM-9714)
       John H. Drucker, Esq. (JD-2524)
900 Third Avenue, 16th Floor
New York, New York 10022
(212) 752-8000
(212) 752-8393 Facsimile

Attorneys for Federal Home Loan Bank of Pittsburgh

46320/0001-3112199v1