COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
900 Third Avenue, 16th Floor
New York, New York 10022-4728
(212) 752-8000
(212) 752-8393 Facsimile

**UNITED STATES BANKRUPTCY**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Lehman Brothers Holdings, Inc., *et al*.<br><br>　　　　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 08-13555 (JPM)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
PURSUANT TO BANKRUPTCY RULE 2019**

**JOHN H. DRUCKER**, being duly sworn, deposes and says:

1.　　I am an attorney at law and a member of the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A. ("CSMF&L"). CSMF&L has been retained as attorneys for the entities listed in paragraph 3 below (collectively, the "Entities"), in connection with the above-captioned jointly administered chapter 11 cases of Lehman Brothers Holdings, Inc., including Lehman Brothers Special Financing, Inc. (collectively, "Debtors"). I am one of the attorneys at CSMF&L responsible for these engagements and have knowledge of CSMF&L's representation of the Entities in these chapter 11 cases. I make this verified statement on behalf of CSMF&L in accordance with Rule 2019 of the Federal Rules of Bankruptcy procedure.

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

3. CSMF&L represents the following Entities:

125North10, LLC
c/o Investcorp
280 Park Avenue
New York, New York 10017

Federal Home Loan Bank of Pittsburgh
(also known as FHLBank of Pittsburgh)
601 Grant Street
Pittsburgh, PA 15219

4. The indebtedness that gave rise to each Entity's claim(s) arose more than one year prior to the petition date, and has at all times been held by the respective Entity.

5. Each of the above-referenced Entities has requested that CSMF&L represent it in connection with these matters. With respect to Federal Home Loan Bank of Pittsburgh, CSMF&L has been retained as local counsel, together with Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222. The attorneys at Tucker Arensberg, P.C. who will be providing representation to the Federal Home Loan Bank of Pittsburgh have sought and obtained authority to appear in these proceedings *pro hac vice* [Docket Nos. 787, 788, 790 and 791].

46320/0001-3112055v2

                    COLE, SCHOTZ, MEISEL,
                    FORMAN & LEONARD, P.A.


By: /s/ John Drucker
     John H. Drucker, Esq.
     900 Third Ave , 16th Floor
     New York, N.Y. 10022
     (212 ) 752 8000

DATED: November 12, 2008

Sworn to before me
this 12th day of November, 2008

   /s/ Neil S. Siegel
Notary Public

46320/0001-3112055v2