*original*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re: LEHMAN BROTHERS HOLDINGS, INC, ETC ET AL Ch 11

DEBTOR     CASE No 08-13555 <jmp>

## NOTICE OF APPEAL OF WILLIAM KUNTZ, III

The Court having made it's decision known in Open Court, denying Movant, William Kuntz, III's Motion for relief from the Automatic Stay with regards to a Certain $7 million US Dollars Cash Ecrow Account created in the Delaware Bankruptcy of the Grand Union Company in 1995 and which Movant believes the Debtor applied to a certain obligation of Grand Union in it's 3rd Bankruptcy Case in Newark, NJ in 2002 and at a time when Weil, Gotshal, upon information and belief was co-counsel to the Debtor Grand Union Company this Court having signed off on a prepared motion by Counsel for this Debtor and Movant having further moved for relief and an extension of time within which to file a Notice of Appeal and no action having been taken by the Court as of last night, Movant, hereby files this Notice of Appeal to the United States District Court for the Southern District of New York on this the 12th of November, 2008

Respectfully, William Kuntz, III

India St, Nantucket Island, Ma 02554-1801

T08 771 5221

