**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter: 11 |
| Lehman Brothers Holdings Inc., et al, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT AND DISCLOSURE STATEMENT OF Rob Charles**

**ON BEHALF OF Lewis and Roca LLP**

STATE OF Arizona )
                         )
COUNTY OF Pima )

Rob Charles, being duly sworn, upon his oath, deposes and says:

1.      I am a partner of Lewis and Roca LLP (the "Firm"), resident at One South Church Ave., Suite 700, Tucson, AZ 85701.

2.      Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide litigation and foreclosure services to the Debtors, and the Firm has consented to provide such services.

3.      The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are

246176.1

parties in interest in the Debtors' chapter 11 cases.  As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases.  Except as described below, the Firm does not perform services for any such person in connection with these chapter 11 cases.  In addition, except as described below, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4.    The Firm has requested and the Debtor has agreed that the Firm may provide transaction advice to Investors Management Trust Real Estate Group, Inc., dba IMT Residential and IMT Capital Partners, LLC and their respective affiliates ("IMT"), on the implications of the Lehman bankruptcy filing upon affiliates of the Debtor with which IMT has engaged in business transactions.

5.    Neither I, nor any partner of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

6.    Neither I, nor any partner of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors of their estates.

7.    The Debtors owe the Firm $4,274.87 for prepetition services.

8.    The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the

246176.1

1  period of its employment, if the Firm should discover any facts bearing on the matters

2  described herein, the Firm will supplement the information contained in this Affidavit.

3       Dated: November 12, 2008.

4                         **LEWIS AND ROCA LLP**

6                     By: _____

7                        Rob Charles
                      One S. Church Avenue, Suite 700

8                        Tucson, AZ 85701-1611
                      Tel: 520-629-4427  Fax: 520-879-4705

9                        Email: RCharles@LRlaw.com

12  Subscribed and sworn to by Rob Charles of Lewis and Roca LLP on November 12, 2008.

14                        Notary Public

16  My commission expires:

17  12-14-2010

OFFICIAL SEAL
BARBARA PISCITELL
NOTARY PUBLIC-ARIZONA
PIMA COUNTY
My Comm. Exp. Dec. 14, 2010

3

246176.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re:                                          Chapter: 11

Lehman Brothers Holdings Inc., et al,           Case No. 08-13555 (JMP)
                                                (Jointly Administered)
                          Debtors,

<u>RETENTION QUESTIONNAIRE</u>

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN
BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES
(collectively, the <u>"Debtors"</u>)

<u>DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.</u>
<u>RETURN IT FOR FILING BY THE DEBTORS TO:</u>

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn: Jennifer Sapp
        Christopher Stauble

All questions must be answered. Please use "none," "not applicable," or "N/A,"
as appropriate.  If more space is needed, please complete on a separate page
and attach.

1.    Name and address of firm:

    Lewis and Roca LLP
    One South Church Ave., Suite 700
    Tucson, AZ 85701-1611

2.    Date of retention:    October 5, 2007

246170.1

3.    Type of services provided (accounting, legal, etc.):

We represent the client as local counsel in a foreclosure of a deed of trust on Arizona property securing a $40 million loan. The loan is now held by MM Arizona Holdings, LLC, as assignee of and an affiliate of Debtor.

4.    Brief description of services to be provided:

We serve as foreclosure trustee and support the loan collection activities as directed by McKenna Long & Aldridge LLP.

5.    Arrangements for compensation ~hourly, contingent, etc.)

(a)    Average hourly rate (if applicable):

Hourly – $300

(b)    Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

$4,000 to $10,000 _____

6.    Prepetition claims against the Debtors held by the Firm:

Amount of claim: $4,274.87

Date claim arose:  08/01/2008 – 09/15/2008

Source of Claim:  legal retention agreement

7.    Prepetition claims against the Debtors held individually by any partner, associate, or professional employee of the firm:[1]

Name: _____ None _____

Status: _____

Amount of Claim: $_____

Date claim arose: _____

Source of claim: _____

_____

---

[1] This answer necessarily excludes claims of mutual funds or other public investment vehicles in which any partner, associate or professional employee of the firm owned an interest.

2

246170.1

8.    Stock of the Debtors currently held by the firm:

Kind of shares: _____None_____

No. of shares: _____

9.    Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:[2]

Name: _____Anne L. Saletta et ux_____

Status: _____Paralegal_____

_____

Kind of shares: _____Common_____

No. of shares: _____117_____

10.    Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None

11.    Name of individual completing this form:

Rob Charles

---

[2] This answer necessarily excludes claims of mutual funds or other public investment vehicles in which any partner, associate or professional employee of the firm owned an interest.

3