Theodore B. Stolman (to be admitted *pro hac vice*)
Scott H. Yun (to be admitted *pro hac vice*)
H. Alexander Fisch (to be admitted *pro hac vice*)
Carol Chow (to be admitted *pro hac vice*)
Margreta M. Morgulas (NY State Bar No. 4528907)
**STUTMAN, TREISTER & GLATT**
**PROFESSIONAL CORPORATION**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile:  (310) 228-5788

Attorneys for TPG-Austin Portfolio Holdings LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

**In re**

**LEHMAN BROTHERS HOLDINGS.,** *et al*,

                    **Debtors.**
-------------------------------------------------------x

**Chapter 11**

**Case No.  08-13555 (JMP)**
**(Jointly Administered)**

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vic*e

I, Theodore B. Stolman, a member in good standing of the bar of the State of California and the bar of the U.S. District Court for the Central District of California, requests admission, **pro hac vice**, before the Honorable James M. Peck, to represent TPG-Austin Portfolio Holdings LLC, a creditor in the above referenced case.

My mailing address is:  Stutman, Treister & Glatt Professional Corporation
                        1901 Avenue of the Stars, 12th Floor
                        Los Angeles, CA 90067.

My email address tstolman@stutman.com.  My telephone and facsimile numbers are 310-228-5600 and 310-228-5788 respectively.

The filing fee of $25.00 has been submitted with the motion for pro hac vice admission.

480070v1                    1

Dated:   November 13, 2008
         Los Angeles, California

/s/  Theodore B. Stolman
Theodore B. Stolman (to be admitted *pro hac vice*)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Counsel for TPG-Austin Portfolio Holdings, LLC

480070v1                                           2