Theodore B. Stolman (to be admitted *pro hac vice*)
Scott H. Yun (to be admitted *pro hac vice*)
H. Alexander Fisch (to be admitted *pro hac vice*)
Carol Chow (to be admitted *pro hac vice*)
Margreta M. Morgulas (NY State Bar No. 4528907)
**STUTMAN, TREISTER & GLATT**
**PROFESSIONAL CORPORATION**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile:  (310) 228-5788

Attorneys for TPG-Austin Portfolio Holdings LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x

**In re**

**LEHMAN BROTHERS HOLDINGS.,** *et al*,

**Debtors.**

-----------------------------------------------------x

Chapter 11 Case No.  08-13555 (JMP)

(Jointly Administered)

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vic*e

I, Scott H. Yun, a member in good standing of the bar of the State of California and the bars of the U.S. District Courts for the Central and Southern Districts of California and the Ninth Circuit and Third Circuit Courts of Appeals, requests admission, ***pro hac vice***, before the Honorable James M Peck, to represent TPG-Austin Portfolio Holdings LLC, a creditor in the above referenced case.

My mailing address is:  Stutman, Treister & Glatt Professional Corporation
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067.

My email address syun@stutman.com.  My telephone and facsimile numbers are 310-228-5600 and 310-228-5788 respectively.

The filing fee of $25.00 has been submitted with the motion for pro hac vice admission.

Dated:   November 13, 2008
         Los Angeles, California

        /s/  Scott H. Yun
Scott H. Yun (to be admitted *pro hac vice*)
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION
Counsel for TPG-Austin Portfolio Holdings, LLC

480465v1                                    2