Theodore B. Stolman (to be admitted *pro hac vice*)
Scott H. Yun (to be admitted *pro hac vice*)
Carol Chow (to be admitted *pro hac vice*)
Margreta M. Morgulas (NY State Bar No. 4528907)
**STUTMAN, TREISTER & GLATT**
**PROFESSIONAL CORPORATION**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788

Attorneys for TPG-Austin Portfolio Holdings LLC

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                                 :    Chapter 11
                                                      :
                                                      :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS,                             :
INC., *et al.*,                                       :    (Jointly Administered)
                                                      :
                    Debtors.                          :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Danielle S. Trujillo, declare as follows:

I am over the age of 18 years and not a party to the within action. I am employed in an office that employs a member of the bar of this court, at whose direction the within service was made. My business address is Stutman, Treister & Glatt Professional Corporation, located at 1901 Avenue of the Stars, 12th Floor, Los Angeles, California 90067.

On November 13, 2008, I served the following pleadings:

480455v1                                              1

(1) NOTICE OF TPG-AUSTIN PORTFOLIO HOLDINGS LLC'S MOTION [AND MOTION] TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF CREDIT AGREEMENT; OR IN THE ALTERNATIVE, GRANT RELIEF FROM THE AUTOMATIC STAY TO PERMIT ALTERNATIVE FINANCING ON A SENIOR SECURED BASIS; and

(2) DECLARATION OF JOHN R. SISCHO IN SUPPORT OF MOTION OF TPG-AUSTIN PORTFOLIO HOLDINGS LLC TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF CREDIT AGREEMENT; OR IN THE ALTERNATIVE, GRANT RELIEF FROM THE AUTOMATIC STAY TO PERMIT ALTERNATIVE FINANCING ON A SENIOR SECURED BASIS

on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, with first class postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as shown on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on November 13, 2008 at Los Angeles, California.

_____
Danielle S. Trujillo

LBHI Master Service List
6139.000
Doc # 480299

| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>ATTN: THE HONORABLE JAMES M. PECK<br>ONE BOWLING GREEN, COURTROOM 601<br>NEW YORK, NY 10004 | WEIL GOTSHAL & MANGES LLP<br>ATTN: RICHARD P. KRASNOW, LORI R. FIFE SHAI Y.<br>WAISMAN, JACQUELINE MARCUS (COUNSEL TO THE DEBTORS)<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 | OFFICE OF THE US TRUSTEE<br>ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG<br>BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004 |
| HUGHES HUBBARD & REED LLP<br>JAMES W. GIDDENS<br>JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004-1482 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR<br>DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.<br>(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005 | MILBANK, TWEED, HADLEY & MCCLOY, LLP<br>ATTN: PAUL ARONZO & GREGORY BRAY<br>(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS)<br>601 SOUTH FIGUEROA STREET, 30TH FLOOR<br>LOS ANGELES, CA 90017 |
| ASSISTANT UNITED STATES ATTORNEY, SDNY<br>ATTN: ROBERT YALEN, ESQ.<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007 | COMMODITY FUTURES TRADING COMMISSION<br>TERRY S ARBIT<br>THREE LAFAYETTE CENTRE<br>1155 21ST ST, NW<br>WASHINGTON, DC 20581 | COMMODITY FUTURES TRADING COMMISSION<br>ROBERT B WASSERMAN<br>THREE LAFAYETTE CENTRE<br>1155 21ST ST, NW<br>WASHINGTON, DC 20581 |
| INTERNAL REVENUE SERVICE SPECIAL PROCEDURES BRANCH<br>ATTN: DISTRICT DIRECTOR<br>290 BROADWAY<br>NEW YORK, NY 10007 | OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NY<br>NEW YORK OFFICE<br>120 BROADWAY<br>NEW YORK, NY 10271-0332 | OFFICE OF THE UNITED STATES ATTORNEY ATTN: DANNA DRORI<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 |
| SECURITIES AND EXCHANGE COMMISSION ATTN: BONNIE L. GAUCH<br>DIVISION OF MARKET REGULATION<br>450 5TH STREET, NW<br>WASHINGTON, DC 20549-1001 | SECURITIES INVESTOR PROTECTION CORPORATION<br>805 15TH STREET, N.W.<br>SUITE 800<br>WASHINGTON, DC 20005-2215 | CLEARY GOTTLIEB LLP<br>JAMES BROMLEY<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>USA SCHWEITZER/LINDSEE GRANFIELD ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | ADORNO & YOSS LLP<br>ATTN: CHARLES M. TATELBAUM, ESQ.<br>(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL, GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC)<br>350 E. LAS OLAS BLVD, SUITE 1700<br>FORT LAUDERDALE, FL 33301 | ADORNO & YOSS LLP<br>ATTN: STEVEN D. GINSBURG, ESQ.<br>(COUNSEL TO GMAC LLC, GMAC RESIDENTIAL CAPITAL, GMAC-IM AND RESIDENTIAL FUNDING COMPANY LLC)<br>2525 PONCE DE LAON BLVD., SUITE 400<br>MIAMI, FL 33134 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN<br>MEREDITH A. LAHAIE<br>(COUNSEL FOR THE INFORMAL NOTEHOLDER GROUP)<br>590 MADISON AVENUE<br>NEW YORK, NY 10022-2524 | ALLEN & OVERY LLP<br>ATTN: LISA KRAIDIN<br>(COUNSEL TO BANK OF CHINA)<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | ALLEN & OVERY LLP<br>ATTN: KEN COLEMAN<br>(COUNSEL TO FIRST COMMERCIAL BANK., LTD NY AGENCY AND BANK OF TAIWAN)<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 |
| ALLEN MATKINS LECK GAMBLE & MALLORY LLP<br>ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO<br>(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH, SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)<br>1900 MAIN STREET, 5TH FLOOR<br>IRVINE, CA 92614-7321 | ARAPAHOE COUNTY ATTORNEY'S OFFICE<br>ATTN: GEORGE ROSENBURG, ASSISTANT COUNTY ATTY<br>5334 S. PRINCE STREET<br>LITTLETON, CO 80166 | ARENT FOX LLP<br>ATTN: ROBERT M HIRSH AND GEORGE P ANGELICH<br>(COUNSEL TO THE VANGUARD GROUP, INC.)<br>1675 BROADWAY<br>NEW YORK, NY 10019 |
| ARMSTRONG TEASDALE LLP<br>ATTN: STEVEN COUSINS & SUSAN EHLERS<br>(COUNSEL TO AMEREN ET AL.)<br>ONE METROPOLITAN SQUARE, SUITE 2600<br>SAINT LOUIS, MO 63102-2720 | ARNALL GOLDEN GREGORY LLP<br>ATTN: DARRYL S. LADDIN AND FRANK N. WHITE<br>(COUNSEL TO VERIZON COMMUNICATIONS INC. AND SUN TRUST BANKS, INC.)<br>171 17TH STREET NW, SUITE 2100<br>ATLANTA, GA 30363-1031 | ATTORNEY GENERAL OF THE STATE OF NEW YORK<br>ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL<br>(COUNSEL TO THE DEPARTMENT OF TAXATION AND FINANCE)<br>120 BROADWAY, 24TH FLOOR<br>NEW YORK, NY 10271 |

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO# 564729)
(COUNSEL TO IRON MOUNTAIN INFORMATION MANGEMENT)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: JOHN P. "SEAN" COFFEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND STEVEN WILAMOWSKY
(COUNSEL TO HARBINGER, HARBERT & UBS FIN SER ET AL)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP ATTN: P. SABIN WILLETT
(COUNSEL TO HARBINGER CAPITAL, HARBERT, UBS FIN SRVS, UBS INTL, UBS FIN SRVS OF PR, DEUSTCHE BANK)
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK SECURITIES INC.)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
(COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY)
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND JOSHUA DORCHAK
(COUNSEL TO CURRENEX, STATE ST BANK & UBS SEC'S)
399 PARK AVENUE
NEW YORK, NY 10022-4689

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ,
AS COUNSEL FOR THOMSON REUTERS PLC & THOMSON REUTERS CORP
THE CHRYSLER BUILDING,
405 LEXINGTON AVE
NEW YORK, NY 10174

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO BUSINESS OBJECTES AMERICAS)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
(COUNSEL TO FRICTIONLESS COMMERCE, INC.)
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUCHALTER NEMER, A PROFESSIONAL CORPORATION ATTN: SHAWN M. CHRISTIANSON, ESQ.
(COUNSEL TO ORACLE CREDIT CORPORATION)
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
(COUNSEL TO GREENBRIAR MINERALS, LLC)
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE DEPOSITOS, S.A.)
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10017

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ, GEORGE DAVIS, ESQ. AND GARY TICOLL, ESQ.
(COUNSEL TO CITIGROUP, INC & CITIBANK, NA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
(COUNSEL TO MORGAN STANLEY & CO. AND CHILTON NEW ERA PARTNERS, L.P.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS, LLC AND MORGAN STANLEY & CO. INCORPORATED AND AFFILIATES)
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.
(COUNSEL TO CREDIT SUISSE)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP OPPORTUNITY FUND L.P. AND LEHMAN BROTHERS CDO OPPORTUNITY FUND LP)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS, JASON JURGENS & ELLEN M. HALSTEAD, ESQ.
(COUNSEL TO WESTLB AG, NEW YORK BRANCH)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
(COUNSEL TO HYPO INVESTMENKBANK AG)
EIGHTY PINE STREET
NEW YORK, NY 10005

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942707
SACRAMENTO, CA 94229-2707

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER FRANLIN H. TOP, & JAMES HEISER
(COUNSEL TO US BANK NATL ASSOC. & BANK OF MONTREAL NATL AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL 60603

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER (COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE PORTFOLIOS, LLC AND D.E. SHAW OCULUS PORTFOLIOS, LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
(COUNSEL TO HELLMAN & FRIEDMAN LLC)
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT 06830

COUNTY OF SAN MATEO
ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL
(COUNSEL TO COUNTY OF SAN MATEO AND COUNTY OF MONTEREY)
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ.
(COUNSEL TO CREDIT SUISSE)
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
(COUNSEL TO THE CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY)
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER JAMES I. MCCLAMMY
(COUNSEL TO FEDERAL HOME LOAN MORTGAGE CORP)
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
(COUNSEL TO ROCK-FORTY NINTH LLC, ROCKEFELLER CENTER ET AL.)
919 THIRD AVENUE
NEW YORK, NY 10022

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN
(COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC)
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND DONALD M. BADACZEWSKI
(COUNSEL TO RUSSELL INVESTEMENT GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND TIMOTHY Q. KARCHER
(COUNSEL TO BANK OF AMERICA MELLON)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT
(COUNSEL TO CUSTOMER ASSET PROTECTION)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN
& WILLIAM C. HEUER
(COUNSEL TO ROYAL BANK OF SCOTLAND)
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS, INC.)
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

DRESDNER BANK A.G.
ATTN: JOSEPH SCORDATO, ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL
(COUNSEL TO ALLIANZ GLOBAL INVESTORS AG)
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

DRINKER BIDDLE & REATH LLP
ATTN: STEPHANIE WICKOUSKI, ESQ
(COUNSEL TO PARSEC TRADING CORP.)
140 BROADWAY, 39TH FL
NEW YORK, NY 10005-1116

DRINKER BIDDLE & REATH LLP
ATTN: KRISTIN K. GOING, ESQ.
(COUNSEL TO PARSEC CORP.)
1500 K ST, NW - SUITE 1100
WASHINGTON, DC 20005-1209

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPARTMENT
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW ZEALAND BANKING GROUP LIMITED)
120 BROADWAY
NEW YORK, NY 10271

ENTWISTLE & CAPPUCCI LLP
ATTN: ANDREW J. ENTWISTLE
(COUNSEL TO THOMAS P. DINAPOLI, AS SOLE TRUSTEE OF THE NY STATE COMMON RETIREMENT FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER, ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FELDERSTEIN I-11 LGERALD WILLOUGHBY & PASCUSSI LLP ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH
(COUNSEL TO CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM)
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT 06510

FIRST TRUST PORTFOLIOS L.P.
ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL
(COUNSEL TO FIRST TRUST PORTFOLIOS LP, FIRST TRUST ADVISORS LP AND BONDWAVE LLC)
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL 60187

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY 10016

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL 60654

FRASER STRYKER PC LLO
ATTN: MICHAEL L. SCHLEICH, ESQ.
(COUNSEL TO TATA COMMUNICATIONS SERVICES INC.)
500 ENERGY PLAZA
409 17TH STREET OMAHA, NE 68102

FREEBORN & PETERS LLP
ATTN: AARON L. HAMMER & DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL 60606-6677

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ. AND MITCHELL EPNER, ESQ.
(COUNSEL TO FEDERAL HOME LOAN BANK OF ATLANTA)
ONE NEW YORK PLAZA
NEW YORK, NY 10004-1980

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA 94105

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S)
ONE GATEWAY CENTER
NEWARK, NJ 07102-5310

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET WEISS
(COUNSEL TO LEHMAN BROTHERS PRIVATE EQUITY FUNDS)
200 PARK AVENUE
NEW YORK, NY 10166-0193

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG
(COUNSEL TO MARSHALL FUNDS, INC. AND MARSHALL & ILSLEY TRUST COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI 53202

GOULSTON & STORRS, P.C.
ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN
(COUNSEL TO INTERACTIVE DATA CORP.)
400 ATLANTIC AVENUE
BOSTON, MA 02110-3333

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN 55102-1639

GREENBERG TRAURIG, LLP
ATTN: JOHN W. WEISS, ESQ.
(COUNSEL TO NOMURA HOLDING AMERICA, INC AND ON BEHALF OF NOMURA HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY 10166

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH
(COUNSEL TO COMMERZBANK A.G. AND DRESDNER BANK AG)
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY 10022

HAHN & HESSEN LLP
ATTN: ROSANNE THOMAS MATZAT, ESQ.
(COUNSEL TO AVISTA CORP., CASCADE INVESTMENT LLC, AND POWEREX CORP.)
488 MADISON AVE
NEW YORK, NY 10022

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D DYAS
(COUNSEL TO HENEGAN CONSTRUCTION CO., INC.)
555 MADISON AVENUE, 9TH FLOOR
NEW YORK, NY 10022

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL MANAGEMENT, LP AND LYON CAPITAL VENTURES)
TWO PARK AVENUE
NEW YORK, NY 10016

HERRICK, FEINSTEIN LLP
ATTN: ELIZABETH L. ROSE, ESQ.
(COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA)
2 PARK AVENUE
NEW YORK, NY 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID 83714-0021

HEWLETT-PACKARD COMPANY
ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL
300 HANOVER ST., M/S 1050
PALO ALTO, CA 94304

HEWLETT-PACKARD COMPANY
ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST
2125 E. KATELLA AVE
SUITE 400
ANAHEIM, CA 92806

HODGSON RUSS LLP
ATTN: STEPHEN H. GROSS, ESQ.
(COUNSEL TO VIGNETTE EUROPE LTD & DELL MARKETING)
60 EAST 42ND STREET, 37TH FLOOR
NEW YORK, NY 10165-0150

HOGAN & HARTSON LLP
ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY 10022

HOLLAND & KNIGHT LLP
ATTN: PETER A. ZISSER
(COUNSEL TO MONUMENT REALTY LLC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC 20006

HOLLAND & KNIGHT LLP
ATTN: SANDRA E. MAYERSON, ESQ.
(COUNSEL TO CAISSE DE DEPOT ET PLACEMENT DU QUEBEC)
195 BROADWAY
NEW YORK, NY 10007-3189

HOLME ROBERTS & OWEN LLP
ATTN: BRADFORD E. DEMPSEY, ESQ.
(COUNSEL TO M. ARTHUR GENSLER JR & ASSOC, GENSLER ARCHITECTURE, DESIGN & PLANNING, COSTELLO MAIONE)
1700 LINCOLN, SUITE 4100
DENVER, CO 80203

HOLME ROBERTS & OWEN LLP
ATTN: LAWRENCE BASS, ESQ.
(COUNSEL TO NATIONAL CINEMEDIA, INC.)
1700 LINCOLN STREET, SUITE 4100
DENVER, CO 80203

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICES CORP D/B/A BLUE CROSS AND BLUE SHIELD OF ILLINOIS)
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY CORP. LLC)
250 PARK AVENUE
NEW YORK, NY 10177

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP.
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN
(COUNSEL TO BAY HARBOUR MGMT LC, BAY HARBOUR MSTR, TROPHY HUNETR INVST, BHCO MASTER, MSS DISTRESSED & OPPORTUNITIES 2 AND INSTITUTIONAL BENCHMARKS)
1633 BROADWAY

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER LLC AND TUXEDO TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND LAUREN ATTARD
(COUNSEL TO WELLS FARGO BANK, NA & WELLS FARGO&CO)
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MARGOT B. SCHONHOLTZ AND ANA M. ALFONSO (COUNSEL TO BANK OF AMERICA, N.A.)
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND IGI RESOURCES)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP ENERGY, BP CANADA AND IGI RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN INTERNATIONAL CORPORATION ANDD TATA CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
ATTN: RICHARD L. WYNNE, ESQ.
(COUNSEL TO KAPALUA BAY, LLC)
777 SOUTH FIGUEROA STREET, 37TH FLOOR
LOS ANGELES, CA 90017

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP
ATTN: JEFFREY KURTZMAN, ESQ.
(COUNSEL TO PJM INTERCONNECTION, L.L.C.)
260 S. BROAD STREET
PHILADELPHIA, PA 19102

KOBRE & KIM LLC
ATTN: MICHAEL S KIM, ROBERT W HENOCH, ANDREW C LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
(COUNSEL TO ESSEX, M&B MAHER, ABM,NORTHGATE,4KIDS)
M. BRIAN MAHER AND BASIL MAHER)
800 THIRD AVENUE
NEW YORK, NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND AMY CATON
(COUNSEL TO THE BANK OF NY MELLON TRUST CO., NA)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON CANCER RESEARCH CNTR)
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON
(COUNSEL TO FANNIE MAE)
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

LAW OFFICES OF ROBERT E.-LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ.
(COUNSEL TO CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT)
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E. FINEMAN, ESQ.
(COUNSEL TO MEMBERS OF CERTIFIED CLASS IN AUSTIN, ET AL V. CHISICK, ET AL., CASE SA CV 01-0971 DOC)
780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NY 10017-2024

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO DALLAS COUNTY AND TARRANT COUNTY)
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN
(COUNSEL TO AVAYA INC.)
65 LIVINGSTON AVE.
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE POWER, LP)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE POWER, LP)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
(COUNSEL TO RELIANT ENERGY SERVICES, INC. AND RELIANT ENERGY POWER SUPPLY, LLC)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING AND TRADING)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ATKIN AND S. JASON TEELE
(COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING AND TRADING)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER
(COUNSEL TO BINDING COMPANY, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020

LOWENSTEIN SNADLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON LEE
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINGURGH COUNCIL & OPER. ENG. LCL 13)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ.
(COUNSEL TO CANADIAN IMPERIAL BANK, CIBC WOLRD MKT CIBC WOLRD MARKETS INC.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN
(COUNSEL TO SUMITOMO MITSUI BANKING CORP, SMBC CAP, SUMITOMO MITSUI BRUSSELS AND SOCIETE GENERAL)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN JEFFREY G. TOUGAS, AMIT K. TRHAN
(COUNSEL TO WASH. MUTUAL & NAT'L BANK OF CANADA)
WASHINGTON MUTUAL, INC.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL 60606

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS AMIT K. TREHAN
(COUNSEL TO NATIONAL BANK OF CANADA ET AL.)
1675 BROADWAY
NEW YORK, NY 10019

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS, INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY 11753

MCCALLA RAYMER, LLC ATTN: MATTHEW DYER
(COUNSEL TO AMERICA'S SERVICING COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA 30076-2102

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.)
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102-4096

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY MARKETING, INC.)
RENAISSANCE CENTRE
405 NORTH KING STREET
WILMINGTON, DE 19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE 19801

MCGUIREWOODS LLP
ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX
(COUNSEL TO ACCESS DATA, MERIDIAN COMP OF NY, CNX GAS CO, SPRINT NEXTEL AND TORONTO-DOMINION BANK)
1345 AVENUE OF THE AMERICAS, SEVENTH FLOOR
NEW YORK, NY 10105

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO THE TORONTO-DOMINION BANK)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA 23219

MCGUIREWOODS LLP
ATTN: DAVID I. SWAN AND KENNETH M. MISKEN
(COUNSEL TO SPRINT NEXTEL CORP, SPRINT SOLUTIONS)
1750 TYSONS BLVD., SUITE 1800
MC LEAN, VA 22102

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300
PO BOX 9194
GARDEN CITY, NY 11530

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: THOMAS R. SLOME AND JIL MAZER-MARINO
(COUNSEL TO DUKE ENERGY OHIO, INC.)
990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NY 11530-9194

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTN: ALAN E. MARDER AND JIL MAZER-MARINO
(COUNSEL TO CONSTELLATION PLACE, ADV. PORTFOLIO, SUNGUARD, ET AL., INF. SRVS, WALL ST CONCEPTS)
990 STEWART AVENUE, SUITE 300
GARDEN CITY, NY 11530

MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MOORE & VAN ALLEN PLLC
ATTN: DAVID B. WHEELER, ESQ.
(COUNSEL TO PUBLIC SERVICE OF NORTH CAROLINA)
40 CALHOUN STREET, SUITE 300
POST OFFICE BOX 22828
CHARLESTON, SC 29413-2828

MORELLI & GOLD, LLP
ATTN: RICHARD L. GOLD, ESQ. (COUNSEL TO A-V SERVICES, INC.)
380 LEXINGTON AVENUE
NEW YORK, NY 10168

MORGAN, LEWIS & BOCKLIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY 10178-0600

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222, JAPAN

MORRISON & FOERSTER LLP
ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: TSUGUMICHI WATANABE, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE COMPANY)
SHIN-MARUNOUCHI BUILDING, 29TH FLOOR 5-1, MARUNOUCHI 1 -CHOME
CHIYODA-KU
TOKYO 100-6529, JAPAN

MORRISON & FOERSTER LLP
ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI,ESQ
(COUNSEL TO FONDIARIA, BIM, VITA, ASSICURAZIONI, MILANO, POPOLARE, BANCA SAI, SYSTEMA AND NOVARA)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
(COUNSEL TO PACIFIC COAST CAP. PARTNERS, LLC, MITSUBISHI UGJ SEC CO., ING REAL ESTATE FINANCE)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE BANKING CORP, INF GRP OF TAIWAN FIN INST, FONDO LATINO AND AB BANKAS)
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: RUSSELL L. MUNSCH
(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS)
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2900
AUSTIN, TX 78701-3057

MUNSCH HARDT KOPF & HARR, P.C.
ATTN: KEVIN M. LIPPMAN
(COUNSEL FOR THE AD HOC COMMITTEE OF BONDHOLDERS) 3800 LINCOLN PLAZA
500 NORTH AKARD STREET
DALLAS, TX 75201-6659

NAGASHIMA OHNO & TSUNEMATSU
ATTN: MASAKI KONISHI, ESQ.
(COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.)
KIOICHO BUILDING 3-12, KIOICHO
CHIYODA-KU
TOKYO 102-0094,
JAPAN

NEWEDGE USA, LLC
ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL 60661

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO COUNTY OF SAN MATEO AND MONTEREY)
437 MADISON AVENUE
NEW YORK, NY 10022

NIXON PEABODY, LLP ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS)
100 SUMMER STREET
BOSTON, MA 02110

NIXON PEABODY, LLP
ATTN: CHRISTOPHER M. DESIDERIO
(COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS)
437 MADISON AVENUE
NEW YORK, NY 10022

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY 10281

NORMANDY HILL CAPITAL LP
ATTN: MATTHEW A. CANTOR, ESQ.
(COUNSEL TO NORMANDY HILL CAPITAL, LP)
150 EAST 52ND STREET, 10TH FLOOR
NEW YORK, NY 10022

OCH-ZIFF
ATTN: KEN RUBIN
9 W 57TH STREET, 39TH FLOOR
NEW YORK, NY 10019

OFFICE OF THRIFT SUPERVISION
ATTN: DIRK S. ROBERTS
(DEPUTY CHIEF COUNSEL, LITIGATION)
1700 G STREET, N.W.
WASHINGTON, DC 20552

OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION
ATTN: MARTIN JEFFERSON DAVIS
(SENIOR TRIAL ATTORNEY)
HARBORSIDE FINANCIAL CENTER PLAZA FIVE
JERSEY CITY, NJ 07311

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS
(COUNSEL TO TELECOM ITALIA CAPITAL S.A.)
666 FIFTH AVENUE
NEW YORK, NY 10103-0001

ORRICK, HARRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND DEBRA L. FELDER
(COUNSEL TO CALIFORNIA IND. SYSTEMS OPERATOR CORP)
1152 15TH STREET, N.W.
WASHINGTON, DC 20005-1706

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN
(COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD)
230 PARK AVENUE
NEW YORK, NY 10169-0075

PAUL HASTINGS JANOFSKY & WALKER LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO EUROPEAN BANK FOR RECONSTRUCTION AND GENERAL ELECTRIC CAPITAL CORP.)
75 EAST 55TH STREET
NEW YORK, NY 10022-3205

PENSION BENEFIT GUARANTY CORPORATION
ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL
SARA B. EAGLE, COLIN B. ALBAUGH
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, N.W.
WASHINGTON, DC 20005

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK, FSB)
100 RENAISSANCE CENTER, SUITE 3600
DETROIT, MI 48243

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK, FSB)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ 08543-5276

PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP
ATTN: ELIZABETH BANDA
(COUNSEL TO CITY OF FARMERS BRANCH, JOHNSON COUNTY ARLINGTON ISD, MANSFIELD ISD, BURLESON, ISD CITY OF BURLESON)
P.O. BOX 13430
ARLINGTON, TX 76094-0430

PILLSBURY WINTHROP SHAW PITTMAN LLP ATTN: DAVID A. CRICHLOW, ESQ.
(COUNSEL TO UNION BANK OF CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE
(COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE 2800
LOS ANGELES, CA 90017-5443

PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW
ATTN: SYDNEY G. PLATZER
(COUNSEL TO 250 EAST BORROWER LLC, EAST 46TH BORROWER LLC, HALE AVENUE BORROWER LLC)
1065 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10018

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO 64112

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

PORZIO, BROMBERG & NEWMAN, P.C.
ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN
(COUNSEL TO ALIANT BANK)
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ 07962-1997

POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.
ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE
(COUNSEL TO DUKE CORPORATE EDUCATION)
575 MADISON AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS
(COUNSEL TO CD REPRESENTATIVE)
410 PARK AVENUE
NEW YORK, NY 10022

PRYOR CASHMAN LLP
ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE
(COUNSEL TO WSG DEVELOPMENT CO.)
410 PARK AVENUE
NEW YORK, NY 10022

PURSUIT PARTNERS
ATTN: LISA ROBERTS
333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR
STAMFORD, CT 06902

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND SCOTT C. SHELLEY
(COUNSEL TO SPECIAL COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LBH INC.)
51 MADISON AVE, 22ND FLOOR
NEW YORK, NY 10010

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ 07039

REED SMITH LLP
ATTN: PAUL A RACHMUTH ESQ
COUNSEL TO GALLEON BUCCANEER'S OFFSHORE LTD
599 LEXINGTON AVENUE
NEW YORK, NY 10022

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES, QWEST CORP, QWEST COMM CORP, IKON OFFICE SOL.)
1201 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: LUMA AL-SHIBIB
(COUNSEL TO GE CAPITAL INFORMATION TECHNOLOGY SOLUTIONS, INC. D/B/A IKON FINANCIAL SERVICES, QWEST CORP, QWEST COMM CORP, IKON OFFICE SOL.)
599 LEXINGTON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORPORATION AND MICROSOFT LICENSING)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA 98154-1192

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER RHEAUME
(COUNSEL TO SALEM FIVE CENTS SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA 02108

RUSSELL INVESTMENTS
ATTN: ELIOT COHEN
909 A STREET
TACOMA, WA 98402-5120

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA 23103

RUSSIN VECCHI BERG & BERNSTEIN LLP
ATTN: J. FRED BERG JR, ESQ.
(COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC)
380 LEXINGTON AVENUE, SUITE 1518
NEW YORK, NY 10168

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN
(COUNSEL TO SVENSKA, SWEDBANK, ARAB BANK, BANK PEKAO, GL TRADE, BNY, EZE CASTLE & LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY 10020

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK TIMOTHY T. BROCK, & ABIGAIL SNOW
(COUNSEL TO MOODY'S INVESTORS SERVICE & IBM)
230 PARK AVENUE
NEW YORK, NY 10169

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD
(COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 13)
280 KING OF PRUSSIA ROAD
WAYNE, PA 19087

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL, PANTON, CFIP, CURA, TURNBERRY, INVESTCORP ET AL, DIAMOND NOTCH AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEAK & KORZUN, P.C.
ATTN: TIMOTHY J. KORZUN, ESQ.
(COUNSEL TO VOLLERS EXCAVATING & CONSTRUSTION,INC)
1 WASHINGTON CROSSING ROAD
PENNINGTON, NJ 08534

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ AND NED S. SCHODEK, ESQ. (COUNSEL TO BANK OF AMERICA, N.A.)
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SHENWICK & ASSOCIATES
ATTN: JAMES H. SHENWICK, ESQ.
(COUNSEL TO COLLINS BLDG SERVICES & JASON SIN ER)
655 THIRD AVENUE, 20TH FLOOR 20TH FLOOR
NEW YORK, NY 10017

SHEPPARD MULLIN RICHTER & HAMPTON LLP
ATTN: CARREN SHULMAN & RUSSELL RIED ESQS
(COUNSEL FOR THE BANK OF NEW YORK MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY 10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC., GARTNER UK, COMPUTER FINANCIAL CONSULTANTS, TANGOE AND OPEN SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT 06103-1919

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE)
FOUR TIMES SQUARE
NEW YORK, NY 10036

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

STAHL ZELLOE, P.C.
ATTN: RICHARD J. STAHL, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
11350 RANDOM HILLS ROAD, SUITE 700
FAIRFAX, VA 22030

STEPTOE & JOHNSON LLP
ATTN: JOHN H. LOVI AND LARA E. ROMANSIC
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)
750 SEVENTH AVENUE
NEW YORK, NY 10019

STEPTOE & JOHNSON LLP
ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER
(COUNSEL TO KOREA INVESTMENT & SECURITIES CO., LTD AND TRUE FRIEND 4TH SECURITIZATION SPECIALTY CO.)
2121 AVENUE OF THE STARS, SUITE 2800
LOS ANGELES, CA 90067

STEVENS & LEE, P.C.
ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER, LP C/O PARAMOUNT GROUP, INC.)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY 10022

STEVENS & LEE, P.C.
ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS
(COUSEL TO ROYAL BANK OF AMERICA)
485 MADISON AVENUE, 20TH FLOOR
NEW YORK, NY 10022

STINSON MORRISON HECKER LLP
ATTN: DARRELL W. CLARK, ESQ.
(COUNSEL TO EXEGY INCORPORATED)
1150 18TH STREET, NW
SUITE 800
WASHINGTON, DC 20036

STRADLEY RONON STEVENS & YOUNG, LLP
ATTN: PAUL A. PATTERSON, MICHAEL J. CORDONE
AND MARK J. DORVAL
(COUNSEL TO DELAWARE MANAGEMENT HOLDINGS, INC.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA 19103-7098

STREUSAND & LANDON LLP
ATTN: G. JAMES LANDON AND RICHARD D. VILLA
(COUNSEL TO VIGNETTE EUROPE LIMITED)
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701

STREUSAND & LANDON LLP
ATTN: SABRINA L. STREUSAND, ESQ.
(COUNSEL TO DELL MARKETING, L.P.)
816 CONGRESS AVENUE, SUITE 1600
AUSTIN, TX 78701

STROOCK & STROOK & LAVAN LLP
ATTN: MARK A. SPEISER & SHERRY J. MILLMAN
(COUNSEL TO MIZUHO CORPORATE BANK LTD)
180 MAIDEN LANE
NEW YORK, NY 10038

SULLIVAN & CROMWELL LLP
ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN
(COUNSEL TO BARCLAYS CAPITAL, INC.)
125 BROAD STREET
NEW YORK, NY 10004

THE BANK OF NEW YORK MELLON
ATTN: RANJIT MATHER, ROBERT BAILEY
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY 10286

THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1104

THE CHUO MITSUI TRUST AND BANKING CO., LTD
33-1, SHIBA 3-CHOME
MINATO-KU
TOKYO 105-8574, JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611, JAPAN

THE SUMITOMO TRUST & BANKING CO., LTD
ATTN: BRUCE A. ORTWINE, ESQ., GENERAL COUNSEL
527 MADISON AVENUE
NEW YORK, NY 10022

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA 30326

THOMPSON & KNIGHT LLP
ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS
(COUNSEL TO DIRECT ENERGY BUSINESS LLC, CHEVRON NATURAL GAS AND CROSSROADS INVESTMENT ADVISORS)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002-4499

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX 77002

THOMPSON & KNIGHT LLP
ATTN: DAVID M. BENNETT
(COUNSEL TO CROSSROADS INVESTMENT ADVISERS, LP)
1722 ROUTH STREET
SUITE 1500
DALLAS, TX 75201-2533

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND NED BANNON, CORPORATE COUNSEL
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT 06183-4044

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH
(COUNSEL TO BANK OF CHINA)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TROUTMAN SANDERS LLP
ATTN: HOLLACE T. COHEN AND PAUL H. DEUTCH
(COUNSEL TO PT BANK NEGARA INDONESIA)
405 LEXINGTON AVENUE
NEW YORK, NY 10174

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND MICHAEL A. SHINER
(COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL 60601-1003

VEDDER PRICE P.C.
ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
1633 BROADWAY, 47TH FLOOR
NEW YORK, NY 10019

VEDDER PRICE PC
ATTN: MICHAEL J. EDELMAN
(COUNSEL TO PURSUIT CAPITAL PARTNERS MASTER AND PURSUIT OPPORTUNITY FUND I MASTER LTD.)
1633 BROADWAY, 4TH FLOOR
NEW YORK, NY 10019

VINSON & ELKINS LLP ATTN: DOV KLEINER, ESQ.
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY 10103

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF, ESQ, RICHARD G. MASON, ESQ AND JOSHUA A. FELTMAN, ESQ
(COUNSEL TO JPMORGAN CHASE BANK, N.A.)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: AMY WOLF, ESQ.
(COUNSEL TO TISHMAN SPEYER PROPERTIES, LP)
51 WEST 52ND STREET
NEW YORK, NY 10019-6150

WHITE & CASE LLP
ATTN: PHILIP JOHN NICHOLS
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-2787

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER
SUITE 4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL 33131

| | | |
|---|---|---|
| WHITE & CASE LLP<br>ATTN: EVAN C. HOLLANDER, ESQ.<br>(COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA OVERSEAS FUND, LTD.)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WHITE & CASE LLP<br>ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND RICHARD GRAHAM<br>(COUNSEL TO COMMERZBANK AG, NEW YORK AND GRAND CAYMAN BRANCHES)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: MARC ABRAMS, SHELLEY CHAPMAN BENITO ROMANO, JAMIE KETTEN<br>(COUNSEL TO AIG GLOBAL INVESTMENT CORPORATION)<br>NEW YORK, NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP<br>ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS<br>(COUNSEL TO GREEN TREE SERVICING INC.)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.<br>(COUNSEL TO FIR TREE VALUE MASTER FUND, L.P. AND FIR TREE CAPITAL OPPORTUNITY MASTER FUND, L.P.)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: MARC ABRAMS, ESQ.<br>(COUNSEL TO MARSHALL WACE LLP)<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 |
| WILMINGTON TRUST COMPANY<br>ATTN JAMES J MCGINLEY<br>520 MADISON AVE, 33RD FL<br>NEW YORK, NY 10022 | WILMINGTON TRUST FSB<br>ATTN JULIE J BECKER<br>8400 NORMANDALE LAKE BLVD SUITE 925<br>MINNEAPOLIS, MN 55437 | WINSTON & STRAWN LLP<br>ATTN: CAREY D. SCHREIBER<br>(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC) 200 PARK AVENUE<br>NEW YORK, NY 10166-4193 |
| WINSTON & STRAWN LLP<br>ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER<br>(COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC)<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | WOLFF & SAMSON PC<br>ATTN: DAVID N. RAVIN & ROBERT E. NIES<br>(COUNSEL TO MACK-CALI REALTY LP)<br>THE OFFICES AT CRYSTAL LAKE<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | YOUNG WILLIAMS P.A.<br>ATTN: ROBERT L. HOLLADAY, JR.<br>(COUNSEL TO INTECHRA LLC)<br>PO BOX 23059<br>210 E. CAPITOL STREET., SUITE 2000<br>JACKSON, MS 39201 |
| ZEISLER @ZEISLER, P.C.<br>ATTN: GREGORY B. SCHILLER, ESQ.<br>(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)<br>558 CLINTON AVENUE<br>BRIDGEPORT, CT 06605 | ACCOUNT TEMPS<br>12400 COLLECTIONS DRIVE<br>CHICAGO, IL 60693 | ANZ BANKING GROUP<br>MICHAEL HALEVI, DIRECTOR<br>FINANCIAL INSTITUTIONS<br>1177 AVE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| ANZ BANKING GROUP LTD<br>18TH FLOOR KYOBO GUILDING<br>1 CHONGRO 1 KU<br>CHONGRO KA<br>SEOUL, KOREA | AOZORA<br>1-3-1 KUDAN-MINAMI<br>CHIYODA-KU<br>TOKYO, 102-8660 JAPAN | AOZORA BANK LTD<br>C/O KOJI NOMURA<br>JOINT GENERAL MANAGER/FINANCIAL INSTITUTIONS DIV<br>1-3-1 KUDAN MINAMI<br>CHIYODA-KU<br>TOKYO, 102-8660 JAPAN |
| AT&T<br>PO BOX 8100<br>AURORA, IL 60507 | AUSTRALIA AND NEW ZEALAND BANKING GROUP LTD<br>MELBOURNE OFFICE<br>LEVEL 6, 100 QUEEN STREET<br>VICTORIA MELBOURNE, VIC 3000 AUSTRALIA | AUSTRALIA NATIONAL BANK<br>MICHAEL HALEVI<br>1177 AVE OF THE AMERICAS, 6TH FL<br>NEW YORK, NY 10036 |
| BANK OF CHINA, NEW YORK BRANCH<br>ATTN: WILLIAM WARREN SMITH<br>CHIEF LOAN OFFICER, DEPUTY GENERAL MGR<br>410 MADISON AVE<br>NEW YORK, NY 10017 | BANK OF TAIWAN, NEW YORK AGENCY<br>EUNICE S.J. YEH, SVP & GENERAL MGR<br>100 WALL ST, 11TH FL<br>NEW YORK, NY 10005 | BEST KARPET<br>1477 E 357 ST<br>EASTLAKE, OH 44095 |
| BNP PARIBAS<br>C/O FRANK SODANO<br>787 7TH AVE<br>NEW YORK, NY 10019 | CHUO MITSUI TRUST & BANKING<br>NORIYUKI TSUMURA<br>3-33-1 SHIBA, MINATO-KU<br>TOKYO, 105-0014 JAPAN | CITIBANK NA HONG KONG BRANCH<br>C/O MICHAEL MAUERSTEIN<br>MD - FIG<br>388 GREENWICH ST<br>NEW YORK, NY 10013 |
| CITIBANK NA HONG KONG BRANCH<br>FINANCIAL INSTITUTIONS GROUP ASIA PACIFIC<br>44/F CITIBANK TOWER, 3 GARDEN RD<br>CENTRAL HONG KONG, HONG KONG | DEMANN<br>16919 WALDEN<br>CLEVELAND, OH 44128 | DIVISION WATER<br>PO BOX 94540<br>CLEVELAND, OH 44101 |

DNB NOR BANK ASA
ROLF NAGEL DAHL
SVP INTERNATIONAL FINANCIAL INSITITUTIONS
NO-0021
OSLO, NORWAY

DOMINION
PO BOX 26225
RICHMOND, VA 23260

FIRST COMMERCIAL BANK CO, LTD
MALCOLM WANG, DEPUTY GENERAL MANAGER
NEW YORK AGENCY
34TH FL, 750 THIRD AVE
NEW YORK, NY 10017

HUA NAN COMMERCIAL BANK LTD
38 CHUNG-KING SOUTH RD SECTION 1
TAIPEI, TAIWAN

IGS
PO BOX 631919
CINCINNATI, OH 45263-1919

ILLUMINATING
PO BOX 3638
AKRON, OH 44309

KBC BANK
C/O DENIS GRAHAM
125 W 55TH ST
NEW YORK, NY 10019

LLOYDS BANK
ATTN: NICK BRUCE AND JEREMY MATHIS
1251 AVE OF THE AMERICAS, 39TH FL
PO BOX 4873
NEW YORK, NY 10163

MARBLE CARE
5184 RICHMOND RD
CLEVELAND, OH 44146

MIDWEST REALTY ADVISORS LLC
ATTN: JACK CORNACHIO
37848 EUCLID AVE
WILLOUGHBY, OH 44094

MIZUHO CORPORATE BANK LTD
TIMOTHY WHITE, MANAGING DIRECTOR HEAD OF ORIGINATIONS
CORPORATE AND INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

MIZUHO CORPORATE BANK LTD
GLOBAL SYNDICATED FINANCE DIVISION
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8210 JAPAN

MIZUHO CORPORATE BANK LTD
1-3-3, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8210 JAPAN

MIZUHO CORPORATE BANK, LTD
ATTN: TIMOTHY WHITE, MANAGING DIRECTOR
CORPORATE & INVESTMENT BANKING DEPT
1251 AVE OF THE AMERICAS, 32ND FL
NEW YORK, NY 10020-1104

NATIONAL AUSTRALIA BANK
ROSEMARIE O'CANTO
245 PARK AVE, 28TH FL
NEW YORK, NY 10167

NIPPON LIFE INSURANCE CO
TAKAYUKI MURAI, DEPUTY GENERAL MGR
CORPORATE FINANCE DEPT #1
1-6-6, MARUNOUCHI
CHIYODA-KU
TOKYO, 100-8288 JAPAN

NORTHEAST
PO BOX 9260
AKRON, OH 44305

RENTOKIL
8001 SWEET VALLEY DR
VALLEYVIEW, OH 44125

REPUBLIC WASTE
PO BOX 9001826
LOUISVILLE, KY 40290

RMC
PO BOX 31315
ROCHESTER, NY 14603

ROCK-FORTY-NINTH LLC
ATTN: PRESIDENT/SECRETARY
C/O THE ROCKEFELLER GROUP
1221 AVE OF THE AMERICAS
NEW YORK, NY 10020

SHINKIN CENTRAL BANK
8-1, KYOBASHI 3-CHOME CHUO-KU
TOKYO, 104-0031 JAPAN

SHINKIN CENTRAL BANK
SHUJI YAMADA, DEPUTY GENERAL MANAGER
FINANCIAL INSTITUTIONS DEPT
3-7, YAESU 1-CHOME
CHUOKU
TOKYO, 104-0028 JAPAN

SHINSEI BANK LTD
C/O TETSUHIRO TOMATA, GENERAL MGR
FINANCIAL INSTITUTIONS
BUSINESS DIV 2
1-8, UCHISAIWAICHO 2-CHOME
CHIYODA-KU
TOKYO, 100-8501 JAPAN

STANDARD CHARTERED BANK
BILL HUGHES, SVP-FIG
ONE MADISON AVE
NEW YORK, NY 10010-3603

STATLER ARMS GARAGE LLC
1111 EUCLID AVE
CLEVELAND, OH 44115

STEINGASS
754 PROGRESS DRIVE
MEDINA, OH 44256

SUMITOMO MITSUBISHI BANKING CORP
C/O YAS IMAI, SENIOR VP
HEAD OF FINANCIAL INSITUTIONS GROUP
277 PARK AVE
NEW YORK, NY 10172

SUMITOMO MITSUBISHI BANKING CORP
13-6 NIHOBASHI-KODENMA-CHO
CHUO-KU
TOKYO, 103-0001 JAPAN

SVENSKA HANDELSBANKEN
C/O GAIL DOULGAS
153 E 53RD ST, 37TH FL
NEW YORK, NY 10022

TAIPEI FUBON BANK, HEAD OFFICE
NO. 36, SEC 3, NAKING, EAST RD
TAIPEI, TAIWAN

TAIPEI FUBON BANK, NEW YORK AGENCY
ATTN: M.S. WU
100 WALL ST, 14TH
NEW YORK, NY 10005

TD SECURITY
PO BOX 81357
CLEVELAND, OH 44181

THE BANK OF NEW YORK
ATTN: RAYMOND MORISON
ONE CANADA SQUARE
CANARY WHARF
LONDON, E14 5AL ENGLAND

THE BANK OF NEW YORK
ATTN: CHRIS O'MAHONEY
101 BARCLAY STREET
NEW YORK, NY 10286

THE BANK OF NOVA SCOTIA
GOERGE NEOFITIDIS
DIRECTOR FINANCIA INSTITUTIONS GROUP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

THE BANK OF NOVA SCOTIA
SINGAPORE BRANCH
1 RAFFLES QUAY #20-01
ONE RAFFLES QUAY NORTH TOWER 048583
SINGAPORE

TIME WARNER
PO BOX 0901
CAROL STREAM, IL 60132

UFJ BANK LIMITED
C/O STEPHEN SMALL, VP
HEAD OF FINANCIAL INSTITUTIONS
BANK OF TOKYO-MITSUBISHI/UFJ TRUST
1251 AVE OF THE AMERICAS
NEW YORK, NY 10020-1104

UFJ BANK LIMITED
2-7-1, MARUNOUCHI
CHIYODA-KU TOKYO, 100-8388 JAPAN

WCCV
3479 STATE RD
CUYAHOGA FALLS, OH 44223