Theodore B. Stolman (to be admitted *pro hac vice*)
Scott H. Yun (to be admitted *pro hac vice*)
H. Alexander Fisch (to be admitted *pro hac vice*)
Carol Chow (to be admitted *pro hac vice*)
Margreta M. Morgulas (NY State Bar No. 4528907)
**STUTMAN, TREISTER & GLATT**
**PROFESSIONAL CORPORATION**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile:  (310) 228-5788

Attorneys for TPG-Austin Portfolio Holdings LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

**In re**

**LEHMAN BROTHERS HOLDINGS.,** *et al*,

**Debtors.**

-------------------------------------------------------x

**Chapter 11**

**Case No.  08-13555 (JMP)**
**(Jointly Administered)**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the following documents:

**1.    MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE [H. ALEXANDER FISCH] AND ORDER;**

**2.    MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE [THEODORE B. STOLMAN] AND ORDER; and**

**3.    MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE [THEODORE B. STOLMAN] AND ORDER**

were served on the parties listed on the attached Service List by placing true copies of the documents, in a sealed envelope, with first class postage thereon fully prepaid, and depositing the envelopes in the United States mail at Los Angeles, California on November 13, 2008.

480474v1                                        1

Dated: November 13, 2008
　　　　Los Angeles, California

　　　　　　　　　　　　　　　　/s/ Kendra A. Johnson
　　　　　　　　　　　　　　　　KENDRA A. JOHNSON

## SERVICE LIST

**Counsel for Debtor**
Weil Gothsal & Manges LLP
Attn: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153


**Counsel for James W. Giddens, Trustee for SIPA**
Hughes Hubbard & Reed
Attn: Jeffrey . Margolin, Esq.
1 Battery Park Plaza
New York, NY 10004

Office of the U.S. Trustee
Attn: Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004

**Counsel for the Committee of Unsecured Creditors**
Quinn Emanuel, et al.
Attn: James Tecce, Esq.
Susheel Kirpalani, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010