ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone:     (212) 596-9000
Facsimile:     (212) 596-9090
Amy E. Vanderwal (AV-1712)

*Attorneys for Bright Horizons Children's Centers LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re:                                              :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*  :    Case No. 08-13555 (JMP)
                                                    :
          Debtors.                                  :    (Jointly Administered)
------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF
(I) OBJECTION OF BRIGHT HORIZONS CHILDREN'S CENTERS LLC
TO DEBTORS' NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS
NECESSARY TO CURE DEFAULTS UNDER, CONTRACTS AND LEASES TO BE
ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER
AND
(II) OBJECTION OF BRIGHT HORIZONS CHILDREN'S CENTERS LLC TO
MOTION OF BARCLAYS CAPITAL INC. FOR RELIEF CONCERNING CERTAIN
CONTRACTS ERRONEOUSLY POSTED WITH THE "CLOSING DATE
CONTRACTS" AND SUPPLEMENTAL OBJECTION TO DEBTORS' NOTICE OF
ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE
DEFAULTS UNDER, CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED
TO SUCCESSFUL PURCHASER**

PLEASE TAKE NOTICE that Bright Horizons Children's Centers LLC ("Bright Horizons"), by and through its undersigned counsel, hereby withdraws its (i) *Objection of Bright Horizons Children's Centers LLC to Debtors' Notice of Assumption and Assignment Of, and Amounts to Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser* [Docket No. 456] and (ii) *Objection of Bright Horizons Children's Centers LLC to Motion of Barclays Capital Inc. for Relief Concerning Certain*

*Contracts Erroneously Posted with the "Closing Date Contracts" and Supplemental Objection to Debtors' Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser* [Docket No. 888].

Dated: November 14, 2008
      New York, New York

                      ROPES & GRAY LLP

                      By: */s/ Amy E. Vanderwal*
                      Amy E. Vanderwal (AV-1712)
                      1211 Avenue of the Americas
                      New York, New York 10036-8704
                      Telephone: (212) 596-9000
                      Facsimile: (212) 596-9090

                      *Attorneys for Bright Horizons Children's Centers LLC*