Theodore B. Stolman (to be admitted *pro hac vice*)
Scott H. Yun (to be admitted *pro hac vice*)
H. Alexander Fisch (to be admitted *pro hac vice*)
Carol Chow (to be admitted *pro hac vice*)
Margreta M. Morgulas (NY State Bar No. 4528907)
**STUTMAN, TREISTER & GLATT**
**PROFESSIONAL CORPORATION**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile:  (310) 228-5788

Attorneys for TPG-Austin Portfolio Holdings LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------x

| | |
|---|---|
| **In re** | **Chapter 11** |
| | **Case No.  08-13555 (JMP)** |
| **LEHMAN BROTHERS HOLDINGS.,** *et al*, | **(Jointly Administered)** |
| **Debtors.** | |

-----------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vic*e

I, Carol Chow, a member in good standing of the bar of the State of California and the bars of the U.S. District Courts for the Central and Southern Districts of California, requests admission, *pro hac vice*, before the Honorable James M. Peck, to represent TPG-Austin Portfolio Holdings LLC, a creditor in the above referenced case.

My mailing address is:  Stutman, Treister & Glatt Professional Corporation
                                         1901 Avenue of the Stars, 12th Floor
                                          Los Angeles, CA 90067.

My email address cchow@stutman.com.  My telephone and facsimile numbers are 310-228-5600 and 310-228-5788 respectively.

The filing fee of $25.00 has been submitted with the motion for ***pro hac vice*** admission.

480485v1                                                          1

Dated:   November 14, 2008
         Los Angeles, California

　　　　　　　　　　　　　　　　　　　　/s/  Carol Chow
　　　　　　　　　　　　　　　　　Carol Chow (to be admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　STUTMAN, TREISTER & GLATT
　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION
　　　　　　　　　　　　　　　　　Counsel for TPG-Austin Portfolio Holdings, LLC