Theodore B. Stolman (to be admitted *pro hac vice*)
Scott H. Yun (to be admitted *pro hac vice*)
H. Alexander Fisch (to be admitted *pro hac vice*)
Carol Chow (to be admitted *pro hac vice*)
Margreta M. Morgulas (NY State Bar No. 4528907)
**STUTMAN, TREISTER & GLATT**
**PROFESSIONAL CORPORATION**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile:  (310) 228-5788

Attorneys for TPG-Austin Portfolio Holdings LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

|  |  |
|---|---|
| **In re**<br><br>**LEHMAN BROTHERS HOLDINGS.,** *et al*,<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No.  08-13555 (JMP)**<br>**(Jointly Administered)** |

-------------------------------------------------------x

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the following documents:

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE [CAROL CHOW] AND ORDER**

were served on the parties listed on the attached Service List by placing true copies of the documents, in a sealed envelope, with first class postage thereon fully prepaid, and depositing the envelopes in the United States mail at Los Angeles, California on November 14, 2008.


Dated: November 14, 2008
        Los Angeles, California

                                                                /s/ Kendra A. Johnson_____
                                                                KENDRA A. JOHNSON

480488v.1                                            1

SERVICE LIST

Counsel for Debtor
Weil Gothsal & Manges LLP
Attn: Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
767 Fifth Avenue
New York, NY 10153


Counsel for James W. Giddens, Trustee for SIPA
Hughes Hubbard & Reed
Attn: Jeffrey . Margolin, Esq.
1 Battery Park Plaza
New York, NY 10004

Office of the U.S. Trustee
Attn: Andrew D. Velez-Rivera
33 Whitehall Street, 21st Floor
New York, NY 10004

Counsel for the Committee of Unsecured Creditors
Quinn Emanuel, et al.
Attn: James Tecce, Esq.
Susheel Kirpalani, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010