WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (JMP)
                                              :
                    Debtors.                  :   (Jointly Administered)
                                              :
                                              :
-------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF MOTION OF THE**
**DEBTORS' APPLICATION TO EMPLOY AND RETAIN LAZARD FRERES & CO.**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors' Application for Interim and Final Orders Authorizing the Debtors to Employ and Retain Lazard Freres & Co. LLC as Investment Banker to the Debtors *Nunc Pro Tunc* to the Commencement Date (the "Motion") Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure [Docket No. 1513], which was scheduled for November 20, 2008, at 10:00 a.m., **has been adjourned to December 16, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.  The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the

Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion are due on or before December 11, 2008 at 4:00 p.m.

Dated: November 14, 2008
      New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession