WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                        :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,      :    **08-13555 (JMP)**
:
Debtors.                                          :    (Jointly Administered)
:
:
------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF MOTION OF NEW YORK
### STATE COMPTROLLER FOR APPOINTMENT OF A TRUSTEE OR,
### IN THE ALTERNATIVE, AN EXAMINER WITH EXPANDED POWERS

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of the New York State Comptroller for Appointment of a Trustee or, in the Alternative, an Examiner with Expanded Powers [Docket No. 1376] (the "Motion"), which was scheduled for December 3, 2008, at 10:00 a.m., **has been adjourned to January 14, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

NY2:\1937279\01\15$TB01!.DOC\58399.0003

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion are due on or before January 9, 2009 at 4:00 p.m.

Dated: November 14, 2008
      New York, New York

    /s/ Shai Y. Waisman
    Harvey R. Miller
    Shai Y. Waisman

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession