**ADJOURNED HEARING DATE: December 3, 2008 at 10:00 a.m.**

Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 310-3999

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re**                                                          :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :        **08-13555 (JMP)**
:
**Debtors.**                                    :        **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF BARCLAYS CAPITAL**
**INC. FOR RELIEF CONCERNING CERTAIN CONTRACTS ERRONEOUSLY**
**POSTED WITH THE "CLOSING DATE CONTRACTS"**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of

Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the

"Closing Date Contracts" (D.I. 809), which was scheduled to be heard on November 20, 2008 at

10:00 a.m., has been adjourned to **December 3, 2008 at 10:00 a.m.**, or as soon thereafter as

counsel may be heard (the "Adjourned Hearing").  The Adjourned Hearing will be held before

the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated:  New York, New York
        November 14, 2008

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By:  /s/ Lindsee P. Granfield
    Lindsee P. Granfield
    Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*