ALLEN & OVERY LLP
Ken Coleman
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel for Various Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
Lehman Brothers Holdings Inc., *et al.*,              : Case No. 08-13555 (JMP)
                                                      :
          Debtors.                                    : (Jointly Administered)
                                                      :
------------------------------------------------------------------------x

# VERIFIED STATEMENT OF MULTIPLE CREDITOR REPRESENTATION
# UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

Allen & Overy LLP ("Allen & Overy"), hereby makes the following statement (the "Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure:

1. Allen & Overy is the law firm representing the creditors (the "Creditors") listed in Exhibit A hereto, in connection with certain claims in the above-referenced bankruptcy cases (the "Cases").

2. Allen & Overy is employed as counsel or co-counsel for the Creditors, and may also represent the Creditors on matters unrelated to the Cases.

3. The specific nature and amounts of the claims or interests held by the Creditors and/or certain of their subsidiaries and affiliates will be set forth in proofs of claim filed against the above-captioned debtors' (the "Debtors") estates.

4. The Creditors may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Allen & Overy's

representation of the Creditors.

5. Each of the Creditors separately requested that Allen & Overy represent them in connection with the Cases.

6. Allen & Overy may represent or advise, or may have represented or advised other parties in interest with respect to the Cases that have not been included in the Statement because such representations have been concluded or because they are not creditors in the Cases.

7. Allen & Overy may hold a claim against the Debtors for fees and costs incurred for legal services rendered to the Debtors prior to the commencement of these Cases.

8. Allen & Overy reserves the right to supplement this Statement as necessary.

Dated: New York, New York
November 14, 2008

ALLEN & OVERY LLP

By: /s/ Ken Coleman
Ken Coleman
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Email: Ken.Coleman@allenovery.com

*Counsel for Various Creditors*

I, Ken Coleman, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

                        By: /s/ Ken Coleman
                        Ken Coleman

Executed this 14th day of November, 2008

NY:4220198.1           3