# **EXHIBIT A**

1. Bank of China
   c/o Bank of China New York Branch
   410 Madison Avenue
   New York, NY 10017

2. Bank of Taiwan
   c/o Bank of Taiwan, New York Agency
   100 Wall Street, 11th Floor
   New York, NY 10005

3. First Commercial Bank Co., Ltd. New York Agency
   750 3rd Avenue, 34th Floor
   New York, NY 10017

4. HSBC Bank USA, National Association
   452 Fifth Avenue
   New York, NY 19801