Richard J. Mason
Shawn R. Fox
Paul J. Catanese
MCGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, New York 10105
Telephone: (212) 548-2100
Facsimile:  (212) 548-2150

*Counsel to Meridian Comp Of New York, Inc.
D/B/A CHD Meridian Healthcare*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:   : <br><br> LEHMAN BROTHERS HOLDINGS, INC., et al., <br><br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> Jointly Administered |
| SECURITIES INVESTOR PROTECTION <br> CORPORATION,     : <br><br> Plaintiff, <br><br> v. <br><br> LEHMAN BROTHERS INC. <br> Debtor. | Adversary Proceeding No. <br><br> 08-01420 |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE
OF MOTION FOR AN ORDER (I) COMPELLING
PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSES; AND
<u>(II) COMPELLING ASSUMPTION OR REJECTION OF CONTRACT</u>**

PLEASE TAKE NOTICE that Meridian Comp of New York, Inc. D/B/A CHD Meridian

Healthcare hereby withdraws without prejudice its Motion for entry of an order: (1) compelling

immediate payment of post-petition administrative expenses, and (2) compelling assumption or

rejection of a certain healthcare and software contract (D.I. 1124 in Case No. 08-13555 (JMP) and D.I. 152 in Case. No. 08-01420(JMP) SIPA).

| | |
|---|---|
| Dated: November 14, 2008<br>New York, New York | Respectfully Submitted,<br><br>/s/ Shawn R. Fox<br>Richard J. Mason<br>Shawn R. Fox<br>Paul J. Catanese<br>McGUIREWOODS LLP<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Telephone: (212) 548-2100<br>Facsimile: (212) 548-2150<br><br>*Counsel to Meridian Comp Of New York, Inc.*<br>*D/B/A CHD Meridian Healthcare* |