Anne M. Aaronson (AA 1679)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Tel: (212) 808-2700
Fax: (212) 286-9806

-and-

Michael H. Friedman
Leon R. Barson
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750

Attorneys for Pitcairn Properties Holdings, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

**MOTION AND ORDER FOR ADMISSION TO PRACTICE
*PRO HAC VICE* OF LEON R. BARSON**

I, Leon R. Barson, admitted to practice before the Supreme Court of Pennsylvania and the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Eastern District of Pennsylvania, the Middle District of Pennsylvania and the Western District of Michigan, and a member in good standing of the Bars of these Courts, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Pitcairn Properties Holdings, Inc. in the above-captioned cases, together with any proceedings related thereto.

#10268199 v1

My business address, telephone number and e-mail address are:

Leon R. Barson, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
barsonl@pepperlaw.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

_____
Leon R. Barson
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
Barsonl@pepperlaw.com

Dated: November 17, 2008                         Attorneys for Pitcairn Properties Holdings, Inc.


### ORDER GRANTING MOTION *PRO HAC VICE* OF LEON R. BARSON

IT IS HEREBY ORDERED that Leon R. Barson, Esq. is admitted to practice, *pro hac vice,* in the above-captioned cases, as well as all other proceedings related thereto, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date:_____              _____
         New York, New York                               United States Bankruptcy Judge

#10268199 v1