Anne M. Aaronson (AA 1679)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
Tel:  (212) 808-2700
Fax: (212) 286-9806

-and-

Michael H. Friedman
Leon R. Barson
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
Tel:  (215) 981-4000
Fax: (215) 981-4750

Attorneys for Pitcairn Properties Holdings, Inc.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2008, copies of the

Motion And Order For Admission To Practice *Pro Hac Vice* Of Leon R. Barson were served

upon the parties on the attached service list via first class mail, postage prepaid.

/s/ Anne M. Aaronson
Anne M. Aaronson (AA 1679)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
aaronsona@pepperlaw.com

Dated:  November 17, 2008                    Attorneys for Pitcairn Properties Holdings, Inc.

#10268199 v1

Creditors' Committee
c/o Dennis F. Dunne, Esquire
Luc A. Despins, Esquire
Wilbur F. Foster, Jr., Esquire
Milbank Tweed Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY  10005

SIPC Trustee
c/o James B. Kobak, Esquire
David Wiltenburg, Esquire
Jeff Margolin, Esquire
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY  10004

LBHI
c/o Lori R. Fife, Esquire
Shai Y. Waisman, Esquire
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY  10153-0119

BCI
c/o Lindsee P. Granfield, Esquire
Lisa M. Schweitzer, Esquire
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY  10006

Tracy Hope Davis
Andrew D. Velez-Rivera
Office of the U. S. Trustee
33 Whitehall Street
21st Floor
New York, NY  10004

#10255970 v1

Official Committee of Unsecured Creditors
c/o James Tecce, Esquire
Susheel Kirpalani, Esquire
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue
22nd Floor
New York, NY  10010