UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    08-13555 (JMP)
:
Debtors.                    :    Jointly Administered
:
----------------------------------------------------------x

## PROOF OF SERVICE - DNB BANK/DISNEY/CONFLICT COUNSEL



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re                                                         :   Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :   08-13555 (JMP)
                                                              :
                            Debtors.                          :   Jointly Administered
                                                              :
------------------------------------------------------------- x

## PROOF OF SERVICE - DNB BANK/DISNEY/CONFLICT COUNS

**Certificate of Mailing 1:**
Received From: Lin Kunz, India St PO Box 1801, Nantucket Island, 02554
One piece of ordinary mail addressed to: Milbank, Tweed, Hadley, & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005
U.S. Postage Paid, Hyannis, MA 02601, Oct 31, '08, Amount $1.10

**Certificate of Mailing 2:**
Received From: Lin Kunz, PO Box 1801 India St, Nantucket Island, MA 02554
One piece of ordinary mail addressed to: Sullivan & Cromwell LLP, 125 Broad Street, New York, New York 10004
U.S. Postage Paid, Hyannis, MA 02601, Oct 31, '08, Amount $1.10

**Certificate of Mailing 3:**
Received From: Lin Kunz, PO Box 1801 India St, Nantucket Island, MA 02554
One piece of ordinary mail addressed to: United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004
U.S. Postage Paid, Hyannis, MA 02601, Oct 31, '08, Amount $1.10



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 0390 0006 3293 9925**
Detailed Results:
- Delivered, November 03, 2008, 12:04 pm, NEW YORK, NY 10153
- Acceptance, October 31, 2008, 1:47 pm, HYANNIS, MA 02601

( < Back )   ( Return to USPS.com Home > )



**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

NEW YORK NY 10153   OFFICIAL USE

| | |
|---|---|
| Postage | $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.12 |

Postmark Here    OCT 31 2008    10/31/2008

Sent To: Weil Gotshal & Manges LLP, 767 Fifth Avenue,
Street, Apt. No.; or PO Box No.    New York, New York 10153

7005 0390 0006 3293 9925

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                                    11/10/2008