**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | § § | Case No. 08-13555 (JMP) |
| Debtor | § § § | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) SS:
COUNTY OF NEW YORK )

      Yolanda Perez, being duly sworn deposes and says:

      1.    That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of Bingham McCutchen LLP with a place of business located at 399 Park Avenue, New York, New York 10022.

      2.    That on the 13th day of November, 2008, I caused to be served by first class mail a true copy of the following document upon those parties listed on the attached Service List A:

*Limited Objection of the Harbinger Funds to Debtors' Motion Pusuant to Bankruptcy Rule 1007(c) to Further Extend the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents..*

                                                     /s/Yolanda Perez
                                                      Yolanda Perez

Sworn to before me this
14th day of November, 2008

/s/Patricia A. Wright
Notary Public, State of New York
No. 4901229
Qualified in New York County
Commission Expires on July 27, 2009

A/72752031.1

## Service List A

| | |
|---|---|
| WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Fax. No.: 212.310.8007<br>Attn:  Richard P. Kransnow<br>    Lori R. Fife<br>    Shai Y. Waisman<br>    Jacqueline Marcus | THE OFFICE OF THE U.S. TRUSTEE<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004<br>Fax No.: 212.668.2255<br>Attn:  Andy Velez-Rivera<br>    Paul Schwartzberg<br>    Brian Masumoto<br>    Linda Rifkin<br>    Tracy Hope Davis |
| MILBANK, TWEED, HADLEY & McCLOY LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>Fax No.: 212.530.5219<br>Attn: Dennis F. Dune<br>    Dennis O'Donnell<br>    Evan Fleck | |

A/72752031.1