Fredric Sosnick
James L. Garrity, Jr.
William J.F. Roll, III
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Bank of America, N.A. and its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
: 
In re: : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC., et al.,** : Case No. 08 – 13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
: 
------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON THE JOINDER OF BANK OF AMERICA, N.A. IN THE MOTION OF THE WALT DISNEY COMPANY FOR THE APPOINTMENT OF AN EXAMINER PURSUANT TO SECTION 1104(c)(2) OF THE BANKRUPTCY CODE

PLEASE TAKE NOTICE that the hearing on the relief requested in the Joinder of Bank of America, N.A. to the Motion of The Walt Disney Company for the Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code (Docket No. 1302) which was previously scheduled to be heard on November 18, 2008 at 10:00 a.m., shall be heard by Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, Room 601, on **January 14, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

NYDOCS03/873780.3

Dated: New York, New York
November 17, 2008

                                     SHEARMAN & STERLING LLP

                                     By: /s/ Fredric Sosnick
                                          Fredric Sosnick
                                          James L. Garrity, Jr.
                                          William J.F. Roll, III

                                    599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Bank of America, N.A. and its Affiliates