David W. Dykhouse
Brian P. Guiney
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.* : Case No. 08-13555 (JMP)
: 
Debtors. : Jointly Administered
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### REQUEST FOR ALL NOTICES AND DEMAND FOR SERVICE OF PAPERS

Asbury Atlantic, Inc. and Asbury-Solomons, Inc. (together, "Asbury"), a party in interest in the case, hereby requests notice of all hearings and conferences in this case and copies of all papers herein including all papers and notices pursuant to Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and including, without limitation, schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statements, applications (including applications for compensation), motions, proposed orders, conformed copies of orders, complaints and other pleadings, objections and other requests, formal and informal, whether written or oral and whether transmitted by mail, fax, e-mail, telephone or otherwise. All such notices and papers should be directed to the attorneys for Asbury at the address set forth below.

3067144v.2

Neither this Request nor its filing and service shall constitute: (1) the consent of Asbury to the jurisdiction of this Court over it for any purpose, or (2) a waiver by Asbury of (a) the right to have matters reviewed *de novo* by the District Court or the reference thereof withdrawn, (b) the right to trial by jury or (c) any other rights, remedies, claims, setoffs or recoupments, all of which Asbury reserves to the full extent of the law.

Dated:  New York, New York
        November 17, 2008

Respectfully submitted,

**PATTERSON BELKNAP WEBB & TYLER LLP**
Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.


By: /s/David W. Dykhouse
        David W. Dykhouse
1133 Avenue of the Americas
New York, New York 10036-6710
Telephone:  (212) 336-2000
Fax:  (212) 336-2222