Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
7 Penn Plaza, Suite 600
New York, New York 10001
(212) 684-0199
Fax: (212) 684-0197
dflanigan@polsinelli.com

David D. Ferguson
Polsinelli Shalton Flanigan Suelthaus PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri  64112
(816) 753-1000
Fax: (816) 753-1536
dferguson@polsinelli.com

Neal Schwarzfeld
Penn Proefriedt Schwarzfeld & Schwartz
114 West 47th Street - 19th Floor
New York, New York 10036
Tel: (212) 354-7700
Fax: (212) 997-5070
nschwarzfeld@pennprolaw.com

ATTORNEYS FOR ABRAHAM KAMBER & COMPANY LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

**In re:**

**LEHMAN BROTHERS HOLDINGS,**
**INC., et al.,**

       **Debtors.**

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

     **Chapter 11**

     **Case No.:  08-13555 (JMP)**

     **(Jointly Administered)**

## <u>CERTIFICATE OF SERVICE</u>

  I, Daniel J. Flanigan, hereby certify that true and correct copies of the *Motion* and *Notice of*

*Motion of Abraham Kamber & Company LLC for Determination that the Automatic Stay Does*

*Not Apply or, in the Alternative, for Relief from the Automatic Stay* and the *Motion for Admission*

*of David D. Ferguson to Practice , Pro Hac Vice* were served on the 5th day of November, 2008,

electronically to Debtors' counsel and all parties on the attached Service List that are registered

to receive ECF notification from the Court, and served on the 6th day of November, 2008, by

First Class United States mail, postage prepaid, to the U.S. Trustee and all parties who have

requested notice but are not registered to receive ECF notification from the Court, addressed as

they appear on the attached Service List.


Respectfully Submitted,

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC


By: */s/  Daniel J. Flanigan*
     DANIEL J. FLANIGAN
     7 Penn Plaza, Suite 600
     New York, New York 10001
     (212) 684-0199
     Fax No. (212) 684-0197

     DAVID D. FERGUSON
     700 West 47the Street, Suite 1000
     Kansas City, Missouri 64112-1802
     (816) 360-4311
     Fax No. (816) 753-1536

     NEAL SCHWARZFELD
     Penn Proefriedt Schwarzfeld & Schwartz
     114 West 47th Street - 19th Floor
     New York, New York 10036
     (212) 354-7700
     Fax (212) 997-5070
     Email nschwarzfeld@pennprolaw.com

ATTORNEYS FOR ABRAHAM KAMBER &
COMPANY LLC

## SERVICE LIST

### ECF

Marc Abrams     maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker     acker@chapman.com

Luma Al-Shibib     lalshibib@reedsmith.com

Colin B. Albaugh     albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso     aalfonso@kayescholer.com

George Angelich     angelich.george@arentfox.com, angelich.george@arentfox.com

John R. Ashmead     ashmead@sewkis.com

Lauren Attard     lattard@kayescholer.com, lattard@kayescholer.com;
rcappiello@kayescholer.com; rrotman@kayescholer.com

Donald M. Badaczewski     donald.badaczewski@dechert.com

Elizabeth Banda     kwilliams@pbfcm.com

Lawrence Bass     lawrence.bass@hro.com

T. Scott Belden     sbelden@kleinlaw.com, imedelli@kleinlaw.com; srucker@kleinlaw.com;
kfryer@kleinlaw.com

Christopher Robert Belmonte     cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer     hbeltzer@morganlewis.com

Walter Benzija     wbenzija@halperinlaw.net

Martin J. Bienenstock     martin.bienenstock@dl.com, tkarcher@dl.com; haaronson@dl.com;
lsaal@dl.com;lcassey@dl.com

Michael V. Blumenthal     mblumenthal@crowell.com

Timothy W. Brink     timothy.brink@dlapiper.com

James L. Bromley     maofiling@cgsh.com;soneal@cgsh.com

Andrew P. Brozman     andrew.brozman@cliffordchance.com

Martin G. Bunin     marty.bunin@alston.com

Aaron R. Cahn     cahn@clm.com

Matthew Allen Cantor     info2@normandyhill.com

Michael D. Capozzi     mcapozzi@ingramllp.com

John F. Carberry     jcarberry@cl-law.com, dsantos@cl-law.com

Lawrence F. Carnevale     bankruptcy@clm.com, murphy@clm.com

James S. Carr     KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman     maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski     eugene.chikowski@flastergreenberg.com

Shawn M. Christianson     schristianson@buchalter.com, cmcintire@buchalter.com

Darrell W. Clark     dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Hollace T. Cohen     hollace.cohen@troutmansanders.com

Ronald L. Cohen     cohenr@sewkis.com

Kenneth P. Coleman     kurt.vellek@allenovery.com, daniel.guyder@allenovery.com;
tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins     pcollins@farrellfritz.com

Kenneth Corey-Edstrom     kcoreyedstrom@larkinhoffman.com

Patrick M. Costello     pcostello@bbslaw.com

Steven Cousins     scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo     dcrapo@gibbonslaw.com

David A. Crichlow     dcrichlow@pillsburywinthrop.com

Maureen A. Cronin     macronin@debevoise.com, hsokolow@debevoise.com;
dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley     leo.crowley@pillsburylaw.com

Vincent D'Agostino     vdagostino@lowenstein.com

Israel Dahan     allison.dipasqua@cwt.com

George A. Davis     wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo     pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco     jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.     gabriel.delvirginia@verizon.net

Bradford E. Dempsey     brad.dempsey@hro.com

Christopher M. Desiderio     cdesiderio@nixonpeabody.com,
nyc.managing.clerk@nixonpeabody.com

Paul H. Deutch     paul.deutch@troutmansanders.com, harriet.cohen@troutmansanders.com;
brett.goodman@troutmansanders.com

Mark W. Deveno     mark.deveno@bingham.com, pat.wright@bingham.com

Joshua Dorchak     joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval     mdorval@stradley.com

Amish R. Doshi     adoshi@daypitney.com

Thomas Alan Draghi     tdraghi@westermanllp.com

Dennis J. Drebsky     ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk     rdremluk@seyfarth.com, pbaisier@seyfarth.com, lravnikar@seyfarth.com,
dchristian@seyfarth.com

Matthew Dyer     bkmail@mrdefault.com

Michael James Edelman     mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

Daniel Eggermann     deggermann@kramerlevin.com

Devon Eggert     deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers     sehlers@armstrongteasdale.com

Jeremy D. Eiden     jeremy.eiden@state.mn.us

Charles R. Ekberg      ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen      eleliasen@stoel.com, basargent@stoel.com

Mark C. Ellenberg      mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;
betty.comerro@cwt.com

David Elrod      delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Michael R. Enright      menright@rc.com

Andrew J. Entwistle      aentwistle@entwistle-law.com, tmaloney@entwistle-law.com;
mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;
scasey@entwistle-law.com;jporter@entwistle-law.com

Michael S. Etkin      metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar      mfarquhar@winstead.com, whsu@winstead.com

Matthew Allen Feldman      maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi      charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman      sfineman@lchb.com

Eric Fisher      fishere@butzel.com

Daniel J. Flanigan      dflanigan@polsinelli.com, tbackus@polsinelli.com

Charles H. Fleischer      cfleischer@ofqlaw.com, aswaim@ofqlaw.com

Robert M. Fleischer      rfleischer@pryorcashman.com, docketing@pryorcashman.com

Abbe F. Fletman      abbe.fletman@flastergreenberg.com

Martin N. Flics      martin.flics@linklaters.com, shauin.wang@linklaters.com;
casey.bell@linklaters.com

Shawn Randall Fox      sfox@mcguirewoods.com

Mark Freedlander      mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

David M. Friedman      ffigueroa@kasowitz.com

Ellen A. Friedman      mmyles@friedumspring.com

Kenneth Friedman      kfriedman@manatt.com

Michael Friedman      mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa      tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza      Agamza@mosessinger.com, dkick@mosessinger.com;
dbutvick@mosessinger.com

Anthony I. Giacobbe      agiacobbe@zeklaw.com

Steven D. Ginsburg      sdg@adorno.com, smmartinez@adorno.com; ctatelbaum@adorno.com;
jalper@adorno.com

Steven A. Ginther      sdnyecf@dor.mo.gov

Joseph M. Gitto      jgitto@nixonpeabody.com

Eduardo J. Glas      eglas@mccarter.com

Andrew C. Gold      AGOLD@HERRICK.COM

Matthew J. Gold      mgold@kkwc.com, mattgoldesq@optonline.net

Richard L. Gold      RLGold1977@aol.com

Irena M. Goldstein      igoldstein@dl.com

Antonia Golianopoulos      agolianopoulos@mayerbrownrowe.com

Andrew J. Goodman      agoodman@gsblaw.com

Todd M. Goren      tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield      maofiling@cgsh.com, lgranfield@cgsh.com; aluft@cgsh.com;
racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;
mmarler@cgsh.com

Ira S. Greene      isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo      egrillo@goodwinprocter.com

Steven T. Gubner      ecf@ebg-law.com

Paul C. Gunther      pgunther@salans.com, nkhalatova@salans.com

Alan D. Halperin     ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;
cbattaglia@halperinlaw.net; spark@halperinlaw.net

Howard R. Hawkins     howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Dion W. Hayes     phayden@mcguirewoods.com; jsheerin@mcguirewoods.com;
kcain@mcguirewoods.com

James M. Heiser     heiser@chapman.com

Sally M. Henry     Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman     ira.herman@tklaw.com

Neil E. Herman     Nherman@morganlewis.com

Robert M. Hirsh     hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Robert L. Holladay     rob.holladay@youngwilliams.com

Eric H. Horn     ehorn@lowenstein.com, elawler@lowenstein.com

Frederick D. Hyman     fhyman@mayerbrownrowe.com

Robbin L. Itkin     ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

John J. Jolley     jay.jolley@kutakrock.com

John E. Jureller     jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden     gkaden@goulstonstorrs.com

Richard S. Kanowitz     rkanowitz@cooley.com

Dimitri G. Karczazes     dimitri.karczazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman     dkasselman@kasselman-law.com

Robin Elizabeth Keller     insolvency@stroock.com;docketing@stroock.com

J. Michael Kelly     kellyjm@cooley.com

Christopher K. Kiplok     kiplok@hugheshubbard.com

Barry R. Kleiner     dkleiner@velaw.com

Howard Koh     hkoh@meisterseelig.com

Robert Kolodney     rkolodney@kanekessler.com

Timothy J. Korzun     sheakkorzun@comcast.net

Deborah Kovsky-Apap     kovskyd@pepperlaw.com, kressk@pepperlaw.com,
wisotska@pepperlaw.com

Greg T. Kupniewski     greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman     jkurtzma@klehr.com

Darryl S. Laddin     bkrfilings@agg.com

Robert Laplaca     rlaplaca@levettrockwood.com

Francis J. Lawall     lawallf@pepperlaw.com

David M. LeMay     dlemay@chadbourne.com

Stephen D. Lerner     slerner@ssd.com

Ira M. Levee     ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal     shari.leventhal@ny.frb.org

Richard B. Levin     rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan     jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin     JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com

Fredrick J. Levy     flevy@olshanlaw.com, ssallie@olshanlaw.com; rsalnave@olshanlaw.com;
mmarck@olshanlaw.com

Richard Levy     rlevy@pryorcashman.com

Leo V. Leyva     lleyva@coleschotz.com

Michael Liberman     mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov     liebovd@sullcrom.com

Demetra Liggins     demetra.liggins@tklaw.com

Joanne K. Lipson    jlipson@crockerkuno.com, ttracy@crockerkuno.com;
nancy@crockerkuno.com

Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello    elobello@blankrome.com, senese@blankrome.com;
nmorales@blankrome.com

Sarah K. Loomis    loomis@hugheshubbard.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman    dludman@brownconnery.com

Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com; sakelly@pbnlaw.com;
jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.com;wdbailey@pbnlaw.com

Christopher J. Major    cmajor@rc.com, tanderson@rc.com

Robert K. Malone    robert.malone@dbr.com

Beverly Weiss Manne    bmanne@tuckerlaw.com

Julie A. Manning    bankruptcy@goodwin.com

Jacqueline Marcus    jacqueline.marcus@weil.com

Alan E. Marder    lgomez@msek.com

Jeffrey S. Margolin    margolin@hugheshubbard.com

Lorenzo Marinuzzi    lmarinuzzi@mofo.com

Rosanne Thomas Matzat    jcerbone@hahnhessen.com; kcraner@hahnhessen.com;
jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigano@hahnhessen.com;
zvirani@hahnhessen.com

Douglas Kirk Mayer    dkmayer@wlrk.com, dkmayer@wlrk.com

Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy      lehman.chapter11@dpw.com

Douglas J. McGill      douglas.mcgill@dbr.com

Frank McGinn      ffm@bostonbusinesslaw.com

Lorraine S. McGowen      lmcgowen@orrick.com

Michelle McMahon      michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Michelle A. Mendez      mmendez@hunton.com

Michael T. Mervis      Mmervis@proskauer.com, Mmervis@proskauer.com;
LSONYSB@proskauer.com

Richard M. Meth      msteen@daypitney.com

Brett H. Miller      bmiller@mofo.com

Harvey R. Miller      harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken      kmisken@mcguirewoods.com

Joseph Thomas Moldovan      bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Thomas J. Moloney      maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery      cmontgomery@salans.com; apabon@salans.com;
nkhalatova@salans.com

Joshua D. Morse      morsej@hbdlawyers.com

Steven T. Mulligan      smulligan@bsblawyers.com

Roger David Netzer      maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman      snewman@katskykorins.com

Robert E. Nies      rnies@wolffsamson.com

Timothy F. Nixon      tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Mark D. Northrup      mnorthrup@GrahamDunn.com, dpurdy@GrahamDunn.com

Harold S. Novikoff      hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Kalman Ochs      ochska@ffhsj.com

Karen Ostad      kostad@mofo.com

Jody Michelle Oster      ECF.Oster@huntington.com

Alec P. Ostrow      apo@stevenslee.com

R. Stephen Painter      spainter@cftc.gov

Charles Palella      cpalella@kurzman.com

Steven W. Perlstein      steven.perlstein@kobrekim.com

Thomas Pietrantonio      pietrantoniolaw@optonline.net

Sydney G. Platzer      splatzer@platzerlaw.com

Frederick B. Polak      lml@ppgms.com

John N. Poulos      poulos@hugheshubbard.com

Constantine Pourakis      cp@stevenslee.com

William C. Price      wprice@mcguirewoods.com

Jonathan I. Rabinowitz      jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy      araboy@cov.com

John J. Rapisardi      john.rapisardi@cwt.com, zachary.smith@cwt.com;
megan.cummins@cwt.com; agnes.wysoczanski@cwt.com; james.mcdonnell@cwt.com;
scott.greenberg@cwt.com;betty.comerro@cwt.com;sohyoung.choo@cwt.com

Paul L. Ratelle      pratelle@fwhtlaw.com

Ira A. Reid      ira.a.reid@bakernet.com

Steven J. Reisman      sreisman@curtis.com, jbarucha@curtis.com; webmaster@docketware.com;
ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@curtis.com

Howard D. Ressler      hressler@diamondmccarthy.com

Kenneth A. Reynolds      kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;
tcard@mklawnyc.com

Alexander G. Rheaume     arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich     jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards     mrichards@blankrome.com

Dirk S. Roberts     dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler     mroeschenthaler@mcguirewoods.com

Elizabeth L. Rose     erose@herrick.com, erose@herrick.com

George Rosenberg     grosenberg@co.arapahoe.co.us

Kermit A. Rosenberg     krosenberg@tighepatton.com

Edward M. Rosensteel     info@rosebeck.com

David A. Rosenzweig     DRosenzweig@Fulbright.com

David S. Rosner     ffigueroa@kasowitz.com;dfliman@kasowitz.com

Douglas B. Rosner     drosner@goulstonstorrs.com

Rene S. Roupinian     rroupinian@outtengolden.com

Barry J Roy     broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky     srutsky@proskauer.com

Chester B. Salomon     cs@stevenslee.com

Diane W. Sanders     austin.bankruptcy@publicans.com

Lori K. Sapir     lsapir@ssghlaw.com

Kim Sherrie Sawyer     gharnett@tlsgltd.com

Gregory B. Schiller     gschiller@zeislaw.com

Michael L. Schleich     mschleich@fslf.com

Carey D. Schreiber     cschreiber@winston.com

Christopher P. Schueller     christopher.schueller@bipc.com, timothy.palmer@bipc.com; donna.curcio@bipc.com

Dan Jeremy Schulman      dschulman@salans.com

Jeffrey L. Schwartz      jdivack@hahnhessen.com; jcerbone@hahnhessen.com;
kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com

Lisa M. Schweitzer      lschweitzer@cgsh.com, maofiling@cgsh.com; jmoss@cgsh.com;
jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Howard Seife      arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst      sselbst@herrick.com, courtnotices@herrick.com

Andrea Sheehan      sheehan@txschoollaw.com, coston@txschoollaw.com; ashee1@yahoo.com;
garza@txschoollaw.com

Joseph E. Shickich      jshickich@riddellwilliams.com

Glenn E. Siegel      Glenn.Siegel@dechert.com

Paul H. Silverman      PSilverman@mclaughlinstern.com

Peter L. Simmons      peter.simmons@friedfrank.com

Keith A. Simon      keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome      lgomez@msek.com

Edward Smith      easmith@venable.com

Elizabeth Page Smith      esmith@llgm.com, strum@dl.com

Abigail Snow      asnow@ssbb.com

Fredric Sosnick      fsosnick@shearman.com, karen.park@shearman.com,
randy.martin@shearman.com, jennifer.lin@shearman.com

Mark A. Speiser      mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse      msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart      steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein      msternstein@sheppardmullin.com

Brent C. Strickland      bstrickland@wtplaw.com

Harvey A. Strickon    harveystrickon@paulhastings.com, frankdagostino@paulhastings.com;
lawrencemehringer@paulhastings.com

James Tecce    jamestecce@quinnemanuel.com

Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;
klafiura@lowenstein.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer    ktomer@goodwinprocter.com

Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com;
gwilley@mayerbrown.com

Sarah Trum    strum@dl.com, lsaal@dl.com

Brian Trust    btrust@mayerbrown.com

Raymond J. Urbanik    rurbanik@munsch.com

Michael J. Venditto    mvenditto@reedsmith.com

Raymond W. Verdi    hellerverdi@aol.com

Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com

Shai Waisman    shai.waisman@weil.com, amanda.hendy@weil.com;
philip.weintraub@weil.com; rachel.albanese@weil.com; jae.kim@weil.com;
ilusion.rodriguez@weil.com; sherri.toub@weil.com; camisha.simmons@weil.com;
victoria.vron@weil.com; julio.gurdian@weil.com; matthew.curro@weil.com;
michele.meises@weil.com

Josephine Wang    jwang@sipc.org

Rochelle R. Weisburg    rochellew@shiboleth.com

John W. Weiss    weissjw@gtlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David B. Wheeler    davidwheeler@mvalaw.com

Timothy Raymond Wheeler    twheeler@lowenstein.com

Lee Papachristou Whidden      lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski      stephanie.wickouski@dbr.com, jschwartz@gcd.com,
kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Deborah D. Williamson      dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson      KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson      efile@willaw.com

Amy R. Wolf      arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne      richard_wynne@kirkland.com;sperry@kirkland.com

Erin Zavalkoff      ezavalkoff-babej@vedderprice.com, ecfnydocket@vedderprice.com

Peter Alan Zisser      jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski      ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg      azylberberg@whitecase.com, jdisanti@whitecase.com;
mcosbny@whitecase.com

## U.S. MAIL

Bradford M. Berry
Office of General Counsel
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Kenneth J. Caputo
805 Fifteenth Street, NW
Washington, DC 20005-2207

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

Epiq Bankruptcy Solutions, LLC Claims
Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Eric Fisher
Bragar Wexler Eagle & Morgenstern, P.C.
885 Third Avenue, Suite 3040
New York, NY 10022

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10022

Neal S. Mann
New York State Attorney General's Office
120 Broadway, 24th Floor
New York, NY 10271

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Amy Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Bruce Bennett
Hennigan, Bennett and Dorman
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Daniel S. Braverman
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

David C. Bryan
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-339

Wade K. Cannon
Gearhiser, Peters, Lockaby Cavett &
Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Amy Caton
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Currenex, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Steven H. Felderstein
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

Christopher J. Giaimo
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Gary P. Hunt
Tucker Arensberg. P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Christine Jagde
Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, NY 10017

Thomas S. Kiriakos
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Daniel Steven Lubell
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Sandra E. Mayerson
Holland & Knight
195 Broadway
New York, NY 10007

David C. McGrail
Law Offices of David C. McGrail
676A Ninth Avenue, #211
New York, NY 10036

Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Matthew P. Morris
Lovells
590 Madison Avenue, 8th Floor
New York, NY 10022

Michael A. Morris
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jack Raisner
Outten & Golden, LLP
3 Park Ave, 29th Floor
New York, NY 10016

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

Michael A. Shiner
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Michael J. Stauber
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburge, PA 15222

Margot Schonholtz
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Bradley S. Tupi
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

A. Brent Truitt
Hennigan, Bennett & Dorman LLP
245 Park Avenue, Suite 3962
New York, NY 10167

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd., Suite 4900
Miami, FL 33131

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004