Stephen H. Gross, Esq.
Hodgson Russ LLP
60 E. 42nd Street, 37th Flr.
New York, NY 10165
Telephone: (212) 661-3535
Facsimile: (212) 972-1677
SGross@HodgsonRuss.com

    -and-

G. James Landon, Esq.
Richard D. Villa, Esq.
Streusand & Landon, LLP
816 Congress Ave., Ste. 1600
Austin, TX 78701

Attorneys for Vignette Europe Ltd.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re:** § | | **Chapter 11** |
| § | | |
| **LEHMAN BROTHERS HOLDINGS,** § | | |
| **INC. et al.** § | | **Case No. 08-13555 (JMP)** |
| **Debtors.** § | | |
| § | | **(Jointly Administered)** |

**RESTATED LIMITED OBJECTION OF VIGNETTE EUROPE LTD.'S TO THE FOURTH OMNIBUS NOTICE OF ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

Vignette Europe Ltd. ("Vignette"), a wholly owned subsidiary of Vignette Corporation, hereby files this Restated Limited Objection to the Fourth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases ("Limited Objection"), and in support of this Limited Objection, Vignette will show as follows:

**I. Relevant Background**

1.     On September 15, 2008 ("Petition Date"), and various dates thereafter, Lehman Brothers Holdings, Inc., and certain affiliates (collectively, "Debtors") filed

voluntary petitions for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*.

2.  The Debtors continue to operate their business and manage their affairs pursuant to 11 U.S.C. §§ 1107(a) and 1108.

3.  On October 6, 2008, the Debtors filed their Fourth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases ("Notice").

4.  In this Notice, the Debtors seek to assume and assign a particular Vignette Master Agreement numbered CON000000026050 ("Contract"), among other contracts.

5.  Further, the Notice alleges that the cure amount pursuant to 11 U.S.C. § 365(b)(1)(A) in connection with the assumption and assignment of the Contract is $0.00.

## II. Limited Objection

6.  Bankruptcy Code Section 365(b) requires that a debtor must cure any default, or provide adequate assurance of prompt cure, in order to assume an executory contract.

7.  Vignette asserts this Limited Objection to object to the Debtor's proposed cure amount. According to Vignette's records, which true and correct copies are attached hereto as Exhibit A, Debtors owe at least £157,957.49 Pounds (GBP) under the Contract. When converted to U.S. dollars as of the Petition Date, Debtors owe $282,380.60, which must be cured upon the assumption and assignment of the Contract.

8.  Because the Notice alleges that the cure amount for the Contract is $0.00, Vignette objects to the assumption and assignment of the Contract to the extent that Debtors do not provide the proper cure amount to Vignette under 11 U.S.C. § 365(b).

056237/00000 Litigation 6399401v1

### III. Reservation of Rights

9. By submitting this Limited Objection and objecting only to the proposed cure amount, Vignette does not waive and hereby reserves any and all objections to any proposed assumption and assignment of the Contract.

### IV. Conclusion & Prayer

WHEREFORE, for the foregoing reasons, Vignette respectfully requests that the Court sustain this Limited Objection, require payment of the actual cure amount of $282,380.60 in U.S. dollars for the assumption and assignment of the Contract, and grant such other and further relief as this Court deems just and proper.

November 18, 2008

        Respectfully submitted,

By:   /s/ Stephen H. Gross
      Stephen H. Gross, Esq.
      **Hodgson Russ LLP**
      60 East 42nd Street, 37th Floor
      New York, New York  10165-0150
      Telephone:  (212) 661-3535
      Facsimile:   (212) 972-1677
      SGross@HodgsonRuss.com

      -and-

      G. James Landon, Esq.
      Richard D. Villa, Esq.
      **Streusand & Landon LLP**
      816 Congress Avenue, Suite 1600
      Austin, TX 78701
      Telephone: (512)236-9901
      Facsimile: (512) 236-9904

      **ATTORNEYS FOR VIGNETTE EUROPE LTD.**

056237/00000 Litigation 6399401v1