# EXHIBIT A

# VIGNETTE

Vignette Europe Limited
Voyager Place, Shoppenhangers Road
Maidenhead, Berks. SL6 2PJ
Tel: +44 (0) 1628 772000
Fax: +44 (0) 1628 772288
Web: http://www.vignette.com

# INVOICE

REMIT TO:

Vignette Europe Ltd
Voyager Place
Shoppenhangers Road
Maidenhead Berkshire SL6 2PJ

Tax Reference: GB 799169748

**INVOICE ADDRESS:**

ACCOUNTS PAYABLE
CAPSTONE MORTGAGE SERVICES LIMITED
ACCOUNTS PAYABLE
GROUND FLOOR, 6 BROADGATE
LONDON EC2M 2QS

**DELIVERY ADDRESS:**

CAPSTONE MORTGAGE SERVICES LIMITED
IT SUPPORT
GROUND FLOOR, 6 BROADGATE
LONDON EC2M 2QS

| | |
|---|---|
| Invoice NUMBER | 25002636 |
| DATE + TAX POINT | 29-SEP-08 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | LBGBM-000000213 |
| OUR REFERENCE | |
| SALES ORDER NUMBER | UK00000115EMEA-00004 |
| CUSTOMER NO. | 56180 |
| LOCATION NO. | BT-LONDO |

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT | |
|---|---|---|---|---|
| NET 30 | 29-OCT-08 | HOUSE ACCOUNT - UK | ACCOUNTS PAYA | ELECTRONIC |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORDERED | DESPATCHED | VAT | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | MAINTENANCE AND SUPPORT: 01-APR-08 To 31-MAR-09 | 1 | | 1 | | 132,000.00 | 132,000.00 |
| | ****Please be advised that failure to pay this invoice will result in suspension of your technical support and access to updates for the Vignette software identified above.**** | | | | | | |
| | Tax Summary by Tax Name | | | | | | |
| | Tax UKSTD @ 17.50 | | | | | | 23,100.00 |

| SUB TOTAL | VAT | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|
| 132,000.00 | 23,100.00 | 0.00 | 155,100.00 |
| | | | Currency: GBP |

VAT REGISTRATION NO. GB 707 4912 33

Bank Details: Barclays, St Albans AL1 3AN
Sort Code: 20-74-09  A/C: 5039 4483
IBAN: GB06 BARC 20740950 3944 83
SWIFT: BARCGB22

IF YOU HAVE ANY QUERIES CONCERNING THIS INVOICE
PLEASE EMAIL OUR ACCOUNTS DEPARTMENT ON AR.UK@VIGNETTE.COM

**VIGNETTE**

Vignette Europe Limited
Voyager Place, Shoppenhangers Road
Maidenhead, Berks. SL6 2PJ
Tel: +44 (0) 1628 772000
Fax: +44 (0) 1628 772288
Web: http://www.vignette.com

# INVOICE

Tax Reference: GB 799169748

**REMIT TO:**

Vignette Europe Ltd
Voyager Place
Shoppenhangers Road
Maidenhead Berkshire SL6 2PJ

**INVOICE ADDRESS:**

ACCOUNTS PAYABLE
CAPSTONE MORTGAGE SERVICES LIMITED
ACCOUNTS PAYABLE
PO BOX 50559
LONDON E14 5WU

**DELIVERY ADDRESS:**

SIMON HURLL
CAPSTONE MORTGAGE SERVICES LIMITED
IT SUPPORT
GROUND FLOOR, 6 BROADGATE
LONDON EC2M 2QS

| | Invoice |
|---|---|
| NUMBER | 22003201 |
| DATE + TAX POINT | 19-AUG-08 |
| PAGE | 1 of 1 |
| PURCHASE ORDER NUMBER | |
| OUR REFERENCE | |
| SALES ORDER NUMBER | |
| CUSTOMER NO. | 56180 |
| LOCATION NO. | LONDON ( |

| TERMS | DUE DATE | SALES PERSON | CUSTOMER CONTACT |
|---|---|---|---|
| NET 30. | 18-SEP-08 | | ACCOUNTS PAYA |

| ITEM NO. | Invoice | QUANTITY ORDERED | BACK ORDERED | DESPATCHED | VAT | UNIT PRICE | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Back, Norman     Senior Consultant - VP | 1 | | 1 | | 2,362.50 | 2,362.50 |
| | 18.00 Hrs @ 131.25 | | | | | | |
| 2 | TRAVEL EXPENSES | 1 | | 1 | | 69.40 | 69.40 |
| | | | | | | | |
| | Tax Summary by Tax Name | | | | | | |
| | ................................................................ | | | | | | |
| | Tax UKSTD  @ 17 50 | | | | | | 425.59 |

CAPSTONE AOW CAP701

| | SUB TOTAL | VAT | SHIPPING/HANDLING | TOTAL |
|---|---|---|---|---|
| | 2,431.90 | 425.59 | 0.00 | 2,857.49 |
| | | | | Currency: GBP |

VAT REGISTRATION NO. GB 707 4912 33

Bank Details: Barclays, St Albans AL1 3AN
Sort Code: 20-74-09  A/C: 5039 4483
IBAN: GB06 BARC 20740950 3944 83
SWIFT: BARCGB22

**IF YOU HAVE ANY QUERIES CONCERNING THIS INVOICE
PLEASE EMAIL OUR ACCOUNTS DEPARTMENT ON AR.UK@VIGNETTE.COM**