## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.
COUNTY OF ERIE )

       Bonnie O'Malley, being duly sworn, deposes and says:

       1. I am not a party to this action; I am over the age of 18 years; and I reside in Hamburg, New York.

       2. On the 18th day of November, 2008, I caused the foregoing **Restated Limited Objection of Vignette Europe Ltd.'s to the Fourth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases** to be served by overnight courier via Federal Express pursuant to the *Order Granting Debtors' Motion Pursuant to Sections 105, 365 and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Non Residential Real Property and Abandonment of Related Personal Property*, entered by this Court October 3, 2008 [Docket No. 628], and the *Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases* filed October 6, 2008 [Docket No. 712] upon:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153-0119
Attn:  Lori R. Fife, Esq.
       Shai Y. Waisman, Esq.

The U. S. Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn:  Tracy Hope Davis, Esq.

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
Attn:  Lindsee P. Granfield, Esq.
       Lisa M. Schweitzer, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn:  Dennis F. Dunne, Esq.
       Dennis C. O'Donnell, Esq.
       Luc A. Despins, Esq.
       Wilbur F. Foster, Jr., Esq.

Hughes, Hubbard & Reed LLP
One Battery Park Plaza
New York, New York  10004
Attn:  James B. Kobak, Esq.
       David Wiltenburg, Esq.
       Jeff Margolin, Esq.

       /s/ Bonnie O'Malley
       Bonnie O'Malley

Sworn to before me this 18th
day of November, 2008

/s/ Patricia M. Lewandowski
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Jan. 31, 2010