Peter A. Zisser, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3357
Facsimile: (212) 385-9010

Attorneys for Singapore Airlines, Limited

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                              Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al*.,    Case No. 08-13555 (JMP)

                Debtors.            (Jointly Administered)
-----------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

    PLEASE TAKE NOTICE that Singapore Airlines, Limited, a party-in-interest in the above referenced cases, hereby enters its appearance by and through its counsel, Holland & Knight LLP, pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case be given and served upon:

                Peter A. Zisser, Esq.
                HOLLAND & KNIGHT LLP
                195 Broadway
                New York, NY 10007-3189
                Telephone: (212) 513-3357
                Facsimile: (212) 385-9010
                Email:peter.zisser@hklaw.com

                With copies to:

                John J. Monaghan, Esq.
                HOLLAND & KNIGHT LLP
                10 St. James Avenue
                Boston, MA 02116

Singapore Airlines, Limited
08-D Airline House
25 Airline House
Singapore 819820

PLEASE TAKE FURTHER NOTICE that this request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 3017, and 9007, including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above-captioned case and any proceedings therein.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Date:   November 17, 2008
        New York, New York

                        HOLLAND & KNIGHT LLP

                        By:  /s/Peter A. Zisser_____
                            Peter A. Zisser, Esq.
                            195 Broadway
                       New York, New York 10007
                       Telephone: (212) 513-3200
                       Facsimile:  (212) 385-9010
                       Email: peter.zisser@hklaw.com

                            -and-

        John J. Monaghan, Esq.
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Ma 02116
Telephone: (617) 523-2700

Attorneys for Singapore Airlines, Limited

3

# **CERTIFICATE OF SERVICE**

I, Wilfred Lancaster, do hereby certify under penalty of perjury, that on this 17th day of November, 2008, caused a copy of the foregoing Notice of Appearance**,** to be served by first-class U.S. Mail upon the party listed below:

Jacqueline Marcus, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
*Attorneys for the Debtors*
767 Fifth Avenue
New York, NY 10153

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
*Attorneys for Trustee James W. Giddens,*
*as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*
1 Battery Park Plaza
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
*Attorneys for the Official Committee of Unsecured Creditors*
1 Chase Manhattan Plaza
New York, NY 10005

Andrew D. Velez-Rivera, Esq.
*Office of the U.S. Trustee*
33 Whitehall Street
21st. Floor
New York, NY 10004

    /s/Wilfred Lancaster
    Wilfred Lancaster

Sworn to before me this
17th day of November 2008.

/s/Peter A. Zisser
   Notary Public

Notary Public, State of New York
Qualified in NY County
No. 4997100
Commission expires 7/2/2010

#5812762v1