ALLEN & OVERY LLP
Daniel Guyder
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

*Counsel for Aozora Bank, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re:                                                           : Chapter 11
                                                                 :
Lehman Brothers Holdings Inc., *et al.*                          : Case No. 08-13555-JMP
                                                                 :
                                            Debtors.             : (Jointly Administered)
                                                                 :
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PLEADINGS**

**PLEASE TAKE NOTICE** that, by this Notice of Appearance, Allen & Overy LLP

hereby appears in the above-captioned case (the **Chapter 11 Case**) under chapter 11 of title 11 the

United States Code (the **Bankruptcy Code**) as counsel for Aozora Bank, Ltd. (the **Creditor**), and

pursuant to Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure

(the **Bankruptcy Rules**) and sections 342 and 1109(b) of the Bankruptcy Code, hereby requests

that all notices given or required to be served in the Chapter 11 Case, whether written or oral, and

all papers served in the Chapter 11 Case (including but not limited to all papers filed and served in

all adversary proceedings in the Chapter 11 Case and all notices mailed to statutory committees or

their authorized agents and to creditors and equity security holders who file with the Bankruptcy

Court a request that all notices be mailed to them) be given to or served upon the Creditor by and

through service on the following:

Susan Minehan
Senior Counsel
Aozora Bank, Ltd.
1-3-1 Kudan Minami
Chiyoda-Ku
Tokyo, 102-8660
Telephone: 81-3-4520-2376
Facsimile:  81-3-3263-9872
Email: s.minehan@aozorabank.co.jp

Koji Nomura
Joint General Manager
Financial Institutions Division
Aozora Bank, Ltd.
1-3-1 Kudan Minami
Chiyoda-Ku
Tokyo, 102-8660
Email: k4.nomura@aozorabank.co.jp

With copes to:

ALLEN & OVERY LLP
Counsel for Aozora Bank, Ltd.
1221 Avenue of the Americas
New York, NY 10020
Attention: Daniel Guyder
Telephone: (212) 610-6300
Facsimile:  (212) 610-6399
Email: daniel.guyder@allenovery.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1) affect the above captioned debtor (the **Debtor**), any property of the Debtor, or any property in which the Debtor holds an interest; and/or (2) affect or seek to affect in any way any rights or interest of any party in interest in these proceedings.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit shall be deemed or construed to be a waiver of the rights of Creditor (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any

matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions,

setoffs, or recoupments to which the Creditor is or may be entitled under agreements, in law or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly

reserved without exception and with no purpose of confessing or conceding jurisdiction in any way

by this filing or by any other participation in these matters.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the undersigned be

added to the Official Service List, or any other creditor matrix for notice of all contested matters,

adversary proceedings and other proceedings in the Chapter 11 Case.

Dated:  New York, New York
        November 18, 2008

ALLEN & OVERY LLP

By: /s/ Daniel Guyder
Daniel Guyder
1221 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
daniel.guyder@allenovery.com

*Counsel for Aozora Bank, Ltd.*