UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF AMHED PEKIN

## ON BEHALF OF PEKIN & PEKIN

AHMED PEKIN declares and says:

    1.    I am the founding senior partner of PEKIN & PEKIN, located at 10 Lamartine Caddesi Taksim, Istanbul 34437, Turkey (the "Firm").

    2.    Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ 0 for prepetition services.

7.  The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: Istanbul, Turkey

November 13, 2008

Ahmed Pekin
Senior Partner
Attorney at Law

---

[1] If necessary.

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555 (JMP)
                                                            :
                        Debtors.                            :    (Jointly Administered)
                                                            :
                                                            :
------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT. RETURN IT FOR FILING BY THE DEBTORS, TO:

> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, New York 10153
> Attn:  Jennifer Sapp
>        Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   PEKİN & PEKİN, located at Lamartine Caddesi 10, Taksim 34437, Istanbul, Turkey.

2. Date of retention:  October 8, 2008

3. Type of services provided (accounting, legal, etc.):

   Legal services.

4. Brief description of services to be provided:

PEKİN & PEKİN's legal services are related to Lehman Brothers Holding Inc.' two subsidiaries in Turkey, which are: Lehman Brothers Menkul Değerler A.Ş. ("**LBMD**") and LBT Varlık Yönetim A.Ş. ("**LBTVY**"). PEKİN & PEKİN is providing legal assistance for the sale of LBTVY to a potential purchaser and providing legal assistance in relation to the liquidation of LBMD.

5. Arrangements for compensation (hourly, contingent, etc.)

   (a) Average hourly rate (if applicable):

   The average hourly rate of the lawyers is EURO 305 (plus VAT) depending on each lawyer's hourly rate ranging between EURO 150 to EURO 450 (plus VAT).

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   Not applicable.

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: None.

   Date claim arose: N/A.

   Source of Claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None.

   Status: N/A.

   Amount of Claim: N/A.

   Date claim arose: N/A.

   Source of claim: N/A.

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None.

   No. of shares: N/A.

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None.

   Status: N/A.

   Kind of shares: N/A.

   No. of shares: N/A.

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    None.

11. Name of individual completing this form:

    Ahmed Pekin
    Senior Partner
    Attorney at Law

    6-11-2008