**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------x
                                                        :
In re                                                   :   Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS, INC. *et al.*,**  :   Case No. 08-13555 (JMP)
                                                        :
         Debtors.                                       :   (Jointly Administered)
                                                        :
----------------------------------------------------------------------x   Ref. Docket No. 1464

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

   HERB BAER, being duly sworn, deposes and says:

   1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

   2.   I served the "NOTICE OF DEBTOR'S MOTION PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE, FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 9014, AND RULES 6004-1, 9006-1 AND 9014-1 OF THE LOCAL BANKRUPTCY RULES FOR APPROVAL OF THE SALE OF DEBTOR'S AIRCRAFT PURSUANT TO AN AIRCRAFT SALE AND PURCHASE AGREEMENT", dated November 12, 2008 [Docket No. 1464] by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A", on November 12, 2008,

   b) delivered by facsimile to those parties listed on the attached Exhibit "B", on November 12, 2008,

   c) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004, on November 12, 2008, and

   d) delivered by email to those parties listed on the attached Exhibit "C", on November 14, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
17th day of November, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | btrust@mayerbrown.com |
| abraunstein@riemerlaw.com | btupi@tuckerlaw.com |
| acaton@kramerlevin.com | bturk@tishmanspeyer.com |
| acker@chapman.com | cbelmonte@ssbb.com |
| adarwin@nixonpeabody.com | cdesiderio@nixonpeabody.com |
| adg@adorno.com | charles@filardi-law.com |
| aentwistle@entwistle-law.com | chris.donoho@lovells.com |
| aglenn@kasowitz.com | christopher.schueller@bipc.com |
| agold@herrick.com | cmontgomery@salans.com |
| agolianopoulos@mayerbrown.com | CMTB_LC11@chuomitsui.jp |
| ahammer@freebornpeters.com | cohena@sec.gov |
| akihiko_yagyuu@chuomitsui.jp | cohenr@sewkis.com |
| albaugh.colin@pbgc.gov | cp@stevenslee.com |
| amarder@msek.com | crogers@orrick.com |
| amenard@tishmanspeyer.com | cs@stevenslee.com |
| Andrew.Brozman@cliffordchance.com | cschreiber@winston.com |
| andrew.lourie@kobrekim.com | cshulman@sheppardmullin.com |
| angelich.george@arentfox.com | ctatelbaum@adorno.com |
| anne.kennelly@hp.com | cward@polsinelli.com |
| aoberry@bermanesq.com | cweber@ebg-law.com |
| apo@stevenslee.com | cweiss@ingramllp.com |
| araboy@cov.com | dallas.bankruptcy@pulicans.com |
| arheaume@riemerlaw.com | danna.drori@usdoj.gov |
| arlbank@pbfcm.com | david.bennett@tklaw.com |
| arosenblatt@chadbourne.com | david.crichlow@pillsburylaw.com |
| arwolf@wlrk.com | david.heller@lw.com |
| aseuffert@lawpost-nyc.com | davids@blbglaw.com |
| ashmead@sewkis.com | davidwheeler@mvalaw.com |
| asnow@ssbb.com | dbarber@bsblawyers.com |
| atrehan@mayerbrown.com | dbaumstein@whitecase.com |
| austin.bankruptcy@publicans.com | dckaufman@hhlaw.com |
| avenes@whitecase.com | dclark@stinson.com |
| avi.gesser@dpw.com | dcoffino@cov.com |
| azylberberg@whitecase.com | dcrapo@gibbonslaw.com |
| bambacha@sec.gov | ddrebsky@nixonpeabody.com |
| bankruptcy@goodwin.com | ddunne@milbank.com |
| bankruptcymatters@us.nomura.com | deggert@freebornpeters.com |
| bhinerfeld@sbtklaw.com | demetra.liggins@tklaw.com |
| bill.freeman@pillsburylaw.com | deryck.palmer@cwt.com |
| bmanne@tuckerlaw.com | dfelder@orrick.com |
| BMiller@mofo.com | dflanigan@polsinelli.com |
| boneill@kramerlevin.com | dfriedman@kasowitz.com |
| brad.dempsey@hro.com | dhayes@mcguirewoods.com |
| brendalblanks@eaton.com | dheffer@foley.com |
| brian.pfeiffer@friedfrank.com | dirk.roberts@ots.treas.gov |
| brian_corey@gtservicing.com | dkleiner@velaw.com |
| bromano@willkie.com | dkozusko@willkie.com |
| broy@rltlawfirm.com | dladdin@agg.com |
| bruce.ortwine@sumitomotrust.co.jp | dlemay@chadbourne.com |

| | |
|---|---|
| dlipke@vedderprice.com | hanh.huynh@cwt.com |
| dludman@brownconnery.com | harveystrickon@paulhastings.com |
| dmcguire@winston.com | heiser@chapman.com |
| dodonnell@milbank.com | hirsh.robert@arentfox.com |
| donald.badaczewski@dechert.com | hollace.cohen@troutmansanders.com |
| douglas.bacon@lw.com | howard.hawkins@cwt.com |
| douglas.mcgill@dbr.com | hseife@chadbourne.com |
| dravin@wolffsamson.com | hsnovikoff@wlrk.com |
| drose@pryorcashman.com | hweg@pwkllp.com |
| drosner@goulstonstorrs.com | ian.levy@kobrekim.com |
| drosner@kasowitz.com | igoldstein@dl.com |
| dshemano@pwkllp.com | ilevee@lowenstein.com |
| dswan@mcguirewoods.com | info2@normandyhill.com |
| eagle.sara@pbgc.gov | ira.herman@tklaw.com |
| ecohen@russell.com | isgreene@hhlaw.com |
| efile@pbgc.gov | israel.dahan@cwt.com |
| efile@willaw.com | jacobsonn@sec.gov |
| efleck@milbank.com | jafeltman@wlrk.com |
| efriedman@friedumspring.com | james.mcclammy@dpw.com |
| eglas@mccarter.com | jamestecce@quinnemanuel.com |
| ehollander@whitecase.com | jason.jurgens@cwt.com |
| ehorn@lowenstein.com | Jbecker@wilmingtontrust.com |
| ekbergc@lanepowell.com | jbeemer@entwistle-law.com |
| ellen.halstead@cwt.com | jbird@polsinelli.com |
| elobello@blankrome.com | jbromley@cgsh.com |
| eschwartz@contrariancapital.com | jcarberry@cl-law.com |
| esmith@dl.com | jdyas@halperinlaw.net |
| ezavalkoff-babej@vedderprice.com | jeffrey.sabin@bingham.com |
| ezujkowski@emmetmarvin.com | jennifer.demarco@cliffordchance.com |
| fbp@ppgms.com | jeremy.eiden@state.mn.us |
| feldsteinh@sullcrom.com | jfalgowski@reedsmith.com |
| ffm@bostonbusinesslaw.com | jgarrity@shearman.com |
| fhyman@mayerbrown.com | jguy@orrick.com |
| fishere@butzel.com | jherzog@gklaw.com |
| frank.white@agg.com | jhs7@att.net |
| fred.berg@rvblaw.com | jhuggett@margolisedelstein.com |
| fsosnick@shearman.com | jhuh@ffwplaw.com |
| gabriel.delvirginia@verizon.net | jkehoe@sbtklaw.com |
| gary.ticoll@cwt.com | jketten@wilkie.com |
| gauchb@sec.gov | jkurtzman@klehr.com |
| gbray@milbank.com | jlee@foley.com |
| george.davis@cwt.com | jlevitin@cahill.com |
| giddens@hugheshubbard.com | jlipson@crockerkuno.com |
| gkaden@goulstonstorrs.com | jliu@dl.com |
| GLee@mofo.com | jlovi@steptoe.com |
| glee@mofo.com | jmazermarino@msek.com |
| glenn.siegel@dechert.com | jmcginley@wilmingtontrust.com |
| gmoss@riemerlaw.com | john.rapisardi@cwt.com |
| gnovod@kramerlevin.com | jorbach@hahnhessen.com |
| grosenberg@co.arapahoe.co.us | joseph.scordato@dkib.com |
| gschiller@zeislaw.com | joshua.dorchak@bingham.com |

| | |
|---|---|
| JPintarelli@mofo.com | lwhidden@salans.com |
| jpintarelli@mofo.com | mabrams@willkie.com |
| jporter@entwistle-law.com | macronin@debevoise.com |
| jrabinowitz@rltlawfirm.com | MAOFILING@CGSH.COM |
| jschwartz@hahnhessen.com | maofiling@cgsh.com |
| jshickich@riddellwilliams.com | Marc.Chait@standardchartered.com |
| jsmairo@pbnlaw.com | margolin@hugheshubbard.com |
| jtimko@allenmatkins.com | mark.deveno@bingham.com |
| jtougas@mayerbrown.com | mark.ellenberg@cwt.com |
| jwallack@goulstonstorrs.com | mark.houle@pillsburylaw.com |
| jwang@sipc.org | martin.davis@ots.treas.gov |
| jweiss@gibsondunn.com | masaki_konishi@noandt.com |
| jwhitman@entwistle-law.com | matthew.dyer@prommis.com |
| jwishnew@mofo.com | matthew.klepper@dlapiper.com |
| karen.wagner@dpw.com | mbenner@tishmanspeyer.com |
| KDWBankruptcyDepartment@kelleydrye.com | mbienenstock@dl.com |
| keith.simon@lw.com | mcordone@stradley.com |
| Ken.Coleman@allenovery.com | mcto@debevoise.com |
| ken.higman@hp.com | mdorval@stradley.com |
| kgwynne@reedsmith.com | metkin@lowenstein.com |
| kiplok@hugheshubbard.com | mgreger@allenmatkins.com |
| Klippman@munsch.com | mhopkins@cov.com |
| kmayer@mccarter.com | michael.kim@kobrekim.com |
| kmisken@mcguirewoods.com | mitchell.ayer@tklaw.com |
| kobak@hugheshubbard.com | mitchell.epner@friedfrank.com |
| korr@orrick.com | mjacobs@pryorcashman.com |
| KOstad@mofo.com | mjedelman@vedderprice.com |
| kovskyd@pepperlaw.com | mkjaer@winston.com |
| kpiper@steptoe.com | mlahaie@akingump.com |
| kressk@pepperlaw.com | mmendez@hunton.com |
| KReynolds@mklawnyc.com | mmickey@mayerbrown.com |
| kristin.going@dbr.com | mmorreale@us.mufg.jp |
| krosen@lowenstein.com | mmurphy@co.sanmateo.ca.us |
| krubin@ozcap.com | monica.lawless@brookfieldproperties.com |
| lacyr@sullcrom.com | mpage@kelleydrye.com |
| lalshibib@reedsmith.com | mpucillo@bermanesq.com |
| Landon@StreusandLandon.com | mrosenthal@gibsondunn.com |
| lattard@kayescholer.com | MSchleich@fraserstryker.com |
| lawrence.bass@hro.com | mschonholtz@kayescholer.com |
| ldespins@milbank.com | mshiner@tuckerlaw.com |
| legalnotices@qvt.com | mspeiser@stroock.com |
| lgranfield@cgsh.com | mstamer@akingump.com |
| linda.boyle@twtelecom.com | nbannon@tishmanspeyer.com |
| lisa.kraidin@allenovery.com | neal.mann@oag.state.ny.us |
| lmarinuzzi@mofo.com | ned.schodek@shearman.com |
| lmcgowen@orrick.com | newyork@sec.gov |
| lml@ppgms.com | Nherman@morganlewis.com |
| lnashelsky@mofo.com | nissay_10259-0154@mhmjapan.com |
| lromansic@steptoe.com | oipress@travelers.com |
| lschweitzer@cgsh.com | paronzon@milbank.com |
| lubell@hugheshubbard.com | paul.deutch@troutmansanders.com |

| | |
|---|---|
| pbentley@kramerlevin.com | schapman@willkie.com |
| pbosswick@ssbb.com | schristianson@buchalter.com |
| pdublin@akingump.com | scottshelley@quinnemanuel.com |
| peter.simmons@friedfrank.com | scousins@armstrongteasdale.com |
| peter.zisser@hklaw.com | sdnyecf@dor.mo.gov |
| peter@bankrupt.com | sean@blbglaw.com |
| pfeldman@oshr.com | sehlers@armstrongteasdale.com |
| phayden@mcguirewoods.com | sfelderstein@ffwplaw.com |
| pnichols@whitecase.com | sfineman@lchb.com |
| ppascuzzi@ffwplaw.com | sfox@mcguirewoods.com |
| ppatterson@stradley.com | sgordon@cahill.com |
| prachmuth@reedsmith.com | SGross@HodgsonRuss.com |
| pwirt@ftportfolios.com | sgubner@ebg-law.com |
| pwright@dl.com | sharbeck@sipc.org |
| r.stahl@stahlzelloe.com | shari.leventhal@ny.frb.org |
| ramona.neal@hp.com | sheakkorzun@comcast.net |
| ranjit.mather@bnymellon.com | sheehan@txschoollaw.com |
| rdaversa@orrick.com | sidorsky@butzel.com |
| rfleischer@pryorcashman.com | slerner@ssd.com |
| rfrankel@orrick.com | smillman@stroock.com |
| rgmason@wlrk.com | snewman@katskykorins.com |
| rgraham@whitecase.com | spiotto@chapman.com |
| rhett.campbell@tklaw.com | splatzer@platzerlaw.com |
| richard.lear@hklaw.com | sselbst@herrick.com |
| ritkin@steptoe.com | steele@lowenstein.com |
| RLevin@cravath.com | stephanie.wickouski@dbr.com |
| RLGold1977@aol.com | steve.ginther@dor.mo.gov |
| rmatzat@hahnhessen.com | steven.perlstein@kobrekim.com |
| rmunsch@munsch.com | steven.wilamowsky@bingham.com |
| rnetzer@willkie.com | Streusand@StreusandLandon.com |
| rnies@wolffsamson.com | susan.schultz@newedgegroup.com |
| robert.bailey@bnymellon.com | susheelkirpalani@quinnemanuel.com |
| robert.dombroff@bingham.com | tarbit@cftc.gov |
| robert.henoch@kobrekim.com | tbrock@ssbb.com |
| Robert.Holladay@youngwilliams.com | TGoren@mofo.com |
| robert.malone@dbr.com | Thomas_Noguerola@calpers.ca.gov |
| Robert.yalen@usdoj.gov | timothy.brink@dlapiper.com |
| roberts@pursuitpartners.com | timothy.palmer@bipc.com |
| Robin.Keller@Lovells.com | tjfreedman@pbnlaw.com |
| ronald.silverman@bingham.com | tkarcher@dl.com |
| rreid@sheppardmullin.com | tkiriakos@mayerbrown.com |
| RTrust@cravath.com | tmacwright@whitecase.com |
| Russj4478@aol.com | tmayer@kramerlevin.com |
| rwasserman@cftc.gov | tnixon@gklaw.com |
| rwynne@kirkland.com | tslome@msek.com |
| rwyron@orrick.com | ttracy@crockerkuno.com |
| sabin.willett@bingham.com | twatanabe@mofo.com |
| sagolden@hhlaw.com | twheeler@lowenstein.com |
| Sally.Henry@skadden.com | vdagostino@lowenstein.com |
| sandra.mayerson@hklaw.com | Villa@StreusandLandon.com |
| Sara.Tapinekis@cliffordchance.com | wanda.goodloe@cbre.com |

| |
|---|
| wbenzija@halperinlaw.net |
| weissjw@gtlaw.com |
| wfoster@milbank.com |
| wheuer@dl.com |
| wiltenburg@hugheshubbard.com |
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| yamashiro@sumitomotrust.co.jp |

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

Email Addresses

aws@paravionltd.com
bc@jeteffect.com
chris@atcjets.com
cpeaton@dallasjet.com
dennis@flajet.com
gary@cjjets.com
jameshealey@libello.com
jgperegrine@aol.com
jgrillo@fly-efi.com
joesr@leas.com
jpitts@jackprewitt.com
juancarlos.cantor@gmail.com
mkaiser@firstalliedcorp.com
thf@flinnzachary.com
whitty900@hotmail.com