**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                                  :    Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :    Case No. 08-13555 (JMP)
                                                                           :
Debtors.                                                      :    (Jointly Administered)
                                                                           :
----------------------------------------------------------------x    Ref. Docket No. 1441

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK  )

      HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    I served the "NOTICE OF DEBTORS' MOTION FOR AUTHORIZATION TO PAY PREPETITION ART-HANDLER FEES", dated November 10, 2008 [Docket No. 1441] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A" and the indicated party on the attached Exhibit "C", on November 10, 2008,

    b) delivered by facsimile to those parties listed on the attached Exhibit "B" and the indicated party on the attached Exhibit "C", on November 10, 2008,

    c) enclosed securely in separate postage-prepaid envelopes and delivered by first-class mail to the parties listed on the attached Exhibit "C" and to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004, on November 10, 2008,

    d) delivered by email to Catherine Fuzelier (catherine.fuzelier@chenue.com) and David Hales (david@drummondframing.com), on November 11, 2008, and

    e) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to Mr. Oliver Stebich, Stebich Ridder International, Inc., 599 Eleventh Avenue, New York, NY 10036, on November 11, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
17th day of November, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | btupi@tuckerlaw.com |
| abraunstein@riemerlaw.com | bturk@tishmanspeyer.com |
| acaton@kramerlevin.com | cbelmonte@ssbb.com |
| acker@chapman.com | cdesiderio@nixonpeabody.com |
| adarwin@nixonpeabody.com | charles@filardi-law.com |
| adg@adorno.com | chris.donoho@lovells.com |
| aentwistle@entwistle-law.com | christopher.schueller@bipc.com |
| aglenn@kasowitz.com | cmontgomery@salans.com |
| agold@herrick.com | CMTB_LC11@chuomitsui.jp |
| agolianopoulos@mayerbrown.com | cohena@sec.gov |
| ahammer@freebornpeters.com | cohenr@sewkis.com |
| akihiko_yagyuu@chuomitsui.jp | cp@stevenslee.com |
| albaugh.colin@pbgc.gov | crogers@orrick.com |
| amarder@msek.com | cs@stevenslee.com |
| amenard@tishmanspeyer.com | cschreiber@winston.com |
| Andrew.Brozman@cliffordchance.com | cshulman@sheppardmullin.com |
| andrew.lourie@kobrekim.com | ctatelbaum@adorno.com |
| angelich.george@arentfox.com | cward@polsinelli.com |
| anne.kennelly@hp.com | cweber@ebg-law.com |
| aoberry@bermanesq.com | cweiss@ingramllp.com |
| apo@stevenslee.com | dallas.bankruptcy@pulicans.com |
| araboy@cov.com | danna.drori@usdoj.gov |
| arheaume@riemerlaw.com | david.bennett@tklaw.com |
| arlbank@pbfcm.com | david.crichlow@pillsburylaw.com |
| arosenblatt@chadbourne.com | david.heller@lw.com |
| arwolf@wlrk.com | davids@blbglaw.com |
| aseuffert@lawpost-nyc.com | davidwheeler@mvalaw.com |
| ashmead@sewkis.com | dbarber@bsblawyers.com |
| asnow@ssbb.com | dbaumstein@whitecase.com |
| atrehan@mayerbrown.com | dckaufman@hhlaw.com |
| austin.bankruptcy@publicans.com | dclark@stinson.com |
| avenes@whitecase.com | dcoffino@cov.com |
| avi.gesser@dpw.com | dcrapo@gibbonslaw.com |
| azylberberg@whitecase.com | ddrebsky@nixonpeabody.com |
| bambacha@sec.gov | ddunne@milbank.com |
| bankruptcy@goodwin.com | deggert@freebornpeters.com |
| bankruptcymatters@us.nomura.com | demetra.liggins@tklaw.com |
| bhinerfeld@sbtklaw.com | deryck.palmer@cwt.com |
| bill.freeman@pillsburylaw.com | dfelder@orrick.com |
| bmanne@tuckerlaw.com | dflanigan@polsinelli.com |
| BMiller@mofo.com | dfriedman@kasowitz.com |
| boneill@kramerlevin.com | dhayes@mcguirewoods.com |
| brad.dempsey@hro.com | dheffer@foley.com |
| brendalblanks@eaton.com | dirk.roberts@ots.treas.gov |
| brian.pfeiffer@friedfrank.com | dkleiner@velaw.com |
| brian_corey@gtservicing.com | dkozusko@willkie.com |
| bromano@willkie.com | dladdin@agg.com |
| broy@rltlawfirm.com | dlemay@chadbourne.com |
| bruce.ortwine@sumitomotrust.co.jp | dlipke@vedderprice.com |
| btrust@mayerbrown.com | dludman@brownconnery.com |

| | |
|---|---|
| dmcguire@winston.com | hirsh.robert@arentfox.com |
| dodonnell@milbank.com | hollace.cohen@troutmansanders.com |
| donald.badaczewski@dechert.com | howard.hawkins@cwt.com |
| douglas.bacon@lw.com | hseife@chadbourne.com |
| douglas.mcgill@dbr.com | hsnovikoff@wlrk.com |
| dravin@wolffsamson.com | hweg@pwkllp.com |
| drose@pryorcashman.com | ian.levy@kobrekim.com |
| drosner@goulstonstorrs.com | igoldstein@dl.com |
| drosner@kasowitz.com | ilevee@lowenstein.com |
| dshemano@pwkllp.com | info2@normandyhill.com |
| dswan@mcguirewoods.com | ira.herman@tklaw.com |
| eagle.sara@pbgc.gov | isgreene@hhlaw.com |
| ecohen@russell.com | israel.dahan@cwt.com |
| efile@pbgc.gov | jacobsonn@sec.gov |
| efile@willaw.com | jafeltman@wlrk.com |
| efleck@milbank.com | james.mcclammy@dpw.com |
| efriedman@friedumspring.com | jamestecce@quinnemanuel.com |
| eglas@mccarter.com | jason.jurgens@cwt.com |
| ehollander@whitecase.com | Jbecker@wilmingtontrust.com |
| ehorn@lowenstein.com | jbeemer@entwistle-law.com |
| ekbergc@lanepowell.com | jbird@polsinelli.com |
| ellen.halstead@cwt.com | jbromley@cgsh.com |
| elobello@blankrome.com | jcarberry@cl-law.com |
| eschwartz@contrariancapital.com | jdyas@halperinlaw.net |
| esmith@dl.com | jeffrey.sabin@bingham.com |
| ezavalkoff-babej@vedderprice.com | jennifer.demarco@cliffordchance.com |
| ezujkowski@emmetmarvin.com | jeremy.eiden@state.mn.us |
| fbp@ppgms.com | jfalgowski@reedsmith.com |
| feldsteinh@sullcrom.com | jgarrity@shearman.com |
| ffm@bostonbusinesslaw.com | jguy@orrick.com |
| fhyman@mayerbrown.com | jherzog@gklaw.com |
| fishere@butzel.com | jhs7@att.net |
| frank.white@agg.com | jhuggett@margolisedelstein.com |
| fred.berg@rvblaw.com | jhuh@ffwplaw.com |
| fsosnick@shearman.com | jkehoe@sbtklaw.com |
| gabriel.delvirginia@verizon.net | jketten@wilkie.com |
| gary.ticoll@cwt.com | jkurtzman@klehr.com |
| gauchb@sec.gov | jlee@foley.com |
| gbray@milbank.com | jlevitin@cahill.com |
| george.davis@cwt.com | jlipson@crockerkuno.com |
| giddens@hugheshubbard.com | jliu@dl.com |
| gkaden@goulstonstorrs.com | jlovi@steptoe.com |
| GLee@mofo.com | jmazermarino@msek.com |
| glee@mofo.com | jmcginley@wilmingtontrust.com |
| glenn.siegel@dechert.com | john.rapisardi@cwt.com |
| gmoss@riemerlaw.com | jorbach@hahnhessen.com |
| gnovod@kramerlevin.com | joseph.scordato@dkib.com |
| grosenberg@co.arapahoe.co.us | joshua.dorchak@bingham.com |
| gschiller@zeislaw.com | JPintarelli@mofo.com |
| hanh.huynh@cwt.com | jpintarelli@mofo.com |
| harveystrickon@paulhastings.com | jporter@entwistle-law.com |
| heiser@chapman.com | jrabinowitz@rltlawfirm.com |

| | |
|---|---|
| jschwartz@hahnhessen.com | mark.deveno@bingham.com |
| jshickich@riddellwilliams.com | mark.ellenberg@cwt.com |
| jsmairo@pbnlaw.com | mark.houle@pillsburylaw.com |
| jtimko@allenmatkins.com | martin.davis@ots.treas.gov |
| jtougas@mayerbrown.com | masaki_konishi@noandt.com |
| jwallack@goulstonstorrs.com | matthew.dyer@prommis.com |
| jwang@sipc.org | matthew.klepper@dlapiper.com |
| jweiss@gibsondunn.com | mbenner@tishmanspeyer.com |
| jwhitman@entwistle-law.com | mbienenstock@dl.com |
| jwishnew@mofo.com | mcordone@stradley.com |
| karen.wagner@dpw.com | mcto@debevoise.com |
| KDWBankruptcyDepartment@kelleydrye.com | mdorval@stradley.com |
| keith.simon@lw.com | metkin@lowenstein.com |
| Ken.Coleman@allenovery.com | mgreger@allenmatkins.com |
| ken.higman@hp.com | mhopkins@cov.com |
| kgwynne@reedsmith.com | michael.kim@kobrekim.com |
| kiplok@hugheshubbard.com | mitchell.ayer@tklaw.com |
| Klippman@munsch.com | mitchell.epner@friedfrank.com |
| kmayer@mccarter.com | mjacobs@pryorcashman.com |
| kmisken@mcguirewoods.com | mjedelman@vedderprice.com |
| kobak@hugheshubbard.com | mkjaer@winston.com |
| korr@orrick.com | mlahaie@akingump.com |
| KOstad@mofo.com | mmendez@hunton.com |
| kovskyd@pepperlaw.com | mmickey@mayerbrown.com |
| kpiper@steptoe.com | mmorreale@us.mufg.jp |
| kressk@pepperlaw.com | mmurphy@co.sanmateo.ca.us |
| KReynolds@mklawnyc.com | monica.lawless@brookfieldproperties.com |
| kristin.going@dbr.com | mpage@kelleydrye.com |
| krosen@lowenstein.com | mpucillo@bermanesq.com |
| krubin@ozcap.com | mrosenthal@gibsondunn.com |
| lacyr@sullcrom.com | MSchleich@fraserstryker.com |
| lalshibib@reedsmith.com | mschonholtz@kayescholer.com |
| Landon@StreusandLandon.com | mshiner@tuckerlaw.com |
| lattard@kayescholer.com | mspeiser@stroock.com |
| lawrence.bass@hro.com | mstamer@akingump.com |
| ldespins@milbank.com | nbannon@tishmanspeyer.com |
| legalnotices@qvt.com | neal.mann@oag.state.ny.us |
| lgranfield@cgsh.com | ned.schodek@shearman.com |
| linda.boyle@twtelecom.com | newyork@sec.gov |
| lisa.kraidin@allenovery.com | Nherman@morganlewis.com |
| lmarinuzzi@mofo.com | nissay_10259-0154@mhmjapan.com |
| lmcgowen@orrick.com | oipress@travelers.com |
| lml@ppgms.com | paronzon@milbank.com |
| lnashelsky@mofo.com | paul.deutch@troutmansanders.com |
| lromansic@steptoe.com | pbentley@kramerlevin.com |
| lschweitzer@cgsh.com | pbosswick@ssbb.com |
| lwhidden@salans.com | pdublin@akingump.com |
| mabrams@willkie.com | peter.simmons@friedfrank.com |
| macronin@debevoise.com | peter.zisser@hklaw.com |
| MAOFILING@CGSH.COM | peter@bankrupt.com |
| maofiling@cgsh.com | pfeldman@oshr.com |
| Marc.Chait@standardchartered.com | phayden@mcguirewoods.com |

| | |
|---|---|
| pnichols@whitecase.com | sfox@mcguirewoods.com |
| ppascuzzi@ffwplaw.com | sgordon@cahill.com |
| ppatterson@stradley.com | SGross@HodgsonRuss.com |
| prachmuth@reedsmith.com | sgubner@ebg-law.com |
| pwirt@ftportfolios.com | sharbeck@sipc.org |
| pwright@dl.com | shari.leventhal@ny.frb.org |
| r.stahl@stahlzelloe.com | sheakkorzun@comcast.net |
| ramona.neal@hp.com | sheehan@txschoollaw.com |
| ranjit.mather@bnymellon.com | sidorsky@butzel.com |
| rdaversa@orrick.com | slerner@ssd.com |
| rfleischer@pryorcashman.com | smillman@stroock.com |
| rfrankel@orrick.com | snewman@katskykorins.com |
| rgmason@wlrk.com | spiotto@chapman.com |
| rgraham@whitecase.com | splatzer@platzerlaw.com |
| rhett.campbell@tklaw.com | sselbst@herrick.com |
| richard.lear@hklaw.com | steele@lowenstein.com |
| ritkin@steptoe.com | stephanie.wickouski@dbr.com |
| RLevin@cravath.com | steve.ginther@dor.mo.gov |
| RLGold1977@aol.com | steven.perlstein@kobrekim.com |
| rmatzat@hahnhessen.com | steven.wilamowsky@bingham.com |
| rmunsch@munsch.com | Streusand@StreusandLandon.com |
| rnetzer@willkie.com | susan.schultz@newedgegroup.com |
| rnies@wolffsamson.com | susheelkirpalani@quinnemanuel.com |
| robert.bailey@bnymellon.com | tarbit@cftc.gov |
| robert.dombroff@bingham.com | tbrock@ssbb.com |
| robert.henoch@kobrekim.com | TGoren@mofo.com |
| Robert.Holladay@youngwilliams.com | Thomas_Noguerola@calpers.ca.gov |
| robert.malone@dbr.com | timothy.brink@dlapiper.com |
| Robert.yalen@usdoj.gov | timothy.palmer@bipc.com |
| roberts@pursuitpartners.com | tjfreedman@pbnlaw.com |
| Robin.Keller@Lovells.com | tkarcher@dl.com |
| ronald.silverman@bingham.com | tkiriakos@mayerbrown.com |
| rreid@sheppardmullin.com | tmacwright@whitecase.com |
| RTrust@cravath.com | tmayer@kramerlevin.com |
| Russj4478@aol.com | tnixon@gklaw.com |
| rwasserman@cftc.gov | tslome@msek.com |
| rwynne@kirkland.com | ttracy@crockerkuno.com |
| rwyron@orrick.com | twatanabe@mofo.com |
| sabin.willett@bingham.com | twheeler@lowenstein.com |
| sagolden@hhlaw.com | vdagostino@lowenstein.com |
| Sally.Henry@skadden.com | Villa@StreusandLandon.com |
| sandra.mayerson@hklaw.com | wanda.goodloe@cbre.com |
| Sara.Tapinekis@cliffordchance.com | wbenzija@halperinlaw.net |
| schapman@willkie.com | weissjw@gtlaw.com |
| schristianson@buchalter.com | wfoster@milbank.com |
| scottshelley@quinnemanuel.com | wheuer@dl.com |
| scousins@armstrongteasdale.com | wisotska@pepperlaw.com |
| sdnyecf@dor.mo.gov | wsilverm@oshr.com |
| sean@blbglaw.com | wtaylor@mccarter.com |
| sehlers@armstrongteasdale.com | wzoberman@bermanesq.com |
| sfelderstein@ffwplaw.com | yamashiro@sumitomotrust.co.jp |
| sfineman@lchb.com | |

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# Exhibit "C"

## **Additional Parties 11/10/2008**

<u>By Fax and First Class Mail</u>
Stebich Ridder International, Inc.
599 Eleventh Avenue
New York, NY 10036
Fax: (212) 581-7818

<u>By First Class Mail</u>
ANDRE CHENUE S.A.
5, boulevard Ney
75018 Paris
France

<u>By Email and First Class Mail</u>
Drummond Framing, Inc.
38 West 21st Street
New York, NY 10010
Email: info@drummondframing.com