**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------------x | | Ref. Docket Nos. 1472 through 1478 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

       HERB BAER, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    I caused to be served the:

    a) "Affidavit and Disclosure Statement of Stanley M. Brand on behalf of Brand Law Group, PC Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 12, 2008 [Docket No. 1472],

    b) "Affidavit and Disclosure Statement of Clyde E. Click on behalf of Click & Null, P.C. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 12, 2008 [Docket No. 1473],

    c) "Affidavit and Disclosure Statement of Cesare Vento on behalf of Gianni, Origoni, Grippo & Partners Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 12, 2008 [Docket No. 1474]

    d) "Affidavit and Disclosure Statement of Robert A. Henry on behalf of Snell & Wilmer, L.L.P. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 12, 2008 [Docket No. 1475],

    e) "Affidavit and Disclosure Statement of George Brandon on behalf of Squire Sanders & Dempsey, L.L.P. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 12, 2008 [Docket No. 1476],

f) "Affidavit and Disclosure Statement of Svante Hultqvist and Jens Tillqvist on behalf of Advokatfirman Cederquist KB Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 12, 2008 [Docket No. 1477], and

g) "Affidavit and Disclosure Statement of Mitchell G. Williams on behalf of Thacher Proffitt & Wood LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 12, 2008 [Docket No. 1478],

by causing true and correct copies to be:

a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", on November 13, 2008, and

b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004, on November 12, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer  
Herb Baer

Sworn to before me this  
17th day of November, 2008  

/s/ Regina Amporfro  
Notary Public, State of New York  
No. 01AM6064508  
Qualified in Bronx County  
Commission Expires September 24, 2009

2

**EXHIBIT "A"**

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

## Exhibit B – Additional Parties

Brand Law Group: sbrand@brandlawgroup.com (Docket # 1472 only)
Click & Null: gnull@clicknull.com (Docket # 1473 only)
Gianni:  cvento@gop.it (Docket #1474 only)
Snell & Wilmer: bhenry@swlaw.com (Docket # 1475 only)
Squire Sanders:  gbrandon@ssd.com (Docket # 1476 only)
Cederquist:  svante.hultqvist@cederquist.se (Docket # 1477 only)
Thacher:  mwilliams@tpw.com (Docket # 1478 only)