**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                               :     Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,        :     Case No. 08-13555 (JMP)
                                                    :
          Debtors.                                  :     (Jointly Administered)
                                                    :
------------------------------------------------------------------x     Ref. Docket Nos. 1522, 1523, 1524

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 14, I caused to be served the:

    a) "Affidavit and Disclosure Statement of Michael Woodbury on behalf of Woodbury & Santiago, P.A. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 14, 2008 [Docket No. 1522],

    b) "Affidavit and Disclosure Statement of James Jeffrey Shanks on behalf of Blake Cassels & Graydon LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 14, 2008 [Docket No. 1523], and

    c) "Affidavit and Disclosure Statement of Neil C. Erickson on behalf of Jeffer, Mangels, Butler & Marmaro LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 14, 2008 [Docket No. 1524],

by causing true and correct copies to be:

  a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

  b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
17th day of November, 2008
/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

## **Exhibit B – Additional Parties**

Woodbury:  mwoodbury@woodbury-santiago.com (Docket # 1522 only)
Blakes:  james.shanks@blakes.com (Docket # 1523 only)
Jeffer Mangels:  JSteiner@jmbm.com (Docket # 1524 only)