**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. *et al.,* | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Paul J. Couchot, a member in good standing of the bar in the State of California, and, if applicable, the bar of the U.S. District Court for the Central District of California, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the SCC Entities, a party in interest in the above-referenced case.

Mailing address:   660 Newport Center Drive, 4th Fl., Newport Beach, CA  92660
Email address:    pcouchot@winthropcouchot.com
Telephone:        949-720-4100

Dated: November 18, 2008
       Newport Beach, California

                                    /s/ Paul J. Couchot
                                    PAUL J. COUCHOT

---

## ORDER

**ORDERED**, that Paul J. Couchot, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York provided that the filing fee has been paid.

Dated: _____, 2008
       New York, New York

                                    /s/_____
                                    UNITED STATES BANKRUPTCY JUDGE

DB2/20907415.1