Dennis F. Dunne
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000

Counsel for Official Committee of Unsecured Creditors
of Lehman Brothers Holdings Inc., et al.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                               :
In re:                                         :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (JMP)
                                               :
                         Debtors.              :   (Jointly Administered)
                                               :
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF NEW YORK   )

   RENA K. CERON, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned cases. I am employed by the law firm of Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP, Counsel for Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. in the above-captioned case.

   On the 13th of November, 2008, I caused a copy of the following document:

   FIRST SUPPLEMENTAL AFFIDAVIT OF ROBERT JAY
   MOORE IN SUPPORT OF APPLICATION OF OFFICIAL
   COMMITTEE OF UNSECURED CREDITORS OF LEHMAN
   BROTHERS HOLDINGS INC., ET AL., UNDER 11 U.S.C.
   SECTION 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR
   ORDER AUTHORIZING RETENTION AND EMPLOYMENT
   OF MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AS
   COUNSEL, EFFECTIVE AS OF SEPTEMBER 17, 2008,

to be served upon the parties identified on Exhibit A attached hereto by electronic mail, to be served upon the parties listed on Exhibit B attached hereto by facsimile, and to be served upon the parties listed on Exhibit C attached hereto by United States Postal Service for delivery by first class mail.

          /s/ Rena K. Ceron
          RENA K. CERON

SWORN TO AND SUBSCRIBED before me this 17th day of November, 2008

  /s/ Elliot Law
Elliot Law
Notary Public, State of New York
No. 01LA6177305
Qualified in New York County
Commission Expires November 13, 2011

**Exhibit A**

Richard.krasnow@weil.com; Lori.fife@weil.com; Shai.waisman@weil.com; Jacqueline.marcus@weil.com; aalfonso@kayescholer.com; abraunstein@riemerlaw.com; acaton@kramerlevin.com; acker@chapman.com; adarwin@nixonpeabody.com; adg@adorno.com; aentwistle@entwistle-law.com; aglenn@kasowitz.com; agold@herrick.com; agolianopoulos@mayerbrown.com; ahammer@freebornpeters.com; akihiko_yagyuu@chuomitsui.jp; albaugh.colin@pbgc.gov; amarder@msek.com; amenard@tishmanspeyer.com; Andrew.Brozman@cliffordchance.com; andrew.lourie@kobrekim.com; angelich.george@arentfox.com; anne.kennelly@hp.com; aoberry@bermanesq.com; apo@stevenslee.com; araboy@cov.com; arheaume@riemerlaw.com; arlbank@pbfcm.com; arosenblatt@chadbourne.com; arwolf@wlrk.com; aseuffert@lawpost-nyc.com; ashmead@sewkis.com; asnow@ssbb.com; atrehan@mayerbrown.com; austin.bankruptcy@publicans.com; avenes@whitecase.com; avi.gesser@dpw.com; azylberberg@whitecase.com; bambacha@sec.gov; bankruptcy@goodwin.com; bankruptcymatters@us.nomura.com; bbisignani@postschell.com; bhinerfeld@sbtklaw.com; bill.freeman@pillsburylaw.com; bmanne@tuckerlaw.com; BMiller@mofo.com; boneill@kramerlevin.com; brad.dempsey@hro.com; brendalblanks@eaton.com; brian.pfeiffer@friedfrank.com; brian_corey@gtservicing.com; bromano@willkie.com; broy@rltlawfirm.com; bruce.ortwine@sumitomotrust.co.jp; btrust@mayerbrown.com; btupi@tuckerlaw.com; bturk@tishmanspeyer.com; cbelmonte@ssbb.com; cdesiderio@nixonpeabody.com; charles@filardi-law.com; chris.donoho@lovells.com; christopher.schueller@bipc.com; cmontgomery@salans.com; CMTB_LC11@chuomitsui.jp; cohena@sec.gov; cohenr@sewkis.com; cp@stevenslee.com; crogers@orrick.com; cs@stevenslee.com; cschreiber@winston.com; cshulman@sheppardmullin.com; ctatelbaum@adorno.com; cward@polsinelli.com; cweber@ebg-law.com; cweiss@ingramllp.com; dallas.bankruptcy@pulicans.com; danna.drori@usdoj.gov; david.bennett@tklaw.com; david.crichlow@pillsburylaw.com; david.heller@lw.com; davids@blbglaw.com; davidwheeler@mvalaw.com; dbarber@bsblawyers.com; dbaumstein@whitecase.com; dckaufman@hhlaw.com; dclark@stinson.com; dcoffino@cov.com; dcrapo@gibbonslaw.com; ddrebsky@nixonpeabody.com; deggert@freebornpeters.com; demetra.liggins@tklaw.com; deryck.palmer@cwt.com; dfelder@orrick.com; dflanigan@polsinelli.com; dfriedman@kasowitz.com; dhayes@mcguirewoods.com; dheffer@foley.com; dirk.roberts@ots.treas.gov; dkleiner@velaw.com; dkozusko@willkie.com; dladdin@agg.com; dlemay@chadbourne.com; dlipke@vedderprice.com; dludman@brownconnery.com; dmcguire@winston.com; donald.badaczewski@dechert.com; douglas.bacon@lw.com; douglas.mcgill@dbr.com; dravin@wolffsamson.com; drose@pryorcashman.com; drosner@goulstonstorrs.com; drosner@kasowitz.com; dshemano@pwkllp.com; dswan@mcguirewoods.com; eagle.sara@pbgc.gov; ecohen@russell.com; efile@pbgc.gov; efile@willaw.com; efriedman@friedumspring.com; eglas@mccarter.com; ehollander@whitecase.com; ehorn@lowenstein.com; ekbergc@lanepowell.com; ellen.halstead@cwt.com; elobello@blankrome.com; eschwartz@contrariancapital.com; esmith@dl.com; ezavalkoff-babej@vedderprice.com; ezujkowski@emmetmarvin.com; fbp@ppgms.com; feldsteinh@sullcrom.com; ffm@bostonbusinesslaw.com; fhyman@mayerbrown.com; fishere@butzel.com; frank.white@agg.com; fred.berg@rvblaw.com; fsosnick@shearman.com; gabriel.delvirginia@verizon.net; gary.ticoll@cwt.com; gauchb@sec.gov; george.davis@cwt.com; giddens@hugheshubbard.com; gkaden@goulstonstorrs.com; GLee@mofo.com; glee@mofo.com; glenn.siegel@dechert.com; gmoss@riemerlaw.com; gnovod@kramerlevin.com; grosenberg@co.arapahoe.co.us; gschiller@zeislaw.com; hanh.huynh@cwt.com; harveystrickon@paulhastings.com; heiser@chapman.com;

hirsh.robert@arentfox.com; hollace.cohen@troutmansanders.com; howard.hawkins@cwt.com; hseife@chadbourne.com; hsnovikoff@wlrk.com; hweg@pwkllp.com; ian.levy@kobrekim.com; igoldstein@dl.com; ilevee@lowenstein.com; info2@normandyhill.com; ira.herman@tklaw.com; isgreene@hhlaw.com; israel.dahan@cwt.com; jacobsonn@sec.gov; jafeltman@wlrk.com; james.mcclammy@dpw.com; jamestecce@quinnemanuel.com; jason.jurgens@cwt.com; Jbecker@wilmingtontrust.com; jbeemer@entwistle-law.com; jbird@polsinelli.com; jbromley@cgsh.com; jcarberry@cl-law.com; jdyas@halperinlaw.net; jeffrey.sabin@bingham.com; jennifer.demarco@cliffordchance.com; jeremy.eiden@state.mn.us; jfalgowski@reedsmith.com; jgarrity@shearman.com; jguy@orrick.com; jherzog@gklaw.com; jhs7@att.net; jhuggett@margolisedelstein.com; jhuh@ffwplaw.com; jkehoe@sbtklaw.com; jketten@wilkie.com; jkurtzman@klehr.com; jlee@foley.com; jlevitin@cahill.com; jlipson@crockerkuno.com; jliu@dl.com; jlovi@steptoe.com; jmazermarino@msek.com; jmcginley@wilmingtontrust.com; john.rapisardi@cwt.com; jorbach@hahnhessen.com; joseph.scordato@dkib.com; joshua.dorchak@bingham.com; JPintarelli@mofo.com; jpintarelli@mofo.com; jporter@entwistle-law.com; jrabinowitz@rltlawfirm.com; jschwartz@hahnhessen.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jtimko@allenmatkins.com; jtougas@mayerbrown.com; jwallack@goulstonstorrs.com; jwang@sipc.org; jweiss@gibsondunn.com; jwhitman@entwistle-law.com; jwishnew@mofo.com; karen.wagner@dpw.com; KDWBankruptcyDepartment@kelleydrye.com; keith.simon@lw.com; Ken.Coleman@allenovery.com; ken.higman@hp.com; kgwynne@reedsmith.com; kiplok@hugheshubbard.com; Klippman@munsch.com; kmayer@mccarter.com; kmisken@mcguirewoods.com; kobak@hugheshubbard.com; korr@orrick.com; KOstad@mofo.com; kovskyd@pepperlaw.com; kpiper@steptoe.com; kressk@pepperlaw.com; KReynolds@mklawnyc.com; kristin.going@dbr.com; krosen@lowenstein.com; krubin@ozcap.com; lacyr@sullcrom.com; lalshibib@reedsmith.com; Landon@StreusandLandon.com; lattard@kayescholer.com; lawrence.bass@hro.com; lgranfield@cgsh.com; linda.boyle@twtelecom.com; lisa.kraidin@allenovery.com; lmarinuzzi@mofo.com; lmcgowen@orrick.com; lml@ppgms.com; lnashelsky@mofo.com; lromansic@steptoe.com; lschweitzer@cgsh.com; lubell@hugheshubbard.com; lwhidden@salans.com; mabrams@willkie.com; macronin@debevoise.com; MAOFILING@CGSH.COM; maofiling@cgsh.com; Marc.Chait@standardchartered.com; margolin@hugheshubbard.com; mark.deveno@bingham.com; mark.ellenberg@cwt.com; mark.houle@pillsburylaw.com; martin.davis@ots.treas.gov; masaki_konishi@noandt.com; matthew.dyer@prommis.com; matthew.klepper@dlapiper.com; mbenner@tishmanspeyer.com; mbienenstock@dl.com; mcordone@stradley.com; mcto@debevoise.com; mdorval@stradley.com; metkin@lowenstein.com; mgreger@allenmatkins.com; mhopkins@cov.com; michael.kim@kobrekim.com; mitchell.ayer@tklaw.com; mitchell.epner@friedfrank.com; mjacobs@pryorcashman.com; mjedelman@vedderprice.com; mkjaer@winston.com; mlahaie@akingump.com; mmendez@hunton.com; mmickey@mayerbrown.com; mmorreale@us.mufg.jp; mmurphy@co.sanmateo.ca.us; monica.lawless@brookfieldproperties.com; mpage@kelleydrye.com; mpucillo@bermanesq.com; mrosenthal@gibsondunn.com; MSchleich@fraserstryker.com; mschonholtz@kayescholer.com; mshiner@tuckerlaw.com; mspeiser@stroock.com; mstamer@akingump.com; nbannon@tishmanspeyer.com; neal.mann@oag.state.ny.us; ned.schodek@shearman.com; newyork@sec.gov; Nherman@morganlewis.com; nissay_10259-0154@mhmjapan.com; oipress@travelers.com; omeca.nedd@lovells.com; paul.deutch@troutmansanders.com; pbentley@kramerlevin.com; pbosswick@ssbb.com; pdublin@akingump.com; peter.simmons@friedfrank.com; peter.zisser@hklaw.com; peter@bankrupt.com; pfeldman@oshr.com; phayden@mcguirewoods.com; pnichols@whitecase.com; ppascuzzi@ffwplaw.com; ppatterson@stradley.com; prachmuth@reedsmith.com; pwirt@ftportfolios.com; pwright@dl.com; r.stahl@stahlzelloe.com; ramona.neal@hp.com;

ranjit.mather@bnymellon.com; rdaversa@orrick.com; rfleischer@pryorcashman.com; rfrankel@orrick.com; rgmason@wlrk.com; rgraham@whitecase.com; rhett.campbell@tklaw.com; richard.lear@hklaw.com; ritkin@steptoe.com; RLevin@cravath.com; RLGold1977@aol.com; rmatzat@hahnhessen.com; rmunsch@munsch.com; rnetzer@willkie.com; rnies@wolffsamson.com; robert.bailey@bnymellon.com; robert.dombroff@bingham.com; robert.henoch@kobrekim.com; Robert.Holladay@youngwilliams.com; robert.malone@dbr.com; Robert.yalen@usdoj.gov; roberts@pursuitpartners.com; Robin.Keller@Lovells.com; ronald.silverman@bingham.com; rreid@sheppardmullin.com; RTrust@cravath.com; Russj4478@aol.com; rwasserman@cftc.gov; rwynne@kirkland.com; rwyron@orrick.com; sabin.willett@bingham.com; sagolden@hhlaw.com; Sally.Henry@skadden.com; sandra.mayerson@hklaw.com; Sara.Tapinekis@cliffordchance.com; schapman@willkie.com; schristianson@buchalter.com; scottshelley@quinnemanuel.com; scousins@armstrongteasdale.com; sdnyecf@dor.mo.gov; sean@blbglaw.com; sehlers@armstrongteasdale.com; sfelderstein@ffwplaw.com; sfineman@lchb.com; sfox@mcguirewoods.com; sgordon@cahill.com; SGross@HodgsonRuss.com; sgubner@ebg-law.com; sharbeck@sipc.org; shari.leventhal@ny.frb.org; sheakkorzun@comcast.net; sheehan@txschoollaw.com; sidorsky@butzel.com; slerner@ssd.com; smillman@stroock.com; snewman@katskykorins.com; spiotto@chapman.com; splatzer@platzerlaw.com; sselbst@herrick.com; steele@lowenstein.com; stephanie.wickouski@dbr.com; steve.ginther@dor.mo.gov; steven.perlstein@kobrekim.com; steven.wilamowsky@bingham.com; Streusand@StreusandLandon.com; susan.schultz@newedgegroup.com; susheelkirpalani@quinnemanuel.com; tarbit@cftc.gov; tbrock@ssbb.com; TGoren@mofo.com; Thomas_Noguerola@calpers.ca.gov; timothy.brink@dlapiper.com; timothy.palmer@bipc.com; tjfreedman@pbnlaw.com; tkarcher@dl.com; tkiriakos@mayerbrown.com; tmacwright@whitecase.com; tmayer@kramerlevin.com; tnixon@gklaw.com; tslome@msek.com; ttracy@crockerkuno.com; twatanabe@mofo.com; twheeler@lowenstein.com; vdagostino@lowenstein.com; Villa@StreusandLandon.com; wanda.goodloe@cbre.com; wbenzija@halperinlaw.net; weissjw@gtlaw.com; wheuer@dl.com; wiltenburg@hugheshubbard.com; wisotska@pepperlaw.com; wsilverm@oshr.com; wtaylor@mccarter.com; wzoberman@bermanesq.com; yamashiro@sumitomotrust.co.jp

## **Exhibit B**

OFFICE OF THE NEW YORK ATTORNEY GENERAL
Fax No.:  (212) 416-6042

INTERNAL REVENUE SERVICE
Fax No.:  (212) 436-1931

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
Fax No.:  (212) 668-2255

**Exhibit C**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.
          Lori R. Fife, Esq.
          Shai Y. Waisman, Esq.
          Jacqueline Marcus, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
          Lisa Schweitzer, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq.
        Hydee R. Feldstein, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andrew D. Velez-Rivera, Esq.
        Paul Schwartzberg, Esq.
        Brian Masumoto, Esq.
        Linda Rifkin, Esq.
        Tracy Hope Davis, Esq.