**MORRISON COHEN LLP**
909 Third Avenue
New York, New York 10022
(212) 735-8600
Joseph T. Moldovan, Esq.
Michael R. Dal Lago, Esq.

Attorneys for Carmignac Gestion

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                              :
                                                   :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.,*           :
                                                   :    Case No. 08-13555 (JMP)
                                                   :    Jointly Administered
                            Debtors.               :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), Morrison Cohen LLP, as counsel for Carmignac Gestion demands that all notices, papers, and pleadings including, without limitation, orders, applications, petitions, demands, motions, or documents of any kind, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telex, computer data medium or any electronic means, filed or served in this case, or any adversary proceeding herein, be served upon:

> Michael R. Dal Lago, Esq.
> Morrison Cohen LLP
> 909 Third Avenue
> New York, New York 10022
> Phone (212) 735-8600
> Fax: (212) 735-8708
> Email: bankruptcy@morrisoncohen.com

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Carmignac Gestion's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Carmignac Gestion is or may be entitled under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: New York, New York
       November 18, 2008

                        **MORRISON COHEN LLP**
                        Attorneys for Carmignac Gestion

                        */s/ Michael R. Dal Lago*
                        Joseph T. Moldovan
                        Michael R. Dal Lago
                        909 Third Avenue
                        New York, New York 10022
                        (212) 735-8600

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF NEW YORK )

        **MARIOLA WIATRAK,** being duly sworn, deposes and says:

        I am employed by the firm of Morrison Cohen LLP, attorneys for Carmignac Gestion. I am not a party to this action, am over 18 years of age and reside in Forest Hills, New York.

        On November 18, 2008, I served copies of the Notice of Appearance and Demand for Service of Papers, upon the parties on the annexed service list by enclosing same in wrappers respectively addressed to the addresses designated for that purpose and causing same to be deposited first class and post-paid in an official depository under the care and custody of the United Stated Postal Service within the State of New York.

                                           */s/ Mariola Wiatrak*
                                          MARIOLA WIATRAK

Sworn to before me this
18th day of November 2008

   */s/*
NOTARY PUBLIC

#1484303 v1 \099998 \0038

## SERVICE LIST

Jacqueline Marcus, Esq.
Shai Waisman, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
*Attorneys for the Debtors*

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
*Attorneys for Trustee James W. Giddens,*
*as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Attorneys for the Official Committee of Unsecured Creditors*

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004
*U.S. Trustee*