UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
In re:                                                                 :   Chapter 11
                                                                       :
LEHMAN BROTHERS HOLDINGS, INC. et al.,                                 :   Case No. 08-13555 (JMP)
                       Debtors.                                        :   (Jointly Administered)
                                                                       :
---------------------------------------------------------------------- X
                                                                           Case No. 08-01420 (JMP)
In re:                                                                 :   SIPA
                                                                       :
LEHMAN BROTHERS, INC.,                                                 :   CERTIFICATE OF
                       Debtor.                                         :   SERVICE
                                                                       :
---------------------------------------------------------------------- X

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 17th day of November 2008, the Notice of Extended Objection Deadline for Certain Counterparties to Contracts and Leases Assumed and Assigned to Purchase was served by First Class Mail upon:

>    Strategic Financial Solutions, LLC
>    200 2nd Ave., SE
>    Cedar Rapids, IA  52401-1214

On the 18th day of November 2008, the Notice of Extended Objection Deadline for Certain Counterparties to Contracts and Leases Assumed and Assigned to Purchase was served by First Class Mail upon:

>    NYBOT
>    One North End Avenue
>    New York, NY  10282-1101

Dated:   New York, New York
         November 18, 2008

                                                    /s/Richard V. Conza
                                                    Richard V. Conza