WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller, Esq.
Richard P. Krasnow, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                            :
**In re**                                   :    **Chapter 11**
                                            :    **Case No. 08-13555**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,:    (Jointly Administered)
                                            :
**Debtors.**                                :
                                            :
------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**SUPPLEMENTAL AFFIDAVIT OF MARY ELIZABETH McGARRY FILED ON BEHALF OF SIMPSON THACHER & BARTLETT LLP IN SUPPORT OF THE DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE AND RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN SIMPSON THACHER BARTLETT LLP AS SPECIAL COUNSEL** *NUNC PRO TUNC* **TO THE COMMENCEMENT DATE**

Mary Elizabeth McGarry, being duly sworn, states the following based upon personal knowledge and review of relevant documents:

1.     I am a member of the firm of Simpson Thacher & Bartlett LLP ("Simpson Thacher" or the "Firm"), 425 Lexington Avenue, New York, New York 10017, and am admitted

053105-0737-11658-NY01.2759351.1

to practice law in the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the District of Colorado and the Eastern District of Wisconsin, the United States Courts of Appeals for the Second, Sixth and Tenth Circuits, and the United States Supreme Court.

2. I submit this supplemental affidavit in further support of the application dated November 3, 2008 (the "Application") filed by the Debtors seeking authorization *nunc pro tunc* to employ Simpson Thacher as special counsel to Lehman Brothers Holdings Inc. ("LBHI") for certain non-bankruptcy related postpetition matters that are now concluded, and authorization *nunc pro tunc* to continue to pay the fees and expenses of Simpson Thacher in connection with a litigation and related insurance claim, as further described in my Affidavit dated October 31, 2008 (the "October 31st McGarry Affidavit") previously submitted as Exhibit A to the Application, and to provide additional and corrected disclosures as required under Bankruptcy Rules 2014(a) and 2016(b). Any capitalized term not expressly defined herein shall have the meaning ascribed to it in the Application or the October 31st McGarry Affidavit.

3. All facts set forth in this supplemental affidavit are based upon information from, and discussions I or other Simpson Thacher personnel reporting to me have had with, certain of my colleagues and the attorney at Simpson Thacher responsible for conflicts matters. The facts below are also based on a review of the Conflicts Checklist provided by WGM to Simpson Thacher on October 21, 2008, setting forth certain of the creditors and other parties in interest of the Debtors performed by (i) the persons within Simpson Thacher responsible for maintaining records of our representations, with the assistance of an attorney at Simpson Thacher and (ii) our Finance Department personnel. Based on the foregoing, if I were

called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this supplemental affidavit on behalf of Simpson Thacher.

4. The purpose of this supplemental affidavit is to provide additional and corrected disclosures regarding: (i) the results of Simpson Thacher's conflicts search of the persons or entities identified in the Conflicts Checklist (or one or more affiliates of such persons or entities) in unrelated matters, and (ii) Simpson Thacher's representation of a Debtor, Lehman Individuals and certain additional individuals (together, the "Individuals") in connection with investigations arising out of the business of LBHI and its affiliates and in civil litigation matters, including civil actions in which such Individuals had not been served or that had not been commenced when the October 31st McGarry Affidavit was executed. These disclosures are set forth in Annex I hereto and, as also set forth in Annex I, these disclosures supplement and correct disclosures set forth in Exhibits A and C to the October 31st McGarry Affidavit.

5. The foregoing constitutes the statement of Simpson Thacher pursuant to sections 327(e) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016(b).

Dated: New York, New York
November 18, 2008

_____
Mary Elizabeth McGarry

Sworn to before me this 18th day of November, 2008
/s/ Andrew Laird
Notary Public, State of New York
No. 01LA6195177
Qualified in New York
Commission Expires:
October 20, 2012

ANDREW LAIRD
Notary Public, State of New York
No. 01LA6195177
Qualified in New York County
Commission Expires October 20, 2012

053105-0737-11658-NY01.2759351.1                3

# ANNEX I TO THE SUPPLEMENTAL McGARRY AFFIDAVIT

## I. SUPPLEMENTAL AND CORRECTED DISCLOSURE REGARDING MATTERS SET FORTH IN EXHIBIT A TO THE OCTOBER 31ST McGARRY AFFIDAVIT

**Officers and Directors**

| Category | Individual/ Entity | Description |
|---|---|---|
| Directors and Officers | Hugh E. "Skip" McGee III (Officer: Former) | Mr. McGee is not a client. |
| Directors and Officers | Joseph M. Gregory (Officer: Former) | Simpson Thacher represents Mr. Gregory in *Operative Plasterers*, a prepetition securities litigation matter described in Exhibit C to the October 31st McGarry Affidavit. |

**Related Entities**

| Related Entities | Lehman Commercial Paper Inc. ("LCPI") | As set forth in Exhibit A to the October 31st McGarry Affidavit, LCPI is a client.

Prior to the Commencement Date, Simpson Thacher represented LCPI in connection with its roles as lender, administrative agent and other agency positions under various credit facilities. Since the Commencement Date, LCPI has continued to retain Simpson Thacher in the ordinary course of LCPI's business in connection with its role as administrative agent and lender under a 2006 credit facility with BHM Technologies, LLC and BHM Technologies Holdings, Inc. as borrowers (together with their domestic subsidiaries, "BHM") and |
|---|---|---|

|  |  | in connection with LCPI's role as administrative agent and lender under BHM's June 2008 debtor-in-possession financing agreement (the "DIP Financing Agreement"). In May 2008, BHM commenced cases under chapter 11 of the Bankruptcy Code, which are being jointly administered as *In re BHM Technologies, Inc., et al*, Case No. 08-04413, currently pending before the Bankruptcy Court for the Western District of Michigan. Simpson Thacher has represented LCPI throughout BHM's chapter 11 cases. BHM's chapter 11 plan was confirmed on September 30, 2008 and BHM is seeking to emerge from chapter 11 by the end of November 2008. Under the Bankruptcy Court orders authorizing the DIP Financing Agreement, Simpson Thacher's fees and expenses in connection with its representation of LCPI in BHM's chapter 11 cases are submitted to and paid by BHM's bankruptcy estate. It is anticipated that LCPI will serve briefly as administrative agent on any BHM exit financing facility and that this agency will transition to a different institution within 90 days of the date of this supplemental affidavit. |
|--|--|--|

## II. SUPPLEMENTAL AND CORRECTED DISCLOSURE REGARDING MATTERS SET FORTH IN EXHIBIT C TO THE OCTOBER 31ST McGARRY AFFIDAVIT

### Postpetition Representations

### Investigations
(To correct and replace the paragraph "Investigations" set forth in Exhibit C to the October 31st McGarry Affidavit)

Since the Commencement Date, Simpson Thacher has been asked by the Debtors to be available to serve as counsel to certain current and former officers and employees of LBHI and its affiliates in various current and potential investigation matters relating to LBHI and its affiliates' businesses. At present, Simpson Thacher represents: Ian Lowitt, Martin Kelly, Paolo Tonucci, David O'Reilly, Lisa Beeson, Steve Hash, Edward Grieb, Larry Wieseneck, Shaun Butler, David Lazarus, Christopher O'Meara, Eric Treiling and Natasha Sedlock Blair. Simpson Thacher may represent additional individuals in connection with various investigative matters in the future who would join the list of Individuals upon such retention.

### Postpetition Securities Litigations
(To supplement the disclosure regarding postpetition securities litigation representations set forth in Exhibit C to the October 31st McGarry Affidavit)

In addition to the litigation representations set forth below and in Exhibit C to the October 31st McGarry Affidavit, Simpson Thacher may represent additional individuals in connection with such litigation matters in the future who would join the list of Lehman Individuals upon such retention.

### *Mease, et al. v. Richard S. Fuld, Jr., et al.:*

The complaint in this action, filed on October 21, 2008 in Arkansas state court (Garland County), names as defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and several underwriters. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel. The underwriter defendants are being represented by Cleary, Gottlieb Steen & Hamilton.

### *Mease and Caldwell, et al. v. Richard S. Fuld, Jr., et al.:*

The complaint in this action, filed on October 22, 2008 in Arkansas state court (Washington County), names as defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and several underwriters. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel. The underwriter defendants are being represented by Cleary, Gottlieb Steen & Hamilton.

### *Deathrow, Kattell & Dimodica, et al. v. Richard S. Fuld, Jr., et al.*:

The complaint in this action, filed on October 21, 2008 in Arkansas state court (Saline County), names as defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and several underwriters. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel. All of the underwriter defendants are being represented by Cleary, Gottlieb Steen & Hamilton, with the exception of Edward D. Jones & Co., L.P., which has retained Cahill Gordon & Reindel.

### *Warden, et al. v. Richard S. Fuld, Jr., et al.*:

The complaint in this action, filed on October 22, 2008 in Arkansas state court (Benton County), names as defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and several underwriters. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel. The underwriter defendants are being represented by Cleary, Gottlieb Steen & Hamilton.

### *Napierala, et al. v. Richard S. Fuld, Jr., et al.*:

The complaint in this action, filed on November 4, 2008 in Arkansas state court (Benton County), names as defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and several underwriters. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel. All of the underwriter defendants are being represented by Cleary, Gottlieb Steen & Hamilton, with the exception of Edward D. Jones & Co., L.P., which has retained Cahill Gordon & Reindel.

### *Shipley, et al. v. Richard S. Fuld, Jr., et al.*:

The complaint in this action, filed on November 4, 2008 in Arkansas state court (Benton County), names as defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and several underwriters. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel. The underwriter defendants are being represented by Cleary, Gottlieb Steen & Hamilton.

### *Stark and Rooney v. Erin Callan, et al.*:

The complaint in this action, filed on October 27, 2008 in New York state court (New York County), names as defendants Erin Callan, Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman and John D. Macomber, in addition to several underwriters and Ernst & Young. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy, and Erin Callan, who has retained Proskauer Rose. The underwriter defendants are being represented by Cleary, Gottlieb Steen & Hamilton. Ernst & Young is being represented by Mayer Brown Rowe & Maw.

### *Peyser, et al. v. Richard S. Fuld, Jr., et al.*:

The complaint in this action, filed on October 31, 2008 in the United States District Court for the Southern District of New York (Judge Berman), names as defendants Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, John D. Macomber and UBS Financial Services, Inc. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel. UBS Financial Services, Inc. is being represented by Gibson Dunn & Crutcher.

### *Gott, et al. v. UBS Financial Services, Inc., et al.*:

The complaint in this action, filed on November 6, 2008 in the United States District Court for the Southern District of New York (Judge Marrero), names as defendants UBS Financial Services, Inc., Richard S. Fuld, Jr., Michael L. Ainslie, John F. Akers, Roger S. Berlind, Thomas Cruikshank, Marsha Johnson Evans, Sir Christopher Gent, Roland A. Hernandez, Henry Kaufman, and John D. Macomber. Simpson Thacher represents the individual defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel. UBS Financial Services, Inc. is being represented by Gibson Dunn & Crutcher.

### *San Mateo County Investment Pool v. Richard S. Fuld, Jr., et al.*:

The complaint in this action, filed on November 13, 2008 in California state court, names as defendants Richard S. Fuld, Jr., Christopher O'Meara, Joseph M. Gregory, Erin Callan, Ian Lowitt, David Goldfarb, John F. Akers, Roger S. Berlind, Marsha Johnson Evans, Roland A. Hernandez and Henry Kaufman, in addition to Ernst & Young and "Does 1 through 20". Simpson Thacher represents the individual named defendants, with the exception of Richard S. Fuld, Jr., who has retained Allen & Overy as his counsel, and Erin Callan, who has retained Proskauer Rose. Ernst & Young is being represented by Mayer Brown Rowe & Maw.