NIXON PEABODY, LLP
Christopher M. Desiderio
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
and
Amanda Darwin
Richard C. Pedone
100 Summer Street
Boston, MA  02110
Telephone: (617) 345-1000

*Counsel to Deutsche Bank Trust Company Americas, as Trustee for various trusts,
and Deutsche Bank National Trust Company, as Trustee and Indenture Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Richard C. Pedone, a member in good standing of the bars in the State of Massachusetts and of the bar of the United States District Court for the District of Massachusetts, requests admission, *pro hac vice*, before the Honorable James M. Peck, to represent Deutsche Bank Trust Company Americas, as Trustee for various trusts, and Deutsche Bank National Trust Company, as Trustee and Indenture Trustee of various trusts, as applicable, a party in interest in the above-referenced case.

My address is 100 Summer Street, Boston, Massachusetts 02110; e-mail: rpedone@nixonpeabody.com; telephone: (617) 345-1305.

11189214.1

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*, and have submitted the $25 fee with this Motion.

Dated: Boston Massachusetts
November 18, 2008

                                           */s/ Richard C. Pedone*
                                           Richard C. Pedone, Esq.
                                           NIXON PEABODY LLP
                                           100 Summer Street
                                           Boston, MA  02110