UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., ) | |
| ) | Case No. 08-13555 (JMP) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

RICHARD C. PEDONE, a member in good standing of the bar in the State of Massachusetts and of the bar of the United States District Court for the District of Massachusetts, having request admission, *pro hac vice*, to represent Deutsche Bank Trust Company Americas, as Trustee for various trusts, and Deutsche Bank National Trust Company, as Trustee and Indenture Trustee of various trusts, as applicable, a party in interest in the above-referenced case.

ORDERED, that Richard C. Pedone, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
_____ \_\_\_\_, 2008

_____
HON. JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE

11189214.1