PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
(212) 969-3000
*Attorneys for Sixth Gear Funding Trust
and Sixth Gear Solutions Corp.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br>*et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Victoria Loughery, the undersigned, being duly sworn, deposes and says:

1. That deponent is not a party to the action, is over 18 years of age, and resides in Queens County, New York.

2. That on the 19th day of November, 2008, I caused true and correct copies of Sixth Gear's Reply In Further Support Of Motion To Set Prompt Date For Assumption Or Rejection And In Opposition To Relief Requested In Debtors' Response to be served in accordance with governing case management procedures entered in case no. 08-13555 (Docket No. 285), on those parties, and in the manner indicated, on the attached Service List.

_____
Victoria Loughery

Sworn to before me on this 19th
day of November, 2008

_____
Notary Public

REGINA M. CASTELA
Notary Public, State of New York
No. 01CA4782890
Qualified in Nassau County
Commission Expires Dec. 31, 2009

# SERVICE LIST

**BY ECF:**

United States Bankruptcy Court
Southern District Of New York
ATTN: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

**BY HAND:**

Weil Gotshal & Manges LLP
ATTN: Richard P. Krasnow, Lori R. Fife
Shai Y. Waisman, Jacqueline Marcus
(Counsel To The Debtors)
767 Fifth Avenue
New York, NY 10153

United States Bankruptcy Court
Southern District Of New York
ATTN: The Honorable James M. Peck
One Bowling Green, Courtroom 601
New York, NY 10004

Office Of The U.S. Trustee
ATTN: Andrew D. Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21ST Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
ATTN: Dennis Dunne, Luc Despins, Wilbur Foster, Jr.
Dennis O'Donnell, ESQ., Evan Fleck, ESQ.
(Counsel To The Official Committee Of
Unsecured Creditors)
1 Chase Manhattan Plaza
New York, NY 10005

Quinn Emanuel Urquhart Oliver & Hedges LLP
ATTN: Susheel Kirpalani, James C. Tecce and
Scott C. Shelley
(Counsel To Special Counsel To The Official
Committee Of Unsecured Creditors Of LBH Inc.)
51 Madison Avenue, 22nd Floor
New York, NY 10010

Cleary Gottlieb Steen & Hamilton LLP
ATTN: Lisa Schweitzer and Lindsee Granfield
One Liberty Plaza
New York, NY 10006

Sullivan & Cromwell LLP
ATTN: Robinson B. Lace and
Hydee R. Feldstein
(Counsel To Barclays Capital, Inc.)
125 Broad Street
New York, NY 10004