David W. Dykhouse
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     :ss.:
COUNTY OF NEW YORK   )

    CHRISTINA I. BELANGER, being duly sworn, deposes and says:

    1.    I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

    2    On November 17, 2008, I electronically filed the following document:

- *Asbury Atlantic, Inc. and Asbury-Solomons, Inc.'s Request for All Notices and Demand for Service of Papers*

with the Clerk of the Court using the CM/ECF system, which caused notification of such filing to be sent to the parties at the e-mail addresses listed on the attached service list.

3070803v.1

3. November 18, 2008, I served the above document upon the following by depositing a true copy of said document in a postpaid wrapper in a mail depository maintained by the U.S. Postal Service located at 1133 Avenue of the Americas, New York, New York 10036, directed to him at the address listed below:

Andrew D. Velez-Rivera, Esq.
United States Trustee's Office
33 Whitehall Street, 21st Floor
New York, New York 10004

_____
CHRISTINA I. BELANGER

Sworn to before me this
19th day of November, 2008

_____
Notary Public

ELIZABETH WILLIS
Notary Public, State of New York
No. 31-01WI6014356
Qualified in New York County
Commission Expires October 13, 2010

3070803v.1

**E-Mail Service List**

Anne Marie Aaronson aaronsoa@pepperlaw.com

Marc Abrams maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker acker@chapman.com

Luma Al-Shibib lalshibib@reedsmith.com

Colin B. Albaugh albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso aalfonso@kayescholer.com

George Angelich angelich.george@arentfox.com, angelich.george@arentfox.com

John R. Ashmead ashmead@sewkis.com

Lauren Attard lattard@kayescholer.com,
lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com

Donald M. Badaczewski donald.badaczewski@dechert.com

Elizabeth Banda kwilliams@pbfcm.com

David M. Banker dbanker@lowenstein.com

Lawrence Bass lawrence.bass@hro.com

T. Scott Belden sbelden@kleinlaw.com,
imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer hbeltzer@morganlewis.com

Walter Benzija wbenzija@halperinlaw.net

Martin J. Bienenstock martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com
Michael V. Blumenthal mblumenthal@crowell.com

Timothy W. Brink timothy.brink@dlapiper.com

James L. Bromley maofiling@cgsh.com;soneal@cgsh.com

3070803v.1

Andrew P. Brozman andrew.brozman@cliffordchance.com

Martin G. Bunin marty.bunin@alston.com

Aaron R. Cahn cahn@clm.com

Matthew Allen Cantor info2@normandyhill.com

Michael D. Capozzi mcapozzi@ingramllp.com

John F. Carberry jcarberry@cl-law.com, dsantos@cl-law.com

Lawrence F. Carnevale bankruptcy@clm.com, murphy@clm.com

James S. Carr KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski eugene.chikowski@flastergreenberg.com

Shawn M. Christianson schristianson@buchalter.com, cmcintire@buchalter.com

Darrell W. Clark dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Marvin E. Clements agbanknewyork@ag.tn.gov

Ronald L. Cohen cohenr@sewkis.com

Kenneth P. Coleman kurt.vellek@allenovery.com,
daniel.guyder@allenovery.com;tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins pcollins@farrellfritz.com

Kenneth Corey-Edstrom kcoreyedstrom@larkinhoffman.com

Patrick M. Costello pcostello@bbslaw.com

Steven Cousins scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo dcrapo@gibbonslaw.com

David A. Crichlow dcrichlow@pillsburywinthrop.com

Maureen A. Cronin macronin@debevoise.com,
hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

3070803v.1

Leo T. Crowley leo.crowley@pillsburylaw.com

Vincent D'Agostino vdagostino@lowenstein.com

Israel Dahan allison.dipasqua@cwt.com

George A. Davis wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq. gabriel.delvirginia@verizon.net

Bradford E. Dempsey brad.dempsey@hro.com

Christopher M. Desiderio cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Mark W. Deveno mark.deveno@bingham.com, pat.wright@bingham.com

Maria J. DiConza diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Christopher R. Donoho chris.donoho@lovells.com, omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval mdorval@stradley.com

Amish R. Doshi adoshi@daypitney.com

Thomas Alan Draghi tdraghi@westermanllp.com

Dennis J. Drebsky ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk rdremluk@seyfarth.com,

pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Matthew Dyer bkmail@mrdefault.com

David W. Dykhouse dwdykhouse@pbwt.com;cbelanger@pbwt.com

Michael James Edelman mjedelman@vedderprice.com, ecfnydocket@vedderprice.com

3070803v.1

Daniel Eggermann deggermann@kramerlevin.com

Devon Eggert deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers sehlers@armstrongteasdale.com

Jeremy D. Eiden jeremy.eiden@state.mn.us

Charles R. Ekberg ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen eleliasen@stoel.com, basargent@stoel.com

Mark C. Ellenberg mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Michael R. Enright menright@rc.com

Andrew J. Entwistle aentwistle@entwistle-law.com, tmaloney@entwistlelaw.com;mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistlelaw.com;scasey@entwistle-law.com;jporter@entwistle-law.com

Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar mfarquhar@winstead.com, whsu@winstead.com

Michael S. Feldberg michael.feldberg@newyork.allenovery.com, kurt.vellek@allenovery.com;toby.mann@allenovery.com;karen.lee@newyork.allenovery.com

Matthew Allen Feldman maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman sfineman@lchb.com

Eric Fisher fishere@butzel.com

Daniel J. Flanigan dflanigan@polsinelli.com, tbackus@polsinelli.com

Charles H. Fleischer cfleischer@ofqlaw.com, aswaim@ofqlaw.com

Robert M. Fleischer rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

3070803v.1

Shawn Randall Fox sfox@mcguirewoods.com

Mark Freedlander mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

David M. Friedman ffigueroa@kasowitz.com

Ellen A. Friedman mmyles@friedumspring.com

Kenneth Friedman kfriedman@manatt.com

Michael Friedman mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com

Anthony I. Giacobbe agiacobbe@zeklaw.com

Steven D. Ginsburg sdg@adorno.com, smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther sdnyecf@dor.mo.gov

Joseph M. Gitto jgitto@nixonpeabody.com

Eduardo J. Glas eglas@mccarter.com

Andrew C. Gold AGOLD@HERRICK.COM

Matthew J. Gold mgold@kkwc.com, mattgoldesq@optonline.net

Irena M. Goldstein igoldstein@dl.com

Antonia Golianopoulos agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Andrew J. Goodman agoodman@gsblaw.com

Todd M. Goren tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield maofiling@cgsh.com, lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com;mmarler@Ira S. Greene isgreene@hhlaw.com, nduncan@hhlaw.com

3070803v.1

Emanuel C. Grillo egrillo@goodwinprocter.com

Steven T. Gubner ecf@ebg-law.com

Paul C. Gunther pgunther@salans.com, nkhalatova@salans.com

Alan D. Halperin ahalperin@halperinlaw.net, cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Howard R. Hawkins howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Dion W. Hayes phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser heiser@chapman.com

Sally M. Henry Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman ira.herman@tklaw.com

Neil E. Herman Nherman@morganlewis.com

Robert M. Hirsh hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Robert L. Holladay rob.holladay@youngwilliams.com

Eric H. Horn ehorn@lowenstein.com, elawler@lowenstein.com

Frederick D. Hyman fhyman@mayerbrownrowe.com

Robbin L. Itkin ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

John J. Jolley jay.jolley@kutakrock.com

John E. Jureller jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden gkaden@goulstonstorrs.com

Richard S. Kanowitz rkanowitz@cooley.com

Dimitri G. Karcazes dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman dkasselman@kasselman-law.com

Robin Elizabeth Keller robin.keller@lovells.com, omeca.nedd@lovells.com

J. Michael Kelly kellyjm@cooley.com

Christopher K. Kiplok kiplok@hugheshubbard.com

Barry R. Kleiner dkleiner@velaw.com

Howard Koh hkoh@meisterseelig.com

Robert Kolodney rkolodney@kanekessler.com

Timothy J. Korzun sheakkorzun@comcast.net

Deborah Kovsky-Apap kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Greg T. Kupniewski greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman jkurtzma@klehr.com

Darryl S. Laddin bkrfilings@agg.com

Michael C. Lambert mclambert@lawpost-nyc.com

Robert Laplaca rlaplaca@levettrockwood.com

Francis J. Lawall lawallf@pepperlaw.com

David M. LeMay dlemay@chadbourne.com

Stephen D. Lerner slerner@ssd.com

Ira M. Levee ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal shari.leventhal@ny.frb.org

Richard B. Levin rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com

Fredrick J. Levy flevy@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Richard Levy rlevy@pryorcashman.com

Leo V. Leyva lleyva@coleschotz.com

Michael Liberman mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov liebovd@sullcrom.com

Demetra Liggins demetra.liggins@tklaw.com

Joanne K. Lipson jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Sarah K. Loomis loomis@hugheshubbard.com

Eric Lopez Schnabel schnabel.eric@dorsey.com

Daniel A. Lowenthal dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman dludman@brownconnery.com

Alan Lungen alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.Christopher J. Major cmajor@rc.com, tgorrell@rc.com

Robert K. Malone robert.malone@dbr.com

Beverly Weiss Manne bmanne@tuckerlaw.com

Julie A. Manning bankruptcy@goodwin.com

Jacqueline Marcus jacqueline.marcus@weil.com

Alan E. Marder lgomez@msek.com

Jeffrey S. Margolin margolin@hugheshubbard.com

Lorenzo Marinuzzi lmarinuzzi@mofo.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigano@Laurence May lmay@coleschotz.com

Douglas Kirk Mayer dkmayer@wlrk.com, dkmayer@wlrk.com

Jil Mazer-Marino jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy lehman.chapter11@dpw.com

Douglas J. McGill douglas.mcgill@dbr.com

Frank McGinn ffm@bostonbusinesslaw.com

Lorraine S. McGowen lmcgowen@orrick.com

Michelle McMahon michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Michelle A. Mendez mmendez@hunton.com

Michael T. Mervis Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth msteen@daypitney.com

Brett H. Miller bmiller@mofo.com

Harvey R. Miller harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken kmisken@mcguirewoods.com

Joseph Thomas Moldovan bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Thomas J. Moloney maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery
cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Joshua D. Morse morsej@hbdlawyers.com

Steven T. Mulligan smulligan@bsblawyers.com

Roger David Netzer maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman snewman@katskykorins.com

Robert E. Nies rnies@wolffsamson.com

Timothy F. Nixon tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Mark D. Northrup mnorthrup@GrahamDunn.com, dpurdy@GrahamDunn.com

Harold S. Novikoff hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry eavila@bermanesq.com

Kalman Ochs ochska@ffhsj.com

Karen Ostad kostad@mofo.com

Jody Michelle Oster ECF.Oster@huntington.com

Alec P. Ostrow apo@stevenslee.com

R. Stephen Painter spainter@cftc.gov

Charles Palella cpalella@kurzman.com

Steven W. Perlstein steven.perlstein@kobrekim.com

Thomas Pietrantonio pietrantoniolaw@optonline.net

Sydney G. Platzer splatzer@platzerlaw.com

Frederick B. Polak lml@ppgms.com

John N. Poulos poulos@hugheshubbard.com

Constantine Pourakis cp@stevenslee.com

William C. Price wprice@mcguirewoods.com

Jonathan I. Rabinowitz jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy araboy@cov.com

John J. Rapisardi john.rapisardi@cwt.com, zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.Paul L. Ratelle pratelle@fwhtlaw.com

Ira A. Reid ira.a.reid@bakernet.com

3070803v.1

Steven J. Reisman sreisman@curtis.com,
jbarucha@curtis.com;webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@Howard D. Ressler hressler@diamondmccarthy.com

Kenneth A. Reynolds kreynolds@mklawnyc.com,
jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards mrichards@blankrome.com

Dirk S. Roberts dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler mroeschenthaler@mcguirewoods.com

Elizabeth L. Rose erose@herrick.com, erose@herrick.com

George Rosenberg grosenberg@co.arapahoe.co.us

Kermit A. Rosenberg krosenberg@tighepatton.com

Edward M. Rosensteel info@rosebeck.com

David A. Rosenzweig DRosenzweig@Fulbright.com

David S. Rosner ffigueroa@kasowitz.com;dfliman@kasowitz.com

Douglas B. Rosner drosner@goulstonstorrs.com

Rene S. Roupinian rroupinian@outtengolden.com

Barry J Roy broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky srutsky@proskauer.com

Chester B. Salomon cs@stevenslee.com

Diane W. Sanders austin.bankruptcy@publicans.com

Lori K. Sapir lsapir@ssghlaw.com

Kim Sherrie Sawyer gharnett@tlsgltd.com

3070803v.1

Gregory B. Schiller gschiller@zeislaw.com

Michael L. Schleich mschleich@fslf.com

Carey D. Schreiber cschreiber@winston.com

Christopher P. Schueller christopher.schueller@bipc.com
timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman dschulman@salans.com

Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@Lisa M. Schweitzer lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Howard Seife arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst sselbst@herrick.com, courtnotices@herrick.com

Andrea Sheehan sheehan@txschoollaw.com,

coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich jshickich@riddellwilliams.com

Glenn E. Siegel Glenn.Siegel@dechert.com

Paul H. Silverman PSilverman@mclaughlinstern.com

Peter L. Simmons peter.simmons@friedfrank.com

Keith A. Simon keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome lgomez@msek.com

Edward Smith easmith@venable.com

Elizabeth Page Smith esmith@llgm.com, strum@dl.com

Abigail Snow asnow@ssbb.com

Fredric Sosnick fsosnick@shearman.com,
karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com

3070803v.1

Mark A. Speiser mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein msternstein@sheppardmullin.com

Brent C. Strickland bstrickland@wtplaw.com

Harvey A. Strickon harveystrickon@paulhastings.com, frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

James Tecce jamestecce@quinnemanuel.com

Samuel Jason Teele jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer ktomer@goodwinprocter.com

Amit K. Trehan atrehan@mayerbrown.com, atrehan@mayerbrown.com;gwilley@mayerbrown.com

Sarah Trum strum@dl.com, lsaal@dl.com

Brian Trust btrust@mayerbrown.com

Raymond J. Urbanik rurbanik@munsch.com

Michael J. Venditto mvenditto@reedsmith.com

Raymond W. Verdi hellerverdi@aol.com

Jon C. Vigano jvigano@schiffhardin.com, dgordon@schiffhardin.com

Shai Waisman shai.waisman@weil.com, amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@Josephine Wang jwang@sipc.org

Rochelle R. Weisburg rochellew@shiboleth.com

John W. Weiss weissjw@gtlaw.com

Elizabeth Weller dallas.bankruptcy@publicans.com

David B. Wheeler davidwheeler@mvalaw.com

Timothy Raymond Wheeler twheeler@lowenstein.com

Lee Papachristou Whidden lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski stephanie.wickouski@dbr.com, jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Erin E. Wietecha ewietecha@coleschotz.com

Deborah D. Williamson dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson efile@willaw.com

Amy R. Wolf arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne richard_wynne@kirkland.com;sperry@kirkland.com

Erin Zavalkoff ezavalkoff-babej@vedderprice.com, ecfnydocket@vedderprice.com

Peter Alan Zisser jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg azylberberg@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

3070803v.1