BLANK ROME LLP
Attorneys for Thomson Reuters PLC
and Thomson Reuters Corporation
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Edward J. LoBello (EL 3337)
Michael Z. Brownstein (MB 9379)
Melissa S. Vongtama (MV 9402)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) Jointly Administered |
| Debtors. | |

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK   )

**NORA E. MORALES** being duly sworn, deposes and says:

1. That I am over 18 years of age, not a party to this action, and reside in Queens, New York.

2. That on November 19, 2008, I caused to be served the:

   - *Limited Objection and Reservation of Rights of Thomson Reuters PLC and Thomson Reuters Corporation with Respect to Debtors' Motion Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for Authorization to Enter Into a Transition Services Agreement with Lehman Europe;*

to be served upon the parties annexed hereto as Exhibit A by Email and/or Facsimile.

_____
NORA E. MORALES

Sworn to before me this
19th day of November, 2008

_____
Notary Public

**ANA L. ZAMPINO**
**County - New York**
**Registration Number is 02ZA6184279**
**Expiration Date is 03/31/20_12_**

## EXHIBIT A

## SERVICE LIST

**VIA EMAIL AND/OR FACSIMILE**

**Harvey R. Miller, Esq.**
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Facsimile : (212) 310-8007
Email: harvey.miller@weil.com

**Shai Waisman, Esq.**
WEIL, GOTSHAL & MANGES, LLP
767 Fifth Avenue
New York, NY 10153
Facsimile : (212) 310-8007
Email: shai.waisman@weil.com

**Andrew D. Velez-Rivera, Esq.**
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
21st. Floor
New York, NY 10004
Facsimile : (212) 668-2255

**Paul Schwartzberg, Esq.**
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
21st. Floor
New York, NY 10004
Facsimile : (212) 668-2255

**Brian Masumoto, Esq.**
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
21st. Floor
New York, NY 10004
Facsimile : (212) 668-2255

130668.01600/6686920v.1

**Linda Riffkin, Esq.**
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
21st. Floor
New York, NY 10004
Facsimile : (212) 668-2255

**Tracy Hope Davis, Esq.**
OFFICE OF THE U.S. TRUSTEE
33 Whitehall Street
21st. Floor
New York, NY 10004
Facsimile : (212) 668-2255

**Dennis F. Dunne, Esq.**
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 530-5219
Email: ddunne@milbank.com

**Dennis O'Donnell, Esq.**
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 530-5219
Email: dodonnell@milbank.com

**Evan Fleck, Esq.**
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 530-5219
Email: efleck@milbank.com