QUINN EMANUEL URQUHART OLIVER
  & HEDGES, LLP
Susheel Kirpalani
James C. Tecce
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Special Counsel To Official
Committee Of Unsecured Creditors Of
Lehman Brothers Holdings Inc., et al.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING FINAL ORDER ON APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC., ET AL., UNDER 11 U.S.C. §§ 328 AND 1103 AND FED. R. BANKR. P. 2014 AND 5002, FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, AS SPECIAL COUNSEL, NUNC PRO TUNC, TO SEPTEMBER 17, 2008**

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, entered on September 22, 2008 (Docket No. 285) (the "Case Management Order"), the undersigned hereby certifies as follows:

1.  On October 21, 2008, the Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the above-captioned jointly administered chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed the Application Of Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al., Under 11 U.S.C. §§ 328 And 1103 And Fed. R. Bankr. P. 2014 And 5002, For Order Authorizing Retention And Employment Of Quinn Emanuel Urquhart Oliver & Hedges, LLP, As Special Counsel, Nunc Pro Tunc To September 17, 2008 (the "Application").

2.  In accordance with the Case Management Order, October 31, 2008 at 4:00 p.m. (prevailing Eastern Time) was established as the deadline for parties to object or file a response to the Application (the "Initial Objection Deadline").

3.  On November 5, 2008, the Court entered an Interim Order (the "Interim Order") (Docket No. 1403), approving the Application on an interim basis and scheduling a hearing for November 20, 2008 to consider entry of a final order approving the application.[1] The Interim Order provided that the time for the Debtors and the United States Trustee to object to the Application was extended by the consent of the parties to November 13, 2008 (the "Extended Objection Deadline," and, together with the Initial Objection Deadline, the "Objection Deadlines").

4.  The Objection Deadlines have now passed and, to the best of my knowledge, no objection or other responsive pleading to the Application has been filed with the Court on the dockets of the above-referenced cases in accordance with the

---

[1] The hearing was originally scheduled for November 18, 2008; however, the Court subsequently adjourned all matters to November 20, 2008.

procedures set forth in the Case Management Order, nor has any objection or other responsive pleading with respect to the Application been served on counsel to the Creditors' Committee.

5. A copy of this certification has been served on the Debtors on November 18, 2008, prior to submission to the Court, in accordance with the Case Management Order.

6. Accordingly, the Creditors' Committee respectfully requests that the Court enter the Order Under 11 U.S.C. §§ 328 And 1103 And Fed. R. Bankr. P. 2014 And 5002, Authorizing Retention And Employment Of Quinn Emanuel Urquhart Oliver & Hedges, LLP As Special Counsel To The Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc. et al., Nunc Pro Tunc To September 17, 2008, attached hereto as Exhibit A.

I declare that the foregoing is true and correct.

>QUINN EMANUEL URQUHART OLIVER
>& HEDGES, LLP
>
>By:    /s/ James C. Tecce
>          Susheel Kirpalani (SK 5246)
>          James C. Tecce (JT 5910)
>          51 Madison Avenue, 22nd Floor
>          New York, New York 10010
>          Telephone: (212) 849-7000
>          Telecopier: (212) 849-7100
>
>*Special Counsel To Official Committee Of Unsecured Creditors Of Lehman Brothers Holdings Inc., et al.*

Dated: New York, New York
           November 18, 2008

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                          :   Chapter 11
                                                                :
   LEHMAN BROTHERS HOLDINGS INC., et al.,  :   08-13555 (JMP)
                                                                :
                             Debtors.        :   (Jointly Administered)
------------------------------------------------------------------x

**FINAL ORDER, UNDER 11 U.S.C. §§ 328 AND 1103(a) AND FED. R. BANKR. P. 2014
AND 5002, AUTHORIZING RETENTION AND EMPLOYMENT OF
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP AS SPECIAL COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN
BROTHERS HOLDINGS INC. ET AL., NUNC PRO TUNC TO SEPTEMBER 17, 2008**

Upon the application dated October 21, 2008 (the "Application") of the Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), for authorization to employ and retain Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel") as special counsel for the Creditors' Committee, effective as of September 17, 2008; and the Court having considered the Declaration of Susheel Kirpalani, Partner in Quinn Emanuel's Bankruptcy and Corporate Restructuring Group, dated October 21, 2008, and the Supplemental Declaration of Susheel Kirpalani, dated November 10, 2008 (together, the "Kirpalani Declarations"), submitted in support of the Application; and the Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Referral of Cases to Bankruptcy Judges of the United States District Court for the Southern District of New York (Ward, Acting C.J.), dated July 10,

1984; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the time for objections to the Application having expired on October 31, 2008, except for the United States Trustee and the Debtors, whose respective time to object was extended on consent until November 13, 2008; and with no objections having been timely filed by any party; and the Court having entered an Interim Order (the "Interim Order") dated November 5, 2008 (Docket No. 1403), approving the Application, on an interim basis without objection; and no objection having been timely made or filed by either the Debtors, the United States Trustee or any party; and due and proper notice of the Application, the Interim Order and the hearing to consider entry of a final order approving the Application having been provided as approved in the Interim Order; and it appearing that no other or further notice need be provided; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein, that Quinn Emanuel represents no interest adverse to the Debtors' estates or to any class of creditors or equity security holders in the matters upon which Quinn Emanuel is to be engaged and that Quinn Emanuel is disinterested within the meaning of 11 U.S.C. § 101(14); and upon all of the proceedings had before the Court, and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Application is granted, *nunc pro tunc* to September 17, 2008, to the extent set forth herein.

2. Quinn Emanuel's employment is necessary and would be in the best interest of the Debtors' estates, creditors, and other parties in interest; Quinn Emanuel's hourly rates for its paralegals and attorneys set forth in the Kirpalani Declarations are reasonable.

3. Pursuant to section 1103(a) of the Bankruptcy Code, Bankruptcy Rules 2014 and 5002 and Local Rule 2014-1, the Creditors' Committee is authorized to employ and retain Quinn Emanuel, *nunc pro tunc* to September 17, 2008, as special counsel for the Creditors' Committee, on the terms set forth in the Application and the Kirpalani Declarations, and the retention of Quinn Emanuel as counsel in accordance with Quinn Emanuel's normal hourly rates and disbursement policies as set forth in the Kirpalani Declarations is hereby approved.

4. Quinn Emanuel shall be compensated upon appropriate application in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, the guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court, including any interim compensation procedures order entered in these cases.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
      November __, 2008

_____
UNITED STATES BANKRUPTCY JUDGE