Christopher R. Belmonte (CB-2163)  
Pamela A. Bosswick (PB-5307)  
Abigail Snow (AS-2960)  
SATTERLEE STEPHENS BURKE & BURKE LLP  
230 Park Avenue  
New York, New York 10169  
(212) 818-9200  

Hearing Date: December 3, 2008  
Hearing Time: 10:00 a.m.  
Objection Date: November 26, 2008  

*Counsel for International Business Machines Corporation*

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (JMP) |
| Debtor, | Jointly Administered |
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | |
| v. | Adversary Proceeding No. 08-01420 (JMP) |
| LEHMAN BROTHERS INC. | |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that the motion of International Business Machines Corporation ("IBM") for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for this Court to Determine the Amount of Remaining Disputed Cure Amount (the "Motion") (ECF Docket #1286 in Case No. 08-13555 and #193 in Adv. Proc. No. 08-01420), currently pending before this Court, is hereby withdrawn. This withdrawal is without prejudice and IBM reserves its rights to seek judicial intervention pursuant to the "Order Under 11 U.S.C.

753897_1

§§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases" (ECF Docket #258).

Dated: New York, New York
November 19, 2008

SATTERLEE STEPHENS BURKE & BURKE LLP
*Counsel for International Business Machines Corporation*

By:   /s/ Christopher R. Belmonte
     Christopher R. Belmonte (CB-2163)
     Pamela A. Bosswick (PB-5307)
     Abigail Snow (AS-2960)
230 Park Avenue
New York, New York 10169
(212) 818-9200