UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
In re:

LEHMAN BROTHERS HOLDINGS, INC. et al.,

         Debtors.

Chapter 11

Case No. 08-13555 (JMP)
(Jointly Administered)

-----------------------------------------------------------------------X
In re:

LEHMAN BROTHERS, INC.,

         Debtor.

Case No. 08-01420 (JMP)
SIPA

AMENDED CERTIFICATE
OF SERVICE

-----------------------------------------------------------------------X

      I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

      On the 17th day of November 2008, the Notice of Extended Objection Deadline for Certain Counterparties to Contracts and Leases Assumed and Assigned to Purchase was served by Federal Express upon:

> Strategic Financial Solutions, LLC
> 200 2nd Ave., SE
> Cedar Rapids, IA  52401-1214

      On the 18th day of November 2008, the Notice of Extended Objection Deadline for Certain Counterparties to Contracts and Leases Assumed and Assigned to Purchase was served by Federal Express upon:

> NYBOT
> One North End Avenue
> New York, NY  10282-1101

Dated:  New York, New York
         November 19, 2008

                                              /s/Richard V. Conza
                                              Richard V. Conza