WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| Debtors. | : | **(Jointly Administered)** |

| | | |
|---|---|---|
| **In re** | : | |
| **LEHMAN BROTHERS INC.,** | : | **Adversary Proceeding No.** |
| Debtor. | : | **08-01420 (JMP) (SIPA)** |

**NOTICE OF AMENDED AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON NOVEMBER 20, 2008 AT 2:00 P.M.**

NY2:\1933209\17\15F_917!.DOC\58399.0003

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable, James M. Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New York, NY 10004-1408

## I.  UNCONTESTED MATTERS:

1.  Case Conference

    Status:  Debtors will provide the Court with an update of events that have transpired since the initial case conference on October 16, 2008.

2.  Debtors' Application to Employ and Retain Weil, Gotshal & Manges LLP **[Docket No. 758]**

    Response Deadline:    October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Interim Order Authorizing the Employment and Retention of Weil, Gotshal & Manges LLP as Attorney for the Debtors **[Docket No. 1092]**

    Status:  This motion is going forward.

3.  Debtors' Application to Employ and Retain Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel **[Docket No. 761]**

    Response Deadline:    October 31, 2008 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:

    A.  Interim Order Authorizing the Employment and Retention of Curtis, Mallet-Prevost, Colt & Mosle LLP as Conflicts Counsel **[Docket No. 1100]**

    Status:  This motion is going forward.

4.     Debtors' Application to Employ and Retain Simpson, Thacher & Bartlett LLP as Special Counsel to the Debtors' **[Docket No. 1352]**

       Response Deadline:    November 13, 2008 at 4:00 p.m.

       Responses Received:   None.

       Related Documents:

            A.     Supplemental Affidavit of Mary Elizabeth McGarry **[Docket No. 1588]**

       Status:   This motion is going forward.

5.     Creditors' Committee Application to Retain and Employ Milbank, Tweed, Hadley & McCloy LLP as Counsel **[Docket No. 1165]**

       Response Deadline:    November 13, 2008 at 4:00 p.m.

       Responses Received:   None.

       Related Documents:

            A.     Interim Order Authorizing the Retention and Employment of Milbank, Tweed, Hadley & McCloy LLP as Counsel **[Docket No. 1404]**

       Status: This motion is going forward.

6.     Creditors' Committee Application to Retain and Employ Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counse **[Docket No. 1166]**

       Response Deadline:    November 13, 2008 at 4:00 p.m.

       Responses Received:   None.

       Related Documents:

            A.     Interim Order Authorizing Retention and Employment of Quinn Emanuel Urquhart Oliver & Hedges, LLP, as Special Counsel **[Docket No. 1403]**

       Status:   This motion is going forward.

7.   Creditors' Committee Application to Employ and Retain FTI Consulting Inc., as Financial Advisor **[Docket No. 1167]**

Response Deadline:   November 13, 2008 at 4:00 p.m.

Responses Received:   None.

Related Documents:

   A.   Interim Order Authorizing the Retention and Employment of FTI Consulting Inc. **[Docket No. 1405]**

Status:   This motion is going forward.

8.   Debtors' Motion Enter into a Transition Services Agreement with Lehman Europe **[Docket No. 1518]**

Response Deadline:   November 19, 2008 at 4:00 p.m.

Responses Received:

   A.   Limited Objection and Reservation of Rights of Thomson Reuters PLC and Thomson Reuters Corporation **[Docket No. 1599]**

Related Documents:

   B.   Declaration of Shai Y. Waisman in Support of Order to Show Cause Scheduling a Hearing to Consider Debtors' Motion to Enter into a Transition Services Agreement with Lehman Europe **[Docket No. 1519]**

   C.   Order to Show Cause Signed on 11/14/2008 Fixing Hearing Date to Consider the Debtors' Motion **[Docket No. 1520]**

Status:   This motion is going forward.

9.   Debtors' Motion for Authorization to Implement the Retention and Recruitment Program **[Docket No. 1278]**

   Response Deadline:   November 14, 2008 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:

   A.   Statement of Official Committee of Unsecured Creditors In Support of Debtors' Motion for Authorization to Implement Retention and Recruitment Program **[Docket No. 1279]**

   Status:   This motion is going forward.

10.   Motion of ING Real Estate Finance (USA) LLC for Relief from the Automatic Stay **[Docket No. 1158]**

   Response Deadline:   November 13, 2008 at 4:00 p.m.

   Responses Received:   None.

   A.   Motion for Authorization to File Under Seal of Certain Exhibits to ING Real Estate Finance (USA) LLC's Motion for Relief from the Automatic Stay **[Docket No. 1160]**

   Status:   Parties are in discussions and expect to resolve the motion prior to the hearing.

**II.   CONTESTED MATTERS:**

11.   Motion to Set Prompt Date for Assumption or Rejection of the Debtor's Amended and Restated Master Repurchase Agreement with Sixth Gear **[Docket No. 1221]**

   Response Deadline:   November 17, 2008 at 4:00 p.m.

   Responses Received:

   A.   Debtor's Response to Motion to Set Prompt Date for Assumption or Rejection of LCPI's Amended and Restated Master Repurchase Agreement with Sixth Gear **[Docket No. 1553]**

   Status:   This motion is going forward.

12. Motion of Sumitomo Mitsui Banking Corporation for Relief from the Automatic Stay to Foreclosure on Its Collateral **[filed in Debtor Affiliated Case No. 08-13900 Docket No. 17, prior to entry of the Join Administration Order]**

    Response Deadline:  October 31, 2008 at 4:00 p.m.

    Responses Received:

    A. Statement of the Informal Noteholder Group **[Docket No. 1304]**

    B. Objection of Lehman Commercial Paper Inc. **[Docket No. 1312]**

    C. Objection of Official Committee of Unsecured Creditors **[Docket No. 1317]**

    D. Supplemental Declaration of David A. Buck in Support of the Motion and Reply of Sumitomo Mitsui Banking Corporation **[Docket No. 1357]**

    Status:  This motion is going forward as a status conference.

13. Motion of DNB Nor Bank ASA for Relief from the Automatic Stay to Effect Setoff or, in the Alternative, Adequate Protection **[Docket No. 465]**

    Response Deadline:  October 31, 2008 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1334]**

    B. Joinder of Creditors' Committee to Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1336]**

    C. Joinder of Informal Noteholder Group to Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1339]**

    D. Debtors' Amended Objection to Motion of DnB Nor Bank ASA **[Docket No. 1342]**

    Related Documents:  None.

    Status:  This motion is going forward as a status conference.

14. Debtors' Amended Motion to Further Extend the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents **[Docket No. 1244]**

    Response Deadline:    November 13, 2008 at 4:00 p.m.

    Responses Received:

    A.  Limited Objection of the Harbinger Funds to Debtors' Motion Pursuant to Bankruptcy Rule 1007(C) to Further Extend the Time to File the Debtors' Schedules, Statements of Financial Affairs, and Related Documents **[Docket No. 1503]**

    Related Documents:

    B.  Bridge Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rule 9006 Extending the Time to File the Debtors' Schedules, Statement of Financial Affairs, and Related Documents **[Docket No. 1234]**

    C.  Debtor's Reply to Harbinger Limited Objection **[Docket No. 1603]**

    Status: This motion is going forward.

15. SunCal Entities Motion for an Order Granting Relief from the Automatic Stay **[Docket No. 1439]**

    Response Deadline:    November 28, 2008 at 4:00 p.m.

    Responses Received:

    A.  Debtors' Objection to the SCC Entities' Motion for Relief from the Automatic Stay **[Docket No. 1584]**

    B.  Creditors' Committee' Joinder to Debtors' Objection **[Docket No. 1591]**

    Related Documents:

    C.  Declaration of Bruce V. Cook in Support of the Motion of the SCC Entities for an Order Granting Relief from the Automatic Stay **[Docket No. 1440]**

    Status:  This motion is going forward.

**III.    Securities Investor Protection Corporation Proceedings:**

**In re Lehman Brothers Inc. (Case No. 08-01420)**

**A.    <u>UNCONTESTED MATTERS</u>**

16.    Trustee's Amended Motion to Authorize and Approve Expedited Procedures for the Sale or Abandonment of Lehman Brothers Inc.'s *De Minimis* Assets.  **[Docket No. 66]**

<u>Response Deadline</u>:  November 17, 2008 at 4:00 p.m.

<u>Responses Received</u>: None.

<u>Related Filings</u>:

A.    Declaration of Daniel S. Lubell, Esq. In Support of Order to Show Cause Fixing a Hearing to Consider Trustee's Amended Motion to Authorize and Approve Expedited Procedures for the Sale or Abandonment of Lehman Brothers Inc.'s *De Minimis* Assets **[Docket No. 67]**

B.    Order to Show Cause and Notice Fixing Hearing Date to Consider Trustee's Amended Motion to Authorize and Approve Expedited Procedures for the Sale or Abandonment of Lehman Brothers Inc.'s *De Minimis* Assets.  **[Docket No. 68]**

C.    Limited Objection of the Official Committee of Unsecured Creditors to Trustee's Amended Motion to Authorize and Approve Expedited Procedures for the Sale or Abandonment of Lehman Brothers Inc.'s *De Minimis* Assets.  **[Docket No. 80]**

D.    Interim Order Pursuant to Sections 363 and 554 of the Bankruptcy Code Approving and Authorizing Expedited Procedures for the Sale or Abandonment of Debtor's *De Minimis* Assets and Scheduling Final Hearing on Motion.  **[Docket No. 86]**

E.    Notice of Adjournment **[Docket No. 177]**

F.    Declaration in Support of Trustee's Motion for a Final Order Authorizing and Approving Expedited Procedures for the Sale or Abandonment of Lehman Brothers Inc.'s *De Minimis* Assets **[Docket No. 299]**

G.    Notice of Proposed Final Order Pursuant to Sections 363 and 554 of the Bankruptcy Code Approving and Authorizing Expedited

        Procedures for the Sale or Abandonment of Debtor's De Minimis Assets **[Docket No. 315]**

        Status:  This motion is going forward.

17. Application of the Trustee to Retain and Employ Norton Rose LLP as U.K Counsel, Nunc Pro Tunc to October 27, 2008.  **[Docket No. 235]**

    Response Deadline:  November 17, 2008 at 4:00 p.m.

    Responses Received:  None.

    Related Filings:

        A.    Notice of Trustee's Application to Retain and Employ Norton Rose LLP as U.K. Counsel, Nunc Pro Tunc to October 27, 2008.  **[Docket No. 236]**

    Status:  This motion is going forward.

**B.**    **CONTESTED MATTERS**

18. Notice of Motion and Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery of Trustee **[Docket No. 213]**

    Response Deadline:  November 17, 2008 at 4:00 p.m.

    Responses Received:

        A.    Trustee's Objection to Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery of Trustee **[Docket No. 290]**

        B.    Reply Memorandum in Support of Motion of DCP Parties for Leave to Conduct Rule 2004 Discovery of Trustee **[Docket No. 307]**

    Related Filings:  None.

    Status:  This motion is going forward.

**IV.**    **WITHDRAWN MATTERS:**

19. Meridian Comp of New York, Inc. d/b/a CHD Meridian Healthcare's Motion for an Order (I) Compelling Payment of Post-Petition Administrative Expenses; and (II) Compelling Assumption or Rejection of Contract **[Docket No. 1124]**

    Response Deadline:    November 3, 2008 at 4:00 p.m.
                                Extended to November 13, 2008 at 4:00 p.m.

    Responses Received:  None.

Related Documents:   None.

Status:  This matter has been withdrawn.

## V.    ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc.

20.   Motion of The Walt Disney Company for Appointment of Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code **[Docket No. 1143]**

   Response Deadline:   October 31, 2008 at 4:00 p.m.
   Extended to November 14, 2008 at 4:00 p.m.
   Extended to January 9, 2009 at 4:00 p.m.

   Responses Received:

   A.   Response and Joinder of the Harbinger Funds to Motion of the Walt Disney Company for Appointment of Examiner Pursuant to Sections 1104(c)(2) of the Bankruptcy Code **[Docket No. 1310]**

   B.   Trustee for the Liquidation of the Business of Lehman Brothers Inc.'s Objection to (I) Motion of Walt Disney Company for the Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code and (II) Joinder of Bank of America in Motion **[Docket No. 1320]**

   C.   Response of the United States Trustee to Motion of the Walt Disney Company for Appointment of Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code **[Docket No. 1468]**

   Related Documents:

   D.   Joinder of Bank of America, N.A. in the Motion of the Walt Disney Company for the Appointment of an Examiner Pursuant to Section 1104(c)(2) of the Bankruptcy Code **[Docket No. 1302]**

   E.   Notice of Adjournment **[Docket No. 1332]**

   F.   Notice of Adjournment **[Docket No. 1467]**

   Status:  The matter has been adjourned to January 14, 2009 at 10:00 a.m.

21.   Motion of Kapalua Bay, LLC to (i) Compel Immediate Assumption or Rejection o Construction Loan Agreement; and (ii) Upon Rejection, To Grant Relief From The Automatic Stay

   Response Deadline:   November 13, 2008 at 4:00 p.m.
   Extended to November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  The matter has been adjourned to December 3, 2008 at 10:00 a.m.

22. Creditors' Committee Motion for Reconsideration of Court's September 17, 2008 Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[Docket No. 434]**

   Response Deadline:    November 25, 2008 at 5:00 p.m.

   Responses Received:  None.

   Related Documents:

   Status:  The matter has been adjourned to December 3, 2008 at 10:00 a.m.

23. Creditors' Committee Motion for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. Pursuant to 11 U.S.C. §§ 105(a) and 1103(c) and Federal Rule of Bankruptcy Procedure 2004 **[Docket No. 566]**

   Response Deadline:    October 13, 2008 at 4:00 p.m.

   Responses Received:

   A. Debtors' Response to Creditors' Committee Motion for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 883]**

   B. Objection of JPMorgan Chase Bank, N.A to Creditors' Committee Motion for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 884]**

   C. Statement of the Informal Noteholder Group with Respect to Creditors' Committee Motion for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 887]**

   Related Documents:

   D. Amended Notice of Creditors' Committee Motion for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A. **[Docket No. 974]**

   E. Stipulation and Consent Order (i) Governing Interim Production of Documents and (ii) Adjourning Remainder of Creditors' Committee Motion for Leave to Conduct Discovery of JPMorgan Chase Bank, N.A **[Docket No. 1402]**

Status: The matter has been adjourned to February 11, 2009.

24. Federal Home Loan Mortgage Corporation's Motion for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

   Response Deadline:   Extended to November 28, 2008 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A.   Declaration of George Kielman in Support of Motion **[Docket No. 1181]**

   B.   Notice of Hearing **[Docket No. 1182]**

   C.   Notices of Adjournment of Hearing **[Docket Nos. 1330 and 1521]**

   Status: The matter has been adjourned to December 3, 2008 at 10:00 a.m.

25. Notice of Hearing on New York State Comptroller's Motion to Appoint a Trustee **[Docket No. 1376]**

   Response Deadline:   January 9, 2009 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A.   Amended Notice of Hearing **[Docket No. 1428]**

   B.   Notice of Adjournment of Hearing to January 14, 2009 at 10:00 a.m. **[Docket No. 1532]**

   Status: The matter has been adjourned to January 14, 2009 at 10:00 a.m.

26. Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim for Funds Expended Post-Petition for the Benefit of Lehman Brothers Holdings, Inc. and Compel Assumption or Rejection of Certain Loan Agreements **[Docket No. 1205]**

   Response Deadline:   November 28, 2008 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:   None.

   Status: This motion is adjourned to December 3, 2008.

27. Barclays Capital Inc. Motion for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Docket No. 809]**

    Response Deadline:    October 27, 2008 at 4:00 p.m.

    Responses Received:

    A.   Debtors' Response to the Motions of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Docket No. 1212]**

    Related Documents:

    B.   Declaration of Luke A. Barefoot **[Docket No. 810]**

    C.   Declaration of Mario Mendolaro **[Docket No. 811]**

    D.   Declaration of Eszter Farkas **[Docket No. 812]**

    E.   Notice of Hearing **[Docket No. 813]**

    F.   Notice of Adjournment of Hearing **[Docket No. 1285]**

    Status:  This matter is adjourned to December 3, 2008.

28. Motion of Green Tree Servicing LLC for an Order Directing Lehman Brothers Holdings, Inc. to Assume Flow Subservicing Agreement and Granting Adequate Protection [**Docket No. 1207**]

    Response Deadline:    November 17, 2008 at 4:00 p.m.

    Responses Received:  None.

    Status:  This motion has been adjourned to December 3, 2008.

29. Barclays Capital Inc.'s Motion for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 959]**

    Response Deadline:    October 27, 2008 at 4:00 p.m.

    Responses Received:

    A.   Debtors' Response to the Motions of Barclays Capital Inc. for Relief, Concerning Various "Closing Date Contracts" **[Docket No. 1212]**

    B.   Objection of American Express Travel Related Services Company, Inc. to Motion of Barclays Capital Inc. for Relief concerning American Express Contracts listed as "Closing Date Contracts" and Request for Interest, Fees and Expenses **[Docket No. 1216]**

Related Documents:

    C.    Declaration of Lindsee P. Granfield in Support of Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 960]**

    D.    Declaration of Patrick Coster in Support of the Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 961]**

    E.    Corrected Affidavit of Daniel J. Massoni in Support of Objection of American Express Travel Related Services Company, Inc. **[Docket No. 1256]**

Status: This motion has been adjourned to December 3, 2008.

30. Debtors' Motion for Authorization to Pay Prepetition Excise and Withholding Taxes **[Docket No. 565]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:

    A.    Objection of The Walt Disney Company to Debtors' Motion to Pay Prepetition Excise and Withholding Taxes **[Docket No. 1316]**

Related Documents:

    B.    Supplement to Debtors' Motion, for Authorization to Pay Prepetition Excise and Withholding Taxes **[Docket No. 1184]**

    C.    Notice of Adjournment **[Docket No. 1589]**

Status: This motion has been adjourned to December 3, 2008.

31. Motion for Relief from Automatic Stays to Proceed with Class Action Settlements of Certified Class in Austin, *et al.* v. Chisick, *et al.* **[Docket No. 1030]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received: None.

Related Documents: None.

Status: This motion has been adjourned to December 16, 2008.

32. Rule 2004 Applications / Joinders

<u>Response Deadline</u>:    October 10, 2008 at 4:00 p.m.

<u>Responses Received</u>:

    A.    Wells Fargo Bank, N.A. and Wells Fargo & Co. Joinder to Harbinger 2004 Application **[Docket No. 770]**

<u>Status</u>:  This Response has been adjourned to December 16, 2008.

    B.    Federal Home Loan Bank of Pittsburgh Joinder to Harbinger 2004 Application **[Docket No. 691]**

    C.    Joinder of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks Joinder to Harbinger 2004 Application **[Docket No. 969]**

    D.    Global Thematic Opportunities Fund LP, Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund, Ltd., and Turnberry Leveraged Credit Master Fund, L.P. Joinder to Harbinger Funds **[Docket Nos. 823 and 1247]**

<u>Status</u>:  These responses have been adjourned to the December 3, 2008 hearing.  All other 2004 Applications have been adjourned without date unless stated otherwise.

33. Debtors' Motion to Employ Alvarez & Marsal **[Docket No. 760]**

    Response Deadline:    October 31, 2008 at 4:00 p.m.

    Responses Received:   None.

    Related Documents:

    A. Interim Order Authorizing Debtors' to Retain Alvarez & Marsal North America, LLC **[Docket No. 1087]**

    B. Supplemental Declaration of Bryan P. Marsal in Support of Debtors' Motion **[Docket No. 1366]**

    C. Second Supplemental Declaration of Bryan P. Marsal in Support of Debtors' Motion **[Docket No. 1559]**

    Status: This motion has been adjourned to December 3, 2008.

34. Debtors' Application to Employ and Retain Lazard Freres & Co. LLC as Investment Banker to the Debtors Nunc Pro Tunc to the Commencement Date **[Docket No. 1513]**

    Response Deadline:    November 28, 2008 at 4:00 p.m.

    Responses Received:   None

    Related Documents:    None.

    Status: This motion is adjourned to December 16, 2008.

35. Application of Official Committee of Unsecured Creditors for Order Authorizing Employment and Retention of Houlihan Lokey Howard & Zukin Capital, Inc. as Investment Banker as of September 17, 2008 **[Docket No. 1168]**

    Response Deadline:    October 31, 2008 at 4:00 p.m.

    Responses Received:   None

    Related Documents:    None.

    Status: This motion is adjourned to December 16, 2008.

## B. Lehman Brothers Inc.

36. Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts". **[Docket No. 92]**

    Response Deadline: November 17, 2008 at 4:00 p.m.

    Responses Received:

    A. Trustee's Limited Objection to Motion for Rule 60 Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Docket No. 179]**

    Related Filings:

    B. Declaration of Luke A. Barefoot. **[Docket No. 93]**

    C. Declaration of Mario Mendolaro. **[Docket No. 94]**

    D. Declaration of Eszter Farkas. **[Docket No. 95]**

    E. Notice of Hearing on Motion by Barclays Capital Inc. Seeking Order for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts". **[Docket No. 96]**

    F. Notice of Adjournment **[Docket No. 192]**

    G. Notice of Adjournment **[Docket No. 283]**

    H. Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts". **[Case No. 08-013555 (JMP)] [Docket No. 809]**

    I. Declaration of Luke A. Barefoot. [Case No. 08-013555 (JMP)] [Docket No. 810]

    J. Declaration of Mario Mendolaro. [Case No. 08-013555 (JMP)] [Docket No. 811]

    K. Declaration of Eszter Farkas. [Case No. 08-013555 (JMP)] [Docket No. 812]

    L. Notice of Hearing on Motion by Barclays Capital Inc. Seeking Order for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts". **[Case No. 08-013555 (JMP)] [Docket No. 813]**

| | |
|---|---|
| M. | Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted With the Closing Date Contracts. **[Case No. 08-013555 (JMP)] [Docket No. 959]** |
| N. | Declaration of Lindsee P. Granfield in Support of Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted With the Closing Date Contracts**. [Case No. 08-013555 (JMP)] [Docket No. 960]** |
| O. | Declaration of Patrick Coster in Support of the Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted With the Closing Date Contracts. **[Case No. 08-013555 (JMP)] [Docket No. 961]** |
| P. | Notice of Hearing on Motion of Barclays Capital Inc. Seeking an Order for Relief Concerning an American Express Contract Erroneously Posted With the Closing Date Contracts. **[Case No. 08-013555 (JMP)] [Docket No. 962]** |
| Q. | Debtors' Response to the Motions of Barclays Capital Inc. for relief, Pursuant to Federal Rule of Civil Procedure 60(b) and Federal rule of Bankruptcy Procedure 9024, Concerning Various Closing Date Contracts. **[Case No. 08-013555 (JMP)] [Docket No. 1212]** |
| R. | Objection of American Express Travel Related Services Company, Inc. to Motion of Barclays Capital Inc. for Relief Concerning American Express Contracts Listed as Closing Date Contracts and Request for Interest, Fees and Expenses. **[Case No. 08-013555 (JMP)] [Docket No. 1216]** |
| S. | Notice of Adjournment [Case No. 08-013555 (JMP)] [Docket No. 1285] |
| T. | Notice of Adjournment [Case No. 08-013555 (JMP)] [Docket No. 1287] |
| U. | Notice of Adjournment [Case No. 08-013555 (JMP)] [Docket No. 1536] |
| V. | Notice of Adjournment [Case No. 08-013555 (JMP)] [Docket No. 1538] |

<u>Status</u>:  This matter has been adjourned until December 3, 2008 at 10:00 a.m.

37. Newport Global Opportunities Fund LP, Newport Global Credit Fund (MASTER) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. Motion for Leave to Conduct Rule 2004 Discovery of Lehman Brothers, Inc. and SIPA Trustee **[Docket No. 123]**

   Response Deadline: November 17, 2008 at 4:00 p.m.

   Responses Received: None.

   Related Filings:

   A. Notice of Adjournment **[Docket No. 215]**

   Status: This matter has been adjourned until December 3, 2008 at 10:00 a.m.

38. WFP Tower A Co. L.P.'s Motion for an Order (A) Compelling Payment of Post-Petition Administrative Rent; (B) Granting Relief From the Automatic Stay; and (C) Compelling Assumption or Rejection of Lease **[Docket No. 146]**

   Response Deadline: November 17, 2008 at 4:00 p.m.

   Responses Received: None.

   Related Filings:

   A. Notice of Motion and Motion for an Order (A) Compelling Payment of Post-Petition Administrative Rent; (B) Granting Relief From the Automatic Stay; and (C) Compelling Assumption or Rejection of Lease **[Case No. 08-013555 (JMP)] [Docket No. 1084]**

   Status: This matter has been adjourned until December 3, 2008 at 10:00 a.m.

C. **Adversary Proceedings**

39. Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Special Financing and J.P. Morgan Chase Bank, N.A. **[Adv. Proc. Case No. 08-1410]**

   Related Documents:

   A. Complaint Against Lehman Brothers Special Financing and J.P. Morgan Chase Bank, N.A. **[Docket No. 1]**

   B. Answer to Complaint **[Docket No. 6]**

   C. Answer and Affirmative Defenses **[Docket No. 7]**

   Status: The pre-trial conference has been adjourned to December 3, 2008.

40.  Royal Bank America's Motion to Permit Expedited Discovery **[Adv. Proc. Case No. 08-01640 Docket No. 5]**

Response Deadline:  November 28, 2008 at 4:00 p.m.

Responses Received:  None

Related Documents:  None.

Status:  This motion is adjourned to December 3, 2008.

Dated:  November 20, 2008
New York, New York

/s/ Harvey R. Miller
Harvey R. Miller

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession


Dated:  November 20, 2008
New York, New York    /s/ Jeffrey S. Margolin
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.