UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                   :
    In re                                       :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.                              :    Case No. 08-13555 (JMP)
                                                                   :
        Debtors.                :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Austin L. McMullen, a member in good standing of the bar in the State of Tennessee and the bar of the U.S. District Court for the Middle District of Tennessee, request admission, *pro hac vice*, before this honorable Court to represent Franklin American Mortgage Company, a party-in-interest in this action.

My address is Boult, Cummings, Conners & Berry, PLC, 1600 Division Street, Nashville, Tennessee 37203. My e-mail address is AMcMullen@BoultCummings.com. My telephone number is 615-252-2307. I agree to pay the $25 fee upon approval by the Court admitting me to practice *pro hac vice*.

                                                  Respectfully submitted,

                                                /s/ Austin L. McMullen
                                                Austin L. McMullen
                                                BOULT, CUMMINGS, CONNERS & BERRY, PLC
                                                1600 Division Street, Suite 700
                                                P. O. Box 340025
                                                Nashville, Tennessee 37203
                                                Phone: (615) 252-2307
                                                Fax: (615) 252-6307
                                                email: AMcMullen@BoultCummings.com

                                                *Attorneys for Franklin American Mortgage Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2008, a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>*Counsel for Debtors* | Jacqueline Marcus<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153<br><br>*Counsel for Debtors* |
| Shai Waisman<br>Weil, Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153<br><br>*Counsel for Debtors* | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004<br><br>*Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.* |
| Epiq Bankruptcy Solutions, LLC Claims Agent (f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017<br><br>*Claims and Noticing Agent* | James Tecce<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br><br>*Counsel for Official Committee of Unsecured Creditors* |
| Susheel Kirpalani<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br><br>*Counsel for Official Committee of Unsecured Creditors* | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019<br><br>*Debtor* |
| Ian T. Lowitt<br>Chief Financial Officer<br>Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019<br><br>*Debtor* | Lehman Brothers Holdings, Inc.<br>c/o The Prentice-Hall Corporation System, Inc.<br>80 State Street<br>Albany, NY 12207<br><br>*Registered Agent of Debtor* |

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*U.S. Trustee*

                                                  /s/ Austin L. McMullen
                                                  Austin L. McMullen