UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
                                                    :
    In re                       :    Chapter 11
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.               :    Case No. 08-13555 (JMP)
                                                    :
    Debtors.                     :    (Jointly Administered)
                                                    :
------------------------------------------------------------------- x

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED,**

that Austin L. McMullen, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2008.


_____
UNITED STATES BANKRUPTCY JUDGE


Respectfully submitted,


/s/ Austin L. McMullen_____
Austin L. McMullen
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2307
Fax: (615) 252-6307
email: AMcMullen@BoultCummings.com

*Attorneys for Franklin American Mortgage Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2008, a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for Debtors*

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Counsel for Debtors*

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Counsel for Debtors*

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

*Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

*Claims and Noticing Agent*

James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel for Official Committee of Unsecured Creditors*

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel for Official Committee of Unsecured Creditors*

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

*Debtor*

Ian T. Lowitt
Chief Financial Officer
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

*Debtor*

Lehman Brothers Holdings, Inc.
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

*Registered Agent of Debtor*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*U.S. Trustee*

                              /s/ Austin L. McMullen
                              Austin L. McMullen