UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
                                                                    :
    In re                                         :    Chapter 11
                                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.                               :    Case No. 08-13555 (JMP)
                                                                    :
        Debtors.                        :    (Jointly Administered)
                                                                    :
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned appears as counsel for Franklin American Mortgage Company, a party-in-interest in this action. Request is hereby made that the following address be added to the mailing matrix for the above case and that all notices required to be mailed to a requesting party be sent as follows:

    Austin L. McMullen
    Boult, Cummings, Conners & Berry, PLC
    1600 Division Street, Suite 700
    P. O. Box 340025
    Nashville, Tennessee 37203
    Phone: (615) 252-2307
    Fax: (615) 252-6307
    E-mail: AMcMullen@BoultCummings.com

        Respectfully submitted,

        /s/ Austin L. McMullen
        Austin L. McMullen (pro hac vice pending)
        BOULT, CUMMINGS, CONNERS & BERRY, PLC
        1600 Division Street, Suite 700
        P. O. Box 340025
        Nashville, Tennessee 37203
        Phone: (615) 252-2307
        Fax: (615) 252-6307
        email: AMcMullen@BoultCummings.com

        *Attorneys for Franklin American Mortgage Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2008, a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for Debtors*

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Counsel for Debtors*

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Counsel for Debtors*

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

*Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

*Claims and Noticing Agent*

James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel for Official Committee of Unsecured Creditors*

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel for Official Committee of Unsecured Creditors*

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

*Debtor*

Ian T. Lowitt
Chief Financial Officer
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

*Debtor*

Lehman Brothers Holdings, Inc.
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

*Registered Agent of Debtor*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*U.S. Trustee*

                                        /s/ Austin L. McMullen
                                        Austin L. McMullen