UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
                                                                        :
    In re                                            :    Chapter 11
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.                                    :    Case No. 08-13555 (JMP)
                                                                        :
                        Debtors.    :    (Jointly Administered)
                                                                        :
------------------------------------------------------------------------ x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Roger G. Jones, a member in good standing of the bar in the State of Tennessee and the bar of the U.S. District Court for the Middle District of Tennessee, request admission, *pro hac vice*, before this honorable Court to represent Franklin American Mortgage Company, a party-in-interest in this action.

My address is Boult, Cummings, Conners & Berry, PLC, 1600 Division Street, Nashville, Tennessee 37203. My e-mail address is RJones@BoultCummings.com. My telephone number is 615-252-2323. I agree to pay the $25 fee upon approval by the Court admitting me to practice *pro hac vice*.

                            Respectfully submitted,

                            /s/ Roger G. Jones
                            Roger G. Jones
                            BOULT, CUMMINGS, CONNERS & BERRY, PLC
                            1600 Division Street, Suite 700
                            P. O. Box 340025
                            Nashville, Tennessee 37203
                            Phone: (615) 252-2323
                            Fax: (615) 252-6323
                            email: RJones@BoultCummings.com

                            *Attorneys for Franklin American Mortgage Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2008, a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for Debtors*

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Counsel for Debtors*

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

*Claims and Noticing Agent*

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel for Official Committee of Unsecured Creditors*

Ian T. Lowitt
Chief Financial Officer
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY  10019

*Debtor*

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Counsel for Debtors*

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

*Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel for Official Committee of Unsecured Creditors*

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY  10019

*Debtor*

Lehman Brothers Holdings, Inc.
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

*Registered Agent of Debtor*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*U.S. Trustee*

                                                /s/ Roger G. Jones
                                              Roger G. Jones