UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al. | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------- x

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED,**

that Roger G. Jones, Esq. is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

IT IS SO ORDERED THIS _____ DAY OF _____, 2008.

_____
UNITED STATES BANKRUPTCY JUDGE

Respectfully submitted,

/s/ Roger G. Jones_____
Roger G. Jones
BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
P. O. Box 340025
Nashville, Tennessee 37203
Phone: (615) 252-2323
Fax: (615) 252-6323
email: RJones@BoultCummings.com

*Attorneys for Franklin American Mortgage Company*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on November 20, 2008, a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153<br><br>*Counsel for Debtors* | Jacqueline Marcus<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153<br><br>*Counsel for Debtors* |
| Shai Waisman<br>Weil, Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153<br><br>*Counsel for Debtors* | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004<br><br>*Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.* |
| Epiq Bankruptcy Solutions, LLC Claims Agent (f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017<br><br>*Claims and Noticing Agent* | James Tecce<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br><br>*Counsel for Official Committee of Unsecured Creditors* |
| Susheel Kirpalani<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br><br>*Counsel for Official Committee of Unsecured Creditors* | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019<br><br>*Debtor* |
| Ian T. Lowitt<br>Chief Financial Officer<br>Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019<br><br>*Debtor* | Lehman Brothers Holdings, Inc.<br>c/o The Prentice-Hall Corporation System, Inc.<br>80 State Street<br>Albany, NY 12207<br><br>*Registered Agent of Debtor* |

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*U.S. Trustee*

                                                   /s/ Roger G. Jones
                                                 Roger G. Jones