UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                 :
    In re                                   :         Chapter 11
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.    :         Case No. 08-13555 (JMP)
                                                 :
                Debtors.                   :         (Jointly Administered)
                                                 :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the undersigned appears as counsel for Franklin American Mortgage Company, a party-in-interest in this action. Request is hereby made that the following address be added to the mailing matrix for the above case and that all notices required to be mailed to a requesting party be sent as follows:

> Roger G. Jones
> Boult, Cummings, Conners & Berry, PLC
> 1600 Division Street, Suite 700
> P. O. Box 340025
> Nashville, Tennessee 37203
> Phone: (615) 252-2323
> Fax: (615) 252-6323
> E-mail: RJones@BoultCummings.com

                            Respectfully submitted,

                            /s/ Roger G. Jones
                            Roger G. Jones (pro hac vice pending)
                            BOULT, CUMMINGS, CONNERS & BERRY, PLC
                            1600 Division Street, Suite 700
                            P. O. Box 340025
                            Nashville, Tennessee 37203
                            Phone: (615) 252-2307
                            Fax: (615) 252-6307
                            email: RJones@BoultCummings.com

                            *Attorneys for Franklin American Mortgage Company*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 20, 2008, a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's electronic filing systems and electronically or by U.S. Mail, postage prepaid, to:

Harvey R. Miller
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*Counsel for Debtors*

Shai Waisman
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Counsel for Debtors*

Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

*Claims and Noticing Agent*

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel for Official Committee of Unsecured Creditors*

Ian T. Lowitt
Chief Financial Officer
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

*Debtor*

Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

*Counsel for Debtors*

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

*Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.*

James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Counsel for Official Committee of Unsecured Creditors*

Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

*Debtor*

Lehman Brothers Holdings, Inc.
c/o The Prentice-Hall Corporation System, Inc.
80 State Street
Albany, NY 12207

*Registered Agent of Debtor*

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*U.S. Trustee*

                                            /s/ Roger G. Jones
                                            Roger G. Jones