UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 08-13555-JMP |
| LEHMAN BROTHERS HOLDING, INC., *et al.*, | § | |
| | § | CHAPTER 11 |
| DEBTORS | § | (Jointly Administered) |

NOTICE OF APPEARANCE UNDER BANKRUPTCY RULE 9010(b)
AND REQUEST FOR ALL NOTICES, PAPERS, AND PLEADINGS

Please take notice that AMERICAN NATIONAL INSURANCE COMPANY, a creditor in the above-captioned case, hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through its undersigned counsel and further requests that duplicate notices of all hearings, proceedings, and reports, given or required to be served, be given to and served upon it through its attorneys:

> Frederick Black
> Tara B. Annweiler
> Greer, Herz & Adams, LLP
> One Moody Plaza, 18th Floor
> Galveston, Texas 77550
> tannweiler@greerherz.com

The foregoing request includes all notices, copies, and pleadings referred to in Bankruptcy Rules 2002, 3016, 3017, 4004, 4007, and 9007, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

Dated: November 20, 2008

219349.1    1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Tara B. Annweiler |
|  | Frederick Black |
| OF COUNSEL: | State Bar No. 02371100 |
|  | Tara B. Annweiler |
| GREER, HERZ & ADAMS, LLP | State Bar No. 00783547 |
| One Moody Plaza, 18th Floor | One Moody Plaza, 18th Floor |
| Galveston, Texas 77550 | Galveston, Texas 77550 |
| (409) 797-3200 | Email: tannweiler@greerherz.com |
| Fax: (409) 766-6424 |  |
|  | ATTORNEYS FOR AMERICAN NATIONAL INSURANCE COMPANY |

CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing instrument was served on the parties listed on the attached Service List via first class mail and/or electronic mail by the CM-ECF system on this 20th day of November, 2008.

                                                   /s/ Tara B. Annweiler
                                                   Tara B. Annweiler

SERVICE LIST

Debtor:
Lehman Brothers Holdings Inc.
745 Seventh Avenue
New York, NY 10019

Debtors' Counsel:
Harvey R. Miller
Jacqueline Marcus
Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
harvey.miller@weil.com; jacqueline.marcus@weil.com; shai.waisman@weil.com

U.S. Trustee:
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Counsel for U.S. Trustee:
Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Counsel for Trustee for the SIPA Liquidation of Lehman Brothers Inc.:
Jeffrey S. Margolin
Hughs Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004
margolin@hugheshubbard.com

Counsel for Official Committee of Unsecured Creditors:
James Tecce
Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
jamestecce@quinnemanuel.com; susheelkirpalani@quinnemanuel.com

Claims and Noticing Agent:
Epiq Bankruptcy Solutions, LLC Claims Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Largest Secured Creditors:

JPMorgan Chase
JPMorgan Chase Investment Bank
Attn: Mark G. Doctoroff, Executive Director
ACB/Financial Institutions
383 Madison Avenue, 35th
New York, NY 10179

Fenway
Hudson Castle Group, Inc.
Attn: Shawn Kodes
810 Seventh Avenue, 11th Floor
New York, NY 10019

Swedbank
Attn: Michael Ferrara, VP, Chief Dealer
Jan Andersson, VP, Senior Client Executive
One Penn Plaza, 15th Floor
New York, NY 10119

State Street
State Street Global Advisors
State Street Financial Center
Attn: Deena Ethridge
One Lincoln Street
Boston, MA 02111

MetLife
Investments
Attn: Kevin Budd/Ron Nirenberg
10 Park Avenue
PO Box 1902
Morristown, NJ 07962

SMBC
Attn: Mariko Doi Stewart/Russell Bohner
277 Park Avenue
New York, NY 10172

Danske Bank
Attn: Anders Iversen, Senior Manager
75 King William Street
London, United Kingdom
EC4N7DT

Committee of Unsecured Creditors:

Wilmington Trust Company, as Indenture Trustee
Attn: James McGinley, Managing Director
520 Madison Avenue, 33rd Floor
New York, NY 10022

The Bank of NY Mellon
Attn: Gerald Facendola, Vice President Corporate Trust
101 Barclay - 8 W
New York, NY 10286

Law Debenture Trust Company of New York, as Indenture Trustee
Attn: James Heaney
400 Madison Avenue, 4th Floor
New York, NY 10017

Shinsei Bank, Limited
Attn: Edward P. Gilbert
1-8, Uchisaiwaicho 2- Chome
Chiyoda – Ku, Tokyo
100-8501
Japan

Mizuho Corporate Bank, Ltd. as Agent
Attn: Noel P. Purcell, Senior Vice President
1251 Avenue of the Americas
New York, NY 10020-1104

Metlife
Attn: David Yu, Director
10 Park Avenue
P.O. Box 1902
Morristown, NJ 07962-1902

The Vanguard Group, Inc.
Attn: Stewart Hosansky, Principal/Senior Analyst
P.O. Box 2600, V31
Valley Forge, PA 19482

Aegon USA Investment Management
Attn: James K. Schaeffer, Director of Distressed Debt
4333 Edgewood Road NE
Cedar Rapids, IA 52499