**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                             :    Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,      :    Case No. 08-13555 (JMP)
                                                                  :
        Debtors.                                  :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Ref. Docket No. 1576

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

  HERB BAER, being duly sworn, deposes and says:

  1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

  2. On November 18, 2008, I served the "CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING MOTION OF THE DEBTORS, PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 6006, FOR AUTHORIZATION TO ASSUME AN AGREEMENT TO SELL APPROXIMATELY 50 ACRES OF UNDEVELOPED LAND", dated November 18, 2008 [Docket No. 1576] by causing true and correct copies to be:

  a) delivered by email to those parties listed on the attached Exhibit "A",

  b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

  c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C" and to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

      3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              /s/ Herb Baer

Sworn to before me this                             Herb Baer
20th day of November, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | broy@rltlawfirm.com |
| abraunstein@riemerlaw.com | bruce.ortwine@sumitomotrust.co.jp |
| acaton@kramerlevin.com | bt@luckydognc.com |
| acker@chapman.com | btrust@mayerbrown.com |
| adarwin@nixonpeabody.com | btupi@tuckerlaw.com |
| adg@adorno.com | bturk@tishmanspeyer.com |
| aentwistle@entwistle-law.com | cbelmonte@ssbb.com |
| agbankny@ag.tn.gov | cdesiderio@nixonpeabody.com |
| aglenn@kasowitz.com | charles@filardi-law.com |
| agold@herrick.com | chris.donoho@lovells.com |
| agolianopoulos@mayerbrown.com | christopher.schueller@bipc.com |
| ahammer@freebornpeters.com | cmontgomery@salans.com |
| akihiko_yagyuu@chuomitsui.jp | CMTB_LC11@chuomitsui.jp |
| albaugh.colin@pbgc.gov | cohena@sec.gov |
| amarder@msek.com | cohenr@sewkis.com |
| amenard@tishmanspeyer.com | cp@stevenslee.com |
| Andrew.Brozman@cliffordchance.com | crogers@orrick.com |
| andrew.lourie@kobrekim.com | cs@stevenslee.com |
| angelich.george@arentfox.com | cschreiber@winston.com |
| anne.kennelly@hp.com | cshulman@sheppardmullin.com |
| aoberry@bermanesq.com | ctatelbaum@adorno.com |
| apo@stevenslee.com | cward@polsinelli.com |
| araboy@cov.com | cweber@ebg-law.com |
| arheaume@riemerlaw.com | cweiss@ingramllp.com |
| arlbank@pbfcm.com | dallas.bankruptcy@pulicans.com |
| arosenblatt@chadbourne.com | daniel.guyder@allenovery.com |
| arwolf@wlrk.com | danna.drori@usdoj.gov |
| aseuffert@lawpost-nyc.com | david.bennett@tklaw.com |
| ashmead@sewkis.com | david.crichlow@pillsburylaw.com |
| asnow@ssbb.com | david.heller@lw.com |
| atrehan@mayerbrown.com | davids@blbglaw.com |
| austin.bankruptcy@publicans.com | davidwheeler@mvalaw.com |
| avenes@whitecase.com | dbarber@bsblawyers.com |
| avi.gesser@dpw.com | dbaumstein@whitecase.com |
| azylberberg@whitecase.com | dckaufman@hhlaw.com |
| bambacha@sec.gov | dclark@stinson.com |
| bankruptcy@goodwin.com | dcoffino@cov.com |
| bankruptcymatters@us.nomura.com | dcrapo@gibbonslaw.com |
| bbisignani@postschell.com | ddrebsky@nixonpeabody.com |
| bguiney@pbwt.com | ddunne@milbank.com |
| bhinerfeld@sbtklaw.com | deggert@freebornpeters.com |
| bill.freeman@pillsburylaw.com | demetra.liggins@tklaw.com |
| bmanne@tuckerlaw.com | deryck.palmer@cwt.com |
| BMiller@mofo.com | dfelder@orrick.com |
| boneill@kramerlevin.com | dflanigan@polsinelli.com |
| brad.dempsey@hro.com | dfriedman@kasowitz.com |
| brendalblanks@eaton.com | dhayes@mcguirewoods.com |
| brian.pfeiffer@friedfrank.com | dheffer@foley.com |
| brian_corey@gtservicing.com | dirk.roberts@ots.treas.gov |
| bromano@willkie.com | dkleiner@velaw.com |

| | |
|---|---|
| dkozusko@willkie.com | gnovod@kramerlevin.com |
| dladdin@agg.com | grosenberg@co.arapahoe.co.us |
| dlemay@chadbourne.com | gschiller@zeislaw.com |
| dlipke@vedderprice.com | hanh.huynh@cwt.com |
| dludman@brownconnery.com | harveystrickon@paulhastings.com |
| dmcguire@winston.com | heiser@chapman.com |
| dodonnell@milbank.com | hirsh.robert@arentfox.com |
| donald.badaczewski@dechert.com | hollace.cohen@troutmansanders.com |
| douglas.bacon@lw.com | howard.hawkins@cwt.com |
| douglas.mcgill@dbr.com | hseife@chadbourne.com |
| dravin@wolffsamson.com | hsnovikoff@wlrk.com |
| drose@pryorcashman.com | hweg@pwkllp.com |
| drosner@goulstonstorrs.com | ian.levy@kobrekim.com |
| drosner@kasowitz.com | igoldstein@dl.com |
| dshemano@pwkllp.com | ilevee@lowenstein.com |
| dswan@mcguirewoods.com | info2@normandyhill.com |
| dwdykhouse@pbwt.com | ira.herman@tklaw.com |
| eagle.sara@pbgc.gov | isgreene@hhlaw.com |
| ecohen@russell.com | israel.dahan@cwt.com |
| efile@pbgc.gov | jacobsonn@sec.gov |
| efile@willaw.com | jafeltman@wlrk.com |
| efleck@milbank.com | james.mcclammy@dpw.com |
| efriedman@friedumspring.com | jamestecce@quinnemanuel.com |
| eglas@mccarter.com | jason.jurgens@cwt.com |
| ehollander@whitecase.com | Jbecker@wilmingtontrust.com |
| ehorn@lowenstein.com | jbeemer@entwistle-law.com |
| ekbergc@lanepowell.com | jbird@polsinelli.com |
| ellen.halstead@cwt.com | jbromley@cgsh.com |
| elobello@blankrome.com | jcarberry@cl-law.com |
| eschwartz@contrariancapital.com | Jdrucker@coleschotz.com |
| esmith@dl.com | jdyas@halperinlaw.net |
| ezavalkoff-babej@vedderprice.com | jeffrey.sabin@bingham.com |
| ezujkowski@emmetmarvin.com | jennifer.demarco@cliffordchance.com |
| fbp@ppgms.com | jeremy.eiden@state.mn.us |
| feldsteinh@sullcrom.com | jfalgowski@reedsmith.com |
| ffm@bostonbusinesslaw.com | jgarrity@shearman.com |
| fhyman@mayerbrown.com | jguy@orrick.com |
| fishere@butzel.com | jherzog@gklaw.com |
| frank.white@agg.com | jhs7@att.net |
| fred.berg@rvblaw.com | jhuggett@margolisedelstein.com |
| fsosnick@shearman.com | jhuh@ffwplaw.com |
| gabriel.delvirginia@verizon.net | jkehoe@sbtklaw.com |
| gary.ticoll@cwt.com | jketten@wilkie.com |
| gauchb@sec.gov | jkurtzman@klehr.com |
| gbray@milbank.com | jlee@foley.com |
| george.davis@cwt.com | jlevitin@cahill.com |
| giddens@hugheshubbard.com | jlipson@crockerkuno.com |
| gkaden@goulstonstorrs.com | jliu@dl.com |
| GLee@mofo.com | jlovi@steptoe.com |
| glee@mofo.com | jmazermarino@msek.com |
| glenn.siegel@dechert.com | jmcginley@wilmingtontrust.com |
| gmoss@riemerlaw.com | john.monaghan@hklaw.com |

| | |
|---|---|
| john.rapisardi@cwt.com | lml@ppgms.com |
| jorbach@hahnhessen.com | lnashelsky@mofo.com |
| joseph.scordato@dkib.com | lromansic@steptoe.com |
| joshua.dorchak@bingham.com | lschweitzer@cgsh.com |
| jowen769@yahoo.com | lubell@hugheshubbard.com |
| JPintarelli@mofo.com | lwhidden@salans.com |
| jpintarelli@mofo.com | mabrams@willkie.com |
| jporter@entwistle-law.com | macronin@debevoise.com |
| jrabinowitz@rltlawfirm.com | MAOFILING@CGSH.COM |
| jschwartz@hahnhessen.com | maofiling@cgsh.com |
| jshickich@riddellwilliams.com | Marc.Chait@standardchartered.com |
| jsmairo@pbnlaw.com | margolin@hugheshubbard.com |
| jtimko@allenmatkins.com | mark.deveno@bingham.com |
| jtougas@mayerbrown.com | mark.ellenberg@cwt.com |
| jwallack@goulstonstorrs.com | mark.houle@pillsburylaw.com |
| jwang@sipc.org | martin.davis@ots.treas.gov |
| jweiss@gibsondunn.com | masaki_konishi@noandt.com |
| jwhitman@entwistle-law.com | matthew.dyer@prommis.com |
| jwishnew@mofo.com | matthew.klepper@dlapiper.com |
| k4.nomura@aozorabank.co.jp | mbenner@tishmanspeyer.com |
| karen.wagner@dpw.com | mbienenstock@dl.com |
| KDWBankruptcyDepartment@kelleydrye.com | mcordone@stradley.com |
| keith.simon@lw.com | mcto@debevoise.com |
| Ken.Coleman@allenovery.com | mdorval@stradley.com |
| ken.higman@hp.com | metkin@lowenstein.com |
| kgwynne@reedsmith.com | mgreger@allenmatkins.com |
| kiplok@hugheshubbard.com | mhopkins@cov.com |
| Klippman@munsch.com | michael.kim@kobrekim.com |
| kmayer@mccarter.com | mitchell.ayer@tklaw.com |
| kmisken@mcguirewoods.com | mitchell.epner@friedfrank.com |
| kobak@hugheshubbard.com | mjacobs@pryorcashman.com |
| korr@orrick.com | mjedelman@vedderprice.com |
| KOstad@mofo.com | mkjaer@winston.com |
| kovskyd@pepperlaw.com | mlahaie@akingump.com |
| kpiper@steptoe.com | mmendez@hunton.com |
| kressk@pepperlaw.com | mmickey@mayerbrown.com |
| KReynolds@mklawnyc.com | mmorreale@us.mufg.jp |
| kristin.going@dbr.com | mmurphy@co.sanmateo.ca.us |
| krosen@lowenstein.com | monica.lawless@brookfieldproperties.com |
| krubin@ozcap.com | mpage@kelleydrye.com |
| lacyr@sullcrom.com | mpucillo@bermanesq.com |
| lalshibib@reedsmith.com | mrosenthal@gibsondunn.com |
| Landon@StreusandLandon.com | MSchleich@fraserstryker.com |
| lattard@kayescholer.com | mschonholtz@kayescholer.com |
| lawrence.bass@hro.com | mshiner@tuckerlaw.com |
| ldespins@milbank.com | mspeiser@stroock.com |
| lgranfield@cgsh.com | mstamer@akingump.com |
| linda.boyle@twtelecom.com | nbannon@tishmanspeyer.com |
| lisa.kraidin@allenovery.com | neal.mann@oag.state.ny.us |
| lmarinuzzi@mofo.com | ned.schodek@shearman.com |
| Lmay@coleschotz.com | newyork@sec.gov |
| lmcgowen@orrick.com | Nherman@morganlewis.com |

| | |
|---|---|
| nissay_10259-0154@mhmjapan.com | Sally.Henry@skadden.com |
| oipress@travelers.com | sandra.mayerson@hklaw.com |
| omeca.nedd@lovells.com | Sara.Tapinekis@cliffordchance.com |
| paronzon@milbank.com | schapman@willkie.com |
| paul.deutch@troutmansanders.com | schristianson@buchalter.com |
| pbentley@kramerlevin.com | scottshelley@quinnemanuel.com |
| pbosswick@ssbb.com | scousins@armstrongteasdale.com |
| pdublin@akingump.com | sdnyecf@dor.mo.gov |
| peter.simmons@friedfrank.com | sean@blbglaw.com |
| peter.zisser@hklaw.com | sehlers@armstrongteasdale.com |
| peter@bankrupt.com | sfelderstein@ffwplaw.com |
| pfeldman@oshr.com | sfineman@lchb.com |
| phayden@mcguirewoods.com | sfox@mcguirewoods.com |
| pnichols@whitecase.com | sgordon@cahill.com |
| ppascuzzi@ffwplaw.com | SGross@HodgsonRuss.com |
| ppatterson@stradley.com | sgubner@ebg-law.com |
| prachmuth@reedsmith.com | sharbeck@sipc.org |
| pwirt@ftportfolios.com | shari.leventhal@ny.frb.org |
| pwright@dl.com | sheakkorzun@comcast.net |
| r.stahl@stahlzelloe.com | sheehan@txschoollaw.com |
| ramona.neal@hp.com | sidorsky@butzel.com |
| ranjit.mather@bnymellon.com | slerner@ssd.com |
| rdaversa@orrick.com | smillman@stroock.com |
| rfleischer@pryorcashman.com | s.minehan@aozorabank.co.jp |
| rfrankel@orrick.com | snewman@katskykorins.com |
| rgmason@wlrk.com | spiotto@chapman.com |
| rgraham@whitecase.com | splatzer@platzerlaw.com |
| rhett.campbell@tklaw.com | sselbst@herrick.com |
| richard.lear@hklaw.com | stan@smehaffey.com |
| ritkin@steptoe.com | steele@lowenstein.com |
| RLevin@cravath.com | stephanie.wickouski@dbr.com |
| rmatzat@hahnhessen.com | steve.ginther@dor.mo.gov |
| rmunsch@munsch.com | steven.perlstein@kobrekim.com |
| rnetzer@willkie.com | steven.wilamowsky@bingham.com |
| rnies@wolffsamson.com | Streusand@StreusandLandon.com |
| robert.bailey@bnymellon.com | susan.schultz@newedgegroup.com |
| robert.dombroff@bingham.com | susheelkirpalani@quinnemanuel.com |
| robert.henoch@kobrekim.com | tarbit@cftc.gov |
| Robert.Holladay@youngwilliams.com | tbrock@ssbb.com |
| robert.malone@dbr.com | TGoren@mofo.com |
| Robert.yalen@usdoj.gov | Thomas_Noguerola@calpers.ca.gov |
| roberts@pursuitpartners.com | timothy.brink@dlapiper.com |
| Robin.Keller@Lovells.com | timothy.palmer@bipc.com |
| ronald.silverman@bingham.com | tjfreedman@pbnlaw.com |
| rreid@sheppardmullin.com | tkarcher@dl.com |
| RTrust@cravath.com | tkiriakos@mayerbrown.com |
| Russj4478@aol.com | tmacwright@whitecase.com |
| rwasserman@cftc.gov | tmayer@kramerlevin.com |
| rwynne@kirkland.com | tnixon@gklaw.com |
| rwyron@orrick.com | tslome@msek.com |
| sabin.willett@bingham.com | ttracy@crockerkuno.com |
| sagolden@hhlaw.com | twatanabe@mofo.com |

| |
|---|
| twheeler@lowenstein.com |
| vdagostino@lowenstein.com |
| Villa@StreusandLandon.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| weissjw@gtlaw.com |
| wfoster@milbank.com |
| wheuer@dl.com |
| wiltenburg@hugheshubbard.com |
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| yamashiro@sumitomotrust.co.jp |

**Exhibit "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

Additional Parties (Docket #1576) - 11-18-08

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Attention:   Dennis F. Dunne


Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005-1413
Attention:   Dennis C. O'Donnell