**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------x
                                                            :
In re                                                       :    Chapter 11 Case No.
                                                            :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,                :    Case No. 08-13555 (JMP)
                                                            :
        Debtors.                                            :    (Jointly Administered)
                                                            :
---------------------------------------------------------------------x    Ref. Docket No. 1529, 1532

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 14, 2008, I caused to be served the:

    a) "NOTICE OF ADJOURNMENT OF MOTION OF THE DEBTORS' APPLICATION TO EMPLOY AND RETAIN LAZARD FRERES & CO.", dated November 14, 2008 [Docket No. 1529], and

    b) "NOTICE OF ADJOURNMENT OF MOTION OF NEW YORK STATE COMPTROLLER FOR APPOINTMENT OF A TRUSTEE OR, IN THE ALTERNATIVE, AN EXAMINER WITH EXPANDED POWERS", dated November 14, 2008 [Docket No. 1532]

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer

Herb Baer

Sworn to before me this
20th day of November, 2008

/s/ Regina Amporfro

Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

Additional Parties (Docket #1529, 1532) - 11-14-08

ENTWISTLE & CAPPUCCI LLP
Andrew J. Entwistle (aentwistle@entwistle-law.com)
Johnston de F. Whitman, Jr. (jwhitman@entwistle-law.com)
Jonathan H. Beemer (jbeemer@entwistle-law.com)
Joshua K. Porter (jporter@entwistle-law.com)

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | btrust@mayerbrown.com |
| abraunstein@riemerlaw.com | btupi@tuckerlaw.com |
| acaton@kramerlevin.com | bturk@tishmanspeyer.com |
| acker@chapman.com | cbelmonte@ssbb.com |
| adarwin@nixonpeabody.com | cdesiderio@nixonpeabody.com |
| adg@adorno.com | charles@filardi-law.com |
| aentwistle@entwistle-law.com | chris.donoho@lovells.com |
| aglenn@kasowitz.com | christopher.schueller@bipc.com |
| agold@herrick.com | cmontgomery@salans.com |
| agolianopoulos@mayerbrown.com | CMTB_LC11@chuomitsui.jp |
| ahammer@freebornpeters.com | cohena@sec.gov |
| akihiko_yagyuu@chuomitsui.jp | cohenr@sewkis.com |
| albaugh.colin@pbgc.gov | cp@stevenslee.com |
| amarder@msek.com | crogers@orrick.com |
| amenard@tishmanspeyer.com | cs@stevenslee.com |
| Andrew.Brozman@cliffordchance.com | cschreiber@winston.com |
| andrew.lourie@kobrekim.com | cshulman@sheppardmullin.com |
| angelich.george@arentfox.com | ctatelbaum@adorno.com |
| anne.kennelly@hp.com | cward@polsinelli.com |
| aoberry@bermanesq.com | cweber@ebg-law.com |
| apo@stevenslee.com | cweiss@ingramllp.com |
| araboy@cov.com | dallas.bankruptcy@pulicans.com |
| arheaume@riemerlaw.com | danna.drori@usdoj.gov |
| arlbank@pbfcm.com | david.bennett@tklaw.com |
| arosenblatt@chadbourne.com | david.crichlow@pillsburylaw.com |
| arwolf@wlrk.com | david.heller@lw.com |
| aseuffert@lawpost-nyc.com | davids@blbglaw.com |
| ashmead@sewkis.com | davidwheeler@mvalaw.com |
| asnow@ssbb.com | dbarber@bsblawyers.com |
| atrehan@mayerbrown.com | dbaumstein@whitecase.com |
| austin.bankruptcy@publicans.com | dckaufman@hhlaw.com |
| avenes@whitecase.com | dclark@stinson.com |
| avi.gesser@dpw.com | dcoffino@cov.com |
| azylberberg@whitecase.com | dcrapo@gibbonslaw.com |
| bambacha@sec.gov | ddrebsky@nixonpeabody.com |
| bankruptcy@goodwin.com | ddunne@milbank.com |
| bankruptcymatters@us.nomura.com | deggert@freebornpeters.com |
| bbisignani@postschell.com | demetra.liggins@tklaw.com |
| bhinerfeld@sbtklaw.com | deryck.palmer@cwt.com |
| bill.freeman@pillsburylaw.com | dfelder@orrick.com |
| bmanne@tuckerlaw.com | dflanigan@polsinelli.com |
| BMiller@mofo.com | dfriedman@kasowitz.com |
| boneill@kramerlevin.com | dhayes@mcguirewoods.com |
| brad.dempsey@hro.com | dheffer@foley.com |
| brendalblanks@eaton.com | dirk.roberts@ots.treas.gov |
| brian.pfeiffer@friedfrank.com | dkleiner@velaw.com |
| brian_corey@gtservicing.com | dkozusko@willkie.com |
| bromano@willkie.com | dladdin@agg.com |
| broy@rltlawfirm.com | dlemay@chadbourne.com |
| bruce.ortwine@sumitomotrust.co.jp | dlipke@vedderprice.com |

| | |
|---|---|
| dludman@brownconnery.com | heiser@chapman.com |
| dmcguire@winston.com | hirsh.robert@arentfox.com |
| dodonnell@milbank.com | hollace.cohen@troutmansanders.com |
| donald.badaczewski@dechert.com | howard.hawkins@cwt.com |
| douglas.bacon@lw.com | hseife@chadbourne.com |
| douglas.mcgill@dbr.com | hsnovikoff@wlrk.com |
| dravin@wolffsamson.com | hweg@pwkllp.com |
| drose@pryorcashman.com | ian.levy@kobrekim.com |
| drosner@goulstonstorrs.com | igoldstein@dl.com |
| drosner@kasowitz.com | ilevee@lowenstein.com |
| dshemano@pwkllp.com | info2@normandyhill.com |
| dswan@mcguirewoods.com | ira.herman@tklaw.com |
| eagle.sara@pbgc.gov | isgreene@hhlaw.com |
| ecohen@russell.com | israel.dahan@cwt.com |
| efile@pbgc.gov | jacobsonn@sec.gov |
| efile@willaw.com | jafeltman@wlrk.com |
| efleck@milbank.com | james.mcclammy@dpw.com |
| efriedman@friedumspring.com | jamestecce@quinnemanuel.com |
| eglas@mccarter.com | jason.jurgens@cwt.com |
| ehollander@whitecase.com | Jbecker@wilmingtontrust.com |
| ehorn@lowenstein.com | jbeemer@entwistle-law.com |
| ekbergc@lanepowell.com | jbird@polsinelli.com |
| ellen.halstead@cwt.com | jbromley@cgsh.com |
| elobello@blankrome.com | jcarberry@cl-law.com |
| eschwartz@contrariancapital.com | Jdrucker@coleschotz.com |
| esmith@dl.com | jdyas@halperinlaw.net |
| ezavalkoff-babej@vedderprice.com | jeffrey.sabin@bingham.com |
| ezujkowski@emmetmarvin.com | jennifer.demarco@cliffordchance.com |
| fbp@ppgms.com | jeremy.eiden@state.mn.us |
| feldsteinh@sullcrom.com | jfalgowski@reedsmith.com |
| ffm@bostonbusinesslaw.com | jgarrity@shearman.com |
| fhyman@mayerbrown.com | jguy@orrick.com |
| fishere@butzel.com | jherzog@gklaw.com |
| frank.white@agg.com | jhs7@att.net |
| fred.berg@rvblaw.com | jhuggett@margolisedelstein.com |
| fsosnick@shearman.com | jhuh@ffwplaw.com |
| gabriel.delvirginia@verizon.net | jkehoe@sbtklaw.com |
| gary.ticoll@cwt.com | jketten@wilkie.com |
| gauchb@sec.gov | jkurtzman@klehr.com |
| gbray@milbank.com | jlee@foley.com |
| george.davis@cwt.com | jlevitin@cahill.com |
| giddens@hugheshubbard.com | jlipson@crockerkuno.com |
| gkaden@goulstonstorrs.com | jliu@dl.com |
| GLee@mofo.com | jlovi@steptoe.com |
| glee@mofo.com | jmazermarino@msek.com |
| glenn.siegel@dechert.com | jmcginley@wilmingtontrust.com |
| gmoss@riemerlaw.com | john.rapisardi@cwt.com |
| gnovod@kramerlevin.com | jorbach@hahnhessen.com |
| grosenberg@co.arapahoe.co.us | joseph.scordato@dkib.com |
| gschiller@zeislaw.com | joshua.dorchak@bingham.com |
| hanh.huynh@cwt.com | JPintarelli@mofo.com |
| harveystrickon@paulhastings.com | jpintarelli@mofo.com |

| | |
|---|---|
| jporter@entwistle-law.com | MAOFILING@CGSH.COM |
| jrabinowitz@rltlawfirm.com | maofiling@cgsh.com |
| jschwartz@hahnhessen.com | Marc.Chait@standardchartered.com |
| jshickich@riddellwilliams.com | margolin@hugheshubbard.com |
| jsmairo@pbnlaw.com | mark.deveno@bingham.com |
| jtimko@allenmatkins.com | mark.ellenberg@cwt.com |
| jtougas@mayerbrown.com | mark.houle@pillsburylaw.com |
| jwallack@goulstonstorrs.com | martin.davis@ots.treas.gov |
| jwang@sipc.org | masaki_konishi@noandt.com |
| jweiss@gibsondunn.com | matthew.dyer@prommis.com |
| jwhitman@entwistle-law.com | matthew.klepper@dlapiper.com |
| jwishnew@mofo.com | mbenner@tishmanspeyer.com |
| karen.wagner@dpw.com | mbienenstock@dl.com |
| KDWBankruptcyDepartment@kelleydrye.com | mcordone@stradley.com |
| keith.simon@lw.com | mcto@debevoise.com |
| Ken.Coleman@allenovery.com | mdorval@stradley.com |
| ken.higman@hp.com | metkin@lowenstein.com |
| kgwynne@reedsmith.com | mgreger@allenmatkins.com |
| kiplok@hugheshubbard.com | mhopkins@cov.com |
| Klippman@munsch.com | michael.kim@kobrekim.com |
| kmayer@mccarter.com | mitchell.ayer@tklaw.com |
| kmisken@mcguirewoods.com | mitchell.epner@friedfrank.com |
| kobak@hugheshubbard.com | mjacobs@pryorcashman.com |
| korr@orrick.com | mjedelman@vedderprice.com |
| KOstad@mofo.com | mkjaer@winston.com |
| kovskyd@pepperlaw.com | mlahaie@akingump.com |
| kpiper@steptoe.com | mmendez@hunton.com |
| kressk@pepperlaw.com | mmickey@mayerbrown.com |
| KReynolds@mklawnyc.com | mmorreale@us.mufg.jp |
| kristin.going@dbr.com | mmurphy@co.sanmateo.ca.us |
| krosen@lowenstein.com | monica.lawless@brookfieldproperties.com |
| krubin@ozcap.com | mpage@kelleydrye.com |
| lacyr@sullcrom.com | mpucillo@bermanesq.com |
| lalshibib@reedsmith.com | mrosenthal@gibsondunn.com |
| Landon@StreusandLandon.com | MSchleich@fraserstryker.com |
| lattard@kayescholer.com | mschonholtz@kayescholer.com |
| lawrence.bass@hro.com | mshiner@tuckerlaw.com |
| ldespins@milbank.com | mspeiser@stroock.com |
| lgranfield@cgsh.com | mstamer@akingump.com |
| linda.boyle@twtelecom.com | nbannon@tishmanspeyer.com |
| lisa.kraidin@allenovery.com | neal.mann@oag.state.ny.us |
| lmarinuzzi@mofo.com | ned.schodek@shearman.com |
| Lmay@coleschotz.com | newyork@sec.gov |
| lmcgowen@orrick.com | Nherman@morganlewis.com |
| lml@ppgms.com | nissay_10259-0154@mhmjapan.com |
| lnashelsky@mofo.com | oipress@travelers.com |
| lromansic@steptoe.com | omeca.nedd@lovells.com |
| lschweitzer@cgsh.com | paronzon@milbank.com |
| lubell@hugheshubbard.com | paul.deutch@troutmansanders.com |
| lwhidden@salans.com | pbentley@kramerlevin.com |
| mabrams@willkie.com | pbosswick@ssbb.com |
| macronin@debevoise.com | pdublin@akingump.com |

| | |
|---|---|
| peter.simmons@friedfrank.com | sdnyecf@dor.mo.gov |
| peter.zisser@hklaw.com | sean@blbglaw.com |
| peter@bankrupt.com | sehlers@armstrongteasdale.com |
| pfeldman@oshr.com | sfelderstein@ffwplaw.com |
| phayden@mcguirewoods.com | sfineman@lchb.com |
| pnichols@whitecase.com | sfox@mcguirewoods.com |
| ppascuzzi@ffwplaw.com | sgordon@cahill.com |
| ppatterson@stradley.com | SGross@HodgsonRuss.com |
| prachmuth@reedsmith.com | sgubner@ebg-law.com |
| pwirt@ftportfolios.com | sharbeck@sipc.org |
| pwright@dl.com | shari.leventhal@ny.frb.org |
| r.stahl@stahlzelloe.com | sheakkorzun@comcast.net |
| ramona.neal@hp.com | sheehan@txschoollaw.com |
| ranjit.mather@bnymellon.com | sidorsky@butzel.com |
| rdaversa@orrick.com | slerner@ssd.com |
| rfleischer@pryorcashman.com | smillman@stroock.com |
| rfrankel@orrick.com | snewman@katskykorins.com |
| rgmason@wlrk.com | spiotto@chapman.com |
| rgraham@whitecase.com | splatzer@platzerlaw.com |
| rhett.campbell@tklaw.com | sselbst@herrick.com |
| richard.lear@hklaw.com | steele@lowenstein.com |
| ritkin@steptoe.com | stephanie.wickouski@dbr.com |
| RLevin@cravath.com | steve.ginther@dor.mo.gov |
| RLGold1977@aol.com | steven.perlstein@kobrekim.com |
| rmatzat@hahnhessen.com | steven.wilamowsky@bingham.com |
| rmunsch@munsch.com | Streusand@StreusandLandon.com |
| rnetzer@willkie.com | susan.schultz@newedgegroup.com |
| rnies@wolffsamson.com | susheelkirpalani@quinnemanuel.com |
| robert.bailey@bnymellon.com | tarbit@cftc.gov |
| robert.dombroff@bingham.com | tbrock@ssbb.com |
| robert.henoch@kobrekim.com | TGoren@mofo.com |
| Robert.Holladay@youngwilliams.com | Thomas_Noguerola@calpers.ca.gov |
| robert.malone@dbr.com | timothy.brink@dlapiper.com |
| Robert.yalen@usdoj.gov | timothy.palmer@bipc.com |
| roberts@pursuitpartners.com | tjfreedman@pbnlaw.com |
| Robin.Keller@Lovells.com | tkarcher@dl.com |
| ronald.silverman@bingham.com | tkiriakos@mayerbrown.com |
| rreid@sheppardmullin.com | tmacwright@whitecase.com |
| RTrust@cravath.com | tmayer@kramerlevin.com |
| Russj4478@aol.com | tnixon@gklaw.com |
| rwasserman@cftc.gov | tslome@msek.com |
| rwynne@kirkland.com | ttracy@crockerkuno.com |
| rwyron@orrick.com | twatanabe@mofo.com |
| sabin.willett@bingham.com | twheeler@lowenstein.com |
| sagolden@hhlaw.com | vdagostino@lowenstein.com |
| Sally.Henry@skadden.com | Villa@StreusandLandon.com |
| sandra.mayerson@hklaw.com | wanda.goodloe@cbre.com |
| Sara.Tapinekis@cliffordchance.com | wbenzija@halperinlaw.net |
| schapman@willkie.com | weissjw@gtlaw.com |
| schristianson@buchalter.com | wfoster@milbank.com |
| scottshelley@quinnemanuel.com | wheuer@dl.com |
| scousins@armstrongteasdale.com | wiltenburg@hugheshubbard.com |

| |
|---|
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| yamashiro@sumitomotrust.co.jp |

**EXHIBIT "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |