**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :    Case No. 08-13555 (JMP)
                                                :
        Debtors.                                :    (Jointly Administered)
                                                :
------------------------------------------------------------------x    Ref. Docket No. 1541

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

      HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    I served the "DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS", dated November 14, 2008 [Docket No. 1541] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A", on November 14, 2008,

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", on November 14, 2008,

    c) enclosed securely in separate postage-prepaid envelopes and delivered by first-class mail to the parties listed on the attached Exhibit "C", on November 14, 2008,

    d) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004, on November 14, 2008, and

    e) delivered by email to those parties listed on the attached Exhibit "D", on November 17, 2008.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
20th day of November, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | btrust@mayerbrown.com |
| abraunstein@riemerlaw.com | btupi@tuckerlaw.com |
| acaton@kramerlevin.com | bturk@tishmanspeyer.com |
| acker@chapman.com | cbelmonte@ssbb.com |
| adarwin@nixonpeabody.com | cdesiderio@nixonpeabody.com |
| adg@adorno.com | charles@filardi-law.com |
| aentwistle@entwistle-law.com | chris.donoho@lovells.com |
| aglenn@kasowitz.com | christopher.schueller@bipc.com |
| agold@herrick.com | cmontgomery@salans.com |
| agolianopoulos@mayerbrown.com | CMTB_LC11@chuomitsui.jp |
| ahammer@freebornpeters.com | cohena@sec.gov |
| akihiko_yagyuu@chuomitsui.jp | cohenr@sewkis.com |
| albaugh.colin@pbgc.gov | cp@stevenslee.com |
| amarder@msek.com | crogers@orrick.com |
| amenard@tishmanspeyer.com | cs@stevenslee.com |
| Andrew.Brozman@cliffordchance.com | cschreiber@winston.com |
| andrew.lourie@kobrekim.com | cshulman@sheppardmullin.com |
| angelich.george@arentfox.com | ctatelbaum@adorno.com |
| anne.kennelly@hp.com | cward@polsinelli.com |
| aoberry@bermanesq.com | cweber@ebg-law.com |
| apo@stevenslee.com | cweiss@ingramllp.com |
| araboy@cov.com | dallas.bankruptcy@pulicans.com |
| arheaume@riemerlaw.com | danna.drori@usdoj.gov |
| arlbank@pbfcm.com | david.bennett@tklaw.com |
| arosenblatt@chadbourne.com | david.crichlow@pillsburylaw.com |
| arwolf@wlrk.com | david.heller@lw.com |
| aseuffert@lawpost-nyc.com | davids@blbglaw.com |
| ashmead@sewkis.com | davidwheeler@mvalaw.com |
| asnow@ssbb.com | dbarber@bsblawyers.com |
| atrehan@mayerbrown.com | dbaumstein@whitecase.com |
| austin.bankruptcy@publicans.com | dckaufman@hhlaw.com |
| avenes@whitecase.com | dclark@stinson.com |
| avi.gesser@dpw.com | dcoffino@cov.com |
| azylberberg@whitecase.com | dcrapo@gibbonslaw.com |
| bambacha@sec.gov | ddrebsky@nixonpeabody.com |
| bankruptcy@goodwin.com | ddunne@milbank.com |
| bankruptcymatters@us.nomura.com | deggert@freebornpeters.com |
| bbisignani@postschell.com | demetra.liggins@tklaw.com |
| bhinerfeld@sbtklaw.com | deryck.palmer@cwt.com |
| bill.freeman@pillsburylaw.com | dfelder@orrick.com |
| bmanne@tuckerlaw.com | dflanigan@polsinelli.com |
| BMiller@mofo.com | dfriedman@kasowitz.com |
| boneill@kramerlevin.com | dhayes@mcguirewoods.com |
| brad.dempsey@hro.com | dheffer@foley.com |
| brendalblanks@eaton.com | dirk.roberts@ots.treas.gov |
| brian.pfeiffer@friedfrank.com | dkleiner@velaw.com |
| brian_corey@gtservicing.com | dkozusko@willkie.com |
| bromano@willkie.com | dladdin@agg.com |
| broy@rltlawfirm.com | dlemay@chadbourne.com |
| bruce.ortwine@sumitomotrust.co.jp | dlipke@vedderprice.com |

| | |
|---|---|
| dludman@brownconnery.com | heiser@chapman.com |
| dmcguire@winston.com | hirsh.robert@arentfox.com |
| dodonnell@milbank.com | hollace.cohen@troutmansanders.com |
| donald.badaczewski@dechert.com | howard.hawkins@cwt.com |
| douglas.bacon@lw.com | hseife@chadbourne.com |
| douglas.mcgill@dbr.com | hsnovikoff@wlrk.com |
| dravin@wolffsamson.com | hweg@pwkllp.com |
| drose@pryorcashman.com | ian.levy@kobrekim.com |
| drosner@goulstonstorrs.com | igoldstein@dl.com |
| drosner@kasowitz.com | ilevee@lowenstein.com |
| dshemano@pwkllp.com | info2@normandyhill.com |
| dswan@mcguirewoods.com | ira.herman@tklaw.com |
| eagle.sara@pbgc.gov | isgreene@hhlaw.com |
| ecohen@russell.com | israel.dahan@cwt.com |
| efile@pbgc.gov | jacobsonn@sec.gov |
| efile@willaw.com | jafeltman@wlrk.com |
| efleck@milbank.com | james.mcclammy@dpw.com |
| efriedman@friedumspring.com | jamestecce@quinnemanuel.com |
| eglas@mccarter.com | jason.jurgens@cwt.com |
| ehollander@whitecase.com | Jbecker@wilmingtontrust.com |
| ehorn@lowenstein.com | jbeemer@entwistle-law.com |
| ekbergc@lanepowell.com | jbird@polsinelli.com |
| ellen.halstead@cwt.com | jbromley@cgsh.com |
| elobello@blankrome.com | jcarberry@cl-law.com |
| eschwartz@contrariancapital.com | Jdrucker@coleschotz.com |
| esmith@dl.com | jdyas@halperinlaw.net |
| ezavalkoff-babej@vedderprice.com | jeffrey.sabin@bingham.com |
| ezujkowski@emmetmarvin.com | jennifer.demarco@cliffordchance.com |
| fbp@ppgms.com | jeremy.eiden@state.mn.us |
| feldsteinh@sullcrom.com | jfalgowski@reedsmith.com |
| ffm@bostonbusinesslaw.com | jgarrity@shearman.com |
| fhyman@mayerbrown.com | jguy@orrick.com |
| fishere@butzel.com | jherzog@gklaw.com |
| frank.white@agg.com | jhs7@att.net |
| fred.berg@rvblaw.com | jhuggett@margolisedelstein.com |
| fsosnick@shearman.com | jhuh@ffwplaw.com |
| gabriel.delvirginia@verizon.net | jkehoe@sbtklaw.com |
| gary.ticoll@cwt.com | jketten@wilkie.com |
| gauchb@sec.gov | jkurtzman@klehr.com |
| gbray@milbank.com | jlee@foley.com |
| george.davis@cwt.com | jlevitin@cahill.com |
| giddens@hugheshubbard.com | jlipson@crockerkuno.com |
| gkaden@goulstonstorrs.com | jliu@dl.com |
| GLee@mofo.com | jlovi@steptoe.com |
| glee@mofo.com | jmazermarino@msek.com |
| glenn.siegel@dechert.com | jmcginley@wilmingtontrust.com |
| gmoss@riemerlaw.com | john.rapisardi@cwt.com |
| gnovod@kramerlevin.com | jorbach@hahnhessen.com |
| grosenberg@co.arapahoe.co.us | joseph.scordato@dkib.com |
| gschiller@zeislaw.com | joshua.dorchak@bingham.com |
| hanh.huynh@cwt.com | JPintarelli@mofo.com |
| harveystrickon@paulhastings.com | jpintarelli@mofo.com |

| | |
|---|---|
| jporter@entwistle-law.com | MAOFILING@CGSH.COM |
| jrabinowitz@rltlawfirm.com | maofiling@cgsh.com |
| jschwartz@hahnhessen.com | Marc.Chait@standardchartered.com |
| jshickich@riddellwilliams.com | margolin@hugheshubbard.com |
| jsmairo@pbnlaw.com | mark.deveno@bingham.com |
| jtimko@allenmatkins.com | mark.ellenberg@cwt.com |
| jtougas@mayerbrown.com | mark.houle@pillsburylaw.com |
| jwallack@goulstonstorrs.com | martin.davis@ots.treas.gov |
| jwang@sipc.org | masaki_konishi@noandt.com |
| jweiss@gibsondunn.com | matthew.dyer@prommis.com |
| jwhitman@entwistle-law.com | matthew.klepper@dlapiper.com |
| jwishnew@mofo.com | mbenner@tishmanspeyer.com |
| karen.wagner@dpw.com | mbienenstock@dl.com |
| KDWBankruptcyDepartment@kelleydrye.com | mcordone@stradley.com |
| keith.simon@lw.com | mcto@debevoise.com |
| Ken.Coleman@allenovery.com | mdorval@stradley.com |
| ken.higman@hp.com | metkin@lowenstein.com |
| kgwynne@reedsmith.com | mgreger@allenmatkins.com |
| kiplok@hugheshubbard.com | mhopkins@cov.com |
| Klippman@munsch.com | michael.kim@kobrekim.com |
| kmayer@mccarter.com | mitchell.ayer@tklaw.com |
| kmisken@mcguirewoods.com | mitchell.epner@friedfrank.com |
| kobak@hugheshubbard.com | mjacobs@pryorcashman.com |
| korr@orrick.com | mjedelman@vedderprice.com |
| KOstad@mofo.com | mkjaer@winston.com |
| kovskyd@pepperlaw.com | mlahaie@akingump.com |
| kpiper@steptoe.com | mmendez@hunton.com |
| kressk@pepperlaw.com | mmickey@mayerbrown.com |
| KReynolds@mklawnyc.com | mmorreale@us.mufg.jp |
| kristin.going@dbr.com | mmurphy@co.sanmateo.ca.us |
| krosen@lowenstein.com | monica.lawless@brookfieldproperties.com |
| krubin@ozcap.com | mpage@kelleydrye.com |
| lacyr@sullcrom.com | mpucillo@bermanesq.com |
| lalshibib@reedsmith.com | mrosenthal@gibsondunn.com |
| Landon@StreusandLandon.com | MSchleich@fraserstryker.com |
| lattard@kayescholer.com | mschonholtz@kayescholer.com |
| lawrence.bass@hro.com | mshiner@tuckerlaw.com |
| ldespins@milbank.com | mspeiser@stroock.com |
| lgranfield@cgsh.com | mstamer@akingump.com |
| linda.boyle@twtelecom.com | nbannon@tishmanspeyer.com |
| lisa.kraidin@allenovery.com | neal.mann@oag.state.ny.us |
| lmarinuzzi@mofo.com | ned.schodek@shearman.com |
| Lmay@coleschotz.com | newyork@sec.gov |
| lmcgowen@orrick.com | Nherman@morganlewis.com |
| lml@ppgms.com | nissay_10259-0154@mhmjapan.com |
| lnashelsky@mofo.com | oipress@travelers.com |
| lromansic@steptoe.com | omeca.nedd@lovells.com |
| lschweitzer@cgsh.com | paronzon@milbank.com |
| lubell@hugheshubbard.com | paul.deutch@troutmansanders.com |
| lwhidden@salans.com | pbentley@kramerlevin.com |
| mabrams@willkie.com | pbosswick@ssbb.com |
| macronin@debevoise.com | pdublin@akingump.com |

| | |
|---|---|
| peter.simmons@friedfrank.com | sdnyecf@dor.mo.gov |
| peter.zisser@hklaw.com | sean@blbglaw.com |
| peter@bankrupt.com | sehlers@armstrongteasdale.com |
| pfeldman@oshr.com | sfelderstein@ffwplaw.com |
| phayden@mcguirewoods.com | sfineman@lchb.com |
| pnichols@whitecase.com | sfox@mcguirewoods.com |
| ppascuzzi@ffwplaw.com | sgordon@cahill.com |
| ppatterson@stradley.com | SGross@HodgsonRuss.com |
| prachmuth@reedsmith.com | sgubner@ebg-law.com |
| pwirt@ftportfolios.com | sharbeck@sipc.org |
| pwright@dl.com | shari.leventhal@ny.frb.org |
| r.stahl@stahlzelloe.com | sheakkorzun@comcast.net |
| ramona.neal@hp.com | sheehan@txschoollaw.com |
| ranjit.mather@bnymellon.com | sidorsky@butzel.com |
| rdaversa@orrick.com | slerner@ssd.com |
| rfleischer@pryorcashman.com | smillman@stroock.com |
| rfrankel@orrick.com | snewman@katskykorins.com |
| rgmason@wlrk.com | spiotto@chapman.com |
| rgraham@whitecase.com | splatzer@platzerlaw.com |
| rhett.campbell@tklaw.com | sselbst@herrick.com |
| richard.lear@hklaw.com | steele@lowenstein.com |
| ritkin@steptoe.com | stephanie.wickouski@dbr.com |
| RLevin@cravath.com | steve.ginther@dor.mo.gov |
| RLGold1977@aol.com | steven.perlstein@kobrekim.com |
| rmatzat@hahnhessen.com | steven.wilamowsky@bingham.com |
| rmunsch@munsch.com | Streusand@StreusandLandon.com |
| rnetzer@willkie.com | susan.schultz@newedgegroup.com |
| rnies@wolffsamson.com | susheelkirpalani@quinnemanuel.com |
| robert.bailey@bnymellon.com | tarbit@cftc.gov |
| robert.dombroff@bingham.com | tbrock@ssbb.com |
| robert.henoch@kobrekim.com | TGoren@mofo.com |
| Robert.Holladay@youngwilliams.com | Thomas_Noguerola@calpers.ca.gov |
| robert.malone@dbr.com | timothy.brink@dlapiper.com |
| Robert.yalen@usdoj.gov | timothy.palmer@bipc.com |
| roberts@pursuitpartners.com | tjfreedman@pbnlaw.com |
| Robin.Keller@Lovells.com | tkarcher@dl.com |
| ronald.silverman@bingham.com | tkiriakos@mayerbrown.com |
| rreid@sheppardmullin.com | tmacwright@whitecase.com |
| RTrust@cravath.com | tmayer@kramerlevin.com |
| Russj4478@aol.com | tnixon@gklaw.com |
| rwasserman@cftc.gov | tslome@msek.com |
| rwynne@kirkland.com | ttracy@crockerkuno.com |
| rwyron@orrick.com | twatanabe@mofo.com |
| sabin.willett@bingham.com | twheeler@lowenstein.com |
| sagolden@hhlaw.com | vdagostino@lowenstein.com |
| Sally.Henry@skadden.com | Villa@StreusandLandon.com |
| sandra.mayerson@hklaw.com | wanda.goodloe@cbre.com |
| Sara.Tapinekis@cliffordchance.com | wbenzija@halperinlaw.net |
| schapman@willkie.com | weissjw@gtlaw.com |
| schristianson@buchalter.com | wfoster@milbank.com |
| scottshelley@quinnemanuel.com | wheuer@dl.com |
| scousins@armstrongteasdale.com | wiltenburg@hugheshubbard.com |

| |
|---|
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| yamashiro@sumitomotrust.co.jp |

EMAIL ADDRESSES - 11/14/2008

| | |
|---|---|
| acarr@svpglobal.com | chandran.panicker@rbccm.com |
| acctteam@firtree.com | charles.williams@alcentra.com |
| achau@mlp.com | chris.barnett@highbridge.com |
| acstradeclosing@mcdmgmt.com | christine.lamonaca@db.com |
| adisanzo@cetuscap.com | christopher.gomes@ubs.com |
| alexis.sannejan@natixis.com | christopher.j.craig@jpmchase.com |
| allen@firtree.com | Christopher.Vaswani@citadelgroup.com |
| Amy.knowles@db.com | ckaolian@pequotcap.com |
| anders.hadell@nordea.com | cko@halcyonllc.com |
| andrew.boughen@mandg.co.uk | Claudio.Chappell@gsocap.com |
| andrew.dailly@db.com | closers@bdcm.com |
| andrew.macdonald@db.com | crothschild@orehill.com |
| andrew.marcellus@greywolfcapital.com | cyom@primusfinancial.com |
| Andrew.Rhodes@ikb.de | daniel.e.hunter@jpmchase.com |
| andy.binnie@citigroup.com | dara.simmons@rbsgc.com |
| angelina.perkovic@gsocap.com | darchey@sankaty.com |
| anika.brar@db.com | david.jesson@bankofamerica.com |
| anix@babsoncapital.com | david.kolibachuk@usbank.com |
| anzavier.ramdath@gs.com | david.silbering@tudor.com |
| apoor@bdcm.com | david@tennenbaumcapital.com |
| archonclosers@archongroup.com | dawne.lim@uk.ing.com |
| aroberts@acmewidget.com | ddjoperations@ddjcap.com |
| Bankloanaccounting@sscims.com | dennis-m.au@db.com |
| bankloans@seixadvisors.com | Denton_Robinson@scotiacapital.com |
| bankloansettlements@sscims.com | dg.gammalc@lasallegts.com |
| bankloanssettlements@sscims.com | dheeraj.sharma@gs.com |
| bdtrades@scogcap.com | Dilavere.Demiraj@deshaw.com |
| Beth.Cesari@sscims.com | dilavere.demiraj@deshaw.com |
| beth.cesari@sscims.com | dloffredo@silverminecap.com |
| bgemoll@starkinvestments.com | dmartinez@stanfieldcp.com |
| Bgoldberg@scogcap.com | donna.shepstone@3i.com |
| bgoldberg@scogcap.com | donya.gordon@credit-suisse.com |
| bloucks@whippoorwillassociates.com | dpinsker@morganlewis.com |
| bmalek@cyptree.com | drushford@apollolp.com |
| Bmartin@angelogordon.com | dtserlyuk@pwpartners.com |
| bmcguire@cbkna.com | Edward.m.schuhmann@jpmchase.com |
| bobbie.b.young@bankofamerica.com | eeipe@wffoothill.com |
| brian.m.blessing@citi.com | egreenberg@elliottmgmt.com |
| bridget.perrin@suntrust.com | Elizabeth.Han@rbs.com |
| btrdsup@evergreeninvestments.com | emoran@resolutionfunds.com |
| carolyn.yu@tennenbaumcapital.com | eric.boyer@brevanhoward.com |
| cbailey-blake@angelogordon.com | erin.hall@symphonyasset.com |
| cbaxley@hcmlp.com | eugene.shternfeld@carlyle.com |
| ccamell@mfcglobalus.com | evilato@whippoorwillassociates.com |
| ccaufield@bassocapital.com | Felicity.Pike@3i.com |
| cchism@hcmlp.com | ficc-ldn-parclosers@ln.email.gs.com |
| cdo.compliance@pembacreditadvisers.com | ficc-ln-bd-bankloan-closers@ln.email.gs.com |
| cflynn@thlcredit.com | fjaklitsch@esbinalter.com |
| chan_sychaleune@scotiacapital.com | francesca.sena@credit-suisse.com |
| chandra.panicker@rbccm.com | gbslonslttradesupport@dkib.com |

| | |
|---|---|
| george.miloszewski@credit-suisse.com | Julie.dixon@bankofamerica.com |
| george.passaris@pramericafi.com | jvaronaa@cajamadrid.es |
| Gerarld.lucaussy@tisburycapital.com | jwill@waddell.com |
| Gina_Grasso@ml.com | kad@quantumcredit.net |
| gmueller@bluemountaincapital.com | kate.carter@rbs.com |
| gquijano@avenuecapital.com | kate.pocock@icgplc.com |
| Greg.denton@db.com | kathy.marney@sg-investors.com |
| gregory.dixon@uk.nomura.com | kbrosnan@durhamllc.com |
| guillaume.vinatier@bgam-fr.com | kcollier@catinvest.com |
| Gwyneth.Lederman@morganstanley.com | kegert@psamllc.com |
| helder.pereira@himco.com | Kimmy.regan@rbs.com |
| helmut.martin@bankofamerica.com | kings@mcdmgmt.com |
| Hugh.Burns@HCM.IE | kkopp@harbert.com |
| hyang@morganlewis.com | kkopp@harbert.net |
| igarci01@cajamadrid.es | kricke@varde.com |
| Ilaria.Fleischer@morganstanley.com | Kristen.Peters@morganstanley.com |
| lmastromonaco@goldentree.com | Kritsana.Gwilym-Williams@rbs.com |
| info@yarpa.it | kulich@eatonvance.com |
| ivan.anderson@gs.com | laura.g.cannon@aib.ie |
| jacqueline.yang@mlp.com | lbeckerman@AkinGump.com |
| jamie.abid@credit-suisse.com | lblutinger@apidoscapital.com |
| jamie.smith@hillmarkcapital.com | lee.seyton@morganstanley.com |
| jane.barnes@drkw.com | lgalbraith@bennettmgmt.com |
| jangelone@loomissayles.com | lgonnella@provequity.com |
| jason.l.tran@ampf.com | Liam.kearns@rbs.com |
| jb@brigadecapital.com | loanclosing@bluebayinvest.com |
| jb@cpmg-inc.com | loanclosing@sandptrs.com |
| jchu@mlp.com | loanops@farcap.com |
| jdonovan@dkpartners.com | loanops@rbsgc.com |
| jdulman@aurelius-capital.com | loans@elgincap.com |
| Jeff@centaurus-capital.com | loantrades@marathonfund.com |
| jeff@focapital.com | loeffleb@deshaw.com |
| jeffrey.h.douglass@citi.com | LSearing@yorkcapital.com |
| jeffrey.m.farmer@citi.com | lsearing@yorkcapital.com |
| jeffrey.v.yurkovic@jpmchase.com | lsharpe@apollocapital.com |
| jenna@oneeastcap.com | ltorrado@knighthead.com |
| jennifer@chathamasset.com | mabatemarco@bluemountaincapital.com |
| jim@chathamasset.com | margaret_sang@ml.com |
| jkelty@marinercapital.com | margiea.smith@wachovia.com |
| jklinge@llcp.com | maria.dossantos@safra.lu |
| jlanier@oppenheimerfunds.com | Marian_Ajala@investco.com |
| JOlsen@babsoncapital.com | Mark.Ellis@sscims.com |
| jolsen@babsoncapital.com | mark.verbitsky@citi.com |
| jonathan.shin@db.com | Matt.Dahlgren@VanKampen.com |
| jonathan.todd@lasallegts.com | matthew.s.smith@jpmorgan.com |
| jonathan.zeman@rbsgc.com | maureen-knoblauch@deshaw.com |
| joseph.carona@aig.com | mbrozyna@goldentree.com |
| Josephine.takami@ge.com | mcohen@calliduscapital.com |
| joyce.kidd@bmo.com | medward@cicny.com |
| jpagnam@canyonpartners.com | melissa.abrahams@blackrock.com |
| jriggan@couragecap.com | Melissa.sadler@db.com |
| jrusso@loebpartners.com | MFriedman@rkollp.com |

| | |
|---|---|
| mhamilton@couragecap.com | Rosa.Duran@ubs.com |
| mharvey@octagoncredit.com | rupert.vaughan@glgpartners.com |
| MHodgson@PolygonInv.com | ryan.wofford@credit-suisse.com |
| Michael.Thompson@gs.com | salvatore.croce@gs.com |
| michael.thompson@gs.com | Sam.Bruce@morganstanley.com |
| michelle.lewis@db.com | Samantha.E.Hamerman@chase.com |
| mike.gillin@monarchlp.com | samantha.hew@db.com |
| mjemal@ksmanagement.com | sandra.costa@mlp.com |
| mnoda@us-abp.com | schultze@samco.net |
| mpagliuc@blackrock.com | schweic1@nationwide.com |
| mporrazzo@postadvisory.com | scosta@mlp.com |
| mring@restorationholdings.com | Scott.Barnett@barclayscapital.com |
| msajous@r3capital.com | scott.evan@citi.com |
| msatzberg@suncappart.com | sean-m.wondrack@db.com |
| mstephan@elliottmgmt.com | sebastien.maurin@commerzbank.com |
| natalie_green@westlb.co.uk | settlements@cyptree.com |
| Natasha.Bush@gs.com | sharon.hamboussi@sgcib.com |
| Natasha.cheon@satellite-ny.com | Shehzeen_Ahmed@scotiacapital.com |
| neal.rayner@aberdeen-asset.com | sheila.sanchez@usaa.com |
| nestrella@mwamllc.com | Sheila.Stanley-Owusu@gs.com |
| niall.rosenzweig@jpmorgan.com | shopson@centerbridge.com |
| Nikhil.arora@citi.com | Simon.Orr@bankofamerica.com |
| nkaradia@r3capital.com | sleveille@eatonvance.com |
| nolmo@higcapital.com | snelson@stonehillcap.com |
| npowell@orehill.com | sohan.ahmad@gs.com |
| nzhao@anchoragecap.com | speterson@wayzpartners.com |
| operations@cfipartners.com | ssikka@aladdincapital.com |
| operations@polygoninv.com | staxis@babsoncapital.com |
| ops@cyruscapital.com | Stefano.Mion@axa-im.com |
| oyermolenko@heliosfunds.com | steven.dwek@credit-suisse.com |
| P&M-SLTSupportNtoZ@lloydstsb.co.uk | stoledo@seixadvisors.com |
| p.walsh@amlp.com | sue.wawrzycki@kkr.com |
| pamela.edmonds@himco.com | susan@caspianlp.com |
| par.closing@bankofamerica.com | suzanne.lisiecki@bankofamerica.com |
| paul.t.devine@fmr.com | svelez@spectrumgp.com |
| pawel.potemski@pl.abnamro.com | swani@ohpny.com |
| pchin@marathonfund.com | ted.lowe@credit-suisse.com |
| Pchin@marthonfund.com | teresa.krenc@logancirclepartners.com |
| petrilli@aresmgmt.com | thealey@redwoodcap.com |
| philipp.roever@db.com | timothy.mcdonough@tcw.com |
| pmuursepp@h2cap.com | tpollock@avenuecapital.com |
| ppatel@nacfinance.com | treed@centrepacific.net |
| Rachael.Wells@mandg.co.uk | trey.woolston@gs.com |
| rebecca.lim@db.com | tshillieto@eatonvance.com |
| regan.reid@db.com | tshollar@longacrellc.com |
| rey@tcbank.com.tw | ue@gruss.com |
| richard.hepworth@db.com | vanessa.barragan@inginvestment.com |
| ricky.liu@hsbchalbis.com | vanessa@focapital.com |
| rmay@ngalp.com | vfalcon@dkpartners.com |
| robbin.d.schulsohn@chase.com | vtorian@hbk.com |
| Robert.Hall@barclayscapital.com | wmelanson@oaktreecapital.com |
| robin.saunders@db.com | yaroslav.lantsman@1798.com |

| |
|---|
| yokabe@babsoncapital.com |
| yokabe@murraycapital.com |
| ysanz@oaktreecapital.com |
| zackery.sizemore@4086.com |
| zarnk@mcdmgmt.com |
| zena.kranfli@westernasset.com |

**Exhibit "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

LBH SVC 11/14/08
HSBC MULTISTRATEGY ARBITRGE FD
Attn: Ricky Liu
Halbis Capital Management (USA) Inc.
452 Fifth Avenue, 18th Floor
New York, NY 10018-2786

LBH SVC 11/14/08
Bank of Nova Scotia
Attn: Chan Sychaleune
40 King Street West
Scotia Plaza
P.O. Box 4085, Station A
Toronto, ON M5W 2X6
CANADA

**Exhibit "D"**

EMAIL ADDRESSES - 11/17/2008

| |
|---|
| joel_russell@scotiacapital.com |
| peter.j.sakon@halbis.com |
| ricky.liu@halbis.com |