**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                             :     Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,   :     Case No. 08-13555 (JMP)
                                                                  :
   Debtors.                                                  :     (Jointly Administered)
                                                                  :
------------------------------------------------------------------x     Ref. Docket No. 1558, 1559

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                            ) ss.:
COUNTY OF NEW YORK    )

   DAVID MALO, being duly sworn, deposes and says:

   1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

   2.   On November 17, 2008, I caused to be served the:

   a) "NOTICE OF FILING OF UPDATED MASTER SERVICE LIST", dated November 17, 2008 [Docket No. 1558] (the "MSL Notice"), and

   b) "NOTICE OF SECOND SUPPLEMENTAL DECLARATION OF BRYAN P. MARSAL IN SUPPORT OF DEBTORS' MOTION PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE FOR FINAL ORDER AUTHORIZING THE DEBTORS TO (A) RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC TO PROVIDE THE DEBTORS A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL, AND (B) TO APPOINT THE CHIEF RESTRUCTURING OFFICER, NUNC PRO TUNC TO THE COMMENCEMENT DATE", dated November 17, 2008 [Docket No. 1559] (the "Marsal Notice")

by causing true and correct copies of the:

   a) MSL Notice and Marsal Notice to be delivered by email to those parties listed on the attached Exhibit "A",

   b) MSL Notice and Marsal Notice to be delivered by facsimile to those parties listed on the attached Exhibit "B",

   c) MSL Notice and Marsal Notice to be enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004, and

d) Marsal Notice to be enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the to The Honorable James M. Peck, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 601, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ David Malo  
David Malo

Sworn to before me this  
20th day of November, 2008

/s/ Regina Amporfro  
Notary Public, State of New York  
No. 01AM6064508  
Qualified in Bronx County  
Commission Expires September 24, 2009

**EXHIBIT "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | bromano@willkie.com |
| abraunstein@riemerlaw.com | broy@rltlawfirm.com |
| acaton@kramerlevin.com | bruce.ortwine@sumitomotrust.co.jp |
| acker@chapman.com | btrust@mayerbrown.com |
| adarwin@nixonpeabody.com | btupi@tuckerlaw.com |
| adg@adorno.com | bturk@tishmanspeyer.com |
| aentwistle@entwistle-law.com | cbelmonte@ssbb.com |
| agbankny@ag.tn.gov | cdesiderio@nixonpeabody.com |
| aglenn@kasowitz.com | charles@filardi-law.com |
| agold@herrick.com | chris.donoho@lovells.com |
| agolianopoulos@mayerbrown.com | christopher.schueller@bipc.com |
| ahammer@freebornpeters.com | cmontgomery@salans.com |
| akihiko_yagyuu@chuomitsui.jp | CMTB_LC11@chuomitsui.jp |
| albaugh.colin@pbgc.gov | cohena@sec.gov |
| amarder@msek.com | cohenr@sewkis.com |
| amenard@tishmanspeyer.com | cp@stevenslee.com |
| Andrew.Brozman@cliffordchance.com | crogers@orrick.com |
| andrew.lourie@kobrekim.com | cs@stevenslee.com |
| angelich.george@arentfox.com | cschreiber@winston.com |
| anne.kennelly@hp.com | cshulman@sheppardmullin.com |
| aoberry@bermanesq.com | ctatelbaum@adorno.com |
| apo@stevenslee.com | cward@polsinelli.com |
| araboy@cov.com | cweber@ebg-law.com |
| arheaume@riemerlaw.com | cweiss@ingramllp.com |
| arlbank@pbfcm.com | dallas.bankruptcy@pulicans.com |
| arosenblatt@chadbourne.com | danna.drori@usdoj.gov |
| arwolf@wlrk.com | david.bennett@tklaw.com |
| aseuffert@lawpost-nyc.com | david.crichlow@pillsburylaw.com |
| ashmead@sewkis.com | david.heller@lw.com |
| asnow@ssbb.com | davids@blbglaw.com |
| atrehan@mayerbrown.com | davidwheeler@mvalaw.com |
| austin.bankruptcy@publicans.com | dbarber@bsblawyers.com |
| avenes@whitecase.com | dbaumstein@whitecase.com |
| avi.gesser@dpw.com | dckaufman@hhlaw.com |
| azylberberg@whitecase.com | dclark@stinson.com |
| bambacha@sec.gov | dcoffino@cov.com |
| bankruptcy@goodwin.com | dcrapo@gibbonslaw.com |
| bankruptcymatters@us.nomura.com | ddrebsky@nixonpeabody.com |
| bbisignani@postschell.com | ddunne@milbank.com |
| bguiney@pbwt.com | deggert@freebornpeters.com |
| bhinerfeld@sbtklaw.com | demetra.liggins@tklaw.com |
| bill.freeman@pillsburylaw.com | deryck.palmer@cwt.com |
| bmanne@tuckerlaw.com | dfelder@orrick.com |
| BMiller@mofo.com | dflanigan@polsinelli.com |
| boneill@kramerlevin.com | dfriedman@kasowitz.com |
| brad.dempsey@hro.com | dhayes@mcguirewoods.com |
| brendalblanks@eaton.com | dheffer@foley.com |
| brian.pfeiffer@friedfrank.com | dirk.roberts@ots.treas.gov |
| brian_corey@gtservicing.com | dkleiner@velaw.com |

| | |
|---|---|
| dkozusko@willkie.com | gmoss@riemerlaw.com |
| dladdin@agg.com | gnovod@kramerlevin.com |
| dlemay@chadbourne.com | grosenberg@co.arapahoe.co.us |
| dlipke@vedderprice.com | gschiller@zeislaw.com |
| dludman@brownconnery.com | hanh.huynh@cwt.com |
| dmcguire@winston.com | harveystrickon@paulhastings.com |
| dodonnell@milbank.com | heiser@chapman.com |
| donald.badaczewski@dechert.com | hirsh.robert@arentfox.com |
| douglas.bacon@lw.com | hollace.cohen@troutmansanders.com |
| douglas.mcgill@dbr.com | howard.hawkins@cwt.com |
| dravin@wolffsamson.com | hseife@chadbourne.com |
| drose@pryorcashman.com | hsnovikoff@wlrk.com |
| drosner@goulstonstorrs.com | hweg@pwkllp.com |
| drosner@kasowitz.com | ian.levy@kobrekim.com |
| dshemano@pwkllp.com | igoldstein@dl.com |
| dswan@mcguirewoods.com | ilevee@lowenstein.com |
| dwdykhouse@pbwt.com | info2@normandyhill.com |
| eagle.sara@pbgc.gov | ira.herman@tklaw.com |
| ecohen@russell.com | isgreene@hhlaw.com |
| efile@pbgc.gov | israel.dahan@cwt.com |
| efile@willaw.com | jacobsonn@sec.gov |
| efleck@milbank.com | jafeltman@wlrk.com |
| efriedman@friedumspring.com | james.mcclammy@dpw.com |
| eglas@mccarter.com | jamestecce@quinnemanuel.com |
| ehollander@whitecase.com | jason.jurgens@cwt.com |
| ehorn@lowenstein.com | Jbecker@wilmingtontrust.com |
| ekbergc@lanepowell.com | jbeemer@entwistle-law.com |
| ellen.halstead@cwt.com | jbird@polsinelli.com |
| elobello@blankrome.com | jbromley@cgsh.com |
| eschwartz@contrariancapital.com | jcarberry@cl-law.com |
| esmith@dl.com | Jdrucker@coleschotz.com |
| ezavalkoff-babej@vedderprice.com | jdyas@halperinlaw.net |
| ezujkowski@emmetmarvin.com | jeffrey.sabin@bingham.com |
| fbp@ppgms.com | jennifer.demarco@cliffordchance.com |
| feldsteinh@sullcrom.com | jeremy.eiden@state.mn.us |
| ffm@bostonbusinesslaw.com | jfalgowski@reedsmith.com |
| fhyman@mayerbrown.com | jgarrity@shearman.com |
| fishere@butzel.com | jguy@orrick.com |
| frank.white@agg.com | jherzog@gklaw.com |
| fred.berg@rvblaw.com | jhs7@att.net |
| fsosnick@shearman.com | jhuggett@margolisedelstein.com |
| gabriel.delvirginia@verizon.net | jhuh@ffwplaw.com |
| gary.ticoll@cwt.com | jkehoe@sbtklaw.com |
| gauchb@sec.gov | jketten@wilkie.com |
| gbray@milbank.com | jkurtzman@klehr.com |
| george.davis@cwt.com | jlee@foley.com |
| giddens@hugheshubbard.com | jlevitin@cahill.com |
| gkaden@goulstonstorrs.com | jlipson@crockerkuno.com |
| GLee@mofo.com | jliu@dl.com |
| glee@mofo.com | jlovi@steptoe.com |
| glenn.siegel@dechert.com | jmazermarino@msek.com |

| | |
|---|---|
| jmcginley@wilmingtontrust.com | lml@ppgms.com |
| john.rapisardi@cwt.com | lnashelsky@mofo.com |
| jorbach@hahnhessen.com | lromansic@steptoe.com |
| joseph.scordato@dkib.com | lschweitzer@cgsh.com |
| joshua.dorchak@bingham.com | lubell@hugheshubbard.com |
| JPintarelli@mofo.com | lwhidden@salans.com |
| jpintarelli@mofo.com | mabrams@willkie.com |
| jporter@entwistle-law.com | macronin@debevoise.com |
| jrabinowitz@rltlawfirm.com | MAOFILING@CGSH.COM |
| jschwartz@hahnhessen.com | maofiling@cgsh.com |
| jshickich@riddellwilliams.com | Marc.Chait@standardchartered.com |
| jsmairo@pbnlaw.com | margolin@hugheshubbard.com |
| jtimko@allenmatkins.com | mark.deveno@bingham.com |
| jtougas@mayerbrown.com | mark.ellenberg@cwt.com |
| jwallack@goulstonstorrs.com | mark.houle@pillsburylaw.com |
| jwang@sipc.org | martin.davis@ots.treas.gov |
| jweiss@gibsondunn.com | masaki_konishi@noandt.com |
| jwhitman@entwistle-law.com | matthew.dyer@prommis.com |
| jwishnew@mofo.com | matthew.klepper@dlapiper.com |
| karen.wagner@dpw.com | mbenner@tishmanspeyer.com |
| KDWBankruptcyDepartment@kelleydrye.com | mbienenstock@dl.com |
| keith.simon@lw.com | mcordone@stradley.com |
| Ken.Coleman@allenovery.com | mcto@debevoise.com |
| ken.higman@hp.com | mdorval@stradley.com |
| kgwynne@reedsmith.com | metkin@lowenstein.com |
| kiplok@hugheshubbard.com | mgreger@allenmatkins.com |
| Klippman@munsch.com | mhopkins@cov.com |
| kmayer@mccarter.com | michael.kim@kobrekim.com |
| kmisken@mcguirewoods.com | mitchell.ayer@tklaw.com |
| kobak@hugheshubbard.com | mitchell.epner@friedfrank.com |
| korr@orrick.com | mjacobs@pryorcashman.com |
| KOstad@mofo.com | mjedelman@vedderprice.com |
| kovskyd@pepperlaw.com | mkjaer@winston.com |
| kpiper@steptoe.com | mlahaie@akingump.com |
| kressk@pepperlaw.com | mmendez@hunton.com |
| KReynolds@mklawnyc.com | mmickey@mayerbrown.com |
| kristin.going@dbr.com | mmorreale@us.mufg.jp |
| krosen@lowenstein.com | mmurphy@co.sanmateo.ca.us |
| krubin@ozcap.com | monica.lawless@brookfieldproperties.com |
| lacyr@sullcrom.com | mpage@kelleydrye.com |
| lalshibib@reedsmith.com | mpucillo@bermanesq.com |
| Landon@StreusandLandon.com | mrosenthal@gibsondunn.com |
| lattard@kayescholer.com | MSchleich@fraserstryker.com |
| lawrence.bass@hro.com | mschonholtz@kayescholer.com |
| ldespins@milbank.com | mshiner@tuckerlaw.com |
| lgranfield@cgsh.com | mspeiser@stroock.com |
| linda.boyle@twtelecom.com | mstamer@akingump.com |
| lisa.kraidin@allenovery.com | nbannon@tishmanspeyer.com |
| lmarinuzzi@mofo.com | neal.mann@oag.state.ny.us |
| Lmay@coleschotz.com | ned.schodek@shearman.com |
| lmcgowen@orrick.com | newyork@sec.gov |

| | |
|---|---|
| Nherman@morganlewis.com | rwyron@orrick.com |
| nissay_10259-0154@mhmjapan.com | sabin.willett@bingham.com |
| oipress@travelers.com | sagolden@hhlaw.com |
| omeca.nedd@lovells.com | Sally.Henry@skadden.com |
| paronzon@milbank.com | sandra.mayerson@hklaw.com |
| paul.deutch@troutmansanders.com | Sara.Tapinekis@cliffordchance.com |
| pbentley@kramerlevin.com | schapman@willkie.com |
| pbosswick@ssbb.com | schristianson@buchalter.com |
| pdublin@akingump.com | scottshelley@quinnemanuel.com |
| peter.simmons@friedfrank.com | scousins@armstrongteasdale.com |
| peter.zisser@hklaw.com | sdnyecf@dor.mo.gov |
| peter@bankrupt.com | sean@blbglaw.com |
| pfeldman@oshr.com | sehlers@armstrongteasdale.com |
| phayden@mcguirewoods.com | sfelderstein@ffwplaw.com |
| pnichols@whitecase.com | sfineman@lchb.com |
| ppascuzzi@ffwplaw.com | sfox@mcguirewoods.com |
| ppatterson@stradley.com | sgordon@cahill.com |
| prachmuth@reedsmith.com | SGross@HodgsonRuss.com |
| pwirt@ftportfolios.com | sgubner@ebg-law.com |
| pwright@dl.com | sharbeck@sipc.org |
| r.stahl@stahlzelloe.com | shari.leventhal@ny.frb.org |
| ramona.neal@hp.com | sheakkorzun@comcast.net |
| ranjit.mather@bnymellon.com | sheehan@txschoollaw.com |
| rdaversa@orrick.com | sidorsky@butzel.com |
| rfleischer@pryorcashman.com | slerner@ssd.com |
| rfrankel@orrick.com | smillman@stroock.com |
| rgmason@wlrk.com | snewman@katskykorins.com |
| rgraham@whitecase.com | spiotto@chapman.com |
| rhett.campbell@tklaw.com | splatzer@platzerlaw.com |
| richard.lear@hklaw.com | sselbst@herrick.com |
| ritkin@steptoe.com | steele@lowenstein.com |
| RLevin@cravath.com | stephanie.wickouski@dbr.com |
| RLGold1977@aol.com | steve.ginther@dor.mo.gov |
| rmatzat@hahnhessen.com | steven.perlstein@kobrekim.com |
| rmunsch@munsch.com | steven.wilamowsky@bingham.com |
| rnetzer@willkie.com | Streusand@StreusandLandon.com |
| rnies@wolffsamson.com | susan.schultz@newedgegroup.com |
| robert.bailey@bnymellon.com | susheelkirpalani@quinnemanuel.com |
| robert.dombroff@bingham.com | tarbit@cftc.gov |
| robert.henoch@kobrekim.com | tbrock@ssbb.com |
| Robert.Holladay@youngwilliams.com | TGoren@mofo.com |
| robert.malone@dbr.com | Thomas_Noguerola@calpers.ca.gov |
| Robert.yalen@usdoj.gov | timothy.brink@dlapiper.com |
| roberts@pursuitpartners.com | timothy.palmer@bipc.com |
| Robin.Keller@Lovells.com | tjfreedman@pbnlaw.com |
| ronald.silverman@bingham.com | tkarcher@dl.com |
| rreid@sheppardmullin.com | tkiriakos@mayerbrown.com |
| RTrust@cravath.com | tmacwright@whitecase.com |
| Russj4478@aol.com | tmayer@kramerlevin.com |
| rwasserman@cftc.gov | tnixon@gklaw.com |
| rwynne@kirkland.com | tslome@msek.com |

| |
|---|
| ttracy@crockerkuno.com |
| twatanabe@mofo.com |
| twheeler@lowenstein.com |
| vdagostino@lowenstein.com |
| Villa@StreusandLandon.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| weissjw@gtlaw.com |
| wfoster@milbank.com |
| wheuer@dl.com |
| wiltenburg@hugheshubbard.com |
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| yamashiro@sumitomotrust.co.jp |

# EXHIBIT "B"

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |