Charles H. Fleischer, Esq.
OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.
7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel: (301) 986-4056 / fax: (301) 951-0555
email: cfleischer@ofqlaw.com
Attorneys for Infinite Computer Solutions, Inc.

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re** | )<br>)<br>) Chapter 11 Case No.<br>) |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.* | )<br>) 08-13555 (JMP) |
| Debtors | )<br>) |

## NOTICE OF (1) WITHDRAWAL OF OBJECTION
## AND (2) WITHDRAWAL OF APPEARANCE

The Clerk will please WITHDRAW the objection of Infinite Computer Solutions, Inc. ("ICS"), one of the vendors whose contract was listed as being assumed by the Purchaser pursuant to the Asset Purchase Agreement, to the proposed cure amount and will please WITHDRAW the appearance of the undersigned attorneys for ICS.

OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.

By /s/ Charles H. Fleischer
  Charles H. Fleischer

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel: (301) 986-4056 / fax: (301) 951-0555
email: cfleischer@ofqlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Objection were, this 20th day of November, 2008, served electronically on all registered attorneys of record pursuant to the Court's CM/ECF system.

/s/ Charles H. Fleischer
Charles H. Fleischer