SAUL EWING LLP
John J. Jerome, Esquire
245 Park Avenue, 24th Floor
New York, NY 10167
Telephone: (212) 672-1995
Facsimile: (212) 372-8798

and

Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853

Attorneys for The Pennsylvania
Convention Center Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

TO THE HONORABLE JAMES M. PECK,
UNITED STATES BANKRUPTCY JUDGE

I, Adam H. Isenberg, a member in good standing of the Bar of the Commonwealth of Pennsylvania, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the Pennsylvania Convention Center Authority in the above referenced case.

| Mailing Address: | Adam H. Isenberg, Esquire<br>SAUL EWING LLP<br>Centre Square West<br>1500 Market Street, 38th Floor<br>Philadelphia, PA 19102<br>Telephone: (215) 972-8662<br>Email: aisenberg@saul.com |
|---|---|

563225.1 11/20/08

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated:  November 20, 2008

/s/ Adam H. Isenberg
Adam H. Isenberg, Esquire
SAUL EWING LLP
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
Telephone:  (215) 972-8662
Email:  aisenberg@saul.com

Attorneys for The Pennsylvania
Convention Center Authority

**ORDER**

ORDERED, that Adam H. Isenberg, Esquire, is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated:  _____     _____
                                   JAMES M. PECK
                                   UNITED STATES BANKRUPTCY JUDGE