## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2008, a copy of the foregoing **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice* was served on the following parties by first-class mail, postage-prepaid:

Harvey R. Miller, Esquire
Shai Waisman, Esquire
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera, Esquire
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Jeffrey S. Margolin, Esquire
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

James Tecce, Esquire
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

/s/ Adam H. Isenberg
Adam H. Isenberg

563225.1 11/20/08