**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re                                                          :    Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS, INC., et al.   :    Case No. 08-13555 (JMP)
                                                               :    (Jointly Administered)
                                                               :
                Debtors.                                  :
---------------------------------------------------------------X

# MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Steven H. Felderstein, a member in good standing of the bar of the State of California, and, if applicable, the bar of the U.S. District Court for the Eastern District of California, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent the California Public Employees Retirement System, a creditor and party in interest in the above referenced case.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Mailing Address:    400 Capitol Mall, Suite 1450, Sacramento, CA 95814
Email address:        sfelderstein@ffwplaw.com
Telephone:              916/329-7400

Dated:  November 20, 2008
            Sacramento, California

           __/s/ Steven H. Felderstein_____
           STEVEN H. FELDERSTEIN

---

ORDER

ORDERED, that Steven H. Felderstein, Esq., is admitted to practice ***pro hac vice,*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York provided that the filing fee has been paid.

Dated:_____, 2008
           New York, New York

                                    /s/_____
                                    UNITED STATES BANKRUTPCY JUDGE

-1-