**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re                                              :   Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS, INC., et al.   :   Case No. 08-13555 (JMP)
                                                   :   (Jointly Administered)
                                                   :
                      Debtors.              :
---------------------------------------------------------------X

**PROOF OF SERVICE**
**FEDERAL COURT**

I am a citizen of the United States, over the age of 18 years, and am not a party to or interested in the within entitled cause. I am an employee of Felderstein Fitzgerald Willoughby & Pascuzzi LLP, 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434.

On November 20, 2008, I served the following document(s) described as:

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

(✓)   I am familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service and know that each day's mail is deposited with the United States Postal Service that same day in the ordinary course of business. On the date set forth above, I served the aforementioned documents on the parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid, for collection and mailing on this date following ordinary business practices, at Sacramento, California, addressed as set forth below.

| | |
|---|---|
| Lehman Brothers Holdings, Inc.<br>745 Seventh Avenue<br>New York, NY 10019 | United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| Harvey R. Miller<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |
| James Tecce<br>Quinn Emanuel Urguhart, Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | Christopher K. Kiplok<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 |

Josephine Wang
Securities Investor Protection Corp.
805 15th Street, NW, Suite 800
Washington, DC 20005

I declare under penalty of perjury that the foregoing is true and correct.

-1-

Executed on November 20, 2008 at Sacramento, California.

                                                __*/s/ Karen L. Widder*____
                                                Karen L. Widder