Jeffrey Prol, Esq.
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
Tel: (973) 597-2500
Fax: (973) 597-2400
-and-
1251 Avenue of the Americas
New York, New York 10020
Tel: (212) 262-6700
Fax: (212) 262-7402
*Counsel to Taipei Fubon Commercial Bank Co., Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
*In re*:                                         : Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :
: Case No. 08- 13555 (JMP)
:
Debtors.                                         : (Jointly Administered)
:
------------------------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO § 1109(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 and 9010

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC appears for and on behalf of Taipei Fubon Commercial Bank Co., Ltd., creditor of the above-captioned Debtors and party-in-interest in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that Taipei Fubon Commercial Bank Co., Ltd. requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such

may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> **LOWENSTEIN SANDLER PC**
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Phone: (973) 597-2500
> Fax: (973) 597-2400
> Attn:   Jeffrey Prol, Esq.
> E-mail: jprol@lowenstein.com
> *Attorneys for Taipei Fubon Commercial Bank Co., Ltd..*

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors' estates.

> By: /s/ Jeffrey Prol, Esq.
> Jeffrey Prol  (JP-7454)
> LOWENSTEIN SANDLER PC
> 65 Livingston Avenue
> Roseland, New Jersey  07068
> Tel: (973) 597-2500
> Fax: (973) 597-2400
> -and-
> 1251 Avenue of the Americas
> New York, New York 10020
> Tel: (212) 262-6700
> Fax: (212) 262-7402
> *Counsel to Taipei Fubon Commercial Bank Co., Ltd..*

Dated: November 20, 2008