**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Michael J. Cordone, attorney for Saint Joseph's University, hereby enters his appearance in the above-captioned case on behalf of Saint Joseph's University, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109 of Title 11 of the United States Code (the "Bankruptcy Code"), and demands that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon Saint Joseph's University at the addresses and numbers set forth below:

A.  Michael J. Cordone, Esq.
    Stradley Ronon Stevens & Young, LLP
    2600 One Commerce Square
    Philadelphia, PA  19103-7098
    Telephone:  (215) 564-8000
    Facsimile:  (215) 564-8120
    mcordone@stradley.com

B.  Marianne Schimelfenig, Esq.
    Office of the General Counsel
    Saint Joseph's University
    5600 City Avenue
    Philadelphia, PA 19131-1395
    Telephone: 610-660-3140
    Facsimile: 610-660-3142
    mschimel@sju.edu

B # 862750 v.1

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-referenced Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents, formal or informal, which, in any way, affect any of the above-captioned Debtors, their property or their cases.

**PLEASE TAKE FURTHER NOTICE** that Saint Joseph's University does not intend for this notice of appearance or any subsequent appearance, pleading, claim, or suit to constitute a waiver of any (1) right to have final orders in non-core matters entered only after de novo review by the District Court, (2) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) right to contest service or any other matter, or (5) other rights, claims, actions, defenses, setoffs or recoupments to which Saint Joseph's University is or may be entitled.

                                      STRADLEY RONON STEVENS & YOUNG, LLP

Dated: November 21, 2008      By: /s/ Mark J. Dorval
                                            Mark J. Dorval, Esquire
                                            Michael J. Cordone, Esquire
                                            Stradley Ronon Stevens & Young, LLP
                                            2600 One Commerce Square
                                            Philadelphia, PA 19103-7098
                                            Telephone: (215) 564-8000
                                            Fax: (215) 564-8120

                                            *Attorneys for Saint Joseph's University*