**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
: 
In re                                                  :   Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,           :   Case No. 08-13555 (JMP)
                                                       :
         Debtors.                                      :   (Jointly Administered)
                                                       :
----------------------------------------------------------------x   Ref. Docket No. 1603

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 19, 2008, I served the "DEBTORS' REPLY TO LIMITED OBJECTION OF THE HARBINGER FUNDS TO THE DEBTORS' MOTION TO FURTHER EXTEND THE TIME TO FILE THE DEBTORS' SCHEDULES, STATEMENTS OF FINANCIAL AFFAIRS, AND RELATED DOCUMENTS", dated November 19, 2008 [Docket No. 1603] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
20th day of November, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

T:\Clients\LBH\Affidavits\Harbinger Relpy_ aff 11-19-08.doc

**EXHIBIT "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | brian_corey@gtservicing.com |
| abraunstein@riemerlaw.com | bromano@willkie.com |
| acaton@kramerlevin.com | broy@rltlawfirm.com |
| acker@chapman.com | bruce.ortwine@sumitomotrust.co.jp |
| adarwin@nixonpeabody.com | bt@luckydognc.com |
| adg@adorno.com | btrust@mayerbrown.com |
| aentwistle@entwistle-law.com | btupi@tuckerlaw.com |
| agbankny@ag.tn.gov | bturk@tishmanspeyer.com |
| aglenn@kasowitz.com | cbelmonte@ssbb.com |
| agold@herrick.com | cdesiderio@nixonpeabody.com |
| agolianopoulos@mayerbrown.com | charles@filardi-law.com |
| ahammer@freebornpeters.com | chris.donoho@lovells.com |
| akantesaria@oppenheimerfunds.com | christopher.schueller@bipc.com |
| akihiko_yagyuu@chuomitsui.jp | cmontgomery@salans.com |
| albaugh.colin@pbgc.gov | CMTB_LC11@chuomitsui.jp |
| amarder@msek.com | cohena@sec.gov |
| amenard@tishmanspeyer.com | cohenr@sewkis.com |
| Andrew.Brozman@cliffordchance.com | cp@stevenslee.com |
| andrew.lourie@kobrekim.com | crogers@orrick.com |
| angelich.george@arentfox.com | cs@stevenslee.com |
| anne.kennelly@hp.com | cschreiber@winston.com |
| aoberry@bermanesq.com | cshulman@sheppardmullin.com |
| apo@stevenslee.com | ctatelbaum@adorno.com |
| araboy@cov.com | cward@polsinelli.com |
| arheaume@riemerlaw.com | cweber@ebg-law.com |
| arlbank@pbfcm.com | cweiss@ingramllp.com |
| arosenblatt@chadbourne.com | dallas.bankruptcy@pulicans.com |
| arwolf@wlrk.com | daniel.guyder@allenovery.com |
| aseuffert@lawpost-nyc.com | danna.drori@usdoj.gov |
| ashmead@sewkis.com | david.bennett@tklaw.com |
| asnow@ssbb.com | david.crichlow@pillsburylaw.com |
| atrehan@mayerbrown.com | david.heller@lw.com |
| austin.bankruptcy@publicans.com | davids@blbglaw.com |
| avenes@whitecase.com | davidwheeler@mvalaw.com |
| avi.gesser@dpw.com | dbarber@bsblawyers.com |
| azylberberg@whitecase.com | dbaumstein@whitecase.com |
| bambacha@sec.gov | dckaufman@hhlaw.com |
| bankruptcy@goodwin.com | dclark@stinson.com |
| bankruptcy@morrisoncohen.com | dcoffino@cov.com |
| bankruptcymatters@us.nomura.com | dcrapo@gibbonslaw.com |
| bbisignani@postschell.com | ddrebsky@nixonpeabody.com |
| bguiney@pbwt.com | ddunne@milbank.com |
| bhinerfeld@sbtklaw.com | deggert@freebornpeters.com |
| bill.freeman@pillsburylaw.com | demetra.liggins@tklaw.com |
| bmanne@tuckerlaw.com | deryck.palmer@cwt.com |
| BMiller@mofo.com | dfelder@orrick.com |
| boneill@kramerlevin.com | dflanigan@polsinelli.com |
| brad.dempsey@hro.com | dfriedman@kasowitz.com |
| brendalblanks@eaton.com | dhayes@mcguirewoods.com |
| brian.pfeiffer@friedfrank.com | dheffer@foley.com |

| | |
|---|---|
| dirk.roberts@ots.treas.gov | glee@mofo.com |
| dkleiner@velaw.com | glenn.siegel@dechert.com |
| dkozusko@willkie.com | gmoss@riemerlaw.com |
| dladdin@agg.com | gnovod@kramerlevin.com |
| dlemay@chadbourne.com | grosenberg@co.arapahoe.co.us |
| dlipke@vedderprice.com | gschiller@zeislaw.com |
| dludman@brownconnery.com | hanh.huynh@cwt.com |
| dmcguire@winston.com | harveystrickon@paulhastings.com |
| dodonnell@milbank.com | heiser@chapman.com |
| donald.badaczewski@dechert.com | hirsh.robert@arentfox.com |
| douglas.bacon@lw.com | hollace.cohen@troutmansanders.com |
| douglas.mcgill@dbr.com | howard.hawkins@cwt.com |
| dravin@wolffsamson.com | hseife@chadbourne.com |
| drose@pryorcashman.com | hsnovikoff@wlrk.com |
| drosner@goulstonstorrs.com | hweg@pwkllp.com |
| drosner@kasowitz.com | ian.levy@kobrekim.com |
| dshemano@pwkllp.com | igoldstein@dl.com |
| dswan@mcguirewoods.com | ilevee@lowenstein.com |
| dwdykhouse@pbwt.com | info2@normandyhill.com |
| eagle.sara@pbgc.gov | ira.herman@tklaw.com |
| echang@steinlubin.com | isgreene@hhlaw.com |
| ecohen@russell.com | israel.dahan@cwt.com |
| efile@pbgc.gov | jacobsonn@sec.gov |
| efile@willaw.com | jafeltman@wlrk.com |
| efleck@milbank.com | james.mcclammy@dpw.com |
| efriedman@friedumspring.com | jamestecce@quinnemanuel.com |
| eglas@mccarter.com | jason.jurgens@cwt.com |
| ehollander@whitecase.com | Jbecker@wilmingtontrust.com |
| ehorn@lowenstein.com | jbeemer@entwistle-law.com |
| ekbergc@lanepowell.com | jbird@polsinelli.com |
| ellen.halstead@cwt.com | jbromley@cgsh.com |
| elobello@blankrome.com | jcarberry@cl-law.com |
| eschwartz@contrariancapital.com | Jdrucker@coleschotz.com |
| esmith@dl.com | jdyas@halperinlaw.net |
| ezavalkoff-babej@vedderprice.com | jeffrey.sabin@bingham.com |
| ezujkowski@emmetmarvin.com | jennifer.demarco@cliffordchance.com |
| fbp@ppgms.com | jeremy.eiden@state.mn.us |
| feldsteinh@sullcrom.com | jfalgowski@reedsmith.com |
| ffm@bostonbusinesslaw.com | jgarrity@shearman.com |
| fhyman@mayerbrown.com | jguy@orrick.com |
| fishere@butzel.com | jherzog@gklaw.com |
| frank.white@agg.com | jhs7@att.net |
| fred.berg@rvblaw.com | jhuggett@margolisedelstein.com |
| fsosnick@shearman.com | jhuh@ffwplaw.com |
| gabriel.delvirginia@verizon.net | jjureller@klestadt.com |
| gary.ticoll@cwt.com | jkehoe@sbtklaw.com |
| gauchb@sec.gov | jketten@wilkie.com |
| gbray@milbank.com | jkurtzman@klehr.com |
| george.davis@cwt.com | jlee@foley.com |
| giddens@hugheshubbard.com | jlevitin@cahill.com |
| gkaden@goulstonstorrs.com | jlipson@crockerkuno.com |
| GLee@mofo.com | jliu@dl.com |

| | |
|---|---|
| jlovi@steptoe.com | lisa.kraidin@allenovery.com |
| jmazermarino@msek.com | lmarinuzzi@mofo.com |
| jmcginley@wilmingtontrust.com | Lmay@coleschotz.com |
| john.monaghan@hklaw.com | lmcgowen@orrick.com |
| john.rapisardi@cwt.com | lml@ppgms.com |
| jorbach@hahnhessen.com | lnashelsky@mofo.com |
| joseph.scordato@dkib.com | lromansic@steptoe.com |
| joshua.dorchak@bingham.com | lschweitzer@cgsh.com |
| jowen769@yahoo.com | lubell@hugheshubbard.com |
| JPintarelli@mofo.com | lwhidden@salans.com |
| jpintarelli@mofo.com | mabrams@willkie.com |
| jporter@entwistle-law.com | macronin@debevoise.com |
| jrabinowitz@rltlawfirm.com | MAOFILING@CGSH.COM |
| jschwartz@hahnhessen.com | maofiling@cgsh.com |
| jshickich@riddellwilliams.com | Marc.Chait@standardchartered.com |
| jsmairo@pbnlaw.com | margolin@hugheshubbard.com |
| jtimko@allenmatkins.com | mark.deveno@bingham.com |
| jtougas@mayerbrown.com | mark.ellenberg@cwt.com |
| jwallack@goulstonstorrs.com | mark.houle@pillsburylaw.com |
| jwang@sipc.org | martin.davis@ots.treas.gov |
| jweiss@gibsondunn.com | masaki_konishi@noandt.com |
| jwhitman@entwistle-law.com | matthew.dyer@prommis.com |
| jwishnew@mofo.com | matthew.klepper@dlapiper.com |
| k4.nomura@aozorabank.co.jp | mbenner@tishmanspeyer.com |
| karen.wagner@dpw.com | mbienenstock@dl.com |
| KDWBankruptcyDepartment@kelleydrye.com | mcordone@stradley.com |
| keith.simon@lw.com | mcto@debevoise.com |
| Ken.Coleman@allenovery.com | mdorval@stradley.com |
| ken.higman@hp.com | metkin@lowenstein.com |
| kgwynne@reedsmith.com | mgreger@allenmatkins.com |
| kiplok@hugheshubbard.com | mhopkins@cov.com |
| Klippman@munsch.com | michael.kim@kobrekim.com |
| kmayer@mccarter.com | mitchell.ayer@tklaw.com |
| kmisken@mcguirewoods.com | mitchell.epner@friedfrank.com |
| kobak@hugheshubbard.com | mjacobs@pryorcashman.com |
| korr@orrick.com | mjedelman@vedderprice.com |
| KOstad@mofo.com | mkjaer@winston.com |
| kovskyd@pepperlaw.com | mlahaie@akingump.com |
| kpiper@steptoe.com | mmendez@hunton.com |
| kressk@pepperlaw.com | mmickey@mayerbrown.com |
| KReynolds@mklawnyc.com | mmorreale@us.mufg.jp |
| kristin.going@dbr.com | mmurphy@co.sanmateo.ca.us |
| krosen@lowenstein.com | monica.lawless@brookfieldproperties.com |
| krubin@ozcap.com | mpage@kelleydrye.com |
| lacyr@sullcrom.com | mpucillo@bermanesq.com |
| lalshibib@reedsmith.com | mrosenthal@gibsondunn.com |
| Landon@StreusandLandon.com | MSchleich@fraserstryker.com |
| lattard@kayescholer.com | mschonholtz@kayescholer.com |
| lawrence.bass@hro.com | mshiner@tuckerlaw.com |
| ldespins@milbank.com | mspeiser@stroock.com |
| lgranfield@cgsh.com | mstamer@akingump.com |
| linda.boyle@twtelecom.com | nbannon@tishmanspeyer.com |

| | |
|---|---|
| neal.mann@oag.state.ny.us | rwasserman@cftc.gov |
| ned.schodek@shearman.com | rwynne@kirkland.com |
| newyork@sec.gov | rwyron@orrick.com |
| Nherman@morganlewis.com | sabin.willett@bingham.com |
| nissay_10259-0154@mhmjapan.com | sagolden@hhlaw.com |
| oipress@travelers.com | Sally.Henry@skadden.com |
| omeca.nedd@lovells.com | sandra.mayerson@hklaw.com |
| owllady@hughes.net | Sara.Tapinekis@cliffordchance.com |
| paronzon@milbank.com | schapman@willkie.com |
| paul.deutch@troutmansanders.com | schristianson@buchalter.com |
| pbentley@kramerlevin.com | scottshelley@quinnemanuel.com |
| pbosswick@ssbb.com | scousins@armstrongteasdale.com |
| pdublin@akingump.com | sdnyecf@dor.mo.gov |
| peter.simmons@friedfrank.com | sean@blbglaw.com |
| peter.zisser@hklaw.com | sehlers@armstrongteasdale.com |
| peter@bankrupt.com | sfelderstein@ffwplaw.com |
| pfeldman@oshr.com | sfineman@lchb.com |
| phayden@mcguirewoods.com | sfox@mcguirewoods.com |
| pnichols@whitecase.com | sgordon@cahill.com |
| ppascuzzi@ffwplaw.com | SGross@HodgsonRuss.com |
| ppatterson@stradley.com | sgubner@ebg-law.com |
| prachmuth@reedsmith.com | sharbeck@sipc.org |
| pwirt@ftportfolios.com | shari.leventhal@ny.frb.org |
| pwright@dl.com | sheakkorzun@comcast.net |
| r.stahl@stahlzelloe.com | sheehan@txschoollaw.com |
| ramona.neal@hp.com | sidorsky@butzel.com |
| ranjit.mather@bnymellon.com | slerner@ssd.com |
| rdaversa@orrick.com | smillman@stroock.com |
| rfleischer@pryorcashman.com | s.minehan@aozorabank.co.jp |
| rfrankel@orrick.com | snewman@katskykorins.com |
| rgmason@wlrk.com | spiotto@chapman.com |
| rgraham@whitecase.com | splatzer@platzerlaw.com |
| rhett.campbell@tklaw.com | sselbst@herrick.com |
| richard.lear@hklaw.com | stan@smehaffey.com |
| ritkin@steptoe.com | steele@lowenstein.com |
| RLevin@cravath.com | stephanie.wickouski@dbr.com |
| rmatzat@hahnhessen.com | steve.ginther@dor.mo.gov |
| rmunsch@munsch.com | steven.perlstein@kobrekim.com |
| rnetzer@willkie.com | steven.wilamowsky@bingham.com |
| rnies@wolffsamson.com | Streusand@StreusandLandon.com |
| robert.bailey@bnymellon.com | susan.schultz@newedgegroup.com |
| robert.dombroff@bingham.com | susheelkirpalani@quinnemanuel.com |
| robert.henoch@kobrekim.com | tarbit@cftc.gov |
| Robert.Holladay@youngwilliams.com | tbrock@ssbb.com |
| robert.malone@dbr.com | TGoren@mofo.com |
| Robert.yalen@usdoj.gov | Thomas_Noguerola@calpers.ca.gov |
| roberts@pursuitpartners.com | timothy.brink@dlapiper.com |
| Robin.Keller@Lovells.com | timothy.palmer@bipc.com |
| ronald.silverman@bingham.com | tjfreedman@pbnlaw.com |
| rreid@sheppardmullin.com | tkarcher@dl.com |
| RTrust@cravath.com | tkiriakos@mayerbrown.com |
| Russj4478@aol.com | tmacwright@whitecase.com |

| |
|---|
| tmayer@kramerlevin.com |
| tnixon@gklaw.com |
| tslome@msek.com |
| ttracy@crockerkuno.com |
| twatanabe@mofo.com |
| twheeler@lowenstein.com |
| vdagostino@lowenstein.com |
| Villa@StreusandLandon.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| weissjw@gtlaw.com |
| wfoster@milbank.com |
| wheuer@dl.com |
| wiltenburg@hugheshubbard.com |
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| yamashiro@sumitomotrust.co.jp |

Additional Parties (Docket #1603) - 11-19-08

BINGHAM McCUTCHEN LLP
Jeffrey S. Sabin (jeffrey.sabin@bingham.com)
Ronald J. Silverman (ronald.silverman@bingham.com)
Sabin Willett (sabin.willett@bingham.com)
Rheba Rutkowski (rheba.rutkowski@bingham.com)

**EXHIBIT "B"**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |