**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                    :
In re                                  :        Chapter 11 Case No.
                                    :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :        Case No. 08-13555 (JMP)
                                    :
        Debtors.                     :        (Jointly Administered)
                                    :
------------------------------------------------------------------x        Ref. Docket Nos. 1569, 1570, 1571

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

        HERB BAER, being duly sworn, deposes and says:

    1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

    2.    On November 18, I caused to be served the:

    a) "Affidavit and Disclosure Statement of Kevin M. Newman on behalf of Menter, Rudin & Trivelpiece, P.C. Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 18, 2008 [Docket No. 1569],

    b) "Affidavit and Disclosure Statement of Paul N. Silverstein on behalf of Andrews Kurth LLP Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 18, 2008 [Docket No. 1570], and

    c) "Declaration and Disclosure Statement of Ahmed Pekin on behalf of Pekin & Pekin Pursuant to the Order Authorizing the Debtors to Employ Professionals Utilized in the Ordinary Course of Business", filed November 18, 2008 [Docket No. 1571],

by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A" and as indicated upon those parties listed on the attached Exhibit "B", and

    b) enclosed securely in a postage-prepaid envelope and delivered by overnight mail to the Office of The United States Trustee, Attn: Andrew D. Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Rifkin, Tracy Hope Davis, 33 Whitehall Street, 21st Floor, New York, NY 10004.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Herb Baer
Herb Baer

Sworn to before me this
20th day of November, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**EXHIBIT "A"**

**Exhibit A - Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; ldespins@milbank.com; wfoster@milbank.com,
dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com

**EXHIBIT "B"**

## **Exhibit B – Additional Parties**

Menter Rudin: knewman@menterlaw.com (Docket # 1569 only)
Andrews Kurth: JonathanLevine@andrewskurth.com (Docket # 1570 only)
Pekin & Pekin: sezino@pekin-pekin.com (Docket # 1571 only)