UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                 :   Chapter 11

In re                                              :

LEHMAN BROTHERS HOLDINGS INC., *et al.*, :   Case No. 08-13555 (JMP)

                                               :   (Jointly Administered)

               Debtors.               :

------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF DOCUMENTS

PLEASE TAKE NOTICE that Thomas Cook AG ("Thomas Cook") hereby appears in the above-captioned cases pursuant to 11 U.S.C. § 109(b) and requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the persons listed below at the following address:

Walter H. Curchack, Esq.
Vadim J. Rubinstein, Esq.
Daniel B. Besikof, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154
Telephone: 212-407-4000
Facsimile: 212-407-4990
wcurchack@loeb.com
vrubinstein@loeb.com
dbesikof@loeb.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or

NY751442.1
666666-66666

conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a consent or waiver by Thomas Cook: (1) to the personal jurisdiction of the Bankruptcy Court; (2) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (3) of the right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) of any other rights, claims, actions, setoffs, or recoupments to which Thomas Cook is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Thomas Cook expressly reserves.

Dated: November 21, 2008

LOEB & LOEB LLP

/s/ Walter H. Curchack
Walter H. Curchack (WC 3177)
Vadim J. Rubinstein (VR 5896)
Daniel B. Besikof (DB 6872)
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
wcurchack@loeb.com
vrubinstein@loeb.com
dbesikof@loeb.com

*Attorneys for Thomas Cook AG*

NY751442.1
666666-66666