**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jon P. Newton, a member in good standing of the bar in the State of Connecticut and the bar of the United States District Court for the District of Connecticut, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent Kendal on Hudson, a party in interest in the above referenced case.

My mailing address, telephone number and email address are as follows:

> Jon P. Newton, Esq.
> Reid and Riege, P.C.
> One Financial Plaza, 21st Floor
> Hartford, CT  06103-2600
> 860.278.1150
> jnewton@reidandriege.com

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: November 21, 2008
      Hartford, Connecticut

/s/ Jon P. Newton
Jon P. Newton
Federal Bar No. ct03376
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT  06103-2600
Phone 860.278.1150
Fax 860.240.1002
jnewton@reidandriege.com

00000.000/478854.1