**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

---

### **ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Jon P. Newton, a member in good standing of the bar in the State of Connecticut and the bar of the United States District Court for the District of Connecticut, having requested admission, ***pro hac vice***, to represent Kendal on Hudson, a party in interest in the above referenced case, it is hereby

ORDERED, that Jon P. Newton, Esq. is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
            _____, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

00000.000/478865.1