William P. Weintraub
FRIEDMAN KAPLAN SEILER &
 ADELMAN LLP
1633 Broadway
New York, N. Y. 10019
Tel: (212) 833-1100
Fax: (212) 833-1250

Attorneys for The Middleby Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|  |  |  |
|---|---|---|
| In re LEHMAN BROTHERS | : | Chapter 11 |
|    HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
----------------------------------------------------------:
| SECURITIES INVESTOR PROTECTION | : |  |
| CORPORATION, | : |  |
| Plaintiff, | : | Adversary Proceeding No. |
|  | : | 08-01420 (JMP) |
| v. | : |  |
| LEHMAN BROTHERS INC. | : |  |
| Debtor. | : |  |
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 21, 2008, copies of the foregoing

Objection of The Middleby Corporation to Proposed Assumption and Assignment of Financial

Services Agreement Between Lehman Brothers Inc. and The Middleby Corporation were

caused to be served via hand delivery on the parties listed on the attached service list.

Dated: November 21, 2008                   FRIEDMAN KAPLAN SEILER &
                                                                  ADELMAN LLP

                                                      By: */s/ William P. Weintraub*
                                                      William P. Weintraub
                                                      1633 Broadway, 46th Floor
                                                      New York, NY  10019
                                                      Tel: (212) 833-1100
                                                      Fax: (212) 833-1250

677290.1

## Service List

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119
c/o Lori R. Fife and Shai Y. Waisman

*Attorneys for LBHI*


Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004
c/o Tracy Hope Davis

*United States Trustee*


Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
c/o Lindsee P. Granfield and Lisa M. Schweitzer

*Attorneys for BCI*


Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005
c/o Dennis F. Dunne, Luc A. Despins and Wilbur F. Foster, Jr.

*Attorneys for the Creditors' Committee Appointed in LBHI's Chapter 11 case*


Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004
c/o James B. Kobak, David Wiltenburg and Jeff Margolin

*Attorneys for SIPC Trustee*

677290.1