WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (JMP)**
: 
**Debtors.** : **(Jointly Administered)**
: 
: 
-------------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF
### THE MIDWEST INDEPENDENT SYSTEM OPERATOR'S MOTION FOR (I) RELIEF
### FROM THE AUTOMATIC STAY TO EXERCISE SETOFF RIGHTS PURSUANT TO
### SECTION 553 OF THE BANKRUPTCY CODE AND (II) OTHER RELATED RELIEF

**PLEASE TAKE NOTICE** that the hearing on relief requested in the motion of

the Midwest Independent System Operator for (I) Relief from the Automatic Stay to Exercise

Setoff Rights Pursuant to Section 553 of the Bankruptcy Code, and (II) Other Related Relief

[Docket No. 1424] (the "Motion"), which was scheduled for December 3, 2008, at 10:00 a.m.,

**has been adjourned to December 16, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may

be heard.  The hearing on the Motion will be held before the Honorable James M. Peck, United

States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Room 601, and such hearing on the Motion may be further adjourned from time to

time without further notice other than an announcement at the hearing.

Dated:  November 21, 2008
      New York, New York

/s/ Robert J. Lemons
Harvey R. Miller
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession