BRADLEY ARANT ROSE & WHITE LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
Fax: (205) 521-8500
Patrick Darby, Esq.
Helen D. Ball, Esq.

Counsel for Wellmont Health System

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS | ) |
| INC., *et al.*, | ) 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## MOTION TO APPEAR *PRO HAC VICE*

Helen D. Ball (the "Movant"), counsel for Wellmont Health System ("Wellmont"), a creditor and party-in-interest, hereby moves the Court pursuant to Rule 2090-1 of the Local Bankruptcy Rules for the Southern District of New York to appear *pro hac vice* in this Court for the purpose of representing Wellmont in the above referenced bankruptcy case. In support of this motion, the Movant respectfully submits the following:

1. The Movant is a member of the law firm of Bradley Arant Rose & White LLP, One Federal Place, 1819 Fifth Avenue North, Birmingham, Alabama, 35203.

2. The Movant is a member in good standing with the State Bar of Alabama and all United States District Courts in Alabama. A true and correct copy of the Certificate of Good Standing from the United States District Court for the Northern District of Alabama is attached hereto as Exhibit A.

1/1780341.1

3.  The Movant never has been disciplined, disbarred, suspended or denied admission to practice.

4.  The Movant is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and the Federal Rules of Evidence.

5.  The filing fee of $25.00 has been submitted with this motion.

## CONSENT TO JURISDICTION

6.  The Movant hereby consents to the jurisdiction and rules of this Court governing professional conduct.

WHEREFORE, the Movant respectfully requests that the Court enter an Order authorizing Movant to appear *pro hac vice* in these proceedings.

Respectfully submitted on November 21, 2008.

/s/Helen D. Ball
Helen D. Ball

**BRADLEY ARANT ROSE & WHITE LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
Phone: (205) 521-8000
Fax: (205) 521-8500
Email: hball@bradleyarant.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing on:

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 101153

Steven J. Reisman, Esq.
L.P. Harrison, III, Esq.
Curtis Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, New York  10178

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 21st day of November, 2008.

/s/Helen D. Ball
OF COUNSEL

# **EXHIBIT A**

## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **HELEN D. BALL** was duly admitted to practice in said Court on **October 16, 2002**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on November 20, 2008.

SHARON HARRIS, CLERK

By: *[signature]*
Deputy Clerk

## PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS | ) |
| INC., *et al.*, | ) 08-13555 (JMP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Helen D. Ball, Esq. for admission to practice *pro hac vice*; due and proper notice having been given in accordance with the applicable provisions of the title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure; and other good cause shown, it is

ORDERED THAT Helen D. Ball, Esq. is permitted to practice *pro hac vice* in connection with the above captioned bankruptcy case.

Dated: New York, New York
_____, 2008

_____
UNTIED STATES BANKRUPTCY JUDGE

1/1780341.1                                                                                         6