**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                   :

In re                                   :        Chapter 11 Case No.

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :        08-13555 (JMP)

        Debtors.                    :        (Jointly Administered)

-------------------------------------------------------------------x

**FINAL ORDER PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE**
**BANKRUPTCY CODE AUTHORIZING THE EMPLOYMENT AND**
**RETENTION OF WEIL, GOTSHAL & MANGES LLP AS ATTORNEYS**
**FOR THE DEBTORS,** *NUNC PRO TUNC* **TO THE COMMENCEMENT DATE**

Upon the application dated October 8, 2008 (the "Application") of Lehman Brothers Holdings Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authorization to employ and retain Weil, Gotshal & Manges LLP ("WGM") as their attorneys under a general retainer, all as more fully described in the Application; and upon consideration of the Declaration of Harvey R. Miller, a member of WGM (the "WGM Declaration"); and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408

and 1409; and due and proper notice of the Application having been provided in accordance with the procedures set forth in the order entered September 22, 2008 governing case management and administrative procedures [Docket No. 285] to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the attorneys for the Debtors' postpetition lenders; (iv) the Securities and Exchange Commission; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) all parties who have requested notice in these chapter 11 cases, and it appearing that no other or further notice need be provided; and hearings having been held to consider the Application on an interim and final basis; and the Court having entered an interim order on October 16, 2008, granting the relief requested in the Application on an interim basis [Docket No. 1092]; and upon all of the proceedings had before the Court; and it appearing that the members and associates of WGM who will be engaged in these chapter 11 cases are or will be duly admitted to practice before this Court; and the Court being satisfied that WGM represents or holds no interest adverse to the Debtors or their estates and is disinterested under section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code; and the Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates and creditors, and all parties in interest and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved, *nunc pro tunc* to September 15, 2008, the date on which the Debtors commenced their chapter 11 cases; and it is further

ORDERED that pursuant to sections 327(a) and 328(a) of the Bankruptcy Code, the Debtors' retention of WGM as their attorneys under a general retainer in accordance with WGM's normal hourly rates and disbursement policies as set forth in the WGM Declaration is approved; and it is further

ORDERED that WGM shall apply for compensation and reimbursement in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, applicable provisions of the Bankruptcy Rules, the Local Rules of Bankruptcy Procedure of the United States Bankruptcy Court for the Southern District of New York, the guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that notice of the Application as provided herein and therein shall be deemed good and sufficient notice of the Application.

Dated:  New York, New York
        November 21, 2008

                                            *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE