# EXHIBIT 1

## Michelle Rolando

| | |
|---|---|
| **From:** | Chin, Winnie [winnie.chin@lehman.com] |
| **Sent:** | Friday, September 12, 2008 2:48 PM |
| **To:** | Michelle Rolando |
| **Subject:** | RE: MAPCO SWINGLINE BORROWING |
| | |
| **Categories:** | Purple Category-Lehman Issues |

My apologies. I mean $3.5MM.

*Thank you.*

*Regards,*
*Winnie Chin*
*LEHMAN BROTHERS*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@lehman.com*

---

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Friday, September 12, 2008 3:45 PM
**To:** Chin, Winnie
**Subject:** RE: MAPCO SWINGLINE BORROWING

Oh. Alright. In addition, the notice you sent us was only $3M and it's supposed to be 3.5M. Will we get a wire for $3.5M?
I will send a base rate request as soon as possible.

**Michelle Rolando**
*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc*
*7102 Commerce Way*
*Brentwood, TN 37027*
*PH: 615-224-1151*
*FAX: 615-224-1309*
**michelle.rolando@mapcoexpress.com**

---

**From:** Chin, Winnie [mailto:winnie.chin@lehman.com]
**Sent:** Friday, September 12, 2008 2:43 PM
**To:** Michelle Rolando
**Cc:** Loan IQ Servicing
**Subject:** RE: MAPCO SWINGLINE BORROWING

*You would get your funds today, but we would like the entire lending group to fund in base instead of swingline.*

*Thank you.*

*Regards,*
*Winnie Chin*
**LEHMAN BROTHERS**
**Bank Loans Closing & Servicing**
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@lehman.com*

---

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Friday, September 12, 2008 3:39 PM
**To:** Chin, Winnie
**Subject:** RE: MAPCO SWINGLINE BORROWING

I don't understand what you mean.

**Michelle Rolando**
*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc*
*7102 Commerce Way*
*Brentwood, TN  37027*
*PH:  615-224-1151*
*FAX:  615-224-1309*
**michelle.rolando@mapcoexpress.com**

---

**From:** Chin, Winnie [mailto:winnie.chin@lehman.com]
**Sent:** Friday, September 12, 2008 2:37 PM
**To:** Michelle Rolando
**Cc:** Loan IQ Servicing
**Subject:** RE: MAPCO SWINGLINE BORROWING

Hi Michelle,


Please convert this swingline borrowing to base borrowing.  Kindly revised your notice.


*Thank you.*

*Regards,*
*Winnie Chin*
**LEHMAN BROTHERS**
**Bank Loans Closing & Servicing**
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@lehman.com*

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Friday, September 12, 2008 1:33 PM
**To:** Chin, Winnie
**Subject:** MAPCO SWINGLINE BORROWING

Winnie,
We will be borrowing on swingline today for 3.5M. Notice to be sent soon. Thanks.

**Michelle Rolando**
*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc.*
*7102 Commerce Way*
*Brentwood, TN  37027*
*PH:  615-224-1151*
*FAX:  615-224-1309*
**michelle.rolando@mapcoexpress.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review; dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be

advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**EXHIBIT 2**

## Michelle Rolando

| | |
|---|---|
| **From:** | Chin, Winnie [winnie.chin@lehman.com] |
| **Sent:** | Thursday, September 18, 2008 11:50 AM |
| **To:** | Michelle Rolando |
| **Cc:** | Greg Intemann; Leonard Dinoia; Jennifer Kirscht; Chin, Winnie |
| **Subject:** | RE: MAPCO |
| | |
| **Categories:** | Purple Category-Lehman Issues |

We won't be able to fund due to current situation. You will be notify if the situation change.

*Thank you.*

*Regards,*
*Winnie Chin*
*LEHMAN BROTHERS*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@lehman.com*

---

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Thursday, September 18, 2008 12:25 PM
**To:** Chin, Winnie
**Cc:** Greg Intemann; Leonard Dinoia; Jennifer Kirscht
**Subject:** MAPCO

Winnie,
Can you please confirm that we still do not have access to a Swingline? If not, will that possibly change in the near future? Should be check back periodically with you to check on this or will you send out a notification?
Thanks.

## Michelle Rolando
*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc.*
*7102 Commerce Way*
*Brentwood, TN  37027*
*PH.  615-224-1151*
*FAX:  615-224-1309*
**michelle.rolando@mapcoexpress.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.

Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT 3

## Michelle Rolando

| | |
|---|---|
| **From:** | Leonard Dinoia |
| **Sent:** | Tuesday, September 23, 2008 5:00 PM |
| **To:** | Chin, Winnie; Michelle Rolando; Greg Intemann |
| **Subject:** | RE: REVOLVER BORROWING 9/22 EFFECTIVE DATE |
| | |
| **Categories:** | Purple Category-Lehman Issues |

Verified funds were received.

```
Len Dinoia
Assistant Treasurer
Delek Refining, LTD.
7102 Commerce Way
Brentwood, TN 37027
Office: 615-224-1313
Fax: 615-435-1495
```

---

**From:** Chin, Winnie [mailto:winnie.chin@lehman.com]
**Sent:** Tuesday, September 23, 2008 4:51 PM
**To:** Michelle Rolando; Leonard Dinoia; Greg Intemann
**Cc:** Chin, Winnie
**Subject:** RE: REVOLVER BORROWING 9/22 EFFECTIVE DATE

Hi Michelle,

Please see below the fed reference number for the two wires.  Again, thank you for your patience.

$507,916.66 at 5:07pm *[Chan, Jay Y]* FEDREF/20080923B1Q8023C006448

$1,292,083.33 at 4:35pm *[Chan, Jay Y]* FEDREF/20080923B1Q8023C006443

*Thank you.*

*Regards,*
*Winnie Chin*
*LEHMAN BROTHERS*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@lehman.com*

---

**From:** Chin, Winnie
**Sent:** Tuesday, September 23, 2008 11:42 AM

1

**To:** 'Michelle Rolando'
**Subject:** RE: REVOLVER BORROWING 9/22 EFFECTIVE DATE

Hi Michelle,

Looks like Citibank is holding our funds and they are not returning the call. I will advised you as soon I hear anything
Thank you for your patience

*Thank you.*

*Regards,*
*Winnie Chin*
*LEHMAN BROTHERS*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@lehman.com*

---

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Monday, September 22, 2008 7:11 PM
**To:** Chin, Winnie
**Cc:** Leonard Dinoia; Greg Intemann
**Subject:** REVOLVER BORROWING 9/22 EFFECTIVE DATE
**Importance:** High

Winnie,
I still have not received funding today. We requested 2MM on Revolver for today. Please advise.

**Michelle Rolando**
*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc.*
*7102 Commerce Way*
*Brentwood, TN 37027*
*PH: 615-224-1151*
*FAX: 615-224-1309*
**michelle.rolando@mapcoexpress.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal
and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this
message you are hereby notified that any review, dissemination, distribution or copying of this message is
strictly prohibited. This communication is for information purposes only and should not be regarded as an offer
to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or
as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free.
Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as
such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be
advised that any discussion of U.S. tax matters contained within this communication (including any
attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax

related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**Michelle Rolando**

| | |
|---|---|
| **From:** | Chin, Winnie [winnie chin@lehman com] |
| **Sent:** | Tuesday, September 23, 2008 4:51 PM |
| **To:** | Michelle Rolando; Leonard Dinoia; Greg Intemann |
| **Cc:** | Chin, Winnie |
| **Subject:** | RE: REVOLVER BORROWING 9/22 EFFECTIVE DATE |
| **Categories:** | Purple Category-Lehman Issues |

Hi Michelle,

Please see below the fed reference number for the two wires   Again, thank you for your patience.

$507,916.66 at 5:07pm *[Chan, Jay Y]* FEDREF/20080923B1Q8023C006448

$1,292,083.33 at 4:35pm *[Chan, Jay Y]* FEDREF/20080923B1Q8023C006443


*Thank you.*

*Regards,*
*Winnie Chin*
*LEHMAN BROTHERS*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loanigservicing@lehman.com*

---

**From:** Chin, Winnie
**Sent:** Tuesday, September 23, 2008 11:42 AM
**To:** 'Michelle Rolando'
**Subject:** RE: REVOLVER BORROWING 9/22 EFFECTIVE DATE

Hi Michelle,

Looks like Citibank is holding our funds and they are not returning the call. I will advised you as soon I hear anything.
Thank you for your patience

*Thank you.*

*Regards,*
*Winnie Chin*
*LEHMAN BROTHERS*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*

*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loanigservicing@lehman.com*

---

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Monday, September 22, 2008 7:11 PM
**To:** Chin, Winnie
**Cc:** Leonard Dinoia; Greg Intemann
**Subject:** REVOLVER BORROWING 9/22 EFFECTIVE DATE
**Importance:** High

Winnie,
I still have not received funding today. We requested 2MM on Revolver for today. Please advise.

**Michelle Rolando**
*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc.*
*7102 Commerce Way*
*Brentwood, TN 37027*
*PH: 615-224-1151*
*FAX: 615-224-1309*
**michelle.rolando@mapcoexpress.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

## Michelle Rolando

| | |
|---|---|
| **From:** | Chin, Winnie [winnie.chin@lehman.com] |
| **Sent:** | Tuesday, September 23, 2008 7:16 AM |
| **To:** | Michelle Rolando |
| **Cc:** | Leonard Dinoia; Greg Intemann; Chin, Winnie |
| **Subject:** | RE: REVOLVER BORROWING 9/22 EFFECTIVE DATE |
| | |
| **Categories:** | Purple Category-Lehman Issues |

Hi Michelle,

You received a total of $1,799,999 99 in two separate wires. The amount were $1,292,083 33 and $507,916 66  We didn't fund our share  Let me know if you don't see the funds.

*Thank you.*

*Regards,*
*Winnie Chin*
*LEHMAN BROTHERS*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@lehman.com*

---

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Monday, September 22, 2008 7:11 PM
**To:** Chin, Winnie
**Cc:** Leonard Dinoia; Greg Intemann
**Subject:** REVOLVER BORROWING 9/22 EFFECTIVE DATE
**Importance:** High

Winnie,
I still have not received funding today. We requested 2MM on Revolver for today. Please advise.

## Michelle Rolando

*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc.*
*7102 Commerce Way*
*Brentwood, TN  37027*
*PH:  615-224-1151*
*FAX:  615-224-1309*
**michelle.rolando@mapcoexpress.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or

as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**EXHIBIT 4**

## Michelle Rolando

| | |
|---|---|
| **From:** | Chin, Winnie [winnie.chin@barclayscapital com] |
| **Sent:** | Tuesday, October 14, 2008 8:53 AM |
| **To:** | Chin, Winnie; Michelle Rolando |
| **Cc:** | Leonard Dinoia; Greg Intemann |
| **Subject:** | RE: REVOLVER LOAN |
| | |
| **Categories:** | Purple Category-Lehman Issues |

Hi Michele,

The Fed Ref No. B1Q8023C005388.

*Thank you.*

*Regards,*
*Winnie Chin*
*Barclays Capital*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@barclayscapital.com*

---

**From:** Chin, Winnie
**Sent:** Tuesday, October 14, 2008 8:36 AM
**To:** 'Michelle Rolando'; Chin, Winnie
**Cc:** Leonard Dinoia; Greg Intemann
**Subject:** RE: REVOLVER LOAN

Hi Michelle,

My apologies again. I released the $3.2MM that afternoon and for some reason our cash management miss the email that I send. I make sure funds send out this morning and advise you the fed reference number later on. In the future, please address to our group email: loaniqservicing@barclayscapital.com in case I am not here.

*Thank you.*

*Regards,*
*Winnie Chin*
*Barclays Capital*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@barclayscapital.com*

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Friday, October 10, 2008 6:19 PM
**To:** Chin, Winnie
**Cc:** Leonard Dinoia; Greg Intemann
**Subject:** RE: REVOLVER LOAN

Winnie,
We received the 2.6MM but have not seen the 3.3MM. Please advise.

**Michelle Rolando**
*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc.*
*7102 Commerce Way*
*Brentwood, TN  37027*
*PH:  615-224-1151*
*FAX:  615-224-1309*
**michelle.rolando@mapcoexpress.com**

---

**From:** Chin, Winnie [mailto:winnie.chin@barclayscapital.com]
**Sent:** Friday, October 10, 2008 1:56 PM
**To:** Michelle Rolando
**Cc:** Leonard Dinoia; Greg Intemann
**Subject:** RE: REVOLVER LOAN

There will be two wires. The amount will be $3,320,625.00 and $2,619,375.00.  I release the first wire already and still waiting for the remain lenders to send in their share before releasing the second wire.


*Thank you.*

*Regards,*
*Winnie Chin*
*Barclays Capital*
*Bank Loans Closing & Servicing*
*745 7th Avenue, 16th Floor*
*New York, NY 10019*
*Ph: (212) 526-6560*
*Fax: (212) 520-0450*
*Email: loaniqservicing@barclayscapital.com*


---

**From:** Michelle Rolando [mailto:michelle.rolando@mapcoexpress.com]
**Sent:** Friday, October 10, 2008 2:49 PM
**To:** Chin, Winnie
**Cc:** Leonard Dinoia; Greg Intemann
**Subject:** REVOLVER LOAN
**Importance:** High

Winnie,
Just wanted to find out when we might expect the borrowing for today to be released. Will it be in one wire?

Thanks.

**Michelle Rolando**
*Manager of Treasury Operations - Cash Management, CTP*
*Delek US Holdings, Inc.*
*7102 Commerce Way*
*Brentwood, TN 37027*
*PH: 615-224-1151*
*FAX: 615-224-1309*
**michelle.rolando@mapcoexpress.com**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT 5

# LEHMAN BROTHERS

Lehman Commercial Paper, Inc.

Date: 23-Oct-2008
  TO: MAPCO EXPRESS, INC.
ATTN: Michelle Rolando
 Fax: 615-224-1309
  Re: MAPCO (4-28-05) REVOLVING CREDIT FACILITY

Description: Base Rate Option Loan Increase

Effective: 24-Oct-2008 MAPCO EXPRESS, INC. has elected to borrow under the
Base Rate Option a total of USD 6,000,000.00.

Please see details below.

Deal CUSIP: 56509GAA0
Facility CUSIP: 56509GAB8
The base rate is: 4.500000%
The spread is: 1.250000%
 he all-in rate is: 5.750000%

We will remit your funds USD 6,000,000.00 on the effective date as follows:

For: MAPCO EXPRESS, INC.
To:
Regions Bank
     ABA
062005690

Attn:
Mapco Express
Account Number
3501576399
Bank To Bank Info:
 Reference: MAPCO (4-28-05) ,Base Rate Option Increase


Thanks and regards,

WINNIE CHIN
Telephone #: 212-526-6560
Fax #: 212-520-0450

# LEHMAN BROTHERS

Lehman Commercial Paper, Inc.

Date: 6-Nov-2008
  TO: MAPCO EXPRESS, INC.
ATTN: Michelle Rolando
  Fax: 615-224-1309
  Re: MAPCO (4-28-05) REVOLVING CREDIT FACILITY

Description: Base Rate Option Loan Increase

********************************* COMMENT *********************************
Global should be based on $1mm.

**************************************************************************

Effective: 7-Nov-2008 MAPCO EXPRESS, INC. has elected to borrow under the
Base Rate Option a total of USD 900,000.01.

Please see details below.

Deal CUSIP: 56509GAA0
Facility CUSIP: 56509GAB8
The base rate is: 4.000000%
The spread is: 1.250000%
The all-in rate is: 5.250000%

We will remit your funds USD 900,000.01 on the effective date as follows:

For: MAPCO EXPRESS, INC.
To:
Regions Bank
     ABA
062005690

Attn:
Mapco Express
Account Number
3501576399
Bank To Bank Info:
  Reference: MAPCO (4-28-05) ,Base Rate Option Increase


Thanks and regards,

YVONNE LIN-LU
  Telephone #: 212-526-6590
  Fax #: 212-526-6643