UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

**ORDER GRANTING MAPCO EXPRESS, INC. AND DELEK
US HOLDINGS, INC. RELIEF FROM THE AUTOMATIC STAY**

Upon the motion of Mapco Express, Inc., and Delek US Holdings, Inc. (together, the "Movants'") for entry of an order pursuant to sections 105(a) and 362(d) of title 11 of the United States Code (the "Bankruptcy Code") granting the Movants relief from the automatic stay, dated November 21, 2008 (the "Motion"); and good and sufficient notice of the Motion having been given; and due deliberation having been had; and upon the Motion and the exhibits thereto, the hearing before this Court, and the full record in these cases; and good and sufficient cause appearing for the relief requested in the Motion[1]; it is

**ORDERED,** that the Motion is hereby granted; and it is further

**ORDERED** that the automatic stay of 11 U.S.C. § 362(a) is hereby modified as to debtor Lehman Commercial Paper Inc. ("LCPI") to the full extent necessary to (a) compel the resignation of LCPI as administrative agent under the Delek Loan and the Mapco Loan; (b) replace LCPI as "swing line" lender, as permitted by the Mapco Loan; and (c) amend the Delek Loan and Mapco Loan, as authorized by the lenders under the terms of the respective loans, to

---

[1] Capitalized terms that are not defined in this Order shall have the meanings ascribed to such terms in the Motion.

{00071477.3 \ 0678-001}

reflect the changes identified above, and to increase the value of assets that may be sold by the Movants in a given fiscal year to an amount that will permit the contemplated asset sales described in the Motion to go forward; and it is further

**ORDERED** that LCPI shall transfer and assign its authority as administrative agent under the Mapco Loan and the Delek Loan to the successor agent or agents, and in connection therewith, shall immediately transfer books, records, lien documents and other related documents and appropriate authorities to the successor administrative agent or agents.

Dated:   New York, New York
         December ___, 2008

_____
UNITED STATES BANKRUPTCY JUDGE