**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| **Lehman Brothers Holdings Inc.,** *et al.* | § | Case No. 08-13555 (JMP) |
| | § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Shell Trading (US) Company and Shell Energy North America (US), L.P. hereby appear and demand, pursuant to rules 2002(g) and (i) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the case and all papers served or required to be served in the case be given to and served upon the undersigned counsel, at the addresses set forth below.

| | |
|---|---|
| **Sutherland Asbill & Brennan LLP**<br>Attn: Paul B. Turner<br>Two Houston Center<br>919 Fannin, Suite 2200<br>Houston, Texas 77010<br>Telephone: (713) 470-6100<br>Facsimile: (713) 654-1301<br>paul.turner@sutherland.com | **Sutherland Asbill & Brennan LLP**<br>Attn: Mark D. Sherrill<br>1275 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 383-0100<br>Facsimile: (202) 637-3593<br>mark.sherrill@sutherland.com |
| **Shell Trading (US) Company**<br>Attn: Jennifer Gore<br>910 Fannin, Plaza Level 1<br>Houston, TX 77010<br>Telephone: (713) 230-3070<br>Facsimile: (713) 265-3070<br>jennifer.gore@shell.com | **Shell Energy North America (US), L.P.**<br>Attn: Ann Reynaud<br>909 Fannin, Plaza Level 1<br>Houston, TX 77010<br>Telephone: (713) 767-5418<br>Facsimile: (713) 767-5699<br>ann.reynaud@shell.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers

8114517.1

referenced in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtors or property or proceeds in which the debtors may claim an interest.

Dated:  November 20, 2008
        New York, New York

                    SUTHERLAND ASBILL & BRENNAN LLP

                    /s/ David P. Langlois
                    David P. Langlois
                    1114 Avenue of the Americas, 40th Fl.
                    New York, NY 10036
                    (212)389-5007

                    Paul B. Turner
                    Two Houston Center
                    909 Fannin, Suite 2200
                    Houston, Texas  77010
                    (713) 470-6100

                    Mark D. Sherrill
                    1275 Pennsylvania Avenue, NW
                    Washington, DC  20004
                    (202) 383-0100

                    *Counsel for Shell Trading (US) Company & Shell Energy North America (US), L.P.*