IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, John J. Jolley, Jr., a member in good standing of the bar of the State of Nebraska and the bar of the U.S. District Court for the District of Nebraska, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent The City and County of Denver, Colorado, a creditor and party in interest in the above-captioned case.

Mailing Address:    1650 Farnam Street, Omaha, Nebraska 68102
E-mail Address:    jay.jolley@kutakrock.com
Telephone Number:    402-346-6000

I agree to pay $25.00 upon the filing of this Motion.

Dated: November 21, 2008        /s/ *John J. Jolley, Jr.*
                                John J. Jolley, Jr. (JJJ 0253)
                                Nebraska Bar No. 20726
                                Kutak Rock LLP
                                1650 Farnam Street
                                Omaha, NE 68102
                                Telephone: (402) 346-6000
                                Facsimile: (402) 346-1148

4820-3584-0771.1

**ORDER**

**ORDERED,**

that John J. Jolley, Jr., Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____          _____
      New York, New York                                   UNITED STATES BANKRUPTCY JUDGE

4820-3584-0771.1