IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Peter J. Barrett, a member in good standing of the bar of the Commonwealth of Virginia and the bar of the U.S. District Court for the Eastern District of Virginia, request admission, ***pro hac vice***, before the Honorable James M. Peck, to represent The City and County of Denver, Colorado, a creditor and party in interest in the above-captioned case.

Mailing Address:     111 East Main Street, Suite 800, Richmond, Virginia 23219
E-mail Address:      peter.barrett@kutakrock.com
Telephone Number:   804-644-1700

I agree to pay $25.00 upon the filing of this Motion.

Dated:  November 21, 2008                */s/ Peter J. Barrett*
                                                                                                  Peter J. Barrett (PJB 9807)
                                                                                                  Virginia Bar No. 46179
                                                                                                  Kutak Rock LLP
                                                                                                  111 East Main Street, Suite 800
                                                                                                  Richmond, Virginia 23219
                                                                                                  Telephone:  (804) 644-1700
                                                                                                  Facsimile: (804) 783-6192

4817-1713-9203.1

# ORDER

**ORDERED,**

that Peter J. Barrett, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:_____                    _____
        New York, New York                              UNITED STATES BANKRUPTCY JUDGE


4817-1713-9203.1