## Exhibit B



# Invoice

2215 Bridgepointe Parkway Suite 400
San Mateo, CA 94404

| Date | Invoice # |
|------|-----------|
| 5/30/2008 | 10891 |

**Bill To:**

Lehman Brothers-Americas
PO Box 2339
Secaucus, NJ 07096-2339

| Federal Tax Id# |
|-----------------|
| 04-3744573 |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| LBUSA-0000066418 | Due on Receipt | 5/30/2008 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Fortify SDLC Security Plug In-License<br>Fortify 360 Source Code Analyzer-Enterprise Edition-Perpetual License | 1 | 108,000.00 | 108,000.00 |
| Annual Support & Maintenance - 1 Year Term--Included<br>(June 2, 2008 thru June 1, 2009) | 1 | 0.00 | 0.00 |
| Balance Invoiced on #10856 | | | |

| **Total** | $108,000.00 |
|-----------|-------------|

For Questions contact Kim Lodwich  (Finance Dept) at (650) 358-5644.
Wire Instructions: SilliconValley Bank
Acct.#: 3300386549; ABA#: 121140399; Swift Code: SVBKUS6S