**Exhibit C**



# Invoice

2215 Bridgepointe Parkway Suite 400
San Mateo, CA 94404

| Date | Invoice # |
|---|---|
| 7/31/2008 | 11026 |

**Bill To:**

Lehman Brothers-Americas
Attn: Accounts Payable
PO Box 2339
Secaucus, NJ 07096-2339

| P.O. No. | Terms | Due Date |
|---|---|---|
| 05/19/08 SOW | Due on Receipt | 7/31/2008 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Consulting Services:<br>Includes:<br><br>Consulting-20 Days<br>Practice Management-6 Days<br>Fortify 360 Training-6 Days<br>Rules Training-2 Days<br><br>(TRAVEL & EXPENSE REIMBURSEMENT TO BE INVOICED SEPARATELY) | 1 | 90,000.00 | 90,000.00 |

| | **Total** | $90,000.00 |
|---|---|---|

For Questions contact Kim Lodwich (Finance Dept) at (650) 358-5644.
Wire Instructions: SilliconValley Bank
Acct.#: 3300386549; ABA#: 121140399; Swift Code: SVBKUS6S