**<u>Exhibit D</u>**

```
SILICON VALLEY BANK                                                  10-08-2008
PO BOX 2607                                                          PAGE     1
SANTA CLARA CA                  95055


The following deposited item(s) was returned and charged to your account for
the reason indicated below. Please deduct all amounts listed from your check
register.  For further inquiries please contact client services.

      MAKER                                AMOUNT        RETURN REASON
      LEHMAN BROTHERS                   90,000.00        Refer to Maker
                     TOTAL:             90,000.00
           TOTAL FEE CHARGED:                 .00


FORTIFY SOFTWARE INC                          DEMAND DEPOSIT ACCOUNT   3300386549
2215 BRIDGEPOINT PKWY 400                                  OFFICER          12M
SAN MATEO CA 94404
```

## LEHMAN BROTHERS
**ACCOUNTS PAYABLE**    70 Hudson Street, Jersey City, NJ 07302-3988

| Date | Check Number |
|---|---|
| 09/08/08 | 002088106 |
| | 1000001288 |

| DATE | INVOICE / CREDIT MEMO NO. | DESCRIPTION | GROSS AMT. | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 073108 | 11026 | 0000019087 | 9000000 | 00 | 9000000 |
| | | **TOTAL** | 9000000 | 00 | 9000000 |

The attached check is in payment for items described above

---

## LEHMAN BROTHERS

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT.

Citibank (Delaware)
New Castle, DE 19720

LEHMAN BROTHERS INC.    62-20/311
ACCOUNTS PAYABLE
70 Hudson Street
Jersey City, NJ 07302-3988

**Check Number**
002088106

PAY ONLY **$90,000.00**
NINETY THOUSAND DOLLARS AND ZERO CENTS **********
Void Over $90,000.00

Date: 09/08/08

Amount: *$90,000.00
Void After 180 Days

Pay to the order of
FORTIFY SOFTWARE INC.
2215 BRIDGEPOINTE PARKWAY
SUITE 400
SAN MATEO, CA 94404

*Richard Fuld*
Authorized Signature

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

⑃002088106⑃  ⑄031100209⑄:  388 26 983 ⑃