**<u>Exhibit E</u>**



# Invoice

2215 Bridgepointe Parkway Suite 400
San Mateo, CA 94404

| Date | Invoice # |
|---|---|
| 9/30/2008 | 11230 |

**Bill To:**
Lehman Brothers-Americas
Attn: Accounts Payable
PO Box 2339
Secaucus, NJ 07096-2339

| P.O. No. | Terms | Due Date |
|---|---|---|
| 05/19/08 SOW | Due on Receipt | 9/30/2008 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Reimbursement of Expenses: Bankim Tejani-08/15/08 | 1 | 24.75 | 24.75 |
| Reimbursement of Expenses: Bankim Tejani-08/29/08 | 1 | 5.65 | 5.65 |
| Reimbursement of Expenses: Bankim Tejani-09/10-09/12/08 | 1 | 49.88 | 49.88 |
| Reimbursement of Expenses: Michael Peters-08/31/08 | 1 | 48.24 | 48.24 |
| Reimbursement of Expenses: Michael Peters-09/01-09/06/08 | 1 | 1,489.73 | 1,489.73 |
| Reimbursement of Expenses: Michael Peters-09/07-09/13/08 | 1 | 3,313.83 | 3,313.83 |
| (Expense Breakdowns attached) | | | |

**Total** $4,932.08

For Questions contact Kim Lodwich (Finance Dept) at (650) 358-5644.
Wire Instructions: SilliconValley Bank
Acct.#: 3300386549; ABA#: 121140399; Swift Code: SVBKUS6S

Expense Report                                                                                               2008-09-09 22:58



# Expense Report

**Name:** Bankim Tejani
**Employee Number:**
**Department:** NA PS East - Consultants

**Date Range:** Aug 10, 2008 through Aug 16, 2008

| # | Date | Client Name | Sales Order Number | Orig. Amount | Curr. Type | Exch. Rate | Expense Type | Project | Bill To | Paid By | Description / Notes | Location | Amount In USD |
|---|------|-------------|--------------------|--------------|------------|------------|--------------|---------|---------|---------|---------------------|----------|---------------|
| 1 | Fri 8/15 | Lehman Brothers | | 7.50 | USD | 1 | Taxi/Bus/Other | LEHM0003001 - Lehman Initial Rollout - Consulting (Deploy 360 Server) | Billable | Employee | | Onsite | 7.50 |
| 2 | Fri 8/15 | Lehman Brothers | | 17.25 | USD | 1 | Meals | LEHM0003001 - Lehman Initial Rollout - Consulting (Deploy 360 Server) | Billable | Employee | | Onsite | 17.25 |
| | | | | | | | | | | | Total Company Paid Expenses In USD | | 0.00 |
| | | | | | | | | | | | Total Reimbursable Expenses In USD | | 24.75 |
| | | | | | | | | | | | Total Expenses In USD | | 24.75 |

Signature: _____
Date: Sep 9, 2008

Approval Signature: _____
Date: _____

Expense Report                                                                                               2008-09-09 23:47



# Expense Report

**Name:** Bankim Tejani                                                   **Date Range:** Aug 24, 2008 through Aug 30, 2008
**Employee Number:**
**Department:** NA PS East - Consultants

| # | Date | Client Name | Sales Order Number | Orig. Amount | Curr. Type | Exch. Rate | Expense Type | Project | Bill To | Paid By | Description / Notes | Location | Amount In USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Fri 8/29 | | | 5.65 | USD | 1 | Taxi/Bus/Other | LEHM0003002 - Lehman Initial Rollout - Consulting (Project Management) | Billable | Employee | | Onsite | 5.65 |
| | | | | | | | | Total Company Paid Expenses In USD | | | | | 0.00 |
| | | | | | | | | Total Reimbursable Expenses In USD | | | | | 5.65 |
| | | | | | | | | Total Expenses In USD | | | | | 5.65 |

Signature: _____                                       Approval Signature: _____
Date: Sep 9, 2008                                                                          Date: _____

Expense Report                                                                                              2008-09-15 10:48



# Expense Report

**Name:** Bankim Tejani
**Employee Number:**
**Department:** NA PS East - Consultants

**Date Range:** Sep 7, 2008 through Sep 13, 2008

| # | Date | Client Name | Sales Order Number | Orig. Amount | Curr. Type | Exch. Rate | Expense Type | Project | Bill To | Paid By | Description / Notes | Location | Amount In USD |
|---|------|-------------|-------------------|--------------|------------|------------|--------------|---------|---------|---------|---------------------|----------|---------------|
| 1 | Wed 9/10 | Lehman Brothers | | 29.00 | USD | 1 | Meals | LEHM0003004 - Lehman Initial Rollout - Consulting (BuildForge Integration with Fortify 360/SCA) | Billable | Employee | | Onsite | 29.00 |
| 2 | Wed 9/10 | Lehman Brothers | | 7.50 | USD | 1 | Taxi/Bus/Other | LEHM0003004 - Lehman Initial Rollout - Consulting (BuildForge Integration with Fortify 360/SCA) | Billable | Employee | | Onsite | 7.50 |
| 3 | Fri 9/12 | Lehman Brothers | | 5.88 | USD | 1 | Meals | LEHM0003004 - Lehman Initial Rollout - Consulting (BuildForge Integration with Fortify 360/SCA) | Billable | Employee | | Onsite | 5.88 |
| 4 | Fri 9/12 | Lehman Brothers | | 7.50 | USD | 1 | Taxi/Bus/Other | LEHM0003004 - Lehman Initial Rollout - Consulting (BuildForge Integration with Fortify 360/SCA) | Billable | Employee | | Onsite | 7.50 |
| | | | | | | | | | | | Total Company Paid Expenses In USD | | 0.00 |
| | | | | | | | | | | | Total Reimbursable Expenses In USD | | 49.88 |
| | | | | | | | | | | | Total Expenses In USD | | 49.88 |

**Signature:** _____
**Date:** Sep 15, 2008

**Approval Signature:** _____
**Date:** _____

Expense Report                                                                                               9/19/08 2:20 PM



# Expense Report

**Name:** Michael Peters  
**Employee Number:**  
**Department:** NA - Technical Support

**Date Range:** Aug 31, 2008 through Aug 31, 2008

| # | Date | Client Name | Sales Order Number | Orig. Amount | Curr. Type | Exch. Rate | Expense Type | Project | Bill To | Paid By | Description / Notes | Location | Amount In USD |
|---|------|-------------|--------------------|--------------|------------|------------|--------------|---------|---------|---------|---------------------|----------|---------------|
| 1 | Sun 8/31 | Lehman Brothers | | 16.24 | USD | 1 | Meals | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 16.24 |
| 2 | Sun 8/31 | Lehman Brothers | | 32.00 | USD | 1 | Taxi/Bus/Other | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 32.00 |
| | | | | | | | | | | | Total Company Paid Expenses In USD | | 0.00 |
| | | | | | | | | | | | Total Reimbursable Expenses In USD | | 48.24 |
| | | | | | | | | | | | Total Expenses In USD | | 48.24 |

Signature: _____  
Date: Sep 19, 2008

Approval Signature: _____  
Date: _____

Expense Report  9/19/08 2:19 PM



# Expense Report

**Name:** Michael Peters
**Employee Number:**
**Department:** NA - Technical Support

**Date Range:** Sep 1, 2008 through Sep 6, 2008

| # | Date | Client Name | Sales Order Number | Orig. Amount | Curr. Type | Exch. Rate | Expense Type | Project | Bill To | Paid By | Description / Notes | Location | Amount In USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Mon 9/1 | Lehman Brothers | | 22.80 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 22.80 |
| 2 | Mon 9/1 | Lehman Brothers | | 30.00 | USD | 1 | Taxi/Bus/Other | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 30.00 |
| 3 | Mon 9/1 | Lehman Brothers | | 13.20 | USD | 1 | Dinner | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 13.20 |
| 4 | Tue 9/2 | Lehman Brothers | | 9.43 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 9.43 |
| 5 | Tue 9/2 | Lehman Brothers | | 10.00 | USD | 1 | Taxi/Bus/Other | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 10.00 |
| 6 | Wed 9/3 | Lehman Brothers | | 11.03 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 11.03 |
| 7 | Wed 9/3 | Lehman Brothers | | 40.00 | USD | 1 | Taxi/Bus/Other | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 40.00 |
| 8 | Wed 9/3 | Lehman Brothers | | 39.00 | USD | 1 | Dinner | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 39.00 |
| 9 | Thu 9/4 | Lehman Brothers | | 8.65 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 8.65 |
| 10 | Thu 9/4 | Lehman Brothers | | 52.00 | USD | 1 | Dinner | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 52.00 |
| 11 | Thu 9/4 | Lehman Brothers | | 9.70 | USD | 1 | Breakfast | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 9.70 |
| 12 | Fri 9/5 | Lehman Brothers | | 18.00 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 18.00 |
| 13 | Fri 9/5 | Lehman Brothers | | 20.00 | USD | 1 | Taxi/Bus/Other | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 20.00 |
| 14 | Fri 9/5 | Lehman Brothers | | 23.69 | USD | 1 | Dinner | LEHM0003009 - Lehman Initial Rollout - Consulting | Billable | Employee | | Offsite | 23.69 |

Expense Report    9/19/08 2:19 PM

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | (Deliverables Creation & Review) | | | | | |
| 15 | Fri 9/5 | Lehman Brothers | | 7.47 | USD | 1 | Breakfast | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | Offsite | 7.47 |
| 16 | Fri 9/5 | Lehman Brothers | | 1,162.76 | USD | 1 | Lodging | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | Offsite | 1,162.76 |
| 17 | Sat 9/6 | Lehman Brothers | | 12.00 | USD | 1 | Miscellaneous | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | Offsite | 12.00 |
| | | | | | | | | Total Company Paid Expenses In USD | | | | 0.00 |
| | | | | | | | | Total Reimbursable Expenses In USD | | | | 1,489.73 |
| | | | | | | | | Total Expenses In USD | | | | 1,489.73 |

Signature: _____    Approval Signature: _____
Date: Sep 19, 2008    Date: _____

Expense Report                                                                                              9/22/08 3:13 PM



# Expense Report

**Name:** Michael Peters  
**Employee Number:**  
**Department:** NA - Technical Support  

**Date Range:** Sep 7, 2008 through Sep 13, 2008

| # | Date | Client Name | Sales Order Number | Orig. Amount | Curr. Type | Exch. Rate | Expense Type | Project | Bill To | Paid By | Description / Notes | Location | Amount In USD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sun 9/7 | Lehman Brothers | | 20.50 | USD | 1 | Dinner | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 20.50 |
| 2 | Sun 9/7 | Lehman Brothers | | 15.00 | USD | 1 | Taxi/Bus/Other | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 15.00 |
| 3 | Sun 9/7 | Lehman Brothers | | 216.65 | USD | 1 | Lodging | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 216.65 |
| 4 | Mon 9/8 | Lehman Brothers | | 5.33 | USD | 1 | Breakfast | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 5.33 |
| 5 | Mon 9/8 | Lehman Brothers | | 12.79 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 12.79 |
| 6 | Tue 9/9 | Lehman Brothers | | 9.18 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 9.18 |
| 7 | Tue 9/9 | Lehman Brothers | | 16.97 | USD | 1 | Dinner | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 16.97 |
| 8 | Tue 9/9 | Lehman Brothers | | 12.75 | USD | 1 | Miscellaneous | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 12.75 |
| 9 | Wed 9/10 | Lehman Brothers | | 4.23 | USD | 1 | Breakfast | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 4.23 |
| 10 | Wed 9/10 | Lehman Brothers | | 48.65 | USD | 1 | Dinner | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 48.65 |
| 11 | Thu 9/11 | Lehman Brothers | | 4.23 | USD | 1 | Breakfast | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 4.23 |
| 12 | Thu 9/11 | Lehman Brothers | | 14.84 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 14.84 |
| 13 | Fri 9/12 | Lehman Brothers | | 18.45 | USD | 1 | Lunch | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee | | Offsite | 18.45 |
| 14 | Fri 9/12 | Lehman Brothers | | 37.70 | USD | 1 | Dinner | LEHM0003009 - Lehman Initial Rollout - Consulting | Billable | Employee | | Offsite | 37.70 |

Expense Report                                                                                                9/22/08 3:13 PM

|    |            |                    |   |          |     |   |               | (Deliverables Creation & Review) |          |          |   |         |          |
|----|------------|--------------------|---|----------|-----|---|---------------|----------------------------------|----------|----------|---|---------|----------|
| 15 | Sat 9/13   | Lehman Brothers    |   | 23.86    | USD | 1 | Lunch         | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee |   | Offsite | 23.86    |
| 16 | Sat 9/13   | Lehman Brothers    |   | 13.10    | USD | 1 | Dinner        | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee |   | Offsite | 13.10    |
| 17 | Sat 9/13   | Lehman Brothers    |   | 5.25     | USD | 1 | Taxi/Bus/Other| LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee |   | Offsite | 5.25     |
| 18 | Sat 9/13   | Lehman Brothers    |   | 2,834.35 | USD | 1 | Lodging       | LEHM0003009 - Lehman Initial Rollout - Consulting (Deliverables Creation & Review) | Billable | Employee |   | Offsite | 2,834.35 |

| | |
|---|---|
| Total Company Paid Expenses In USD | 0.00 |
| Total Reimbursable Expenses In USD | 3,313.83 |
| Total Expenses In USD | 3,313.83 |

Signature: _____                    Approval Signature: _____
Date: Sep 22, 2008                                                                           Date: _____