**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,         : Case No. 08-13555 (JMP)
                                                     :
Debtors.                                             : (Jointly Administered)
                                                     :
----------------------------------------------------------------x  Ref. Docket Nos. 1634 & 628

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 20, 2008, I caused to be served the:

   a) Seventh Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases", dated November 20, 2008 [Docket No. 1634], and

   b) Order Granting Debtors' Motion Pursuant to Section 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for The Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Non Residential Real Property and Abandonment of Related Personal Property", dated October 3, 2008, [Docket No. 628],

by causing true and correct copies, to be enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "A".

3.      All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

|  |  |
|---|---|
| | /s/ Cassandra Murray |
| Sworn to before me this | Cassandra Murray |
| 21st day of November, 2008 | |
| /s/ Regina Amporfro | |
| Notary Public, State of New York | |
| No. 01AM6064508 | |
| Qualified in Bronx County | |
| Commission Expires September 24, 2009 | |

# Exhibit "A"

| Vendor Name | Notice address | Contracting Lehman Entity | Agreement Type | Date of Agreement | Cure Amount |
|---|---|---|---|---|---|
| India Index Products & Services Ltd | Exchange Plaza, C-1, Block G, Bandra Kurla Complex, Bandra East, Mumbai, India 400 051 | LBHI | Index Licence | 07/18/08 | $0.00 |
| Beeland Interests Inc. | 150 West Flagler Street, Suite 1400, Miami, FL 33130 | LBHI | Index Licence | 01/08/08 | $0.00 |
| Beeland Interests Inc. | 150 West Flagler Street, Suite 1400, Miami, FL 33130 | LBHI | Index Licence | 04/09/08 | $0.00 |
| Credit Suisse/Tremont or Channel Capital | 11 Madison Avenue New York, New York 10010 | | Index Licence | | $0.00 |
| Hedge Fund Net | 420 Lexington Avenue, Suite 2510, New York, NY 10170 | | Index Licence | | $0.00 |
| iTraxx / International Index Company Limited | 9 Cheapside London EC2V 6AD United Kingdom | | Index Licence | | $0.00 |
| Jefferies Financial Products and Reuters Amercia LLC | Jefferies: One Station Place, 3N, Stamford, CT 06902; Reuters: Three Times Square, NY, NY 10036 | LBHI | Index Licence | 11/27/06 | $0.00 |
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | 4 World Financial Center, NY, NY 10080 | LBHI | Index Licence | 12/01/06 | $0.00 |
| Philadelphia Stock Exchange Incorporated | 1900 Market Street, Philadelphia, PA 19103 | LBHI | Index Licence | 09/05/05 | $0.00 |
| Philadelphia Stock Exchange Incorporated | 1900 Market Street, Philadelphia, PA 19103 | LBHI | Index Licence | 12/14/06 | $0.00 |
| Philadelphia Stock Exchange Incorporated | 1900 Market Street, Philadelphia, PA 19103 | LBHI | Index Licence | 12/18/06 | $0.00 |
| The Bank of New York Mellon | Bank of New York Mellon, 101 Barclay Street, 22nd Floor, New York, NY 10286, FAO ADR Division, Fax 212 571 3050 | LBHI | Index Licence | 07/01/08 | $0.00 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Lori R. Fife and Shai Y. Waisman

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn: James B. Kobak, David Wiltenburg, and Jeff Margolin


Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzon
Gregory A. Bray
Milbank, Tweed, Hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017


Office of the United States Trustee
Andrew D. Velez-Rivera, Paul Schwartzberg
Brian Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004