O'MELVENY & MYERS LLP
Gerald C. Bender (GB-5849)
Josh Weisser (JW-0185)
Times Square Tower
7 Times Square
New York, New York 10036
Tel: (212) 326-2000
Fax: (212) 326-2061

Attorneys for Fortify Software, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x    Chapter 11
                                                                :
In re                                                           :
                                                                :
LEHMAN BROTHERS HOLDINGS,                                       :    Case No. 08-13555 (JMP)
INC., et al.,                                                   :
         Debtors.                                               :
                                                                :
---------------------------------------------------------------x    Jointly Administered

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK )

Robert Wajda, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age, reside in Essex County, NJ, and am employed by O'Melveny & Myers LLP.

2.      On November 21, 2008, I served a true copy of the OBJECTION OF FORTIFY SOFTWARE, INC. TO DEBTORS' MOTION TO (A) SCHEDULE A SALE HEARING; (B) ESTABLISH SALES PROCEDURES; (C) APPROVE A BREAK-UP FEE; AND (D) APPROVE THE SALE OF THE PURCHASED ASSETS AND THE ASSUMPTION AND ASSIGNMENT OF CONTRACTS RELATING TO THE PURCHASED ASSETS, was served

electronically thorough the Court's ECF System on parties requesting electronic service and by overnight mail to the parties shown below:

| Honorable James M. Peck<br>United States Bankruptcy Court for the<br>Southern District of New York<br>One Bowling Green, Courtroom 601<br>New York, NY 10004 | Tracy Hope Davis<br>Office of the United States Trustee for the<br>Southern District of New York<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
|---|---|
| Attorneys for the Debtors<br>Lori R. Fife, Esq.<br>Shai Y. Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Attorneys for the Purchaser<br>Lindsee P. Granfield, Esq.<br>Lisa Schweitzer, Esq.<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Attorneys for the SIPA Trustee<br>James B. Kobak, Esq.<br>David Wiltenburg, Esq.<br>Jeff Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004 | |

_____
Robert Wajda

Sworn to before me this
24th day of November 2008

_____
Notary Public

STEPHANIE CASSAGNOL
NOTARY PUBLIC, State of New York
No. 30-01CA6031175
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires Sept. 27, 2009