# KATSKY | KORINS LLP

| MEMBERS OF THE FIRM | | |
|---|---|---|
| ROBERT A. ABRAMS | GREGORY K. MARKS | |
| RANDOLPH AMENGUAL | NEIL S. MILLER | |
| MATTHEW DANOW | STEVEN H. NEWMAN | |
| DAVID L. KATSKY | STEPHEN J. SWIATKIEWICZ | |
| ADRIENNE B. KOCH | MERYL LYNN UNGER | |
| EUGENE V. KOKOT | MARCY L. WACHTEL | |
| ROY M. KORINS | MARK WALFISH | |
| DENNIS C. KRIEGER | JOEL S. WEISS | |
| THOMAS M. LOPEZ | ELIAS M. ZUCKERMAN | |

WRITER'S DIRECT DIAL | 212.716.3235
WRITER'S DIRECT FAX | 212.716.3335
WRITER'S EMAIL | snewman@katskykorins.com
OUR REFERENCE | 18160-172

November 21, 2008

**BY FEDERAL EXPRESS**

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

    Re:    Lehman Brothers Holdings Inc., et.al.
              Case No. 08-13555 (JMP)

Dear Judge Peck:

    This firm is co-counsel to Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC (collectively, the "Tuxedo Parties").

    This letter confirms that the motion of the Tuxedo Parties for an order pursuant to Bankruptcy Code Sections 105, 363 and 1107 authorizing and compelling actions by Debtors as agent and lender under loan facility and granting related relief [Docket No. 1435] has been adjourned on consent of the parties from December 3, 2008 to December 16, 2008 at 10:00 a.m.

Respectfully yours,

Steven H. Newman

SHN/jcg
cc:    Nellie Camerik, Esq.  (via telecopier, No. (305) 374-7159)
       Nancy A. Mitchell, Esq. (via telecopier, No. (212) 801-6400)
       Maria J. DiConza, Esq. (via telecopier, No. (212) 801-6400)
       David E. Bolen, Esq. (via telecopier, No. (212) 801-6400)
       Mark Walfish, Esq.

327514-1-W