KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for Symantec Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :
In re LEHMAN BROTHERS HOLDINGS,      :    Case No. 08-13555 (JMP)
INC., *et al.*                                   :    (Jointly Administered)
                                                    :
                                                    :
            Debtors.                           :
                                                    :
-----------------------------------------------------------------x
                                                    :
In re LEHMAN BROTHERS, INC.           :    Case No. 08-01420 (JMP)
                                                    :    SIPA
                                                    :
            Debtor.                             :
                                                    :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 24, 2008, copies of the foregoing Objection of Symantec Corp. To Debtors Proposed Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts to be Assumed and Assigned to Purchaser, were caused to be served via Facsimile and Federal Express Overnight Mail, upon the attached service list.

Dated: November 24, 2008

                                                            */s/ John E. Jureller, Jr.*
                                                            John E. Jureller, Jr.

**SERVICE LIST**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153-0119
Attn:   Lori R. Fife, Esq.
         Shai Y. Waisman, Esq.
Fax No. 212-310-8007
Attorneys for Debtors

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004
Attn: Jeffrey S. Margolin, Esq.
Fax No. 212-422-4726
Attorneys for SIPC Trustee

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield, Esq.
         Lisa M. Schweitzer, Esq.
Fax No. 212-225-3999
Attorney for Barclay Capital, Inc.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Fax No. 212-530-5219
Attorneys for the Creditors Committee

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Tracy Hope Davis, Esq.
Fax No. 212-668-2255