UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:

    LEHMAN BROTHERS HOLDINGS, INC.          Case No. 08-13555-jmp

                      Debtor.                    Chapter 11

-------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, Daryl L. Diesing, a member in good standing of the bar in the State of Wisconsin and, if applicable, the bar of the U.S. District Courts for the Eastern District of Wisconsin, the Western District of Wisconsin, the Northern District of Illinois and the Western District of Michigan, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Metavante Corporation, a creditor in the above referenced case.

    Mailing Address: Whyte Hirschboeck Dudek S.C., 555 East Wells Street, Suite 1900, Milwaukee, WI 53202; Email Address: ddiesing@whdlaw.com; Telephone Number: (414) 978-5523.

    The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: November 18, 2008
Milwaukee, Wisconsin

                                                Daryl L. Diesing, Esq.
                                                Attorney for Metavante Corporation
                                                Whyte Hirschboeck Dudek S.C.
                                                555 East Wells Street, Suite 1900
                                                Milwaukee, WI 53202

WHD\6125087.1