**CHADBOURNE & PARKE LLP**  
N. Theodore Zink, Jr.  
Andrew Rosenblatt  
30 Rockefeller Plaza  
New York, New York  10112  
tel:  (212) 408-5100  
fax: (212) 408-5369  

Hearing Date and Time:  
December 16, 2008 at 10:00 a.m.

*Attorneys for Central Pacific Bank, Deutsche Hypothekenbank (Actien-Gesellschaft), and Landesbank Baden-Württemberg*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x  
In re                                                     :   Chapter 11 Cases  
                                                          :  
LEHMAN BROTHERS HOLDINGS INC., *et al*.   :   08-13555 (JMP)  
                                                          :  
                           Debtors.                :   Jointly Administered  
------------------------------------------------------------------------x  

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that a hearing (the "Hearing") will be held on the Motion of Central Pacific Bank, Deutsche Hypothekenbank (Actien-Gesellschaft), and Landesbank Baden-Württemberg for an Order Granting Relief From the Automatic Stay (the "Motion"), on **December 16, 2008, at 10 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, in Courtroom 601, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

P**LEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion, must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and be filed with the Bankruptcy Court electronically in

NY4 - 210040.01

accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), Wordperfect of any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable James M. Peck) and shall be served upon: (i) Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112, Attention: N. Theodore Zink, Jr., Esq.; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq., counsel to the above-captioned debtors; (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; and (iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq., counsel to the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases, so as to be received no later than **December 13, 2008.**

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the Motion in accordance with this Notice and the Court's Order Implementing Certain Notice and Case Management Procedures dated September 22, 2008, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to

time without further notice to creditors or other parties of interest, other than by announcement in

Bankruptcy Court of such adjournment on the date of the hearing.

Dated:  New York, New York
        November 24, 2008

                              Respectfully submitted,

                              **CHADBOURNE & PARKE LLP**

                              By:  */s/ N. Theodore Zink, Jr.*
                                    N. Theodore Zink, Jr.
                                    Andrew Rosenblatt
                                    30 Rockefeller Plaza
                                    New York, New York 10112
                                    Phone: (212) 408-5100
                                    Fax: (212) 541-5369

                              Attorneys for Central Pacific Bank, Deutsche
                              Hypothekenbank(Actien-Gesellschaft), and
                              Landesbank Baden-Württemberg

NY4 - 210040.01