UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:

    LEHMAN BROTHERS HOLDINGS, INC.          Case No. 08-13555-jmp

                                    Debtor.                     Chapter 11

-------------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

     I, Daniel J. McGarry, a member in good standing of the bar in the State of Wisconsin, the bar in the State of Minnesota and, if applicable, the bar of the U.S. District Courts for the Eastern District of Wisconsin, the Western District of Wisconsin and the District of Minnesota, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Metavante Corporation, a creditor in the above referenced case.

     Mailing Address: Whyte Hirschboeck Dudek S.C., 33 East Main Street, Suite 300, Madison, WI 53703; Email Address: dmcgarry@whdlaw.com; Telephone Number: (608) 255-4440.

     The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: 11/19/08
Madison, Wisconsin

                                             Daniel J. McGarry, Esq.
                                             Attorney for Metavante Corporation
                                             Whyte Hirschboeck Dudek S.C.
                                             33 East Main Street, Suite 300
                                             Madison, WI 53703