**Hearing Date:  January 14, 2009 at 10:00 a.m. (Eastern Time)**

Dennis F. Dunne
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:  (212) 530-5000

-and-

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017
Telephone:  (213) 892-4000

Counsel for Official Committee
of Unsecured Creditors of
Lehman Brothers Holdings Inc., et al.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**FOURTH NOTICE OF ADJOURNMENT OF HEARING WITH RESPECT TO**
**RECONSIDERATION OF COURT'S SEPTEMBER 17, 2008 INTERIM ORDER**
**(I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION FINANCING PURSUANT**
**TO SECTIONS 363 AND 364 OF BANKRUPTCY CODE AND (II) GRANTING**
**LIENS AND SUPERPRIORITY CLAIMS TO POSTPETITION LENDERS**
**PURSUANT TO SECTION 364 OF BANKRUPTCY CODE**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion

Of Official Committee Of Unsecured Creditors For Reconsideration Of Court's September 17,

2008 Interim Order (I) Authorizing Debtor To Obtain Postpetition Financing Pursuant To

Sections 363 And 364 Of Bankruptcy Code And (II) Granting Liens And Superpriority Claims

To Postpetition Lenders Pursuant To Section 364 Of Bankruptcy Code which was scheduled to

be heard on December 3, 2008 at 10:00 a.m. (Eastern Time), **has been adjourned to**

**January 14, 2009 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard

(the "Adjourned Hearing").  The Adjourned Hearing shall be held before the Honorable James

M. Peck, at the United States Bankruptcy Court for the Southern District of New York, One

Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the relief

requested in the Motion must comply with the Federal Rules of Bankruptcy Procedure, the Local

Rules of the United States Bankruptcy Court for the Southern District of New York and the

Court's September 22, 2008 Order Pursuant To Section 105(a) Of The Bankruptcy Code And

Bankruptcy Rules 1015(c) And 9007 Implementing Certain Notice And Case Management

Procedures (the "Case Management Order"), must be set forth in a writing describing the basis

therefore and shall be filed electronically with the Court on the docket of *In re Lehman Brothers*

*Holdings Inc.*, Chapter 11 Case No. 08-13555 (JMP), in accordance with General Order M-242

(available at www.nysb.uscourts.gov/orders/orders2.html) by registered users of the Court's case

filing system and by all other parties in interest on a 3.5 inch disk, preferably in Portable

Document Format (PDF), Microsoft Word or any other Windows-based word processing format;

and served upon (i) the chambers of the Honorable James M. Peck, One Bowling Green, New

York, New York 10004, Courtroom 601; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue,

New York, New York 10153, (Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y.

Waisman, Esq., and Jacqueline Marcus, Esq.), attorneys for the Debtors; (iii) the Office of the

United States Trustee for the Southern District of New York (the "U.S. Trustee"), 33 Whitehall

Street, 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul

Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.);

2

(iv) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York

10005, (Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.), attorneys

for the official committee of unsecured creditors appointed in these cases; (v) the attorneys for

any other official committee(s) appointed in these chapter cases; and (vi) Cleary Gottlieb Steen

& Hamilton LLP, One Liberty Plaza, New York, NY 10006, (Attn: Lindsee P. Granfield, Esq.

and Lisa Schweiger, Esq.) and Sullivan & Cromwell LLP, 125 Broad Street, New York, NY

10004, (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.), attorneys for the Debtors'

postpetition lenders so as to be received no later than **January 7, 2009 at 5:00 p.m. (Eastern

time)**.  The relief requested may be granted without a hearing if no Objection is timely filed and

served in accordance with the Case Management Order.


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be

continued or adjourned from time to time without notice to any creditor or other party in interest

other than by announcement in open court at the Adjourned Hearing.

Dated:  New York, New York
       November 24, 2008

**MILBANK, TWEED, HADLEY & M$^{\underline{C}}$CLOY LLP**

By: /s/ Dennis F. Dunne
    Dennis F. Dunne
    Wilbur F. Foster, Jr.
    1 Chase Manhattan Plaza
    New York, NY 10005
    Telephone:  (212) 530-5000

    -and-

    Paul Aronzon
    Gregory A. Bray
    601 South Figueroa Street, 30th Floor
    Los Angeles, CA 90017
    Telephone:  (213) 892-4000


    Counsel for Official Committee
    of Unsecured Creditors of
    Lehman Brothers Holdings Inc., et al.