UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | Case No. 08-13555 (JMP) Jointly Administered |
| Debtors. | Re: Dkt. No. 1694 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel for Liquid Engines, Inc. in the above-captioned Chapter 11 proceedings, and that on the 24th day of November, 2008, she caused a copy of the following document to be served as indicated upon the parties listed on the attached service list:

- *Cure Amount Objection and Reservation of Rights of Liquid Engines, Inc. with Respect to Debtors' Notice of Extended Objection Deadline for Certain Counterparties to Contracts and Leases Assumed and Assigned to Purchaser..*

_____
Nora E. Morales

Sworn to and subscribed before
me this 24th day of November 2008

_____
Notary Public

ANA L. ZAMPINO
County New York
Registration Number is 02ZA6184279
Expiration Date is 03/31/20__

130668.01600/6688430v.1

## SERVICE LIST

| **BY ELECTRONIC MAIL, FIRST CLASS MAIL AND/OR FACSIMILE:** |
|---|
| Jacqueline Marcus, Esq.<br>Richard Krasnow, Esq.<br>Lori, Fife, Esq.<br>Shai Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>jmarcus@weil.com<br>rkrasnow@weil.com<br>swaisman@weil.com |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Dennis O'Donnell, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com<br>efleck@milbank.com<br>dodonnell@milbank.com |
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112<br>Facsimile: 212-668-2255 |
| Lindsee Granfield, Esq.<br>Lisa Schweitzer, Esq.<br>Cleary, Gottlieb LLP<br>One Liberty Plaza<br>New York, NY 10006<br>lgranfield@cgsh.com<br>lschweitzer@cgsh.com |

| |
|---|
| Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>feldsteinh@sullcrom.com |
| Jeffrey S. Margolin, Esq.<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>margolin@hugheshubbard.com |