UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                                                  :
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS, INC. *et al.*,                          :   Case No. 08-13555 (JMP)
                                                                  :
        Debtors.                                                  :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 1677 and 1678

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

　　　　CHRISTOPHER P. CREGER, being duly sworn, deposes and says:

　　1.　　I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

　　2.　　On November 21, 2008, I caused to be served the:

　　　a)　"Ninth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases", dated November 21, 2008 [Docket No. 1677], (the "Ninth Omni),

　　　b)　"Tenth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases", dated November 21, 2008 [Docket No. 1678], (the "Tenth Omni"), and

　　　c)　"Order Granting Debtors' Motion Pursuant to Sections 105, 365, and 554(a) of the Bankruptcy Code to Establish Procedures for the Assumption and Assignment or Rejection of Executory Contracts and Unexpired Leases of Non Residential Real Property and Abandonment of Related Personal Property", dated October 3, 2008, [Docket No. 628], (the "Order"),

by causing true and correct copies to be:

　　　a)　the Ninth Omni and the Order, enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "A",

　　　b)　the Tenth Omni and the Order, enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "B", and

    c) the Ninth Omni, the Tenth Omni, and the Order, enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached Exhibit "C",

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                /s/Christopher Creger  
                                                Christopher Creger

Sworn to before me this  
21st day of November, 2008  
/s/ Elli Petris  
Notary Public, State of New York  
No. 01PE6175879  
Qualified in Nassau County  
My Commission Expires October 22, 2011

2

# EXHIBIT A

**Please note:** Contracts designated for assumption and assignment below include any and all vendor agreements for the provision of goods and/or services to Lehman Brothers Holdings Inc. ("LBHI") and/or Lehman Brothers Inc. ("LBI"), between each listed counterparty and LBI and/or LBHI, and that are related to the assets purchased by Barclays Capital Inc. from LBHI, LBI and/or LB 745 LLC. For the avoidance of doubt, this schedule and notice of the assumption and assignment of these contracts is being filed in both the In re: Lehman Brothers Holdings Inc. (Case No. 08-13555) (Jointly Administered) and In re Lehman Brothers, Inc. (Case No. 08-01420) cases. The cure amount listed for each counterparty represents an aggregate cure amount with respect to all such contracts between LBHI and/or LBI on the one hand and the counterparty on the other hand.

| Supplier Name | Cure Amount | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip |
|---|---|---|---|---|---|
| ABS BROKERAGE SERVICES, LLC | $77,728.43 | Richard Paolillo | 194 Nassau Street | Suite 30 | Princeton, NJ 08542 |
| Accuity | $0.00 | Jeffrey Scott | 4709 West Golf Road | Suite 600 | Skokie, IL 60076 |
| ADP Payroll Services | $18,986.13 | Carolyn Filek | 400 Covina Blvd | | San Dimas, CA 91773 |
| Alacra Inc. | $0.00 | Steven Goldstein | 88 Pine Street | | New York, NY 10005 |
| American Stock Exchange - Standard Billing | $0.00 | Stephanie Bicheler & Maryann Gallagher | P.O. Box 7777 -W9190 | | PHILADELPHIA, PA 19175 -9190 |
| ARAXIS | $0.00 | | 3 Parsonage Glebe | British Isles | St John's, Isle of Man IM4 3LT |
| ARCA TRADING Services | $1,429.97 | | 11 Wall Street | | New York, NY 10005 |
| Attachmate | $0.00 | | 1500 Dexter Avenue N. | | Seattle, WA 98109 |
| Automated QA Corp - SOFTWARE HOUSE INTERNATIONAL | $0.00 | | 100 Cummings Center | Suite 420B | Beverly, MA 01915 |
| BB & T CAPITAL | $5,065.00 | | 2 SOUTH 9TH STREET | P.O. BOX 1575 | RICHMOND 23218-1575 |
| BGC PARTNERS LP | $2,923.00 | Lee M. Amaitis, Chairman and CEO | One Churchill Place | Canary Wharf | London E14 5RD UK |
| BIA Financial Network | $0.00 | | 15120 ENTERPRISE CT, SUITE 100 | | CHANTILLY VA  20151 |
| Blue Sky Data Corporation | $4,200.00 | Linda A. Graves | 90 East Halsey Road | Suite 100 | Parsippany, NJ 07054 |
| BUCKINGHAM RESEARCH GROUP INC | $0.00 | Kevin Ray | 750 THIRD AVE | | New York, NY 10017 |
| CANACCORD ADAMS, INC | $0.00 | ATTN:  GABRIELLA LaCROW | 99 HIGH STREET | | Boston, MA 02210 |
| CARIS & COMPANY, INC. | $0.00 | Sandy Turley | 853 CAMINO DEL MAR - SUITE 100 | | del Mar, CA 92014 |
| CDR and CPR TECHNOLOGIES INC | $0.00 | John Wang | 6280 San Ignacio Avenue | Suite A | San Jose, CA 95119 |
| Charles River Systems, Inc. | $0.00 | | 7 New England Executive Park | | Burlington, MA 01803 |
| CHECKPOINT | $0.00 | | 800 Bridge Parkway | | Redwood City, CA 94065 |
| CHEEVERS & CO INC | $24,189.97 | | 440 S. LASALLE | SUITE 415 - 4TH FLOOR | CHICAGO IL 60605 |
| China Basin Ballpark Company | $0.00 | | | | |
| Clearcorp Dealing Systems | $0.00 | Golaka C Nath | 5-7th floors, Trade World, C-Wing, Kamala Compound | Senapati Bapat Marg, Lower Parel (West) | Mumbai-400013 |
| COQSOFT | $0.00 | | Rabstejnska 1580/35 | 32300 Plzen 1-Bolevec | Czech Republic |
| CT Corp. | $0.00 | | 660 3rd Street | | San Fransisco, CA 94107 |
| Data Inc | $0.00 | Arun Verma | 72 Summit Avenue | | Montvale, NJ 07645 |
| Delaware North Companies, Inc - Boston | $0.00 | Leah Leahly | 100 Legends Way, Suite 200 | | Boston MA 02114 |
| Developer Xpress | $0.00 | | 801 N. Brand Blvd | Suite 850 | Glendale, CA 91203 |
| Devils Arena Entertainment, LLC | $0.00 | | 165 Mulberry Street | | Newark, NJ 07102 |
| Digitial Image Design | $0.00 | W B Paley | 170 Claremont Avenue | Suite 6 | New York, NY 10027 |
| Direct Access Financial ("DAF") | $0.00 | | 2595 North Dallas Parkway | Suite 101 | Frisco, TX 75034-8528 |
| DIVELEMENTS | $0.00 | | 2 North Street, Milborne Port | | Sherborne, Dorset DT9 5ES United Kingdom |
| DROWST TRADING, LLC | $365,886.30 | ATTN: NICOLE GIUDICE | 440 SOUTH LASALLE ST., SUITE 1988 | | Chicago IL 60605 |
| DSVIEW | $0.00 | | 4991 Corporate Drive | | Huntsville, AL 35805 |
| Emerging Markets Economic | $0.00 | | UNIT 1602 16/F WORKiNGTON TOWER | 78 BONHAM STRAND SHEUNG WAN | HONG KONG |
| EQUILEND LLC | $0.00 | | 17 STATE STREET, 9th Floor | | New York NY 10004 |
| EurekaHedge | $0.00 | | 101C TELOK AYER STREET | | SINGAPORE 068574 |
| EUREX CLEARING AG | $0.00 | Ekkehard Jaskulla | NEUE BORSENSTRABE 1 | | Franfurt Germany 60487 |
| Fidessa Corporation | $11,606.96 | | 17 State Street | | New York, NY 10004-1501 |
| Forefield Advisor | $0.00 | | 33 Boston Post Road West | Suite 190 | Marlboro, MA 01752 |
| Forrester Research, Inc. | $0.00 | Brittany Roberts, Esq | 1055 Massachusetts Ave. | | Cambridge, MA 03138 |
| GFINET INC | $169,985.00 | | 100 WALL STREET | ACCOUNTING DEPARTMENT | NEW YORK NY 10005 |

**Please note:** Contracts designated for assumption and assignment below include any and all vendor agreements for the provision of goods and/or services to Lehman Brothers Holdings Inc. ("LBHI") and/or Lehman Brothers Inc. ("LBI"), between each listed counterparty and LBI and/or LBHI, and that are related to the assets purchased by Barclays Capital Inc. from LBHI, LBI and/or LB 745 LLC. For the avoidance of doubt, this schedule and notice of the assumption and assignment of these contracts is being filed in both the In re: Lehman Brothers Holdings Inc. (Case No. 08-13555) (Jointly Administered) and In re Lehman Brothers, Inc. (Case No. 08-01420) cases. The cure amount listed for each counterparty represents an aggregate cure amount with respect to all such contracts between LBHI and/or LBI on the one hand and the counterparty on the other hand.

| Supplier Name | Cure Amount | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip |
|---|---|---|---|---|---|
| Goldberg, Kohn, Bell, Black, Rosenbloom & Moritz, LTD | $0.00 | | 55 East Monroe Street | Suite 3300 | Chicago, Illinois 60603-5792 |
| Gryphon Networks | $4,667.00 | | 249 Vanderbilt Ave. | | Norwood, MA 02062 |
| Harland Clarke | $0.00 | | P.O. BOX 931898 | | Atlanta, GA 31193 |
| iDeal/iPreo | $0.00 | | 1359 Broadway, 2nd Fl. | | New York, NY 10018 |
| IDM COMPUTER SOLUTIONS | $0.00 | | 5559 Eureka Drive | Suite B | Hamilton, OH 45011 |
| INFRAGISTICS, INC. | $0.00 | | 50 Millstone Road | Building 200, suite 150 | Princeton, NJ 08520 |
| INTERNATIONAL SWAPS AND DERIVATIVES | $0.00 | 360 Madison Avenue | 16th Floor | New York, NY 10017 | 212-901-6000 |
| Intuit | $0.00 | Director Corp. Partner Development | 2632 Marine Way | | Mountain View, CA 94043 |
| IPC Network Services Inc | $2,291.77 | | Bucklersbury South | 83 Cannon Street | Londo EC4N 8EL |
| Jasna Polana | $2,599.60 | | 8 Lawrence Road | | Princenton, NJ 08540 |
| JEFFERIES & COMPANY, INC. | $0.00 | | 520 MADISON AVENUE | 5th Floor | New York, NY 10022 |
| JetBrains | $0.00 | | 1670 So. Amphlett Blvd | Suite 214 | San Mateo, CA 94402 |
| JIDE Software | $0.00 | | 15057 Cross Stone Drive | | San Diego CA, 992127 |
| JP MORGAN SECURITIES | $10,598.78 | | 270 PARK AVENUE | 6TH FLOOR | NEW YORK, NY 10017 |
| KIODEX, INC. | $0.00 | | 560 Lexington Avenue | 9th Floor | New York, NY 10022 |
| Kiplinger Tax Letter | $0.00 | | 1729 H Street NW | | Washington, D.C. 20006-3938 |
| Kynex Inc. | $0.00 | | 17-17 ROUTE 208 | | FAIR LAWN 07410 |
| Leimberg Services | $0.00 | | 144 West Eagle Road | | Havertown, PA 19083 |
| Mapilab Ltd | $0.00 | | Pacific Businesss Center | P.O. Box 34069 #381 | Seattle, WA 98124-1069 |
| MBG TELECOM SOFTWARE INC | $0.00 | Michael Greenspan | 370 Lexington Ave | | New York, NY 10017 |
| MCNAMARA TRADING COMPANY | $46,651.91 | | 1900 MARKET ST | | PHILADELPHIA, PA 19103 |
| MERCURY TECHNOLOGIES INC | $0.00 | | 32 Old Slip | 11th Floor | New York, NY 10005 |
| Metavante | $0.00 | Kristen Hagemeir | 4900 West Brown Deer Road | | Milwaukee, WI 53223 |
| Micro Design Services | $0.00 | | 2001 Rout 46 | suite 502 | Parsippany, NJ 07054 |
| MINDJET | $0.00 | | 1160 Battery Street, 4th Floor | | San Francisco, CA 94111 USA |
| MORTICE KERN SYSTEMS (MKS) | $0.00 | Larry Wasylishyn | 410 Albert Street | | Waterloo, Ontario, CA N2l3v3 |
| NASD Regulation | $0.00 | | P.O.BOX 7777-W9850 | | PHILADELPHIA, PA 19175-9850 |
| NETAPP FINANCIAL SOLUTIONS | $0.00 | | 495 East Java Drive | | Sunnyvale, CA 94089 USA |
| New Jersey Sports & Exporsition Authority | $0.00 | | 50 State Highway 120 | | East Rutherford, NJ 07073 |
| New Patriots Stadium, LLC | $0.00 | | 60 Washington Street | | Foxborough, MA 02035 |
| NYSE Regulation | $0.00 | | 11 Wall Street | | New York, NY 10005 |
| PerTrac Analytics | $0.00 | | 58 West 40th Street | 4th Floor | New York, NY 10018 |
| Quality Technology Services | $70,277.00 | Michael Kurtz | 300 Satellite Blvd. NW | | Suwanee, GA 30024 |
| QUEST SOFTWARE INC. | $84,960.40 | | PO box 51739 | | Los Angeles, CA 90051 |
| Quotevision | $0.00 | | Haymarket House | 5th Floor | LONDON SW1Y 4EE |
| RCN | $0.00 | | 196 Van Buren Street | | Herndon, VA 20170 |
| REALPOINT LLC | $0.00 | | 410 Horsham Road | Suite A | Horsham, PA 19044 |
| RELIANCE | $0.00 | James Maxwell | 3384 Peachtree Road | | Atlanta, GA 30326 |
| REVOLUTION COMPUTING / Paradise | $16,100.00 | | 265 Church Street | | New Haven, CT 06510 |
| Riveria Country Club | $10,090.38 | Pat Velazquez | 1250 Capri Drive | | Pacific Palisades, CA 90272 |
| SCOOTER SOFTWARE | $0.00 | | 2828 Marshall Court, Suite 112 | | Madison, WI 53705-2276 |
| SOURCEMEDIA | $0.00 | | One State Street Plaza | 27th Floor | New York, NY 10004 |
| STEEMA | $0.00 | | Avinguda Montilivi 33 | 17003 Girona | Catalonia, Spain |
| SUSQUEHANNA FINANCIAL GROUP | $0.00 | | 175 WEST JACKSON BLVD | Suite 1700 | Chicago, IL 60604 |
| SYNCFUSION, INC. | $0.00 | | 9001 Aerial Center Parkway | Suite 110 | Morrisville, NC 27560 |
| SyndTrak Database Application | $0.00 | | 601 Riverside Avenue | | Jacksonville, FL 32204 |
| TIPS, LLC | $0.00 | | 332 Springfield Avenue | Suite 200 | Summit, NJ 07901 |
| Tomlab Optimization Inc | $0.00 | | 1260 SE Bishop Blvd | Ste E | Pullman, WA 99163 |
| TOWNSEND ANALYTICS LTD | $0.00 | Kurt Phillips | 100 South Wacker Drive | | Chicago, IL 60606 |
| Track Data | $0.00 | William Olsen | 95 Rockwell Place | | Brooklyn, NY 11217 |

**Please note:** Contracts designated for assumption and assignment below include any and all vendor agreements for the provision of goods and/or services to Lehman Brothers Holdings Inc. ("LBHI") and/or Lehman Brothers Inc. ("LBI"), between each listed counterparty and LBI and/or LBHI, and that are related to the assets purchased by Barclays Capital Inc. from LBHI, LBI and/or LB 745 LLC. For the avoidance of doubt, this schedule and notice of the assumption and assignment of these contracts is being filed in both the In re: Lehman Brothers Holdings Inc. (Case No. 08-13555) (Jointly Administered) and In re Lehman Brothers, Inc. (Case No. 08-01420) cases. The cure amount listed for each counterparty represents an aggregate cure amount with respect to all such contracts between LBHI and/or LBI on the one hand and the counterparty on the other hand.

| Supplier Name | Cure Amount | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip |
|---|---|---|---|---|---|
| TRADEWARE SYSTEMS LLC | $18,825.94 | | Tradeware Global LLC | 40 Wall Street 36th Floor | New York, NY 10005 |
| Tripwire, Inc. | $0.00 | | 101 SW Main Street | Suite 1500 | Portland, OR 97204 |
| Trusts + Estates | $0.00 | | P.O. BOX 5180 | | Brentwood, CA 37024 |
| Video Corporation of America | $143,014.37 | | 370 Seventh Ave | Suite 550 | New York, NY 10001 |
| Walkers SPV | $8,059.78 | | P.O. BOX 908 GT | WALKER HOUSE | CAYMAN ISLANDS |
| Wall Street Source | $0.00 | Marciano DeCesare | 26 West 17th Street | | New York, NY 10011 |
| WEDBUSH MORGAN SECURITIES | $15,546.00 | ATTN: MATTHEW MILLER | 1000 WILSHIRE BLVD 9TH FLR | | Los Angeles, CA 90017 |
| Winzip Computing INC | $0.00 | | PO Box 540 | | Mansfield, CT 06268 |

**EXHIBIT B**

**Please note:** Contracts designated for assumption and assignment below include any and all vendor agreements for the provision of goods and/or services to Lehman Brothers Holdings Inc. ("LBHI") and/or Lehman Brothers Inc. ("LBI"), between each listed counterparty and LBI and/or LBHI, and that are related to the assets purchased by Barclays Capital Inc. from LBHI, LBI and/or LB 745 LLC. For the avoidance of doubt, this schedule and notice of the assumption and assignment of these contracts is being filed in both the In re: Lehman Brothers Holdings Inc. (Case No. 08-13555) (Jointly Administered) and In re Lehman Brothers, Inc. (Case No. 08-01420) cases. The cure amount listed for each counterparty represents an aggregate cure amount with respect to all such contracts between LBHI and/or LBI on the one hand and the counterparty on the other hand.

| Supplier Name | Cure Amount | Notification Contact | Notification Address 1 | Notification Address 2 | Notification City, State Zip |
|---|---|---|---|---|---|
| Wisdom Software Inc - SOFTWARE HOUSE INTERNATIONAL | $0.00 | | 255 Newport Drive | | Port Moody, CA BC |
| WOLVERINE EXECUTION SERVICES, LLC | $15,851.00 | | 175 W. JACKSON BLVD | SUITE 200 | Chicago, IL 60604 |
| Xceed Software Inc | $0.00 | | 155 Bould. Jean-Paul-Vincent | Suite 180 | Longueuil, Quebec CA J4n 1L6 |
| XTRACT RESEARCH, LLC | $0.00 | Michael Knox | 90 grove Street | Suite 205 | Ridgefield, CT 06877 |
| Zephyr | $0.00 | | P.O.BOX 12368 | | ZEPHYR COVE 89448 |

**EXHIBIT C**

Weil Gotshal & Manges LLP
Attn: Richard P. Krasnow, Lori R. Fife,
Shai Y Waisman, Jaqueline Marcus
(Counsel for the Debtors)
767 5th Ave
New York, NY 10153

Hughes Hubbard & Reed LLP
James W. Giddens
James B. Kobak, Jr., Christopher K. Kiplok
One Battery Park Plaza
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F Dunne/ Dennis O'Donnell/ Evan Fleck
(Proposed Creditors Committee Counsel)
1 Chase Manhattan Plaza
New York, NY 10004

The Office of the United States Trustee (SDNY)
Attn: Andrew D. Velez-Rivera, Paul Schwartzberg,
Brain Masumoto, Linda Rifkin, Tracy Hope Davis
33 Whitehall Street
21st Floor
New York, NY 10004