UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                       Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                     Case No. 08-13555 (JMP)

　　　　　　　　　Debtor.
------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF AUSTIN L. MCMULLEN

UPON the motion of Austin L. McMullen dated November 20, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Austin L. McMullen is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
　　　　 November 25, 2008

　　　　　　　　　　　　　　　　　　　　　　 s/ *James M. Peck*
　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES BANKRUPTCY JUDGE