UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                                                Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                             Case No. 08-13555 (JMP)

                                    Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ROGER G. JONES

UPON the motion of Roger G. Jones dated November 20, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Roger G. Jones is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
            November 25, 2008

                                                                 *s/ James M. Peck*
                                                                 UNITED STATES BANKRUPTCY JUDGE