UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                       Case No. 08-13555 (JMP)

                           Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF HELEN D. BALL

UPON the motion of Helen D. Ball dated November 21, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Helen D. Ball is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated: New York, New York
          November 25, 2008

                                                              s/ *James M. Peck*
                                                              UNITED STATES BANKRUPTCY JUDGE