UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:                                                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                 Case No. 08-13555 (JMP)

                        Debtor.

------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF H. ALEXANDER FISCH

UPON the motion of H. Alexander Fisch dated November 13, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that H. Alexander Fisch is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       November 25, 2008

                            _s/ James M. Peck_____
                            UNITED STATES BANKRUPTCY JUDGE