UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                              Case No. 08-13555 (JMP)

                          Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*<br>OF THEODORE B. STOLMAN

UPON the motion of Theodore B. Stolman dated November 13, 2008, for admission *pro*

*hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Theodore B. Stolman is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated: New York, New York
       November 25, 2008

                                    s/ *James M. Peck*
                                    UNITED STATES BANKRUPTCY JUDGE