UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                  Case No. 08-13555 (JMP)

                                    Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE*
## OF CAROL CHOW

   UPON the motion of Carol Chow dated November 14, 2008, for admission *pro hac vice*

in this bankruptcy proceeding; it is hereby

   **ORDERED**, that Carol Chow is admitted to practice, *pro hac vice* in the above

referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.


Dated: New York, New York
    November 25, 2008

           s/ *James M. Peck*
           UNITED STATES BANKRUPTCY JUDGE