UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                  Case No. 08-13555 (JMP)

                              Debtor.
-------------------------------------------------------------X

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF PAUL J. COUCHOT

UPON the motion of Paul J. Couchot dated November 18, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Paul J. Couchot is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       November 25, 2008

                                           *s/ James M. Peck*
                                           UNITED STATES BANKRUPTCY JUDGE