UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

In re:                                      Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC.,              08-13555 (JMP)
     *et al.*
             (Jointly Administered)

     Debtors.
---------------------------------------------------------x

STATE OF NEW YORK    )
         ) ss.:
COUNTY OF NEW YORK   )

## Affidavit of Service

  Mary M. Charles-Kennedy, being duly sworn, deposes and says: I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

  On November 21, 2008, I served a copy of the below-referenced documents by causing true and correct copies of the same to be sent by FedEx Overnight Mail on Friday, November 21, 2008 for Monday delivery to the parties listed on Exhibit A.

  On November 24, 2008, I served a copy of the below-referenced documents by causing true and correct copies of the same to be sent by first class, United States mail, postage prepaid to the parties listed on Exhibit B.

DOCUMENT 1: NOTICE OF MOTION OF MAPCO EXPRESS, INC. AND DELEK US HOLDINGS, INC. FOR RELIEF FROM THE AUTOMATIC STAY

DOCUMENT 2: MOTION OF MAPCO EXPRESS, INC. AND DELEK US HOLDINGS, INC. FOR RELIEF FROM THE AUTOMATIC STAY.

              */s/ Mary M. Charles-Kennedy*
              Mary M. Charles-Kennedy

Sworn to before me this 24th
day of November 2008.

*/s/ Carrie E. Mitchell*
NOTARY PUBLIC
Carrie E. Mitchell
Notary Public, State of New York
No. 02MI6136082
Qualified in New York County
Commission Expires October 31, 2009

{00071936.1 / 0180-013}

## Exhibit A

**Jacqueline Marcus**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000
*Counsel to the Debtors and Debtors-in-Possession*

**Dennis Dunne, Esq.**
Milbank, Tweed, Hadley & Mccloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*Counsel to the Official Committee of Unsecured Creditors*

3

**<u>Exhibit B</u>**