UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                            Case No. 08-13555 (JMP)

                        Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF ADAM H. ISENBERG

UPON the motion of Adam H. Isenberg dated November 20, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Adam H. Isenberg is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       November 25, 2008

                                             *s/ James M. Peck*
                                             UNITED STATES BANKRUPTCY JUDGE