UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,              Case No. 08-13555 (JMP)

                              Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JON P. NEWTON

UPON the motion of Jon P. Newton dated November 21, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Jon P. Newton is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       November 25, 2008

                                        *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE