UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                  Case No. 08-13555 (JMP)

                            Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOHN J. JOLLEY, JR.

UPON the motion of John J. Jolley, Jr. dated November 21, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that John J. Jolley, Jr is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       November 25, 2008

                                             *s/ James M. Peck*
                                             UNITED STATES BANKRUPTCY JUDGE