UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                            Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                     Case No. 08-13555 (JMP)

                                Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF DARYL L. DIESING

UPON the motion of Daryl L. Diesing dated November 24, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Daryl L. Diesing is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
         November 25, 2008

                                                    *s/ James M. Peck*
                                                    UNITED STATES BANKRUPTCY JUDGE