UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                          Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                    Case No. 08-13555 (JMP)

                                    Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BRUCE G. ARNOLD

UPON the motion of Bruce G. Arnold dated November 24, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Bruce G. Arnold is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       November 25, 2008

                                              *s/ James M. Peck*
                                              UNITED STATES BANKRUPTCY JUDGE