**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                                    )   Chapter 11 Case
                                                          )
LEHMAN BROTHERS                                           )   Case No. 08-13555 (JMP)
HOLDINGS INC., *et al.*,                                  )
                                                          )   (Jointly Administered)
                           Debtors.                       )
                                                          )
---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

      Lauren Keith, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Hudson County, New Jersey.

      On November 25, 2008, deponent served true and correct copies of Royal Bank America's Limited Objection To Debtors' Motion For An Order Pursuant To Sections 105 And 365 Of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment Of Prepetition Derivative Contracts upon the attached service list by Federal Express.

                                       /s/ Lauren Keith
                                       Lauren Keith

Sworn to before me this
25th day of November 2008

/s/ Constantine Pourakis
Notary Public

SL1 887026v1/101445.00035

## Service List

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Lori R. Fife, Esq.
Robert J. Lemons, Esq.

Office of the US Trustee
33 Whitehall St., 21st floor
New York, NY 10004
Attn: Andy Velez-Rivera
Paul Schwartzberg
Brain Masumoto
Linda Riffkin
Tracey Hope Davis

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn: Steven J. Resiman

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

SL1 887026v1/101445.00035