BLANK ROME LLP
Andrew B. Eckstein
Edward J. LoBello
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (JMP) <br> Jointly Administered |
| Debtors. | |

---

### VERIFIED STATEMENT OF BLANK ROME LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

TO:   THE HONORABLE JAMES M. PECK,
      UNITED STATES BANKRUPTCY JUDGE

Blank Rome LLP ("Blank Rome"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), submits this verified statement ("Verified Statement") in the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc. and its affiliated debtors (collectively, the "Debtors"), and respectfully discloses the following:

1.   Blank Rome has been consulted by the entities (the "Entities") listed on Exhibit A, attached hereto.

2.   The Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors.

130668.01600/6687033v.1

3.  Blank Rome has consulted with each of the Entities relative to the Debtors' chapter 11 cases. Each of the Entities separately requested counsel from Blank Rome regarding issues relating to the Debtors' chapter 11 cases.

4.  Upon information and belief, Blank Rome does not currently possess, and has not in the past possessed, any claims against or interests in any of the Debtors.

5.  This statement is filed strictly to comply with Bankruptcy Rule 2019, and nothing contained herein is with prejudice to any right, remedy, or claim of the represented Entities. All such rights, remedies, and claims are expressly preserved.

6.  Blank Rome reserves the right to supplement or amend this Verified Statement, including the attached Exhibit A, at any time in the future.

Dated: New York, New York
November 25, 2008

**BLANK ROME LLP**

By: /s/ *Andrew B. Eckstein*
 Andrew B. Eckstein
 Edward J. LoBello
 The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5000
Fax: (212) 885-5001

130668.01600/6687033v.1