CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, OK 73102-8273
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
Judy Hamilton Morse, (to be admitted *pro hac vice)*
Attorney for Oklahoma Municipal Power Authority

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) <br> ) <br> LEHMAN BROTHERS HOLDINGS, INC., et al., ) <br> ) <br> Debtors. ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br> Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Judy Hamilton Morse, a member in good standing of the bar of the State of Oklahoma, request admission, *pro hac vice*, before the Honorable James M. Peck to represent Oklahoma Municipal Power Authority, a creditor in the above-referenced case.

Mailing address: Crowe & Dunlevy, P.C., 20 N. Broadway, Suite 1800, Oklahoma City, OK 73102; E-mail address: judy.morse@crowedunlevy.com; Telephone No: (405) 235-7700.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: November 25, 2008
Oklahoma City, Oklahoma

                                                               Respectfully submitted,

                                                              s/ Judy Hamilton Morse
                                                              Judy Hamilton Morse, OBA #6450
                                                              CROWE & DUNLEVY, a Professional Corporation
                                                              20 North Broadway, Suite 1800
                                                              Oklahoma City, OK 73102-8273
                                                              (405) 235-7700    (405) 239-6651 (Facsimile)
                                                              judy.morse@crowedunlevy.com

                                                              ATTORNEY FOR OKLAHOMA MUNICIPAL
                                                              POWER AUTHORITY

1839961.01