CROWE & DUNLEVY, P.C.
20 North Broadway, Suite 1800
Oklahoma City, Oklahoma 73102
Telephone:  (405) 235-7700
Facsimile:  (405) 239-6651

Attorneys for Oklahoma Municipal
Power Authority

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------- x
                                                                  :
**In re**                                                         :          **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :          **08-13555 (JMP)**
                                                                  :
          **Debtors.**                                      :          **(Jointly Administered)**
                                                                  :
--------------------------------------------------------------------- x

### NOTICE OF APPEARANCE AND REQUEST FOR
### NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that creditor Oklahoma Municipal Power Authority

("OMPA"), by and through its counsel of record, hereby requests, pursuant to § 1109(b) of title

11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in

this case be given to and served upon the undersigned at the following address, telephone and

facsimile number:

> Judy Hamilton Morse
> CROWE & DUNLEVY, P.C.
> 20 North Broadway, Suite 1800
> Oklahoma City, OK 73102
> Telephone:  (405) 235-7700
> Facsimile:   (405) 239-6651
> E-Mail: judy.morse@crowedunlevy.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002

and 9013, and Section 342 of the Bankruptcy Code, this requests also includes, but is not

limited to, all orders, notices, applications, motions, pleadings, objections, interim

statements, status reports, schedules, complaints, demands, answers or reply papers, and

any notice of entry of discharge, dismissal or conversion, made by the above-captioned

debtor or any third party in this Chapter 11 case or any adversary proceedings or

contested matters therein, including, without limitation, any of the following:

      1.     Any notice sent pursuant to Bankruptcy Rule 2002(a), (b), (e), (f) or (h);

and

      2.     All notices sent to Committees pursuant to Bankruptcy Rule 2002(i).

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only

notices and papers referred to in Bankruptcy Rule 2002, but also includes, without

limitation, orders and notices of any application, motion, petition, pleading, request,

complaint or demand, whether formal or informal, whether written or oral, and whether

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise,

that affect the above-captioned Debtors or Debtors-in-Possession or the property of such

Debtors' estates.

                          s/ Judy Hamilton Morse
                          Judy Hamilton Morse, OBA #6450
                          - Of the Firm -
                          CROWE & DUNLEVY,
                          A Professional Corporation
                          20 North Broadway, Suite 1800
                          Oklahoma City, OK 73102
                          (405) 235-7700
                          (405) 239-6651 (Facsimile)

                          ATTORNEYS FOR OKLAHOMA
                          MUNICIPAL POWER AUTHORITY

      Dated November 25, 2008
      Oklahoma City, Oklahoma

1840256.01

2