UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDING INC.,** *et al.,* | Case No. 08-13555 (JMP) Jointly Administered |
| Debtors. | Re: Dkt. No. 1722 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK   )

**NORA E. MORALES** being duly sworn, deposes and says:

1. That I am over 18 years of age, not a party to this action, and reside in Queens, New York.

2. That on November 25, 2008, I caused to be served the:

- *Verified Statement of Blank Rome LLP Pursuant to 2019 of the Federal Rules of Bankruptcy Procedure;*

to be served upon the parties annexed hereto as Exhibit A by First Class Mail by depositing a true copy thereof in a prepaid envelope in an official depository under the exclusive care and custody of the United States Postal Service.

                                                                                  _____
                                                                                  NORA E. MORALES

Sworn to before me this
25th day of November, 2008

_____
Notary Public

RUBY HYDE
Notary Public, State of New York
No. 01HY6040493
Qualified in Bronx County
Commission Expires April 24, 201__

130668.01600/6688850v.1

## SERVICE LIST

| **BY FIRST CLASS:** |
|---|
| Jacqueline Marcus, Esq.<br>Richard Krasnow, Esq.<br>Lori, Fife, Esq.<br>Shai Waisman, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153 |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Dennis O'Donnell, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112<br>Facsimile: 212-668-2255 |
| Lindsee Granfield, Esq.<br>Lisa Schweitzer, Esq.<br>Cleary, Gottlieb LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Robinson B. Lacy, Esq.<br>Hydee R. Feldstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004 |