**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>LEHMAN BROTHERS HOLDINGS, INC., | Case No.: 08-13555-jmp<br><br>Chapter: 11 |
| ALIANT BANK,<br><br>   Plaintiff<br>v.<br><br>LEHMAN BROTHER SPECIAL FINANCING, INC., JP MORGAN CHASE BANK, N.A.; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>   Defendants | Adv. Proc. No.: 08- |

**SUMMONS AND NOTICE OF TRIAL IN AN**
**ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| | |
|---|---|
| Address of Clerk | **Clerk of the Court**<br>**United States Bankruptcy Court**<br>**Southern District of New York**<br>**One Bowling Green**<br>**New York, NY 10004-1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **John S. Mairo, Esq.**<br>**Porzio, Bromberg & Newman, PC**<br>**100 Southgate Parkway**<br>**Morristown, NJ 07962-1997**<br>**(973) 538-4006** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

682606

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
|  | Date and Time |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                Kathleen Farrell-Willoughby
                Clerk of the Bankruptcy Court

            By: _____
  Date              Deputy Clerk