**REED SMITH LLP**
435 Sixth Avenue
Pittsburgh, PA 15219
Tel:  412-288-3131
Fax: 412-288-3063
  Eric A. Schaffer
  eschaffer@reedsmith.com

599 Lexington Avenue
New York, NY  10022
Tel:  212-521-5400
Fax: 212-521-5450
  Michael J. Venditto
  mvenditto@reedsmith.com

*Counsel to BNY Corporate Trustee Services Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                     :   Case No. 08-13555 (JMP)
                                                             :   (Jointly Administered)
                                                    Debtors. :
                                                             :
-------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that BNY Corporate Trustee Services Limited, by its counsel, Reed Smith, LLP, appears in the above-entitled bankruptcy cases and demands, pursuant to 11 U.S.C. §§ 102(1), 342 and 1109(b) and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case, be given to and served upon:

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
   Attention:  Eric A. Schaffer, Esq.

Telephone:   412-288-3131
Telecopy:    412-288-3063

   - and -

Reed Smith LLP
599 Lexington Avenue
New York, New York 10022
   Attention: Michael J. Venditto, Esq.
Telephone:   212-521-5400
Telecopy:    212-521-5450

This request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telecopy, electronic file transfer, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive (i) the right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which BNY Corporate Trustee Services Limited is or may be entitled under

agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and

recoupments expressly are reserved.

Dated: New York, New York
       November 25, 2008

> Respectfully submitted,
>
> **REED SMITH LLP**
>
> By: /s/ Michael J. Venditto_____
> Eric A. Schaffer
> Michael J. Venditto
> 435 Sixth Avenue
> Pittsburgh, PA 15219
>
> - and -
>
> 599 Lexington Avenue
> New York, NY 10022
> Tel: 212-521-5400
> Fax: 212-521-5450
>
> *Counsel to BNY Corporate Trustee Services Limited*

**TO**:

Weil Gotshal & Manges LLP
767 Fifth Avenue,
New York, New York 10153
Attn:   Richard P. Krasnow, Esq.,
        Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.
        Jacqueline Marcus, Esq.
            *attorneys for the Debtors*

Office of the United States Trustee for the Southern District of New York
33 Whitehall Street
21st Floor
New York, New York 10004
Attn:   Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
        Tracy Hope Davis

- 4 -

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:  Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.
        *attorneys for the Official Committee of Unsecured Creditors*

Cleary Gotliebb LLP
One Liberty Plaza
New York, NY 10006
Attn:  Lindsee P. Granfield, Esq.
    Lisa Schweiger, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn:  Robinson B. Lacy Esq.
    Hydee R. Feldstein, Esq.
        *attorneys for the Debtors' postpetition lenders*