# EXHIBIT C

[PMI Notice of Early Termination]


FPLEnergy
AN FPL GROUP COMPANY

September 15, 2008

**VIA COURIER OR PERSONAL DELIVERY AND BY FACSIMILE (212-526-7672)**

Lehman Brothers Commodity Services, Inc.
c\o Lehman Brothers Inc.
Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, New York 10019
Attn: Documentation Manager

**NOTICE OF EVENT OF DEFAULT and DESIGNATION OF AN EARLY TERMINATION DATE**

**Re:** ISDA Master Agreement dated January 30, 2007 (the "Agreement") by and between FPL Energy Power Marketing, Inc. (Party B) and Lehman Brothers Commodity Services Inc. (Party A)

Ladies and Gentlemen:

An Event of Default has occurred with respect to Party A under Section 5(a)(vii) of the Agreement due to the Bankruptcy of Party A's Credit Support Provider. Pursuant to Section 6(a) of the Agreement Party B hereby designates September 17, 2008 as the Early Termination Date for all outstanding Transactions under the Agreement. Accordingly all physical schedules and deliveries for Power Transactions under the Agreement will cease effective as of 12:01 AM September 17, 2008.

Party B as the Performing Party pursuant to such terminated Transactions under the Agreement, will determine, and by subsequent notice advise Party A of any amounts due in respect of such early termination pursuant to the terms of the Agreement.

This notice is without prejudice to any of Party B's rights or remedies with respect to the matter described herein or any default, termination, or liquidation events under the terms of the Transactions, or as otherwise available under applicable law or in equity, including but not limited to, its rights to demand and obtain payment of default interest, late charges, attorneys fees and other costs incurred as a result of any of the foregoing defaults, and Party B's right to proceed against any and/or all guarantors, under and pursuant to any applicable guaranties.

All capitalized terms used in this demand letter and not defined herein will have the meanings ascribed thereto in the Agreement. If you have any questions regarding this notice please contact Brent Hendry, Managing Attorney at (561) 304-5276.

Sincerely,

*Mark Maisto /mp*

Mark Maisto
President

cc: Joe Barker,
Director of Credit



**FPLEnergy**
An FPL Group Company

September 15, 2008

**VIA COURIER OR PERSONAL DELIVERY AND BY FACSIMILE (212-526-7672)**

Lehman Brothers Commodity Services, Inc.
c\o Lehman Brothers Inc.
Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, New York 10019
Attn: Documentation Manager

**NOTICE OF EVENT OF DEFAULT and DESIGNATION OF AN EARLY TERMINATION DATE**

Re: ISDA Master Agreement dated January 30, 2007 (the "Agreement") by and between FPL Energy Power Marketing, Inc. (Party B) and Lehman Brothers Commodity Services Inc. (Party A)

Ladies and Gentlemen:

An Event of Default has occurred with respect to Party A under Section 5(a)(vii) of the Agreement due to the Bankruptcy of Party A's Credit Support Provider. Pursuant to Section 6(a) of the Agreement Party B hereby designates September 17, 2008 as the Early Termination Date for all outstanding Transactions under the Agreement. Accordingly all physical schedules and deliveries for Power Transactions under the Agreement will cease effective as of 12:01 AM September 17, 2008.

Party B as the Performing Party pursuant to such terminated Transactions under the Agreement, will determine, and by subsequent notice advise Party A of any amounts due in respect of such early termination pursuant to the terms of the Agreement.

This notice is without prejudice to any of Party B's rights or remedies with respect to the matter described herein or any default, termination, or liquidation events under the terms of the Transactions, or as otherwise available under applicable law or in equity, including but not limited to, its rights to demand and obtain payment of default interest, late charges, attorneys fees and other costs incurred as a result of any of the foregoing defaults, and Party B's right to proceed against any and/or all guarantors, under and pursuant to any applicable guaranties.

All capitalized terms used in this demand letter and not defined herein will have the meanings ascribed thereto in the Agreement. If you have any questions regarding this notice please contact Brent Hendry, Managing Attorney at (561) 304-5276.

Sincerely,

*Mark Maisto* /mp
Mark Maisto
President

cc: Joe Barker,
    Director of Credit

Recieved by:
Kirsy Acosta
Admin Asst.
9/15/08 5:30pm
[signature]