**ARENT FOX LLP**
Christopher J. Giaimo (CG 2260)
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Hunter T. Carter (HC 1844)
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

Attorneys for Georgetown University

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Arent Fox LLP hereby enters its appearance on behalf of Georgetown University in this Chapter 11 case. Pursuant to § 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Arent Fox LLP requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Arent Fox LLP at the office, address, telephone number and facsimile number set forth below and that the following names be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as set forth below:

GENBUS/648862.1

ARENT FOX LLP
Christopher J. Giaimo, Esq.
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 857-6000
Facsimile: (202) 857-6395
giaimo.christopher@arentfox.com

-and-

ARENT FOX LLP
Hunter T. Carter, Esq.
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
carter.hunter@arentfox.com

PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex or otherwise, which are filed or made with regard to the captioned case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit, is intended to waive (i) this party's right to have final orders in noncore matters entered only after *de novo* review by a district judge, (ii) this party's right to trial by jury in any proceedings or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) this party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which this party is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions,

GENBUS/648862.1

defenses, setoffs and recoupments this party expressly reserves. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including without limitation, the jurisdiction of the Court to adjudicate noncore matters, all of which rights are reserved without prejudice.

Dated: November 25, 2008
Washington, DC

ARENT FOX LLP

By: /s/ Christopher J. Giaimo
Christopher J. Giaimo
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
Telephone: (202) 857-6000
Facsimile: (202) 857-6395

Hunter T. Carter
ARENT FOX LLP
1675 Broadway
New York, New York, 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

Attorneys for Georgetown University

GENBUS/648862.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 25, 2008, a copy of the foregoing was forwarded electronically to all parties consenting to service through the Court's ECF system and by U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Harvey R. Miller<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Counsel for Debtors | Jacqueline Marcus<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Counsel for Debtors |
| Shai Waisman<br>Weil Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, New York 10153<br><br>Counsel for Debtors | Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, New York 10004<br><br>Counsel for james W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers, Inc. |
| Epiq Bankruptcy Solutions<br>LLC Claims Agent (f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, New York 10017<br><br>Claims and Noticing Agent | James Tecce<br>Quinn Emmanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br><br>Counsel for Official Committee of Unsecured Creditors |
| Susheel Kirpalani<br>Quinn Emmanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br><br>Counsel for Official Committee of Unsecured Creditors | Ian T. Lowitt, CFO<br>Lehman Brothers Holdings, Inc.<br>245 Seventh Avenue<br>New York, New York 10019<br><br>Debtor |
| Lehman Brothers Holdings, Inc.<br>c/o Prentice-Hall Corporation System, Inc.<br>80 State Street<br>Albany, New York 12207<br><br>Registered Agent of Debtor | Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br><br>U.S. Trustee |

GENBUS/648862.1