UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
In Re:                                          :
                                                :   Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS INC.,                  :
                                                :   Case No. 08-13555 (JMP)
                                                :
    Debtor                                      :
                                                :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that Natixis, along with its affiliates Asset Backed Management Corp., Banque Privée Saint Dominique, Natixis Capital Markets Inc., Natixis Bleichroeder Inc., Natixis Financial Products Inc. and Natixis Securities North America Inc. (together, the "Natixis Entities"), each a creditor of the above-named debtors and party in interest in the captioned Chapter 11 case, hereby appear in the captioned Chapter 11 case by their undersigned counsel and request, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned Chapter 11 case, and all papers served or required to be served in connection therewith, be given and served upon:

        Karen E. Wagner (KW-3451)
        James I. McClammy (JM-5592)
        Davis Polk & Wardwell
        450 Lexington Avenue
        New York, New York 10017
        Telephone (212) 450-4000
        Facsimile (212) 450-3800
        Emails:    karen.wagner@dpw.com
                      james.mcclammy@dpw.com

        PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in these Chapter 11 cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

        This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over the Natixis Entitites. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of the Natixis Entities' substantive or procedural rights, including without limitation: (i) the Natixis Entities' right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) the Natixis Entities' right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the Natixis Entities' right to have the reference withdrawn by the District Court in any matter subject

to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs and recoupments the Natixis Entities' expressly reserve.

Dated: New York, New York
November 25, 2008

DAVIS POLK & WARDWELL

By: /s/ James I. McClammy
James I. McClammy

450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 450-380

Attorneys for the Natixis Entities