Karen E. Wagner, Esq.  (KW-3451)
James I. McClammy, Esq. (JM-5592)
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 450-3800

*Counsel to Natixis Securities North America Inc., Natixis Financial Products Inc., Natixis Capital Markets Inc., Banque Privee Saint Dominique, Asset Backed Management Corp., Natixis Bleichroeder Inc. and Natixis*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re:                                                                                 :
:    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :
:    Case No. 08-13555 (JMP)
:
Debtors.    :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                          )    ss:
COUNTY OF NEW YORK  )

        Darren S. Klein, being duly sworn, deposes and says:

        1.      I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017.

        2.      That on the 25th day of November, 2008, I caused a true and correct copy of the Notice of Appearance and Request for Notices and Service of Papers filed on behalf of Natixis Securities North America Inc., Natixis Financial Products Inc.,

Natixis Capital Markets Inc., Banque Privee Saint Dominique, Asset Backed Management Corp., Natixis Bleichroeder Inc. and Natixis. to be filed and served via the Electronic Court Filing system.

3. I further declare that on the 25th day of November, 2008, I caused copies of the above-referenced pleading to be served by first class mail to the parties listed in the attached Exhibit A.

Dated: New York, New York
November 25, 2008

/s/ Darren S. Klein
Darren S. Klein

Sworn to before me this
25th day of November, 2008.

/s/ Marguerite Melvin _____
Marguerite Melvin
Notary Public, State of New York
No. 01ME6114505
Qualified in New York County
Commission Expires August 16, 2012

# Exhibit A

| | |
|---|---|
| *Debtor* | Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| *Debtor* | Ian T. Lowitt<br>Chief Financial Officer<br>Lehman Brothers Holdings Inc.<br>745 Seventh Avenue<br>New York, NY 10019 |
| *Counsel for Debtors* | Harvey R. Miller, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| *Counsel for Debtors* | Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 |
| *Counsel for Debtors* | Shai Waisman, Esq.<br>Weil, Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153 |
| *U.S. Trustee* | Andrew D. Velez-Rivera, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 |
| *Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.* | Jeffrey S. Margolin, Esq.<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, NY 10004 |
| *Claims and Noticing Agent* | Epiq Bankruptcy Solutions, LLC<br>Claims Agent<br>(f/k/a Bankruptcy Services LLC)<br>757 Third Avenue, 3rd Floor<br>New York, NY 10017 |
| *Counsel for Official Committee of Unsecured Creditors* | James Tecce, Esq.<br>Quinn Emanuel Urquhart<br>Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |
| *Counsel for Official Committee of Unsecured Creditor* | Susheel Kirpalani, Esq.<br>Quinn Emanuel Urquhart<br>Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 |

| *Registered Agent of Debtor* | Lehman Brothers Holdings, Inc.<br>c/o The Prentice-Hall Corporation System, Inc.<br>80 State Street<br>Albany, NY 12207 |