# **Exhibit A**

# **Loan Facility Agreement**

NY2:\1938759\13\15JYF13!.DOC\58399.0003

| Loan Facility Agreement | Договор займа |
|---|---|
| This Loan Facility Agreement (the "Agreement") was entered into on 25 September 2007 By and Between: | Настоящий Договор займа ("Договор") был заключен 25 сентября 2007 г. между: |
| Lehman Brothers Holdings Inc, UK Branch (the "Lender"), whose registered branch address is 25 Bank Street, London, E14 5LE | Lehman Brothers Holdings Inc, английское отделение ("Кредитор"), зарегистрированное по адресу: 25 Bank Street, Лондон, E14 5LE |
| and OOO Lehman Brothers (the "Borrower"), whose registered address is 121099, Russia, Moscow, Smolenskaya square, bld.3, office 1409. | и ООО «Лиман Бразерс» ("Заемщик"), зарегистрированное по адресу: 121099, Россия, Москва, Смоленская площадь, 3, офис 1409. |
| hereinafter separately or jointly referred to as the "Party" or the "Parties" respectively. | далее по отдельности или совместно именуемые "Сторона" или "Стороны" соответственно. |
| It is hereby agreed between the Parties as follows: | Стороны настоящим договорились о нижеследующем: |

1   Amount                                              1   Сумма

From the date of this Agreement, the Lender will make available to the Borrower an uncommitted senior facility (the "Facility") and will, from time to time and as and when requested in accordance with the terms of this Agreement, make advances to the Borrower pursuant to the Facility (such advances being hereinafter referred to as "Individual Advances"). The aggregate quantum of Individual Advances shall initially be limited to US $ 22,500,000 (Twenty two million five hundred thousand dollars) or the equivalent in other currencies but can be varied by agreement between the Parties in writing. Additional credit facilities may be negotiated at a future date.

Particular amounts of Individual Advances and any specific terms and conditions applicable thereto shall be agreed by the Parties in writing by way of signing loan drawdown request agreements in the form set out in the Appendix (hereinafter referred to as

С даты настоящего Договора Кредитор предоставит Заемщику заем без определения окончательной суммы займа ("Заем") и будет периодически при поступлении запросов в соответствии с условиями настоящего Договора предоставлять Заемщику денежные средства в счет Займа (такие выплаты далее именуются "Отдельные выплаты"). Общая сумма Отдельных выплат первоначально ограничивается суммой в размере 22,500,000 (Двадцать два миллиона пятьсот тысяч) долларов США или эквивалентом этой суммы в других валютах, но может быть изменена по соглашению Сторон в письменной форме. Дополнительные выплаты могут быть согласованы в будущем.

Конкретные суммы Отдельных выплат и любые конкретные применимые к ним условия подлежат согласованию Сторонами в письменной форме путем подписания соглашений-запросов о выборке займа по форме, указанной в

"Loan Drawdown Request Agreements"). The Lender shall acknowledge receipt of the Loan Drawdown Request no later than 1 business day prior to the drawdown date as detailed in the Loan Drawdown Request.

The Borrower shall have an obligation to repay the Individual Advances received and interest accrued thereon in accordance with terms and conditions of this Agreement and respective Loan Drawdown Request Agreements which shall be agreed between the Parties from time to time.

2  **Purpose**

Advances made under the Facility shall be used by the Borrower for the purposes of financing its operations in Russia.

3  **Term**

Unless otherwise agreed by the Parties, the Agreement will be effective from 25 September 2007 and will be valid for a period of 3 years. The maturity of Individual Advances shall be agreed by the Parties and stated in the relevant Loan Drawdown Request Agreements.

4  **Repayment on Demand**

Individual Advances made under the Facility, together with accrued interest thereon, are repayable upon demand within 1 business day of written notification by the Lender, or as otherwise agreed by the Parties.

5  **Interest**

Interest shall accrue on the unpaid principal balance of each Individual Advance made under the Facility.

Приложении (далее - "Соглашения-запросы о выборке займа"). Кредитор подтверждает получение Запроса о выборке займа не позднее, чем за 1 рабочий день до даты выборки, в порядке, установленном в Запросе о выборке займа.

Заемщик обязан возвратить полученные Отдельные выплаты и начисленные на них проценты в соответствии с условиями настоящего Договора и соответствующих Соглашений-запросов о выборке займа, которые периодически согласовываются между Сторонами.

2  **Цель**

Предоставленные по Договору денежные средства используются Заемщиком для целей финансирования его деятельности в России.

3  **Срок действия**

Если только Сторонами не будет согласовано иное, Договор вступает в силу с 25 сентября 2007 г. и действует в течение 3 (трех) лет. Срок погашения Отдельных выплат согласуется Сторонами и указывается в соответствующих Соглашениях-запросах о выборке займа.

4  **Погашение по требованию**

Осуществленные по Договору Отдельные выплаты вместе с начисленными на их сумму процентами подлежат погашению по первому требованию в течение 1 рабочего дня с даты письменного уведомления Кредитором или в ином порядке, согласованном Сторонами.

5  **Проценты**

Проценты начисляются на непогашенный остаток основной суммы каждой Отдельной выплаты,

Unless otherwise agreed by the Parties, interest shall accrue weekly at LIBOR. Interest that is creditable may or may not be immediately due and payable at the option of the Lender. If the Borrower is required by Russian law to make any withholding or deduction in respect of or on account of tax from payments of interest, the Borrower shall be entitled to make such withholding or deduction and shall account to the Russian authorities promptly and within the relevant time limits for the amount so withheld or deducted. Further, the Borrower shall issue appropriate documentation to the Lender specifying the amount of tax withheld or deducted.

## 6 Currency

Individual Advances may be denominated in any currency as agreed by the Parties. Unless otherwise is specified, Individual Advances will be provided and repaid in US Dollars.

## 7 Transfer of Funds

Each Individual Advance made under the Facility shall be credited to such bank account(s) as may be agreed from time to time by the parties in Loan Drawdown Request Agreements.

## 8 Default

The total outstanding principal sum of all Individual Advances made under the Facility together with accrued interest and any other charges due by the Borrower to the Lender under this Agreement shall be due and payable, immediately upon the Lender providing notice to the Borrower following the

осуществленной по Договору. Если только Стороны не договорятся об ином, проценты начисляются еженедельно по ставке LIBOR. Начисленные проценты необязательно подлежат немедленной выплате по усмотрению Кредитора. Если Заемщик обязан в соответствии с российским законодательством производить любые удержания или вычеты в отношении или в счет налога из сумм выплат процентов, Заемщик вправе произвести такое удержание или вычет и обязан своевременно отчитываться перед российскими органами власти в соответствующие сроки за удержанную или вычтенную таким образом сумму. Кроме того, Заемщик выдает соответствующую документацию Кредитору с указанием суммы удержанного или вычтенного налога.

## 6 Валюта

Отдельные выплаты могут быть выражены в любой валюте, согласованной Сторонами. Если не указано иное, Отдельные выплаты предоставляются и погашаются в долларах США.

## 7 Перевод средств

Каждая Отдельная выплата, осуществляемая по Кредиту, зачисляется на банковский(-е) счет(а), который(-е) может(-гут) быть согласован(ы) периодически сторонами в Соглашениях-запросах о выборке кредита.

## 8 Неисполнение обязательств

Общая непогашенная основная сумма всех Отдельных выплат, осуществленных по Договору, вместе с начисленными процентами и любыми другими платежами, причитающимися с Заемщика в пользу Кредитора, подлежат погашению незамедлительно после

| | |
|---|---|
| occurrence of any of the following events of default: | направления Кредитором уведомления Заемщику после наступления любого из следующих случаев неисполнения обязательств: |
| (a) If the Borrower shall default in the due payment of interest or any other amount payable hereunder; | (a) Если Заемщик не исполнит обязательство по своевременной выплате процентов или любой другой суммы, подлежащей уплате по настоящему Договору; |
| (b) If the Borrower becomes or is declared by any competent authority to be insolvent, or admits in writing its inability to pay its debt as they fall due, or becomes subject to or applies for any bankruptcy proceedings or offers a composition to one or more of its creditors; | (b) Если Заемщик станет или будет признан любым компетентным органом власти несостоятельным либо признает в письменной форме свою неспособность погашать свою задолженность в сроки ее погашения, либо станет подлежать или подаст заявление о начале любых процедур банкротства либо предложит заключить компромиссное соглашение одному или более из своих кредиторов; |
| (c) If any third parties takes possession or a receiver or judicial administrator or trustee is appointed on the whole or any substantial part of the undertaking, property or assets of the Borrower; or | (c) Если любые третьи лица получат либо судебный распорядитель или управляющий либо доверительный управляющий будет назначен в отношении всех или любой значительной части предприятий, недвижимости или других активов Заемщика; или |
| (d) If an order is made or an effective resolution is passed for the winding up of the Borrower, except for the purposes of a solvent reconstruction with prior consent in writing of the Lender. | (d) Если будет вынесен приказ или вступит в силу решение о ликвидации Заемщика, за исключением случаев реорганизации для сохранения платежеспособности с предварительного письменного согласия Кредитора. |
| **9 Notices** | **9 Уведомления** |
| The Borrower shall notify the Lender | Заемщик незамедлительно в |

| | | | |
|---|---|---|---|
| | forthwith in writing of any occurrence of an event of default or any event which, with the giving of notice and/or lapse of time, might become an event of default. | | письменной форме уведомляет Кредитора о наступлении любого случая неисполнения обязательств или любого случая, который после направления уведомления и/или с истечением времени может стать случаем неисполнения обязательств. |
| 10 | **Indemnity** | 10 | **Возмещение** |
| | In the event that all advances made under the Facility should become immediately due and payable in accordance with Article 8 hereof, the Borrower shall indemnify the Lender for all losses, costs, legal expenses or other charges and expenses incurred and to be incurred by the Lender in accordance to execution of this Agreement and respective Loan Drawdown Request agreement. | | В случае, если все выплаты, осуществленные по Договору, станут подлежать немедленного погашению в соответствии со Статьей 8 Договора, Заемщик обязуется возместить Кредитору все убытки, затраты, расходы на оплату юридических услуг или другие платежи и расходы, понесенные или которые понесет Кредитор в результате подписания настоящего Договора и соответствующего Соглашения-запроса о выборке кредита. |
| 11 | **Third Party Rights** | 11 | **Права третьих лиц** |
| | A person who is not a party to this Agreement has not rights under the Contracts (Rights of Third Parties) Act 1999 to enforce any term of this Agreement or enjoy any benefit under this Agreement. | | Лицо, не являющееся стороной настоящего Договора, не имеет прав в соответствии с Законом о контрактах (правах третьих лиц) от 1999 г. на принудительное исполнение любого положения настоящего Договора или получать любую выгоду из настоящего Договора. |
| 12 | **Invalidity** | 12 | **Недействительность** |
| | In the event that any one or more provisions contained in this Agreement is held to be invalid, illegal or unenforceable in whole or in part in any respect under any enactment or rule of law, such provision or part shall to that extent be deemed not to form part of this Agreement, but the validity, legality and enforceability of the remaining provisions contained herein shall not in any way be affected or impaired thereby. | | В случае, если одно или более положений настоящего Договора будут признаны недействительными, незаконными или не подлежащими принудительному исполнению полностью или частично в любом отношении в соответствии с любым правовым актом, такое положение или его часть в этой мере считается не являющейся частью настоящего Договора, при этом юридическая действительность, законность и применимость остальных положений Договора никоим образом этим не |

| | | | | |
|---|---|---|---|---|
| | | | затрагиваются и не ущемляются. | |
| 13 | Termination | | 13 | Прекращение |
| | The Borrower may prepay any Individual Advance under the Facility to the Lender in full or in part without the Lender's prior approval of the amounts and terms of such prepayments. The Lender reserves the right to mark to market any such prepayment and credit/charge the difference to the Borrower accordingly. | | | Заемщик вправе досрочно погасить любую Отдельную выплату по Кредиту Кредитору в полном объеме или частично без предварительного одобрения Кредитором сумм и условий такого досрочного погашения. Кредитор оставляет за собой право переоценивать по рыночной стоимости любое такое досрочное погашение и отнести разницу на счет Заемщика. |
| 14 | Law | | 14 | Применимое право |
| | This Agreement shall be governed by and construed in accordance with English law and any dispute may only be settled before the courts of England, and each of the Parties irrevocably consents to the jurisdiction of such courts in respect of any such action, suit or proceeding. | | | Настоящий Договор регулируется и подлежит толкованию в соответствии с английским законодательством и любой спор может разрешаться только в судах Англии, при этом каждая из Сторон безотзывно признает юрисдикцию таких судов в отношении любого такого иска или разбирательства. |
| 15 | Language | | 15 | Язык |
| | In case on inconsistencies between Russian and English versions of this Agreement, an English version prevails. | | | В случае разночтений между версиями Договора на русском и английском языке, версия Договора на английском языке должна иметь приоритетное значение. |

Executed by the Lender acting through or by

..................................................

Dave Rushton

..................................................

Stirling Fielding

Executed by the Borrower acting through or by General Director Irina Volkova

..................................................

Подписано Кредитором в лице

..................................................

Дэйв Раштон (Dave Rushton)

..................................................

Стирлинг Филдинг (Stirling Fielding)

Подписано Заемщиком в лице Генерального директора Волковой Ирины Андреевны

..................................................

| APPENDIX | ПРИЛОЖЕНИЕ |
|---|---|
| **AGREED FORM** | **СОГЛАСОВАННАЯ ФОРМА** |
| From: OOO Lehman Brothers | От: ООО Лиман Бразерс |
| To: Lehman Brothers Holdings Inc., UK Branch | Кому: Lehman Brothers Holdings Inc., английское отделение |
| Date: | Дата: |
| Dear Sirs, | Уважаемые господа, |

| | | | |
|---|---|---|---|
| **Loan Drawdown Request Agreement** | | **Соглашение-запрос о выборке займа** | |
| 1 | We refer to the Loan Facility Agreement dated 25 September 2007 between OOO Lehman Brothers and yourselves (the "Facility Agreement"). This is a Loan Drawdown Request Agreement. Terms used herein shall have the same meaning as in the Facility Agreement. | 1 | Мы ссылаемся на Договор займа от 25 сентября 2007 между ООО «Лиман Бразерс» и Вами ("Договор займа"). Настоящий документ является Соглашением-запросом о выборке займа. Термины в настоящем письме имеют такое же значение как и в Договоре займа. |
| 2 | We wish to draw an Individual Advance on the following terms:<br><br>AMOUNT OF THE INDIVIDUAL ADVANCE:<br><br>DRAWDOWN DATE:<br><br>PURPOSE OF THE INDIVIDUAL ADVANCE:<br><br>TERM OF THE INDIVIDUAL ADVANCE:<br><br>INTEREST PAYMENT DATE:<br><br>OTHER TERMS AND CONDITIONS APPLICABLE TO THE ADVANCE (IF ANY): | 2 | Мы желаем осуществить выборку Отдельной выплаты на следующих условиях:<br><br>СУММА ОТДЕЛЬНОЙ ВЫБОРКИ:<br><br>ДАТА ВЫБОРКИ:<br><br>ЦЕЛЬ ОТДЕЛЬНОЙ ВЫБОРКИ:<br><br>СРОК ОТДЕЛЬНОЙ ВЫБОРКИ:<br><br>ДАТА ВЫПЛАТЫ ПРОЦЕНТОВ:<br><br>ДРУГИЕ УСЛОВИЯ, ПРИМЕНИМЫЕ К ВЫПЛАТЕ (ЕСЛИ ИМЕЮТСЯ): |
| 3 | We confirm that, unless otherwise specified above, terms set out in the Facility Agreements shall apply. | 3 | Мы подтверждаем, что если не указано иное, применяются положения Договора займа. |
| 4 | The Individual Advance should be credited to:<br><br>ZAO KB Citibank Moscow;<br><br>SWIFT address CITIRUMX<br><br>Correspondent Bank | 4 | Отдельная выплата должна быть зачислена на<br><br>ЗАО КБ Ситибанк Москва;<br><br>SWIFT адрес CITIRUMX<br><br>Корреспондентский банк |

| | | | |
|---|---|---|---|
| | Citibank N.A., New York | | Citibank N.A., New York |
| | SWIFT address CITIUS33 | | SWIFT address CITIUS33 |
| | Correspondent account number | | Корреспондентский счет |
| | 36087478 | | 36087478 |
| 5 | Please acknowledge the receipt of this request and your agreement with the terms set out herein, by signing the enclosed copy and returning it to us. | 5 | Пожалуйста, подтвердите получение настоящего запроса и Ваше согласие с его условиями путем подписания и возвращения нам прилагаемой копии |

Yours faithfully,

……………………………….

on behalf of OOO Lehman Brothers

Yours faithfully

……………………………….

on behalf of Lehman Brothers Holdings Inc., UK Branch

С уважением,

……………………………….

От имени ООО «Лиман Бразерс»

С уважением,

……………………………….

От имени Лиман Бразерс Холдингс Инк., английское отделение

## APPENDIX

**AGREED FORM**

From: OOO Lehman Brothers

To: Lehman Brothers Holdings Inc., UK Branch

Date: 03.10.07

Dear Sirs,

**Loan Drawdown Request Agreement**

1  We refer to the Loan Facility Agreement dated 21 September 2007 between OOO Lehman Brothers and yourselves (the "Facility Agreement"). This is a Loan Drawdown Request Agreement. Terms used herein shall have the same meaning as in the Facility Agreement.

2  We wish to draw an Individual Advance on the following terms:

AMOUNT OF THE INDIVIDUAL ADVANCE: 1,710,000 (One million seventy one thousand) USD

DRAWDOWN DATE: 04.10.07

PURPOSE OF THE INDIVIDUAL ADVANCE: funding of business activity in accordance with Loan Facility Agreement

TERM OF THE INDIVIDUAL ADVANCE:

25.09.10 or earlier if agreed between Parties

INTEREST PAYMENT DATE: 25.09.10

OTHER TERMS AND CONDITIONS

## ПРИЛОЖЕНИЕ

**СОГЛАСОВАННАЯ ФОРМА**

От: ООО Лиман Бразерс

Кому: Lehman Brothers Holdings Inc., английское отделение

Дата: 03.10.07

Уважаемые господа,

**Соглашение-запрос о выборке займа**

1  Мы ссылаемся на Договор займа от 21 сентября 2007 между ООО «Лиман Бразерс» и Вами ("Договор займа"). Настоящий документ является Соглашением-запросом о выборке займа. Термины в настоящем письме имеют такое же значение как и в Договоре займа.

2  Мы желаем осуществить выборку Отдельной выплаты на следующих условиях:

СУММА ОТДЕЛЬНОЙ ВЫБОРКИ:

1710000 (Один миллион семьсот десять тысяч) долларов США

ДАТА ВЫБОРКИ: 04.10.07

ЦЕЛЬ ОТДЕЛЬНОЙ ВЫБОРКИ: финансирование деятельности компании в соответствии с Договором займа

СРОК ОТДЕЛЬНОЙ ВЫБОРКИ: 25.09.10 или ранее во взаимному соглашению сторон

ДАТА ВЫПЛАТЫ ПРОЦЕНТОВ: 25.09.10

ДРУГИЕ УСЛОВИЯ, ПРИМЕНИМЫЕ

| | | | |
|---|---|---|---|
| | APPLICABLE TO THE ADVANCE (IF ANY): | | К ВЫПЛАТЕ (ЕСЛИ ИМЕЮТСЯ): |
| 3 | We confirm that, unless otherwise specified above, terms set out in the Facility Agreements shall apply. | 3 | Мы подтверждаем, что если не указано иное, применяются положения Договора займа. |
| 4 | The Individual Advance should be credited to: | 4 | Отдельная выплата должна быть зачислена на |
| | ZAO KB Citibank Moscow; | | ЗАО КБ Ситибанк Москва; |
| | SWIFT address CITIRUMX | | SWIFT адрес CITIRUMX |
| | Correspondent Bank | | Корреспондентский банк |
| | Citibank N.A., New York | | Citibank N.A., New York |
| | SWIFT address CITIUS33 | | SWIFT address CITIUS33 |
| | Correspondent account number 36087478 | | Корреспондентский счет 36087478 |
| | Tr.acc. 40701840900701844003 | | Тр.счет 40701840900701844003 |
| 5 | Please acknowledge the receipt of this request and your agreement with the terms set out herein, by signing the enclosed copy and returning it to us. | 5 | Пожалуйста, подтвердите получение настоящего запроса и Ваше согласие с условиями путем подписания и возвращения нам прилагаемой копии |
| | Yours faithfully, | | с уважением, |
| | ..................... on behalf of OOO Lehman Brothers | | ..................... от имени ООО «Лиман Бразерс» |
| | Yours faithfully, | | С уважением, |
| | ..................... on behalf of Lehman Brothers Holdings Inc., UK Branch | | ..................... От имени Лиман Бразерс Холдингс Инк., английское отделение |

| | |
|---|---|
| From: OOO Lehman Brothers | От: ООО Лиман Бразерс |
| To: Lehman Brothers Holdings Inc., UK Branch | Кому: Lehman Brothers Holdings Inc., английское отделение |
| Date: 20.02.08 | Дата: 20.02.08 |
| Dear Sirs, | Уважаемые господа, |

| | | |
|---|---|---|
| **Loan Drawdown Request Agreement** | | **Соглашение-запрос о выборке займа** |
| 1 | We refer to the Loan Facility Agreement dated 25 September 2007 between OOO Lehman Brothers and yourselves (the "Facility Agreement"). This is a Loan Drawdown Request Agreement. Terms used herein shall have the same meaning as in the Facility Agreement. | 1 Мы ссылаемся на Договор займа от 25 сентября 2007 между ООО «Лиман Бразерс» и Вами ("Договор займа"). Настоящий документ является Соглашением-запросом о выборке займа. Термины в настоящем письме имеют такое же значение как и в Договоре займа. |
| 2 | We wish to draw an Individual Advance on the following terms: | 2 Мы желаем осуществить выборку Отдельной выплаты на следующих условиях: |

AMOUNT OF THE INDIVIDUAL ADVANCE: 2,000,000 (Two million) USD

СУММА ОТДЕЛЬНОЙ ВЫБОРКИ: 2000000 (Два миллиона) долларов США

DRAWDOWN DATE: 22.02.08

ДАТА ВЫБОРКИ: 22.02.08

PURPOSE OF THE INDIVIDUAL ADVANCE:

funding of business activity in accordance with Loan Facility Agreement

ЦЕЛЬ ОТДЕЛЬНОЙ ВЫБОРКИ:

финансирование деятельности компании в соответствии с Договором займа

TERM OF THE INDIVIDUAL ADVANCE:

25.09.10 or earlier if agreed between Parties

СРОК ОТДЕЛЬНОЙ ВЫБОРКИ:

25.09.10 или ранее по взаимному соглашению сторон

INTEREST PAYMENT DATE:

The first interest payment date shall be March, 31st, 2008. Thereafter interest shall be payable on a calendar quarterly basis. If any interest payment date falls on a non-working day, interest shall in

ДАТА ВЫПЛАТЫ ПРОЦЕНТОВ:

Срок первой выплаты процентов – 31 марта 2008. Далее проценты выплачиваются в конце каждого календарного квартала. Если даты выплаты процентов выпадает на

| | | | |
|---|---|---|---|
| | that case be payable on the next working day. | | нерабочий день, проценты выплачиваются в первый рабочий день, следующий за ним. |
| | OTHER TERMS AND CONDITIONS APPLICABLE TO THE ADVANCE (IF ANY): | | ДРУГИЕ УСЛОВИЯ, ПРИМЕНИМЫЕ К ВЫПЛАТЕ (ЕСЛИ ИМЕЮТСЯ): |
| 3 | We confirm that, unless otherwise specified above, terms set out in the Facility Agreements shall apply. | 3 | Мы подтверждаем, что если не указано иное, применяются положения Договора займа. |
| 4 | The Individual Advance should be credited to: | 4 | Отдельная выплата должна быть зачислена на |
| | ZAO KB Citibank Moscow; | | ЗАО КБ Ситибанк Москва; |
| | SWIFT address CITIRUMX | | SWIFT адрес CITIRUMX |
| | Correspondent Bank | | Корреспондентский банк |
| | Citibank N.A., New York | | Citibank N.A., New York |
| | SWIFT address CITIUS33 | | SWIFT address CITIUS33 |
| | Correspondent account number 36087478 | | Корреспондентский счет 36087478 |
| 5 | Please acknowledge the receipt of this request and your agreement with the terms set out herein, by signing the enclosed copy and returning it to us. | 5 | Пожалуйста, подтвердите получение настоящего запроса и Ваше согласие с его условиями путем подписания и возвращения нам прилагаемой копии |

Yours faithfully,

.................................................

on behalf of OOO Lehman Brothers

Yours faithfully

.................................................

on behalf of Lehman Brothers Holdings Inc., UK Branch

С уважением,

.................................................

От имени ООО «Лиман Бразерс»

С уважением,

.................................................

От имени Лиман Бразерс Холдингс Инк., английское отделение