UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) ) | Case No. 08-13555 (JMP) |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

I, Jessica L. Bengels, hereby certify that on Wednesday, November 26, 2008, true and correct copies of the Limited Objection of Asurion Corporation to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts, dated 11/26/08, were caused to be served in accordance with the Federal Rules of Bankruptcy Procedure, via First Class United States mail delivery upon:

Lori R. Eife
Robert J. Lemons
Weil, Gotshal, & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven J. Reisman
L.P. Harrison III
Curtis, Mallet-Prevost, Colt, & Mosle LLP
101 Park Avenue
New York, NY 10178

Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

James Tecce  
Susheel Kirpalani  
Quinn Emanuel Urquhart Oliver & Hedges  
51 Madison Avenue, 22nd Floor  
New York, NY 10010

Dated: November 26, 2008  
      New York, New York

LATHAM & WATKINS LLP

By: _____  
Jessica L. Bengels  
885 Third Avenue  
New York, New York 10022  
Telephone: (212) 906-1200