WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    **08-13555 (JMP)**
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
                                              :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF**
**TPG-AUSTIN PORTFOLIO HOLDINGS LLC TO COMPEL IMMEDIATE**
**ASSUMPTION OR REJECTION OF CREDIT AGREEMENT; OR IN THE**
**ALTERNATIVE, GRANT RELIEF FROM THE AUTOMATIC STAY TO PERMIT**
**<u>ALTERNATIVE FINANCING ON A SENIOR SECURED BASIS</u>**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of

TPG-Austin Portfolio Holdings LLC To Compel Immediate Assumption or Rejection of

Credit Agreement; or in the Alternative, Grant Relief From the Automatic Stay To Permit

Alternative Financing On a Senior Secured Basis [Docket No. 1514] (the "<u>Motion</u>"), which was

scheduled for December 3, 2008, at 10:00 a.m., **has been adjourned to December 16, 2008 at**

**10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the Motion will be

held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton

Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the

Motion may be further adjourned from time to time without further notice other than an

announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion are due on

or before December 9, 2008 at 4:00 p.m.

Dated:  November 26, 2008
       New York, New York

    /s/ Robert J. Lemons
    Harvey R. Miller
    Robert J. Lemons

    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession