**MORITT HOCK HAMROFF &
HOROWITZ LLP**
Leslie A. Berkoff
400 Garden City Plaza
Garden City, New York 11530
Tel: (516) 873-2000
Fax: (516) 873-2010
lberkoff@moritthock.com

Attorneys for The Hotchkiss School

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------------------------X

## APPLICATION FOR ADMISSION TO
## PRACTICE PRO HAC VICE

Leslie A. Berkoff (the "Movant"), a member in good standing of the Bar of the State of New York, an attorney admitted to practice before the United States District Court for the Southern District of New York, and a partner of the law firm of Moritt Hock Hamroff & Horowitz LLP, hereby moves the Court to enter an order permitting Sharyn B. Zuch to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above-captioned cases. In support thereof, the Movant respectfully represents as follows:

Ms. Zuch is Of Counsel with the law firm Wiggin and Dana LLP, a member in good standing of the Bars of the States of Connecticut and Florida and the Bar of the District of Columbia. Additionally, Ms. Zuch is a member in good standing of the United States District Courts for the Districts of Connecticut and the Middle District of Florida. There are no

disciplinary proceedings pending against her as a member of the bar in any jurisdiction and she is familiar with the Local Rules of this Court. Ms. Zuch agrees to pay the fee of $25.00 upon entry of an order admitting her to practice *pro hac vice* in these chapter 11 cases. Ms. Zuch's address is: Wiggin and Dana LLP, One CityPlace, 185 Asylum Street, Hartford, CT 06103-3402. Ms. Zuch's email address is szuch@wiggin.com.

WHEREFORE, the Movant requests entry of the attached Proposed Order granting the relief requested herein and such other and further relief as may be just and proper.

Dated: Garden City, New York
November 26, 2008

**MORITT HOCK HAMROFF
& HOROWITZ LLP**

By: /s/ Leslie A. Berkoff
Leslie A. Berkoff

400 Garden City Plaza
Garden City, New York 11530
Tel: (516) 873-2000
Fax: (516) 873-2010
lberkoff@moritthock.com

Counsel for The Hotchkiss School

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

---------------------------------------------------------------------------X

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Upon the motion of Leslie A. Berkoff, Esq. for admission to practice *pro hac vice* of Sharyn B. Zuch, Esq. of Wiggin and Dana LLP; due and proper notice having been given in accordance with the applicable provisions of title 11 of the United States Code and Federal Rules of Bankruptcy Procedure; and other good cause appearing, it is

ORDERED, that Sharyn B. Zuch, Esq. is permitted to practice *pro hac vice* in connection with the above-captioned bankruptcy cases.

Dated: New York, New York
       November ___, 2008

_____
UNITED STATES BANKRUPTCY JUDGE

F:\Hotchkiss School\Lehman Bros\Docs\Pro Hac Application - Zuch, Sharyn.DOC