WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                      :
In re                                                 :   Chapter 11 Case No.
                                                      :
LEHMAN BROTHERS HOLDINGS INC., et al.,                :   08-13555 (JMP)
                                                      :
                           Debtors.                   :   (Jointly Administered)
                                                      :
                                                      :
-------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF MOTION OF
125NORTH10, LLC (I) FOR THE ALLOWANCE AND
PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM
PURSUANT TO 11 U.S.C. § 503(b) FOR FUNDS EXPENDED POST-PETITION
FOR THE BENEFIT OF LEHMAN BROTHERS HOLDINGS, INC. AND ITS
BANKRUPTCY ESTATE; (II) TO COMPEL ASSUMPTION OR REJECTION
OF CERTAIN LOAN AGREEMENTS; AND (III) FOR OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of 125North10, LLC (I) For Allowance And Payment Of An Administrative Expense Claim Pursuant To 11 U.S.C. § 503(b) For Funds Expended Post-Petition For The Benefit Of Lehman Brothers Holdings Inc. And Its Bankruptcy Estate; (II) To Compel Assumption or Rejection of Certain Loan Agreements; and (III) For Other Related Relief [Docket No. 1205] (the "Motion"), which was scheduled for December 3, 2008, at 10:00 a.m., **has been adjourned to December 16, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard. The hearing on the

Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion are due on or before December 11, 2008 at 4:00 p.m.

Dated:  November 26, 2008
        New York, New York

/s/ Shai Y. Waisman
Harvey R. Miller
Shai Y. Waisman

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors
and Debtors in Possession