**MORITT HOCK HAMROFF &
HOROWITZ LLP**
400 Garden City Plaza
Garden City, NY  11530
(516) 873-2000
Leslie Ann Berkoff
lberkoff@moritthock.com
Theresa A. Driscoll
tdriscoll@moritthock.com

Co-Counsel to The Hotchkiss School

**WIGGIN AND DANA LLP**
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3715
Sharyn B. Zuch
szuch@wiggin.com

Co-Counsel to The Hotchkiss School
(*Pro Hac Vice* Application Pending)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for The Hotchkiss School, a creditor and a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the Post Office address and telephone and facsimile numbers set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtor or the property of the estate.

Dated: November 26, 2008

Respectfully submitted,

MORITT HOCK HAMROFF & HOROWITZ LLP

By: /s/ Leslie A. Berkoff
      Leslie A. Berkoff

400 Garden City Plaza
Garden City, New York  11530
Phone:  (516) 873-2000
lberkoff@moritthock.com

Co-Counsel to The Hotchkiss School

-and-

WIGGIN AND DANA LLP
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3715
Sharyn B. Zuch
szuch@wiggin.com

Co-Counsel to The Hotchkiss School
(*Pro Hac Vice* Application Pending)

To:

Harvey R. Miller, Esq.
Lori R. Fife
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004