**MORITT HOCK HAMROFF &**
**HOROWITZ LLP**
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Leslie Ann Berkoff
lberkoff@moritthock.com
Theresa A. Driscoll
tdriscoll@moritthock.com

**WIGGIN AND DANA LLP**
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3715
Sharyn B. Zuch
szuch@wiggin.com

Co-Counsel to The Hotchkiss School

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,* | Case No. 08-13555 (JMP) |
| | Jointly Administered |
| Debtors. | |

------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE BY MAIL**

**STATE OF NEW YORK    )**
                                        **) ss.:**
**COUNTY OF NASSAU    )**

    Gabrielle LaRosa, being duly sworn, deposes and says:

    I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

    On the 26th day of November 2008, I served a true copy of the within NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS via first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S.

Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:

Harvey R. Miller, Esq.
Lori R. Fife
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors

Andrew D. Velez-Rivera, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st. Floor
New York, NY 10004

                /s/  Gabrielle LaRosa
                Gabrielle LaRosa

Sworn to before me this
26th day of November 2008

 /s/  Elaine Taub
Elaine Taub
Notary Public
State of New York
No. 01TA5009181
Qualified in Nassau County
Commission Expires 3/8/2011

F:\Hotchkiss School\Lehman Bros\Docs\AOS NOA.Doc