Hearing Date: December 3, 2008
Hearing Time: 10:00 A.M.

Siller Wilk LLP
675 Third Avenue
New York, New York 10017
Ph: (212) 421-2233
Eric J. Snyder (ES 8032)

Attorneys for Emigrant Bank

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                        Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al.*      Case No. 08-13555 (JMP)

                    Debtors.
---------------------------------------------------------------x

**JOINDER BY EMIGRANT BANK TO OBJECTION BY ROYAL BANK AMERICA TO MOTION OF DEBTORS TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OF PRE-PETITION DERIVATIVE CONTRACTS**

Emigrant Bank, f/k/a Emigrant Savings Bank ("Emigrant"), by its counsel, Siller Wilk LLP, submits this joinder to the objection (the "Royal Bank America Objection") filed by Royal Bank America to the motion (the "Motion") filed by Lehman Brothers Holdings, Inc., *et al.* (collectively, the "Debtors"), to establish procedures for the settlement or assumption and assignment of pre-petition derivative contracts. In support of the Joinder, Emigrant states as follows:

1.  Emigrant and Lehman Brothers Special Financing, Inc. ("LBSF"), one of the Debtors, were parties to an ISDA Master Agreement, dated January 9, 2004. On June 1, 2005, LBSF and Emigrant entered into an interest rate swap transaction (the "Transaction"), pursuant to the ISDA Master Agreement, with $41,000,000 notional amount and LBSF to pay a floating rate of interest and Emigrant to pay a fixed rate of interest. On February 11, 2008, Emigrant (like Royal Bank America), as instructed by

274162v1

LBSF, posted collateral with LBSF consisting of FNMA ARMS having a face value of $597,355 at that time.

2. On October 10, 2008, Emigrant terminated the Transaction by reason of the default by the Debtors and on October 30, 2008, Emigrant delivered its statement of loss to LBSF in the total amount of $569,514.92 plus interest, including the posted collateral, the monthly FNMA distributions, and other amounts. As of September 1, 2008, the last monthly statement received by Emigrant from LBSF, the market value of the FNMA ARMS collateral equaled $478,160. LBSF has been unable to locate the collateral and, upon information and belief, the collateral may have been transferred to a third party, without the knowledge of Emigrant.

3. On November 25, 2008, Royal Bank America filed the Royal Bank America Objection (Docket # 1720), requesting that certain language ("Proposed Order Language")[1] be included in any order ("Procedures Order") approving the Motion (¶38, pp.10-11). For all of the reasons set forth in the Royal Bank America Objection, Emigrant objects to the Motion unless this Proposed Order Language is included in the Procedures Order.

---

[1] The Proposed Order Language is as follows:

"Nothing in this order shall be construed to supersede, suspend or otherwise interfere with (i) the legal and contractual rights of parties to terminated Derivative Contracts, to the extent such legal and contractual rights are enforceable in the Debtors' cases under the Bankruptcy Code (the "Enforceable Rights"); and (ii) the commencement or continuation of any civil proceeding by any party to a terminated Derivative Contract with respect to such party's Enforceable Rights, including, without limitation, any such adversary proceeding commenced or pending in this Court."

274162v1

## CONCLUSION

4. For the reasons set forth in the Royal Bank America Objection and herein, Emigrant respectfully requests that this court enter an order: (i) denying the Motion, unless it includes the Proposed Order Language; and (ii) for such other and further relief as this court deems just and proper.

Dated: New York, New York
November 26, 2008

> SILLER WILK LLP
> *Attorneys for Emigrant Bank*
>
> By:   /s/ Eric J. Snyder
> Eric J. Snyder (ES 8032)
> 675 Third Avenue
> New York, New York 10017
> (212) 421-2233

274162v1