# EXHIBIT A

| | Date | Credit | Buyer | Seller | Par/Distressed | Assume/Reject |
|---|---|---|---|---|---|---|
| 1 | 9/10/2008 | Spanish Broadcasting | Goldentree Multistrategy Financing, Ltd. | Lehman Commercial Paper Inc. | Par | Assumed |
| 2 | 9/10/2008 | Spanish Broadcasting | Goldentree Multistrategy Subsidiary LLC | Lehman Commercial Paper Inc. | Par | Assumed |
| 3 | 9/10/2008 | Spanish Broadcasting | Goldentree 2004 Trust | Lehman Commercial Paper Inc. | Par | Assumed |
| 4 | 9/10/2008 | Spanish Broadcasting | Goldentree Multistrategy Financing, Ltd. | Lehman Commercial Paper Inc. | Par | Assumed |
| 5 | 9/10/2008 | Spanish Broadcasting | Goldentree Multistrategy Subsidiary LLC | Lehman Commercial Paper Inc. | Par | Assumed |
| 6 | 9/10/2008 | Spanish Broadcasting | Goldentree 2004 Trust | Lehman Commercial Paper Inc. | Par | Assumed |
| 7 | 9/11/2008 | Spanish Broadcasting | Goldentree Multistrategy Financing, Ltd. | Lehman Commercial Paper Inc. | Par | Assumed |
| 8 | 9/11/2008 | Spanish Broadcasting | Goldentree Multistrategy Subsidiary LLC | Lehman Commercial Paper Inc. | Par | Assumed |
| 9 | 9/11/2008 | Spanish Broadcasting | Goldentree 2004 Trust | Lehman Commercial Paper Inc. | Par | Assumed |
| 10 | 9/8/2008 | Verint | Goldentree Credit Opportunities Financing I, Ltd | Lehman Commercial Paper Inc. | Par | Rejected |
| 11 | 4/23/2008 | WRGrace (364 Day) (5 Year) | Lehman Commercial Paper Inc. | Goldentree 2004 Trust | Distressed | Rejected |
| 12 | 4/23/2008 | WRGrace (364 Day) (5 Year) | Lehman Commercial Paper Inc. | Goldentree 2004 Trust | Distressed | Rejected |
| 13 | 4/23/2008 | WRGrace (364 Day) (5 Year) | Lehman Commercial Paper Inc. | Goldentree Credit Opportunities Financing I, Ltd | Distressed | Rejected |
| 14 | 4/23/2008 | WRGrace (364 Day) (5 Year) | Lehman Commercial Paper Inc. | Goldentree Credit Opportunities Financing I, Ltd | Distressed | Rejected |
| | | | | Goldentree 2004 Trust | Distressed | Rejected |
| | | | | Goldentree Credit Opportunities Financing I, Ltd | Distressed | Rejected |
| 15 | 9/3/2008 | Capmark (Japan Term) | Goldentree 2004 Trust | Lehman Brothers Holdings Inc. | Distressed | Subject to Revised Stip. |
| 16 | 9/10/2008 | Capmark (US Term) | Goldentree Credit Opportunities Financing I, Ltd | [Lehman Brothers Holdings Inc.] | Distressed | Subject to Revised Stip. |
| 17 | 9/10/2008 | Capmark (US Term) | GoldenTree Leveraged Loan Finance I LTD | [Lehman Brothers Holdings Inc.] | Distressed | Subject to Revised Stip. |

161634tv1