# EXHIBIT B

**Exhibit B**

| Country of Cardmember | Transaction Date | Merchant Type | Merchant Name | Merchant City | Merchant State | Merchant Country | Approved Transaction Amount |
|---|---|---|---|---|---|---|---|
| US | 9/23/2008 | TRAVEL | AT&T COMMUNICATIONS | BASKING RIDGE | NJ | 840 | $2 |
| US | 9/23/2008 | TRAVEL | AT&T COMMUNICATIONS | BASKING RIDGE | NJ | 840 | $3 |
| US | 9/23/2008 | TRAVEL | AT&T COMMUNICATIONS | BASKING RIDGE | NJ | 840 | $8 |
| US | 9/23/2008 | TRAVEL | AT&T COMMUNICATIONS | BASKING RIDGE | NJ | 840 | $9 |
| US | 9/23/2008 | RESTAURANTS | SWRG | NEW YORK | NY | 840 | $330 |
| US | 9/23/2008 | SHOPS | VERIFED IDENTITY PASS INC | NEW YORK | NY | 840 | $1 |
| US | 9/23/2008 | CAR RENTAL | CORPORATE TRANSPORTATION | BROOKLYN | NY | 840 | $122 |
| US | 9/23/2008 | CAR RENTAL | CORPORATE TRANSPORTATION | BROOKLYN | NY | 840 | $289 |
| US | 9/24/2008 | CAR RENTAL | HERTZ CORPORATION | OKLAHOMA CITY | OK | 840 | $797 |
| US | 9/26/2008 | RESTAURANTS | DEMA RSTR INC | NEW YORK | NY | 840 | $137 |
| US | 9/27/2008 | RESTAURANTS | GELUCCI BRANDS | HUNTINGTON | NY | 840 | $209 |
| US | 9/28/2008 | RESTAURANTS | THE LANGHAM HOTEL BOSTON | BOSTON | MA | 840 | $28 |
| US | 9/28/2008 | TRAVEL | AT&T COMMUNICATIONS | PARSIPPANY | NJ | 840 | $17 |
| US | 9/29/2008 | CAR RENTAL | HERTZ CORPORATION | OKLAHOMA CITY | OK | 840 | $303 |
| US | 9/30/2008 | TRAVEL | JETBLUE AIRWAYS | SALT LAKE CITY | UT | 840 | $40 |
| Gulf US Dollar Card | 9/30/2008 | SHOPS | TRESOR BIJOUTERIE | FURN ALCHEBBAK | 0 | 422 | $210 |
| US | 10/3/2008 | SHOPS | CLFRNA NWSPAPERS BAY AREA | SAN JOSE | CA | 840 | $49 |
| US | 10/3/2008 | SHOPS | EXECUTIVE CHARGE INC | BROOKLYN | NY | 840 | $33 |
| US | 10/3/2008 | SHOPS | EXECUTIVE CHARGE INC | BROOKLYN | NY | 840 | $87 |
| US | 10/3/2008 | SHOPS | EXECUTIVE CHARGE INC | BROOKLYN | NY | 840 | $33 |
| US | 10/14/2008 | CAR RENTAL | CORPORATE TRANSPORTATION | BROOKLYN | NY | 840 | $116 |
| US | 10/15/2008 | CAR RENTAL | RONALD LOTT | HOUSTON | TX | 840 | $89 |
| US | 10/15/2008 | MAIL ORDER | CIQ LIMITED | NEW YORK | NY | 840 | $57 |
| US | 10/16/2008 | TRAVEL | CELLHIRE USA LLC | GARLAND | TX | 840 | $27 |
| US | 10/16/2008 | CAR RENTAL | REGENCY LIMOUSINE INC | WILTON | CT | 840 | $173 |
| US | 10/16/2008 | CAR RENTAL | CORPORATE TRANSPORTATION | BROOKLYN | NY | 840 | $22 |
| US | 10/16/2008 | CAR RENTAL | CORPORATE TRANSPORTATION | BROOKLYN | NY | 840 | $33 |
| US | 10/16/2008 | CAR RENTAL | AVIS RENT A CAR CORP | GARDEN CITY | NY | 840 | $122 |
| US | 10/21/2008 | CAR RENTAL | CORPORATE TRANSPORTATION | BROOKLYN | NY | 840 | $63 |
| US | 10/21/2008 | CAR RENTAL | CORPORATE TRANSPORTATION | BROOKLYN | NY | 840 | $148 |
| | | | | | | | **$3,557** |