# EXHIBIT C

**Exhibit C**

| Country of Cardmember | Transaction Date | Merchant Type | Merchant Name | Merchant City | Merchant State | Merchant Country | Approved Transaction Amount |
|---|---|---|---|---|---|---|---|
| Japan | 9/21/2008 | RESTAURANTS | 0 | CENTRAL | 0 | 344 | $14 |
| Hong Kong | 9/21/2008 | TRAVEL | FARRINGTON AMERICAN EXPRESS TVL SEV LT | KWUN TONG | 0 | 344 | $13,561 |
| India | 9/21/2008 | TRAVEL | 0 | CHECK LAP KOK | 0 | 344 | $2,041 |
| Japan | 9/21/2008 | SHOPS | HONG KONG CSL LIMITED | MONGKOK | 0 | 344 | $27 |
| Australia | 9/22/2008 | CAR RENTAL | ALAMO CAB COMPANY | DALLAS | TX | 840 | $50 |
| Japan | 9/22/2008 | TRAVEL | 0 | CHECK LAP KOK | 0 | 344 | $2,082 |
| Japan | 9/22/2008 | TRAVEL | 0 | WESTERN | 0 | 344 | $62 |
| India | 9/22/2008 | TRAVEL | 0 | 0 | 0 | 392 | $3,797 |
| Japan | 9/23/2008 | CAR RENTAL | TOKYO MK | CHUO-KU | 0 | 392 | $208 |
| Japan | 9/23/2008 | TRAVEL | TRAVEL EXPRESS O/B TRV EXPR HOLD LTD | TSIMSHATSUI | 0 | 344 | $62 |
| India | 9/23/2008 | HOTELS | ASIAN HOTEL LTD | MUMBAI | 0 | 356 | $76 |
| India | 9/23/2008 | HOTELS | ASIAN HOTEL LTD | MUMBAI | 0 | 356 | $24 |
| India | 9/23/2008 | HOTELS | TOKYO MARUNOUCHI HOTEL | CHIYODA-KU | 0 | 392 | $1,404 |
| Japan | 9/24/2008 | RESTAURANTS | KUROSAWA | MINATO-KU | 0 | 392 | $41 |
| India | 9/24/2008 | TRAVEL | 0 | RUISLIP | 0 | 826 | $81 |
| India | 9/24/2008 | TRAVEL | 0 | RUISLIP | 0 | 826 | $81 |
| India | 9/24/2008 | TRAVEL | 0 | 0 | 0 | 392 | $3,585 |
| Hong Kong | 9/25/2008 | RESTAURANTS | 0 | CENTRAL | 0 | 344 | $91 |
| India | 9/25/2008 | HOTELS | TOKYO MARUNOUCHI HOTEL | CHIYODA-KU | 0 | 392 | $804 |
| Japan | 9/26/2008 | TRAVEL | 0 | CHECK LAP KOK | 0 | 344 | $598 |
| India | 9/29/2008 | TRAVEL | 0 | RUISLIP | 0 | 826 | $138 |
| Spain | 9/29/2008 | TRAVEL | 0 | MADRID | 0 | 724 | $36 |
| Japan | 9/29/2008 | TRAVEL | 0 | CHECK LAP KOK | 0 | 344 | $108 |
| India | 9/29/2008 | TRAVEL | 0 | CHENNAI | 0 | 356 | $54 |
| India | 9/29/2008 | TRAVEL | 0 | CHENNAI | 0 | 356 | $137 |
| Japan | 9/30/2008 | TRAVEL | 0 | TAOYUAN COUNTY | 0 | 158 | $456 |
| France | 10/2/2008 | CAR RENTAL | SNGT | CLICHY | 0 | 250 | $450 |
| Japan | 10/2/2008 | RESTAURANTS | MANDARIN ORIENTAL HONG KONG LTD | CENTRAL | 0 | 344 | $397 |
| Japan | 10/2/2008 | TRAVEL | NTT DOCOMO | 0 | 0 | 392 | $1 |
| Spain | 10/4/2008 | HOTELS | VINCCHI HOTELES SA | SEVILLA | 0 | 724 | $444 |
| Japan | 10/4/2008 | RESTAURANTS | GRAND HYATT HONG KONG | WANCHAI | 0 | 344 | $119 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $70 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $116 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $29 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $306 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $29 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $44 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $45 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $45 |
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $44 |

| Country of Cardmember | Transaction Date | Merchant Type | Merchant Name | Merchant City | Merchant State | Merchant Country | Approved Transaction Amount |
|---|---|---|---|---|---|---|---|
| United Kingdom | 10/5/2008 | TRAVEL | 0 | NEWBURY | 0 | 826 | $146 |
| Japan | 10/5/2008 | TRAVEL | 0 | CHECK LAP KOK | 0 | 344 | $1 |
| Japan | 10/6/2008 | TRAVEL | KDDI CALL FEE | ICHIBANCHO | 0 | 392 | $1 |
| Japan | 10/6/2008 | TRAVEL | KDDI CALL FEE | ICHIBANCHO | 0 | 392 | $1 |
| Spain | 10/7/2008 | TRAVEL | RENFE OPERADORA | MADRID | 0 | 724 | $296 |
| Spain | 10/7/2008 | TRAVEL | RENFE OPERADORA | MADRID | 0 | 724 | $178 |
| Spain | 10/7/2008 | TRAVEL | VIAJES MARSANS SA | MADRID | 0 | 724 | $32 |
| Japan | 10/7/2008 | HOTELS | HOTEL PROPERTIES LTD | SINGAPORE | 0 | 702 | $816 |
| Japan | 10/7/2008 | RESTAURANTS | CHAN SHU KIT - CHAIRMAN | SINGAPORE | 0 | 702 | $650 |
| Japan | 10/7/2008 | RESTAURANTS | 0 | SINGAPORE | 0 | 702 | $94 |
| Japan | 10/7/2008 | TRAVEL | 0 | 0 | 0 | 392 | $1,540 |
| Japan | 10/8/2008 | TRAVEL | UNITED AIRLINES | ELK GROVE VILLAGE | IL | 840 | $1,591 |
| Japan | 10/8/2008 | TRAVEL | 0 | WESTERN | 0 | 344 | $66 |
| Japan | 10/8/2008 | MAIL ORDER | NIKKEI BUSINESS | TOKYOTO CHIYODAKU | 0 | 392 | $29 |
| Japan | 10/8/2008 | SHOPS | DINING SERVICE KAIHI | ROPPONGI | 0 | 392 | $1 |
| Japan | 10/9/2008 | TRAVEL | UNITED AIRLINES | ELK GROVE VILLAGE | IL | 840 | $1,590 |
| Japan | 10/9/2008 | RESTAURANTS | MANDARIN ORIENTAL HONG KONG LTD | CENTRAL | 0 | 344 | $261 |
| Japan | 10/13/2008 | TRAVEL | 0 | WESTERN | 0 | 344 | $66 |
| Japan | 10/13/2008 | TRAVEL | SOFTBANK MOBILE | SHINANOMACHI | 0 | 392 | $1 |
| Spain | 10/14/2008 | MAIL ORDER | 0 | BUNNICK | 0 | 528 | $159 |
| Japan | 10/17/2008 | TRAVEL | 0 | WESTERN | 0 | 344 | $62 |
| Japan | 10/18/2008 | RESTAURANTS | GRAND HYATT HONG KONG | WANCHAI | 0 | 344 | $121 |
| Japan | 10/19/2008 | SHOPS | HONG KONG CSL LIMITED | MONGKOK | 0 | 344 | $27 |
| Japan | 10/20/2008 | RESTAURANTS | MANDARIN ORIENTAL HONG KONG LTD | CENTRAL | 0 | 344 | $553 |
| Japan | 10/20/2008 | TRAVEL | TRAVEL EXPRESS O/B TRV EXPR HOLD LTD | TSIMSHATSUI | 0 | 344 | $116 |
| Spain | 10/22/2008 | SHOPS | ALFABIA FLORES SL | MADRID | 0 | 724 | $133 |
| | | | | | | | **$40,288** |