# EXHIBIT F

# THE WALL STREET JOURNAL.
WSJ.com

SEPTEMBER 23, 2008

# Lehman Businesses Open Under Barclays Ownership

By KATHY SHWIFF and SUSANNE CRAIG

The banking and advisory functions of Lehman Brothers Holdings Inc. are open for business under the ownership of Barclays PLC, and an executive of the British bank has been tapped to run the unit, the company announced Monday.

Barclays won a bankruptcy court's approval Saturday of its $1.54 billion agreement to acquire the U.S. broker-dealer and investment-bank operations of the Wall Street brokerage house. It said it is still integrating its risk and trading systems with those of Lehman, so Lehman's sales-and-trading business isn't yet open.

Rich Ricci -- a longtime lieutenant of Robert Diamond, Barclays's chief executive of investment banking and investment management -- was picked to run the company. Many on Wall Street had predicted Lehman President Herbert H. "Bart" McDade III would get the job.

Barclays has offered jobs to 10,000 Lehman employees in the new company. Those jobs are for 90 days. During this window Barclays will decide who the best people for the various jobs available are and lay off the rest.

It isn't yet known how many people Barclays will keep, but Mr. Ricci, chief operating officer of Barclays's investment-banking and investment-management businesses, noted that the two firms don't have that many overlapping businesses.

Barclays agreed to pay $1.29 billion for Lehman's Manhattan headquarters and two data centers in New Jersey.

The combined company will use the Barclays Capital name, but Barclays purchased rights to use the Lehman Brothers name and may do so.

**Write to** Kathy Shwiff at kathy.shwiff@dowjones.com and Susanne Craig at susanne.craig@wsj.com

Copyright 2008 Dow Jones & Company, Inc. All Rights Reserved
This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our Subscriber Agreement and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit
www.djreprints.com