Madlyn Gleich Primoff (MP 1701)
Lauren Attard (LA-5083)
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-6157

Attorneys for Caisse de dépôt
et placement du Québec

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                    :
**In re**                           :   **Chapter 11 Case No.**
                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*  :   **08-13555 (JMP)**
                                    :
            **Debtors.**            :   **(Jointly Administered)**
                                    :
------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that Caisse de dépôt et placement du Québec, pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appear through **KAYE SCHOLER LLP**, its undersigned counsel, and requests service of all notices and documents herein upon:

> Madlyn Gleich Primoff, Esq.
> Lauren Attard, Esq.
> KAYE SCHOLER LLP
> 425 Park Avenue
> New York, New York 10022
> Telephone: (212) 836-8000
> Facsimile: (212) 836-6157
> email: lattard@kayescholer.com

31756480.DOC

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the Debtors, their property, or their estate.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Demand for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) any election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 26, 2008
      New York, New York

                /s/ Lauren Attard
                Madlyn Gleich Primoff (MP 1701)
                Lauren Attard (LA-5083)
                Kaye Scholer LLP
                425 Park Avenue
                New York, NY  10022-3598
                Tel:  (212) 836-8000

                Attorneys for Caisse de dépôt
                et placement du Québec