# EXHIBIT C

## NOTICE OF EVENT OF DEFAULT

**ORIGINAL DELIVERED BY OVERNIGHT COURIER**
**COPY DELIVERED BY FACSIMILE**

DATE:   September 18, 2008

TO:     **LEHMAN BROTHERS SPECIAL FINANCING INC.**
        **c/o Lehman Brothers Inc.**
        **Transaction Management Group**
        **Corporate Advisory Division**
        **745 Seventh Avenue**
        **New York, New York 10019**

        **Attention: Documentation Manager**

        **Telephone No.: 212.526.7187**
        **Facsimile No.: 212.526.7672**

FROM:   CAISSE DE DÉPÔT ET PLACEMENT DU QUÉBEC
        1000, place Jean-Paul Riopelle
        Montreal, Quebec  H2Z 2B3

        Attention:  Vice President

        Telephone No.: 514.847.2310
        Facsimile No.: 514.281.5218

SUBJECT: ISDA Master Agreement (the "**Master Agreement**") dated as of October **16, 2007 (including the Schedule thereto) between Lehman Brothers Special Financing Inc. ("Party A")** and Caisse de dépôt et placement du Québec (**"Party B"**)

Capitalized terms used but not defined herein shall have the meanings assigned to such terms in the Master Agreement.

On September 15, 2008, Lehman Brothers Holdings Inc. (Party A's Credit Support Provider) filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York. Such filing constitutes the institution of a "proceeding seeking a judgment of insolvency or bankruptcy or any other relief under any bankruptcy or insolvency law or other similar law affecting creditors' rights" and therefore an Event of Default under Section 5(a)(vii)(4) of the Master Agreement. In addition, also on or about September 15, 2008, the directors of Party A concluded Party A was or was likely to become unable to meet its debts as they become due and Party A was placed into administration, which respectively constitutes Events of Default pursuant to Sections 5(a)(vii)(2) and (6).

Pursuant to Section 6(a), Party B, as Non-defaulting Party, hereby notifies Party A, the Defaulting Party, that September 19, 2008 is designated as the Early Termination Date in respect of all outstanding Transactions in connection with the foregoing Events of Default.

Party B reserves all of its rights, powers, remedies and privileges under the Master Agreement and, without limiting the generality of the foregoing, notes that (i) the rights, powers, remedies and privileges provided in the Master Agreement are cumulative and not exclusive of any rights, powers, remedies and privileges provided by law and (ii) any failure or delay in exercising any right, power or privilege in respect of the Master Agreement will not be presumed to operate as a waiver, and a single or partial exercise of any right, power or privilege will not be presumed to preclude any subsequent or further exercise, of that right, power or privilege or the exercise of any other right, power or privilege.

*[Remainder of page intentionally left blank]*

Please contact Julie Tremblay at 514.847.2845 with any questions.

Yours faithfully,

**CAISSE DE DÉPÔT ET PLACEMENT DU QUÉBEC**

By: _____
Name: Philippe Ithurbide
Title: Executive Vice-President, Fixed Income and Currencies.

By: _____
Name: Julie Tremblay
Title: Legal Counsel

3

DOCSTOR: 1538477\1