BROWN RUDNICK LLP
Seven Times Square
New York, New York 10036
(212) 209-4800
Daniel J. Saval (DS-2437)

BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
Steven D. Pohl

*Counsel to GoldenTree Asset Management, LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                     :    Case No. 08-13555 (JMP)
                                                             :
                    Debtors.                                 :
                                                             :
-------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Steven D. Pohl, a member in good standing of the bar in the Commonwealth of Massachusetts, request admission *pro hac vice* before the Honorable James M. Peck, to represent Goldentree Asset Management, LP as described in the Limited Objection of GoldenTree Asset Management, LP to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations, as filed with the Court on November 26, 2008 in the above-referenced case. My office and email address and my telephone and fax numbers are:

Steven D. Pohl, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8200 Telephone
(617) 856-8201 Facsimile
spohl@brownrudnick.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice ***pro hac vice***.

Dated:  November 26, 2008
Boston, Massachusetts

/s/ Steven D. Pohl, Esq.
Steven D. Pohl

**ORDERED,**

That Steven D. Pohl, Esq., is admitted to practice ***pro hac vice*** in the above-referenced case, in the United States Bankruptcy Court of New York, subject to payment of the filing fee.

Dated: _____
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

#1616016