# EXHIBIT B

# TOTAL GAS & POWER LIMITED

NOTICE OF TERMINATION

of

International Swap Dealers Association, Inc. MASTER AGREEMENT (the "ISDA")

between

**Total Gas & Power Limited**

and

**Lehman Brothers Commodity Services Inc.**

Dated: September 16 – 2008

To:

Lehman Brothers Commodity Services Inc.
c/o Lehman Brothers Inc. Transaction Management Group
Corporate Advisory Division
745 Seventh Avenue
New York, NY 10019

With a copy to:
Lehman Brothers Commodity Services Inc.
c/o Lehman Brothers International (Europe)
25 Bank Street
London E14 5LE
England

Tel: +1 212 526 7187
Fax: +1 212 526 7672

+44 201 102 1209
+44 201 102 2044

In accordance with **5. (Events of Default and Termination Events) (vii) (Bankruptcy)** through **6. (Early Termination)** in the ISDA we hereby terminate the ISDA with the Early Termination Date being September 16 – 2008.

Please will you acknowledge receipt of this termination without delay.

*L. JAUBERT*
*FINANCE DIRECTOR*

Luc Jaubert
Finance Director
Total Gas & Power Limited



10 Upper Bank Street, Canary Wharf, London E14 5BF - Tel: + 44 (0)20 7718 6000  Fax: + 44 (0)20 7718 6005
Total Gas and Power Limited
VAT Registration No.689638949  Registered in England No. 2172239
Registered Office: 10 Upper Bank Street, Canary Wharf, London E14 5BF