# EXHIBIT D

# TOTAL GAS & POWER LIMITED

## NOTICE OF TERMINATION

of

General Agreement Concerning the Delivery and Acceptance of Electricity (the "Power EFET")

between

**Total Gas & Power Limited**

and

**Lehman Brothers Commodity Services Inc. including its London branch**

Dated: September 16 – 2008

To:

| | |
|---|---|
| Lehman Brothers Commodity Services Inc. | With a copy to: |
| c/o Lehman Brothers Inc. Transaction Management Group | Lehman Brothers Commodity Services Inc. |
| Corporate Advisory Division | c/o Lehman Brothers International (Europe) |
| 745 Seventh Avenue | 25 Bank Street |
| New York, NY 10019 | London E14 5LE |
| | England |
| Tel: +1 212 526 7187 | +44 201 102 1209 |
| Fax: +1 212 526 7672 | +44 201 102 2044 |

In accordance with § 10.3 (Termination for Material Reason) through 10.5 (c) (iv) (Definition of Material Reason) in the Power EFET we hereby terminate the Power EFET with the Early Termination Date being September 16 – 2008.

Please will you acknowledge receipt of this termination without delay.

*L. Jaubert*
*Finance Director*

Luc Jaubert
Finance Director
Total Gas & Power Limited



10 Upper Bank Street, Canary Wharf, London E14 5BF - Tel: + 44 (0)20 7718 6000  Fax: + 44 (0)20 7718 6005
Total Gas and Power Limited
VAT Registration No.689638949  Registered in England No. 2172239
Registered Office: 10 Upper Bank Street, Canary Wharf, London E14 5BF

TOTAL