Steve Jakubowski
COLEMAN LAW FIRM
77 W. Wacker Drive, Suite 4800
Chicago, IL 60601
Telephone: (312) 444-1000
Facsimile: (312) 444-1028

ATTORNEY FOR ROBERT A.
SCHOELLHORN TRUST

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | Case No.: 08-13555 (JMP) |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

## MOTION FOR ADMISSION OF STEVE JAKUBOWSKI TO PRACTICE *PRO HAC VICE*

I, Steve Jakubowski, a member in good standing of the bar in the State of Illinois, the United States District Court for the Northern District of Illinois, and the U.S. Court of Appeals for the Seventh Circuit request admission, *pro hac vice*, before the Honorable James M. Peck, to represent Robert A. Schoellhorn Trust, a party to an executory contract, in the above referenced case.

| | |
|---|---|
| My mailing address is: | Coleman Law Firm<br>77 W. Wacker Drive, Suite 4800<br>Chicago, IL 60601 |
| My email address is: | sjakubowski@colemanlawfirm.com |

My telephone and facsimile numbers are 312-444-1000 and 312-444-1028 respectively.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: November 21, 2008
      Chicago, Illinois

                                               */s/ Steve Jakubowski*
                                               Steve Jakubowski (to be admitted *pro hac vice*)
                                               COLEMAN LAW FIRM
                                               77 W. Wacker Drive, Suite 4800
                                               Chicago, IL 60601
                                               Telephone: (312) 444-1000
                                               Facsimile: (312) 444-1028

                                               Counsel for Robert A. Schoellhorn Trust


## ORDER GRANTING MOTION *PRO HAC VICE* OF STEVE JAKUBOWSKI

IT IS HEREBY ORDERED that Steve Jakubowski, Esq. is admitted to practice, *pro hac vice*, in the above-captioned case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____                _____
       New York, New York                         UNITED STATES BANKRUPTCY JUDGE