IN THE UNITED STATES BANKRUPTCY
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (JMP)<br>Jointly Administered |
| Debtor. | |

### CERTIFICATION OF SERVICE

**CHRISTINE BERNAL-SILVA**, certifies as follows:

1. I am a legal secretary employed by the law firm of Lowenstein Sandler PC, counsel to Alameda County Employees' Retirement Association, Government of Guam Retirement Fund, Northern Ireland Local Governmental Officers Superannuation Committee, City of Edinburgh Council as Administering Authority of the Lothian Pension Fund, and Operating Engineers Local 3 Trust Fund, the court-appointed lead plaintiffs (collectively, the "Lead Plaintiffs") in the above-captioned matter.

2. On November 26, 2008, I caused to be served Lead Plaintiffs' (1) Joinder In Motion Of New York State Comptroller For Appointment Of An Examiner With Expanded Powers via first-class mail on all parties listed on the attached service list

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 26, 2008

/s/ Christine Bernal-Silva
Christine Bernal-Silva

22215/2
11/26/2008 6058813v1

# Service List
## In re Lehman Brothers Holdings, Inc.
## Case No. 08-13555 (JMP)

Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
*Counsel for the Debtor*

Dennis F. Dunne, Esq.
Dennis O. O'Donnell, Esq.
Evan Fleck, Esq.
Milbank Tweed Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, New York 10005

Lehman Brothers Holdings, Inc.
745 Seventh Avenue
New York, New York 10019

Andrew D. Velez-Rivera, Esq.
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

James Teece, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, New York 10010
*Counsel for the Official Committee of Unsecured Creditors*

Lindsee P. Granfield, Esq.
Lisa Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton
One Liberty Plaza
New York, New York 10006
*Counsel for the Official Committee of Unsecured Creditors*

Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, New York 10017
*Claims and Noticing Agent*

Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004
*Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers*

Friedman Dumas & Springwater, LLP
150 Spear Street, suite 1600
San Francisco, California 94105