# **EXHIBIT 1**



## News releases

**Barclays Capital Commences Trading in Acquired Foreign Exchange and Commodities Businesses**

07 Oct 2008

**Addition of Lehman Brothers' trading strengthens Barclays Capital's global top three positions in these markets**

**New York, NY** (October 7, 2008) — Barclays Capital announced today that it has fully integrated Lehman Brothers' US foreign exchange and commodities businesses under the Barclays Capital name.

In FX, sales and trading have resumed in spot, forward and options products, now integrated with Barclays Capital's existing currency trading. Commodities trading previously conducted by Lehman Brothers in North America has similarly been incorporated into the comprehensive suite of commodity products and services offered by Barclays Capital.

"We are pleased to resume sales and trading in FX and commodities for Lehman Brothers clients," said Rich Ricci, Chief Operating Officer of Barclays Investment Banking and Investment Management businesses. "Our clients can expect the enhanced service and global reach that comes with a combination of two leading franchises."

The successful integration of the FX and commodities businesses adds to Barclays Capital's existing strength as one of the world leaders in both markets.  Ranked in the top three for global market share in FX in 2008[*], Barclays Capital offers a full range of products from vanilla FX to structured FX derivatives, along with an award-winning electronic platform, BARX. With superior execution across the entire spectrum of commodity products, Barclays Capital is widely recognized as one of the top three banks in overall commodities market share, and was named Commodities House of the Year by Risk Magazine in 2008.

**Contact:**

Seth Martin
+1 (212) 412 7565
seth.martin@barclayscapital.com

**Related links**

Press contacts

**News headlines**

26 Nov 2008 - Four #1 rankings at FX Week's Best Banks Awards

07 Nov 2008 - Barclays Capital named Currency Derivatives House of the Year by AsiaRisk

More news ▶



Mark Lane
+1 (646) 333-8247
mark.lane@barclayscapital.com

Sarah Naegele
+1 (646) 333-9051
sarah.naegele@barclayscapital.com

**About Barclays Capital**

Barclays Capital is the investment banking division of Barclays Bank PLC. With a distinctive business model, Barclays Capital provides large corporate, government and institutional clients with a comprehensive set of solutions to their strategic advisory, financing and risk management needs.  Barclays Capital has offices around the world, employs over 20,000 people and has the global reach, advisory services and distribution power to meet the needs of issuers and investors worldwide. For further information about Barclays Capital, please visit our website www.barclayscapital.com.

###

[*] Source: *Euromoney*, FX Survey (Overall Market Share, as Voted by Clients), May 2008.

© Barclays Bank PLC 2008