j:\firm\lit\lehman.noa

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X

In re:                                   Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,             Case No. 08-13555(JMP)
*et al.*,                                  (Jointly Administered)
                    Debtors.

-------------------------------X

**NOTICE OF APPEARANCE BY HOPE GREENFIELD,
PURSUANT TO BANKRUPTCY CODE §1109(b) AND BANKRUPTCY
RULE 9010 AND REQUEST FOR SERVICE OF
DOCUMENTS AND NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Code §1109(b) and Bankruptcy Rule 9010, HOPE GREENFIELD, by her attorneys, Klein & Solomon, LLP, hereby appears in the above-captioned case and requests that notice of all matters arising therein and all papers and other documents filed therein, including, but not limited to, orders, reports, pleadings, motions, applications, petitions, disclosure statements, and answering and reply papers, and all notices required by Bankruptcy Rule 2002, be served upon the undersigned attorneys.

Dated:   New York, New York
         November 24, 2008

                              **KLEIN & SOLOMON, LLP**


                         By:   _s/ Jay B. Solomon_____
                               Jay B. Solomon (JBS-3855)
                               Attorneys for Creditor
                               HOPE GREENFIELD

275   Madison   Avenue,   11th
Floor

New York, New York 10016
(212) 661-9400


**TO:**   **CLERK, UNITED STATES BANKRUPTCY COURT**
Southern District of New York
One Bowling Green
New York, New York 10004-1408


**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Debtor
767 Fifth Avenue
New York, New York 10153


**HUGHES HUBBARD & REED**
Attorneys for James W. Giddens, as Trustee
For SIPA Liquidation of Lehman Brothers Inc.
1 Battery Park Plaza
New York, New York 10004


**ANDREW D. VELEZ-RIVERA, ESQ.**
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004


**QUINN EMANUEL URQUHART OLIVER & HEDGES**
Attorneys for Official Committee of Unsecured Creditors
51 Madison Avenue, 22nd Floor
New York, New York 10010