Garfield Windross
15 Woodcliff Ct.
Oakland, Ca 94605
510-633-1436
11/17/2008

Cc: Peggy G. Henson
Lehman Brothers Bank FSB
25520 Commercentre Dr Ste 150
Lake Forest, CA 92630
Phone 1-800-370-6357
Fax: 949-614-4652

cc: Attorney General Office
California Department of Justice
Attn: Public Inquiry Unit
Po Box 944255
Sacramento, CA 94244-2550

Attn: Brian Shoichi Masumoto, Esq.
The Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Phone: (212) 510-0500
Fax: (212) 668-2255


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------

In re                                                                      Chapter 11

LEHMAN BROTHERS HOLDING INC, et al..,                Case No. 08-13555

----------------------------------------------------                       (Jointly Administered)


**OBJECTION TO DEFAULT DEMAND LETTER (EXHIBIT 1) FROM LEHMAN BROTHERS BANK, FSB DATED NOVEMBER 10, 2008.**



NOV 20 2008

I, Garfield K. Windross hereby object to the Default Demand letter from Lehman Brothers Bank, FSB a wholly owned subsidiary of Lehman Brothers Holding Inc. on the grounds that:

a) Information regarding my promissory note is incorrect and invalid.

b) Lehman Brothers has not provided proof or documentation of promissory note ownership referred in the Demand Default letter (Exhibit 1).

c) Proper documentation and credit of my monthly payment not provided for several months.

d) On several occasion, Lehman Brothers has requested payment be deposited directly into their bank account and no proper accounting method was available for proof of payments credited to the proper account.

Dated: November 17, 2008

Sincerely,

*[signature]*

Garfield K. Windross

**Exhibit 1**

# LEHMAN BROTHERS

November 10, 2008

## DEFAULT DEMAND

Garfield K. Windross  
15 Woodcliff Court  
Oakland, CA. 94605

CERTIFIED MAIL  
7007 0220 0001 8339 4037  
First Class Mail

| | |
|---|---|
| Name: | Garfield Windross |
| Number: | 0091898387 |
| Property: | 8453- 8455 South Van Ness Avenue Inglewood, CA 90305 |

Dear MR. GARFIELD K WINDROSS,

The promissory note dated   Sep 01, 2008   in the original amount of   $600,000.00   is in **Default**   due to non-payment of monthly installments of   $4,781.30  , including principal and interest, which became due on   9/1/2008   and on the first day of each subsequent month.

Because of this uncured breach in the terms and conditions of said Note, we do hereby declare the entire balance of indebtedness to be due and owing.

| | |
|---|---|
| Principal | $ 593,346.58 |
| Estimate Interest* from 8/21/2008 to 11/20/2008 | $ 10,734.31 |
| Prepayment Penalty | $ 23,733.86 |
| Late Charges ( subject to increase after the 10th of each month ) | $ 2,072.00 |
| Misc Charges | $ - |
| Other | $ 6,652.59 |
| **TOTAL** | $ 636,539.34 |
| * Accrued Interest / Day: | $ 121.25 |

Demand is hereby made upon you under terms of said Note for payment of the entire balance due. If payment of this demand is not made on or before   11/20/2008  , we shall take legal and other actions deemed necessary or appropriate to protect our interest, i.e., foreclose and liquidation of collateral.

To cure this default, a payment of   $   18,814.11   must be received on or before   11/20/2008  
**CERTIFIED FUNDS ONLY!**   No partial payments will be accepted.

Please call the undersigned at (949) 860-0276 with your questions or comments.

Regards,

*Peggy G. Henson*  
Peggy G. Henson  
Special Assets Specialist




LEHMAN BROTHERS BANK, FSB  
25520 Commercentre Drive, Ste. 150  
Lake Forest, CA 92630  
TEL (800)370-6357  FAX (949)614-4652