**C•ncur™**

18400 NE UNION HILL ROAD
REDMOND, WA 98052

P: 425.702.8808
F: 425.702.8828

November 24, 2008

<u>SENT VIA OVERNIGHT COURIER</u>
Weil, Gotshall & Manges, LLP
Attorneys for Lehman Brothers Holdings, Inc. and LB745 LLC
**Attn: Lori Fife & Shai Waisman**
767 Fifth Avenue
New York, NY 10153-0119

Hughes, Hubbard & Reed, LLP
Attorneys for SIPC Trustee
**Attn: Jeffery Margolin**
One Battery Park Plaza
New York, NY 10004

Cleary, Gottlieb, Steen & Hamilton, LLP
Attorneys for Purchaser
**Attn: Lindsee Granfield & Lisa Schwietzer**
One Liberty Plaza
New York, NY 10006

Clerk of Court
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004-1408



Re: *In re:* **Lehman Brothers Holdings, Inc. (08-13555 (JMP)) – Objection to Cure Amount)**

Counselors/Madam Clerk,

Please consider this the Objection to Cure Amount on behalf of Outtask LLC, a wholly-owned subsidiary of Concur Technologies, Inc., in response to the Debtors' Notice of Extended Objection Deadline for Certain Counterparties to Contracts and Leases Assumed and Assigned to Purchaser, dated November 11, 2008. Outtask disputes the $0 identified in Exhibit C to the same as the "Revised Cure Total."

In support of this Cure Objection, I am providing invoices in the amount of $14,775.53. Please note that Concur Technologies Inc. has previously submitted the Proof of Claim and Business Services Provider Agreement and all addendums between Lehman Brothers Inc. and Outtask LLC (as successor-in-interest to Outtask, Inc.) in support of its Objection to Cure Amount.

Sincerely,

Kyle Sugamele
Chief Legal Officer

Enclosures



**Concur Technologies, Inc.**
18400 NE Union Hill Road
Redmond WA 98052
United States

Phone (425) 702-8808
Fax (425) 702-8828
Taxpayer ID  91-1608052

**PAGE** 1 of 1

## INVOICE

| | |
|---|---|
| INVOICE NUMBER | 28914 |
| INVOICE DATE | 01-OCT-08 |
| DUE DATE | 31-OCT-08 |
| INVOICE TOTAL | USD 7,472.45 |

**Bill To:**
Attn: Accounts Payable
Lehman Brothers (Outtask)
1271 Avenue of the Americas, 40th Floor
NEW YORK NY 10020
United States

**Ship To:**
Lehman Brothers (Outtask)
1271 Avenue of the Americas, 40th Floor
NEW YORK NY 10020
United States

**Remit To:**
Post Office Box #7555
San Francisco CA 94120
United States

**Bank Wire:**
Comerica Bank
10500 NE 8th Street
Suite 1905
Bellevue WA 98004
United States
ABA: 121137522
Account: 1891538249
Concur Technologies, Inc.

| OUR REFERENCE | PO NUMBER | SALES ORDER | CUSTOMER | LOCATION |
|---|---|---|---|---|
| | | | 5469 | 24135 |

| TERMS | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|
| Net 30 | | |

| ITEM NO. | INVOICE DESCRIPTION | QTY ORD | UNIT PRICE | EXTENDED | TAX |
|---|---|---|---|---|---|
| 1 | Cliqbook - Monthly System Fee | 1 | 750.00 | 750.00 | 62.81 |
| 2 | Adjust Cliqbook fees to meet minimum of $6120.00 | 1 | 1,034.36 | 1,034.36 | 86.63 |
| 3 | Cliqbook fees for Lehman Brothers | 1 | 5,085.64 | 5,085.64 | 425.92 |
| 4 | XA License(s) | 1 | 25.00 | 25.00 | 2.09 |

| COMMENTS | SUBTOTAL | TAX | TOTAL |
|---|---|---|---|
| System Fees: Oct-08, Transaction Fees: Sep-08; Details can be viewed online at MyOuttask.com. | USD 6,895.00 | USD 577.45 | USD 7,472.45 |



Concur Technologies, Inc.
18400 NE Union Hill Road
Redmond WA 98052
United States

Phone (425) 702-8808
Fax (425) 702-8828
Taxpayer ID  91-1608052

**PAGE** 1 of 1

| INVOICE | |
|---|---|
| INVOICE NUMBER | 29416 |
| INVOICE DATE | 01-NOV-08 |
| DUE DATE | 01-DEC-08 |
| INVOICE TOTAL | USD 7,726.50 |

Attn: Accounts Payable
Lehman Brothers (Outtask)
1271 Avenue of the Americas, 40th Floor
NEW YORK NY 10020
United States

Lehman Brothers (Outtask)
1271 Avenue of the Americas, 40th Floor
NEW YORK NY 10020
United States

Post Office Box #7555
San Francisco CA 94120
United States

Comerica Bank
10500 NE 8th Street
Suite 1905
Bellevue WA 98004
United States
ABA: 121137522
Account: 1891538249
Concur Technologies, Inc.

| OUR REFERENCE | PO NUMBER | SALES ORDER | CUSTOMER | LOCATION |
|---|---|---|---|---|
| | | | 5469 | 24135 |

| TERMS | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|
| Net 30 | | |

| ITEM NO. | INVOICE DESCRIPTION | QTY ORD | UNIT PRICE | EXTENDED | TAX |
|---|---|---|---|---|---|
| 1 | XA License(s) | 1 | 25.00 | 25.00 | 2.09 |
| 2 | Cliqbook - Monthly System Fee | 1 | 750.00 | 750.00 | 62.81 |
| 3 | Cliqbook fees for Lehman Brothers | 1 | 6,354.42 | 6,354.42 | 532.18 |

| COMMENTS | SUBTOTAL | TAX | TOTAL |
|---|---|---|---|
| System Fees: Nov-08, Transaction Fees: Oct-08; Details can be viewed online at MyOuttask.com. | USD  7,129.42 | USD  597.08 | USD  7,726.50 |



Concur Technologies, Inc.
18400 NE Union Hill Road
Redmond WA 98052
United States

Phone (425) 702-8808
Fax (425) 702-8828
Taxpayer ID  91-1608052

PAGE 1 of 1

| CREDIT MEMO | |
|---|---|
| INVOICE NUMBER | 22985-CM |
| INVOICE DATE | 05-SEP-07 |
| DUE DATE | 05-SEP-07 |
| INVOICE TOTAL | USD (423.42) |

BILL TO:
Jim Crisafulli
Lehman Brothers (Outtask)
1301 Avenue of the Americas
9th Floor
New York NY 10019
United States

SHIP TO:
Jim Crisafulli
Lehman Brothers (Outtask)
1301 Avenue of the Americas
9th Floor
New York NY 10019
United States

REMIT TO:
Post Office Box #7555
San Francisco CA 94120
United States

BANK WIRE:
Comerica Bank
10500 NE 8th Street
Suite 1905
Bellevue WA 98004
United States
ABA: 121137522
Account: 1891538249
Concur Technologies, Inc.

| OUR REFERENCE | PO NUMBER | SALES ORDER | CUSTOMER | LOCATION |
|---|---|---|---|---|
| 22985 | | | 5469 | 11491 |

| TERMS | SALESPERSON | CUSTOMER CONTACT |
|---|---|---|
| | | Jim Crisafulli |

| ITEM NO. | INVOICE DESCRIPTION | QTY ORD | UNIT PRICE | EXTENDED | TAX |
|---|---|---|---|---|---|
| 2 | Cliqbook fees for Lehman Brothers | -1 | 390.70 | (390.70) | (32.72) |
| | 100% of Credit Memo Applied to Invoice 22985 | | | | |
| | ***************************************************** | | | | |
| | Credit Memo Confirmation | | | | |
| | This is not a request for payment | | | | |
| | ***************************************************** | | | | |

| COMMENTS | SUBTOTAL | TAX | TOTAL |
|---|---|---|---|
| Credit to correct duplicate airfare charge created by the system | USD (390.70) | USD (32.72) | USD (423.42) |

