# THOMAS PIETRANTONIO, P.C.
### ATTORNEY AT LAW
*334 Main Street*
*Port Washington, NY 11050*

*Admitted in NY, NJ & DC*

E-Mail < *pietrantoniolaw@optonline.net*>

*Office (516) 944-6169*
*Facsimile (516) 684-9824*
*Cell (516) 782-4571*

November 14, 2008

United States Bankruptcy Court
Southern District of NY
One Bowling Green
New York, NY 1004-1408

Attn.: Clerk of the Court

### Re: Lehman Bros, Case No.: 08-13555 (JMP)

Dear Sir/Madam:

This is to request the removal of the undersigned's e-mail address [pietrantoniolaw@optonline.net] from the distribution list for ECF filed items in the above.

The Clerk's Office ECF filed my Objection to Notice of Cure Amount on behalf of Interface Cable Assemblies and Services Corp. I have not been approved for the filing of materials in this Court through the ECF otherwise I would file a notice to have my address withdrawn myself.

Thank you for your assistance.

Very truly yours,

Thomas Pietrantonio