IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re:* | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS., INC., *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE        )
                                              ) SS
COUNTY OF NEW CASTLE )

    Jared F. Schierbaum, being duly sworn according to law, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Wilmington, Delaware.

    On November 26, 2008, deponent served true and correct copies of Pacific Life Insurance Company's Objection to the Debtors' Motion for an order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts upon the attached service list by Federal Express.

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 26th day of November 2008.

_____
Notary Public

CAROLYN B. FOX
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Feb. 22, 2010

WLM 515670.1

## SERVICE LIST

1. Chambers of The Honorable James M. Peck
   One Bowling Green
   New York, New York 10004
   Courtroom 601

2. Weil Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn: Lori R. Fife, Esq. and
   Robert J. Lemons, Esq.
   *Attorneys for the Debtors*

3. Curtis, Mallet-Prevost, Colt & Mosel LLP
   101 Park Avenue
   New York, New York 10178
   Attn: Steven J. Reisman and
   L.P. Harrison 3rd
   *Conflicts Counsel for the Debtors*

4. The Office of the United States Trustee, Southern District of New York
   33 Whitehall Street, 21st Floor
   New York, New York 10004
   Attn: Andy Velez-Rivera,
   Paul Schwartzberg, Brian Masumoto,
   Linda Riffkin, and
   Tracy Hope Davis

5. Milbank, Tweed, Hadley & McCloy LLP
   1 Chase Manhattan Plaza
   New York, New York 10005
   Attn: Dennis F. Dunne,
   Dennis O'Donnell, and Evan Fleck
   *Attorneys for the Official Committee
   of Unsecured Creditors*

NYC 316518.1