**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                          :
**In re**                                                 :        **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :        **08-13555 (JMP)**
                                                          :
                                    **Debtors.**          :        **(Jointly Administered)**
                                                          :
                                                          :
---------------------------------------------------------------x

**ORDER PURSUANT TO**
**SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY**
**CODE AUTHORIZING THE EMPLOYMENT AND RETENTION**
**OF BORTSTEIN LEGAL LLC AS SPECIAL COUNSEL TO THE DEBTORS**

Upon consideration of the application, dated November 26, 2008 (the "Application"),[1] of

Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced

chapter 11 cases, as debtors and debtors-in-possession (collectively, the "Debtors"), pursuant to

sections 327(e) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code") and

Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for

authorization to employ and retain Bortstein Legal LLC ("Bortstein Legal") as special counsel to

the Debtors; and upon the Declaration of Lawrence A. Bortstein, the Managing Member of

Bortstein Legal (the "Bortstein Declaration"), filed in support of the Application; and the Court

being satisfied, based on the representations made in the Application and the Bortstein

Declaration, that Bortstein Legal represents no interest adverse to the Debtors or the Debtors'

estates with respect to the matters upon which it is to be engaged, under section 327 of the

Bankruptcy Code as modified by section 1107(b); and the Court having jurisdiction to consider

the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334

---

[1]     Capitalized terms that are used but not defined in this order have the meanings ascribed to them in the
        Application.

and the Standing Order M-61 Referring to Bankruptcy Judges for the Southern District of New

York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and

consideration of the Application and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C.

§§ 1408 and 1409; and due and proper notice of the Application having been provided in

accordance with the procedures set forth in the order entered September 22, 2008 governing case

management and administrative procedures [Docket No. 285] to (i) the United States Trustee for

the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured

Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v)

the United States Attorney for the Southern District of New York; and (vi) all parties who have

requested notice in these chapter 11 cases, and it appearing that no other or further notice need be

provided; and the Court having found and determined that the relief sought in the Application is

in the best interests of the Debtors, their estates and creditors, and all parties in interest and that

the legal and factual bases set forth in the Application establish just cause for the relief granted

herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Application is approved; and it is further

ORDERED that pursuant to sections 327(e) and 328(a) of the Bankruptcy Code, the

Debtors are hereby authorized to employ and retain Bortstein Legal as special counsel to the

Debtors on the terms set forth in the Application and this order, for the matters identified in the

Application and in accordance with Bortstein Legal's customary rates in effect from time to time

and its disbursement policies; and it is further

ORDERED that Bortstein Legal shall apply for compensation and reimbursement of

expenses in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy

Code, applicable Bankruptcy Rules, local rules and orders of the Court, guidelines established by

the U.S. Trustee, and such other procedures as may be fixed by order of this Court, including but

not limited to the Court's Amended Order Pursuant to Sections 105(a) and 331 of the

Bankruptcy Code and Bankruptcy Rule 2016(a) Establishing Procedures for Interim Monthly

Compensation and Reimbursement of Expenses of Professionals.

Dated: December ___, 2008
      New York, New York


                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE