UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re                                                       :     Chapter 11
                                                            :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                    :     Case No. 08-13555 (JMP)
                                                            :
                        Debtors.                            :     (Jointly Administered)
                                                            :
------------------------------------------------------------x

## ORDER GRANTING MOTION OF THE PENNSYLVANIA CONVENTION CENTER AUTHORITY FOR: (A) DETERMINATION THAT AUTOMATIC STAY DOES NOT PREVENT TERMINATION OF RESERVE FUND AGREEMENT; OR (B) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY TO TERMINATE RESERVE FUND AGREEMENT

Upon the Motion, dated November 26, 2008 (the "Motion"), of The Pennsylvania Convention Center Authority for: (A) Determination that Automatic Stay Does Not Prevent Termination of Reserve Fund Agreement; or (B) In the Alternative, Relief From the Automatic Stay to Terminate Reserve Fund Agreement [Docket no. ___]; and upon consideration of the Affidavits of Michael W. Harris and Ahmeenah Young in support thereof; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion constitutes a "core" proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

FOUND AND ORDERED that, in accordance with Section 555 of the Bankruptcy Code, 11 U.S.C. § 555, the automatic stay of Section 362(a) of the Bankruptcy Code, 11 U.S.C. §

1114934.6 11/26/08

362(a), does not apply to, and shall not be deemed to prevent or prohibit, the exercise by The Pennsylvania Convention Center Authority of its contractual right to liquidate, terminate or accelerate its Reserve Fund Agreement (as defined in the Motion) with Lehman Brothers Special Financing, Inc. ("Special Financing") due to Special Financing's bankruptcy filing; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from this Order.

Dated: December __, 2008
       New York, NY

 

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE