UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.  :    Case No. 08-13555 (JMP)
                                          :
            Debtors.                      :    (Jointly Administered)
                                          :
---------------------------------------------------------------x

### ORDER GRANTING MOTION OF THE PENNSYLVANIA CONVENTION CENTER AUTHORITY FOR: (A) DETERMINATION THAT AUTOMATIC STAY DOES NOT PREVENT TERMINATION OF RESERVE FUND AGREEMENT; OR (B) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY TO TERMINATE RESERVE FUND AGREEMENT

Upon the Motion, dated November 26, 2008 (the "Motion"), of The Pennsylvania Convention Center Authority for: (A) Determination that Automatic Stay Does Not Prevent Termination of Reserve Fund Agreement; or (B) In the Alternative, Relief From the Automatic Stay to Terminate Reserve Fund Agreement [Docket no. ___]; and upon consideration of the Affidavits of Michael W. Harris and Ahmeenah Young in support thereof; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion constitutes a "core" proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, 11 U.S.C. § 362(d)(1), The Pennsylvania Convention Center Authority is hereby granted relief from the

1114934.6 11/26/08

automatic stay of Section 362(a) of the Bankruptcy Code, 11 U.S.C. § 362(a), so that it may take all actions necessary, desirable or appropriate to exercise its contractual right(s) to liquidate, terminate and/or accelerate its Reserve Fund Agreement (as defined in the Motion) with Lehman Brothers Special Financing, Inc.; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from this order.

Dated:  December __, 2008
        New York, NY


_____
THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY JUDGE