WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
: 
**In re**                                                              :    Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (JMP)
: 
Debtors.                                            :    (Jointly Administered)
: 
: 
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF MOTION OF**
**ABRAHAM KAMBER & COMPANY LLC FOR**
**DETERMINATION THAT THE AUTOMATIC STAY DOES NOT**
**APPLY OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Motion of Abraham Kamber & Company LLC for Determination that the Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay [Docket No. 1406] (the "Motion"), which was scheduled for December 3, 2008, at 10:00 a.m., **has been adjourned to December 16, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.  The hearing on the Motion will be held before the Honorable James M. Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 601, and such hearing on the Motion may be further adjourned from time to time without further notice other than an announcement at the hearing.

NY2:\1940893\02\15LLP02!.DOC\58399.0003

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion are due on or before December 8, 2008 at 4:00 p.m.

Dated: November 26, 2008
      New York, New York

      /s/ Robert Lemons
      Robert Lemons

      WEIL, GOTSHAL & MANGES LLP
      767 Fifth Avenue
      New York, New York 10153
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007

      Attorneys for Debtors
      and Debtors in Possession