SAUL EWING LLP
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853

Attorney for The Pennsylvania
Convention Center Authority

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                             :    Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                          :    Case No. 08-13555 (JMP)
                                                                  :
Debtors.                                                          :    (Jointly Administered)
                                                                  :
------------------------------------------------------------------x    Re: Docket No. 1780


## AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss.:
COUNTY OF PHILADELPHIA          )

I, Adam H. Isenberg, being duly sworn, deposes and says:

1. I am not a party to this action, I am over eighteen years of age and I am employed by the law firm of Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102.

2. Reference is made to the **Motion of the Pennsylvania Convention Center Authority for: (A) Determination that Automatic Stay Does Not Prevent Termination of Reserve Fund Agreement; or (B) in the Alternative, Relief from the Automatic Stay to Terminate Reserve Fund Agreement** (the "Motion") filed with the Court on November 26, 2008.

1119141.1 11/26/08

3. On November 26, 2008, I caused a copy of the Motion to be served by first class, United States mail, postage prepaid, upon each of the parties listed on Exhibit "A" hereto. Those parties listed on Exhibit "A" with an asterisk were sent a full copy of the Motion, with all exhibits thereto. All other parties on Exhibit "A" were sent a full copy of the Motion without the exhibits thereto, but with a notation that such exhibits are available upon request.

_____
Adam H. Isenberg

Sworn to before me this
26th day of November, 2008

_____
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
MARY E. MINGLEDOUGH, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 2, 2012

1119141.1 11/26/08