SAUL EWING LLP
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA  19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
Email:  aisenberg@saul.com

Attorneys for The Pennsylvania
Convention Center Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (JMP) |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL REGARDING ECF
<u>NOTIFICATION WITH RESPECT TO CASE NO. 08-13555</u>**

PLEASE TAKE NOTICE that John J. Jerome (jjerome@saul.com) hereby requests removal from the Electronic Case Filing ("ECF") notification list in the above-captioned matter.

Dated:  November 26, 2008

>/s/ Adam H. Isenberg
>Adam H. Isenberg, Esquire
>**SAUL EWING LLP**
>Centre Square West
>1500 Market Street, 38th Floor
>Philadelphia, PA  19102
>Telephone: (215) 972-8662
>Email:  aisenberg@saul.com
>
>Attorneys for The Pennsylvania
>Convention Center Authority

563284.1 11/26/08