UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
: 
In re                                                            :   Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :   08-13555 (JMP)
                                                                 :
                          Debtors.                               :   (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF  NANCY A. VALENTINE  ,

ON BEHALF OF  HAHN LOESER & PARKS LLP

STATE OF  OHIO                )
                              ) ss:
COUNTY OF  CUYAHOGA           )

   Nancy A. Valentine , being duly sworn, upon his oath, deposes and says:

   1.   I am a  Partner  of  Hahn Loeser & Parks LLP , located at 200 Public Square, Suite 2800, Cleveland, Ohio 44114  (the "Firm").

   2.   Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide  legal  services to the Debtors, and the Firm has consented to provide such services.

   3.   The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

NY2:\1932726\04\15F@%04!.DOC\58399.0003

these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $ 3,161.56 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

By: /s/ Nancy A. Valentine
Nancy A. Valentine

Subscribed and sworn to before me
this 20th day of November, 2008

/s/ Colleen M. Beitel
Notary Public

COLLEEN M. BEITEL, Notary Public
State of Ohio
My Commission Expires 6/7/09



---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
:
In re                                                            :     Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (JMP)
                                                                 :
                    Debtors.                                :     (Jointly Administered)
                                                                 :
                                                                 :
-----------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")
DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Hahn Loeser & Parks LLP

   200 Public Square, Suite 2800
   Cleveland, Ohio 44114

2. Date of retention:  2/15/07

3. Type of services provided (accounting, legal, etc.):

   Legal Services

NY2:\1932726\04\15F@%04!.DOC\58399.0003

4. Brief description of services to be provided:

Hahn Loeser represents Lehman Brothers Holdings Inc. in a foreclosure action and receivership pending before Judge V. Lee Sinclair in the Court of Common Pleas, Stark County, Ohio, Case No. 2007 CV 02056 in which Debtor is plaintiff.

5. Arrangements for compensation (hourly, contingent, etc.)

Hourly

   (a) Average hourly rate (if applicable):

      $272.17 (actual hourly rates vary by professional)

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

      $5,000 - $6,000 to complete wind down of receivership

6. Prepetition claims against the Debtors held by the firm:

Amount of claim: $ 3,161.56

Date claim arose: 8/1/08 through 9/12/08

Source of Claim: Unpaid Attorneys' Fees

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

Name: N/A

Status: N/A

Amount of Claim: $ N/A

Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None

   No. of shares: N/A

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None

   Status: N/A

   Kind of shares: N/A

   No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    N/A

11. Name of individual completing this form:
    Nancy A. Valentine, Esq.