**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ----------------------------------------------- x<br><br>In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors.<br><br>----------------------------------------------- x | **Chapter 11 Case No.**<br><br>**08-13555 (JMP)**<br><br>**Jointly Administered** |

## AFFIDAVIT OF SERVICE

**KURT R. VELLEK,** being duly sworn hereby deposes and says that:

1.  I am over 18 years of age, not a party to this proceeding, and reside in Mahopac, New York.

2.  On Wednesday, November 26, 2008, I served the (i) Reply to the Motion of Barclays Capital Inc., for Relief Concerning an American Express Contract Erroneously Posted with the Closing Date Contracts; the (ii) Reply Declaration of Michael S. Feldberg; the (iii) Declaration of Jason White; and the (iv) Declaration of Leslie Bernauer by first class mail upon the attorneys listed on the attached service list:

/s/ Kurt R.Vellek____

Sworn to before me this 26th day of
November, 2008

__/s/ Toby D. Mann_____ _____

SERVICE LIST

Christopher K. Kiplok, Esq.
Jeffrey S. Margolin, Esq
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004

Kenneth J. Caputo
Securities Investor Protection Corp.
805 Fifteenth Street, NW
Suite 800
Washington, DC  20005

Honorable James M. Peck
One Bowling Green
Courtroom 601
New York, NY  10004

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the Untied States Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY  10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Lindsee P. Granfield, Esq.
Lisa Schweiger, Esq.
Cleary Gotliebb LLP
One Liberty Plaza
New York, NY  10006

Martin J. Bienenstock, Esq.
Irena M. Goldstein, Esq.
Donna L. Gordon, Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY  10019

Eugene J. Chikowski, Esq.
Greg T. Kupniewski, Esq.
Flaster/Greenberg PC
1628 John F. Kennedy Blvd.
Philadelphia, PA  19103