**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: : : : Chapter 11 Case No. LEHMAN BROTHERS HOLDINGS, INC., *et al.* : : 08-13555 (JMP) : Debtors. : (Jointly Administered) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Paul A. Patterson and Michael J. Cordone, attorneys for AIM V.I. High Yield Fund, AIM High Yield Fund, AIM Libor Alpha Fund, AIM V.I. Diversified Income Fund, AIM V.I. Basic Balanced Fund, AIM Core Bond Fund, AIM Short Term Bond Fund, AIM Income Fund and AIM Basic Balanced Fund (the "AIM Funds"), and their affiliate, Invesco Aim Advisors, Inc. ("AIM Advisors") (collectively, the AIM Funds and AIM Advisors shall be referred to herein as "AIM"), hereby enter their appearance in the above-captioned case on behalf of AIM, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109 of Title 11 of the United States Code (the "Bankruptcy Code"), and demand that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon AIM at the addresses and numbers set forth below:

   A. Paul A. Patterson, Esq.
     Michael J. Cordone, Esq.
     Stradley Ronon Stevens & Young, LLP
     2600 One Commerce Square
     Philadelphia, PA 19103-7098
     Telephone: (215) 564-8000
     Facsimile: (215) 564-8120
     ppatterson@stradley.com
     mcordone@stradley.com

AND

    B.    Teresa A. Oxford, Esq.
Invesco Aim Management Group, Inc.
11 Greenway Plaza. Suite 100
Houston, Texas  77046-1173
Telephone: (713) 214-7276
Facsimile: (713) 993-9185
teresa.oxford@invescoaim.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-referenced Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents, formal or informal, which, in any way, affect any of the above-captioned Debtors, their property or their cases.

**PLEASE TAKE FURTHER NOTICE** that AIM does not intend for this notice of appearance or any subsequent appearance, pleading, claim, or suit to constitute a waiver of any (1) right to have final orders in non-core matters entered only after de novo review by the District Court, (2) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) right to contest

service or any other matter, or (5) other rights, claims, actions, defenses, setoffs or recoupments to which AIM is or may be entitled.

STRADLEY RONON STEVENS & YOUNG, LLP

Dated: November 25, 2008    By: /s/ Mark J. Dorval
Mark J. Dorval, Esquire
Paul A. Patterson, Esquire
Michael J. Cordone, Esquire
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone: (215) 564-8000
Fax: (215) 564-8120

*Attorneys for AIM V.I. High Yield Fund, AIM High Yield Fund, AIM Libor Alpha Fund, AIM V.I. Diversified Income Fund, AIM V.I. Basic Balanced Fund, AIM Core Bond Fund, AIM Short Term Bond Fund, AIM Income Fund and AIM Basic Balanced Fund, and their affiliate, Invesco Aim Advisors, Inc.*

B # 862766 v.1