KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102-2186
Tel:  (402) 346-6000
Facsimile:  (402) 346-1148
John J. Jolley, Jr., Esq. (JJJ 0253)
Peter J. Barrett, Esq. (PJB 9807)
Thomas T. Roubidoux, Esq. (TTR 3428)
jay.jolley@kutakrock.com
peter.barrett@kutakrock.com
thomas.roubidoux@kutakrock.com

*Attorneys for The City and County of Denver, Colorado*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC., et al** | **Case Nos. 08-13555 (JMP)** |
| **Debtors.** | **(Jointly Administered)** |

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 26, 2008, true and correct copies of the *Objection of The City And County Of Denver, Colorado to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts* dated November 26, 2008 were served on the parties set forth on Exhibit A hereto by overnight delivery mail, postage prepaid, as required by the *Notice of Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts*, Case Nos. 08-13555, ECF Dkt. #1498.

By: _____*s/s John J. Jolley*_____
John J. Jolley, Jr., Esq. (JJJ 0253)
(Admitted *pro hac vice*)

4833-7919-8211.1

## Exhibit A

Chambers of the Honorable James M. Peck
One Bowling Green,
Courtroom 601
New York, New York 10004

Robert J. Lemons, Esq.
Lori R. Fife, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, New York 10153
*Attorneys for Debtors*

Steven J. Reisman
L.P. Harrison 3rd
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
*Conflict Counsel to the Debtors*

Andrew D. Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
*Attorneys for the Official Committee of Unsecured Creditor*

4833-7919-8211.1