Walter E. Swearingen
LEVI LUBARSKY & FEIGENBAUM LLP
1185 Avenue of the Americas, 17th Floor
New York, New York  10036
Telephone:  (212) 308-6100
Facsimile:   (212) 308-8830

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

                                            Debtors.
------------------------------------------------------------ x

Chapter 11

Case No. 08-13555 (JMP)
(Jointly Administered)

NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES

       PLEASE TAKE NOTICE that the undersigned hereby enters its appearance as counsel of record for Peter J. DaPuzzo and Mary Jane DaPuzzo, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010(b) and demands that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office and address set forth below.

       PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the Debtors,

08-13555-mg    Doc 1803    Filed 11/26/08    Entered 11/26/08 16:05:00    Main Document
                                  Pg 2 of 2

their respective property and/or property of the estate.

Dated:  New York, New York
        November 26, 2008

                LEVI LUBARSKY & FEIGENBAUM LLP

                By:  _s/Walter E. Swearingen_____
                     Walter E. Swearingen

                1185 Avenue of the Americas, 17th Floor
                New York, New York  10036
                (212) 308-6100
                Attorneys for Peter J. DaPuzzo
                  and Mary Jane DaPuzzo

TO:    Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153
        Attorneys for the Debtors

        Clerk, United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004

        Office of the United States Trustee
        33 Whitehall Street, 21st Floor
        New York, New York  10004

        Milbank, Tweed, Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, New York 10005
        Attorneys for the Official
          Committee of Unsecured Creditors