UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

In re                                                      :

LEHMAN BROTHERS HOLDINGS INC., et al.,   :

                                    Debtors.        :
                                                           :
------------------------------------------------------------- x

Chapter 11

Case No. 08-13555 (JMP)
(Jointly Administered)

CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on November 26, 2008 a copy of the

foregoing Notice of Appearance and Request for Notices was served upon the following by first

class mail:

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attorneys for the Debtors

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attorneys for the Official
  Committee of Unsecured Creditors

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004

Dated: New York, New York
          November 26, 2008

        s/Walter E. Swearingen
                Walter E. Swearingen