K&L GATES LLP  
Jeffrey N. Rich, Esq.  
599 Lexington Avenue  
New York, NY 10022  
(212) 536-3900  

Hearing Date: December 3, 2008 at 10:00 a.m.

Attorneys for USAA High-Yield Opportunities Fund

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------x  
In re                                    : Chapter 11  
                                         :  
LEHMAN BROTHERS HOLDINGS INC., et al.,   : Case No. 08-13555 (JMP)  
                                         :  
                                         : (Jointly Administered)  
           Debtors.                      :  
-----------------------------------------------------------x  

**DECLARATION OF JULIANNE BASS IN SUPPORT OF OBJECTION OF USAA HIGH-YIELD OPPORTUNITIES FUND TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS**

JULIANNE BASS, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a Portfolio Manager of the USAA High-Yield Opportunities Fund (the "Fund"), a Delaware corporation whose principal place of business is located at San Antonio, Texas. I am authorized to make this declaration on the Fund's behalf in the within matter.

2. On or about September 4, 2008, the Fund entered an LSTA Distressed Trade Confirmation (the "Trade Confirm") with Lehman Commercial Paper Inc. ("LCPI") for the sale by LCPI of a loan made by certain lenders to Hawaiian Telecom (the "HT Loan") to USAA (the "Trade").

3. On October 2, 2008, the market price of the HT Loan was approximately 71.786% per $1,000,000 face amount.

NY-650485 v1

4. On November 25, 2008, the market price of the HT Loan was approximately 39.054% per $1,000,000 face amount.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 26, 2008

*Julianne Bass*
JULIANNE BASS