| | |
|---|---|
| David L. Barrack, Esq.<br>FULBRIGHT & JAWORSKI L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103<br>Telephone:    (212) 318-3000<br>Facsimile:    (212) 318-3400 | Hearing Date: December 3, 2008 at 10:00 a.m.<br>Objection Date: November 28, 2008 |

Counsel for Canadian National Resources Limited

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS | : | |
| INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## CERTIFICATE OF SERVICE

I, Mark C. Haut, do hereby certify that on November 26, 2008, I caused copies of Canadian National Resources Limited's Objection to and Reservation of Rights from Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts, to be served by Federal Express upon each of the parties on the attached list.

Dated: New York, New York
        November 26, 2008

/s/ Mark C. Haut
Mark C. Haut

80391110.2

Honorable James M. Peck
Chambers
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Steven J. Reisman, Esq.
L.P. Harrison 3rd, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005-1413

80391110.2