| | |
|---|---|
| David L. Barrack, Esq.<br>FULBRIGHT & JAWORSKI L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103<br>Telephone:   (212) 318-3000<br>Facsimile:    (212) 318-3400 | Hearing Date: December 3, 2008 at 10:00 a.m.<br>Objection Date: November 28, 2008 |

Toby L. Gerber, Esq.
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue – Suite 2800
Dallas, Texas 75201
Telephone:   (214) 855-8000
Facsimile:    (214) 855-8200

Counsel for the Federal Home Loan Bank of Dallas

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS | : | |
| INC., et al., | : | Case No. 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## CERTIFICATE OF SERVICE

I, Mark C. Haut, do hereby certify that on November 26, 2008, I caused copies of Limited Objection and Reservation of Rights of The Federal Home Loan Bank of Dallas to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts, to be served by Federal Express upon each of the parties on the attached list.

Dated: New York, New York
       November 26, 2008

                                            /s/ Mark C. Haut
                                            Mark C. Haut

80391118.2

Honorable James M. Peck
Chambers
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 601
New York, New York 10004

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Steven J. Reisman, Esq.
L.P. Harrison 3rd, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, New York 10005-1413

80391118.2