**MORITT HOCK HAMROFF &
HOROWITZ LLP**
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Leslie Ann Berkoff
lberkoff@moritthock.com
Theresa A. Driscoll
tdriscoll@moritthock.com

**WIGGIN AND DANA LLP**
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3715
Sharyn B. Zuch
szuch@wiggin.com

Co-Counsel to The Hotchkiss School

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

In re:                                                   Chapter 11

**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.,*            Case No. 08-13555 (JMP)

                                                         Jointly Administered
                                      Debtors.
------------------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

**STATE OF NEW YORK**    )
                         ) **ss.:**
**COUNTY OF NASSAU**     )

      Dina Marlow, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside at Farmingville, New York.

      On the 26th day of November 2008, I served a true copy of the within Objection Of The Hotchkiss School To Debtors' Motion For Order Pursuant To Sections 105 And 365 Of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment Of Prepetition Derivative Contracts via overnight mail, in a

sealed envelope, with postage prepaid thereon, in an official depository of the Federal Express Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:
Chambers of the
Honorable James M. Peck
One Bowling Green,
New York, NY 10004

Robert J. Lemons, Esq.
Lori R. Fife, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Attorneys for Debtors

Curits, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn: Steven J. Reisman, Esq.
        L.P. Harrison 3rd, Esq.
Conflicts Counsel for the Debtors

Andrew D. Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee for the
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Attorneys for the Official Committee of Unsecured Creditors

      /s/ Dina Marlow
      Dina Marlow

Sworn to before me this
26th day of November 2008

  /s/ Michael S. Re
Michael S. Re
Notary Public, State of New York
No. 02RE6036360
Qualified in Suffolk County
Commission Expires 3/31/10

F:\Hotchkiss School\Lehman Bros\Docs\AOS NOA.Doc