**BROWN RUDNICK LLP**
Seven Times Square
New York, New York 10036
(212) 209-4800
Daniel J. Saval (DS-2437)

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
Steven D. Pohl

*Counsel to GoldenTree Asset Management, LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (JMP) |
| Debtors | |

## AFFIDAVIT OF SERVICE

COMMONWEALTH OF MASSACHUSETTS )
) ss.:
COUNTY OF SUFFOLK )

Jacqueline D. Copp being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Dover, New Hampshire.

On the 26th day of November, 2008, I caused to be served a true copy of the following document: *Limited Objection of Goldentree Asset Management, LP to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations* on the parties listed below by overnight mail, postage prepaid.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Fiffkin, Esq.
Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Jacqueline D. Copp

Sworn to before me this
26th day of November, 2008.

Notary Public

LINDA JEANNE BRABROOK
Notary Public
Commonwealth of Massachusetts
My Commission Expires
January 30, 2009