# EXHIBIT B



search by  Issuer Name   
for  bear stearns  go

Todd Duffy
is currently
logged in

▸ Your Profile
▸ Log out

**advanced SEARCH**

home | about moody's | products & services | ratings news | watchlist | credit trends | events | find an analyst | contact | help

Select a Business Line  ▸ go  ▸ what's NEW for you  ▸ your PORTFOLIO

SEARCH RESULTS > CORPORATE, BANKING & SOVEREIGN > ISSUER SUMMARY

# Bear Stearns Companies LLC. (The)

▸ Add To Portfolio   Select a portfolio

▸ **Market Implied Ratings**

▸ **Related Issuers**

▸ **Rating History**

Issuer Research \ Related Research

Research

| Report Type | Date | Title |
|---|---|---|
| Rating Action | 25 SEP 2008 | Moody's affirms JPMorgan Chase's ratings with negative outlook |
| Rating Action | 3 JUL 2008 | Correction to text, July 2, 2008 release: Moody's upgrades Bear Stearns (senior to Aa2 from Baa1) |
| Announcement | 30 MAY 2008 | Moody's maintains Bear Stearns review for upgrade |
| Rating Action | 25 MAR 2008 | Moody's continues Bear Stearns review; assigns JPM-backed issuer ratings |
| Announcement | 25 MAR 2008 | Moody's says JPM's rating unaffected by revised Bear deal |
| Rating Action | 17 MAR 2008 | Moody's places Bear Stearns' Baa1 rating on review for upgrade |
| Rating Action | ★14 MAR 2008 | Moody's downgrades Bear Stearns to Baa1; continues to review down |
| Announcement | ★17 JAN 2008 | Moody's: No Negative Ratings Impact From Bear Stearns Downgrade on Certain RMBS and CDO Transactions Where Bear Stearns is a Hedge Counterparty |
| Rating Action | 20 DEC 2007 | Moody's downgrades Bear Stearns to A2; Outlook stable |
| Liquidity Risk Assessment | 13 DEC 2007 | Bear Stearns Companies Inc. (The) |
| Rating Action | 14 NOV 2007 | Moody's places Bear Stearns A1 rating on review for downgrade |
| Announcement | 21 SEP 2007 | Moody's comments on US investment banks' 3Q07 results; says no rating changes pending |
| Special Comment | 20 SEP 2007 | Comment on 3Q07 Results at US Investment Banks |
| Credit Opinion | 5 SEP 2007 | Bear Stearns Companies Inc. (The) |
| Announcement | 29 AUG 2007 | Moody's comments on US investment banks' exposure to dislocation in leveraged loan market |
| Announcement | 22 JUN 2007 | Moody's Affirms Bear Stearns Companies Inc. Rating at A1 |
| Announcement | 21 MAY 2007 | Moody's Affirms The Bear Stearns Companies' A1 Rating |
| Corporate Governance Assmt | 16 JAN 2007 | Bear Stearns Companies Inc. (The) |
| Issuer Comment | 20 SEP 2006 | BEAR STEARNS Q3-06 EARNINGS COMMENTARY |
| Announcement | 20 SEP 2006 | Moody's Says Problems at Amaranth are Manageable for US Securities Industry |
| Special Comment | 31 AUG 2006 | Bear Stearns Companies Inc. (The) (Korean translation of Credit Opinion) |
| Analysis | 23 JUN 2006 | Bear Stearns Companies Inc. (The) (Korean translation) |
| Risk Management Assessment | 23 MAY 2006 | Bear Stearns Companies Inc. (The) |
| Issuer Comment | 21 MAR 2006 | BEAR STEARNS Q1-06 EARNINGS COMMENTARY |
| Issuer Comment | 20 DEC 2005 | BEAR STEARNS Q4-05 EARNINGS COMMENTARY |

Page 1 (1 - 25 of 48 records)

 **Moodys**

search by  **Issuer Name**
for  lehman brothers  ▶ go

Todd Duffy is currently logged in
▸ Your Profile
▸ Log out

**advanced SEARCH**

| home | about moody's | products & services | ratings news | watchlist | credit trends | events | find an analyst | contact | help |

Select a Business Line ▸ go     ▸ what's NEW for you     ▸ your PORTFOLIO

SEARCH RESULTS > CORPORATE, BANKING & SOVEREIGN > ISSUER SUMMARY

## Lehman Brothers Holdings Inc.

▸ Add To Portfolio    Select a portfolio ▾

▸ **Market Implied Ratings**




| / Issuer Research \ / Related Research ? \ |
|---|

**Research**                                            Page 1 (1 - 25 of 57 records)

▸ **Related Issuers**
▸ **Rating History**

| | Report Type | Date | Title |
|---|---|---|---|
| | Announcement | 29 OCT 2008 | Moody's report explores CDS impact of Lehman Brothers' bankruptcy |
| | Special Comment | 29 OCT 2008 | Credit Default Swaps: Market, Systemic, and Individual Firm Risks in Practice See Related Event(s)... |
| | Rating Action | ★15 SEP 2008 | Moody's lowers Lehman to B3/Non-Prime; on review for possible further downgrade See Related Event(s)... |
| | Rating Action | ★10 SEP 2008 | Moody's places Lehman's A2 rating on review with direction uncertain |
| | Announcement | 9 SEP 2008 | Moody's comments on Lehman Brothers |
| | Rating Action | 17 JUL 2008 | Moody's lowers Lehman Brothers rating to A2; outlook negative |
| | Rating Action | 13 JUN 2008 | Moody's places Lehman's A1 rating on review for downgrade; Prime-1 affirmed |
| | Rating Action | 9 JUN 2008 | Moody's changes Lehman's rating outlook to negative |
| | Announcement | 28 MAY 2008 | Moody's publishes report on risks of credit default swaps |
| | Liquidity Risk Assessment | 15 APR 2008 | Lehman Brothers Holdings Inc. |
| | Rating Action | 17 MAR 2008 | Moody's affirms Lehman's A1 rating; outlook now stable |
| | Announcement | 21 SEP 2007 | Moody's comments on US investment banks' 3Q07 results; says no rating changes pending |
| | Special Comment | 20 SEP 2007 | Comment on 3Q07 Results at US Investment Banks |
| | Credit Opinion | 7 SEP 2007 | Lehman Brothers Holdings Inc. |
| | Announcement | 29 AUG 2007 | Moody's comments on US investment banks' exposure to dislocation in leveraged loan market |
| | Announcement | 3 AUG 2007 | Moody's comments on US investment bank and commercial bank subprime exposures |
| | Corporate Governance Assmt | 12 DEC 2006 | Lehman Brothers Holdings Inc. |
| | Analysis | 22 NOV 2006 | Lehman Brothers Holdings Inc. |
| | Announcement | 20 SEP 2006 | Moody's Says Problems at Amaranth are Manageable for US Securities Industry |
| | Issuer Comment | 15 SEP 2006 | LEHMAN BROTHERS Q3-06 EARNINGS COMMENTARY |
| | Issuer Comment | 14 JUN 2006 | LEHMAN BROTHERS Q2-06 EARNINGS COMMENTARY |
| | Rating Action | 8 JUN 2006 | MOODY'S LIFTS LEHMAN BROTHERS RATING OUTLOOK TO POSITIVE |
| | Risk Management Assessment | 23 MAY 2006 | Lehman Brothers Holdings Inc. |
| | Issuer Comment | 16 MAR 2006 | LEHMAN BROTHERS Q1-06 EARNINGS COMMENTARY |
| | Issuer Comment | 20 DEC 2005 | LEHMAN BROTHERS Q4-05 EARNINGS COMMENTARY |

next page >

GO TO PAGE: 2 ▸go

 **Moodys**

search by    Issuer Name  

for    AIG    go

Todd Duffy
is currently
logged in

▸ Your Profile

▸ Log out

**advanced SEARCH**

| home | about moody's | products & services | ratings news | watchlist | credit trends | events | find an analyst | contact | help |

Select a Business Line    ▸go    ▸what's NEW for you    ▸your PORTFOLIO

SEARCH RESULTS > CORPORATE, BANKING & SOVEREIGN > ISSUER SUMMARY

## American International Group, Inc.

▸ Add To Portfolio    Select a portfolio ▾

▸ **Market Implied Ratings**

▸ **Related Issuers**

▸ **Rating History**

| Issuer Research | Related Research |

**Research**      Page 1 (1 - 25 of 98 records)

| | Report Type | Date | Title |
|---|---|---|---|
| | Announcement | 10 NOV 2008 | Moody's maintains present ratings on AIG (senior debt at A3, review down); comments on 3Q08 results and restructuring plan |
| | Announcement | 7 OCT 2008 | Moody's comments on downgrade of AIGGI Taiwan |
| | Announcement | 3 OCT 2008 | Moody's comments on American General Finance downgrade to Baa1 |
| | Announcement | 3 OCT 2008 | Moody's comments on ILFC downgrade to Baa1; review with direction uncertain |
| | Rating Action | 3 OCT 2008 | Moody's downgrades AIG (senior to A3); ratings remain under review |
| | Rating Action | 18 SEP 2008 | Moody's maintains present ratings on AIG and subsidiaries |
| | Rating Action | 15 SEP 2008 | Moody's downgrades AIG (senior to A2); LT and ST ratings under review |
| | Rating Action | 19 AUG 2008 | Moody's affirms Aa3 rating (negative outlook) on AIG's expanded EMTN program |
| | Credit Opinion | 14 AUG 2008 | American International Group, Inc. |
| | Rating Action | 7 AUG 2008 | Moody's reiterates negative outlook on AIG; US life ops negative |
| | Rating Action | 4 JUN 2008 | Moody's assigns new rating of A2 to AIG Capital Corp. |
| | Rating Action | 28 MAY 2008 | Moody's confirms ALICO and AIG Edison's credit ratings |
| | Rating Action | 22 MAY 2008 | Moody's confirms ILFC at A1; outlook is negative |
| | Rating Action | 22 MAY 2008 | Moody's confirms American General Finance at A1; outlook negative |
| | Rating Action | 22 MAY 2008 | Moody's downgrades AIG (senior to Aa3) and certain subsidiaries |
| | Rating Action | 15 MAY 2008 | Moody's extends AIG's review for downgrade to several ins. subs. |
| | Rating Action | 15 MAY 2008 | Moody's rates AIG's EUR & GBP jr. subord. debs. Aa3 (on review) |
| | Rating Action | 13 MAY 2008 | Moody's rates AIG's jr. subordinated debentures Aa3 (on review) |
| | Rating Action | 9 MAY 2008 | Moody's reviews AIG (senior debt at Aa2) for possible downgrade |
| | Announcement | 3 MAR 2008 | Moody's affirms AIG's ratings and maintains negative outlook |
| | Rating Action | 3 MAR 2008 | Moody's upgrades AIG General Insurance (Taiwan) to A1 |
| | Rating Action | 15 FEB 2008 | Moody's extends AIG's negative outlook to several insurance subs |
| | Rating Action | 12 FEB 2008 | Moody's changes AIG's rating outlook to negative |
| | Rating Action | 14 JAN 2008 | Moody's withdraws ratings on Concord Re sidecar due to termination |
| | Company Profile | 11 JAN 2008 | American International Group, Inc. |

next page >

GO TO PAGE: 2   ▸go