**EXHIBIT "B"**

## NOTICE OF CREDIT SUPPORT AMOUNTS DUE UPON EARLY TERMINATION

September 18, 2008

**Via Overnight Courier and U.S. Regular Mail**

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management
745 Seventh Avenue, 28th Floor
New York, NY 10019
Attn: Documentation Manager

Re:     Notice of Credit Support Amounts Due Upon Early Termination under ISDA Credit Support Annex to the Schedule to the Master Agreement dated as of November 10, 2003 (the "Agreement") between Southern Community Financial Corporation ("Southern Community") and Lehman Brothers Special Financing Inc. (the "Counterparty")

Ladies and Gentlemen:

All Transactions between Southern Community and Counterparty in effect under the Agreement have been terminated effective Friday, September 19, 2008. In addition to Amounts due to Southern Community as a result of the Event of Default occurring under the Agreement, Southern Community requests the Return Amount and all other amounts due under the Credit Support Annex to the Schedule to the Agreement.

$500,000 par - Federal Home
  Loan Bank 4% maturing
12/19/2011 CUSIP31339XD68

in respect of the Transaction should be remitted to the following account on September 23, 2008:

Bank:  Silverton Bank
ABA:  061003415
Favor Account:  Southern Community Bank and Trust  /1020
Attention:  Tabatha Essex
Reference:     Lehman SCMF CSA

Please note that these securities are in addition to any amounts that may be due to Southern Community pursuant to any agreements executed by you in favor of Southern Community .

Best regards,

James C. Monroe, Jr.
Senior Vice President &
Treasurer

Telephone 336-794-9880
E-mail - jim.monroe@smallenoughtocare.com

## NOTICE OF EARLY TERMINATION

September 18, 2008

*Via Overnight Courier and U.S. Regular Mail*

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management
745 Seventh Avenue, 28th Floor
New York, NY 10019
Attn: Documentation Manager

> Re:    Notice of Early Termination under ISDA Master Agreement dated as of April 7,
> 2003 (the "Agreement") between Southern Community Bank and Trust
> ("Southern Community") and Lehman Brothers Special Financing Inc. (the
> "Counterparty")

Ladies and Gentlemen:

This is to inform you that an Event of Default under Section 5(a)(vii) of the Agreement has occurred and is continuing. Specifically, an Event of Default as described in Section 5(a)(vii)(4) of the Agreement has occurred and is continuing by virtue of the bankruptcy filing by Lehman Brothers Holdings Inc., a Credit Support Provider under the Agreement, and the entry of an order for relief.

As such, notice is hereby given that all Transactions (as defined in the Agreement) between Southern Community and Lehman in effect under the Agreement will be terminated on September 19, 2008 (the "Early Termination Date"). Pursuant to the Agreement, Southern Community will provide to Lehman on or as reasonably practicable after the Early Termination Date a statement of any amounts that may be due to Southern Community as a result of such Event of Default and the details of the account to which such amounts may be paid.

Sincerely,

James C. Monroe, Jr.
Senior Vice President &
Treasurer

Telephone – 336-794-9880
E-mail – jim.monroe@smallenoughtocare.com

## NOTICE OF EARLY TERMINATION

September 18, 2008

*Via Overnight Courier and U.S. Regular Mail*

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management
745 Seventh Avenue, 28th Floor
New York, NY 10019
Attn: Documentation Manager

Re:    Notice of Early Termination under ISDA Master Agreement dated as of November 10, 2003 (the "Agreement") between Southern Community Financial Corporation ("Southern Community") and Lehman Brothers Special Financing Inc. (the "Counterparty")

Ladies and Gentlemen:

This is to inform you that an Event of Default under Section 5(a)(vii) of the Agreement has occurred and is continuing. Specifically, an Event of Default as described in Section 5(a)(vii)(4) of the Agreement has occurred and is continuing by virtue of the bankruptcy filing by Lehman Brothers Holdings Inc., a Credit Support Provider under the Agreement, and the entry of an order for relief.

As such, notice is hereby given that all Transactions (as defined in the Agreement) between Southern Community and Lehman in effect under the Agreement will be terminated on September 19, 2008 (the "Early Termination Date"). Pursuant to the Agreement, Southern Community will provide to Lehman on or as reasonably practicable after the Early Termination Date a statement of any amounts that may be due to Southern as a result of such Event of Default and the details of the account to which such amounts may be paid.

Sincerely,

James C. Monroe, Jr.
Senior Vice President &
Treasurer

Telephone – 336-794-9880
E-mail – jim.monroe@smallenoughtocare.com

## NOTICE OF AMOUNTS DUE UPON EARLY TERMINATION

September 18, 2008

**Via Overnight Courier and U.S. Regular Mail**

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management
745 Seventh Avenue, 28th Floor
New York, NY 10019
Attn: Documentation Manager

> Re:    Notice of Amounts Due Upon Early Termination under ISDA Master Agreement
> dated as of April 7, 2003 (the "Agreement") between Southern Community Bank
> and Trust ("Southern Community") and Lehman Brothers Special Financing Inc.
> (the "Counterparty")

Ladies and Gentlemen:

All Transactions between Southern Community and Counterparty in effect under the
Agreement have been terminated effective Friday, September 19, 2008. Amounts due to
Southern Community as a result of the Event of Default occurring under the Agreement
are as follows:

| | |
|---|---|
| Interest Rate Floor transaction: | Notional Amount: $25,000,000 |
| | Trade Date: April 25, 2006 |
| | Effective Date: May 1, 2006 |
| | Termination Date: September 19, 2003 |
| | **Amount Due: $403,094.48** |
| Interest Rate CAP transaction: | Notional Amount: $10,000,000 |
| | Trade Date: November 21, 2007 |
| | Effective Date: November 23, 2007 |
| | Termination Date: September 19, 2003 |
| | **Amount Due: $19,210.69** |

The total amount due of **$422,305.17** in respect of the Transaction should be remitted to the following account on September 23, 2008:

Bank:  Southern Community Bank and Trust
ABA:  053112097
Attention:    Tabatha Essex
Reference:    Lehman Swap SCBT

Failure to pay by the date indicated will result in amounts accruing at the Default Rate specified in the Agreement.  Note that these amounts are in addition to any amounts that may be due to Southern Community pursuant to any agreements executed by you in favor of Southern Community.

Regards,

James C. Monroe, Jr.
Senior Vice President &
Treasurer

Telephone – 336-794-9880
E-mail – jim.monroe@smallenoughtocare.com

## NOTICE OF AMOUNTS DUE UPON EARLY TERMINATION

September 18, 2008

**Via Overnight Courier and U.S. Regular Mail**

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management
745 Seventh Avenue, 28th Floor
New York, NY 10019
Attn: Documentation Manager

> Re:    Notice of Amounts Due Upon Early Termination under ISDA Master Agreement
> dated as of April 7, 2003 (the "Agreement") between Southern Community
> Financial Corporation ("Southern Community") and Lehman Brothers Special
> Financing Inc. (the "Counterparty")

Ladies and Gentlemen:

All Transactions between Southern Community and Counterparty in effect under the
Agreement have been terminated effective Friday, September 19, 2008.  Amounts due to
Southern Community as a result of the Event of Default occurring under the Agreement
are as follows:

Interest Rate Swap transaction:          Notional Amount: $20,000,000

Trade Date: November 10, 2003

Effective Date: November 10, 2003

Termination Date: September 19, 2003

**Amount Due: $287,371.41**

The total amount due of **$287,371.41** in respect of the Transaction should be remitted to
the following account on September 23, 2008:

Bank:  Southern Community Bank and Trust
ABA:  053112097
Attention:    Tabatha Essex
Reference:    Lehman Swap SCMF

Failure to pay by the date indicated will result in amounts accruing at the Default Rate specified in the Agreement. Note that these amounts are in addition to any amounts that may be due to Southern Community pursuant to any agreements executed by you in favor of Southern Community.


Regards,


James C. Monroe, Jr.
Senior Vice President &
Treasurer


Telephone – 336-794-9880
E-mail – jim.monroe@smallenoughtocare.com

## NOTICE OF CREDIT SUPPORT AMOUNTS DUE UPON EARLY TERMINATION

September 18, 2008

**Via Overnight Courier and U.S. Regular Mail**

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Transaction Management
745 Seventh Avenue, 28th Floor
New York, NY 10019
Attn: Documentation Manager

Re:     Notice of Credit Support Amounts Due Upon Early Termination under ISDA Credit Support Annex to the Schedule to the Master Agreement dated as of April 7, 2003 (the "Agreement") between Southern Community Bank and Trust ("Southern Community") and Lehman Brothers Special Financing Inc. (the "Counterparty")

Ladies and Gentlemen:

All Transactions between Southern Community and Counterparty in effect under the Agreement have been terminated effective Friday, September 19, 2008. In addition to Amounts due to Southern Community as a result of the Event of Default occurring under the Agreement, Southern Community requests the Return Amount and all other amounts due under the Credit Support Annex to the Schedule to the Agreement.

  $500,000 par - Federal Home
 Loan Mortgage Corp. 5.275%
    maturing 5/21/2018
    CUSIP3128X1EP8

in respect of the Transaction should be remitted to the following account on September 23, 2008:

Bank:  Silverton Bank
ABA:  061003415
Favor Account: Southern Community Bank and Trust  /1020
Attention:  Tabatha Essex
Reference:     Lehman SCBT CSA

Please note that these securities are in addition to any amounts that may be due to Southern Community pursuant to any agreements executed by you in favor of Southern Community .

Best regards,

James C. Monroe, Jr.
Senior Vice President &
Treasurer

Telephone 336-794-9880
E-mail - jim.monroe@smallenoughtocare.com