**BAKER & McKENZIE LLP**
**1114 Avenue of the Americas**
**New York, New York  10036**
**Telephone:  (212) 626-4100**
**Ira A. Reid (IR-0113)**

**One Prudential Plaza, Suite 3500**
**130 East Randolph Drive**
**Chicago, Illinois  60601**
**Telephone:  (312) 861-8000**
**Carmen H. Lonstein**

**Attorneys for Portfolio Green German CMBS GMBH,**
**Lincore Limited, E-Capital Profits Limited, and Cheung Kong Bond**
**Finance Limited and Natixis Environment and Infrastructures**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Judge James M. Peck |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 2090-1(b), Ira A. Reid, a member in good standing of the Bar of this Court, hereby moves the Court for the admission *pro hac vice* of Carmen H. Lonstein in the above-captioned jointly administered cases, and in support thereof respectfully states as follows:

1.  Carmen H. Lonstein is a partner in the law firm of Baker & McKenzie LLP, located at One Prudential Plaza, Suite 3500, 130 East Randolph Drive, Chicago, Illinois 60601, tel: (312) 861-8000, fax: (312) 861-2899, email: carmen.lonstein@bakernet.com. Ms. Lonstein is licensed to practice law in the State of Illinois.

2. Ms. Lonstein is also admitted to practice before the United States District Courts for the Northern District of Illinois and the Southern and Middle Districts of Florida.

3. Ms. Lonstein is familiar with (a) the Bankruptcy Code, (b) the Federal Rules of Bankruptcy Procedure, (c) the Federal Rules of Civil Procedure and (d) the Local Rules of this Court and the United States District Court for the Southern District of New York and is willing to submit to the jurisdiction of this Court and comply with all rules and procedures established by this Court.

4. The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

WHEREFORE, Movant respectfully moves this Court for the admission, *pro hac vice*, of Carmen H. Lonstein in the above-captioned jointly administered cases.

Dated: New York, New York
November 26, 2008

          Respectfully submitted,

          **BAKER & McKENZIE LLP**

          By:  /s/ Ira A. Reid
             Ira A. Reid (IR-0113)
             1114 Avenue of the Americas
             New York, New York 10036
             Telephone: (212) 626-4100

          Attorney for Portfolio Green German CMBS GMBH, Lincore Limited, E-Capital Profits Limited, and Cheung Kong Bond Finance Limited and Natixis Environment and Infrastructures and Natixis Environment and Infrastructures

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,<br><br>Debtors. | Case No. 08-13555 (JMP)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**Judge James M. Peck** |

### ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CARMEN H. LONSTEIN

UPON the motion of Ira A. Reid, dated November 26, 2008, in support of the admission of Carmen H. Lonstein *pro hac vice*, it is hereby

**ORDERED**, that Carmen H. Lonstein is admitted *pro hac vice* in the above-captioned bankruptcy cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: December __, 2008
      New York, New York

 

_____
United States Bankruptcy Judge

NYCDMS/1107679.1