**Womble Carlyle Sandridge & Rice, PLLC**
Michael G. Busenkell
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
Telephone:    (302) 252-4320
Facsimile:    (302) 252-4330

**Locke Lord Bissell & Liddell LLP**
Jay G. Safer
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone:    (212) 812-8305
Facsimile:    (212) 947-4700

*Counsel for Reynolds American*
*Defined Benefit Master Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, : | Case No. 08-13555 (JMP) |
| : | |
| Debtors. : | |
| : | |

_____

**JOINDER OF REYNOLDS AMERICAN DEFINED BENEFIT MASTER TRUST TO CANADIAN NATIONAL RESOURCES LIMITED'S OBJECTION TO AND RESERVATION OF RIGHTS FROM DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND <u>ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS</u>**

Reynolds American Defined Benefit Master Trust ("Reynolds"), by its undersigned counsel, hereby submits this joinder (the "Joinder") to the Canadian National Resources Limited's Objection (the "CNR Objection") to and Reservation of Rights from Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures

for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts (the "Motion"). In support of the Joinder, Reynolds states as follows:

Reynolds agrees with the legal arguments and assertions set forth in the CNR Objection, and instead of duplicating such arguments and assertions herein, hereby joins in the CNR Objection and the relief requested therein. Reynolds reserves all rights to be heard before the Court with regard to the issues raised in the CNR Objection.

WHEREFORE, for the reasons set forth in the CNR Objection, Reynolds respectfully requests that to the extent the Motion is approved, that this Court enter an order: (i) preserving Reynolds' rights to objection to the assumption/assignment of contracts be preserved; and (ii) grant such other and further relief as is deemed just and proper.

Dated: November 26, 2008

**Womble Carlyle Sandridge & Rice, PLLC**

_____/s_____
Michael G. Busenkell (No. 3933)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Telephone: (302) 252-4324
Facsimile: (302) 252-4330

**Locke Lord Bissell & Liddell LLP**
Jay G. Safer (JS 4609)
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone:    (212) 812-8305
Facsimile:    (212) 947-4700

*Counsel for Reynolds American*
*Defined Benefit Master Trust*