DUFFY & ATKINS LLP
Todd E. Duffy
James E. Atkins
Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile:  (212) 500-7972
Attorneys for South Mississippi Electric Power Association and
        Coast Electric Power Association

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| ----------------------------------------------------------------x | |
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC. *et al.*, Debtors.<br><br>----------------------------------------------------------------x | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

     I, Dennis J. Nolan, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed to practice in the State and Federal Courts of New York, am a member of the firm of Duffy & Atkins LLP and that on November 26, 2008, I caused a true and correct copy of:

- **OBJECTION OF SOUTH MISSISSIPI ELECTRIC POWER ASSOCIATION AND COAST ELECTRIC POWER ASSOCIATION TO THE DEBTOR'S MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION <u>DERIVATIVE CONTRACTS.</u>**

On those listed on Exhibit A hereto via Federal Express, overnight mail:

Dated:  November 26, 2008
       New York, New York

                                    /s/  Dennis J. Nolan
                                    Dennis J. Nolan

Exhibit A

| | |
|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attn: Steven J. Reisman<br>L.P. Harrison 3rd<br>101 Park Avenue<br>New York, New York 10178 | Weil Gotshal & Manges LLP<br>Attn: Robert J. Lemons, Esq.<br>Lori R. Fife, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Office of the United States Trustee<br>Attn: Andy Velez-Rivera<br>Paul K. Schwartzberg<br>Brian Masumoto<br>Linda Riffkin<br>Tracy Hope Davis<br>33 Whitehall Street<br>21st Floor<br>New York, New York 10004 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn: Dennis F. Dunne, Esq.<br>Dennis O'Donnell, Esq.<br>Evan Fleck, Esq.<br>1 Chase Manhattan Plaza<br>New York, New York 10005 |
| Jeffrey S. Margolin<br>Hughes Hubbard & Reed<br>1 Battery Park Plaza<br>New York, New York 10004 | Quinn Emanuel Urguhart, Oliver & Hedges<br>Attn: James Tecce<br>51 Madison Avenue<br>22nd Floor<br>New York, New York 10010 |