FAEGRE & BENSON LLP
Stephen M. Mertz, Esq.
Michael M. Krauss, Esq. (MK-9699)
Michael F. Doty, Esq.
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

ATTORNEYS FOR WELLS FARGO
BANK, NATIONAL ASSOCIATION

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
**In re**                                       :    **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (JMP)**
                                                :
                    Debtors.                    :    **(Jointly Administered)**
                                                :
                                                :
------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on Wednesday, November 26, 2008, true and correct copies of Wells Fargo's Limited Objection to Debtors' Motion For An Order Pursuant To Sections 105 And 365 Of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment Of Prepetition Derivative Contracts, dated November 26, 2008, were caused to be served in accordance with the Federal Rules of Bankruptcy Procedure, via First Class United States mail to the entities on the attached service list.

08-13555-mg    Doc 1831    Filed 11/26/08    Entered 11/26/08 18:02:11    Main Document
Pg 2 of 3


| | |
|---|---|
| Dated: November 26, 2008 | FAEGRE & BENSON LLP |
| | |
| | /s/ Michael M. Krauss |
| | Stephen M. Mertz, Esq. |
| | Michael M. Krauss, Esq. (MK-9699) |
| | Michael F. Doty, Esq. |
| | Faegre & Benson LLP |
| | 2200 Wells Fargo Center |
| | 90 South 7th Street |
| | Minneapolis, MN  55402-3901 |
| | Telephone: (612) 766-7000 |
| | Facsimile: (612) 766-1600 |
| | |
| | ATTORNEYS FOR WELLS FARGO BANK, NATIONAL ASSOCIATION |

## SERVICE LIST

Harvey R. Miller  
Jacqueline Marcus  
Shai Waisman  
Weil, Gotshal & Manges, LLP  
767 Fifth Avenue  
New York, NY 10153  

James Tecce  
Susheel Kirpalani  
Quinn Emanuel Urquhart Oliver & Hedges  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  

Steven J. Reisman  
L.P. Harrison III  
Curtis, Mallet-Prevost, Colt, & Mosle LLP  
101 Park Avenue  
New York, NY 10178  
fb.us.3445507.01  

Jeffrey S. Margolin  
Hughes Hubbard & Reed, LLP  
One Battery Park Plaza  
New York, NY 10004  

Andrew D. Velez-Rivera  
Office of the U.S. Trustee  
33 Whitehall Street  
21st. Floor  
New York, NY 10004