SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Jay Goffman

Attorneys for JA Solar Holdings Co., Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

    1. I am over 18 years of age, and reside in Nassau County, New York.

    2. On November 26, 2008, I caused to be served a true and correct copy of the ***Limited Objection Of JA Solar Holdings Co., Ltd. To Debtors' Motion For An Order Pursuant To Sections 105 And 365 Of The Bankruptcy Code To Establish Procedures For The Settlement Or Assumption And Assignment Of Prepetition Derivative Contracts,*** filed today in the above-captioned proceeding, on the parties listed on the attached <u>Exhibit A</u> <u>Service List</u> by Federal Express.

                                            **Skadden, Arps, Slate, Meagher & Flom LLP**

                                            By: */s/Jean Guerrier*
                                            **Jean L. Guerrier**
                                            Paralegal

**Sworn to before me this**
**26th day of November, 2008.**

*/s/ Vottress C. Desire*
**Notary Public**
**Vottress C. Desire - Notary Public, State of New York**
**No. 01DE4935232**
**Qualified in Nassau County**
**Commission Expires June 27, 2010**

# EXHIBIT A
# SERVICE LIST

**United States Bankruptcy Court**
**for the Southern District of New York**
One Bowling Green
New York, NY 10004
Attn: The Chambers of the Hon. James M. Peck


**Weil Gothsal & Manges LLP**
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
     Shai Y. Waisman, Esq., Jacqueline Marcus, Esq.


**The Office of the United States Trustee**
**for the Southern District of New York**
33 Whitehall Street 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg,
     Brian Masumoto, Linda Riffkin, Tracy Hope Davis


**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
     Evan Fleck, Esq.


**Curtis, Mallet-Prevost, Colt & Mosle LLP**
101 Park Avenue
New York, New York 10178
Attn: Steven J Reisman, L.P. Harrison III