SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Jay Goffman

Attorneys for H/2 Credit Partners Master Fund Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, Jean L. Guerrier, hereby certify that:

    1. I am over 18 years of age, and reside in Nassau County, New York.

    2. On November 26, 2008, I caused to be served a true and correct copy of the ***Objection of H/2 Credit Partners Master Fund Ltd To Debtors' Motion For an Order Pursuant To Section 365 of The Bankruptcy Code Approving The Assumption To Proposed Assumption And Assignment Of Open Trade Confirmations [DI.#1812],*** filed today in the above-captioned proceeding, on the parties listed on the attached Exhibit A Service List by Federal Express.

                                  **Skadden, Arps, Slate, Meagher**
                                  **& Flom LLP**

                                  By: */s/Jean Guerrier*
                                  **Jean L. Guerrier**
                                  Paralegal

**Sworn to before me this**
**26th day of November, 2008.**

*/s/ Vottress C. Desire*
**Notary Public**
**Vottress C. Desire - Notary Public, State of New York**
**No. 01DE4935232**
**Qualified in Nassau County**
**Commission Expires June 27, 2010**

# EXHIBIT A
# SERVICE LIST

**United States Bankruptcy Court**
**for the Southern District of New York**
One Bowling Green
New York, NY 10004
Attn: The Chambers of the Hon. James M. Peck


**Weil Gothsal & Manges LLP**
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
       Shai Y. Waisman, Esq., Jacqueline Marcus, Esq.


**The Office of the United States Trustee**
**for the Southern District of New York**
33 Whitehall Street 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg,
       Brian Masumoto, Linda Riffkin, Tracy Hope Davis


**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
       Evan Fleck, Esq.


**Cleary Gotliebb LLP**
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq., Lisa Schweiger, Esq.

**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq., Hydee R. Feldstein, Esq.


**Richards Kibbe & Orbe LLP**
One Financial Center
New York, NY 10281