**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

In re:   LEHMAN BROTHERS HOLDINGS INC., et al.,   Case No.: _____
                                                  Chapter   11
                      Debtor.
----------------------------------------------------------------x

                        Plaintiff              Adversary Proceeding
                                                 No.: _____
              v.

                        Defendant
----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, _____, a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, request admission, ***pro hac vice***, before the Honorable Southern, Eastern and Northern _____, to represent _____, a _____ in the above referenced  ☒ case   ☐ adversary proceeding.
Mailing address: _____;
E-mail address: _____; telephone number (     ) _____.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: _____
_____, New York                               _____
                                                     SETH GOLDMAN
_____

### ORDER

**ORDERED**,
that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York           /s/_____
                                UNITED STATES BANKRUPTCY JUDGE