**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS INC., et al., Case No.: _____
                                                                   Chapter  11
                            Debtor.
----------------------------------------------------------------x

                                           Plaintiff          Adversary Proceeding
                                                                     No.: _____
                            v.

                                           Defendant
----------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, _____, a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, request admission, ***pro hac vice***, before the Honorable Southern, Eastern and Northern _____, to represent _____, a _____ in the above referenced ☒ case ☐ adversary proceeding.
Mailing address: _____;
E-mail address: _____; telephone number (   ) _____.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.


Dated: _____
_____, New York
                                                                         _____
                                                                         MARK SHINDERMAN
_____


**ORDER**

**ORDERED**,
that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced ☒ case ☐ adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

Dated: _____
_____, New York                /s/_____
                                                UNITED STATES BANKRUPTCY JUDGE