**PROOF OF SERVICE BY FEDERAL EXPRESS**

I, PAULA H. AYERS, declare as follows:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Suite 3500, Los Angeles, California 90071-1560.

2. On November 26, 2008, I served the original of the document entitled:

**OBJECTION OF SOUTHERN CALIFORNIA EDISON COMPANY TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS**

by placing it in sealed Federal Express envelopes clearly labeled to identify the person or persons being served at the addresses shown on the attached Service List and delivering the envelopes to an employee authorized by Federal Express to receive documents, with delivery fees paid or provided for, addressed as follows:

See Attached Service List

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on November 26, 2008, at Los Angeles, California.

                                          _____*/s/ Paula H. Ayers*_____
                                          Paula H. Ayers

# SERVICE LIST

<u>In re Lehman Brothers Holdings Inc., et al.</u>
U.S. Bankruptcy Court No. 08-13555 (JMP) [SDNY]

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green, Ctrm. 601
New York, New York  10004
    Tel:  212-668-5632

*Attorneys for Debtors*
Weil Gotshal & Manges LLP
Lori R. Fife
Robert J. Lemons
767 Fifth Avenue
New York, New York  10153
    Tel:  212-833-3600

*Attorneys for Debtors*
Curtis, Mallet-Prevost, Colt & Mosie LLP
Steven J. Reisman
L.P. Harrison 3rd
101 Park Avenue
New York, New York 10178
    Tel:  212-696-6000

*Attorneys for Creditors' Committee*
Milbank, Tweed, Hadley & McCloy LLP
Dennis F. Dunne
Dennis O'Donnell
Evan Fleck
1 Chase Manhattan Plaza
New York, New York  10005
    Tel:  212-530-5000

*U.S. Trustee*

Office of the United States Trustee, SDNY
Andy D. Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York  10004
    Tel:  212-510-0500