# EXHIBIT A

DK Acquisition Partners, L.P.
Longacre Master Fund, Ltd.
Longacre Capital Partners (QP), L.P.
Morgan Stanley Bank International Limited
Morgan Stanley Senior Funding, Inc.
Royal Bank of Scotland, plc
Field Point IV S.a.r.l.
BDF Limited
Millennium Management, LLC
Banc of America Securities Limited
Bank of America, N.A.
P. Schoenfeld Asset Management LLC