# EXHIBIT C

UKD-0497

**LMA TRADE CONFIRMATION (DISTRESSED/BANK DEBT)**

@ FIELD POINT IV, S.a.r.L

To: ~~Strategic Value Master Fund Ltd.~~   Date: 14th July 2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Transactions (Bank Debt/Claims) of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated herein by reference.

1. Credit Agreement Details:

   Borrower(s): PERTUS SECHZEHNTE GMBH

   Agent Bank: BARCLAYS BANK PLC

   Date: 25 JUNE 2008

   Total Original Facility Amount:

   Original Lender:  ☐ Yes  ☒ No

2. Trade Date: 15th July 2008

3. Settlement Date: as soon as reasonably practicable

4. Seller: Lehman Commercial Paper Inc., UK Branch As principal
   Buyer: FIELD POINT IV, S.A.R.L., ~~Strategic Value Master Fund Ltd.~~ As principal

6. Details of Traded Portion:

   Name of Tranche/Facility: Term B2

   Nature (Revolving, Term, Acceptances, Guarantee, Letter of Credit, Other): Term

   Traded Portion of Commitment:

   Name of Tranche/Facility: Term C2

   Nature (Revolving, Term, Acceptances, Guarantee, Letter of Credit, Other): Term

   Traded Portion of Commitment:

7. Pricing

8. Name: B2, C2

   Purchase Rate:

9. Accrued Interest
   ☒ Settled Without Accrued Interest

   P. Transfer Costs: Recordation and Transfer fee payable by
   ☐ Buyer  ☐ Seller
   ☒ Buyer and Seller in equal shares
   Seller to pay no more than half of one fee.

10. Form of Purchase:
    Legal Transfer
    ☒ Transfer Certificate in form prescribed by the Credit Agreement

11. Transaction Documentation:
    To be prepared by: ☒ Seller
    ☐ Buyer

12. Credit Documentation to be provided by Sellers:
    ☒ Yes   ☐ No

13. Process Agent:
    Buyer:  ☐ Yes  ☒ No
    Seller: ☐ Yes  ☒ No

14. Other Terms of Trade:

LMA Distressed Bank Debt Trade Confirmation                    February 2008

✓ This transaction shall incorporate the LMA
Standard Representations and Warranties for
Distressed Trade Transactions (Bank
Debt/Secondary Leader) which are incorporated
herein by reference ✓

Please sign and return this letter to the attention of the contact person mentioned below no later than the close of business on 15th July 2008 at the fax number or electronic mail address mentioned below. Please note that, in accordance with the LMA Standard Terms and Conditions for Distressed Trade Transactions (Bank Debt/Claims), any disagreement with the terms set out above must be notified to us no later than this date.

If you have any questions, please contact George Peavy at 0207 102 1340 (tel no.).

| SELLER Lehman Commercial Paper Inc., UK Branch | BUYER FIELD POINT IV, S.A.R.L. |
|---|---|
| Contact Person: | Contact Person: |
| Fax No.: | Fax No.: |
| E-mail: | E-mail: JAMES L. VARLEY AUTHORIZED SIGNATURE |
| Phone No.: | Phone No.: L. JACOBS Authorised Signature |
| By: | By: |
| Name: | Name: |
| Title: NEILS RIBEIRO AUTHORISED SIGNATORY | Title: |
| Date: | Date: |

LMA Distressed/Bank Debt Trade Confirmation    - 2 -    February 2008

UKD-1497

LMA TRADE CONFIRMATION (DISTRESSED/BANK DEBT)

To: BDF Limited               Date: 14th July 2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Transactions (Bank Debt/Claims) of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated herein by reference.

1. **Credit Agreement Details:**

   Borrower(s): PERTUS SECHZEHNTE GMBH

   Agent Bank: BARCLAYS BANK PLC

   Date: 13 JUNE 2008 ✓

   Total Original Facility Amount:

   Original Lender:  ☐ Yes  ☒ No

2. Trade Date: 11th July 2008 ✓

3. Settlement Date: as soon as reasonably practicable

4. Seller: Lehman Commercial Paper Inc., UK Branch As principal ✓

5. Buyer: BDF Limited As principal ✓

6. **Details of Traded Portion:**

   Name of Tranche/Facility: Term B2 ✓

   Nature (Revolving, Term, Acceptances, Guarantee, Letter of Credit, Other): Term

   Traded Portion of Commitment: ✓

   Name of Tranche/Facility: Term C2 ✓

   Nature (Revolving, Term, Acceptances, Guarantee, Letter of Credit, Other): Term ✓

   Traded Portion of Commitment:

7. Pricing:

   Name: B2, C2

   Purchase Rate:

8. Accrued Interest:
   ✓ Settled Without Accrued Interest ✓

9. Transfer Costs: Recordation and Transfer fee payable by
   ☐ Buyer  ☐ Seller
   ✓ Buyer and Seller in equal shares ✓
   Seller to pay no more than half of one fee.

10. Form of Purchase:
    Legal Transfer
    ✓ Transfer Certificate in form prescribed by the Credit Agreement

11. Transaction Documentation:
    To be prepared by:  ☒ Seller
                        ☐ Buyer

12. Credit Documentation to be provided by Seller:
    ☒ Yes  ☐ No

13. Process Agents:
    Buyer:   ☐ Yes  ☒ No
    Seller:  ☐ Yes  ☒ No

14. Other Terms of Trade:

LMA Distressed/Bank Debt Trade Confirmation                                February 2008

✓ This transaction shall incorporate the LMA Standard Representations and Warranties for Distressed Trade Transactions (Bank Debt/Secondary Lender) which are incorporated herein by reference

Please sign and return this letter to the attention of the contact person mentioned below no later than the close of business on 15th July 2008 at the fax number or electronic mail address mentioned below. Please note that, in accordance with the LMA Standard Terms and Conditions for Distressed Trade Transactions (Bank Debt/Claims), any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact George Perry at #207 102 8340 (tel no.).

| SELLER Lehman Commercial Paper Inc., UK Branch | BUYER BDF Limited ✓ |
|---|---|
| Contact Person: | Contact Person: |
| Fax No.: | Fax No.: |
| E-mail: | E-mail: |
| Phone No.: | Phone No.: JAMES U. VARLEY AUTHORIZED SIGNATURE |
| By: | By: |
| Name: NEILS RIBEIRO AUTHORISED SIGNATORY | Name: |
| Title: | Title: |
| Date: | Date: |

LMA Distressed/Bank Debt Trade Confirmation        - 2 -                February 2008

UKD-0520 &
UKD-0521

## LMA TRADE CONFIRMATION (PAR)

| | |
|---|---|
| To: | Field Point IV S.a.r.l. |
| Attention: | Robin Fujiwara |
| Phone No.: | (207)758-7814 |
| Fax No.: | (212)202-4844 |
| Email: | rfujiwara@svpglobal.com |
| From: | Lehman Commercial Paper Inc., UK Branch |
| Attention: | George Perry |
| Phone No.: | 442071028940 |
| Fax No.: | 442079679506 |
| Email: | george.perry@lehman.com |

Date: 04 August 2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated in this Confirmation.

1. Credit Agreement Details:

    | | |
    |---|---|
    | Borrower(s): | Pertus Seckzehnte GMBH |
    | Guarantor(s): | As per Credit Agreement |
    | Agent Bank: | Barclays Bank PLC |
    | Date: | 13 June 2007 |
    | Governing Law: | English |
    | Facility Amount: | |

2. Trade Date: 31 July 2008
3. Settlement Date: T + 10 or as soon as practicable
4. Seller: Lehman Commercial Paper Inc., UK Branch   ☒ Principal
5. Buyer: Field Point IV S.a.r.l.   ☒ Principal

6. Details of Traded Portion:

| | |
|---|---|
| Tranche/Facility: | Term Loan B2 ✓ |
| Nature: | Term |
| Contractual Margin: | |
| Recurring Fees: | None |
| Final Maturity: | |
| Traded Portion of Commitment: | |
| | |
| Tranche/Facility: | Term Loan C2 ✓ |
| Nature: | Term |
| Contractual Margin: | |
| Recurring Fees: | None |
| Final Maturity: | |
| Traded Portion of Commitment: | |
| | |
| Tranche/Facility: | Term Loan B1 ✓ |
| Nature: | Term |
| Contractual Margin: | |
| Recurring Fees: | None |
| Final Maturity: | |
| Traded Portion of Commitment: | |
| | |
| Tranche/Facility: | Term Loan C1 ✓ |
| Nature: | Term |
| Contractual Margin: | |
| Recurring Fees: | None |
| Final Maturity: | |
| Traded Portion of Commitment: | ✓ |

7. Pricing:
   Name of Tranche/Facility: Term Loan B2
   Purchase Rate:
   Upfront Fee: N/A

   Name of Tranche/Facility: Term Loan C2
   Purchase Rate:
   Upfront Fee: N/A

   Name of Tranche/Facility: Term Loan B1
   Purchase Rate:
   Upfront Fee: N/A

   Name of Tranche/Facility: Term Loan C1
   Purchase Rate:
   Upfront Fee: N/A

8. Accrued Interest: Settled Without Accrued Interest

9. Break Costs: as specified in Condition 12 of LMA Terms and Conditions

10. Transfer Costs:
    Recordation and Transfer fee:
    Recordation Fee is split and no more than one half.

    Stamp duties and other applicable transfer taxes and any costs attributable to transfer of security are:
    N/A

11. Form of Purchase: Transfer Certificate from Credit Agreement

12. Transaction Documentation:
    To be prepared by: Buyer

13. Credit Documentation to be provided: No

14. Process Agents:
    Buyer: No
    Seller: No

15. Other Terms of Trade:
    This transaction is subject to compensation for delayed settlement, from T+10, and buy-in/sell-out damages.

Please sign and return this letter to the attention of Harry Banrah no later than the close of business 05 August 2008 by fax at 442074889619 or by email at harry.banrah@ffrs.com. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Harry Banrah at 442074235632.

| Lehman Commercial Paper Inc., UK Branch | Field Point IV S.a.r.l. |
|---|---|
| By: _____ | By: _____ |
| Name: Emeka Ikoneshira | Name: JAMES L. VARLEY     L. JACOBS |
| Title: Authorized Signatory | Title: AUTHORIZED SIGNATURE   Authorised Signature |

UKD-0520 &
UKD-0521

## LMA TRADE CONFIRMATION (PAR)

To: **BDF LIMITED**
    Attention: Robin Fujiwara
    Phone No.: (207)758-7814
    Fax No.: (212)202-4844
    Email: rfujiwara@svpglobal.com

From: **Lehman Commercial Paper Inc., UK Branch**
    Attention: George Perry
    Phone No.: 442071028340
    Fax No.: 442070679506
    Email: george.perry@lehman.com

Date: 04 August 2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated in this Confirmation.

1. **Credit Agreement Details:**

    Borrower(s): Pertus Sechzehnte GMBH
    Guarantor(s): As per Credit Agreement
    Agent Bank: Barclays Bank PLC
    Date: 13 June 2007
    Governing Law: English
    Facility Amount:

2. Trade Date: 31 July 2008
3. Settlement Date: T + 10 or as soon as practicable
4. Seller: *Lehman Commercial Paper Inc., UK Branch* ☒ Principal
5. Buyer: *BDF LIMITED* ☒ Principal

6. Details of Traded Portion:

| | |
|---|---|
| Tranche/Facility: | Term Loan B2 |
| Nature: | Term |
| Contractual Margin: | |
| Recurring Fees: | None |
| Final Maturity: | |
| Traded Portion of Commitment: | |
| | |
| Tranche/Facility: | Term Loan C2 |
| Nature: | Term |
| Contractual Margin: | |
| Recurring Fees: | None |
| Final Maturity: | |
| Traded Portion of Commitment: | |
| | |
| Tranche/Facility: | Term Loan B1 |
| Nature: | Term |
| Contractual Margin: | |
| Recurring Fees: | None |
| Final Maturity: | |
| Traded Portion of Commitment: | |
| | |
| Tranche/Facility: | Term Loan C1 |
| Nature: | Term |
| Contractual Margin: | |
| Recurring Fees: | None |
| Final Maturity: | |
| Traded Portion of Commitment: | |

7. Pricing:
   Name of Tranche/Facility:      Term Loan B2 ✓
   Purchase Rate:
   Upfront Fee:                   N/A

   Name of Tranche/Facility:      Term Loan C2
   Purchase Rate:
   Upfront Fee:                   N/A

   Name of Tranche/Facility:      Term Loan B1
   Purchase Rate:
   Upfront Fee:                   N/A

   Name of Tranche/Facility:      Term Loan C1
   Purchase Rate:
   Upfront Fee:                   N/A

8. Accrued Interest:              Settled Without Accrued Interest ✓

9. Break Costs:                   as specified in Condition 12 of LMA Terms and Conditions

10. Transfer Costs:
    Recordation and Transfer fee:
    Recordation Fee is split and no more than one half.

    Stamp duties and other applicable transfer taxes and any costs attributable to transfer of security are:
    N/A

11. Form of Purchase:             Transfer Certificate from Credit Agreement

12. Transaction Documentation:
                                  To be prepared by:    Buyer

13. Credit Documentation          No
    to be provided:

14. Process Agents:               Buyer:   No
                                  Seller:  No

15. Other Terms of Trade:
    This transaction is subject to compensation for delayed settlement, from T+10, and buy-in/sell-out damages.

Please sign and return this letter to the attention of Harry Bamrah no later than the close of business 05 August 2006 by fax at 442074880619 or by email at harry.bamrah@fnis.com. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Harry Bamrah at 442074235622.

| Lehman Commercial Paper Inc., UK Branch | BDF LIMITED<br>By: Strategic Value Partners, L.L.C., Its Investment Advisor |
|---|---|
| By: _____ | By: _____ |
| Name:<br>Title: | Name: JAMES B. VARLEY<br>Title: AUTHORIZED SIGNATURE |