# EXHIBIT D

**LEHMAN BROTHERS**
**LMA TRADE CONFIRMATION (PAR)**

To   Banc of America Securities Limited                    Date: 7th March 2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated in this Confirmation.

1. Credit Agreement Details:
   Borrower(s):      Yell Group Plc
   Guarantor(s):     As per Part 1 of Schedule 1 of the Credit Agreement
   Agent Bank:       HSBC Bank PLC
   Date:             27th April 2006                Governing Law: English
   Facility Amount:  As detailed in the credit agreement dated 17th April 2006

2. Trade Date:      7th February 2008

3. Settlement Date: ☒ TD+10 or as soon as practicable

4. Seller:   Lehman Commercial Paper Inc., UK Branch
             as ☒ principal ☐ agent for

5. Buyer:   Banc of America Securities Limited
            as ☒ principal ☐ agent for

6. Details of Traded Portion:
   Name of Tranche/Facility:
   Term B2
   Nature (Revolving, Term, Acceptances)
   Guarantee/Letter of Credit, Other):
   Term
   Contractual Margin:
   Final Maturity:   29th October 2012
   Traded Portion of Commitment:
   - Amount:

7. Pricing
   Name of Tranche/Facility: Term
   Purchase Rate:

8. Accrued Interest:
   ☒ settled without accrued interest
   ☐ paid on Settlement Date
   ☐ discounted from next roll-over date
   ☐ N/A

9. Break Costs:
   ☒ as specified in Condition 12 of LMA Terms and Conditions
   ☐ None
   ☐ Other (specify) _____

10. Transfer Costs:
    Recordation and Transfer fee of GBP 1,250
    Payable by
    ☐ Buyer
    ☒ Buyer and Seller in equal shares
    ☐ Seller
    ☐ N/A *(participations)*
    Stamp duties and other applicable transfer taxes and any costs attributable to transfer of security are:
    ☒ payable by Buyer
    ☐ payable by other
    ☒ N/A *(participations)*

11. Form of Purchase:
    ☒ Transfer Certificate (from Credit Agreement)
    ☐ LMA Transfer Agreement
    ☐ LMA Assignment
    ☐ LMA Funded Participation
    ☐ LMA Funded/Risk Participation
    ☐ LMA Risk Participation
    ☐ LMA Risk to Funded Participation
    ☐ Other [specify details]

    The transaction ☒ will, ☐ will not be, disclosed to the Borrower(s) by the Seller.

12. Transaction Documentation:
    To be prepared by:
    ☒ Seller
    ☐ Buyer

13. Credit Documentation to be provided:
    ☐ Yes   ☒ No

14. Process Agents:
    Buyer: ☒ No ☐ Yes
    (details) _____

    Seller: ☒ No ☐ Yes
    (details) _____

LMA-Par-Trade Confirmation                                September 2005

15. Other Terms of Trade

☒ This transaction is subject to the granting of any third party consents required under the terms of the Credit Agreement, or otherwise by law.

☐ If any required consent is not obtained by the proposed Settlement Date (or such other date as the parties may agree) each of the Buyer and the Seller agrees to use all reasonable efforts (subject to the terms of the Credit Documentation) to settle this transaction as a:
   ☐ Funded Participation
   ☐ Risk Participation
   ☐ Funded/Risk Participation
   ☐ Risk to Funded Participation

☐ This transaction is subject to a satisfactory legal review by the Buyer of the sufficiency of the Credit Documentation.

☐ This transaction is subject to a satisfactory review by the Buyer of the arrangements pursuant to which the interest of the Seller in the Traded Portion derives from the lender of record (applicable only where the Seller is not a lender of record).

☐ This transaction shall also be subject to the successful completion of the sale/purchase or participation by the Buyer/Seller of the asset to be purchased/sold or participated hereunder.

☒ This transaction is subject to compensation for delayed settlement and buy-in/sell-out damages.

☐ _____

Please sign and return this letter to the attention of the contact person mentioned below no later than the close of business on 12th March 2008 at the fax number or electronic mail address mentioned below. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

BUYER Banc of America Securities Limited

Contact Person:
Fax No:
E-Mail:
Phone No:
By: Lesley McGowan
    Assistant Vice President

Name:
Title:
Date:

SELLER Lehman Commercial Paper Inc., UK Branch

Contact Person: Schopan Jooma
Fax No: +44 207 102 9826
E-Mail: schopan.jooma@lehman.com
Phone No: +44 207 102 9826
By:

Name:
Title:
Date:

# LMA TRADE CONFIRMATION (PAR)

| | |
|---|---|
| To: | Banc of America Securities Limited |
| Attention: | Helmut Martin |
| Phone No.: | 4402071745849 |
| Fax No.: | 4402071746423 |
| Email: | helmut.martin@bankofamerica.com |
| From: | Lehman Commercial Paper Inc., UK Branch |
| Attention: | Denise Rosselli |
| Phone No.: | (212)526-1490 |
| Fax No.: | (646)758-4993 |
| Email: | drosselli@lehman.com |

Date:   12 September 2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated in this Confirmation.

1. **Credit Agreement Details:**

   | | |
   |---|---|
   | Borrower(s): | Telewest Communications Networks Limited |
   | | VIRGIN MEDIA INVESTMENT HOLDINGS LIMITED |
   | | VMIH SUB LIMITED |
   | Guarantor(s): | As per Credit Agreement |
   | Agent Bank: | Deutsche Bank AG London Branch |
   | Date: | 03 March 2006 (as amended and restated) |
   | Governing Law: | English |
   | Facility Amount: | |

   Security:   Yes

2. **Trade Date:**   02 September 2008
3. **Settlement Date:** 16 Sept 08 – T + 10 or as ~~soon as practicable~~ otherwise agreed between Buyer and Seller
4. **Seller:**   *Lehman Commercial Paper Inc., UK Branch*   ☑ Principal
5. **Buyer:**   *Banc of America Securities Limited*   ☑ Principal

LMA-Par-Trade Confirmation : September 2005                575807001

6. **Details of Traded Portion:**
   Tranche/Facility:              A Commitment
   Nature:                        Term
   Contractual Margin:
   Recurring Fees:                None
   Final Maturity:
   Traded Portion of Commitment:

7. **Pricing:**
   Name of Tranche/Facility:      A Commitment
   Purchase Rate:
   Upfront Fee:                   N/A
   Traded Margin:
8. **Accrued Interest:**           Settled Without Accrued Interest

9. **Break Costs:**                as specified in Condition 12 of LMA Terms and Conditions

10. **Transfer Costs:**
    Recordation and Transfer fee:
    Recordation Fee is split and no more than one half.
    Stamp duties and other applicable transfer taxes and any costs attributable to transfer of security are:
    N/A

11. **Form of Purchase:**          Transfer Certificate from Credit Agreement
12. **Transaction Documentation:**
                                   To be prepared by:    ~~Buyer~~ Seller / Clearpar

13. **Credit Documentation**       No
    **to be provided:**

14. **Process Agents:**            Buyer:   No
                                   Seller:  No

15. **Other Terms of Trade:**

This transaction is subject to compensation for delayed settlement, from T+10, and buy-in/sell-out damages.

This transaction is subject to the granting of any third party consents required under the terms of the Credit Agreement, or otherwise by law.

This transaction is subject to a satisfactory legal review by the Buyer of the sufficiency of the Credit Documentation.

This transaction is subject to a satisfactory review by the Buyer of the arrangements pursuant to which the interest of the Seller in the Traded Portion derives from the lender of record (applicable only where the Seller is not a lender of record).

This transaction shall also be subject to the successful completion of the sale/purchase ~~or participation~~ by the Buyer/Seller of the asset to be purchased/sold ~~or participated~~ hereunder.

Please sign and return this letter to the attention of Harry Bamrah no later than the close of business 15 September 2008 by fax at 442074880619 or by email at harry.bamrah@fnis.com. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Harry Bamrah at 442074235622.

**Lehman Commercial Paper Inc., UK Branch**    **Banc of America Securities Limited**

By: _____    By: _____

Name: Cindy Eng    Name: Helmut Martin
Title:    Title: Officer

# LMA TRADE CONFIRMATION (PAR)

| | | |
|---|---|---|
| To: | Banc of America Securities Limited | |
| | Attention: | Helmut Martin |
| | Phone No.: | 4402071745849 |
| | Fax No.: | 4402071746423 |
| | Email: | helmut.martin@bankofamerica.com |
| From: | Lehman Commercial Paper Inc., UK Branch | |
| | Attention: | Denise Rosselli |
| | Phone No.: | (212)526-1490 |
| | Fax No.: | (646)758-4993 |
| | Email: | drosselk@lehman.com |

Date: 12 September 2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated in this Confirmation.

1. **Credit Agreement Details:**

| | |
|---|---|
| Borrower(s): | Telewest Communications Networks Limited |
| | VIRGIN MEDIA INVESTMENT HOLDINGS LIMITED |
| | VMIH SUB LIMITED |
| Guarantor(s): | As per Credit Agreement |
| Agent Bank: | Deutsche Bank AG London Branch |
| Date: | 03 March 2006 (as amended and restated) |
| Governing Law: | English |
| Facility Amount: | |

Security    Yes

2. Trade Date:    02 September 2008
3. Settlement Date:    16 Sept 08 —    T + 10 or as ~~soon as practicable~~ otherwise agreed between Buyer and Seller
4. Seller:    Lehman Commercial Paper Inc., UK Branch    ☑ Principal
5. Buyer:    Banc of America Securities Limited    ☑ Principal

LMA-Par-Trade Confirmation : September 2005        575807001

6.  **Details of Traded Portion:**
    Tranche/Facility:              A Commitment
    Nature:                        Term
    Contractual Margin:
    Recurring Fees:                None
    Final Maturity:                60 months after the Merger Closing Date
    Traded Portion of Commitment:

7.  **Pricing:**
    Name of Tranche/Facility:      A Commitment
    Purchase Rate:
    Upfront Fee:                   N/A
    Traded Margin,
8.  **Accrued Interest:**          Settled Without Accrued Interest
9.  **Break Costs:**               as specified in Condition 12 of LMA Terms and Conditions
10. **Transfer Costs:**
    Recordation and Transfer fee:
    Recordation Fee is split and no more than one half.
    Stamp duties and other applicable transfer taxes and any costs attributable to transfer of security are:
    N/A

11. **Form of Purchase:**          Transfer Certificate from Credit Agreement
12. **Transaction Documentation:**
                                   To be prepared by:    ~~Buyer~~ Seller / Clearpar
13. **Credit Documentation**       No
    **to be provided:**
14. **Process Agents:**            Buyer:  No
                                   Seller: No
15. **Other Terms of Trade:**

This transaction is subject to compensation for delayed settlement, from T+10, and buy-in/sell-out damages.

This transaction is subject to the granting of any third party consents required under the terms of the Credit Agreement, or otherwise by law.

This transaction is subject to a satisfactory legal review by the Buyer of the sufficiency of the Credit Documentation.

This transaction is subject to a satisfactory review by the Buyer of the arrangements pursuant to which the interest of the Seller in the Traded Portion derives from the lender of record (applicable only where the Seller is not a lender of record).

This transaction shall also be subject to the successful completion of the sale/purchase ~~or participation~~ by the Buyer/Seller of the asset to be purchased/sold ~~or participated~~ hereunder.

Please sign and return this letter to the attention of Harry Bamrah no later than the close of business 15 September 2008 by fax at 442074880619 or by email at harry.bamrah@fnis.com. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Harry Bamrah at 442074235622.

Lehman Commercial Paper Inc., UK Branch          Banc of America Securities Limited

By: _____                       By: _____

Name:  Cindy Eng                                  Name:  Helmut Martin
Title:                                            Title:  Officer