# EXHIBIT J

## Tom Shollar

**From:** Tom Shollar
**Sent:** Thursday, October 02, 2008 2:00 PM
**To:** 'Tomea, David'
**Cc:** Chiappetta, Russell
**Subject:** RE: Tropicana (Wimar Landco) - Longacre to Lehman (td 4-18-08) & Lehman to Longacre (td 4-25-08)

The docs are in for signatures.

Do we have a better sense of when Lehman can close?

thx



TOM SHOLLAR

LONGACRE

FUND MANAGEMENT, LLC

810 Seventh Avenue, 33rd Floor

New York, New York 10019

212-259-4379 (Office)

212-259-4347 (Fax)

tshollar@longacrellc.com


-----Original Message-----
From: Tomea, David [mailto:DavidTomea@andrewskurth.com]
Sent: Thursday, October 02, 2008 10:20 AM
To: Tom Shollar
Cc: Chiappetta, Russell
Subject: RE: Tropicana (Wimar Landco) - Longacre to Lehman (td 4-18-08) & Lehman to Longacre (td 4-25-08)

Hey Tom,

Attached please find the most recent versions of the following docs:

(i)    Netting agreement b/t Longacre Master Fund, Ltd. to LCPI;

(ii)   Netting agreement b/t Longacre Capital Partners (QP), L.P. to LCPI;

(iii)  PSA, AA and PPL to satisfy the post-netting assignment of $825,000.00 of Loans from Longacre Master Fund, Ltd. to LCPI;

(iv)   PSA, AA and PPL to satisfy the post-netting assignment of $175,000.00 of Loans from Longacre Capital Partners (QP), L.P. to LCPI.


-----Original Message-----
From: Tom Shollar [mailto:TShollar@longacrellc.com]
Sent: Thursday, October 02, 2008 10:14 AM
To: Tomea, David
Cc: Chiappetta, Russell

Subject: RE: Tropicana (Wimar Landco) - Longacre to Lehman (td 4-18-08) & Lehman to Longacre (td 4-25-08)

If its not a hassle can you please send over all other necessary docs. Don't want to mix up out of date docs with current.

thx



TOM SHOLLAR

LONGACRE

FUND MANAGEMENT, LLC

810 Seventh Avenue, 33rd Floor

New York, New York 10019

212-259-4379 (Office)

212-259-4347 (Fax)

tshollar@longacrellc.com


-----Original Message-----
From: Tomea, David [mailto:DavidTomea@andrewskurth.com]
Sent: Thursday, October 02, 2008 9:32 AM
To: Tom Shollar
Cc: Russell Chiappetta
Subject: RE: Tropicana (Wimar Landco) - Longacre to Lehman (td 4-18-08) & Lehman to Longacre (td 4-25-08)

Tom, we intend to partially net the 4-18 trade (aggregate 3M sale by Longacre to LCPI) against the 4-25 trade (aggregate sale of 2M by LCPI to Longacre). This contemplated arrangement creates a residual sale of 1M by Longacre to Lehman -- would you like for me to re-send the netting agreements?