# EXHIBIT M

## Tom Shollar

| | |
|---|---|
| **From:** | Tom Shollar |
| **Sent:** | Thursday, October 02, 2008 2:14 PM |
| **To:** | 'Tomea, David' |
| **Cc:** | Chiappetta, Russell |
| **Subject:** | RE: Tropicana (Wimar Landco) - Longacre to Lehman (td 4-18-08) & Lehman to Longacre (td 4-25-08) |
| **Attachments:** | 20081002141056.pdf; 20081002140934.pdf; 20081002141003.pdf; 20081002141034.pdf |

   

20081002141056.p 20081002140934.p 20081002141003.p 20081002141034.p
df (1 MB)           df (419 KB)         df (1 MB)           df (414 KB)

Please see attached for Bilateral netting agreements, AA's, and PSA's.

TOM SHOLLAR

LONGACRE

FUND MANAGEMENT, LLC

810 Seventh Avenue, 33rd Floor

New York, New York 10019

212-259-4379 (Office)

212-259-4347 (Fax)

tshollar@longacrellc.com


-----Original Message-----
From: Tomea, David [mailto:DavidTomea@andrewskurth.com]
Sent: Thursday, October 02, 2008 10:20 AM
To: Tom Shollar
Cc: Chiappetta, Russell
Subject: RE: Tropicana (Wimar Landco) - Longacre to Lehman (td 4-18-08) & Lehman to
Longacre (td 4-25-08)

Hey Tom,

Attached please find the most recent versions of the following docs:

(i)   Netting agreement b/t Longacre Master Fund, Ltd. to LCPI;

(ii)  Netting agreement b/t Longacre Capital Partners (QP), L.P. to LCPI;

(iii) PSA, AA and PPL to satisfy the post-netting assignment of $825,000.00 of Loans from Longacre Master Fund, Ltd. to LCPI;

(iv)  PSA, AA and PPL to satisfy the post-netting assignment of $175,000.00 of Loans from Longacre Capital Partners (QP), L.P. to LCPI.

-----Original Message-----
From: Tom Shollar [mailto:TShollar@longacrellc.com]

1