PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
Telephone:  (212) 858-1000
Facsimile:  (212) 858-1500
C. Payson Coleman
Rick B. Antonoff
Mark N. Lessard

Attorneys for Embarcadero Aircraft
Securitization Trust

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :    Case No. 08-13555 (JMP)
                                                               :
LEHMAN BROTHERS HOLDINGS INC. *et al.*,    :    (Jointly Administered)
                                                               :
                     Debtors.                                  :
                                                               :
---------------------------------------------------------------x

### CERTIFICATE OF SERVICE

      The undersigned hereby certifies that true and correct copies of the RESERVATION OF RIGHTS OF EMBARCADERO AIRCRAFT SECURITIZATION TRUST WITH RESPECT TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS, filed by Pillsbury Winthrop Shaw Pittman LLP, was served via Overnight Mail to the parties on the attached service list on the 26th day of November, 2008.


Dated:  November 26, 2008                                       Carrie Altenburg____
                                                                                   /s/ Carrie Altenburg

SERVICE LIST

Chambers of the Hon. James M. Peck
One Bowling Green
Courtroom 601
New York, NY  10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn: Lori R. Fife and Robert J. Lemons

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178
Attn: Steven J. Reisman and L.P. Harrison 3rd

Office of the United States Trustee, S.D.N.Y
33 Whitehall Street, 21st Floor
New York, NY  10004

Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY  10005
Attn: Dennis F. Dunne, Dennis O'Donnell, and Evan Fleck