# EXHIBIT A

# LSTA

**DECEMBER 2006**

# LEHMAN COMMERCIAL PAPER INC

## LSTA DISTRESSED TRADE CONFIRMATION

REVISED 6.11.08

**To:**  Special Value Expansion Fund, LLC
Contact:  Caolyn Yu
Tel No.:  310-899-4921
Fax No.:  310-899-4950
Email:  Carolyn.yu@tennenbaumcapital.com

**From:**  Lehman Commercial Paper Inc.
Contact:  Elnorma Baptiste-Bain
Tel No.:  212-526-1889
Fax No.:  646-758-4993
Email:  ebaptist@lehman.com

**Confirms:**  Jessica Markowitz
Tel. No.:  212-526-7598
Fax No.:  646-758-4993
Email:  jessica.markowitz@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | May 9, 2008 |
| **Seller:** | Lehman Commercial Paper Inc.,[2]  ☒ Principal[3]  ☐ Agent |
| **Buyer:** | Special Value Expansion Fund, LLC[4]  ☒ Principal[5]  ☐ Agent |
| **Credit Agreement:** | AMENDED AND RESTATED CREDIT AGREEMENT dated as of June 1, 2007 (this "Agreement"), among HAWAIIAN TELCOM COMMUNICATIONS, INC., a Delaware corporation (the "Borrower"), HAWAIIAN TELCOM HOLDCO, INC., a Delaware corporation ("Holdings"), the Lenders (as defined below) from time to time party hereto, LEHMAN COMMERCIAL PAPER INC. ("LCPI") as administrative agent (in such capacity, the "Administrative Agent") and collateral agent (in such capacity, the "Collateral Agent") for such lenders, JPMORGAN CHASE BANK, N.A., as syndication agent (in such capacity, the "Syndication Agent") for such lenders and COBANK, ACB and WACHOVIA BANK, N.A., as co-documentation agents (in such |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

2

capacity, the "Co-Documentation Agents") for such lenders.

| | |
|---|---|
| **Borrower:** | HAWAIIAN TELCOM [5] |
| **Form of Purchase:** | If no election is made, "Assignment" applies. |
| | ☒ Assignment |
| | ☐ Participation |
| | ☐ Other: _____ |

**Purchase Amount/ Type of Debt:**

| Purchase Amount[6] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|
| $1,773,167.08 | Revolver | RC | N/A |
| | | | N/A |

**Purchase Rate:**

| | |
|---|---|
| **Accrued Interest:** | ☒ Settled Without Accrued Interest |
| | ☐ Trades Flat |
| **Credit Documentation to be provided by Seller:** | ☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date) |
| | ☒ No |
| **LSTA Standard Other Terms of Trade:** | ☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder |
| | ☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder |
| | ☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met) |
| **Trade Specific Other Terms of Trade:** | ☒ Specify Other Terms: |
| | Assignment fee waived [9] |
| | See Rider A (pg 4) |

---

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any

3

**Subject to:**    Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz* at the following fax number(s) or e-mail address(es) Jessica markowitz@lehman com

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598*.

LEHMAN COMMERCIAL PAPER INC.

Special Value Expansion Fund, LLC

By: Tennenbaum Capital Partners, LLC
Its: Investment Manager

By: _____

By: _____

Name: _____

ELNORMA BAPTISTE-BAIN
AUTHORIZED SIGNATORY

Title: _____

Date: _____

Name: _____

Title: _____

Date: _____

(continued)

* Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed Trade Confirmations. If more space is needed, attach additional pages.

4

Rider A.

In the event that this transaction closes as a participation the parties agree that Section
11.1 of the Transaction Specific Terms ("TST") of the LSTA Participation Agreement for
Distressed Trades electing Section 11.1(a) of the Standard Terms and Conditions
("STC") of the LSTA Participation Agreement for Distressed Trades shall be deemed to
apply.

# LSTA

**DECEMBER 2006**

## LEHMAN COMMERCIAL PAPER INC

### LSTA DISTRESSED TRADE CONFIRMATION

REVISED 6.11.08

To:    **Special Value Opportunities Fund, LLC**
       Contact:  Caolyn Yu
       Tel No.:   310-899-4921
       Fax No.:   310-899-4950
       Email:    Carolyn.yu@tennenbaumcapital.com

From:  **Lehman Commercial Paper Inc.**
       Contact:  Elnorma Baptiste-Bain
       Tel No.:   212-526-1889
       Fax No.:   646-758-4993
       Email:    ebaptist@lehman.com

| | |
|---|---|
| Confirms: | **Jessica Markowitz** |
| Tel. No.: | **212-526-7598** |
| Fax No.: | **646-758-4993** |
| Email: | jessica.markowitz@lehman.com |

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| Trade Date: | May 9, 2008 |
| Seller: | Lehman Commercial Paper Inc.,[2] ☒ Principal[3] ☐ Agent |
| Buyer: | Special Value Opportunities Fund, LLC[4] ☒ Principal[5] ☐ Agent |
| Credit Agreement: | AMENDED AND RESTATED CREDIT AGREEMENT dated as of June 1, 2007 (this "Agreement"), among HAWAIIAN TELCOM COMMUNICATIONS, INC., a Delaware corporation (the "Borrower"), HAWAIIAN TELCOM HOLDCO, INC., a Delaware corporation ("Holdings"), the Lenders (as defined below) from time to time party hereto, LEHMAN COMMERCIAL PAPER INC ("LCPI"), as administrative agent (in such capacity, the "Administrative Agent") and collateral agent (in such capacity, the "Collateral Agent") for such lenders, JPMORGAN CHASE BANK, N.A., as syndication agent (in such capacity, the "Syndication Agent") for such lenders and COBANK, ACB and WACHOVIA BANK, N.A., as co-documentation agents (in such |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations), identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations), identify ERISA counterparties.

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

2

|  | capacity, the "Co-Documentation Agents") for such lenders |
|---|---|
| **Borrower:** | HAWAIIAN TELCOM [5] |
| **Form of Purchase:** | If no election is made, "Assignment" applies. |

☒ Assignment

☐ Participation

☐ Other: _____

| **Purchase Amount/ Type of Debt:** | Purchase Amount[5] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|---|
| | $4,202,405.96 | Revolver | RC | N/A |
| | | | | N/A |

**Purchase Rate:**

**Accrued Interest:**

☒ Settled Without Accrued Interest

☐ Trades Flat

**Credit Documentation to be provided by Seller:**

☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)

☐ No

**LSTA Standard Other Terms of Trade:**

☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:**

☒ Specify Other Terms:

Assignment fee waived [9]

See Rider A (pg 4)

---

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other.

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any.

3

**Subject to:**                     Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.


Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jessica Markowitz*   at the following fax number(s) or e-mail address(es): Jessica.markowitz@lehman.com.

If you have any questions, please contact *Jessica Markowitz* at *212-526-7598*.


**LEHMAN COMMERCIAL PAPER INC.**           **Special Value Opportunities Fund, LLC**
                                           **By: Tennenbaum Capital Partners, LLC**
                                           **Its: Investment Manager**


By: _____           By: _____

Name: _____           Name: _____

Title: _____          Title: _____

Date: _____           Date: _____


( continued)

[3] Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed Trade Confirmations; if more space is needed, attach additional pages.

4

Rider A:

In the event that this transaction closes as a participation the parties agree that Section
11.1 of the Transaction Specific Terms ("TST") of the LSTA Participation Agreement for
Distressed Trades electing Section 11.1(a) of the Standard Terms and Conditions
("STC") of the LSTA Participation Agreement for Distressed Trades shall be deemed to
apply.

## LSTA

**DECEMBER 2006**

## LEHMAN COMMERCIAL PAPER INC

### LSTA DISTRESSED TRADE CONFIRMATION

REVISED 6.11.08

**To:**    Tennenbaum Opportunities Partners V, LP
Contact:  Caolyn Yu
Tel No.:   310-899-4921
Fax No.:  310-899-4950
Email:    Carolyn.yu@tennenbaumcapital.com

**From:**  Lehman Commercial Paper Inc.
Contact:  Elnorma Baptiste-Bain
Tel No.:   212-526-1889
Fax No.:  646-758-4993
Email:    ebaptist@lehman.com

**Confirms:**  Jessica Markowitz
Tel. No.:  212-526-7598
Fax No.:  646-758-4993
Email:    jessica.markowitz@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | May 9, 2008 |
| **Seller:** | Lehman Commercial Paper Inc.,[2] ☒ Principal[3] ☐ Agent |
| **Buyer:** | Tennenbaum Opportunities Partners V, LP[4] ☒ Principal[5] ☐ Agent |
| **Credit Agreement:** | AMENDED AND RESTATED CREDIT AGREEMENT dated as of June 1, 2007 (this "Agreement"), among HAWAIIAN TELCOM COMMUNICATIONS, INC., a Delaware corporation (the "Borrower"), HAWAIIAN TELCOM HOLDCO, INC., a Delaware corporation ("Holdings"), the Lenders (as defined below) from time to time party hereto, LEHMAN COMMERCIAL PAPER INC ("LCPI") as administrative agent (in such capacity, the "Administrative Agent") and collateral agent (in such capacity, the "Collateral Agent") for such lenders, JPMORGAN CHASE BANK, N.A., as syndication agent (in such capacity, the "Syndication Agent") for such lenders and COBANK, ACB and WACHOVIA BANK, N.A., as co-documentation agents (in such |

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

2

**Borrower:** capacity, the "Co-Documentation Agents") for such lenders.

HAWAIIAN TELCOM [5]

**Form of Purchase:** If no election is made, "Assignment" applies.

☒ Assignment

☐ Participation

☐ Other, _____

**Purchase Amount/ Type of Debt:**

| Purchase Amount[6] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|
| $6,531,165.38 | Revolver | RC | N/A |
| | | | N/A |

**Purchase Rate:**

**Accrued Interest:**

☒ Settled Without Accrued Interest

☐ Trades Flat

**Credit Documentation to be provided by Seller:**

☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)

☒ No

**LSTA Standard Other Terms of Trade:**

☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:**

☒ Specify Other Terms:

Assignment fee waived [9]

See Rider A (pg 4)

---

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other.

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any.

[9] Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from

3

**Subject to:**               Negotiation, execution and delivery of reasonably acceptable contracts
and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to
the attention of **Jessica Markowitz**    at the following fax number(s) or e-mail address(es)
Jessica markowitz@lehman com.

If you have any questions, please contact **Jessica Markowitz** at **212-526-7598**.

**LEHMAN COMMERCIAL PAPER INC.**          **Tennenbaum Opportunities Partners V, LP**

                                          **By: Tennenbaum Capital Partners, LLC**
                                          **Its: Investment Manager**

By                                        By

Name                                      Name:

Title ___ **ELNORMA BAPTISTE-BAIN**       Title:
         **AUTHORIZED SIGNATORY**

Date                                      Date:

( continued)

the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed
Trade Confirmations, if more space is needed, attach additional pages

4

Rider A:

In the event that this transaction closes as a participation the parties agree that Section
11.1 of the Transaction Specific Terms ("TST") of the LSTA Participation Agreement for
Distressed Trades electing Section 11.1(a) of the Standard Terms and Conditions
("STC") of the LSTA Participation Agreement for Distressed Trades shall be deemed to
apply.

# LSTA

DECEMBER 2006

## LEHMAN COMMERCIAL PAPER INC

### LSTA DISTRESSED TRADE CONFIRMATION

REVISED 6.11.08

**To:**   Special Value Expansion Fund, LLC
Contact:  Carolyn Yu
Tel Nos.:   310-899-4921
Fax No.:   310-899-4950
Email:   Carolyn.yu@tennenbaumcapital.com

**From:**   Lehman Commercial Paper Inc.
Contact:  Elnorma Baptiste-Bain
Tel No.:   212-526-1889
Fax No.:   646-758-4993
Email:   ebaptist@lehman.com

| | |
|---|---|
| **Confirms:** | Jenna Chihee Yoo |
| **Tel. No.:** | 212-526-2081 |
| **Fax No.:** | 646-758-4993 |
| **Email:** | Chihee.yoo@lehman.com |

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions

| | |
|---|---|
| **Trade Date:** | May 16, 2008 |
| **Seller:** | Lehman Commercial Paper Inc..[2] ☒ Principal[3] ☐ Agent |
| **Buyer:** | Special Value Expansion Fund, LLC[4] ☒ Principal[3] ☐ Agent |
| **Credit Agreement:** | AMENDED AND RESTATED CREDIT AGREEMENT dated as of June 1, 2007 (this "Agreement"), among HAWAIIAN TELCOM COMMUNICATIONS, INC., a Delaware corporation (the "Borrower"), HAWAIIAN TELCOM HOLDCO, INC. a Delaware corporation ("Holdings"), the Lenders (as defined below) from time to time party hereto, LEHMAN COMMERCIAL PAPER INC ("LCPI") as administrative agent (in such capacity, the "Administrative Agent") and collateral agent (in such capacity, the "Collateral Agent") for such lenders, JPMORGAN CHASE BANK, N.A., as syndication agent (in such capacity, the "Syndication Agent") for such lenders and COBANK, ACB and WACHOVIA BANK, N.A., as co-documentation agents (in such |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

LSTA EFFECTIVE DECEMBER 2006   copyright © LSTA 2006. All rights reserved.

2

capacity, the "Co-Documentation Agents") for such lenders.

| | |
|---|---|
| **Borrower:** | HAWAIIAN TELCOM [5] |
| **Form of Purchase:** | If no election is made, "Assignment" applies. |

☒ Assignment

☐ Participation

☐ Other: _____

**Purchase Amount/**
**Type of Debt:**

| Purchase Amount[3] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|
| $425,330.81 | Revolver | R/C | N/A |
| | | | N/A |

**Purchase Rate:**

**Accrued Interest:**

☒ Settled Without Accrued Interest

☐ Trades Flat

**Credit Documentation**
**to be provided by Seller:**

☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)

☒ No

**LSTA Standard**
**Other Terms of Trade:**

☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific**
**Other Terms of Trade:**

☒ Specify Other Terms:

Assignment fee waived [9]

See Rider A (pg 4)

---

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement.

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded.

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other.

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any.

3

**Subject to:**                    Negotiation, execution and delivery of reasonably acceptable contracts
and instruments of transfer in accordance herewith

Please provide the signature of a duly authorized signatory where indicated below and return this letter to
the attention of *Jenna Chihee Yoo*   at the following fax number(s) or e-mail address(es):
Chihee.yoo@lehman.com

If you have any questions, please contact *Jenna Yoo* at *212-526-2081.*

**LEHMAN COMMERCIAL PAPER INC.**          **Special Value Expansion Fund, LLC**
                                          **By: Tennenbaum Capital Partners, LLC**
                                          **Its: Investment Manager**

By                                        By

Name: **ELNORMA BAPTISTE-BAIN**           Name:
Title: **AUTHORIZED SIGNATORY**           Title:

Date:                                     Date:

( .continued)

? Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this
Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from
the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed
Trade Confirmations, if more space is needed, attach additional pages.

4

Rider A:

In the event that this transaction closes as a participation the parties agree that Section
11.1 of the Transaction Specific Terms ("TST") of the LSTA Participation Agreement for
Distressed Trades electing Section 11.1(a) of the Standard Terms and Conditions
("STC") of the LSTA Participation Agreement for Distressed Trades shall be deemed to
apply.

**LSTA**                                                                    DECEMBER 2006

# LEHMAN COMMERCIAL PAPER INC

**LSTA DISTRESSED TRADE CONFIRMATION**

REVISED 6.11.08

**To:**    **Special Value Opportunities Fund, LLC**
           **Contact:** Carolyn Yu
           **Tel No.:** 310-899-4921
           **Fax No.:** 310-899-4950
           **Email:** Carolyn.yu@tennenbaumcapital.com

**From:** Lehman Commercial Paper Inc.
           **Contact:** Elnorma Baptiste-Bain
           **Tel No.:** 212-526-1889                 **Confirms:** Jenna Chihee Yoo
           **Fax No.:** 646-758-4993                 **Tel. No.:** 212-526-2081
           **Email:** ebaptist@lehman.com            **Fax No.:** 646-758-4993
                                                      **Email:** Chihee.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below.  Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | May 16, 2008 |
| **Seller:** | Lehman Commercial Paper Inc..[2]  ☒ Principal[3]  ☐ Agent |
| **Buyer:** | Special Value Opportunities Fund, LLC[4]  ☒ Principal[3]  ☐ Agent |
| **Credit Agreement:** | AMENDED AND RESTATED CREDIT AGREEMENT dated as of June 1, 2007 (this "Agreement"), among HAWAIIAN TELCOM COMMUNICATIONS, INC., a Delaware corporation (the "Borrower"), HAWAIIAN TELCOM HOLDCO, INC., a Delaware corporation ("Holdings"), the Lenders (as defined below) from time to time party hereto, LEHMAN COMMERCIAL PAPER INC. ("LCPI"), as administrative agent (in such capacity, the "Administrative Agent") and collateral agent (in such capacity, the "Collateral Agent") for such lenders, JPMORGAN CHASE BANK, N.A., as syndication agent (in such capacity, the "Syndication Agent") for such lenders and COBANK, ACB and WACHOVIA BANK, N.A., as co-documentation agents (in such |

---

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

LSTA EFFECTIVE DECEMBER 2006 Copyright © LSTA 2006. All rights reserved.

2

| | | Borrower: | HAWAIIAN TELCOM [5] |

**Borrower:** HAWAIIAN TELCOM [5]

**Form of Purchase:** If no election is made, "Assignment" applies.

☒ Assignment

☐ Participation

☐ Other: _____

**Purchase Amount/ Type of Debt:**

| Purchase Amount[6] | Type of Debt | Facility[7] | CUSIP Number |
|---|---|---|---|
| $1,008,034.03 | Revolver | R/C | N/A |
| | | | N/A |

**Purchase Rate:**

**Accrued Interest:**

☒ Settled Without Accrued Interest

☐ Trades Flat

**Credit Documentation to be provided by Seller:**

☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)

☒ No

**LSTA Standard Other Terms of Trade:**

☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:**

☒ Specify Other Terms:

Assignment fee waived [9]

See Rider A (pg 4)

---

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement

[6] Specify amount of Debt to be transferred or, in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any

3

**Subject** to:                    Negotiation, execution and delivery of reasonably acceptable contracts and instruments of transfer in accordance herewith.

Please provide the signature of a duly authorized signatory where indicated below and return this letter to the attention of *Jenna Chihee Yoo* at the following fax number(s) or e-mail address(es): Chihee.yoo@lehman.com.

If you have any questions, please contact *Jenna Yoo* at *212-526-2081.*

**LEHMAN COMMERCIAL PAPER INC.**

**Special Value Opportunities Fund, LLC**
**By:  Tennenbaum Capital Partners, LLC**
**Its:  Investment Manager**

By: _____          By: _____

Name: _____          Name: _____

Title: ELNORMA BAPTISTE-BAIN            Title: _____
       AUTHORIZED SIGNATORY

Date _____          Date _____

( continued)

[2] Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed Trade Confirmations; if more space is needed, attach additional pages.

4

Rider A:

In the event that this transaction closes as a participation the parties agree that Section
11.1 of the Transaction Specific Terms ("TST") of the LSTA Participation Agreement for
Distressed Trades electing Section 11.1(a) of the Standard Terms and Conditions
("STC") of the LSTA Participation Agreement for Distressed Trades shall be deemed to
apply.

**LSTA**                                    **DECEMBER 2006**

## LEHMAN COMMERCIAL PAPER INC
### LSTA DISTRESSED TRADE CONFIRMATION

REVISED 6.11.08

**To:**  **Tennenbaum Opportunities Partners V, LP**
   Contact:  Carolyn Yu
   Tel No.:   310-899-4921
   Fax No.:  310-899-4950
   Email:   Carolyn.yu@tennenbaumcapital.com

**From:** Lehman Commercial Paper Inc.
   Contact:  Elnorma Baptiste-Bain
   Tel No.:   212-526-1889
   Fax No.:  646-758-4993
   Email:   ebaptist@lehman.com

**Confirms:**    Jenna Chihee Yoo
**Tel. No.:**    212-526-2081
**Fax No.:**    646-758-4993
**Email:**    Chihee.yoo@lehman.com

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Distressed Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc. (the "LSTA") as of December 1, 2006,[1] which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | May 16, 2008 |
| **Seller:** | Lehman Commercial Paper Inc.,[2] ☒ Principal[3] ☐ Agent |
| **Buyer:** | Tennenbaum Opportunities Partners V, LP[4] ☒ Principal[3] ☐ Agent |
| **Credit Agreement:** | AMENDED AND RESTATED CREDIT AGREEMENT dated as of June 1, 2007 (this "Agreement"), among HAWAIIAN TELCOM COMMUNICATIONS, INC., a Delaware corporation (the "Borrower"), HAWAIIAN TELCOM HOLDCO, INC., a Delaware corporation ("Holdings"), the Lenders (as defined below) from time to time party hereto, LEHMAN COMMERCIAL PAPER INC. ("LCPI"), as administrative agent (in such capacity, the "Administrative Agent") and collateral agent (in such capacity, the "Collateral Agent") for such lenders, JPMORGAN CHASE BANK, N.A., as syndication agent (in such capacity, the "Syndication Agent") for such lenders and COBANK, ACB and WACHOVIA BANK, N.A., as co-documentation agents (in such |

[1] The Standard Terms and Conditions are available on the LSTA website at http://www.lsta.org.

[2] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

[3] If Seller or Buyer is acting as a Riskless Principal, specify this in the "Trade Specific Other Terms of Trade" section below. (See Sections 11 and 19 of the Standard Terms and Conditions.) It is not necessary to identify the third party with respect to a Riskless Principal.

[4] Designate specific funds, if any, and allocations within T+1 (this may be done on separate trade confirmations); identify ERISA counterparties.

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006 All rights reserved.

2

capacity, the "Co-Documentation Agents") for such lenders.

**Borrower:** HAWAIIAN TELCOM [5]

**Form of Purchase:** If no election is made, "Assignment" applies.

☐ Assignment

☐ Participation

☐ Other: _____

**Purchase Amount/ Type of Debt:**

| Purchase Amount[6] | Type of Debt[7] | Facility[8] | CUSIP Number |
|---|---|---|---|
| $1,566 635 16 | Revolver | R/C | N/A |
|  |  |  | N/A |

**Purchase Rate:**

**Accrued Interest:**
☒ Settled Without Accrued Interest
☐ Trades Flat

**Credit Documentation to be provided by Seller:**
☐ Yes (only applicable if Buyer was not a lender on Trade Date and made its request on or prior to Trade Date)
☐ No

**LSTA Standard Other Terms of Trade:**
☐ This Transaction shall be subject to the successful completion of the purchase by Seller of the Purchase Amount of the Debt to be sold to Buyer hereunder

☐ This Transaction shall be subject to the successful completion of the sale by Buyer of the Purchase Amount of the Debt to be purchased from Seller hereunder

☐ Flip representations shall apply (election is applicable only if Seller is a Riskless Principal (i.e., the first box above has been checked), the settlement of the sale of the Purchase Amount of the Debt to Buyer from Seller occurs no later than one (1) business day after the settlement of the purchase of the Purchase Amount of the Debt by Seller from Seller's immediate prior seller(s) and the other criteria specified in Section 11 of the Standard Terms and Conditions are met)

**Trade Specific Other Terms of Trade:**
☒ Specify Other Terms:
Assignment fee waived [9]

See Rider A (pg 4)

---

[5] If multiple borrowers, specify the entity that is named as the first borrower under the Credit Agreement

[6] Specify amount of Debt to be transferred or in the case of Debt subject to further funding obligations (as in revolving credit or letter of credit facilities), specify amount of total exposure to be transferred, both funded and unfunded

[7] Specify whether the type of Debt is term, revolving, letter of credit (if stand-alone), claim amount or other

[8] Specify Credit Agreement designation of the facility (e.g., tranche). Specify multicurrency component, if any

3

**Subject to:**                    Negotiation, execution and delivery of reasonably acceptable contracts
                                   and instruments of transfer in accordance herewith

Please provide the signature of a duly authorized signatory where indicated below and return this letter to
the attention of *Jenna Chihee Yoo* at the following fax number(s) or e-mail address(es):
Chihee yoo@lehman com

If you have any questions, please contact *Jenna Yoo* at *212-526-2081*.

**LEHMAN COMMERCIAL PAPER INC.**          **Tennenbaum Opportunities Partners V, LP**

                                          **By: Tennenbaum Capital Partners, LLC**
                                          **Its: Investment Manager**

By _____        By _____

Name: _____        Name _____

Title _____ **ELNORMA BAPTISTE-BAIN**      Title _____
            AUTHORIZED SIGNATORY

Date: _____         Date _____

( continued)

* Set forth any other terms of this Transaction; include in this Section a specific reference to each term, if any, in this
Confirmation (including the Standard Terms and Conditions) that has been modified in any manner whatsoever from
the form of LSTA Distressed Trade Confirmation and/or the LSTA Standard Terms and Conditions for Distressed
Trade Confirmations, if more space is needed, attach additional pages.

4

Rider A:

In the event that this transaction closes as a participation the parties agree that Section 11.1 of the Transaction Specific Terms ("TST") of the LSTA Participation Agreement for Distressed Trades electing Section 11.1(a) of the Standard Terms and Conditions ("STC") of the LSTA Participation Agreement for Distressed Trades shall be deemed to apply.