# EXHIBIT C

# TENNENBAUM CAPITAL PARTNERS, LLC

November 11, 2008

VIA EMAIL

Divya Verma
Lehman Commercial Paper Inc.
745 7th Avenue
New York, New York, 10019
divya.verma@lehman.com

    Re:    Hawaiian Telecom Term Debt Trades

Dear Divya:

Attached hereto are copies of the following:

1. Amended Trade Confirm between Lehman Commercial Paper Inc, ("LCPI"), as buyer, and Special Value Expansion Fund, LLC ("SVEF") as buyer, with a trade date of August 18, 2008, relating to a purchase of $1,483,679.53 principal amount of Tranche C Term Loan issued under the Amended and Restated Credit Agreement dated as of August 1, 2007, among Hawaiian TelCom Communications, Inc., a Delaware corporation ("Borrower"), Hawaiian Telcom HoldCo, Inc., a Delaware corporation ("Holdings"), LCPI, as Agent, JPMorgan Chase Bank, N.A., as Syndication Agent, the Lenders, and the Co-Documentation Agents (the "Credit Agreement").
2. Letter dated November 7, 2008 from LCPI to SVEF related to the Amended Trade Confirm referred to in paragraph 1 above.
3. Amended Trade Confirm between LCPI, as buyer, and Special Value Opportunities Fund, LLC ("SVOF") as seller, with a trade date of August 18, 2008, relating to a purchase of $3,516,320.47 principal amount of Tranche C Term Loan issued under the Credit Agreement.
4. Letter dated November 7, 2008 from LCPI to SVOF related to the Amended Trade Confirm referred to in paragraph 3 above.
5. Amended Trade Confirm between LCPI, as buyer, and Tennenbaum Opportunities Partners V, LP ("TOP") as seller, with a trade date of August 19, 2008, relating to a purchase of $2,880,435.66 principal amount of Tranche C Term Loan issued under the Credit Agreement.
6. Letter dated November 7, 2008 from LCPI to TOP related to the Amended Trade Confirm referred to in paragraph 5 above.

2951 28TH STREET, SUITE 1000, SANTA MONICA, CALIFORNIA 90405
TELEPHONE 310.566.1000 ◊ FACSIMILE 310.899.4950 ◊ WWW.TENNENBAUMCAPITAL.COM

# TENNENBAUM CAPITAL PARTNERS, LLC

7. Amended Trade Confirm between LCPI, as buyer, and SVOF, as seller, with a trade date of August 19, 2008, relating to a purchase of $1,490,613.49 principal amount of Tranche C Term Loan issued under the Credit Agreement.
8. Letter dated November 7, 2008 from LCPI to SVOF related to the Amended Trade Confirm referred to in paragraph 7 above.
9. Amended Trade Confirm between LCPI, as buyer, and SVEF, as seller, with a trade date of August 19, 2008, relating to a purchase of $628,950.85 principal amount of Tranche C Term Loan issued under the Credit Agreement.
10. Letter dated November 7, 2008 from LCPI to SVEF related to the Amended Trade Confirm referred to in paragraph 9 above.

Each of the Amended Trade Confirms provides for a reduced purchase price to be paid by LCPI to the seller in respect of the purchase amount of the referenced Tranche C Term Loan, and a waiver of certain rights of the sellers with respect to claims they have under the original Trade Confirms. Under each of the Letter Agreements referred to above, the buyer agrees to assume the Amended Trade Confirms under Section 365 of the Bankruptcy Code. The Amended Trade Confirms are delivered to you pursuant to the agreements contained in each of the related Letter Agreements to assume such contracts. The Amended Trade Confirms and the Letter Agreements are executed and delivered subject to the entry of an order of the Bankruptcy Court approving LCPI's assumption of the Amended Trade Confirms, and will be null and void if the Amended Trade Confirms are not promptly so assumed by LCPI. Further, as previously discussed, the Amended Trade Confirms are executed and delivered on the basis that LCPI will promptly close such trades following assumption thereof.

Respectfully yours,

*[signature]*

David Hollander
Managing Director

Cc: Frank Turner
frank.turner@barclayscapital.com

2951 28TH STREET, SUITE 1000, SANTA MONICA, CALIFORNIA 90405
TELEPHONE 310.566.1000 ◊ FACSIMILE 310.899.4950 ◊ WWW.TENNENBAUMCAPITAL.COM

Lehman Commerial Paper Inc.
745 7th Avenue
New York, NY 10019

November 7, 2008

Special Value Expansion Fund, LLC
Carloyn Yu
Tel no: 310-899-4921
Fax no: 310-899-4950
Email: Carolyn.yu@tennenbaumcapital.com

RE: Hawaiian Telecom Communications (the "Borrower")

Ladies and Gentlemen:

Reference is made to the LSTA Distressed Trade Confirmation, dated August 18th, 2008, (the "Trade Confirmation") between Special Value Expansion Fund, LLC (the "Counterparty") and Lehman Commercial Paper Inc (the "Debtor") pursuant to which the counterparty agreed to sell and Debtor agreed to purchase $1,483,679.53 in principal amount of Hawaiian Telecom Communications, Term Loan made to the Borrower at a purchase price 80.00% (the "Trade").

As you are aware, on October 5, 2008 (the "Commencement Date") Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York.

Pursuant to the agreement attached hereto as Exhibit A between Counterparty and Debtor, Debtor has agreed to assume the Trade Confirmation in accordance with section 365 of the Bankruptcy Code, based upon the modification of certain terms of the Trade as set forth therein (the "Amended Trade Confirmation") with a purchase price of

By signing this letter, Counterparty hereby acknowledges and confirms the following:

(i) Upon settlement of the Amended Trade Confirmation, Counterparty and its affiliates shall be deemed to have forever waived, released and discharged all claims, demands, causes of action and the like, of any and every kind and character, now existing or hereafter arising, which Counterparty or any of its affiliates may have against Debtor or its affiliates, to the extent arising out of or in connection with the Trade Confirmation; and

(ii) Counterparty acknowledges and agrees that it will not assert any right of recoupment or setoff that it may have under a master netting agreement or otherwise with respect to any obligations under the Amended Trade Confirmation

NY2:\1933275\01\15G9J01!.DOC\58399.0053

Very truly yours,

Lehman Commercial Paper Inc.

By: _____
Name:
Title:          SALLY M. NANGOZ
                AUTHORIZED SIGNATORY

ACCEPTED AND AGREED
as of the date first above written:

SPECIAL VALUE EXPANSION FUND, LLC
BY: TENNENBAUM CAPITAL PARTNERS, LLC
ITS INVESTMENT MANAGER

By: _____
Name:  David Hollander
Title: Managing Director

Lehman Commerial Paper Inc.
745 7th Avenue
New York, NY 10019

November 7, 2008

Special Value Opportunities Fund, LLC
Carloyn Yu
Tel no: 310-899-4921
Fax no: 310-899-4950
Email: Carolyn.yu@tennenbaumcapital.com

RE: Hawaiian Telecom Communications (the "Borrower")

Ladies and Gentlemen:

Reference is made to the LSTA Distressed Trade Confirmation, dated August 18th, 2008, (the "Trade Confirmation") between Special Value Opportunities Fund, LLC (the "Counterparty") and Lehman Commercial Paper Inc (the "Debtor") pursuant to which the counterparty agreed to sell and Debtor agreed to purchase $3,516,320.47 in principal amount of Hawaiian Telecom Communications. Term Loan made to the Borrower at a purchase price 80.00% (the "Trade").

As you are aware, on October 5, 2008 (the "Commencement Date") Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York.

Pursuant to the agreement attached hereto as Exhibit A between Counterparty and Debtor, Debtor has agreed to assume the Trade Confirmation in accordance with section 365 of the Bankruptcy Code, based upon the modification of certain terms of the Trade as set forth therein (the "Amended Trade Confirmation") with a purchase price of

By signing this letter, Counterparty hereby acknowledges and confirms the following:

(i) Upon settlement of the Amended Trade Confirmation, Counterparty and its affiliates shall be deemed to have forever waived, released and discharged all claims, demands, causes of action and the like, of any and every kind and character, now existing or hereafter arising, which Counterparty or any of its affiliates may have against Debtor or its affiliates, to the extent arising out of or in connection with the Trade Confirmation; and

(ii) Counterparty acknowledges and agrees that it will not assert any right of recoupment or setoff that it may have under a master netting agreement or otherwise with respect to any obligations under the Amended Trade Confirmation

NY2:\1933975\01\15G9J01!.DOC\58399.0003

Very truly yours,

Lehman Commercial Paper Inc.

By: _____
Name:
Title:

ACCEPTED AND AGREED
as of the date first above written:

SPECIAL VALUE OPPORTUNITIES FUND, LLC
BY: TENNENBAUM CAPITAL PARTNERS, LLC
ITS INVESTMENT MANAGER

By: _____
Name: David Hollander
Title: Managing Director

Lehman Commerial Paper Inc.
745 7th Avenue
New York, NY 10019

November 7, 2008

Tennenbaum Opportunities Partners V, LP
Carloyn Yu
Tel no: 310-899-4921
Fax no: 310-899-4950
Email: Carolyn.yu@tennenbaumcapital.com

RE: Hawaiian Telecom Communications (the "Borrower")

Ladies and Gentlemen:

Reference is made to the LSTA Distressed Trade Confirmation, dated August 19th, 2008, (the "Trade Confirmation") between Tennenbaum Opportunities Partners V, LP (the "Counterparty") and Lehman Commercial Paper Inc (the "Debtor") pursuant to which the counterparty agreed to sell and Debtor agreed to purchase $2,880,435.66 in principal amount of Hawaiian Telecom Communications, Term Loan made to the Borrower at a purchase price 78.50% (the "Trade").

As you are aware, on October 5, 2008 (the "Commencement Date") Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York.

Pursuant to the agreement attached hereto as Exhibit A between Counterparty and Debtor, Debtor has agreed to assume the Trade Confirmation in accordance with section 365 of the Bankruptcy Code, based upon the modification of certain terms of the Trade as set forth therein (the "Amended Trade Confirmation") with a purchase price of

By signing this letter, Counterparty hereby acknowledges and confirms the following:

(i) Upon settlement of the Amended Trade Confirmation, Counterparty and its affiliates shall be deemed to have forever waived, released and discharged all claims, demands, causes of action and the like, of any and every kind and character, now existing or hereafter arising, which Counterparty or any of its affiliates may have against Debtor or its affiliates, to the extent arising out of or in connection with the Trade Confirmation; and

(ii) Counterparty acknowledges and agrees that it will not assert any right of recoupment or setoff that it may have under a master netting agreement or otherwise with respect to any obligations under the Amended Trade Confirmation

NY2:1913975\01\15G9!01!.DOC\58399.0003

Very truly yours,

Lehman Commercial Paper Inc.

By: _____
Name:
Title:      SALLY I
            [illegible]

ACCEPTED AND AGREED
as of the date first above written:

TENNENBAUM OPPORTUNITIES PARTNERS V, LP
BY: TENNENBAUM CAPITAL PARTNERS, LLC
ITS INVESTMENT MANAGER

By: _____
Name:  David Hollander
Title:   Managing Director

Lehman Commerial Paper Inc.
745 7th Avenue
New York, NY 10019

November 7, 2008

Special Value Opportunities Fund, LLC
Carloyn Yu
Tel no: 310-899-4921
Fax no: 310-899-4950
Email: Carolyn.yu@tennenbaumcapital.com

RE: Hawaiian Telecom Communications (the "Borrower")

Ladies and Gentlemen:

Reference is made to the LSTA Distressed Trade Confirmation, dated August 19th, 2008, (the "Trade Confirmation") between Special Value Opportunities Fund, LLC (the "Counterparty") and Lehman Commercial Paper Inc (the "Debtor") pursuant to which the counterparty agreed to sell and Debtor agreed to purchase $1,490,613.49 in principal amount of Hawaiian Telecom Communications, Term Loan made to the Borrower at a purchase price 78.50% (the "Trade").

As you are aware, on October 5, 2008 (the "Commencement Date") Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York.

Pursuant to the agreement attached hereto as Exhibit A between Counterparty and Debtor, Debtor has agreed to assume the Trade Confirmation in accordance with section 365 of the Bankruptcy Code, based upon the modification of certain terms of the Trade as set forth therein (the "Amended Trade Confirmation") with a purchase price of

By signing this letter, Counterparty hereby acknowledges and confirms the following:

(i) Upon settlement of the Amended Trade Confirmation, Counterparty and its affiliates shall be deemed to have forever waived, released and discharged all claims, demands, causes of action and the like, of any and every kind and character, now existing or hereafter arising, which Counterparty or any of its affiliates may have against Debtor or its affiliates, to the extent arising out of or in connection with the Trade Confirmation; and

(ii) Counterparty acknowledges and agrees that it will not assert any right of recoupment or setoff that it may have under a master netting agreement or otherwise with respect to any obligations under the Amended Trade Confirmation

Very truly yours,

Lehman Commercial Paper Inc.

By: _____
Name:
Title:

ACCEPTED AND AGREED
as of the date first above written:

SPECIAL VALUE OPPORTUNITIES FUND, LLC
BY: TENNENBAUM CAPITAL PARTNERS, LLC
ITS INVESTMENT MANAGER

By: _____
Name: David Hollander
Title: Managing Director

**Lehman Commerial Paper Inc.**
745 7th Avenue
New York, NY 10019

November 7, 2008

Special Value Expansion Fund, LLC
Carloyn Yu
Tel no: 310-899-4921
Fax no: 310-899-4950
Email: Carolyn.yu@tennenbaumcapital.com

RE: Hawaiian Telecom Communications (the "Borrower")

Ladies and Gentlemen:

Reference is made to the LSTA Distressed Trade Confirmation, dated August 19th, 2008, (the "Trade Confirmation") between Special Value Expansion Fund, LLC (the "Counterparty") and Lehman Commercial Paper Inc (the "Debtor") pursuant to which the counterparty agreed to sell and Debtor agreed to purchase $628,950.85 in principal amount of Hawaiian Telecom Communications, Term Loan made to the Borrower at a purchase price 78.50% (the "Trade").

As you are aware, on October 5, 2008 (the "Commencement Date") Debtor commenced a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York.

Pursuant to the agreement attached hereto as Exhibit A between Counterparty and Debtor, Debtor has agreed to assume the Trade Confirmation in accordance with section 365 of the Bankruptcy Code, based upon the modification of certain terms of the Trade as set forth therein (the "Amended Trade Confirmation") with a purchase price of

By signing this letter, Counterparty hereby acknowledges and confirms the following:

(i) Upon settlement of the Amended Trade Confirmation, Counterparty and its affiliates shall be deemed to have forever waived, released and discharged all claims, demands, causes of action and the like, of any and every kind and character, now existing or hereafter arising, which Counterparty or any of its affiliates may have against Debtor or its affiliates, to the extent arising out of or in connection with the Trade Confirmation; and

(ii) Counterparty acknowledges and agrees that it will not assert any right of recoupment or setoff that it may have under a master netting agreement or otherwise with respect to any obligations under the Amended Trade Confirmation

NY2:\1939975\01\15G9J01!.DOC\58399.0003

Very truly yours,

Lehman Commercial Paper Inc.

By: _____
Name:
Title:

ACCEPTED AND AGREED
as of the date first above written:

SPECIAL VALUE EXPANSION FUND, LLC
BY: TENNENBAUM CAPITAL PARTNERS, LLC
ITS INVESTMENT MANAGER

By: _____
Name: David Hollander
Title: Managing Director