## DECLARATION

I, Michael Abatemarco, hereby declare as follows pursuant to 11 U.S.C. Section 1746:

1.    I am an authorized representative of Blue Mountain Credit Alternatives Master Fund, L.P.  I have personal knowledge of the facts contained in this Verified Objection of Blue Mountain Credit Alternatives Master Fund L.P. to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations.

2.    I declare that the factual statements contained in paragraphs 3, 4, 5 and 8 through 16 are true and that if any of the statements are willfully false I am subject to penalty of perjury.

November 25, 2008

Michael Abatemarco