# EXHIBIT D

## Maduike, Nneoma A.

| | |
|---|---|
| From: | Michael Abatemarco |
| Sent: | Tuesday, June 24, 2008 12:18 PM |
| To: | 'Yoo, Jenna' |
| Cc: | Martinez, Martha; Rothenberg, Ken; 'Michele Navazio' |
| Subject: | RE: General Motors t/d 6.19 |
| Attachments: | General Motors |



General Motors

Thanks Jenna, please let me know when I the part agreement is available.

Michael Abatemarco
BlueMountain Capital Management LLC.
280 Park Avenue, 5th Floor East
New York, NY, 10017
Phone: (212)905-3967
mabatemarco@bluemountaincapital.com

-----Original Message-----
From: Yoo, Jenna [mailto:jenna.yoo@lehman.com]
Sent: Tuesday, June 24, 2008 12:12 PM
To: Michael Abatemarco
Cc: Martinez, Martha; Rothenberg, Ken
Subject: General Motors t/d 6.19

Attached is the fully executed copy of the confirm for trade General Motors t/d 6.19.


<<General Motors>>
Thanks

Jenna Yoo
Lehman Brothers
745 7th Avenue
New York, NY 10019
Tel: (212) 526-2081
Fax: (646) 834-1847
Email: jenna.yoo@lehman.com

------------------------------------------------

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

1

--------

IRS Circular 230 Disclosure:

Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

2