# EXHIBIT E

Maduike, Nneoma A.

| | |
|---|---|
| From: | Rothenberg, Ken [kenrothenberg@andrewskurth.com] |
| Sent: | Thursday, July 31, 2008 4:33 PM |
| To: | Michael Abatemarco; Yoo, Jenna |
| Cc: | Martinez, Martha; Michele Navazio |
| Subject: | RE: General Motors t/d 6.19 |

Michael:

Per our telephone conversation we are still in process of determining what upstreams we will be able to allocate for Blue Mountain. Good chance we may need to settle this as a sub-participation. Unfortunately, GM is not allowing any new lenders into the deal and Lehman can only buy & sell via participation.

To the extent that Blue Mountain has any open down stream sales we may be able to do a circle netting.

Regards,
Ken

Kenneth L. Rothenberg, Esq.
Andrews Kurth LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017
(Office Phone) 212-850-2828
(Facsimile) 212-850-2929
rothk@akllp.com

CONFIDENTIALITY NOTICE: This electronic transmission, and any documents attached hereto, (a) may contain confidential and/or legally privileged information, and (b) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

-----Original Message-----
From: Michael Abatemarco [mailto:mabatemarco@bluemountaincapital.com]
Sent: Thursday, July 31, 2008 4:28 PM
To: 'Yoo, Jenna'
Cc: 'Martinez, Martha'; Rothenberg, Ken; 'Michele Navazio'
Subject: RE: General Motors t/d 6.19

Jenna,

I still have not received the participation agreement for the GM RC trades from 6/19 and 6/26, if you have already sent them please resend.

Thanks,
Michael

1

Michael Abatemarco
BlueMountain Capital Management LLC.
280 Park Avenue, 5th Floor East
New York, NY, 10017
Phone: (212)905-3967
mabatemarco@bluemountaincapital.com

-----Original Message-----
From: Michael Abatemarco
Sent: Tuesday, June 24, 2008 12:18 PM
To: 'Yoo, Jenna'
Cc: Martinez, Martha; Rothenberg, Ken; 'Michele Navazio'
Subject: RE: General Motors t/d 6.19

Thanks Jenna, please let me know when I the part agreement is available.



Michael Abatemarco
BlueMountain Capital Management LLC.
280 Park Avenue, 5th Floor East
New York, NY, 10017
Phone: (212)905-3967
mabatemarco@bluemountaincapital.com

-----Original Message-----
From: Yoo, Jenna [mailto:jenna.yoo@lehman.com]
Sent: Tuesday, June 24, 2008 12:12 PM
To: Michael Abatemarco
Cc: Martinez, Martha; Rothenberg, Ken
Subject: General Motors t/d 6.19

Attached is the fully executed copy of the confirm for trade General Motors t/d 6.19.


<<General Motors>>
Thanks

Jenna Yoo
Lehman Brothers
745 7th Avenue
New York, NY 10019
Tel: (212) 526-2081
Fax: (646) 834-1847
Email: jenna.yoo@lehman.com

--------------------------------------
--------

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an

2

offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

--------

IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Treasury Circular 230 Disclosure - To comply with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this written communication (including any attachment) is not intended or written to be used, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed on the person. If this written communication contains any tax advice that is used or referred to in connection with the promoting, marketing or recommending of any transaction(s) or matter(s), this written communication should be construed as written to support the promoting, marketing or recommending of the transaction(s) or matter(s) addressed by this written communication, and the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor. No limitation has been imposed by Andrews Kurth LLP on disclosure of the tax treatment or tax structure of the transaction(s) or matter(s).