**REED SMITH LLP**
  Andrea Pincus, Esq.
  Michael J. Venditto, Esq.
599 Lexington Avenue
New York, NY  10022
Tel:  212-521-5400
Fax:  212-521-5450
   apincus@reedsmith.com
   mvenditto@reedsmith.com

*Counsel to the University of Pittsburgh – Of the Commonwealth System of Higher Education*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                             :

In re                                               :         Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al*.,  :        Case No. 08-13555 (JMP)
                                                :         (Jointly Administered)
                                  Debtors.  :
                                                :         Refers to Dkt. No. 1498
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

STATE OF NEW YORK    )
                                  )    ss.:
COUNTY OF NEW YORK  )

      On November 28, 2008, I, Andrea Pincus, cause to be served a true and correct copy of the Objection of the University of Pittsburgh to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts via facsimile and hand delivery upon the attached service list.

                                                            /s/ Andrea Pincus
                                                            Andrea Pincus

## SERVICE LIST

Weil, Gotshal & Manges LLP
  Attention: Lori R. Fife
            Robert J. Lemons
767 Fifth Avenue
New York, New York 10153
Fax: 212-310-8007

Curtis, Mallet-Prevost, Colt & Mosle LLP
  Attention: Steven J. Reisman
            L. P. Harrison 3rd
101 Park Avenue
New York, New York 10178
Fax: 212-697-1559

Office of the United States Trustee
  Attention: Andy Velez-Rivera
            Paul Schwartzberg
            Brian Masumoto
            Linda Riffkin
            Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, New York 10004
Fax: 212-668-2255

Milbank, Tweed, Hadley & McCloy LLP
  Attention: Dennis F. Dunne
            Dennis O'Donnell
            Evan Fleck, Esq.
One Chase Manhattan Plaza
New York, New York 10005
Fax: 212-530-5219

US_ACTIVE-100778026.1