# EXHIBIT E

SWING LINE LOAN NOTICE

To: Lehman Commercial Paper Inc., as Swing Line Lender and Administrative Agent
745 Seventh Avenue
New York, New York 10019
Attention: Michelle Rosilinsky
Fax: 646-758-5015

September 16, 2008

Ladies and Gentlemen:

Reference is made to the Credit Agreement dated as of October 24, 2006 (as amended, supplemented or otherwise modified from time to time, the "Credit Agreement"), among West Corporation, as Borrower, each Lender from time to time party thereto, Lehman Commercial Paper Inc., as Administrative Agent (in such capacity, the "Administrative Agent") and Swing Line Lender, Deutsche Bank Securities Inc. and Bank of America, N.A., as Syndication Agents, and Wachovia Bank, National Association and General Electric Capital Corporation, as Co-Documentation Agents. Capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to such terms in the Credit Agreement. The Borrower hereby gives you notice pursuant to Section 2.04(b) of the Credit Agreement that it requests a Swing Line Borrowing under the Credit Agreement, and in that connection sets forth below the terms on which such Swing Line Borrowing is requested to be made:

(A) Principal Amount to be Borrowed[1]    $5,000,000

(B) Date of Borrowing (which is a Business Day)    September 16, 2008

The Borrower hereby represents and warrants to the Administrative Agent and the Lenders that, on the date of this Swing Line Loan Notice and on the date of the related Swing Line Borrowing, the conditions to lending specified in paragraphs (a) and (b) of Section 4.02 of the Credit Agreement have been satisfied.

WEST CORPORATION

By: _____
Name: Paul Mendlik
Title: Chief Financial Officer and Treasurer

---

[1] Shall be a minimum of $100,000.

## COMMITTED LOAN NOTICE

To:   Lehman Commercial Paper Inc., as Administrative Agent
      745 Seventh Avenue
      New York, New York 10019
      Attention: Michelle Rosilinsky
      Fax: 646-758-5015

September 16, 2008

Ladies and Gentlemen:

Reference is made to the Credit Agreement dated as of October 24, 2006 (as amended, supplemented or otherwise modified from time to time, the "Credit Agreement"), among West Corporation, as Borrower, each Lender from time to time party thereto, Lehman Commercial Paper Inc., as Administrative Agent (in such capacity, the "Administrative Agent") and Swing Line Lender, Deutsche Bank Securities Inc. and Bank of America, N.A., as Syndication Agents, and Wachovia Bank, National Association and General Electric Capital Corporation, as Co-Documentation Agents. Capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to such terms in the Credit Agreement.

The Borrower hereby requests (select one):

    X   A Borrowing of new Loans

    __ A conversion of Loans

    __ A continuation of Loans

to be made on the terms set forth below:

| | | |
|---|---|---|
| (A) | Class of Borrowing[1] | Revolving Credit |
| (B) | Date of Borrowing, conversion or continuation (which is a Business Day) | September 17, 2008 |
| (C) | Principal amount | $5,000,000 |
| (D) | Type of Loan[2] | Base Rate |
| (E) | Interest Period[3] | N/A |

---

[1] Term or Revolving Credit.

[2] Specify Eurocurrency or Base Rate.

[3] Applicable for Eurocurrency Borrowings/Loans only.

The Borrower hereby represents and warrants to the Administrative Agent and the Lenders that, on the date of this Committed Loan Notice and on the date of the related Borrowing, the conditions to lending specified in paragraphs (a) and (b) of Section 4.02 of the Credit Agreement have been satisfied.[4]

WEST CORPORATION

By: _____/s/ Paul M. Mendlik_____
Name: Paul M. Mendlik
Title: Chief Financial Officer and Treasurer

---

[4] Insert bracketed language if the Borrower is requesting a Borrowing of new Loans.

COMMITTED LOAN NOTICE

To:   Lehman Commercial Paper Inc., as Administrative Agent
      745 Seventh Avenue
      New York, New York 10019
      Attention: Michelle Rosilinsky
      Fax: 646-758-5015

September 22, 2008

Ladies and Gentlemen:

Reference is made to the Credit Agreement dated as of October 24, 2006 (as amended, supplemented or otherwise modified from time to time, the "Credit Agreement"), among West Corporation, as Borrower, each Lender from time to time party thereto, Lehman Commercial Paper Inc., as Administrative Agent (in such capacity, the "Administrative Agent") and Swing Line Lender, Deutsche Bank Securities Inc. and Bank of America, N.A., as Syndication Agents, and Wachovia Bank, National Association and General Electric Capital Corporation, as Co-Documentation Agents. Capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to such terms in the Credit Agreement.

The Borrower hereby requests (select one):

   X   A Borrowing of new Loans

   __  A conversion of Loans

   __  A continuation of Loans

to be made on the terms set forth below:

(A)   Class of Borrowing[1]                              Revolving Credit

(B)   Date of Borrowing,
      conversion or continuation
      (which is a Business Day)                          September 23, 2008

(C)   Principal amount                                   $100,000,000

(D)   Type of Loan[2]                                    Base Rate

(E)   Interest Period[3]                                 N/A

---

[1] Term or Revolving Credit.

[2] Specify Eurocurrency or Base Rate.

[3] Applicable for Eurocurrency Borrowings/Loans only.

The Borrower hereby represents and warrants to the Administrative Agent and the Lenders that, on the date of this Committed Loan Notice and on the date of the related Borrowing, the conditions to lending specified in paragraphs (a) and (b) of Section 4.02 of the Credit Agreement have been satisfied.[4]

WEST CORPORATION

By: *Paul M. Mendlik*
Name: Paul M. Mendlik
Title: Chief Financial Officer and Treasurer

---

[4] Insert bracketed language if the Borrower is requesting a Borrowing of new Loans.

## Rogers, W. Jane

**From:** LARSON, BRIAN L [BLLARSON@west.com]
**Sent:** Tuesday, September 23, 2008 6:25 PM
**To:** Mendlik, Paul Michael; JSwenson@THL.com; Mussman, David C; soberg@thlee.com; Somerstein, Mark; Kim, Jay; Rogers, W. Jane; Scottye D Lindsey
**Subject:** FW: Funding
**Attachments:** 080923 West $100mm Borrowing.xls

All,

Please forward to anyone on dist list I may have missed. We have rec'd the remaining funds from Lehman on the $5 million draw less there piece.

We have also received $69,500,000 into our accounts per the attached. We are awaiting DB which would bring it to $88,750,000, leaving the $11,250,000 from Lehman unfunded.

Brian Larson
West Corp

---

**From:** Bhalla, Ritam [mailto:ritam.bhalla@lehman.com]
**Sent:** Tuesday, September 23, 2008 5:03 PM
**To:** LARSON, BRIAN L
**Cc:** Mendlik, Paul Michael
**Subject:** RE: Funding

Brian:

You should have the funds in your account - please see attached spreadsheet which details each of the wires sent to West and the corresponding Fed reference numbers. I will call you now as well.

---

**From:** LARSON, BRIAN L [mailto:BLLARSON@west.com]
**Sent:** Tuesday, September 23, 2008 5:21 PM
**To:** Bhalla, Ritam
**Subject:** Funding

Ritam,

We have not received the funds for the DB funds of $962,500. We have also not rec'd the Natixis funds. Can you give me an update.
Michelle said it was sent yesterday but has not provided a fed #.


My number cell is 402-547-7141. Thanks.

Best Regards,

Brian Larson
Vice President
Corporate Assistant Treasurer
West Corporation
11808 Miracle Hills Drive
Omaha, NE 68154


11/21/2008

Phone: 402.716.0003
Fax:   402.963.1619
E-mail: bllarson@west.com

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify West Corporation immediately by replying to this message and deleting it from your computer.

------------------------------------------------- This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice. -------- IRS Circular 230 Disclosure: Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

11/21/2008

**West Corporation**
**Lehman Bankruptcy Draw Summary**

| Bank | Request Date | Request Amount | Request Type | Funded to Lehman Amt | Funded to Lehman Date | Funded to West Amt | Funded to West Date | Notes: |
|---|---|---|---|---|---|---|---|---|
| Lehman | 09/17/2008 | $ 5,000,000 | Revolving Credit | | | | | Lehman sent confirmation for $4,918,750<br>Lehman funding 9.625 of 11.25% commitment |
| Lehman | 09/17/2008 | $ 100,000,000 | Revolving Credit | | | | | Lehman sent confirmation for $98,375,000<br>Lehman funding 9.625 of 11.25% commitment |
| Lehman | 09/18/2008 | $ 100,000,000 | Revolving Credit | | | | | |
| Lehman | 09/18/2008 | $ 100,000,000 | Recission of 09/18/2008 Request | | | | | |
| Lehman | 09/18/2008 | $ 100,000,000 | Recission of 09/17/2008 Request | | | | | |
| United Overseas Bank | | | | $ 200,000 | 09/18/2008 | $ 200,000 | 09/18/2008 | |
| Lehman | | | | $ 481,250 | 09/18/2008 | $ 481,250 | 09/19/2008 | Part of $2,956,250 deposit |
| BOA | | | | $ 500,000 | 09/18/2008 | $ 500,000 | 09/19/2008 | Part of $2,956,250 deposit |
| Fusion | | | | $ 400,000 | 09/18/2008 | $ 400,000 | 09/19/2008 | Part of $2,956,250 deposit |
| GE | | | | $ 600,000 | 09/18/2008 | $ 600,000 | 09/19/2008 | Part of $2,956,250 deposit |
| Golub | | | | $ 200,000 | 09/18/2008 | $ 200,000 | 09/19/2008 | Part of $2,956,250 deposit |
| Sumi | | | | $ 400,000 | 09/18/2008 | $ 400,000 | 09/19/2008 | Part of $2,956,250 deposit |
| Wach | | | | $ 375,000 | 09/18/2008 | $ 375,000 | 09/19/2008 | Part of $2,956,250 deposit |
| Mizuho | | | | $ 400,000 | 09/19/2008 | $ 400,000 | 09/19/2008 | LCPI-Will not fund 1.625%<br>Lehman-Verano - Will not fund 9.625% |
| Lehman | 09/22/2008 | $ 100,000,000 | Revolving Credit | | | | | |
| DB | | | | $ 962,500 | 09/23/2008 | $ 962,500 | 09/23/2008 | Total $4,918,750 on 9/17/2008 Request |
| Natixis | | | | $ 400,000 | 09/23/2008 | $ 400,000 | 09/23/2008 | |
| BOA | | | | $ 10,000,000 | 09/23/2008 | $ 10,000,000 | 09/23/2008 | |
| Fusion | | | | $ 8,000,000 | 09/23/2008 | $ 8,000,000 | 09/23/2008 | |
| GE | | | | $ 12,000,000 | 09/23/2008 | $ 12,000,000 | 09/23/2008 | |
| Golub | | | | $ 4,000,000 | 09/23/2008 | $ 4,000,000 | 09/23/2008 | |
| Mizuho | | | | $ 8,000,000 | 09/23/2008 | $ 8,000,000 | 09/23/2008 | |
| Natixis | | | | $ 8,000,000 | 09/23/2008 | $ 8,000,000 | 09/23/2008 | |
| Sumi | | | | $ 4,000,000 | 09/23/2008 | $ 4,000,000 | 09/23/2008 | |
| United Overseas | | | | $ 7,500,000 | 09/23/2008 | $ 7,500,000 | 09/23/2008 | |
| Wach | | | | | | | | Total $69,500,000 |
| DB | | | | $ 5,000,000 | 09/25/2008 | $ 5,000,000 | 09/25/2008 | |
| DB | | | | $ 14,250,000 | 09/26/2008 | $ 14,250,000 | 09/26/2008 | Total $88,750,000 on 9/22/08 Request |

COMMITTED LOAN NOTICE

To:   Lehman Commercial Paper Inc., as Administrative Agent
      745 Seventh Avenue
      New York, New York 10019
      Attention: Michelle Rosilinsky
      Fax: 646-758-5015

September 29, 2008

Ladies and Gentlemen:

Reference is made to the Credit Agreement dated as of October 24, 2006 (as amended, supplemented or otherwise modified from time to time, the "Credit Agreement"), among West Corporation, as Borrower, each Lender from time to time party thereto, Lehman Commercial Paper Inc., as Administrative Agent (in such capacity, the "Administrative Agent") and Swing Line Lender, Deutsche Bank Securities Inc. and Bank of America, N.A., as Syndication Agents, and Wachovia Bank, National Association and General Electric Capital Corporation, as Co-Documentation Agents. Capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to such terms in the Credit Agreement.

The Borrower hereby requests (select one):

   X  A Borrowing of new Loans

   __ A conversion of Loans

   __ A continuation of Loans

to be made on the terms set forth below:

(A)   Class of Borrowing[1]            Revolving Credit

(B)   Date of Borrowing,
      conversion or continuation
      (which is a Business Day)        September 30, 2008

(C)   Principal amount                 $130,000,000

(D)   Type of Loan[2]                  Base Rate

(E)   Interest Period[3]               N/A

---

[1] Term or Revolving Credit.

[2] Specify Eurocurrency or Base Rate.

[3] Applicable for Eurocurrency Borrowings/Loans only.

    The Borrower hereby represents and warrants to the Administrative Agent and the Lenders that, on the date of this Committed Loan Notice and on the date of the related Borrowing, the conditions to lending specified in paragraphs (a) and (b) of Section 4.02 of the Credit Agreement have been satisfied.[4]

WEST CORPORATION

By: _____
Name: Paul M. Mendlik
Title: Chief Financial Officer and Treasurer

---

[4] Insert bracketed language if the Borrower is requesting a Borrowing of new Loans.

## Rogers, W. Jane

| | |
|---|---|
| From: | LARSON, BRIAN L [BLLARSON@west.com] |
| Sent: | Friday, November 21, 2008 12:58 PM |
| To: | Rogers, W. Jane |
| Subject: | FW: West - Wires for $130mm Borrowing |
| Attachments: | 080929 West $130mm Borrowing.xls |



080929 West
130mm Borrowing.x

Here is confirmation that they will not fund on $130,000,000. See spreadsheet as we never got a confirm as I think they were upset with us.
-----Original Message-----
From: Bhalla, Ritam [mailto:ritam.bhalla@barclayscapital.com]
Sent: Tuesday, September 30, 2008 5:34 PM
To: Mendlik, Paul Michael; LARSON, BRIAN L
Cc: Rosolinsky, Michelle; Weinstein, Dana; Turner, Frank P
Subject: West - Wires for $130mm Borrowing

Paul/Brian:

We have received $95.35mm of the expected $115.375mm funding (Deutsche has only funded $5mm of their $25.025mm share thus far). Please see attached spreadsheet which details each of the wires sent to West and the corresponding Fed reference numbers. You should have received the full $95.35mm in wires in your account.

> > <<080929 West $130mm Borrowing.xls>>
>
Thanks,
Ritam


> ------------------
> Ritam Bhalla
> Barclays Capital
> Loan Portfolio Group
> Phone: 212.526.1819
> Fax:   646.758.2774
> email:  ritam.bhalla@barclayscapital.com
>
> This is a product of the Loan Portfolio Group and is not Barclays
Capital research nor a research report.
>
-------------------------------------------
--------

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this e-mail, do not duplicate or redistribute it by any means. Please delete it and any attachments and notify the sender that you have received it in error. Unless specifically indicated, this e-mail is not an offer to buy or sell or a solicitation to buy or sell any securities, investment products or other financial product or service, an official confirmation of any transaction, or an official statement of Barclays. Any views or opinions presented are solely those of the author and do not necessarily represent those of Barclays. This e-mail is subject to terms available at the following link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent to the foregoing. Barclays Capital is the investment banking division of Barclays Bank PLC, a company registered in England (number 1026167) with its registered office at 1 Churchill Place, London, E14 5HP. This email may relate to or be sent from other members of the Barclays Group
--------
IRS Circular 230 Disclosure:

Please be advised that any discussion of U.S. tax matters contained within this communication (including any attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**West - $130mm Borrowing 9/30/08**    $130,000,000

| | % | Pro-Rate Share | Funded | Comments |
|---|---|---|---|---|
| LCPI | 1.625% | $2,112,500 | $0 | will not fund |
| Lehman-Verano | 9.625% | $12,512,500 | $0 | will not fund |
| BofA | 10.00% | $13,000,000 | $13,000,000 | |
| Deutsche | 19.25% | $25,025,000 | $5,000,000 | received $5mm of $25.025mm thus far |
| Fusion | 8.00% | $10,400,000 | $10,400,000 | |
| GE | 12.00% | $15,600,000 | $15,600,000 | |
| Golub | 4.00% | $5,200,000 | $5,200,000 | |
| Mizuho | 8.00% | $10,400,000 | $10,400,000 | |
| Natixis | 8.00% | $10,400,000 | $10,400,000 | |
| Sumitomo | 8.00% | $10,400,000 | $10,400,000 | |
| United Overseas | 4.00% | $5,200,000 | $5,200,000 | |
| Wachovia | 7.50% | $9,750,000 | $9,750,000 | |
| | | $130,000,000 | $95,350,000 | |
| | expected | $115,375,000 | | |

Wires Sent to West:

| | Amount | Reference # |
|---|---|---|
| | $5,000,000 | B1Q8023C013959 |
| | $10,400,000 | B1Q8023C013992 |
| | $13,000,000 | B1Q8023C013957 |
| | $9,750,000 | B1Q8024C013634 |
| | $5,200,000 | B1Q8024C013620 |
| | $10,400,000 | B1Q8024C016325 |
| | $10,400,000 | B1Q8022C015315 |
| | $5,200,000 | B1Q8023C015817 |
| | $10,400,000 | B1Q8023C015840 |
| | $15,600,000 | B1Q8022C015884 |
| Total Wired | $95,350,000 | |