# EXHIBIT F

&lt;HELP&gt; for explanation.                                              Equity**CRPR**

| Related Functions | Company Tree Ratings | Alert | CREDIT PROFILE |
|---|---|---|---|

Lehman Brothers Holdings Inc                              Page 1/2

Issuer Rating            -MOODY'S          Page   1/ 1

1) Is
2) Se  RATING    WATCH    EFFECTIVE
3) Su  B3         *-       9/15/08
4) JR  A2         *        9/10/08
5) Pr  A2                  7/17/08
6) Sh  A1         *-       6/13/08
       A1                  10/22/03
       A2         *+       6/24/03
7) LT  A2                  11/ 3/00
8) LT  A3         *+       9/14/00
9) ST  A3                  8/ 5/99
10) ST Baa1       *+       7/ 7/99
       Baa1                6/29/95

              UP   / DOWN  / NEUTRAL
       MENU  to return to credit profile

Australia 61 2 9777 8600 Brazil 5511 3048 4500 Europe 44 20 7330 7500 Germany 49 69 9204 1210 Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2008 Bloomberg Finance L.P.
                                                                         G447-189-0 25-Nov-2008 14:25:20

&lt;HELP&gt; for explanation.    EquityCRPR

| Related Functions | Company Tree Ratings | Alert | CREDIT PROFILE |

Lehman Brothers Holdings Inc    Page 1/2

Page   1/ 1
LT Issuer Default Rating    -FITCH

1) Is
2) Se  RATING    WATCH    EFFECTIVE
3) Su  NR                  10/27/08
4) JR  D                   9/15/08
5) Pr  A+         *-       9/ 9/08
6) Sh  A+                  6/ 9/08
       AA-                 6/28/07
       A+                  6/20/01
7) LT  A                   11/19/97
8) LT  A-                  7/ 1/91
9) ST  BBB+                1/ 1/90
10) ST A                   7/ 1/89

UP  / DOWN  / NEUTRAL
MENU  to return to credit profile

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2008 Bloomberg Finance L.P.
G447-189-0 25-Nov-2008 14:25:52

&lt;HELP&gt; for explanation.                                              EquityCRPR

| Related Functions | Company Tree Ratings | Alert | CREDIT PROFILE |

Lehman Brothers Special Financing Inc                    Page 1/1

Select                                              Page   1/ 1

1) Is    Issuer Rating              -MOODY'S

| RATING | WATCH | EFFECTIVE |
|--------|-------|-----------|
| B3     | *-    | 9/15/08   |
| A2     | *     | 9/10/08   |
| A2     |       | 7/17/08   |
| A1     | *-    | 6/13/08   |
| A1     |       | 7/21/04   |

UP   / DOWN  / NEUTRAL
[MENU] to return to credit profile

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2008 Bloomberg Finance L.P.
                                                                         G447-189-1 25-Nov-2008 14:28:32

```
<HELP> for explanation, <MENU> for similar functions.                    EquityCRPR
Enter # <GO> for historical ratings.
  Related Functions  |  Company Tree Ratings  |     Alert     |    CREDIT PROFILE
                           Lehman Commercial Paper Inc                        Page
Select 'Company Tree Ratings' above for related companies




                            No ratings for this issuer
          Select 'Company Tree Ratings' above for related companies
```

Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900     Singapore 65 6212 1000     U.S. 1 212 318 2000     Copyright 2008 Bloomberg Finance L.P.
                                                                            G447-189-1 25-Nov-2008 14:29:22

## Fitch Downgrades Lehman Brothers Holdings Inc. to 'D' on Bankruptcy Filing

Ratings
15 Sep 2008 5:50 AM (EDT)

Fitch Ratings-Chicago-15 September 2008: Fitch Ratings has downgraded the long- and short-term Issuer Default Ratings (IDRs) and outstanding debt ratings of Lehman Brothers Holdings Inc, (LBHI), parent of Lehman Brothers Inc and other subsidiaries as follows:

--Long-term IDR to 'D' from 'A+';
--Short-term IDR to 'D' from 'F1';
--Senior debt to 'CCC' from 'A+';
--Subordinated debt to 'C' from 'A';
--Preferred stock to 'C' from 'A'.

Fitch has also removed LBHI's long- and short-term ratings from Rating Watch Negative, where they were originally placed on Sept. 9. Today's rating action follows LBHI's declaration of bankruptcy. The ratings of the subsidiaries will remain on Rating Watch Negative and will likely be downgraded as additional information becomes available.

LBHI's declaration of bankruptcy results from an inability to raise additional capital or effect a merger in the very near term. Liquidity has become constrained extremely limiting flexibility, particularly for its UK broker-dealer, Lehman Brothers Holdings, plc. LBHI is expected to explore the sale of several divisions and or subsidiaries including the investment management division which owns Neuberger Berman, the former Lincoln Capital and equity interests in GLG, Spinnaker and DE Shaw. Execution of the proposed structural sales and changes as discussed on LBHI's third-quarter 2008 earnings call are not likely to be executed.

LBHI posted a net operating loss nine months year-to-date of $6.2 billion or ($10.81) per share. Offsetting these cumulative losses have been share raises of $4 billion of common equity and $4 billion of preferred debt which serve to cushion senior debt holders from any future losses. The mark to market nature of securities firms' assets result in regularly updated valuations. Fitch expects the liquidation and lack of financing by counterparties to reduce the most recent valuation of these assets, particularly the $17 billion of residential related securities and whole loans, and the $37 billion of commercial real estate exposures. However, an orderly liquidation should provide substantive cash for recovery at the senior level. At this time, Fitch expects limited to no recovery at the subordinated and preferred debt levels at LBHI.

Fitch will evaluate ratings of various subsidiaries over the next few days with an expectation of downgrades of long-term IDRs of 'CCC' for Lehman Brothers Inc., Lehman Brothers Holdings, plc and Lehman Brothers International (Europe). By law, broker dealer subsidiaries are not subject to bankruptcy but in turn face liquidation. Fitch believes Lehman Brothers Inc, its US broker dealer, will continue to operate for some time. Eventual default remains a real possibility.

LBHI's bank subsidiaries, Lehman Brothers Bank, FSB, Lehman Brothers Commercial Bank and Lehman Brothers Bankhaus AG will also be downgraded; however debt is expected to remain more highly rated than the broker-dealer subsidiaries. US based regulated entities will be protected from cash outflows to the parent. The vast majority of deposits are brokered retail deposits and all below $100,000. Uninsured deposits, while minimal, are expected to be protected by the well-capitalized status of the institutions. Borrowings at Lehman Brothers Bank, FSB are largely from the Federal Home Loan Bank System, and secured by mortgage collateral. Both bank entities have an ability to put weakened assets back to LBHI which will protect their capital base, but increase loss potential for unsecured creditors of LBHI.

Fitch has downgraded the following ratings:

Lehman Brothers Holdings Inc.
--Long-term IDR to 'D' from 'A+';
--Long-term senior to 'CCC' from 'A+';

--Senior unsecured debt to 'CCC' from 'A+';
--Subordinated debt to 'C' from 'A';
--Preferred stock to 'C' from 'A';
--Short-term IDR to 'D' from 'F1';
--Short term debt to 'D' from 'F1';
--Individual to 'F' from 'B/C'.

All support ratings of subsidiaries are downgraded from '1' to '5'.

Lehman Brothers Holdings Capital Trust III - VII
--Preferred stock to 'C' from 'A'.

Lehman Brothers UK Capital Trust LP, II and III
--Preferred stock to 'C' from 'A'.

Lehman Brothers E-Capital Trust I
--Preferred stock to 'C' from 'A'.

Fitch has also affirmed the following ratings:

Lehman Brothers Holdings Inc.
--Support at '5';
--Support Floor at 'NF'.

Contact: Eileen Fahey +1-312-368-5468, Chicago or Leslie Bright, +1-212-908-0622, New York.

Media Relations: Sandro Scenga, New York, Tel: +1 212-908-0278.

Fitch's rating definitions and the terms of use of such ratings are available on the agency's public site, 'www.fitchratings.com'. Published ratings, criteria and methodologies are available from this site, at all times. Fitch's code of conduct, confidentiality, conflicts of interest, affiliate firewall, compliance and other relevant policies and procedures are also available from the 'Code of Conduct' section of this site.



## SEARCH RESULTS

You searched for **Lehman Commercial Paper Inc.** by **Issuer Name**.
No results were found.

| search for | search by | |
|---|---|---|
| Lehman Commercial Paper Inc. | ● Issuer Name | [ search ] |
| | ○ CUSIP | |
| | ○ ISIN | |
| | ○ Ticker | |
| | ○ Document Title | |
| | ○ Full Text | |
| | ○ Author Name | |

**Suggestions:**
- Make sure all words are spelled correctly.
- Try selecting another "search by" option.
- Try a **wildcard(*)**
- Try different search terms.

**Navigate to:**
- *advanced* SEARCH for detailed queries.
- *quick* SEARCH Help for information on search options.
- Contact information for additonal assistance.

Back to Top



**Moody's Investors Service**
A leading provider of independent credit ratings, research and financial information to the capital markets.

©Copyright 2008 Moody's Investors Service   Terms of Use   Privacy Policy   Proprietary Rights
24 NOV 2008, 17:48 Eastern Time

Moodys.com

search by Issuer Name
for Lehman Commercia  go
advanced SEARCH

Brian Larson is currently logged in

▶ Your Profile
▶ Log out

home | about moody's | products & services | ratings news | watchlist | credit trends | events | find an analyst | contact | help

Select a Business Line          ▶ go          ▶ what's NEW for you          ▶ your PORTFOLIO

## SEARCH RESULTS

You searched for **Lehman Commercial Paper, Inc.** by **Issuer Name**.
No results were found.

**search for**
Lehman Commercial Paper, Inc.

**search by**
- ● Issuer Name
- ○ CUSIP
- ○ ISIN
- ○ Ticker
- ○ Document Title
- ○ Full Text
- ○ Author Name

[ search ]

**Suggestions:**
- Make sure all words are spelled correctly.
- Try selecting another "search by" option.
- Try a wildcard(*)
- Try different search terms.

**Navigate to:**
- ▶ *advanced* SEARCH for detailed queries.
- ▶ *quick* SEARCH Help for information on search options.
- ▶ Contact information for additonal assistance.

Back to Top



**Moody's Investors Service**
A leading provider of independent credit ratings, research and financial information to the capital markets.

©Copyright 2008 Moody's Investors Service   Terms of Use   Privacy Policy   Proprietary Rights
24 NOV 2008, 17:39 Eastern Time



search by Issuer Name
for
advanced SEARCH

Brian Larson is currently logged in

▸ Your Profile
▸ Log out

home | about moody's | products & services | ratings news | watchlist | credit trends | events | find an analyst | contact | help

Select a Business Line ▸ go       ▸ what's NEW for you       ▸ your PORTFOLIO

## UPGRADE YOUR SERVICE

▸ Upgrade your service
Contacts
Global Locator
Partnerships/Alliances

RATING ACTION: Moody's lowers Lehman Brothers rating to A2; outlook negative
CREDIT: Lehman Brothers Special Financing Inc.

17 JUL 2008

Moody's lowers Lehman Brothers rating to A2; outlook negative Lehman's Prime-1 short-term rating was affirmed. Lehman's rating outlook is negative. Moody's also said that Lehman's rating reflects the firm's product and geographic earnings diversification. Lehman's liquidity management and stand-alone liquidity position remain sound. The following is a list of Lehman's major operating subsidiaries: Lehman Brothers, Inc. -- long term issuer rating to A1 from Aa3, Lehman Brothers Bank, FSB -- deposits to A2 from A1. Moody's Investors Service Moody's Investors Service

This document is not part of your current service. Please contact a customer service representative to
- Learn about our Products and Services and pricing
- Inquire about a trial service
- Let us tailor a service that's right for you

:: **Become a client**
New customers and product enquiries
➔ Investor Services Group
- **New York**   +1-212-553-1658
- **Tokyo**   +81-3-5408-4100
- London   +44-20-7772-5566
- **Hong Kong**   +852-3551-3077
- **Sydney**   +61-2-9270-8100
- **Singapore**   +65-6398-8308

:: **Existing clients**
Upgrade your service
➔ Moody's Client Services
- **New York**   +1-212-553-1653
- **Tokyo**   +81-3-5408-4100
- London   +44-20-7772-5454
- **Hong Kong**   +852-3551-3077
- **Sydney**   +61-2-9270-8100
- **Singapore**   +65-6398-8308

- Return to previous page

Back to Top



**Moody's Investors Service**
A leading provider of independent credit ratings, research and financial information to the capital markets.

©Copyright 2008 Moody's Investors Service   Terms of Use   Privacy Policy   Proprietary Rights
24 NOV 2008, 17:46 Eastern Time

Moodys.com 

search by Issuer Name
for
advanced SEARCH

Brian Larson
is currently logged in

▸ Your Profile
▸ Log out

home | about moody's | products & services | ratings news | watchlist | credit trends | events | find an analyst | contact | help

Select a Business Line ▸ go    ▸ what's NEW for you    ▸ your PORTFOLIO

## UPGRADE YOUR SERVICE

▸ Upgrade your service
Contacts
Global Locator
Partnerships/Alliances

RATING ACTION: Moody's places Lehman's A2 rating on review with direction uncertain    10 SEP 2008
CREDIT: Lehman Brothers Special Financing Inc.

Moody's places Lehman's A2 rating on review with direction uncertain Lehman's Prime-1 short-term ratings were placed on review for possible downgrade. Moody's said that its most recent rating action on Lehman was on July 17 when the rating agency lowered Lehman's long-term senior rating to A2 from A1 and assigned a negative outlook to the firm's long-term ratings. Today, the long-term ratings of Lehman Brothers Holdings Inc. and its subsidiaries were placed on review with direction uncertain; short-term ratings were placed on review for possible downgrade. Moody's Investors Service Moody's Investors Service

This document is not part of your current service. Please contact a customer service representative to
- Learn about our Products and Services and pricing
- Inquire about a trial service
- Let us tailor a service that's right for you

:: **Become a client**
New customers and product enquiries
◆ Investor Services Group
- New York    +1-212-553-1658
- Tokyo    +81-3-5408-4100
- London    +44-20-7772-5566
- Hong Kong    +852-3551-3077
- Sydney    +61-2-9270-8100
- Singapore    +65-6398-8308

:: **Existing clients**
Upgrade your service
◆ Moody's Client Services
- New York    +1-212-553-1653
- Tokyo    +81-3-5408-4100
- London    +44-20-7772-5454
- Hong Kong    +852-3551-3077
- Sydney    +61-2-9270-8100
- Singapore    +65-6398-8308

- Return to previous page

Back to Top



**Moody's Investors Service**
A leading provider of independent credit ratings, research and financial information to the capital markets.

©Copyright 2008 Moody's Investors Service    Terms of Use    Privacy Policy    Proprietary Rights
24 NOV 2008, 17:46 Eastern Time

http://moodys.com/moodys/cust/upgrade_your_service.aspx?reqURL=/moodys/cust/research/mdcdocs/10...    11/24/2008

Moodys.com

Page 1 of 1



search by Issuer Name
for
advanced SEARCH

Brian Larson
is currently logged in

▸ Your Profile
▸ Log out

home | about moody's | products & services | ratings news | watchlist | credit trends | events | find an analyst | contact | help

Select a Business Line ▸ go    ▸ what's NEW for you    ▸ your PORTFOLIO

## UPGRADE YOUR SERVICE

▸ Upgrade your service
  Contacts
  Global Locator
  Partnerships/Alliances

ANNOUNCEMENT: Moody's comments on Lehman Brothers    9 SEP 2008
CREDIT: **Lehman Brothers Holdings Inc.**

Moody's comments on Lehman Brothers New York, September 09, 2008 -- Moody's will comment on the rating implications of Lehman Brothers expected fiscal third quarter 2008 results and strategic initiatives following the company's September 10, 2008 press release. New York Blaine A. Frantz Senior Vice President Financial Institutions Group Moody's Investors Service JOURNALISTS: 212-553-0376 SUBSCRIBERS: 212-553-1653 New York Robert Young Managing Director Financial Institutions Group Moody's Investors Service JOURNALISTS: 212-553-0376 SUBSCRIBERS: 212-553-1653

This document is not part of your current service. Please contact a customer service representative to
- Learn about our Products and Services and pricing
- Inquire about a trial service
- Let us tailor a service that's right for you

:: **Become a client**
New customers and product enquiries
↪ Investor Services Group

| | |
|---|---|
| **New York** | +1-212-553-1658 |
| **Tokyo** | +81-3-5408-4100 |
| **London** | +44-20-7772-5566 |
| **Hong Kong** | +852-3551-3077 |
| **Sydney** | +61-2-9270-8100 |
| **Singapore** | +65-6398-8308 |

:: **Existing clients**
Upgrade your service
↪ Moody's Client Services

| | |
|---|---|
| **New York** | +1-212-553-1653 |
| **Tokyo** | +81-3-5408-4100 |
| **London** | +44-20-7772-5454 |
| **Hong Kong** | +852-3551-3077 |
| **Sydney** | +61-2-9270-8100 |
| **Singapore** | +65-6398-8308 |

- Return to previous page

Back to Top



Moody's Investors Service
A leading provider of independent credit ratings, research and financial information to the capital markets.

©Copyright 2008 Moody's Investors Service    Terms of Use    Privacy Policy    Proprietary Rights
24 NOV 2008, 17:35 Eastern Time



**Moody's Investors Service**

Global Credit Research
Rating Action
10 SEP 2008

Save as PDF

Rating Action: Lehman Brothers Holdings Inc.

**Moody's places Lehman's A2 rating on review with direction uncertain**

New York, September 10, 2008 — Moody's Investors Service has placed on review with direction uncertain the long-term ratings of Lehman Brothers Holdings Inc. ("LBHI", senior at A2), as well as the long-term ratings of the company's principal rated operating and guaranteed subsidiaries (all referred to collectively as "Lehman"). Lehman's Prime-1 short-term ratings were placed on review for possible downgrade.

Today's rating action follows Lehman's pre-announcement of a multi-faceted restructuring plan and Q3-08 results, which included a $3.9 billion net loss for the quarter, driven largely by a $7.8 billion decline in gross asset valuations of residential real estate, commercial real estate and, to a lesser degree, other assets.

Moody's said that the review with direction uncertain reflects the high degree of fluidity in Lehman's current situation. Moody's believes that Lehman's financial flexibility has become more limited as its stock price has fallen to near all-time lows and the firm is experiencing a crisis of confidence. Although Moody's believes liquidity remains firm and has not shown signs of material erosion, the potential for rapid franchise impairment in this environment remains a significant rating concern for Moody's. Blaine Frantz, a Moody's Senior Vice President, said: "A key ratings factor will be Lehman's ability to turn around market sentiment."

The sharp reduction in market confidence has led Lehman's management to consider all strategic alternatives, including the possible sale of the firm. Moody's believes that the heightened level of market stress on Lehman has increased pressure on the firm to consider this option. The ratings review with direction uncertain reflects the fluidity of the current situation, as well as our assessment of the likelihood of such a transaction. Mr. Frantz remarked that "A strategic transaction with a stronger financial partner would likely add support to the ratings and result in a positive rating action."

Conversely, should a strategic arrangement fail to materialize in the near term, Moody's said that the ratings would be downgraded, likely into the Baa category, with the ratings continuing on review for possible downgrade. The rating agency also expects that, should this occur, the rating differential between Lehman's preferred stock ratings and senior ratings would be widened. Moody's said that the wider differential would reflect the increased risk of a suspension of dividend payments in such a scenario.

In assessing the plan that Lehman's announced today, Moody's is considering the extent to which the plan achieves risk reduction and capital replenishment, has the capacity to restore confidence as well as the trade-offs associated with the proposed spin-off of commercial real estate. Additionally, Moody's will evaluate the execution risk of achieving this ambitious plan.

Moody's believes that Lehman's liquidity pool and its access to the Primary Dealer Credit Facility provide the firm with time to address these challenges. The rating agency believes that Lehman's liquidity management and stand-alone liquidity position remain acceptable. Lehman ended Q3-08 with $42 billion of liquidity available to the holding company in addition to unencumbered assets with substantial loan value. Further, Lehman has extended the maturities and added capacity to its secured financing. Lehman's market access to funding also has benefited from the supportive actions of the Federal Reserve, including access to the Primary Dealer Credit Facility and the Term Securities Lending Facility.

Moody's said that its most recent rating action on Lehman was on July 17 when the rating agency lowered Lehman's long-term senior rating to A2 from A1 and assigned a negative outlook to the firm's long-term ratings.

Today, the long-term ratings of Lehman Brothers Holdings Inc. and its subsidiaries were placed on review with direction uncertain; short-term ratings were placed on review for possible downgrade. The following is a list of Lehman's major operating subsidiaries:

Lehman Brothers, Inc. -- long-term issuer rating of A1 placed on review with direction uncertain; commercial paper rating of P-1 placed on review for possible downgrade,

Lehman Brothers Bank, FSB -- long-term deposits of A2 placed on review with direction uncertain; short-term deposits of P-1 placed on review for possible downgrade.

Lehman Brothers Holdings Inc. is a global investment bank and financial services firm headquartered in New York, NY with total stockholders equity of approximately $28.4 billion and $143 billion of long-term capital at August 31, 2008.

Additionally, Moody's will host a teleconference to discuss these rating actions on Wednesday, September 10th, at 4:00PM EDT. Please visit www.moodys.com/events for further information.

New York
Blaine A. Frantz
Senior Vice President
Financial Institutions Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

New York
Robert Young
Managing Director
Financial Institutions Group
Moody's Investors Service
JOURNALISTS: 212-553-0376
SUBSCRIBERS: 212-553-1653

© Copyright 2008, Moody's Investors Service, Inc. and/or its licensors including Moody's Assurance Company, Inc. (together, "MOODY'S"). All rights reserved.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY COPYRIGHT LAW AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, such information is provided "as is" without warranty of any kind and MOODY'S, in particular, makes no representation or warranty, express or implied, as to the accuracy, timeliness, completeness, merchantability or fitness for any particular purpose of any such information. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The credit ratings and financial reporting analysis observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER. Each rating or other opinion must be weighed solely as one factor in any investment decision made by or on behalf of any user of the information contained herein, and each such user must accordingly make its own study and evaluation of each security and of each issuer and guarantor of, and each provider of credit support for, each security that it may consider purchasing, holding or selling.

MOODY'S hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MOODY'S have, prior to assignment of any rating, agreed to pay to MOODY'S for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,400,000. Moody's Corporation (MCO) and its wholly-owned credit rating agency subsidiary, Moody's Investors Service (MIS), also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually on Moody's website at www.moodys.com under the heading "Shareholder Relations - Corporate Governance - Director and Shareholder Affiliation Policy."



**Moody's Investors Service**

Global Credit Research
Rating Action
15 SEP 2008

Save as PDF

Rating Action: Lehman Brothers Holdings Inc.

**Moody's lowers Lehman to B3/Non-Prime; on review for possible further downgrade**

New York, September 15, 2008 -- Moody's Investors Service downgraded the senior ratings of Lehman Brothers Holdings Inc. ("LBHI"), and those of certain guaranteed subsidiaries, to B3 from A2. The firm's subordinated debt was downgraded to Caa2 from A3, and its preferred stock to Ca from Baa1. The senior long-term rating of Lehman Brothers Inc. was lowered to B1 from A1 and subordinated debt to B3 from A2. The short-term ratings for all rated Lehman entities were lowered to Not-Prime from Prime-1. All long-term ratings were placed on review for possible further downgrade. Today's rating action follows the collapse in market confidence in the firm, and Lehman's announcement that it was filing for Chapter 11 bankruptcy protection after its failure to reach a merger agreement with a stronger strategic partner. According to Lehman, none of the firm's broker-dealer subsidiaries or other subsidiaries of LBHI will be included in the Chapter 11 filing.

On September 10, 2008, Moody's placed Lehman on review with direction uncertain, reflecting the deterioration of Lehman's situation, as well as the assessment of the possibility of a strategic transaction that would add support to the ratings. Moody's noted in the September 10th rating action that should a strategic arrangement fail to materialize in the near term, Lehman's ratings would be downgraded, likely into the Baa category, with the ratings continuing on review for possible downgrade. However, the credit deterioration at Lehman has been far sharper than anticipated, with LBHI's pending bankruptcy filing driving the extent of today's rating downgrade.

Moody's said that the B3 rating on LBHI senior obligations reflects Moody's expectations that the financial regulators will look to achieve an orderly wind-down of the firm that should help support existing asset value coverage for senior creditors. The higher B1 rating on Lehman Brothers Inc. reflects the regulated entity's primary broker-dealer status and higher quality balance sheet relative to unregulated entities. Nevertheless, the extended time expected to affect such a wind-down brings uncertainty as to ultimate asset value realizations. Within the review period Moody's will assess the potential for recovery for various securities across Lehman's capital structure.

The ratings of the following Lehman subsidiaries are based upon the quality of the guarantee from LBHI and do not reflect the intrinsic quality of the balance sheets of these rated entities.

Lehman Brothers International (Europe),

Lehman Brothers OTC Derivatives Inc.,

Lehman Brothers Special Financing Inc.,

Lehman Brothers Bank, FSB,

Lehman Brothers Commercial Bank,

Lehman Brothers Bankhaus AG,

Lehman Brothers Treasury Co,B.V.

Moody's also said that the Caa2 rating on junior subordinated obligations and the Ca rating on preferred stock reflect higher loss expectations for these securities as Lehman's operations are wound down and asset liquidations occur.

Lehman Brothers Holdings Inc. is a global investment bank and financial services firm headquartered in New