Richard J. Bernard (RB 6371)
Elyssa S. Kates (EK 8439)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

-and-

Donald Workman (DW 4006)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

Attorneys for Creditors
Linn Energy, LLC
Deer Park Road Corporation
Advanced Graphic Printing, Inc. and
City View Plaza, S.E.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>Jointly Administered |

### CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2008, I caused true copies of the

- Linn Energy, LLC's Limited Objection to and Reservation of Rights from Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts;

102572555.1

- Deer Park Road Corporation's Joinder In Limited Objections to and Reservation of Rights from Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts; and

- Advanced Graphic Printing, Inc. and City View Plaza, S.E.'s Joinder in Limited Objections to and Reservation of Rights from Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts

to be served upon counsel for those parties who are receiving electronic service through ECF, and by facsimile upon those parties on the attached list.

Dated:   November 28, 2008                                  Respectfully submitted,

*/s/ Elyssa S. Kates*
Richard J. Bernard (RB 6371)
Elyssa S. Kates (EK 8439)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:     (212) 589-4200
Facsimile:      (212) 589-4201

-and-

Donald Workman (DW 4006)
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783

Attorneys for Creditors
Linn Energy, LLC
Deer Park Road Corporation
Advanced Graphic Printing, Inc. and
City View Plaza, S.E.

## Schedule A

Lori R. Fife, Esq.
Robert J. Lemons, Esq.
(212) 310-8007

Steven J. Reisman, Esq.
L.P. Harrison, III, Esq.
(212) 697-697-1559

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
(212) 668-2255

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
(212) 530-5219