**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Thomas R. Califano (TC-5283)
John P. McNicholas (JPM-0694)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                                       :
**In re**                                                                   :    Chapter 11 Case No.
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (JMP)**
                                                                    :
                                     **Debtors.**                     :    **(Jointly Administered)**
                                                                    :
                                                                    :
-------------------------------------------------------------x

**VERIFIED STATEMENT OF DLA PIPER LLP (US)**
**PURSUANT TO BANKRUPTCY RULE 2019(a)**

        DLA Piper LLP (US) ("DLA"), as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the chapter 11 cases of Lehman Brothers Holdings, Inc. and related subsidiaries and affiliates (collectively, the "Debtors"), makes the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure.

        1.    DLA is counsel or special counsel to the Entities in the above-captioned cases. The address of DLA for purposes of this statement is 1251 Avenue of the Americas, New York, New York 10020.

        2.    The mailing address for each of the Entities is listed on Exhibit A hereto.

EAST\42256315.1

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

4. The specific nature and amounts of the claims held by the Entities will be set forth in the proofs of claims filed against the Debtors' estates.

5. Each of the Entities separately requested that DLA represent them in connection with the Debtors' chapter 11 cases. DLA may also represent the Entities on matters unrelated to the cases.

6. The Entities may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of DLA's representation of such entities.

7. DLA also represents or advises, or may have represented or advised other parties in interest with respect to the cases that have not been included in the Statement because the parties that DLA represents do not currently intend to appear in the cases or such representations have been concluded.

8. DLA has provided, and may continue to provide, certain legal services to the Debtors. With respect to such services, DLA has prepetition and may have post-petition claims against the Debtors.

9. DLA will supplement this Statement as necessary.

Dated: New York, November 28th, 2008

                                            DLA PIPER LLP (US)

                                            /s/ Thomas R. Califano
                                            Thomas R. Califano (TC-5283)..
                                            John P. McNicholas (JPM-0694)

                                            1251 Avenue of the Americas
                                            New York, New York 10020
                                            Telephone:  (212) 335-4500
                                            Facsimile:  (212) 335-4501

      I, Thomas R. Califano, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in the foregoing Statement are true and correct to the best of my knowledge, information and belief.

                                        By:    /s/ Thomas R. Califano
                                                    Thomas R. Califano

Executed this 28th day of November 2008.

# EXHIBIT A

**Attorneys for:**

Banco Banif S.A.
Pso. Castellana, 24
28046 Madrid
SPAIN

Banco Commercial Portuguese, S.A.
2744-002 Porto Salvo
PORTUGAL

Banco Santander
Avda. de Cantabria, s/n Edificio Amazonia
2a Planta Boadilla del Monte
28660 Madrid
SPAIN

Carlo Salvi
Attn:  Piero del Maso
Alco Global Services, Ltd
Via San Salvatore 7
6902 Lugano SW
SWITZERLAND

Dorset Management Corporation
485 Underhill Blvd.
Suite 205
Syosset, NY  11791

DSGV
Charlottenstr 47
10117 Berlin
GERMANY

Etihad Airways
P.O.Box 35566
Emirates Palace Hotel
New Airport Road,
Abu Dhabi, United Arab Emirates

Hank's Living Trust
c/o Harry Cheung
1574 Camino Lindo
South Pasadena, CA  91030

Hatteras Financial Corp
110 Oakwood Dr.
Suite 340
Winston-Salem, NC  27103

Innovatis GmbH
Aiger Strabe 4a
A-5020 Salzburg
AUSTRIA

Lahde Capital
2400 Broadway Suite 220
Santa Monica, CA  90404-3076

Osterreichische Volksbanken-Aktiengesellschaft
Kolingassse 19
1090 Wien
AUSTRIA

River Capital Advisors, Inc.
FBOP Corporation
11 West Madison Street
Oak Park, IL  60302

Swedbank AB
Brunkebergstorg 8
SE-105 34 Stockholm
SWEDEN

UBS Hana Asset Management Company, Ltd.
27-3 Yoido-dong,
Youngdungpo-gu
Seoul Korea 150-705

Rakepoll Finance N.V.
c/o Fidinam and Partners SA
VIA Maggio 1
CH-6901 Lugano

Westport Capital Partners LLC
55 Post Rd West
Suite 320
Westport, CT 06880-4235