**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | |
| | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## <u>REQUEST FOR SERVICE OF PAPERS</u>

**PLEASE TAKE NOTICE** that Paul A. Patterson, Michael J. Cordone and Mark J.

Dorval, attorneys for Fulton Bank ("Fulton") hereby enter their appearance in the above-

captioned case on behalf of Fulton, pursuant to Rules 2002, 9007 and 9010(b) of the Federal

Rules of Bankruptcy Procedure and section 1109 of Title 11 of the United States Code (the

"Bankruptcy Code"), and demand that all notices given or required to be given and all papers

served or required to be served in this case be delivered and served upon Fulton at the addresses

and numbers set forth below:

> A.    Paul A. Patterson, Esq.
> Michael J. Cordone, Esq.
> Mark J. Dorval, Esq.
> Stradley Ronon Stevens & Young, LLP
> 2600 One Commerce Square
> Philadelphia, PA  19103-7098
> Telephone:  (215) 564-8000
> Facsimile:  (215) 564-8120
> ppatterson@stradley.com
> mcordone@stradley.com

AND

B.      John R. Merva, Esq.
Associate Counsel and VP
Fulton Bank
One Penn Center
PO Box 4887
Lancaster, PA 17604
Telephone: (717) 735-8564
Facsimile: (717) 295-9194
jmerva@fult.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-referenced Federal Rules of Bankruptcy Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents, formal or informal, which, in any way, affect any of the above-captioned Debtors, their property or their cases.

**PLEASE TAKE FURTHER NOTICE** that Fulton does not intend for this notice of appearance or any subsequent appearance, pleading, claim, or suit to constitute a waiver of any (1) right to have final orders in non-core matters entered only after de novo review by the District Court, (2) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) right to contest

B # 865662 v.1

service or any other matter, or (5) other rights, claims, actions, defenses, setoffs or recoupments

to which Fulton is or may be entitled.

STRADLEY RONON STEVENS & YOUNG, LLP

Dated:  November 28, 2008                    By: /s/ Mark J. Dorval
                                                          Mark J. Dorval, Esquire
                                                          Paul A. Patterson, Esquire
                                                          Michael J. Cordone, Esquire
                                                          Stradley Ronon Stevens & Young, LLP
                                                          2600 One Commerce Square
                                                          Philadelphia, PA  19103-7098
                                                          Telephone:  (215) 564-8000
                                                          Fax: (215) 564-8120

                                                          *Attorneys for Fulton Bank*

- 3 -

B # 865662 v.1