UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (JMP) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to the entities listed on Exhibit A (attached), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 102(1), 342, and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

> Carmine D. Boccuzzi Jr., Esq.
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York 10006
>
> Tel. No.      (212) 225-2000
> Fax No.      (212) 225-3999
> Internet E-Mail Address  MAOFILING@CGSH.COM

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the above-named party-in-interest's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

Dated: New York, New York
November 28, 2008

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By:    /s/ Carmine D. Buccuzzi Jr.
             Carmine D. Boccuzzi Jr., Esq.
             cboccuzzi@cgsh.com
             Jason P. Gottlieb, Esq.
             jgottlieb@cgsh.com
        One Liberty Plaza
        New York, New York 10006
        Telephone: 212-225-2000
        Fax: 212-225-3999

        *Attorneys for Goldman Sachs Credit Partners L.P. and*
        *GS European Performance Fund Limited*

## EXHIBIT A

| | |
|---|---|
| Goldman Sachs Credit Partners L.P.<br>85 Broad Street<br>New York, NY 10004 | GS European Performance Fund Limited<br>85 Merrion Square<br>Dublin 2<br>Ireland |