**DLA PIPER LLP (US)**

1251 Avenue of the Americas
New York, NY  10020-1104
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501
Thomas R. Califano (TC-5283)
John P. McNicholas (JM-0694)

Counsel for Lahde Capital Management, LLC;
Westport Capital Partners, LLC; Hank's Living Trust;
Osterreichische Volksbanken-Aktiengesellschaft;
and Etihad Airways

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                                  :          **Chapter 11**
                                                                          :          **Case No. 08-13555 (JMP)**
**LEHMAN BROTHERS HOLDINGS INC., et al,** :
                                                                          :          **Jointly Administered**
                                                     Debtors.     :
                                                                          :
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9007 and

9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), DLA Piper LLP

(US), counsel for Lahde Capital Management, LLC; Westport Capital Partners, LLC; Hank's

Living Trust; Osterreichische Volksbanken-Aktiengesellschaft; and Etihad Airways, creditors

herein (collectively, the "Creditors"), hereby enter their appearance in these bankruptcy cases

and request that copies of all notices given or required to be given in this case, and all papers

served or required to be served in this case, be given to and served upon the following:

**DLA PIPER LLP (US)**

1251 Avenue of the Americas, 27th Floor

New York, NY  10020-1104

Attn.:  Thomas R. Califano,  thomas.califano@dlapiper.com

Tel: 212.335.4990

Fax: 212.335.4501

John P. McNicholas, john.mcnicholas@dlapiper.com

Tel: 212.335.4765

Fax: 212.884.8565

and

**DLA PIPER LLP (US)**

550 South Hope Street, Suite 2300

Los Angeles, CA  90071

Attn.:  Karol Denniston, karol.denniston@dlapiper.com

Deborah J. Saltzman, deborah.saltzman@dlapiper.com

Tel:  213.330.7700

Fax:  213.330.7701

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Special Notice is not only for the notices and other documents referred to in the Rules specified above, but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statement of financial affairs, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise.

PLEASE TAKE FURTHER NOTICE that the Creditors do not intend for this Notice of Appearance and Request for Special Notice, nor any subsequent appearance, pleading or claim to waive any rights to which the Creditors are entitled, including but not limited to: (i) the Creditors' rights to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the Creditors' right to trial by jury, and (iii) the Creditors' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which the

Creditors are or may be entitled to under agreements or in law or in equity, all of which are

expressly reserved.

Dated: New York, New York
November 28, 2008

**DLA PIPER LLP (US)**

_____/s/Thomas R. Califano_____
By:  Thomas R. Califano (TC-5283)
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:  (212) 335-4500
Facsimile:   (212) 335-4501

Counsel for Lahde Capital
Management, LLC; Westport Capital
Partners, LLC; Hank's Living Trust,
Osterreichische Volksbanken-
Aktiengesellschaft; and Etihad
Airways

DLA PIPER LLP (US)
550 South Hope Street, Suite 2300
Los Angeles, CA  90071
Tel:  213.330.7700
Fax:  213.330.7701