MALANI J. CADEMARTORI (MS 3882)
**SHEPPARD MULLIN RICHTER & HAMPTON, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York 10112
Telephone:  (212) 332-3800
Facsimile:  (212) 332-3888

*Attorneys for Norton Gold Fields Limited*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

                              Debtors.

Case No.   08-13555 (JMP)

Chapter 11

(Jointly Administered)

## NOTICE OF LIMITED APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Norton Gold Fields Limited ("Norton Gold") as party-in-interest and creditor, hereby appears in the above-captioned matter by its counsel Sheppard Mullin Richter & Hampton LLP, and requests, pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered and served upon the following:

Malani J. Cademartori, Esq.
**Sheppard Mullin Richter & Hampton, LLP**
30 Rockefeller Plaza, 24th Floor
New York, New York  10112
Tel: (212) 332-3800
Fax: (212) 332-3888
mcademartori@sheppardmullin.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of

W02-EAST:7BXL1\200143072.2

any application, motion, petition, pleading, request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, messenger, overnight mail (e.g., Federal Express), telephone, telegram, facsimile or otherwise, which may affect or seek to affect in any way any of Norton Gold's rights or interests, including without limitation, any disclosure statements and plans filed under chapter 11 of the Bankruptcy Code, and any other documents with respect to the Debtors' property or proceeds thereof in which the Debtors may claim an interest, as filed in these bankruptcy cases. *The undersigned also requests that the above referenced names and corresponding addresses be added to the mailing matrix for the Debtors in these bankruptcy cases.*

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Limited Appearance and Request for Service of Papers (the "Notice"), nor any other appearances, pleadings, responsive papers, proofs of claim, claims, or suits filed by Norton Gold shall constitute a submission to the jurisdiction of this Bankruptcy Court for any purpose or a waiver of any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice.

Dated:  New York, New York
        November 28, 2008

         **SHEPPARD MULLIN RICHTER & HAMPTON LLP**

         By:  __/s/ Malani J. Cademartori_____
         Malani J. Cademartori
         30 Rockefeller Plaza, 24th Floor
         New York, New York 10112
         Tel: (212) 332-3800

         *Attorneys for Norton Gold Fields Limited*