# EXHIBIT "B"



# Gaston
## Christian School, Inc.

1625 Lowell-Bethesda Road
Gastonia, NC 28056
(704) 349-5020
fax (704) 349-5027

October 9, 2008

**Via Federal Express, Certified Mail, Facsimile and E-mail Delivery:**

Lehman Brothers Special Financing, Inc.
Attn: Municipal Financial Products – Middle Office
745 Seventh Avenue, 16th Floor
New York, NY 10019
(Facsimile No: 1-646-758-2988)

**RE:   Notice of Event of Default and Condition Precedent**

**Ladies and Gentlemen:**

Reference is hereby made to that certain ISDA Master Agreement dated as of October 24, 2007 by and between **Lehman Brothers Special Financing, Inc.** ("Lehman") and **Gaston Christian School, Inc.** ("Counterparty"), together with the Schedule thereto, all annexes thereto and the Confirmation (**Global ID # 3439673**) of the interest rate swap transaction (the "Transaction") outstanding thereunder (collectively, the "ISDA Master Agreement"). Capitalized terms used and not defined herein shall have the meanings given to such terms in the ISDA Master Agreement.

As a result of the bankruptcy of Lehman's Credit Support Provider, Lehman Brothers Holdings Inc., and the bankruptcy of Lehman Brothers Special Financing, Inc., Events of Default with respect to which Lehman is the Defaulting Party have occurred and are continuing under Section 5(a)(vii) of the ISDA Master Agreement. **Pursuant to Section 2(a)(iii)(1) of the ISDA Master Agreement, Counterparty's obligation to make each payment or delivery specific in the Confirmation is subject to the condition precedent that no Event of Default with respect to Lehman has occurred and is continuing. Accordingly, we hereby notify you that, in accordance with Section 2(a)(iii) of the ISDA Master Agreement, Counterparty will withhold payments and deliveries specified to be made by it in the Confirmation, subject to all applicable terms of the ISDA Master Agreement.**

Nothing contained herein or related hereto shall be deemed to waive, limit or alter any of our rights, claims or causes of action under applicable law, the ISDA Master Agreement, any related documents or any matter related thereto. All such rights, claims and causes of action are hereby reserved.

<u>Please **note that this notice does not constitute, and shall not be interpreted as, an election or commitment by Counterparty to terminate or not to terminate the ISDA Master Agreement at the present time or at any time hereafter.**</u>

Sincerely,

Gaston Christian School, Inc.

By: _____
Name: Daniel N. Patton
Title: Head of School

cc: via regular mail and facsimile or e-mail:

B.C. Ziegler and Company
1185 Avenue of the Americas 32nd Floor
New York, NY 10036
Attention: Risk Management and Advisory Group and Thomas Costello, Vice President
Facsimile: 646-514-5322
Email: derivopps@ziegler.com

Mr. Mark Heavner
Counsel for Gaston Christian School, Inc.
Mullen Holland and Cooper, P.A.
301 South York Street, P.O. Box 488
Gastonia, NC 28053
Facsimile: 704-861-8394
Email: mheavner@mhc-law.com

Mr. Terry Lancaster
Gaston Christian School, Inc., Treasurer
C. DeWitt Foard & Co.
1001 Morehead Square Drive, Suite 450
Charlotte, NC 28203
Facsimile: 704-372-6066
Email: terry@cdfco.com