HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
(303) 861-7000
Lawrence Bass (CO 29702)

Attorneys for National Cinemedia, LLC.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al* : | | **08-13555 (JMP)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

I, Kristine Lundstrom, hereby certify that:

    1.    I am over 18 years of age, and reside in Denver County, Colorado.

    2.    On November 28, 2008, I caused to be served a true and correct copy of the *Limited Objection and Reservation of Rights of National Cinemedia, LLC with Respect to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts*, filed today in the above-captioned proceeding, on the parties listed on the attached Exhibit A Service List by Federal Express, facsimile or email, as noted on Exhibit A.

                                    Holme Roberts & Owen LLP

                              By: */s/ Kristine Lundstrom*
                                  Kristine Lundstrom
                                  Legal Assistant

# EXHIBIT A
# SERVICE LIST

**By Federal Express**

United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn: The Chambers of the Hon. James M. Peck

**By Email**

Weil Gothsal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Richard P. Krasnow, Lori R. Fife, Esq., Shai Y. Waisman, Esq., Jacqueline Marcus, Esq.

Richard.krasnow@weil.com
Lori.fife@weil.com
Shai.waisman@weil.com
Jacqueline.marcus@weil.com

**By Email**

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn: Steven J. Reisman, L.P. Harrison III

Sreisman@curtis.com
Lharrison@curtis.com

**By Facsimile 212.668.2255**

The Office of the United States Trustee for the Southern District of New York
33 Whitehall Street 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin, Tracy Hope Davis

**By Email**

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.

Ddunne@milbank.com
Dodonnell@milbank.com
Efleck@milbank.com

9

#1374741 v1 den