UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                              :    Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.              :    Case No. 08-13555 (JMP)
                                                   :
                          Debtors.                 :    (Jointly Administered)
                                                   :
------------------------------------------------------------------ :
                                                   :

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        :
                         :ss.:
COUNTY OF NEW YORK       :

James Young Park, being duly sworn deposes and says:

1.    I am over the age of eighteen years and employed by Kramer Levin Naftalis & Frankel LLP and I am not a party to the above-captioned action.

2.    I served true and correct copies of the *York Capital Management, L.P.'s Objection to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations,* which was filed electronically with the Bankruptcy Court on November 28, 2008 by First Class Mail to the parties on the annexed Exhibit A.

                                                      /s/ James Young Park
                                                      James Young Park

Sworn to before me this
28th day of November, 2008

/s/ Michael A. Makinde                MICHAEL A. MAKINDE
Notary Public                         Notary Public, State of New York
                                      No. 01MA6192562
                                      Qualified in Bronx County
                                      Commission Expires September 02, 2012

KL2 2583017.1

<u>Exhibit A</u>

**United States Bankruptcy Court**
**for the Southern District of New York**
One Bowling Green
New York, NY 10004
Attn: The Chambers of the Hon. James M. Peck

**Weil Gothsal & Manges LLP**
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
Shai Y. Waisman, Esq., Jacqueline Marcus, Esq.

**The Office of the United States Trustee**
**for the Southern District of New York**
33 Whitehall Street 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Riffkin, Tracy Hope Davis

**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
Evan Fleck, Esq.

**Cleary Gotliebb LLP**
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq., Lisa Schweiger, Esq.

**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq., Hydee R. Feldstein, Esq.