# LEHMAN BROTHERS

Execution Copy

## CONFIRMATION

April 21, 2005

## TRANSACTION

The Juilliard School
60 Lincoln Center Plaza
Room 227
New York, NY 10023-6588

Global ID: 2140321

Ladies and Gentlemen:

The purpose of this letter agreement is to set forth the terms and conditions of the Swap Transaction entered into between us on the Trade Date specified below (the "Transaction"). This letter agreement constitutes a "Confirmation" as referred to in the Master Agreement specified below.

The definitions and provisions contained in the 2000 ISDA Definitions (as published by the International Swaps and Derivatives Association, Inc., the "Definitions"), are incorporated into this Confirmation. In the event of any inconsistency between those Definitions and this Confirmation, this Confirmation will govern.

1.   This Confirmation supplements, forms part of, and is subject to the ISDA Master Agreement dated as of April 21, 2005 as amended and supplemented from time to time (the "Agreement") between Lehman Brothers Special Financing Inc. and The Juilliard School. All provisions contained in the Agreement govern this Confirmation except as expressly modified below.

2.   The terms of the particular Swap Transaction to which this Confirmation relates are as follows:

| | |
|---|---|
| Party A: | LEHMAN BROTHERS SPECIAL FINANCING INC. |
| Party B: | THE JUILLIARD SCHOOL |
| Notional Amount: | $125,000,000, which shall reduce on the dates and in the amounts set forth in Annex I hereto. |
| Trade Date: | April 21, 2005 |

NYK 960236-7.071370.0011

| | |
|---|---|
| Effective Date: | October 1, 2009 |
| Termination Date: | July 1, 2041 |
| **FIXED AMOUNTS:** | |
| Fixed Rate Payer: | Party B |
| Fixed Rate Payer Payment Dates: | Semiannually, on the first (1st) Business Day of each January and July, commencing on January 5, 2010 and terminating on the Termination Date. |
| Fixed Rate Payer Period End Dates: | Semiannually, on the first (1st) calendar day of each January and July, commencing on January 1, 2010 and terminating on the Termination Date. No adjustment shall apply to Fixed Rate Payer Period End Dates. |
| Fixed Rate: | 3.646% |
| Fixed Rate Day Count Fraction: | 30/360 |
| **FLOATING AMOUNTS:** | |
| Floating Rate Payer: | Party A |
| Floating Rate Payer Payment Dates: | Monthly, on the first (1st) Business Day of each calendar month, commencing on November 3, 2009 and terminating on the Termination Date. |
| Floating Rate Payer Period End Dates: | Monthly, on the first (1st) calendar day of each calendar month, commencing on November 1, 2009 and terminating on the Termination Date. No adjustment shall apply to Floating Rate Payer Period End Dates. |
| Floating Rate: | 67% of USD-LIBOR-BBA |
| Designated Maturity: | One month. |
| Reset Date: | The Effective Date and thereafter each Floating Rate Payer Period End Date. |
| Floating Rate Day Count Fraction: | Actual/Actual |
| Method of Averaging: | Inapplicable |

Compounding:                                    Inapplicable

3.  *Payment Instructions:*

Payments to Party A:

    JPMorgan Chase
    ABA: 021000021
    for the Account of Lehman Brothers Special Financing Inc.
    Account No. 066 143 543

Payments to Party B:

    JPMorgan Chase
    ABA: 021000021
    The Juilliard School
    Account No: 189-00-07766-65

4.  Please check this Confirmation carefully and immediately upon receipt so that errors or discrepancies can be promptly identified and rectified. Please confirm that the foregoing correctly sets forth the terms of the agreement between Party A and Party B with respect to the particular Transaction to which this Confirmation relates by signing in the space provided below and immediately returning a copy of the executed Confirmation to Party A.

NYK 960236-7.071370.0011

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us.

Yours sincerely,

LEHMAN BROTHERS SPECIAL FINANCING INC.

By: _____
Name: T. Courtney Jenkins
Title: Vice President


Confirmed as of the
date first above written

THE JUILLIARD SCHOOL


By:_____
Name:
Title:

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us.

Yours sincerely,

LEHMAN BROTHERS SPECIAL FINANCING INC.

By:_____
Name:
Title:

Confirmed as of the
date first above written

THE JUILLIARD SCHOOL

By: *[signature]*
Name: JON ROSENTHAL
Title: VP FINANCE & ADM

- 4 -

## ANNEX I
### to Confirmation, dated April 21, 2005
### between Lehman Brothers Special Financing Inc. and
### The Juilliard School

| Notional Amount Reduction Date | Notional Amount Reduction |
|---|---|
| 7/1/2029 | $7,510,000 |
| 7/1/2030 | 7,810,000 |
| 7/1/2031 | 8,125,000 |
| 7/1/2032 | 8,450,000 |
| 7/1/2033 | 8,790,000 |
| 7/1/2034 | 9,145,000 |
| 7/1/2035 | 9,510,000 |
| 7/1/2036 | 9,895,000 |
| 7/1/2037 | 10,290,000 |
| 7/1/2038 | 10,705,000 |
| 7/1/2039 | 11,135,000 |
| 7/1/2040 | 11,585,000 |
| 7/1/2041 | 12,050,000 |

# LEHMAN BROTHERS

Execution Copy

## CONFIRMATION

July 31, 2006

## TRANSACTION

The Juilliard School
60 Lincoln Center Plaza
Room 227
New York, NY 10023-6588

Global ID: 2612007

Ladies and Gentlemen:

The purpose of this letter agreement is to set forth the terms and conditions of the Swap Transaction entered into between us on the Trade Date specified below (the "Transaction"). This letter agreement constitutes a "Confirmation" as referred to in the Master Agreement specified below.

The definitions and provisions contained in the 2000 ISDA Definitions (as published by the International Swaps and Derivatives Association, Inc., the "Definitions"), are incorporated into this Confirmation. In the event of any inconsistency between those Definitions and this Confirmation, this Confirmation will govern.

1. This Confirmation supplements, forms part of, and is subject to the ISDA Master Agreement dated as of April 21, 2005 as amended and supplemented from time to time (the "Agreement") between Lehman Brothers Special Financing Inc. and The Juilliard School. All provisions contained in the Agreement govern this Confirmation except as expressly modified below.

2. The terms of the particular Swap Transaction to which this Confirmation relates are as follows:

| | |
|---|---|
| Party A: | LEHMAN BROTHERS SPECIAL FINANCING INC. |
| Party B: | THE JUILLIARD SCHOOL |
| Notional Amount: | $35,000,000, which shall reduce on the dates and in the amounts set forth in Annex I hereto. |
| Trade Date: | July 31, 2006 |
| Effective Date: | October 1, 2009 |
| Termination Date: | July 1, 2036 |

NYK 1050380-1.071370.0011

FIXED AMOUNTS:

| | |
|---|---|
| Fixed Rate Payer: | Party B |
| Fixed Rate Payer Payment Dates: | Semiannually, on the first (1st) Business Day of each January and July, commencing on January 5, 2010 and terminating on the Termination Date. |
| Fixed Rate Payer Period End Dates: | Semiannually, on the first (1st) calendar day of each January and July, commencing on January 1, 2010 and terminating on the Termination Date. No adjustment shall apply to Fixed Rate Payer Period End Dates. |
| Fixed Rate: | 3.856% |
| Fixed Rate Day Count Fraction: | 30/360 |

FLOATING AMOUNTS:

| | |
|---|---|
| Floating Rate Payer: | Party A |
| Floating Rate Payer Payment Dates: | Monthly, on the first (1st) Business Day of each calendar month, commencing on November 3, 2009 and terminating on the Termination Date. |
| Floating Rate Payer Period End Dates: | Monthly, on the first (1st) calendar day of each calendar month, commencing on November 1, 2009 and terminating on the Termination Date. No adjustment shall apply to Floating Rate Payer Period End Dates. |
| Floating Rate: | 67% of USD-LIBOR-BBA |
| Designated Maturity: | One month. |
| Reset Date: | The Effective Date and thereafter each Floating Rate Payer Period End Date. |
| Floating Rate Day Count Fraction: | Actual/Actual |
| Method of Averaging: | Inapplicable |
| Compounding: | Inapplicable |

3. ***Delivery of Documents.*** The following documents shall be delivered on or prior to August 7, 2006:

(a) an opinion of counsel to Party B with respect to (i) the authority of Party B to enter into this Transaction and (ii) the enforceability of this Transaction against Party B; and

- 2 -

(b)   an opinion of counsel to Party A with respect to (i) the authority of Party A to enter into this Transaction and (ii) the enforceability of this Transaction against Party A.

4.   *Payment Instructions:*

Payments to Party A:

>   JPMorgan Chase
>   ABA: 021000021
>   for the Account of Lehman Brothers Special Financing Inc.
>   Account No. 066 143 543

Payments to Party B:

>   JPMorgan Chase
>   ABA: 021000021
>   The Juilliard School
>   Account No: 189-00-07766-65

Please check this Confirmation carefully and immediately upon receipt so that errors or discrepancies can be promptly identified and rectified. Please confirm that the foregoing correctly sets forth the terms of the agreement between Party A and Party B with respect to the particular Transaction to which this Confirmation relates by signing in the space provided below and immediately returning a copy of the executed Confirmation to Party A.

Please confirm that the foregoing correctly sets forth the terms of our agreement by executing the copy of this Confirmation enclosed for that purpose and returning it to us.

Yours sincerely,

LEHMAN BROTHERS SPECIAL FINANCING INC.

By: *(signature)*
Name:  T. Courtney Jenkins
Title:   Vice President


Confirmed as of the
date first above written

THE JUILLIARD SCHOOL


By:_____
Name:
Title:

ANNEX I
to Confirmation, dated July 31, 2006
between Lehman Brothers Special Financing Inc. and
The Juilliard School

| Notional Amount Reduction Date | Notional Amount Reduction |
|---|---|
| 7/1/2029 | $1,965,000 |
| 7/1/2030 | 2,040,000 |
| 7/1/2031 | 2,150,000 |
| 7/1/2032 | 2,275,000 |
| 7/1/2033 | 2,385,000 |
| 7/1/2034 | 2,530,000 |
| 7/1/2035 | 2,665,000 |
| 7/1/2036 | 18,990,000 |