# Exhibit B

From: cvg@lehman.com [mailto:cvg@lehman.com]
Sent: Monday, September 01, 2008 12:28 PM
To: Petersen, Diane, J.,
Cc: cvg@lehman.com
Subject: DER - MTM Statement for LBSF - BREMER FINANCIAL CORPORATION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

# LEHMAN BROTHERS || DERIVATIVES - MTM STATEMENT

| | |
|---|---|
| TO: | BREMER FINANCIAL CORPORATION |
| A/C#: | 042605BREM |
| | MONTHLY MTM |
| PHONE: | |
| FAX: | |
| EMAIL: | djpetersen@bremer.com; |

| | |
|---|---|
| FROM: | LEHMAN BROTHERS SPECIAL FINANCING INC. |
| | TRACY AGARD |
| PHONE: | 212-526-2170 |
| FAX: | 917-522-0252 |
| EMAIL: | cvg@lehman.com |

| | |
|---|---|
| DATE: | 01-Sep-2008 |
| COB VALUATION DATE: | 29-Aug-2008 |
| REPORTING CCY: | USD |

*POSITIVE NUMBERS = DUE TO LEHMAN/COLLATERAL HELD BY LEHMAN*
*NEGATIVE NUMBERS = DUE TO YOU/COLLATERAL HELD BY YOU*

The below estimated value[s] are as of the date indicated and do not represent actual bids or offers by Lehman Brothers. There can be no assurance that actual trades could be completed at such value[s]. Unless otherwise specified, the below valuations represent mid-market valuations. Mid-market values attempt to approximate the current economic value of a given position using prices and rates at the average of the bid and offer for the respective underlying asset(s) or reference rate(s). Discussions of trade values in general, and indicative or firm price quotations and actual trade prices in particular, may vary significantly from these written estimated values as a result of various factors, which may include (but are not limited to) prevailing credit spreads, market liquidity, position size, transaction and financing costs, hedging costs and risks and use of capital and profit.

These estimates may not be representative of any theoretical or actual internal valuations employed by us for our own purposes, may vary during the course of any particular day and may vary significantly from the estimates or quotations that would be given by another dealer. You should consult with your own accounting or other advisors as to the adequacy of this information for your purposes. As a condition for providing these estimates, you agree that Lehman Brothers makes no representation and shall have no liability in any way arising there from to you or any other entity for any loss or damage, direct or indirect, arising from the use of this information.

| MTM Summary | |
|---|---|
| FID Swaps Total | 2,396,527 |
| TOTAL | 2,396,527 |

| Independent Requirement Summary | |
|---|---|
| Portfolio Independent Requirement | |
| Deal Specific Independent Requirement | |
| TOTAL | |

| FX Rates | |
|---|---|
| USD/USD | 1.000000000 |



### FID Swaps

| GID | RMS ID | Product Type | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | MTM (USD) |
|---|---|---|---|---|---|---|---|---|
| 2145131 | 934037L | SWAP | 27-Apr-2005 | 01-Jun-2006 | 01-Jun-2016 | USD | 60,000,000 | 2,396,527 |
| FID SWAPS TOTAL | | | | | | | | |

### Deal Specific Breakdown (Scheduled)

| GID | RMS ID | Trade Date | Effective Date | Maturity Date | Notional CCY | Notional Amount CCY | Independent Requirement Percent | Independent Requirement (USD) |
|---|---|---|---|---|---|---|---|---|
| 2145131 | 934037L | 27-Apr-2005 | 01-Jun-2006 | 01-Jun-2016 | USD | 60,000,000 | - | - |
| DEAL SPECIFIC BREAKDOWN TOTAL | | | | | | | | |

### Collateral Data

| Deal ID | Coll Type | Security ID | Security Description | Maturity Date | CCY | Dirty Price | Quantity | Market Value (USD) |
|---|---|---|---|---|---|---|---|---|
| | VAR | 31412W2Z8 | FNMA SF 30 YEAR | 01-Jun-2037 | USD | 98.84 | 6,000,000 | 5,313,484 |
| COLLATERAL DATA TOTAL | | | | | | | | |