

| | Suzanne Deshaies/QUI/PutnamInv<br>11/07/2008 04:03 PM | To | Arthur Gould/US/PutnamInv@PUTNAM, Stephen Gianelli/US/PutnamInv@PUTNAM, Angela Patel/BOS/PutnamInv@PUTNAM, Judd Symon |
|---|---|---|---|
| | | cc | Custody Bank Loans/G/US/PutnamInv@PUTNAM |
| | | bcc | |
| | | Subject | Re: Fw: Lehman Trade Reject Notification |

History:  ⇨ This message has been forwarded.

One more rejection.......just waiting on MEG Energy.
Arthur Gould/US/PutnamInv



| | Arthur Gould/US/PutnamInv<br>11/07/2008 04:02 PM | To | Suzanne Deshaies/QUI/PutnamInv@PUTNAM |
|---|---|---|---|
| | | cc | Custody Bank Loans/G/US/PutnamInv@PUTNAM |
| | | Subject | Fw: Lehman Trade Reject Notification |

Hi Suzanne,

We received another notice from Lehman. Per below, the Dresser Inc trade has been rejected. This is the only Putnam Buy to be rejected, and we are only waiting to hear on the MEG Energy Putnam sell now.

-Arthur

----- Forwarded by Arthur Gould/US/PutnamInv on 11/07/2008 04:01 PM -----



| | Regan Reid<br><regan.reid@db.com><br>11/07/2008 09:31 AM | To | Custody_Bank_Loans<br><Custody_Bank_Loans@putnam.com> |
|---|---|---|---|
| | | cc | |
| | | Subject | Fw: Lehman Trade Reject Notification |

Regards,

Regan Reid | Deutsche Bank AG
Global Loan Services
60 Wall Street | New York, NY 10005
Phone: 212.250.4084

----- Forwarded by Regan Reid/db/dbcom on 11/07/2008 09:31 AM -----
<yuting.chen@barclayscapital.com>

11/06/2008 07:16 PM                          To  Regan Reid/db/dbcom@DBAmericas
                                             cc
                                        Subject  Lehman Trade Reject Notification

```
> Reference is made to LSTA Par/Near Par Trade Confirmation, LCPI sell
> Dresser Inc for $2,000,000.00 at 96.00% dated 09/08/2008, (the "Trade
> Confirmation").
>
> Please take notice that LCPI has made the determination to reject the
> Trade Confirmation in accordance with its rights under section 365 of
> the Bankruptcy Code.
>
> Thanks and Regards,
> Tina Chen
> LEHMAN BROTHER HOLDING INC.
> THIS ELECTRONIC CORRESPONDENCE IS SENT TO YOU BY LEHMAN COMMERCIAL
> PAPER INC. A DEBTOR IN POSSESSION UNDER CH. 11 OF THE UNITED STATES
> BANKRUPTCY CODE (THE "DEBTOR").  THE DEBTOR IS IN NOT AFFILIATED IN
> ANY WAY WITH BARCLAYS CAPITAL OR ANY OF ITS AFFILIATES.  PLEASE DIRECT
> ALL REPLIES TO THE DEBTOR.
>
>
>
```

This e-mail may contain information that is confidential, privileged or
otherwise protected from disclosure. If you are not an intended recipient of
this e-mail, do not duplicate or redistribute it by any means. Please delete
it and any attachments and notify the sender that you have received it in
error. Unless specifically indicated, this e-mail is not an offer to buy or
sell or a solicitation to buy or sell any securities, investment products or
other financial product or service, an official confirmation of any
transaction, or an official statement of Barclays. Any views or opinions
presented are solely those of the author and do not necessarily represent
those of Barclays. This e-mail is subject to terms available at the following
link: www.barcap.com/emaildisclaimer. By messaging with Barclays you consent
to the foregoing.  Barclays Capital is the investment banking division of
Barclays Bank PLC, a company registered in England (number 1026167) with its
registered office at 1 Churchill Place, London, E14 5HP.  This email may
relate to or be sent from other members of the Barclays Group.

---

This e-mail may contain confidential and/or privileged information. If you
are not the intended recipient (or have received this e-mail in error)
please notify the sender immediately and destroy this e-mail. Any
unauthorized copying, disclosure or distribution of the material in this
e-mail is strictly forbidden.