

| | Suzanne Deshaies/QUI/PutnamInv | | |
|---|---|---|---|
| | 11/24/2008 02:11 PM | To | Angela Patel/BOS/PutnamInv@PUTNAM, Stephen Gianelli/US/PutnamInv@PUTNAM |
| | | cc | |
| | | bcc | |
| | | Subject | Fw: Dresser Inc First Lien td 09-08-08 |

History: ⤷ This message has been forwarded.

Changed status from "rejected" to "assumed".

----- Forwarded by Suzanne Deshaies/QUI/PutnamInv on 11/24/2008 01:55 PM -----



| | Arthur Gould/US/PutnamInv | | |
|---|---|---|---|
| | 11/24/2008 10:55 AM | To | Suzanne Deshaies/QUI/PutnamInv@PUTNAM |
| | | cc | Custody Bank Loans/G/US/PutnamInv@PUTNAM |
| | | Subject | Fw: Dresser Inc First Lien td 09-08-08 |

Per below, Lehman is assuming the Dresser Inc trade confirm despite having previously rejected it.

Arthur

----- Forwarded by Arthur Gould/US/PutnamInv on 11/24/2008 10:50 AM -----



| | Regan Reid <regan.reid@db.com> | | |
|---|---|---|---|
| | 11/24/2008 09:23 AM | To | Custody_Bank_Loans <Custody_Bank_Loans@putnam.com> |
| | | cc | |
| | | Subject | Fw: Dresser Inc First Lien td 09-08-08 |

Regards,

Regan Reid | Deutsche Bank AG
Global Loan Services
60 Wall Street | New York, NY 10005
Phone: 212.250.4084

----- Forwarded by Regan Reid/db/dbcom on 11/24/2008 09:23 AM -----

"Verma, Divya"
<divya.verma@lehman.com>

11/21/2008 05:24 PM

To Regan Reid/db/dbcom@DBAmericas
cc "Amy Lee (A&M)" <alee@alvarezandmarsal.com>, <DWalsh@alvarezandmarsal.com>, <jacqueline.marcus@weil.com>
Subject Dresser Inc First Lien td 09-08-08

November 20, 2008

Regan Reid
regan.reid@db.com
Putnam Investments
212-250-4084

>                                    RE: Dresser Inc First Lien (the
"Borrower")
>
> Ladies and Gentlemen:
> Reference is made to the trade confirmation dated the 09-08-08 ("Trade
> Confirmation") between Putnam Bank Loan Fund (Cayman) Master Fund.
> (the "Counterparty") and Lehman Commercial Paper Inc or the ("Debtor")
> pursuant to which Debtor agreed to sell and Counterparty agreed to
> purchase $100,000.00 in principal amount of Dresser Inc. made to the
> Borrower for Term Loan B at rate of 96.00 % (the "Trade").
>
Reference is made to the trade confirmation dated the 09-08-08 ("Trade
Confirmation") between Putnam Floating Rate Income Fund (the
"Counterparty") and Lehman Commercial Paper Inc or the ("Debtor")
pursuant to which Debtor agreed to sell and Counterparty agreed to
purchase $1,555,000.00 in principal amount of Dresser Inc. made to the
Borrower for Term Loan B at rate of 96.00 % (the "Trade").

Reference is made to the trade confirmation dated the 09-08-08 ("Trade
Confirmation") between IG Putnam US High Yield Income Fund (the
"Counterparty") and Lehman Commercial Paper Inc or the ("Debtor")
pursuant to which Debtor agreed to sell and Counterparty agreed to
purchase $345,000.00 in principal amount of Dresser Inc. made to the
Borrower for Term Loan B at rate of 96.00 % (the "Trade").

> As you are aware, on October 5th, 2008, the Debtor commenced a
> voluntary case under chapter 11 of title 11 of the United States Code
> (the "Bankruptcy Code") with the United States Bankruptcy Court for
> the Southern District of New York (the "Bankruptcy Court").
>
> By electronic mail correspondence dated November 6th, 2008, Debtor
> informed you that it intends to reject the Trade.  In addition, Debtor
> listed the Trade on the list of "Rejected Trades" annexed as Exhibit B
> to the Debtors' Motion for an Order Pursuant to Section 365 of the
> Bankruptcy Code Approving the Assumption or Rejection of Open Trade
> Confirmations (the "Motion").  As you may be aware, Debtor may not
> assume or reject an executory contract without the approval of the
> Bankruptcy Court.  A hearing with respect to the Motion is scheduled
> for December 3, 2008 (the "Hearing Date").
>
> Consistent with Debtor's fiduciary obligation to maximize the value of
> its estate for the benefit of all creditors, Debtor has continued to
> review all of the "Open Trades" (as defined in the Motion) and the
> proposed treatment thereof.
>
> Please take notice that, as a result of its review, Debtor has made
> the determination to assume the Trade Confirmation in accordance with

```
> its rights under section 365 of the Bankruptcy Code.  Such
> determination has been made on the basis that Counterparty will not
> assert any right of recoupment or setoff that it may have under a
> master netting agreement or otherwise with respect to its obligations
> under the Trade Confirmation and that, upon settlement of the Trade
> Confirmation, Counterparty shall pay Debtor in cash or other
> immediately available funds the purchase price set forth in the Trade
> Confirmation in full, without setoff, recoupment or counterclaims of
> any kind whatsoever.
>
> On or before the Hearing Date, Debtor intends to amend the exhibits to
> the Motion accordingly.
>
>
> Divya Verma
> LEHMAN BROTHERS
> 1271 Sixth Avenue, 35th Floor
> New York, NY 10019
> Tel: 646-333-9934
> Email: divya.verma@lehman.com
>
>
>
>
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - -
```

This message is intended only for the personal and confidential use of the
designated recipient(s) named above.  If you are not the intended recipient of
this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded as
an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers.  Email transmission cannot be guaranteed to be
secure or error-free.  Therefore, we do not represent that this information is
complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.

--------
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within
this communication (including any attachments) is not intended or written to
be used and cannot be used for the purpose of (i) avoiding U.S. tax related
penalties or (ii) promoting, marketing or recommending to another party any
transaction or matter addressed herein.


---


This e-mail may contain confidential and/or privileged information. If you
are not the intended recipient (or have received this e-mail in error)
please notify the sender immediately and destroy this e-mail. Any
unauthorized copying, disclosure or distribution of the material in this
e-mail is strictly forbidden.