# EXHIBIT 1

# KKR FIXED INCOME
## 555 California Street, 50th Floor
## San Francisco, California 94104

Main Telephone: (415) 315-3620   Main Fax: (415) 391-3077

---

**Confidentiality Note**

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED BELOW AND MAY BE LEGALLY PRIVILEGED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR DUPLICATION OF THIS FACSIMILE MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE MESSAGE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE.

## FAX TRANSMISSION

PLEASE DELIVER THE FOLLOWING MATERIAL AS SOON AS POSSIBLE

DATE: 10-3-08   Neilsa ribeirod Lehman.

To: Stefan Happek   Lehman Commercial Paper com

COMPANY: Bayerische Hypo-und Vereinsbank   UK Branch

FAX NUMBER: 44 207 677 3089   44 207 102 9654

DIRECT DIAL: 

FROM: Andrew Sossen

DIRECT DIAL: 415 315 6504

NUMBER OF PAGES (INCLUDING COVER PAGE): 3

*Please call immediately if not properly received.   THANK YOU.*

KOHLBERG KRAVIS ROBERTS & CO. (FIXED INCOME) LLC

October 3, 2008

Bayerische Hypo-und Vereinsbank AG
Am Tucherpark1 VTW 1
D-80538
Fax: +44(0) 207 677 3089
Attn: Stefan Happak

Copy: Lehman Commercial Paper Inc., UK Branch
Fax: +44(0) 207 102 9654

**Re: Prosiebensat.1 Media AG EUR 4,600,000,000 Facility Agreement, Lavena Holding 3 GMBH EUR 2,430,504,000 Senior Facilities Agreement, Lavena Holding 3 GMBH EUR 501,378,000 Subordinated Facility Agreement**

Ladies and Gentlemen:

KKR Debt Investors (2006) (Ireland) LP ("KKR Debt Investors") is delivering this notice to you, as Facility Agent, in connection with the proposed trades summarized in Appendix A hereto (the "Proposed Trades") between KKR Debt Investors and Lehman Commercial Paper Inc., UK Branch ("Lehman") with respect to the above-referenced facilities agreements.

KKR Debt Investors hereby cancels and revokes the Proposed Trades, effective as of the date above. This cancellation and revocation shall supersede any and all agreements related to the Proposed Trades.

Please contact Andrew Sossen (sossa@kkr.com, 415-315-6540) or Jeff Smith (415-315-3690, jeff.smith@kkr.com) if you have any questions related to this matter.

Very truly yours,

Name: Andrew Sossen, Esq.
Title: Authorized Signatory

## APPENDIX A
## CANCELLED TRADES

| Agreement | Proposed Trade Amount |
|---|---|
| Lavena Holding 3 GMBH EUR 2,430,504,000 Senior Facilities Agreement dated March 2, 2007 ("Term D (Second Lien) Loan") | EUR 14,443,329.00 |
| Lavena Holding 3 GMBH EUR 501,378,000 Subordinated Facility Agreement dated March 2, 2007 ("Mezzanine Loan") | EUR 9,806,126.44 |