# EXHBIT A

## IDENTIFIED TRANSACTIONS OF U.S. BANK WITH DERIVATIVE CONTRACTS WITH A LEHMAN AFFILIATE AS A COUNTERPARTY

**STRUCTURED FINANCE**

1. Conseco HEL 2001-D
2. Conseco Mahcs 2001-4
3. Conseco Mahcs 2002-1
4. LEHMAN ABS 2002-A
5. LXS 2006-10N
6. SASCO 2006-RF2
7. LXS 06-16N
8. GPMF 2006-AR5
9. GPMF 2006-AR6
10. GPMF 2006-AR7
11. LXS 2006-18N
12. SARM 2006-11
13. SASCO 2006-RF4
14. GPMF 2006-AR8
15. SARM 2006-12
16. LXS 2007-2N
17. BNC 2007-1
18. SASCO 2007-BC2
19. GPMF 2007-AR1
20. LXS 2007-4N
21. SASCO 2007-RF1
22. SASCO 2007-EQ1
23. GPMF 2007-AR2
24. LMT 2007-6
25. LXS 2007-12N
26. SASCO 2007-4
27. LBSBC 2007-2
28. LXS 2007-15N
29. SASCO 2007-BNC1
30. SASCO 2007-RF2
31. SASCO 2008-1
32. SARM 2008-2
33. SASCO 2005-RF7
34. SASCO 2004-NP2
35. SASCO 2005-GEL1
36. SASCO 05-RF2
37. SASCO 05-RF3
38. SASCO 05-RF4

ExhibitA.doc
1697028

39. SASCO 05-RF5
40. LMT 2005-2
41. SASCO 05-RF6
42. LXS 2005-9N
43. LXS 2006-8 Successor Trustee
44. SASCO 2005-RF1
45. LXS 2006-12N
46. SARM NIM 2005-19XS-1

**CORPORATE MUNICIPAL WEST**

47. Guam Pwr Auth Revenue Bonds Ser 1999
48. Guam Econ Dev Auth Tobacco 2007 A,B
49. WSHFC #401 SKYLINE 07C/D SP INT
50. Santa Barbara CLTA 03 & 06 Revenue Bonds
51. BAKERSFIELD SD/INS 1989-RESERVE
52. BAKERSFIELD SD/INS 1989-EXTRAORD LOS
53. Redlands Fin. Auth Wastewater 99A
54. Redlands Fi Auth 99 A
55. CITY OF INDUSTRY CUSTODY AC 2004
56. CITY OF INDUSTRY CUSTODY AC 2004
57. ID State Bldg Auth 92 SER D & 98 SER B
58. ID ST BLDG AUTH 1992E/98C
59. UNIV. MED. CTR Debt Service Deposit Agmt
60. CHFFA STANFORD 2003A RESERVE FD
61. CHFFA STANFORD 2003B RESERVE FD
62. CHFFA STANFORD 2003C RESERVE FD
63. CHFFA STANFORD 2003D RESERVE FD
64. ABAG (ABHOW) 1997 A 1998 A,B & 2002 A
65. Redding Electric Series 1992 SAVRS
66. MODESTO 1993 COP CMNTY CTR RESERVE
67. ABAG ASIAN HEALTH 1995 RESERVE
68. LADWP DECOMISSION TRUST
69. Tobacco SA #1 2002 WA
70. WHEFA #53 Whitworth 2006
71. City of Vancouver (Vancouver Conf Center) 2003
72. OCTA (91 Exp Lanes) 2003 A, B-1 and B-2
73. Nevada Forward Delivery Agreement
74. Dawson Ridge Metro Dist #1 Ltd Tax 92A&B
75. ABAG/Episcopal Homes 1998 Ref COP
76. LAS VEGAS RDA DOWNTOWN SER. 1995B
77. Las Vegas Downtown RDA Sub 2003A
78. MFFA MISSION RIDGE 2002 BD RESERVE
79. Centinela Valley UHSD 2000 C&D Escrow Fd
80. No. Orange CCD Ser 2002A & 2003B Escrow
81. THOUSAND OAKS CFD#1988-1 2003 BD FD

82. WSHFC #436 PANORAMA 2008 PROJECT FD

**CORPORATE MUNICIPAL SOUTH EAST**

83. FLEET LANDING ESCROW AND CUSTODIAN 1994 R&R RESERVE AND OPERATING FUND CUSTODY
84. Coffee Regional Medical Center
85. Cherokee County Water Sewerage Authority
86. AHS/ORANGE CNTY HLTH 2002 TRUST FD
87. Fulton Dekalb Hosp 2003 DS Fulton PA
88. Brunswick W&S 1992 Reserve Fund
    Brunswick W&S 2001 Debt Service Account
89. TUFF/Yama Design Ctr Ser 01A due 1/1/27
90. Virginia Commonwealth Ref Escrow S2004
91. Fulton Cty W&S 1992 - DSR - Undefeased
92. Buckeye Tobacco Settlement Finance Authority 2007 Reserve Fund Agreement
93. VAS/AGWS TRUST AC
94. BFC Remic Class A & B S-96 Parcel 49
95. LA PUBLIC 98 DSR
96. MAYFLOWER RETIREMENT CENTER
97. TAMPA SPORTS AUTHORITTY 2005
98. St. Joseph's/Candler Health Systems 2003
99. St. Joseph's/Candler Health Systems 2003
100. Mercer University
101. REBOUND CARE 1992 CUST
102. BHS RESERVE INTERMED FIXED INC/PIMCO
103. BHS RESERVE INTERMED FIXED INC/PIMCO
104. BHS RESERVE INTERMED FIXED INC/PIMCO
105. BHS RESERVE INTERMED FIXED INC/WAM
106. BUTLER VRDO LIFESPHERE BD FUND
107. Xavier University
108. WMS/AGWS TRUST AC
109. BAYPRIMEX AGENCY
110. CLARK 95 DEBT SERVICE RESERVE
111. CLARK/ATLANTA UNIV 1995 COLLATERAL
112. SOUTHERN CONNECT 1998 SENIOR DSRSV
113. SOUTHERN CONNECT 1998 SUB DSRSV FD
114. EMP RE 04
115. EMP RE 04
116. EPMG RE 04
117. EPMG RE 04
118. KANAWHA INS/MLMI
119. EPMG RE 04
120. REDBANK RIT 2003
121. FCEDA/GOODWIN HOUSE SERIES 2007 DSRF

122. Capital Trust Agency Housing Revnue Bonds Series 2005 A,B,C,D (AHF Bay Fund - Obligor)
123. ASU General Tuition Fee Rev Bonds
124. Muscle Shoals W& S S-2004
125. TARACORP ESC 1999

CORPORATE MUNICIPAL CENTRAL REGION

126. Pansophia Academy Full Term Certificates of Participation Series 1999
127. Pansophia Academy, Michigan Full Term Certificates of Participation Series 2001
128. CESAR CHAVEZ ACADEMY FULL TERM COP 2003
129. Marshall Academy, MI Full Term Certificates of Participation, Series 2005
130. Allen Academy Full Term COP Series 2003
131. Summit Academy North, MI Public School Academy Revenue and Refunding Bonds, Series 2005
132. DULUTH EDA SR 93C DEBT SVC RESV
133. BRAINERD SR 93E DEBT SVC RESERVE
134. City of Detroit Defeasance Escrow and Forward Delivery Agreement
135. NJEDA Airis Newark LLC/Aeroterm
136. University of Medicine & Dent. University Housing Series 2004
137. NJHCFFA South Jersey Hospital Issue 02 & 06

CORPORATE MUNICIPAL NORTHEAST

138. MIFA MBRC DEBT SERVICE RESERVE FUND
139. MASS STATE COLLEGE BLD AUTH BDS 2003 A
140. MASS STATE COLLEGE BLD AUTH BDS 2003 B
141. MASS STATE COLLEGE BLD AUTH BDS 2004A (Debt Ser)
142. MASS STATE COLLEGE BLD AUTH BDS 2004A (Reserve)
143. MASS STATE COLLEGE BLD AUTH BDS 99-1 & 99-A
144. MASS STATE COLLEGE BLD AUTH BDS 2000-1
145. MASS STATE COLLEGE BLD AUTH BDS 2006-A
146. Southbridge Training
147. MWPAT Pool Program Bonds, Series 7
148. MWPAT Pool Program Bonds, Series 8
149. MBTA ASSESSMENT 2006 SERIES A
150. MBTA Sales Tax Deal 2006 Series C
151. Coventry,CT Refunding Escrow dtd 2/3/04
152. RSD #19 ISSUE OF 2003 REF ESCR DTD 12/23
153. AFICA Ana G. Mendez Series 1998
154. AFICA Ana G. Mendez Series 1999
155. Puerto Rico Housing Financy Agency/Public Housing Admin Ser 2003
156. Briarwood Commercial Paper Trust
157. Coral Commercial Paper Trust
158. Crimson Commercial Paper Trust
159. Jasper Commercial Paper Trust

160. Sapphire Commercial Paper Trust
161. Puerto Rico PBA

CDO BOSTON

162. Airlie LCDO II (Pebble Creek 2007-1)
163. Aviv LCDO 2006-2
164. Exum Ridge CBO 2006-4
165. Exum Ridge CBO 2006-5
166. Pebble Creek LCDO 2006-1
167. Airlie CDO I, Ltd.
168. Aviv LCDO 2006-1, Limited
169. Airlie LCDO I (Aviv LCDO 2006-3), Ltd.
170. Exum Ridge CBO 2007-1, Ltd.
171. Exum Ridge CBO 2007-2, Ltd.
172. SGS HY Credit Fund I (Exum Ridge CBO 2006-3), Ltd.
173. Exum Ridge CBO 2006-1
174. Exum Ridge CBO 2006-2
175. Pebble Creek LCDO 2007-3
176. White Marlin CDO 2007-1

CDO ACTIVELY MANAGED SWAPS

177. AMMC CLO V, LTD.
178. ING Investment Management CLO I, LTD
179. ING Investment Management CLO II, LTD
180. Gulfstream-Compass CLO 2002-I Ltd.
181. Gulfstream-Compass CLO 2003-I Ltd.
182. Gulfstream-Compass CLO 2004-I Ltd.
183. Gulfstream-Compass CLO 2005-I Ltd.
184. Gulfstream-Compass CLO 2005-II Ltd.
185. Gulfstream-Sextant CLO 2006-I Ltd.
186. Gulfstream-Sextant CLO 2007-I Ltd.
187. Ares IIR CLO Ltd.
188. Ares VR CLO Ltd.
189. Ares VIR CLO Ltd.
190. Ares VII CLO Ltd.
191. Ares VIII CLO Ltd.
192. Ares X CLO Ltd.
193. Madison Avenue Structure Finance

CDO's

194. Alta CDO 2007-2
195. Stowe CDO 2008-1
196. Cherry Hill 2007-2

197. Greystone CDO 2008-4
198. Penns Landing
199. Stowe CDO 2008-2A
200. 801 Grand CDO 2006-1
201. 801 Grand CDO 2006-2
202. Alta CDO 2007-1
203. Cherry Hill 2007-1
204. Copper Creek CDO
205. Lakeview 2007-1
206. Lakeview 2007-2
207. Lakeview 2007-3
208. Lakeview 2007-4
209. Solar V CDO
210. Barton Springs 2005-1
211. Barton Springs 2005-2
212. Bluepoint CDO 2005-1
213. Freedom Park
214. Greystone CDO 2006-1
215. Greystone CDO 2006-2
216. Greystone CDO 2006-3
217. Jefferson Valley 2006-1
218. Pantera Vive CDO
219. Robania CDO
220. Stoney Hill
221. Stowe CDO
222. Sunset Park 2005-3
223. Sunset Park 2005-5
224. Sunset Park 2005-6
225. Bluepoint CDO 2005-2-Eurobor