# LMA TRADE CONFIRMATION (PAR)

| | | |
|---|---|---|
| To: | Tara Hill B.V. | |
| | Attention: | Laura Cannon |
| | Phone No.: | 35316418948 |
| | Fax No.: | 35316700064 |
| | Email: | laura.g.cannon@aib.ie |
| From: | Lehman Commercial Paper Inc., UK Branch | |
| | Attention: | Emeka Ilomechina |
| | Phone No.: | 442071029654 |
| | Fax No.: | 442070679506 |
| | Email: | emeka.ilomechina@lehman.com |

Date:   09 September 2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated in this Confirmation.

1. **Credit Agreement Details:**

    | | |
    |---|---|
    | Borrower(s): | BCM Ireland Holdings LTD. |
    | Guarantor(s): | As per Credit Agreement |
    | Agent Bank: | J.P. Morgan Europe Limited |
    | Date: | 22 May 2006 |
    | Governing Law: | English |
    | Facility Amount: | EUR   3,938,441,926.60 |

2. **Trade Date:**   05 September 2008

3. **Settlement Date:**   T + 10 or as soon as practicable

4. **Seller:**   Lehman Commercial Paper Inc., UK Branch   ☑ Principal

5. **Buyer:**   Tara Hill B.V.   ☑ Principal

6. **Details of Traded Portion:**

   | | |
   |---|---|
   | Tranche/Facility: | Facility A |
   | Nature: | Term |
   | Contractual Margin: | 1.75 %.   no. |
   | Recurring Fees: | None |
   | Final Maturity: | 30 September 2013 |
   | Traded Portion of Commitment: | EUR 1,500,000.00 |

7. **Pricing:**

   | | |
   |---|---|
   | Name of Tranche/Facility: | Facility A |
   | Purchase Rate: | 93.00% |
   | Upfront Fee: | N/A |

8. **Accrued Interest:**   Settled Without Accrued Interest

9. **Break Costs:**   as specified in Condition 12 of LMA Terms and Conditions

10. **Transfer Costs:**

    Recordation and Transfer fee:

    Recordation Fee is split and no more than one half.

    Stamp duties and other applicable transfer taxes and any costs attributable to transfer of security are: N/A

11. **Form of Purchase:**   Transfer Certificate from Credit Agreement

    *The transaction will be disclosed to the Borrower(s) by the Seller.*

12. **Transaction Documentation:**

    To be prepared by:   Seller

13. **Credit Documentation to be provided:**   No

14. **Process Agents:**

    Buyer:   No
    Seller:   No

15. **Other Terms of Trade:**

    This transaction is subject to the granting of any third party consents required under the terms of the Credit Agreement, or otherwise by law.

Please sign and return this letter to the attention of Harry Bamrah no later than the close of business 10 September 2008 by fax at 442074880619 or by email at harry.bamrah@fnis.com. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Harry Bamrah at 442074235622.

| Lehman Commercial Paper Inc., UK Branch | Tara Hill B.V. |
|---|---|
| By: _____ | By: _*Mary Daly*_ |
| Name: Emeka Ilomechina | Name: MARY DALY |
| Title: Authorized Signatory | Title: AUTHORISED SIGNATORY |

Please sign and return this letter to the attention of Harry Bamrah no later than the close of business 10 September 2008 by fax at 442074880619 or by email at harry.bamrah@fnis.com. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Harry Bamrah at 442074235622.

**Lehman Commercial Paper Inc., UK Branch**            **Tara Hill B.V.**

By: _[signature]_                                      By: _____

Name:  Emeka Ilomechina                                Name:
Title: Authorized Signatory                            Title:

# LMA TRADE CONFIRMATION (PAR)

| | | |
|---|---|---|
| To: | Lehman Commercial Paper Inc., UK Branch | |
| | Attention: | Emeka Ilomechina |
| | Phone No.: | 442071029654 |
| | Fax No.: | 442070679506 |
| | Email: | emeka.ilomechina@lehman.com |
| From: | Tara Hill B.V. | |
| | Attention: | Laura Cannon |
| | Phone No.: | 35316418948 |
| | Fax No.: | 35316700064 |
| | Email: | laura.g.cannon@aib.ie |
| Date: | 09 September 2008 | |

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association ("LMA") as in effect on the Trade Date, which are incorporated in this Confirmation.

1. **Credit Agreement Details:**

   | | |
   |---|---|
   | Borrower(s): | BCM Ireland Holdings LTD. |
   | Guarantor(s): | As per Credit Agreement |
   | Agent Bank: | J.P. Morgan Europe Limited |
   | Date: | 22 May 2006 |
   | Governing Law: | English |
   | Facility Amount: | EUR   3,938,441,926.60 |

2. **Trade Date:** 05 September 2008

3. **Settlement Date:** T + 10 or as soon as practicable

4. **Seller:** *Tara Hill B.V.*    ☑ Principal

5. **Buyer:** *Lehman Commercial Paper Inc., UK Branch*    ☑ Principal

6. **Details of Traded Portion:**

   | | |
   |---|---|
   | Tranche/Facility: | Facility B |
   | Nature: | Term |
   | Contractual Margin: | 1.875000% |
   | Recurring Fees: | None |
   | Final Maturity: | 30 September 2014 |
   | Traded Portion of Commitment: | EUR 750,000.00 |
   | | |
   | Tranche/Facility: | Facility C |
   | Nature: | Term |
   | Contractual Margin: | 2.125000% |
   | Recurring Fees: | None |
   | Final Maturity: | 30 September 2015 |
   | Traded Portion of Commitment: | EUR 750,000.00 |

7. **Pricing:**

   | | |
   |---|---|
   | Name of Tranche/Facility: | Facility B, Facility C |
   | Purchase Rate: | 92.500% |
   | Upfront Fee: | N/A |

8. **Accrued Interest:** Settled Without Accrued Interest

9. **Break Costs:** as specified in Condition 12 of LMA Terms and Conditions

10. **Transfer Costs:**

    Recordation and Transfer fee:

    Recordation Fee is split and no more than one half.

    Stamp duties and other applicable transfer taxes and any costs attributable to transfer of security are: N/A

11. **Form of Purchase:** Transfer Certificate from Credit Agreement

    *The transaction will be disclosed to the Borrower(s) by the Seller.*

12. **Transaction Documentation:**

    To be prepared by:    ~~Seller~~ *Buyer* ᴢᴏ

13. **Credit Documentation to be provided:** No

14. **Process Agents:**    Buyer: No
    Seller: No

15. **Other Terms of Trade:**

This transaction is subject to the granting of any third party consents required under the terms of the Credit Agreement, or otherwise by law.

Please sign and return this letter to the attention of Harry Bamrah no later than the close of business 10 September 2008 by fax at 442074880619 or by email at harry.bamrah@fnis.com. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Harry Bamrah at 442074235622.

| Tara Hill B.V. | Lehman Commercial Paper Inc., UK Branch |
|---|---|
| By: *(signed) Mary Daly* | By: _____ |
| Name: MARY DALY | Name: Emeka Ilomechina |
| Title: AUTHORISED SIGNATORY | Title: Authorized Signatory |

Please sign and return this letter to the attention of Harry Bamrah no later than the close of business 10 September 2008 by fax at 442074880619 or by email at harry.bamrah@fnis.com. Please note that, in accordance with the LMA Standard Terms and Conditions for Par Trade Transactions, any disagreement with the terms set out above must be notified to us no later than this time.

If you have any questions, please contact Harry Bamrah at 442074235622.

**Tara Hill B.V.**                                              **Lehman Commercial Paper Inc., UK Branch**

By: _____                    By: _____

    Name:                                                                 Name:   Emeka Ilomechina
    Title:                                                                    Title:   Authorized Signatory