EXHIBIT D

---

**TARA HILL B.V.**

Locatellikade 1
Parnassustoren
1076 AZ Amsterdam
The Netherlands

Tel.: (31-20) 57 55 600
Fax.: (31-20) 67 30 016

22 September 2008

Dear Sirs

**Sale and Purchase of BCM Ireland Holdings Ltd Loans**

We refer to:

(i) an LMA Trade Confirmation (Par) between Tara Hill B.V. ("**Tara Hill**") and Lehman Commercial Paper Inc. ("**LCP**") signed and dated 9 September 2008 (the "**Facility A Trade**"), subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association applicable to par trade transactions in respect of which the Trade Date occurs on or after 3 September 2008 (the "**Standard Terms**") relating to EUR 1,500,000 of Facility A in relation to BCM Ireland Holdings LTD with a Trade Date of 5 September 2008; and

(ii) an LMA Trade Confirmation (Par) between LCP and Tara Hill signed and dated 9 September 2008 (the "**Facility B/C Trade**"), subject to the Standard Terms relating to EUR 750,000 of Facility B and EUR 750,000 of Facility C in relation to BCM Ireland Holdings LTD with a Trade Date of 5 September 2008.

You are in receipt from us of the Transfer Certificates in respect of the Facility A Trade and in respect of the Facility B/C Trade, each duly signed on behalf of Tara Hill. As far as we are aware, such Transfer Certificates have not been signed by LCP, and therefore LCP is in default under Condition 6(b) of the Standard Terms in respect of the Facility A Trade and the Facility B/C Trade (together, the "Defaults").

This is a notice under Clause 19.1 (a) (*Defaults*) of the Standard Terms in relation to the Facility A Trade and in relation to the Facility B/C Trade. We hereby give you notice to remedy the Defaults by delivering to us the signed Transfer Certificates by no later than 5:00pm London time on 23 September 2008.

We reserve all our legal rights under the Facility A Trade and the Facility B/C Trade including such rights which arise out of or in relation to the Defaults referred to above, and including, without limitation, our right to deliver a termination notice under Clause 19.1(b) (*Defaults*) of the Standard Terms in relation to the Facility A Trade and the Facility B/C Trade if the Defaults are not remedied by the time specified above.

Words and phrases not otherwise defined herein shall have the same meaning as set out in the Standard Terms.

Yours faithfully

Tara Hill B.V.
By: *[signature]*
Name: KERRY MARK MACCARTHY
Title: AUTHORISED SIGNATURE