EXHIBIT E

**TARA HILL B.V.**

Locatellikade 1  
Parnassustoren  
1076 AZ Amsterdam  
The Netherlands

Tel.: (31-20) 57 55 600  
Fax.: (31-20) 67 30 016

24 September 2008

Dear Sirs

**Termination Notice in relation to Sale and Purchase of BCM Ireland Holdings Ltd**

We refer to:

(i) an LMA Trade Confirmation (Par) between Tara Hill B.V. ("**Tara Hill**") and Lehman Commercial Paper Inc. ("**LCP**") signed and dated 9 September 2008 (the "**Facility A Trade**"), subject to the Standard Terms and Conditions for Par Trade Transactions of the Loan Market Association applicable to par trade transactions in respect of which the Trade Date occurs on or after 3 September 2008 (the "**Standard Terms**") relating to EUR 1,500,000 of Facility A in relation to BCM Ireland Holdings LTD with a Trade Date of 5 September 2008; and

(ii) an LMA Trade Confirmation (Par) between LCP and Tara Hill signed and dated 9 September 2008 (the "**Facility B/C Trade**"), subject to the Standard Terms relating to EUR 750,000 of Facility B and EUR 750,000 of Facility C in relation to BCM Ireland Holdings LTD with a Trade Date of 5 September 2008.

On 22 September 2008 we gave you notice pursuant to Condition 19.1(a) (*Default*) of the Standard Conditions (the "**September 22 Notice**"). A copy of the September 22 Notice is attached hereto. The Transfer Certificates in respect of the Facility A Trade and in respect of the Facility B/C Trade have not been signed by LCP and delivered to us, and accordingly the Defaults (as defined in the September 22 Notice) have not been remedied, by the time specified in the September 22 Notice.

This is a notice under Condition 19.1(b) (*Defaults*) of the Standard Terms in relation to the Facility A Trade and in relation to the Facility B/C Trade. We hereby give you notice that we are hereby terminating the transactions under the Facility A Trade and the Facility B/C Trade.

The Transfer Certificates signed on behalf of Tara Hill may no longer be countersigned by LCP. Please destroy any copies of those Transfer Certificates which are in your possession.

We reserve all our legal rights under the Facility A Trade, the Facility B/C Trade including such rights which arise out of or in relation to the Defaults referred to in the September 22 Notice.

Words and phrases not otherwise defined herein shall have the same meaning as set out in the Standard Terms.

Yours faithfully

Tara Hill B.V.  
By: *[signature]*  
Name: KERRY MARK MAC CARTHY  
Title: AUTHORISED SIGNATURE

10/15991241_2

1