Michael J. Edelman (ME-6746)
Erin Zavalkoff-Babej (EZ-6792)
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, NY  10019
Tel No.  (212) 407-7700
Fax No. (212) 407-7799

*Attorneys for Pursuit Capital Partners Master (Cayman) Ltd.*
*and Pursuit Opportunity Fund I Master Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                    Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF PURSUIT CAPITAL PARTNERS MASTER (CAYMAN) LTD. AND PURSUIT OPPORTUNITY FUND I MASTER LTD. TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS [DOCKET NO. 1498]**

Pursuit Capital Partners Master (Cayman) Ltd. and Pursuit Opportunity Fund I Master Ltd. (collectively, the "***Pursuit Parties***"), by and through their undersigned counsel, hereby submits this limited objection and reservation of rights to the Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts, dated November 13, 2008 (Docket No. 1498) (the "Motion"),[1] and, in support thereof, respectfully state as follows:

---

[1]   Capitalized terms used herein have the meanings ascribed to such terms in the motion.

## BACKGROUND

1. On September 15, 2008, Lehman Brothers Holdings Inc. ("***LBHI***") and certain of its subsidiaries, filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On October 3, 2008 (the "***LBSF Petition Date***"), Lehman Brothers Special Financing Inc. ("***LBSF***") also filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. The Pursuit Parties are parties to certain contracts with LBSF and other subsidiaries of LBHI that are defined as "Derivative Contracts" within the meaning of the Motion (collectively, the "***Pursuit Derivative Contracts***"). The Pursuit Parties are the beneficiaries of guaranties from LBHI with respect to each of the Pursuit Derivative Contracts.

3. As the non-defaulting parties under the Pursuit Derivative Contracts, the Pursuit Parties terminated each of the Pursuit Derivative Contracts in accordance with their terms pursuant to termination notices dated (and delivered on) September 19, 2008.

## JOINDER OF OBJECTIONS TO THE MOTION

4. As parties to the Pursuit Derivative Contracts, all of which have been terminated (and were terminated prior to the LBSF Petition Date), the Pursuit Parties hereby join in, and incorporate herein as if fully set forth (and made applicable to the Pursuit Parties *mutatis mutandis*) each of the objections to the Motion with respect to terminated Derivative Contracts as set forth in (a) Limited Objection of Wachovia Bank, N.A. to [the Motion], dated November 26, 2008, Docket No. 1800; (b) Limited Objection by Reliant Energy Power Supply, LLC to [the Motion], dated November 26, 2008, Docket No. 1826; (c) Limited Objection of BRE Bank SA to [the Motion], dated November 26, 2008, Docket 1836; (d) Objection of Southern California Edison Company to [the Motion], dated November 26, 2008, Docket No. 1840; (e) Limited Objection of BRM Group, Ltd. to [the Motion] and Reservation of Rights, dated November 28,

2008, Docket No. 1855; and (f) Limited Objection and Reservation of Rights of the Toronto-Dominion Bank to [the Motion], dated November 28, 2008, Docket No.1859.

5.  The Pursuit Parties hereby reserve all of their rights under the Pursuit Derivative Contracts, all other applicable rights under any other applicable agreements, law and/or equity, including the right to amend or supplement this limited objection (either before or at the hearing on the Motion), including to assert any objections raised by other parties in their objections to the Motion.

## CONCLUSION

Based upon the foregoing, the Pursuit Parties hereby respectfully request that the Court require the Debtors to modify the proposed order relating to the Motion to carve out from scope of such order any impact upon terminated Derivative Contracts, including the Pursuit Derivative Contacts.

Dated: New York, New York.
November 28, 2008

Respectfully submitted,

**Vedder Price P.C.**

By: /s/ Michael J. Edelman
Michael J. Edelman (ME-6476)
Erin Zavalkoff-Babej (EZ-6792)
1633 Broadway, 47th Floor
New York, New York  10019
Tel:    212-407-7700
Fax:    212-407-7799
E-mail:  MJEdelman@VedderPrice.com

*Counsel for Pursuit Capital Partners Master (Cayman) Ltd. and Pursuit Opportunity Fund I Master Ltd.*