| Entity | Deal Name | Customer | Tranche | B/S | Trade Date | Curr Code | Status |
|---|---|---|---|---|---|---|---|
| LCPI | PQ CORPORATION 1ST LIEN A&R (7/2/08) | BLACKROCK FIN. MGMT (MASTER) | | S | 7/30/08 | USD | Assumed |
| LCPI | THERMO FLUIDS | BLACKROCK GLOBAL FRIT | | B | 7/14/2008 | USD | Assumed |
| LCPI | THERMO FLUIDS | BLACKROCK LIMITED DURATION INC | | B | 7/14/2008 | USD | Assumed |
| LCPI | THERMO FLUIDS | BLACKROCK SENIOR INC SRIES III | | B | 7/14/2008 | USD | Assumed |
| LCPI | AVIO SENIOR (14DEC06) | BLACKROCK | B2 USD | S | 4/18/08 | USD | Assumed |
| LCPI | AVIO SENIOR (14DEC06) | BLACKROCK | C2 USD | S | 4/18/08 | USD | Assumed |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK FIN. MGMT (MASTER) | | B | 9/4/2008 | USD | Rejected |
| LCPI | CONSOLIDATED CONTAINER CO 2ND LIEN | BLACKROCK FIN. MGMT (MASTER) | | B | 9/8/2008 | USD | Rejected |
| LCPI | US AIRWAYS GROUP 03-07 | BLACKROCK SR FLOAT RATE PORT | | B | 8/4/2008 | USD | Rejected |

1