CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:  (212) 504-6666
Howard R. Hawkins, Jr. Esq.

Attorneys for Exum Ridge CB0 2006-I; Exum Ridge CBO 2006-2; Exum Ridge CBO 2006-4; Exum Ridge CBO 2006-5; Exum Ridge CBO 2007-1; Exum Ridge CBO 2007-2; SGS HY Credit Fund I (Exum Ridge CBO 2006-3); Aviv LCDO 2006-1; Aviv LCDO 2006-2; Airlie LCDO I (Aviv LCDO 2006-3); Airlie LCDO II (Pebble Creek 2007-1); Pebble Creek LCDO 2006-1; Pebble Creek LCDO 2007-3; White Marlin CDO 2007-1; Airlie CDO I.; and Pebble Creek LCDO 2007-2, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
**In re:**                                                :    Chapter 11
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,**                        :    Case No. 08-13555 (JMP)
                                                          :
                                **Debtor.**               :
                                                          :    (Jointly Administered)
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND PAPERS**

PLEASE TAKE NOTICE that Exum Ridge CB0 2006-I; Exum Ridge CBO 2006-2; Exum Ridge CBO 2006-4; Exum Ridge CBO 2006-5; Exum Ridge CBO 2007-1; Exum Ridge CBO 2007-2; SGS HY Credit Fund I (Exum Ridge CBO 2006-3); Aviv LCDO 2006-1; Aviv LCDO 2006-2; Airlie LCDO I (Aviv LCDO 2006-3); Airlie LCDO II (Pebble Creek 2007-1); Pebble Creek LCDO 2006-1; Pebble Creek LCDO 2007-3; White Marlin CDO 2007-1; Airlie CDO I.; and Pebble Creek LCDO 2007-2, LLC (collectively, the "Issuers") hereby enter their

USActive 14558278.1

appearance by and through their counsel, Cadwalader, Wickersham & Taft LLP, pursuant to section 1109 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests that all papers served or required to be served in this case and in any cases consolidated or administered herewith, be given and served upon:

Howard R. Hawkins, Jr. Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York  10281
Telephone:  (212) 504-6000
Facsimile:   (212) 504-6666
howard.hawkins@cwt.com

   This request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, orders to show cause, demands, complaints, petitions, pleadings, memoranda, affidavits, declarations, notices of adjournment, disclosure statement(s) and plan(s) of reorganization, or requests, presentments, applications, and any other documents brought before this Court or in this case and the proceedings therein, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, electronic mail, telegraph, telecopy, telex, or otherwise which affect or seek to affect the above captioned case and any proceedings therein.

   Neither this Notice of Appearance and Request for Notice and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right of Issuers:  (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United

States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated:    New York, New York
          November 28, 2008

>    */s/ Howard R. Hawkins Jr.*
>    Howard R. Hawkins, Jr. Esq.
>    CADWALADER, WICKERSHAM & TAFT LLP
>    One World Financial Center
>    New York, New York  10281
>    Telephone: (212) 504-6000
>    Facsimile:  (212) 504-6666
>    howard.hawkins@cwt.com
>
>    Attorneys for Exum Ridge CB0 2006-I; Exum Ridge CBO 2006-2; Exum Ridge CBO 2006-4; Exum Ridge CBO 2006-5; Exum Ridge CBO 2007-1; Exum Ridge CBO 2007-2; SGS HY Credit Fund I (Exum Ridge CBO 2006-3); Aviv LCDO 2006-1; Aviv LCDO 2006-2; Airlie LCDO I (Aviv LCDO 2006-3); Airlie LCDO II (Pebble Creek 2007-1); Pebble Creek LCDO 2006-1; Pebble Creek LCDO 2007-3; White Marlin CDO 2007-1; Airlie CDO I.; and Pebble Creek LCDO 2007-2, LLC