**Ira L. Herman**
**Thompson & Knight LLP**
**919 Third Avenue**
**New York, New York 10022**
**(212) 751 – 3001 … Telephone**
**(214) 999-9139 … Fax**

**ATTORNEYS FOR DIRECT ENERGY BUSINESS, LLC**
**AND ENERGY AMERICA LLC**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

### LIMITED OBJECTION AND RESERVATION OF RIGHTS OF DIRECT ENERGY BUSINESS, LLC AND ENERGY AMERICA LLC TO THE DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS

Direct Energy Business, LLC and Energy America LLC (together, "Direct Energy"), by and through their undersigned counsel, hereby submit this Objection (the "Objection") to the Debtors' Motion For An Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts (the "Motion"), and in support thereof state as follows:

1.     Direct Energy is a party in interest in these Chapter 11 cases as a party to:

(a)     an ISDA Master Agreement, dated January 30, 2007, and Amendment Agreement, dated March 30, 2007, between Lehman Brothers

1

Commodity Services Inc. ("LBCSI") and Energy America LLC ("Energy America"), and Transactions thereunder; and

(b)    an ISDA Master Agreement, dated July 17, 2006, and Amendment Agreement, dated December 11, 2006, and Second Amendment Agreement, dated May 30, 2008, between Lehman Brothers Commodity Services Inc. and Direct Energy Business, LLC formerly known as Strategic Energy, L.L.C. ("DEB"), and Transactions thereunder.[1]

2.    Each of the:

(a)    ISDA Master Agreement, dated January 30, 2007, and Amendment Agreement, dated March 30, 2007, between LBCSI and Energy America, and Transactions thereunder; and the

(b)    ISDA Master Agreement, dated July 17, 2006, and Amendment Agreement, dated December 11, 2006, and Second Amendment Agreement, dated May 30, 2008, between LBCSI and DEB, and Transactions thereunder

were terminated pursuant to their terms prior to the commencement of any Chapter 11 or other bankruptcy case under title 11 of the United States Code.[2]  Thus, all derivative transactions between Direct Energy and LBCSI were terminated pursuant to their terms prior to the commencement of any Chapter 11 or other bankruptcy case under title 11 of the United States Code.

3.    The Motion seeks, *inter alia,* to establish procedures in connection with certain "Derivative Contracts" (as defined in the Motion) that have not been terminated by counterparties (the "Assignment Procedures").

---

[1]    Accord Energy Limited ("AEL"), is a non-U.S. entity and a party to an EFET General Agreement concerning the Delivery and Acceptance of Electricity, dated August 16, 2007, between Lehman Brothers Commodity Services Inc., including its London Branch and AEL and Individual Contracts under such Agreement.  The foregoing statement is provided for informational purposes and AEL is not appearing in these Chapter 11 Cases or waiving any rights or remedies, all of which are expressly reserved.  It should be expressly understood that the undersigned counsel has not been authorized to appear or otherwise act for AEL in these Chapter 11 cases.

[2]    For informational purposes only, parties should be aware that the EFET General Agreement concerning the Delivery and Acceptance of Electricity, dated August 16, 2007, between Lehman Brothers Commodity Services Inc., including its London Branch and Accord Energy Limited and Individual Contracts under the Agreement likewise were terminated pursuant to their terms prior to the commencement of any Chapter 11 or other bankruptcy case under title 11 of the United States Code.

2

4.      As stated above, all derivative transactions between Direct Energy and LBCSI were terminated pursuant to their terms prior to the commencement of any Chapter 11 or other bankruptcy case under title 11 of the United States Code.  However, footnote 2 to the Motion states:

> The Debtors reserve all rights with respect to any alleged termination of any Derivative Contract, including the rights to assert that a Counterparty who did not terminate promptly after the commencement of these cases waived the right to terminate on account of the Debtors' bankruptcies or financial condition and/or certain alleged terminations were not effective because they were not exercised in accordance with the applicable contractual provisions.

5.      Thus, although each of the derivative contracts mentioned above have been terminated in accordance with the governing provisions of such contracts, the movants have reserved their rights to argue, at a time of their liking, that such terminations somehow were improper and that the derivative contracts described above actually were not previously terminated.  Thus, counterparties who today understand that they have terminated prepetion, may find out sometime in the  future that they are bound by whatever relief the Court may fashion in response to the Motion, including time sensitive procedural matters and deadlines for preserving rights and remedies.  Thus, any order entered by the Court in response to the Motion should have appropriate savings provisions to protect such counterparties from undue prejudice.

## Reservation of Rights

Direct Energy reserves any and all applicable rights at law or equity, including the right to amend or supplement this Limited Objection and to join in the objection of any Counterparty or other party to the Motion.

3

WHEREFORE, for the reasons set forth herein, Direct Energy prays that the Court address the above objections, for entry of an Order preserving its rights and remedies, and granting such other and further relief as this Court may deem just or proper.

Dated:  New York, New York
November 28, 2008

Respectfully submitted,

THOMPSON & KNIGHT LLP

By:  /s/ Ira L. Herman
      Ira L. Herman
Thompson & Knight LLP
919 Third Avenue
New York, New York 10022
(212) 751-3001 … Telephone
(214) 999-9139 … Fax

**ATTORNEYS FOR DIRECT ENERGY BUSINESS, LLC AND ENERGY AMERICA LLC**

4