**Old Hill Partners Inc.**

<u>SENT VIA FACSIMILE</u>

October 2, 2008

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
745 Seventh Avenue
New York, NY 10019

Attention:         Documentation Manager
Telephone No.:     (212) 526 7187
Facsimile No.:     (212) 526 7672

RE:   Master Agreement dated as of August 18, 2006 between Lehman Brothers Special Financing Inc. ("Party A") and OHP Opportunity Limited Trust

Ladies and Gentlemen:

OHP Opportunity Limited Trust ("Party B") hereby designates Friday, October 10, 2008 as the Early Termination Date in respect of all Transactions entered into pursuant to the Master Agreement referenced above. Capitalized terms are used herein as defined in the Master Agreement.

Party B provides this notice to Party A in Party B's capacity as the Non-defaulting Party, with respect to the Event of Default which occurred on September 15, 2008, when Lehman Brothers Holdings Inc., the Credit Support Provider for the Transactions, filed for protection under Chapter 11 of the U.S. Bankruptcy Code of 1978, as amended. Such action by the Credit Support Provider constitutes an Event of Default pursuant to Section 5(a)(vii) of the Master Agreement. The Event of Default is continuing as of the date hereof.

Sincerely,

OHP OPPORTUNITY LIMITED TRUST

By: _____
Name: Mark Samuel
Title: Investment Manager