## BY OVERNIGHT COURIER – FEDERAL EXPRESS # 8631 3830 2703

October 14, 2008

Lehman Brothers Special Financing Inc.
c/o Lehman Brothers Inc.
Corporate Advisory Division
Transaction Management Group
745 Seventh Avenue
New York, NY  10019

Attention:     Documentation Manager
Telephone No.:     (212) 526 7187
Facsimile No.:     (212) 526 7672

RE:    Master Agreement dated as of August 18, 2006 between Lehman Brothers Special
       Financing Inc. and OHP Opportunity Limited Trust;

       DEMAND FOR PAYMENT OF EARLY TERMINATION AMOUNT AND
       INTEREST THEREON.

Ladies and Gentlemen:

We refer to our letters of October 2, 2008 and October 9, 2008 in which we designated Friday, October 10, 2008 as the Early Termination Date for all of the Transactions entered into pursuant to the Master Agreement referenced above. Capitalized terms are used herein as defined in the Master Agreement.

This letter is a notice of and a demand for amounts payable to OHP Opportunity Limited Trust in respect of the Early Termination Date pursuant to Section 6(e) of the Master Agreement. Under the Master Agreement and the related Schedule of even date therewith, the parties agreed that Loss and the Second Method would apply to the measure and method of payment of amounts payable in respect of an Early Termination Date.

Accordingly, OHP Opportunity Limited Trust hereby demands payment from Lehman Brothers Special Financing Inc., on the date of receipt of this notice by courier delivery, of $2,962,533.09 in respect of the Early Termination Date (the "Early Termination Amount"), together with interest thereon accrued at the Applicable Rate from the Early Termination Date to the date on which the Early Termination Amount is paid.

A statement showing in reasonable detail the calculations supporting the Early Termination Amount is set forth on Schedule A hereto.

Information concerning the account to which the Early Termination Amount should be paid is set forth on Schedule B hereto.

Notwithstanding this demand for payment of the Early Termination Amount, OHP Opportunity Limited Trust reserves all other rights and remedies available to it under the Master Agreement or at law or in equity, including without limitation a claim for indemnification of expenses pursuant to Section 9 of the Master Agreement.

Sincerely,

OHP OPPORTUNITY LIMITED TRUST

By: _____
    Name: Mark Samuel
    Title: Investment Manager