KAYE SCHOLER LLP
425 Park Avenue
New York, New York 10022
(212) 836-8000

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC, et al., | ) | Case No. 08-13555 (JMP) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

I, Robert Rotman hereby certify that I am over the age of eighteen years, that I am not a party to this action. I also certify that I am an employee of Kaye Scholer LLP, Counsel to Total Gas & Power Limited, and that on the 26th day of November 2008, I caused to be served, true and correct copies of: *Notice of Appearance* and *Limited Objection of Total Gas & Power Limited to the Motion of the Debtors for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Pre-Petition Derivative Contracts* on the annexed service list(s) by the methods specified therein.

Dated: New York, New York
      November 26, 2008

                                                Robert Rotman
                                                */s/ Robert Rotman*

Sworn to before me this
26th day of November.
  */s/ Gurnel Jean-Louis*
  Notary Public
  **GURNEL JEAN-LOUIS**
**Notary Public, State of New York**
**No. 01JE6016979**
**Qualified in Queens County**
**Commission Expires Nov. 30, 2010**

**BY FIRST CLASS MAIL**

Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman,
Jacqueline Marcus,
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

Andrew D. Velez-Rivera
Paul K. Schwartzberg
Brian S. Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004

Harvey A. Strickon
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY  10022-3205

Andrea Sheehan
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, TX  75205

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th  Floor
Boston, MA  02110

Kathryn Schroeder
George Rosenburg
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO  80166

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201-2691

Harold S. Novikoff
Richard G. Mason
Joshua A. Feltman
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019-60150

Deryck A. Palmer
John J. Rapisardi
George A. Davis
Gary D. Ticoll,
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Frederick D. Hyman
Amit Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Brian Trust
Jeffrey G. Tougas
Amit Trehan
Mayer Brown LLP
1675 Broadway
New York, NY 10019

Richard Levin
Robert H. Trust
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Howard R. Hawkins, Jr.
Ellen M. Halstead
Hanh Huynh
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

James H. Shenwick
Shenwick & Associates
655 Third Avenue, 20th Floor
New York, NY 10017

Martin J. Bienenstock,
Judy G.Z. Liu
Timothy Q. Karcher
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019

Hollace T. Cohen
Paul H. Deutch
Troutman Sanders LLP
405 Lexington Avenue
New York, NY 10174

Michael Rosenthal
Janet Weiss
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193

Chester B. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

James F. Wallack
Douglas B. Rosner
Gregory O. Kaden,
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-1776

Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338

George Rosenberg
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO  80166

Marc Abrams
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Ann E. Acker
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080

Luma Al-Shibib
Reed Smith
599 Lexington Avenue
New York, NY 10022

David Craig Albalah
Bracewell & Giuliani LLP
1177 Avenue of the Americas
New York, NY 10036

Colin B. Albaugh
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005

George Angelich
Robert M. Hirsch
Arent Fox LLP
1675 Broadway
New York, NY 10019

Elizabeth Banda
Perdue, Brandon, Fielder, Collins & Mott, L.L.P.
P.O. Box 13430
Arlington, TX  76094-0430

Christopher Robert Belmonte
Satterlee Stephens Burke & Burke, LLP
230 Park Avenue
New York, NY 10169-0079

Howard S. Beltzer
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Walter Benzija
Julie D. Dyas
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Robert S. Wasserman
Office of Counsel
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

Michael V. Blumenthal
Crowell & Moring LLP
153 East 53rd Street
31st Floor
New York, NY 10022

Anthony D. Buccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Martin G. Bunin
Alston & Bird LLP
90 Park Avenue
New York, NY 10016

Matthew Allen Cantor
Normandy Hill Capital L.P.
150 East 52nd Street
10th Floor
New York, NY 10022

John F. Carberry
Cummings & Lockwood, LLC
Six Landmark Square
Stamford, CT 06901

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Shelley C. Chapman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Shawn M. Christianson
Buchalter Nemer Fields & Younger
333 Market Street
25th Floor
San Francisco, CA 94105

Darrell W. Clark
Stinson Morrison Hecker, LLP
1150 18th Street, N.W.
Suite 800
Washington, DC 20036-3816

Ronald L. Cohen
Seward & Kissel
One Battery Park Plaza
New York, NY 10004

Patrick Collins
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Steven Cousins
Susan Ehlers
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102

David N. Crapo
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

David A. Crichlow
Pillsbury Winthrop LLP
1540 Broadway
New York, NY 10036

Maureen A. Cronin
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Leo T. Crowley
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, NY 10036

Vincent D'Agostino
Lowenstein Sandler, P.C.
65 Livingston Avenue
Roseland, NJ 07068

Israel Dahan
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281

George A. Davis
Cadwalader Wickersham & Taft, LLP
One World Trade Financial Center
New York, NY 10281

Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
One Gateway Center, 9th Floor
Newark, NJ 07102

Gabriel Del Virginia, Esq.
Law Offices of Gabriel Del Virginia
641 Lexington Avenue
21st Floor
New York, NY 10022

Bradford E. Dempsey
Holme Roberts & Owen LLP
1700 Lincoln
Suite 4100
Denver, CO 80203

Christopher M. Desiderio
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Paul H. Deutch
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Mark W. Deveno
Bingham McCutchen LLP
299 Park Avenue
New York, NY 10022

Amish R. Doshi
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Thomas Alan Draghi
Westerman Ball Ederer Miller & Sharfstein
170 Old Country Road
Suite 400
Mineola, NY 11501

Michael James Edelman
Vedder, Price, Kaufman & Kammholz, P.C.
1633 Broadway
47th Floor
New York, NY 10019

Daniel Eggermann
Amy Caton
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of Americas
New York, NY 10036

Devon Eggert
Freeborn & Peters LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Susan K. Ehlers
Armstrong Teasdale, LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102-2740

Charles R. Ekberg
Lane Powell PC
1420 Fifth Avenue
Suite 4100
Seattle, WA 98101-2338

Mark C. Ellenberg
Cadwalader Wickersham & Taft, LLP
1201 F Street, NW
Washington, DC 20004

David Elrod
Elrod, PLLC
500 North Akard
Suite 3000
Dallas, TX 75201

Michael R. Enright
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

Robert Michael Farquhar
Winstead Sechrest & Minick, P.C.
1201 Elm Street
Suite 5400
Dallas, TX 75270

Matthew Allen Feldman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven, CT 06510

Eric Fisher
Bragar Wexler Eagle & Morgenstern, P.C.
885 Third Avenue
Suite 3040
New York, NY 10022

Daniel J. Flanigan
Polsinelli Shalton Flanigan Suelthaus PC
700 West 47th Street
Suite 1000
Kansas City, MO 64112

Charles H. Fleischer
Richard Levy, Jr.
Oppenheim, Fleischer & Quiggle, P.C.
7700 Old Georgetown Road
Suite 800
Bethesda, MD 20814

Robert M. Fleischer
Richard Levy, Jr.
Pryor Cashman LLP
410 Park Avenue
New York, NY 10022

Martin J. Flics
Linklaters
1345 Avenue of the Americas
19th Floor
New York, NY 10105

Shawn Randall Fox
McGuire Woods LLP
1345 Avenue of the Americas
New York, NY 10128

Mark Freedlander
McGuire Woods, LLP
Dominion Tower
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222-3142

David M. Friedman
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019-6799

Kenneth Friedman
Manatt, Phelps & Phillips, LLP
1675 Broadway
27th Floor
New York, NY 10029

Thomas M. Gaa
Bialson Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Alan E. Gamza
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Anthony I. Giacobbe, Jr.
Ziechner Ellman & Krause, LLP
575 Lexington Avenue
10th Floor
New York, NY 10022

Steven A. Ginther
Missouri Department of Revenue
General Counsel's Office
P.O. Box 475
Jefferson City, MO 65105-0475

Joseph M. Gitto
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Eduwardo J. Glas
McCarter & English, LLP
100 Mulberry Street
Newark, NJ 07102

Andrew C. Gold
Herrick & Feinstein LLP
2 Park Avenue
New York, NY 10016

Matthew J. Gold
Kleinberg, Kaplan, Wolff & Cohen, P.C.
551 Fifth Avenue
18th Floor
New York, NY 10176

Richard L. Gold
Morelli & Gold, LLP
380 Lexington Avenue, Suite 4400
New York, NY 10168

Antonia Golianopoulos
Mayer Brown Rowe & Maw, LLP
1674 Broadway
New York, NY 10019-5820

Todd M. Goren
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

James Bromley
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Paul C. Gunther
Salans
620 Fifth Avenue
New York, NY 10022

Alan D. Halperin
Halperin Battaglia Raicht LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Dion W. Hayes
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219-4030

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

James M. Heiser
Chapman and Cutler, LLP
111 West Monroe Street
Chicago, IL 60603-4080

Ira L. Herman
Thompson & Knight, LLP
919 Third Avenue, 39th Floor
New York, NY 10022

Neil E. Herman
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

Robert M. Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019

Robert L. Holladay, Jr.
Young Williams P.A.
2000 Am south Plaza
Jackson, MS 39225-3059

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Eric H. Horn
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

John E. Jureller, Jr.
Klestadt & Winters, LLP
292 Madison Avenue
17th Floor
New York, NY 10017

Gregory O. Kaden
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Richard S. Kanowitz
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036-7798

Dimitri G. Karcazes
Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603-5792

J. Michael Kelly
Cooley Godward Kronish LLP
101 California Street
5th Floor
San Francisco, CA 94111-5800

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Barry R. Kleiner
Vinson & Elkins L.L.P.
666 Fifth Avenue
26th Floor
New York, NY 10103

Howard Koh
Meister Seelig & Fein, LLP
708 Third Avenue
24th Floor
New York, NY 10017

Timothy J. Korzun
Sheak & Korzun, P.C.
1 Washington Crossing Road
Pennington, NJ 08534-3506

Deborah Kovsky-Apap
Pepper Hamilton LLP
100 Renaissance Center
Suite 3600
Detroit, MI 48243-1157

Jeffrey Kurtzman
Klehr, Harrison, Harvey, Branzburg Ellers
260 S. Broad Street
Philadelphia, PA 19102-5003

Darryl S. Laddin
Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Robert Laplaca
Levett, Rockwood, P.C.
33 Riverside Avenue
Westport, CT 06880

Francis J. Lawall
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

David M. LeMay
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Stephen D. Lerner
Squire Sanders & Dempsey LLP
221 E. Fourth Street
Suite 2900
Cincinnati, OH 45202-4036

Ira M. Levee
Lowenstein Sandler, P.C.
65 Livingston Ave
Roseland, NJ 07068

Shari D. Leventhal
Federal Reserve Bank of New York
33 Liberty Street
Main Building, 7th Floor
New York, NY 10045

Jeffrey W. Levitan
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Fredrick J. Levy
Olshan Grundman Frome Rosenzweig & Wolosky, LLP
65 East 55th Street
New York, NY 10022

Michael Liberman
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

David Liebov
Sullivan & Cromwell
125 Broad Street
New York, NY 10004

Demetra Liggins
Thompson & Knight LLP
333 Clay Street
Suite 3300
Houston, TX 77002

Edward Joseph LoBello
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Eric Lopez Schnabel
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177

Daniel A. Lowenthal
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Donald K. Ludman
Brown & Connery, LLP
6 N. Broad Street
Suite 100
Woodbury, NJ 08096

Christopher J. Major
Robinson & Cole LLP
885 Third Avenue
28th Floor
New York, NY 10022

Robert K. Malone
Drinker Biddle & Shanley LLP
500 Campus Drive
Florham Park, NJ 07932

Neal S. Mann
New York State Attorney General's Office
120 Broadway
24th Floor
New York, NY 10271

Beverly Weiss Manne
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Julie A. Manning
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Jeffrey S. Margolin
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004

Jil Mazer-Marino
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Karen E. Wagner
Abraham Gesser
James I. McClammy
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Douglas J. McGill
Drinker Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047

David C. McGrail
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036

Michelle McMahon
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104

Michael T. Mervis
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Richard M. Meth
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Kenneth M. Misken
McGuireWoods LLP
1750 Tysons Blvd.
Suite 1800
McLean, VA 22102-4215

Claude D. Montgomery
Salans
620 Fifth Avenue
6th Floor
New York, NY 10020

Steven T. Mulligan
Duncan E. Barber
Bieging Shapiro & Burrus LLP
4582 So. Ulster Street Parkway
Suite 1650
Denver, CO 80237

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Robert E. Nies
Wolff & Samson PC
The Offices at Crystal Lake
One Boland Drive
West Orange, NJ 07052

Timothy F. Nixon
Jennifer B. Herzog
Godfrey & Kahn, S.C.
780 North Water Street
Milwaukee, WI 53202

Kalman Ochs
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, NY 10004

Karen Ostad
Morrison & Foerster
1290 Avenue of the Americas
40th Floor
New York, NY 10104

Jody Michelle Oster
The Huntington National Bank
41 South High Street - 5th Floor
Columbus, OH 43215

R. Stephen Painter, Jr.
Commodity Futures Trading Commission
140 Broadway
New York, NY 10005

Charles Palella
Kurzman Karelsen & Frank, LLP
230 Park Avenue
23rd Floor
New York, NY 10169

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Steven W. Perlstein
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022

Thomas Pietrantonio
334 Main Street
Port Washington, NY 11050

Sydney G. Platzer
Platzer, Swergold, Karlin, Levine,
Goldberg & Jaslow, LLP
1065 Avenue of the Americas, 18th Floor
New York, NY 10018

Frederick B. Polak
Post Polak Goodsell MacNeill & Strauchler
575 Madison Avenue
New York, NY 10022

William C. Price
McGuire Woods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222

Jonathan I. Rabinowitz
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039

M. Hopkins
D. Coffino
A. Raboy
Covington & Burling LLP
620 Eighth Avenue
New York, NY 10018

Ira A. Reid
Baker & McKenzie
805 Third Avenue
New York, NY 10022

Steven J. Risman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Howard D. Ressler
Diamond McCarthy LLP
620 Eighth Avenue
39th Floor
New York, NY 10018

Kenneth A. Reynolds
McBreen & Kopko
500 North Broadway
Suite 129
Jericho, NY 11753

Jeffrey N. Rich
K&L Gates LLP
599 Lexington Avenue
New York, NY 10022-6030

Marc E. Richards
Blank Rome, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208

Dirk S. Roberts
Office of Thrift Supervision
1700 G Street, NW
Washington, DC 20552

Michael J. Roeschenthaler
McGuireWoods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222

Kermit A. Rosenberg
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Edward M. Rosensteel
Rosensteel & Beckmann LLC
90 Park Avenue
17th Floor
New York, NY 10016

David A. Rosenzweig
Fulbright & Jaworski, LLP
666 Fifth Avenue
New York, NY 10103

David S. Rosner
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10119-6022

Scott K. Rutsky
Proskauer Rose LLP
1585 Broadway
New York, NY 10036

Diane W. Sanders
Linebarger Goggan Blair & Sampson LLP
P.O. Box 17428
Austin, TX 78760

Lori K. Sapir
Silverberg Stonehill Goldsmith & Haber
111 West 40th Street
New York, NY 10018

Kim Sherrie Sawyer
The Locator Services Group Ltd.
316 Newbury Street
Suite 32
Boston, MA 02115

Gregory B. Schiller
Zeisler & Zeisler, P.C.
558 Clinton Avenue
Bridgeport, CT 06605

Michael L. Schleich
Fraser Stryker PC LLC
409 South 17th Street
Suite 500
Omaha, NE 68102

Carey D. Schreiber
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166

Lisa M. Schweitzer
Lindsee Granfield
Cleary Gottlieb Steen & Hamilton, LLP
One Liberty Plaza
New York, NY 10006

Howard Seife
Andrew Rosenblatt
Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

Stephen B. Selbst
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave Ste 4500
Seattle, WA 98154-1065

Glenn E. Siegel
Donald M. Badaczewski
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797

Paul H. Silverman
McLaughlin & Stern
260 Madison Ave.
New York, NY 10016

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Keith A. Simon
Latham & Watkins, LLP
885 Third Avenue
New York, NY 60606

Thomas R. Slome
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, NY 11530

Elizabeth Page Smith
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street
New York, NY 10019

Mark A. Speiser
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Marvin E. Sprouse
Jackson Walker L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701

Bonnie Steingart
Fried, Frank Harris Shriver & Jacobson
One New York Plaza
New York, NY 10004

Malani Sternstein
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
24th Floor
New York, NY 10112

Brent C. Strickland
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, MD 21202

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

My Chi To
Debevoise & Plimpton, LLP
919 Third Avenue
New York, NY 10022

Raymond J. Urbanik
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131

Any Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Michael J. Venditto
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Jon C. Vigano
Schiff Hardin LLP
6600 Sears Towers
Chicago, IL 60606

Shai Waisman
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

Rochelle R. Weisburg
Shiboleth, Yisraeli, Roberts & Zisman, LLP
One Penn Plaza, Suite 2527
New York, NY 10019

Lee Papachristou Whidden
Salans
620 Fifth Avenue
6th Floor
New York, NY 10020

Eric R. Wislon
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

L. Matt Wilson
The Wilson Law Firm, P.C.
950 East Paces Ferry Road
Suite 3250
Atlanta, GA 30326

Amy R. Wolf
Wachtell, Lipton, Rosen & Katz
51 W. 52nd Street
New York, NY 10019

Erin Zavalkoff
Vedder Price
1633 Broadway
47th Floor
New York, NY 10019

Peter Alan Zisser
Holland & Knight, LLP
195 Broadway
New York, NY 10007

Edward P. Zujkowski
Emmet, Marvin & Martin, LLP
120 Broadway
New York, NY 10271

BigFix, Inc.
c/o Michael St. James
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
Attn: Michael S. Stamer
        Philip C. Dublin
        Meredity A. Lahaie

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Chicago Mercantile Exchange
20 South Wacker Drive
Chicago, IL 60606

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Howard S. Steel
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Brett H. Miller
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104

Stephanie Thomas
Assistant Chief Counsel
Sara B. Eagle, Esq.
Colin B. Albaugh, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005

Benjamin Blaustein
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Douglas J. Lipke
Vedder Price P.C.
222 N. LaSalle Street
Chicago, IL 60601-1003

Erin Zavalkoff-Babej
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Susan M. Schultz
Group Deputy Counsel
Newedge USA, LLC
550 West Jackson Blvd., Suite 500
Chicago, IL 60661

Ellen A. Friedman
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105

Lisa Kraidin
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103

Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court SDNY
One Bowling Green
New York, NY 10004-1408

Timothy W. Brink
Matthew T. Klepper
DLA Piper LLP (US)
203 North La Salle Street, Suite 1900
Chicago, IL 60601

Stephanie Wickouski
Drinker Biddle & Reath LLP
140 Broadway, 39th Floor
New York, NY 10005-1116

Kristin K. Going
Drinker Biddle & Reath LLP
1500 K Street, NW - Suite 1100
Washington, DC 20005-1209

Frederic Sosnick
James L. Garrity, Jr.
Ned S. Schodek
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Michael S. Etkin
S. Jason Teele
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10022

Michael S. Etkin
S. Jason Teele
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Jeffrey L. Schwartz
Joseph Orbach
Hahn & Hessen LLP
488 Madison Avenue, 15th Floor
New York, NY 10022

Gary S. Lee
John A. Pintarelli
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104
**ELECTRONIC SERVICE ONLY**
**glee@mofo.com**
**jpintarelli@mofo.com**

Jeffrey Sabin
Ronald J. Silverman
Steven Wilamowsky
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Penny Tehrani
Nomura Holding America, Inc.
Two World Financial Center
Building B, 22nd Floor
New York, NY 10281

John W. Weiss
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Cory L. Weiss
Ingram Yuzek Gainen Carroll &
  Bertolotti, LLP
250 Park Avenue
New York, NY 10177

John D. Lovi
Lara E. Romansic
Steptoe & Johnson LLP
750 Seventh Avenue
New York, NY 10019

Robbin L. Itkin
Katherine C. Piper
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

Hollace T. Cohen
Paul H. Deutch
Troutman Sanders
405 Lexington Avenue
New York, NY 10174

Mr. Masaya Yamashiro
Senior Manager
The Sumitomo Trust & Banking Co., Ltd.
GranTokyo, South Tower
1-9-2, Marunouchi, Chiyoda-Ku
Tokyo, 100-6611 Japan

Bruce Ortwine
General Counsel
The Sumitomo Trust & Banking Co., Ltd.
527 Madison Avenue
New York, NY 10022

Ronald L. Cohen
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Barry J. Roy
Rabinowitz, Lubetkin & Tully, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

Michelle A. Mendez
Hunton & Williams LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165-0150

G. James Landon
Richard D. Villa
Streusand & Landon LLP
816 Congress Avenue, Suite 1600
Austin, TX 78701

Steven E. Fineman
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

David B. Wheeler
Moore & Van Allen PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC 29413-2828

Matthew Dyer
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102

Steven H. Newman
Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, NY 10158

Elizabeth L. Rose
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Steven T. Guber
Corey R. Weber
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Joanne K. Lipson
J. Todd Tracy
Crocker Kuno PLLC
720 Olive Way, Suite 1000
Seattle, WA 98101

Charles M Tatelbaum
Adorno & Yoss LLP
350 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL 33301

Steven D. Ginsburg
Adorno & Yoss LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134

Alec P. Ostrow
Constantine D. Pourakis
Steven & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Alan E. Marder
Jil Mazer-Marino
Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
Garden City, NY 11530

Michael S. Greger
James A. Timko
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

Dennis Dunne
Luc Despins
Wilbur Foster, Jr.
Dennis O'Donnell
Evan Fleck
Milbank, Tweed, Hadley & McCoy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzo
Gregory Bray
Milbank, Tweed, Hadley & McCoy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

Robert Yalen
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

Bonnie L. Gauch
Securities and Exchange Commission
Division of Market Regulation
540 5th Street, NW
Washington, DC 20549-1001

Securities Investor Protection Corporation
805 15th Street, NW, Suite 800
Washington, DC 20005-2215

Peter A. Chapman
Bankruptcy Creditors' Service, Inc.
572 Fernwood Lane
Fairless Hills, PA 19030

John P. "Sean" Coffey
Bernstein Litowitz Berger & Grossman LLP
1285 Avenue of the Americas
New York, NY 10019

David R. Stickney
Bernstein Litowitz Berger & Grossman LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130

James W. Giddens
James B. Kobak, Jr.
Christopher K. Kiplok
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Terry S. Arbit
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, NW
Washington, DC 20581

District Director
Internal Revenue Service
Special Procedures Branch
290 Broadway
New York, NY 10007

Office of the Attorney General of
  The State of New York
New York Office
120 Broadway
New York, NY 10007-0332

Mark Schonfeld, Regional Director
US Securities and Exchange Commission
3 World Financial Center
New York, NY 10281

Neal Jacobson
US Securities and Exchange Commission
3 World Financial Center
New York, NY 10281

John N. White
US Securities and Exchange Commission

Alexander F. Cohen
US Securities and Exchange Commission

Brian Breheny
US Securities and Exchange Commission

Nicholas P. Panos
US Securities and Exchange Commission

P. Sabin Willett
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Joshua Dorchak
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Robert M. Dombroff
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

Mark W. Deveno
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

Monica Lawless
Brookfield Properties One WFC Co., LLC
Three World Financial Center
200 Vesey Street
New York, NY 10281

Christopher P. Schueller
Buchanan Ingersoll & Rooney PC
620 Eighth Avenue, 23rd Floor
New York, NY 10018

Timothy P. Palmer
Buchanan Ingersoll & Rooney PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

Eric B. Fisher
Robert Sidorsky
Butzel Long
 A Professional Corporation
380 Madison Avenue, 22nd Floor
New York, NY 10017

Joel H. Levitin
Stephen J. Gordon
Cahill Gordon & Reindel LLP
Eighty Pine Street
 New York, NY 10005

Wanda N. Goodloe
CB Richard Ellis, Inc.
200 Park Avenue, 17th Floor
New York, NY 10166

James E. Spiotto
Ann E. Acker
Franlin H. Top
James Heiser
Chapman & Cutler
111 West Monroe Street
Chicago, IL 60603

Thomas J. Maloney
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Jennifer De Marco
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019

Ethan Schwartz
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 425
Greenwich, CT 06830

Martin J. Bienenstock
Irena M. Goldstein
 William C. Heuer
Dewey & Leboeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

Joseph Scordato
Dresdner Bank A. G.
1301 Avenue of the Americas
New York, NY 10019

Eaton Corporation
Attn: Global Trade Credit Dept.
Eaton Center
1111 Superior Avenue
Cleveland, OH 44114-2584

Joanne Lee
Foley & Lardner LLP
321 N. Clark Street. Suite 2800
Chicago, IL 60654

Peter L Simmons
Brian D. Pfeiffer
Mtichell Epner
Fried, Frank, Simmons, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

Brian Corey
General Counsel
Green Tree Servicing LLC
345 N. St. Peter Street
Saint Paul, MN 55102

Ms. Ramona Neal
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Garden City, ID 82714-0021

Robert L. Hollady, Jr.
Young Williams, P.A.
P.O. Box 23059
210 Capital Street, Suite 2000
Jackson, MS 39201

Paul A. Patterson
Michael J. Cordone
Mark J. Dorval
Stradley Ronon Stevens & Young, LL{
2600 Commerce Square
Philadelphia, PA 19103-7098

Jonathan P. Guy
Kathleen A Orr
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Howard J. Weg
David P. Shemano
Peitzman, Weg & Kempinsky LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA 90067

Rosanne Thomas Matzat
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Dennis J. Drebsky
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022

Michael P. Murphy,
County Counsel
County of San Mateo
400 County Center
Redwood, CA 94063-1662

Ken Coleman
Allen & Overy LLP
1221 Avenue of the Americas
New York, NY 10020

Andrew J. Entwistle
Entwistle & Cappucci LLP
280 Park Avenue, 26th Floor West
New York, NY 10017

Steven H. Felderstein
Paul J. Pascuzzi
Joan S. Huh
Felderstein Fitzgerald Willoughby
 & Pascuzzi LLP
400 Capital Mall, Suite 1450
Sacramento, CA 95814

California Public Employees Retirement
System
c/o Thomas J. Noguerola,
Senior Staff Counsel
P.O. Box 942707
Sacramento, CA 94229-2707

Marc Abrams, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

James L. Bromley
Sean O'Neal
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Sally McDonald Henry
Skadden, Arps, Slate, Meahger
 & Flom LLP
Four Time Square
New York, NY 10036

Guy B. Moss
Alan L. Braunstein
Alexander G. Rheaume
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Roger Fankel
Richard H. Wyron
Jonathan P. Guy
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC   20005-1706

Lorraine S. McGowen
Raniero D'Aversa, Jr.
Courtney M. Rogers
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0001

Daniel S. Braverman

Jordan Gurevich

Andrew Brozman
Sara M. Tapinekis
Clifford Chance LLP
31 West 52nd Street
New York, NY 10019-6131

Jeremy D. Eiden
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 900
St. Paul, MN 55101-2127

Robin E. Keller
Lovells LLP
590 Madison Avenue
New York, NY 10022

Omeca N. Nedd
Lovells LLP
590 Madison Avenue
New York, NY 10022

Marc Chait
Standard Chartered Bank
1 Madison Avenue, 3rd Floor
New York, NY 10010

Andreas Seuffert
Gilmartin, Poster & Shafto LLP
845 Third Avenue
New York, NY 10022

Michael J. Pucillo
Wendy H. Zoberman
Anne F. O'Berry
Berman Del Valerio Pease Tobacco
 Burt & Pucillo
Esperante Bldg. Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401

Laurence May
John H. Drucker
Cole, Schotz, Meisel, Forman
 & Leonard, P.A.
900 Third Avenue, 16th Floor
New York, NY 10022

John J. Monaghan
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116

Singapore Airlines, Limited
08-D Airline House
25 Airline House
Singapore 819820

U.S. Bank National Association
Mail Station EP-MN-WSID
60 Livingston Avenue
St. Paul, MN 55107

HSBC Realty Credit Corporation (USA)
1441 Brickell Avenue, 16th Floor
Miami, FL 33131

Carlton Willard Homes, Inc.
100 Old Billerica Road
Bedford, MA 01730

SBA Communications Corporation
5900 Broken Sound Parkway NW
Boca Raton, FL 33487

Sally McDonald Henry
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Peter M. Gilhuly
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560

John E. Jureller, Jr.
Klestadt & Winters LLP
292 Madison Avenue, 17th Floor
New York, NY 10017

Eugene Chang
Stein & Lubin
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

Frederick Black
Tara B. Annweiler
Greer, Herz & Adams LLP
One Moody Plaza, 18th Floor
Galveston, TX 77550

Walter H. Curchack
Vadim J. Rubinstein
Daniel B. Besikof
Leob & Leob LLP
345 Park Avenue
New York, NY 10154

Jeffrey Prol
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Marianne Schimelfenig
Office of the General Counsel
Saint Joseph's University
5600 City Avenue
Philadelphia, PA 19131-1395

David W. Dykhouse
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710

Mark A. Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022-4834

Christopher J. Giaimo
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Hunter T. Carter
Arent Fox LLP
1675 Broadway
New York, New York 10019

Daniel Guyder
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, New York 11530

Eric A. Schaffer
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219

Sharyn B. Zuch
Wiggin and Dana LLP
185 Asylum Street
Hartford, CT 06103-3402

Judy Hamilton Morse
Crowe & Dunlevy, P.C.
20 North Broadway
Suite 1800
Oklahoma City, OK 73102

David P. Langlois
Sutherland Asbill & Brennan LLP
1114 Avenue of the Americas
40th Floor
New York, New York 10036

**BY FACSIMILE**

| **PARTY** | **FAX NUMBER** |
|---|---|
| U.S. Securities and Exchange Commission<br>Attn: Alistair Bamback | 212-336-1348 |
| U.S. Securities and Exchange Commission<br>Attn: Neal Jacobson | 212-336-1348 |
| U.S. Securities and Exchange Commission<br>Attn: John White | 202-772-9215 |
| U.S. Securities and Exchange Commission<br>Attn: Alexander F. Cohen | 202-772-9200 |
| U.S. Securities and Exchange Commission<br>Attn: Brian V. Breheny | 202-772-9215 |
| U.S. Securities and Exchange Commission<br>Attn: Nicholas P. Panos | 202-772-9303 |

**BY E-MAIL**

**E-MAIL LIST**
krubin@ozcap.com;
ranjit.mather@bnymellon.com;
robert.bailey@bnymellon.com