## Certificate of Service

The undersigned hereby certifies that on the 28th day of November, 2008, I served a true copy of the within Objection, of the A.M. McGregor Home, to Debtors' Motion For an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures For the Settlement or Assumption and Assignment of Prepetition Derivative Contracts, via the Court's ECF system, to participants registered to receive notices thereby, and via overnight mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the Federal Express Postal Service, addressed to the last known address of the addressees as indicated below:

Honorable James M. Peck
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Paul Schwartzberg, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Evan Fleck, Esq.

Cleary Gotliebb LLP
One Liberty Plaza
New York, New York 10006
Attn: Lindsee P. Granfield, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn: Hydee R. Feldstein, Esq,

/s/ *Martin Eisenberg, Esq.*
       Martin Eisenberg, Esq.

*One of the Attorneys for A.M. McGregor Home*

170843