**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------   x
In re                                                 :
                                                      :   Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC.,                         :
et al.,                                               :   08-13555 (JMP)
                                                      :
                            Debtors.                  :   (Jointly Administered)
                                                      :
-------------------------------------------------------   x
```

### AFFIDAVIT OF SERVICE

```
STATE OF NEW YORK       )
                        :ss.:
COUNTY OF NEW YORK      )
```

SARAH B. ROBERTS, being duly sworn, deposes and says:

1.    I am employed by the law firm of Ropes & Gray LLP.  I am over 18 years of age and I reside in New York, New York.  I am not a party to this action.

2.    On Friday, November 28, 2008, I caused true and correct copies of the "Objection Of Creditor West Corporation To Debtors' Motion For An Order Establishing Procedures For Assumption And Assignment Or Settlement Of Prepetition Derivative Contracts" to be served by First Class Mail upon the persons listed on the annexed Exhibit A at the addresses set forth in such exhibit.

Sarah B. Roberts

Sworn to before me this 1st day of December, 2008

Notary Public

ELAINE PANTINO
Notary Public, State of New York
No. 4987206
Qualified in Nassau County
Commission Expires Oct. 7, 20__

3735647_1.DOC

## EXHIBIT A

John F. Carberry, Esq.
8 Sound Shore Associates LLC
c/o CUMINGS & LOCKWOOD LLC
Six Landmark Square
Stamford, CT  06901

A. Brent Truitt
245 Park Avenue, Suite 3962
New York, New York  10167

Aaron L. Hammer, Esq.
Devon I. Eggert, Esq.
FREEBORN & PETERS LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Ilinois  60606-6677

Abraham Gesser
James I. McClammy
Karen E. Wagner
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017

Aaron L. Hammer
Accenture LLP
c/o Freeborn & Peters LLP
311 S. Wacker Dr., Ste. 3000
Chicago, Illinois  60606-6677

Alan Dalsass
875 Third Ave, 5th Floor
New York, NY  10022-6226

John S. Mairo, Esq.
Aliant Bank
c/o PORZIO BROMBERG & NEWMAN P.C.
100 Southgate Parkway
Morristown, NJ  07932

Terri Jane Freedman, Esq.
PORZIO, BROMBERG & NEWMAN, P.C.
P.O. Box 1997
Morristown, NJ  07962-1997

Ken Coleman
ALLEN & OVERY LLP
Counsel First Commercial Bank Co., Ltd. New York Agency
1221 Avenue of the Americas
New York, NY  10020

Ken Coleman
ALLEN & OVERY LLP
Counsel for Bank of Taiwan
1221 Avenue of the Americas
New York, NY 10020

Daniel Guyder
ALLEN & OVERY LLP
Counsel for Aozora Bank, Ltd.
1221 Avenue of the Americas
New York, NY 10020

Steven N. Cousins, Esq.
Susan K. Ehlers, Esq.
ARMSTRONG TEASDALE LLP
One Metropolitan Square, Suite 2600
St. Louis, MO 63102-2740

America's Servicing Company
c/o Bankruptcy Department
MCCALLA, RAYMER, et al.
1544 Old Alabama Road
Roswell, GA 30076

Matthew Dyer, Esq.
MCCALLA RAYMER, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

Amy R. Wolf
Harold S. Novikoff, Esq.
Joshua A. Feltman, Esq.
Richard G. Mason, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019-6150

Andrew C. Lourie
Ian N. Levy
Michael S. Kim
Robert W. Henoch
Steven W. Perlstein
KOBRE & KIM LLP
800 Third Avenue
New York, New York 10022

Andrew K. Glenn, Esq.
David M. Friedman, Esq.
David S. Rosner, Esq
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for The New York State
Department of Taxation and Finance
120 Broadway - 24th Floor
New York, New York  10271

Andrew Rosenblatt, Esq.
David LeMay Esq
Howard Seife, Esq.
CHADBOURNE & PARKE LLP
30 Rockefeller Plaza
New York, New York  10112

Ann E. Acker
Franklin H. Top, III
James Heiser
James E. Spiotto
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago IL  60603

Ann Menard, Esq.
Bradley Turk, Esq.
Ned Bannon
Michael Benner, Esq.
Tishman Speyer Properties, L.P.
45 Rockefeller Plaza
New York, NY  10111

Anne F. O'Berry, Esq.
Michael J. Pucillo, Esq.
Wendy H. Zoberman, Esq.
Berman DeValerio Pease Tabacco
BURT & PUCILLO
Esperante Bldg., Suite 900
222 Lakeview Avenue
West Palm Beach, FL 33401

Antonia Golianopoulos, Esq.
Brian Trust, Esq.
Jeffrey G. Tougas, Esq.
Amit Trehan, Esq.
Frederick D. Hyman, Esq.
MAYER BROWN LLP
1675 Broadway
New York, NY  10019

Vicky Namken
IBM Corporation
13800 Diplomat Dr
Dallas, TX  75234

Michael S. Greger
James A. Timko
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321

Audrey D. Wisotsky, Esq.
301 Carnegie Center, Suite 400
Princeton, New Jersey  08543-5276

Michael S. Etkin, Esq.
S. Jason Teele, Esq.
Ira M. Levee
Timothy R. Wheeler, Esq.
LOWENSTEIN SANDLER PC
1251 Avenue of the Americas, 18th Floor
New York, New York  10020

Vincent A. D'Agostino, Esq.
Eric H. Horn
Kenneth A. Rosen, Esq.
Jeffrey Prol, Esq.
Michael S. Etkin, Esq.
S. Jason Teele, Esq.
LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey  07068

Madlyn Gleich Primoff, Esq.
Scott D. Talmadge, Esq.
Lauren Attard, Esq.
Margot B. Schonholtz
Ana M. Alfonso
KAYE SCHOLER LLP
425 Park Avenue
New York, New York  10022

Ana M. Alfonso, Esq.
Bank of America, N.A.
c/o KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022

Bank of Montreal
Floor 12 West
111 West Monroe Street
Chicago, IL  60603

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Henry W. Simon, Jr.
BARLOW GARSEK & SIMON, LLP
3815 Lisbon Street
Fort Worth, Texas  76107

Daniel J. Flanigan
BATS Holdings, Inc.
c/o POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
7 Penn Plaza, Suite 600
New York, NY  10001

Daniel J. Flanigan
EHMD, LLC
c/o POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
700 W. 47th Street, Suite 1000
Kansas City, MO  64112

James E. Bird
POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
700 W. 47th Street, Suite 1000
Kansas City, Missouri  64112

Beverly Weiss Manne, Esquire
Bradley S. Tupi, Esquire
Michael A. Shiner, Esquire
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA  15222

Jeffrey S. Sabin
Robert M. Dombroff
Steven Wilamowsky
Deutsche Bank Securities Inc.
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY  10022-4689

Ronald J. Silverman
Joshua Dorchak
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY  10022-4689

P. Sabin Willett
Deutsche Bank Securities Inc.
BINGHAM McCUTCHEN LLP
One Federal Street
Boston, MA  02110-1726

Mark W. Deveno
P. Sabin Willett
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT  06103

J. Cory Falgowski, Esquire
Kurt F. Gwynne, Esq.
IKON Office Solutions, Inc. & IKON Financial Services
c/o REED SMITH LLP
1201 Market Street, Suite 1500
Wilmington, DE  19801

Luma Al-Shibib
Paul A Rachmuth, Esq
REED SMITH LLP
599 Lexington Avenue , 30th Floor
New York, New York  10022

Eric A. Schaffer
BNY Corporate Trustee Services Limited
c/o REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Michael J. Venditto
BNY Corporate Trustee Services Limited
c/o REED SMITH LLP
599 Lexington Avenue
New York, NY  10022

Monica Lawless
Brookfield Properties One WFC Co. LLC
Three World Financial Center
200 Vesey Street
New York, NY  10281-1021

Donald K. Ludman, Esquire
Business Objects Americas
c/o BROWN & CONNERY, LLP
6 N. Broad St., Suite 100
Woodbury, NJ  08096

Donald K. Ludman, Esquire
Frictionless Commerce, Inc.
c/o BROWN & CONNERY, LLP
6 N. Broad St., Suite 100
Woodbury, NJ  08096

Bruce Bennett
Michael A. Morris
Joshua D. Morse
HENNINGAN, BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, California  90017

Bradford E. Dempsey
HOLME ROBERTS & OWEN LLP
1700 Lincoln St., Ste. 4100
Denver, CO  80203

Joel H. Levitin
Stephen J. Gordon
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York  10005

Carey D. Schreiber, Esq.
Capgemini Financial Services USA, Inc.
c/o WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166

Daniel J. McGuire Esq.
Myja K. Kjaer, Esq.
Capgemini Financial Services USA, Inc.
c/o WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, ILL  60601

Carlton Willard Homes, Inc.
100 Old Billerica Road
Bedford, MA  01730

Carren Shulman, Esq.
Russell Reid, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 24th Floor
New York, New York  10112

Andrea Sheehan, Esq.
CARROLLTON-FARMERS BRANCH ISD
Law Offices of Robert E. Luna, P.C.
4411 N. Central Expressway
Dallas, Texas  75205

CB RICHARD ELLIS, INC.
200 Park Avenue, 17th floor
New York, New York  10166

Charles J. Filardi, Jr.
FILARDI LAW OFFICES LLC
65 Trumbull Street
Second Floor
New Haven, CT   06510

Steven D. Ginsburg, Esq.
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134

Charles M. Tatelbaum, Esq.
ADORNO & YOSS LLP
350 E. Las Olas Blvd., Suite 1700
Ft. Lauderdale, FL  33301

Charles R. Ekberg
LANE POWELL PC
1420 Fifth Avenue, Suite 4100
Seattle, WA  98101-2338

Christopher R. Belmonte, Esq.
Pamela A. Bosswick, Esq.
Abigail Snow, Esq.
Timothy T. Brock, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue
New York, New York  10169

Christopher R. Donoho III
Robin E. Keller, Esq.
LOVELLS LLP
590 Madison Avenue
New York, NY  10022

Deryck A. Palmer, Esq.
John J. Rapisardi, Esq.
George A. Davis, Esq.
Citigroup Inc.
c/o CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281

Gary D. Ticoll, Esq.
Ellen M. Halstead, Esq.
Hanh V. Huynh, Esq.
Howard R. Hawkins, Jr., Esq.
Jason Jurgens, Esq.
Israel Dahan, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York  10281

Mark C. Ellenberg, Esq.
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street N.W., Suite 1100
Washington, DC  20004

Claude Montgomery, Esq.
Salans
620 Fifth Avenue
New York, New York  10020

Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq
James L. Bromley, Esq.
Sean A. O'Neal, Esq.
Thomas J. Moloney, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006

Andrew Brozman, Esq.
Sara M. Tapinekis, Esq.
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY  10019-6131

Laurence May, Esq.
John H. Drucker, Esq.
COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
900 Third Avenue, 16th Floor
New York, NY  10022

Collins Building Services, Inc.
Court Square Place
24-01 44th Road
Long Island City, NY  11101

Ethan Schwartz
Contrarian Capital Management, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT  06830

Amanda Raboy
Michael B. Hopkins
Dianne F. Coffino
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, New York  10018

Credit Suisse
11 Madison Avenue
New York, NY  10010

Daniel B. Besikof, Esq.
Vadim J. Rubinstein, Esq.
Walter H. Curchack, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, NY  10154

Darryl S. Laddin
Frank N. White
ARNALL GOLDEN GREGORY LLP
171 17th Street NW, Suite 2100
Atlanta, Georgia  30363-1031

David B. Wheeler, Esquire
MOORE & VAN ALLEN PLLC
40 Calhoun Street, Suite 300
Post Office Box 22828
Charleston, SC  29413-2828

David I. Swan
Kenneth M. Misken
MCGUIRE WOODS LLP
1750 Tysons Blvd.
Suite 1800
McLean, VA  22102

Dion W. Hayes
McGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219

Patrick L. Hayden
McGUIRE WOODS LLP
1345 Avenue of the Americas, Seventh Floor
New York, NY  10105

David M. Bennett
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas  75201-2533

Ira L. Herman
Demetra L. Liggins
THOMPSON & KNIGHT LLP
919 Third Avenue, 39th Floor
New York, NY  10022-3915

Rhett G. Campbell
Mitchell E. Ayer
THOMPSON & KNIGHT LLP
333 Clay Street, Suite 3300
Houston, TX  77002-4499

David N. Ravin, Esq.
Robert E. Nies, Esq.
WOLFF & SAMSON PC
The Offices At Crystal Lake
One Boland Drive
West Orange, NJ  07052

David R. Stickney, Esq.
John P. Sean Coffey, Esq.
BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

David S. Heller
J. Douglas Bacon
LATHAM & WATKINS LLP
233 South Wacker Dr., Ste. 5800
Chicago, IL  60606

Keith A. Simon
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022

Peter M. Gilhuly
NetApp, Inc.
c/o LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA  90071-1560

Peter M. Gilhuly
Asurion Corporation
c/o LATHAM & WATKINS LLP
355 South Grand Ave.
Los Angeles, CA  90071-1560

Delaware Management Holdings, Inc.
c/o STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103

Mark J. Dorval, Esquire
Michael J. Cordone, Esquire
Paul A. Patterson, Esquire
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005

Paul Aronzon
Gregory A. Bray
MILBANK, TWEED, HADLEY & McCLOY LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017

Amanda Darwin
Deutsche Bank Trust Company Americas
c/o NIXON PEABODY LLP
100 Summer Street
Boston MA  02110

Christopher M. Desiderio
Dennis J. Drebsky
NIXON PEABODY, LLP
100 Summer Street
Boston, MA  02110

Dirk S. Roberts, Deputy Chief Counsel, Litigation
Office of Thrift Supervision
1700 G. Street, N.W.
Washington, D.C. 20552

Gregory O. Kaden, Esq.
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Douglas B. Rosner, Esq.
Interactive Data Corporation
c/o GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, MA 02110-3333

Douglas S. Heffer
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016-1314

Joanne Lee
Trading Technologies International, Inc.
c/o FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654

Dov Kleiner, Esq.
VINSON & ELKINS LLP
666 Fifth Avenue, 26th Floor
New York, New York 10103

Thomas R. Slome
Dresdner Kleinwort Group Holdings LLC
c/o MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
PO Box 9194
Garden City, New York 11530

Alan E. Marder, Esq.
Jil Mazer-Marino, Esq.
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
990 Stewart Avenue, Suite 300
Garden City, New York 11530

Duncan E. Barber
Steven T. Mulligan
BIEGING SHAPIRO & BURRUS LLP
4582 South Ulster Street Parkway, Suite 1650
Denver, Colorado 80237

Edward J. LoBello, Esq.
BLANK ROME LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Eliot Cohen
Russell Investments
909 A Street
Tacoma, Washington  98402-5120

Elizabeth L. Rose, Esq.
HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, New York  10016

Andrew C. Gold
AEW Capital Management, LP and Lyon Capital Venture
c/o HERRICK, FEINSTEIN LLP
Two Park Avenue
New York, NY  10016

Elizabeth Page Smith, Esq.
Martin J. Bienenstock, Esq.
Judy G.Z Liu, Esq.
Timothy Q. Karcher, Esq.
P. Bruce Wright, Esq.
Sarah L. Trum, Esq.
William C. Heuer, Esq.
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY  10019

Ellen A. Friedman, Esq.
FRIEDMAN DUMAS & SPRINGWATER LLP
150 Spear Street, Suite 1600
San Francisco, CA  94105

Edward P. Zujkowski, Esq.
EMMET, MARVIN & MARTIN, LLP
120 Broadway
New York, New York  10271

Jonathan H. Beemer
Johnston de F. Whitman, Jr
Andrew J. Entwistle
Joshua K. Porte
ENTWISTLE & CAPPUCCI LLP
280 Park Avenue, 26th Floor West
New York, New York  10017

Eric B. Fisher, Esq.
Robert Sidorsky, Esq.
BUTZEL LONG
380 Madison Avenue, 22nd Floor
New York, New York  10017

Kenneth A. Reynolds, Esq.
MCBREEN & KOPKO
500 North Broadway, Suite 129
Jericho, New York

Executive Fliteways, Inc.
c/o MCBREEN & KOPKO
500 North Broadway, Suite 129
Jericho, New York  11753

Darrell W. Clark, Esq.
Exegy Incorporated
c/o STINSON MORRISON HECKER LLP
1150 18th Street, NW, Suite 800
Washington, DC  20036-3816

William B. Seligstein, Performance & Planning Analyst
Federal Express Corporation
3965 Airways Blvd., Module G 3rd Fl.
Memphis, Tennessee  38116

Shari D. Leventhal, Assistant General Counsel and Senior Vice President
Federal Reserve Bank of New York
33 Liberty Street
New York, NY  10045-0001

Frank F. McGinn, Esq.
Iron Mountain Information Management, Inc.
c/o BARTLETT HACKETT FEINBERG P.C.
155 Federal Street, 9th Floor
Boston, MA  02110

Roger G. Jones
Austin L. McMullen
Franklin American Mortgage Company
c/o BOULT, CUMMINGS, CONNERS & BERRY, PLC
1600 Division Street, Suite 700
Nashville, TN  37203

Frederick B. Polak, Esq.
POST, POLAK, GOODSEL, MACNEILL & STRAUCHLER, P.A.
575 Madison Avenue
New York, New York  10022

Brian W. Bisignani, Esquire
POST & SCHELL, P.C.
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101-1601

Frederick Black
Tara B. Annweiler
GREER, HERZ & ADAMS, LLP
One Moody Plaza, 18th Floor
Galveston, Texas  77550

Harvey A. Strickon
General Electric Capital Corporation
c/o PAUL, HASTINGS, JANOFSKY & WALKER LL
75 East 55th Street
New York, NY  10022-3205

George Kielman
Litigation Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive, MS202
McLean, Virginia  22102

George Rosenberg
Arapahoe County Attorney's Office
5334 S. Prince Street
Littleton, CO  80166

Christopher Giaimo
Georgetown University
c/o ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036

Robert M. Hirsh
George P. Angelich
ARENT FOX LLP
1675 Broadway
New York, New York  10019

David N. Crapo, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey  07102-5310

Glenn E. Siegel
Donald M. Badaczewski
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036

John W. Weiss, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY  10166

Guy B. Moss, Esq.
Alan L. Braunstein, Esq.
Alexander G. Rheaume, Esq.
RIEMER & BRAUNSTEIN LLP
Three Center Plaza
Boston, Massachusetts  02108

Ira S. Greene
Dena C. Kaufman
HOGAN & HARTSON LLP.
875 Third Avenue
New York, NY  10022

Howard J. Weg, Esq.
David B. Shemano, Esq.
PEITZMAN, WEG & KEMPINSKY LLP
10100 Santa Monica Blvd., Suite 1450
Los Angeles, CA  90067

Howard S. Beltzer, Esq.
Neil E. Herman, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York  10178

Howard S. Steel, Esq.
James S. Carr, Esq
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York  10178

HSBC Realty Credit Corporation(USA)
1441 Brickell Avenue, 16th Floor
Miami, FL  33131

Deborah Kovsky-Apap, Esq.
ING BANK, FSB
c/o PEPPER HAMILTON LLP
100 Renaissance Center, Suite 3600
Detroit, MI  48243-7926

Kay Standridge Kress
PEPPER HAMILTON LLP
100 Renaissance Center,Suite 3600
Detroit, MI  48243-1157

Cory L. Weiss, Esq.
50 Broadway Realty Corp
c/o INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI LLP;
250 Park Avenue
New York, New York  10177

J. Fred Berg, Jr., Esq.
RUSSIN, VECCHI, BERG & BERNSTEIN LLP
380 Lexington Avenue, Suite 1518
New York, NY  10168

J.R. Smith
Jason W. Harbour
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia  23219

Scott H. Bernstein
Peter S. Partee, Sr.
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York  10166

Michelle A. Mendez
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas  75202

Susheel Kirpalani, Esq.
Scott C. Shelley, Esq.
James C. Tecce, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES,LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010

Michael Rosenthal, Esq.
Janet M. Weiss, Esq.
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York  10166-0193

Jason Siner
3508 Palais Terrace
Lake Worth, FL  33449-8063

Jeffrey Kurtzman, Esq.
KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP
260 S. Broad Street
Philadelphia, PA  19102

Rosanne Thomas Matzat, Esq.
Jeffrey L. Schwartz, Esq.
Joseph Orbach, Esq.
HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York  10022

Lee D. Powar, Esq.
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, OH  44114

Jeremy D. Eiden, Esq.
Office of the Minnesota Attorney General
445 Minnesota Street, Suite 900
St. Paul, Minnesota  55101-2127

Joan S. Huh
Paul J. Pascuzzi
Steven H. Felderstein
FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814

Joanne K. Lipson
The Central Puget Sound Regional Transit Authority
c/o CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA  98101

J. Todd Tracy
CROCKER KUNO PLLC
720 Olive Way, Suite 1000
Seattle, WA  98101

John A. Kehoe, Esq.
Benjamin J. Hinerfeld, Esq.
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA  19087

John D. Lovi, Esq.
Lara E. Romansic, Esq.
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, NY  10019

Robert L. Itkin, Esq.
Katherine C. Piper, Esq.
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California  90067

John E. Jureller, Jr.
KLESTADT & WINTERS, LLP
292 Madison Avenue, 17th Floor
New York, NY  10017

John F. Carberry, Esq.
CUMMINGS & LOCKWOOD LLC
Six Landmark Square
Stamford, CT 06901

John J. Monaghan, Esq.
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116

Peter A. Zisser, Esq.
Monument Realty LLC
c/o HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189

Sandra E. Mayerson, Esq.
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY  10007-3189

John R. Ashmead, Esq.
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York  10004

John Sosnowski
The Seaport Group LLC
360 Madison Avenue, 22nd Floor
New York, NY  10017

Joseph E. Shickich, Jr.
Microsoft Corporation/Licensing, GP
c/o RIDDELL WILLIAMS P.S.
1001 4th Avenue, Suite 4500
Seattle, WA  98154-1192

Joseph Scordato, Esq.
Dresdner Bank, A.G.
1301 Ave. of the Americas
New York, NY 10019

Julie A. Manning, Esq.
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT  06103

Katharine L. Mayer, Esq.
William F. Taylor, Jr., Esq
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street
Wilmington, DE  19801

Eduardo J. Glas, Esq.
MCCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4096

Occidental Energy Marketing, Inc.
c/o MCCARTER & ENGLISH, LLP
P.O. Box 652
Newark, NJ  07101-0652

Steven H. Newman, Esq.
KATSKY KORINS LLP
605 Third Avenue, 16th Floor
New York, New York  10158

Kevin M. Lippman
MUNSCH HARDT KOPF & HARR, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX  75201-6659

Russell L. Munsch
MUNSCH HARDT KOPF & HARR, P.C.
One American Center
600 Congress Avenue, Suite 2900
Austin, TX  78701-3057

Koji Nomura, Joint General Manager
Financial Institutions Division
Aozora Bank, Ltd.
1-3-1 Kudan Minami
Chiyoda-Ku Tokyo,  102-8660

Korea Investment & Securities Co., LTD.
27-1, Yoido-dong, Youngdungpo-gu
Seoul, 150-745, Korea

Thomas Moers Mayer, Esq.
Philip Bentley, Esq.
Gordon Z. Novod, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York  10036

Gabriel Del Virginia, Esq.
Law Offices of Gabriel Del Virginia
641 Lexington Avenue-21st Floor,
New York, New York  10022.

Legal Department
QVT Financial LP
1177 Avenue of the Americas, 9th Floor
New York NY  10036

Linda Boyle
Time Warner Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, CO  80124

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, Texas  78760

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Marc Chait
Standard Chartered Bank
1 Madison Avenue, 3rd Floor
New York, N.Y.  10010

Margolis Edelstein
750 Shipyard Drive, Suite 102
Wilmington, Delaware  19801

Mark A. Speiser
Sherry J. Millman
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York  10038

Martin Jefferson Davis, Senior Trail Attorney
Office of Thrift Supervision, NE Region
Harborside Financial Center, Plaza Five
Jersey City, NJ  07311

My Chi To
Maureen Cronin
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York  10022

Meredith A. Lahaie
Philip C. Dublin
Michael S. Stamer
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524

Michael J. McGinnis, Sr. Attorney
El Paso Corporation
1001 Louisiana, Suite E1943A
Houston, TX  77002

Michael L. Schleich, Esq.
Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102

Michael P. Murphy, County Counsel
County of San Mateo
400 County Center
Redwood, CA  94063-1662

Michael R. Dal Lago, Esq.
MORRISON COHEN LLP
909 Third Avenue
New York, New York 10022

Karen Ostad, Esq.
Todd M. Goren, Esq.
Brett H. Miller, Esq.
Jordan A. Wishnew, Esq.
John A. Pinatarelli, Esq.
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York  10104

Steven A. Ginther
Bankruptcy Unit
Missouri Department of Revenue
P.O. Box 475,
Jefferson City, MO  65105-0475

Richard L. Gold, Esq.
MORELLI & GOLD LLP
The Chanin Building - Suite 4400
380 Lexington Avenue
New York, NY  10168

Mr. Ken Higman, Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave., Suite 400
Anaheim, CA 92806

Ms. Anne Marie Kennelly, Corporate Counsel
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Ms. Ramona Neal, Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd., Mailstop 314
Bosie, ID 83714-0021

Neal S. Mann, Assistant Attorney General
120 Broadway - 24th Floor
New York, New York 10271

Susan M. Schultz, Group Deputy General Counsel
Newedge USA, LLC
550 West Jackson Blvd, Suite 500
Chicago, IL 60661

Gregory Vadasdi
Newstart Factors, Inc.
2 Stamford Plaza - Suite 1501
281 Tresser Boulevard
Stamford, Connecticut 06901

Investment Department
Nissin Fire & Marine Insurance Co., Ltd.
3 Kanda-Surugadai 2 Chome
Chiyada-ku, Tokyo 101-8329
Japan

Penny Tehrani
Nomura Holding America, Inc.
Two World Financial Center
Building B, 22nd Floor
New York, NY 10281

Matthew A. Cantor, Esq.
Normandy Hill Capital, L.P.
150 East 52nd Street, 10th Floor
New York, NY 10022

Assistant AG Jeremy D. Eiden
Attnys for MN State Board of Investment
c/o Office of the Minnesota Attorney General
445 Minnesota Street, Ste 900
St. Paul, MN 55101-2127

Lorraine S. McGowen, Esq.
Raniero D'Aversa, Jr., Esq.
Courtney M. Rogers, Esq.
Rizal Commercial Banking Corporation
c/o ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103-0001

Kathleen A. Orr, Esq.
Roger Frankel, Esq.
Richard H. Wyron, Esq.
Jonathan P. Guy, Esq.
Debra L. Felder, Esq.
Rizal Commercial Banking Corporation
c/o ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street, N.W.
Washington, DC 20005-1706

William M. Silverman, Esq.
Peter Feldman, Esq.
OTTERBOURG, STEINDER, HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, New York 10169-0075

Eugene Chang
Overstock.com, Inc.
c/o STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

Pamela Cocalas Wirt, Assistant General Counsel
First Trust Portfolios L.P.
120 E. Liberty Drive, Suite 400
Wheaton, Illinois 60187

Stephanie Wickouski
Parsec Trading Corp.
c/o DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116

Kristin K. Going
Parsec Trading Corp.
c/o DRINKER BIDDLE & REATH LLP
1500 K. St., NW - Suite 1100
Washington, DC 20005-1209

Douglas J. McGill, Esq.
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932-1047

David W. Dykhouse
Brian P. Guiney
Asbury Atlantic, Inc. & Asbury-Solomons, Inc.
c/o PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York  10036-6710

Peter A. Chapman
Bankruptcy Creditors' Service, Inc.
572 Fernwood Lane
Fairless Hills, PA  19030

Philip John Nichols
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Evan C. Hollander, Esq.
Tiger Asia Fund, L.P. & Overseas Fund, Ltd.
c/o WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036

Aileen Venes
Thomas E. MacWright Jr.
WHITE & CASE LLP, Suite 4900
Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131

PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5443

David A. Crichlow, Esq.
PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York  10036-4039

Sydney G. Platzer, Esq.
East 46th Borrower, LLC
c/o PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG &
JASLOW, LLP
1065 Avenue of the Americas, 18th Floor
New York, New York  10018

Sydney G. Platzer, Esq.
Hale Avenue Borrower, LLC
c/o PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG &
JASLOW, LLP
1065 Avenue of the Americas, 18th Floor
New York, New York  10018

Sydney G. Platzer, Esq.
250 East Borrower, LLC
c/o PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDBERG &
JASLOW, LLP
1065 Avenue of the Americas, 18th Floor
New York, New York  10018

Jeffrey W. Levitan
PROSKAUER ROSE, LLP
1585 Broadway
New York, NY  10036-8299

Robert M. Fleischer
Mark R. Jacobs
PRYOR CASHMAN LLP
410 Park Avenue
New York, New York  10022

Lisa Roberts
Pursuit Capital Partners Master (Cayman) Ltd.
Pursuit Opportunity Fund I Master Ltd.
Pursuit Partners
333 Ludlow Street, North Tower, 4th Floor
Stamford, CT 06902

Michael J. Edelman, Esq.
Pursuit Opportunity Fund I Master Ltd.
c/o VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York  10019

Erin Zavalkoff-Babej, Esq.
VEDDER PRICE P.C.
1633 Broadway, 47th Floor
New York, New York  10019

VEDDER PRICE P.C.
222 N. LaSalle Street
Chicago, Illinois  60601-1003

Barry J. Roy
Jonathan I. Rabinowitz
RABINOWITZ, LUBETKIN & TULLY, L.L.C.
293 Eisenhower Parkway, Suite 100
Livingston, NJ 07039

Richard J. Stahl, Esq.
STAHL ZELOE, P.C.
11350 Random Hills Road, Suite 700
Fairfax, Virginia  22030

Richard L. Gold, LLP
380 Lexington Avenue, Suite 4400
New York, NY  10168

Richard L. Wynne, Esq.
KIRKLAND & ELLIS LLP
777 South Figueroa Street, 37th Floor
Los Angeles, California 90017

Richard Levin, Esquire
Robert H. Trust, Esquire
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Timothy W. Brink
Matthew T. Klepper
River Capital Advisors, Inc.
c/o DLA Piper LLP (US)
203 N. LaSalle Street, Suite 1900
Chicago, Illinois 60601

Robert L. Holladay, Jr.
YOUNG WILLIAMS P.A.
P.O. Box 23059
210 E. Capitol St., Ste 2000
Jackson, MS 39225-3059

Robert M. Fleischer
Mark R. Jacobs
David C. Rose
410 Park Avenue
New York, New York 10022

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia 23103

Sally McDonald Henry
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

SBA Communications Corporation
5900 Broken Sound Parkway NW
Boca Raton, FL 33487

Shawn M. Christianson, Esq.
BUCHALTER NEMER
333 Market Street, 25th Floor
San Francisco, California 94105-2126

Vollers Excavating & Construction, Inc.
c/o SHEAK & KORZUN, PC
1 Washington Crossing Road
Pennington, NJ 08534

James L. Garrity, Jr., Esq.
Ned S. Schodek, Esq.
Fredric Sosnick, Esq
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022

Ann Reynaud
Shell Energy North America (US),L.P.
909 Fannin, Plaza Level 1
Houston, TX 77010

Jennifer Gore
Shell Trading (US) Company
910 Fannin, Plaza Level 1
Houston, TX 77010

James H. Shenwick
SHENWICK & ASSOCIATES
655 Third Avenue, 20th Floor
New York, New York 10017

Singapore Airlines, Limited
08-D Airline House
25 Airline House
Singapore 819820

Stephanie Thomas, Assistant Chief Counsel
Sara B. Eagle, Esq.
Colin B. Albaugh, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005

Stephen D. Lerner
SQUIRE, SANDERS & DEMPSEY L.L.P.
221 E. Fourth Street, Suite 2900
Cincinnati, Ohio 45202

Steven E. Fineman, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017-2024

Steven T. Gubner, Esq.
Corey R. Weber, Esq.
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Alec P. Ostrow
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022

Susan Minehan, Senior Counsel
Aozora Bank, Ltd.
1-3-1 Kudan Minami
Chiyoda-Ku Tokyo,  102-8660

Mark D. Sherrill
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004

Paul B. Turner
SUTHERLAND ASBILL & BRENNAN LLP
Two Houston Center
919 Fannin, Suite 2200
Houston, Texas  77010

Tennessee Department of Revenue
c/oTN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, Tennessee  37202-0207

Monique L. Morreale, Esq.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
1251 Avenue of the Americas
New York, NY  10020-1104

Timothy F. Nixon, Esq.
Jennifer B. Herzog, Esq.
GODFREY & KAHN, S.C.
780 North Water Street
Milwaukee, WI   53202

Gregory B. Schiller, Esq.
Triple Point Technology, Inc.
c/o ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, Connecticut  06605

Hollace T. Cohen, Esq.
Paul H. Deutch, Esq.
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174

True Friend 4th Securitization Specialty Co., LTD.
27-1, Yoido-dong, Youngdungpo-gu
Seoul, 150-745, Korea

U.S. Bank National Association
Mail Station EP-MN-WSID
60 Livingston Avenue
St. Paul, MN  55107

Edward A. Smith, Esq.
VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 25th Floor
New York, New York  10020

Walter Benzija, Esq.
Julie D. Dyas, Esq.
HALPERIN BATTAGLIA RAICHT, LLP
555 Madison Avenue, 9th Floor
New York, New York  10022

Mark Abrams, Esq.
Benito Romano, Esq.
Shelley Chapman, Esq.
Dan C. Kozusko, Esq.
Roger Netzer, Esq.
WILLKIE FAR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099

James J. McGinley
Wilmington Trust Company
520 Madison Avenue, 33rd Floor
New York, New York,  10022

Julie J. Becker
Wilmington Trust FSB
8400 Normandale Lake Blvd., Suite 925
Bloomington, Minnesota  55437

The Bank of New York Mellon
Dewey & Leboeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212.259.8000
Facsimile: 212.259.6333
Martin J. Bienenstock, Esq.
Judy G.Z. Liu, Esq.
Timothy Q. Karcher, Esq.

Factiva
Ira M. Levee
Lowenstein Sandler Pc
1251 Avenue of the Americas, 18th Floor
New York, New York 10020

Factiva
Ira M. Levee
Lowenstein Sandler Pc
65 Livingston Avenue
Roseland, New Jersey 07068

Salem Five Cents Savings Bank
Guy B. Moss, Esq.
Alan L. Braunstein, Esq.
Alexander G. Rheaume, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, Massachusetts 02108

Telecom Italia Capital S.A.
Orrick Herrington & Sutcliffe Llp
666 Fifth Avenue
New York, NY 10103-0001
Attention: Raniero D'Aversa, Jr., Esq.
Courtney M. Rogers, Esq.