K&L GATES LLP
Jeffrey N. Rich, Esq.
Kristin S. Elliott, Esq.
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for USAA High-Yield Opportunities Fund

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-13555 (JMP)
                                            :
                                            :    (Jointly Administered)
                          Debtors.          :
                                            :    **AFFIDAVIT OF SERVICE**
----------------------------------------------------------------------x

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

    Elaine Fera, being duly sworn, deposes and says:

    1.    I am an employee of the firm of K&L Gates Ellis LLP, am over 18 years of age and am not a party to this action.

    2.    On November 26, 2008, I served a true copy of the Objection of USAA High-Yield Opportunities Fund to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations by Federal Express priority overnight mail upon the parties on the attached service list by placing same in a properly addressed Federal Express priority overnight envelope and depositing said envelope in Office Services on the 34th Floor at 599 Lexington Avenue, New York, New York

NY-650817-v1

2

which is the designated location for pickup by the Federal Express Corporation for next business day delivery.

/s/ Elaine Fera
Elaine Fera

Sworn to before me this
1st day of December, 2008

/s/ Nathanael F. Meyers
Notary Public
NATHANAEL F. MEYERS
Notary Public, State of New York
No. 01ME5057476
Qualified in New York County
Commission Expires March 25, 2010

2

| | |
|---|---|
| Honorable James M. Peck<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY  10004 | Jacqueline Marcus, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153 |
| Andy Velez-Rivera, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |