WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife
Robert J. Lemons

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                  :

**In re**                               :       **Chapter 11 Case No.**
                                  :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :      **08-13555 (JMP)**
                                  :

               **Debtors.**        :       **(Jointly Administered)**
                                  :
                                  :
-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT**
**OF DEBTORS' MOTION FOR AN ORDER**
**PURSUANT TO SECTIONS 105 AND 365**
**OF THE BANKRUPTCY CODE TO ESTABLISH**
**PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION**
**AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS**

**PLEASE TAKE NOTICE** that the hearing on relief requested in the Debtors'

Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish

Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative

Contracts [Docket No. 1498] (the "Motion"), which was scheduled for December 3, 2008, at

10:00 a.m., **has been adjourned to December 16, 2008 at 10:00 a.m.,** or as soon thereafter as

counsel may be heard.  The hearing on the Motion will be held before the Honorable James M.

Peck, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green,

New York, New York, Room 601, and such hearing on the Motion may be further adjourned

from time to time without further notice other than an announcement at the hearing.

Dated:  December 1, 2008
        New York, New York

/s/ Robert J. Lemons
Lori R. Fife
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Telephone:  (212) 696-6000
Facsimile:  (212) 697-1559
Steven J. Reisman
L. P. Harrison 3rd

Attorneys for Debtors
and Debtors in Possession