SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Sally McDonald Henry

Attorneys for BlackRock Financial
Management, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC. | : | Case No. 08-13555 (JMP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

I, John C. Murphy, hereby certify that:

    1. I am over 18 years of age, and reside in Nassau County, New York.

    2. On November 28, 2008, I caused to be served a true and correct copy of the ***Objection of BlackRock Financial Management, Inc. to the Debtors' Motion For an Order Pursuant To Section 365 of The Bankruptcy Code Approving The Assumption Or Rejection of Open Trade Confirmations [DI.#1912],*** filed today in the above-captioned proceeding, on the parties listed on the attached Exhibit A Service List by Federal Express courier.

                                  **Skadden, Arps, Slate, Meagher**
                                  **& Flom LLP**

                                  By: */s/ John C. Murphy*
                                  John C. Murphy
                                  Legal Assistant

**Sworn to before me this**
**28th day of November, 2008.**

 ***/s/ Helen B. Kaplan***
NOTARY PUBLIC, State of New York
No. 01KA5009026
Qualified in Kings County
Commission Expires March 8, 2011

# EXHIBIT A
# SERVICE LIST

**United States Bankruptcy Court**
**for the Southern District of New York**
One Bowling Green
New York, NY 10004
Attn: The Chambers of the Hon. James M. Peck

**Weil Gotshal & Manges LLP**
767 Fifth Avenue
New York, New York 10153
Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq.,
 Shai Y. Waisman, Esq., Jacqueline Marcus, Esq.

**The Office of the United States Trustee**
**for the Southern District of New York**
33 Whitehall Street 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg,
 Brian Masumoto, Linda Riffkin, Tracy Hope Davis

**Milbank, Tweed, Hadley & McCloy LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
 Evan Fleck, Esq.

**Cleary Gotliebb LLP**
One Liberty Plaza
New York, NY 10006
Attn: Lindsee P. Granfield, Esq., Lisa Schweiger, Esq.

**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq., Hydee R. Feldstein, Esq.

**Richards Kibbe & Orbe LLP**
One Financial Center
New York, NY 10281
Neil S. Binder, Esq.