**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| | :  Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | :  08-13555 (JMP) |
| | : |
| Debtors. | :  (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Paul A. Patterson, Michael J. Cordone and Mark J. Dorval, attorneys for Nationwide Fund Advisors ("Nationwide") hereby enter their appearance in the above-captioned case on behalf of Nationwide, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109 of Title 11 of the United States Code (the "Bankruptcy Code"), and demand that all notices given or required to be given and all papers served or required to be served in this case be delivered and served upon Nationwide at the addresses and numbers set forth below:

> A.  Paul A. Patterson, Esq.
> Michael J. Cordone, Esq.
> Mark J. Dorval, Esq.
> Stradley Ronon Stevens & Young, LLP
> 2600 One Commerce Square
> Philadelphia, PA  19103-7098
> Telephone:  (215) 564-8000
> Facsimile:  (215) 564-8120
> ppatterson@stradley.com
> mcordone@stradley.com

B # 864957 v.1

                  AND

B.      Eric E. Miller, Esq.
        SVP/General Counsel
        Nationwide Fund Advisors
        1200 River Road- Suite 1000
        Conshohocken, PA 19428
        Telephone (484) 530-1639
        Facsimile (484) 530-1323
        Millee12@nationwide.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all notices, papers and pleadings referred to in the above-referenced Federal Rules of Bankrupty Procedure, together with all orders and notices of applications, motions, petitions, pleadings, complaints or other documents, formal or informal, which, in any way, affect any of the above-captioned Debtors, their property or their cases.

**PLEASE TAKE FURTHER NOTICE** that Nationwide does not intend for this notice of appearance or any subsequent appearance, pleading, claim, or suit to constitute a waiver of any (1) right to have final orders in non-core matters entered only after de novo review by the District Court, (2) right to a trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) right to contest

service or any other matter, or (5) other rights, claims, actions, defenses, setoffs or recoupments to which Nationwide is or may be entitled.

STRADLEY RONON STEVENS & YOUNG, LLP

Dated: December 1, 2008         By: /s/ Mark J. Dorval
                                Mark J. Dorval, Esquire
                                Paul A. Patterson, Esquire
                                Michael J. Cordone, Esquire
                                Stradley Ronon Stevens & Young, LLP
                                2600 One Commerce Square
                                Philadelphia, PA 19103-7098
                                Telephone: (215) 564-8000
                                Fax: (215) 564-8120

                                *Attorneys for Nationwide Fund Advisors*

B # 864957 v.1