SILLS CUMMIS & GROSS P.C.
Simon Kimmelman, Esq.
Charles N. Panzer, Esq.
One Rockefeller Plaza
New York, New York  10020
Telephone: (212) 643-7000
Facsimile: (212) 643-6500

and

One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000
Facsimile: (973) 643-6500
cpanzer@sillscummis.com

*Attorneys for HFF I, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS, INC., <br><br> Debtors. | Chapter 11 <br> Case No.  08-13555(JMP) <br> (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, CHARLES N. PANZER, of full age, hereby certify that I am Of Counsel with Sills, Cummis & Gross, P.C., attorneys for HFF I, LLC in connection with the captioned action.  I further certify that on November 26, 2008, I electronically filed the following document and caused it to be served upon those parties receiving electronic notification by the Court:

> Limited Objection of HFF I, LLC to Debtors' Motion for an Order pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts.

1546585 v2

      I further certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                               */s/ Charles N. Panzer*  
                                                               CHARLES N. PANZER

Dated: December 1, 2008

1546585 v2