VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
Telephone: (212) 307-5500
Carollynn H.G. Callari

Attorneys For Danske Bank A/S, London Branch

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                       :
                                                             :    Chapter 11
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :
                                                             :    Case No. 08-13555 (JMP)
                        Debtors.                             :
                                                             :    Jointly Administered
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, CAROLLYNN H.G. CALLARI, hereby certify that on the 28th day of November, 2008, a copy of Danske Bank A/S, London Branch's Objection to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivatives Contracts was served on the parties listed and by the means indicated on the attached Service List.

Dated: New York, New York
       November 28, 2008

*/s/ Carollynn H.G. Callari*
Carollynn H.G. Callari (CC-5804)

VENABLE LLP
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
Telephone: (212) 307-5500

Service List

<u>Via Facsimile</u>:

    Robert J. Lemons, Esq.
    Lori R. Fife, Esq.
    Weil Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, New York 10152
    Fax: (212) 310-8007
    *Attorneys for the Debtors*

    Steven J. Reisman, Esq.
    L.P. Harrison 3rd, Esq.
    Curtis, Mallet-Prevost, Colt & Moscle LLP
    101 Park Avenue
    New York, New York 10178
    Fax: (212) 697-1559
    *Conflicts counsel for the Debtors*

    Andrew D. Velez-Rivera, Esq.
    Paul Schwartzberg, Esq.
    Brian Masumoto, Esq.
    Linda Riffkin, Esq.
    Tracy Hope Davis, Esq.
    Office of the United States Trustee
    Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, New York 10004
    Fax: (212) 668-2255

    Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan Fleck, Esq.
    Milbank, Tweed, Hadley & McCloy LLP
    1 Chase Manhattan Plaza
    New York, New York 10005
    Fax: (212) 530-5219
    *Attorneys for the Official Committee of Unsecured Creditors*