**GIORDANO, HALLERAN & CIESLA, P.C.**
Mail to: P.O. Box 190, Middletown, N.J. 07748
Deliver to 125 Half Mile Road, Suite 300, Red Bank, N.J. 07701
Phone: (732) 741-3900
Fax: (732) 224-6599
Attorneys for South Jersey Hospital, Inc.
By: Donald F. Campbell, Jr., Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., ET AL. | CHAPTER 11<br><br>CASE NO.: 08-13555 (JMP)<br>(JOINTLY ADMINISTERED) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, DONALD F. CAMPBELL, JR., Esquire, a member in good standing of the bar in the State of New Jersey, the bar of the United States District Court for the District of New Jersey, request admission, *pro hac vice*, before this court to represent South Jersey Hospital, a creditor and claimant in the above-referenced case and any related adversary proceedings.

My address is c/o Giordano Halleran & Ciesla, P.C., P.O. Box 190, Middletown, New Jersey 07748. My email address is dcampbell@ghclaw.com.

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: December 1, 2008

                                              */s/ Donald F. Campbell, Jr.*
                                              **GIORDANO, HALLERAN & CIESLA, P.C.**
                                              Attorneys for South Jersey Hospital
                                              P.O. Box 190, Middletown, N.J. 07748