**GIORDANO, HALLERAN & CIESLA, P.C.**
Mail to: P.O. Box 190, Middletown, N.J. 07748
Deliver to 125 Half Mile Road, Suite 300, Red Bank, N.J. 07701
(732) 741-3900
Attorneys for South Jersey Hospital
By:  Donald F. Campbell, Jr., Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al. | CHAPTER 11<br><br>CASE NO.:  08-13555 (JMP)<br>(JOINTLY ADMINISTERED) |

## ORDER OF ADMISSION TO PRACTICE, PRO HAC VICE

Upon the Motion of DONALD F. CAMPBELL, JR., Esquire, a member in good standing of the bar in the State of New Jersey of *inter alia* the bar of the U.S. District Court of the District of New Jersey, having requested admission, *pro hac vice*, to represent South Jersey Hospital, Inc., a creditor and claimant in the above-referenced case and any related adversary proceedings.

ORDERED, that DONALD F. CAMPBELL, JR., Esquire, is admitted to practice, *pro hac vice*, in the above-referenced case and any related adversary proceedings, in the United States Bankruptcy Court, Southern District of New York subject to payment of the filing fee.

Dated:  December  ____, 2008

New York, New York

_____
Honorable James M. Peck
UNITED STATES BANKRUPTCY JUDGE