**GIORDANO, HALLERAN & CIESLA, P.C.**
Mail to: P.O. Box 190, Middletown, N.J. 07748
Deliver to 125 Half Mile Road, Suite 300, Red Bank, N.J. 07701
Phone: (732) 741-3900
Fax: (732) 224-6599
Attorneys for South Jersey Hospital, Inc.
By: Donald F. Campbell, Jr., Esq.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | CHAPTER 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., ET AL. | CASE NO.: 08-13555 (JMP) (JOINTLY ADMINISTERED) |

## CERTIFICATION OF SERVICE

The undersigned hereby certifies that on the date below, copies of the motion for admission *Pro Hac Vice* of Donald F. Campbell, Jr., Esq. were served upon all parties on the attached service list via first class mail.

          */s/ Donald F. Campbell, Jr.*
          **GIORDANO, HALLERAN & CIESLA, P.C.**
          Attorneys for South Jersey Hospital, Inc.
          P.O. Box 190, Middletown, N.J. 07748

December 1, 2008

| | |
|---|---|
| Creditors' Committee<br>c/o Dennis F. Dunne, Esquire<br>Luc A. Despins, Esquire<br>Wilbur F. Foster, Jr., Esquire<br>Milbank Tweed Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | SIPC Trustee<br>c/o James B. Kobak, Esquire<br>David Wiltenburg, Esquire<br>Jeff Margolin, Esquire<br>Hughes Hubbard & Reed, LLP<br>One Battery Park Plaza<br>New York, NY 10004 |
| LBHI<br>c/o Lori R. Fife, Esquire<br>Shai Y. Waisman, Esquire<br>Weil Gotshal & Manges, LLP<br>767 5th Avenue<br>New York, NY 10153-0119 | BCI<br>c/o Lindsee P. Granfield, Esquire<br>Lisa M. Schweitzer, Esquire<br>Cleary Gottlieb Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Tracy Hope Davis<br>Andrew D. Velez-Rivera<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 | Official Committee of Unsecured Creditors<br>c/o James Tecce, Esquire<br>Susheel Kirpalani, Esquire<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 |

2