UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                    :

In re                        :          Chapter 11 Case No.
                                    :

LEHMAN BROTHERS HOLDINGS, INC. *et al.*,    :          Case No. 08-13555 (JMP)
                                    :

        Debtors.             :          (Jointly Administered)
                                    :

-------------------------------------------------------------------------x

                                    Ref. Docket No. 1885

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

        REGINA AMPORFRO, being duly sworn, deposes and says:

        1.      I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.        On November 28, 2008, I caused to be served the "Objection Of The Walt Disney Company To Debtors' Motion  For Order Pursuant To Sections 105 And 365 Of The Bankruptcy Code Establishing Procedures For Settlement Or Assumption And Assignment Of Prepetition Derivative Contracts," dated November 28, 2008, [Docket No. 1885], by causing true and correct copies to be:

        a)  delivered by email to those parties listed on the attached Exhibit "A",

        b)  delivered by facsimile to those parties listed on the attached Exhibit "B", and

        c)  enclosed securely in separate postage-prepaid envelopes and delivered by first class mail to the parties listed on the attached Exhibit "C".

3.       All envelopes utilized in the service of the foregoing contained the following legend:  "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


/s/Regina Amporfro
Regina Amporfro

Sworn to before me this
1st day of December, 2008
/s/ Elli Petris
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
My Commission Expires October 22, 2011

**EXHIBIT A**

Email Addresses
aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
aentwistle@entwistle-law.com
agbankny@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
aisenberg@saul.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
anne.kennelly@hp.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
brad.dempsey@hro.com

brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
carter.hunter@arentfox.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
charles@filardi-law.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deborah.saltzman@dlapiper.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com

dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dwdykhouse@pbwt.com
eagle.sara@pbgc.gov
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eschaffer@reedsmith.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov
gbray@milbank.com

george.davis@cwt.com
giaimo.christopher@arentfox.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
jay@kleinsolomon.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com
jjureller@klestadt.com

jkehoe@sbtklaw.com
jketten@wilkie.com
jkurtzman@klehr.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
jmerva@fult.com
john.mcnicholas@dlapiper.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jschwartz@hahnhessen.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
judy.morse@crowedunlevy.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
karol.denniston@dlapiper.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
Klippman@munsch.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com

KReynolds@mklawnyc.com
kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
lberkoff@moritthock.com
lgranfield@cgsh.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
maofiling@cgsh.com
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@dl.com
mcademartori@sheppardmullin.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mitchell.ayer@tklaw.com
mitchell.epner@friedfrank.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com

mlahaie@akingump.com
mmendez@hunton.com
mmickey@mayerbrown.com
mmorreale@us.mufg.jp
mmurphy@co.sanmateo.ca.us
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mschimel@sju.edu
MSchleich@fraserstryker.com
mschonholtz@kayescholer.com
mshiner@tuckerlaw.com
mspeiser@stroock.com
mstamer@akingump.com
mvenditto@reedsmith.com
nbannon@tishmanspeyer.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
newyork@sec.gov
Nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
oipress@travelers.com
omeca.nedd@lovells.com
owllady@hughes.net
paronzon@milbank.com
paul.deutch@troutmansanders.com
paul.turner@sutherland.com
pbentley@kramerlevin.com
pbosswick@ssbb.com
pdublin@akingump.com
peter.gilhuly@lw.com
peter.simmons@friedfrank.com
peter.zisser@hklaw.com
peter@bankrupt.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pnichols@whitecase.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
prachmuth@reedsmith.com
pwirt@ftportfolios.com
pwright@dl.com
r.stahl@stahlzelloe.com
ramona.neal@hp.com
ranjit.mather@bnymellon.com
rdaversa@orrick.com
rfleischer@pryorcashman.com
rfrankel@orrick.com
rgmason@wlrk.com
rgraham@whitecase.com
rhett.campbell@tklaw.com

richard.lear@hklaw.com
ritkin@steptoe.com
RJones@BoultCummings.com
RLevin@cravath.com
rmatzat@hahnhessen.com
rmunsch@munsch.com
rnetzer@willkie.com
rnies@wolffsamson.com
robert.bailey@bnymellon.com
robert.dombroff@bingham.com
robert.henoch@kobrekim.com
Robert.Holladay@youngwilliams.com
robert.malone@dbr.com
Robert.yalen@usdoj.gov
roberts@pursuitpartners.com
Robin.Keller@Lovells.com
ronald.silverman@bingham.com
rreid@sheppardmullin.com
RTrust@cravath.com
Russj4478@aol.com
rwasserman@cftc.gov
rwynne@kirkland.com
rwyron@orrick.com
s.minehan@aozorabank.co.jp
sabin.willett@bingham.com
sagolden@hhlaw.com
Sally.Henry@skadden.com
sandra.mayerson@hklaw.com
Sara.Tapinekis@cliffordchance.com
schapman@willkie.com
schristianson@buchalter.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
sean@blbglaw.com
sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
SGross@HodgsonRuss.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
sheakkorzun@comcast.net
sheehan@txschoollaw.com
sidorsky@butzel.com
slerner@ssd.com
smillman@stroock.com
snewman@katskykorins.com
spiotto@chapman.com
splatzer@platzerlaw.com

sselbst@herrick.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
szuch@wiggin.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
TGoren@mofo.com
thomas.califano@dlapiper.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weguchi@orrick.com
weissjw@gtlaw.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

**EXHIBIT B**

| Name | Fax |
| --- | --- |
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ADORNO & YOSS LLP | ATTN: STEVEN D. GINSBURG, ESQ. 2525 PONCE DE LAON BLVD., SUITE 400 MIAMI FL 33134 |
| ADORNO & YOSS LLP | ATTN: CHARLES M. TATELBAUM, ESQ. 350 E. LAS OLAS BLVD, SUITE 1700 FORT LAUDERDALE FL 33301 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN MEREDITH A. LAHAIE ONE BRYANT PARK NEW YORK NY 10036 |
| ALLEN & OVERY LLP | ATTN: LISA KRAIDIN (COUNSEL TO BANK OF CHINA) 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALLEN & OVERY LLP | ATTN: KEN COLEMAN 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALLEN & OVERY LLP | ATTN: DANIEL GUYDER (COUNSEL TO AOZORA BANK, LTD.) 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ALLEN MATKINS LECK GAMBLE & MALLORY LLP | ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO 1900 MAIN STREET, 5TH FLOOR IRVINE CA 92614-7321 |
| AOZORA BANK, LTD. | ATTN: SUSAN MINEHAN, SENIOR COUNSEL 1-3-1 KUDAN MINAMI CHIYODA-KU TOKYO 102-8660 JP |
| AOZORA BANK, LTD. | ATTN: KOJI NOMURA, JOINT GENERAL MANAGER 1-3-1 KUDAN MINAMI CHIYODA-KU TOKYO 102-8660 JP |
| ARAPAHOE COUNTY ATTORNEY'S OFFICE | ATTN: GEORGE ROSENBURG, ASSISTANT COUNTY ATTY 5334 S. PRINCE STREET LITTLETON CO 80166 |
| ARENT FOX LLP | ATTN: ROBERT M HIRSH AND GEORGE P ANGELICH (COUNSEL TO THE VANGUARD GROUP, INC.) 1675 BROADWAY NEW YORK NY 10019 |
| ARENT FOX LLP | ATTN: HUNTER T. CARTER, ESQ. (COUNSEL TO GEORGETOWN UNIVERSITY) 1675 BROADWAY NEW YORK NY 10019 |
| ARENT FOX LLP | ATTN: CHRISTOPHER J. GIAIMO, ESQ. (COUNSEL TO GEORGETOWN UNIVERSITY) 1050 CONNECTICUT AVENUE, NW WASHINGTON DC 20036 |
| ARMSTRONG TEASDALE LLP | ATTN: STEVEN COUSINS & SUSAN EHLERS (COUNSEL TO AMEREN ET AL.) ONE METROPOLITAN SQUARE, SUITE 2600 SAINT LOUIS MO 63102-2720 |
| ARNALL GOLDEN GREGORY LLP | ATTN: DARRYL S. LADDIN AND FRANK N. WHITE 171 17TH STREET NW, SUITE 2100 ATLANTA GA 30363-1031 |
| ASSISTANT UNITED STATES ATTORNEY, SDNY | ATTN: ROBERT YALEN, ESQ. 86 CHAMBERS STREET, 3RD FLOOR NEW YORK NY 10007 |
| ATTORNEY GENERAL OF THE STATE OF NEW YORK | ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL 120 BROADWAY, 24TH FLOOR NEW YORK NY 10271 |
| BANKRUPTCY CREDITORS' SERVICE, INC. | ATTN: PETER A. CHAPMAN 572 FERNWOOD LANE FAIRLESS HILLS PA 19030 |
| BARTLETT HACKETT FEINBERG P.C. | ATTN: FRANK F. MCGINN (MASS. BBO# 564729) 155 FEDERAL STREET, 9TH FLOOR BOSTON MA 02110 |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO | ATTN: MICHAEL J. PUCILLO, WENDY H. ZOBERMAN AND ANNE F. O'BERRY 222 LAKEVIEW AVENUE, ESPERANTE BLDG., SUITE 900 WEST PALM BEACH FL 33401 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | ATTN: JOHN P. "SEAN" COFFEY, ESQ. 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP | ATTN: DAVID R. STICKNEY, ESQ. 12481 HIGH BLUFF DRIVE, SUITE 300 SAN DIEGO CA 92130 |
| BIEGING SHAPIRO & BURNS LLP | ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN 4582 SOUTH ULSTER STREET PARKWAY SUITE 1650 DENVER CO 80237 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND STEVEN WILAMOWSKY 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S.SABIN, ROBERT M. DOMBROFF AND STEVEN WILAMOWSKY 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND JOSHUA DORCHAK 399 PARK AVENUE NEW YORK NY 10022-4689 |
| BINGHAM MCCUTCHEN LLP | ATTN: MARK W. DEVENO (COUNSEL TO METROPOLITAN LIFE INSURANCE COMPANY) ONE STATE STREET HARTFORD CT 06103 |
| BINGHAM MCCUTCHEN LLP | ATTN: P. SABIN WILLETT ONE FEDERAL PLAZA BOSTON MA 02110-1726 |
| BLANK ROME LLP | ATTN EDWARD J LOBELLO ESQ, AS COUNSEL FOR THOMSON REUTERS PLC & THOMSON |

| Claim Name | Address Information |
|---|---|
| BLANK ROME LLP | REUTERS CORP THE CHRYSLER BUILDING, 405 LEXINGTON AVE NEW YORK NY 10174 |
| BOULT, CUMMINGS, CONNERS & BERRY, PLC | ATTN: AUSTIN L. MCMULLEN, ROGER G. JONES 1600 DIVISION STREET, SUITE 700 P.O. BOX 340025 NASHVILLE TN 37203 |
| BROOKFIELD PROPERTIES ONE WFC CO. LLC | ATTN: MONICA LAWLESS THREE WORLD FINANCIAL CENTER 200 VESEY STREET NEW YORK NY 10281-1021 |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ. (COUNSEL TO BUSINESS OBJECTS AMERICAS) 6 NORTH BROAD STREET, SUITE 100 WOODBURY NJ 08096 |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN, ESQ. (COUNSEL TO FRICTIONLESS COMMERCE, INC.) 6 NORTH BROAD STREET, SUITE 100 WOODBURY NJ 08096 |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ. (COUNSEL TO ORACLE CREDIT CORPORATION) 333 MARKET STREET, 25TH FLOOR SAN FRANCISCO CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: CHRISTOPHER P. SCHUELLER, ESQ. (COUNSEL TO GREENBRIAR MINERALS, LLC) 620 EIGHTH AVENUE, 23RD FLOOR NEW YORK NY 10018 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: TIMOTHY P. PALMER, ESQ. ONE OXFORD CENTRE 301 GRANT STREET, 20TH FLOOR PITTSBURGH PA 15219-1410 |
| BUTZEL LONG, A PROFESSIONAL CORPORATION | ATTN: ERIC B. FISHER AND ROBERT SIDORSKY 22ND FLOOR NEW YORK NY 10017 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: DERYCK PALMER, ESQ, JOHN RAPISARDI, ESQ, GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: ISRAEL DAHAN (COUNSEL TO FXCM HOLDINGS LLC) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD. (COUNSEL TO CREDIT SUISSE) ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP | ATTN: MARK C. ELLENBERG 1201 F STREET N.W., SUITE 1100 WASHINGTON DC 20004 |
| CADWALDER, WICKERSHAM & TAFT, LLP | ATTN: HOWARD R. HAWKINS, JASON JURGENS & ELLEN M. HALSTEAD, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| CAHILL GORDON & REINDEL LLP | ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON (COUNSEL TO HYPO INVESTMENKBANK AG) EIGHTY PINE STREET NEW YORK NY 10005 |
| CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM | ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL PO BOX 942707 SACRAMENTO CA 94229-2707 |
| CAROL DAVIDSON | 4371 IDE ROAD WILSON NY 14172 |
| CB RICHARD ELLIS, INC | ATTN: WANDA N. GOODLOE, ESQ. 200 PARK AVENUE, 17TH FLOOR NEW YORK NY 10166 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW ROSENBLATT 30 ROCKEFELLER PLAZA NEW YORK NY 10012 |
| CHAPMAN AND CUTLER LLP | ATTN: JAMES E. SPIOTTO, ANN E. ACKER FRANLIN H. TOP, & JAMES HEISER 111 WEST MONROE STREET CHICAGO IL 60603 |
| CLEARY GOTTLIEB LLP | JAMES BROMLEY ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | LISA SCHWEITZER/LINDSEE GRANFIELD ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER (COUNSEL TO BARCLAYS CAPITAL, INC.) ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS J. MALONEY, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL (COUNSEL TO HELLMAN & FRIEDMAN LLC) ONE LIBERTY PLAZA NEW YORK NY 10006 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ONE LIBERTY PLAZA ATTN: CARMINE D. BOCCUZZI JR. ESQ. NEW YORK NY 10006 |
| CLIFFORD CHANCE US LLP | ATTN: JENNIFER C. DE MARCO 31 WEST 52ND STREET NEW YORK NY 10019 |
| CLIFFORD CHANCE US LLP | ATTN: ANDREW BROZMAN AND SARA M. TAPINEKIS (COUNSEL TO CALYON AND CALYON SECURITIES) 31 WEST 52ND STREET NEW YORK NY 10019-6131 |
| COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A. | ATTN: LAURENCE MAY, ESQ. AND JOHN H. DRUCKER, ESQ. (COUNSEL TO FEDERAL HOME LOAN BANK OF PITTSBURGH) 900 THIRD AVENUE, 16TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION | TERRY S ARBIT THREE LAFAYETTE CENTRE 1155 21ST ST, NW WASHINGTON DC 20581 |
| COMMODITY FUTURES TRADING COMMISSION | ROBERT B WASSERMAN THREE LAFAYETTE CENTRE 1155 21ST ST, NW WASHINGTON DC 20581 |
| CONTRARIAN CAPITAL MANAGEMENT, LLC | ATTN: ETHAN SCHWARTZ 411 WEST PUTNAM AVENUE SUITE 425 GREENWICH CT 06830 |
| COUNTY OF SAN MATEO | ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL 400 COUNTY CENTER REDWOOD CITY CA 94063-1662 |
| COVINGTON & BURLING LLP | COUNSEL FOR WILMINGTON TRUST COMPANY ATTN M HOPKINS, D COFFINO, A RABOY THE NEW YORK TIMES BUILDING NEW YORK NY 10018 |
| CRAVATH, SWAINE & MOORE LLP | ATTN: RICHARD LEVIN, ESQ & ROBERT H. TRUST, ESQ. WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CROCKER KUNO PLLC | ATTN: JOANNE K. LIPSON AND J. TODD TRACY 720 OLIVE WAY, SUITE 1000 SEATTLE WA 98101 |
| CROWE & DUNLEVY, P.C. | ATTN: JUDY HAMILTON MORSE (COUNSEL TO OKLAHOMA MUNICIPAL POWER AUTHORITY) 20 NORTH BROADWAY, SUITE 1880 OKLAHOMA CITY OK 73102 |
| CUMMINGS & LOCKWOOD LLC | ATTN: JOHN F. CARBERRY, ESQ. (COUNSEL TO 8 SOUND SHORE ASSOCIATES LLC) SIX LANDMARK SQUARE STAMFORD CT 06901 |
| DAVIS POLK & WARDWELL | ATTN: KAREN E. WAGNER, ABRAHAM GESSER JAMES I. MCCLAMMY 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DAVIS POLK & WARDWELL | ATTN: KAREN E. WAGNER AND JAMES I. MCCLAMMY 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO & MAUREEN CRONIN 919 THIRD AVENUE NEW YORK NY 10022 |
| DEBEVOISE & PLIMPTON LLP | ATTN: MY CHI TO AND MAUREEN A. CRONIN (COUNSEL TO JFK INTERNATIONAL AIR TERMINAL LLC) 919 THIRD AVENUE NEW YORK NY 10022 |
| DECHERT LLP | ATTN: GLEN E. SIEGEL AND DONALD M. BADACZEWSKI (COUNSEL TO RUSSELL INVESTEMENT GROUP, INC.) 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND TIMOTHY Q. KARCHER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DEWEY & LEBOEUF LLP | ATTN: ELIZABETH PAGE SMITH & P. BRUCE WRIGHT 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DEWEY & LEBOEUF LLP | ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN & WILLIAM C. HEUER 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019-6092 |
| DLA PIPER LLP (US) | ATTN: THOMAS R. CALIFANO JOHN P. MCNICHOLAS 1251 AVENUE OF THE AMERICAS, 27TH FLOOR NEW YORK NY 10020-1104 |
| DLA PIPER LLP (US) | ATTN: TIMOTHY W. BRINK AND MATTHEW T. KLEPPER (COUNSEL TO RIVER CAPITAL ADVISORS, INC.) 203 NORTH LASALLE STREET, SUITE 1900 CHICAGO IL 60601 |
| DLA PIPER LLP (US) | ATTN: KAROL DENNISTON & DEBORAH J. SALTZMAN 550 SOUTH HOPE STREET, SUITE 2300 LOS ANGELES CA 90071 |
| DRESDNER BANK A.G. | ATTN: JOSEPH SCORDATO, ESQ 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT K. MALONE AND DOUGLAS J. MCGILL (COUNSEL TO ALLIANZ GLOBAL INVESTORS AG) 500 CAMPUS DRIVE FLORHAM PARK NJ 07932-1047 |
| DRINKER BIDDLE & REATH LLP | ATTN: STEPHANIE WICKOUSKI, ESQ (COUNSEL TO PARSEC TRADING CORP.) 140 BROADWAY, 39TH FL NEW YORK NY 10005-1116 |
| DRINKER BIDDLE & REATH LLP | ATTN: KRISTIN K. GOING, ESQ. (COUNSEL TO PARSEC CORP.) 1500 K ST, NW – SUITE 1100 WASHINGTON DC 20005-1209 |
| EATON CORPORATION | ATTN: GLOBAL TRADE CREDIT DEPARTMENT EATON CENTER 1111 SUPERIOR AVENUE CLEVELAND OH 44114-2584 |
| EMMET, MARVIN & MARTIN, LLP | ATTN: EDWARD P. ZUJKOWSKI, ESQ. 120 BROADWAY NEW YORK NY 10271 |
| ENTWISTLE & CAPPUCCI LLP | ATTN: ANDREW J. ENTWISTLE 280 PARK AVENUE, 26TH FLOOR WEST NEW YORK NY 10017 |
| EZRA BRUTZKUS GUBNER LLP | ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ 21650 OXNARD STREET, SUITE 500 WOODLAND HILLS CA 91367 |
| FEDERAL RESERVE BANK OF NEW YORK | ATTN: SHARI LEVENTHAL ASSISTANT GENERAL COUNSEL AND SENIOR VICE PRES 33 LIBERTY STREET NEW YORK NY 10045-0001 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUSSI LLP, | ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH 400 CAPITOL MALL, SUITE 1450 SACRAMENTO CA 95814 |

| Claim Name | Address Information |
|---|---|
| FILARDI LAW OFFICES LLC | ATTN: CHARLES J. FILARDI JR. (COUNSEL TO FEDERAL EXPRESS CORPORATION) 65 TRUMBULL STREET NEW HAVEN CT 06510 |
| FIRST TRUST PORTFOLIOS L.P. | ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL 120 E. LIBERTY DRIVE, SUITE 400 WHEATON IL 60187 |
| FOLEY & LARDNER LLP | ATTN: DOUGLAS S. HEFFER (COUNSEL TO TRADING TECHNOLOGIES INTERNATIONAL) 90 PARK AVENUE NEW YORK NY 10016 |
| FOLEY & LARDNER LLP | ATTN: JOANNE LEE 321 N. CLARK STREET SUITE 2800 CHICAGO IL 60654 |
| FRASER STRYKER PC LLO | ATTN: MICHAEL L. SCHLEICH, ESQ. 500 ENERGY PLAZA 409 17TH STREET OMAHA NE 68102 |
| FREEBORN & PETERS LLP | ATTN: AARON L. HAMMER & DEVON J. EGGERT (COUNSEL TO ACCENTURE LLP) 311 SOUTH WACKER DRIVE, SUITE 3000 CHICAGO IL 60606-6677 |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: PETER L. SIMMONS, BRIAN D. PFEIFFER, ESQ. AND MITCHELL EPNER, ESQ. ONE NEW YORK PLAZA NEW YORK NY 10004-1980 |
| FRIEDMAN DUMAS & SPRINGWATER LLP | ATTN: ELLEN A. FRIEDMAN, ESQ. (COUNSEL TO PACIFIC GAS & ELECTRIC COMPANY) 150 SPEAR STREET, SUITE 1600 SAN FRANCISCO CA 94105 |
| GIBBONS P.C. | ATTN: DAVID N. CRAPO, ESQ. (COUNSEL TO STANDARD & POOR'S) ONE GATEWAY CENTER NEWARK NJ 07102-5310 |
| GIBSON DUNN & CRUTCHER LLP | ATTN: MICHAEL ROSENTHAL & JANET WEISS 200 PARK AVENUE NEW YORK NY 10166-0193 |
| GILMARTIN, POSTER & SHAFTO LLP | ATTN: ANDREAS SEUFFERT, ESQ. (COUNSEL TO PIETRO FERRERO) 845 THIRD AVENUE NEW YORK NY 10022 |
| GODFREY & KAHN, S.C. | ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG 780 NORTH WATER STREET MILWAUKEE WI 53202 |
| GOULSTON & STORRS, P.C. | ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| GREEN TREE SERVICING LLC | ATTN: BRIAN COREY, GENERAL COUNSEL 345 ST. PETER STREET SAINT PAUL MN 55102-1639 |
| GREENBERG TRAURIG, LLP | ATTN: JOHN W. WEISS, ESQ. 200 PARK AVENUE NEW YORK NY 10166 |
| GREER, HERZ & ADAMS, LLP | ATTN: FREDERICK BLACK AND TARA B. ANNWEILER (COUNSEL TO: AMERICAN NATIONAL INSURANCE COMPANY) ONE MOODY PLAZA, 18TH FLOOR GALVESTON TX 77550 |
| HAHN & HESSEN LLP | ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH 488 MADISON AVE., 15TH FLOOR NEW YORK NY 10022 |
| HAHN & HESSEN LLP | ATTN: ROSANNE THOMAS MATZAT, ESQ. 488 MADISON AVE NEW YORK NY 10022 |
| HALPERIN BATTAGLIA RAICHT, LLP | ATTN: WALTER BENZIJA AND JULIE D DYAS (COUNSEL TO HENEGAN CONSTRUCTION CO., INC.) 555 MADISON AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| HERRICK, FEINSTEIN LLP | ATTN: ANDREW C. GOLD TWO PARK AVENUE NEW YORK NY 10016 |
| HERRICK, FEINSTEIN LLP | ATTN: STEPHEN B. SELBST (COUNSEL TO COMPAGNIE FINANCIERE TRADITION SA) 2 PARK AVENUE NEW YORK NY 10016 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL 11311 CHINDEN BLVD MAILSTOP 314 GARDEN CITY ID 83714-0021 |
| HEWLETT-PACKARD COMPANY | ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST 2125 E. KATELLA AVE SUITE 400 ANAHEIM CA 92806 |
| HEWLETT-PACKARD COMPANY | ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL 300 HANOVER ST., M/S 1050 PALO ALTO CA 94304 |
| HODGSON RUSS LLP | ATTN: STEPHEN H. GROSS, ESQ. (COUNSEL TO VIGNETTE EUROPE LTD & DELL MARKETING) 60 EAST 42ND STREET, 37TH FLOOR NEW YORK NY 10165-0150 |
| HOGAN & HARTSON LLP | ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN (COUNSEL TO KRAFT FOODS, INC.) 875 THIRD AVENUE NEW YORK NY 10022 |
| HOLLAND & KNIGHT LLP | ATTN: PETER A. ZISSER, ESQ. 195 BROADWAY NEW YORK NY 10007-3189 |
| HOLLAND & KNIGHT LLP | ATTN: SANDRA E. MAYERSON, ESQ. 195 BROADWAY NEW YORK NY 10007-3189 |
| HOLLAND & KNIGHT LLP | ATTN: JOHN J. MONAGHAN, ESQ. 10 ST. JAMES AVENUE BOSTON MA 02116 |
| HOLLAND & KNIGHT LLP | RICHARD E. LEAR, ESQ. 2099 PENNSYLVANIA AVE, NW, SUITE 100 WASHINGTON DC 20006 |
| HOLME ROBERTS & OWEN LLP | ATTN: BRADFORD E. DEMPSEY, ESQ. 1700 LINCOLN, SUITE 4100 DENVER CO 80203 |

| Claim Name | Address Information |
|---|---|
| HOLME ROBERTS & OWEN LLP | ATTN: LAWRENCE BASS, ESQ. (COUNSEL TO NATIONAL CINEMEDIA, INC.) 1700 LINCOLN STREET, SUITE 4100 DENVER CO 80203 |
| HUGHES HUBBARD & REED LLP | ATTN: JAMES W. GIDDENS JAMES B. KOBAK, JR., CHRISTOPHER K. KIPLOK ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| HUNTON & WILLIAMS LLP | ATTN: MICHELLE A. MENDEZ 1445 ROSS AVENUE, SUITE 3700 DALLAS TX 75202 |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | ATTN: CORY L. WEISS, ESQ. (COUNSEL TO 50 BROADWAY REALTY CORP. LLC) 250 PARK AVENUE NEW YORK NY 10177 |
| INTERNAL REVENUE SERVICE | SPECIAL PROCEDURES BRANCH ATTN: DISTRICT DIRECTOR 290 BROADWAY NEW YORK NY 10007 |
| INVESCO AIM MANAGEMENT GROUP, INC. | ATTN: TERESA A. OXFORD, ESQ. (COUNSEL TO AIM FUNDS AND AIM ADVISORS) 11 GREENWAY PLAZA, SUITE 100 HOUSTON TX 77046-1173 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN 1633 BROADWAY NEW YORK NY 10019 |
| KATSKY KORINS LLP | ATTN: STEVEN H. NEWMAN, ESQ. 605 THIRD AVENUE, 16TH FLOOR NEW YORK NY 10158 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND LAUREN ATTARD 425 PARK AVENUE NEW YORK NY 10022 |
| KAYE SCHOLER LLP | ATTN: MARGOT B. SCHONHOLTZ AND ANA M. ALFONSO (COUNSEL TO BANK OF AMERICA, N.A.) 425 PARK AVENUE NEW YORK NY 10022 |
| KAYE SCHOLER LLP | ATTN: MADLYN GLEICH PRIMOFF AND LAUREN ATTARD 425 PARK AVENUE NEW YORK NY 10022 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, ESQ., BEN BLAUSTEIN, ESQ., JORDAN BERGMAN, ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: HOWARD S. STEEL, ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: BENJAMIN BLAUSTEIN, ESQ. (COUNSEL TO THE JUILLIARD SCHOOL) 101 PARK AVENUE NEW YORK NY 10178 |
| KELLEY DRYE & WARREN LLP | ATTN: MARK W. PAGE, ESQ. 333 WEST WACKER DRIVE, 26TH FLOOR CHICAGO IL 60606 |
| KIRKLAND & ELLIS LLP | ATTN: RICHARD L. WYNNE, ESQ. (COUNSEL TO KAPALUA BAY, LLC) 777 SOUTH FIGUEROA STREET, 37TH FLOOR LOS ANGELES CA 90017 |
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP, | ATTN: JEFFREY KURTZMAN, ESQ. (COUNSEL TO PJM INTERCONNECTION, L.L.C.) 260 S. BROAD STREET PHILADELPHIA PA 19102 |
| KLEIN SOLOMON LLP | ATTN: JAY B. SOLOMON (COUNSEL TO HOPE GREENFIELD) 275 MADISON AVE, 11TH FL NEW YORK NY 10016 |
| KLESTADT & WINTERS, LLP | ATTN: JOHN E. JURELLER, JR. (COUNSEL TO OVERSTOCK.COM) 292 MADISON AVENUE, 17TH FLOOR NEW YORK NY 10017 |
| KOBRE & KIM LLC | ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY 800 THIRD AVENUE NEW YORK NY 10022 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND AMY CATON 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER, PHILIP BENTLEY AND GORDON Z. NOVOD 1177 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| LANE POWELL PC | ATTN: CHARLES R. EKBERG 1420 FIFTH AVENUE SUITE 4100 SEATTLE WA 98101-2338 |
| LATHAM & WATKINS LLP | ATTN: KEITH A. SIMON (COUNSEL TO FANNIE MAE) 885 THIRD AVENUE NEW YORK NY 10022 |
| LATHAM & WATKINS LLP | ATTN: DAVID S. HELLER & J. DOUGLAS BACON SEARS TOWER, SUITE 5800 233 SOUTH WACKER DRIVE CHICAGO IL 60606 |
| LATHAM & WATKINS LLP | ATTN:  PETER M. GILHULY 355 SOUTH GRAND AVENUE LOS ANGELES CA 90071-1560 |
| LATHAM & WATKINS LLP | ATTN:  PETER M. GILHULY 355 SOUTH GRAND AVENUE LOS ANGELES CA 90071-1560 |
| LAW OFFICES OF GABRIEL DEL VIRGINIA | ATTN: GABRIEL DEL VIRGINIA, ESQ. (COUNSEL TO THE TAARP GROUP, LLP) 641 LEXINGTON AVENUE, 21ST FLOOR NEW YORK NY 10022 |
| LAW OFFICES OF ROBERT E. LUNA, PC | ATTN: ANDREA SHEEHAN, ESQ. 4411 N. CENTRAL EXPRESSWAY DALLAS TX 75205 |
| LEVI LUBARSKY & FEIGENBAUM LLP | ATTN: WALTER E. SWEARINGEN (COUNSEL TO PETER J. AND MARY JANE DAPUZZO) 1185 AVENUE OF THE AMERICAS, 17TH FLOOR NEW YORK NY 10036 |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, | ATTN: STEVEN E. FINEMAN, ESQ. 780 THIRD AVENUE, 48TH FLOOR NEW YORK NY |

| Claim Name | Address Information |
|---|---|
| LLP | 10017-2024 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P. DILLMAN (COUNSEL TO HARRIS COUNTY) 2323 BRYAN STREET, SUITE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: ELIZABETH WELLER 2323 BRYAN STREET SUITE 1600 DALLAS TX 75201 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS 1949 SOUTH I.H. 35 PO BOX 17428 AUSTIN TX 78760 |
| LOEB & LOEB LLP | ATTN: WALTER H. CURCHACK, VADIM J. RUBINSTEIN AND DANIEL B. BESIKOF 345 PARK AVENUE NEW YORK NY 10154 |
| LOVELLS LLP | ATTN: ROBIN E. KELLER AND OMECCA N. NEDD 590 MADISON AVE NEW YORK NY 10022 |
| LOVELLS LLP | ATTN: CHRISTOPHER R. DONOHO, III (COUNSEL TO STANDARD CHARTERED BANK) 590 MADISON AVENUE NEW YORK NY 10022 |
| LOVELLS LLP | ATTN: ROBIN E. KELLER, ESQ. (COUNSEL TO BRE BANK S.A. AND CARLTON COMM. LTD) 590 MADISON AVENUE NEW YORK NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: IRA M. LEVEE (COUNSEL TO FACTIVA, INC.) 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN (COUNSEL TO AVAYA INC.) 65 LIVINGSTON AVE. ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ATKIN AND S. JASON TEELE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN:  JEFFREY PROL, ESQ. 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| LOWENSTEIN SANDLER PC | ATTN: IRA M. LEVEE (COUNSEL TO FACTIVA, INC.) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN, ESQ. 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER (COUNSEL TO BINDING COMPANY, INC.) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10020 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| LOWENSTEIN SANDLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON TEELE 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10022 |
| LOWENSTEIN SNADLER PC | ATTN: MICHAEL S. ETKIN AND S. JASON LEE 65 LIVINGSTON AVENUE ROSELAND NJ 07068 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT, ESQ. 750 SHIPYARD DRIVE, SUITE 102 WILMINGTON DE 19801 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, ESQ., AMIT TREHAN, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: BRIAN TRUST, FREDERICK D. HYMAN JEFFREY G. TOUGAS, AMIT K. TRHAN 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: ANTONIA GOLIANOPOULOS, ESQ. (COUNSEL TO SP4 190 S. LASALLE, L.P.) 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: FREDERICK D. HYMAN, JEFFREY G. TOUGAS AMIT K. TREHAN 1675 BROADWAY NEW YORK NY 10019 |
| MAYER BROWN LLP | ATTN: THOMAS S KIRIAKOS AND MELISSA A MICKEY (COUNSEL TO SP4 190 S. LASALLE, L.P.) 71 S. WACKER DRIVE CHICAGO IL 60606 |
| MCBREEN & KOPKO | ATTN: KENNETH A. REYNOLDS, ESQ. (COUNSEL TO EXECUTIVE FLITEWAYS, INC.) 500 NORTH BROADWAY, SUITE 129 JERICHO NY 11753 |
| MCCALLA RAYMER, LLC | ATTN: MATTHEW DYER (COUNSEL TO AMERICA'S SERVICING COMPANY) 1544 OLD ALABAMA ROAD ROSWELL GA 30076-2102 |
| MCCARTER & ENGLISH, LLP | ATTN: EDUARDO J. GLAS, ESQ. FOUR GATEWAY CENTER 100 MULBERRY STREET NEWARK NJ 07102-4096 |

| Claim Name | Address Information |
|---|---|
| MCCARTER & ENGLISH, LLP | ATTN: KATHERINE L. MAYER, ESQ. RENAISSANCE CENTRE 405 NORTH KING STREET WILMINGTON DE 19801 |
| MCCARTER & ENGLISH, LLP | ATTN: WILLIAM F. TAYLOR, ESQ 405 NORTH KING STREET RENAISSANCE CENTER, 8TH FLOOR WILMINGTON DE 19801 |
| MCGUIREWOODS LLP | ATTN: PATRICK L. HAYDEN AND SHAWN R. FOX 1345 AVENUE OF THE AMERICAS, 7TH FLOOR NEW YORK NY 10105 |
| MCGUIREWOODS LLP | ATTN: DAVID I. SWAN AND KENNETH M. MISKEN (COUNSEL TO SPRINT NEXTEL CORP, SPRINT SOLUTIONS) 1750 TYSONS BLVD., SUITE 1800 MC LEAN VA 22102 |
| MCGUIREWOODS LLP | ATTN: DION W. HAYES ONE JAMES CENTER 901 EAST CARY STREET RICHMOND VA 23219 |
| MEYER SUOZZI ENGLISH & KLEIN | ATTN: THOMAS R. SLOME, ESQ. (COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC) 900 STEWART AVENUE, SUITE 300 PO BOX 9194 GARDEN CITY NY 11530 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: ALAN E. MARDER AND JIL MAZER-MARINO 990 STEWART  AVENUE, SUITE 300 GARDEN CITY NY 11530 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C. | ATTN: THOMAS R. SLOME AND JIL MAZER-MARINO 990 STEWART AVENUE, SUITE 300 P.O. BOX 9194 GARDEN CITY NY 11530-9194 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | DENNIS DUNNE, WILBUR FOSTER, JR DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ. 1 CHASE MANHATTAN PLAZA NEW YORK NY 10005 |
| MILBANK, TWEED, HADLEY & MCCLOY, LLP | ATTN: PAUL ARONZO & GREGORY BRAY 601 SOUTH FIGUEROA STREET, 30TH FL LOS ANGELES CA 90017 |
| MISSOURI DEPARTMENT OF REVENUE, BANKRUPTCY UNIT, | ATTN: STEVEN A. GINTHER P.O. BOX 475 JEFFERSON CITY MO 65105-0475 |
| MOORE & VAN ALLEN PLLC | ATTN: DAVID B. WHEELER, ESQ. 40 CALHOUN STREET, SUITE 300 POST OFFICE BOX 22828 CHARLESTON SC 29413-2828 |
| MORGAN, LEWIS & BOCKLIUS LLP | ATTN: NEIL E. HERMAN, ESQ. (COUNSEL TO COGNIZANT TECHNOLOGY SOLUTIONS) 101 PARK AVENUE NEW YORK NY 10178-0600 |
| MORI HAMADA & MATSUMOTO | ATTN: KEN MIURA, ESQ. 1-6-5 MARUNOUCHI, CHIYODA-KU TOKYO 100-8222 JP |
| MORITT HOCK HAMROFF & HOROWITZ LLP | ATTN: LESLIE A. BERKOFF (COUNSEL TO THE HOTCHKISS SCHOOL) 400 GARDEN CITY GARDEN CITY NY 11530 |
| MORRISON & FOERSTER LLP | ATTN: TSUGUMICHI WATANABE, ESQ. SHIN-MARUNOUCHI BUILDING, 29TH FL 5-1, MARUNOUCHI 1 -CHOME,CHIYODA-KU TOKYO 100-6529 JP |
| MORRISON & FOERSTER LLP | ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI (COUNSEL TO THE CHUO MITSUI TRUST AND BANKING CO.) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI (COUNSEL TO BROOKFIELD PROPERTIES ONE WFC CO. LLC) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE, ESQ. (COUNSEL TO NIPPON LIFE INSURANCE COMPANY) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: KAREN OSTAD, ESQ. AND TODD M. GOREN, ESQ. (COUNSEL TO CB RICHARD ELLIS, INC.) 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI,ESQ 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER LLP | ATTN: LARREN M. NASHELSKY 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON & FOERSTER, LLP | ATTN: BRETT H. MILLER, ESQ 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| MORRISON COHEN LLP | ATTN: MICHAEL R. DAL LAGO, ESQ. (COUNSEL TO CARMIGNAC GESTION) 909 THIRD AVENUE NEW YORK NY 10022 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: KEVIN M. LIPPMAN 3800 LINCOLN PLAZA 500 NORTH AKARD STREET DALLAS TX 75201-6659 |
| MUNSCH HARDT KOPF & HARR, P.C. | ATTN: RUSSELL L. MUNSCH ONE AMERICAN CENTER 600 CONGRESS AVENUE, SUITE 2900 AUSTIN TX 78701-3057 |
| NAGASHIMA OHNO & TSUNEMATSU | ATTN: MASAKI KONISHI, ESQ. KIOICHO BUILDING 3-12, KIOICHO CHIYODA-KU TOKYO 102-0094 JP |
| NEWEDGE USA, LLC | ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL COUNSEL, NEWEDGE 550 WEST JACKSON BLVD, SUITE 500 CHICAGO IL 60661 |
| NIXON PEABODY LLP | ATTN: DENNIS J. DREBSKY (COUNSEL TO COUNTY OF SAN MATEO AND MONTEREY) 437 |

| Claim Name | Address Information |
|---|---|
| NIXON PEABODY LLP | MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: CHRISTOPHER M. DESIDERIO (COUNSEL TO DEUTSCHE BANK TRUST COMPANY AMERICAS) 437 MADISON AVENUE NEW YORK NY 10022 |
| NIXON PEABODY, LLP | ATTN: AMANDA DARWIN (COUNSEL TO DEUTSCHE BANK TRUST CO. AMERICAS) 100 SUMMER STREET BOSTON MA 02110 |
| NIXON PEABODY, LLP | ATTN: MARK N. BERMAN (COUNSEL TO THE METROPOLITAN TRANSIT AUTHORITY) 100 SUMMER STREET BOSTON MA 02110 |
| NOMURA HOLDING AMERICA, INC | ATTN: PENNY TEHRANI TWO WORLD FINANCIAL CENTER BUILDING B, 22ND FLOOR NEW YORK NY 10281 |
| NORMANDY HILL CAPITAL LP | ATTN: MATTHEW A. CANTOR, ESQ. (COUNSEL TO NORMANDY HILL CAPITAL, LP) 150 EAST 52ND STREET, 10TH FLOOR NEW YORK NY 10022 |
| OCH-ZIFF | ATTN: KEN RUBIN 9 W 57TH STREET, 39TH FLOOR NEW YORK NY 10019 |
| OFFICE OF THE ATTORNEY GENERAL OF | THE STATE OF NY NEW YORK OFFICE 120 BROADWAY NEW YORK NY 10271-0332 |
| OFFICE OF THE MINNESOTA ATTORNEY GENERAL | ATTN: JEREMY D. EIDEN, ESQ. (COUNSEL TO MINNESOTA STATE BOARD OF INVESTMENT) 445 MINNESOTA STREET, SUITE 900 SAINT PAUL MN 55101-2127 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DANNA DRORI ONE ST. ANDREWS PLAZA NEW YORK NY 10007 |
| OFFICE OF THE US TRUSTEE | ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS 33 WHITEHALL STREET, 21ST FLOOR NEW YORK NY 10004 |
| OFFICE OF THRIFT SUPERVISION | ATTN: DIRK S. ROBERTS (DEPUTY CHIEF COUNSEL, LITIGATION) 1700 G STREET, N.W. WASHINGTON DC 20552 |
| OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION | ATTN: MARTIN JEFFERSON DAVIS (SENIOR TRIAL ATTORNEY) HARBORSIDE FINANCIAL CENTER PLAZA FIVE JERSEY CITY NJ 07311 |
| OPPENHEIMERFUNDS, INC. | 2 WORLD FINANCIAL CENTER 225 LIBERTY STREET, 16TH FL NEW YORK NY 10281-1008 |
| OPPENHEIMERFUNDS, INC. | CHIEF COMPLIANCE OFFICER 6803 SOUTH TUCSON WAY ENGLEWOOD CO 80112-3924 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS (COUNSEL TO TELECOM ITALIA CAPITAL S.A.) 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: RANIERO D'AVERSA, JR., WESTON T. EGUCHI AND COURTNEY M. ROGERS 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| ORRICK HERRINGTON & SUTCLIFFE LLP | ATTN: JONATHAN P. GUY, ESQ. (COUNSEL TO THE BANK OF NOVA SCOTIA) 1152 15TH STREET, NW WASHINGTON DC 20005-1706 |
| ORRICK, HARRINGTON & SUTCLIFFE LLP | ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND DEBRA L. FELDER 1152 15TH STREET, N.W. WASHINGTON DC 20005-1706 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR. AND COURTNEY M. ROGERS 666 FIFTH AVENUE NEW YORK NY 10103-0001 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P. GUY AND DEBRA L. FELDER 1152 15TH STREET, N.W. WASHINGTON DC 20005-1706 |
| OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. | ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN (COUNSEL TO THE BANK OF TOKYO-MITSUBISHI UFJ, LTD) 230 PARK AVENUE NEW YORK NY 10169-0075 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DAVID W. DYKHOUSE AND BRIAN P. GUINEY (COUNSEL TO ASBURY ATLANTIC AND ASBURY-SOLOMONS) 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036-6710 |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ATTN: HARVEY A. STRICKON (HS5210) 75 EAST 55TH STREET NEW YORK NY 10022-3205 |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: STEPANIE THOMAS, ASST. CHIEF COUNSEL SARA B. EAGLE, COLIN B. ALBAUGH 1200 K STREET, N.W. WASHINGTON DC 20005 |
| PEPPER HAMILTON LLP | ATTN: AUDREY D. WISOTSKY, ESQ. 301 CARNEGIE CENTER, SUITE 400 PRINCETON NJ 08543-5276 |
| PEPPER HAMILTON LLP | ATTN: KAY STANDRIDGE KRESS DEBORAH KOVSKY-APAP 100 RENAISSANCE CENTER, SUITE 3600 DETROIT MI 48243 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ELIZABETH BANDA P.O. BOX 13430 ARLINGTON TX 76094-0430 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: DAVID A. CRICHLOW, ESQ. (COUNSEL TO UNION BANK OF CALIFORNIA, N.A.) 1540 BROADWAY NEW YORK NY 10036-4039 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE (COUNSEL TO UNITED BANK OF CALIFORNIA, N.A.) 725 SOUTH FIGUEROA STREET, SUITE 2800 LOS ANGELES CA |

| Claim Name | Address Information |
|---|---|
| PILLSBURY WINTHROP SHAW PITTMAN LLP | 90017-5443 |
| PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW, | ATTN: SYDNEY G. PLATZER 1065 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK NY 10018 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: CHRISTOPHER A WARD (COUNSEL TO BATS HOLDINGS, INC.) 222 DELAWARE AVENUE, SUITE 1101 WILMINGTON DE 19801 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: DANIEL J. FLANIGAN (COUNSEL TO EHMD, LLC) 700 W. 47TH STREET, SUITE 1000 KANSAS CITY MO 64112 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC | ATTN: JAMES E BIRD (COUNSEL TO BATS HOLDINGS, INC.) 700 W. 47TH STREET, SUITE 1000 KANSAS CITY MO 64112 |
| PORZIO, BROMBERG & NEWMAN, P.C. | ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN (COUNSEL TO ALIANT BANK) 100 SOUTHGATE PARKWAY MORRISTOWN NJ 07962-1997 |
| POST & SCHELL, P.C. | ATTN: BRIAN W. BISIGNANI, ESQ. (COUNSEL TO AON CONSULTING) 17 NORTH 2ND STREET, 12TH FLOOR HARRISBURG PA 17101-1601 |
| POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A. | ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE (COUNSEL TO DUKE CORPORATE EDUCATION) 575 MADISON AVENUE NEW YORK NY 10022 |
| PRYOR CASHMAN LLP | ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS (COUNSEL TO CD REPRESENTATIVE) 410 PARK AVENUE NEW YORK NY 10022 |
| PRYOR CASHMAN LLP | ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE (COUNSEL TO WSG DEVELOPMENT CO.) 410 PARK AVENUE NEW YORK NY 10022 |
| PURSUIT PARTNERS | ATTN: LISA ROBERTS 333 LUDLOW STREET, NORTH TOWER, 4TH FLOOR STAMFORD CT 06902 |
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP | ATTN: SUSHEEL KIRPALANI, JAMES C. TECCE AND SCOTT C. SHELLEY 51 MADISON AVE, 22ND FLOOR NEW YORK NY 10010 |
| RABINOWITZ LUBETKIN & TULLY, LLC | ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY (COUNSEL TO SOMERSET PROPERTIES SPE, LLC) 293 EISENHOWER PARKWAY SUITE 100 LIVINGSTON NJ 07039 |
| REED SMITH LLP | ATTN: PAUL A. RACHMUTH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: LUMA AL-SHIBIB 599 LEXINGTON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: MICHAEL J. VENDITTO (COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.) 599 LEXINGTON AVE. NEW YORK NY 10022 |
| REED SMITH LLP | ATTN: KURT F. GWYNNE, J. CORY FALGOWSKI 1201 N. MARKET STREET, SUITE 1500 WILMINGTON DE 19801 |
| REED SMITH LLP | ATTN: ERIC A. SCHAFFER, ESQ. (COUNSEL TO BNY CORPORATE TRUSTEE SERVICES LTD.) 435 SIXTH AVENUE PITTSBURGH PA 15219 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSPEH E. SHICKICH 1001 4TH AVENUE SUITE 4500 SEATTLE WA 98154-1192 |
| RIEMER & BRAUNSTEIN LLP | ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER RHEAUME THREE CENTER PLAZA BOSTON MA 02108 |
| ROBERT TELLER | 5520 SHARON VIEW ROAD CHARLOTTE NC 28226 |
| RUSSELL INVESTMENTS | ATTN: ELIOT COHEN 909 A STREET TACOMA WA 98402-5120 |
| RUSSELL R. JOHNSON III | (COUNSEL TO DUKE ENERGY OHIO, INC.) 2258 WHEATLANDS DRIVE MANAKIN SABOT VA 23103 |
| RUSSIN VECCHI BERG & BERNSTEIN LLP | ATTN: J. FRED BERG JR, ESQ. (COUNSEL TO DRESDNER KLEINWORT GROUP HOLDINGS LLC) 380 LEXINGTON AVENUE, SUITE 1518 NEW YORK NY 10168 |
| SAINT JOSEPH'S UNIVERSITY | OFFICE OF THE GENERAL COUNSEL ATTN: MARIANNE SCHIMELFENIQ, ESQ. 5600 CITY AVENUE PHILADELPHIA PA 19131-1395 |
| SALANS | ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN 620 FIFTH AVENUE NEW YORK NY 10020 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK TIMOTHY T. BROCK, & ABIGAIL SNOW 230 PARK AVENUE NEW YORK NY 10169 |
| SAUL EWING LLP | ATTN: ADAM H. ISENBERG, ESQ. CENTRE SQUARE WEST 1500 MARKET STREET, 38TH FLOOR PHILADELPHIA PA 19102 |
| SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP | ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD 280 KING OF PRUSSIA ROAD WAYNE PA 19087 |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: BONNIE L. GAUCH DIVISION OF MARKET REGULATION 450 5TH STREET, NW WASHINGTON DC 20549-1001 |
| SECURITIES INVESTOR PROTECTION | 805 15TH STREET, N.W. SUITE 800 WASHINGTON DC 20005-2215 |

| Claim Name | Address Information |
|---|---|
| CORPORATION | 805 15TH STREET, N.W. SUITE 800 WASHINGTON DC 20005-2215 |
| SEWARD & KISSEL LLP | ATTN: RONALD L. COHEN, ESQ. (COUNSEL TO THE SUMITOMO TRUST & BANKING CO., LTD) ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SEWARD & KISSEL LLP | ATTN: JOHN R. ASHMEAD, ESQ. ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| SHEAK & KORZUN, P.C. | ATTN: TIMOTHY J. KORZUN, ESQ. (COUNSEL TO VOLLERS EXCAVATING & CONSTRUSTION,INC) 1 WASHINGTON CROSSING ROAD PENNINGTON NJ 08534 |
| SHEARMAN & STERLING LLP | ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ AND NED S. SCHODEK, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SHELL ENERGY NORTH AMERICA (US), L.P. | ATTN: ANN REYNAUD 909 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHELL TRADING (US) COMPANY | ATTN: JENNIFER GORE 910 FANNIN, PLAZA LEVEL 1 HOUSTON TX 77010 |
| SHENWICK & ASSOCIATES | ATTN: JAMES H. SHENWICK, ESQ. 655 THIRD AVENUE, 20TH FLOOR 20TH FLOOR NEW YORK NY 10017 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | ATTN: CARREN SHULMAN & RUSSELL RIED ESQS (COUNSEL FOR THE BANK OF NEW YORK MELLON) 30 ROCKEFELLER PLAZA 24TH FLOOR NEW YORK NY 10112 |
| SHEPPARD MULLIN RICHTER & HAMPTON LLP | 30 ROCKEFELLER PLAZA 24TH FLOOR ATTN: MALANI J. CADEMARTORI, ESQ. (COUNSEL TO NORTON GOLD FIELDS LIMITED) NEW YORK NY 10112 |
| SHIPMAN & GOODWIN LLP | ATTN: JULIE A. MANNING, ESQ. ONE CONSTITUTION PLAZA HARTFORD CT 06103-1919 |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: SALLY MCDONALD HENRY (COUNSEL TO REGION MARCHE, NASDAQ OMX, CHICAGO MERCANTILE EX. AND BLACKROCK FINANCIAL MANAGEMENT) NEW YORK NY 10036 |
| SQUIRE, SANDERS & DEMPSEY L.L.P. | ATTN: STEPHEN D. LERNER (COUNSEL TO BROADRIDGE PROCESSING SOLUTIONS, INC.) 221 E. FOURTH STREET, SUITE 2900 CINCINNATI OH 45202 |
| STAHL ZELLOE, P.C. | ATTN: RICHARD J. STAHL, ESQ. (COUNSEL TO THE TAARP GROUP, LLP) 11350 RANDOM HILLS ROAD, SUITE 700 FAIRFAX VA 22030 |
| STAN MEHAFFEY | 2043 N. MOHAWK STREET, 2S CHICAGO IL 60614 |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT 1 MADISON AVENUE, 3RD FLOOR NEW YORK NY 10010 |
| STEIN & LUBIN LLP | ATTN: EUGENE CHANG (COUNSEL TO OVERSTOCK.COM) 600 MONTGOMERY STREET, 14TH FLOOR SAN FRANCISCO CA 94111 |
| STEPTOE & JOHNSON LLP | ATTN: JOHN H. LOVI AND LARA E. ROMANSIC 750 SEVENTH AVENUE NEW YORK NY 10019 |
| STEPTOE & JOHNSON LLP | ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER 2121 AVENUE OF THE STARS, SUITE 2800 LOS ANGELES CA 90067 |
| STEVENS & LEE, P.C. | ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS 485 MADISON AVE, 20TH FLOOR NEW YORK NY 10022 |
| STEVENS & LEE, P.C. | ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS (COUSEL TO ROYAL BANK OF AMERICA) 485 MADISON AVENUE, 20TH FLOOR NEW YORK NY 10022 |
| STINSON MORRISON HECKER LLP | ATTN: DARRELL W. CLARK, ESQ. 1150 18TH STREET, NW, SUITE 800 WASHINGTON DC 20036 |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN: PAUL A. PATTERSON, MICHAEL J. CARDONE MARK J. DORVAL 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: PAUL A. PATTERSON, MICHAEL J. CORDONE AND MARK J. DORVAL 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: MICHAEL J. CORDONE, ESQ. (COUNSEL TO SAINT JOSEPH'S UNIVERSITY) 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| STRADLEY RONON STEVENS & YOUNG, LLP | ATTN: PAUL A PATTERSON AND MICHAEL J. CORDONE (COUNSEL TO AIM FUNDS AND AIM ADVISORS) 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| STREUSAND & LANDON LLP | ATTN: G. JAMES LANDON AND RICHARD D. VILLA (COUNSEL TO VIGNETTE EUROPE LIMITED) 816 CONGRESS AVENUE, SUITE 1600 AUSTIN TX 78701 |
| STREUSAND & LANDON LLP | ATTN: SABRINA L. STREUSAND, ESQ. (COUNSEL TO DELL MARKETING, L.P.) 816 CONGRESS AVENUE, SUITE 1600 AUSTIN TX 78701 |
| STROOCK & STROOK & LAVAN LLP | ATTN: MARK A. SPEISER & SHERRY J. MILLMAN 180 MAIDEN LANE NEW YORK NY 10038 |
| SULLIVAN & CROMWELL LLP | ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN (COUNSEL TO BARCLAYS CAPITAL, INC.) 125 BROAD STREET NEW YORK NY 10004 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: MARK D. SHERRILL 1275 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20004 |

| Claim Name | Address Information |
| --- | --- |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: PAUL B. TURNER TWO HOUSTON CENTER 919 FANNIN, SUITE 2200 HOUSTON TX 77010 |
| TENNESSEE DEPARTMENT OF REVENUE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV. PO BOX 20207 NASHVILLE TN 37202-0207 |
| THE BANK OF NEW YORK MELLON | ATTN: RANJIT MATHER, ROBERT BAILEY ONE WALL STREET, 11TH FLOOR NEW YORK NY 10286 |
| THE BANK OF TOKYO-MITSUBISHI UFJ, LTD. | ATTN: MONIQUE L. MORREALE 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020-1104 |
| THE CHUO MITSUI TRUST AND BANKING CO., LTD | 33-1, SHIBA 3-CHOME MINATO-KU TOKYO 105-8574 JP |
| THE SUMITOMO TRUST & BANKING CO., LTD | ATTN: MR. MASAYA YAMASHIRO, SENIOR MANAGER GRANTOKYO, SOUTH TOWER 1-9-2, MARUNOUCHI, CHIYODA-KU TOKYO 100-6611 JP |
| THE SUMITOMO TRUST & BANKING CO., LTD | ATTN: BRUCE A. ORTWINE, ESQ., GENERAL COUNSEL 527 MADISON AVENUE NEW YORK NY 10022 |
| THE WILSON LAW FIRM PC | ATTN: L. MATT WILSON, ESQ. 950 EAST PACES FERRY ROAD SUITE 3250 ATLANTA PLAZA ATLANTA GA 30326 |
| THOMPSON & KNIGHT LLP | ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS 919 THIRD AVENUE, 39TH FLOOR NEW YORK NY 10022-3915 |
| THOMPSON & KNIGHT LLP | ATTN: DAVID M. BENNETT 1722 ROUTH STREET SUITE 1500 DALLAS TX 75201-2533 |
| THOMPSON & KNIGHT LLP | ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER (COUNSEL TO CHEVRON NATURAL GAS) 333 CLAY STREET, SUITE 3300 HOUSTON TX 77002 |
| THOMPSON & KNIGHT LLP | ATTN: RHETT G. CAMPBELL 333 CLAY STREET, SUITE 3300 HOUSTON TX 77002-4499 |
| TISHMAN SPEYER PROPERTIES, LP | ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND NED BANNON, CORPORATE COUNSEL 45 ROCKEFELLER PLAZA NEW YORK NY 10111 |
| TRAVELERS | NATIONAL ACCOUNTS ATTN: OLGA PRESS, ACCOUNT RESOLUTION 1 TOWER SQUARE - 5MN HARTFORD CT 06183-4044 |
| TROUTMAN SANDERS LLP | ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| TUCKER ARENSBURG, P.C. | ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND MICHAEL A. SHINER 1500 ONE PPG PLACE PITTSBURGH PA 15222 |
| TW TELECOM INC. | ATTN: LINDA BOYLE 10475 PARK MEADOWS DRIVE, #400 LITTLETON CO 80124 |
| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF NEW YORK ATTN: THE HONORABLE JAMES M. PECK ONE BOWLING GREEN, COURTROOM 601 NEW YORK NY 10004 |
| VEDDER PRICE P.C. | ATTN: ERIN ZAVALKOFF-BABEJ, ESQ. (COUNSEL TO NEWEDGE USA, LLC) 1633 BROADWAY, 47TH FLOOR NEW YORK NY 10019 |
| VEDDER PRICE P.C. | ATTN: DOUGLAS J. LIPKE, ESQ. (COUNSEL TO NEWEDGE USA, LLC) 222 N. LASALLE STREET CHICAGO IL 60601-1003 |
| VEDDER PRICE PC | ATTN: MICHAEL J. EDELMAN 1633 BROADWAY, 4TH FLOOR NEW YORK NY 10019 |
| VINSON & ELKINS LLP | ATTN: DOV KLEINER, ESQ. (COUNSEL TO SHINSEI BANK LIMITED) 666 FIFTH AVENUE, 26TH FLOOR NEW YORK NY 10103 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: HAROLD S. NOVIKOFF,ESQ, RICHARD G. MASON,ESQ AND JOSHUA A. FELTMAN, ESQ 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: AMY WOLF, ESQ. (COUNSEL TO TISHMAN SPEYER PROPERTIES, LP) 51 WEST 52ND STREET NEW YORK NY 10019-6150 |
| WEIL GOTSHAL & MANGES LLP | ATTN: RICHARD P. KRASNOW, LORI R. FIFE SHAI Y. WAISMAN, JACQUELINE MARCUS 767 FIFTH AVENUE NEW YORK NY 10153 |
| WHITE & CASE LLP | ATTN: EVAN C. HOLLANDER, ESQ. (COUNSEL TO TIGER ASIA FUND, L.P. AND TIGER ASIA 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND RICHARD GRAHAM 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| WHITE & CASE LLP | ATTN: PHILIP JOHN NICHOLS (COUNSEL TO DNB NOR BANK ASA) 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036-2787 |
| WHITE & CASE LLP | ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES WACHOVIA FINANCIAL CTR,STE 4900 200 SOUTH BISCAYNE BLVD MIAMI FL 33131 |
| WIGGIN AND DANA LLP | ATTN: SHARYN B. ZUCH (COUNSEL TO HOTCHKISS SCHOOL) 185 ASYLUM STREET HARTFORD |

| Claim Name | Address Information |
|---|---|
| WIGGIN AND DANA LLP | CT 06103-3402 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, SHELLEY CHAPMAN BENITO ROMANO, JAMIE KETTEN 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: SHELLEY C. CHAPMAN & MARC ABRAMS (COUNSEL TO GREEN TREE SERVICING INC.) 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ. 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILLKIE FARR & GALLAGHER LLP | ATTN: MARC ABRAMS, ESQ. (COUNSEL TO MARSHALL WACE LLP) 787 SEVENTH AVENUE NEW YORK NY 10019-6099 |
| WILMINGTON TRUST COMPANY | ATTN JAMES J MCGINLEY 520 MADISON AVE, 33RD FL NEW YORK NY 10022 |
| WILMINGTON TRUST FSB | ATTN JULIE J BECKER 8400 NORMANDALE LAKE BLVD SUITE 925 MINNEAPOLIS MN 55437 |
| WINSTON & STRAWN LLP | ATTN: CAREY D. SCHREIBER (COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC) 200 PARK AVENUE NEW YORK NY 10166-4193 |
| WINSTON & STRAWN LLP | ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER (COUNSEL TO CAPGEMINI FINANCIAL SERVICES USA, INC) 35 WEST WACKER DRIVE CHICAGO IL 60601 |
| WOLFF & SAMSON PC | ATTN: DAVID N. RAVIN & ROBERT E. NIES ONE BOLAND DRIVE WEST ORANGE NJ 07052 |
| YOUNG WILLIAMS P.A. | ATTN: ROBERT L. HOLLADAY, JR. PO BOX 23059 210 E. CAPITOL STREET., SUITE 2000 JACKSON MS 39201 |
| ZEISLER & ZEISLER, P.C. | ATTN: GREGORY B. SCHILLER, ESQ. (COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.) 558 CLINTON AVENUE BRIDGEPORT CT 06605 |

**Total Creditor Count 339**