UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                  :    Chapter 11
                                                                              :
                                                                              :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS, INC., et al.   :
                                                                              :
                                                                              :
              Debtors.                                              :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                                                )ss:
COUNTY OF NEW YORK       )

    Marie A. Siena, being duly sworn, deposes and says:

    I am not a party to this action and am over 18 years of age. On November 26, 2008, I caused a copy of the OBJECTION OF THE CITY OF MILWAUKEE, WISCONSIN TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS in the above-captioned proceeding to be served upon the following by Federal Express.

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Andrew D. Velez-Rivera
Office of the United States Trustee
Southern District of New York
33 Whitehall Street
New York, NY 10004

Harvey R. Miller, Esq.
Weil, Gotshal & Manges LLP
767 5th Ave.
New York, NY 10153

Jeffrey s. Margolin, Esq.
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004

| | |
|---|---|
| James Tecce, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010 | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Epiq Bankruptcy Solutions, LLC<br>757 Third Avenue<br>3rd Floor<br>New York, NY 10017 | Dennis F. Dunne, Esq.<br>Milbank, Tweed, Hadley & McCloy<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |

_____
Marie A. Siena

Sworn to before me this
1st day of December, 2008

_____
Notary Public

MERRITT A. PARDINI
NOTARY PUBLIC, State of New York
NO. 02PA6104063
Qualified in New York County
Commission Expires January 12 2012