WINSTON & STRAWN LLP
David Neier (DN-5391)
200 Park Avenue
New York, New York 10166
Phone: (212) 294-6700
Facsimile: (212) 294-4700

*Attorneys for Pentwater Capital Management, LP*
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                                     :
                                                           : Chapter 11
**LEHMAN BROTHERS HOLDINGS INC.,** *et*                    : Case No.  08-13555 (JMP)
*al.,*                                                     : Jointly Administered
                                                           :
                              Debtors.
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I am not a party to the action, am over 18 years of age and am employed by Winston & Strawn LLP, 200 Park Avenue, New York, New York  10166. On August 6, 2008, I caused to be served a true and correct copy of the **Objection of Pentwater Capital Management, LP to Assumption of Open Trade Confirmation**, to the parties and via the method of delivery indicated on Exhibit A.


/s/ Denise A. Cunsolo
Denise A. Cunsolo

# EXHIBIT A

**BY HAND**
**United States Bankruptcy Court for**
**Southern District of New York**
**One Bowling Green**
**New York, NY 10004**
**Attn: Chambers of the Honorable James M. Peck**

**BY HAND**
**The Office of the United States Trustee**
**Southern District of New York**
**33 Whitehall Street, 21st Floor**
**New York, NY 10004**
**Attn: Andy Velez-Rivera, Esq.**
      **Paul Schwartzberg, Esq.**
      **Brian Masumoto, Esq.**
      **Linda Riffkin, Esq.**
      **Tracy Hope Davis, Esq.**

**FIRST CLASS MAIL**
**Cleary Gotliebb LLP**
**One Liberty Plaza**
**New York, New York 10006**
**Attn: Lindsee P. Granfield, Esq.**
      **Lisa Schweiger, Esq.**

**FIRST CLASS MAIL**
**Weil Gotshal & Manges LLP**
**776 Fifth Avenue**
**New York, New York 10153**
**Attn: Richard P. Krasnow, Esq.**
      **Lori R. Fife, Esq.**
      **Shai Y. Waisman, Esq.**
      **Jacqueline Marcus, Esq.**

**FIRST CLASS MAIL**
**Milbank, Tweed, Hadley & McCloy LLP**
**One Chase Manhattan Plaza**
**New York, New York 10005**
**Attn: Dennis F. Dunne, Esq.**
      **Dennis O'Donnell, Esq.**
      **Evan Fleck, Esq.**

**FIRST CLASS MAIL**
**Sullivan & Cromwell LLP**
**125 Broad Street**
**New York, New York 10004**
**Attn: Robinson B. Lacy, Esq.**
      **Hydee R. Feldstein, Esq.**

NY:1211224.1