McGUIREWOODS LLP
Shawn R. Fox
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **08-13555 (JMP)** |
| **Debtors** | **(Jointly Administered)** |

-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Shawn R. Fox, an attorney duly admitted in the state of New York, hereby certify under penalty of perjury that the Limited Objection and Reservation of Rights of the Toronto-Dominion Bank to Debtors' Motion for an Order Pursuant to §§ 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts (the "Objection") was filed electronically and notice was sent via ECF E-mail to those parties that receive notice of such filings on November 28, 2008. The Objection was also served upon the parties listed below on the date and in the manner set forth below.

Dated: December 1, 2008
New York, NY                                                     /s/ Shawn R. Fox


VIA E-Mail on November 28, 2008 and
United States First Class Mail on December 1, 2008

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Lori Fife
Lori.Fife@weil.com
Robert.Lemons@weil.com

2

Curtis, Mallet-Prevost,
Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Attn: Steven Reisman
SReisman@cm-p.com
LHarrison@cm-p.com

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis Dunne
DDunne@milbank.com
DODonnell@milbank.com
EFleck@milbank.com

and

VIA facsimile on November 28, 2008 and
United States First Class Mail on December 1, 2008

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Riffkin, Tracy Hope Davis