LOWENSTEIN SANDLER PC
65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2478
Paul Kizel, Esq. (PK4176)

-and-

1251 Avenue of the Americas
18th Floor
New York, New York 10020
Tel: (212) 262-6700

Attorneys For Blue Mountain Credit Alternatives Master Fund L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | Chapter 11 |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al*. | Case No. 08-13555(JMP) |
|  | (Jointly Administered) |
| Debtors. |  |

**Jamelle Straker**, certifies as follows:

1. I am the Administrative Director employed by the law firm of Lowenstein Sandler PC, Attorneys for Blue Mountain Credit Alternatives Master Fund L.P. in the above captioned matter.

2. On November 28, 2008, I caused to be served the following document that was filed on November 28, 2008 as docket entry #1849:

- Verified Objection of Blue Mountain Credit Alternatives Master Fund L.P. to Debtors' Motion for an order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations

-2-

via the Court's electronic case filing system to the parties listed on the annexed service list attached hereto as Exhibit "A". I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing made by me are willfully false, I am subject to punishment.

Dated: December 1, 2008

                                      /s/ Jamelle Straker
                                          Jamelle Straker

## Exhibit "A"

| Name | E-Mail Address |
|---|---|
| Anne Marie Aaronson | aaronsoa@pepperlaw.com |
| Marc Abrams | mabrams@willkie.com |
| Ann E. Acker | acker@chapman.com |
| Luma Al-Shibib | lalshibib@reedsmith.com |
| Colin B. Albaugh | albaugh.colin@pbgc.gov |
| Ana M. Alfonso | aalfonso@kayescholer.com |
| George Angelich | angelich.george@arentfox.com |
| Tara B. Annweiler | tannweiler@greerherz.com |
| Rick Antonoff | rick.antonoff@pillsburylaw.com |
| Bruce G. Arnold | barnold@whdlaw.com |
| John R. Ashmead | ashmead@sewkis.com |
| Lauren Attard | lattard@kayescholer.com |
| Donald M. Badaczewski | donald.badaczewski@dechert.com |
| Helen Ball | hball@bradleyarant.com |
| Elizabeth Banda | kwilliams@pbfcm.com |
| David M. Banker | dbanker@lowenstein.com |
| David L. Barrack | dbarrack@fulbright.com |
| Lawrence Bass | lawrence.bass@hro.com |
| T. Scott Belden | sbelden@kleinlaw.com |
| Christopher Robert Belmonte | cbelmonte@ssbb.com |
| Howard S. Beltzer | hbeltzer@morganlewis.com |
| Walter Benzija | wbenzija@halperinlaw.net |
| Leslie Ann Berkoff | lberkoff@moritthock.com |
| Mark N. Berman | mbeeman@nixonpeabody.com |
| Martin J. Bienenstock | martin.bienenstock@dl.com |
| Robert Jeffery Black | jeffery.black@bingham.com |
| Michael V. Blumenthal | mblumenthal@crowell.com |
| Timothy W. Brink | timothy.brink@dlapiper.com |
| James L. Bromley | maofiling@cgsh.com |
| Andrew P. Brozman | andrew.brozman@cliffordchance.com |
| Martin G. Bunin | marty.bunin@alston.com |
| Michael G. Busenkell | mbusenkell@wcsr.com |
| Aaron R. Cahn | cahn@clm.com |
| Matthew Allen Cantor | info2@normandyhill.com |
| Michael D. Capozzi | mcapozzi@ingramllp.com |
| John F. Carberry | jcarberry@cl-law.com |
| Lawrence F. Carnevale | murphy@clm.com |
| James S. Carr | KDWBankruptcyDepartment@kelleydrye.com |
| Shelley C. Chapman | schapman@willkie.com |
| Eugene J. Chikowski | eugene.chikowski@flastergreenberg.com |
| Shawn M. Christianson | schristianson@buchalter.com |
| Darrell W. Clark | dclark@stinson.com |

-2-

| | |
|---|---|
| Marvin E. Clements | agbanknewyork@ag.tn.gov |
| Ronald L. Cohen | cohenr@sewkis.com |
| Kenneth P. Coleman | kurt.vellek@allenovery.com; tania.ingman@allenovery.com; bethany.kriss@allenovery.com |
| Patrick Collins | pcollins@farrellfritz.com |
| Kenneth Corey-Edstrom | kcoreyedstrom@larkinhoffman.com |
| Patrick M. Costello | pcostello@bbslaw.com |
| Steven Cousins | scousins@armstrongteasdale.com |
| David N. Crapo | dcrapo@gibbonslaw.com |
| David A. Crichlow | dcrichlow@pillsburywinthrop.com |
| Maureen A. Cronin | macronin@debevoise.com |
| Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Walter H. Curchack | wcurchack@loeb.com |
| Israel Dahan | allison.dipasqua@cwt.com |
| Michael R. Dal Lago | bankruptcy@morrisoncohen.com |
| George A. Davis | George.davis@cwt.com |
| Paul R. DeFilippo | pdefilippo@wmd-law.com |