
Brian Trust (BT-0347)
Jeffrey G. Tougas (JT-5533)
Amit Trehan (AT-4677)
**MAYER BROWN LLP**
1675 Broadway
New York, New York 10019
Tel. 212.506.2500
Fax  212.262.1910

*Counsel to Société Générale and Canadian Imperial Bank Commerce*

Andrew Brozman (APB-2456)
Wendy Rosenthal (WR-4461)
Sara Tapinekis (ST-4382)
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Tel. - 212.878.8000
Fax. - 212.878.8375

*Counsel to Calyon; Dexia Banque Internationale á Luxembourg SA; Dexia Credit Local; Dexia Kommunalbank Deutschland AG; Dexia Banque Belgique SA; and Banif - Banco de Investimento, S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,                      :   Case No. 08-13555 (JMP)
                                                              :
         Debtors.                                             :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Wendy Rosenthal, an attorney admitted to practice in the State of New York, hereby certify that a true and correct copy of the Limited Objection To Debtors' Motion For An Order Pursuant To Sections 105 And 365 Of The Bankruptcy Code To Establish Procedures For The

Settlement Or Assumption And Assignment Of Prepetition Derivative Contracts [Docket No. 1907] (the "Objection") filed on behalf of Société Générale, Canadian Imperial Bank Commerce, Calyon, Dexia Banque Internationale á Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank Deutschland AG, Dexia Banque Belgique SA, and Banif - Banco de Investimento, S.A. was served on November 28, 2008 by email upon (a) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Lori Fife, Esq. and Robert Lemons, Esq.); (b) Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, New York 10178 (Attn: Steven Reisman, Esq. and L.P. Harrison, Esq.); (c) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq.); (d) the Office of the United States Trustee, 33 Whitehall Street - 21st Floor, New York, New York 10004 (Attn: Tracy Hope Davis, Esq.); (e) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004 (Attn: Jeffrey Margolin, Esq.); and (f) all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.  On December 1, 2008, a true and correct copy of the Objection was served by hand delivery upon (a) the Chambers of The Honorable James M. Peck, One Bowling Green, New York, New York 10004 (Attn: Lynda Nulty, Courtroom Deputy) and (b) the Office of the United States Trustee, 33 Whitehall Street - 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq.).

Dated: December 1, 2008
      New York, New York

By:   /s/ Wendy Rosenthal
     Wendy Rosenthal

NYA911813.1