UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re                                                           :    Chapter 11
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No. 08-1355(JMP)
                                                                :
           Debtors.                                        :    (Jointly Administered)
                                                                :
                                                                :

-----------------------------------------------------------------x

### AFFIDAVIT AND DISCLOSURE STATEMENT OF ROBERTA A. COLTON, ESQUIRE ON BEHALF OF TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.

1. I am a Shareholder with the firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A. located at Suite 2700, 101 East Kennedy Boulevard, Tampa, Florida 33602 (the "Firm")

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide litigation services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any

such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates, except as provided in paragraph 6 herein.

6. The Debtors owe the Firm $70,516.39 for pre-petition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit, if necessary.

THIS CONCLUDES MY AFFIDAVIT.

_____
ROBERTA A. COLTON

STATE OF FLORIDA              )
                              )   ss.
COUNTY OF HILLSBOROUGH        )

    The foregoing instrument was acknowledged before me this 21 day of November 2008 by ROBERTA A. COLTON, ☑ who is personally known to me, ☐ or provided a valid FL Driver's License, and who did not take an oath.

(Notary Stamp)
                                  Cynthia Sims
                              Notary Public, State of Florida at large

                              My Commission Expires:



Notary Public State of Florida
Cynthia Sims
My Commission DD697896
Expires 07/23/2011

Ordinary Course Affidavit-2902847v1

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                                    :    Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :    Case No. 08-1355(JMP)
                                                         :
                                    Debtors.             :    (Jointly Administered)
                                                         :
                                                         :
-------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")
DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

   1.   Name and address of firm:
        Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.
        101 East Kennedy Boulevard, Suite 2700, Tampa, Florida 33602
        [P. O. Box 1102, Tampa, Florida 33601-1102]
        Telephone: (813) 223-7474

   2.   Date of Retention:
        Pre-Petition Retention Date in each of the four pending lawsuits is November 17, 2007, January 9, 2008 and February 18, 2008, and January 10, 2008 for the file concerning Lehman's claims against the Estate of Ellie Berdugo.

   3.   Type of services provided:
        Litigation Representation in four pending lawsuits and legal tax services in the estate claim file.

4. Brief description of services to be provided:

Continued litigation representation in three pending foreclosure matters as follows: (1) *Lehman Brothers Holdings Inc. v. Gables Marquis, LLC, et al.*, pending as Case No. 08-21804-CA-05, in the Eleventh Judicial Circuit for Miami-Dade County, Florida, (2) *Lehman Brothers Holdings Inc. v. Eden Springs Developer, LLC, Foster Conant & Associates, Inc. and Fugleberg Koch Architects, Inc.*, pending as Case No. 08-CA-8886 in the Ninth Judicial Circuit for Orange County, Florida, and (3) *Lasalle Bank National Association as Trustee for the Lehman Brothers Floating Rate Commercial Mortgage Trust 2006-CCL C2, Commercial Mortgage Pass-Through Certificates, Series 2006-CCL C2, and in its capacity as lead lender on behalf of Lehman Brothers Holding Inc. v. Tampa Oaks 52, LLC*, pending as Case No. 08-CA-008369, in the Thirteenth Judicial Circuit for Hillsborough County, Florida. Additionally, litigation representation in a breach of contract case *Milestone Realty v. Sanctuary Bay Hill*, pending as Case No. 48-2008-CA-014179-O in the Ninth Judicial Circuit for Orange County, Florida. Continued legal advice and filing of claims on behalf of Lehman Brothers Holdings Inc. against the Estate of Ellie Berdugo.

5. Arrangements for compensation:
   Hourly
   (a) Average hourly rate: $395 – Roberta A. Colton
                            $375 – J. Alan Asendorf
                            $325 – J. Eric Taylor
   (b) Estimated average monthly compensation based on pre-petition retention: $5,000.00

6. Pre-petition claims against the Debtors held by the Firm:

   Amount of Claim:    $ 70,516.39
   Date claim arose:   Pre-September 15, 2008 Legal Services
   Source of Claim:    Unpaid Invoices for Legal Services

7. Pre-petition claims against the Debtors held individually by any member, associate, or professional employee of the firm.

   None.

2

8.  Stock of the Debtors currently held by the Firm.

    None.

9.  Stock of the Debtors currently held individually by any member, associate, or professional employee of the Firm.

    A Senior Member of the Firm has an IRA which owns Lehman Brothers Holding Corp. Trust, 750 Shares, Series K, and 750 Shares, Series G. Both preferred stock.

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named Firm is to be employed.

    None.

11. Name of individual completing this form:
    Roberta A. Colton, Esquire

Dated: November 21, 2008.

_____
ROBERTA A. COLTON
Florida Bar No. 371289
racolton@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN, FRYE, O'NEILL & MULLIS, P.A.
Suite 2700, Bank of America Plaza
101 East Kennedy Boulevard
Tampa, Florida 33602
Telephone: (813) 223-7474
Fax: (813) 229-6553