UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re :                                                     :   Case No. 08-13555 (JMP)
                                                            :
LEHMAN BROTHERS HOLDINGS, INC.,                             :
et al.,                                                     :   (Jointly Administered)
                                                            :
            Debtors                                         :   (Chapter 11)
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2008, I caused a true and correct copy of the

- Objection of Bremer Financial Corporation in Opposition to the Debtors' Motion for an Order Pursuant to Sections 105 and 365 to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts (Docket No. 1899)

to be served upon counsel for the parties who are receiving electronic service through ECF (including those parties on the attached Service List), by facsimile upon those parties on the attached Service List, and by U.S. Mail, First Class, postage prepaid, to: Chambers of the Honorable James M. Peck, United States Bankruptcy Court (Southern District of New York), Courtroom No. 601, One Bowling Green, New York, NY 10004-1408.

Dated: Minneapolis, Minnesota
            December 1, 2008              **FABYANSKE, WESTRA, HART &
                                          THOMSON, P.A.**

                                          By: /s/ Paul L Ratelle, Esq.
                                          Paul L. Ratelle
                                          Admitted *Pro Hac Vice*
                                          Suite 1900
                                          800 LaSalle Avenue
                                          Minneapolis, Minnesota
                                          Telephone: (612) 338-0115
                                          Facsimile: (612) 338-3857

                                          *Attorneys for Bremer Financial Corporation*

\\file1\vol1\PL\84059\84059-001\779107.doc

# SERVICE LIST

1. Weil Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn: Lori R. Fife, Esq. and Robert J. Lemons, Esq.
   (212) 310-8007
   *Attorneys for the Debtors*

2. Curtis, Mallet-Prevost, Colt & Mosel LLP
   101 Park Avenue
   New York, New York 10178
   Attn: Steven J. Reisman and L.P. Harrison 3rd
   (212) 697-1559
   *Conflicts Counsel for the Debtors*

3. The Office of the United States Trustee, Southern District of New York
   33 Whitehall Street, 21st Floor
   New York, New York 10004
   Attn: Andy Velez-Rivera,
   Paul Schwartzberg, Brian Masumoto,
   Linda Riffkin, and
   Tracy Hope Davis
   (212) 668-2255

4. Milbank, Tweed, Hadley & McCloy LLP
   1 Chase Manhattan Plaza
   New York, New York 10005
   Attn: Dennis F. Dunne,
   Dennis O'Donnell, and Evan Fleck
   (212) 530-5219
   *Attorneys for the Official Committee
   of Unsecured Creditors*