**DUFFY & ATKINS LLP**
Todd E. Duffy
James E. Atkins
Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile:  (212) 500-7972
Attorneys for South Mississippi Electric Power
            Association and Coast Electric Power
            Association

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| ------------------------------------------------------------x<br><br>In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC. *et al.,*<br>Debtors.<br><br>------------------------------------------------------------x | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the attorneys set forth below, hereby appear as

counsel for South Mississippi Electric Power Association and Coast Electric Power

Association in the above-captioned case, and pursuant to Bankruptcy Rules 2002 and

9010, the undersigned request that an entry be made on the Clerk's Matrix in this case,

and that all notices given or required to be given and all papers served or required to be

served, in these cases, be given to and served on:

> Todd E. Duffy, Esq.
> James E. Atkins, Esq.
> Duffy & Atkins LLP
> Seven Penn Plaza, Suite 420
> New York, NY 10001
> Telephone:    (212) 268-2685
> Facsimile:    (212) 500-7972
> E-mails:      tduffy@duffyandatkins.com
>               jatkins@duffyandatkins.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in this case, with respect to (a) the Debtors, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by the undersigned.

PLEASE TAKE FURTHER NOTICE that the undersigned intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 1, 2008

DUFFY & ATKINS LLP

By: /s/ Todd E. Duffy
    Todd E. Duffy
    Seven Penn Plaza, Suite 420
    New York, New York 10001
    (212) 268-2685

2