# CERTIFICATE OF SERVICE

Dennis J. Nolan hereby declares, pursuant to 28 U.S.C. § 1746, and under penalties of perjury, the following:

1.  I am associated with the firm of Duffy & Atkins LLP.

2.  I am over 18 years of age, and reside in Westchester County, New York. I am not a party to this action.

3.  On December 1, 2008, I caused a true and correct copy of the Notice of Appearance and Request for Service of Papers to be served on those parties listed on the attached service list via first class mail postage prepaid.

4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2008.

/s/ Dennis J. Nolan
Dennis J. Nolan

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE,
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG BRIAN MASUMOTO, LINDA
RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: JAMES W. GIDDENS
JAMES B. KOBAK, JR.,
CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR
FOSTER, JR, DENNIS O'DONNELL, ESQ., EVAN
FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FLR
LOS ANGELES, CA 90017

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

COMMODITY FUTURES TRADING
COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

SECURITIES INVESTOR PROTECTION
CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

US SECURITIES AND EXCHANGE
COMMISSION
MARK SCHONFELD, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

US SECURITIES AND EXCHANGE COMMISSION
ALISTAIR BAMBACK
3 World Financial Center, Suite 400
New York, NY 10281-1022

US SECURITIES AND EXCHANGE COMMISSION
Neal Jacobson
3 World Financial Center, Suite 400
New York, NY 10281-1022

US SECURITIES AND EXCHANGE
COMMISSION
Alexander F. Cohen
**SEC Headquarters**
100 F Street, NE
Washington, DC 20549

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL 33134

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN
MEREDITH A. LAHAIE
ONE BRYANT PARK
NEW YORK, NY 10036

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND JAMES A. TIMKO
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

ARAPAHOE COUNTY ATTORNEY'S OFFICE
ATTN: GEORGE ROSENBURG, ASSISTANT
COUNTY ATTY
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P
ANGELICH
1675 BROADWAY
NEW YORK, NY 10019

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND
FRANK N. WHITE
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

| | | |
|---|---|---|
| ATTORNEY GENERAL OF THE STATE OF NEW YORK<br>ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL<br>120 BROADWAY, 24TH FLOOR<br>NEW YORK, NY 10271 | BANKRUPTCY CREDITORS' SERVICE, INC.<br>ATTN: PETER A. CHAPMAN<br>572 FERNWOOD LANE<br>FAIRLESS HILLS, PA 19030 | BARTLETT HACKETT FEINBERG P.C.<br>ATTN: FRANK F. MCGINN<br>(MASS. BBO# 564729)<br>155 FEDERAL STREET, 9TH FLOOR<br>BOSTON, MA 02110 |
| BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO<br>ATTN: MICHAEL J. PUCILLO, WENDY H. ZOBERMAN AND ANNE F. O'BERRY<br>222 LAKEVIEW AVENUE, ESPERANTE BLDG., SUITE 900<br>WEST PALM BEACH, FL 33401 | BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP<br>ATTN: JOHN P. "SEAN" COFFEY, ESQ.<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP<br>ATTN: DAVID R. STICKNEY, ESQ.<br>12481 HIGH BLUFF DRIVE, SUITE 300<br>SAN DIEGO, CA 92130 |
| BIEGING SHAPIRO & BURNS LLP<br>ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN<br>4582 SOUTH ULSTER STREET PARKWAY<br>SUITE 1650<br>DENVER, CO 80237 | BINGHAM MCCUTCHEN LLP<br>ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND STEVEN WILAMOWSKY<br>399 PARK AVENUE<br>NEW YORK, NY 10022-4689 | BINGHAM MCCUTCHEN LLP<br>ATTN: P. SABIN WILLETT<br>ONE FEDERAL PLAZA<br>BOSTON, MA 02110-1726 |
| BINGHAM MCCUTCHEN LLP<br>ATTN: MARK W. DEVENO<br>ONE STATE STREET<br>HARTFORD, CT 06103 | BLANK ROME LLP<br>ATTN EDWARD J LOBELLO ESQ<br>THE CHRYSLER BUILDING, 405 LEXINGTON AVE<br>NEW YORK, NY 10174 | BROOKFIELD PROPERTIES ONE WFC CO. LLC<br>ATTN: MONICA LAWLESS<br>THREE WORLD FINANCIAL CENTER<br>200 VESEY STREET<br>NEW YORK, NY 10281-1021 |
| BROWN & CONNERY, LLP<br>ATTN: DONALD K. LUDMAN, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | BROWN & CONNERY, LLP<br>ATTN: DONALD K. LUDMAN, ESQ.<br>6 NORTH BROAD STREET, SUITE 100<br>WOODBURY, NJ 08096 | BUCHALTER NEMER, A PROFESSIONAL CORPORATION<br>ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126 |
| BUCHANAN INGERSOLL & ROONEY PC<br>ATTN: CHRISTOPHER P. SCHUELLER, ESQ.<br>620 EIGHTH AVENUE, 23RD FLOOR<br>NEW YORK, NY 10018 | BUCHANAN INGERSOLL & ROONEY PC<br>ATTN: TIMOTHY P. PALMER, ESQ.<br>ONE OXFORD CENTRE<br>301 GRANT STREET, 20TH FLOOR<br>PITTSBURGH, PA 15219-1410 | BUTZEL LONG, A PROFESSIONAL CORPORATION<br>ATTN: ERIC B. FISHER AND ROBERT SIDORSKY<br>380 MADISON AVENUE<br>22ND FLOOR<br>NEW YORK, NY 10017 |
| CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: DERYCK PALMER, ESQ,<br>JOHN RAPISARDI, ESQ, GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: ISRAEL DAHAN<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 |
| CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: MARK C. ELLENBERG<br>1201 F STREET N.W., SUITE 1100<br>WASHINGTON, DC 20004 | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CADWALADER, WICKERSHAM & TAFT LLP<br>ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 |
| CADWALDER, WICKERSHAM & TAFT, LLP<br>ATTN: HOWARD R. HAWKINS, JASON JURGENS & ELLEN M. HALSTEAD, ESQ.<br>ONE WORLD FINANCIAL CENTER<br>NEW YORK, NY 10281 | CAHILL GORDON & REINDEL LLP<br>ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON<br>EIGHTY PINE STREET<br>NEW YORK, NY 10005 | CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM<br>ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL<br>PO BOX 942707<br>SACRAMENTO, CA 94229-2707 |
| CB RICHARD ELLIS, INC<br>ATTN: WANDA N. GOODLOE, ESQ.<br>200 PARK AVENUE, 17TH FLOOR<br>NEW YORK, NY 10166 | CHADBOURNE & PARKE LLP<br>ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW ROSENBLATT<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10012 | CHAPMAN AND CUTLER LLP<br>ATTN: JAMES E. SPIOTTO, ANN E. ACKER FRANLIN H. TOP, & JAMES HEISER<br>111 WEST MONROE STREET<br>CHICAGO, IL 60603 |

| | | |
|---|---|---|
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: LINDSEE P. GRANFIELD AND<br>LISA M. SCHWEITZER<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: THOMAS J. MALONEY, ESQ.<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| CLIFFORD CHANCE US LLP<br>ATTN: JENNIFER C. DE MARCO<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019 | CLIFFORD CHANCE US LLP<br>ATTN: ANDREW BROZMAN AND<br>SARA M. TAPINEKIS<br>31 WEST 52ND STREET<br>NEW YORK, NY 10019-6131 | COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.<br>ATTN: LAURENCE MAY, ESQ. AND JOHN H. DRUCKER, ESQ.<br>900 THIRD AVENUE, 16TH FLOOR<br>NEW YORK, NY 10022 |
| CONTRARIAN CAPITAL MANAGEMENT, LLC<br>ATTN: ETHAN SCHWARTZ<br>411 WEST PUTNAM AVENUE, STE. 425<br>GREENWICH, CT 06830 | COUNTY OF SAN MATEO<br>ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL<br>400 COUNTY CENTER<br>REDWOOD CITY, CA 94063-1662 | COVINGTON & BURLING LLP<br>COUNSEL FOR WILMINGTON TRUST COMPANY<br>ATTN M HOPKINS, D COFFINO, A RABOY<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 |
| CRAVATH, SWAINE & MOORE LLP<br>ATTN: RICHARD LEVIN, ESQ &<br>ROBERT H. TRUST, ESQ.<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019 | CROCKER KUNO PLLC<br>ATTN: JOANNE K. LIPSON AND J. TODD TRACY<br>720 OLIVE WAY, SUITE 1000<br>SEATTLE, WA 98101 | CUMMINGS & LOCKWOOD LLC<br>ATTN: JOHN F. CARBERRY, ESQ.<br>SIX LANDMARK SQUARE<br>STAMFORD, CT 06901 |
| DAVIS POLK & WARDWELL<br>ATTN: KAREN E. WAGNER, ABRAHAM GESSER, JAMES I. MCCLAMMY<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | DEBEVOISE & PLIMPTON LLP<br>ATTN: MY CHI TO & MAUREEN CRONIN<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 | DEBEVOISE & PLIMPTON LLP<br>ATTN: MY CHI TO AND MAUREEN A. CRONIN<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 |
| DECHERT LLP<br>ATTN: GLEN E. SIEGEL AND<br>DONALD M. BADACZEWSKI<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | DEWEY & LEBOEUF LLP<br>ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU AND TIMOTHY Q. KARCHER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 | DEWEY & LEBOEUF LLP<br>ATTN: ELIZABETH PAGE SMITH &<br>P. BRUCE WRIGHT<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| DEWEY & LEBOEUF LLP<br>ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN & WILLIAM C. HEUER<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6092 | DLA PIPER LLP (US)<br>ATTN: TIMOTHY W. BRINK AND<br>MATTHEW T. KLEPPER<br>203 NORTH LASALLE STREET, SUITE 1900<br>CHICAGO, IL 60601 | DRESDNER BANK A.G.<br>ATTN: JOSEPH SCORDATO, ESQ<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| DRINKER BIDDLE & REATH LLP<br>ATTN: ROBERT K. MALONE AND<br>DOUGLAS J. MCGILL<br>500 CAMPUS DRIVE<br>FLORHAM PARK, NJ 07932-1047 | DRINKER BIDDLE & REATH LLP<br>ATTN: STEPHANIE WICKOUSKI, ESQ<br>140 BROADWAY, 39TH FL<br>NEW YORK, NY 10005-1116 | DRINKER BIDDLE & REATH LLP<br>ATTN: KRISTIN K. GOING, ESQ.<br>1500 K ST, NW - SUITE 1100<br>WASHINGTON, DC 20005-1209 |
| EATON CORPORATION<br>ATTN: GLOBAL TRADE CREDIT DEPT.<br>EATON CENTER<br>1111 SUPERIOR AVENUE<br>CLEVELAND, OH 44114-2584 | EMMET, MARVIN & MARTIN, LLP<br>ATTN: EDWARD P. ZUJKOWSKI, ESQ.<br>120 BROADWAY<br>NEW YORK, NY 10271 | ENTWISTLE & CAPPUCCI LLP<br>ATTN: ANDREW J. ENTWISTLE<br>280 PARK AVENUE, 26TH FLOOR WEST<br>NEW YORK, NY 10017 |
| EZRA BRUTZKUS GUBNER LLP<br>ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER, ESQ<br>21650 OXNARD STREET, SUITE 500<br>WOODLAND HILLS, CA 91367 | FEDERAL RESERVE BANK OF NEW YORK<br>ATTN: SHARI LEVENTHAL<br>ASSISTANT GENERAL COUNSEL<br>33 LIBERTY STREET<br>NEW YORK, NY 10045-0001 | FELDERSTEIN FITZGERALD, ET AL.<br>ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH<br>400 CAPITOL MALL, SUITE 1450<br>SACRAMENTO, CA 95814 |

| | | |
|---|---|---|
| FILARDI LAW OFFICES LLC<br>ATTN: CHARLES J. FILARDI JR.<br>65 TRUMBULL STREET<br>NEW HAVEN, CT 06510 | FIRST TRUST PORTFOLIOS L.P.<br>ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL<br>120 E. LIBERTY DRIVE, SUITE 400<br>WHEATON, IL 60187 | FOLEY & LARDNER LLP<br>ATTN: DOUGLAS S. HEFFER<br>90 PARK AVENUE<br>NEW YORK, NY 10016 |
| FOLEY & LARDNER LLP<br>ATTN: JOANNE LEE<br>321 N. CLARK STREET<br>SUITE 2800<br>CHICAGO, IL 60654 | FRASER STRYKER PC LLO<br>ATTN: MICHAEL L. SCHLEICH, ESQ.<br>500 ENERGY PLAZA<br>409 17TH STREET<br>OMAHA, NE 68102 | FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER & DEVON J. EGGERT<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606-6677 |
| FRIED, FRANK, ET AL.<br>ATTN: PETER L. SIMMONS,<br>BRIAN D. PFEIFFER, ESQ. AND<br>MITCHELL EPNER, ESQ.<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004-1980 | FRIEDMAN DUMAS & SPRINGWATER LLP<br>ATTN: ELLEN A. FRIEDMAN, ESQ.<br>150 SPEAR STREET, SUITE 1600<br>SAN FRANCISCO, CA 94105 | GIBBONS P.C.<br>ATTN: DAVID N. CRAPO, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 |
| GIBSON DUNN & CRUTCHER LLP<br>ATTN: MICHAEL ROSENTHAL &<br>JANET WEISS<br>200 PARK AVENUE<br>NEW YORK, NY 10166-0193 | GILMARTIN, POSTER & SHAFTO LLP<br>ATTN: ANDREAS SEUFFERT, ESQ.<br>845 THIRD AVENUE<br>NEW YORK, NY 10022 | GODFREY & KAHN, S.C.<br>ATTN: TIMOTHY F. NIXON AND<br>JENNIFER B. HERZOG<br>780 NORTH WATER STREET<br>MILWAUKEE, WI 53202 |
| GOULSTON & STORRS, P.C.<br>ATTN: JAMES WALLACK, DOUGLAS ROSNER<br>AND GREG KADEN<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 | GREEN TREE SERVICING LLC<br>ATTN: BRIAN COREY, GENERAL COUNSEL<br>345 ST. PETER STREET<br>SAINT PAUL, MN 55102-1639 | GREENBERG TRAURIG, LLP<br>ATTN: JOHN W. WEISS, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| HAHN & HESSEN LLP<br>ATTN: JEFFREY L. SCHWARTZ AND<br>JOSEPH ORBACH<br>488 MADISON AVENUE, 15TH FLOOR<br>NEW YORK, NY 10022 | HAHN & HESSEN LLP<br>ATTN: ROSANNE THOMAS MATZAT, ESQ.<br>488 MADISON AVE<br>NEW YORK, NY 10022 | HALPERIN BATTAGLIA RAICHT, LLP<br>ATTN: WALTER BENZIJA AND JULIE D DYAS<br>555 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022 |
| HERRICK, FEINSTEIN LLP<br>ATTN: ANDREW C. GOLD<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 | HERRICK, FEINSTEIN LLP<br>ATTN: STEPHEN B. SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD<br>MAILSTOP 314<br>GARDEN CITY, ID 83714-0021 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MS. ANNE MARIE KENNELLY,<br>CORPORATE COUNSEL<br>300 HANOVER ST., M/S 1050<br>PALO ALTO, CA 94304 | HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR.<br>DEFAULT&RECOVERY ANALYST<br>2125 E. KATELLA AVE<br>SUITE 400<br>ANAHEIM, CA 92806 | HODGSON RUSS LLP<br>ATTN: STEPHEN H. GROSS, ESQ.<br>60 EAST 42ND STREET, 37TH FLOOR<br>NEW YORK, NY 10165-0150 |
| HOGAN & HARTSON LLP<br>ATTN: IRA GREENE, SCOTT GOLDEN AND<br>DENA KAUFMAN<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | HOLLAND & KNIGHT LLP<br>ATTN: PETER A. ZISSER<br>195 BROADWAY<br>NEW YORK, NY 10007-3189 | HOLLAND & KNIGHT LLP<br>RICHARD E. LEAR, ESQ.<br>2099 PENNSYLVANIA AVE, NW, SUITE 100<br>WASHINGTON, DC 20006 |
| HOLLAND & KNIGHT LLP<br>ATTN: SANDRA E. MAYERSON, ESQ.<br>195 BROADWAY<br>NEW YORK, NY 10007-3189 | HOLME ROBERTS & OWEN LLP<br>ATTN: BRADFORD E. DEMPSEY, ESQ.<br>1700 LINCOLN, SUITE 4100<br>DENVER, CO 80203 | HOLME ROBERTS & OWEN LLP<br>ATTN: LAWRENCE BASS, ESQ.<br>1700 LINCOLN STREET, SUITE 4100<br>DENVER, CO 80203 |

HUNTON & WILLIAMS LLP
ATTN: MICHELLE A. MENDEZ
1445 ROSS AVENUE, SUITE 3700
DALLAS, TX 75202

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
250 PARK AVENUE
NEW YORK, NY 10177

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN
1633 BROADWAY
NEW YORK, NY 10019

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10158

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND LAUREN ATTARD
425 PARK AVENUE
NEW YORK, NY 10022

KAYE SCHOLER LLP
ATTN: MARGOT B. SCHONHOLTZ AND ANA M. ALFONSO
425 PARK AVENUE
NEW YORK, NY 10022

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ.,
JORDAN BERGMAN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL 60606

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
ATTN: RICHARD L. WYNNE, ESQ.
777 SOUTH FIGUEROA STREET, 37TH FLOOR
LOS ANGELES, CA 90017

KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP
ATTN: JEFFREY KURTZMAN, ESQ.
260 S. BROAD STREET
PHILADELPHIA, PA 19102

KOBRE & KIM LLC
ATTN: MICHAEL S KIM, ROBERT W HENOCH, ANDREW C. LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY
800 THIRD AVENUE
NEW YORK, NY 10022

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND AMY CATON
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, PHILIP BENTLEY AND GORDON Z. NOVOD
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LANE POWELL PC
ATTN: CHARLES R. EKBERG
1420 FIFTH AVENUE
SUITE 4100
SEATTLE, WA 98101-2338

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
885 THIRD AVENUE
NEW YORK, NY 10022

LATHAM & WATKINS LLP
ATTN: DAVID S. HELLER & J. DOUGLAS BACON
SEARS TOWER, SUITE 5800
233 SOUTH WACKER DRIVE
CHICAGO, IL 60606

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY 10022

LAW OFFICES OF ROBERT E. LUNA, PC
ATTN: ANDREA SHEEHAN, ESQ.
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ATTN: STEVEN E. FINEMAN, ESQ.
780 THIRD AVENUE, 48TH FLOOR
NEW YORK, NY 10017-2024

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN
2323 BRYAN STREET, SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: ELIZABETH WELLER
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DIANE W. SANDERS
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX 78760

LOVELLS LLP
ATTN: ROBIN E. KELLER AND OMECCA N. NEDD
590 MADISON AVE
NEW YORK, NY 10022

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
590 MADISON AVENUE
NEW YORK, NY 10022

MARGOLIS EDELSTEIN
ATTN: JAMES E. HUGGETT, ESQ.
750 SHIPYARD DRIVE, SUITE 102
WILMINGTON, DE 19801

MAYER BROWN LLP
ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D. HYMAN JEFFREY G. TOUGAS, AMIT K. TRHAN
1675 BROADWAY
NEW YORK, NY 10019

MAYER BROWN LLP
ATTN: ANTONIA GOLIANOPOULOS, ESQ.
1675 BROADWAY
NEW YORK, NY 10019

| | | |
|---|---|---|
| MAYER BROWN LLP<br>ATTN: THOMAS S KIRIAKOS AND<br>MELISSA A MICKEY<br>71 S. WACKER DRIVE<br>CHICAGO, IL 60606 | MAYER BROWN LLP<br>ATTN: FREDERICK D. HYMAN,<br>JEFFREY G. TOUGAS AMIT K. TREHAN<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MCBREEN & KOPKO<br>ATTN: KENNETH A. REYNOLDS, ESQ.<br>500 NORTH BROADWAY, SUITE 129<br>JERICHO, NY 11753 |
| MCCALLA RAYMER, LLC<br>ATTN: MATTHEW DYER<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076-2102 | MCCARTER & ENGLISH, LLP<br>ATTN: EDUARDO J. GLAS, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102-4096 | MCCARTER & ENGLISH, LLP<br>ATTN: KATHERINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| MCCARTER & ENGLISH, LLP<br>ATTN: WILLIAM F. TAYLOR, ESQ<br>405 NORTH KING STREET<br>RENAISSANCE CENTER, 8TH FLOOR<br>WILMINGTON, DE 19801 | MCGUIREWOODS LLP<br>ATTN: PATRICK L. HAYDEN AND<br>SHAWN R. FOX<br>1345 AVENUE OF THE AMERICAS, 7th FLR<br>NEW YORK, NY 10105 | MCGUIREWOODS LLP<br>ATTN: DION W. HAYES<br>ONE JAMES CENTER<br>901 EAST CARY STREET<br>RICHMOND, VA 23219 |
| MCGUIREWOODS LLP<br>ATTN: DAVID I. SWAN AND KENNETH M. MISKEN<br>1750 TYSONS BLVD., SUITE 1800<br>MC LEAN, VA 22102 | MEYER SUOZZI ENGLISH & KLEIN<br>ATTN: THOMAS R. SLOME, ESQ.<br>900 STEWART AVENUE, SUITE 300<br>PO BOX 9194<br>GARDEN CITY, NY 11530 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: THOMAS R. SLOME AND<br>JIL MAZER-MARINO<br>990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY, NY 11530-9194 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: ALAN E. MARDER AND JIL MAZER-MARINO<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530 | MISSOURI DEPARTMENT OF REVENUE,<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MOORE & VAN ALLEN PLLC<br>ATTN: DAVID B. WHEELER, ESQ.<br>40 CALHOUN STREET, SUITE 300<br>POST OFFICE BOX 22828<br>CHARLESTON, SC 29413-2828 |
| MORELLI & GOLD, LLP<br>ATTN: RICHARD L. GOLD, ESQ.<br>380 LEXINGTON AVENUE<br>NEW YORK, NY 10168 | MORGAN, LEWIS & BOCKLIUS LLP<br>ATTN: NEIL E. HERMAN, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0600 | MORI HAMADA & MATSUMOTO<br>ATTN: KEN MIURA, ESQ.<br>MARUNOUCHI KITAGUCHI BUILDING<br>1-6-5 MARUNOUCHI, CHIYODA-KU<br>TOKYO 100-8222, |
| MORRISON & FOERSTER LLP<br>ATTN: JORDAN A. WISHNEW AND LORENZO<br>MARINUZZI<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: JOHN A. PINTARELLI AND LORENZO<br>MARINUZZI<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI, ESQ. AND GARY<br>LEE, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP<br>ATTN: TSUGUMICHI WATANABE, ESQ.<br>SHIN-MARUNOUCHI BUILDING, 29TH FLOOR<br>5-1, MARUNOUCHI 1-CHOME<br>CHIYODA-KU<br>TOKYO 100-6529, | MORRISON & FOERSTER LLP<br>ATTN: KAREN OSTAD, ESQ. AND<br>TODD M. GOREN, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: GARY S. LEE, ESQ. AND JOHN A.<br>PINTARELLI,ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP<br>ATTN: LARREN M. NASHELSKY<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER, LLP<br>ATTN: BRETT H. MILLER, ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MUNSCH HARDT KOPF & HARR, P.C.<br>ATTN: RUSSELL L. MUNSCH<br>ONE AMERICAN CENTER<br>600 CONGRESS AVENUE, SUITE 2900<br>AUSTIN, TX 78701-3057 |
| MUNSCH HARDT KOPF & HARR, P.C.<br>ATTN: KEVIN M. LIPPMAN<br>3800 LINCOLN PLAZA<br>500 NORTH AKARD STREET<br>DALLAS, TX 75201-6659 | NAGASHIMA OHNO & TSUNEMATSU<br>ATTN: MASAKI KONISHI, ESQ.<br>KIOICHO BUILDING 3-12, KIOICHO<br>CHIYODA-KU<br>TOKYO 102-0094, | NEWEDGE USA, LLC<br>ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY<br>GENERAL COUNSEL, NEWEDGE<br>550 WEST JACKSON BLVD, SUITE 500<br>CHICAGO, IL 60661 |

| | | |
|---|---|---|
| NIXON PEABODY LLP<br>ATTN: DENNIS J. DREBSKY<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | NIXON PEABODY, LLP<br>ATTN: AMANDA DARWIN<br>100 SUMMER STREET<br>BOSTON, MA 02110 | NIXON PEABODY, LLP<br>ATTN: CHRISTOPHER M. DESIDERIO<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 |
| NOMURA HOLDING AMERICA, INC<br>ATTN: PENNY TEHRANI<br>TWO WORLD FINANCIAL CENTER<br>BUILDING B, 22ND FLOOR<br>NEW YORK, NY 10281 | NORMANDY HILL CAPITAL LP<br>ATTN: MATTHEW A. CANTOR, ESQ.<br>150 EAST 52ND STREET, 10TH FLOOR<br>NEW YORK, NY 10022 | OCH-ZIFF<br>ATTN: KEN RUBIN<br>9 W 57TH STREET, 39TH FLOOR<br>NEW YORK, NY 10019 |
| OFFICE OF THE MINNESOTA ATTORNEY GENERAL<br>ATTN: JEREMY D. EIDEN, ESQ.<br>445 MINNESOTA STREET, SUITE 900<br>SAINT PAUL, MN 55101-2127 | OFFICE OF THRIFT SUPERVISION<br>ATTN: DIRK S. ROBERTS<br>1700 G STREET, N.W.<br>WASHINGTON, DC 20552 | OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION<br>ATTN: MARTIN JEFFERSON DAVIS<br>HARBORSIDE FINANCIAL CENTER PLAZA FIVE<br>JERSEY CITY, NJ 07311 |
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103-0001 | ORRICK, HARRINGTON & SUTCLIFFE LLP<br>ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND DEBRA L. FELDER<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P. GUY AND DEBRA L. FELDER<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR. AND COURTNEY M. ROGERS<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103-0001 | OTTERBOURG, STEINDLER, ET AL.<br>ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN<br>230 PARK AVENUE<br>NEW YORK, NY 10169-0075 | PAUL HASTINGS JANOFSKY & WALKER LLP<br>ATTN: HARVEY A. STRICKON (HS5210)<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022-3205 |
| PEITZMAN, WEG & KEMPINSKY LLP<br>ATTN: HOWARD J. WEG AND DEVID B. SHEMANO<br>10100 SANTA MONICA BLVD., SUITE 1450 | PENSION BENEFIT GUARANTY CORP.<br>ATTN: STEPANIE THOMAS SARA B. EAGLE, COLIN B. ALBAUGH<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005 | PEPPER HAMILTON LLP<br>ATTN: KAY STANDRIDGE KRESS DEBORAH KOVSKY-APAP<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT, MI 48243 |
| PEPPER HAMILTON LLP<br>ATTN: AUDREY D. WISOTSKY, ESQ.<br>301 CARNEGIE CENTER, SUITE 400<br>PRINCETON, NJ 08543-5276 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: DAVID A. CRICHLOW, ESQ.<br>1540 BROADWAY<br>NEW YORK, NY 10036-4039 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE<br>725 SOUTH FIGUEROA STREET, SUITE 2800<br>LOS ANGELES, CA 90017-5443 | PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW<br>ATTN: SYDNEY G. PLATZER<br>1065 AVENUE OF THE AMERICAS, 18TH FLR.<br>NEW YORK, NY 10018 | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: DANIEL J. FLANIGAN<br>700 W. 47TH STREET, SUITE 1000<br>KANSAS CITY, MO 64112 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: JAMES E BIRD<br>700 W. 47TH STREET, SUITE 1000<br>KANSAS CITY, MO 64112 | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: CHRISTOPHER A WARD<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | PORZIO, BROMBERG & NEWMAN, P.C.<br>ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962-1997 |
| POST & SCHELL, P.C.<br>ATTN: BRIAN W. BISIGNANI, ESQ.<br>17 NORTH 2ND STREET, 12TH FLOOR<br>HARRISBURG, PA 17101-1601 | POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.<br>ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE<br>575 MADISON AVENUE<br>NEW YORK, NY 10022 | PRYOR CASHMAN LLP<br>ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS<br>410 PARK AVENUE<br>NEW YORK, NY 10022 |

| | | |
|---|---|---|
| PRYOR CASHMAN LLP<br>ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE<br>410 PARK AVENUE<br>NEW YORK, NY 10022 | PURSUIT PARTNERS<br>ATTN: LISA ROBERTS<br>333 LUDLOW STREET,<br>NORTH TOWER, 4TH FLR.<br>STAMFORD, CT 06902 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>ATTN: SUSHEEL KIRPALANI,<br>JAMES C. TECCE AND SCOTT C. SHELLEY<br>51 MADISON AVE, 22ND FLOOR<br>NEW YORK, NY 10010 |
| RABINOWITZ LUBETKIN & TULLY, LLC<br>ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY<br>293 EISENHOWER PARKWAY SUITE 100<br>LIVINGSTON, NJ 07039 | REED SMITH LLP<br>ATTN PAUL A RACHMUTH ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | REED SMITH LLP<br>ATTN: KURT F. GWYNNE,<br>J. CORY FALGOWSKI<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| REED SMITH LLP<br>ATTN: LUMA AL-SHIBIB<br>599 LEXINGTON AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022 | RIDDELL WILLIAMS P.S.<br>ATTN: JOSPEH E. SHICKICH<br>1001 4TH AVENUE SUITE 4500<br>SEATTLE, WA 98154-1192 | RIEMER & BRAUNSTEIN LLP<br>ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER RHEAUME<br>THREE CENTER PLAZA<br>BOSTON, MA 02108 |
| RUSSELL INVESTMENTS<br>ATTN: ELIOT COHEN<br>909 A STREET<br>TACOMA, WA 98402-5120 | RUSSELL R. JOHNSON III<br>2258 WHEATLANDS DRIVE<br>MANAKIN SABOT, VA 23103 | RUSSIN VECCHI BERG & BERNSTEIN LLP<br>ATTN: J. FRED BERG JR, ESQ.<br>380 LEXINGTON AVENUE, SUITE 1518<br>NEW YORK, NY 10168 |
| SALANS<br>ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN<br>620 FIFTH AVENUE<br>NEW YORK, NY 10020 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK, TIMOTHY T. BROCK, & ABIGAIL SNOW<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | SCHIFFRIN BARROWAY, ET AL.<br>ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD<br>280 KING OF PRUSSIA ROAD<br>WAYNE, PA 19087 |
| SEWARD & KISSEL LLP<br>ATTN: RONALD L. COHEN, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | SEWARD & KISSEL LLP<br>ATTN: JOHN R. ASHMEAD, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | SHEAK & KORZUN, P.C.<br>ATTN: TIMOTHY J. KORZUN, ESQ.<br>1 WASHINGTON CROSSING ROAD<br>PENNINGTON, NJ 08534 |
| SHEARMAN & STERLING LLP<br>ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ AND NED S. SCHODEK, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | SHENWICK & ASSOCIATES<br>ATTN: JAMES H. SHENWICK, ESQ.<br>655 THIRD AVENUE, 20TH FLOOR<br>20TH FLOOR<br>NEW YORK, NY 10017 | SHEPPARD MULLIN, ET AL.<br>ATTN: CARREN SHULMAN & RUSSELL RIED ESQS<br>30 ROCKEFELLER PLAZA 24TH FLOOR<br>NEW YORK, NY 10112 |
| SHIPMAN & GOODWIN LLP<br>ATTN: JULIE A. MANNING, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SALLY MCDONALD HENRY<br>NEW YORK, NY 10036 | SQUIRE, SANDERS & DEMPSEY L.L.P.<br>ATTN: STEPHEN D. LERNER<br>221 E. FOURTH STREET, SUITE 2900<br>CINCINNATI, OH 45202 |
| STAHL ZELLOE, P.C.<br>ATTN: RICHARD J. STAHL, ESQ.<br>11350 RANDOM HILLS ROAD, SUITE 700<br>FAIRFAX, VA 22030 | STANDARD CHARTERED BANK<br>ATTN: MARC CHAIT<br>1 MADISON AVENUE, 3RD FLOOR<br>NEW YORK, NY 10010 | STEPTOE & JOHNSON LLP<br>ATTN: JOHN H. LOVI AND LARA E. ROMANSIC<br>750 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| STEPTOE & JOHNSON LLP<br>ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER<br>2121 AVENUE OF THE STARS, SUITE 2800<br>LOS ANGELES, CA 90067 | STEVENS & LEE, P.C.<br>ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS<br>485 MADISON AVE, 20TH FLOOR<br>NEW YORK, NY 10022 | STEVENS & LEE, P.C.<br>ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS<br>485 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 |

| | | |
|---|---|---|
| STINSON MORRISON HECKER LLP<br>ATTN: DARRELL W. CLARK, ESQ.<br>1150 18TH STREET, NW<br>SUITE 800<br>WASHINGTON, DC 20036 | STRADLEY RONON STEVENS & YOUNG, LLP<br>ATTN: PAUL A. PATTERSON, MICHAEL J. CORDONE AND MARK J. DORVAL<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 | STREUSAND & LANDON LLP<br>ATTN: G. JAMES LANDON AND RICHARD D. VILLA<br>816 CONGRESS AVENUE, SUITE 1600<br>AUSTIN, TX 78701 |
| STREUSAND & LANDON LLP<br>ATTN: SABRINA L. STREUSAND, ESQ.<br>816 CONGRESS AVENUE, SUITE 1600<br>AUSTIN, TX 78701 | STROOCK & STROOK & LAVAN LLP<br>ATTN: MARK A. SPEISER & SHERRY J. MILLMAN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | SULLIVAN & CROMWELL LLP<br>ATTN: ROBINSON B. LACE AND HYDEE R. FELDSTEIN<br>125 BROAD STREET<br>NEW YORK, NY 10004 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | THE BANK OF NEW YORK MELLON<br>ATTN: RANJIT MATHER, ROBERT BAILEY<br>ONE WALL STREET, 11TH FLOOR<br>NEW YORK, NY 10286 | THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.<br>ATTN: MONIQUE L. MORREALE<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104 |
| THE CHUO MITSUI TRUST AND BANKING CO., LTD<br>33-1, SHIBA 3-CHOME<br>MINATO-KU<br>TOKYO 105-8574, | THE SUMITOMO TRUST & BANKING CO., LTD<br>ATTN: MR. MASAYA YAMASHIRO, SR. MANAGER<br>GRANTOKYO, SOUTH TOWER<br>1-9-2, MARUNOUCHI, CHIYODA-KU<br>TOKYO 100-6611, | THE SUMITOMO TRUST & BANKING CO., LTD<br>ATTN: BRUCE A. ORTWINE, ESQ., GENERAL COUNSEL<br>527 MADISON AVENUE<br>NEW YORK, NY 10022 |
| THE WILSON LAW FIRM PC<br>ATTN: L. MATT WILSON, ESQ.<br>950 EAST PACES FERRY ROAD<br>SUITE 3250 ATLANTA PLAZA<br>ATLANTA, GA 30326 | THOMPSON & KNIGHT LLP<br>ATTN: IRA L. HERMAN & DEMETRA L. LIGGINS<br>919 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022-3915 | THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002-4499 |
| THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL & MITCHELL E. AYER<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002 | THOMPSON & KNIGHT LLP<br>ATTN: DAVID M. BENNETT<br>1722 ROUTH STREET<br>SUITE 1500<br>DALLAS, TX 75201-2533 | TISHMAN SPEYER PROPERTIES, LP<br>ATTN: MICHAEL BENNER, ANN MENARD, BRADLEY TURK AND NED BANNON, CORPORATE COUNSEL<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111 |
| TRAVELERS<br>NATIONAL ACCOUNTS<br>ATTN: OLGA PRESS, ACCOUNT RESOLUTION<br>1 TOWER SQUARE - 5MN<br>HARTFORD, CT 06183-4044 | TROUTMAN SANDERS LLP<br>ATTN: HOLLACE T. COHEN & PAUL H. DEUTCH<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 | TUCKER ARENSBURG, P.C.<br>ATTN: BEVERLY WEISS MANNE, BRADLEY S. TUPI AND MICHAEL A. SHINER<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 |
| TW TELECOM INC.<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 | VEDDER PRICE P.C.<br>ATTN: DOUGLAS J. LIPKE, ESQ.<br>222 N. LASALLE STREET<br>CHICAGO, IL 60601-1003 | VEDDER PRICE P.C.<br>ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 |
| VEDDER PRICE PC<br>ATTN: MICHAEL J. EDELMAN<br>1633 BROADWAY, 4TH FLOOR<br>NEW YORK, NY 10019 | VINSON & ELKINS LLP<br>ATTN: DOV KLEINER, ESQ.<br>666 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10103 | WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: HAROLD S. NOVIKOFF, ESQ, RICHARD G. MASON, ESQ AND JOSHUA A. FELTMAN, ESQ<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150 |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: AMY WOLF, ESQ.<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150 | WHITE & CASE LLP<br>ATTN: PHILIP JOHN NICHOLS<br>(COUNSEL TO DNB NOR BANK ASA)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | WHITE & CASE LLP<br>ATTN: THOMAS E. MACWRIGHT JR. AND AILEEN VENES<br>WACHOVIA FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD, SUITE 4900<br>MIAMI, FL 33131 |

WHITE & CASE LLP
ATTN: EVAN C. HOLLANDER, ESQ.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND RICHARD GRAHAM
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, SHELLEY CHAPMAN, BENITO ROMANO, JAMIE KETTEN
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILMINGTON TRUST FSB
ATTN JULIE J BECKER
8400 NORMANDALE LAKE BLVD SUITE 925
MINNEAPOLIS, MN 55437

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.
787 SEVENTH AVENUE
NEW YORK, NY 10019-6099

WILMINGTON TRUST COMPANY
ATTN JAMES J MCGINLEY
520 MADISON AVE, 33RD FL
NEW YORK, NY 10022

WOLFF & SAMSON PC
ATTN: DAVID N. RAVIN & ROBERT E. NIES
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ 07052

WINSTON & STRAWN LLP
ATTN: CAREY D. SCHREIBER
200 PARK AVENUE
NEW YORK, NY 10166-4193

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER
35 WEST WACKER DRIVE
CHICAGO, IL 60601

Chambers of the Honorable James M. Peck
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

YOUNG WILLIAMS P.A.
ATTN: ROBERT L. HOLLADAY, JR.
PO BOX 23059
210 E. CAPITOL STREET., SUITE 2000
JACKSON, MS 39201

ZEISLER & ZEISLER, P.C.
ATTN: GREGORY B. SCHILLER, ESQ.
(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)
558 CLINTON AVENUE
BRIDGEPORT, CT 06605

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
ATTN: SHAI Y. WAISMAN, ESQ.

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
ATTN: RICHARD P. KRASNOW, ESQ.

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
ATTN: LORI R. FIFE, ESQ.

THE OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
NEW YORK, NY 10004
ATTN: PAUL SCHWARTZBERG

WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
ATTN: JACQUELINE MARCUS, ESQ.

THE OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
NEW YORK, NY 10004
ATTN: ANDY VELEZ-RIVERA

THE OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
NEW YORK, NY 10004
ATTN: TRACY HOPE DAVIS

THE OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
NEW YORK, NY 10004
ATTN: BRIAN MASUMOTO

THE OFFICE OF THE UNITED STATES TRUSTEE
33 WHITEHALL STREET
NEW YORK, NY 10004
ATTN: LINDA RIFFKIN

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATTN: EVAN FLECK, ESQ.

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATTN: DENNIS F. DUNNE, ESQ.

MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATTN: DENNIS O'DONNELL, ESQ.

SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY 10004
ATTN: ROBINSON B. LACY, ESQ.

CLEARY GOTTLEIB LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
ATTN: LINDSEE P. GRANFIELD, ESQ.

CLEARY GOTTLEIB LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006
ATTN: LISA SCHWEIGER, ESQ.

LOWENSTEIN SANDLER PC ATTN: IRA M. LEVEE (COUNSEL TO FACTIVA, INC.) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10020

SULLIVAN & CROMWELL LLP
125 BROAD STREET
NEW YORK, NY 10004
ATTN: HYDEE R. FELDSTEIN, ESQ.

LOWENSTEIN SANDLER PC ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN (COUNSEL TO AVAYA INC.) 65 LIVINGSTON AVE. ROSELAND, NJ 07068

| | | |
|---|---|---|
| LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN AND S. JASON TEELE (COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10022 | LOWENSTEIN SANDLER PC ATTN: IRA M. LEVEE (COUNSEL TO FACTIVA, INC.) 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | LOWENSTEIN SANDLER PC ATTN: MICHAEL S ETKIN AND S. JASON TEELE (COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE POWER, LP) 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN, ESQ. (COUNSEL TO RELIANT ENERGY SERVICES, INC. AND RELIANT ENERGY POWER SUPPLY, LLC) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10020 | LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN AND S. JASON TEELE (COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE POWER, LP) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10022 | LOWENSTEIN SANDLER PC ATTN: MICHAEL S ATKIN AND S. JASON TEELE (COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING AND TRADING) 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER (COUNSEL TO BINDING COMPANY, INC.) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10020 | LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN AND S. JASON TEELE (COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING AND TRADING) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10022 | LOWENSTEIN SNADLER PC ATTN: MICHAEL S ETKIN AND S. JASON LEE (COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINGURGH COUNCIL & OPER. ENG. LCL 13) 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 |