Jeffrey A. Rosenthal
Zoe Segal-Reichlin
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000

*Attorneys for Wachovia Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ------------------------------------------------------------------ X | Chapter 11 |
| In re                                                           : | Case No. 08-13555 (JMP) |
| LEHMAN BROTHERS HOLDINGS INC., et al.,       : | (Jointly Administered) |
| Debtors.                                              : | <u>CERTIFICATE OF SERVICE</u> |
| ------------------------------------------------------------------ X | |

   I, Richard V. Conza, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   1.  On the 26th day of November 2008, the Limited Objection of Wachovia Bank, N.A. to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts with Exhibit A was served by Federal Express upon:

        Andy Velez-Rivera
        Office of the United States Trustee
         for the Southern District of New York
        33 Whitehall Street, 21st Floor
        New York, NY  10004

        Dennis F. Dunne, Esq.
        Milbank, Tweed, Hadley & McCloy LLP
        One Chase Manhattan Plaza
        New York, NY  10005

        Steven Reisman
        Curtis, Mallet-Prevost, Colt & Mosle LLP
        101 Park Avenue
        New York, NY  10178

        Lori Fife
        Richard Lemons
        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY  10153

    2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
            December 1, 2008

                                    /s/Richard V. Conza
                                      Richard V. Conza