Neil S. Binder, Esq.
Michael Friedman, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Nbinder@rkollp.com
Mfriedman@rkollp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re                                                              :    Chapter 11 Case No. 08-13555 (JMP)
                                                                   :
                                                                   :    (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :
                                                                   :    **CERTIFICATE OF SERVICE**
                    Debtors.                                       :
                                                                   :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  I, Keith Sambur hereby certify that on November 28, 2008, I caused to be served a copy of (i) the Counterparties' Objection to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations and (ii) the Declarations of Vladimir Jelisavcic (on behalf of Longacre Master Fund, Ltd. and Longacre Capital Partners (QP), L.P.), Clare K. Pierce (on behalf of Bank of America, N.A.), David Tom Jesson (on behalf of Banc of America Securities Limited) and James Varley (on behalf of Field Point IV S.a.r.l. and BDF Limited (a) electronically to all counsel of record receiving notice through the Court's CM/ECF system and (b) via hand delivery to the following:

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Riffkin, and Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP,
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus

_____
Keith Sambur