DUFFY & ATKINS LLP
Todd E. Duffy
James E. Atkins
Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile: (212) 500-7972
Attorneys for South Mississippi Electric Power Association and
    Coast Electric Power Association

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| ----------------------------------------------------------x | |
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC. *et al.*,<br>Debtors.<br><br>----------------------------------------------------------x | Chapter 11<br><br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## STATEMENT PURSUANT TO RULE 2019

Todd E. Duffy certifies as follows:

1. I am an attorney-at-law and a member of Duffy & Atkins LLP. I am admitted to practice law in this Court and before the bars of the State and Federal Courts of New Jersey, the State Courts of New York and the U.S. Court of Appeals for the Second Circuit.

2. On behalf of Duffy & Atkins LLP, I hereby provide this verified statement (the "Statement"), as required by Rule 2019 of the Federal Rules of Bankruptcy Procedure, in connection with Duffy & Atkins LLP's representation of South Mississippi Electric Power Association ("SMEPA") and Coast Electric Power Association ("CEPA"), in connection with the chapter 11 case of the above-captioned debtors and debtors-in-possession (collectively, the "Debtor").

3. SMEPA and CEPA are parties to three derivative contracts where Lehman Brothers Special Financing, one of the debtors herein, is the counter-party.

4. SMEPA and CEPA have asked Duffy & Atkins LLP to represent their interests during the pendency of this chapter 11 case.

5. As of the date hereof, Duffy & Atkins LLP does not hold a claim against the Debtor. However, Duffy & Atkins LLP may at some future time seek to have its fees and disbursements paid by the Debtor's estate pursuant to the Bankruptcy Code.

6. The undersigned certifies that this Statement is true and accurate, to the best of his knowledge and belief. Duffy & Atkins LLP reserves the right to revise and supplement this Statement as needed.

Dated: December 1, 2008
      New York, New York

### DUFFY & ATKINS LLP

By: /s/ Todd E. Duffy
    Todd E. Duffy
    James E. Atkins
    Dennis J. Nolan
Seven Penn Plaza, Suite 420
New York, New York 10001
Telephone: (212) 268-2685
Facsimile: (212) 500-7972
*Attorneys for South Mississippi Electric Power Association and Coast Electric Power Association*

To Be Served Upon: All Persons on the Attached Service List

# Service List

By First Class Mail:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, LORI R. FIFE,
SHAI Y. WAISMAN, JACQUELINE MARCUS
767 FIFTH AVENUE
NEW YORK, NY 10153

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL
SCHWARTZBERG BRIAN MASUMOTO, LINDA
RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

HUGHES HUBBARD & REED LLP
ATTN: JAMES W. GIDDENS
JAMES B. KOBAK, JR.,
CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1482

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR
FOSTER, JR, DENNIS O'DONNELL, ESQ., EVAN
FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FLR
LOS ANGELES, CA 90017

ASSISTANT UNITED STATES ATTORNEY, SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007

COMMODITY FUTURES TRADING COMMISSION
TERRY S ARBIT
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

COMMODITY FUTURES TRADING
COMMISSION
ROBERT B WASSERMAN
THREE LAFAYETTE CENTRE
1155 21ST ST, NW
WASHINGTON, DC 20581

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE ATTORNEY GENERAL OF
THE STATE OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DANNA DRORI
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

SECURITIES AND EXCHANGE COMMISSION
ATTN: BONNIE L. GAUCH
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC 20549-1001

SECURITIES INVESTOR PROTECTION
CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC 20005-2215

US SECURITIES AND EXCHANGE
COMMISSION
MARK SCHONFELD, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022

US SECURITIES AND EXCHANGE COMMISSION
ALISTAIR BAMBACK
3 World Financial Center, Suite 400
New York, NY 10281-1022

US SECURITIES AND EXCHANGE COMMISSION
Neal Jacobson
3 World Financial Center, Suite 400
New York, NY 10281-1022

US SECURITIES AND EXCHANGE
COMMISSION
Alexander F. Cohen
**SEC Headquarters**
100 F Street, NE
Washington, DC 20549

CLEARY GOTTLIEB LLP
JAMES BROMLEY
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ADORNO & YOSS LLP
ATTN: CHARLES M. TATELBAUM, ESQ.
350 E. LAS OLAS BLVD, SUITE 1700
FORT LAUDERDALE, FL 33301

ADORNO & YOSS LLP
ATTN: STEVEN D. GINSBURG, ESQ.
2525 PONCE DE LAON BLVD., SUITE 400
MIAMI, FL 33134

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN
MEREDITH A. LAHAIE
ONE BRYANT PARK
NEW YORK, NY 10036

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN & OVERY LLP
ATTN: KEN COLEMAN
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND JAMES A.
TIMKO
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA 92614-7321

ARAPAHOE COUNTY ATTORNEY'S OFFICE
ATTN: GEORGE ROSENBURG, ASSISTANT
COUNTY ATTY
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARENT FOX LLP
ATTN: ROBERT M HIRSH AND GEORGE P
ANGELICH
1675 BROADWAY
NEW YORK, NY 10019

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN EHLERS
ONE METROPOLITAN SQUARE, SUITE 2600
SAINT LOUIS, MO 63102-2720

ARNALL GOLDEN GREGORY LLP
ATTN: DARRYL S. LADDIN AND
FRANK N. WHITE
171 17TH STREET NW, SUITE 2100
ATLANTA, GA 30363-1031

ATTORNEY GENERAL OF THE STATE OF NEW YORK
ATTN: NEAL S. MANN, ASSISTANT ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA 19030

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN
(MASS. BBO# 564729)
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO
ATTN: MICHAEL J. PUCILLO, WENDY H. ZOBERMAN AND ANNE F. O'BERRY
222 LAKEVIEW AVENUE, ESPERANTE BLDG., SUITE 900
WEST PALM BEACH, FL 33401

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: JOHN P. "SEAN" COFFEY, ESQ.
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER AND STEVEN T. MULLIGAN
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO 80237

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN, RONALD J. SILVERMAN AND STEVEN WILAMOWSKY
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: P. SABIN WILLETT
ONE FEDERAL PLAZA
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: MARK W. DEVENO
ONE STATE STREET
HARTFORD, CT 06103

BLANK ROME LLP
ATTN EDWARD J LOBELLO ESQ
THE CHRYSLER BUILDING, 405 LEXINGTON AVE
NEW YORK, NY 10174

BROOKFIELD PROPERTIES ONE WFC CO. LLC
ATTN: MONICA LAWLESS
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY 10281-1021

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BROWN & CONNERY, LLP
ATTN: DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET, SUITE 100
WOODBURY, NJ 08096

BUCHALTER NEMER, A PROFESSIONAL CORPORATION
ATTN: SHAWN M. CHRISTIANSON, ESQ.
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2126

BUCHANAN INGERSOLL & ROONEY PC
ATTN: CHRISTOPHER P. SCHUELLER, ESQ.
620 EIGHTH AVENUE, 23RD FLOOR
NEW YORK, NY 10018

BUCHANAN INGERSOLL & ROONEY PC
ATTN: TIMOTHY P. PALMER, ESQ.
ONE OXFORD CENTRE
301 GRANT STREET, 20TH FLOOR
PITTSBURGH, PA 15219-1410

BUTZEL LONG, A PROFESSIONAL CORPORATION
ATTN: ERIC B. FISHER AND ROBERT SIDORSKY
380 MADISON AVENUE
22ND FLOOR
NEW YORK, NY 10017

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: DERYCK PALMER, ESQ,
JOHN RAPISARDI, ESQ, GEORGE DAVIS, ESQ, AND GARY TICOLL, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., AND ELLEN HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: ISRAEL DAHAN
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG
1201 F STREET N.W., SUITE 1100
WASHINGTON, DC 20004

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, HANH HUYNH, ELLEN HALSTEAD.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR. AND ELLEN M. HALSTEAD
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CADWALADER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS, JASON JURGENS & ELLEN M. HALSTEAD, ESQ.
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J. GORDON
EIGHTY PINE STREET
NEW YORK, NY 10005

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM
ATTN: THOMAS NOGUEROLA, SR. STAFF COUNSEL
PO BOX 942707
SACRAMENTO, CA 94229-2707

CB RICHARD ELLIS, INC
ATTN: WANDA N. GOODLOE, ESQ.
200 PARK AVENUE, 17TH FLOOR
NEW YORK, NY 10166

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY, & ANDREW ROSENBLATT
30 ROCKEFELLER PLAZA
NEW YORK, NY 10012

CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER FRANLIN H. TOP, & JAMES HEISER
111 WEST MONROE STREET
CHICAGO, IL 60603

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: LINDSEE P. GRANFIELD AND
LISA M. SCHWEITZER
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS J. MALONEY, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: JAMES L. BROMLEY AND SEAN A. O'NEILL
ONE LIBERTY PLAZA
NEW YORK, NY 10006

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY 10019

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN AND
SARA M. TAPINEKIS
31 WEST 52ND STREET
NEW YORK, NY 10019-6131

COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.
ATTN: LAURENCE MAY, ESQ. AND
JOHN H. DRUCKER, ESQ.
900 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY 10022

CONTRARIAN CAPITAL MANAGEMENT, LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE, STE. 425
GREENWICH, CT 06830

COUNTY OF SAN MATEO
ATTN: MICHAEL P. MURPHY, COUNTY COUNSEL
400 COUNTY CENTER
REDWOOD CITY, CA 94063-1662

COVINGTON & BURLING LLP
COUNSEL FOR WILMINGTON TRUST COMPANY
ATTN M HOPKINS, D COFFINO, A RABOY
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, ESQ &
ROBERT H. TRUST, ESQ.
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

CROCKER KUNO PLLC
ATTN: JOANNE K. LIPSON AND J. TODD TRACY
720 OLIVE WAY, SUITE 1000
SEATTLE, WA 98101

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
SIX LANDMARK SQUARE
STAMFORD, CT 06901

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER, ABRAHAM GESSER, JAMES I. MCCLAMMY
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO & MAUREEN CRONIN
919 THIRD AVENUE
NEW YORK, NY 10022

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO AND MAUREEN A. CRONIN
919 THIRD AVENUE
NEW YORK, NY 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND
DONALD M. BADACZEWSKI
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

DEWEY & LEBOEUF LLP
ATTN: MARTIN J BIENENSTOCK, JUDY G.Z. LIU
AND TIMOTHY Q. KARCHER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: ELIZABETH PAGE SMITH &
P. BRUCE WRIGHT
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DEWEY & LEBOEUF LLP
ATTN: MARTIN J. BIENENSTOCK & IRENA M. GOLDSTEIN & WILLIAM C. HEUER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6092

DLA PIPER LLP (US)
ATTN: TIMOTHY W. BRINK AND
MATTHEW T. KLEPPER
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL 60601

DRESDNER BANK A.G.
ATTN: JOSEPH SCORDATO, ESQ
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE AND
DOUGLAS J. MCGILL
500 CAMPUS DRIVE
FLORHAM PARK, NJ 07932-1047

DRINKER BIDDLE & REATH LLP
ATTN: STEPHANIE WICKOUSKI, ESQ
140 BROADWAY, 39TH FL
NEW YORK, NY 10005-1116

DRINKER BIDDLE & REATH LLP
ATTN: KRISTIN K. GOING, ESQ.
1500 K ST, NW - SUITE 1100
WASHINGTON, DC 20005-1209

EATON CORPORATION
ATTN: GLOBAL TRADE CREDIT DEPT.
EATON CENTER
1111 SUPERIOR AVENUE
CLEVELAND, OH 44114-2584

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
120 BROADWAY
NEW YORK, NY 10271

ENTWISTLE & CAPPUCCI LLP
ATTN: ANDREW J. ENTWISTLE
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY 10017

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND COREY R. WEBER,ESQ
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL
33 LIBERTY STREET
NEW YORK, NY 10045-0001

FELDERSTEIN FITZGERALD, ET AL.
ATTN: STEVEN FELDERSTEIN, PAUL PASCUZZI & JOAN HUH
400 CAPITOL MALL, SUITE 1450
SACRAMENTO, CA 95814

| | | |
|---|---|---|
| FILARDI LAW OFFICES LLC<br>ATTN: CHARLES J. FILARDI JR.<br>65 TRUMBULL STREET<br>NEW HAVEN, CT 06510 | FIRST TRUST PORTFOLIOS L.P.<br>ATTN: PAMELA COCALAS WIRT, ASST GENERAL COUNSEL<br>120 E. LIBERTY DRIVE, SUITE 400<br>WHEATON, IL 60187 | FOLEY & LARDNER LLP<br>ATTN: DOUGLAS S. HEFFER<br>90 PARK AVENUE<br>NEW YORK, NY 10016 |
| FOLEY & LARDNER LLP<br>ATTN: JOANNE LEE<br>321 N. CLARK STREET<br>SUITE 2800<br>CHICAGO, IL 60654 | FRASER STRYKER PC LLO<br>ATTN: MICHAEL L. SCHLEICH, ESQ.<br>500 ENERGY PLAZA<br>409 17TH STREET<br>OMAHA, NE 68102 | FREEBORN & PETERS LLP<br>ATTN: AARON L. HAMMER & DEVON J. EGGERT<br>311 SOUTH WACKER DRIVE, SUITE 3000<br>CHICAGO, IL 60606-6677 |
| FRIED, FRANK, ET AL.<br>ATTN: PETER L. SIMMONS,<br>BRIAN D. PFEIFFER, ESQ. AND<br>MITCHELL EPNER, ESQ.<br>ONE NEW YORK PLAZA<br>NEW YORK, NY 10004-1980 | FRIEDMAN DUMAS & SPRINGWATER LLP<br>ATTN: ELLEN A. FRIEDMAN, ESQ.<br>150 SPEAR STREET, SUITE 1600<br>SAN FRANCISCO, CA 94105 | GIBBONS P.C.<br>ATTN: DAVID N. CRAPO, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 |
| GIBSON DUNN & CRUTCHER LLP<br>ATTN: MICHAEL ROSENTHAL & JANET WEISS<br>200 PARK AVENUE<br>NEW YORK, NY 10166-0193 | GILMARTIN, POSTER & SHAFTO LLP<br>ATTN: ANDREAS SEUFFERT, ESQ.<br>845 THIRD AVENUE<br>NEW YORK, NY 10022 | GODFREY & KAHN, S.C.<br>ATTN: TIMOTHY F. NIXON AND JENNIFER B. HERZOG<br>780 NORTH WATER STREET<br>MILWAUKEE, WI 53202 |
| GOULSTON & STORRS, P.C.<br>ATTN: JAMES WALLACK, DOUGLAS ROSNER AND GREG KADEN<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 | GREEN TREE SERVICING LLC<br>ATTN: BRIAN COREY, GENERAL COUNSEL<br>345 ST. PETER STREET<br>SAINT PAUL, MN 55102-1639 | GREENBERG TRAURIG, LLP<br>ATTN: JOHN W. WEISS, ESQ.<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| HAHN & HESSEN LLP<br>ATTN: JEFFREY L. SCHWARTZ AND JOSEPH ORBACH<br>488 MADISON AVENUE, 15TH FLOOR<br>NEW YORK, NY 10022 | HAHN & HESSEN LLP<br>ATTN: ROSANNE THOMAS MATZAT, ESQ.<br>488 MADISON AVE<br>NEW YORK, NY 10022 | HALPERIN BATTAGLIA RAICHT, LLP<br>ATTN: WALTER BENZIJA AND JULIE D DYAS<br>555 MADISON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022 |
| HERRICK, FEINSTEIN LLP<br>ATTN: ANDREW C. GOLD<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 | HERRICK, FEINSTEIN LLP<br>ATTN: STEPHEN B. SELBST<br>2 PARK AVENUE<br>NEW YORK, NY 10016 | HEWLETT-PACKARD COMPANY<br>ATTN: MS. RAMONA NEAL, CORPORATE COUNSEL<br>11311 CHINDEN BLVD<br>MAILSTOP 314<br>GARDEN CITY, ID 83714-0021 |
| HEWLETT-PACKARD COMPANY<br>ATTN: MS. ANNE MARIE KENNELLY, CORPORATE COUNSEL<br>300 HANOVER ST., M/S 1050<br>PALO ALTO, CA 94304 | HEWLETT-PACKARD COMPANY<br>ATTN: MR. KEN HIGMAN, SR. DEFAULT&RECOVERY ANALYST<br>2125 E. KATELLA AVE<br>SUITE 400<br>ANAHEIM, CA 92806 | HODGSON RUSS LLP<br>ATTN: STEPHEN H. GROSS, ESQ.<br>60 EAST 42ND STREET, 37TH FLOOR<br>NEW YORK, NY 10165-0150 |
| HOGAN & HARTSON LLP<br>ATTN: IRA GREENE, SCOTT GOLDEN AND DENA KAUFMAN<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 | HOLLAND & KNIGHT LLP<br>ATTN: PETER A. ZISSER<br>195 BROADWAY<br>NEW YORK, NY 10007-3189 | HOLLAND & KNIGHT LLP<br>RICHARD E. LEAR, ESQ.<br>2099 PENNSYLVANIA AVE, NW, SUITE 100<br>WASHINGTON, DC 20006 |
| HOLLAND & KNIGHT LLP<br>ATTN: SANDRA E. MAYERSON, ESQ.<br>195 BROADWAY<br>NEW YORK, NY 10007-3189 | HOLME ROBERTS & OWEN LLP<br>ATTN: BRADFORD E. DEMPSEY, ESQ.<br>1700 LINCOLN, SUITE 4100<br>DENVER, CO 80203 | HOLME ROBERTS & OWEN LLP<br>ATTN: LAWRENCE BASS, ESQ.<br>1700 LINCOLN STREET, SUITE 4100<br>DENVER, CO 80203 |

| | | |
|---|---|---|
| HUNTON & WILLIAMS LLP<br>ATTN: MICHELLE A. MENDEZ<br>1445 ROSS AVENUE, SUITE 3700<br>DALLAS, TX 75202 | INGRAM YUZEK GAINEN CARROLL &<br>BERTOLOTTI, LLP<br>ATTN: CORY L. WEISS, ESQ.<br>250 PARK AVENUE<br>NEW YORK, NY 10177 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>ATTN: DAVID FRIEDMAN, DAVID ROSNER, ANDREW GLENN<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| KATSKY KORINS LLP<br>ATTN: STEVEN H. NEWMAN, ESQ.<br>605 THIRD AVENUE, 16TH FLOOR<br>NEW YORK, NY 10158 | KAYE SCHOLER LLP<br>ATTN: MADLYN GLEICH PRIMOFF, SCOTT D TALMADGE AND LAUREN ATTARD<br>425 PARK AVENUE<br>NEW YORK, NY 10022 | KAYE SCHOLER LLP<br>ATTN: MARGOT B. SCHONHOLTZ AND ANA M. ALFONSO<br>425 PARK AVENUE<br>NEW YORK, NY 10022 |
| KELLEY DRYE & WARREN LLP<br>ATTN: JAMES S. CARR, ESQ.,<br>BEN BLAUSTEIN, ESQ.,<br>JORDAN BERGMAN, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KELLEY DRYE & WARREN LLP<br>ATTN: MARK W. PAGE, ESQ.<br>333 WEST WACKER DRIVE, 26TH FLOOR<br>CHICAGO, IL 60606 | KELLEY DRYE & WARREN LLP<br>ATTN: HOWARD S. STEEL, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 |
| KELLEY DRYE & WARREN LLP<br>ATTN: BENJAMIN BLAUSTEIN, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KIRKLAND & ELLIS LLP<br>ATTN: RICHARD L. WYNNE, ESQ.<br>777 SOUTH FIGUEROA STREET, 37TH FLOOR<br>LOS ANGELES, CA 90017 | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP<br>ATTN: JEFFREY KURTZMAN, ESQ.<br>260 S. BROAD STREET<br>PHILADELPHIA, PA 19102 |
| KOBRE & KIM LLC<br>ATTN:MICHAEL S KIM, ROBERT W HENOCH, ANDREW C. LOURIE, STEVEN W PERLSTEIN AND IAN N LEVY<br>800 THIRD AVENUE<br>NEW YORK, NY 10022 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, P. BRADLEY O'NEILL AND AMY CATON<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, PHILIP BENTLEY AND GORDON Z. NOVOD<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| LANE POWELL PC<br>ATTN: CHARLES R. EKBERG<br>1420 FIFTH AVENUE<br>SUITE 4100<br>SEATTLE, WA 98101-2338 | LATHAM & WATKINS LLP<br>ATTN: KEITH A. SIMON<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 | LATHAM & WATKINS LLP<br>ATTN: DAVID S. HELLER & J. DOUGLAS BACON<br>SEARS TOWER, SUITE 5800<br>233 SOUTH WACKER DRIVE<br>CHICAGO, IL 60606 |
| LAW OFFICES OF GABRIEL DEL VIRGINIA<br>ATTN: GABRIEL DEL VIRGINIA, ESQ.<br>641 LEXINGTON AVENUE, 21ST FLOOR<br>NEW YORK, NY 10022 | LAW OFFICES OF ROBERT E. LUNA, PC<br>ATTN: ANDREA SHEEHAN, ESQ.<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>ATTN: STEVEN E. FINEMAN, ESQ.<br>780 THIRD AVENUE, 48TH FLOOR<br>NEW YORK, NY 10017-2024 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: JOHN P. DILLMAN<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: ELIZABETH WELLER<br>2323 BRYAN STREET<br>SUITE 1600<br>DALLAS, TX 75201 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: DIANE W. SANDERS<br>1949 SOUTH I.H. 35<br>PO BOX 17428<br>AUSTIN, TX 78760 |
| LOVELLS LLP<br>ATTN: ROBIN E. KELLER AND OMECCA N. NEDD<br>590 MADISON AVE<br>NEW YORK, NY 10022 | LOVELLS LLP<br>ATTN: CHRISTOPHER R. DONOHO, III<br>590 MADISON AVENUE<br>NEW YORK, NY 10022 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E. HUGGETT, ESQ.<br>750 SHIPYARD DRIVE, SUITE 102<br>WILMINGTON, DE 19801 |
| MAYER BROWN LLP<br>ATTN: BRIAN TRUST, JEFFREY TOUGAS AND AMIT TREHAN<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MAYER BROWN LLP<br>ATTN: BRIAN TRUST, FREDERICK D. HYMAN JEFFREY G. TOUGAS, AMIT K. TRHAN<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MAYER BROWN LLP<br>ATTN: ANTONIA GOLIANOPOULOS, ESQ.<br>1675 BROADWAY<br>NEW YORK, NY 10019 |

| | | |
|---|---|---|
| MAYER BROWN LLP<br>ATTN: THOMAS S KIRIAKOS AND<br>MELISSA A MICKEY<br>71 S. WACKER DRIVE<br>CHICAGO, IL 60606 | MAYER BROWN LLP<br>ATTN: FREDERICK D. HYMAN,<br>JEFFREY G. TOUGAS AMIT K. TREHAN<br>1675 BROADWAY<br>NEW YORK, NY 10019 | MCBREEN & KOPKO<br>ATTN: KENNETH A. REYNOLDS, ESQ.<br>500 NORTH BROADWAY, SUITE 129<br>JERICHO, NY 11753 |
| MCCALLA RAYMER, LLC<br>ATTN: MATTHEW DYER<br>1544 OLD ALABAMA ROAD<br>ROSWELL, GA 30076-2102 | MCCARTER & ENGLISH, LLP<br>ATTN: EDUARDO J. GLAS, ESQ.<br>FOUR GATEWAY CENTER<br>100 MULBERRY STREET<br>NEWARK, NJ 07102-4096 | MCCARTER & ENGLISH, LLP<br>ATTN: KATHERINE L. MAYER, ESQ.<br>RENAISSANCE CENTRE<br>405 NORTH KING STREET<br>WILMINGTON, DE 19801 |
| MCCARTER & ENGLISH, LLP<br>ATTN: WILLIAM F. TAYLOR, ESQ<br>405 NORTH KING STREET<br>RENAISSANCE CENTER, 8TH FLOOR<br>WILMINGTON, DE 19801 | MCGUIREWOODS LLP<br>ATTN: PATRICK L. HAYDEN AND<br>SHAWN R. FOX<br>1345 AVENUE OF THE AMERICAS, 7th FLR<br>NEW YORK, NY 10105 | MCGUIREWOODS LLP<br>ATTN: DION W. HAYES<br>ONE JAMES CENTER<br>901 EAST CARY STREET<br>RICHMOND, VA 23219 |
| MCGUIREWOODS LLP<br>ATTN: DAVID I. SWAN AND KENNETH M. MISKEN<br>1750 TYSONS BLVD., SUITE 1800<br>MC LEAN, VA 22102 | MEYER SUOZZI ENGLISH & KLEIN<br>ATTN: THOMAS R. SLOME, ESQ.<br>900 STEWART AVENUE, SUITE 300<br>PO BOX 9194<br>GARDEN CITY, NY 11530 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: THOMAS R. SLOME AND<br>JIL MAZER-MARINO<br>990 STEWART AVENUE, SUITE 300<br>P.O. BOX 9194<br>GARDEN CITY, NY 11530-9194 |
| MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTN: ALAN E. MARDER AND JIL MAZER-MARINO<br>990 STEWART AVENUE, SUITE 300<br>GARDEN CITY, NY 11530 | MISSOURI DEPARTMENT OF REVENUE,<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MOORE & VAN ALLEN PLLC<br>ATTN: DAVID B. WHEELER, ESQ.<br>40 CALHOUN STREET, SUITE 300<br>POST OFFICE BOX 22828<br>CHARLESTON, SC 29413-2828 |
| MORELLI & GOLD, LLP<br>ATTN: RICHARD L. GOLD, ESQ.<br>380 LEXINGTON AVENUE<br>NEW YORK, NY 10168 | MORGAN, LEWIS & BOCKLIUS LLP<br>ATTN: NEIL E. HERMAN, ESQ.<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0600 | MORI HAMADA & MATSUMOTO<br>ATTN: KEN MIURA, ESQ.<br>MARUNOUCHI KITAGUCHI BUILDING<br>1-6-5 MARUNOUCHI, CHIYODA-KU<br>TOKYO 100-8222, |
| MORRISON & FOERSTER LLP<br>ATTN: JORDAN A. WISHNEW AND LORENZO MARINUZZI<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: JOHN A. PINTARELLI AND LORENZO MARINUZZI<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: LORENZO MARINUZZI, ESQ. AND GARY LEE, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP<br>ATTN: TSUGUMICHI WATANABE, ESQ.<br>SHIN-MARUNOUCHI BUILDING, 29TH FLOOR<br>5-1, MARUNOUCHI 1 -CHOME<br>CHIYODA-KU<br>TOKYO 100-6529, | MORRISON & FOERSTER LLP<br>ATTN: KAREN OSTAD, ESQ. AND<br>TODD M. GOREN, ESQ.<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER LLP<br>ATTN: GARY S. LEE, ESQ. AND JOHN A. PINTARELLI,ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| MORRISON & FOERSTER LLP<br>ATTN: LARREN M. NASHELSKY<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MORRISON & FOERSTER, LLP<br>ATTN: BRETT H. MILLER, ESQ<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | MUNSCH HARDT KOPF & HARR, P.C.<br>ATTN: RUSSELL L. MUNSCH<br>ONE AMERICAN CENTER<br>600 CONGRESS AVENUE, SUITE 2900<br>AUSTIN, TX 78701-3057 |
| MUNSCH HARDT KOPF & HARR, P.C.<br>ATTN: KEVIN M. LIPPMAN<br>3800 LINCOLN PLAZA<br>500 NORTH AKARD STREET<br>DALLAS, TX 75201-6659 | NAGASHIMA OHNO & TSUNEMATSU<br>ATTN: MASAKI KONISHI, ESQ.<br>KIOICHO BUILDING 3-12, KIOICHO<br>CHIYODA-KU<br>TOKYO 102-0094, | NEWEDGE USA, LLC<br>ATTN: SUSAN M. SCHULTZ, GROUP DEPUTY GENERAL COUNSEL, NEWEDGE<br>550 WEST JACKSON BLVD, SUITE 500<br>CHICAGO, IL 60661 |

| | | |
|---|---|---|
| NIXON PEABODY LLP<br>ATTN: DENNIS J. DREBSKY<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 | NIXON PEABODY, LLP<br>ATTN: AMANDA DARWIN<br>100 SUMMER STREET<br>BOSTON, MA 02110 | NIXON PEABODY, LLP<br>ATTN: CHRISTOPHER M. DESIDERIO<br>437 MADISON AVENUE<br>NEW YORK, NY 10022 |
| NOMURA HOLDING AMERICA, INC<br>ATTN: PENNY TEHRANI<br>TWO WORLD FINANCIAL CENTER<br>BUILDING B, 22ND FLOOR<br>NEW YORK, NY 10281 | NORMANDY HILL CAPITAL LP<br>ATTN: MATTHEW A. CANTOR, ESQ.<br>150 EAST 52ND STREET, 10TH FLOOR<br>NEW YORK, NY 10022 | OCH-ZIFF<br>ATTN: KEN RUBIN<br>9 W 57TH STREET, 39TH FLOOR<br>NEW YORK, NY 10019 |
| OFFICE OF THE MINNESOTA ATTORNEY GENERAL<br>ATTN: JEREMY D. EIDEN, ESQ.<br>445 MINNESOTA STREET, SUITE 900<br>SAINT PAUL, MN 55101-2127 | OFFICE OF THRIFT SUPERVISION<br>ATTN: DIRK S. ROBERTS<br>1700 G STREET, N.W.<br>WASHINGTON, DC 20552 | OFFICE OF THRIFT SUPERVISION, NORTHEAST REGION<br>ATTN: MARTIN JEFFERSON DAVIS<br>HARBORSIDE FINANCIAL CENTER PLAZA FIVE<br>JERSEY CITY, NJ 07311 |
| ORRICK HERRINGTON & SUTCLIFFE LLP<br>ATTN: RANIERO D'AVERSA AND COURTNEY M. ROGERS<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103-0001 | ORRICK, HARRINGTON & SUTCLIFFE LLP<br>ATTN: JONATHAN P. GUY, KATHLEEN A. ORR AND DEBRA L. FELDER<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: ROGER FRANKEL, RICHARD H. WYRON, JONATHAN P. GUY AND DEBRA L. FELDER<br>1152 15TH STREET, N.W.<br>WASHINGTON, DC 20005-1706 |
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ATTN: LORRAINE S. MCGOWEN, RANIERO D'AVERSA, JR. AND COURTNEY M. ROGERS<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103-0001 | OTTERBOURG, STEINDLER, ET AL.<br>ATTN: WILLIAM M. SILVERMAN AND PETER FELDMAN<br>230 PARK AVENUE<br>NEW YORK, NY 10169-0075 | PAUL HASTINGS JANOFSKY & WALKER LLP<br>ATTN: HARVEY A. STRICKON (HS5210)<br>75 EAST 55TH STREET<br>NEW YORK, NY 10022-3205 |
| PEITZMAN, WEG & KEMPINSKY LLP<br>ATTN: HOWARD J. WEG AND DEVID B. SHEMANO<br>10100 SANTA MONICA BLVD., SUITE 1450 | PENSION BENEFIT GUARANTY CORP.<br>ATTN: STEPANIE THOMAS SARA B. EAGLE, COLIN B. ALBAUGH<br>OFFICE OF THE CHIEF COUNSEL<br>1200 K STREET, N.W.<br>WASHINGTON, DC 20005 | PEPPER HAMILTON LLP<br>ATTN: KAY STANDRIDGE KRESS DEBORAH KOVSKY-APAP<br>100 RENAISSANCE CENTER, SUITE 3600<br>DETROIT, MI 48243 |
| PEPPER HAMILTON LLP<br>ATTN: AUDREY D. WISOTSKY, ESQ.<br>301 CARNEGIE CENTER, SUITE 400<br>PRINCETON, NJ 08543-5276 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP<br>ATTN: ELIZABETH BANDA<br>P.O. BOX 13430<br>ARLINGTON, TX 76094-0430 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: DAVID A. CRICHLOW, ESQ.<br>1540 BROADWAY<br>NEW YORK, NY 10036-4039 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: WILLIAM B. FREEMAN AND MARK D. HOULE<br>725 SOUTH FIGUEROA STREET, SUITE 2800<br>LOS ANGELES, CA 90017-5443 | PLATZER SWERGOLD KARLIN LEVINE GOLDBERG & JASLOW<br>ATTN: SYDNEY G. PLATZER<br>1065 AVENUE OF THE AMERICAS, 18TH FLR.<br>NEW YORK, NY 10018 | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: DANIEL J. FLANIGAN<br>700 W. 47TH STREET, SUITE 1000<br>KANSAS CITY, MO 64112 |
| POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: JAMES E BIRD<br>700 W. 47TH STREET, SUITE 1000<br>KANSAS CITY, MO 64112 | POLSINELLI SHALTON FLANIGAN SUELTHAUS PC<br>ATTN: CHRISTOPHER A WARD<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 | PORZIO, BROMBERG & NEWMAN, P.C.<br>ATTN: JOHN S. MAIRO AND TERI JANE FREEDMAN<br>100 SOUTHGATE PARKWAY<br>MORRISTOWN, NJ 07962-1997 |
| POST & SCHELL, P.C.<br>ATTN: BRIAN W. BISIGNANI, ESQ.<br>17 NORTH 2ND STREET, 12TH FLOOR<br>HARRISBURG, PA 17101-1601 | POST, POLAK, GOODSELL, MACNEILL & STRAUCHLER, P.A.<br>ATTN: FREDERICK B. POLAK AND LAURA M. LOGIUDICE<br>575 MADISON AVENUE<br>NEW YORK, NY 10022 | PRYOR CASHMAN LLP<br>ATTN: ROBERT M. FLEISCHER & MARK R. JACOBS<br>410 PARK AVENUE<br>NEW YORK, NY 10022 |

| | | |
|---|---|---|
| PRYOR CASHMAN LLP<br>ATTN: ROBERT FLEISCHER, MARK JACOBS AND DAVID ROSE<br>410 PARK AVENUE<br>NEW YORK, NY 10022 | PURSUIT PARTNERS<br>ATTN: LISA ROBERTS<br>333 LUDLOW STREET,<br>NORTH TOWER, 4TH FLR.<br>STAMFORD, CT 06902 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>ATTN: SUSHEEL KIRPALANI,<br>JAMES C. TECCE AND SCOTT C. SHELLEY<br>51 MADISON AVE, 22ND FLOOR<br>NEW YORK, NY 10010 |
| RABINOWITZ LUBETKIN & TULLY, LLC<br>ATTN: JONATHAN I. RABINOWITZ AND BARRY J. ROY<br>293 EISENHOWER PARKWAY SUITE 100<br>LIVINGSTON, NJ 07039 | REED SMITH LLP<br>ATTN PAUL A RACHMUTH ESQ<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | REED SMITH LLP<br>ATTN: KURT F. GWYNNE,<br>J. CORY FALGOWSKI<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 |
| REED SMITH LLP<br>ATTN: LUMA AL-SHIBIB<br>599 LEXINGTON AVENUE, 30TH FLOOR<br>NEW YORK, NY 10022 | RIDDELL WILLIAMS P.S.<br>ATTN: JOSPEH E. SHICKICH<br>1001 4TH AVENUE SUITE 4500<br>SEATTLE, WA 98154-1192 | RIEMER & BRAUNSTEIN LLP<br>ATTN: GUY MOSS, ALAN BRAUNSTEIN AND ALEXANDER RHEAUME<br>THREE CENTER PLAZA<br>BOSTON, MA 02108 |
| RUSSELL INVESTMENTS<br>ATTN: ELIOT COHEN<br>909 A STREET<br>TACOMA, WA 98402-5120 | RUSSELL R. JOHNSON III<br>2258 WHEATLANDS DRIVE<br>MANAKIN SABOT, VA 23103 | RUSSIN VECCHI BERG & BERNSTEIN LLP<br>ATTN: J. FRED BERG JR, ESQ.<br>380 LEXINGTON AVENUE, SUITE 1518<br>NEW YORK, NY 10168 |
| SALANS<br>ATTN: CLAUDE D. MONTGOMERY & LEE P. WHIDDEN<br>620 FIFTH AVENUE<br>NEW YORK, NY 10020 | SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER BELMONTE, PAMELA BOSSWICK, TIMOTHY T. BROCK, & ABIGAIL SNOW<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | SCHIFFRIN BARROWAY, ET AL.<br>ATTN: JOHN A. KEHOE AND BENJAMIN J. HINERFELD<br>280 KING OF PRUSSIA ROAD<br>WAYNE, PA 19087 |
| SEWARD & KISSEL LLP<br>ATTN: RONALD L. COHEN, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | SEWARD & KISSEL LLP<br>ATTN: JOHN R. ASHMEAD, ESQ.<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | SHEAK & KORZUN, P.C.<br>ATTN: TIMOTHY J. KORZUN, ESQ.<br>1 WASHINGTON CROSSING ROAD<br>PENNINGTON, NJ 08534 |
| SHEARMAN & STERLING LLP<br>ATTN: FREDRIC SOSNICK, ESQ., JAMES L. GARRITY, ESQ AND NED S. SCHODEK, ESQ.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | SHENWICK & ASSOCIATES<br>ATTN: JAMES H. SHENWICK, ESQ.<br>655 THIRD AVENUE, 20TH FLOOR<br>20TH FLOOR<br>NEW YORK, NY 10017 | SHEPPARD MULLIN, ET AL.<br>ATTN: CARREN SHULMAN & RUSSELL RIED ESQS<br>30 ROCKEFELLER PLAZA 24TH FLOOR<br>NEW YORK, NY 10112 |
| SHIPMAN & GOODWIN LLP<br>ATTN: JULIE A. MANNING, ESQ.<br>ONE CONSTITUTION PLAZA<br>HARTFORD, CT 06103-1919 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>ATTN: SALLY MCDONALD HENRY<br>NEW YORK, NY 10036 | SQUIRE, SANDERS & DEMPSEY L.L.P.<br>ATTN: STEPHEN D. LERNER<br>221 E. FOURTH STREET, SUITE 2900<br>CINCINNATI, OH 45202 |
| STAHL ZELLOE, P.C.<br>ATTN: RICHARD J. STAHL, ESQ.<br>11350 RANDOM HILLS ROAD, SUITE 700<br>FAIRFAX, VA 22030 | STANDARD CHARTERED BANK<br>ATTN: MARC CHAIT<br>1 MADISON AVENUE, 3RD FLOOR<br>NEW YORK, NY 10010 | STEPTOE & JOHNSON LLP<br>ATTN: JOHN H. LOVI AND LARA E. ROMANSIC<br>750 SEVENTH AVENUE<br>NEW YORK, NY 10019 |
| STEPTOE & JOHNSON LLP<br>ATTN: ROBBIN L. ITKIN AND KATHERINE C. PIPER<br>2121 AVENUE OF THE STARS, SUITE 2800<br>LOS ANGELES, CA 90067 | STEVENS & LEE, P.C.<br>ATTN: CHESTER SALOMON AND CONSTANTINE POURAKIS<br>485 MADISON AVE, 20TH FLOOR<br>NEW YORK, NY 10022 | STEVENS & LEE, P.C.<br>ATTN: ALEC P. OSTROW AND CONSTANTINE D. POURAKIS<br>485 MADISON AVENUE, 20TH FLOOR<br>NEW YORK, NY 10022 |

| | | |
|---|---|---|
| STINSON MORRISON HECKER LLP<br>ATTN: DARRELL W. CLARK, ESQ.<br>1150 18TH STREET, NW<br>SUITE 800<br>WASHINGTON, DC 20036 | STRADLEY RONON STEVENS & YOUNG, LLP<br>ATTN: PAUL A. PATTERSON, MICHAEL J.<br>CORDONE AND MARK J. DORVAL<br>2600 ONE COMMERCE SQUARE<br>PHILADELPHIA, PA 19103-7098 | STREUSAND & LANDON LLP<br>ATTN: G. JAMES LANDON AND<br>RICHARD D. VILLA<br>816 CONGRESS AVENUE, SUITE 1600<br>AUSTIN, TX 78701 |
| STREUSAND & LANDON LLP<br>ATTN: SABRINA L. STREUSAND, ESQ.<br>816 CONGRESS AVENUE, SUITE 1600<br>AUSTIN, TX 78701 | STROOCK & STROOK & LAVAN LLP<br>ATTN: MARK A. SPEISER & SHERRY J. MILLMAN<br>180 MAIDEN LANE<br>NEW YORK, NY 10038 | SULLIVAN & CROMWELL LLP<br>ATTN: ROBINSON B. LACE AND<br>HYDEE R. FELDSTEIN<br>125 BROAD STREET<br>NEW YORK, NY 10004 |
| TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE,<br>BANKRUPTCY DIV.<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | THE BANK OF NEW YORK MELLON<br>ATTN: RANJIT MATHER, ROBERT BAILEY<br>ONE WALL STREET, 11TH FLOOR<br>NEW YORK, NY 10286 | THE BANK OF TOKYO-MITSUBISHI UFJ, LTD.<br>ATTN: MONIQUE L. MORREALE<br>1251 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1104 |
| THE CHUO MITSUI TRUST AND BANKING CO.,<br>LTD<br>33-1, SHIBA 3-CHOME<br>MINATO-KU<br>TOKYO 105-8574, | THE SUMITOMO TRUST & BANKING CO., LTD<br>ATTN: MR. MASAYA YAMASHIRO,<br>    SR. MANAGER<br>GRANTOKYO, SOUTH TOWER<br>1-9-2, MARUNOUCHI, CHIYODA-KU<br>TOKYO 100-6611, | THE SUMITOMO TRUST & BANKING CO., LTD<br>ATTN: BRUCE A. ORTWINE, ESQ., GENERAL<br>COUNSEL<br>527 MADISON AVENUE<br>NEW YORK, NY 10022 |
| THE WILSON LAW FIRM PC<br>ATTN: L. MATT WILSON, ESQ.<br>950 EAST PACES FERRY ROAD<br>SUITE 3250 ATLANTA PLAZA<br>ATLANTA, GA 30326 | THOMPSON & KNIGHT LLP<br>ATTN: IRA L. HERMAN &<br>DEMETRA L. LIGGINS<br>919 THIRD AVENUE, 39TH FLOOR<br>NEW YORK, NY 10022-3915 | THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002-4499 |
| THOMPSON & KNIGHT LLP<br>ATTN: RHETT G. CAMPBELL & MITCHELL E.<br>AYER<br>333 CLAY STREET, SUITE 3300<br>HOUSTON, TX 77002 | THOMPSON & KNIGHT LLP<br>ATTN: DAVID M. BENNETT<br>1722 ROUTH STREET<br>SUITE 1500<br>DALLAS, TX 75201-2533 | TISHMAN SPEYER PROPERTIES, LP<br>ATTN: MICHAEL BENNER, ANN MENARD,<br>BRADLEY TURK AND NED BANNON,<br>CORPORATE COUNSEL<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10111 |
| TRAVELERS<br>NATIONAL ACCOUNTS<br>ATTN: OLGA PRESS, ACCOUNT RESOLUTION<br>1 TOWER SQUARE - 5MN<br>HARTFORD, CT 06183-4044 | TROUTMAN SANDERS LLP<br>ATTN: HOLLACE T. COHEN &<br>PAUL H. DEUTCH<br>405 LEXINGTON AVENUE<br>NEW YORK, NY 10174 | TUCKER ARENSBURG, P.C.<br>ATTN: BEVERLY WEISS MANNE,<br>BRADLEY S. TUPI AND MICHAEL A. SHINER<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 |
| TW TELECOM INC.<br>ATTN: LINDA BOYLE<br>10475 PARK MEADOWS DRIVE, #400<br>LITTLETON, CO 80124 | VEDDER PRICE P.C.<br>ATTN: DOUGLAS J. LIPKE, ESQ.<br>222 N. LASALLE STREET<br>CHICAGO, IL 60601-1003 | VEDDER PRICE P.C.<br>ATTN: ERIN ZAVALKOFF-BABEJ, ESQ.<br>1633 BROADWAY, 47TH FLOOR<br>NEW YORK, NY 10019 |
| VEDDER PRICE PC<br>ATTN: MICHAEL J. EDELMAN<br>1633 BROADWAY, 4TH FLOOR<br>NEW YORK, NY 10019 | VINSON & ELKINS LLP<br>ATTN: DOV KLEINER, ESQ.<br>666 FIFTH AVENUE, 26TH FLOOR<br>NEW YORK, NY 10103 | WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: HAROLD S. NOVIKOFF, ESQ,<br>RICHARD G. MASON, ESQ AND<br>JOSHUA A. FELTMAN, ESQ<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150 |
| WACHTELL, LIPTON, ROSEN & KATZ<br>ATTN: AMY WOLF, ESQ.<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6150 | WHITE & CASE LLP<br>ATTN: PHILIP JOHN NICHOLS<br>(COUNSEL TO DNB NOR BANK ASA)<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-2787 | WHITE & CASE LLP<br>ATTN: THOMAS E. MACWRIGHT JR. AND<br>AILEEN VENES<br>WACHOVIA FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD, SUITE 4900<br>MIAMI, FL 33131 |

| | | |
|---|---|---|
| WHITE & CASE LLP<br>ATTN: EVAN C. HOLLANDER, ESQ.<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WHITE & CASE LLP<br>ATTN: ABRAHAM L. ZYLBERBERG, DOUGLAS BAUMSTEIN AND RICHARD GRAHAM<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: MARC ABRAMS, SHELLEY CHAPMAN, BENITO ROMANO, JAMIE KETTEN<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 |
| WILMINGTON TRUST FSB<br>ATTN JULIE J BECKER<br>8400 NORMANDALE LAKE BLVD SUITE 925<br>MINNEAPOLIS, MN 55437 | WILLKIE FARR & GALLAGHER LLP<br>ATTN: ROGER NETZER, ESQ. AND DAN C. KOZUSKO, ESQ.<br>787 SEVENTH AVENUE<br>NEW YORK, NY 10019-6099 | WILMINGTON TRUST COMPANY<br>ATTN JAMES J MCGINLEY<br>520 MADISON AVE, 33RD FL<br>NEW YORK, NY 10022 |
| WOLFF & SAMSON PC<br>ATTN: DAVID N. RAVIN & ROBERT E. NIES<br>THE OFFICES AT CRYSTAL LAKE<br>ONE BOLAND DRIVE<br>WEST ORANGE, NJ 07052 | WINSTON & STRAWN LLP<br>ATTN: CAREY D. SCHREIBER<br>200 PARK AVENUE<br>NEW YORK, NY 10166-4193 | WINSTON & STRAWN LLP<br>ATTN: DANIEL J. MCGUIRE, MYJA K. KJAER<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 |
| Chambers of the Honorable James M. Peck<br>United States Bankruptcy Court for the Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | YOUNG WILLIAMS P.A.<br>ATTN: ROBERT L. HOLLADAY, JR.<br>PO BOX 23059<br>210 E. CAPITOL STREET., SUITE 2000<br>JACKSON, MS 39201 | ZEISLER & ZEISLER, P.C.<br>ATTN: GREGORY B. SCHILLER, ESQ.<br>(COUNSEL TO TRIPLE POINT TECHNOLOGY, INC.)<br>558 CLINTON AVENUE<br>BRIDGEPORT, CT 06605 |
| WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>ATTN: SHAI Y. WAISMAN, ESQ. | WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>ATTN: RICHARD P. KRASNOW, ESQ. | WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>ATTN: LORI R. FIFE, ESQ. |
| THE OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004<br>ATTN: PAUL SCHWARTZBERG | WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>ATTN: JACQUELINE MARCUS, ESQ. | THE OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004<br>ATTN: ANDY VELEZ-RIVERA |
| THE OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004<br>ATTN: TRACY HOPE DAVIS | THE OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004<br>ATTN: BRIAN MASUMOTO | THE OFFICE OF THE UNITED STATES TRUSTEE<br>33 WHITEHALL STREET<br>NEW YORK, NY 10004<br>ATTN: LINDA RIFFKIN |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>ATTN: EVAN FLECK, ESQ. | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>ATTN: DENNIS F. DUNNE, ESQ. | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>ATTN: DENNIS O'DONNELL, ESQ. |
| SULLIVAN & CROMWELL LLP<br>125 BROAD STREET<br>NEW YORK, NY 10004<br>ATTN: ROBINSON B. LACY, ESQ. | CLEARY GOTTLEIB LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br>ATTN: LINDSEE P. GRANFIELD, ESQ. | CLEARY GOTTLEIB LLP<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br>ATTN: LISA SCHWEIGER, ESQ. |
| LOWENSTEIN SANDLER PC ATTN: IRA M. LEVEE (COUNSEL TO FACTIVA, INC.) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10020 | SULLIVAN & CROMWELL LLP<br>125 BROAD STREET<br>NEW YORK, NY 10004<br>ATTN: HYDEE R. FELDSTEIN, ESQ. | LOWENSTEIN SANDLER PC ATTN:KENNETH ROSEN, VINCENT D'AGOSTINO, ERIC HORN (COUNSEL TO AVAYA INC.) 65 LIVINGSTON AVE. ROSELAND, NJ 07068 |

| | | |
|---|---|---|
| LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN AND S. JASON TEELE (COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINBURGH COUNCIL & OPER. ENG. LCL 3) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10022 | LOWENSTEIN SANDLER PC ATTN: IRA M. LEVEE (COUNSEL TO FACTIVA, INC.) 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 | LOWENSTEIN SANDLER PC ATTN: MICHAEL S ETKIN AND S. JASON TEELE (COUNSEL TO PNMR SERVICES COMPANY AND FIRST CHOICE POWER, LP) 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN, ESQ. (COUNSEL TO RELIANT ENERGY SERVICES, INC. AND RELIANT ENERGY POWER SUPPLY, LLC) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10020 | LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN AND S. JASON TEELE (COUNSEL TO PNMR SERVICES CO AND FIRST CHOICE POWER, LP) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10022 | LOWENSTEIN SANDLER PC ATTN: MICHAEL S ATKIN AND S. JASON TEELE (COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING AND TRADING) 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN AND TIMOTHY R. WHEELER (COUNSEL TO BINDING COMPANY, INC.) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10020 | LOWENSTEIN SANDLER PC ATTN: MICHAEL S. ETKIN AND S. JASON TEELE (COUNSEL TO ENERGYCO, LLC AND ENERGYCO MARKETING AND TRADING) 1251 AVENUE OF THE AMERICAS, 18TH FLOOR NEW YORK, NY 10022 | LOWENSTEIN SNADLER PC ATTN: MICHAEL S ETKIN AND S. JASON LEE (COUNSEL TO ALAMEDA CNTY, GOVT OF GUAM, N.IRELAND GOVT COMM, EDINGURGH COUNCIL & OPER. ENG. LCL 13) 65 LIVINGSTON AVENUE ROSELAND, NJ 07068 |