Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> Lehman Brothers Holdings Inc., <u>et al</u>. <br><br> Debtors. | Chapter 11 Case No. <br><br> 08-13555 (JMP) <br> (Jointly Administered) |
| In re: <br><br> Lehman Brothers Holdings Inc., <br><br> Debtor. | Case No. 08-014290 (JMP) <br> SIPA <br><br> <u>CERTIFICATE OF SERVICE</u> |

   I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

   1.  On the 26th day of November 2008, the Response of Barclays Capital Inc. to Motion of Moody's Corporation for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing to Determine the Disputed Cure Amount was served by hand upon:

       Richard P. Krasnow, Esq.
       Lori R. Fife, Esq.
       Shai Y. Waisman, Esq.
       Jacqueline Marcus, Esq.
       Weil, Gotshal & Manges LLP
       767 Fifth Avenue
       New York, NY  10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
Office of the United States Trustee
   for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Robinson B. Lacy, Esq.
Hydee R. Feldstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

Christopher R. Belmonte
Pamela A. Bosswick
Abigail Snow
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

    2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:   New York, New York
           November 26, 2008

                                       /s/Richard V. Conza
                                          Richard V. Conza