GREENBERG TRAURIG, LLP
Attorneys for FPL Energy Power Marketing, Inc. and
   Florida Power & Light Company
Maria J. DiConza (MP–4619)
200 Park Avenue
New York, New York 10166
212-801-9200

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
: 
In re   :   Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al.,   :   Case No. 08-13555 (JMP)
: 
Debtors.   :   (Jointly Administered)
: 
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

     Leslie A. Salcedo, being duly sworn, deposes and says:

     1)  I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 200 Park Avenue, New York, NY 10166.

     2)  On November 25, 2008, I caused true and accurate copies of the Objection of FPL Energy Power Marketing, Inc. and Florida Power & Light Company to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contract (Docket No.

*NY 239,205,347v2*

1729), to be served on the parties listed on the attached Service List in Exhibit A via overnight mail and facsimile.

/s/ Leslie A. Salcedo
Leslie A. Salcedo

Sworn to before me this
1st day of December, 2008.

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires 07/26/2012

**Exhibit A**

| |
|---|
| WEIL GOTSHAL & MANGES LLP<br>ATTN: RICHARD P. KRASNOW, LORI R. FIFE<br>SHAI Y. WAISMAN, JACQUELINE MARCUS<br>(COUNSEL TO THE DEBTORS)<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>Fax: 212-310-8007 |
| OFFICE OF THE US TRUSTEE<br>ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG<br>BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS<br>33 WHITEHALL STREET, 21ST FLOOR<br>NEW YORK, NY 10004<br>Fax: 212-668-2255 |
| MILBANK, TWEED, HADLEY & MCCLOY LLP<br>DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR<br>DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.<br>(COUNSEL TO THE OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS)<br>1 CHASE MANHATTAN PLAZA<br>NEW YORK, NY 10005<br>Fax: 212-530-5219 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATTN: LINDSEE P. GRANFIELD AND LISA M. SCHWEITZER<br>(COUNSEL TO BARCLAYS CAPITAL, INC.)<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006<br>Fax: 212-225-3499 |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>ATTN: STEVEN J. REISMAN<br>101 PARK AVENUE,<br>NEW YORK, NY  10178<br>Fax: 212-697-1559 |

*NY 239,205,347v2*