Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors.

------------------------------------------------------------------------ X

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

CERTIFICATE OF SERVICE

    I, Cynthia Scott, the Managing Clerk of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    1. On the 26th day of November 2008, the Limited Objection to Debtors' Motion for an Order Pursuant to Section 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts was served by hand upon:

      Lori R. Fife, Esq.
      Robert J. Lemons, Esq.
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, NY  10153

      Dennis F. Dunne, Esq.
      Dennis O'Donnell, Esq.
      Evan Fleck, Esq.
      Milbank, Tweed, Hadley & McCloy LLP
      1 Chase Manhattan Plaza
      New York, NY  10005

        Steven J. Reisman
        L.P. Harrison 3rd
        Curtis, Mallet-Prevost, Colt & Mosle LLP
        101 Park Avenue
        New York, NY  10178

2.  On the 28th day of November 2008, the Limited Objection to Debtors' Motion for an Order Pursuant to Section 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts was served by hand upon:

        Andy Velez-Rivera
        Paul Schwartzberg
        Brian Masumoto
        Linda Riffkin
        Tracy Hope Davis
        Office of the United States Trustee
           for the Southern District of New York
        33 Whitehall Street, 21st Floor
        New York, NY  10004

Dated:  New York, New York
         December 1, 2008

                /s/Cynthia Scott
                Cynthia Scott