UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDING INC., *et al.*, | Case No. 08-13555 (JMP) Jointly Administered |
| Debtors. | Re: Dkt. Nos. 1789, 1797, and 1802 |

---------------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK                )
                                 ) ss.:
COUNTY OF NEW YORK               )

**NORA E. MORALES**, being duly sworn according to law, deposes and says that she is employed by the law firm of Blank Rome LLP, counsel to Iconix Brand Group, Inc., Capital Automotive L.P. and the Delaware River Port Authority in the above-captioned Chapter 11 proceedings, and that on the 26th day of November, 2008, she caused copies of the following documents to be served as indicated upon the parties listed on the attached service list:

- *Objection of Iconix Brand Group, Inc. to Debtors Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts;*

- *Objection of Capital Automotive L.P. to Debtors Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts:*

130668.01600/6689229v.1

- *Objection of the Delaware River Port Authority to Debtors Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts*

Nora E. Morales

Sworn to and subscribed before me this 26th day of November 2008

Notary Public

**MARJORIE A. ROSEN**
Notary Public, State of New York
No. 4654195
Qualified in New York County
Commission Expires May 31, 20 11

2

130668.01600/6689229v.1

## SERVICE LIST

| **BY ELECTRONIC MAIL AND FIRST CLASS MAIL:** |
|---|
| Lori, Fife, Esq.<br>Robert J. Lemmons, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>lori.fife@weil.com<br>robert.lemons@weil.com |
| Steven J. Reisman<br>L.P. Harrison 3rd<br>Curtis, Mallet-Prevost, Cost & Mosle LLP<br>101 Park Avenue<br>New York, NY  10178<br>sreisman@curtis.com<br>lharrison@curtis.com |
| Dennis F. Dunne, Esq.<br>Evan Fleck, Esq.<br>Dennis O'Donnell, Esq.<br>Milbank Tweed Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>ddunne@milbank.com<br>efleck@milbank.com<br>dodonnell@milbank.com |
| James Tecce, Esq.<br>Susheel Kirpalani, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>jamestecce@quinnemanuel.com<br>susheelkirpalani@quinnemanuel.com |

| **BY FACSIMILE AND FIRST CLASS MAIL:** |
|---|
| Brian S. Masumoto, Esq.<br>Andrew Velez-Rivera, Esq.<br>Paul Schwartzberg, Esq.<br>Linda Riffkin, Esq.<br>Tracy Hope Davis, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112<br>Facsimile: 212-668-2255 |

2

130668.01600/6689229v.1