CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375
Andrew Brozman, Esq. (AB-2456)
Wendy Rosenthal, Esq. (WR-4461)

*Attorneys for Banif - Banco de Investimento, S.A.*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:  :  Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :  Case No. 08-13555 (JMP)

Debtors.  :  (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the firm listed below hereby appears in the above captioned cases as attorneys for Banif - Banco de Investimento, S.A. ("Banif") pursuant to Bankruptcy Rules 2002, 9007 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code, and hereby requests that all notices given or required to be given in the above captioned cases and all papers served in these cases be given to and served on:

> CLIFFORD CHANCE US LLP
> Andrew Brozman, Esq.
> Wendy Rosenthal, Esq.
> 31 West 52nd Street
> New York, NY 10019-6131
> Tel: (212) 878-8000
> Fax: (212) 878-8375

NYA 911778v1

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, statements of financial affairs, operating reports, or schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, fax, e-mail or otherwise that (1) affects any of the above-referenced debtors (the "Debtors"), any property of any of the Debtors or any property in which any of the Debtors holds an interest; (2) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in these cases, including Banif with respect to (a) the Debtors, (b) any property of any of the Debtors (or proceeds thereof) in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by Banif.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive: (1) Banif's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments that Banif is or may be entitled to under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

NYA 911778v1

3

Dated: New York, New York
December 1, 2008

                                        CLIFFORD CHANCE US LLP

                                        By: /s/ Andrew Brozman
                                                Andrew Brozman (AB-2456)
                                                Wendy Rosenthal (WR-4461)
                                                31 West 52nd Street
                                                New York, New York 10019
                                                (212) 878-8000

                                                *Attorneys for Banif - Banco de Investimento, S.A.*

NYA 911778v1