Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.

Debtors.

------------------------------------------------------------------------ X

Chapter 11 Case No.

08-13555 (JMP)
(Jointly Administered)

CERTIFICATE OF SERVICE

    I, Cynthia Scott, the Managing Clerk of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    1.  On the 26th day of November 2008, the Limited Objection of Barclays Bank PLC to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations was served by hand upon:

> Jacqueline Marcus, Esq.
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY  10153
>
> Dennis F. Dunne, Esq.
> Dennis O'Donnell, Esq.
> Evan Fleck, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> 1 Chase Manhattan Plaza
> New York, NY  10005

    2.  On the 28th day of November 2008, the Limited Objection of Barclays Bank PLC to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code

Approving the Assumption or Rejection of Open Trade Confirmations was served by hand upon:

>Andy Velez-Rivera
>Paul Schwartzberg
>Brian Masumoto
>Linda Riffkin
>Tracy Hope Davis
>Office of the United States Trustee
>    for the Southern District of New York
>33 Whitehall Street, 21st Floor
>New York, NY  10004

Dated:  New York, New York
        December 1, 2008

                                                          /s/Cynthia Scott
                                                          Cynthia Scott