**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDING INC.,** | : | **Case No. 08-13555 (JMP)** |
| ***et al.,*** | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Re: Dkt. Nos. 1860, 1862, and 1884** |
| | : | |
| | : | |
| | : | |

------------------------------------------------------

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK   )

      **ROCCO A. CAVALIERE,** being duly sworn according to law, deposes and says that he

is employed by the law firm of Blank Rome LLP, counsel to Banca Italease S.p.A., Italease

Fianance S.p.A. and the New Jersey Housing and Mortgage Finance Agency in the above-

captioned Chapter 11 proceedings, and that on the 28th day of November, 2008, he caused copies

of the following documents to be served as indicated upon the parties listed on the attached

service list:

> - *Objection of the Banca Italease S.p.A. to Debtors Motion for an Order*
>   *Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish*
>   *Procedures for the Settlement or Assumption and Assignment of*
>   *Prepetition Derivative Contracts;*
>
> - *Objections of Italease Finance S.p.A. to Debtors Motion for an Order*
>   *Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish*
>   *Procedures for the Settlement or Assumption and Assignment of*
>   *Prepetition Derivative Contracts; and*

- ***Objection of The New Jersey Housing and Mortgage Finance Agency to Debtors Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts.***

_____

Rocco A. Cavaliere

Sworn to and subscribed before
me this 1st day of December 2008

_____

Notary Public

**MARJORIE A. ROSEN**
**Notary Public, State of New York**
**No. 4854195**
**Qualified in New York County**
**Commission Expires May 31, 20 __**

## SERVICE LIST

**BY ELECTRONIC MAIL AND FIRST CLASS MAIL:**

Lori, Fife, Esq.
Robert J. Lemmons, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
lori.fife@weil.com
robert.lemons@weil.com

Steven J. Reisman
L.P. Harrison 3rd
Curtis, Mallet-Prevost, Cost & Mosle LLP
101 Park Avenue
New York, NY  10178
sreisman@curtis.com
lharrison@curtis.com

Dennis F. Dunne, Esq.
Evan Fleck, Esq.
Dennis O'Donnell, Esq.
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
ddunne@milbank.com
efleck@milbank.com
dodonnell@milbank.com

James Tecce, Esq.
Susheel Kirpalani, Esq.
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010
jamestecce@quinnemanuel.com
susheelkirpalani@quinnemanuel.com

**BY FIRST CLASS MAIL:**

Brian S. Masumoto, Esq.
Andrew Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112

103374.00318/6690152v.1