UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                                                              :

In re                                                       :         Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*   :         08-13555 (JMP)

                         Debtors.         :         (Jointly Administered)

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

**STATE OF NEW YORK**   :
                                  :ss.:
**COUNTY OF NEW YORK**:

      Isaac Harrison Michaels, being duly sworn, deposes and says:

      1.    I am over the age of eighteen years of age, reside in Niskayuna, New York, and am not a party to the above-captioned action.

      2.    On November 28, 2008, I served by hand on the parties on the annexed Exhibit A true and correct copies of the Objection to Motion to Approve Assumption of Trade Confirmations and Prohibit Setoffs of Prepetition Claims of Special Value Opportunities Fund, LLC, Tennenbaum Opportunities Partners V, L.P., Special Value Expansion Fund, LLC, which Objection was electronically filed with the Bankruptcy Court on November 26, 2008.

                                                                           /s/ Issac Harrison Michaels
                                                                           Isaac Harrison Michaels

Sworn to before me this
30th day of November

/s/ Steve Kieselstein                             Steve Kieselstein
Notary Public                                       Notary Public, State of New York
                                                            Schenectady County, REG # 02Kl6021014
                                                            My Commission Expires May 19, 2011

**Exhibit A**

Hon. James M. Peck
United States Bankruptcy Court
Southern District of New York
1 Bowling Green
New York, NY 10004

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Att'n: Jacqueline Marcus, Esq.

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004
Att'n: Andy Velez-Rivera, Paul Schwartzberg,
Brian Masumoto, Linda Riffkin and Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Att'n: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and
Evan Fleck, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.