Glenn E. Siegel
Donald M. Badaczewski
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036
Phone: (212) 698-3500
Fax:    (212) 698-3599
glenn.siegel@dechert.com

*Attorneys for Frank Russell Company, d/b/a Russell Investment Group*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS, INC. et al.,                       :    Case No. 08-13555 (JMP)
                                                             :
                               Debtors.                      :    Jointly Administered
                                                             :
-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

ANDREA CHOUPROUTA, being duly sworn, deposes and says:

I am not a party to the action, am over the age of eighteen years of age and reside in Nassau County, New York.

On November 24, 2008, I caused to be served, a true and correct copy of the JOINDER BY RUSSELL INVESTMENT GROUP TO OBJECTION BY ROYAL BANK AMERICA TO MOTION OF DEBTORS TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PRE-PETITION DERIVATIVE CONTRACTS, by First Class Mail upon the parties listed on the attached service list.

                                                                                             */s/ Andrea Chouprouta*
                                                                                             Andrea Chouprouta

LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4802
Mark A. Broude

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Lori R. Fife, Esq.
Robert J. Lemons, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
Attn: Steven J. Reisman
L.P. Harrison III

Office of the United States Trustee
Southern District of New York
33 Whitehall Street
21st Floor
New York, NY 10004
Attn: Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, New York 10022

| | |
|---|---|
| CHADBOURNE & PARKE LLP<br>N. Theodore Zink, Jr., Esq.<br>30 Rockefeller Plaza<br>New York, New York 10112 | GREENBERG TRAURIG, LLP<br>Maria J. DiConza<br>200 Park Avenue<br>New York, New York 10166 |
| Bradley Arant Rose & White<br>One Federal Place<br>1819 Fifth Avenue N.<br>Birmingham, AL 35203-2104 | STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, New York 10022<br>Telephone: 212-319-8500<br>Alec P. Ostrow<br>Constantine D. Pourakis |
| LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, New York 10022-4802<br>Mark A. Broude | Siller Wilk LLP<br>675 Third Avenue<br>New York, New York 10017<br>Eric J. Snyder |

| | |
|---|---|
| David L. Barrack, Esq.<br>FULBRIGHT & JAWORSKI L.L.P.<br>666 Fifth Avenue<br>New York, New York 10103 | Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY 10022<br>Madlyn Primoff |
| COLE, SCHOTZ, MEISEL,<br>FORMAN & LEONARD, P.A.<br>A Professional Corporation<br>900 Third Avenue, 16th floor<br>New York, NY 10022-4728<br>Laurence May, Esq.<br>Nolan E. Shanahan, Esq. | WHYTE HIRSCHBOECK DUDEK S.C.<br>555 East Wells Street<br>Suite 1900<br>Milwaukee, WI 53202-3819<br>Bruce G. Arnold, Esq.<br>Daryl L. Diesing, Esq.<br>Daniel J. McGarry, Esq. |
| David W. Dykhouse<br>Daniel A. Lowenthal<br>Brian P. Guiney<br>PATTERSON BELKNAPWEBB&TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036-6710 | Mark N. Berman<br>NIXON PEABODY, LLP<br>437 Madison Avenue<br>New York, NY 10022 |

<div style="columns:2">

Nixon Peabody
100 Summer Street
Boston, MA 02110

David L. Barrack, Esq.
FULBRIGHT & JAWORSKI L.L.P
666 Fifth Avenue
New York, New York 10103

</div>

Toby L. Gerber, Esq.
FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue – Suite 2800
Dallas, Texas 75201