WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Lori R. Fife

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------x

### NOTICE OF EXTENSION OF BID DEADLINE IN CONNECTION WITH
### SALE OF LEHMAN BROTHERS INC.'S INVESTMENT MANAGEMENT DIVISION

By order, dated October 22, 2008, the United States Bankruptcy Court for the Southern District of New York approved bidding procedures (the "Bidding Procedures") to govern the sale by Lehman Brothers Holdings Inc. and certain of its affiliates (collectively, the "Sellers") of the assets owned, held, or used primarily in connection with the Sellers' investment management business, including certain partnerships, limited liability companies, and investment vehicles which a Seller or its affiliates provides investment advisory services or serves as the general partner, managing member, or any similar capacity.

In accordance with the Bidding Procedures, the Sellers previously extended the Bid Deadline (as defined in the Bidding Procedures) from 12:00 noon to 7:00 p.m. (New York time) on December 1, 2008.

**PLEASE TAKE NOTICE that, in accordance with the Bidding Procedures, the Sellers have further extended the Bid Deadline to December 1, 2008 at 9:00 p.m. (New York time).**

Dated: New York, New York
December 1, 2008

      /s/ Lori R. Fife
Lori R. Fife
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Debtors and
Debtors In Possession