UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re:                                                  :        Chapter 11 Case No.
                                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,                  :        08-13555 (JMP)
                                                        :
                          Debtors.                      :        (Jointly Administered)
------------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF NEW YORK       )

      Alison Levy, being duly sworn, deposes and says:

    1.    I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case.  I am employed by the law firm of Wachtell, Lipton, Rosen & Katz, counsel for JPMorgan Chase & Co. in the above-captioned case.

    2.    On December 1, 2008, I caused a copy of the "LIMITED JOINDER OF JPMORGAN CHASE & CO. IN OBJECTIONS TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS," to be filed and served by email via the Court's ECF system and served upon the parties listed on the service list attached hereto in the manner indicated therein.

                                                        /s/ Alison Levy
                                                           Alison Levy

Sworn to before me this
1st day of December, 2008

  /s/ Jennifer Higgins
Jennifer Higgins
Notary Public, State of New York
No. 01HI6163915
Qualified in New York County

## SERVICE LIST

**BY HAND DELIVERY**

Honorable James M. Peck
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, NY  10004


**BY FIRST CLASS MAIL**

Weil Gotshal & Manges LLP
Attn:   Richard P. Krasnow, Esq.,
        Lori R. Fife, Esq.,
        Shai Y. Waisman, Esq.
767 Fifth Avenue
New York, New York 10153

Office of the United States Trustee,
Southern District of New York
Attn:   Andy Velez-Rivera, Paul Schwartzberg,
        Brian Masumoto, Linda Riffkin, Tracy Hope Davis
33 Whitehall Street
21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn:   Dennis F. Dunne, Esq.,
        Dennis O'Donnell, Esq.,
        Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005

Cleary Gottlieb LLP
Attn:   Lindsee P. Granfield, Esq.,
        Lisa Schweiger, Esq.
One Liberty Plaza
New York, New York 10006

Sullivan & Cromwell LLP
Attn:   Robinson B. Lacy, Esq.,
        Hydee R. Feldstein, Esq.
125 Broad Street
New York, New York 10004