CLIFFORD CHANCE US LLP
31 W. 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
Facsimile: (212) 878-8375
David A. Sullivan

Attorneys for FirstBank of Puerto Rico

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.* | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I, David A. Sullivan, an attorney admitted to practice in the State of New York, hereby certify that I caused a true and correct copy of the Limited Objection of FirstBank of Puerto Rico to Debtors Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts dated November 28, 2008 [Docket No. 1897], to be served upon (a) all persons on the attached Service List by hand, and where indicated, by e-mail and (b) by e-mail upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system on November 28, 2008.

Dated: December 1, 2008

                                                                                /s/ David A. Sullivan
                                                                                David A. Sullivan

NYA911936.1

Service List

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, Esq.
L.P. Harrison 3rd, Esq.
101 Park Avenue
New York, New York 10178
sreisman@curtis.com
lharrison@curtis.com

Weil Gotshal & Manges LLP
Attn: Robert J. Lemons, Esq.
Lori R. Fife, Esq.
767 Fifth Avenue
New York, New York 10153
robert.lemons@weil.com
lori.fife@weil.com

Office of the United States Trustee
Attn: Andy Velez-Rivera, Esq.
Paul K. Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
Tracy Hope Davis, Esq.
33 Whitehall Street
21st Floor
New York, New York 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, New York 10005
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

Hughes Hubbard & Reed
Attn: Jeffrey S. Margolin, Esq.
1 Battery Park Plaza
New York, New York 10004
margolin@hugheshubbard.com

Quinn Emanuel Urguhart, Oliver & Hedges
Attn: James Tecce, Esq.
51 Madison Avenue
22nd Floor
New York, New York 10010
jamestecce@quinnemanuel.com

NYA911936.1