ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, New York 10103-0002
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Raniero D'Aversa, Jr., Esq.
Weston T. Eguchi, Esq.
Courtney M. Rogers, Esq.
—and—
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
Jonathan P. Guy, Esq.

*Attorneys for The Bank of Nova Scotia*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
**In re**                                                        :
                                                                 :  **Chapter 11**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :
                                                                 :  **Case No. 08-13555 (JMP)**
            **Debtors.**                                         :
                                                                 :  **(Jointly Administered)**
---------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on November 28, 2008, I caused the *Limited Objection of The Bank of Nova Scotia to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmation* to be served on the parties and in the manner of delivery specified on the attached Exhibit A (service list).

                                                      s/Weston T. Eguchi
                                                      Weston T. Eguchi

# EXHIBIT A

## SERVICE LIST

*Via Federal Express Overnight*

Honorable James M. Peck
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Tracy Hope Davis, Esq.
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*Via Federal Express Overnight and Electronic Mail*

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
jacqueline.marcus@weil.com

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
DDunne@milbank.com
DODonnell@milbank.com
EFleck@milbank.com