**DUANE MORRIS LLP**
Lawrence J. Kotler, Esq.
John Dellaportas, Esq.
Junghye June Yeum, Esq.
1540 Broadway
New York, New York 10036
Tel: (212) 692-1000
Fax: (212) 692-1020
*Attorneys for National Agricultural*
*Cooperative Federation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x
In re                                                  :        Chapter 11 Cases
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*                :        08-13555 (JMP)
                                                       :
                     Debtors.                          :        Jointly Administered
-------------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

     I, JOHN DELLAPORTAS, an attorney admitted to practice in the State of New York,

hereby certify that, on November 28, 2008, I caused a true and correct copy of the OBJECTION

TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF

THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR

ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS filed

by National Agricultural Cooperative Federation [Docket No. 1902], to be served upon (a) by

email upon all persons on the attached Service List and (b) by ECF upon all parties who receive

electronic notice in this case pursuant to the Court's ECF filing system.

Dated:    New York, New York
           December 1, 2008

                              **DUANE MORRIS LLP**

                              By:  */s/ John Dellaportas*
                                    John Dellaportas, Esq.

**SERVICE LIST**

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Attn: Steven J. Reisman, Esq.
L.P. Harrison 3rd, Esq.
sreisman@curtis.com
lharrison@curtis.com

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Robert J. Lemons, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
robert.lemons@weil.com
lori.fife@weil.com
jacqueline.marcus@weil.com

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera, Esq.
Paul K. Schwartzberg, Esq.
Paul.Schwartzberg@usdoj.gov

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
ddunne@milbank.com
dodonnell@milbank.com
efleck@milbank.com

DM1\1452455.1