TIGHE PATTON ARMSTRONG TEASDALE, PLLC
1747 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C. 20006-4604
Telephone: 202.454.2800
Facsimile:  202.454.2805
Kermit A. Rosenberg, Esq.
Thomas Earl Patton, Esq.
Attorneys for Satyam Computer Services, Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., | : | Case No. 08-13555 (JMP) |
| Debtor. | : | |

## NOTICE OF WITHDRAWAL OF CURE OBJECTION

Satyam Computer Systems, Ltd. ("Satyam"), by and through undersigned counsel, hereby withdraws its Objection to the Cure Amount filed by Lehman Brothers Holding, Inc.("LBHI" or "the Debtor") in accordance with the *Order Under 11 U.S.C. 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving  (a) The Sale of Purchased Assets Free and Clear of Liens and Other Interests and (b) Assumption and Assignment of Executory Contracts and Unexpired Leases* entered September 18, 2008 (D.I. 514).

          TIGHE PATTON ARMSTRONG TEASDALE, PLLC

          /s/ Kermit A. Rosenberg
          Kermit A. Rosenberg, Esq.
          Thomas Earl Patton, Esq.
          1747 Pennsylvania Avenue, N.W., Suite 300
          Washington, D.C. 20006-4604
          Telephone:  202.454.2800
          Facsimile:  203.454.2805
          Attorneys for Satyam Computer Services, Ltd.

1

## **CERTIFICATE OF SERVICE**

      I hereby certify under penalty of perjury that on December 1, 2008, true copies of the foregoing Notice of Withdrawal of Cure Objection of Satyam Computer Systems, Inc. were served electronically upon all registered attorneys of record under the Court's CM/ECF system.

      /s/ Kermit A. Rosenberg
      Kermit A. Rosenberg