David W. Dykhouse
Daniel A. Lowenthal
Brian P. Guiney
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Asbury Atlantic, Inc. and Asbury-Solomons, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC., | Case No. 08-13555 (JMP) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                            :ss.:
COUNTY OF NEW YORK )

MATTHEW M. FINNEGAN, being duly sworn, deposes and says:

1. I am over 18 years of age, not a party to this action, and employed by the law firm of Patterson Belknap Webb & Tyler LLP, located at 1133 Avenue of the Americas, New York, New York 10036.

2. On November 26, 2008, I electronically filed the following document:

   - *Limited Objection of Asbury Atlantic, Inc. and Asbury-Solomons, Inc. to Debtors' Motion to Establish Procedures for Settlement or Assumption and Assignment of Prepetition Derivative Contracts*

with the Clerk of the Court using the CM/ECF system, which caused notification of such filing to be sent to the parties at the e-mail addresses listed on the attached service list.

3070803v.1

3.  On December 2, 2008, I served the above document upon the following by depositing a true copy of said document in a postpaid wrapper in a mail depository maintained by the U.S. Postal Service located at 1133 Avenue of the Americas, New York, New York 10036, directed to him at the address listed below:

> Andrew D. Velez-Rivera, Esq.
> United States Trustee's Office
> 33 Whitehall Street, 21st Floor
> New York, New York 10004

_____
MATTHEW M. FINNEGAN

Sworn to before me this 2nd
day of December, 2008

_____
Notary Public

EDWIN J. VALLEJO
Notary Public, State of New York
No. 01VA6169270
Qualified in New York County
Commission Expires June 25, 2011

3070803v.1

# SERVICE LIST

**08-13555-jmp Notice will be electronically mailed to:**

Anne Marie Aaronson     aaronsoa@pepperlaw.com

Marc Abrams     maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker     acker@chapman.com

Luma Al-Shibib     lalshibib@reedsmith.com

Colin B. Albaugh     albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso     aalfonso@kayescholer.com

George Angelich     angelich.george@arentfox.com, angelich.george@arentfox.com

Tara B. Annweiler     tannweiler@greerherz.com

Bruce G. Arnold    barnold@whdlaw.com, jwells@whdlaw.com

John R. Ashmead    ashmead@sewkis.com

Lauren Attard    lattard@kayescholer.com,
lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com;philip.gross@kayescl

Donald M. Badaczewski    donald.badaczewski@dechert.com

Helen Ball    hball@bradleyarant.com, hball@bradleyarant.com

Elizabeth Banda    kwilliams@pbfcm.com

David M. Banker    dbanker@lowenstein.com

David L. Barrack    dbarrack@fulbright.com

Lawrence Bass    lawrence.bass@hro.com

T. Scott Belden    sbelden@kleinlaw.com,
imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    hbeltzer@morganlewis.com

Walter Benzija    wbenzija@halperinlaw.net

Leslie Ann Berkoff    lberkoff@moritthock.com

Martin J. Bienenstock    martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com

Michael V. Blumenthal    mblumenthal@crowell.com

Timothy W. Brink    timothy.brink@dlapiper.com

James L. Bromley    maofiling@cgsh.com

Andrew P. Brozman    andrew.brozman@cliffordchance.com

Martin G. Bunin    marty.bunin@alston.com

Michael G. Busenkell    mbusenkell@wcsr.com

Aaron R. Cahn    cahn@clm.com

Matthew Allen Cantor    info2@normandyhill.com

Michael D. Capozzi    mcapozzi@ingramllp.com

John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

Lawrence F. Carnevale    bankruptcy@clm.com, murphy@clm.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com

Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

Darrell W. Clark    dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Marvin E. Clements    agbanknewyork@ag.tn.gov

Ronald L. Cohen    cohenr@sewkis.com

Kenneth P. Coleman    kurt.vellek@allenovery.com, tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins    pcollins@farrellfritz.com

Kenneth Corey-Edstrom    kcoreyedstrom@larkinhoffman.com

Patrick M. Costello    pcostello@bbslaw.com

Steven Cousins    scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo    dcrapo@gibbonslaw.com

David A. Crichlow    dcrichlow@pillsburywinthrop.com

Maureen A. Cronin    macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley    leo.crowley@pillsburylaw.com

Walter H. Curchack    wcurchack@loeb.com, vrubinstein@loeb.com

Vincent D'Agostino    vdagostino@lowenstein.com

Israel Dahan    allison.dipasqua@cwt.com

Michael R. Dal Lago    bankruptcy@morrisoncohen.com

George A. Davis    wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo    pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco    jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.    gabriel.delvirginia@verizon.net

Bradford E. Dempsey    brad.dempsey@hro.com

Christopher M. Desiderio    cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Mark W. Deveno    mark.deveno@bingham.com, pat.wright@bingham.com

Maria J. DiConza    diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing    ddiesing@whdlaw.com, ktollison@whdlaw.com

Christopher R. Donoho    chris.donoho@lovells.com, omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak    joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval    mdorval@stradley.com

Amish R. Doshi    adoshi@daypitney.com

Thomas Alan Draghi    tdraghi@westermanllp.com

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com, pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Matthew Dyer    BkMail@prommis.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman    mjedelman@vedderprice.com, ecf_nydocket@vedderprice.com

Daniel Eggermann    deggermann@kramerlevin.com

Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers    sehlers@armstrongteasdale.com

Jeremy D. Eiden    jeremy.eiden@state.mn.us

Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com

Mark C. Ellenberg    mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod    delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Michael R. Enright    menright@rc.com

Andrew J. Entwistle    aentwistle@entwistle-law.com, tmaloney@entwistle-law.com;mbernard@entwistle-law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;scasey@entwistle-law.com;jporter@entwistle-law.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

Michael S. Feldberg    michael.feldberg@newyork.allenovery.com, laura.martin@newyork.allenovery.com

Matthew Allen Feldman    maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi    charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman    sfineman@lchb.com

Eric Fisher    fishere@butzel.com

Daniel J. Flanigan    dflanigan@polsinelli.com, tbackus@polsinelli.com

Charles H. Fleischer    cfleischer@ofqlaw.com

Robert M. Fleischer    rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox    sfox@mcguirewoods.com

Mark Freedlander    mfreedlander@mcguirewoods.com, hhickman@mcguirewoods.com

David M. Friedman    courtnotices@kasowitz.com

Ellen A. Friedman    mmyles@friedumspring.com

Kenneth Friedman    kfriedman@manatt.com

Michael Friedman    mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa    tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza    Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com

Jan B. Geller    jbgesq@bway.net

Anthony I. Giacobbe agiacobbe@zeklaw.com

Steven D. Ginsburg sdg@adorno.com,
smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther sdnyecf@dor.mo.gov

Joseph M. Gitto jgitto@nixonpeabody.com

Eduardo J. Glas eglas@mccarter.com

Andrew C. Gold AGOLD@HERRICK.COM

Matthew J. Gold mgold@kkwc.com, mattgoldesq@optonline.net

Irena M. Goldstein igoldstein@dl.com

Antonia Golianopoulos agolianopoulos@mayerbrownrowe.com,
agolianopoulos@mayerbrownrowe.com

Andrew J. Goodman agoodman@gsblaw.com

Todd M. Goren tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield maofiling@cgsh.com,
lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.co

Ira S. Greene isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo egrillo@goodwinprocter.com

Steven T. Gubner ecf@ebg-law.com

Paul C. Gunther pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder daniel.guyder@allenovery.com,
kurt.vellek@allenovery.com;matthew.bruckner@allenovery.com

Alan D. Halperin ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Howard R. Hawkins howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Dion W. Hayes
phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser heiser@chapman.com

Sally M. Henry Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman ira.herman@tklaw.com,

orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman   Nherman@morganlewis.com

Robert M. Hirsh   hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Robert L. Holladay   rob.holladay@youngwilliams.com

Eric H. Horn   ehorn@lowenstein.com, elawler@lowenstein.com

Frederick D. Hyman   fhyman@mayerbrownrowe.com

Robbin L. Itkin   ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

Steve Jakubowski   sjakubowski@colemanlawfirm.com

John J. Jerome   jjerome@saul.com

John J. Jolley   jay.jolley@kutakrock.com

Roger G. Jones   rjones@bccb.com

John E. Jureller   jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden   gkaden@goulstonstorrs.com

Richard S. Kanowitz   rkanowitz@cooley.com

Dimitri G. Karcazes   dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman   dkasselman@kasselman-law.com

Robin Elizabeth Keller   robin.keller@lovells.com, omeca.nedd@lovells.com

J. Michael Kelly   kellyjm@cooley.com

Christopher K. Kiplok   kiplok@hugheshubbard.com

Barry R. Kleiner   dkleiner@velaw.com

Howard Koh   hkoh@meisterseelig.com

Robert Kolodney   rkolodney@kanekessler.com

Deborah Kovsky-Apap   kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Bryan Krakauer   bkrakauer@sidley.com, emcdonnell@sidley.com

Greg T. Kupniewski   greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman   jkurtzma@klehr.com

Paul J. Labov    plabov@eapdlaw.com

Darryl S. Laddin    bkrfilings@agg.com

Michael C. Lambert    mclambert@lawpost-nyc.com

David P. Langlois    david.langlois@sablaw.com

Robert Laplaca    rlaplaca@levettrockwood.com

Francis J. Lawall    lawallf@pepperlaw.com

David M. LeMay    dlemay@chadbourne.com

Stephen D. Lerner    slerner@ssd.com

Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin    JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;NMarcantonio@cahill.com

Fredrick J. Levy    flevy@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Richard Levy    rlevy@pryorcashman.com

Leo V. Leyva    lleyva@coleschotz.com

Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov    liebovd@sullcrom.com

Demetra Liggins    demetra.liggins@tklaw.com

Joanne K. Lipson    jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello    elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Sarah K. Loomis    loomis@hugheshubbard.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman    dludman@brownconnery.com

Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo    jsmairo@pbnlaw.com,
mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jam

Christopher J. Major    cmajor@rc.com, tgorrell@rc.com

Robert K. Malone    robert.malone@dbr.com

Beverly Weiss Manne    bmanne@tuckerlaw.com

Julie A. Manning    bankruptcy@goodwin.com

Jacqueline Marcus    jacqueline.marcus@weil.com

Alan E. Marder    lgomez@msek.com

Jeffrey S. Margolin    margolin@hugheshubbard.com

Lorenzo Marinuzzi    lmarinuzzi@mofo.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhe

Laurence May    lmay@coleschotz.com

Douglas Kirk Mayer    dkmayer@wlrk.com, dkmayer@wlrk.com

Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy    lehman.chapter11@dpw.com

Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Lorraine S. McGowen    lmcgowen@orrick.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Austin L. McMullen    amcmulle@bccb.com

Michelle A. Mendez    mmendez@hunton.com

Michael T. Mervis     Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth     msteen@daypitney.com

Brett H. Miller     bmiller@mofo.com

Harvey R. Miller     harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken     kmisken@mcguirewoods.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Thomas J. Moloney     maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery     cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Joshua D. Morse     morsej@hbdlawyers.com

Judy Hamilton Morse     judy.morse@crowedunlevy.com

Steven T. Mulligan     smulligan@bsblawyers.com

Roger David Netzer     maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman     snewman@katskykorins.com

Robert E. Nies     rnies@wolffsamson.com

Timothy F. Nixon     tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Mark D. Northrup     mnorthrup@GrahamDunn.com, dpurdy@GrahamDunn.com

Harold S. Novikoff     hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry     jputnam@bermanesq.com

Kalman Ochs     ochska@ffhsj.com

Matthew Olsen     molsen@morganlewis.com

Karen Ostad     kostad@mofo.com

Jody Michelle Oster     ECF.Oster@huntington.com

Alec P. Ostrow     apo@stevenslee.com

R. Stephen Painter     spainter@cftc.gov

Charles Palella     cpalella@kurzman.com

Steven W. Perlstein     steven.perlstein@kobrekim.com

Thomas Pietrantonio     pietrantoniolaw@optonline.net

Sydney G. Platzer     splatzer@platzerlaw.com

Frederick B. Polak     lml@ppgms.com

John N. Poulos     poulos@hugheshubbard.com

Constantine Pourakis     cp@stevenslee.com

William C. Price     wprice@mcguirewoods.com

Jeffrey D. Prol     jprol@lowenstein.com

Jonathan I. Rabinowitz     jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy     araboy@cov.com

John J. Rapisardi     john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@c

Paul L. Ratelle     pratelle@fwhtlaw.com

Ira A. Reid     ira.a.reid@bakernet.com

Steven J. Reisman     sreisman@curtis.com,
webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@curtis

Howard D. Ressler     hressler@diamondmccarthy.com

Kenneth A. Reynolds     kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume     arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich     jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards     mrichards@blankrome.com

Dirk S. Roberts     dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler     mroeschenthaler@mcguirewoods.com

Elizabeth L. Rose     erose@herrick.com, erose@herrick.com

George Rosenberg     grosenberg@co.arapahoe.co.us

Jeffrey M. Rosenberg     jeff@kleinsolomon.com

Kermit A. Rosenberg     krosenberg@tighepatton.com

Edward M. Rosensteel     info@rosebeck.com

David A. Rosenzweig     DRosenzweig@Fulbright.com

David S. Rosner     dfliman@kasowitz.com;courtnotices@kasowitz.com

Douglas B. Rosner     drosner@goulstonstorrs.com

Rene S. Roupinian     rroupinian@outtengolden.com

Barry J Roy     broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky     srutsky@proskauer.com

Jay G. Safer     jsafer@lockelord.com

Chester B. Salomon     cs@stevenslee.com

Diane W. Sanders     austin.bankruptcy@publicans.com

Lori K. Sapir     lsapir@ssghlaw.com

Kim Sherrie Sawyer     gharnett@tlsgltd.com

Gregory B. Schiller     gschiller@zeislaw.com

Michael L. Schleich     mschleich@fslf.com

Carey D. Schreiber     cschreiber@winston.com

Christopher P. Schueller     christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman     dschulman@salans.com

Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhesse

Lisa M. Schweitzer     lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.cor

Howard Seife     arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst     sselbst@herrick.com, courtnotices@herrick.com

Nolan E. Shanahan     nshanahan@coleschotz.com

Andrea Sheehan     sheehan@txschoollaw.com,
coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich     jshickich@riddellwilliams.com

Glenn E. Siegel    Glenn.Siegel@dechert.com

Paul H. Silverman    PSilverman@mclaughlinstern.com

Peter L. Simmons    peter.simmons@friedfrank.com

Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome    lgomez@msek.com

Edward Smith    easmith@venable.com

Elizabeth Page Smith    esmith@llgm.com, strum@dl.com

Abigail Snow    asnow@ssbb.com

Eric J. Snyder    esnyder@sillerwilk.com

Fredric Sosnick    fsosnick@shearman.com, karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shear

Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

Harvey A. Strickon    harveystrickon@paulhastings.com, frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

James Tecce    jamestecce@quinnemanuel.com

Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer    ktomer@goodwinprocter.com

Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com;gwilley@mayerbrown.com

Sarah Trum    strum@dl.com, lsaal@dl.com

Brian Trust    btrust@mayerbrown.com

Raymond J. Urbanik    rurbanik@munsch.com

Michael J. Venditto    mvenditto@reedsmith.com

Raymond W. Verdi    hellerverdi@aol.com

Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra    jvincequerra@wolfblock.com

Shai Waisman    shai.waisman@weil.com,
amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilu

Josephine Wang    jwang@sipc.org

William P. Weintraub    wweintraub@fklaw.com, zhassoun@fklaw.com

Rochelle R. Weisburg    rochellew@shiboleth.com

John W. Weiss    weissjw@gtlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David B. Wheeler    davidwheeler@mvalaw.com

Timothy Raymond Wheeler    twheeler@lowenstein.com

Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski    stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.c

Erin E. Wietecha    ewietecha@coleschotz.com

Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson    efile@willaw.com

Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne    rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com

Erin Zavalkoff    ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

N. Theodore Zink    tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser    jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg    azylberberg@whitecase.com,

08-13555-mg    Doc 1982    Filed 12/02/08    Entered 12/02/08 10:06:33    Main Document
                                    Pg 17 of 17

jdisanti@whitecase.com;mcosbny@whitecase.com