FAEGRE & BENSON LLP
Stephen M. Mertz, Esq.
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
**In re** :
: **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* :
: **08-13555 (JMP)**
**Debtors.** :
: **(Jointly Administered)**
:
-----------------------------------------------------------------x

I, Stephen M. Mertz, a member in good standing of the bar in the State of Minnesota and the bar of the U.S. District Court for the District of Minnesota, respectfully request admission, *pro hac vice*, to represent Wells Fargo Bank, National Association in the above-referenced case.

Mailing address: Stephen M. Mertz, Esq., Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402-3901.
Email address: smertz@faegre.com
Telephone number: 612.766.7000

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

Dated: November 26, 2008
       Minneapolis, MN

_____
Stephen M. Mertz

**ORDER**

**ORDERED,**
that Stephen M. Mertz, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, provided that the filing fee has been paid.

DEC 1 – 2008

08-13555-mg    Doc 1983    Filed 12/01/08    Entered 12/02/08 10:19:58    Main Document
Pg 2 of 2

Dated: _____ \_\_, 2008.
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

fb.us.3452665.01