UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                            :
    Lehman Brothers Holdings, Inc.    :    Chapter 11
                                      :    Case No.: 08-13555 (JMP)
                          Debtor.      :
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bertin C. Emmons, a member in good standing of the bar in the Commonwealth of Massachusetts, and the bar of the U.S. District Court for the District of Massachusetts, request admission, *pro hac vice*, before this honorable court, to represent Sovereign Bank, a creditor in the above referenced case.

My mailing address is: Sovereign Bank, 75 State Street, Mail Code: MA1-SST-0401, Boston MA 02109. My e-mail address: bemmons@sovereignbank.com. My telephone number is 617-757-5440.

The filing fee of $25.00 has been submitted with this motion for *pro hac vice* admission.

                               Respectfully submitted,

                               Bertin C. Emmons
                               Sovereign Bank
                               75 State Street
                               MA1-SST-0401
                               Boston, MA 02109
                               (617) 757-5440
                               Fax: (617) 757-5657
                               Email: bemmons@sovereignbank.com

                               *Attorney for Sovereign Bank*



DEC 1 - 2008

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, hereby certify that on the date appearing below, a copy of the foregoing was served electronically on parties enrolled in the CM/ECF system, and I caused copies of the foregoing pleading to be served upon the persons (if any) on the attached Service List by first class mail, postage pre-paid.

Dated: November 25, 2008

_____
Bertin C. Emmons

## SERVICE LIST

None.