MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
Alan E. Gamza (AG-2014)
Christopher J. Caruso (CC-8005)
Tel: (212) 554-7800

-and-

MULLEN HOLLAND & COOPER P.A.
Mark Heavner
301 South York Street
Gastonia, North Carolina  28052
Tel: (704) 864-6751

*Co-counsel to Gaston Christian School, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | ) |
| | ) Case No. 08-13555 |
| (JMP) | ) |
| Debtors. | ) |
| | ) Jointly Administered |
| | ) |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Dane Gibson, being duly sworn according to law, deposes and says that he is employed by Moses & Singer, LLP, Co-counsel to Gaston Christian School, Inc., and that on the 28th day of November, 2008, he caused a copy of the:

- **Objection of Gaston Christian School, Inc. to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of The Bankruptcy Code to Establish Procedures for Settlement or Assumption and Assignment of Prepetition Derivative Contracts.**

to be served By Hand on the following parties at their designated address on the attached Service List.

      /s/ Dane Gibson
Dane Gibson

Sworn to before me on December 2, 2008

      /s/ Marie S. Leybag
Notary Public

Marie S. Leybag
Notary Public, State of New York
No. 01LE5060744
Qualified in Queens County
Commission Expires: May 20, 2010

**SERVICE LIST**

Honorable James M. Peck
One Bowling Green
New York, New York 10004,

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
　　　Robert J. Lemons, Esq

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Attn: Steven J. Reisman
　　　L.P. Harrison 3rd

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor,
New York, New York 10004
Attn: Andy Velez-Rivera
　　　Paul Schwartzberg
　　　Brian Masumoto
　　　Linda Riffkin
　　　Tracy Hope Davis

Milbank, Tweed, Hadley & McCloy LLP,
1 Chase Manhattan Plaza
New York, New York 10005,
Attn: Dennis F. Dunne, Esq.
　　　Dennis O'Donnell, Esq.
　　　Evan Fleck, Esq.