**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------x
:
In re: :
:
Lehman Brothers Holdings, Inc. : Chapter 11
:
    Debtor. : Case No. 08-13555  (JMP)
:
:
---------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York  )
                            )    ss.:
County of New York  )

        Laura Guido, being duly sworn, deposes and says:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings.  I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas, New York, NY  10104.

        2.    On November 28, 2008 and December 1, 2008, I caused to be served a true and correct copy of the following document upon the parties listed on <u>Exhibit A</u> attached hereto by hand delivery, as indicated:

[Remainder of Page Intentionally Left Blank]

ny-846701

- Limited Objection of BRM Group, Ltd. to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts and Reservation of Rights.

/s/ Laura Guido
Laura Guido

Sworn to before me on this
2nd day of December 2008

/s/ Robin Riley
Notary Public

ROBIN RILEY
Notary Public, State of New York
No. 01RI6127004
Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 23, 2009

ny-846701

## Exhibit A

Service by Hand Delivery on November 28, 2008

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Lori R. Fife, Esq.
Robert J. Lemons, Esq.

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
Attn: Steven J. Reisman
L.P. Harrison III

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.

Service by Hand Delivery on December 1, 2008

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, New York 10004,
Attn: Chambers of the Honorable James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, New York 10004
Attn: Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis

ny-846701