WINSTON & STRAWN LLP
David Neier (DN-5391)
200 Park Avenue
New York, New York 10166-4193
Phone: (212) 294-6700
Facsimile: (212) 294-4700

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
In re:                                                     :
                                                           :  Chapter 11
Lehman Brothers Holdings Inc., *et al.,*                   :  Case No. 08-13555 (JMP)
                                                           :  Jointly Administered
                        Debtors.                           :
---------------------------------------------------------- x

**VERIFIED STATEMENT OF WINSTON & STRAWN LLP,**
**PURSUANT TO FED. R. BANKR. P. 2019(a)**

Winston & Strawn, LLP ("W&S" or "Counsel") hereby submits this verified statement (the "Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and respectfully states as follows:

1. W&S is a law firm that maintains offices at, among other locations, 200 Park Avenue, New York, NY 10166.

2. Counsel appears in the above-captioned cases on behalf of:

> Pentwater Capital Management, LP
> 227 West Monroe Street, Suite 4000
> Chicago, IL 60606

> Capgemini Financial Services USA, Inc.
> 6400 Shafer Court
> Rosemont, IL 60018

> Piper Jaffray & Co.
> 800 Nicollet Mall
> Minneapolis, MN 55402-7020

NY:1211204.3

3. Counsel does not hold any claims against or interests in the above-captioned debtors.

4. The undersigned hereby verifies that this Verified Statement is true and accurate to the best of the undersigned's knowledge and belief.

5. Counsel reserves the right to supplement this Verified Statement.

Dated: December 2, 2008
New York, New York

*Respectfully submitted,*

WINSTON & STRAWN LLP

/s/ David Neier
David Neier (DN-5391)
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

NY:1211204.3