WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    08-13555 (JMP)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
                                                    :
-------------------------------------------------------------------x
```

**NOTICE OF FILING OF UPDATED MASTER SERVICE LIST**

Pursuant to an order of this Court dated September 22, 2008, granting the Debtors' motion for an order implementing certain notice and case management procedures [Docket No. 285], attached hereto is the Master Service List as of December 1, 2008.

Dated: December 1, 2008
       New York, New York

                                        /s/ Shai Y. Waisman
                                        Harvey R. Miller
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

NY2:\1929055\03\15CGV03!.DOC\58399.0003