UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                          Case No. 08-13555 (JMP)

                        Debtor.
-------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF STEVE JAKUBOWSKI

UPON the motion of Steve Jakubowski dated November 26, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Steve Jakubowski is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       December 2, 2008

                                     *s/ James M. Peck*
                                     UNITED STATES BANKRUPTCY JUDGE