UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,          Case No. 08-13555 (JMP)

                            Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF CARMEN H. LONSTEIN

UPON the motion of Ira A. Reid dated November 26, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Carmen H. Lonstein is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        December 2, 2008

                                                         *s/ James M. Peck*
                                                         UNITED STATES BANKRUPTCY JUDGE