UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                        Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                                Case No. 08-13555 (JMP)

                    Debtor.
-----------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF SETH GOLDMAN

UPON the motion of Seth Goldman dated November 26, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Seth Goldman is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       December 2, 2008

                                        *s/ James M. Peck*
                                        UNITED STATES BANKRUPTCY JUDGE