UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                       Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,                   Case No. 08-13555 (JMP)

                          Debtor.
------------------------------------------------------------X

# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF BERTIN C. EMMONS

UPON the motion of Bertin C. Emmons dated December 1, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Bertin C. Emmons is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       December 2, 2008

                                         *s/ James M. Peck*
                                         UNITED STATES BANKRUPTCY JUDGE