AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (MS-4900)
Philip. C. Dublin (PD-4919)
Abid Qureshi (AQ-4882)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12 - 1 - 08
```

*Counsel for the Informal Noteholder Group*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
              :

**In re:**               :

**LEHMAN BROTHERS HOLDINGS INC., et al.** :

        **Debtors.**   :
-------------------------------------------------------x

-------------------------------------------------------x
               :

**INFORMAL NOTEHOLDER GROUP**  :

        **Appellant,**     :

    **v.**            :

               :

**LEHMAN BROTHERS HOLDINGS, INC.,** :
**LB745 LLC**            :

        **Appellee,**     :
-------------------------------------------------------x

**Case No. 08-cv-09108**

**MEMO ENDORSED**

**NOTICE OF WITHDRAWAL OF THE**
**INFORMAL NOTEHOLDER GROUP APPEAL**

     PLEASE TAKE NOTICE that the Informal Noteholder Group (the "Informal Noteholder

Group"), consisting of certain unaffiliated holders of senior and subordinated notes issued by

Lehman Brothers Holdings, Inc. ("LBHI" and, together with its debtor affiliates, the "Debtors"),

by and through its undersigned counsel, hereby withdraws this Appeal, Case Number 08-cv-

0908, which is an appeal of the *Order under 11 §§ U.S.C. 105(a), 363, and 365 and Federal*

*Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of*

*Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and*

*Assignment of Executory Contracts and Unexpired Leases* (the "Order") entered in the above-

captioned chapter 11 cases on September 20, 2008.

November 7, 2008
New York, New York

By: ____ /s/ Abid Qureshi ____
Michael S. Stamer (MS-4900)
Philip. C. Dublin (PD-4919)
Abid Qureshi (AQ-4882)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

The Clerk of Court shall
dismiss the appeal.

Luisa Cote
December 1, 2008

2