# MASSACHUSETTS WATER RESOURCES AUTHORITY

Charlestown Navy Yard
100 First Avenue, Building 39
Boston, MA 02129

**Frederick A. Laskey**
Executive Director

Telephone: (617) 242-6000
Fax: (617) 788-4899
TTY: (617) 788-4971

November 24, 2008

BY MESSENGER AND FEDERAL EXPRESS TO:

Lehman Brothers Special Financing Inc.
745 Seventh Avenue
New York, NY 10019
Attention: Municipal Financial Products

Lehman Brothers Derivative Products Inc.
745 Seventh Avenue
New York, NY 10019
Attention: Municipal Financial Products

WITH COURTESY COPY BY EMAIL TO:

Email: Acarine@lehman.com
Allyson Carine
Lehman Brothers Special Financing Inc. and Lehman Brothers Derivative Products Inc.

Email: Kathleen.Kalaher@lehman.com
Kathleen Kalaher
Lehman Brothers Special Financing Inc. and Lehman Brothers Derivative Products Inc.

Email: Geickbush@lehman.com
Greg Eickbush
Lehman Brothers Special Financing Inc. and Lehman Brothers Derivative Products Inc.

Email: Mzitoune@lehman.com
Michael Zitoune
Lehman Brothers Special Financing Inc. and Lehman Brothers Derivative Products Inc.

WITH FEDERAL EXPRESS TO:

Lehman Brothers Special Financing Inc. and Lehman Brothers Derivative Products
Three World Financial Center
8th Floor
New York, NY 10285
Attention: Municipal Financial Products - Middle Office

And

BY FAX TO: (212) 526-7372 and (646) 758-2939

ME1 7833121v.2

Printed on 100% Recycled Paper

## NOTICE OF TERMINATION OF SWAP
dated as of March 22, 2000, as
amended on May 29, 2008, and amended by the Assignment and Amendment
Agreement dated September 16, 2008 by and among
Lehman Brothers Derivative Products Inc., Lehman Brothers Special Financing Inc.
and Massachusetts Water Resources Authority

Ladies and Gentlemen:

Reference is made to the ISDA Master Agreement (the "Master Agreement"), including the Schedule (the "Schedule") thereto and the Confirmation (the "Confirmation") thereof, each dated as of March 22, 2000, entered into between Lehman Brothers Derivatives Products Inc. ("LBDP") and the Massachusetts Water Resources Authority (the "MWRA"), each as amended on May 29, 2008 (the Master Agreement, the Schedule and the Confirmation, as amended, herein referred to as the "Original Swap") and as amended pursuant to the Assignment and Amendment Agreement dated September 16, 2008, by and among LBDP, Lehman Brothers Special Financing Inc. ("LBSF") and MWRA, pursuant to which LBDP transferred and assigned the Original Swap to LBSF (as so amended and assigned, the "Swap"). Terms used but not defined herein are used as defined in the Swap.

We hereby give notice that an Event of Default has occurred and is continuing under Section 5(a)(vii) of the Swap as a result of the institution of a proceeding under Chapter 11 of the United States Bankruptcy Code by LBSF on October 5, 2008 in the United States Bankruptcy Court in the Southern District of New York and that LBSF is the Defaulting Party under the Swap. Accordingly, pursuant to Section 6(a) of the Swap, the MWRA, as the Non-Defaulting Party, hereby gives notice to LBSF, as the Defaulting Party that November 24, 2008 (a date not more than twenty (20) days after the date of this notice) is designated as the Early Termination Date in respect of the Swap.

Pursuant to Section 1(f) of the Schedule, "Market Quotation" and "Second Method" will be used as a payment measure and payment method, respectively.

Nothing in this letter shall be construed as a waiver of any rights the Authority may have with respect to the Swap. Without limiting the generality of the foregoing, nothing herein shall be deemed to constitute a waiver of any Event of Default, or other default or termination event, and the Authority hereby reserves all other rights and remedies it may have at law, in equity, or under the Swap, including rights of setoff and recoupment and any rights or remedies that may arise as a result of any intervening event.

[SIGNATURE PAGE FOLLOWS]

ME1 7833121v.2

Very truly yours,

Massachusetts Water Resources Authority

By: _____
Frederick A. Laskey, Executive Director

By: _____
Thomas J. Durkin, Treasurer

ME1 7833121v.2