WOLFBLOCK LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 986-1116
Facsimile: 212-986-0604
Gretchen M. Santamour, Esquire
James J. Vincequerra, Esquire

Attorneys for Simpson Senior Services

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

---

## CERTIFICATION OF SERVICE/MAILING

I, Gretchen M. Santamour, Esquire, do hereby certify that a copy of the foregoing FIRST OBJECTION TO MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 356 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS was served on the dates listed below either electronically or via U.S. First Class Mail, postage prepaid, upon the parties on the attached Service List.

/s/ Gretchen M. Santamour
GRETCHEN M. SANTAMOUR, ESQUIRE

Dated: December 2, 2008

## SERVICE LIST

### Via Electronic Mail on November 26, 2008

**Harvey R. Miller**
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

**Shai Waisman**
Weil, Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**James Tecce**
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

**Jacqueline Marcus**
Weil Gotshal & Manges, LLP
767 5th Avenue
New York, NY 10153

**Jeffrey S. Margolin**
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004

### Via First-Class Mail on December 2, 2008

**Andrew D. Velez-Rivera**
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

**Susheel Kirpalani**
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

*Claims and Noticing Agent*
**Epiq Bankruptcy Solutions, LLC Claims Agent**
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017