FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP
1633 Broadway
46th Floor
New York, NY  10019-6708
(212) 833-1100 (telephone)
(212) 833-1250 (facsimile)

SPECIALLY APPEARING FOR
MALAYSIAN AIRLINE SYSTEM BERHAD

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. et al., | ) | |
| | ) | |
| Debtor. | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | |
| | ) | Jointly Administered |

**REQUEST FOR NOTICES AND**
**DEMAND FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Friedman Kaplan Seiler & Adelman LLP, specially appearing for Malaysian Airline System Berhad ("MASB"), hereby requests copies of all notices in the above-captioned case.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and Section 342 of the Bankruptcy Code, the undersigned requests that its name be added to the mailing list maintained by the Clerk in the above-captioned jointly administered cases, and that, pursuant to Rule 2002(i) of the Federal Rules of Bankruptcy Procedure, all notices given, or required to be given, and all papers served, or required to be served, in the above-captioned cases be given to, and served upon, the undersigned attorney (who is specially appearing for MASB) at the address and in the manner set forth in the next succeeding paragraph.

684480.3
1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code and the Local Rules of Bankruptcy Procedure, and also includes, without limitation, notices of any order, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of, or in opposition to, any of the foregoing and any other documents brought before this Court with respect to this case and any proceedings therein, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including any matters purporting to affect MASB, with respect to (a) the debtor, (b) property of the debtor's estate or proceeds thereof in which the debtor may claim an interest, (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use, or (d) any derivatives contracts; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by MASB, all of which shall be sent to:

>Anne E. Beaumont
>FRIEDMAN KAPLAN SEILER & ADELMAN LLP
>1633 Broadway
>46th Floor
>New York, NY  10019-6708
>(212) 833-1100 (phone)
>(212)  833-1250 (facsimile)
>lehman@fklaw.com (e-mail)

**PLEASE TAKE FURTHER NOTICE** that Friedman Kaplan Seiler & Adelman LLP is making a special appearance in this case on behalf of MASB and that MASB does not submit or intend to submit to the personal jurisdiction of the Bankruptcy Court or any other court by virtue of this Request.  In addition, MASB intends that neither this Request nor any later appearance, pleading, claim, or suit, shall waive (1) the right of MASB to have final orders in noncore

matters entered only after de novo review by a District Judge; (2) the right of MASB to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) the right of MASB to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (4) the right of MASB to assert a lack of personal or subject matter jurisdiction of the court with respect to the above-captioned case or any proceedings therein; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which MASB is or may be entitled by contract, by law, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments MASB hereby fully and expressly reserves.

Dated:    December 2, 2008
          New York, New York

                                        FRIEDMAN KAPLAN SEILER &
                                            ADELMAN LLP

                                        _/s/ Anne E. Beaumont_
                                        Anne E. Beaumont
                                        1633 Broadway
                                        46th Floor
                                        New York, NY 10019-6708
                                        (212) 833-1100 (phone)
                                        (212)  833-1250 (facsimile)
                                        lehman@fklaw.com (e-mail)

                                        *Appearing Specially for*
                                        *Malaysian Airline System Berhad*