IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC, et. al | ) | Case No. 08-13555 (JMP) |
| | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned attorneys of the law firm of Vinson & Elkins L.L.P. hereby appears for **GSEF Al Nawras (Cayman) Limited,** a party in interest in the above referenced case, and hereby submits this Notice of Appearance in the above-captioned cases and requests notice of all hearings and conferences herein and makes demand for service of all papers and notices pursuant to Rules 2002, 3017, 9007, and 9010 of the Bankruptcy Rules and Sections 342 and 1009(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case be given to and served upon:

        Vinson & Elkins L.L.P.
        666 Fifth Avenue, 27th Floor
        New York, New York 10103
        Telephone:  (212) 237-0137
        Facsimile:  (212) 237-0100
        Attn:  Steven M. Abramowitz
        email: sabramowitz@velaw.com

and

        Vinson & Elkins RLLP
        City Point, 33rd Floor
        One Ropemaker Street, London EC2Y 9UE
        Tel +44 (0)20.7065.6013
        Fax +1.713.615.5675
        Mobile +44 (0)7711.435.486
        Attn: Jeffrey E. Eldredge

Lehman Notice of Appearance.doc

jeldredge@velaw.com

and

GSEF Al Nawras (Cayman) Limited
c/o Nasreen Bulos
Legal Counsel, Global Equities
Dubai International Capital LLC
DIFC Building 2, 4th Floor
Sheikh Zayed Road
P.O. Box 72888
Dubai, United Arab Emirates
Nasreen.Bulos@dubaiic.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization, or disclosure statement and any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex , or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy cases and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to be a waiver of the rights of GSEF Al Nawras (Cayman) Limited (i) to have final orders in any non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights,

claims, actions, setoffs, or recoupments to which GSEF Al Nawras (Cayman) Limited is or may be entitled, either in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   New York, New York
         November 25, 2008

                        VINSON & ELKINS L.L.P.

                By:   /s/ Steven M. Abramowitz
                        STEVEN M. ABRAMOWITZ (SA 0608)

                        666 Fifth Avenue, 27th Floor
                        New York, New York 10103
                        Telephone: (212) 237-0137
                        Facsimile: (212) 237-0100