ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234
Facsimile: (203) 367-9678
Gregory B. Schiller (GS7215)

*Attorneys for Triple Point Technology, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDING, INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-13555 (JMP) <br><br> Jointly Administered |

### WITHDRAWAL OF OBJECTION OF TRIPLE POINT TECHNOLOGY, INC. TO DEBTOR'S NOTICE OF ASSUMPTION AND ASSIGNMENT OF, AND AMOUNTS NECESSARY TO CURE DEFAULTS UNDER, CONTRACTS AND LEASES TO BE ASSUMED AND ASSIGNED TO SUCCESSFUL PURCHASER

Triple Point Technology, Inc. ("TPT"), by and through its undersigned counsel, hereby withdraws Docket ID Number 517, more particularly identified as its Objection to the Debtor's Notice of Assumption and Assignment of, and Amounts Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successors Purchaser (the "TPT Objection"). The TPT Objection has been resolved through discussions between TPT and the Debtor.

| | |
|---|---|
| Date: Bridgeport, Connecticut<br>December 2, 2008 | ZEISLER & ZEISLER, P.C.<br><br>/s/ Gregory B. Schiller<br>Gregory B. Schiller (GS7215)<br>558 Clinton Avenue<br>Bridgeport, Connecticut 06605<br>Telephone: (203) 368-4234<br>Facsimile: (203) 367-9678<br><br>*Attorneys for Triple Point Technology, Inc.* |

G:\GBS\Triple Point Technology\Pleadings\Withdrawal of TPT Objection.doc    2

ZEISLER & ZEISLER, P.C.   *ATTORNEYS AT LAW*
558 CLINTON AVENUE  •  P. O. BOX 3186  •  BRIDGEPORT, CONNECTICUT 06605-0186  •  (203) 368-4234  •  JURIS NO. 69625