ZEISLER & ZEISLER, P.C.
558 Clinton Avenue
Bridgeport, Connecticut 06605
Telephone: (203) 368-4234
Facsimile: (203) 367-9678
Gregory B. Schiller (GS7215)

*Attorneys for Triple Point Technology, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>LEHMAN BROTHERS HOLDING, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |
|---|---|

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT    )
                        )    ss.: BRIDGEPORT, CT
COUNTY OF FAIRFIELD     )

DAMARIS TORRES, being duly sworn, deposes and says:

1. I am employed by the law firm of Zeisler & Zeisler, P.C. I am over 18 years of age and reside in Bridgeport, Connecticut. I am not a party to this action.

2. On Tuesday, December 2, 2008, I caused true and correct copies of the *Withdrawal of Objection of Triple Point Technology, Inc. to Debtors' Notice of Assumption and Assignment Of, and Amount to Necessary to Cure Defaults Under, Contracts and Leases to be Assumed and Assigned to Successful Purchaser* to be served by electronically upon all appearing parties pursuant to the Court's CM/ECF system. .

_____
Damaris Torres

Sworn to before me this 2nd day of December, 2008

_____
Gregory B. Schiller, Esq.
Commissioner of Superior Court

G:\GBS\Triple Point Technology\Pleadings\Withdrawal of TPT Objection.doc

4

**ZEISLER & ZEISLER, P.C.** • *ATTORNEYS AT LAW*
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625