**BAKER & McKENZIE LLP**
1114 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 626-4100
Ira A. Reid (IR-0113)

One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois  60601
Telephone:  (312) 861-8000
Carmen H. Lonstein

Attorneys for Portfolio Green German CMBS GMBH,
Lincore Limited, E-Capital Profits Limited, and Cheung Kong Bond
Finance Limited and Natixis Environment and Infrastructures

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 (JMP) |
| | (Jointly Administered) |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | |
| | Chapter 11 |
| Debtors. | |
| | Judge James M. Peck |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2008, I caused to be served, by overnight courier, and/or by e-mail in accordance with General Order M-242 and the Revised Administrative Procedures for Electronically Filed Cases, true and correct copies of the respective objections filed by (i) Portfolio Green German CMBS GMBH, (ii) Lincore Limited, E-Capital Profits Limited, and Cheung Kong Bond Finance Limited, and (iii) NATIXIS Environnement & Infrastructures, to the Debtors' motion seeking to establish procedures for settlement and assignment of prepetition derivatives contracts and, with respect to the parties receiving service in accordance with General Order M-242, accompanying copies of the respective Notices of Electronic Filing, all as set forth on the attached Schedule A.

Dated:  New York, New York
December 2 2008

   /s/ Ira A. Reid

2

**Schedule A**

<u>Via Overnight Courier</u>

Robert J. Lemons
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

Andrew Velez-Rivera
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004

<u>Via General Order M-242 Electronic Notification</u>

'lori.fife@weil.com'
'robert.lemons@weil.com'
'sreisman@curtis.com'
'ddunne@milbank.com'
'dodonnell@milbank.com'
'efleck@milbank.com'

NYCDMS/1108241.1