**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
(212) 209-4800
Daniel J. Saval (DS-2437)

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA  02111
(617) 856-8200
Todd A. Feinsmith (TF-1866)
Thomas H. Montgomery (TM-7183)

*Counsel to Altova, Inc. and Altova GmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
In re:                                                                :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :    Case No. 08-13555
:
Debtors.                                  :
:
------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION OF ALTOVA, INC. AND ALTOVA GMBH TO CURE AMOUNTS AND OTHER INFORMATION INCLUDED ON THE DEBTORS' LIST OF IT CLOSING DATE CONTRACTS IN ACCORDANCE WITH THE ORDER UNDER 11 U.S.C. §§ 105(A), 363, AND 365 AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006 AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE, that Altova, Inc. and Altova GmbH (together, the "Objecting Parties") hereby withdraw their Objection (the "Objection") To Cure Amounts And Other Information Included On The Debtors' List of IT Closing Date Contracts In Accordance With The *Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of Purchased Assets*

*Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 389]. The Objection has been resolved in accordance with the terms and conditions of that certain "Consent To Cure Amount In Connection With Assumption And Assignment Of Contracts" submitted by the Objecting Parties on October 2, 2008.

Dated:  New York, New York
        December 2, 2008

**BROWN RUDNICK LLP**

By: /s/ Daniel J. Saval
    7 Times Square
    New York, New York 10036
    (212) 209-4800
    Daniel J. Saval (DS-2437)

    One Financial Center
    Boston, MA  02111
    (617) 856-8200
    Todd A. Feinsmith (TF-1866)
    Thomas H. Montgomery (TM-7183)

COUNSEL TO ALTOVA, INC. AND
ALTOVA GMBH

# 1616969 v1