**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
(212) 209-4800
Daniel J. Saval (DS-2437)

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA  02111
(617) 856-8200
Todd A. Feinsmith (TF-1866)
Thomas H. Montgomery (TM-7183)

*Counsel to Staples Contract & Commercial, Inc. and Alpha Office Supplies, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :
In re:                             :        Chapter 11
                                      :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*  :       Case No. 08-13555
                                      :
                    Debtors.       :
                                      :
-------------------------------------------------------------X

**NOTICE OF WITHDRAWAL OF OBJECTION OF STAPLES CONTRACT &
COMMERCIAL, INC. AND ALPHA OFFICE SUPPLIES, INC. TO CURE AMOUNT
INCLUDED ON THE DEBTORS' LIST OF NON-IT CLOSING DATE CONTRACTS IN
ACCORDANCE WITH THE ORDER UNDER 11 U.S.C. §§ 105(A), 363, AND 365 AND
FEDERAL RULES OF BANKRUPTCY PROCEDURE 2002, 6004 AND 6006
AUTHORIZING AND APPROVING (A) THE SALE OF PURCHASED ASSETS FREE
AND CLEAR OF LIENS AND OTHER INTERESTS AND (B) ASSUMPTION AND
<u>ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u>**

        PLEASE TAKE NOTICE, that Staples Contract & Commercial, Inc. and Alpha Office

Supplies, Inc. (together, the "<u>Objecting Parties</u>") hereby withdraw their Objection (the

"<u>Objection</u>") To Cure Amount Included On The Debtors' List of Non-IT Closing Date Contracts

In Accordance With The *Order Under 11 U.S.C. §§ 105(a), 363, and 365 and Federal Rules of

Bankruptcy Procedure 2002, 6004 and 6006 Authorizing and Approving (A) the Sale of*

*Purchased Assets Free and Clear of Liens and Other Interests and (B) Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 620]. The Objection has been resolved in accordance with the terms and conditions of that certain "Consent To Cure Amount In Connection With Assumption And Assignment Of Contracts" submitted by the Objecting Parties on October 17, 2008.

Dated:    New York, New York
          December 2, 2008

                            BROWN RUDNICK LLP

                            By: /s/ Daniel J. Saval
                                7 Times Square
                                New York, New York 10036
                                (212) 209-4800
                                Daniel J. Saval (DS-2437)

                                One Financial Center
                                Boston, MA  02111
                                (617) 856-8200
                                Todd A. Feinsmith (TF-1866)
                                Thomas H. Montgomery (TM-7183)

                            COUNSEL TO STAPLES CONTRACT &
                            COMMERCIAL, INC. AND ALPHA OFFICE
                            SUPPLIES, INC.

# 1616963 v1