UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

-------------------------------------------------------------------- X

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

CERTIFICATE OF
SERVICE

       I, Cynthia Scott, the Managing Clerk of the firm of Cleary Gottlieb Steen &

Hamilton LLP, hereby certify that:

       1.  On the 28th day of November 2008, the Notice of Appearance and Request for

Service of Papers was served by hand upon:

> Jacqueline Marcus, Esq.
> Weil Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY  10153
>
> Andy Velez-Rivera
> Paul Schwartzberg
> Brian Masumoto
> Linda Rifkin
> Tracy Hope Davis
> Office of the United States Trustee
>    for the Southern District of New York
> 33 Whitehall Street, 21st Floor
> New York, NY  10004
>
> Dennis F. Dunne, Esq.
> Dennis O'Donnell, Esq.
> Evan Fleck, Esq.
> Milbank, Tweed, Hadley & McCloy LLP
> One Chase Manhattan Plaza
> New York, NY  10005

Neil S. Binder
Michael Friedman
Keith Sambur
Richards, Kibbe & Orbe LLP
One World Financial Center
New York, NY  10281

    2.  This service was made by assistant managing clerks of this firm under my

general supervision.

Dated:   New York, New York
         December 1, 2008

                               s/Cynthia Scott
                               Cynthia Scott