Carmine D. Boccuzzi, Jr.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Goldman Sachs Credit Partners L.P. and
GS European Performance Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

          Debtors.

------------------------------------------------------------------ X

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

<u>CERTIFICATE OF SERVICE</u>

    I, Cynthia Scott, the Managing Clerk of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

    1. On the 28th day of November 2008 before 4 p.m., the Joinder of Goldman Sachs Credit Partners L.P. and GS European Performance Fund Limited to the Objection of Various Counterparties to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving the Assumption or Rejection of Open Trade Confirmations was served by hand upon:

        Jacqueline Marcus, Esq.
        Weil Gotshal & Manges LLP
        767 Fifth Avenue
        New York, NY 10153

Andy Velez-Rivera
Paul Schwartzberg
Brian Masumoto
Linda Rifkin
Tracy Hope Davis
Office of the United States Trustee
   for the Southern District of New York
33 Whitehall Street, 21st Floor
New York, NY 10004

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

Neil S. Binder
Michael Friedman
Keith Sambur
Richards, Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281

2. This service was made by assistant managing clerks of this firm under my general supervision.

Dated:  New York, New York
         December 1, 2008

_____
Cynthia Scott