SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP  
Four Times Square  
New York, New York 10036  
(212) 735-3000  
Mark A. McDermott  

Attorneys for JA Solar Holdings Co., Ltd.  

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  

-------------------------------------------------------------x
:
:
In re LEHMAN BROTHERS        :        Chapter 11
    HOLDINGS INC., et al.,        :        Case No. 08-13555 (JMP)
:
            Debtors.        :
:        (Jointly Administered)
-------------------------------------------------------------:

### REQUEST FOR REMOVAL FROM ECF SERVICE

    **PLEASE TAKE NOTICE** that the undersigned hereby requests to be removed from the ECF and any other service list in this case.

Dated: New York, New York  
       December 2, 2008  

                                Skadden, Arps, Slate, Meagher & Flom LLP  

                                By:   /s/*Mark McDermott*  
                                    Mark A. McDermott  
                                Four Times Square  
                                New York, New York  
                                Telephone:  (212) 735-3000  
                                Facsimile:  (917) 735-3000  

                                Attorneys for Attorneys for JA Solar Holdings Co., Ltd.