WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Shai Y. Waisman

Attorneys for Debtors
and Debtors in Possession

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone:  (212) 837-6000
Facsimile:  (212) 422-4726
James B. Kobak, Jr.
David W. Wiltenburg
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------------x
                                                              :
**In re**                                                      :        **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :        **08-13555 (JMP)**
                                                              :
                    **Debtors.**                               :        **(Jointly Administered)**
                                                              :
------------------------------------------------------------------------------x
                                                              :
**In re**                                                      :
                                                              :        **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
                                                              :        **08-01420 (JMP) (SIPA)**
                    **Debtor.**                                :
                                                              :
------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON DECEMBER 3, 2008 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable, James M.
Peck, United States Bankruptcy Judge, **Room 601**, One Bowling Green, New
York, NY 10004-1408

## I.    UNCONTESTED MATTERS:

1.    Debtors' Motion for Authorization to Pay Prepetition Art-Handler Claims **[Docket No. 1441]**

Response Deadline:   November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

2.    Debtors' Motion for Authorization to Advance Certain Legal Costs to Former Employees **[Docket No. 1512]**

Response Deadline:   November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

3.    Debtor's Motion Approving the Sale of Debtor's Aircraft Pursuant to a Sale and Purchase Agreement **[Docket No. 1464]**

Response Deadline:   November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter is going forward.

## II.    CONTESTED MATTERS:

4.    Motion of DNB Nor Bank ASA for Relief from the Automatic Stay to Effect Setoff or, in the Alternative, Adequate Protection **[Docket No. 465]**

Response Deadline:   October 31, 2008 at 4:00 p.m.

Responses Received:

    A.      Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1334]**

    B.      Joinder of Creditors' Committee to Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1336]**

    C.      Joinder of Informal Noteholder Group to Debtors' Objection to Motion of DnB Nor Bank ASA **[Docket No. 1339]**

    D.      Debtors' Amended Objection to Motion of DnB Nor Bank ASA **[Docket No. 1342]**

    E.      Debtors' Supplemental Objection **[Docket No. 1988]**

Status:  This matter is going forward.

5.    Motion of Moody's Corporation for an Order (i) Compelling Payment of Undisputed Portion of Cure Amount; (ii) Compelling Payment for Services Provided Post-Petition; and (iii) Scheduling a Hearing for this Court to Determine the Disputed Cure Amount **[Docket No. 1436]**

Response Deadline:    November 26, 2008.

Responses Received:

    A.      Response of Barclays Capital Inc. **[Docket No. 1746]**

Related Documents:    None.

Status:  This matter is going forward.

## III.   ADVERSARY PROCEEDINGS:

6.    Federal Home Loan Bank of Pittsburgh v. Lehman Brothers Special Financing and J.P. Morgan Chase Bank, N.A. **[Adv. Proc. Case No. 08-01610]**

Related Documents:

    A.      Complaint Against Lehman Brothers Special Financing and J.P. Morgan Chase Bank, N.A. **[Docket No. 1]**

    B.      Answer to Complaint **[Docket No. 6]**

    C.      Answer and Affirmative Defenses **[Docket No. 7]**

Status:  This adversary proceding is going forward as a pre-trial conference.

7.    Royal Bank America's Motion to Permit Expedited Discovery **[Adv. Proc. Case No. 08-01640 Docket No. 5]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

Status:  This matter is going forward.

## IV.    SECURITIES INVESTOR PROTECTION CORPORATION PROCEEDINGS:

### CONTESTED MATTERS:

8.    Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Nonresidential Real Property Sublease and Abandonment of Related Personal Property **[Docket No. 316]**

Response Deadline:  November 28, 2008 at 4:00 p.m.

Responses Received:

    A.    Response of Clearbridge Advisors, LLC to Motion to Reject Lease at 399 Park Avenue, New York, 4th Floor **[Docket No. 354]**

Related Filings:

    B.    Notice of Trustee's Motion for Entry of an Order Approving the Rejection of a Certain Nonresidential Real Property Sublease and Abandonment of Related Personal Property **[Docket No. 317]**

Status:  This motion and the response of Clearbridge Advisors, LLC have been partially resolved pursuant to a stipulation to be presented to the Court at the Hearing. The remaining relief requested in the motion will be adjourned until the December 16, 2008 Omnibus Hearing.

9.    Motion of Moody's Corporation for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for This Court to Determine the Disputed Cure Amount **[Docket No. 255]**

Response Deadline:  November 26, 2008 at 4:00 p.m.

Responses Received:

    A.    Response of Barclays Capital Inc. to Motion of Moody's Corporation for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for This Court to Determine the Disputed Cure Amount **[Docket No. 352]**

Related Filings:

      B.    Moody's Corporation's Amended Objection to Cure Amounts for Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 520]**

      C.    Motion of Moody's Corporation for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for This Court to Determine the Disputed Cure Amount **[Case No. 08-013555 (JMP)] [Docket No. 1436]**

      D.    Response of Barclays Capital Inc. to Motion of Moody's Corporation for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for This Court to Determine the Disputed Cure Amount **[Case No. 08-013555 (JMP)] [Docket No. 1746]**

Status:  This matter is going forward.

## V.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc.

10.    Motion of Sumitomo Mitsui Banking Corporation for Relief from the Automatic Stay to Foreclosure on Its Collateral **[filed in Debtor Affiliated Case No. 08-13900 Docket No. 17, prior to entry of the Join Administration Order]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:

      A.    Statement of the Informal Noteholder Group **[Docket No. 1304]**

      B.    Objection of Lehman Commercial Paper Inc. **[Docket No. 1312]**

      C.    Objection of Official Committee of Unsecured Creditors **[Docket No. 1317]**

      D.    Supplemental Declaration of David A. Buck in Support of the Motion and Reply of Sumitomo Mitsui Banking Corporation **[Docket No. 1357]**

Status:  This matter has been adjourned to December 16, 2008.

11.    Debtors' Motion Authorizing the Debtors to Employ Natixis Capital Markets Inc. as Strategic Advisor **[Docket No. 1469]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:   None.

Related Documents:    None.

Status:  This matter has been adjourned to December 16, 2008.

12.     Barclays Capital Inc.'s Motion for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 959]**

Response Deadline:    October 27, 2008 at 4:00 p.m.

Responses Received:

    A.      Debtors' Response to the Motions of Barclays Capital Inc. for Relief, Concerning Various "Closing Date Contracts" **[Docket No. 1212]**

    B.      Objection of American Express Travel Related Services Company, Inc. to Motion of Barclays Capital Inc. for Relief concerning American Express Contracts listed as "Closing Date Contracts" and Request for Interest, Fees and Expenses **[Docket No. 1216]**

    C.      Objection of Official Committee of Unsecured Creditors **[Docket No. 1672]**

    D.      Reply of Barclays Capital Inc. **[Docket No. 1747]**

Related Documents:

    E.      Declaration of Lindsee P. Granfield in Support of Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 960]**

    F.      Declaration of Patrick Coster in Support of the Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted with the "Closing Date Contracts" **[Docket No. 961]**

    G.      Corrected Affidavit of Daniel J. Massoni in Support of Objection of American Express Travel Related Services Company, Inc. **[Docket No. 1256]**

    H.      Declaration of Michael S. Feldberg in Support **[Docket No. 1750]**

    I.      Declaration of Jason White in Support **[Docket No. 1751]**

    J.      Declaration of Leslie Bernauer in Support **[Docket No. 1753]**

Status:  This matter has been adjourned to December 16, 2008.

13. Barclays Capital Inc. Motion for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Docket No. 809]**

Response Deadline:    October 27, 2008 at 4:00 p.m.

Responses Received:

A. Debtors' Response to the Motions of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts" **[Docket No. 1212]**

Related Documents:

B. Declaration of Luke A. Barefoot **[Docket No. 810]**

C. Declaration of Mario Mendolaro **[Docket No. 811]**

D. Declaration of Eszter Farkas **[Docket No. 812]**

E. Notice of Hearing **[Docket No. 813]**

F. Notice of Adjournment of Hearing **[Docket No. 1285]**

Status:  This matter has been adjourned to December 16, 2008.

14. Debtors' Motion to Employ Alvarez & Marsal **[Docket No. 760]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A. Interim Order Authorizing Debtors' to Retain Alvarez & Marsal North America, LLC **[Docket No. 1087]**

B. Supplemental Declaration of Bryan P. Marsal in Support of Debtors' Motion **[Docket No. 1366]**

C. Second Supplemental Declaration of Bryan P. Marsal in Support of Debtors' Motion **[Docket No. 1559]**

Status:  This matter has been adjourned to December 16, 2008.

15. Debtors' Motion for Authorization to Pay Prepetition Excise and Withholding Taxes **[Docket No. 565]**

Response Deadline:    October 31, 2008 at 4:00 p.m.

Responses Received:

    A.    Objection of The Walt Disney Company to Debtors' Motion to Pay Prepetition Excise and Withholding Taxes **[Docket No. 1316]**

Related Documents:

    B.    Supplement to Debtors' Motion, for Authorization to Pay Prepetition Excise and Withholding Taxes **[Docket No. 1184]**

    C.    Notice of Adjournment **[Docket No. 1589]**

Status:  This matter has been adjourned to December 16, 2008.

16.    Superior Pipeline's Motion for Relief from Stay to Prosecute Adversary Proceeding Against Lehman Commercial Paper, Inc. **[Docket No. 1442]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

    A.    Debtors' Response to Motion **[Docket No. TBD]**

Related Documents:    None.

Status:  This matter has been adjourned to December 16, 2008.

17.    Rule 2004 Applications / Joinders

Response Deadline:    October 10, 2008 at 4:00 p.m.

Responses Received:

    A.    Wells Fargo Bank, N.A. and Wells Fargo & Co. Joinder to Harbinger 2004 Application **[Docket No. 770]**

    B.    Federal Home Loan Bank of Pittsburgh Joinder to Harbinger 2004 Application **[Docket No. 691]**

    C.    Joinder of Bay Harbour Management L.C., Bay Harbour Master Ltd., Trophy Hunter Investments, Ltd., BHCO Master, Ltd., MSS Distressed & Opportunities 2 and Institutional Benchmarks Joinder to Harbinger 2004 Application **[Docket No. 969]**

    D.    Global Thematic Opportunities Fund LP, Panton Master Fund, L.P., CFIP Master Fund, Ltd., Cura Fixed Income Arbitrage Master Fund,

Ltd., and Turnberry Leveraged Credit Master Fund, L.P. Joinder to Harbinger Funds **[Docket Nos. 823 and 1247]**

Status:  This matter has been adjourned to December 16, 2008.

18.    Motion of Kapalua Bay, LLC to (i) Compel Immediate Assumption or Rejection o Construction Loan Agreement; and (ii) Upon Rejection, To Grant Relief From The Automatic Stay

Response Deadline:    Extended to November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to December 16, 2008.

19.    Debtors' Motion to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts **[Docket No. 1498]**

Response Deadline:    November 28, 2008 at 4:00 p.m.

Responses Received:

A.    Objection of Royal Bank America **[Docket No. 1720]**

B.    Objection of Bayview Finacial, L.P. and Bayview Opportunity Master Fund, L.P. **[Docket No. 1727]**

C.    Objection of FPL Energy Power Marketing, Inc. and Florida Power & Light Company **[Docket No. 1729]**

D.    Objection of Wellmont Health System **[Docket No. 1732]**

E.    Objection of Royal Bank America **[Docket No. 1736]**

F.    Objection of Asurion Corporation **[Docket No. 1738]**

G.    Objection of MEG Energy Corp. **[Docket No. 1743]**

H.    Joinder by Emigrant Bank **[Docket No. 1748]**

I.    Objection of Canadian National Resources Limited **[Docket No. 1752]**

J.    Objection of Caisse De Depot et Placement du Québec **[Docket No. 1755]**

K.    Limited Objection of Total Gas & Power Limted **[Docket No. 1758]**

L.    Objection (Limited) and Reservation of Rights of the Federal Home Loan Bank of Pittsburgh **[Docket No. 1761]**

M.    Objection of Simpson Meadows **[Docket No. 1762]**

N.    Objection of Metavante Corporation **[Docket No. 1762]**

O.    Objection of Portfolio Green German **[Docket No. 1768]**

P.    Objection of Lincore Limited, E-Capital Profits Limited, and Cheung Kong Bond Finance Limited **[Docket No. 1770]**

Q.    Objection of Natixis Environnement & Infrastructures **[Docket No. 1773]**

R.    Objection of Pacific Life Insurance Company **[Docket No. 1776]**

S.    Objection of Asbury Atlantic, Inc. **[Docket No. 1777]**

T.    Objection of Metropolitan Transportation Authority **[Docket No. 1783]**

U.    Objection of The Federal Home Loan Bank of Dallas **[Docket No. 1784]**

V.    Objection of NetApp, Inc. **[Docket No. 1786]**

W.    Objection of Iconix Brand Group, Inc. **[Docket No. 1789]**

X.    Objection of City and County of Denver, Department of Revenue **[Docket No. 1791]**

Y.    Objection of Capital Automotive L.P. **[Docket No. 1791]**

Z.    Objection of Tobacco Settlement Financing Corporation **[Docket No. 1798]**

AA.    Limited Objection of Wachovia Bank, N.A. **[Docket No. 1800]**

BB.    Joinder of New South Federal Saving Bank, F.S.B. **[Docket No. 1801]**

CC.    Objection of Delaware River Port Authority **[Docket No. 1802]**

DD.    Objection of The Hotchkiss School **[Docket No. 1804]**

EE.    Objection of Linn Energy, LLC **[Docket No. 1809]**

FF.    Objection of The City of Milwaukee, Wisconsin **[Docket No. 1811]**

GG.  Limited Objection of HFF I, LLC **[Docket No. 1813]**

HH.  Limited Objection Barclays Capital, Inc. **[Docket No. 1815]**

II.  Objection of South Mississipi Electric Power Association and Coast Electric Power Association **[Docket No. 1816]**

JJ.  Objection of Southern Community Bank and Trust, Southern Community Financial Corporation **[Docket No. 1820]**

KK.  Objection of Carolina First Bank **[Docket No. 1821]**

LL.  Objection of Carolina First Bank **[Docket No. 1822]**

MM.  Objection of First Choice Power, L.P. **[Docket No. 1824]**

NN.  Reynolds American Defined Benefit Master Trust Joinder **[Docket No. 1825]**

OO.  Objection of Reliant Energy Power Supply, LLC **[Docket No. 1826]**

PP.  Objection of EnergyCo, LLC and EnergyCo Marketing and Trading **[Docket No. 1827]**

QQ.  Objection of Wells Fargo, N.A. **[Docket No. 1828]**

RR.  Joinder in Limited Objections to and Reservation of Rights of Advanced Graphic Printing, Inc. and City View Plaza, S.E.'s **[Docket No. 1830]**

SS.  Limited Objection of Thomas Cook AG **[Docket No. 1832]**

TT.  Joinder by Russell Investment Group to Objection by Royal Bank America **[Docket No. 1833]**

UU.  Limited Objection of JA Solar Holdings Co., Ltd. **[Docket No. 1834]**

VV.  Objection of Oklahoma Municipal Power Authority **[Docket No. 1835]**

WW.  Objection of BRE Bank SA **[Docket No. 1836]**

XX.  Objection of Southern California Edison Company **[Docket No. 1840]**

YY.  Objection of Embarcadero Aircraft Securitization Trust **[Docket No. 1847]**

ZZ.  Objection of the University of Pittsburg **[Docket No. 1850]**

AAA.  Objection of West Corporation **[Docket No. 1851]**

BBB.  Limited Objection of Danske Bank A/S, London Branch **[Docket No. 1852]**

CCC.  Limited Objection of BRM Group, Ltd. **[Docket No. 1855]**

DDD.  Objection of A.M. McGregor Home **[Docket No. 1856]**

EEE.  Objection of The Toronto-Dominion Bank **[Docket No. 1859]**

FFF.  Objection of Banca Italease S.p.A. **[Docket No. 1860]**

GGG.  Objection of Italease Finance S.p.A. **[Docket Nos. 1861 and 1862]**

HHH.  Objection of Fulton Bank **[Docket No. 1865]**

III.  Objection of SunAmerica Life Insurance Company, AIG CDS, Inc., Lexington Insurance Company **[Docket No. 1872]**

JJJ.  Objection of Carlton Communications Limited **[Docket No. 1873]**

KKK.  Objection of HarbourView CDO III **[Docket No. 1874]**

LLL.  Objection of Norton Gold Fields Limited **[Docket No. 1877]**

MMM. Objection of Gaston Christian School, Inc. **[Docket No. 1878]**

NNN.  Objection of National CineMedia **[Docket No. 1879]**

OOO.  Limited Objection of Bryant University **[Docket No. 1881]**

PPP.  Limited Objection of Bank of America, National Association, Successor by Merger with LaSalle Bank National Association, in its capacity as Trustee under certain Trust Agreements **[Docket No. 1882]**

QQQ.  Objection of New Jersey Housing and Mortgage Finance Agency **[Docket No. 1884]**

RRR.  Objection of The Walt Disney Company **[Docket No. 1885]**

SSS.  Objection of Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company **[Docket No. 1886]**

TTT.  Limited Objection of Bank of America, National Association Successor by Merger with LaSalle Bank National Association, in its Capacity as Trustee **[Docket No. 1887]**

UUU.  Objection of QVT Financial LP **[Docket No. 1888]**

VVV.   Limited Objection of Bank of America, National Association
Successor by Merger with LaSalle Bank National Association, in its
Capacity as Trustee **[Docket No. 1889]**

WWW.   Objection of Standard Chartered Bank **[Docket No. 1890]**

XXX.   Limited Objection of The Bank of New York Mellon, The Bank of
New York Mellon Trust Company, N.A. and BNY Corporate Trustee
Services Limited **[Docket No. 1892]**

YYY.   Objection of The Juilliard School **[Docket No. 1893]**

ZZZ.   Tullett Prebon Holdings Corporation's Limited Objection **[Docket No.
1894]**

AAAA.      Objection of Aircraft Finance Trust **[Docket No. 1895]**

BBBB.      Limited Objection by Aliant Bank **[Docket No. 1896]**

CCCC.      Limited Objection of FirstBank of Puerto Rico **[Docket No.
1897]**

DDDD.      Objection and Reservation of Rights of National Australia
Bank Limited  **[Docket No. 1898]**

EEEE.      Objection and Reservation of Rights of Bank of Montreal
**[Docket No.    1900]**

FFFF.      Objection of U.S. Bank National Association **[Docket No.
1904]**

GGGG.      Objection of Hank's Living Trust, Lahde Capital Management
Inc., Osterreichische Volksbanken-Aktiengesellschaft and
Etihad Airways **[Docket No. 1906]**

HHHH.      Limited Objection of Societe Generale, Canadian Imperial
Bank Commerce, Calyon, Dexia Bank Internationale a
Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank
Deutschland AG, Dexia Banque Belgique SA and Banif -
Banco de Investimento, S.A. **[Docket No. 1907]**

IIII.      Limited Objection and Reservation of Rights of Pursuit Capital
Partners Master (Cayman) Ltd. and Pursuit Opportunity Fund I
Master LTD. **[Docket No. 1910]**

JJJJ.      Objection of Instituto de Credito Oficial **[Docket No. 1911]**

KKKK.      Objection of Northcrest, Inc. **[Docket No. 1914]**

LLLL.        Objection of Citigroup Inc. and all of its affiliates, including Citibank, N.A. **[Docket No. 1917]**

MMMM.     Objection of Exum Ridge CB0 2006-I; Exum Ridge CBO 2006-2; Exum Ridge CBO 2006-4 **[Docket No. 1921]**

NNNN.     Limited Objection and Reservation of Rights of Direct Energy Business, LLC and Energy America LLC **[Docket No. 1922]**

OOOO.     Limited Objection of OHP Limited Trust **[Docket No. 1923]**

Related Documents:  None.

Status:  This matter has been adjourned to December 16, 2008.

20.     Motion of of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery **[Docket No. 1180]**

Response Deadline:  November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.     Declaration of George Kielman **[Docket No. 1181]**

B.     Notices of Adjournment of Hearing **[Docket Nos. 1330, 1521 and 1782]**

Status:  This matter has been adjourned to December 16, 2008.

21.     Motion of 125 North 10, LLC to Allow Payment of an Administrative Expense Claim for Funds Expended Post-Petition for the Benefit of Lehman Brothers Holdings, Inc. and  Compel Assumption or Rejection of Certain Loan Agreements **[Docket No. 1205]**

Response Deadline:  November 28, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 16, 2008.

22.     Motion of Abraham Kamber & Company LLC for Determination that the Automatic Stay Does Not Apply or, in the Alternative, for Relief from the Automatic Stay **[Docket No. 1406]**

Response Deadline:  December 8, 2008 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to December 16, 2008.

23.     TPG-Austin Portfolio Holdings LLC's Motion to Compel Immediate Assumption or
        Rejection of Credit Agreement; or in the Alternative, Grant Relief from the
        Automatic Stay to Permit Alternative Financing on a Senior Secured Basis **[Docket
        No. 1514]**

        Response Deadline:     November 28, 2008 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:   None.

        Status:  This matter has been adjourned to December 16, 2008.

24.     Motion of DekaBank Deutsche Girozentrale for Relief from the Automatic Stay
        **[Docket No. 1437]**

        Response Deadline:     December 11, 2008 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:   None.

        Status:  This matter has been adjourned to December 16, 2008.

25.     Debtors' Motion Approving the Assumption or Rejection of Open Trade
        Confirmations **[Docket No. 1541]**

        Response Deadline:     November 28, 2008 at 4:00 p.m.

        Responses Received:

                A.     Objection of GoldenTree Asset Management, LP **[Docket No. 1749]**

                B.     Objection of USAA High-Yield Opportunities Fund **[Docket No.
                       1805]**

                C.     Objection of H/2 Credit Partners Master Fund Ltd **[Docket No. 1812]**

                D.     Limited Objection of Barclays Bank PLC **[Docket No. 1819]**

                E.     Objection of P. Schoenfeld Asset Management, Bank of America,
                       N.A., Banc of America Securities Limited, Millenium Management,
                       LLC, BDF Limited, Field Point IV S.a.r.l., Royal Bank of Scotland,

plc, Morgan Stanley Senior Funding, Inc., Morgan Stanley Bank International Limited, Longacre Capital Partners (QP), L.P., Longacre Master Fund, Ltd., DK Acquisition Partners, L.P. **[Docket No. 1841]**

F.    Objection of Special Value Opportunities Fund, LLC, Tennenbaum Opportunities Partners V, L.P., Special Value Expansion Fund, LLC. **[Docket No. 1848]**

G.    Verified Objection of Blue Mountain Credit Alternatives Master Fund L.P. **[Docket No. 1849]**

H.    Objection of Aberdeen Asset Management, Inc. **[Docket No. 1854]**

I.    Deutsche Bank AG's Limited Objection **[Docket No. 1858]**

J.    Joinder of Goldman Sachs Credit Partners L.P. and GS European Performance Fund Limited **[Docket No. 1869]**

K.    Limited Objection of Fir Tree Capital Opportunity Master Fund, LP and Fir Tree Value Master Fund LP **[Docket No. 1876]**

L.    Objection of York Capital Management, L.P. **[Docket No. 1880]**

M.    Objection of THL Credit Partners, L.P. **[Docket No. 1883]**

N.    Objection of Putnam Investment Funds **[Docket No. 1901]**

O.    Limited Objection of KKR Debt Investors (2006) (Ireland) L.P. **[Docket No. 1903]**

P.    Objection of AIB International Finance **[Docket No. 1905]**

Q.    Limited Objection of The Bank of Nova Scotia **[Docket No. 1908]**

R.    Objection of R3 Capital Management, LLC **[Docket No. 1909]**

S.    Objection of Blackrock Financial Management, Inc. **[Docket No. 1912]**

T.    Objection of Lloyds TSB Bank plc. **[Docket No. 1913]**

U.    Limited Objection of Citibank **[Docket No. 1915]**

V.    Objection of Pentwater Capital Management, LP. **[Docket No. 1916]**

W.    Objection of Whippoorwill Associates, Inc. **[Docket No. 1918]**

X.    Objection of CFIP Master Fund, Ltd. **[Docket No. 1919]**

Related Documents:

     Y.     Debtor's Supplement to Motion **[Docket No. 1560]**

     Z.     Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1842]**

     AA.     Declaration of Vladimir Jelisavcic in Support of Objection **[Docket No. 1843]**

     BB.     Declaration of Clare K. Pierce in Support of Objection **[Docket No. 1844]**

     CC.     Declaration of David Tom Jesson in Support of Objection **[Docket No. 1845]**

     DD.     Declaration of James Varley in Support of Objection **[Docket No. 1846]**

Status:  This matter has been adjourned to December 16, 2008.

26.     Creditors' Committee Motion for Reconsideration of Court's September 17, 2008 Interim Order (I) Authorizing Debtor to Obtain Postpetition Financing Pursuant to Sections 363 and 364 of Bankruptcy Code and (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to Section 364 of Bankruptcy Code **[Docket No. 434]**

Response Deadline:  November 25, 2008 at 5:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 14, 2009.

**B.     Lehman Brothers Inc.**

27.     Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts" **[Docket No. 92]**

Response Deadline:  November 17, 2008 at 4:00 p.m.

Responses Received:

     A.     Trustee's Limited Objection to Motion for Rule 60 Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts" **[Docket No. 179]**

Related Filings:

A.    Declaration of Luke A. Barefoot **[Docket No. 93]**

B.    Declaration of Mario Mendolaro **[Docket No. 94]**

C.    Declaration of Eszter Farkas **[Docket No. 95]**

D.    Notice of Hearing on Motion by Barclays Capital Inc. Seeking Order for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts" **[Docket No. 96]**

E.    Notice of Adjournment **[Docket No. 192]**

F.    Notice of Adjournment **[Docket No. 283]**

G.    Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts" **[Case No. 08-013555 (JMP)] [Docket No. 809]**

H.    Declaration of Luke A. Barefoot **[Case No. 08-013555 (JMP)] [Docket No. 810]**

I.    Declaration of Mario Mendolaro **[Case No. 08-013555 (JMP)] [Docket No. 811]**

J.    Declaration of Eszter Farkas **[Case No. 08-013555 (JMP)] [Docket No. 812]**

K.    Notice of Hearing on Motion by Barclays Capital Inc. Seeking Order for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts" **[Case No. 08-013555 (JMP)] [Docket No. 813]**

L.    Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted With the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 959]**

M.    Declaration of Lindsee P. Granfield in Support of Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted With the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 960]**

N.    Declaration of Patrick Coster in Support of the Motion of Barclays Capital Inc. for Relief Concerning an American Express Contract Erroneously Posted With the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 961]**

O.    Notice of Hearing on Motion of Barclays Capital Inc. Seeking an Order for Relief Concerning an American Express Contract

Erroneously Posted With the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 962]**

P.      Debtors' Response to the Motions of Barclays Capital Inc. for Relief, Pursuant to Federal Rule of Civil Procedure 60(b) and Federal rule of Bankruptcy Procedure 9024, Concerning Various Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 1212]**

Q.      Objection of American Express Travel Related Services Company, Inc. to Motion of Barclays Capital Inc. for Relief Concerning American Express Contracts Listed as Closing Date Contracts and Request for Interest, Fees and Expenses **[Case No. 08-013555 (JMP)] [Docket No. 1216]**

R.      Notice of Adjournment [Case No. 08-013555 (JMP)] [Docket No. 1285]

S.      Notice of Adjournment [Case No. 08-013555 (JMP)] [Docket No. 1287]

T.      Notice of Adjournment [Case No. 08-013555 (JMP)] [Docket No. 1536]

U.      Notice of Adjournment [Case No. 08-013555 (JMP)] [Docket No. 1538]

V.      Objection of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., et al. to Motions of Barclays Capital Inc. for Relief, Pursuant to Federal Rule of Civil Procedure 60 (b), Concerning Certain Contracts Erroneously Posted With the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 1672]**

W.      Reply of Barclays Capital Inc. in Further Support of its Motion for Relief Concerning American Express Contracts **[Case No. 08-013555 (JMP)] [Docket No. 1747]**

X.      Declaration of Michael S. Feldberg in Further Support of Motion for Relief Concerning American Express Contracts Erroneously Posted with the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 1750]**

Y.      Declaration of Jason White in Support of Motion for Relief Concerning American Express Contracts Erroneously Posted with the Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 1751]**

Z.      Declaration of Leslie Bernauer in Support of Motion for Relief Concerning American Express Contracts Erroneously Posted with the

Closing Date Contracts **[Case No. 08-013555 (JMP)] [Docket No. 1753]**

AA.     Reply to Responses to Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted With "The Closing Date Contracts" **[Case No. 08-013555 (JMP)][Docket No. 1986]**

BB.     Notice of Adjournment of Hearing on Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted With the "Closing Date Contracts" **[Case No. 08-013555 (JMP)][Docket No. 2011]**

Status:  This matter has been adjourned to December 16, 2008.

28.     Newport Global Opportunities Fund LP, Newport Global Credit Fund (MASTER) L.P., Pep Credit Investor L.P. and Providence TMT Special Situations Fund L.P. Motion for Leave to Conduct Rule 2004 Discovery of Lehman Brothers, Inc. and SIPA Trustee **[Docket No. 123]**

Response Deadline:  December 1, 2008 at 4:00 p.m.

Responses Received:  None.

Related Filings:

A.     Notice of Adjournment **[Docket No. 215]**

B.     Notice of Adjournment **[Docket No. 312]**

Status:  This matter has been adjourned to December 16, 2008.

29.     Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery of the SIPA Trustee **[Docket No. 281]**

Response Deadline:  November 28, 2008 at 4:00 p.m.

Responses Received:

A.     Trustee's Objection to Motion of the Harbinger Funds for Leave to Conduct Rule 2004 Discovery **[Docket No. 357]**

B.     Reply of the Harbinger Funds to SIPA Trustee's Objection to Rule 2004 Discovery of the SIPA Trustee **[Docket No. 368]**

Related Filings:  None.

Status:  This matter has been adjourned to December 16, 2008.

30.     WFP Tower A Co. L.P.'s Motion for an Order (A) Compelling Payment of Post-Petition Administrative Rent; (B) Granting Relief From the Automatic Stay; and (C) Compelling Assumption or Rejection of Lease **[Docket No. 146]**

Response Deadline:  December 1, 2008 at 4 p.m.

Responses Received:  None.

Related Filings:

        A.      Notice of Motion and Motion for an Order (A) Compelling Payment of Post-Petition Administrative Rent; (B) Granting Relief From the Automatic Stay; and (C) Compelling Assumption or Rejection of Lease **[Case No. 08-013555 (JMP)] [Docket No. 1084]**

Status:  This matter has been adjourned to December 16, 2008.

## VI.     **WITHDRAWN MATTERS**:

## A.     **Lehman Brothers Inc.**

31.     International Business Machines Corporation's Motion for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for This Court to Determine the Amount of Remaining Disputed Cure Amount **[Docket No. 193]**

Response Deadline:  November 26, 2008 at 4:00 p.m.

Responses Received:  None.

Related Filings:

        A.      Notice of Withdrawal **[Docket No. 311]**

        B.      International Business Machines Corporation's Motion for an Order (I) Compelling Payment of Undisputed Portion of Cure Amount; (II) Compelling Payment for Services Provided Post-Petition; and (III) Scheduling a Hearing for this Court to Determine the Amount of Remaining Disputed Cure Amount **[Case No. 08-013555 (JMP)] [Docket No. 1436]**

        C.      Notice of Withdrawal **[Case No. 08-013555 (JMP)] [Docket No. 1608]**

Status:  This matter has been withdrawn.

Dated:  December 2, 2008
        New York, New Cork

                                        /s/ Shai Y. Waisman
                                        Harvey R. Miller
                                        Shai Y. Waisman

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Debtors
                                        and Debtors in Possession

Dated:  December 2, 2008
        New York, New York              /s/ Jeffrey S. Margolin
                                        James B. Kobak, Jr.
                                        David W. Wiltenburg
                                        Christopher K. Kiplok
                                        Jeffrey S. Margolin

                                        HUGHES HUBBARD & REED LLP
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone: (212) 837-6000
                                        Facsimile: (212) 422-4726

                                        Attorneys for James W. Giddens, Trustee for
                                        the SIPA Liquidation of Lehman Brothers Inc.