UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (JMP)
:
                        Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------------x

## DECLARATION AND DISCLOSURE STATEMENT OF SUET FERN LEE

## ON BEHALF OF STAMFORD LAW CORPORATION

SUET FERN LEE declares and says:

       1.     I am the Senior Director of STAMFORD LAW CORPORATION, located at 9 Raffles Place, #32-00 Republic Plaza, Singapore 048619 (the "Firm").

       2.     Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services in relation to inter-company claims concerning LBHI, and the Firm has consented to provide such services.

       3.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with

these chapter 11 cases with respect to those matters that come within the scope of the Firm's representation to the Debtors. The firm currently represents the following persons in other matters in connection with Lehman:

(a) Kajima Overseas Asia Pte Ltd ("KOA") in relation to its joint ventures with Lehman Brothers Investments Pte Ltd ("LBIPL"), namely Kajima-Lehman (Robinson) Development Pte Ltd and Prime Residential Development Pte Ltd. LBIPL is an insolvent Lehman affiliate that is now in liquidation under the creditors' winding-up process; and

(b) Marina Bay Sands Pte Ltd in its S$6 billion (US$4.2 billion) as the borrower under its project financing facility for the Marina Bay Sands Resort in Singapore. Lehman Brothers Finance Asia Pte. Ltd. ("LBFAPL"), a Lehman affiliate, is a lender under the project financing facility. LBFAPL is an insolvent Lehman affiliate that is now in liquidation under the creditors' winding-up process.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates that comes within the scope of the Firm's representation of the Debtors.

6. The Debtors owe the Firm $ nil for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

NY2:\1940713\02\15LGP02!.DOC\58399.0003                                     2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: SINGAPORE, SINGAPORE
November 26, 2008

_____
SUET FERN LEE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                          :
                    Debtors.              :    (Jointly Administered)
                                          :
                                          :
---------------------------------------------------------------x

### RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

   Weil, Gotshal & Manges LLP
   767 Fifth Avenue
   New York, New York 10153
   Attn:   Jennifer Sapp
           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   STAMFORD LAW CORPORATION (the "Firm")

   9 Raffles Place #32-00

   Republic Plaza

   Singapore 048619

2. Date of retention:   November 13, 2008

3. Type of services provided (accounting, legal, etc.):

   Legal – advice on Singapore law in relation to the Debtors' inter-company claims.

4. Brief description of services to be provided:

   Advising and representing the Debtors on any Singapore law matters that the Debtors may from time to time refer to the Firm.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly

   (a) Average hourly rate (if applicable):

   Senior Director – US$800.00

   Director – US$620.00

   Senior Associate – US$470.00

   Associate – US$320.00

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

   N/A

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $nil

   Date claim arose: N/A

   Source of Claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Amount of Claim: $nil

   Date claim arose: N/A

Source of claim: N/A

8. Stock of the Debtors currently held by the firm:

   Kind of shares: Nil

   No. of shares: Nil

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: N/A

   Status: N/A

   Kind of shares: Nil

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

    The Firm has been retained by the following parties who may have adverse interests against the Debtors. However, none of these other representations come within the scope of the Firm's engagement with respect to the Debtors' chapter 11 cases.

    (a) Kajima Overseas Asia Pte Ltd ("KOA") in relation to its joint ventures with Lehman Brothers Investments Pte Ltd ("LBIPL"), namely Kajima-Lehman (Robinson) Development Pte Ltd and Prime Residential Development

Pte Ltd. LBIPL is an insolvent Lehman affiliate that is now in liquidation under the creditors' winding-up process; and

(b)    Marina Bay Sands Pte Ltd in its S$6 billion (US$4.2 billion) as the borrower under its project financing facility for the Marina Bay Sands Resort in Singapore. Lehman Brothers Finance Asia Pte. Ltd. ("LBFAPL"), a Lehman affiliate, is a lender under the project financing facility. LBFAPL is an insolvent Lehman affiliate that is now in liquidation under the creditors' winding-up process.

11.   Name of individual completing this form:

SUET FERN LEE