**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : |
|  | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : Chapter 11 Case No. |
|  | : 08-13555 (JMP) |
| Debtors. | : (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of November, 2008, I caused a true and correct copy of Fulton Bank's Limited Objection to Debtors' Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts ("Objection") to be served via electronic transmission on the parties set forth on the list attached hereto.

Also on November 28, 2008, I caused a copy of the Objection to be served via facsimile on the following parties:

| | |
|---|---|
| Jacqueline Marcus, Esquire<br>Weil, Gotshal & Manges, LLP<br>(Facsimile No. 212-310-8007) | Dennis F. Dunne, Esquire<br>Dennis O'Donnell, Esquire<br>Even Fleck, Esquire<br>Milbank, Tweed, Hadley & McCloy, LLP<br>(Facsimile No. 212-530-5219) |
| Jeffrey S. Margolin, Esquire<br>Hughes, Hubbard & Reed<br>(Facsimile No. 212-422-4726) | Andrew D. Velez-Rivera, Esquire<br>The Office of the United States Trustee<br>for the Southern District of New York<br>(Facsimile No. 212-668-2255) |

On December 1, 2008, I caused a copy of the Objection to be served via first class United States mail, postage prepaid on the following:

| | |
|---|---|
| David Craig Albalah<br>Bracewell & Giuliani LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Asurion Corporation<br>Latham & Watkins LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560 |

B # 867220 v.1

Lee Stein Attanasio
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Bruce Bennett
Hennigan, Bennett and Dorman
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

Scott Howard Bernstein
Hunton & Williams
200 Park Avenue
53rd Floor
New York, NY 10166

BigFix, Inc.
c/o Michael St. James
St.James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104-4117

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Daniel S. Braverman
Law Offices of Daniel S. Braverman
225 Broadway, Suite 1901
New York, NY 10007-3747

David C. Bryan
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Gerald C. Bender
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036

Howard J. Berman
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Bradford M. Berry
Office of General Counsel Commodity
Futures Trading Commission
1155 21st Street, NW
Washington, DC 20581

Neil S. Binder
Richards Kibbe & Orbe LLP
One World Financial Center
29th Floor
New York, NY 10281

Anthony D. Boccanfuso
Arnold & Porter
399 Park Avenue
New York, NY 10022

Brown Rudnick LLP
Seven Times Square
New York, NY 10036

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street
30th Floor
San Francisco, CA 94111-339

Thomas R. Califano
DLA Piper US LLP
1251 Avenue of the Americas
29th Floor
New York, NY 10020-1104

Wade K. Cannon
Gearhiser, Peters, Lockaby
Cavett & Elliott, PLLC
320 McCallie Avenue
Chattanooga, TN 37402

Amy Caton
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Charles River Brokerage, LLC
7 New England Executive Drive
Burlington, MA 01803

Epiq Bankruptcy Solutions, LLC Claims
Agent
(f/k/a Bankruptcy Services LLC)
757 Third Avenue, 3rd Floor
New York, NY 10017

Christopher Combest
Quarles & Brady
500 W. Madison Street
Suite 3700
Chicago, IL 60661

Contrarian Capital Management, LLC
411 West Putnam Avenue
Suite 425
Greenwich, CT 06830

Currenex, Inc.
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Steven H. Felderstein
Felderstein Fitzgerald Willoughby &
Pascuzzi LLP
400 Capitol Mall
Suite 1450
Sacramento, CA 95814-4434

Christopher J. Giaimo
Arent Fox PLLC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Stephen H. Gross
Hodgson Russ LLP
60 East 42nd Street, 37th Floor
New York, NY 10165

Jonathan P. Guy
Orrick, Herrington & Sutcliff LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Gary P. Hunt
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Aaron Hammer
Freeborn & Peters, LLP
311 S. Wacker Drive
Suite 3000
Chicago, IL 60606-6677

Douglas S. Heffer
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016

Evan C. Hollander
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

Joon P. Hong
Richards Kibbe & Orbe, LLP
One World Financial Center
New York, NY 10281

Christine Jagde
Fox Rothschild LLP
100 Park Avenue
Suite 1500
New York, NY 10017

Thomas S. Kiriakos
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

James Kobak
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Christopher Loizides
Loizides, P.A.
1225 King Street
Suite 800
Wilmington, DE 19801

Lisa Holder
Klein, DeNatale, Goldner, Cooper
Rosenlieb & Kimball, LLP
4550 California Avenue, Second Floor
Bakersfield, CA 93309

Holme Roberts & Owen LLP
c/o Bradford E. Dempsey
1700 Lincoln Street
Suite 4100
Denver, CO 80203

Informal Noteholder Group
c/o Akin Gump Strauss Hauer & Feld
LLP
590 Madison Avenue
New York, NY 10022

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Susheel Kirpalani
Quinn Emanuel Urquhart Oliver &
Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Gary S. Lee
Morrison & Foerster LLP
1290 Avenue of the Americas
40th Floor
New York, NY 10022

Daniel Steven Lubell
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004

Neal S. Mann
New York State Attorney General's O
120 Broadway
24th Floor
New York, NY 10271

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Rosanne Thomas Matzat
Hahn & Hessen LLP
488 Madison Avenue
New York, NY 10022

Sandra E. Mayerson
Holland & Knight
195 Broadway
New York, NY 10007

David C. McGrail
Law Offices of David C. McGrail
676A Ninth Avenue
#211
New York, NY 10036

John P. McNicholas
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Melissa A. Mickey
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606-4637

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Francis Monaco
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

Matthew P. Morris
Lovells
590 Madison Avenue
8th Floor
New York, NY 10022

Michael A. Morris
865 South Figueroa Street
Suite 2900
Los Angeles, CA 90017

Larren M. Nashelsky
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, N 10104

NetApp, Inc.
Lathan & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 900071-1560

Jon P. Newton
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT 06103-2600

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

Paul B. O'Neill
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Thomas Earl Patton
Tighe Patton Armstrong Teasdale, PLLC
1747 Pennsylvania Avenue, N.W.
Suite 300
Washington, DC 20006-4604

Geraldine E. Ponto
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

Jack Raisner
Outten & Golden, LLP
3 Park Avenue
29th Floor
New York, NY 10016

Kermit A. Rosenberg
1747 Pennsylvania Avenue N.W.
Suite 300
Washington, DC 20006-4604

Michael A. Shiner
Tucker Arensberg, P.C
1500 One PPG Place
Pittsburgh, PA 15222

Michael J. Stauber
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Margot Schonholtz
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

James H. Shenwick
Shenwick & Associates
655 Third Avenue
20th Floor
New York, NY 10017

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Ronald J. Silverman
Bingham McCutchen, LLP
399 Park Avenue
New York, NY 10022-4689

Mark R. Somerstein
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038

Bradley S. Tupi
Tucker Arensberg P.C.
1500 One PPG Place
Pittsburgh, PA 15222

Scott Talmadge
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022

Jay Teitelbaum
Teitelbaum & Baskin LLP
3 Barker Avenue
Third Floor
White Plains, NY 10601

Telecom Italia Capital S.A.
c/o Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

A. Brent Truitt
Hennigan Bennett & Dorman, LLP
865 S. Figueroa Street
Suite 2900
Los Angeles, CA 90017

A. Brent Truitt
Hennigan Bennett & Dorman, LLP
245 Park Avenue
Suite 3962
New York, NY 10167

Gerard Uzzi
White & Case LLP
200 S. Biscayne Blvd.
Suite 4900
Miami, FL 33131

Amy Vanderwal
Ropes & Gray, LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Weil Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Andrew D. Velez-Rivera
Office of the U.S. Trustee
33 Whitehall Street
21st. Floor
New York, NY 10004

Vollers Excavating & Construction, Inc.
c/o Sheak & Korzun, PC
1 Washington Crossing Road
Pennington, NJ 08534

Keith Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

/s/Mark J. Dorval
Mark J. Dorval
STRADLEY RONON STEVENS & YOUNG, LLP
2600 One Commerce Square,
Philadelphia, PA 19103-7098
(215) 564-8000 – phone
(215) 564-8120 – fax

Attorneys for Fulton Bank

B # 867220 v.1

**From:** nysbinfo@nysb.uscourts.gov [mailto:nysbinfo@nysb.uscourts.gov]
**Sent:** Friday, November 28, 2008 12:35 PM
**To:** courtmail@nysb.uscourts.gov
**Subject:** 08-13555-jmp Objection to Motion

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Dorval, Mark J. entered on 11/28/2008 at 12:34 PM and filed on 11/28/2008
**Case Name:**        Lehman Brothers Holdings Inc.
**Case Number:**      08-13555-jmp
**Document Number:** 1865

**Docket Text:**
Objection to Motion *of Debtors for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts* filed by Mark J. Dorval on behalf of Fulton Bank. (Attachments: # (1) Exhibit A) (Dorval, Mark)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\NMO\Desktop\Fulton Objection .PDF
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/28/2008] [FileNumber=7180620-0]
[454742636fbdda2c9015281c22b8452db2f9506be3a30e303304565148d7639c9e6d
04c1d619b1c53abec243186772f038f5b312ca926afe5f6b9a006777696f]]
**Document description:** Exhibit A
**Original filename:** C:\Documents and Settings\NMO\Desktop\Ex. A to Fulton Objection .PDF

**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/28/2008] [FileNumber=7180620-1]
[78e6f9f679161b6cce842e2a2de6c112f4ff998e02db1e9ee209db703ef4616ab992

4a3f44b44efc7a72f78b40e38ae41cea3e30e5b56469f8a893a500fd3ebf]]

**08-13555-jmp Notice will be electronically mailed to:**

Anne Marie Aaronson    aaronsoa@pepperlaw.com

Marc Abrams    maosbny@willkie.com, mabrams@willkie.com

Ann E. Acker    acker@chapman.com

Luma Al-Shibib    lalshibib@reedsmith.com

Colin B. Albaugh    albaugh.colin@pbgc.gov, efile@pbgc.gov

Ana M. Alfonso    aalfonso@kayescholer.com

George Angelich    angelich.george@arentfox.com, angelich.george@arentfox.com

Tara B. Annweiler    tannweiler@greerherz.com

Rick Antonoff    rick.antonoff@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Bruce G. Arnold    barnold@whdlaw.com, jwells@whdlaw.com

John R. Ashmead    ashmead@sewkis.com

Lauren Attard    lattard@kayescholer.com,
lattard@kayescholer.com;rcappiello@kayescholer.com;rrotman@kayescholer.com;philip.gross@kayescholer.com

Donald M. Badaczewski    donald.badaczewski@dechert.com

Helen Ball    hball@bradleyarant.com, hball@bradleyarant.com

Elizabeth Banda    kwilliams@pbfcm.com

David M. Banker    dbanker@lowenstein.com

David L. Barrack    dbarrack@fulbright.com

Lawrence Bass    lawrence.bass@hro.com

T. Scott Belden    sbelden@kleinlaw.com, imedelli@kleinlaw.com;srucker@kleinlaw.com;kfryer@kleinlaw.com

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    hbeltzer@morganlewis.com

Walter Benzija    wbenzija@halperinlaw.net

Leslie Ann Berkoff    lberkoff@moritthock.com

12/2/2008

Mark N. Berman    mbeeman@nixonpeabody.com

Martin J. Bienenstock    martin.bienenstock@dl.com,
tkarcher@dl.com;haaronson@dl.com;lsaal@dl.com;lcassey@dl.com

Robert Jeffery Black    jeffery.black@bingham.com, pat.wright@bingham.com

Michael V. Blumenthal    mblumenthal@crowell.com

Timothy W. Brink    timothy.brink@dlapiper.com

James L. Bromley    maofiling@cgsh.com

Andrew P. Brozman    andrew.brozman@cliffordchance.com

Martin G. Bunin    marty.bunin@alston.com

Michael G. Busenkell    mbusenkell@wcsr.com

Aaron R. Cahn    cahn@clm.com

Carollynn H.G. Callari    ccallari@venable.com

Matthew Allen Cantor    info2@normandyhill.com

Michael D. Capozzi    mcapozzi@ingramllp.com

John F. Carberry    jcarberry@cl-law.com, dsantos@cl-law.com

Lawrence F. Carnevale    bankruptcy@clm.com, murphy@clm.com

James S. Carr    KDWBankruptcyDepartment@kelleydrye.com

Shelley C. Chapman    maosbny@willkie.com, schapman@willkie.com

Eugene J. Chikowski    eugene.chikowski@flastergreenberg.com

Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com

Darrell W. Clark    dclark@stinson.com, cscott@stinson.com;jdibble@stinson.com

Jared Riley Clark    jared.clark@bingham.com, david.marcus@bingham.com,pat.wright@bingham.com

Marvin E. Clements    agbanknewyork@ag.tn.gov

Ronald L. Cohen    cohenr@sewkis.com

Kenneth P. Coleman    kurt.vellek@allenovery.com, tania.ingman@allenovery.com;bethany.kriss@allenovery.com

Patrick Collins    pcollins@farrellfritz.com

12/2/2008

Kenneth Corey-Edstrom   kcoreyedstrom@larkinhoffman.com

Patrick M. Costello   pcostello@bbslaw.com

Steven Cousins   scousins@armstrongteasdale.com, jsant@armstrongteasdale.com

David N. Crapo   dcrapo@gibbonslaw.com

David A. Crichlow   dcrichlow@pillsburywinthrop.com

Maureen A. Cronin   macronin@debevoise.com, hsokolow@debevoise.com;dakazlow@debevoise.com;mao-ecf@debevoise.com

Leo T. Crowley   leo.crowley@pillsburylaw.com

Walter H. Curchack   wcurchack@loeb.com, vrubinstein@loeb.com

Vincent D'Agostino   vdagostino@lowenstein.com

Israel Dahan   allison.dipasqua@cwt.com

Michael R. Dal Lago   bankruptcy@morrisoncohen.com

George A. Davis   wendy.kane@cwt.com;whitney.baron@cwt.com;michael.schrader@cwt.com

Paul R. DeFilippo   pdefilippo@wmd-law.com, gparascondola@wmd-law.com

Jennifer C. DeMarco   jennifer.demarco@cliffordchance.com

Gabriel Del Virginia, Esq.   gabriel.delvirginia@verizon.net

Bradford E. Dempsey   brad.dempsey@hro.com

Christopher M. Desiderio   cdesiderio@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Paul H. Deutch   paul.deutch@troutmansanders.com,
harriet.cohen@troutmansanders.com;brett.goodman@troutmansanders.com

Mark W. Deveno   mark.deveno@bingham.com, pat.wright@bingham.com

Maria J. DiConza   diconzam@gtlaw.com, baddleyd@gtlaw.com;petermann@gtlaw.com

Daryl L. Diesing   ddiesing@whdlaw.com, ktollison@whdlaw.com

Christopher R. Donoho   chris.donoho@lovells.com, omeca.nedd@lovells.com;daniel.anstey@lovells.com

Joshua Dorchak   joshua.dorchak@bingham.com, david.marcus@bingham.com

Mark J. Dorval   mdorval@stradley.com

Amish R. Doshi   adoshi@daypitney.com

12/2/2008

Thomas Alan Draghi    tdraghi@westermanllp.com

Dennis J. Drebsky    ddrebsky@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Robert W. Dremluk    rdremluk@seyfarth.com,
pbaisier@seyfarth.com,lravnikar@seyfarth.com,dchristian@seyfarth.com,

Todd E. Duffy    tduffy@duffyandatkins.com,
jatkins@duffyandatkins.com;dnolan@duffyandatkins.com;smartin@duffyandatkins.com

Matthew Dyer    BkMail@prommis.com

David W. Dykhouse    dwdykhouse@pbwt.com;cbelanger@pbwt.com

Andrew B. Eckstein    aeckstein@blankrome.com, senese@blankrome.com

Michael James Edelman    mjedelman@vedderprice.com, ecf_nydocket@vedderprice.com

Daniel Eggermann    deggermann@kramerlevin.com

Devon Eggert    deggert@freebornpeters.com, bkdocketing@freebornpeters.com

Susan K. Ehlers    sehlers@armstrongteasdale.com

Jeremy D. Eiden    jeremy.eiden@state.mn.us

Martin Eisenberg    Martin.Eisenberg@thompsonhine.com

Charles R. Ekberg    ekbergc@lanepowell.com, jagows@lanepowell.com

Erin L. Eliasen    eleliasen@stoel.com, basargent@stoel.com

David S. Elkind    david.elkind@ropesgray.com, paul.lang@ropesgray.com

Mark C. Ellenberg    mark.ellenberg@cwt.com, allison.dipasqua@cwt.com;betty.comerro@cwt.com

David Elrod    delrod@elrodtrial.com, snassar@elrodtrial.com;jmoore@elrodtrial.com

Michael R. Enright    menright@rc.com

Andrew J. Entwistle    aentwistle@entwistle-law.com, tmaloney@entwistle-law.com;mbernard@entwistle-
law.com;vcappucci@entwistle-law.com;jwhitman@entwistle-law.com;scasey@entwistle-law.com;jporter@entwistle-
law.com

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Robert Michael Farquhar    mfarquhar@winstead.com, whsu@winstead.com

Michael S. Feldberg    michael.feldberg@newyork.allenovery.com, laura.martin@newyork.allenovery.com

Matthew Allen Feldman   maosbny@willkie.com, mfeldman@willkie.com

Charles J. Filardi   charles@filardi-law.com, abothwell@filardi-law.com

Steven E. Fineman   sfineman@lchb.com

Eric Fisher   fishere@butzel.com

Daniel J. Flanigan   dflanigan@polsinelli.com, tbackus@polsinelli.com

Charles H. Fleischer   cfleischer@ofqlaw.com

Robert M. Fleischer   rfleischer@pryorcashman.com, docketing@pryorcashman.com

Martin N. Flics   martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com

Shawn Randall Fox   sfox@mcguirewoods.com

Mark Freedlander   mfreedlander@mcquirewoods.com, hhickman@mcguirewoods.com

David M. Friedman   courtnotices@kasowitz.com

Ellen A. Friedman   mmyles@friedumspring.com

Kenneth Friedman   kfriedman@manatt.com

Michael Friedman   mfriedman@rkollp.com, mschneider@rkollp.com;ksambur@rkollp.com

Thomas M. Gaa   tgaa@bbslaw.com, catherine@bbslaw.com

Alan E. Gamza   Agamza@mosessinger.com, dkick@mosessinger.com;dbutvick@mosessinger.com

Jan B. Geller   jbgesq@bway.net

Anthony I. Giacobbe   agiacobbe@zeklaw.com

Steven D. Ginsburg   sdg@adorno.com, smmartinez@adorno.com;ctatelbaum@adorno.com;jalper@adorno.com

Steven A. Ginther   sdnyecf@dor.mo.gov

Joseph M. Gitto   jgitto@nixonpeabody.com

Eduardo J. Glas   eglas@mccarter.com

Jay M. Goffman   JGoffman@skadden.com

Andrew C. Gold   AGOLD@HERRICK.COM

Matthew J. Gold   mgold@kkwc.com, mattgoldesq@optonline.net

Seth Goldman   seth.goldman@mto.com

Irena M. Goldstein    igoldstein@dl.com

Antonia Golianopoulos    agolianopoulos@mayerbrownrowe.com, agolianopoulos@mayerbrownrowe.com

Andrew J. Goodman    agoodman@gsblaw.com

Todd M. Goren    tgoren@mofo.com, lmarinuzzi@mofo.com;brettmiller@mofo.com

Lindsee Paige Granfield    maofiling@cgsh.com,
lgranfield@cgsh.com;racooper@cgsh.com;gbongartz@cgsh.com;mfleming@cgsh.com;bmorag@cgsh.com

Ira S. Greene    isgreene@hhlaw.com, nduncan@hhlaw.com

Emanuel C. Grillo    egrillo@goodwinprocter.com

Steven T. Gubner    ecf@ebg-law.com

Paul C. Gunther    pgunther@salans.com, nkhalatova@salans.com

Daniel J. Guyder    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;matthew.bruckner@allenovery.com

Alan D. Halperin    ahalperin@halperinlaw.net,
cmitchell@halperinlaw.net;cbattaglia@halperinlaw.net;spark@halperinlaw.net

Howard R. Hawkins    howard.hawkins@cwt.com, allison.dipasqua@cwt.com

Patrick L. Hayden    phayden@mcguirewoods.com

Dion W. Hayes    phayden@mcguirewoods.com;jsheerin@mcguirewoods.com;kcain@mcguirewoods.com

James M. Heiser    heiser@chapman.com

Sally M. Henry    Sally.Henry@skadden.com, efiechte@skadden.com

Ira L. Herman    ira.herman@tklaw.com,
orlando.salcedo@tklaw.com;amy.wowak@tklaw.com;delilah.garcia@tklaw.com

Neil E. Herman    Nherman@morganlewis.com

Robert M. Hirsh    hirsh.robert@arentfox.com, Mckinley.Karen@arentfox.com

Robert L. Holladay    rob.holladay@youngwilliams.com

Eric H. Horn    ehorn@lowenstein.com, elawler@lowenstein.com

Casey B. Howard    choward@lockelord.com

Frederick D. Hyman    fhyman@mayerbrownrowe.com

Adam H. Isenberg    aisenberg@saul.com

12/2/2008

Robbin L. Itkin    ritkin@steptoe.com, kpiper@steptoe.com,khollingsworth@steptoe.com

Steve Jakubowski    sjakubowski@colemanlawfirm.com

John J. Jerome    jjerome@saul.com

John J. Jolley    jay.jolley@kutakrock.com

Roger G. Jones    rjones@bccb.com

John E. Jureller    jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden    gkaden@goulstonstorrs.com

Richard S. Kanowitz    rkanowitz@cooley.com

Dimitri G. Karcazes    dimitri.karcazes@goldbergkohn.com, kristina.bunker@goldbergkohn.com

Diane J. Kasselman    dkasselman@kasselman-law.com

Elyssa Suzanne Kates    ekates@bakerlaw.com

Robin Elizabeth Keller    robin.keller@lovells.com, omeca.nedd@lovells.com

J. Michael Kelly    kellyjm@cooley.com

Christopher K. Kiplok    kiplok@hugheshubbard.com

Paul Kizel    pkizel@lowenstein.com, jkramer@lowenstein.com;nStefanelli@lowenstein.com

Barry R. Kleiner    dkleiner@velaw.com

Howard Koh    hkoh@meisterseelig.com

Robert Kolodney    rkolodney@kanekessler.com

Deborah Kovsky-Apap    kovskyd@pepperlaw.com, kressk@pepperlaw.com,wisotska@pepperlaw.com

Bryan Krakauer    bkrakauer@sidley.com, emcdonnell@sidley.com

Michael M. Krauss    mkrauss@faegre.com, kspaulding@faegre.com

Greg T. Kupniewski    greg.kupniewski@flastergreenberg.com

Jeffrey Kurtzman    jkurtzma@klehr.com

Paul J. Labov    plabov@eapdlaw.com

Darryl S. Laddin    bkrfilings@agg.com

12/2/2008

Michael C. Lambert    mclambert@lawpost-nyc.com

David P. Langlois    david.langlois@sablaw.com

Robert Laplaca    rlaplaca@levettrockwood.com

Francis J. Lawall    lawallf@pepperlaw.com

David M. LeMay    dlemay@chadbourne.com

Stephen D. Lerner    slerner@ssd.com

Ira M. Levee    ilevee@lowenstein.com, mseymour@lowenstein.com

Shari D. Leventhal    shari.leventhal@ny.frb.org

Richard B. Levin    rlevin@cravath.com, managing_attorneys_office@cravath.com

Jeffrey W. Levitan    jlevitan@proskauer.com, srutsky@proskauer.com

Joel H. Levitin    JLevitin@cahill.com, MMcLoughlin@cahill.com;SGordon@cahill.com;NMarcantonio@cahill.com

Fredrick J. Levy    flevy@olshanlaw.com, ssallie@olshanlaw.com;rsalnave@olshanlaw.com;mmarck@olshanlaw.com

Richard Levy    rlevy@pryorcashman.com

Leo V. Leyva    lleyva@coleschotz.com

Michael Liberman    mliberman@ebglaw.com, nyma@ebglaw.com

David Liebov    liebovd@sullcrom.com

Demetra Liggins    demetra.liggins@tklaw.com

Joanne K. Lipson    jlipson@crockerkuno.com, ttracy@crockerkuno.com;nancy@crockerkuno.com

Judy G.Z. Liu    judy.liu@dl.com, haaronson@dl.com;lsaal@dl.com

Edward Joseph LoBello    elobello@blankrome.com, senese@blankrome.com;nmorales@blankrome.com

Sarah K. Loomis    loomis@hugheshubbard.com

Eric Lopez Schnabel    schnabel.eric@dorsey.com

Daniel A. Lowenthal    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com

Donald K. Ludman    dludman@brownconnery.com

Alan Lungen    alungen@kasowitz.com, alungen@kasowitz.com

John S. Mairo    jsmairo@pbnlaw.com,

12/2/2008

mdlaskowski@pbnlaw.com;sakelly@pbnlaw.com;jmgastineau@pbnlaw.com;lkkabse@pbnlaw.com;jamcadoo@pbnlaw.

Christopher J. Major    cmajor@rc.com, tgorrell@rc.com

Robert K. Malone    robert.malone@dbr.com

Beverly Weiss Manne    bmanne@tuckerlaw.com

Julie A. Manning    bankruptcy@goodwin.com

Jacqueline Marcus    jacqueline.marcus@weil.com

Alan E. Marder    lgomez@msek.com

Jeffrey S. Margolin    margolin@hugheshubbard.com

Lorenzo Marinuzzi    lmarinuzzi@mofo.com

Rosanne Thomas Matzat
jcerbone@hahnhessen.com;kcraner@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;nrigan

Laurence May    lmay@coleschotz.com

Douglas Kirk Mayer    dkmayer@wlrk.com, dkmayer@wlrk.com

Jil Mazer-Marino    jmazermarino@msek.com, kgiddens@msek.com

James I. McClammy    lehman.chapter11@dpw.com

Mark McDermott    mark.mcdermott@skadden.com

Daniel J. McGarry    dmcgarry@whdlaw.com, dkarns@whdlaw.com

Douglas J. McGill    douglas.mcgill@dbr.com

Frank McGinn    ffm@bostonbusinesslaw.com

Lorraine S. McGowen    lmcgowen@orrick.com

Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com

Austin L. McMullen    amcmulle@bccb.com

Michelle A. Mendez    mmendez@hunton.com

Michael T. Mervis    Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com

Richard M. Meth    msteen@daypitney.com

12/2/2008

Brett H. Miller    bmiller@mofo.com

Harvey R. Miller    harvey.miller@weil.com, garrett.fail@weil.com

Kenneth M. Misken    kmisken@mcguirewoods.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, moldovanlb@morrisoncohen.com

Thomas J. Moloney    maofiling@cgsh.com, tmoloney@cgsh.com;dlivshiz@cgsh.com

Claude D. Montgomery    cmontgomery@salans.com;apabon@salans.com;nkhalatova@salans.com

Joshua D. Morse    morsej@hbdlawyers.com

Judy Hamilton Morse    judy.morse@crowedunlevy.com

Steven T. Mulligan    smulligan@bsblawyers.com

Roger David Netzer    maosbny@willkie.com, rnetzer@willkie.com

Steven H. Newman    snewman@katskykorins.com

Robert E. Nies    rnies@wolffsamson.com

Timothy F. Nixon    tnixon@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Mark D. Northrup    mnorthrup@GrahamDunn.com, dpurdy@GrahamDunn.com

Harold S. Novikoff    hsnovikoff@wlrk.com, calert@wlrk.com;jvanlare@wlrk.com

Anne Faith O'Berry    jputnam@bermanesq.com

Kalman Ochs    ochska@ffhsj.com

Matthew Olsen    molsen@morganlewis.com

Karen Ostad    kostad@mofo.com

Jody Michelle Oster    ECF.Oster@huntington.com

Alec P. Ostrow    apo@stevenslee.com

R. Stephen Painter    spainter@cftc.gov

Charles Palella    cpalella@kurzman.com

Charles N. Panzer    cpanzer@sillscummis.com

Steven W. Perlstein    steven.perlstein@kobrekim.com

Thomas Pietrantonio    pietrantoniolaw@optonline.net

12/2/2008

Andrea Pincus    apincus@reedsmith.com

Sydney G. Platzer    splatzer@platzerlaw.com

Frederick B. Polak    lml@ppgms.com

John N. Poulos    poulos@hugheshubbard.com

Constantine Pourakis    cp@stevenslee.com

William C. Price    wprice@mcguirewoods.com

Jeffrey D. Prol    jprol@lowenstein.com

Jonathan I. Rabinowitz    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com

Amanda Raboy    araboy@cov.com

John J. Rapisardi    john.rapisardi@cwt.com,
zachary.smith@cwt.com;megan.cummins@cwt.com;agnes.wysoczanski@cwt.com;james.mcdonnell@cwt.com;scott.gre

Paul L. Ratelle    pratelle@fwhtlaw.com

Ira A. Reid    ira.a.reid@bakernet.com

Steven J. Reisman    sreisman@curtis.com,
webmaster@docketware.com;ceilbott@curtis.com;jdrew@curtis.com;sbeyer@curtis.com;tbarnes@curtis.com

Howard D. Ressler    hressler@diamondmccarthy.com

Kenneth A. Reynolds    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com

Alexander G. Rheaume    arheaume@riemerlaw.com, gmoss@riemerlaw.com

Jeffrey N. Rich    jeff.rich@klgates.com, nathanael.meyers@klgates.com

Marc E. Richards    mrichards@blankrome.com

Dirk S. Roberts    dirk.roberts@ots.treas.gov

Michael J. Roeschenthaler    mroeschenthaler@mcguirewoods.com

Courtney Rogers    crogers@orrick.com

Elizabeth L. Rose    erose@herrick.com, erose@herrick.com

George Rosenberg    grosenberg@co.arapahoe.co.us

Jeffrey M. Rosenberg    jeff@kleinsolomon.com

12/2/2008

Kermit A. Rosenberg    krosenberg@tighepatton.com

Edward M. Rosensteel    info@rosebeck.com

Jeffrey A. Rosenthal    maofiling@cgsh.com, aweaver@cgsh.com;stkaiser@cgsh.com

David A. Rosenzweig    DRosenzweig@Fulbright.com

David S. Rosner    dfliman@kasowitz.com;courtnotices@kasowitz.com

Douglas B. Rosner    drosner@goulstonstorrs.com

Rene S. Roupinian    rroupinian@outtengolden.com

Barry J Roy    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com

Scott K. Rutsky    srutsky@proskauer.com

Jay G. Safer    jsafer@lockelord.com

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com

Lori K. Sapir    lsapir@ssghlaw.com

Kim Sherrie Sawyer    gharnett@tlsgltd.com

Gregory B. Schiller    gschiller@zeislaw.com

Michael L. Schleich    mschleich@fslf.com

Carey D. Schreiber    cschreiber@winston.com

Christopher P. Schueller    christopher.schueller@bipc.com, timothy.palmer@bipc.com;donna.curcio@bipc.com

Dan Jeremy Schulman    dschulman@salans.com

Jeffrey L. Schwartz
jdivack@hahnhessen.com;jcerbone@hahnhessen.com;kcraner@hahnhessen.com;sthompson@hahnhessen.com;jorbach@

Lisa M. Schweitzer    lschweitzer@cgsh.com,
maofiling@cgsh.com;jmoss@cgsh.com;jgaynor@cgsh.com;sarobinson@cgsh.com;skleinman@cgsh.com

Howard Seife    arosenblatt@chadbourne.com;jporter@chadbourne.com

Stephen B. Selbst    sselbst@herrick.com, courtnotices@herrick.com

Nolan E. Shanahan    nshanahan@coleschotz.com

12/2/2008

Andrea Sheehan    sheehan@txschoollaw.com, coston@txschoollaw.com;ashee1@yahoo.com;garza@txschoollaw.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Mark Shinderman    mark.shinderman@mto.com, paula.ayers@mto.com

Glenn E. Siegel    Glenn.Siegel@dechert.com

Paul H. Silverman    PSilverman@mclaughlinstern.com

Peter L. Simmons    peter.simmons@friedfrank.com

Keith A. Simon    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com

Thomas R. Slome    lgomez@msek.com

Edward Smith    easmith@venable.com

Elizabeth Page Smith    esmith@llgm.com, strum@dl.com

Abigail Snow    asnow@ssbb.com

Eric J. Snyder    esnyder@sillerwilk.com

Fredric Sosnick    fsosnick@shearman.com,
karen.park@shearman.com,randy.martin@shearman.com,jennifer.lin@shearman.com,kerri.silver@shearman.com

Mark A. Speiser    mspeiser@stroock.com, insolvency2@stroock.com

Marvin E. Sprouse    msprouse@jw.com, ccthomas@jw.com;kgradney@jw.com

Bonnie Steingart    steinbo@ffhsj.com, nydocketclrk@ffhsj.com

Malani Sternstein    msternstein@sheppardmullin.com

Brent C. Strickland    bstrickland@wtplaw.com

Harvey A. Strickon    harveystrickon@paulhastings.com,
frankdagostino@paulhastings.com;lawrencemehringer@paulhastings.com

Walter E. Swearingen    wswearingen@llf-law.com, wswearngen@aol.com

James Tecce    jamestecce@quinnemanuel.com

Samuel Jason Teele    jteele@lowenstein.com, gbuccellato@lowenstein.com;klafiura@lowenstein.com

My Chi To    mcto@debevoise.com, mao-ecf@debevoise.com

Kenneth B. Tomer    ktomer@goodwinprocter.com

12/2/2008

Amit K. Trehan    atrehan@mayerbrown.com, atrehan@mayerbrown.com;gwilley@mayerbrown.com

Sarah Trum    strum@dl.com, lsaal@dl.com

Brian Trust    btrust@mayerbrown.com

Raymond J. Urbanik    rurbanik@munsch.com

Michael J. Venditto    mvenditto@reedsmith.com

Raymond W. Verdi    hellerverdi@aol.com

Jon C. Vigano    jvigano@schiffhardin.com, dgordon@schiffhardin.com

James J. Vincequerra    jvincequerra@wolfblock.com

Shai Waisman    shai.waisman@weil.com,
amanda.hendy@weil.com;philip.weintraub@weil.com;rachel.albanese@weil.com;jae.kim@weil.com;ilusion.rodriguez@

Josephine Wang    jwang@sipc.org

William P. Weintraub    wweintraub@fklaw.com, zhassoun@fklaw.com

Rochelle R. Weisburg    rochellew@shiboleth.com

John W. Weiss    weissjw@gtlaw.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

David B. Wheeler    davidwheeler@mvalaw.com

Timothy Raymond Wheeler    twheeler@lowenstein.com

Lee Papachristou Whidden    lwhidden@salans.com, nkhalatova@salans.com

Stephanie Wickouski    stephanie.wickouski@dbr.com,
jschwartz@gcd.com,kristin.going@dbr.com,dnorthrop@gcd.com,gert.sofman@dbr.com,swickous@aol.com

Erin E. Wietecha    ewietecha@coleschotz.com

Deborah D. Williamson    dwilliamson@coxsmith.com, aseifert@coxsmith.com

Eric R. Wilson    KDWBankruptcyDepartment@Kelleydrye.com

L. Matt Wilson    efile@willaw.com

Amy R. Wolf    arwolf@wlrk.com, jvanlare@wlrk.com;calert@wlrk.com

Richard L. Wynne    rwynne@kirkland.com;sperry@kirkland.com;scho@kirkland.com

12/2/2008

Erin Zavalkoff    ezavalkoff-babej@vedderprice.com, ecf_nydocket@vedderprice.com

N. Theodore Zink    tzink@chadbourne.com, tzink@chadbourne.com;crivera@chadbourne.com

Peter Alan Zisser    jim.rollins@hklaw.com;richard.lear@hklaw.com;chip.lancaster@hklaw.com

Edward P. Zujkowski    ezujkowski@emmetmarvin.com, ezujkowski@emmetmarvin.com

Abraham L. Zylberberg    azylberberg@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

12/2/2008