## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that on December 3, 2008, a copy of the foregoing *OCCIDENTAL ENERGY MARKETING, INC.'S JOINDER IN OBJECTIONS TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS [D.I. # 1498]* was caused to be served on the persons listed below in the manner indicated, as well as by electronic means upon all persons registered to receive notice via CM/ECF in *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP).

<u>Via Facsimile:</u>

    Robert J. Lemons, Esq.
    Lori r. Fife, Esq.
    Weil Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, New York 10152
    Fax: (212) 310-8007
    *Attorneys for the Debtors*

    Steven J. Reisman, Esq.
    L.P. Harrison 3rd, Esq.
    Curtis, Mallett-Prevost, Colt & Moscle LLP
    101 Park Avenue
    New York, New York 10178
    Fax: (212) 697-1559
    *Conflicts counsel for the Debtors*

    Andrew D. Velez-Rivera, Esq.
    Paul Schwartzberg, Esq.
    Brian Masumoto, Esq.
    Linda Riffkin, Esq.
    Tracy Hope Davis, Esq.
    Office of the United States Trustee
    Southern District of New York
    33 Whitehall Street, 21st Floor
    New York, New York 10004
    Fax: (212) 668-2255

ME1 7937629v.1

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Fax: (212) 530-5219
*Attorneys for the Official Committee of Unsecured Creditors*

                                        **McCarter & English, LLP**

                                        */s/* Eduardo J. Glas
                                        Eduardo J. Glas, Esquire (# EG7027)
                                        245 Park Avenue
                                        27th Floor
                                        New York, New York  10167
                                        (212) 609-6800 - Telephone
                                        (212) 609-6921 - Facsimile