Melanie L. Cyganowski (MLC 7500)
OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
230 Park Avenue
New York, NY 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

Attorneys for The F. B. Heron Foundation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re:                                                :
                                                      :
LEHMAN BROTHERS HOLDINGS,    : Case No. 08-13555 (JMP)
INC., et al.                                          : (Jointly Administered)
                                                      :
        Debtors.                                      :
                                                      :
------------------------------------------------------x
In re:                                                :
                                                      :
LEHMAN BROTHERS INC.,        : Case No. 08-01420 (JMP) SIPA
                                                      :
        Debtor.                                       :
                                                      :
------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 1, 2008, copies of the foregoing Objection of the F. B. Heron Foundation to the Nineteenth Omnibus Notice of Assumption and Assignment of Executory Contracts and Unexpired Leases were caused to be served on the parties listed on the attached service list.

Dated: December 3, 2008

OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

/s/ Melanie L. Cyganowski
Melanie L. Cyganowski (MLC 7500)
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104

1151155.1

# SERVICE LIST

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn:   Lori R. Fife, Esq.
        Shai Y. Waisman, Esq.

*Attorneys for the Debtors*
(By Hand)

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:   Lindsee P. Granfield, Esq.
        Lisa M. Schweitzer, Esq.

*Attorneys for Barclays Capital, Inc.*
(By Hand)

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn:   Dennis F. Dunne, Esq.
        Luc A. Despins, Esq.
        Wilbur F. Foster, Jr., Esq.

*Attorneys for the Creditors' Committee*
(By Hand)

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
Attn:   James B. Kobak, Esq.
        David Wiltenburg, Esq.
        Jeff Margolin, Esq.

*Attorneys for SIPA Trustee*
(By Hand)

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
Attn:   Tracy Hope Davis, Esq.
(By Hand)

1151155.1

Securities Investor Protection Corporation
805 Fifteenth Street, N.W., Suite 800
Washington, DC 20005
Attn:   Kenneth J. Caputo
(By First Class Mail)

1151155.1