**ANDREWS KURTH LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 850-2800
Fax: (212) 850-2929
Peter Goodman, Esq.

Attorney for EPCO Holdings, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., | : | Case No. 08-13555 (JMP) |
| *et al.* | : | |
| | : | |
| | : | |
| Debtors. | : | |

-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Basil Umari, being over the age of eighteen (18) years, and duly sworn, state under

oath that on November 28, 2008, I served the Objection of EPCO Holdings, Inc. to Debtors'

Motion for an Order Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish

Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative

Contracts upon the names listed on the service list attached via First Class Mail and email as

indicated.

Basil A. Umari

Subscribed and sworn to before me this
3rd day of December, 2008

Notary Public

ELISA B. CABRALES
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEB. 22, 2011

NYC:183996.1

## Email Service List

'lori.fife@weil.com'; 'robert.lemons@weil.com'; 'DDunne@milbank.com';
'DODonnell@milbank.com'; 'EFleck@milbank.com'; 'lharrison@curtis.com';
'sreisman@curtis.com'; 'andy.velez-rivera@usdoj.gov'; 'paul.schwartzberg@usdoj.gov';
'brian.masumoto@usdoj.gov'; 'Linda.riffkin@usdoj.gov'; 'tracey.davis@usdoj.gov'

## First Class Mail Service List

Weil Gotshal & Manges LLP
Lori R. Fife, Esq.,
Robert J. Lemons, Esq.,
767 Fifth Avenue
New York, NY 10153

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman, L.P. Harrison 3rd
101 Park Avenue
New York, NY 10178.

The Office of the United States Trustee for SDNY
Attn: Andy Velez-Rivera,
Paul Schwartzberg
Brian Masumoto
Linda Riffkin
Tracy Hope Davis
33 Whitehall Street
21st Floor
New York, NY 10004

Milbank, Tweed, Hadley & McCloy LLP
Attn: Dennis F. Dunne
Dennis O'Donnell
Evan Fleck Esq
1 Chase Manhattan Plaza
New York, NY 10005.

NYC:183996.1