# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*<br><br>Debtors | **Chapter 11 Case No.**<br><br>**08-13555 (JMP)** |

## NOTICE OF WITHDRAWAL FROM ACTION AND
## REQUEST TO BE REMOVED FROM ELECTRONIC FILING SERVICE LIST

Robert L. Holladay, Jr. hereby files notice of his withdrawal from this action and requests to be removed from the electronic filing service list.

/Robert L. Holladay, Jr./
Robert L. Holladay, Jr. (MS Bar No. 100713)
**YoungWilliams P.A.**
210 East Capitol Street, Suite 2000
P. O. Box 23059
Jackson, MS 39225-3059
*tele*    601.948.6100
*fax*    601.355.6136

Counsel for Intechra LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2008 a true and correct copy of the foregoing Notice of Withdrawal from Action and Request to be Removed from Electronic Filing Service List has been served on all parties via the CM/ECF and by placing a copy in the U.S. mail, postage prepaid, to the following parties:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Attn:  The Honorable James J. Peck<br>One Bowling Green, Courtroom 601<br>New York, NY  10004 | Weil Gotshal & Manges LLP<br>Attn:  Richard P. Krasnow, Lori R. Fife,<br>         Shay Y. Waisman, Jacqueline Marcus<br>(Counsel to the Debtors)<br>767 Fifth Avenue<br>New York, NY  10153 |

| | |
|---|---|
| Office of the U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004 | Milbank, Tweed, Hadley & McCloy LLP<br>Attn:  Dennis Dunne, Luc Despins,<br>         Wilbur Foster, Jr., Dennis O'Donnell, Esq.,<br>         Evan Fleck, Esq.<br>(Counsel to the Official Committee of Unsecured Creditors)<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| Milbank, Tweed, Hadley & McCloy LLP<br>Attn:  Paul Aronzo & Gregory Bray<br>(Counsel to the Official Committee of Unsecured Creditors)<br>601 South Figueroa Street, 30th Floor<br>Los Angeles, CA  90017 | Cleary Gottlieb Steen & Hamilton LLP<br>Attn:  Lisa Schweitzer & Lindsee Granfield<br>One Liberty Plaza<br>New York, NY  10006 |

This 3rd day of December, 2008.

/Robert L. Holladay, Jr./
**Robert L. Holladay, Jr.**