CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
Tel. (212) 878-8000
Fax (212) 878-8375
Andrew Brozman, Esq. (AB-2456)
Wendy Rosenthal, Esq. (WR-4461)

*Attorneys for Dexia Banque Internationale á Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank Deutschland AG, and Dexia Banque Belgique SA*

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re:                                                                         :   Chapter 11
                                                                                    :   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :
                                                                                    :
                                             Debtors.                     :   (Jointly Administered)
                                                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the firm listed below hereby appears in the above captioned cases as attorneys for Dexia Banque Internationale á Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank Deutschland AG, and Dexia Banque Belgique SA (for convenience only, "Dexia") pursuant to Bankruptcy Rules 2002, 9007 and 9010 and sections 342 and 1109(b) of the Bankruptcy Code, and hereby requests that all notices given or required to be given in the above captioned cases and all papers served in these cases be given to and served on:

        CLIFFORD CHANCE US LLP
        Andrew Brozman, Esq.
        Wendy Rosenthal, Esq.
        31 West 52nd Street
        New York, NY 10019-6131

NYA 911777v1

Tel: (212) 878-8000
Fax: (212) 878-8375

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, demand, statements of financial affairs, operating reports, or schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, fax, e-mail or otherwise that (1) affects any of the above-referenced debtors (the "Debtors"), any property of any of the Debtors or any property in which any of the Debtors holds an interest; (2) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in these cases, including Dexia with respect to (a) the Debtors, (b) any property of any of the Debtors (or proceeds thereof) in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors may seek to use; or (3) requires or seeks to require any act, delivery of any property, payment or other conduct by Dexia.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, claim or suit shall waive: (1) Dexia's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments that Dexia is or may be entitled to under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

NYA 911777v1

Dated: New York, New York
December 3, 2008

CLIFFORD CHANCE US LLP

By: /s/  Andrew Brozman
Andrew Brozman (AB-2456)
Wendy Rosenthal (WR-4461)
31 West 52nd Street
New York, New York 10019
(212) 878-8000

*Attorneys for Dexia Banque Internationale á Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank Deutschland AG, and Dexia Banque Belgique SA*

3