RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Michael Friedman
Joon P. Hong

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re                                                 :  Chapter 11
                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :  Case No. 08-13555 (JMP)
                                                      :
                                        Debtors.      :  (Jointly Administered)
------------------------------------------------------x

**AMENDED VERIFIED STATEMENT OF RICHARDS KIBBE & ORBE LLP
PURSUANT TO RULE 2019(a) OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE**

Richards Kibbe & Orbe LLP ("RK&O") submits this amended verified statement ("Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure and states as follows:

1. RK&O appears in these cases on behalf of the entities listed on Exhibit A hereto (collectively, the "Entities"). The address for RK&O for purposes of this Statement is One World Financial Center, New York, NY 10281.

2. The mailing address for each of the Entities is listed on Exhibit A hereto.

3. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors. The amounts of the claims held by each of the Entities have not yet been determined.

NY477162.2/445-01023

4. Each of the Entities separately requested that RK&O represent them in connection with the Debtors' chapter 11 cases.

5. RK&O was party to a real property sublease with Lehman Brothers Inc. ("LBI"), an affiliate of the Debtors, and may hold claims against LBI. On September 19, 2008, a proceeding was commenced under the Securities Investor Protection Act of 1970 ("SIPA") with respect to LBI and a trustee appointed under SIPA is currently administering LBI's estate. On November 5, 2008, the Court entered an order approving LBI's rejection of its sublease with RK&O.

6. RK&O previously represented a group of loan credit default swap dealers, including LBI. RK&O's representation of the group of credit default swap dealers ended in or about August 2008. RK&O may hold a claim against LBI on account of legal services rendered and fully completed prior to the commencement of LBI's SIPA proceeding.

7. The undersigned hereby verifies under oath that this Statement is true and accurate, to the best of the undersigned's knowledge and belief. RK&O reserves the right to revise and supplement this Statement as appropriate.

Dated: New York, NY
      December 3, 2008

                                        RICHARDS KIBBE & ORBE LLP

                                        By: /s/ Michael Friedman
                                              Michael Friedman
                                              Joon P. Hong

                                        One World Financial Center
                                        New York, New York 10281
                                        Telephone: (212) 530-1800
                                        Facsimile: (212) 530-1801