## **Exhibit A**

1. DK Acquisition Partners, L.P.
   65 East 55th Street
   New York, New York 10022

2. Longacre Capital Partner (QP), L.P.
   Longacre Master Fund, Ltd.
   810 Seventh Avenue
   22nd Floor
   New York, New York 10019

3. Morgan Stanley Bank International Limited
   Morgan Stanley Senior Funding, Inc.
   1585 Broadway
   New York, New York 10036

4. Royal Bank of Scotland, plc
   600 Steamboat Road
   Greenwich, CT 06830

5. Field Point IV S.a.r.l.
   BDF Limited
   80 Field Point Road
   Greenwich, CT 06830

6. Millennium Management, LLC
   666 Fifth Ave., 8th Floor
   New York, NY 10103

7. Banc of America Securities Limited
   5 Canada Square
   London E14 5AG

NY477162.2/445-01023

8.     Bank of America, N.A.
   One Bryant Park, 3rd Floor
   New York, New York 10036

9.     P. Schoenfeld Asset Management LLC
   1350 Ave of the Americas, 21st Floor
   New York, NY 10019

NY477162.2/445-01023