**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
(212) 209-4800
Daniel J. Saval (DS-2437)

**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
Todd A. Feinsmith (TF-1866)
Thomas H. Montgomery (TM-7183)

*Counsel to Altova, Inc. and Altova GmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.* : Case No. 08-13555 (JMP)
:
Debtors. :
:
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
 ) ss.:
COUNTY OF ONTARIO )

Carol S. Ennis being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Canandaigua, New York.

On the 2nd day of December, 2008, I caused to be served a true copy of the following document: *Notice of Withdrawal of Objection of Altova, Inc. And Altova Gmbh To Cure Amounts And Other Information Included On The Debtors' List of IT Closing Date Contracts In Accordance With The Order Under 11 U.S.C. Section 105 (A), 363, And 365 And Federal Rules*

*of Bankruptcy Procedure 2002, 6004, And 6006 Authorizing And Approving (A) The Sale of Purchased Assets Free And Clear of Liens And Other Interests And (B) Assumption And Assignment of Executory Contracts And Unexpired Leases* on the parties listed below by electronic mail.

Counsel for Lehman Brothers Holdings, Inc.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Counsel for James W. Giddens, Trustee for the SIPA Liquidation
of Lehman Brothers Inc.
Jeffrey S. Margolin, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York NY 10004

Counsel for Barclays Capital, Inc.
Lindsee P. Granfield, Esq.
Lisa M. Schweitzer, Esq.
Justin Seery, Esq.
Luke A. Barefoot, Esq.
Georg A. Bongartz, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Carol S. Ennis

Sworn to before me this
3rd day of December, 2008.

Notary Public
JEREMY CASCIO
Notary Public, State of New York
Ontario County Reg. #01CA6190279
Commission Expires 07/21/2012

# 1617428 v1 - ENNISCS - 027499/0003