Andrew Brozman (APB-2456)
Wendy Rosenthal (WR-4461)
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Tel. - 212.878.8000
Fax. - 212.878.8375

*Counsel to Dexia Banque Internationale á Luxembourg SA; Dexia Credit Local; Dexia Kommunalbank Deutschland AG; and Dexia Banque Belgique SA.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
: 
In re:                                                           :   Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al*.,   :   Case No. 08-13555 (JMP)
                                                                 :
          Debtors.                                          :   (Jointly Administered)
                                                                 :
------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

      I, Wendy Rosenthal, an attorney licensed to practice in the State of New York, hereby certify that a true and correct copy of the Notice of Appearance and Request For Service of Papers filed on behalf of Dexia Banque Internationale á Luxembourg SA, Dexia Credit Local, Dexia Kommunalbank Deutschland AG, and Dexia Banque Belgique SA was served on December 3, 2008 by Federal Express upon (a) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard B. Krasnow, Esq.); (b) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis Dunne, Esq.); (c) the Office of the United States Trustee, 33 Whitehall Street - 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq.); (d) Cleary Gottlieb LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee P. Granfiled, Esq.); (e) Sullivan & Cromwell

LLP,125 Broad Street, New York, New York 10004 (Attn: Robinson B. Lacy, Esq.) and (f) all parties who receive electronic notice in this case pursuant to the Court's ECF filing system. On December 3, 2008, a true and correct copy of the Notice of Appearance was served by Federal Express upon (a) the Chambers of The Honorable James M. Peck, One Bowling Green, New York, New York 10153.

Dated: December 3, 2008
New York, New York

By: /s/ Wendy Rosenthal
Wendy Rosenthal

NYB1603996.1