**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : |  |

------------------------------------------------------------------x

### BRIDGE ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 9006 AND 9027 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE ENLARGING THE TIME WITHIN WHICH TO FILE NOTICES OF REMOVAL OF RELATED PROCEEDINGS

Upon the motion, dated December 1, 2008 (the "Motion"), having been

filed by Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-

referenced chapter 11 cases, as debtors and debtors-in-possession (collectively, the

"Debtors" and, together with their non-debtor affiliates, "Lehman"), pursuant to Section

105(a) of the Bankruptcy Code and Rules 9006(b) and 9027 of the Federal Rules of

Bankruptcy Procedure, to enlarge the time within which the Debtors may file notices of

removal of civil actions and proceedings to which the Debtors are or may be parties

(collectively, the "Civil Actions"), all as more fully described in the Motion; and the

Court having scheduled a hearing to consider the Motion on December 16, 2008 at 10:00

a.m. (prevailing Easter Time), which is after the date on which the Debtors' time to file

notices of removal of Civil Actions expires; and the Court having determined that it is

appropriate to extend the Debtors' time to file notices of removal of Civil Actions until

such time as the Court considers and enters an order determining the Motion, it is hereby

ORDERED that the Debtors' time to file notices of removal of Civil

Actions is extended until such time as the Court has entered an order determining the

Motion.


Dated:  New York, New York
        December 3, 2008

                              _s/ James M. Peck_____
                              UNITED STATES BANKRUPTCY JUDGE