MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Lorenzo Marinuzzi
David Capucilli

*Attorneys for ING Real Estate Finance (USA) LLC*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** )| **Chapter 11 Case No.** |
| )| |
| **LEHMAN BROTHERS HOLDINGS INC, et al.,** )| **08-13555 (JMP)** |
| )| |
| )| **Jointly Administered** |
| )| |
| **Debtors.** )| |
| )| |

**NOTICE OF WITHDRAWAL OF MOTION OF ING REAL ESTATE**
**FINANCE (USA) LLC FOR RELIEF FROM THE AUTOMATIC STAY**

PLEASE TAKE NOTICE that ING Real Estate Finance (USA) LLC, by and through its

undersigned counsel, hereby withdraws its motion for relief from the automatic stay [Docket No.

1158].

ny-846797

Dated: December 3, 2008
       New York, New York

                                            MORRISON & FOERSTER LLP


                                    By:    /s/ Lorenzo Marinuzzi
                                           Lorenzo Marinuzzi
                                           David Capucilli
                                           MORRISON & FOERSTER LLP
                                           1290 Avenue of the Americas
                                           New York, New York 10104
                                           Telephone: (212) 468-8000
                                           Facsimile: (212) 468-7900

                                           *Attorneys for ING Real Estate
                                           Finance (USA) LLC*