STINSON MORRISON HECKER LLP
1150 18th Street, N.W., Suite 800
Washington, D.C. 20036-3816
Telephone: (202) 785-9100
Facsimile: (202) 785-9163
Darrell W. Clark, *Pro Hac Vice*

Counsel to Exegy Incorporated

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
:
In re:                                                      :    Chapter 11
:
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*,    :    Case No. 08-13555 (JMP)
:
Debtors.                                                :    (Jointly Administered)
:
----------------------------------------------------------------------x

**EXEGY'S WITHDRAWAL OF OBJECTION [DOCKET #477]**
**TO CURE AMOUNT PROPOSED BY DEBTORS WITH RESPECT TO**
**EXEGY INCORPORATED'S CLOSING DATE CONTRACTS AS SET FORTH IN**
**SEPTEMBER 20, 2008 COURT ORDER [DOCKET #258]**

COMES NOW, Exegy Incorporated ("Exegy"), by and through counsel, Stinson Morrison Hecker LLP, and states as follows:

1.  Exegy having been paid on its asserted cure payment, hereby withdraws its objection [docket entry #477].

2.  Exegy respectfully requests that the records of this honorable court reflect its voluntary and knowing withdrawal.

DB04/806742.0003_0029/975922.1

Dated: December 4, 2008                  Respectfully submitted,

/s/ Darrell W. Clark
Darrell W. Clark, Esq. *Pro Hac Vice*
STINSON MORRISON HECKER LLP
1150 18th Street, N.W.
Suite 800
Washington, D.C. 20036
Tel. 202-785-9100
Fax. 202-785-9163
*Attorneys for Exegy Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Withdrawal of Objection to Cure Amount Proposed by Debtors with Respect to Exegy Incorporated's Closing Date Contracts As Set Forth in September 20, 2008 Court Order [Docket #258] was served on the parties listed below via U.S. Mail, postage prepaid, on December 4, 2008:

Weil, Gotshal & Manges LLP
Attn. Lori R. Fife and Shai Y. Waisman
767 Fifth Avenue
New York, NY  10153-0119

Hughes Hubbard & Reed LLP
Attn. Jeffrey S. Margolin
One Battery Park Plaza
New York, NY  10004

Cleary Gottlieb Steen & Hamilton LLP
Attn. Lindsee P. Granfield and Lisa M. Schweitzer
One Liberty Plaza
New York, NY  10006

/s/ Darrell W. Clark
Darrell W. Clark