KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, New York 10017
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

Attorneys for *OMX Timber Finance Investments II, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
In re LEHMAN BROTHERS HOLDINGS,     :     Case No. 08-13555 (JMP)
INC., *et al.*                              :     (Jointly Administered)
                                                            :
                                                            :
            Debtors.                  :
                                                            :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2008, copies of the foregoing **Notice of Hearing and Motion of OMX Timber Finance Investments II, LLC For Limited Relief from the Automatic Stay** were caused to be served upon all parties on the attached service list, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, or by via Facsimile (as indicated).

Dated: December 4, 2008

                                            */s/ John E. Jureller, Jr.*
                                            John E. Jureller, Jr.