Christopher J. Giaimo, Jr. (CG 2260)
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(212) 857-6000
giaimo.christopher@arentfox.com

Counsel for Transaction Network Services, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
**In re**                                                    : Chapter 11
**LEHMAN BROTHERS HOLDINGS INC.**, *et al*., : Case No. 08-13555 (JMP)
    **Debtors.**                          : (Jointly Administered)
                                                             :
                                                             : Re: Docket No. 1159
------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF
## NOTICE OF AND OBJECTION TO PROPOSED CURE
## AMOUNTS IN CONNECTION WITH THE ASSUMPTION AND
## ASSIGNMENT OF CERTAIN SERVICE AGREEMENTS BETWEEN
## THE DEBTORS AND TRANSACTION NETWORK SERVICES, INC.

PLEASE TAKE NOTICE that Transaction Network Services, Inc. hereby withdraws the Notice of and Objection to Proposed Cure Amounts in Connection with the Assumption and Assignment of Certain Service Agreements Between the Debtors and Transaction Network Services, Inc. [Docket No. 1159].

Dated: Washington, DC
       December 4, 2008          ARENT FOX LLP

                                          */s/ Christopher J. Giaimo, Jr.*
                                          Christopher J. Giaimo, Jr.
                                          1050 Connecticut Avenue, N.W.
                                          Washington, D.C. 20036-5339
                                          Telephone: (202) 857-6000
                                          Facsimile: (202) 857-6395

                                          Attorneys for Transaction Network Services, Inc.

GENBUS/651466.1

## CERTIFICATE OF SERVICE

  I, Christopher J. Giaimo, hereby certify that on this 4th day of December, 2008, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF System as well as by first class mail, postage pre-paid, on the parties listed on the attached service list.

                        */s/ Christopher J. Giaimo*
                        Christopher J. Giaimo

## SERVICE LIST

Lori R. Fife and Shai Y. Waisman
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

U.S. Trustee
Attn: Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

Lindsee P. Granfield & Lisa M. Schwietzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Dennis F. Dunne, Luc A. Despins and
Wilbur F. Foster, Jr.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

James B. Kobak, David Wiltenburg and
Jeff Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004