UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., e*t al.* | : | Case No 08-13555 (JMP) |
| | : | |
| | : | Jointly Administered |
| Debtors. | : | |

------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, William S. Sugden, of Alston & Bird, LLP, hereby certify that on November 28, 2008, I caused a copy of the **LIMITED OBJECTION OF BANK OF AMERICA, NATIONAL ASSOCIATION SUCCESSOR BY MERGER WITH LASALLE BANK NATIONAL ASSOCIATION, IN ITS CAPACITY AS TRUSTEE UNDER THAT CERTAIN INDENTURE DATED AS OF AUGUST 16, 2007 AMONG CEAGO ABS CDO 2007-1, LTD., AS ISSUER, CEAGO ABS CDO 2007-1, LLC, AS CO-ISSUER AND LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, TO THE DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTIONS 105 AND 365 OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF PREPETITION DERIVATIVE CONTRACTS** to be served upon the individuals on the attached service list via email.

Dated: December 3, 2008

                                                                                                                                          s/William S. Sugden
                                                                                                                                          William S. Sugden

## SERVICE LIST

*<u>Via Email</u>*

lori.fife@weil.com; robert.lemons@weil.com; sreisman@curtis.com; lharrison@curtis.com; DDunne@milbank.com; DODonnell@milbank.com; EFleck@milbank.com; andy.velez-rivera@usdoj.gov; Paul.Schwartzberg@usdoj.gov; Brian.Masumoto@usdoj.gov; Linda.Riffkin@usdoj.gov; Tracy.Hope.Davis@usdoj.gov.