UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————x
:
In re                                                          :        Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :        08-13555 (JMP)
                                                               :
                    Debtors.                           :        (Jointly Administered)
                                                               :
                                                               :
———————————————————————x

## AFFIDAVIT AND DISCLOSURE STATEMENT OF MICHAEL A. ROLLIN ON BEHALF OF REILLY POZNER LLP

STATE OF COLORADO           )
                                            )ss.
COUNTY OF DENVER            )

Michael A. Rollin, being duly sworn, upon his oath, deposes and says:

1. I am an attorney of Reilly Pozner LLP, located at 511 Sixteenth Street, Ste. 700, Denver, CO 80202 (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal and litigation services to the Debtors, and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11

cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $198,390.47 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

Michael A. Rollin

Subscribed and sworn to before me
this 24th day of November, 2008.

Notary Public

Commission Expires: 4/22/09



---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                                    Debtors.                   :    (Jointly Administered)
                                                               :
                                                               :
---------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

>   Weil, Gotshal & Manges LLP
>   767 Fifth Avenue
>   New York, New York 10153
>   Attn:   Jennifer Sapp
>           Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:
   Reilly Pozner LLP, 511 Sixteenth Street, Ste. 700, Denver, CO 80202

2. Date of retention:   6/2007

3. Type of services provided (accounting, legal, etc.):   legal/litigation

4. Brief description of services to be provided:
   Reilly Pozner LLP represents Lehman and its subsidiaries in a variety of litigation matters. Reilly Pozner's principal role has been to bring suit against mortgage loan originators and secondary market sellers for breaches of representations and warranties concerning the quality of the loans.

5. Arrangements for compensation (hourly, contingent, etc.): hourly

   (a)   Average hourly rate (if applicable): approximately $300.00

  (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition): $127,076.75

6. Prepetition claims against the Debtors held by the firm: None

  Amount of claim: $_____

  Date claim arose: _____

  Source of Claim: _____

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm: None

  Name: _____

  Status: _____

  Amount of Claim: $_____

  Date claim arose: _____

  Source of claim: _____

8. Stock of the Debtors currently held by the firm:

  Kind of shares: None

  No. of shares: None

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

  Name: None known

  Status: None known

  Kind of shares: N/A

  No. of shares: N/A

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

  None.

11. Name of the individual completing this form:

Michael A. Rollin