Lee S. Attanasio
David H. Lee
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys for*
*KKR Debt Investors (2006) (Ireland) LP*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )   s.s.:
COUNTY OF NEW YORK       )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On November 28, 2008 I caused to be served true and correct copy of the LIMITED OBJECTION TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS by email upon the following parties:, Jacqueline.marcus@weil.com, mailto:sreisman@curtis.com, ddunne@milbank.com, dodonnell@milbank.com; by facsimile upon the Office of the United States Trustee, 33

2

Whitehall Street, New York, New York 10004, (212) 668-2255 (fax); and by Federal Express for overnight delivery upon those parties listed on the service list annexed hereto as Exhibit "A".

      /s/ Eileen A. McDonnell_____
      EILEEN A. MCDONNELL

Sworn to before me this
4th day of December 2008

/s/Liisi Vanaselja_____
Notary Public, State of New York
No. 01VA6060880
Qualified in Queens County
Commission Expires 06/25/2011

## **EXHIBIT "A"**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Jacqueline Marcus, Esq.

Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York  10004
Attn: Andy Velez-Rivera, Esq.
       Paul Schwartzberg, Esq.
       Brian Masumoto, Esq.
       Linda Riffkin, Esq.
      Tracy Hope Davis, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York  10005
Attn: Dennis F. Dunne, Esq.
       Dennis O'Donnell, Esq.
       Evan Fleck, Esq.

3

NY1 6812185v.1