Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> Lehman Brothers Holdings Inc., <u>et al</u>. <br><br> Debtors. | Chapter 11 Case No. <br><br> 08-13555 (JMP) <br> (Jointly Administered) |
| In re: <br><br> Lehman Brothers Holdings Inc., <br><br> Debtor. | Case No. 08-01420 (JMP) <br> SIPA <br><br> <u>CERTIFICATE OF SERVICE</u> |

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 2nd day of December 2008, the Reply to Responses to Motion of Barclays Capital Inc. for Relief Concerning Certain Contracts Erroneously Posted with the "Closing Date Contracts", dated December 2, 2008 and including Exhibit A was served by hand upon:

> Richard P. Krasnow, Esq.
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153

>Andy Velez-Rivera, Esq.
>Office of the United States Trustee
>   for the Southern District of New York
>33 Whitehall Street, 21st Floor
>New York, NY  10004
>
>Dennis F. Dunne, Esq.
>Milbank, Tweed, Hadley & McCloy LLP
>1 Chase Manhattan Plaza
>New York, NY  10005
>
>Robinson B. Lacy, Esq.
>Sullivan & Cromwell LLP
>125 Broad Street
>New York, NY  10004
>
>David W. Wiltenburg, Esq.
>Hughes Hubbard  Reed LLP
>One Battery Park Plaza
>New York, NY  10004

2.  This service was made by assistant managing clerks of this firm under my general supervision.

Dated:   New York, New York
         December 2, 2008

>                           s/Richard V. Conza
>                           Richard V. Conza