WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Sarah N. Campbell

– and –

WHITE & CASE LLP
Bockenheimer Landstrasse 20
60323 Frankfurt am Main, Germany
Telephone: + 49 69 29994 0
Facsimile: + 49 69 29994 1444
Michael Ruetzel
Ulf Kreppel
Katarina Stahl

*Attorneys for German Association of Savings Banks*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>                                        Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 9010(b) and 11 U.S.C. § 1109(b), the undersigned hereby appears in the above-captioned Chapter 11 cases (the "Chapter 11 Cases") as counsel for German Association of Savings Banks ("DSGV"), a creditor and party in interest in this proceeding, and, pursuant to Fed. R. Bankr. P. 2002, 3017(a) and 9007, hereby requests that all notices given or required to be given and all papers and pleadings served or

required to be served in the Chapter 11 Cases (including, but not limited to, all papers filed and served in all adversary proceedings in the Chapter 11 Cases, and all notices mailed to statutory committees or their authorized agents and to creditors and equity security holders who file with the Court a request that all notices be mailed to them), whether sent by the Clerk of the Court, the debtors, or any creditor, committee, or party in interest, be given to and served upon the persons below at the following addresses, and that such names and addresses be added to any master mailing list:

Michael Ruetzel<br>
Ulf Kreppel<br>
Katarina Stahl<br>
WHITE & CASE LLP<br>
Bockenheimer Landstrasse 20<br>
60323 Frankfurt am Main, Germany<br>
Telephone: + 49 69 29994 0<br>
Facsimile: + 49 69 29994 1444<br>
Email: mruetzel@whitecase.com<br>
ukreppel@whitecase.com<br>
kstahl@whitecase.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only the notices, papers, and pleadings referenced in the above-noted Federal Rules of Bankruptcy Procedure but also, without limitation, orders on and notices of any motion, application, petition, pleading, plan of reorganization, disclosure statement, or complaint, whether formal or informal, written or oral, transmitted or conveyed by mail, telephone, telecopy, or otherwise in these cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury

in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, actions, defenses, setoffs, recoupments, or other matters under any agreement, law or equity. All of such rights hereby are reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these cases.

Dated: New York, New York
December 4, 2008

WHITE & CASE LLP

_____
Sarah N. Campbell
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113

- and –

WHITE & CASE LLP
Bockenheimer Landstrasse 20
60323 Frankfurt am Main, Germany
Telephone: + 49 69 29994 0
Facsimile: + 49 69 29994 1444
Michael Ruetzel
Ulf Kreppel
Katarina Stahl

*Attorneys for German Association of Savings Banks*