LOVELLS LLP
Robin E. Keller, Esq.
590 Madison Avenue
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:

LEHMAN BROTHERS HOLDING INC., et. al.,

              Debtors.

Chapter 11

Case No. 08-13555 (jmp)

(Jointly Administered)

---------------------------------------------------------------------X

**VERIFIED STATEMENT OF LOVELLS LLP PURSUANT TO**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Lovells LLP ("Lovells") as attorneys for the entities listed on Exhibit A hereto (collectively, the "Entities"), in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc., and its debtor affiliates (collectively, the "Debtors"), makes this Statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Lovells has been retained by the Entities in connection with the Debtors' cases.

2. Each of the Entities may hold claims against and/or interests in various Debtors arising at various times pursuant to agreements with the Debtors, and/or under statutory and/or common law and/or at equity. The Entities may also hold additional claims against and/or interests in the Debtors that do not fall within the scope of Lovells' representation of such Entities.

3. The specific nature and amounts of the claims held by the Entities will be set forth in proofs of claim filed against the relevant Debtors' estates.

4. The following are the facts and circumstances in connection with Lovells' employment in these cases. Lovells represented each of the Entities and certain of their affiliates in matters unrelated to Lehman prior to the commencement of the Debtors' chapter

11 cases. Each of the Entities separately requested that Lovells represent them in connection with issues and claims generated by the filing of the Debtors' chapter 11 cases.

5. Lovells also represents or advises, or may have represented or advised, other parties in interest with respect to these cases that have not been included in this Statement because such parties have not instructed Lovells to appear in these cases on their behalf. These parties in interest may include commercial and investment banks, hedge funds, and other financial institutions and parties to various agreements with the Debtors.

6. In the past, Lovells provided certain legal services to certain of the Debtors or their affiliates. In this respect, Lovells possesses claims for legal services rendered to Lehman Brothers Inc., which are being reviewed by Lovells. Lovells may also have similar claims against Lehman entities located in Europe and Asia. In addition, Lovells may at some future time seek to have its fees and disbursements paid by the Debtors' estate pursuant to the Bankruptcy Code. Upon information and belief, Lovells does not hold any equity interest in the Debtors.

7. Lovells reserves the right to supplement or amend this Statement in the future.

8. The undersigned declares under penalty of perjury that the statements made herein are true and accurate, to the best of her knowledge, information and belief.

Dated: New York, New York  
       December 4, 2008

By: /s/ *Robin E. Keller*  
Robin E. Keller, Esq  
Lovells LLP  
590 Madison Avenue  
New York, New York 10022  
Tel: (212) 909-0600  
Fax: (212) 909-0660

# EXHIBIT A

| **Creditor** | **Address** |
| --- | --- |
| Standard Chartered Bank | 1 Madison Avenue, 3rd Floor<br>New York, NY 10010 |
| Lloyds TSB Bank plc | 1251 Avenue of the Americas, 39th Floor<br>New York, NY 10020 |
| QVT Financial, LP | 1177 Avenue of the Americas<br>New York, NY 10036 |
| BRE Bank S.A. | ul. Senatorska 18<br>00-950 Warszawa, P.O. Box 728 |
| Carlton Communications Limited | 200 Gray's Inn Road, 7th Floor<br>London, WC1X 8HF, United Kingdom |
| Instituto de Crédito Oficial | Paseo del Prado 4<br>28014 Madrid, Spain |