Robert W. Dremluk (RD 3109)
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5269
Facsimile: (212) 218-5526

James B. Sowka
**SEYFARTH SHAW LLP**
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5325
Facsimile: (312) 460-7325

*Counsel for Nelson Westerberg, Inc., DBA Atlas Van Lines, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
| | |
|---|---|
| In re : | Chapter 11 |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., : | Case No. 08-13555 (JMP) |
| : | |
| Debtor. : | |
| : | |
| : | |

------------------------------------- x

**NOTICE OF: (1) WITHDRAWAL OF OBJECTION [Dkt. No. 846] OF
NELSON WESTERBERG, INC., *DBA* ATLAS VAN LINES, INC., TO
DEBTOR'S PROPOSED CURE AMOUNT TO ASSUMED AND ASSIGNED
EXECUTORY CONTRACT; AND (2) WITHDRAWAL
<u>OF APPEARANCE FROM ECF SERVICE LIST</u>**

PLEASE TAKE NOTICE that Nelson Westerberg, Inc., *DBA* Atlas Van Lines, Inc.,

hereby: (1) withdraws its Objection [Dkt. No. 846] to Debtor's Proposed Cure Amount to

CH1 11623570.1

Assumed and Assigned Executory Contract; and (2) withdraws the appearance of the undersigned attorney from the ECF service list.

| | |
|---|---|
| Dated: New York, New York, December 4, 2008 | Respectfully Submitted:<br><br>**SEYFARTH SHAW LLP**<br><br>By: /s/ Robert W. Dremluk<br>Robert W. Dremluk (RD 3109)<br>620 Eighth Avenue, 32nd Floor<br>New York, New York 10018<br>Telephone: (212) 218-5269<br>Facsimile: (212) 218-5526<br><br>*Counsel for Nelson Westerberg, Inc.,*<br>*DBA Atlas Van Lines, Inc.* |

Robert W. Dremluk (RD 3109)
**SEYFARTH SHAW LLP**
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Telephone: (212) 218-5269
Facsimile: (212) 218-5526

James B. Sowka
**SEYFARTH SHAW LLP**
131 S. Dearborn St., Suite 2400
Chicago, IL 60603
Telephone: (312) 240-5325
Facsimile: (312) 240-7325

*Counsel for Nelson Westerberg, Inc., DBA Atlas Van Lines, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
In re                               :   Chapter 11
                                    :
LEHMAN BROTHERS HOLDINGS INC.,      :   Case No. 08-13555 (JMP)
                                    :
        Debtor.                     :
                                    :
                                    :
------------------------------------x

## CERTIFICATE OF SERVICE

I, James B. Sowka, hereby certify that, on December 4, 2008, I caused a copy of the foregoing NOTICE OF (1) WITHDRAWAL OF OBJECTION [Dkt. No. 846] OF NELSON WESTERBERG, INC., *DBA* ATLAS VAN LINES, INC., TO DEBTOR'S PROPOSED CURE AMOUNT TO ASSUMED AND ASSIGNED EXECUTORY CONTRACT; AND (2) WITHDRAWAL OF APPEARANCE FROM ECF SERVICE LIST to be served: (a) electronically on those entities who receive notice through the ECF system and who are listed on the attached Service List; (b) and upon those other parties identified on the attached Service List by having the same deposited into the United States Mail chute located at 131 South Dearborn

3

CH1 11623570.1

Street, Chicago, Illinois 60603, in properly-addressed envelopes affixed with sufficient first-class postage prepaid.

        /s/ James B. Sowka

CH1 11623570.1

## SERVICE LIST

**U.S. Mail**

United States Trustee
Attn: Andrew D. Velez-Rivera
33 Whitehall Street
21st Floor
New York, NY 10004

**CM/ECF Electronic Mail Distribution**

Counsel for the Debtors
Attn: Shai Y. Waisman
Weil, Gotshal, Manges LLP
shai.waisman@weil.com

Counsel for the SIPC Trust
Attn: Jeffery S. Margolin
Hughes Hubbard & Reed LLP
margolin@hugheshubbard.com

Counsel for the Purchaser
Attn: Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
lschweitzer@cgsh.com

Jeffrey S. Margolin
Counsel for James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc.
Hughes Hubbard & Reed
margolin@hugheshubbard.com

James Tecce
Counsel for the Official Committee of Unsecured Creditors
Quinn Emanuel Urquhart Oliver & Hedges
jamestecce@quinnemanuel.com

CH1 11623570.1