**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,[1] | Case No. 08-13555 (JMP) |
| **Debtors.** | **(Jointly Administered)** |

NOTICE OF WITHDRAWAL OF SUMTOTAL SYSTEMS, INC.'S
OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT (DOCKET NO. 500)

**PLEASE TAKE NOTICE** that SumTotal Systems, Inc. hereby withdraws its *Objection to Debtors' Proposed Cure Amount* (the "Objection").

**PLEASE TAKE FURTHER NOTICE** that the Objection was electronically filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, (the "Court") on October 1, 2008, and is referenced as document number 500 on the Court's electronic filing docket.

Dated:  December 4, 2008

COOLEY GODWARD KRONISH LLP

  /s/  J. Michael Kelly
J. Michael Kelly (CA 133657)
Gregg S. Kleiner (CA 141311)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2076
Facsimile:  (415) 693-2222
Email: kellyjm@cooley.com

Gregory Plotko (GP 9234)
The Grace Building
1114 Avenue of the Americas, 46th Floor
New York, NY 10036-7798
Telephone:  212-479-6146
Facsimile:  212-479-6275
E-mail:  gplotko@cooley.com

Attorneys for SUMTOTAL SYSTEMS, INC.

---

[1] The debtors-in-possession herein are Lehman Brothers Holdings, Inc. and LB 745 LLC.

CERTIFICATE OF SERVICE

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward Kronish LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On December 4, 2008, I served the foregoing document(s) described as:

**NOTICE OF WITHDRAWAL OF SUMTOTAL SYSTEMS, INC.'S OBJECTION TO DEBTORS' PROPOSED CURE AMOUNT (DOCKET NO. 500)**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list:

*Debtor's Counsel*
Richard P. Krasnow
Lori R. Fife
Shai Waisman
Jacqueline Marcus
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

*SIPC Trustee's Counsel*
Jeffery S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

*Purchaser's Counsel*
Lindsee P. Granfield and Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

*U.S. Trustee*
Brian Shoichi Masumoto
Office of the U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

*Post-Petition Lenders' Counsel*
Robinson B. Lacy
Hydee R. Feldstein
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004

*Creditors Committee Counsel*
Dennis F. Dunne
Luc A. Despins
Wilbur F. Foster, Jr.
Milbank, Tweed, hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Paul Aronzon
Gregory A. Bray
Milbank, Tweed, hadley & McCloy LLP
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017

__XX__   (BY FIRST CLASS MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for

1105740 v1/SF

mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 4, 2008 at San Francisco, California.

/s/  Kris Tsao Cachia
Kris Tsao Cachia

1105740 v1/SF