**KANE KESSLER, P.C.**
1350 Avenue of the Americas
New York, NY 10019-4896
Phone: 212-541-6222
Facsimile: 212-245-3009
Robert Kolodney (RK-2605)

Counsel to DiscoverReady LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re                                                                          **Chapter 11**

**LEHMAN BROTHERS HOLDING INC., et al.**       Case No. 08-13555(JMP)

                                                                              (Jointly Administered)
                        **Debtors.**
-----------------------------------------------------------------X

**DISCOVERREADY'S WITHDRAWAL OF OBJECTION [DOCKET #824] TO REVISED CURE AMOUNT PROPOSED BY DEBTORS WITH RESPECT TO DISCOVERREADY LLC'S CLOSING DATE CONTRACT AS SET FORTH IN SEPTEMBER 20, 2008 COURT ORDER [DOCKET #258]**

  COMES NOW, DiscoverReady LLC ("DiscoverReady"), by and through counsel, Kane Kessler, P.C., and states as follows:

  1. DiscoverReady having been paid on its asserted cure payment, hereby withdraws its objection [docket entry #824].

  2. DiscoverReady respectfully requests that the records of this honorable court reflect its voluntary and knowing withdrawal.

#303227.1

Dated: December 5, 2008　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Robert Kolodney_____
　　　　　　　　　　　　　　　　　　　　Robert Kolodney (RK-2605)
　　　　　　　　　　　　　　　　　　　　**KANE KESSLER, P.C.**
　　　　　　　　　　　　　　　　　　　　1350 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, NY 10019-4896
　　　　　　　　　　　　　　　　　　　　Phone: 212-541-6222
　　　　　　　　　　　　　　　　　　　　Facsimile: 212-245-3009
　　　　　　　　　　　　　　　　　　　　*Attorneys for DiscoverReady LLC*

## **CERTIFICATE OF SERVICE**

　　　　I hereby certify that a copy of the foregoing Withdrawal of Objection to Revised Cure Amount Proposed by Debtors with Respect to DiscoverReady, LLC's Closing Date Contract As Set Forth in September 20, 2008 Court Order [Docket #258] was served on the parties listed below via U.S. Mail, postage prepaid, on December 5, 2008:

Weil, Gotshal & Manges LLP
Attn: Lori R. Fife and Shai Y. Waisman
767 Fifth Avenue
New York, NY 10153-0119

Hughes Hubbard & Reed LLP
Attn: Jeffrey S. Margolin
One Battery Park Plaza
New York, NY 10004

Cleary Gottlieb Steen & Hamilton LLP
Attn: Lindsee P. Granfield and Lisa M. Schweitzer
One Liberty Plaza
New York, NY 10006

　　　　　　　　　　　　　　　　　　　　/s/ Robert Kolodney_____
　　　　　　　　　　　　　　　　　　　　　Robert Kolodney

#303227.1