STEVEN T. GUBNER (CA SBN 156593)
COREY R. WEBER (CA SBN 205912)
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099

Counsel for City of Long Beach

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In re:<br><br>LEHMAN BROTHERS HOLDINGS, et al.,<br><br>Debtors. | Case No. 08-13555 (JMP)<br><br>Chapter 11<br><br>(Jointly Administered) |
|---|---|

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Corey R. Weber, a member in good standing of the Bar of the State of California and the bar of the United States District Court for the Central District of California, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the City of Long Beach, in the above-referenced case.

My address is 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.

My email address is cweber@ebg-law.com; telephone number is (818) 827-9000; facsimile number is (818) 827-9099.

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice **pro hac vice**.

Dated: December 1, 2008
       Woodland Hills, California

EZRA BRUTZKUS GUBNER LLP

By: _____
         COREY R. WEBER

Counsel for City of Long Beach