Roy H. Carlin, PC (RC9925)
Of Counsel
Breslow & Walker, LLP
767 Third Avenue
New York, NY 10017
Tel: (212) 832-1930
Fax: (212) 888-4955

Attorney for PT. Bank Negara Indonesia (Persaro) Tbk.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                                              :    Chapter 11
                                                                   :
LEHMAN BROTHERS HOLDINGS INC.,                                     :    Case No. 08-13555(JP)
     et al.                                                        :
                    Debtors.                                       :
                                                                   :
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned herby appear as counsel for PT. Bank Negara Indonesia (Persaro) Tbk. ("BNI"), a party-in-interest in the above-captioned chapter 11 bankruptcy case, pursuant to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002, 9007 and 9010 and pursuant to 11 US 102(1) and 1109(b), and hereby request it be added to the mailing list maintained by the Clerk of the Bankruptcy Court for this chapter 11 case and that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, telephone numbers, facsimile numbers and email addresses indicated:

        Roy H. Carlin, PC, Of Counsel
        Breslow & Walker, LLP
        767 Third Avenue
        New York, NY 10017
        Telephone: (212) 832-1930
        Facsimile: (212) 888-4955
        Email: rcarlin@breslowwalker.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports, statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned case, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the creditors are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 19, 2008
New York, New York

Roy H. Carlin, PC (RC9925)