HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | ) ) ) | Case Nos. 08-13555-JMP (Jointly Administered) |
| Debtors. | ) ) | |

**NOTICE OF WITHDRAWAL OF**
**NOTICE PURSUANT TO 11 U.S.C § 546(b)**
**OF INTENT TO ENFORCE MECHANIC'S LIENS**

In reliance on the partial cure payment made by Barclays Capital Inc. to Costello Maione Schuch Inc. dba CMS Innovative Consultants ("CMS"), CMS hereby withdraws, without prejudice, its Notice Pursuant to 11 U.S.C. § 546(b) Of Intent to Enforce Mechanic's Liens [Docket No. 1037] filed October 15, 2008.

Dated this 5th day of December, 2008.

By: /s/ Bradford E. Dempsey_____
Bradford E. Dempsey (CO #30160)
(admitted *pro hac vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

*Attorneys for Costello Maione Schuch Inc. dba*
*CMS Innovative Consultants*

#1376225 v1 den

HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
(303) 871-7000
Bradford E. Dempsey (CO #30160) (*admitted pro hac vice*)

*Attorneys for Costello Maione Schuch Inc. dba
CMS Innovative Consultants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | ) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC. *et al.* | ) Case Nos. 08-13555-JMP ) (Jointly Administered) |
| Debtors. | ) |

CERTIFICATE OF SERVICE

    I hereby certify that on December 5, 2008, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF NOTICE PURSUANT TO 11 U.S.C § 546(b) OF INTENT TO ENFORCE MECHANIC'S LIENS** was served to all parties receiving notice through CM/ECF, and that copies were placed in the United States Mail, postage pre-paid, addressed to the following:

Harvey R. Miller
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jacqueline Marcus
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Shai Waisman
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

#1376225 v1 den

James W. Giddens, Trustee for the
SIPA Liquidation of Lehman Brothers
c/o Jeffrey S. Margolin
Hughes Hubbard & Reed
1 Battery Park Plaza
New York, NY 10004

Epiq Bankruptcy Solutions, LLC
Claims Agent
757 Third Avenue, 3rd Floor
New York, NY 10017

Official Committee of Unsecured Creditors
c/o James Tecce
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Avenue, 22nd Floor
New York, NY 10010

Dennis F. Dunne
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

Paul Aronzon
Milbank Tweed Hadley & McCloy LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA  90017

BP 399 Park Avenue, LLC
Boston Properties, Inc.
599 Lexington Avenue
New York, New York 10022

Rock-Forty-Ninth, LLC
c/o The Rockefeller Group
1221 Avenue of the Americas
New York, New York 10020

Corporate Park Associates
10 Corporate Place South
Piscataway, NJ 08854

JMB Realty Corporation
900 North Michigan Avenue, Suite 1400
Chicago, IL 60611

#1376225 v1 den

Constellation Place, LLC
900 North Michigan Avenue, Suite 1400
Chicago, IL 60611

Ford Land Company
3000 Sand Hill Road
Menlo Park, CA

SP4 190 S. LaSalle, L.P.
190 S. La Salle Street
Chicago, IL 60603

SP4 190 S. LaSalle, L.P.
311 S. Wacker Drive
Chicago, IL 60606

Stilwell Family Trust LLC
60 Capanna Street
Pismo Beach, CA 93449-2868

AJ Realty Co. Heritage LLC
1954 Sherwood Gln.
Bloomfield, MI 48302-1172

91 Beacon Street Trust – Heritag
14 Greenwood Street
Newton, MA 02459-2741

By:  /s/Bradford E. Dempsey_____
Bradford E. Dempsey (CO #30160)
(admitted *pro hac vice*)
HOLME ROBERTS & OWEN LLP
1700 Lincoln, Suite 4100
Denver, Colorado 80203
(303) 861-7000
Fax: (303) 866-0200
E-Mail: brad.dempsey@hro.com

#1376225 v1 den