Douglas S. Heffer (DH6082)
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Phone:  (212) 682-7474
Fax:  (212) 682-2329
email:  dheffer@foley.com

-and-

Edwin D. Mason (admitted *pro hac vice*)
Joanne Lee *(*admitted *pro hac vice*)
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone:  (312) 832-4500
Fax:  (312) 832-4700
email: jlee@foley.com

*Attorneys for Trading Technologies International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | CHAPTER 11 |
| | Jointly Administered |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | |
| | Case No. 08-13555 (JMP) |
| Debtors. | |

## NOTICE OF WITHDRAWAL

Trading Technologies International, Inc. ("Trading Technologies"), by and through its attorneys, hereby withdraws its Cure Objection, identified as docket entry number 538, filed in the above-captioned cases on October 2, 2008.  The parties have resolved the objection.

Dated:  December 5, 2008
New York, New York

/s/ *Douglas S. Heffer*
Douglas S. Heffer (DH6082)
FOLEY & LARDNER LLP
90 Park Avenue

CHIC_3776304.1

New York, NY 10016
Phone:  (212) 682-7474
Fax:  (212) 682-2329
email:  dheffer@foley.com

-and-

Edwin D. Mason *(admitted pro hac vice)*
Joanne Lee *(admitted pro hac vice)*
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654
Phone:  (312) 832-4500
Fax:  (312) 832-4700
Email: jlee@foley.com

2

## CERTIFICATION OF SERVICE

Katherine E. Hall, of full age, certifies as follows:

I am a Paralegal employed with the firm of Foley & Lardner LLP, Attorneys for

Trading Technologies International, Inc. listed in the documents herein.

On December 5, 2008, I filed the foregoing NOTICE OF WITHDRAWAL,

electronically with the United States Bankruptcy Court for the Southern District of New York.

The following were served pursuant to the Procedures for Resolving Cure

Amounts for Closing Date Contracts September 22, 2008, at the addresses set forth herein via

overnight delivery:

| | |
|---|---|
| *(Courtesy Copy)* <br> Hon. James M. Peck <br> One Bowling Green <br> New York, NY 10004-1408 <br> Courtroom: 601 | Attorneys for Lehman Brothers Holdings, <br> Inc. and LB745 LLC <br> Weil, Gotshal & Manges LLP <br> 767 Fifth Avenue <br> New York, NY 10153-0119 <br> (Attn: Lori R. Fife and Shai Y. Waisman) |
| Attorneys for the Purchaser <br> Cleary Gottlieb Steen & Hamilton LLP <br> One Liberty Plaza <br> New York, NY 10006 <br> (Attn: Lindsee P. Granfield and Lisa M. Schweitzer) | Attorneys for the SIPC Trustee <br> Hughes Hubbard & Reed LLP <br> One Battery Park Plaza <br> New York, NY 10004 <br> (Attn: Jeffery S. Margolin) |

           /s/ Katherine E. Hall

Sworn to before me this
5th day of December, 2008
/s/ Yolanda C. Peña
Notary Public, State of Illinois

3

CHIC_3776304.1