Ira L. Herman
Demetra L. Liggins
**THOMPSON & KNIGHT LLP**
919 Third Avenue, 39th Floor
New York, New York 10022-3915
(212) 751-3001 Telephone
(212) 751-3113 Facsimile

Rhett G. Campbell
Mitchell E. Ayer
**THOMPSON & KNIGHT LLP**
333 Clay Street, Suite 3300
Houston, TX 77002-4499
(713) 654-8111 Telephone
(713) 654-1799 Facsimile
**Attorneys for Chevron U.S.A. Inc.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

JOINDER OF CHEVRON U.S.A. INC. TO DIRECT ENERGY BUSINESS, LLC
AND ENERGY AMERICA LLC'S LIMITED OBJECTION AND RESERVATION
OF RIGHTS TO THE DEBTORS' MOTION PURSUANT TO SECTIONS 105 AND 365
OF THE BANKRUPTCY CODE TO ESTABLISH PROCEDURES FOR THE
SETTLEMENT OR ASSUMPTION AND ASSIGNMENT OF
PREPETITION DERIVATIVE CONTRACTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Chevron U.S.A. Inc. ("Chevron") and files this Joinder to the Limited Objection and Reservation of Rights of Direct Energy Business, LLC and Energy America LLC to the Debtors' Motion Pursuant to Sections 105 and 365 of the Bankruptcy Code to Establish

Procedures for the Settlement or Assumption and Assignment of Prepetition Derivative Contracts ("Motion") and incorporates the same for all purposes.[1]

### Reservation of Rights

Chevron reserves any and all applicable rights at law or equity, including the right to amend or supplement this Limited Objection and to join in the objection of any Counterparty or other party to the Motion.

**WHEREFORE, PREMISES CONSIDERED,** for the reasons set forth herein, Chevron prays that the Court address the above objections, for entry of an Order preserving its rights and remedies, and granting such other and further relief as this Court may deem just or proper.

Dated: New York, New York
December 5, 2008.

---

[1] Chevron terminated, *inter alia*, the following contracts with Lehman Brothers Commodity Services, Inc.: Contract No. LEH08TB001 dated August 20, 2008; Contract No. LEH08TB002 dated August 26, 2008; Contract No. LEH08TB003 dated September 5, 2008; and ISDA Master Agreement between Chevron U.S.A. Inc. and Lehman Brothers Commodity Services Inc., dated as of March 1, 2007 (together with any schedules, exhibits (including, without limitation, credit support documents) and amendments thereto, and all confirmations exchanged pursuant to transactions entered into in connection therewith.

Respectfully submitted,

By: /s/ Demetra L. Liggins
    **THOMPSON & KNIGHT LLP**
    Ira L. Herman
    Demetra L. Liggins
    919 Third Avenue, 39th Floor
    New York, New York 10022-3915
    (212) 751-3001 Telephone
    (212) 751-3113 Facsimile

    **THOMPSON & KNIGHT LLP**
    Rhett G. Campbell
    Mitchell E. Ayer
    333 Clay Street, Suite 3300
    Houston, TX 77002-4499
    (713) 654-8111 Telephone
    (713) 654-1871 Facsimile

    ATTORNEYS FOR CHEVRON U.S.A. INC.