SIDLEY AUSTIN LLP
Robert W. Hirth (RH-2526)
Lee S. Attanasio (LA-3054)
787 Seventh Avenue
New York, New York 10019
Tel: (212) 839-5300
Fax: (212) 839-5599

Attorneys for Plaintiff The Options Clearing Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
In re                                           :
                                                :
                                                :    Case No. 08-01420 (JMP) SIPA
LEHMAN BROTHERS INC.,                           :
                                                :
        Debtor.                                 :
------------------------------------------------x
------------------------------------------------x
THE OPTIONS CLEARING CORPORATION,               :
                                                :
        Interpleader Plaintiff,                 :    Adversary Proceeding
                                                :    No._____
    v.                                          :
                                                :
BARCLAYS CAPITAL INC., AUSTRALIA &              :
NEW ZEALAND BANKING GROUP LTD.,                 :
BANK OF TOKYO-MITSUBISHI UFJ, LTD.,             :
LLOYDS TSB BANK plc, and JAMES W.               :
GIDDENS, in his capacity as Trustee for         :
Lehman Brothers Inc.                            :
                                                :
        Interpleader Defendants.                :
------------------------------------------------x

## RULE 7007.1 STATEMENT

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and to enable

Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for interpleader plaintiff The Options Clearing Corporation ("OCC") hereby

certifies that the following are publicly held corporations that directly or indirectly own 10% or more of OCC's equity interests:

>   NASDAQ OMX Group, Inc.
>   NYSE Euronext, Inc.
>   Deutsche Börse AG

Dated: New York, New York
       December 4, 2008

SIDLEY AUSTIN LLP

By: *Robert W Hirth* (signature)

Robert W. Hirth (RH-2526)
Lee Attanasio (LA-3054)
787 Seventh Avenue
New York, New York 10019
(212) 839-5300

Attorneys for Plaintiff
The Options Clearing Corporation