UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:  Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,  Case No. 08-13555 (JMP)

Debtor.
------------------------------------------------------------X

## ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF COREY R. WEBER

UPON the motion of Corey R. Weber dated December 4, 2008, for admission *pro hac vice* in this bankruptcy proceeding; it is hereby

**ORDERED**, that Corey R. Weber is admitted to practice, *pro hac vice* in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
December 8, 2008

                                                *s/ James M. Peck*
                                                UNITED STATES BANKRUPTCY JUDGE