Howard D. Ressler, Esquire
Sheila M. Gowan, Esquire
Joan M. Secofsky, Esquire
**DIAMOND McCARTHY LLP**
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499

Stephen T. Loden, Esquire
**DIAMOND McCARTHY LLP**
Two Houston Center
909 Fannin Street, Suite 1500
Houston, Texas 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555(JMP) (Jointly Administered) |
| Debtors. | : | |

-------------------------------------------------------x

### AMENDED VERIFIED STATEMENT OF DIAMOND MCCARTHY LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Diamond McCarthy LLP ("Diamond") herby submits this amended verified statement ("Amended Verified Statement") pursuant to Fed. R. Rules of Bankr. P. 2019(a), and states as follows:

1. Diamond appears on behalf of the entities (the "Entities") listed below:

   a. Diversified Credit Investments LLC, as Agent
      for the Government of Singapore Investment
      Corporation PTE Ltd.
      168 Robinson Road
      Suite 37-01
      Capital Tower

154827-1

        Singapore 068912
        Singapore

b.   DCI Umbrella Fund PLC, an Umbrella Fund with Segregated Liability Sub-Funds, on Behalf of Diversified Credit Investments Fund One
Block D, Iveagh Court
Harcourt Road
Dublin 2, Ireland

c.   DCI Asset Management Ireland Limited as Manager of DCI Long-Short Credit Fund
Block D
Iveagh Court
Harcourt Road
Dublin 2, Ireland

d.   The Kiyo Bank, Ltd.
1-35 Honmachi
Wakayama, Japan

e.   The Kyoei Fire & Marine Ins. Co., Limited
18-6 Shimbashi 1-Chome, Minatoku
Tokyo, Japan 105-8604

2.   Each of these Entities hold claims against the Debtors arising out of applicable agreements, law or equity, pursuant to each of their relationships with the Debtors.

3.   Each of the Entities has separately requested that Diamond represent them in connection with the Debtors' chapter 11 cases.

4.   Diamond reserves the right to revise, supplement or amend this Amended Verified Statement at any time in the future.

5.   Upon information and belief, Diamond does not currently possess and has not possessed in the past any claims against or interests in any Debtors.

154827-1

6. Diamond makes this Amended Verified Statement solely for disclosure purposes pursuant to Rule 2019, and nothing herein is, or should be construed as, an admission, acknowledgement, or waiver by the Entities.

7. The undersigned hereby verifies under oath that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge, information and belief.

Dated: New York, New York
December 8, 2008

**DIAMOND McCARTHY LLP**

By: /s/ Howard D. Ressler
Howard D. Ressler, Esquire
Sheila M. Gowan, Esquire
Joan M. Secofsky, Esquire
620 Eighth Avenue, 39th Floor
New York, New York 10018
Telephone: (212) 430-5400
Facsimile: (212) 430-5499

-and-

Stephen T. Loden, Esquire
**DIAMOND McCARTHY LLP**
Two Houston Center
909 Fannin Street, Suite 1500
Houston, Texas 77010
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

154827-1

**EXHIBIT A**

Diversified Credit Investments LLC, as Agent
for the Government of Singapore Investment
Corporation PTE Ltd.
168 Robinson Road
Suite 37-01
Capital Tower
Singapore 068912
Singapore


DCI Umbrella Fund PLC, an Umbrella Fund
with Segregated Liability Sub-Funds, on Behalf
of Diversified Credit Investments Fund One
Block D, Iveagh Court
Harcourt Road
Dublin 2
Ireland


The Kiyo Bank, Ltd.
1-35 Honmachi
Wakayama, Japan


The Kyoei Fire & Marine Ins. Co., Limited
18-6 Shimbashi 1-Chome, Minatoku
Tokyo, Japan 105-8604


154827-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:                                          :        Chapter 11

LEHMAN BROTHERS HOLDINGS INC., et al.,          :        Case No. 08-13555(JMP)
                                                         (Jointly Administered)
                       Debtors.                 :

------------------------------------------------------------x

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

        NANCY SULLIVAN, being duly sworn, deposes and says:

    1.    I am not a party to the action, am over eighteen years of age and reside in Suffolk County, State of New York.

    2.    On December 8, 2008, I electronically filed the Amended Verified Statement of Diamond McCarthy LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019 and further certify that upon receipt of notice of electronic service of said Statement, true and correct copies will be served on December 8, 2008 by first class mail, postage prepaid, to any of the parties not noted as having received electronic service.

                                                                     */s/ Nancy Sullivan*
                                                                     NANCY SULLIVAN

Sworn to before me this
8th day of December, 2008

*/s/ Tasia Pavalis*
Notary Public

TASIA PAVALIS
Notary Public, State of New York
No. 31-4851729
Qualified in New York County
Commission Expires February 3, 20_10_