SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 383-0100

*Counsel for AgriBank, FCB*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | § | Chapter 11 |
|---|---|---|
| | § | |
| LEHMAN BROTHERS HOLDING INC., | § | Case No. 08-13555 (JMP) |
| | § | Jointly Administered |
| Debtor. | § | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that AgriBank, FCB hereby appears and demands, pursuant to rules 2002(g) and (i) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the case and all papers served or required to be served in the case be given to and served upon the undersigned counsel, at the address set forth below.

**Sutherland Asbill & Brennan LLP**
**1275 Pennsylvania Avenue, NW**
**Washington, DC  20004**
**Telephone:  (202) 383-0100**
**Facsimile: (202) 637-3593**
**Attn:  Mark D. Sherrill**

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referenced in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the debtors or property or proceeds in which the debtors may claim an interest.

8128563.1

Dated: December 8, 2008
       Washington, DC

                    SUTHERLAND ASBILL & BRENNAN LLP

                    By:   /s/ Mark D. Sherrill
                          Mark D. Sherrill
1275 Pennsylvania Avenue, NW
Washington, DC  20004
Tel:  (202) 383-0100

COUNSEL FOR AGFIRST FARM CREDIT BANK