# KATSKY | KORINS LLP

MEMBERS OF THE FIRM
ROBERT A. ABRAMS        GREGORY K. MARKS
RANDOLPH AMENGUAL       NEIL S. MILLER
MATTHEW DANOW           STEVEN H. NEWMAN
DAVID L. KATSKY         STEPHEN J. SWIATKIEWICZ
ADRIENNE B. KOCH        MERYL LYNN UNGER
EUGENE V. KOKOT         MARCY L. WACHTEL
ROY M. KORINS           MARK WALFISH
DENNIS C. KRIEGER       JOEL S. WEISS
THOMAS M. LOPEZ         ELIAS M. ZUCKERMAN

WRITER'S DIRECT DIAL | 212.716.3235
WRITER'S DIRECT FAX  | 212.716.3335
WRITER'S EMAIL       | snewman@katskykorins.com
OUR REFERENCE        | 18160-172

December 8, 2008

**BY FEDERAL EXPRESS**
Honorable James M. Peck
United States Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:  Lehman Brothers Holdings Inc., et.al.
     Case No. 08-13555 (JMP)

Dear Judge Peck:

This firm is co-counsel to Tuxedo Reserve Owner LLC and Tuxedo TPA Owner LLC (collectively, the "Tuxedo Parties").

This letter confirms that the motion of the Tuxedo Parties for an order pursuant to Bankruptcy Code Sections 105, 363 and 1107 authorizing and compelling actions by Debtors as agent and lender under loan facility and granting related relief [Docket No. 1435] has been adjourned on consent of the parties from December 16, 2008 to January 28, 2009 at 10:00 a.m., and that the parties have agreed that any objections to the motion must be filed and received by counsel for the Tuxedo Parties not later than January 14, 2009.

Respectfully yours,

Steven H. Newman

cc:  Nellie Camerik, Esq.  (via telecopier, No. (305) 374-7159)
     Nancy A. Mitchell, Esq. (via telecopier, No. (212) 801-6400)
     Maria J. DiConza, Esq. (via telecopier, No. (212) 801-6400)
     David E. Bolen, Esq. (via telecopier, No. (212) 801-6400)
     Mark Walfish, Esq.

328030-1-W