UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                          :
In re                                                     :    Chapter 11 Case No.
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (JMP)
                                                          :
                    Debtors.                              :    (Jointly Administered)
                                                          :
                                                          :
----------------------------------------------------------------x

AFFIDAVIT AND DISCLOSURE STATEMENT OF Clifford M. J. Felig,

ON BEHALF OF Meitar Liquornik Geva & Leshem Brandwein


I, the undersigned, **Clifford M. J. Felig**, after having been cautioned that I must state the truth and that I shall be liable for the penalties prescribed by law if I do not do so, hereby declare as follows:

1. I am a Partner of Meitar Liquornik Geva & Leshem Brandwein, located at 16 Abba Hillel St., Ramat Gan, Israel (the "Firm").

2. Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), have requested that the Firm provide legal services to the Debtors with respect to the liquidation of Lehman Brothers Israel Inc., and the Firm has consented to provide such services.

3. The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11

NY2:\1940711\01\15LGN01!.DOC\58399.0003

cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the principals and regular employees of the Firm.

5. Neither I, nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. The Debtors owe the Firm $3,000 for prepetition services.

7. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of that inquiry, or at any time during the period of its employment, if the Firm

should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.[1]

I hereby declare that my name is **Clifford M. J. Felig**, that the signature which appears at the bottom of this page is my signature and that the contents of my Affidavit are the truth.

_____
Clifford M. J. Felig

I the undersigned, ___Israel Leshem___, Adv., hereby certify that Mr. Clifford M. J. Felig, has, after I forewarned him that he must declare the truth, lest he be liable to the penalties prescribed by law, confirmed the truth of his aforesaid declaration and signed thereupon in my presence.

11/26/08
_____        _____
Date                                                                  Signature of witness

---

[1] If necessary.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (JMP)
                                                                :
                                    Debtors.                    :    (Jointly Administered)
                                                                :
                                                                :
----------------------------------------------------------------x

## RETENTION QUESTIONNAIRE

TO BE COMPLETED BY PROFESSIONALS EMPLOYED BY LEHMAN BROTHERS HOLDINGS INC. OR ANY OF ITS DEBTOR AFFILIATES (collectively, the "Debtors")

DO NOT FILE THIS QUESTIONNAIRE WITH THE COURT.
RETURN IT FOR FILING BY THE DEBTORS, TO:

    Weil, Gotshal & Manges LLP
    767 Fifth Avenue
    New York, New York 10153
    Attn:  Jennifer Sapp
            Christopher Stauble

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1. Name and address of firm:

   Meitar Liquornik Geva & Leshem Brandwein, 16 Abba Hillel St., Ramat Gan, Israel

NY2:\1940711\01\15LGN01!.DOC\58399.0003                        4

2. Date of retention: November 20, 2008

3. Type of services provided (accounting, legal, etc.):

   Legal

4. Brief description of services to be provided:

   Liquidation of Lehman Brothers Israel Inc.

5. Arrangements for compensation (hourly, contingent, etc.)

   Hourly rates

   (a) Average hourly rate (if applicable):

   Partners: $250-425; Associates: $130-230; Articled clerks: $100

   (b) Estimated average monthly compensation based on prepetition retention (if firm was employed prepetition):

6. Prepetition claims against the Debtors held by the firm:

   Amount of claim: $3,000

   Date claim arose: April 2005

   Source of Claim: Advice to Paris office of Lehman Brothers in connection with issuance in Paris by Israeli company

7. Prepetition claims against the Debtors held individually by any member, associate, or professional employee of the firm:

   Name: None _____

   Status: _____

   Amount of Claim:  $_____

   Date claim arose: _____

   Source of claim: _____

   _____

   _____

   _____

8. Stock of the Debtors currently held by the firm:

   Kind of shares: None _____

   No. of shares: _____

9. Stock of the Debtors currently held individually by any member, associate, or professional employee of the firm:

   Name: None _____

   Status: _____

   _____

   Kind of shares: _____

   No. of shares: _____

10. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates with respect to the matters on which the above-named firm is to be employed.

None

_____

_____

_____

_____

11. Name of individual completing this form:

Clifford M. J. Felig