**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS, INC. et al.,        :    Case No. 08-13555 (JMP)
                                              :
         Debtors.                             :    (Jointly Administered)
                                              :
----------------------------------------------------------------x    Ref. Docket No. 2026
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 2, 2008, I served the "NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 3, 2008 AT 10:00 A.M.", dated December 2, 2008 [Docket No. 2026] by causing true and correct copies to be:

   a) delivered by email to those parties listed on the attached Exhibit "A", and

   b) delivered by facsimile to those parties listed on the attached Exhibit "B".

/s/ Herb Baer
Herb Baer

Sworn to before me this
5th day of December, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

**Email Addresses - Combined Master Service List and List of Movants for 12/3/2008 Hearing**

| | |
|---|---|
| acker@chapman.com | bankruptcy@morrisoncohen.com |
| aalfonso@kayescholer.com | bankruptcymatters@us.nomura.com |
| abraunstein@riemerlaw.com | barnold@whdlaw.com |
| acaton@kramerlevin.com | bbisignani@postschell.com |
| adarwin@nixonpeabody.com | bblaustein@kelleydrye.com |
| adg@adorno.com | bguiney@pbwt.com |
| Adiamond@DiamondMcCarthy.com | bhinerfeld@sbtklaw.com |
| AEckstein@BlankRome.com | bill.freeman@pillsburylaw.com |
| aentwistle@entwistle-law.com | bmanne@tuckerlaw.com |
| AFisch@Stutman.com | BMiller@mofo.com |
| agamza@mosessinger.com | boneill@kramerlevin.com |
| aglenn@kasowitz.com | brad.dempsey@hro.com |
| agold@herrick.com | brendalblanks@eaton.com |
| agolianopoulos@mayerbrown.com | brian.pfeiffer@friedfrank.com |
| ahammer@freebornpeters.com | brian_corey@gtservicing.com |
| aisenberg@saul.com | bromano@willkie.com |
| akantesaria@oppenheimerfunds.com | broy@rltlawfirm.com |
| akihiko_yagyuu@chuomitsui.jp | bruce.ortwine@sumitomotrust.co.jp |
| albaugh.colin@pbgc.gov | bt@luckydognc.com |
| amarder@msek.com | btrust@mayerbrown.com |
| AMcMullen@BoultCummings.com | btupi@tuckerlaw.com |
| amenard@tishmanspeyer.com | bturk@tishmanspeyer.com |
| Andrew.Brozman@cliffordchance.com | carmen.lonstein@bakernet.com |
| andrew.lourie@kobrekim.com | carter.hunter@arentfox.com |
| Andrew.troop@cwt.com | cbelmonte@ssbb.com |
| angelich.george@arentfox.com | cboccuzzi@cgsh.com |
| ann.reynaud@shell.com | ccallari@venable.com |
| anne.kennelly@hp.com | ccaruso@mosessinger.com |
| aoberry@bermanesq.com | cdesiderio@nixonpeabody.com |
| apincus@reedsmith.com | cdrewes@kelleydrye.com |
| apo@stevenslee.com | charles@filardi-law.com |
| apo@stevenslee.com | chris.donoho@lovells.com |
| araboy@cov.com | christopher.schueller@bipc.com |
| arheaume@riemerlaw.com | cmontgomery@salans.com |
| arlbank@pbfcm.com | CMTB_LC11@chuomitsui.jp |
| arosenblatt@chadbourne.com | cohena@sec.gov |
| arovira@sidley.com | cohenr@sewkis.com |
| arwolf@wlrk.com | cp@stevenslee.com |
| aseuffert@lawpost-nyc.com | cpanzer@sillscummis.com |
| ashmead@sewkis.com | craig.freeman@alston.com |
| asnow@ssbb.com | crogers@orrick.com |
| atrehan@mayerbrown.com | cs@stevenslee.com |
| atroop@cwt.com | cschreiber@winston.com |
| austin.bankruptcy@publicans.com | cshulman@sheppardmullin.com |
| avenes@whitecase.com | ctatelbaum@adorno.com |
| avi.gesser@dpw.com | cward@polsinelli.com |
| azylberberg@whitecase.com | cweber@ebg-law.com |
| bambacha@sec.gov | cweiss@ingramllp.com |
| bankruptcy@goodwin.com | dallas.bankruptcy@pulicans.com |

| | |
|---|---|
| dalowenthal@pbwt.com | drosner@goulstonstorrs.com |
| daniel.guyder@allenovery.com | drosner@kasowitz.com |
| danna.drori@usdoj.gov | dsaval@brownrudnick.com |
| david.bennett@tklaw.com | dshemano@pwkllp.com |
| david.crichlow@pillsburylaw.com | dswan@mcguirewoods.com |
| david.elkind@ropesgray.com | dwdykhouse@pbwt.com |
| david.heller@lw.com | dworkman@bakerlaw.com |
| David.Sullivan@cliffordchance.com | eagle.sara@pbgc.gov |
| davids@blbglaw.com | easmith@venable.com |
| davidwheeler@mvalaw.com | echang@steinlubin.com |
| dbarber@bsblawyers.com | ecohen@russell.com |
| dbarrack@fulbright.com | efile@pbgc.gov |
| dbaumstein@whitecase.com | efile@willaw.com |
| dbesikof@loeb.com | efleck@milbank.com |
| dckaufman@hhlaw.com | efriedman@friedumspring.com |
| dclark@stinson.com | eglas@mccarter.com |
| dcoffino@cov.com | ehollander@whitecase.com |
| dcrapo@gibbonslaw.com | ehorn@lowenstein.com |
| ddiesing@whdlaw.com | ekates@bakerlaw.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | ellen.halstead@cwt.com |
| deborah.saltzman@dlapiper.com | elobello@blankrome.com |
| deggert@freebornpeters.com | eschaffer@reedsmith.com |
| demetra.liggins@tklaw.com | eschwartz@contrariancapital.com |
| deryck.palmer@cwt.com | esmith@dl.com |
| dfelder@orrick.com | esnyder@sillerwilk.com |
| dferguson@polsinelli.com | etillinghast@sheppardmullin.com |
| dflanigan@polsinelli.com | eugene.chikowski@flastergreenberg.com |
| dfriedman@kasowitz.com | ewietecha@coleschotz.com |
| dhayes@mcguirewoods.com | ewilson@kelleydrye.com |
| dheffer@foley.com | ezavalkoff-babej@vedderprice.com |
| dhlee@sidley.com | ezujkowski@emmetmarvin.com |
| diconzam@gtlaw.com | fbp@ppgms.com |
| dirk.roberts@ots.treas.gov | feldsteinh@sullcrom.com |
| dkleiner@velaw.com | ffm@bostonbusinesslaw.com |
| dkozusko@willkie.com | fhyman@mayerbrown.com |
| dladdin@agg.com | fishere@butzel.com |
| dlemay@chadbourne.com | frank.white@agg.com |
| dlgordon@dl.com | fred.berg@rvblaw.com |
| dlipke@vedderprice.com | fsosnick@shearman.com |
| dludman@brownconnery.com | gabriel.delvirginia@verizon.net |
| dmcgarry@whdlaw.com | gacross@venable.com |
| dmcguire@winston.com | gary.ticoll@cwt.com |
| dneier@winston.com | gauchb@sec.gov |
| dnolan@duffyandatkins.com | gbray@milbank.com |
| dodonnell@milbank.com | gdavis@cwt.com |
| donald.badaczewski@dechert.com | george.davis@cwt.com |
| douglas.bacon@lw.com | giaimo.christopher@arentfox.com |
| douglas.mcgill@dbr.com | giddens@hugheshubbard.com |
| dpost@kramerlevin.com | gkaden@goulstonstorrs.com |
| dravin@wolffsamson.com | GLee@mofo.com |
| drose@pryorcashman.com | glenn.siegel@dechert.com |

| | |
|---|---|
| gmoss@riemerlaw.com | jennifer.gore@shell.com |
| gnovod@kramerlevin.com | jeremy.eiden@state.mn.us |
| gponto@gibbonslaw.com | Jessica.Fink@cwt.com |
| greg.kupniewski@flastergreenberg.com | jfalgowski@reedsmith.com |
| grosenberg@co.arapahoe.co.us | jgarrity@shearman.com |
| gsantamour@wolfblock.com | jguy@orrick.com |
| gschiller@zeislaw.com | jherzog@gklaw.com |
| hanh.huynh@cwt.com | jhs7@att.net |
| harveystrickon@paulhastings.com | jhuggett@margolisedelstein.com |
| hball@bradleyarant.com | jhuh@ffwplaw.com |
| heiser@chapman.com | jjureller@klestadt.com |
| hhawkins@cwt.com | jkehoe@sbtklaw.com |
| hirsh.robert@arentfox.com | jketten@wilkie.com |
| hollace.cohen@troutmansanders.com | jkurtzman@klehr.com |
| howard.hawkins@cwt.com | jlee@foley.com |
| hseife@chadbourne.com | jlevitin@cahill.com |
| hsnovikoff@wlrk.com | jlipson@crockerkuno.com |
| hsteel@kelleydrye.com | jliu@dl.com |
| hweg@pwkllp.com | jlovi@steptoe.com |
| ian.levy@kobrekim.com | jmazermarino@msek.com |
| igoldstein@dl.com | jmcginley@wilmingtontrust.com |
| ilevee@lowenstein.com | jmerva@fult.com |
| info2@normandyhill.com | john.mcnicholas@dlapiper.com |
| ira.a.reid@bakernet.com | john.monaghan@hklaw.com |
| Ira.Herman@tklaw.com | john.rapisardi@cwt.com |
| isgreene@hhlaw.com | kit.weitnauer@alston.com |
| israel.dahan@cwt.com | jorbach@hahnhessen.com |
| jacobsonn@sec.gov | joseph.scordato@dkib.com |
| jacqueline.marcus@weil.com | joshua.dorchak@bingham.com |
| jafeltman@wlrk.com | jowen769@yahoo.com |
| james.mcclammy@dpw.com | JPintarelli@mofo.com |
| jamestecce@quinnemanuel.com | jporter@entwistle-law.com |
| jandersen@dickinsonlaw.com | jprol@lowenstein.com |
| jane.rogers@ropesgray.com | jrabinowitz@rltlawfirm.com |
| jared.clark@bingham.com | jrosenthal@cgsh.com |
| jason.jurgens@cwt.com | jsafer@lockelord.com |
| jatkins@duffyandatkins.com | jschwartz@hahnhessen.com |
| jay.goffman@skadden.com | jshickich@riddellwilliams.com |
| jay.jolley@kutakrock.com | jsmairo@pbnlaw.com |
| jay@kleinsolomon.com | johnh.thompson@cwt.com |
| Jbecker@wilmingtontrust.com | jtimko@allenmatkins.com |
| jbeemer@entwistle-law.com | jtougas@mayerbrown.com |
| jbird@polsinelli.com | judy.morse@crowedunlevy.com |
| jbromley@cgsh.com | jvincequerra@wolfblock.com |
| jcarberry@cl-law.com | jwagner@kramerlevin.com |
| Jdrucker@coleschotz.com | jwallack@goulstonstorrs.com |
| jdyas@halperinlaw.net | jwang@sipc.org |
| jeff.friedman@kattenlaw.com | jweiss@gibsondunn.com |
| jeff.rich@klgates.com | jwhitman@entwistle-law.com |
| jeffrey.sabin@bingham.com | jwishnew@mofo.com |
| jeldredge@velaw.com | k4.nomura@aozorabank.co.jp |
| jennifer.demarco@cliffordchance.com | karen.wagner@dpw.com |

| | |
|---|---|
| karol.denniston@dlapiper.com | mark.ellenberg@cwt.com |
| KDWBankruptcyDepartment@kelleydrye.com | mark.houle@pillsburylaw.com |
| keith.simon@lw.com | mark.lessard@pillsburylaw.com |
| keith.wofford@ropesgray.com | mark.mcdermott@skadden.com |
| Ken.Coleman@allenovery.com | mark.sherrill@sutherland.com |
| ken.higman@hp.com | mark.shinderman@mto.com |
| kgwynne@reedsmith.com | mark.somerstein@ropesgray.com |
| kiplok@hugheshubbard.com | martin.davis@ots.treas.gov |
| Klippman@munsch.com | Martin.Eisenberg@thompsonhine.com |
| kmatthews@sheppardmullin.com | marty.bunin@alston.com |
| kmayer@mccarter.com | masaki_konishi@noandt.com |
| kmisken@mcguirewoods.com | matthew.dyer@prommis.com |
| kobak@hugheshubbard.com | matthew.klepper@dlapiper.com |
| korr@orrick.com | matthew.morris@lovells.com |
| KOstad@mofo.com | mbenner@tishmanspeyer.com |
| kovskyd@pepperlaw.com | mberman@nixonpeabody.com |
| kpiper@steptoe.com | mbienenstock@dl.com |
| kressk@pepperlaw.com | MBusenkell@wcsr.com |
| KReynolds@mklawnyc.com | mcademartori@sheppardmullin.com |
| kristin.going@dbr.com | MCordone@stradley.com |
| krosen@lowenstein.com | mcto@debevoise.com |
| krubin@ozcap.com | MDorval@stradley.com |
| ksambur@rkollp.com | MDoty@faegre.com |
| lacyr@sullcrom.com | merritt.pardini@kattenlaw.com |
| lalshibib@reedsmith.com | metkin@lowenstein.com |
| Landon@StreusandLandon.com | metkin@lowenstein.com |
| lattanasio@sidley.com | mfarquhar@winstead.com |
| lattard@kayescholer.com | mfriedman@rkollp.com |
| Lawrence.bass@hro.com | mgreger@allenmatkins.com |
| lberkoff@moritthock.com | mheavner@mhc-law.com |
| leslie.chervokas@cwt.com | mhopkins@cov.com |
| lehman@fklaw.com | michael.kim@kobrekim.com |
| lgranfield@cgsh.com | mitchell.ayer@tklaw.com |
| lhenin@eapdlaw.com | mitchell.epner@friedfrank.com |
| linda.boyle@twtelecom.com | mjacobs@pryorcashman.com |
| lisa.kraidin@allenovery.com | mjedelman@vedderprice.com |
| lmarinuzzi@mofo.com | mkjaer@winston.com |
| lmay@coleschotz.com | MKrauss@faegre.com |
| lmcgowen@orrick.com | mlahaie@akingump.com |
| lml@ppgms.com | mmendez@hunton.com |
| lnashelsky@mofo.com | mmickey@mayerbrown.com |
| lromansic@steptoe.com | MMorgulas@Stutman.com |
| lschweitzer@cgsh.com | mmorreale@us.mufg.jp |
| lubell@hugheshubbard.com | mmurphy@co.sanmateo.ca.us |
| lwhidden@salans.com | monica.lawless@brookfieldproperties.com |
| mabrams@willkie.com | morgan.bradylyons@ropesgray.com |
| macronin@debevoise.com | mpage@kelleydrye.com |
| MAOFILING@CGSH.COM | mprimoff@kayescholer.com |
| Marc.Chait@standardchartered.com | mpucillo@bermanesq.com |
| margolin@hugheshubbard.com | mrosenthal@gibsondunn.com |
| mark.broude@lw.com | mschimel@sju.edu |
| mark.deveno@bingham.com | MSchleich@fraserstryker.com |

| | |
|---|---|
| mschonholtz@kayescholer.com | rfleischer@pryorcashman.com |
| mshiner@tuckerlaw.com | rfrankel@orrick.com |
| mspeiser@stroock.com | rgmason@wlrk.com |
| mstamer@akingump.com | rgraham@whitecase.com |
| msternstein@sheppardmullin.com | rhett.campbell@tklaw.com |
| mtorkin@shearman.com | richard.lear@hklaw.com |
| mvenditto@reedsmith.com | rick.antonoff@pillsburylaw.com |
| Nasreen.Bulos@dubaiic.com | ritkin@steptoe.com |
| nbannon@tishmanspeyer.com | RJones@BoultCummings.com |
| nbinder@rkollp.com | RLevin@cravath.com |
| neal.mann@oag.state.ny.us | rmatzat@hahnhessen.com |
| ned.schodek@shearman.com | rmunsch@munsch.com |
| newyork@sec.gov | rnetzer@willkie.com |
| Nherman@morganlewis.com | rnies@wolffsamson.com |
| nila.williams@ropesgray.com | robert.bailey@bnymellon.com |
| nissay_10259-0154@mhmjapan.com | robert.dombroff@bingham.com |
| nrosenbaum@mofo.com | robert.henoch@kobrekim.com |
| nschwarzfeld@pennprolaw.com | Robert.Holladay@youngwilliams.com |
| nshanahan@coleschotz.com | robert.malone@dbr.com |
| oipress@travelers.com | Robert.yalen@usdoj.gov |
| omeca.nedd@lovells.com | roberts@pursuitpartners.com |
| owllady@hughes.net | robin.keller@lovells.com |
| paronzon@milbank.com | ronald.silverman@bingham.com |
| paul.deutch@troutmansanders.com | ross.martin@ropesgray.com |
| paul.turner@sutherland.com | rpedone@nixonpeabody.com |
| payson.coleman@pillsburylaw.com | rreid@sheppardmullin.com |
| pbentley@kramerlevin.com | RTrust@cravath.com |
| pbosswick@ssbb.com | Russj4478@aol.com |
| pdublin@akingump.com | rwasserman@cftc.gov |
| peter.barrett@kutakrock.com | rwynne@kirkland.com |
| Peter.Friedman@cwt.com | rwyron@orrick.com |
| peter.gilhuly@lw.com | s.minehan@aozorabank.co.jp |
| peter.simmons@friedfrank.com | sabin.willett@bingham.com |
| peter.zisser@hklaw.com | sabramowitz@velaw.com |
| peter@bankrupt.com | sagolden@hhlaw.com |
| pfeldman@oshr.com | Sally.Henry@skadden.com |
| phayden@mcguirewoods.com | sandra.mayerson@hklaw.com |
| pkizel@lowenstein.com | Sara.Tapenikis@cliffordchance.com |
| plabov@eapdlaw.com | Sara.Tapinekis@cliffordchance.com |
| pnichols@whitecase.com | Sbelden@KleinLaw.com |
| ppascuzzi@ffwplaw.com | schapman@willkie.com |
| PPatterson@stradley.com | schristianson@buchalter.com |
| prachmuth@reedsmith.com | scottshelley@quinnemanuel.com |
| pwirt@ftportfolios.com | scousins@armstrongteasdale.com |
| pwright@dl.com | sdnyecf@dor.mo.gov |
| r.stahl@stahlzelloe.com | sean@blbglaw.com |
| ramona.neal@hp.com | sehlers@armstrongteasdale.com |
| ranjit.mather@bnymellon.com | seth.goldman@mto.com |
| rbernard@bakerlaw.com | sfelderstein@ffwplaw.com |
| RCavaliere@BlankRome.com | sfineman@lchb.com |
| rchristmas@nixonpeabody.com | sfox@mcguirewoods.com |
| rdaversa@orrick.com | sgordon@cahill.com |

| | |
|---|---|
| SGross@HodgsonRuss.com | ttracy@crockerkuno.com |
| sgubner@ebg-law.com | twatanabe@mofo.com |
| sharbeck@sipc.org | twheeler@lowenstein.com |
| shari.leventhal@ny.frb.org | tzink@chadbourne.com |
| sheakkorzun@comcast.net | van.durrer@skadden.com |
| sheehan@txschoollaw.com | vdagostino@lowenstein.com |
| shuba.satyaprasad@ropesgray.com | Villa@StreusandLandon.com |
| sidorsky@butzel.com | vmilione@nixonpeabody.com |
| sk@kieselaw.com | vrubenstein@loeb.com |
| skimmelman@sillscummis.com | vrubinstein@loeb.com |
| slerner@ssd.com | wanda.goodloe@cbre.com |
| SLoden@DiamondMcCarthy.com | wbenzija@halperinlaw.net |
| SMertz@faegre.com | wcurchack@loeb.com |
| smillman@stroock.com | weguchi@orrick.com |
| smunson@herrick.com | weissjw@gtlaw.com |
| snewman@katskykorins.com | Wendy.Rosenthal@cliffordchance.com |
| spiotto@chapman.com | wfoster@milbank.com |
| splatzer@platzerlaw.com | wheuer@dl.com |
| spohl@brownrudnick.com | william.hao@alston.com |
| sselbst@herrick.com | william.m.goldman@dlapiper.com |
| stan@smehaffey.com | wiltenburg@hugheshubbard.com |
| steele@lowenstein.com | wisotska@pepperlaw.com |
| stephanie.wickouski@dbr.com | wsilverm@oshr.com |
| steve.ginther@dor.mo.gov | wswearingen@llf-law.com |
| steven.perlstein@kobrekim.com | wtaylor@mccarter.com |
| steven.wilamowsky@bingham.com | wzoberman@bermanesq.com |
| Streusand@StreusandLandon.com | yamashiro@sumitomotrust.co.jp |
| susan.schultz@newedgegroup.com | zsegal-reichlin@cgsh.com |
| susheelkirpalani@quinnemanuel.com | |
| SYun@Stutman.com | |
| szuch@wiggin.com | |
| tannweiler@greerherz.com | |
| tarbit@cftc.gov | |
| tbrock@ssbb.com | |
| tdriscoll@moritthock.com | |
| tduffy@duffyandatkins.com | |
| tgerber@fulbright.com | |
| TGoren@mofo.com | |
| thomas.califano@dlapiper.com | |
| thomas.roubidoux@kutakrock.com | |
| Thomas_Noguerola@calpers.ca.gov | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |
| top@chapman.com | |
| tslome@msek.com | |
| TStolman@Stutman.com | |

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |