**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,    :    Case No. 08-13555 (JMP)
                                                                :
Debtors.                                                  :    (Jointly Administered)
                                                                :
---------------------------------------------------------------x    Ref. Docket No. 1935, 1973, 1979

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK  )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 7, 2008, counsel for the Debtors provided a document containing the names and email addresses of parties who expressed an interest in the sale of certain assets of the Debtors. Additionally, on December 1, 2008, counsel for the Debtors provided a document containing the names and email addresses of additional parties who expressed an interest in the sale of certain assets of the Debtors. Together, the sixty-three (63) unique names and email addresses from these documents were compiled as the list of "Interested Parties".

3. On December 1, 2008, I caused to be served the:

   a) "NOTICE OF EXTENSION OF BID DEADLINE IN CONNECTION WITH SALE OF LEHMAN BROTHERS INC.'S INVESTMENT MANAGEMENT DIVISION", dated December 1, 2008, [Docket No. 1935] (the "7 PM Extension"),

   b) "NOTICE OF EXTENSION OF BID DEADLINE IN CONNECTION WITH SALE OF LEHMAN BROTHERS INC.'S INVESTMENT MANAGEMENT DIVISION", dated December 1, 2008, [Docket No. 1973] (the "11 PM Extension"),and

   c) "NOTICE OF EXTENSION OF BID DEADLINE IN CONNECTION WITH SALE OF LEHMAN BROTHERS INC.'S INVESTMENT MANAGEMENT DIVISION", dated December 1, 2008, [Docket No. 1979] (the "2 AM Extension"),

by causing true and correct copies of the:

   a) 7 PM Extension, 11 PM Extension and 2 AM Extension to be delivered by email to those parties listed on the attached Exhibit "A" and to the Interested Parties,

    b) 7 PM Extension, 11 PM Extension and 2 AM Extension to be delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) 7 PM Extension and 11 PM Extension to be enclosed securely in postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

    4.     All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                  /s/ Herb Baer

Sworn to before me this                                   Herb Baer
5th day of December, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | boneill@kramerlevin.com |
| abraunstein@riemerlaw.com | brad.dempsey@hro.com |
| acaton@kramerlevin.com | brendalblanks@eaton.com |
| acker@chapman.com | brian.pfeiffer@friedfrank.com |
| adarwin@nixonpeabody.com | brian_corey@gtservicing.com |
| adg@adorno.com | bromano@willkie.com |
| Adiamond@DiamondMcCarthy.com | broy@rltlawfirm.com |
| aentwistle@entwistle-law.com | bruce.ortwine@sumitomotrust.co.jp |
| agbankny@ag.tn.gov | bt@luckydognc.com |
| aglenn@kasowitz.com | btrust@mayerbrown.com |
| agold@herrick.com | btupi@tuckerlaw.com |
| agolianopoulos@mayerbrown.com | bturk@tishmanspeyer.com |
| ahammer@freebornpeters.com | carter.hunter@arentfox.com |
| aisenberg@saul.com | cbelmonte@ssbb.com |
| akantesaria@oppenheimerfunds.com | cdesiderio@nixonpeabody.com |
| akihiko_yagyuu@chuomitsui.jp | charles@filardi-law.com |
| albaugh.colin@pbgc.gov | chris.donoho@lovells.com |
| amarder@msek.com | christopher.schueller@bipc.com |
| AMcMullen@BoultCummings.com | cmontgomery@salans.com |
| amenard@tishmanspeyer.com | CMTB_LC11@chuomitsui.jp |
| Andrew.Brozman@cliffordchance.com | cohena@sec.gov |
| andrew.lourie@kobrekim.com | cohenr@sewkis.com |
| angelich.george@arentfox.com | cp@stevenslee.com |
| ann.reynaud@shell.com | crogers@orrick.com |
| anne.kennelly@hp.com | cs@stevenslee.com |
| aoberry@bermanesq.com | cschreiber@winston.com |
| apo@stevenslee.com | cshulman@sheppardmullin.com |
| araboy@cov.com | ctatelbaum@adorno.com |
| arheaume@riemerlaw.com | cward@polsinelli.com |
| arlbank@pbfcm.com | cweber@ebg-law.com |
| arosenblatt@chadbourne.com | cweiss@ingramllp.com |
| arwolf@wlrk.com | dallas.bankruptcy@pulicans.com |
| aseuffert@lawpost-nyc.com | daniel.guyder@allenovery.com |
| ashmead@sewkis.com | danna.drori@usdoj.gov |
| asnow@ssbb.com | david.bennett@tklaw.com |
| atrehan@mayerbrown.com | david.crichlow@pillsburylaw.com |
| austin.bankruptcy@publicans.com | david.heller@lw.com |
| avenes@whitecase.com | davids@blbglaw.com |
| avi.gesser@dpw.com | davidwheeler@mvalaw.com |
| azylberberg@whitecase.com | dbarber@bsblawyers.com |
| bambacha@sec.gov | dbaumstein@whitecase.com |
| bankruptcy@goodwin.com | dbesikof@loeb.com |
| bankruptcy@morrisoncohen.com | dckaufman@hhlaw.com |
| bankruptcymatters@us.nomura.com | dclark@stinson.com |
| bbisignani@postschell.com | dcoffino@cov.com |
| bguiney@pbwt.com | dcrapo@gibbonslaw.com |
| bhinerfeld@sbtklaw.com | ddrebsky@nixonpeabody.com |
| bill.freeman@pillsburylaw.com | ddunne@milbank.com |
| bmanne@tuckerlaw.com | deborah.saltzman@dlapiper.com |
| BMiller@mofo.com | deggert@freebornpeters.com |

| | |
|---|---|
| demetra.liggins@tklaw.com | gabriel.delvirginia@verizon.net |
| deryck.palmer@cwt.com | gary.ticoll@cwt.com |
| dfelder@orrick.com | gauchb@sec.gov |
| dflanigan@polsinelli.com | gbray@milbank.com |
| dfriedman@kasowitz.com | george.davis@cwt.com |
| dhayes@mcguirewoods.com | giaimo.christopher@arentfox.com |
| dheffer@foley.com | giddens@hugheshubbard.com |
| dirk.roberts@ots.treas.gov | gkaden@goulstonstorrs.com |
| dkleiner@velaw.com | GLee@mofo.com |
| dkozusko@willkie.com | glee@mofo.com |
| dladdin@agg.com | glenn.siegel@dechert.com |
| dlemay@chadbourne.com | gmoss@riemerlaw.com |
| dlipke@vedderprice.com | gnovod@kramerlevin.com |
| dludman@brownconnery.com | grosenberg@co.arapahoe.co.us |
| dmcguire@winston.com | gschiller@zeislaw.com |
| dodonnell@milbank.com | hanh.huynh@cwt.com |
| donald.badaczewski@dechert.com | harveystrickon@paulhastings.com |
| douglas.bacon@lw.com | heiser@chapman.com |
| douglas.mcgill@dbr.com | hirsh.robert@arentfox.com |
| dravin@wolffsamson.com | hollace.cohen@troutmansanders.com |
| drose@pryorcashman.com | howard.hawkins@cwt.com |
| drosner@goulstonstorrs.com | hseife@chadbourne.com |
| drosner@kasowitz.com | hsnovikoff@wlrk.com |
| dshemano@pwkllp.com | hweg@pwkllp.com |
| dswan@mcguirewoods.com | ian.levy@kobrekim.com |
| dwdykhouse@pbwt.com | igoldstein@dl.com |
| eagle.sara@pbgc.gov | ilevee@lowenstein.com |
| echang@steinlubin.com | info2@normandyhill.com |
| ecohen@russell.com | ira.herman@tklaw.com |
| efile@pbgc.gov | isgreene@hhlaw.com |
| efile@willaw.com | israel.dahan@cwt.com |
| efleck@milbank.com | jacobsonn@sec.gov |
| efriedman@friedumspring.com | jafeltman@wlrk.com |
| eglas@mccarter.com | james.mcclammy@dpw.com |
| ehollander@whitecase.com | jamestecce@quinnemanuel.com |
| ehorn@lowenstein.com | jason.jurgens@cwt.com |
| ekbergc@lanepowell.com | jay@kleinsolomon.com |
| ellen.halstead@cwt.com | Jbecker@wilmingtontrust.com |
| elobello@blankrome.com | jbeemer@entwistle-law.com |
| eschaffer@reedsmith.com | jbird@polsinelli.com |
| eschwartz@contrariancapital.com | jbromley@cgsh.com |
| esmith@dl.com | jcarberry@cl-law.com |
| ezavalkoff-babej@vedderprice.com | Jdrucker@coleschotz.com |
| ezujkowski@emmetmarvin.com | jdyas@halperinlaw.net |
| fbp@ppgms.com | jeffrey.sabin@bingham.com |
| feldsteinh@sullcrom.com | jennifer.demarco@cliffordchance.com |
| ffm@bostonbusinesslaw.com | jennifer.gore@shell.com |
| fhyman@mayerbrown.com | jeremy.eiden@state.mn.us |
| fishere@butzel.com | jfalgowski@reedsmith.com |
| frank.white@agg.com | jgarrity@shearman.com |
| fred.berg@rvblaw.com | jguy@orrick.com |
| fsosnick@shearman.com | jherzog@gklaw.com |

| | |
|---|---|
| jhs7@att.net | KOstad@mofo.com |
| jhuggett@margolisedelstein.com | kovskyd@pepperlaw.com |
| jhuh@ffwplaw.com | kpiper@steptoe.com |
| jjureller@klestadt.com | kressk@pepperlaw.com |
| jkehoe@sbtklaw.com | KReynolds@mklawnyc.com |
| jketten@wilkie.com | kristin.going@dbr.com |
| jkurtzman@klehr.com | krosen@lowenstein.com |
| jlee@foley.com | krubin@ozcap.com |
| jlevitin@cahill.com | lacyr@sullcrom.com |
| jlipson@crockerkuno.com | lalshibib@reedsmith.com |
| jliu@dl.com | Landon@StreusandLandon.com |
| jlovi@steptoe.com | lattard@kayescholer.com |
| jmazermarino@msek.com | lawrence.bass@hro.com |
| jmcginley@wilmingtontrust.com | lberkoff@moritthock.com |
| jmerva@fult.com | lgranfield@cgsh.com |
| john.mcnicholas@dlapiper.com | linda.boyle@twtelecom.com |
| john.monaghan@hklaw.com | lisa.kraidin@allenovery.com |
| john.rapisardi@cwt.com | lmarinuzzi@mofo.com |
| jorbach@hahnhessen.com | Lmay@coleschotz.com |
| joseph.scordato@dkib.com | lmcgowen@orrick.com |
| joshua.dorchak@bingham.com | lml@ppgms.com |
| jowen769@yahoo.com | lnashelsky@mofo.com |
| JPintarelli@mofo.com | lromansic@steptoe.com |
| jpintarelli@mofo.com | lschweitzer@cgsh.com |
| jporter@entwistle-law.com | lubell@hugheshubbard.com |
| jprol@lowenstein.com | lwhidden@salans.com |
| jrabinowitz@rltlawfirm.com | mabrams@willkie.com |
| jschwartz@hahnhessen.com | macronin@debevoise.com |
| jshickich@riddellwilliams.com | MAOFILING@CGSH.COM |
| jsmairo@pbnlaw.com | Marc.Chait@standardchartered.com |
| jtimko@allenmatkins.com | margolin@hugheshubbard.com |
| jtougas@mayerbrown.com | mark.deveno@bingham.com |
| judy.morse@crowedunlevy.com | mark.ellenberg@cwt.com |
| jwallack@goulstonstorrs.com | mark.houle@pillsburylaw.com |
| jwang@sipc.org | mark.sherrill@sutherland.com |
| jweiss@gibsondunn.com | martin.davis@ots.treas.gov |
| jwhitman@entwistle-law.com | masaki_konishi@noandt.com |
| jwishnew@mofo.com | matthew.dyer@prommis.com |
| k4.nomura@aozorabank.co.jp | matthew.klepper@dlapiper.com |
| karen.wagner@dpw.com | mbenner@tishmanspeyer.com |
| karol.denniston@dlapiper.com | mberman@nixonpeabody.com |
| KDWBankruptcyDepartment@kelleydrye.com | mbienenstock@dl.com |
| keith.simon@lw.com | mcademartori@sheppardmullin.com |
| Ken.Coleman@allenovery.com | mcordone@stradley.com |
| ken.higman@hp.com | mcto@debevoise.com |
| kgwynne@reedsmith.com | mdorval@stradley.com |
| kiplok@hugheshubbard.com | metkin@lowenstein.com |
| Klippman@munsch.com | mgreger@allenmatkins.com |
| kmayer@mccarter.com | mhopkins@cov.com |
| kmisken@mcguirewoods.com | michael.kim@kobrekim.com |
| kobak@hugheshubbard.com | mitchell.ayer@tklaw.com |
| korr@orrick.com | mitchell.epner@friedfrank.com |

| | |
|---|---|
| mjacobs@pryorcashman.com | rgmason@wlrk.com |
| mjedelman@vedderprice.com | rgraham@whitecase.com |
| mkjaer@winston.com | rhett.campbell@tklaw.com |
| mlahaie@akingump.com | richard.lear@hklaw.com |
| mmendez@hunton.com | ritkin@steptoe.com |
| mmickey@mayerbrown.com | RJones@BoultCummings.com |
| mmorreale@us.mufg.jp | RLevin@cravath.com |
| mmurphy@co.sanmateo.ca.us | rmatzat@hahnhessen.com |
| monica.lawless@brookfieldproperties.com | rmunsch@munsch.com |
| mpage@kelleydrye.com | rnetzer@willkie.com |
| mpucillo@bermanesq.com | rnies@wolffsamson.com |
| mrosenthal@gibsondunn.com | robert.bailey@bnymellon.com |
| mschimel@sju.edu | robert.dombroff@bingham.com |
| MSchleich@fraserstryker.com | robert.henoch@kobrekim.com |
| mschonholtz@kayescholer.com | Robert.Holladay@youngwilliams.com |
| mshiner@tuckerlaw.com | robert.malone@dbr.com |
| mspeiser@stroock.com | Robert.yalen@usdoj.gov |
| mstamer@akingump.com | roberts@pursuitpartners.com |
| mvenditto@reedsmith.com | Robin.Keller@Lovells.com |
| nbannon@tishmanspeyer.com | ronald.silverman@bingham.com |
| neal.mann@oag.state.ny.us | rreid@sheppardmullin.com |
| ned.schodek@shearman.com | RTrust@cravath.com |
| newyork@sec.gov | Russj4478@aol.com |
| Nherman@morganlewis.com | rwasserman@cftc.gov |
| nissay_10259-0154@mhmjapan.com | rwynne@kirkland.com |
| oipress@travelers.com | rwyron@orrick.com |
| omeca.nedd@lovells.com | s.minehan@aozorabank.co.jp |
| owllady@hughes.net | sabin.willett@bingham.com |
| paronzon@milbank.com | sagolden@hhlaw.com |
| paul.deutch@troutmansanders.com | Sally.Henry@skadden.com |
| paul.turner@sutherland.com | sandra.mayerson@hklaw.com |
| pbentley@kramerlevin.com | Sara.Tapinekis@cliffordchance.com |
| pbosswick@ssbb.com | schapman@willkie.com |
| pdublin@akingump.com | schristianson@buchalter.com |
| peter.gilhuly@lw.com | scottshelley@quinnemanuel.com |
| peter.simmons@friedfrank.com | scousins@armstrongteasdale.com |
| peter.zisser@hklaw.com | sdnyecf@dor.mo.gov |
| peter@bankrupt.com | sean@blbglaw.com |
| pfeldman@oshr.com | sehlers@armstrongteasdale.com |
| phayden@mcguirewoods.com | sfelderstein@ffwplaw.com |
| pnichols@whitecase.com | sfineman@lchb.com |
| ppascuzzi@ffwplaw.com | sfox@mcguirewoods.com |
| ppatterson@stradley.com | sgordon@cahill.com |
| prachmuth@reedsmith.com | SGross@HodgsonRuss.com |
| pwirt@ftportfolios.com | sgubner@ebg-law.com |
| pwright@dl.com | sharbeck@sipc.org |
| r.stahl@stahlzelloe.com | shari.leventhal@ny.frb.org |
| ramona.neal@hp.com | sheakkorzun@comcast.net |
| ranjit.mather@bnymellon.com | sheehan@txschoollaw.com |
| rdaversa@orrick.com | sidorsky@butzel.com |
| rfleischer@pryorcashman.com | slerner@ssd.com |
| rfrankel@orrick.com | SLoden@DiamondMcCarthy.com |

| |
|---|
| smillman@stroock.com |
| snewman@katskykorins.com |
| spiotto@chapman.com |
| splatzer@platzerlaw.com |
| sselbst@herrick.com |
| stan@smehaffey.com |
| steele@lowenstein.com |
| stephanie.wickouski@dbr.com |
| steve.ginther@dor.mo.gov |
| steven.perlstein@kobrekim.com |
| steven.wilamowsky@bingham.com |
| Streusand@StreusandLandon.com |
| susan.schultz@newedgegroup.com |
| susheelkirpalani@quinnemanuel.com |
| szuch@wiggin.com |
| tannweiler@greerherz.com |
| tarbit@cftc.gov |
| tbrock@ssbb.com |
| TGoren@mofo.com |
| thomas.califano@dlapiper.com |
| Thomas_Noguerola@calpers.ca.gov |
| timothy.brink@dlapiper.com |
| timothy.palmer@bipc.com |
| tjfreedman@pbnlaw.com |
| tkarcher@dl.com |
| tkiriakos@mayerbrown.com |
| tmacwright@whitecase.com |
| tmayer@kramerlevin.com |
| tnixon@gklaw.com |
| tslome@msek.com |
| ttracy@crockerkuno.com |
| twatanabe@mofo.com |
| twheeler@lowenstein.com |
| vdagostino@lowenstein.com |
| Villa@StreusandLandon.com |
| vrubinstein@loeb.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| wcurchack@loeb.com |
| weguchi@orrick.com |
| weissjw@gtlaw.com |
| wfoster@milbank.com |
| wheuer@dl.com |
| wiltenburg@hugheshubbard.com |
| wisotska@pepperlaw.com |
| wsilverm@oshr.com |
| wswearingen@llf-law.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| yamashiro@sumitomotrust.co.jp |

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, COURTROOM 601
ALEXANDER CUSTOM HOUSE
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004