**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                   :        Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.***,**         :        Case No. 08-13555 (JMP)
                                                        :
        Debtors.                                        :        (Jointly Administered)
                                                        :
------------------------------------------------------------------x        Ref. Docket No. 1734 & 1735

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

  ANGHARAD BOWDLER, being duly sworn, deposes and says:

 1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

 2. I supervised the mailing of the:

  a) "Notice of Debtors' Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing Lehman Brothers Holdings Inc. to Compromise Its Claims Against WLB Mark Mezzanine LLC, Douglas Wilson, WLB Mark Holding LLC, Douglas Wilson Development, LLC and DW Mark Investors, LLC," dated November 25, 2008, to which is attached the "Debtors' Motion for an Order Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Authorizing Lehman Brothers Holdings Inc. to Compromise Its Claims Against WLB Mark Mezzanine LLC, Douglas Wilson, WLB Mark Holding LLC, Douglas Wilson Development, LLC and DW Mark Investors, LLC," dated November 25, 2008 [Docket No.1734] (collectively, the "Mark Motion"), and

  b) "Notice of Debtors' Motion for Entry of Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006, and 9019 Authorizing (I) the Assumption, Assignment, and Sale of Debtor's Rights and Obligations Under a Certain Loan Facility Agreement, (II) the Release of Certain Claims, and (III) Related Relief", dated November 25, 2008, to which is attached the "Debtors' Motion for Entry of Order Pursuant to Sections 363 and 365 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004, 6006, and 9019 Authorizing (I) the Assumption, Assignment, and Sale of Debtor's Rights and Obligations Under a Certain Loan Facility Agreement, (II) the Release of Certain Claims, and (III) Related Relief", dated November 25, 2008 [Docket No. 1735] (the "Loan Facility Motion")

by causing true and correct copies to be delivered as follows:

    a)    the Mark Motion and Loan Facility Motion to be delivered by electronic mail to those parties listed on the attached <u>Exhibit A</u> and by facsimile to those parties listed on the annexed <u>Exhibit B</u> on November 25, 2008,

    b)    the Mark Motion enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached <u>Exhibit C</u> on November 25, 2008, and

    c)    the Loan Facility Motion enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to the parties listed on the attached <u>Exhibit D</u> on November 26, 2008.

    3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                              <u>/s/Angharad Bowdler</u>
                                                                              Regina Amporfro

Sworn to before me this
3rd day of December, 2008

<u>/s/ Elli Petris</u>
Notary Public, State of New York
No. 01PE6175879
Qualified in Nassau County
My Commission Expires October 22, 2011

# Exhibit A

aalfonso@kayescholer.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
acker@chapman.com
adarwin@nixonpeabody.com
adg@adorno.com
aentwistle@entwistle-law.com
agbankny@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agolianopoulos@mayerbrown.com
ahammer@freebornpeters.com
akantesaria@oppenheimerfunds.com
akihiko_yagyuu@chuomitsui.jp
albaugh.colin@pbgc.gov
amarder@msek.com
AMcMullen@BoultCummings.com
amenard@tishmanspeyer.com
Andrew.Brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
anne.kennelly@hp.com
ann.reynaud@shell.com
aoberry@bermanesq.com
apo@stevenslee.com
araboy@cov.com
arheaume@riemerlaw.com
arlbank@pbfcm.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
atrehan@mayerbrown.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
avi.gesser@dpw.com
azylberberg@whitecase.com
bambacha@sec.gov
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bguiney@pbwt.com
bhinerfeld@sbtklaw.com
bill.freeman@pillsburylaw.com
bmanne@tuckerlaw.com
BMiller@mofo.com
boneill@kramerlevin.com
brad.dempsey@hro.com

brendalblanks@eaton.com
brian.pfeiffer@friedfrank.com
brian_corey@gtservicing.com
bromano@willkie.com
broy@rltlawfirm.com
bruce.ortwine@sumitomotrust.co.jp
bt@luckydognc.com
btrust@mayerbrown.com
btupi@tuckerlaw.com
bturk@tishmanspeyer.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
charles@filardi-law.com
chris.donoho@lovells.com
christopher.schueller@bipc.com
cmontgomery@salans.com
CMTB_LC11@chuomitsui.jp
cohena@sec.gov
cohenr@sewkis.com
cp@stevenslee.com
crogers@orrick.com
cs@stevenslee.com
cschreiber@winston.com
cshulman@sheppardmullin.com
ctatelbaum@adorno.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@pulicans.com
daniel.guyder@allenovery.com
danna.drori@usdoj.gov
david.bennett@tklaw.com
david.crichlow@pillsburylaw.com
david.heller@lw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dckaufman@hhlaw.com
dclark@stinson.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
deryck.palmer@cwt.com
dfelder@orrick.com
dflanigan@polsinelli.com

dfriedman@kasowitz.com
dhayes@mcguirewoods.com
dheffer@foley.com
dirk.roberts@ots.treas.gov
dkleiner@velaw.com
dkozusko@willkie.com
dladdin@agg.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dludman@brownconnery.com
dmcguire@winston.com
dodonnell@milbank.com
donald.badaczewski@dechert.com
douglas.bacon@lw.com
douglas.mcgill@dbr.com
dravin@wolffsamson.com
drose@pryorcashman.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshemano@pwkllp.com
dswan@mcguirewoods.com
dwdykhouse@pbwt.com
eagle.sara@pbgc.gov
echang@steinlubin.com
ecohen@russell.com
efile@pbgc.gov
efile@willaw.com
efleck@milbank.com
efriedman@friedumspring.com
eglas@mccarter.com
ehollander@whitecase.com
ehorn@lowenstein.com
ekbergc@lanepowell.com
ellen.halstead@cwt.com
elobello@blankrome.com
eschwartz@contrariancapital.com
esmith@dl.com
ezavalkoff-babej@vedderprice.com
ezujkowski@emmetmarvin.com
fbp@ppgms.com
feldsteinh@sullcrom.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fishere@butzel.com
frank.white@agg.com
fred.berg@rvblaw.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net
gary.ticoll@cwt.com
gauchb@sec.gov

gbray@milbank.com
george.davis@cwt.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
GLee@mofo.com
glee@mofo.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gnovod@kramerlevin.com
grosenberg@co.arapahoe.co.us
gschiller@zeislaw.com
hanh.huynh@cwt.com
harveystrickon@paulhastings.com
heiser@chapman.com
hirsh.robert@arentfox.com
hollace.cohen@troutmansanders.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hweg@pwkllp.com
ian.levy@kobrekim.com
igoldstein@dl.com
ilevee@lowenstein.com
info2@normandyhill.com
ira.herman@tklaw.com
isgreene@hhlaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jafeltman@wlrk.com
james.mcclammy@dpw.com
jamestecce@quinnemanuel.com
jason.jurgens@cwt.com
Jbecker@wilmingtontrust.com
jbeemer@entwistle-law.com
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
Jdrucker@coleschotz.com
jdyas@halperinlaw.net
jeffrey.sabin@bingham.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jeremy.eiden@state.mn.us
jfalgowski@reedsmith.com
jgarrity@shearman.com
jguy@orrick.com
jherzog@gklaw.com
jhs7@att.net
jhuggett@margolisedelstein.com
jhuh@ffwplaw.com

jjureller@klestadt.com
jkehoe@sbtklaw.com
jketten@wilkie.com
jkurtzman@klehr.com
jlee@foley.com
jlevitin@cahill.com
jlipson@crockerkuno.com
jliu@dl.com
jlovi@steptoe.com
jmazermarino@msek.com
jmcginley@wilmingtontrust.com
john.monaghan@hklaw.com
john.rapisardi@cwt.com
jorbach@hahnhessen.com
joseph.scordato@dkib.com
joshua.dorchak@bingham.com
jowen769@yahoo.com
JPintarelli@mofo.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jschwartz@hahnhessen.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jtimko@allenmatkins.com
jtougas@mayerbrown.com
jwallack@goulstonstorrs.com
jwang@sipc.org
jweiss@gibsondunn.com
jwhitman@entwistle-law.com
jwishnew@mofo.com
k4.nomura@aozorabank.co.jp
karen.wagner@dpw.com
KDWBankruptcyDepartment@kelleydrye.com
keith.simon@lw.com
Ken.Coleman@allenovery.com
ken.higman@hp.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
Klippman@munsch.com
kmayer@mccarter.com
kmisken@mcguirewoods.com
kobak@hugheshubbard.com
korr@orrick.com
KOstad@mofo.com
kovskyd@pepperlaw.com
kpiper@steptoe.com
kressk@pepperlaw.com
KReynolds@mklawnyc.com

kristin.going@dbr.com
krosen@lowenstein.com
krubin@ozcap.com
lacyr@sullcrom.com
lalshibib@reedsmith.com
Landon@StreusandLandon.com
lattard@kayescholer.com
lawrence.bass@hro.com
ldespins@milbank.com
lgranfield@cgsh.com
linda.boyle@twtelecom.com
lisa.kraidin@allenovery.com
lmarinuzzi@mofo.com
Lmay@coleschotz.com
lmcgowen@orrick.com
lml@ppgms.com
lnashelsky@mofo.com
lromansic@steptoe.com
lschweitzer@cgsh.com
lubell@hugheshubbard.com
lwhidden@salans.com
mabrams@willkie.com
macronin@debevoise.com
MAOFILING@CGSH.COM
maofiling@cgsh.com
Marc.Chait@standardchartered.com
margolin@hugheshubbard.com
mark.deveno@bingham.com
mark.ellenberg@cwt.com
mark.houle@pillsburylaw.com
mark.sherrill@sutherland.com
martin.davis@ots.treas.gov
masaki_konishi@noandt.com
matthew.dyer@prommis.com
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mbienenstock@dl.com
mcordone@stradley.com
mcto@debevoise.com
mdorval@stradley.com
metkin@lowenstein.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kim@kobrekim.com
mitchell.ayer@tklaw.com
mitchell.epner@friedfrank.com
mjacobs@pryorcashman.com
mjedelman@vedderprice.com
mkjaer@winston.com
mlahaie@akingump.com

mmendez@hunton.com  
mmickey@mayerbrown.com  
mmorreale@us.mufg.jp  
mmurphy@co.sanmateo.ca.us  
monica.lawless@brookfieldproperties.com  
mpage@kelleydrye.com  
mpucillo@bermanesq.com  
mrosenthal@gibsondunn.com  
mschimel@sju.edu  
MSchleich@fraserstryker.com  
mschonholtz@kayescholer.com  
mshiner@tuckerlaw.com  
mspeiser@stroock.com  
mstamer@akingump.com  
nbannon@tishmanspeyer.com  
neal.mann@oag.state.ny.us  
ned.schodek@shearman.com  
newyork@sec.gov  
Nherman@morganlewis.com  
nissay_10259-0154@mhmjapan.com  
oipress@travelers.com  
omeca.nedd@lovells.com  
owllady@hughes.net  
paronzon@milbank.com  
paul.deutch@troutmansanders.com  
paul.turner@sutherland.com  
pbentley@kramerlevin.com  
pbosswick@ssbb.com  
pdublin@akingump.com  
peter.gilhuly@lw.com  
peter.simmons@friedfrank.com  
peter.zisser@hklaw.com  
peter@bankrupt.com  
pfeldman@oshr.com  
phayden@mcguirewoods.com  
pnichols@whitecase.com  
ppascuzzi@ffwplaw.com  
ppatterson@stradley.com  
prachmuth@reedsmith.com  
pwirt@ftportfolios.com  
pwright@dl.com  
r.stahl@stahlzelloe.com  
ramona.neal@hp.com  
ranjit.mather@bnymellon.com  
rdaversa@orrick.com  
rfleischer@pryorcashman.com  
rfrankel@orrick.com  
rgmason@wlrk.com  
rgraham@whitecase.com  
rhett.campbell@tklaw.com  
richard.lear@hklaw.com  
ritkin@steptoe.com  
RJones@BoultCummings.com  
RLevin@cravath.com  
rmatzat@hahnhessen.com  
rmunsch@munsch.com  
rnetzer@willkie.com  
rnies@wolffsamson.com  
robert.bailey@bnymellon.com  
robert.dombroff@bingham.com  
robert.henoch@kobrekim.com  
Robert.Holladay@youngwilliams.com  
robert.malone@dbr.com  
Robert.yalen@usdoj.gov  
roberts@pursuitpartners.com  
Robin.Keller@Lovells.com  
ronald.silverman@bingham.com  
rreid@sheppardmullin.com  
RTrust@cravath.com  
Russj4478@aol.com  
rwasserman@cftc.gov  
rwynne@kirkland.com  
rwyron@orrick.com  
s.minehan@aozorabank.co.jp  
sabin.willett@bingham.com  
sagolden@hhlaw.com  
Sally.Henry@skadden.com  
sandra.mayerson@hklaw.com  
Sara.Tapinekis@cliffordchance.com  
schapman@willkie.com  
schristianson@buchalter.com  
scottshelley@quinnemanuel.com  
scousins@armstrongteasdale.com  
sdnyecf@dor.mo.gov  
sean@blbglaw.com  
sehlers@armstrongteasdale.com  
sfelderstein@ffwplaw.com  
sfineman@lchb.com  
sfox@mcguirewoods.com  
sgordon@cahill.com  
SGross@HodgsonRuss.com  
sgubner@ebg-law.com  
sharbeck@sipc.org  
shari.leventhal@ny.frb.org  
sheakkorzun@comcast.net  
sheehan@txschoollaw.com  
sidorsky@butzel.com  
slerner@ssd.com  
smillman@stroock.com  
snewman@katskykorins.com

spiotto@chapman.com
splatzer@platzerlaw.com
sselbst@herrick.com
stan@smehaffey.com
steele@lowenstein.com
stephanie.wickouski@dbr.com
steve.ginther@dor.mo.gov
steven.perlstein@kobrekim.com
steven.wilamowsky@bingham.com
Streusand@StreusandLandon.com
susan.schultz@newedgegroup.com
susheelkirpalani@quinnemanuel.com
tannweiler@greerherz.com
tarbit@cftc.gov
tbrock@ssbb.com
TGoren@mofo.com
Thomas_Noguerola@calpers.ca.gov
timothy.brink@dlapiper.com
timothy.palmer@bipc.com
tjfreedman@pbnlaw.com
tkarcher@dl.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tmayer@kramerlevin.com
tnixon@gklaw.com
tslome@msek.com
ttracy@crockerkuno.com
twatanabe@mofo.com
twheeler@lowenstein.com
vdagostino@lowenstein.com
Villa@StreusandLandon.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
weissjw@gtlaw.com
wfoster@milbank.com
wheuer@dl.com
wiltenburg@hugheshubbard.com
wisotska@pepperlaw.com
wsilverm@oshr.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yamashiro@sumitomotrust.co.jp

# Exhibit B

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

# Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

# Exhibit D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE JAMES M. PECK
ONE BOWLING GREEN, COURTROOM 601
NEW YORK, NY 10004

OFFICE OF THE US TRUSTEE
ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

000 Lehman Brothers  
18 Krasnopresnenskaya nab.  
Block C, 21 Floor,  
Moscow 1233117  
Russian Federation