**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                                                        :
In re                                                   :    Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS, INC.** *et al.*,           :    Case No. 08-13555 (JMP)
                                                        :
Debtors.                                                :    (Jointly Administered)
                                                        :
----------------------------------------------------------------x   Ref. Docket No. 1991

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

HERB BAER, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 2, 2008, I served the "NOTICE OF FILING OF UPDATED MASTER SERVICE LIST", dated December 2, 2008 [Docket No. 1991] by causing true and correct copies to be:

    a) delivered by email to those parties listed on the attached Exhibit "A",

    b) delivered by facsimile to those parties listed on the attached Exhibit "B", and

    c) enclosed securely in separate postage-prepaid envelopes and delivered by overnight mail to those parties listed on the attached Exhibit "C".

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        /s/ Herb Baer
Sworn to before me this                                 Herb Baer
5th day of December, 2008

/s/ Regina Amporfro
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires September 24, 2009

**Exhibit "A"**

Email Addresses

| | |
|---|---|
| aalfonso@kayescholer.com | boneill@kramerlevin.com |
| abraunstein@riemerlaw.com | brad.dempsey@hro.com |
| acaton@kramerlevin.com | brendalblanks@eaton.com |
| acker@chapman.com | brian.pfeiffer@friedfrank.com |
| adarwin@nixonpeabody.com | brian_corey@gtservicing.com |
| adg@adorno.com | bromano@willkie.com |
| Adiamond@DiamondMcCarthy.com | broy@rltlawfirm.com |
| aentwistle@entwistle-law.com | bruce.ortwine@sumitomotrust.co.jp |
| agbankny@ag.tn.gov | bt@luckydognc.com |
| aglenn@kasowitz.com | btrust@mayerbrown.com |
| agold@herrick.com | btupi@tuckerlaw.com |
| agolianopoulos@mayerbrown.com | bturk@tishmanspeyer.com |
| ahammer@freebornpeters.com | carter.hunter@arentfox.com |
| aisenberg@saul.com | cbelmonte@ssbb.com |
| akantesaria@oppenheimerfunds.com | cdesiderio@nixonpeabody.com |
| akihiko_yagyuu@chuomitsui.jp | charles@filardi-law.com |
| albaugh.colin@pbgc.gov | chris.donoho@lovells.com |
| amarder@msek.com | christopher.schueller@bipc.com |
| AMcMullen@BoultCummings.com | cmontgomery@salans.com |
| amenard@tishmanspeyer.com | CMTB_LC11@chuomitsui.jp |
| Andrew.Brozman@cliffordchance.com | cohena@sec.gov |
| andrew.lourie@kobrekim.com | cohenr@sewkis.com |
| angelich.george@arentfox.com | cp@stevenslee.com |
| ann.reynaud@shell.com | crogers@orrick.com |
| anne.kennelly@hp.com | cs@stevenslee.com |
| aoberry@bermanesq.com | cschreiber@winston.com |
| apo@stevenslee.com | cshulman@sheppardmullin.com |
| araboy@cov.com | ctatelbaum@adorno.com |
| arheaume@riemerlaw.com | cward@polsinelli.com |
| arlbank@pbfcm.com | cweber@ebg-law.com |
| arosenblatt@chadbourne.com | cweiss@ingramllp.com |
| arwolf@wlrk.com | dallas.bankruptcy@pulicans.com |
| aseuffert@lawpost-nyc.com | daniel.guyder@allenovery.com |
| ashmead@sewkis.com | danna.drori@usdoj.gov |
| asnow@ssbb.com | david.bennett@tklaw.com |
| atrehan@mayerbrown.com | david.crichlow@pillsburylaw.com |
| austin.bankruptcy@publicans.com | david.heller@lw.com |
| avenes@whitecase.com | davids@blbglaw.com |
| avi.gesser@dpw.com | davidwheeler@mvalaw.com |
| azylberberg@whitecase.com | dbarber@bsblawyers.com |
| bambacha@sec.gov | dbaumstein@whitecase.com |
| bankruptcy@goodwin.com | dbesikof@loeb.com |
| bankruptcy@morrisoncohen.com | dckaufman@hhlaw.com |
| bankruptcymatters@us.nomura.com | dclark@stinson.com |
| bbisignani@postschell.com | dcoffino@cov.com |
| bguiney@pbwt.com | dcrapo@gibbonslaw.com |
| bhinerfeld@sbtklaw.com | ddrebsky@nixonpeabody.com |
| bill.freeman@pillsburylaw.com | ddunne@milbank.com |
| bmanne@tuckerlaw.com | deborah.saltzman@dlapiper.com |
| BMiller@mofo.com | deggert@freebornpeters.com |

| | |
|---|---|
| demetra.liggins@tklaw.com | fsosnick@shearman.com |
| deryck.palmer@cwt.com | gabriel.delvirginia@verizon.net |
| dfelder@orrick.com | gary.ticoll@cwt.com |
| dflanigan@polsinelli.com | gauchb@sec.gov |
| dfriedman@kasowitz.com | gbray@milbank.com |
| dhayes@mcguirewoods.com | george.davis@cwt.com |
| dheffer@foley.com | giaimo.christopher@arentfox.com |
| dirk.roberts@ots.treas.gov | giddens@hugheshubbard.com |
| dkleiner@velaw.com | gkaden@goulstonstorrs.com |
| dkozusko@willkie.com | GLee@mofo.com |
| dladdin@agg.com | glee@mofo.com |
| dlemay@chadbourne.com | glenn.siegel@dechert.com |
| dlipke@vedderprice.com | gmoss@riemerlaw.com |
| dludman@brownconnery.com | gnovod@kramerlevin.com |
| dmcguire@winston.com | grosenberg@co.arapahoe.co.us |
| dneier@winston.com | gschiller@zeislaw.com |
| dodonnell@milbank.com | hanh.huynh@cwt.com |
| donald.badaczewski@dechert.com | harveystrickon@paulhastings.com |
| douglas.bacon@lw.com | heiser@chapman.com |
| douglas.mcgill@dbr.com | hirsh.robert@arentfox.com |
| dravin@wolffsamson.com | hollace.cohen@troutmansanders.com |
| drose@pryorcashman.com | howard.hawkins@cwt.com |
| drosner@goulstonstorrs.com | hseife@chadbourne.com |
| drosner@kasowitz.com | hsnovikoff@wlrk.com |
| dshemano@pwkllp.com | hweg@pwkllp.com |
| dswan@mcguirewoods.com | ian.levy@kobrekim.com |
| dwdykhouse@pbwt.com | igoldstein@dl.com |
| eagle.sara@pbgc.gov | ilevee@lowenstein.com |
| echang@steinlubin.com | info2@normandyhill.com |
| ecohen@russell.com | ira.herman@tklaw.com |
| efile@pbgc.gov | isgreene@hhlaw.com |
| efile@willaw.com | israel.dahan@cwt.com |
| efleck@milbank.com | jacobsonn@sec.gov |
| efriedman@friedumspring.com | jafeltman@wlrk.com |
| eglas@mccarter.com | james.mcclammy@dpw.com |
| ehollander@whitecase.com | jamestecce@quinnemanuel.com |
| ehorn@lowenstein.com | jason.jurgens@cwt.com |
| ekbergc@lanepowell.com | jatkins@duffyandatkins.com |
| ellen.halstead@cwt.com | jay@kleinsolomon.com |
| elobello@blankrome.com | Jbecker@wilmingtontrust.com |
| eschaffer@reedsmith.com | jbeemer@entwistle-law.com |
| eschwartz@contrariancapital.com | jbird@polsinelli.com |
| esmith@dl.com | jbromley@cgsh.com |
| ezavalkoff-babej@vedderprice.com | jcarberry@cl-law.com |
| ezujkowski@emmetmarvin.com | Jdrucker@coleschotz.com |
| fbp@ppgms.com | jdyas@halperinlaw.net |
| feldsteinh@sullcrom.com | jeffrey.sabin@bingham.com |
| ffm@bostonbusinesslaw.com | jennifer.demarco@cliffordchance.com |
| fhyman@mayerbrown.com | jennifer.gore@shell.com |
| fishere@butzel.com | jeremy.eiden@state.mn.us |
| frank.white@agg.com | jfalgowski@reedsmith.com |
| fred.berg@rvblaw.com | jgarrity@shearman.com |

| | |
|---|---|
| jguy@orrick.com | kobak@hugheshubbard.com |
| jherzog@gklaw.com | korr@orrick.com |
| jhs7@att.net | KOstad@mofo.com |
| jhuggett@margolisedelstein.com | kovskyd@pepperlaw.com |
| jhuh@ffwplaw.com | kpiper@steptoe.com |
| jjureller@klestadt.com | kressk@pepperlaw.com |
| jkehoe@sbtklaw.com | KReynolds@mklawnyc.com |
| jketten@wilkie.com | kristin.going@dbr.com |
| jkurtzman@klehr.com | krosen@lowenstein.com |
| jlee@foley.com | krubin@ozcap.com |
| jlevitin@cahill.com | lacyr@sullcrom.com |
| jlipson@crockerkuno.com | lalshibib@reedsmith.com |
| jliu@dl.com | Landon@StreusandLandon.com |
| jlovi@steptoe.com | lattard@kayescholer.com |
| jmazermarino@msek.com | lawrence.bass@hro.com |
| jmcginley@wilmingtontrust.com | lberkoff@moritthock.com |
| jmerva@fult.com | lgranfield@cgsh.com |
| john.mcnicholas@dlapiper.com | linda.boyle@twtelecom.com |
| john.monaghan@hklaw.com | lisa.kraidin@allenovery.com |
| john.rapisardi@cwt.com | lmarinuzzi@mofo.com |
| jorbach@hahnhessen.com | Lmay@coleschotz.com |
| joseph.scordato@dkib.com | lmcgowen@orrick.com |
| joshua.dorchak@bingham.com | lml@ppgms.com |
| jowen769@yahoo.com | lnashelsky@mofo.com |
| JPintarelli@mofo.com | lromansic@steptoe.com |
| jpintarelli@mofo.com | lschweitzer@cgsh.com |
| jporter@entwistle-law.com | lubell@hugheshubbard.com |
| jprol@lowenstein.com | lwhidden@salans.com |
| jrabinowitz@rltlawfirm.com | mabrams@willkie.com |
| jschwartz@hahnhessen.com | macronin@debevoise.com |
| jshickich@riddellwilliams.com | MAOFILING@CGSH.COM |
| jsmairo@pbnlaw.com | Marc.Chait@standardchartered.com |
| jtimko@allenmatkins.com | margolin@hugheshubbard.com |
| jtougas@mayerbrown.com | mark.deveno@bingham.com |
| judy.morse@crowedunlevy.com | mark.ellenberg@cwt.com |
| jwallack@goulstonstorrs.com | mark.houle@pillsburylaw.com |
| jwang@sipc.org | mark.sherrill@sutherland.com |
| jweiss@gibsondunn.com | martin.davis@ots.treas.gov |
| jwhitman@entwistle-law.com | masaki_konishi@noandt.com |
| jwishnew@mofo.com | matthew.dyer@prommis.com |
| k4.nomura@aozorabank.co.jp | matthew.klepper@dlapiper.com |
| karen.wagner@dpw.com | mbenner@tishmanspeyer.com |
| karol.denniston@dlapiper.com | mberman@nixonpeabody.com |
| KDWBankruptcyDepartment@kelleydrye.com | mbienenstock@dl.com |
| keith.simon@lw.com | mcademartori@sheppardmullin.com |
| Ken.Coleman@allenovery.com | mcordone@stradley.com |
| ken.higman@hp.com | mcto@debevoise.com |
| kgwynne@reedsmith.com | mdorval@stradley.com |
| kiplok@hugheshubbard.com | metkin@lowenstein.com |
| Klippman@munsch.com | mgreger@allenmatkins.com |
| kmayer@mccarter.com | mhopkins@cov.com |
| kmisken@mcguirewoods.com | michael.kim@kobrekim.com |

| | |
|---|---|
| mitchell.ayer@tklaw.com | rfleischer@pryorcashman.com |
| mitchell.epner@friedfrank.com | rfrankel@orrick.com |
| mjacobs@pryorcashman.com | rgmason@wlrk.com |
| mjedelman@vedderprice.com | rgraham@whitecase.com |
| mkjaer@winston.com | rhett.campbell@tklaw.com |
| mlahaie@akingump.com | richard.lear@hklaw.com |
| mmendez@hunton.com | ritkin@steptoe.com |
| mmickey@mayerbrown.com | RJones@BoultCummings.com |
| mmorreale@us.mufg.jp | RLevin@cravath.com |
| mmurphy@co.sanmateo.ca.us | rmatzat@hahnhessen.com |
| monica.lawless@brookfieldproperties.com | rmunsch@munsch.com |
| mpage@kelleydrye.com | rnetzer@willkie.com |
| mpucillo@bermanesq.com | rnies@wolffsamson.com |
| mrosenthal@gibsondunn.com | robert.bailey@bnymellon.com |
| mschimel@sju.edu | robert.dombroff@bingham.com |
| MSchleich@fraserstryker.com | robert.henoch@kobrekim.com |
| mschonholtz@kayescholer.com | Robert.Holladay@youngwilliams.com |
| mshiner@tuckerlaw.com | robert.malone@dbr.com |
| mspeiser@stroock.com | Robert.yalen@usdoj.gov |
| mstamer@akingump.com | roberts@pursuitpartners.com |
| mvenditto@reedsmith.com | Robin.Keller@Lovells.com |
| nbannon@tishmanspeyer.com | ronald.silverman@bingham.com |
| neal.mann@oag.state.ny.us | rreid@sheppardmullin.com |
| ned.schodek@shearman.com | RTrust@cravath.com |
| newyork@sec.gov | Russj4478@aol.com |
| Nherman@morganlewis.com | rwasserman@cftc.gov |
| nissay_10259-0154@mhmjapan.com | rwynne@kirkland.com |
| oipress@travelers.com | rwyron@orrick.com |
| omeca.nedd@lovells.com | s.minehan@aozorabank.co.jp |
| owllady@hughes.net | sabin.willett@bingham.com |
| paronzon@milbank.com | sagolden@hhlaw.com |
| paul.deutch@troutmansanders.com | Sally.Henry@skadden.com |
| paul.turner@sutherland.com | sandra.mayerson@hklaw.com |
| pbentley@kramerlevin.com | Sara.Tapinekis@cliffordchance.com |
| pbosswick@ssbb.com | schapman@willkie.com |
| pdublin@akingump.com | schristianson@buchalter.com |
| peter.gilhuly@lw.com | scottshelley@quinnemanuel.com |
| peter.simmons@friedfrank.com | scousins@armstrongteasdale.com |
| peter.zisser@hklaw.com | sdnyecf@dor.mo.gov |
| peter@bankrupt.com | sean@blbglaw.com |
| pfeldman@oshr.com | sehlers@armstrongteasdale.com |
| phayden@mcguirewoods.com | sfelderstein@ffwplaw.com |
| pnichols@whitecase.com | sfineman@lchb.com |
| ppascuzzi@ffwplaw.com | sfox@mcguirewoods.com |
| ppatterson@stradley.com | sgordon@cahill.com |
| prachmuth@reedsmith.com | SGross@HodgsonRuss.com |
| pwirt@ftportfolios.com | sgubner@ebg-law.com |
| pwright@dl.com | sharbeck@sipc.org |
| r.stahl@stahlzelloe.com | shari.leventhal@ny.frb.org |
| ramona.neal@hp.com | sheakkorzun@comcast.net |
| ranjit.mather@bnymellon.com | sheehan@txschoollaw.com |
| rdaversa@orrick.com | sidorsky@butzel.com |

| | |
|---|---|
| slerner@ssd.com | wzoberman@bermanesq.com |
| SLoden@DiamondMcCarthy.com | yamashiro@sumitomotrust.co.jp |
| smillman@stroock.com | |
| snewman@katskykorins.com | |
| spiotto@chapman.com | |
| splatzer@platzerlaw.com | |
| sselbst@herrick.com | |
| stan@smehaffey.com | |
| steele@lowenstein.com | |
| stephanie.wickouski@dbr.com | |
| steve.ginther@dor.mo.gov | |
| steven.perlstein@kobrekim.com | |
| steven.wilamowsky@bingham.com | |
| Streusand@StreusandLandon.com | |
| susan.schultz@newedgegroup.com | |
| susheelkirpalani@quinnemanuel.com | |
| szuch@wiggin.com | |
| tannweiler@greerherz.com | |
| tarbit@cftc.gov | |
| tbrock@ssbb.com | |
| tduffy@duffyandatkins.com | |
| TGoren@mofo.com | |
| thomas.califano@dlapiper.com | |
| Thomas_Noguerola@calpers.ca.gov | |
| timothy.brink@dlapiper.com | |
| timothy.palmer@bipc.com | |
| tjfreedman@pbnlaw.com | |
| tkarcher@dl.com | |
| tkiriakos@mayerbrown.com | |
| tmacwright@whitecase.com | |
| tmayer@kramerlevin.com | |
| tnixon@gklaw.com | |
| tslome@msek.com | |
| ttracy@crockerkuno.com | |
| twatanabe@mofo.com | |
| twheeler@lowenstein.com | |
| vdagostino@lowenstein.com | |
| Villa@StreusandLandon.com | |
| vrubinstein@loeb.com | |
| wanda.goodloe@cbre.com | |
| wbenzija@halperinlaw.net | |
| wcurchack@loeb.com | |
| weguchi@orrick.com | |
| weissjw@gtlaw.com | |
| wendy.rosenthal@cliffordchance.com | |
| wfoster@milbank.com | |
| wheuer@dl.com | |
| wiltenburg@hugheshubbard.com | |
| wisotska@pepperlaw.com | |
| wsilverm@oshr.com | |
| wswearingen@llf-law.com | |
| wtaylor@mccarter.com | |

**Exhibit "B"**

| Name | Fax |
|---|---|
| INTERNAL REVENUE SERVICE | 212-436-1931 |
| OFFICE OF THE US TRUSTEE, ANDREW D VELEZ-RIVERA | 212-668-2255 |
| OFFICE OF THE NEW YORK ATTORNEY GENERAL | 212-416-6042 |

**Exhibit "C"**

THE HONORABLE JAMES M. PECK  
UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
ONE BOWLING GREEN, COURTROOM 601  
ALEXANDER CUSTOM HOUSE  
NEW YORK, NY 10004


OFFICE OF THE US TRUSTEE  
ATTN: ANDREW D VELEZ-RIVERA, PAUL SCHWARTZBERG  
BRIAN MASUMOTO, LINDA RIFKIN, TRACY HOPE DAVIS  
33 WHITEHALL STREET, 21ST FLOOR  
NEW YORK, NY 10004