**HODGSON RUSS LLP**
Garry M. Graber, Esq.
Deborah J. Piazza, Esq.
60 E. 42nd Street, 37th Floor
New York, New York  10165
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677

*Counsel for Deere & Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al*., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that Hodgson Russ LLP (Garry M. Graber, Esq. and Deborah J. Piazza, Esq.) hereby appears in the above-captioned Chapter 11 cases on behalf of Deere & Company ("Deere"), a party in interest to these bankruptcy proceedings.  Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby made for copies of all notices given or required to be given in these cases and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed to parties having filed with the court a request that all notices be

- 2 -

mailed to them) be given to and served upon Deere's attorneys to the attention of the individuals identified below:

> **HODGSON RUSS LLP**
> Attn:   Garry M. Graber, Esq.
>             Deborah J. Piazza, Esq.
> 60 E. 42nd Street, 37th Floor
> New York, New York  10165
> Telephone:  (212) 661-3535
> Facsimile:  (212) 972-1677
> Email: GGraber@HodgsonRuss.com
>             DPiazza@HodgsonRuss.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also, without limitation, all orders and notices of any kind, including any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors captioned above (the "Debtors") or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that Hodgson Russ, LLP (Garry M. Graber, Esq. and Deborah J. Piazza, Esq.) hereby consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorneys and the addresses identified herein be added to the Master Service List and any other Service Lists maintained by the Debtors or otherwise for notice of all contested matters, adversary proceedings, and any other related or ancillary proceedings.

- 3 -

Dated:  December 9, 2008
      New York, New York      **HODGSON RUSS LLP**
*Counsel for Deere & Company*


By:  /s/ Deborah J. Piazza
     Garry M. Graber, Esq.
     Deborah J. Piazza, Esq.
60 E. 42nd Street, 37th Floor
New York, New York  10165
Telephone:  (212) 661-3535
Facsimile:   (212) 972-1677
Email:  GGraber@HodgsonRuss.com
       DPiazza@HodgsonRuss.com