SHEARMAN & STERLING LLP

599 Lexington Avenue

New York, New York  10022

Telephone:  (212) 848-4000

Facsimile:  (212) 848-7179

Michael H. Torkin (MT-5511)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
                                                                 :
**In re:**                                    :          **Chapter 11**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**    :          **Case No. 08 – 13555 (JMP)**
                                                                 :
                     **Debtors.**             :          **(Jointly Administered)**
                                                                 :
                                                                 :
-----------------------------------------------------------------x

<u>**SUPPLEMENTAL AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK            )
                             )      ss.:
COUNTY OF NEW YORK           )


        Jennifer C. Lin, being duly sworn, deposes and says, under the penalty of perjury:

        1.   I am over the age of eighteen years and employed by Shearman & Sterling

LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-

captioned proceedings.

2.   On November 10, 2008, I caused to be served via the method indicated, to the party on the service list annexed hereto as "Exhibit A," a true and correct copy of the, "**Verified Statement of Shearman & Sterling LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019.**"


/s/ Jennifer C. Lin
Jennifer C. Lin

SWORN TO AND SUBSCRIBED before me on this 9th day of December, 2008.


/s/ Marian D. Luketić
Marian D. Luketić
Notary Public, State of New York
No. 02LU5083644
Qualified in Nassau County,

Certificate Filed in NY County
My commission expires: August 18, 2009

## Exhibit A

**Via Messenger**

Office of the United States Trustee
for the Southern District of New York
(Attn:  Andy Velez-Rivera, Paul
Schwartzberg, Brian Masumoto, Linda
Riffkin and Tracy Hope Davis)
33 Whitehall Street, 21st Floor
New York, New York 10004