**HODGSON RUSS LLP**
Deborah J. Piazza, Esq.
Maureen T. Bass, Esq.
60 E. 42nd Street, 37th Floor
New York, New York  10165
Telephone:  (212) 661-3535
Facsimile:  (212) 972-1677

*Counsel for Gesconsult S.A. SG LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al*., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE** that Hodgson Russ LLP (Deborah J. Piazza, Esq. and

Maureen T. Bass, Esq.) hereby appears in the above-captioned Chapter 11 cases on behalf of

Gesconsult S.A. SG LLC ("Gesconsult"), a party in interest to these bankruptcy proceedings.

Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and

section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), request is hereby

made for copies of all notices given or required to be given in these cases and all papers served

in these cases (including, but not limited to, all papers filed and served in all adversary

proceedings in these cases, and all notices mailed to parties having filed with the court a request

- 2 -

that all notices be mailed to them) be given to and served upon Gesconsult's attorneys to the

attention of the individuals identified below:

> **HODGSON RUSS LLP**
> Attn:    Deborah J. Piazza, Esq.
>             Maureen T. Bass, Esq.
> 60 E. 42nd Street, 37th Floor
> New York, New York  10165
> Telephone:  (212) 661-3535
> Facsimile:  (212) 972-1677
> Email: DPiazza@HodgsonRuss.com
>             MBass@HodgsonRuss.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the

rules specified above, but also, without limitation, all orders and notices of any kind, including

any application, motion, order, petition, pleading, request, complaint, or demand, whether formal

or informal, whether written or oral, and whether transmitted or conveyed by mail, hand

delivery, telephone, telecopy or otherwise, which affects the debtors captioned above (the

"Debtors") or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that Hodgson Russ, LLP (Deborah J.

Piazza, Esq. and Maureen T. Bass, Esq.) hereby consents to e-mail service.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the

attorneys and the addresses identified herein be added to the Master Service List and any other

Service Lists maintained by the Debtors or otherwise for notice of all contested matters,

adversary proceedings, and any other related or ancillary proceedings.

- 3 -

Dated: December 9, 2008
     New York, New York       **HODGSON RUSS LLP**
                                *Counsel for Gesconsult S.A. SG LLC*


                                By:  /s/ Deborah J. Piazza
                                        Deborah J. Piazza, Esq.
                                        Maureen T. Bass, Esq.
                              60 E. 42nd Street, 37th Floor
                              New York, New York  10165
                              Telephone:  (212) 661-3535
                              Facsimile:  (212) 972-1677
                              Email: DPiazza@HodgsonRuss.com
                                        MBass@HodgsonRussl.com