**HODGSON RUSS LLP**
Garry M. Graber, Esq.
Deborah J. Piazza, Esq.
Maureen T. Bass, Esq.
60 E. 42nd Street, 37th Floor
New York, New York 10165
Telephone: (212) 661-3535
Facsimile: (212) 972-1677

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT CONCERNING REPRESENTATION OF MULTIPLE CREDITORS PURSUANT TO FED.R.BANKR.P. 2019(a)**

Hodgson Russ LLP ("Hodgson Russ") represents multiple entities in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings, Inc. and related subsidiaries and affiliates (collectively, the "Debtors"), and respectfully submits its verified statement concerning such representation pursuant to Fed.R.Bankr.P. 2019(a) as follows:

1. The above-captioned Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code on September 15, 2008 (the "Petition Date").

2. Hodgson Russ represents the following entities in these cases:

   (a) Vignette Europe Limited;

   (b) Deere & Company; and,

   (c) Gesconsult S.A.SG LLC.

- 2 -

3. The addresses designated for each of the entities are listed on Exhibit A annexed hereto.

4. Each of the entities listed above may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors' estates. To date, the amounts of their respective claims are not fixed.

5. Each of the above entities maintains a client relationship with Hodgson Russ as counsel retained by each of the entities for the purposes of representing each entity's respective rights in these chapter 11 proceedings.

6. Hodgson Russ is representing each of the above individually, and not as a committee of any kind.

7. Hodgson Russ reserves the right to supplement or amend this statement, as and when appropriate.

8. Hodgson Russ may also represent or advise, or may have represented or advised other parties in interest with respect to these cases that have not been included in the Statement because the parties that Hodgson Russ represents do not currently intend to appear in the cases or such representation(s) have been concluded.

- 3 -

I verify under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2008
      New York, New York      **HODGSON RUSS LLP**

By:  /s/ Deborah J. Piazza
      Garry M. Graber, Esq.
      Deborah J. Piazza, Esq.
      Maureen T. Bass, Esq.
60 E. 42nd Street, 37th Floor
New York, New York  10165
Telephone:  (212) 661-3535
Facsimile:  (212) 972-1677
Email: GGraber@HodgsonRuss.com
      DPiazza@HodgsonRuss.com
      MBass@HodgsonRussl.com

# EXHIBIT A

**Vignette Europe Limited**
1301 South Mopac Expressway
Austin, Texas  78746

Co-counsel:
Streusand & Landon LLP
G. James Landon, Esq.
Richard D. Villa, Esq.
816 Congress Avenue, Suite 1600
Austin, Texas  78701

**Deere & Company**
One John Deere Place
Moline, IL 61265

**Gesconsult S.A. SG LLC**
Raimundo Perez-Hernandez
Plaza Marques De Salamancia
28002 Madrid (Spain)