WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
**In re**                                                          :    **Chapter 11 Case No.**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    **08-13555 (JMP)**
                                                                   :
                              Debtors.                             :    **(Jointly Administered)**
                                                                   :
                                                                   :
-------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF LEHMAN BROTHERS**
**HOLDINGS INC. FOR AN ORDER PURSUANT TO RULE 9019 OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**AUTHORIZING LEHMAN BROTHERS HOLDINGS INC. TO**
**COMPROMISE ITS CLAIMS AGAINST WLB MARK MEZZANINE**
**LLC, DOUGLAS WILSON, WLB MARK HOLDING LLC, DOUGLAS**
**WILSON DEVELOPMENT, LLC, AND DW MARK INVESTORS, LLC**

PLEASE TAKE NOTICE that Lehman Brothers Holdings Inc. ("LBHI"),

by and through its undersigned counsel, hereby withdraws its motion for an order

pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure authorizing LBHI to

compromise its claims against WLB Mark Mezzanine LLC, Douglas Wilson, WLB Mark

Holding LLC, Douglas Wilson Development, LLC, and DW Mark Investors, LLC

[Docket No. 1734].

Dated:  December 9, 2008
        New York, New York

/s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Attorneys for Debtors
and Debtors in Possession