UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., | ) | Case No. 08-13555 (JMP) |
| *et al.*, | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**VERIFIED STATEMENT OF KELLEY DRYE & WARREN LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Kelley Drye & Warren LLP ("KDW"), as counsel to the parties designated herein, in these jointly administered chapter 11 cases, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. Names and Addresses of the Creditors Represented by KDW

KDW has been employed to represent the following creditors in these cases:

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIM(S) | TIME OF ACQUISITION OF CLAIM(S) |
|---|---|---|
| Black River Asset Management LLC<br>12700 Whitewater Drive<br>Minnetonka, MN 55343 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| BP Products North America Inc.<br>28301 Ferry Road, 1st Floor - West<br>Warrenville, IL 60555 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| BP Corporation North America Inc.<br>501 West Lake Park Blvd.<br>Houston, TX 77079 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| BP Singapore PTE. Limited<br>1 Harbour Front Avenue<br>#02-01 Keppel Bay Tower<br>Singapore 098632 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| BP Energy Company<br>501 Westlake Park Blvd.<br>Houston, TX 77079 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIM(S) | TIME OF ACQUISITION OF CLAIM(S) |
|---|---|---|
| BP Oil Supply Company<br>28301 Ferry Road<br>Warrenville, IL 60555 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| BP International Limited<br>acting through its agent<br>BP Oil International Limited<br>20 Canada Square<br>Canary Wharf<br>London E14 5NJ | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| BP Canada Marketing Energy Corp.<br>c/o BP Canada Energy Company<br>P.O. Box 200, 240–4 Ave. S.W.<br>Calgary, AB, CA<br>T2P 2H8 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| BP Gas Marketing Limited<br>20 Canada Square<br>Canary Wharf<br>London E14 5NJ | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| JP Morgan Chase Bank N.A.<br>270 Park Avenue<br>New York, New York 10017 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Mirae Asset Securities Co., Ltd<br>45-1 Mirae Asset-Building<br>Yeouido-Dong<br>Yeongdeungpo-Gu<br>Seoul 150-891 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| The Juilliard School<br>60 Lincoln Center Plaza<br>New York, NY 10023-6588 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Stephen G. MacKenzie &<br>Elizabeth D. MacKenzie,<br>as Joint Tenants in Common<br>140 Broadway, 46th Floor<br>New York, NY 10005 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| S.W.I.F.T., Inc.<br>7 Times Square<br>45th Floor<br>New York, NY 10036<br>United States of America | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIM(S) | TIME OF ACQUISITION OF CLAIM(S) |
|---|---|---|
| Tata America International Corporation<br>101 Park Avenue<br>New York, New York 10178 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Tata Consultancy Services Limited<br>101 Park Avenue<br>New York, New York 10178 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Tullett Prebon Holdings Corporation<br>101 Hudson Street<br>Jersey City, NJ  07302-3908 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Tullett Prebon (Europe) Limited<br>Level 3, 155 Bishopsgate<br>London EC2M 3TQ<br>United Kingdom | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Tullet Prebon (Securities) Limited<br>Level 3, 155 Bishopsgate<br>London EC2M 3TQ<br>United Kingdom | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Tullett Prebon Canada Limited<br>Suite 203<br>1201 5th Street SW<br>Calgary, Alberta T2R 0Y6 Canada | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Tullett Prebon (Singapore) Limited<br>50 Raffles Place<br>#39-00 Singapore Land Tower<br>Singapore 048623 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Murphy & Durieu L.P.<br>120 Broadway Fl 17<br>New York, NY 10271-1797 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Reserve International Liquidity Fund, Ltd<br>1250 Broadway, 32nd Floor<br>New York, New York 10001 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |
| Reserve Yield Plus Fund<br>1250 Broadway, 32nd Floor<br>New York, New York 10001 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |

| NAME AND ADDRESS OF CREDITOR | NATURE AND AMOUNT OF CLAIM(S) | TIME OF ACQUISITION OF CLAIM(S) |
|---|---|---|
| Singapore Telecom USA Inc<br>100 Marine Pkwy. Ste. 450<br>Redwood City, CA 94065 | Claims for pre-petition and post-petition obligations due under one or more contracts. Claims are currently unliquidated. | Pre-petition and Post-petition |

KDW has fully advised the creditors with respect to these concurrent representations. Each of the creditors has agreed to such representation and has requested that KDW represent them in these cases.

2. <u>Amount of Claims Owned by KDW</u>

KDW does not hold any claims against or hold any interest in the Debtors.

I, Eric R. Wilson, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Date:  December 9, 2008
         New York, New York

KELLEY DRYE & WARREN LLP

By: */s/ Eric R. Wilson*
     Eric R. Wilson
101 Park Avenue
New York, New York  10178
Tel:  (212) 808-7800
Fax: (212) 808-7897