AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer (MS-4900)
Philip C. Dublin (PD-4919)
Meredith A. Lahaie (ML-1008)

*Counsel for the Informal Noteholder Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re:**                                     :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* : **Case No. 08-13555 (JMP)**
:
                                    **Debtors.**  :    **(Jointly Administered)**
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF OBJECTION OF THE INFORMAL NOTEHOLDER GROUP TO THE JOINT MOTION OF THE DEBTORS AND BARCLAYS CAPITAL INC. FOR ENTRY OF AN ORDER AUTHORIZING THE DEBTORS TO FILE UNDER SEAL CERTAIN SCHEDULES TO THE ASSET PURCHASE AGREEMENT**

TO THE HONORABLE JAMES PECK,
UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE, that the Informal Noteholder Group (the "Informal Noteholder Group") hereby withdraws its Objection to the Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing the Debtors to File Under Seal Certain Schedules to the Asset Purchase Agreement [Docket No. 755].

Dated: New York, New York

December 9, 2008

        AKIN GUMP STRAUSS HAUER & FELD LLP

        By:    /s/ Michael S. Stamer
                  Michael S. Stamer
                  One Bryant Park
                  New York, New York 10036
                  (212) 872-1000

*Counsel for the Informal Noteholder Group*

# CERTIFICATE OF SERVICE

I, Michael Stamer, hereby certify that on December 9, 2008, I caused a copy of the foregoing to be served via Electronic Notification and First Class Mail upon the following:

Counsel for Lehman Brothers Holdings, Inc.
Lori R. Fife
Shai Y. Waisman
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

Counsel for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.
Jeffrey S. Margolin
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Counsel for Barclays Capital, Inc.
Lindsee P. Granfield
Lisa M. Schweitzer
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

                                          /s/ Michael S. Stamer
                                          Michael S. Stamer