STROOCK & STROOCK & LAVAN LLP
Lawrence M. Handelsman
Denise K. Wildes
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
Email: lhandelsman@stroock.com
        dwildes@stroock.com

*Attorneys for Stamford Associates L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
*In re*                                       :
                                              :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,        :
                                              :   Case No. 08-13555 (JMP)
                                              :
         Debtors.                             :   (Jointly Administered)
                                              :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel to Stamford Associates L.P. ("SAP"), a party-in interest herein and, pursuant to 11 U.S.C. § 1109(b) and Federal Rules of Bankruptcy Procedure 2002 and 9010(b), hereby requests that all notices given or required to be given in this case be given to and served upon:

> Lawrence M. Handelsman, Esq.
> Denise K. Wildes, Esq.
> Stroock & Stroock & Lavan LLP
> 180 Maiden Lane
> New York, New York 10038
> Telephone: (212) 806-5400
> Facsimile: (212) 806-6006
> Email: lhandelsman@stroock.com
>         dwildes@stroock.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, formal or informal, and whether transmitted or conveyed by mail, hand delivery, facsimile transmission, telephone, telegraph, telex or otherwise, which affects the above-captioned debtor (the "Debtor") or the property of or in the possession, custody or control of the Debtor or which is otherwise filed or given with regard to the above-referenced case.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to: (1) SAP's rights, remedies claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtor and any other entities either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit SAP to the jurisdiction of the Court.

Dated: December 9, 2008
      New York, New York

                        STROOCK & STROOCK & LAVAN LLP

                        /s/ Lawrence M. Handelsman
                        Lawrence M. Handelsman
                        Denise K. Wildes
                        180 Maiden Lane
                        New York, New York 10038-4982
                        Telephone: (212) 806-5400
                        Facsimile: (212) 806-6006
                        Email: lhandelsman@stroock.com
                                    dwildes@stroock.com

                        *Attorneys for Stamford Associates L.P.*