WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard P. Krasnow

Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                                  :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,   :   **08-13555 (JMP)**
:
Debtors.                        :   **(Jointly Administered)**
:
:
------------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL DECLARATION OF**
**CHARLES D. WEISS IN SUPPORT OF THE APPLICATION OF THE**
**DEBTORS PURSUANT TO SECTIONS 327(e) AND 328(a) OF THE**
**BANKRUPTCY CODE AND RULE 2014(a) OF THE FEDERAL RULES OF**
**BANKRUPTCY PROCEDURE FOR AUTHORIZATION TO EMPLOY AND**
**RETAIN McKENNA LONG & ALDRIDGE LLP AS SPECIAL COUNSEL**
**FOR THE DEBTORS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE**

**PLEASE TAKE NOTICE** that, on December 9, 2008, Lehman Brothers

Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as

debtors and debtors in possession (together, the "Debtors") filed the attached Supplemental

Declaration of Charles D. Weiss on Behalf of McKenna Long & Aldridge LLP ("McKenna")

Pursuant to Sections 327(e) and 328(a) of the Bankruptcy Code and Rule 2014(a) of the Federal

Rules of Bankruptcy Procedure in Support of the Debtors' Application for Authorization to

Employ and Retain McKenna as Special Counsel, *Nunc Pro Tunc* to the Commencement Date.

NY2:\1944111\02\15_3302!.DOC\58399.0003

2

Dated: December 9, 2008
      New York, New York

    /s/ Richard P. Krasnow
    Richard P. Krasnow, Esq.
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Debtors
    and Debtors in Possession

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Harvey R. Miller
Richard P. Krasnow
Lori R. Fife
Shai Y. Waisman
Jacqueline Marcus

Attorneys for Debtors
and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                  :
In re                                             :      Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :      08-13555 (JMP)
                                                  :
                         Debtors.                 :      (Jointly Administered)
                                                  :
                                                  :
------------------------------------------------------------x

SUPPLEMENTAL DECLARATION OF CHARLES D. WEISS IN
SUPPORT OF THE APPLICATION OF THE DEBTORS PURSUANT
TO SECTIONS 327(e) AND 328(a) OF THE BANKRUPTCY CODE
AND RULE 2014(a) OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE FOR AUTHORIZATION TO EMPLOY AND RETAIN
McKENNA LONG & ALDRIDGE LLP AS SPECIAL COUNSEL FOR
THE DEBTORS *NUNC PRO TUNC* TO THE COMMENCEMENT DATE

CHARLES D. WEISS, hereby declares, pursuant to section 1746 of title 28 of the United

States Code, as follows:

   1.    I am a partner in the firm of McKenna Long & Aldridge LLP ("McKenna"

or the "Firm"), a law firm with principal offices at 303 Peachtree Street, N.E., Suite 5300,

Atlanta, Georgia 30308 and at 1900 K Street, N.W., Washington, DC 20006, and other offices in Albany, New York; Brussels, Belgium; Denver, Colorado; Los Angeles, California; New York, New York; Philadelphia, Pennsylvania; San Diego, California; and San Francisco, California.

2. I submit this Supplemental Declaration in connection with the Application dated December 2, 2008 (the "Application") of Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (together, the "Debtors" and, collectively with their non-debtor affiliates, "Lehman"), for approval of the Debtors' employment and retention of McKenna as special counsel in the above-captioned chapter 11 cases at the Firm's normal hourly rates in effect from time to time and in accordance with the Firm's normal reimbursement policies, in compliance with sections 328(a), 329 and 504 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") and to provide disclosure required under Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein. To the extent any information disclosed herein requires amendment or modification upon McKenna's completion of further review or as additional information becomes available to it, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

4. The Debtors have filed the Application requesting approval from this Court to retain and employ McKenna as special counsel during these chapter 11 cases to

provide services with respect to commercial lending, loan restructuring, collection and litigation matters.

5.  McKenna is currently representing the Debtors in several matters identified in Exhibit B annexed to the Application (the "Current McKenna Matters"). As of the Commencement Date,[1] the Debtors and/or non-debtor affiliates or subsidiaries of the Debtors owed McKenna the sum of $1,804,395.74 for unbilled and billed fees and expenses incurred for services rendered by McKenna related to the Current McKenna Matters and unrelated to these chapter 11 cases. McKenna has not received payment of any of these outstanding amounts, and is, therefore, the holder of a pre-petition claim against the Debtor. McKenna's status as a pre-petition creditor of the Debtors should not be an impediment to its retention by the Debtors under section 327(e) of the Bankruptcy Code.

6.  It is McKenna's understanding that the Debtors are a general partner and a minority limited partner with an approximate 20% equity interest in one or more LB Mezz Funds. The other 80% equity interest is held by third party investors. It is again McKenna's understanding that the LB Mezz Funds have made mortgage loans, mezzanine loans and equity investments in a variety of real estate projects located throughout the United States. There are three current matters in which McKenna represents the LB Mezz Funds in which the Debtors are involved. One of those matters is Xanadu at Meadowlands in which the Debtors hold a sub-participation interest in a subordinate participation construction loan to a project owner. The second matter is

---

[1] As set forth in the Application, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code commencing on September 15, 2008 and periodically thereafter (the "Commencement Date").

Heritage Place/El Toro in which the Debtors hold an advancing mezzanine loan to the LB Mezz Funds and, in turn, the LB Mezz Funds hold an advancing construction mortgage loan to a project owner. The third matter is Warner Center Condominium in which a non-debtor entity indirectly owned by the Debtors holds the equity interest in a condominium project and the LB Mezz Funds hold a mezzanine loan that is in default. All three of these representations were undertaken pre-petition with full disclosure to the Debtors and the LB Mezz Funds and under terms pursuant to which McKenna's representation is purely transactional and McKenna would withdraw in the event any litigation were to ensue between the Debtors and the LB Mezz Funds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on December 9, 2008.

_____
Declarant: Charles D. Weiss