SAUL EWING LLP
Adam H. Isenberg, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
Email: aisenberg@saul.com

Attorneys for The Pennsylvania
Convention Center Authority

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                           :   Chapter 11
                                                :
LEHMAN BROTHERS HOLDINGS, INC., et al.          :   Case No. 08-13555 (JMP)
                                                :   (Jointly Administered)
                        Debtors.                :
-----------------------------------------------------------------x   **Related to Docket Nos. 1790 and 1799**

## AFFIDAVIT OF SERVICE

I, Monica A. Molitor, an employee of Saul Ewing LLP, hereby certify that on November 26 2008, copies of the following pleadings were served by first class mail, postage prepaid, on the parties set forth on the attached service list:

- Notice of Withdrawal Regarding ECF Notification with Respect to Case No. 08-13555 [Docket No. 1790]; and

- Notice of Appearance and Request for Service of Papers [Docket No. 1799].

                                    SAUL EWING LLP

                            By:     _____
                                    Monica A. Molitor, Paralegal
                                    222 Delaware Avenue, Suite 1200
                                    P.O. Box 1266
                                    Wilmington, DE 19899
                                    (302) 421-6800

Subscribed and sworn to before me
This ___9th___ day of December, 2008

_____
Notary Public

ANTHONY J. IANNINI
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires June 20, 2011

**SERVICE LIST**

HONORABLE JAMES M. PECK
UNITED STATES BANKRUTPCY COURT
FOR THE SOUTHERN DISTRICT OF NY
Courtroom 601
One Bowling Green
New York, NY 10004

OFFICE OF THE U.S. TRUSTEE
ATTN: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto,
Linda Riffkin, Tracy Hope Davis
33 Whitehall Street, 21st Floor
New York, NY 10004

EPIQ Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017

WEIL GOTSCHAL & MANGES, LLP
ATTN: Shai Y. Waisman, Esq., Richard P. Krasnow, Esq.,
Lori R. Fife, Esq., Jacqueline Marcus, Esq.
767 Fifth Ave
New York, NY 10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
ATTN: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

CLEARY GOTLIEBB LLP
ATTN: Lindsee P. Granfield, Esq., Lisa Schweiger, Esq.
One Liberty Plaza
New York, NY 10006

SULLIVAN & CROMWELL LLP
ATTN: Robinson B. Lacy, Esq., Hydee R. Feldstein, Esq.
125 Broad Street
New York, NY 10004