Adjourned Hearing Date: January 14, 2009 at 10:00 a.m. (prevailing Eastern Time)

SAUL EWING LLP
Adam H. Isenberg, Esquire
Melissa W. Rand, Esquire
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-8662
Facsimile: (215) 972-1853
E-mail: aisenberg@saul.com

Attorneys for The Pennsylvania
Convention Center Authority

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
**In re**                                                      :    **Chapter 11**
                                                               :
**LEHMAN BROTHERS HOLDINGS, INC.,** *et al*.                   :    Case No. 08-13555 (JMP)
                                                               :
                        **Debtors.**                           :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

NOTICE OF ADJOURNMENT OF MOTION OF
THE PENNSYLVANIA CONVENTION CENTER AUTHORITY FOR:
(A) DETERMINATION THAT AUTOMATIC STAY DOES NOT PREVENT
TERMINATION OF RESERVE FUND AGREEMENT; OR (B) IN THE
ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY
TO TERMINATE RESERVE FUND AGREEMENT

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of the Pennsylvania Convention Center Authority for: (A) Determination that the Automatic Stay Does Not Prevent Termination of the Reserve Fund Agreement; or (B) in the Alternative, Relief from the Automatic Stay to Terminate the Reserve Fund Agreement [Docket No. 1780], which was scheduled for December 16, 2008, at 10:00 a.m., **has been adjourned to January 14, 2009 at 10:00 a.m.**, or as soon thereafter as counsel may be heard (the "Adjourned Hearing"). The

1124685.1 12/10/08

Adjourned Hearing shall be held before the Honorable James M. Peck, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated: December 10, 2008

                        SAUL EWING LLP

                        By:   /s/ Adam H. Isenberg
                            Adam H. Isenberg, Esquire
                            Melissa W. Rand, Esquire
                            Centre Square West
                            1500 Market Street, 38th Floor
                            Philadelphia, PA  19102
                            Telephone: (215) 972-8662
                            Facsimile: (215) 972-1853
                            E-mail: aisenberg@saul.com