ROPES & GRAY LLP
One International Place
Boston, Massachusetts  02110
Telephone: 617.951.7000
Facsimile: 617.951.7050
D. Ross Martin (DM-2947)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
**In re**                                                                  :
                                                                                   :    Chapter 11 Case No.
**LEHMAN BROTHERS HOLDINGS INC.,**        :
*et al.*,                                                                   :    08-13555 (JMP)
                                                                                   :
                          **Debtors.**                                :    (Jointly Administered)
                                                                                   :
---------------------------------------------------------- x

# MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, D. Ross Martin, a member in good standing of the bar of the State of Massachusetts and the U.S. District Court for the District of Massachusetts, request admission, *pro hac vice*, before the Honorable James M. Peck, to represent the following parties in interest in the above-referenced cases:

> Putnam Premier Income Trust
>
> Putnam Master Intermediate Income Trust
>
> Putnam Variable Trust, Putnam Floating Rate Income Fund
>
> Putnam Bank Loan Fund (Cayman) Master Fund
>
> IG Putnam U.S. HighYield Income Fund
>
> AIB International Finance
>
> THL Credit Partners, L.P.

11432169_4.DOC

Ropes & Gray, LLP has an office in this district at 1211 Avenue of the Americas, New York, NY 10036.  My address is:

> D. Ross Martin
> ROPES & GRAY LLP
> One International Place
> Boston, MA 02110-2624
> Telephone:  (617)951-7000
> Facsimile:  (617)951-7050
> ross.martin@ropesgray.com

The fee of $25.00 was paid at the time of electronic filing of this Motion.

Dated: December 10, 2008
Boston, MA

ROPES & GRAY LLP

By: */s/*_____
D. Ross Martin (DM-2947)
One International Place
Boston, MA 02110-2624
Telephone:  (617)951-7000
Facsimile:  (617)951-7050

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
**In re**                                                  :
                                                           :    Chapter 11 Case No.
**LEHMAN BROTHERS HOLDINGS INC.,**                         :
*et al.*,                                                  :    08-13555 (JMP)
                                                           :
            **Debtors.**                                   :    (Jointly Administered)
                                                           :
---------------------------------------------------------- x

### ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED,** that D. Ross Martin, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York.

Dated: December ___, 2008
New York, New York                                      _____
                                                        The Honorable James M. Peck
                                                        United States Bankruptcy Judge

11432169_4.DOC