UNITED STATES BANKruptcy Court
Southern DISTRICT of New York

In re: Lehman Brothers Holdings, Inc. et al

PEBTOR                        Ch 11 (Jup)
                              Case 08 13555

Designation of Issues + Record

Issues

① The Court DID not Determine the
Status of the Grownd Union Escrow Fund

② The Court DID not Determine of the
Casa Escrow fund was/is part of the ESMTE

③ Accordingly the Court erred in
Denying Appellate motion for relief from
the Automatic Stay

Pg 1

RECEIVED
DEC - 1 2008

Record

Docket

| 1550 | 11/13/2008 | Affidavit of Service - Proof of Service - filed by William Kuntz. (Lopez, Mary) |
|------|------------|-------------------------------------------------------------------------------|
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |
| 1502 | 11/13/2008 | Notice of Appeal filed by William Kuntz III. (Rouzeau, Anatin) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |
| 1262 | 10/28/2008 | Certificate of Service re: Motion Under Rule 60 (related document(s)[1261]) filed by William Kuntz III. (White, Greg) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: 1261 |
| 1261 | 10/24/2008 | Motion to Approve Motion Under Rule 60 for Relief from Order (related document(s)[1094]) filed by William Kuntz III. (Attachments: # (1) Exhibits) (White, Greg) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: 1094 |
| 1260 | 10/24/2008 | Motion to Extend Time to Appeal filed by William Kuntz III. (White, Greg) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |
| 1107 | 10/16/2008 | Proof of Service filed by Kuntz. (Lopez, Mary) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |
| 1094 | 10/16/2008 | Order Signed on 10/16/2008 Denying the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay. (Related Doc # [271]) (Nulty, Lynda) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: 271 |
| 851 | 10/13/2008 | Objection / Joinder Of Official Committee Of Unsecured Creditors In Debtors Objection To The Motion Of William Kuntz III For An Order Lifting Or Modifying The Automatic Stay In These Chapter 11 Cases (related document(s)[830]) filed by Dennis F. Dunne on behalf of Official Committee of Unsecured Creditors. (Dunne, Dennis) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: 830 |
| 830 | 10/11/2008 | Objection to Motion / Debtors Objection to the Motion of William Kuntz III for an Order Lifting or Modifying the Automatic Stay in these Chapter 11 Cases filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. (Waisman, Shai) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |
| 817 | 10/9/2008 | Affidavit filed by William Kuntz III. (Lopez, Mary) |
| | | Debtor: Lehman Brothers Holdings Inc. |
| | | Related: none |

Respectfully

William Kuntz
India St PoBox 1801
Nantucket Island, MA 02554-1801
508-775-5225