UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 |

## NOTICE OF APPEARANCE AND DEMAND
## FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Federal Home Loan Mortgage Corporation in Conservatorship ("Freddie Mac"), a creditor of the above-named debtors and party in interest in the captioned Chapter 11 case, by its undersigned counsel and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, and Sections 102(1) and 1109(b) of the United States Bankruptcy Code, that all notices given or required to be given in connection with the captioned Chapter 11 case, and all papers served or required to be served in connection therewith, be given and served upon:

> Sophia Ree (SR3820)
> LANDMAN CORSI BALLAINE & FORD, P.C.
> 120 Broadway, 27th Floor
> New York, NY 10271-0079
> Telephone (212) 238-4800
> Facsimile (212) 238-4848
> E-Mail: SRee@lcbf.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the within Chapter 11 cases whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

473002.1 DocsNY

This appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a consent to jurisdiction of the Bankruptcy Court over Freddie Mac. Further, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, a waiver of any of Freddie Mac's substantive or procedural rights, including without limitation: (i) Freddie Mac's right to have final orders in non-core matters entered only after *de novo* review by a District Court; (ii) Freddie Mac's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) Freddie Mac's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, and recoupments Freddie Mac expressly reserves.

Dated: New York, New York
      December 9, 2008

                LANDMAN CORSI BALLAINE & FORD, P.C.

By: _____
Sophia Ree (SR3820)
Attorneys for Federal Home Loan Mortgage Corporation
   in Conservatorship
120 Broadway, 27th Floor
New York, NY 10271-0079
(212) 238-4800 - Phone
(212) 238-4848 - Fax
E-Mail: SRee@lcbf.com