# EXHIBIT A

## NON-AGREED UPON TRADES

### NON-AGREED UPON TRADES APPEARING ON EXHIBIT A TO DEBTORS' MOTION

| Entity | Deal Name | Customer | Tranche | B/S | Trade Date | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | ALPHA III (NOV06) | ZODIAC FUND - MORGAN STANLEY | D | S | 6/10/2008 | USD | Assumed |
| LCPIUK | LIBERATOR SENIOR FACILITIES DTD 10/06(A) | MORGAN STANLEY | C1 | S |  | EUR | Assumed |

### NON-AGREED UPON TRADES APPEARING ON EXHIBIT B TO DEBTORS' MOTION

| Entity | Deal Name | Customer | Tranche | B/S | Trade Date | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | LIBERATOR SENIOR FACILITIES DTD 10/06(A) | MORGAN STANLEY | B1 | S | 6/9/2008 | EUR | Rejected |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY BK INTL LTD | A | B | 8/28/2008 | USD | Rejected |