# EXHIBIT B

.

ERRORS AND CORRECTIONS TO EXHIBIT A TO DEBTORS' MOTION - ASSUMED TRADES

| Entity | Deal Name | Customer | Tranche | B/S | Trade Date | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPI | HAWAIIAN. TELCOM COMMUNICATIONS (5/07) (Tranche C) | MORGAN STANLEY ~~BANK~~**SENIOR FUNDING, INC.** | | S | 8/19/2008 | USD | Assumed |
| LCPI | QUEBECOR WORLD INC. | MORGAN STANLEY **SENIOR FUNDING, INC.** | | S | 6/19/2008 | USD | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | MORGAN STANLEY **SENIOR FUNDING, INC.** | | S | 7/24/2008 | USD | Assumed |
| LCPIUK | NTL CABLE PLC | MORGAN STANLEY ~~BK INTL LTD~~**BANK INTERNATIONAL LIMITED** | B1 | S | 4/10/2008 | GBP | Assumed |
| LCPI | SWIFT TRANSPORTATION (5/10/07) | MORGAN STANLEY ~~INVESTMENT MGMT~~**SENIOR FUNDING, INC.** | | S | 7/21/2008 | USD | Assumed |

ERRORS AND CORRECTIONS TO EXHIBIT B TO DEBTORS' MOTION - REJECTED TRADES

| Entity | Deal Name | Customer | Tranche | B/S | Trade Date | CurrCode | Status |
|---|---|---|---|---|---|---|---|
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY **BANK INTERNATIONAL LIMITED** | A | B | 5/6/2008 | USD | Rejected |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY **BANK INTERNATIONAL LIMITED** | A | B | 5/8/2008 | USD | Rejected |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY **BANK INTERNATIONAL LIMITED** | A | B | 8/26/2008 | USD | Rejected |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY **SENIOR FUNDING, INC.** | A | B | 6/4/2008 | USD | Rejected |
| LCPIUK | NYCOMED HOLDING A/S | MORGAN STANLEY **BANK INTERNATIONAL LIMITED** | A | B | 5/21/2008 | USD | Rejected |