Neil S. Binder, Esq.
Michael Friedman, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801
Nbinder@rkollp.com
Mfriedman@rkollp.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re                                   :   Chapter 11 Case No. 08-13555 (JMP)
                                        :
                                        :   (Jointly Administered)
LEHMAN BROTHERS HOLDINGS INC., *et al.*, :
                                        :   **CERTIFICATE OF SERVICE**
            Debtors.                    :
                                        :
                                        :
---------------------------------------x

    I, Keith Sambur hereby certify that on December 10, 2008, I caused to be served a copy, of the foregoing Supplemental Limited Objection of Morgan Stanley Bank International Limited and Morgan Stanley Senior Funding, Inc. to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving The Assumption Or Ejection Of Open Trade Confirmations via (a) electronically to all counsel of record receiving notice through the Court's CM/ECF system and (b) hand delivery to the following:

| | |
|---|---|
| Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Jacqueline Marcus, Esq | Milbank, Tweed, Hadley & McCloy LLP,<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq. |

I, Keith Sambur hereby further certify that on December 10, 2008, I caused to be served a copy of the foregoing Supplemental Limited Objection of Morgan Stanley Bank International Limited and Morgan Stanley Senior Funding, Inc. to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving The Assumption Or Rejection Of Open Trade Confirmations via (a) electronically to all counsel of record receiving notice through the Court's CM/ECF system and (b) overnight federal express in a sealed pre-paid envelope addressed to the following:

>    Office of the United States Trustee
>    for the Southern District of New York
>    33 Whitehall Street, 21st Floor
>    New York, New York 10004
>    Attn: Andy Velez-Rivera, Paul Schwartzberg,
>    Brian Masumoto, Linda Riffkin, and Tracy Hope Davis

_____
Keith Sambur