Hearing Date and Time: January 14, 2009 at 10:00 a.m.<br>
Objection Deadline: January 9, 2009 at 4:00 p.m.

Kane Kessler, P.C.
Robert Kolodney, Esq. (RK-2605)
1350 Avenue of the Americas
New York, New York 10019-4896
(212) 541-6222

Attorneys for Jarden Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               )   Chapter 11
In re:                                                         )
                                                               )   Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC.,                                 )
et al.,                                                        )   (Jointly Administered)
                                                               )
                                  Debtors.                     )
                                                               )
---------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION OF JARDEN CORPORATION FOR AN ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363, 365 AND 1107 COMPELLING LEHMAN COMMERCIAL PAPER INC. TO RESIGN AS ADMINISTRATIVE AGENT AND SWING LINE LENDER UNDER CREDIT AGREEMENT, TO COMPEL IMMEDIATE ASSUMPTION OR REJECTION OF CREDIT AGREEMENT AND GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that Jarden Corporation, by its counsel Kane Kessler, P.C., has filed a *Motion of Jarden Corporation for an Order Pursuant to Bankruptcy Code Sections 105, 363, 365 and 1107 compelling Lehman Commercial Paper Inc. to resign as Administrative Agent and Swing Line Lender under Credit Agreement, to compel immediate assumption or rejection of Credit Agreement, and granting related relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief requested in the Motion will be held on January 14, 2009 at 10:00 a.m., or soon thereafter as counsel may be heard, before the Honorable James M. Peck, United States Bankruptcy Judge, United States

Bankruptcy Court (the "Bankruptcy Court"), One Bowling Green, Courtroom 601, New York, New York 10004-1408.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be (a) made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court for the Southern District of New York and the Order pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, entered September 22, 2008 [Docket No. 285]; (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (i) electronically by registered users of the Bankruptcy Court's case filing system, or (ii) on a 3.5 inch disk (preferably in Portable Document Format (PDF), Word Perfect, or any other Windows-based word processing format) by all other parties in interest; (d) be submitted in hard copy form to the chambers of the Honorable James M. Peck, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and (e) be served upon the following parties: (i) counsel for Jarden Corporation. Kane Kessler, P.C., 1350 Avenue of the Americas, New York, New York 10019, Attention: Robert Kolodney, Esq., (ii) counsel for the Debtors, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attention: Richard P. Krasnow, Esq., Lori R. Fife, Esq. Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq., (iii) counsel for the Official Committee of Unsecured Creditors, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attention: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq. and Evan Fleck, Esq., (iv) counsel for Debtors' postpetition Lenders, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq., and Sullivan & Cromwell LLP,

#303219.1                                         2

125 Broad Street, New York, New York 10004, Attention: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq., and (v) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attention: Andy Velez-Rivera, Paul Schwartzberg, Brian Masumoto, Linda Riffkin and Tracy Hope Davis, in each case so as to be **received no later than 4:00 p.m. (Eastern Time) on January 9, 2009** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if you do not timely file and serve a written objection to the relief requested in the motion by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

Dated: New York, New York
December 10, 2008

**KANE KESSLER, P.C.**
Attorneys for Jarden Corporation


By: /s/ Robert Kolodney
    Robert Kolodney, Esq. (RK-2605)
1350 Avenue of the Americas
New York, New York 10019
(212) 541-6222

#303219.1                                3