EXHIBIT B



**SWING LINE LOAN NOTICE**

December 4, 2008

To:   Lehman Commercial Paper, Inc., as Swing Line Lender
      and Administrative Agent

Ladies and Gentlemen:

Reference is made to that certain Credit Agreement, dated as of January 24, 2005 (as amended, restated, extended, supplemented or otherwise modified in writing from time to time, the "*Agreement*"), among Jarden Corporation, a Delaware corporation (the "***Borrower***"), the Lenders and L/C Issuers from time to time party thereto, Lehman Commercial Paper, Inc., as administrative agent, Citicorp USA, Inc., as syndication agent, and Bank of America, N.A., National City Bank of Indiana and SunTrust Bank, as co-documentation agents. Capitalized terms used herein and not otherwise defined herein have the meanings given to them in the Credit Agreement.

The undersigned hereby requests a Swing Line Loan:

1.   On December 4, 2008 (a Business Day).

2.   In the amount of $10,000,000*

The undersigned Responsible Officer, to the best of his or her knowledge, hereby certifies as of the date hereof that he/she is the Treasurer of the Borrower, that he/she is authorized to execute and deliver this Swing Line Loan Notice to the Administrative Agent on the behalf of the Borrower, and solely in his/her capacity as an officer of the Borrower and not in his/her individual capacity, as follows:

(a)   the Swing Line Borrowing requested herein complies with the requirements of the provisos to the first sentence of Section 2.05(a) of the Agreement;

(b)   the representations and warranties set forth in *Article V (Representations and Warranties)* and in the other Loan Documents are true and correct on and as of the Closing Date and are true and correct in all material respects on and as of the date hereof, except to the extent such representations and warranties expressly relate to an earlier date, in which case such representations and warranties shall have been true and correct in all material respects as of such earlier date; and

no Default or Event of Default has occurred and is continuing.

JARDEN CORPORATION

By: _____
Name:  Jason Wong
       VP, Treasury

| *Please send $10,000,000 to: |
| --- |
| Bank Name: Bank of America, N.A. |
| ABA #: 071000505 |
| Account Name: Jarden Corporation |
| Account #: 5800433434 |
| Location: Chicago, IL |