EXHIBIT C

**From:** Ospina, Maritza [mailto:mospina@lehman.com]
**Sent:** Thursday, December 04, 2008 1:55 PM
**To:** Wong, Jason
**Cc:** Rosolinsky, Michelle; Malloy, Craig; Loan IQ App; Capps, John; Braterman, Jarrett; Lau, Kenneth; So, Vanessa; Durrwachter, Stacy; McLoughlin, William; Hall, Roopali; Turner, Frank P
**Subject:** RE: Swing line borrowing request

Hello Jason,

LCPI will not be funding this request.

Regards,

**Maritza Ospina**
**Vice President**
**LEHMAN BROTHERS HOLDINGS INC.**
1271 Avenue of the Americas | New York, NY 10019
Tel: (646) 333-8868 | Fax: (646) 758-4648
E-mail: mospina@lehman.com


**From:** Wong, Jason [mailto:jwong@JARDEN.com]
**Sent:** Thursday, December 04, 2008 1:51 PM
**To:** Ospina, Maritza
**Cc:** Rosolinsky, Michelle; Malloy, Craig; Loan IQ App; Capps, John; Braterman, Jarret; Lau, Kenneth; So, Vanessa; Durrwachter, Stacy
**Subject:** Swing line borrowing request

Hi Maritza:

I see that we have not received our swing line funds as requested yesterday. We are re-submitting our previous notice again today for a swing line borrowing of $10m as in the attached notice.

Please confirm your receipt of our request and funding today by 5PM (New York time). Alternatively, please confirm promptly to us if you will not fund this swing line request.

Thanks.

Regards,
Jason
**********************************
Jason Wong


12/4/2008