John Melko (TX 13919600)
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

COUNSEL TO PYRRHULOXIA, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
In re: § Chapter 11
§
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* § Case No. 08-13555 (JMP)
§
Debtors. § Jointly Administered
§
-----------------------------------------------------------X

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, John P. Melko ("Movant"), a member in good standing of the bar in the State of Texas, and of the bar of the U. S. District Courts for the Southern, Northern, Eastern and Western District of Texas, request admission, ***pro hac vice***, before the Honorable James M. Peck to represent Pyrrhuloxia, LP ("Pyrrhuloxia"), in the above referenced cases. My address is Gardere Wynne Sewell LLP, 1000 Louisiana, Suite 3400, Houston, Texas 77002-5007. My email address is jmelko@gardere.com; my telephone number is (713) 276-5727, and my fax number is (713) 276-6727.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Respectfully submitted this 10th day of December , 2008.

                GARDERE WYNNE SEWELL LLP


                By: /s/ John P. Melko
                Texas State Bar No. 13919600
                1000 Louisiana, Suite 3400
                Houston, Texas  77002-5011
                713-276-5727 (*direct dial*)
                713-276-6727 (*direct fax*)
                jmelko@gardere.com

                *ATTORNEY-IN-CHARGE FOR*
                *PYRRHULOXIA, LP*


## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing pleading to be served on the parties listed on the Court's electronic ECF system on the 10th day of December, 2008.


                */s/ John P. Melko*
                John P. Melko

HOUSTON 1013574v.1