John Melko (TX 13919600)
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX  77002-5011
Telephone:  (713) 276-5500
Facsimile:  (713)  276-5555

COUNSEL TO PYRRHULOXIA, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
                                                §
In re:                                          §        Chapter 11
                                                §
LEHMAN BROTHERS HOLDINGS INC., *et al.* §        Case No. 08-13555 (JMP)
                                                §
        Debtors.                                §        Jointly Administered
                                                §
-------------------------------------------------------------X


# ORDER AUTHORIZING ADMISSION *PRO HAC VICE* OF JOHN MELKO

UPON the motion of John P. Melko dated December 10, 2008, for admission to appear *pro hac* vice for PYRRHULOXIA, LP ("Pyrrhuloxia"); it is hereby

ORDERED, that John Melko is admitted to practice *pro hac vice* in the above-referenced jointly administered cases, subject to payment of the filing fee.


Dated:    _____
          New York, New York


                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE

HOUSTON 1013582v.1