John Melko (TX 13919600)
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

COUNSEL TO PYRRHULOXIA, LP

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
§
**In re:** § Chapter 11
§
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.* § Case No. 08-13555 (JMP)
§
Debtors. § Jointly Administered
§
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(g) and 9010(b), PYRRHULOXIA, LP ("Pyrrhuloxia"), a creditor and party in interest herein, hereby gives notice of its appearance in said case by and through its counsel, and requests copies of all notices and/or pleadings issued or filed in the above-referenced bankruptcy case. All such notices should be sent to this creditor in care of:

> John P. Melko
> Gardere Wynne Sewell LLP
> 1000 Louisiana, Suite 3400
> Houston, Texas 77002-5011
> jmelko@gardere.com (*email*)

DATED: December 10, 2008.

Respectfully submitted,

*/s/* John P. Melko
John P. Melko
State Bar No. 13919600
Gardere Wynne Sewell LLP
1000 Louisiana, Suite 3400
Houston, Texas 77002-5011
713-276-5727 (*direct dial*)
713-276-6727 (*direct fax*)
jmelko@gardere.com (*email)*

*ATTORNEY-IN-CHARGE FOR
PYRRHULOXIA, LP*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned caused a true and correct copy of the foregoing pleading to be served on the parties listed on the Court's electronic ECF system on the 10th day of December, 2008.

*/s/* John P. Melko
John P. Melko