John Melko (TX 13919600)
GARDERE WYNNE SEWELL LLP
1000 Louisiana, Suite 3400
Houston, TX 77002-5011
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

COUNSEL TO PYRRHULOXIA, LP

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                            §
In re:                                                      §         Chapter 11
                                                            §
LEHMAN BROTHERS HOLDINGS INC., *et al.*                     §         Case No. 08-13555 (JMP)
                                                            §
         Debtors.                                           §         Jointly Administered
                                                            §
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF TEXAS         )
                       ) SS:
COUNTY OF HARRIS       )

       JOHN P. MELKO, being duly sworn, deposes and says:

    1.    I am not a party to the action, am over the age of eighteen years of age and reside in Houston, Texas.

    2.    On December 10, 2008, I caused a copy of the "LIMITED JOINDER OF LIMITED JOINDER OF PYRRHULOXIA, LP IN CERTAIN OBJECTIONS TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 365 OF THE BANKRUPTCY CODE APPROVING THE ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS", to be filed and served by email via the Court's ECF system.

                                                              /s/ John P. Melko
                                                             John P. Melko

Sworn to before me this
10th day of December, 2008

*Sherry L. Barker*
Sherry L. Barker
Notary Public in and for
The State of Texas
My Commission Expires:
03-31-2010

SHERRY L. BARKER
Notary Public, State of Texas
Commission Expires 03-31-2010

HOUSTON 1013781v.1

Page 1