# PARSEC TRADING CORP

ADMINISTRATION OFFICE
ROSEBANK CENTRE
11 BERMUDIANA ROAD
PEMBROKE HM 08
BERMUDA

TEL: (441) 299 3882     FAX: (441) 295 6759

September 26, 2008

JPMorgan Chase
WSS- Worldwide Securites Services
Collateral Management
500 Stanton Christiana Road
Newark, DE 19713
Attn: Kathleen Tucker

Re: Tri Party Account FBP Lehman Brothers DDA 323341527

Dear Kathleen:

Please be advised that on September 15, 2008 we filed a Notice designating an Early Termination Date with Lehman Brothers Special Financing (See copy attached). The notice was filed as an Event of Default occurred prior to that date.

Accordingly, we closed out our positions with Lehman and are requesting that the collateral posted (USD 12,000,000) in the above referenced account be returned to our account:

JP Morgan Chase, New York
ABA 021 000 021
A/C # 323098274
A/C Parsec Trading Corp.

If you have any questions or require any additional information in order to close out this account please let us know.

Sincerely,

Howards Tabachnick

John Niforatos

EXHIBIT
D