William M. Hawkins (WH-1865)
Jason Blumberg (JB-1033)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10145
Tel: (212) 407-4155
Fax: (212) 407-4990

Attorneys for East West Bancorp

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>                              Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>vs.<br><br>LEHMAN BROTHERS, INC.,<br><br>                              Debtor. | Adversary Proceeding No. 08-01420 (JMP) |

**CERTIFICATE OF SERVICE**

I, Jason Blumberg, hereby certify that on November 24, 2008, I caused copies of

the Objection of East West Bancorp to Proposed Assumption and Assignment of

NY754043.1
209604-10023

Financial Services Agreement Between Lehman Brothers Inc. and East West Bancorp to be served by hand delivery on the parties listed on the attached service list.

Dated: New York, New York
      December 10, 2008

                              LOEB & LOEB LLP

                              /s/ Jason Blumberg_____
                              William M. Hawkins (WH-1865)
                              Jason Blumberg (JB-1033)
                              LOEB & LOEB LLP
                              345 Park Avenue
                              New York, New York 10145
                              Tel: (212) 407-4155
                              Fax: (212) 407-4990

                              Attorneys for East West Bancorp

NY754043.1
209604-10023

**Service List**

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
c/o Lori R. Fife and Shai Y. Waisman

**Attorneys for LBHI**

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
c/o Tracy Hope Davis

**United States Trustee**

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
c/o Lindsee P. Granfield and Lisa M. Schweitzer

**Attorneys for BCI**

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
c/o Dennis F. Dunne, Luc A. Despins and Wilbur F. Foster, Jr.

**Attorneys for the Creditors' Committee Appointed in LBHI's Chapter 11 case**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
c/o James B. Kobak, David Wiltenburg and Jeff Margolin

**Attorneys for SIPC Trustee**

NY754043.1
209604-10023