VENABLE LLP
Rockefeller Center, 25th Floor
1270 Avenue of the Americas
New York, New York 10020
(212) 307-5500
Carollynn H.G. Callari
Edward A. Smith

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555 (JMP)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------x

**VERIFIED STATEMENT OF VENABLE LLP PURSUANT**
**TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Venable LLP ("Venable") hereby submits this verified statement (the "Verified Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure in connection with the above-captioned chapter 11 cases of Lehman Brothers Holdings Inc. and its debtor affiliates (collectively, the "Debtors"), and respectfully states as follows:

1. Venable represents the entities listed on Exhibit A hereto (collectively, the "Entities") in the Debtors' cases. The mailing address for each of the Entities is listed on Exhibit A hereto.

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors. The specific nature and amounts of these claims and/or interests have not yet been

finally determined, and none of the Entities has filed a proof of claim against any of the Debtors as of the time of filing of this Verified Statement.

3. Each of the Entities separately requested that Venable represent them in connection with the Debtors' chapter 11 cases. Venable is representing each of the Entities individually.

4. Venable also represents or advises certain other entities who may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their respective relationships with the Debtors. However, as of the date hereof, such entities have not appeared, and have not requested Venable to appear on their behalf, in the Debtors' chapter 11 cases. Venable will supplement this Verified Statement in accordance with Rule 2019, as applicable, in the event such entities request Venable to appear on their behalf in connection with the Debtors' chapter 11 cases.

5. Upon information and belief, Venable does not possess any claims against or interests in any of the Debtors.[1]

6. The address for Venable for purposes of this Verified Statement is Rockefeller Center, 1270 Avenue of the Americas, 25th floor, New York, New York, 10020.

7. Venable reserves the right to amend, revise or supplement this Verified Statement.

---

[1] Partners, associates and staff of Venable, in their individual capacities, may hold claims against and/or interests in the Debtors.

The undersigned hereby certifies that this Verified Statement is true and correct to the best of the undersigned's knowledge and belief.

Dated: December 11, 2008
      New York, New York

                                **VENABLE LLP**

                              By: /s/ Carollynn H.G. Callari
                                  Carollynn H.G. Callari, Esq.
                                  Edward A. Smith, Esq.

                              Rockefeller Center
                              1270 Avenue of the Americas, 25th Floor
                              New York, New York  10020
                              (212) 307-5500

## Exhibit A

1. Danske Bank A/S, London Branch
   75 King William Street
   London EC4N 7DT
   England

2. Mitsubishi UFJ Securities International plc
   6 Broadgate
   London EC2M 2AA
   England