UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                                         :

In re                                                                       :         Chapter 11

LEHMAN BROTHERS HOLDINGS INC., <u>et al.</u>,    :         Case No. 08-13555 (JMP)

            Debtors.                           :         (Jointly Administered)

------------------------------------------------------------------ X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

        PLEASE TAKE NOTICE that Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to the entities listed on Exhibit A (attached), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 102(1), 342, and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail address:

                                 Carmine D. Boccuzzi Jr., Esq.
                                 Thomas J. Moloney, Esq.
                                 Cleary Gottlieb Steen & Hamilton LLP
                                 One Liberty Plaza
                                 New York, New York 10006

                                 Tel. No.:         (212) 225-2000
                                 Fax No.:        (212) 225-3999
                                 E-Mail Address:   MAOFILING@CGSH.COM

        PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the above-named party-in-interest's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party-in-interest is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the above-named party-in-interest expressly reserves.

Dated: New York, New York
December 11, 2008

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:  /s/ Carmine D. Boccuzzi, Jr.
Carmine D. Boccuzzi, Jr.

One Liberty Plaza
New York, New York 10006

*Attorneys for Goldman, Sachs & Co.; Goldman Sachs (Asia) Finance; Goldman Sachs Capital Markets, L.P.; Goldman Sachs International; Goldman Sachs International Bank; Goldman Sachs Japan Co. Ltd.; Goldman Sachs (Japan) Ltd.; and J. Aron & Company*

2

# EXHIBIT A

| | |
|---|---|
| Goldman, Sachs & Co.<br>85 Broad Street<br>New York, NY 10004 | Goldman Sachs (Asia) Finance<br>35th Fl.<br>Citibank Plaza<br>3 Garden Road<br>Central, Hong Kong |
| Goldman Sachs Capital Markets, L.P.<br>85 Broad Street<br>New York, NY 10004 | Goldman Sachs International<br>Peterborough Court<br>133 Fleet Street<br>London EC4A 2BB |
| Goldman Sachs International Bank<br>Peterborough Court<br>133 Fleet Street<br>London EC4A 2BB | Goldman Sachs Japan Co. Ltd.<br>ARK Mori Building,<br>1-12-32 Akasaka, Minato-ku<br>Tokyo 107-6005, Japan |
| Goldman Sachs (Japan) Ltd.<br>ARK Mori Building,<br>1-12-32 Akasaka, Minato-ku<br>Tokyo 107-6005, Japan | J. Aron & Company<br>85 Broad Street<br>New York, NY 10004 |