# **EXHIBIT A**

08-13555-mg   Doc 2157-1   Filed 12/11/08   Entered 12/11/08 13:59:56   Exhibit
Pg 1 of 9

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

**To:** M&G Secured Debt Fund Limited
    **Attention:** Andrew Boughen
    **Phone No.:** 020 7548 3381
    **Fax No.:** 020 7548-3989
    **Email:** andrew.boughen@mandg.co.uk

**From:** Lehman Commercial Paper Inc.
    **Attention:** Jessica Markowitz
    **Phone No.:** (212)526-7598
    **Fax No.:** (646)758-4993
    **Email:** jessica.markowitz@lehman.com

**Date:** 09/18/2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | 09/11/2008 |
| **Seller:** | Lehman Commercial Paper Inc.    ☑ Principal  ☐ Agent |
| **Buyer:** | M&G Secured Debt Fund Limited    ☑ Principal  ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT dated as of July 31, 2007 among InterGen N.V., the Lenders from time to time party thereto, and Calyon New York Branch, as administrative agent |
| **Borrower:** | INTERGEN N.V. |
| **Form of Purchase:** | Assignment |

**Purchase Amount/Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 1,000,000.00 | Term | Term Loans | |

**Purchase Rate:**     90.00%    Term Loans

578285004

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

| | | |
|---|---|---|
| **Up Front Fees:** (if any): | Term Loans | None |

**Credit Documentation to be provided:** No

**Trade Specific Other Terms of Trade:** Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation allocated by an investment manager or advisor to multiple funds or accounts.

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Daniel Walsh at ClearPar at the following fax number (646)453-2870 or email address: daniel.walsh@fnis.com
If you have any questions, please contact Daniel Walsh at (845)639-4810.

**Lehman Commercial Paper Inc.**                    **M&G Secured Debt Fund Limited**

By: _____                         By: _____

    Name:                                                Name:
    Title:                                                Title:

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

**To:** **Stichting Shell Pensioenfonds**
   *Attention:* *Andrew Boughen*
   *Phone No.:* *020 7548 3381*
   *Fax No.:* *020 7548-3989*
   *Email:* *andrew.boughen@mandg.co.uk*

**From:** **Lehman Commercial Paper Inc.**
   *Attention:* *Jessica Markowitz*
   *Phone No.:* *(212)526-7598*
   *Fax No.:* *(646)758-4993*
   *Email:* *jessica.markowitz@lehman.com*

**Date:** *09/18/2008*

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

**Trade Date:** 09/11/2008

**Seller:** Lehman Commercial Paper Inc.    ☑ Principal  ☐ Agent

**Buyer:** Stichting Shell Pensioenfonds    ☑ Principal  ☐ Agent

**Credit Agreement:** CREDIT AGREEMENT dated as of July 31, 2007 among InterGen N.V., the Lenders from time to time party thereto, and Calyon New York Branch, as administrative agent

**Borrower:** INTERGEN N.V.

**Form of Purchase:** Assignment

**Purchase Amount/ Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 1,000,000.00 | Term | Term Loans | |

**Purchase Rate:**         90.00%    Term Loans

578285005

LSTA EFFECTIVE DECEMBER 2006 Copyright © LSTA 2006. All rights reserved.

| | | |
|---|---|---|
| **Up Front Fees:** (if any): | Term Loans | None |
| **Credit Documentation** to be provided: | No | |
| **Trade Specific Other Terms of Trade:** | Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation allocated by an investment manager or advisor to multiple funds or accounts. | |

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Daniel Walsh at ClearPar at the following fax number (646)453-2870 or email address: daniel.walsh@fnis.com
If you have any questions, please contact Daniel Walsh at (845)639-4810.


**Lehman Commercial Paper Inc.**                          **Stichting Shell Pensioenfonds**


By: _____                             By: _____[signature]_____

   Name:                                                     Name:
   Title:                                                    Title:

578285005                                                                    Page 2 of 2

LSTA EFFECTIVE DECEMBER 2006 Copyright © LSTA 2006. All rights reserved.

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

**To:** M&G Dynamic European Loan Fund Limited
**Attention:** Andrew Boughen
**Phone No.:** 020 7548 3381
**Fax No.:** 020 7548-3989
**Email:** andrew.boughen@mandg.co.uk

**From:** Lehman Commercial Paper Inc.
**Attention:** Jessica Markowitz
**Phone No.:** (212)526-7598
**Fax No.:** (646)758-4993
**Email:** jessica.markowitz@lehman.com

**Date:** 09/18/2008

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

**Trade Date:** 09/11/2008

**Seller:** Lehman Commercial Paper Inc.    ☑ Principal ☐ Agent

**Buyer:** M&G Dynamic European Loan Fund Limited    ☑ Principal ☐ Agent

**Credit Agreement:** CREDIT AGREEMENT dated as of July 31, 2007 among InterGen N.V., the Lenders from time to time party thereto, and Calyon New York Branch, as administrative agent

**Borrower:** INTERGEN N.V.

**Form of Purchase:** Assignment

**Purchase Amount/ Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 2,800,000.00 | Term | Term Loans | |

**Purchase Rate:** 90.00%   Term Loans

578285001

LSTA EFFECTIVE DECEMBER 2006 Copyright © LSTA 2006. All rights reserved.

| | | |
|---|---|---|
| Up Front Fees:<br>(if any): | Term Loans | None |

**Credit Documentation**  No
**to be provided:**

**Trade Specific**
**Other Terms of Trade:** Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation allocated by an investment manager or advisor to multiple funds or accounts.

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Daniel Walsh at ClearPar at the following fax number (646)453-2870 or email address: daniel.walsh@fnis.com
If you have any questions, please contact Daniel Walsh at (845)639-4810.

**Lehman Commercial Paper Inc.**                        **M&G Dynamic European Loan Fund Limited**

By: _[signature]_                                        By: _[signature]_

Name: Eduardo Reyes                                      Name:
Title: Vice President                                    Title:

LSTA EFFECTIVE DECEMBER 2006 Copyright © LSTA 2006. All rights reserved.

# LSTA PAR/NEAR PAR TRADE CONFIRMATION

**To:** The Prudential Assurance Company Limited (PAC)
  *Attention:* Andrew Boughen
  *Phone No.:* 020 7548 3381
  *Fax No.:* 020 7548-3989
  *Email:* andrew.boughen@mandg.co.uk

**From:** Lehman Commercial Paper Inc.
  *Attention:* Jessica Markowitz
  *Phone No.:* (212)526-7598
  *Fax No.:* (646)758-4993
  *Email:* jessica.markowitz@lehman.com

**Date:**

We are pleased to confirm the following transaction, subject to the Standard Terms and Conditions for Par/Near Par Trade Confirmations (the "Standard Terms and Conditions") published by The Loan Syndications and Trading Association, Inc.® (the "LSTA") as of December 1, 2006, which Standard Terms and Conditions are incorporated herein by reference without any modification whatsoever except as otherwise agreed herein by the parties and specifically set forth in the "Trade Specific Other Terms of Trade" section below. The parties hereto agree to submit any dispute as to the reasonableness of a buy-in or sell-out price to binding arbitration in accordance with the LSTA "Rules Governing Arbitration Between Loan Traders With Regard to Failed Trades" in existence on the Trade Date, and to comply with any award or decision issued in connection with such an arbitration proceeding. Capitalized terms used and not defined in this Confirmation have the respective meanings ascribed thereto in the Standard Terms and Conditions.

| | |
|---|---|
| **Trade Date:** | 09/11/2008 |
| **Seller:** | Lehman Commercial Paper Inc.    ☑ Principal  ☐ Agent |
| **Buyer:** | The Prudential Assurance Company Limited (PAC)    ☑ Principal  ☐ Agent |
| **Credit Agreement:** | CREDIT AGREEMENT dated as of July 31, 2007 among InterGen N.V., the Lenders from time to time party thereto, and Calyon New York Branch, as administrative agent |
| **Borrower:** | INTERGEN N.V. |
| **Form of Purchase:** | Assignment |

**Purchase Amount/Type of Debt:**

| Purchase Amount | Type of Debt | Facility | CUSIP Number |
|---|---|---|---|
| USD 15,200,000.00 | Term | Term Loans | |

**Purchase Rate:**    90.00%    Term Loans

578285006

LSTA EFFECTIVE DECEMBER 2006  Copyright © LSTA 2006. All rights reserved.

| | | |
|---|---|---|
| **Up Front Fees:** (if any): | Term Loans | None |

**Credit Documentation** to be provided:    No

**Trade Specific Other Terms of Trade:**    Unless otherwise specified herein, Lehman Commercial Paper Inc. shall not be required to pay (in the aggregate) more than one half of one Agent transfer fee for transactions specified in this or any other confirmation allocated by an investment manager or advisor to multiple funds or accounts.

Please provide the signature of a duly authorized officer or other signatory where indicated below and return this letter to the attention of Daniel Walsh at ClearPar at the following fax number (646)453-2870 or email address: daniel.walsh@fnis.com
If you have any questions, please contact Daniel Walsh at (845)639-4810.

**Lehman Commercial Paper Inc.**                     **The Prudential Assurance Company Limited (PAC)**

By: _____                          By: _____[signature]_____

    Name:                                                Name:
    Title:                                                 Title:

578285006                                                                        Page 2 of 2

LSTA EFFECTIVE DECEMBER 2006 Copyright © LSTA 2006. All rights reserved.