# **EXHIBIT B**

<raymond.chin@barclayscapital.com>

04/11/2008 22:55

To Andrew Boughen/LON/M&G@M&G

cc

Subject Lehman Trade Rejection Notice

Reference is made to LSTA PAR/NEAR PAR TRADE CONFIRMATION, LCPI sell
Intergen N.V. for 20,000,000.00 at 90.00% dated Sep 11, 2008, (the
"Trade Confirmation").

Please take notice that LCPI has made the determination to reject the
Trade Confirmation in accordance with its rights under section 365 of
the Bankruptcy Code.

Raymond Chin
Lehman Brothers Holdings, Inc.

"Baer, Herb"
<HBaer@epiqsystems.com>

To undisclosed-recipients:;

cc

Subject Lehman Brothers Holding Inc. et al. (08-13555) - Docket # 1541 -   Motion re Open Trade Confirmations

15/11/2008 00:20

Attached please find:

DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION
365 OF THE BANKRUPTCY CODE APPROVING THE
ASSUMPTION OR REJECTION OF OPEN TRADE CONFIRMATIONS

<<LBH Motion to Assume.pdf>>
HERB BAER
Epiq Systems
Bankruptcy Solutions
757 Third Avenue, 3rd Floor
New York, NY 10017
Phone: 646.282.2525
Fax: 646.282.2501
Email: hbaer@epiqsystems.com

Innovative technology solutions for litigation, bankruptcy and financial
transactions
New York | DC | Kansas City | Chicago | London | Miami | Philadelphia |
Los Angeles | Portland

This communication (including any attachment(s) is intended solely for the recipient
(s) named above and may contain information that is confidential, privileged or
legally protected. Any unauthorized use or dissemination of this communication is
strictly prohibited. If you have received this communication in error, please
immediately notify the sender by return e-mail message and delete all copies of the
original communication to include any copy that may reside in your sent box. Thank
you for your cooperation.

12/10/2008

Message ID - T8aa9eff12bc0a8fbb4e50

The information contained in this message may be CONFIDENTIAL and is intended for the addressee only. Any unauthorised use, dissemination of the information, or copying of this message is prohibited. If you are not the addressee, please notify the sender immediately by return e-mail and delete this message. Although this e-mail and any attachments are believed to be free of any virus, or other defect which might affect any computer or system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by M&G for any loss or damage from receipt or use thereof. Please note that all e-mail messages are subject to interception for lawful business purposes.

M&G Limited is incorporated and registered in England and Wales under registered number 1048359. Registered office: Laurence Pountney Hill, London, EC4R 0HH. M&G Limited is a wholly owned subsidiary of Prudential plc.

12/10/2008