## **EXHIBIT C**

**Andrew Boughen**

Director of Léveraged Finance  Office:  020 7548 3381
Leveraged Finance Group       Mobile: 07764 286392
Fixed Income                  Email:  andrew.boughen@mandg.co.uk



---- Forwarded by Andrew Boughen/LON/M&G on 26/11/2008 09:18 ----

**"Markowitz, Jessica A"**
**<jessica.markowitz@lehman.com>**

To Andrew Boughen/LON/M&G@M&G

cc "Walsh, Dave" <dave.walsh@lehman.com>, "Lee, Amy"
<amy.lee@lehman.com>, <jacqueline.marcus@weil.com>

Subject Intergen trade with Lehman t/d 9/11 (M&G)

25/11/2008 22:55

Ladies and Gentlemen:
Reference is made to the LSTA Par/Near Par Trade Confirmation dated
September 11, 2008 (the "Trade Confirmation") between Prudential M&G
(the "Counterparty") and Lehman Commercial Paper Inc. ("LCPI" or the
"Debtor") pursuant to which Debtor agreed to sell and Counterparty
agreed to purchase $20,000,000.00 in principal amount of  Intergen N.V.
made to the Borrower at a purchase rate of 90.00% (the "Trade").

As you are aware, on October 5, 2008, the Debtor commenced a voluntary
case under chapter 11 of title 11 of the United States Code (the
"Bankruptcy Code") with the United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court").

12/10/2008

By electronic mail correspondence dated November 4, 2008, Debtor
informed you that it intends to reject the Trade.  In addition, Debtor
listed the Trade on the list of "Rejected Trades" annexed as Exhibit B
to the Debtors' Motion for an Order Pursuant to Section 365 of the
Bankruptcy Code Approving the Assumption or Rejection of Open Trade
Confirmations (the "Motion").  As you may be aware, Debtor may not
assume or reject an executory contract without the approval of the
Bankruptcy Court.  A hearing with respect to the Motion is scheduled for
December 3, 2008 (the "Hearing Date").

Consistent with Debtor's fiduciary obligation to maximize the value of
its estate for the benefit of all creditors, Debtor has continued to
review all of the "Open Trades" (as defined in the Motion) and the
proposed treatment thereof.

Please take notice that, as a result of its review, Debtor has made the
determination to assume the Trade Confirmation in accordance with its
rights under section 365 of the Bankruptcy Code.  Such determination has
been made on the basis that Counterparty will not assert any right of
recoupment or setoff that it may have under a master netting agreement
or otherwise with respect to its obligations under the Trade
Confirmation and that, upon settlement of the Trade Confirmation,
Counterparty shall pay Debtor in cash or other immediately available
funds the purchase price set forth in the Trade Confirmation in full,
without setoff, recoupment or counterclaims of any kind whatsoever.

On or before the Hearing Date, Debtor intends to amend the exhibits to
the Motion accordingly.

Jessica Markowitz
Lehman Brothers
1271 6th Avenue
New York, NY 10019
Ph:  (646) 333-9935
Email: jessica.markowitz@lehman.com


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- -


This message is intended only for the personal and confidential use of the
designated recipient(s) named above.  If you are not the intended recipient of this
message you are hereby notified that any review, dissemination, distribution or
copying of this message is strictly prohibited.  This communication is for
information purposes only and should not be regarded as an offer to sell or as a
solicitation of an offer to buy any financial product, an official confirmation of
any transaction, or as an official statement of Lehman Brothers.  Email
transmission cannot be guaranteed to be secure or error-free.  Therefore, we do not
represent that this information is complete or accurate and it should not be relied
upon as such.  All information is subject to change without notice.

- - - - - - - -
IRS Circular 230 Disclosure:
Please be advised that any discussion of U.S. tax matters contained within this
communication (including any attachments) is not intended or written to be used and
cannot be used for the purpose of (i) avoiding U.S. tax related penalties or (ii)
promoting, marketing or recommending to another party any transaction or matter
addressed herein.


12/10/2008

Message ID - T8ae245e77dc0a8fbb36ac

The information contained in this message may be CONFIDENTIAL and is intended for the addressee only. Any unauthorised use, dissemination of the information, or copying of this message is prohibited. If you are not the addressee, please notify the sender immediately by return e-mail and delete this message. Although this e-mail and any attachments are believed to be free of any virus, or other defect which might affect any computer or system into which they are received and opened, it is the responsibility of the recipient to ensure that they are virus free and no responsibility is accepted by M&G for any loss or damage from receipt or use thereof. Please note that all e-mail messages are subject to interception for lawful business purposes.

M&G Limited is incorporated and registered in England and Wales under registered number 1048359. Registered office: Laurence Pountney Hill, London, EC4R 0HH. M&G Limited is a wholly owned subsidiary of Prudential plc.

[CC]New[/CC]

12/10/2008