UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:

LEHMAN BROTHERS HOLDINGS, INC.,

        Debtor(s).

Case No. 08-13555-JMP

Chapter 11

Honorable James Peck

/

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES

TO:    Clerk of the Court
        US Bankruptcy Court
        Alexander Hamilton Custom Hou
        1 Bowling Green
        New York, NY  10004

Harvey R Miller
Weil, Gotshal & JManges, LLP
767 Fifth Ave.
New York, NY  10153

    PLEASE ENTER THE APPEARANCE of MICHAEL A. COX, Attorney General, and Juandisha M Harris, Assistant Attorney General, as attorneys for the State of Michigan, Department of Treasury, in the above-entitled cause; this appearance is entered as required by FR Bankr P 9010(b) and does not constitute a general appearance.

    Pursuant to FR Bankr P 2002(g), the undersigned requests that copies of all notices required to be mailed to all creditors be served on the undersigned.

                                  MICHAEL A. COX
                                  Attorney General

                                  */s/ Juandisha M Harris*
                                  Juandisha M Harris (P62978)
                                  Assistant Attorney General
                                  Cadillac Place, Ste. 10-200
                                  3030 W. Grand Blvd.
                                  Detroit, MI  48202
                                  Telephone:  (313) 456-0140
                                  E-Mail:  harrisjm@michigan.gov

Dated: December 11, 2008