UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK - NEW YORK

In Re:                                                Case No. 08-13555-JMP

LEHMAN BROTHERS HOLDINGS, INC.,                       Chapter 11

           Debtor(s).                                  Honorable James Peck
_____/

**PROOF OF SERVICE**

The undersigned certifies that on December 11, 2008, a copy of the Notice of Appearance, was/were served upon the following parties either electronically or by depositing said copies in the U.S. mail, postage prepaid:

Harvey R Miller
Weil, Gotshal & JManges, LLP
767 Fifth Ave.
New York NY  10153

                                        */s/ Michael Holcomb*
                                        Michael Holcomb
                                        Legal Secretary
                                        Juandisha M. Harris (P62978)
                                        Cadillac Place, Ste. 10-200
                                        3030 W. Grand Blvd.
                                        Detroit, MI  48202
                                        Telephone:  (313) 456-0140
                                        E-mail:  harrisjm@michigan.gov

Dated:  December 11, 2008