Bracewell & Giuliani LLP
Kurt A. Mayr (ct27127)
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, Connecticut 06103
Telephone No.: (860) 947-9000
Facsimile No.: (860) 246-3201

*Counsel to Mr. Alain Bachelot,*
*the provisional French administrator of Banque Lehman Brothers S.A.;*
*Banque Lehman Brothers S.A.;*
*Lehman Brothers Conseil S.A.; and*
*Lehman Brothers Services S.N.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDING, INC.** | : | **Case No.    08-13555** |
| | : | |
| **Debtor** | : | |
------------------------------------------------------------ x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Mr. Alain Bachelot, the provisional French administrator of Banque Lehman Brothers S.A., a claimant in the above-referenced case ("**Claimant**") hereby appears by its counsel, Bracewell & Giuliani LLP, and demands, pursuant to 11 U.S.C. §§ 102(1) and 1109(b) and Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), that all notices given in these cases and all papers served

or required to be served in these cases be given to and served upon the undersigned attorney, at the address set forth below:

> Kurt A. Mayr
> Bracewell & Giuliani LLP
> Goodwin Square
> 225 Asylum Street, Suite 2600
> Hartford, Connecticut 06103
> Telephone No.: (860) 947-9000
> Facsimile No.: (860) 246-3201
> Email: kurt.mayr@bgllp.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex, electronic mail or otherwise.

This appearance and demand for notice is neither intended as nor is it a consent of the Appearing Party to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) the Appearing Party's right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the Appearing Party's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) the Appearing Party's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitle

under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments to the Appearing Party expressly reserves.

Dated: December 11, 2008
Hartford, Connecticut

By: /s/ Kurt A. Mayr
Kurt A. Mayr (ct27127)
BRACEWELL & GIULIANI LLP
Goodwin Square
225 Asylum Street, Suite 2600
Hartford, CT 06103
Telephone: (860) 256-8534
Facsimile: (860) 760-6528

*Counsel to Mr. Alain Bachelot,
the provisional French administrator of Banque
Lehman Brothers S.A.;
Banque Lehman Brothers S.A.;
Lehman Brothers Conseil S.A.; and
Lehman Brothers Services S.N.C.*