**HEARING DATE: DECEMBER 16, 2008 at 10:00 a.m.**

Lindsee P. Granfield
Lisa M. Schweitzer
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 310-3999

*Attorneys for Barclays Capital Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                              :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**       :    **08-13555 (JMP)**
                                                                  :
             **Debtors.**                              :    **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x


**NOTICE OF HEARING ON JOINT MOTION OF THE DEBTORS AND BARCLAYS
CAPITAL INC. FOR ENTRY OF AN ORDER AUTHORIZING TO FILE UNDER SEAL
CERTAIN SCHEDULES TO THE ASSET PURCHASE AGREEMENT**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Joint Motion of the Debtors and Barclays Capital Inc. for Entry of an Order Authorizing to File Under Seal Certain Schedules to the Asset Purchase Agreement (D.I. 430) (the "Joint Motion"), which had been adjourned to a date to be determined, has been scheduled for **Tuesday, December 16, 2008 at 10:00 a.m.**, or as soon thereafter as counsel may be heard (the "Adjourned Hearing"). The Adjourned Hearing will be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE NOTICE that the Informal Noteholder Group has withdrawn its objection to the Motion, such that the Adjourned Hearing on the Motion will proceed as an uncontested matter.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated: New York, New York
December 11, 2008

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**

By: /s/ Lindsee P. Granfield
Lindsee P. Granfield
Lisa M. Schweitzer
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to Barclays Capital Inc.*