LOCKE LORD BISSELL & LIDDELL LLP
Allen C. Wasserman, Esq. (AW-4771)
885 Third Avenue, 26th Floor
New York, New York 10022
Telephone: (212) 812-8306
Facsimile: (212) 812-8366

*Attorneys for Stephen N. Hurley*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
  :
In re  :  **Chapter 11 Case No.**
  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*  :  **08-13555 (JMP)**
  :
Debtors.  :  **Jointly Administered**
  :
  :
-----------------------------------------------------------------X

**REQUEST FOR NOTICE AND SERVICE**
**OF ALL PLEADINGS AND DOCUMENTS**

   **PLEASE TAKE NOTICE** that, pursuant to the Federal Rule of Bankruptcy Procedure 9010(b) and §1109(b) of the Bankruptcy Code, Allen C. Wasserman appears as counsel for Stephen N. Hurley ("Hurley") in the above captioned Bankruptcy action.

   **PLEASE FURTHER TAKE NOTICE** that, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001 and 9010 and §§342 and 1109(b) of the Bankruptcy Code, Hurley hereby requests that all documents filed with Bankruptcy Court in the above-captioned Bankruptcy Proceeding and all notices given or required to be given in this Bankruptcy Proceeding, be given and served upon the following, and that appropriate entry thereof be made on the Clerk's Matrix in this Bankruptcy Proceeding:

LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, New York 22102
Telephone: (212) 812-8306
Facsimile: (212) 812-8366
Attn: Allen C. Wasserman, Esq.
email: awasserman@lockelord.com

NYC:9960000/00960:75228v1

**PLEASE FURTHER TAKE NOTICE** that this request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, telegraph, facsimile transmission, electronic mail or otherwise that: (a) affect or seek to affect in any way rights or interests of any creditor or party interest in this case, including Hurley, with respect to, without limitation, (i) the Debtors, (ii) property of the estate or proceeds thereof, in which the Debtors may claim an interest, or (iii) property or proceeds thereof, in the possession, custody or control of others, that the Debtors may seek to use; or (b) require or seek to require any act, delivery or any property, payment or other conduct by Hurley.

**PLEASE FURTHER TAKE NOTICE** that Hurley intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (a) the right of Hurley to have final orders and non-core matters entered only after <u>de novo</u> review by a District Court Judge; (b) the right of Hurley to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (c) the right of Hurley to have the District Court withdraw the reference in any manner subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, set-offs or recoupments to which Hurley is or may be entitled.

Dated: New York, New York
December 3, 2008

Locke Lord Bissell & Liddell LLP

By: /s/ Allen C. Wasserman
Allen C. Wasserman (AW-4771)
Locke Lord Bissell & Liddell LLP
885 Third Avenue, 26th Floor
New York, NY 10022
Tel: 212-812-8306
Fax: 212-812-8366

*Attorneys for Stephen N. Hurley*