**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
: 
In re: :
:
Lehman Brothers Holdings, Inc. :   Chapter 11
:
    Debtor. :   Case No. 08-13555 (JMP)
:
:
------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                                )   ss.:
County of New York  )

        Douglas Keeton, being duly sworn, deposes and says:

        1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Morrison & Foerster LLP, having offices located at 1290 Avenue of the Americas, New York, NY 10104.

        2.    On December 11, 2008, I caused to be served a true and correct copy of the following document upon the parties listed on Exhibit A attached hereto by pre-paid first class U.S. mail:

- Amended Verified Statement of Morrison & Foerster LLP Pursuant to Federal Rule of Bankruptcy Procedure 2019.

                                                /s/ Douglas Keeton
                                                Douglas Keeton

Sworn to before me on this
<u>11th</u> day of December 2008

/s/ Melissa Hager
Notary Public

MELISSA A. HAGER
Notary Public, State of New York
No. 02HA5024023
Qualified in New York County
Commission Expires February 22, 2010

ny-848471

**Exhibit A**

United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004
Attn:   Chambers of Hon. James M. Peck

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn:   Andrew D. Velez-Rivera, Esq.
        Paul K. Schwartzberg, Esq.
        Brian S. Masumoto, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Harvey Miller, Esq.
        Shai Waisman, Esq.
        Jacqueline Marcus, Esq.

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn:   Dennis Dunne, Esq.

Cleary Gottlieb LLP
One Liberty Plaza
New York, New York 10006
Attn:   Lindsee P. Granfield, Esq.

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Attn:   Robinson B. Lacy, Esq.

ny-848471