GRAHAM & DUNN PC

MARK D. NORTHRUP
(206) 340-9628
mnorthrup@grahamdunn.com

December 11, 2008

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
Manhattan Office
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holding Inc. - Case No. 08-13555**

Dear Clerk:

I write to request no future electronic notice in the above-reference case. The party we represent is Aditi Technologies Private Limited.

Sincerely,

GRAHAM & DUNN PC

*[signature]*

Mark D. Northrup

MDN/ddp
M39726-1131150

Pier 70
2801 Alaskan Way ~ Suite 300
Seattle WA 98121-1128
Tel 206.624.8300
Fax 206.340.9599
www.grahamdunn.com

100% recycled paper                SEATTLE ~ PORTLAND