Adjourned Hearing Date: January 14, 2009 at 10:00 a.m.

Mark S. Landman, Esq. (ML 7654)
William G. Ballaine, Esq. (WB 4344)
Sophia Ree (SR 3820)
**LANDMAN CORSI BALLAINE & FORD P.C.**
120 Broadway, 27th Floor
New York, New York 10271
Telephone: (212) 238-4800
Facsimile: (212) 238-4848

- and -

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone: (703) 903-2640
Facsimile: (703) 903-4160

*Counsel to Federal Home Loan Mortgage Corporation in Conservatorship*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :   Chapter 11
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :
                                                            :
                                                            :   Case No. 08-13555 (JMP)
                                                            :
              Debtors.                                      :
                                                            :   (Jointly Administered)
------------------------------------------------------------x

**FOURTH NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF FEDERAL HOME LOAN MORTGAGE CORPORATION FOR LEAVE TO CONDUCT RULE 2004 DISCOVERY**

PLEASE TAKE NOTICE that the hearing on the relief requested in the Motion of Federal Home Loan Mortgage Corporation for Leave to Conduct Rule 2004 Discovery (Docket #1180), which was scheduled to be heard on November 5, 2008 at 10:00 a.m. (Eastern Time),

473146.1 DocsNY

adjourned thereafter to November 18, 2008 at 10:00 a.m. (Eastern Time), adjourned thereafter to December 3, 2008 at 10:00 a.m., and subsequently adjourned thereafter to December 16, 2008 at 10:00 a.m. (Eastern Time), **has now been adjourned to January 14, 2009 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard ("the Adjourned Hearing"). The Adjourned Hearing shall be held before the Honorable James M. Peck at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408, Room 601.

PLEASE TAKE FURTHER NOTICE that the Adjourned Hearing may be further continued or adjourned from time to time without notice to any creditor or other party in interest other than by announcement in open court at the Adjourned Hearing.

Dated: December 11, 2008　　　　　　　**LANDMAN CORSI BALLAINE & FORD P.C.**
New York, New York

By: /s/ Sophia Ree
　　Mark S. Landman
　　William G. Ballaine
　　Sophia Ree
　　120 Broadway, 27th Floor
　　New York, N.Y. 10271
　　Telephone (212) 238-4800
　　Facsimile (212) 238-4848

-and

George Kielman, Esq.
Associate General Counsel for Litigation
Federal Home Loan Mortgage Corporation
8200 Jones Branch Drive - MS202
McLean, Virginia 22102
Telephone (703) 903-2640
Facsimile (703)-903-4160

*Counsel to the Federal Home Loan Mortgage Corporation in Conservatorship*

473146.1 DocsNY