Jennifer C. DeMarco (JD-9284)
David A. Sullivan (DS-8967)
Sara M. Tapinekis (ST-4382)
**CLIFFORD CHANCE US LLP**
31 West 52nd Street
New York, New York 10019
Tel. - 212.878.8000
Fax. - 212.878.8375

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x
                                                                  :
In re:                                                            :   Chapter 11
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   Case No. 08-13555 (JMP)
                                                                  :
         Debtors.                                                 :   (Jointly Administered)
                                                                  :
----------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Jennifer B. Premisler, an attorney licensed to practice in the State of New York, hereby certify that a true and correct copy of the Objection to Debtors' Motion for an Order Pursuant to Section 365 of the Bankruptcy Code Approving Assumption or Rejection of Open Trade Contracts filed on behalf of M&G Investment Management Limited on behalf of M&G Secured Debt Fund Limited, M&G Dynamic European Loan Fund Limited and The Prudential Assurance Company Limited was served on December 11, 2008 (1) by hand upon (a) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Richard B. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.); (b) the Office of the United States Trustee, 33 Whitehall Street - 21st Floor, New York, New York 10004 (Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.); and (c) the Chambers of The Honorable James M. Peck, One

Bowling Green, New York, New York 10004; and (2) by Federal Express overnight delivery upon (a) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis Dunne, Esq., Dennis O'Donnell, Esq., and Evan Fleck, Esq.); (b) Cleary Gottlieb LLP, One Liberty Plaza, New York, New York 10006 (Attn: Lindsee P. Granfield, Esq. and Lisa Schweiger, Esq.); and (c) Sullivan & Cromwell LLP,125 Broad Street, New York, New York 10004 (Attn: Robinson B. Lacy, Esq. and Hydee R. Feldstein, Esq.); and (3) by email upon all parties who receive electronic notice in this case pursuant to the Court's ECF filing system.

Dated: December 11, 2008
New York, New York

By:     /s/ Jennifer B. Premisler
          Jennifer B. Premisler