IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK

Attorney: VINSON & ELKINS LLP
ATTN: KILIMA INIYA

RE: LEHMAN BROTHERS HOLDINGS INC., ETAL

                              Plaintiff(s)

            - against -

Index # 08-13555 (JMP)

                              Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SAMARA KANE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 4, 2008 at 01:35 PM at

ATTN: RICHARD P. KRASNOW, ESQ., LORI R. FIFE, ESQ., SHAI Y. WAISMAN, ESQ., AND JACQUELINE MARCUS, ESQ.
767 FIFTH AVENUE
27TH FLOOR
NEW YORK, NY 10153

deponent served the within NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS on WEIL GOTSHAL & MANGES LLP therein named.
    BY LEAVING A TRUE COPY WITH CHRIS STAUBLE, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 45 | 5'11 | 160 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 4, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**SAMARA KANE**
License #: 1300503
Invoice #: 474765

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728