**HOLLAND & KNIGHT LLP**
195 Broadway
24th Floor
New York, New York 10007
Tel.: (212) 513-3200
Fax: (212) 385-9010

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:                                                                    Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., *et al*.,    Case No. 08-13555-JMP


                                            Debtors.               (Jointly Administered)
-------------------------------------------------------x

**THIRD AMENDED**
**VERIFIED STATEMENT OF HOLLAND & KNIGHT LLP**
**PURSUANT TO FED. R. BANKR. P. 2019(a)**

Holland & Knight LLP ("Counsel") hereby submits this amended verified statement ("Amended Verified Statement") pursuant to Fed. R. Bankr. P. 2019(a), and avers as follows:

1. Counsel appears in these cases on behalf of the entities listed on Exhibit A hereto (the "Entities").

2. Each of the Entities may hold claims against and/or interests in the Debtors arising out of applicable agreements, law or equity pursuant to their relationship with the Debtors.

3. Each of the Entities separately requested that Counsel represent them in connection with the Debtors' chapter 11 cases.

4. The undersigned herby verifies under oath that this Amended Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief. Counsel reserves the right to revise and supplement this statement.

Dated: New York, New York
December 11, 2008

                                HOLLAND & KNIGHT LLP

                                By: /s/ Peter Zisser_____
                                    Peter A. Zisser (PZ-9634)
                                195 Broadway
                                24th Floor
                                New York, New York 10007
                                Tel.: (212) 513-3200
                                Fax: (212) 385-9010

**EXHIBIT A**

1. SBA Communications Corporation
   5900 Broken Sound Parkway NW
   Boca Raton, FL 33487

   Swap counterparty with Lehman Brothers OTC Derivatives with Lehman Brothers Holding, Inc.  Working Capital Line of Credit borrower in which Lehman Brothers Commercial Paper, Inc., is the Co-Syndication agent and
   Lehman Brothers, Inc. is a bookrunner.

2. US Bank
   U.S. Bank National Association
   Mail Station EP-MN-WS1D
   60 Livingston Ave.
   St. Paul, MN  55107

   US Bank as successor to First Union National Bank as Trustee for Connector 2000 Association, Inc, Toll Reserve Bonds. Repurchase Agreement Counterparty to Lehman Brothers, Inc. and Lehman Brothers Holdings, Inc., as Credit Support Provider.

3. Singapore Airlines, Limited
   08-D Airline House
   25 Airline Road
   Singapore 819829

   Forward Contract Counterparty to Lehman Brothers Commodity Services, Inc., and Lehman Brothers Holdings, Inc., as Credit Support Provider.

4. HSBC Realty Credit Corporation (USA)
   1441 Brickell Avenue--16th Floor
   Miami, Florida 33131

   Co-Lending agreement counterparty with Lehman Brothers Holdings, Inc., as Split Note Holder and as agent for Split Note Holders.

5. Carlton Willard Homes, Inc.
   100 Old Billerica Road
   Bedford, Massachusetts 01730

   Swap counterparty with Lehman Brothers Special Financing, Inc. and Lehman Brothers Holdings, Inc., as Credit Support Provider.

6.  Monument Realty LLC
    1700 K Street NW
    Suite 600
    Washington, DC 20006

    Monument Realty LLC and various joint ventures involving its affiliates have loans from Lehman Brothers Holdings Inc. Various Lehman affiliates are partners with Monument affiliates in multiple real estate ventures.

7.  Caisse de dépôt et placement du Québec
    Centre CDP Capital
    1000, place Jean-Paul-Riopelle
    Montréal, Québec
    Canada H2Z 2B3

    The Caisse de dépôt et placement du Québec is a financial institution that manages funds primarily for public and private pension and insurance plans. As at December 31, 2007, it held $155.4 billion of net assets. One of the leading institutional fund managers in Canada, the Caisse invests in the main financial markets as well as in private equity and real estate.

8.  Argent Classic Convertible Arbitrage Fund Ltd.
    c/o M&C Corporate Services Limited
    PO Box 309GT
    Ugland House
    South Church Street, Georgetown
    Grand Cayman, Cayman Islands

    Margin Lending Agreement, Global Master Securities Lending Agreement, and International Prime Brokerage Agreement with Lehman Brothers International (Europe) Customer Account Agreement Prime Brokerage Agreement with Lehman Brothers, Inc.

9.  **PricewaterhouseCoopers**
    **3109 Dr. M.L. King, Jr. Blvd.**
    **Tampa, Florida 33607**

    **PricewaterhouseCoopers Subleases the 7th Floor of 1301 Avenue of the Americas, New York, New York to Lehman Brothers, Inc.**

#5738200v3

4